IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No.:  5:20cr28-MW/MJF

MARGO DEAL ANDERSON, et al.,

*Defendants*.
_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

At a hearing on September 17, 2021, counsel for the Government moved to continue the trial presently set for September 27, 2021 to October 26, 2021. Defendants do not object. This Court has considered, without hearing, the *ore tenus* motion to continue trial. For the reasons stated on the record, this Court finds a reasonable delay of the trial is appropriate and that the ends of justice that will be served by granting the continuance outweigh the interests of the public and Defendants in a speedier trial. Accordingly, the motion is **GRANTED**. The Clerk is directed to reschedule the trial, presently set for September 27, 2021, to October 26, 2021.

SO ORDERED on September 17, 2021.

s/Mark E. Walker            
**Chief United States District Judge**