# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

**v.**  Case No.: 5:20cr28-MW/MJF

**MARGO DEAL ANDERSON, et al.,**

    *Defendants*.

_____/

## ORDER CONTINUING TRIAL

On this Court's own motion, without objection from the parties, this Court continues the trial last set for February 28, 2022 to Monday, April 25, 2022. This Court is doing so to address Defendants' pending motions and to accommodate Defendants' request for an evidentiary hearing. This Court finds a reasonable delay of the trial is appropriate and that the ends of justice that will be served by granting the continuance outweigh the interests of the public and Defendants in a speedier trial. Accordingly, the Clerk is directed to reschedule the trial, last set for February 28, 2022, to April 25, 2022.

**SO ORDERED on February 17, 2022.**

                                                   **s/Mark E. Walker**  
                                                   **Chief United States District Judge**