# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                          **Case No.:  5:20cr28-MW/MJF**

**MARGO DEAL ANDERSON, et al.,**

   *Defendants.*
_____/

## <u>ORDER GRANTING EXTENSION</u>

The Government moves for an order harmonizing its deadlines to respond to Defendants' motions to sever. ECF No. 327. Defendants do not oppose the motion. The motion is **GRANTED**. The Government may respond to Defendants' motions to sever **on or before September 12, 2022**.

   **SO ORDERED on September 6, 2022.**

                     <u>s/Mark E. Walker</u>
                     **Chief United States District Judge**