IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  Case No.: 5:20cr28-MW/MJF

MARGO DEAL ANDERSON, et al.,

    *Defendants.*
_____/

## ORDER GRANTING UNOPPOSED EXTENSION OF TIME

This Court has considered, without hearing, the Government's Unopposed Motion for Extension of Time to Respond to Defendants' Motions to Dismiss. ECF No. 336. The motion, ECF No. 336, is **GRANTED**. The Government shall file a response to the motion to dismiss **on or before October 7, 2022**.[1] Defendants shall file their replies, if any, **on or before October 14, 2022**.

SO ORDERED on September 26, 2022.

                s/Mark E. Walker            
                **Chief United States District Judge**

---

[1] This Court cautions the parties to limit additional briefing delays considering the November 28, 2022, trial date. While the parties are free to consent to briefing extensions before seeking leave of Court to modify the schedule, this Court is not inclined to further tolerate the glacial pace of the proceedings.