# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JAMES DAVID FINCH

**EXHIBIT LIST**

Case Number: 5:20cr28-MW-4

| PRESIDING JUDGE<br>MARK E. WALKER | | | GOVERNMENT'S ATTORNEY<br>Andrew Grogan & Justin Keen | | DEFENDANT'S ATTORNEY<br>Guy Lewis & Jeffrey Forman |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>3/13/2023 - 3/16/2023 | | | COURT REPORTER<br>Megan Hague | | COURTROOM DEPUTY<br>Victoria Milton McGee |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| 1 | | 3/13/2023 | ☒ | ☒ | City of Lynn Haven Charter |
| 1a | | 3/13/2023 | ☒ | ☒ | Chapter 27685, Laws of Florida (1951) |
| 2 | | 3/13/2023 | ☒ | ☒ | City of Lynn Haven Federal Funding FY 2015 to September 23, 2022 |
| 2a1 | | 3/13/2023 | ☒ | ☒ | 2016.7.28 #4138-11-R Close Out Request to Florida Division of Emergency Management |
| 2a2 | | 3/13/2023 | ☒ | ☒ | 4138-11-R (Payment #1 Final) Project File Copy [Redacted] (Division of Emergency Management) |
| 2a3 | | 3/13/2023 | ☒ | ☒ | 4138-11-R Close-Out Request to FEMA |
| 2a4 | | 3/13/2023 | ☒ | ☒ | 4138-11-R FEMA Close-Out Concurrence Letter |
| 2a5 | | 3/13/2023 | ☒ | ☒ | Agreement number -17FM-S7-01-13-02-372 CITY OF LYNN HAVEN ACQUISITION & DEMO PROJECT - FMA-PJ-04-FL-2015-001 |
| 2a6 | | 3/13/2023 | ☒ | ☒ | FINAL - Eligibility of Generator Purchase under HMGP (1) (1) |
| 2a7 | | 3/13/2023 | ☒ | ☒ | RFF #15HM-9J-01-13-02-371 |
| 2a8 | | 3/13/2023 | ☒ | ☒ | V000730 - 4138-11-R Payment #1 (Final) |
| 2b1 | | 3/13/2023 | ☒ | ☒ | 2017 DOJ Law Enforcement Grant documents [SEALED] |
| 2b2 | | 3/13/2023 | ☒ | ☒ | FDLE Documents re Lynn Haven Grant Funds Docs [SEALED] |
| 2c | | 3/13/2023 | ☒ | ☒ | 2018.2.15 NOAA Kinsaul Park Grant through FDEP |
| 3a | | 3/13/2023 | ☒ | ☒ | 2015.4.28 LH Special City Commission meeting minutes |
| 3b | | 3/13/2023 | ☒ | ☒ | DAVID - FINCH, James (DMV record) [SEALED] |
| 3c | | 3/13/2023 | ☒ | ☒ | DAVID - BARNES, Antonius (DMV record) [SEALED] |
| 3d | | 3/13/2023 | ☒ | ☒ | 2015.4.28 Barnes Oath of Office |
| 3e | | 3/13/2023 | ☒ | ☒ | DAVID - WHITE, Michael (DMV record) [SEALED] |
| 4a | | 3/13/2023 | ☒ | ☒ | Phoenix Construction Services, Inc. - G18646 (Division of Corporations record) |
| 4b | | 3/13/2023 | ☒ | ☒ | JDF Properties, LLC. - L17000186102 (Division of Corporations record) |
| 4c | | 3/13/2023 | ☒ | ☒ | James Finch & Associates, Inc (Division of Corporations record) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___4___ Pages

| PRESIDING JUDGE<br>MARK E. WALKER | | GOVERNMENT'S ATTORNEY<br>Andrew Grogan & Justin Keen | | DEFENDANT'S ATTORNEY<br>Guy Lewis & Jeffrey Forman |
|---|---|---|---|---|
| HEARING DATE (S)<br>3/13/2023 - 3/16/2023 | | COURT REPORTER<br>Megan Hague | | COURTROOM DEPUTY<br>Victoria Milton McGee |

| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 4d | | 3/13/2023 | ☒ | ☒ | PC_001229-PC_001230 (Phoenix Construction records) |
| 5a | | 3/13/2023 | ☒ | ☒ | 2015.9.8 Finch check to Barnes $8000 [SEALED] |
| 5b | | 3/13/2023 | ☒ | ☒ | 2015.9.28 Finch check to Barnes $12000 [SEALED] |
| 5c | | 3/13/2023 | ☒ | ☒ | 2015.10.28 Finch check to Barnes $5000 [SEALED] |
| 5d | | 3/13/2023 | ☒ | ☒ | 2016.1.26 Finch check to Barnes $10000 [SEALED] |
| 5e | | 3/13/2023 | ☒ | ☒ | 2016.11.14 Finch check to Barnes $2500 [SEALED] |
| 5f | | 3/13/2023 | ☒ | ☒ | 2017.3.15 Finch check to Barnes $2500 [SEALED] |
| 5g | | 3/13/2023 | ☒ | ☒ | 2017.12.4 Finch check to Barnes $5000 [SEALED] |
| 5h | | 3/13/2023 | ☒ | ☒ | Composite of Barnes Bank Records [SEALED] |
| 5l | | 3/13/2023 | ☒ | ☒ | 2021.9.15 Barnes plea agreement |
| 5m | | 3/13/2023 | ☒ | ☒ | 2021.9.15 Barnes Plea Supplement [SEALED] |
| 6a | | 3/13/2023 | ☒ | ☒ | Lynn Haven City Commission Meeting Minutes 2015 |
| 6b | | 3/13/2023 | ☒ | ☒ | Lynn Haven City Commission Meeting Minutes 2016 |
| 6c | | 3/13/2023 | ☒ | ☒ | Lynn Haven City Commission Meeting Minutes 2017 |
| 6d | | 3/13/2023 | ☒ | ☒ | Lynn Haven City Commission Meeting Minutes 2018 |
| 8a | | 3/13/2023 | ☒ | ☒ | 2020.2.25 M. White Plea Agreement |
| 8b | | 3/13/2023 | ☒ | ☒ | 2020.2.25 M. White Plea Supplement [SEALED] |
| | 7 | 3/13/2023 | ☒ | ☒ | Antonius Barnes – Information (5:21-cr-21) |
| | 8 | 3/13/2023 | ☒ | ☒ | Antonius Barnes – Plea Agreement (5:21-cr-21) |
| | 9 | 3/13/2023 | ☒ | ☒ | Antonius Barnes – Supplement to Plea Agreement (5:21-cr-21) [SEALED] |
| | 10 | 3/13/2023 | ☒ | ☒ | Antonius Barnes – Statement of Facts (5:21-cr-21) |
| | 12 | 3/13/2023 | ☒ | ☒ | Corporate Documents – Barnes Insurance Services, Inc. |
| | 13 | 3/13/2023 | ☒ | ☒ | Corporate Documents – Antonius G. Barnes Insurance Agency, Inc. |
| | 14 | 3/13/2023 | ☒ | ☒ | Corporate Documents – The Barnes Insurance Agency, LLC |
| | 15 | 3/13/2023 | ☒ | ☒ | Bank Statements – Barnes Insurance Services, Inc. [SEALED] |
| | 16 | 3/13/2023 | ☒ | ☒ | Bank Statements – Antonius G. Barnes Insurance Agency, Inc. [SEALED] |
| | 17 | 3/13/2023 | ☒ | ☒ | September 8, 2015 - $8,000 Check [SEALED] |
| | 18 | 3/13/2023 | ☒ | ☒ | September 28, 2015 - $12,000 Check [SEALED] |
| | 19 | 3/13/2023 | ☒ | ☒ | October 28, 2015 - $5,000 [SEALED] |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 2 of     4     Pages

| PRESIDING JUDGE MARK E. WALKER | | | GOVERNMENT'S ATTORNEY Andrew Grogan & Justin Keen | | DEFENDANT'S ATTORNEY Guy Lewis & Jeffrey Forman |
|---|---|---|---|---|---|
| HEARING DATE (S) 3/13/2023 - 3/16/2023 | | | COURT REPORTER Megan Hague | | COURTROOM DEPUTY Victoria Milton McGee |
| GOV. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| | 20 | 3/13/2023 | ☒ | ☒ | January 26, 2016 - $10,000 Check [SEALED] |
| | 21 | 3/13/2023 | ☒ | ☒ | November 14, 2016 - $2,500 Check [SEALED] |
| | 22 | 3/13/2023 | ☒ | ☒ | March 15, 2017 - $2,500 Check [SEALED] |
| | 23 | 3/13/2023 | ☒ | ☒ | December 4, 2017 - $5,000 Check [SEALED] |
| | 29 | 3/13/2023 | ☒ | ☒ | Grand Jury Exhibit 46 |
| | 30 | 3/13/2023 | ☒ | ☒ | Grand Jury Exhibit 47 [SEALED] |
| | 31 | 3/13/2023 | ☒ | ☒ | Grand Jury Exhibit 48 [SEALED] |
| | 33 | 3/13/2023 | ☒ | ☒ | Grand Jury Exhibit 58 [SEALED] |
| | 44 | 3/13/2023 | ☒ | ☒ | April 29, 2015 – Notice of Award – Phoenix Construction |
| | 45 | 3/13/2023 | ☒ | ☒ | April 29, 2015 – Contract – Phoenix Construction |
| | 46 | 3/13/2023 | ☒ | ☒ | July 20, 2015 – Letter from Phoenix to City of Lynn Haven |
| | 47 | 3/13/2023 | ☒ | ☒ | July 21, 2015 – Letter from Phoenix to City of Lynn Haven |
| | 48 | 3/13/2023 | ☒ | ☒ | August 4, 2017 – Lynn Haven Memo to Mayor and Commissioners |
| | 49 | 3/13/2023 | ☒ | ☒ | October 24, 2017 – Letter from Phoenix to City of Lynn Haven |
| | 51 | 3/13/2023 | ☒ | ☒ | Lynn Haven City Commission Minutes 2015 (Composite |
| | 52 | 3/13/2023 | ☒ | ☒ | Lynn Haven City Commission Minutes 2016 (Composite) |
| | 53 | 3/13/2023 | ☒ | ☒ | Lynn Haven City Commission Minutes 2017 (Composite) |
| | 54 | 3/13/2023 | ☒ | ☒ | Lynn Haven City Commission Minutes 2018 (Composite) |
| | 55 | 3/13/2023 | ☒ | ☒ | Lynn Haven City Commission Minutes 2019 (Composite) |
| | 83 | 3/13/2023 | ☒ | ☒ | Michael White Plea Agreement |
| | 84 | 3/13/2023 | ☒ | ☒ | Michael White Supplement to Plea Agreement [SEALED] |
| | 85 | 3/13/2023 | ☒ | ☒ | Michael White Proffer Letter [SEALED] |
| | 92 | 3/13/2023 | ☒ | ☒ | Bonding Certification Letter – Phoenix Construction |
| | 93 | 3/13/2023 | ☒ | ☒ | Phoenix Construction Project Photos |
| | 94 | 3/13/2023 | ☒ | ☒ | 17th Street Ditch Photos |
| | | 3/13/2023 | ☒ | ☐ | Court Exhibit 1:  Hard Copy of Government's PowerPoint Opening Statement Presentation |
| 8d | | 3/14/2023 | ☒ | ☒ | Handwritten Notes of Michael White |
| | 121 | 3/14/2023 | ☒ | ☒ | Subpoena of Michael White dated 3/6/2023 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 3 of    4    Pages

| PRESIDING JUDGE<br>MARK E. WALKER | | | GOVERNMENT'S ATTORNEY<br>Andrew Grogan & Justin Keen | | DEFENDANT'S ATTORNEY<br>Guy Lewis & Jeffrey Forman |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>3/13/2023 - 3/16/2023 | | | COURT REPORTER<br>Megan Hague | | COURTROOM DEPUTY<br>Victoria Milton McGee |
| GOV.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
| 7a1 | | 3/14/2023 | ☒ | ☒ | Form1_2015i (Statement of Financial Interests) |
| 7a2 | | 3/14/2023 | ☒ | ☒ | Form1_2016i (Statement of Financial Interests) |
| 7a3 | | 3/14/2023 | ☒ | ☒ | Form1_2017i (Statement of Financial Interests) |
| 7a4 | | 3/14/2023 | ☒ | ☒ | Form1_2018i (Statement of Financial Interests) |
| 7b1 | | 3/14/2023 | ☒ | ☒ | Barnes Form1_2014 dated 2/9/205 (Statement of Financial Interests) |
| 7b2 | | 3/14/2023 | ☒ | ☒ | Barnes Form1_2014 dated 7/28/2016 |
| 7b3 | | 3/14/2023 | ☒ | ☒ | Barnes Form1_2016 dated 7/27/2017 |
| 7b4 | | 3/14/2023 | ☒ | ☒ | Barnes Form1_2017 dated 7/23/2018 |
| | 122 | 3/14/2023 | ☒ | ☒ | Photos of Phoenix Construction |
| 5n | | 3/14/2023 | ☒ | ☒ | 2021.9.24 Barnes Statement of Facts [Redacted] |
| 9 | | 3/14/2023 | ☒ | ☒ | Summary Timeline of Payments to Barnes [SEALED] |
| | | 3/15/2023 | ☒ | ☐ | Court Exhibit 2: Hard Copy of Government's PowerPoint Closing Argument Presentation |
| | | 3/15/2023 | ☒ | ☐ | Court Exhibit 3: Hard Copy of Defense's PowerPoint Opening Statement Presentation |
| | | 3/15/2023 | ☒ | ☐ | Court Exhibit 4: Hard Copy of Defense's PowerPoint Closing Argument Presentation |
| | | | ☐ | ☐ | |
| | | | ☐ | ☐ | |
| | | | ☐ | ☐ | |
| | | | ☐ | ☐ | |
| | | | ☐ | ☐ | |
| | | | ☐ | ☐ | |
| | | | ☐ | ☐ | |
| | | | ☐ | ☐ | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.