There was no workshop prior to the meeting.

### CITY COMMISSION MEETING MINUTES
### TUESDAY, DECEMBER 13, 2016 – 4:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.  The Pledge of Allegiance followed.

Call to Order

Motion by Commissioner Barnes:  To excuse Commissioner Schad from the meeting.
Second to the motion:  Commissioner Ashbrook.

On Vote:     Barnes:        aye
Ashbrook:     aye
Friend:         aye
Anderson:     aye           Motion passed:  4-0

**Item #3.  Mayor's Report:**  Mayor Anderson reported she hosted the BCL meeting on Nov. 17th; attended the BCL Dinner last night; LH Tree Lighting Ceremony on Dec. 2nd; LH Christmas parade on Dec. 3rd on Florida Ave.  A big thank you to Maria Stout-Tate, Tracy Johnson, Leisure Services, Major Riemer & Staff for their work during these events.

Mayor's Report

Mayor Anderson stated that she has been partnering w/LHES for design input for the proposed splash park – submitted drawings by the children were located in the back of the room for viewing.

A. **Proclamation – Wreaths Across America –** Mayor Anderson read this proclamation in its entirety.  Ms. Linda Vickers accepted the proclamation; the ceremony is scheduled for Dec. 17th.

**Item #4.  Commissioner's Report:**
Commissioner Ashbrook reported that he attended the TPO meeting last week; items of discussion were Rails to Trails funding and a proposed turn lane at Hwy 389 & 26th Street.
Commissioner Barnes wished everyone a Merry Christmas.
Commissioner Friend reported that he attended the Bay County workshop on UBER; he was reappointed to the MPOAC.

Commissioner's Report

**Item #5.  City Manager's Report:**  City Manager Schubert reported that Christmas w/the Cops & Friends will be held Dec. 17th @ the LH Rec Center from 2:00 p.m. – 5:00 p.m.; echoed the Mayor's comments regarding LH events & thanked staff for their hard work; speed limit on 26th Street changed to 30 MPH; planning a workshop in January to discuss 5-10year Capital Improvement Plan & ½ cent Infrastructure tax; will be out of town Dec. 15-16.

City Manager's Report

**Item #6.  City Attorney's Report:**  City Attorney Jackson reported that an emergency moratorium, Ord. 1026, is being proposed on medical marijuana activities in the City until the State has time to regulate and pass regulations.

City Attorney's Report



GOVERNMENT
EXHIBIT
**6b**
U.S. v. James Finch et al.
5:20cr28/MW

1

**City Commission Meeting Minutes of December 13, 2016**
**Page Two**

If the Commission does not wish to pass an emergency ordinance City Attorney suggests that they put a hold on processing any license until regulations are passed.

**PUBLIC HEARING OPENED: 4:19 p.m.**

**Item #7.  Final Plat application – Shoreline Villages, Phase 1C:** The applicant, Shoreline Village 1-C (FL) 2015, LLC, is requesting approval of the Final Plat for Phase IC of this project with a TND Land Use. This phase is approximately 13.53 acres in size, and will consist of fifty-one (51) single family homes and Home Owner's Association amenities and common area. The stormwater system will remain private and be maintained by the Home Owner's Association. The Development Order for the entirety of Shoreline Village Phase One was approved by the City Commission in 2013. The owner of this sub-phase is not D & H Properties, LLC but a different entity, Shoreline Village 1-C (FL) 201 5.

There was no audience participation and the PUBLIC HEARING was *closed at 4:21 p.m.*

**CONSENT AGENDA:**

**Item #8. Minutes:** 11/15/16 – Regular Meeting

**Item #9.  Approve FDOT Highway Traffic Safety Grant to replace the vehicle wrap on the Police Department's Click It or Ticket Truck:** Approve acceptance of a FDOT Highway Traffic Safety Grant for replacement of the vehicle wrap on the Police Department's Click It or Ticket truck, and authorize the Mayor to sign all associated award documents. Fiscal Impact - $3,000,

**Item #10.  Renewal of concession stand food lease with Morris Enterprises:** The City currently has a contract with Morris Enterprises to operate the Food and Beverage Concession stands at the Lynn Haven City Parks.  The contract was originally written as  a three (3) year contract with one two-year renewal option. The renewal was exercised in 2015 with an expiration date of January 31, 2017. The City's Purchasing Policy is currently being amended to address large purchases and contracts.  Once the amended policy is approved there will not be adequate time to properly prepare, advertise and award a contract prior to the January 31st expiration date; therefore, staff has contacted the owner of Morris Enterprises regarding a time extension. They are in agreement to extending the contract five months at the same terms in the original  contract. Staff recommends approving Renewal #2 extending the contract, commencing February 1, 2017 and terminating on June 30, 2017.  All other terms of the agreement will remain the same.

**Item #11.  Approve submittal of a FDEP grant application for sand and grit removal at the wastewater treatment plant and authorize the Mayor to sign all related documents:** Staff recommends approval to submit a Florida Department of Environmental Protection grant application for sand and grit removal at the wastewater treatment plant and authorize the Mayor to sign all associated application and award documents. City staff has obtained a quote of $63,600 for removal of the grit from Digesters # 1, #2 and #3. The Florida Department of Environmental Protection offers 50% matching grants for projects of this nature with a very simple application process.

**Item #12.  Approve the submittal of a Federal Fiscal Year 2016 Edward Byrne Memorial Justice Assistance Direct Grant application for the purchase of equipment for the Police Department:** Each year the Police Department is allocated funding through the Edward Byrne Memorial JAG Direct program. These funds are administered by the Florida Department of Law Enforcement (FDLE).  This year FDLE has allocated $4,050 to the Lynn Haven Police Department.

*Margin notes:*
Public Hearing
Final Plat
Shoreline Village

Consent Agenda
Minutes
FDOT Wrap Grant

Morris Enterprises
Concession Lease

FDEP Grit Removal
Grant

Edward Byrne Grant

**City Commission Meeting Minutes of December 13, 2016**
**Page Three**

The Department would like to purchase digital cameras, digital recorders and tactical flashlights with this funding. The next step is for the City to submit an actual application to the Florida Department of Law Enforcement.  Hard copies of the application are due to FDLE by December 30, 2016. Approve submittal of a Federal Fiscal Year 2016 Edward Byrne Memorial Justice Assistance (JAG) Direct Grant application for the purchase of officer/investigative equipment and authorize the Mayor to sign all associated application and award documents.

**Item #13.  Approve the disposal of surplus vehicles and equipment:** Staff is requesting the authority to dispose of the following list of surplus vehicles and equipment with high mileage and excessive ongoing repairs.  Proper advertising will be accomplished according to the City's purchasing policy. All items ·will be advertised on GovDeal 's online auction site. Interested parties will have the opportunity to inspect the vehicles at the Public Works yard.

<div align="right">Surplus Equip.<br>Disposal</div>

| Description | Serial Number/VIN |
|---|---|
| 2009 International One Arm Bandit Garbage Truck w/Labrie Expert 2000 Helping Hand Body, 79,100 miles, hours 9005, (requires extensive ongoing repairs) | 1HTWGAZT89J054276 |
| 1998 F-150 Pickup Truck, 147,300 miles | lFTZFl723WNA78206 |
| 1988 Emergency Kohler Generator, Model #30RZ262, generator/engine hours: unknown (PD | 217791 |
| 1995  Caterpillar Back Hoe, mileage and hours: unknown | 08SG05482 |
| 2006 Ford Taurus, 83,000 miles, (requires new paint job & numerous | 1FAFP53U96A2091 51 |
| 2002 F-150 4X2 Super cab Pickup Truck,  138,000 miles | IFTRXJ7W62NB18675 |

Motion by Commissioner Barnes:  To approve the Consent Agenda as presented.
Second to the motion:  Commissioner Friend.

On Vote:     Barnes:          aye
             Ashbrook:        aye
             Friend:          aye
             Anderson:        aye          Motion passed:  4-0

**NEW BUSINESS:**
**Item #14. Discussion and possible action regarding extending the City Manager's employment contract under the current terms:** City Manager Schubert requests a 3year extension on his current contract to begin April 2017.

<div align="right">CM Contract<br>Extension</div>

Motion by Commissioner Friend: To approve as presented.
Second to the motion:  Commissioner Ashbrook.

On Vote:     Friend:          aye
             Barnes:          aye
             Ashbrook:        aye
             Anderson:        aye          Motion passed:  4-0

3

**City Commission Meeting Minutes of December 13, 2016**
**Page Four**

**Item #15.  Discussion and possible action regarding final plat application for Shoreline Village, Phase 1C, (FP-16-02):**

Final Plat
Shoreline Village

|  |  |  |  |
|---|---|---|---|
| | Motion by Commissioner Ashbrook:  To approve as presented. | | |
| | Second to the motion:  Commissioner Barnes. | | |
| On Vote: | Ashbrook: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**Item #16.  Discussion and possible action regarding approval of a Development Order for Camryn's Crossing Subdivision Phase II, CCS, LLC:** The applicant is requesting a Development Order in order to be able to construct fifty-seven (57) single family lots and supporting infrastructure, immediately adjacent to the existing Camryn's Crossing Subdivision (Phase 1). The proposed new subdivision will be constructed upon 24.49 +/- acres. The Preliminary Plat was approved by the City Commission on November 15, 2016, and the Development Order Application was recommended for approval by the Planning Commission on July 19, 2016. City Attorney Jackson stated that this is a quasi-judicial and all affected parties were sworn in.  City Attorney Jackson asked the Commission if they had any ex-parte communication – Mayor Anderson, Commissioner Ashbrook & Commissioner Barnes had none; Commissioner Friend made comments in passing.

DO Camryn's
Crossing

|  |  |  |  |
|---|---|---|---|
| | Motion by Commissioner Ashbrook:  To approve as presented. | | |
| | Second to the motion: Commissioner Friend. | | |
| On Vote: | Ashbrook: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**Item #17.   Approval of Ordinance 1026, temporary moratorium – medical cannabis activities**: City Attorney Jackson stated the word "emergency" would be removed & City Manager Schubert read Ord. 1026 by title only.  This was the first reading and no action was required.

Ord. 1026

|  |  |  |  |
|---|---|---|---|
| | Motion by Commissioner Barnes:  To authorize the City to not process any business applications for medical marijuana until final reading of Ord. 1026. | | |
| | Second to the motion: Commissioner Friend. | | |
| On Vote: | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**Item #18. Public Commentary:** None.

Public Commentary

4

**City Commission Meeting Minutes of December 13, 2016**
**Page Five**

There was no further business to discuss and the meeting was ***adjourned at 4:33 p.m.***                    Adjourn

**APPROVED THIS** _____10th_____ **DAY OF** ___January___ **2016.**

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

**City Commission Meeting Minutes of December 13, 2016**
**Page Five**

There was no further business to discuss and the meeting was *adjourned at 4:33 p.m*.                    Adjourn

**APPROVED THIS** ___10th___ **DAY OF** ___January___ 2016.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

6

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

### CITY COMMISSION MEETING
### TUESDAY, DECEMBER 13, 2016 – 4 P.M.
### _AMENDED_ AGENDA

1.  Call to order.
2.  Invocation/Pledge of Allegiance.
3.  Mayor's Report:                    A. Proclamation – Wreaths Across America
4.  Commissioner's Report.
5.  City Manager's Report.
6.  City Attorney's Report.

**PUBLIC HEARING OPENED: (state time)**
7.  Final Plat application – Shoreline Village, Phase 1C
    **PUBLIC HEARING CLOSED. (state time)** _(no action until Item # 15)_

**CONSENT AGENDA:**
8.  Minutes:        11/15/16 – Regular Meeting
9.  Approve FDOT Highway Traffic Safety Grant to replace the vehicle wrap on the Police Department's Click It or Ticket truck.
10. Renewal of concession stand food lease with Morris Enterprises.
11. Approve the submittal of a FDEP grant application for sand and grit removal at the wastewater treatment plant and authorize the Mayor to sign all related documents.
12. Approve the submittal of a Federal Fiscal Year 2016 Edward Byrne Memorial Justice Assistance Direct Grant application for the purchase of equipment for the Police Department.
13. Approve the disposal of surplus vehicles and equipment.
    **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA.**

**NEW BUSINESS:**
14. Discussion and possible action regarding extending the City Manager's employment contract under the current terms.
15. Discussion and possible action regarding final plat application for Shoreline Village, Phase 1C, (FP-16-02).
16. Discussion and possible action regarding approval of a Development Order for Camryn's Crossing Subdivision Phase, II, CCS, LLC. _(quasi-judicial hearing)_
17. Approval of Ordinance 1026, temporary moratorium – medical cannabis activities.
18. Public Commentary.
19. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## CITY COMMISSION MEETING
## TUESDAY, DECEMBER 13, 2016 – 4 P.M.
## AGENDA

1.  Call to order.
2.  Invocation/Pledge of Allegiance.
3.  Mayor's Report:                    A.  Proclamation – Wreaths Across America
4.  Commissioner's Report.
5.  City Manager's Report.
6.  City Attorney's Report.

**PUBLIC HEARING OPENED: (state time)**
7.  Final Plat application – Shoreline Village, Phase 1C
    **PUBLIC HEARING CLOSED.  (state time)** *(no action until Item # 15)*

**CONSENT AGENDA:**
8.  Minutes:        11/15/16 – Regular Meeting
9.  Approve FDOT Highway Traffic Safety Grant to replace the vehicle wrap on the Police Department's Click It or Ticket truck.
10. Renewal of concession stand food lease with Morris Enterprises.
11. Approve the submittal of a FDEP grant application for sand and grit removal at the wastewater treatment plant and authorize the Mayor to sign all related documents.
12. Approve the submittal of a Federal Fiscal Year 2016 Edward Byrne Memorial Justice Assistance Direct Grant application for the purchase of equipment for the Police Department.
13. Approve the disposal of surplus vehicles and equipment.
    **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA.**

**NEW BUSINESS:**
14. Discussion and possible action regarding extending the City Manager's employment contract under the current terms.
15. Discussion and possible action regarding final plat application for Shoreline Village, Phase 1C, (FP-16-02).
16. Discussion and possible action regarding approval of a Development Order for Camryn's Crossing Subdivision Phase, II, CCS, LLC.  *(quasi-judicial hearing)*
17. Public Commentary.
18. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**NOVEMBER 15, 2016 – 6:00 P.M.**

Present: Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Schad gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3. Mayor's Report:** Mayor Anderson reported that she attended Veteran's Day celebrations at Southport Elem. School & Bay Haven; she will host the Bay County League Board Meeting on Nov. 17, 2016 in the Chambers.

Mayor's Report

**Item #4. Commissioner's Report:**
Commissioner Schad spoke at the Colonial Dames group for Veteran's Day; attended several small Veteran's Day ceremonies; Happy Thanksgiving.
Mayor Anderson asked that Veteran's, Active Duty & 1st Responders please stand and be recognized for their service.
Commissioner Ashbrook had no report.
Commissioner Barnes wished everyone a Happy Thanksgiving.
Commissioner Friend wished everyone a Happy Thanksgiving; met with concerned citizens about Rails to Trails – City Manager Schubert sat in on the meeting; thankful for the City Manager.

Commissioner's Report

**Item #5. City Manager's Report:** City Manager Schubert reminded everyone about Winter Wonderland on Saturday, Nov. 19th, in Sheffield Park; Mr. Schubert will be out of town the rest of the week.

City Manager's Report

    A. **Employee of the Month – October 2016:** Officer Hunter Kelly, Police Department, was awarded the EOM award for his hard work and dedication to the City.

**Item #6. City Attorney's Report:** No report.

City Attorney's Report

**CONSENT AGENDA:**
**Item #7. Minutes:** 10/25/2016 – Regular Meeting
**Item #8. Purchase of trailer mounted vacuum system in the amount of $69,035:** The trailer mounted vacuum system is used in cleaning out lift stations, storm drain systems and during water and sewer main breaks. The original budget amount was for $65,000. In order to get a more reliable diesel engine the cost for the equipment will be $69,035. A midyear budget adjustment will be needed but other capital items are anticipated to come under budget which will more than cover the additional cost.

Consent Agenda
Minutes
Vacuum System
Purchase

11

City Commission Meeting Minutes of November 15, 2016
Page Two

**Item #9. Approval of copier lease agreement:** Approve CPC and Wells Fargo leases for the lease of copy machines to include service maintenance.  The total of the proposed lease is $1,535 per month, which is a savings of $227.47 per month.

Copier Lease Agreement

**Item #10.   Approval of Task Order with Panhandle Engineering for Porter Park Construction Oversight in the amount of $27,900:** Approve task order with Panhandle Engineering in. the amount of $27,900 for bidding and construction oversight of Porter Park improvements.

Task Order Porter Park Panhandle Eng.

| | Motion by Commissioner Schad:  To approve as presented. | | |
| --- | --- | --- | --- |
| | Second to the motion:  Commissioner Barnes. | | |
| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**OLD BUSINESS:**

Old Business
Ord. 1024

**Item #11. Second and final reading of Ordinance 1024, Vehicles for Hire:** An  Ordinance of the City of Lynn Haven, Florida, Amending  Chapter   66 of the Lynn Haven  Code of Ordinances related to Traffic  and Motor Vehicles;  Creating a permitting process for Vehicles for Hire; defining the terms "Vehicle For Hire", "Network Company", and "Network Vehicle"; adopting the Bay County Board of County Commissioners permitting process for Vehicles  for  Hire with  a separate category  for Network  Vehicles . City Manager Schubert read this Ordinance by title only.  This was the second and final reading.

City Attorney Jackson requested one change – *page 4 – approved network company – change and to or*

| | Motion by Commissioner Schad:  To approve the ordinance with the change requested by City Attorney Jackson. | | |
| --- | --- | --- | --- |
| | Second to the motion:  Commissioner Ashbrook. | | |
| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #12.  Second and final reading of Ordinance 1025, Right-of-Way Abandonment, Camryn's Crossing, Phase II:** An Ordinance of the City of Lynn Haven, Florida, providing for the Vacation and Abandonment of a Certain 40 Foot Platted Right of Way as shown on the Plat of St. Andrews Bay Development Company's Subdivision of Section 14, Township 3 South, range 14 West Bay County, Florida, which lies within the City Limits. City Manager Schubert read this Ordinance by title only.  This was the second and final reading.

Ord. 1025

**City Commission Meeting Minutes of November 15m 2016**
**Page Three**

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Barnes:  To approve as presented. | | |
|  | Second to the motion:  Commissioner Ashbrook. | | |
| On Vote: | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Schad: | aye | |
|  | Friend: | aye | |
|  | Anderson: | aye | Motion passed:  5-0 |

**PUBLIC HEARING OPENED: 6:14 p.m.**

Public Hearing
Plat Approval
Camryn's Crossing

**Item #13.  Preliminary Plat approval – Camryn's Crossing, Subdivision Phase II, CCS, LLC:** The applicant is requesting Preliminary Plat Approval for fifty -seven (57) single family lots and supporting infrastructure, immediately adjacent to the existing Camryn 's Crossing Subdivision (Phase 1). The proposed new subdivision will be constructed upon 24.49+/- acres. The Development Order for this subdivision has been submitted to the City and will be coming to the City Commission for approval at the next Commission Meeting. Commissioner Schad asked the Engineer for the project if all the drainage issues have been addressed; there was some issues that cost the City money with drainage in Phase I.

**PUBLIC HEARING CLOSED: 6:19 p.m.**

**NEW BUSINESS:**

**Item #14.  Discussion and possible action approving the Preliminary Plat, Camryn's Crossing Subdivision Phase II, CCS, LLC:**

Camryn's Crossing

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Schad:  to approve as presented. | | |
|  | Second to the motion:  Commissioner Ashbrook. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Anderson: | aye | Motion passed:  5-0 |

**Item #15.  Resolution 2016-11-668, FY 2015/2016 year end amended budget:** City Manager Schubert stated that this is the second year with no transfers between the General/Enterprise Fund; the City is fiscally sound.

Res. 2016-11-668

Mayor Anderson congratulated the City Manager for the budget.

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Schad:  To approve as presented. | | |
|  | Second to the motion:  Commissioner Barnes. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Anderson: | aye | Motion passed:  5-0 |

**City Commission Meeting Minutes of November 15, 2016**
**Page Four**

**Item #16.  Resolution 2016-11-669, Splash Park:** Mayor Anderson stated that she would like to show a power point presentation supporting the splash park; engineering provided free by Panhandle Engineering; concession stand can be used to offset maintenance cost; fencing is suggested; fund raising goal is $250k. A Resolution of the City of Lynn Haven, Florida authorizing the opening of a bank account to receive donations to fund the design, construction, operation and maintenance of a splash park at A. L. Kinsaul Park; restricting the use of funds in such account.  City Manager Schubert read this resolution by title only.

Res. 2016-11-669

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion:  Commissioner Friend.

Commissioner Friend stated that he is concerned about utilization; met with City Engineer & City Manager to discuss safety and possible employee on site; did a survey and found that 95% did not know where A. L. Kinsaul Park is located – need to advertise; possibility to charge a fee; $10-15,000 a year to operate; passing of the half cent sales tax is a plus; flood zone, however, Engineer stated that filter could be elevated.

Commissioner Schad suggested a thermometer be constructed to show donations; believes it is a step in the right direction; advocate for more activities on the West side of town; will provide something for all age groups.

Commissioner Barnes stated that the location is susceptible to flooding; concerned with the location; 20% reduction in equipment because of salt water; concerned with staff liability & high school workers; would like to see splash park at Rec Center – would be more secure; benefit parents who are already at the park; suggested soccer fields for A. L. Kinsaul Park; splash park geared toward toddlers.

Mayor Anderson stated not just for toddlers; disagree about high school students working; City is in a flood plain; storm drainage pond located on the property; seawall proposed to shore up the coastline.

Commissioner Ashbrook wanted to know the dollar amount being requested to begin the project.

Mayor Anderson stated that she proposed to raise $250k in 12 months to construct the splash park.

Commissioner Ashbrook wanted the dollar amount in the resolution.

City Attorney Jackson proposed this be added to Section 3 of Resolution 2016-11-669.

After further lengthy audience participation the following motion was amended:

| | | |
|---|---|---|
| Amended motion: | Motion by Commissioner Schad:  To amend the resolution to include $250k & to include fencing. | |
| | Second to the motion:  Commissioner Friend. | |
| On Vote: | Schad: | aye |
| | Friend: | aye |
| | Barnes: | no |
| | Ashbrook: | aye |
| | Anderson: | aye |

Motion passed:  4-1

**14**

**City Commission Meeting Minutes of November 15, 2016**
**Page Five**

| | | | |
|---|---|---|---|
| Amended Motion: | Motion by Commissioner Schad:  To approve Res. 2016-11-669 to allow the Mayor to fund raise $250k for a splash park at Kinsaul Park. | | |
| | Second to the motion: Commissioner Friend. | | |
| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | no | |
| | Ashbrook: | no | |
| | Anderson: | aye | Motion passed:  3-2 |

**Item #17. Resolution 2016-11-670, Capital Improvement Revenue Refunding Bonds, Series 2016:** A resolution authorizing the issuance of not exceeding $7,500,000 capital improvement revenue refunding bonds, series 2016, of the city of Lynn Haven, Florida, to provide funds to refund certain outstanding debt of the City; providing for the payment of the Series 2016 bonds from the net revenues of the system and certain other moneys pledged therefor; authorizing and approving an escrow deposit agreement; approving the distribution of the preliminary official statement and a final official statement with respect thereto; delegating the award of the Series 2016 bonds to the Mayor, upon compliance  with certain   parameters; making other covenants and agreements in connection therewith; and providing an effective date. City Manager Schubert read this resolution by title only. City Attorney Jackson stated the amount is $7,500,000.00.

*Res. 2016-11-670*

| | | | |
|---|---|---|---|
| | Motion by Commissioner Ashbrook:  To approve as presented. | | |
| | Second to the motion: Commissioner Schad. | | |
| On Vote: | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #18.  Discussion and possible action regarding abolishing the Kelly Day in the Fire Department:** The City of Lynn Haven is the only municipality in Bay County that has a Kelly day.  While this day off every three weeks reduces overtime, it has also proved to be a detriment to employee retention. Eliminating the Kelly day will bring salaries in line with other similar fire departments, increase employee retention rate and allow for exclusive use of the rescue truck on all shifts for medical calls. Fiscal Impact: $155,000 per FY.
Mayor Anderson wanted to express her support for this proposal.

*Abolish Kelly Day Fire Dept.*

| | | | |
|---|---|---|---|
| | Motion by Commissioner Schad:  To approve as presented. | | |
| | Second to the motion:  Commissioner Friend. | | |
| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**City Commission Meeting Minutes of November 15, 2016**
**Page Six**

**Item #19.  Discussion and possible action regarding approval of agreement with D&H properties:**  City Attorney stated that this is an agreement that will allow BHCA to construct a parking lot on a City easement and allow them to have a Right of Way use agreement.

D&H Agreement

|          | Motion by Commissioner Ashbrook:  To approve as presented. |       |                    |
|----------|-----------------------------------------------------------|-------|--------------------|
|          | Second to the motion:  Commissioner Friend.               |       |                    |
| On Vote: | Ashbrook:                                                 | aye   |                    |
|          | Schad:                                                    | aye   |                    |
|          | Friend:                                                   | aye   |                    |
|          | Barnes:                                                   | aye   |                    |
|          | Anderson:                                                 | aye   | Motion passed: 5-0 |

**Item #20.  Public Commentary:**

Public Commentary

Ms. Libby Tunnell thanked Mayor Anderson for her work on the splash park; she invited everyone to the Library after the Old Fashioned Christmas Parade.

Mr. Leon Miller wanted to know the status about the Trolley stop at 17th Street; he wanted to know if lights are being considered for Cain Griffin Park so that the kids can play ball after dark. City Manager Schubert reported that he spoke with FDOT about the turn lane at 17th Street; he will look into the lighting situation.

Mr. John Henke stated that he likes Lynn Haven & he sees great improvements.

Mr. Chris Calohan stated the Commission needs to address the issue of allowing chickens in the city limits.

Mr. Robert Beck is concerned with traffic issues at Hwy 390, Jenks Ave. & Maine Ave.

There was no further business to discuss and the meeting was *adjourned at 7:51 p.m.*

Adjourn

**APPROVED THIS** ___13th___ **DAY OF**___December___2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

16

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## CITY COMMISSION MEETING
## TUESDAY, NOVEMBER 15, 2016 – 6 P.M.
## AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report.
4. Commissioner's Report.
5. City Manager's Report:               A. Employee of the Month – October 2016
6. City Attorney's Report.

**CONSENT AGENDA:**
7. Minutes:       10/25/16 – Regular Meeting
8. Purchase of trailer mounted vacuum system in the amount of $69,035.
9. Approval of copier lease agreement.
10. Approval of Task Order with Panhandle Engineering for Porter Park Construction Oversight in the amount of $27,900.
    **\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
11. Second and final reading of Ordinance 1024, Vehicles for Hire.
12. Second and final reading of Ordinance 1025, Right-of-Way Abandonment, Camryn's Crossing, Phase II.

**PUBLIC HEARING OPENED:  (state time)**
13. Preliminary Plat approval – Camryn's Crossing Subdivision Phase II, CCS, LLC
    **PUBLIC HEARING CLOSED.  (state time)**

**NEW BUSINESS:**
14. Discussion and possible action approving the Preliminary Plat, Camryn's Crossing Subdivision Phase II, CCS, LLC.
15. Resolution 2016-11-668, FY 2015/2016 year end amended budgets.
16. Resolution 2016-11-669, Splash park.
17. Resolution 2016-11-670, Capital Improvement Revenue Refunding Bonds, Series 2016.
18. Discussion and possible action regarding abolishing the Kelly Day in the Fire Department.
19. Discussion and possible action regarding approval of agreement with D&H Properties.
20. Public Commentary.
21. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

The Lynn Haven City Commission held a workshop on Monday, October 24, 2016 at 4:00 p.m. in The Chambers to discuss upcoming special events and a proposed splash park at Kinsaul Park.  The public was invited to attend.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**OCTOBER 25, 2016 – 4:00 P.M.**

**Present:**   Margo Deal Anderson, Mayor
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Ashbrook gave the Invocation.  The Pledge of Allegiance followed.

Call to Order

Motion by Commissioner Friend:  To excuse Commissioner Barnes from the meeting.
Second to the motion: Commissioner Ashbrook.

On Vote:   Friend:          aye
Ashbrook:     aye
Schad:          aye
Anderson:     aye                     Motion passed:  4-0

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she attended the St. Andrew Bay Center Gala fundraiser where they raised $50k; participated in a grant webinar for coastal rehab/restoration – she will be applying for a grant – over $400k available to be distributed; met w/City Attorney Jackson regarding splash park fundraising; talked with City Attorney Jackson about ordinance for driver for hire; attended the BCLofCities meeting; met w/Chris Forehand on a conceptual for the splash park; visited two splash parks; she was the guest speaker at the PFLAG event on Oct. 21st.

Mayor's Report

**Item #4.  Commissioner's Report:**
Commissioner Schad reported he attended the St. Andrew Bay Center Gala fundraiser; met with City Attorney & City Engineer regarding the splash park; he cautioned everyone to be extra careful during the holiday season.
Commissioner Ashbrook had no report.
Commissioner Rodney Friend ran the 5k at A L Kinsaul park; working on research for the splash park; met with Leisure Services regarding implementing cricket in our sports.

Commissioner's Report

**Item #5.  City Manager's Report:**  City Manager Schubert reported that we would have one meeting in November and one meeting in December to observe the holidays.

City Manager's Report

**Item #6.  City Attorney's Report:**  City Attorney Jackson reported that a home being built at 2652 Peyton Way is 4 inches out of compliance per the City's setbacks; it would cost $40,000 to tear down and rebuild; options are 1) authorize permit & CO – it would be a non-conforming us; or 2) tear down; City Attorney Jackson stated that did not meet a variance qualification.

City Attorney's Report

19

**City Commission Meeting Minutes of October 25, 2016**
**Page Two**

Motion by Commissioner Ashbrook:  To allow to proceed & build.
Second to the motion:  Commissioner Schad.

On Vote:      Ashbrook:      aye
              Schad:          aye
              Friend:         aye
              Anderson:       aye                  Motion passed:  4-0

**CONSENT AGENDA:**                                                    Consent Agenda
**Item #7.  Minutes:  10/11/16 – Regular Meeting**                     Minutes
**Item #8.  Ratify the reappointment of Bernd Janke to the General Employees' Pension**    Pension Appt.
**Board of Trustees:** Ratify Bernd (Ben) Janke's appointment to the General Employees'
Pension Board of Trustees for a four-year term beginning January 1, 2017.
**Item #9.  Reappointment of Garland Woodard to the General Employees' Pension**
**Board of Trustees:** Mr. Garland Woodard has sat on the General Employees' Pension Board
of Trustees since March 11, 2014. His current term expires December 31, 2016. Mr.
Woodard is willing to be reappointed to serve another four-year term that would begin on
January 1, 2017 and end on December 31, 2020 should that be the desire of the Commission.
**Item #10.  Approve Task Order to Panhandle Engineering in the amount of $32,400**    Task Order
**for engineering Services on the CIPP Sewer Rehabilitation Program Phase 2:** The
Lynn Haven Utility Division has a continuing program for the rehabilitation of sewer lines.
The work consists of cleaning and camera sewer mains to identify infiltration point and
repairing them through a slip lining process.

Motion by Commissioner Schad:  To approve the Consent Agenda as
presented.
Second to the motion: Commissioner Ashbrook.
On Vote:      Schad:          aye
              Friend:         aye
              Ashbrook:       aye
              Anderson:       aye                  Motion passed:  4-0

**OLD BUSINESS:**
**Item #11.  Discussion and possible action regarding approval of special events:**    Special Events

Motion by Commissioner Schad:  To approve and title the Lynn Haven
Spring Festival on March 18, 2017.
Second to the motion:  Commissioner Friend.

Mr. Chris Calohan believes "spring festival encroaches on Panama City; he would like to
see blues & jazz festival.
Mr. Virgil Duffell asked if it changes does it has to come back before the Board.
Mayor Anderson said yes.
Ms. Arlene Harrison suggested this year jazz and next year country.

City Commission Meeting Minutes of October 25, 2016
Page Three

On Vote:        Schad:        aye
                Friend:        aye
                Ashbrook:    no
                Anderson:    yes            Motion passed:  3-1

**NEW BUSINESS:**

**Item #12.  Discussion and possible action regarding proposed splash park:** Mayor
Anderson passed the gavel to Commissioner Ashbrook so that she could present the splash
park. Mayor Anderson stated that when she first posted on FB she lost a very dear friend,
Mr. Ray Wishart, and people had contacted her to name it after him; since that time family
members have expressed not to name it after Mr. Wishart because they are hoping to have
a bike trail named after him.

Splash Park

> Motion by Mayor Anderson:  To grant permission for the Commission to
> grant her permission to fundraise to place a splash park at A L Kinsaul
> Park; to privately raise funds; to fundraise for  approx. 12 months; funds
> will be in a City account; allow for an on-line service to collect funds; cost
> of engineering donated by Panhandle Engineering; allow input from
> LHES & citizens for the final theme of the pilot splash park; the City
> would own the splash pad; if sufficient funds are not raised or the park all
> funds will be returned to the appropriate party.
> Second to the motion:  Commissioner Schad.

Commissioner Friend stated he respects the passion & ambition of Mayor Anderson to
raise funds, however, he does not see A L Kinsaul park being utilized enough; he also had
questions on upkeep & staffing requirements.
Commissioner Schad stated he appreciated his concerns; put more things in the park for
families to use; splash parks are very popular.
Mr. Virgil Duffell asked about liability, safety and staffing.
Ms. Judy Tinder supports the splash park and will contribute to the fundraising.
Mr. Leon Miller stated there is a splash park at Glenwood Recreation Center; he believes
if there is supervision it would be a good thing.
Ms. Arlene Harrison believes A L Kinsaul would be a wonderful use of space for a splash
park.
Mr. Chris Calohan supports the splash park.

On Vote:        Anderson:    yes
                Friend:        no
                Ashbrook:    no
                Schad:        yes            Motion fails: 2-2

Mayor Anderson stated that she is extremely disappointed.
Commissioner Friend stated his ongoing support, however, he needed more information
regarding operating costs and location.  He believes that the City needs more things at A
L Kinsaul park.

21

**City Commission Meeting Minutes of October 25, 2016**
**Page Four**

Mayor Anderson respectfully stated that Commissioner Friend had six years to do a fundraiser for a splash park; missed opportunity to raise funds through the holiday/tax season; everybody thought she could raise $250k; concession stand underutilized; cannot express her complete dismay; very disappointed.

**Item #13. First reading of Ordinance 1024, Vehicles for Hire:** An Ordinance of the City of Lynn Haven, Florida, Amending Chapter 66 of the Lynn Haven Code of Ordinances related to Traffic and Motor Vehicles; Creating a permitting process for Vehicles for Hire; defining the terms "Vehicle For Hire", "Network Company", and "Network Vehicle"; adopting the Bay County Board of County Commissioners permitting process for Vehicles for Hire with a separate category for Network Vehicles. City Manager Schubert read this Ordinance by title only. This was the first reading and no action was required.

<div style="text-align:right">Ord.<br>Vehicle for Hire</div>

**Item #14. First reading of Ordinance 1025, Right-of-Way Abandonment, Camryn's Crossing, Phase II:** An Ordinance of the City of Lynn Haven, Florida, providing for the Vacation and Abandonment of a Certain 40 Foot Platted Right of Way as shown on the Plat of St. Andrews Bay Development Company's Subdivision of Section 14, Township 3 South, range 14 West Bay County, Florida, which lies within the City Limits. City Manager Schubert read this Ordinance by title only. This was the first reading and no action was required.

<div style="text-align:right">Ord. 1025<br>ROW<br>Abandonment</div>

**Item #15. Resolution 2016-10-667, One Half-Cent Infrastructure Sales Surtax:** City Manager Schubert read Resolution 2016-10-667 by title only.

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Ashbrook.

| On Vote: | | | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 4-0 |

**Item #16. Public Commentary:**
Mr. Leon Miller suggested the Trolley stop at 17th Street & Hwy 77 be relocated because of traffic congestion with the opening of Marco's Pizza; would like to see street lights on 17th Street; would like to see turn arrows at 17th Street & Hwy 77.
City Manager Schubert reported that he sent a request to FDOT to review the 17th Street intersection, however, he has not received a call back; he will continue to pursue the request.
Ms. Arlene Harrison is extremely disappointed in the lack of support for the splash park.
Mr. Virgil Duffell commended the work of Code Enforcement; 17th Street looks great; has heard the comments regarding the Police Department – he supports Chief Messer and the Department.
Ms. Meaghan McDougal is disappointed it the splash park vote.
Mr. George Harris supports the splash park; he suggested a town hall meeting.
Ms. Jody Moore supports the splash park.
Mayor Anderson thinks the splash pad is a good idea & you haven't heard the last of it.

<div style="text-align:right">Public<br>Commentary</div>

There was no further business to discuss and the meeting was *adjourned at 7:03 p.m.*

<div style="text-align:right">Adjourn</div>

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## NOTICE

**The Lynn Haven City Commission will hold a workshop meeting on Monday, October 24, 2016, beginning at 4 p.m., in The Chambers, 108 E. 9th Street. The purpose of the meeting will be to discuss upcoming special events and a proposal for a splash park at Kinsaul Park. The public is invited to attend.**

### CITY COMMISSION MEETING
### TUESDAY, OCTOBER 25, 2016 – 6 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report.
4. Commissioner's Report.
5. City Manager's Report.
6. City Attorney's Report.

**CONSENT AGENDA:**
7. Minutes:       10/11/16 – Regular Meeting
8. Ratify the reappointment of Bernd Janke to the General Employees' Pension Board of Trustees.
9. Reappointment of Garland Woodard to the General Employees' Pension Board of Trustees.
10. Approve Task Order to Panhandle Engineering in the amount of $32,400 for engineering Services on the CIPP Sewer Rehabilitation Program Phase 2.
    **\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
11. Discussion and possible action regarding approval of special events.

**NEW BUSINESS:**
12. Discussion and possible action regarding proposed splash park.
13. First reading of Ordinance 1024, Vehicles for Hire.
14. First reading of Ordinance 1025, Right-of-Way Abandonment, Camryn's Crossing, Phase II.
15. Resolution 2016-10-667, One Half-Cent Infrastructure Sales Surtax.
16. Public Commentary.
17. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

**City Commission Meeting Minutes of October 25, 2016**
**Page Five**

APPROVED THIS _____15th_____ DAY OF _____Nov._____ 2016.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

25

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**TUESDAY, OCTOBER 11, 2016 – 4:00 P.M.**

**Present:**     Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manger
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Barnes gave the Invocation. The Pledge of Allegiance followed.

*Call to Order*

**Item #3. Mayor's Report:** Mayor Anderson reported that she attended the LHPC on 10/4; met with the Cub Scouts; Deerpoint Elementary School students will be hands on for the Lynn Haven Bayou Park Preserve; met with City Manager Schubert & Leisure Services Director Maria Stout-Tate on the proposed Christmas parade for Florida Ave,; there is a proposed art gallery on Florida Ave.; congratulated former Commissioner Frances Wittkopf & Commissioner Rodney Friend on their work in helping to secure a $268,000 Rails to Trails grant from FDOT.

*Mayor's Report*

    **A.   Uber Discussion** – Mayor Anderson reported that she has had numerous request to have Uber & Lyft in Lynn Haven – this is a transportation option similar to taxi's but operated by individuals; she suggested Lynn Haven take the lead on this.  It is a great way to make extra money & would be a benefit to the community.

*Uber Discussion*

Commissioner Schad stated that he had no problem with Uber.
Commissioner Ashbrook stated he had no problem with Uber.
Commissioner Barnes stated he had no problem with Uber.
Commissioner Friend stated he had no problem with Uber, however, he was concerned with the impact it may have on the Trolley.
Mr. James Morris supported Uber.

**Item #4. Commissioner's Report:**
Commissioner Schad reported he met with the Weebles Cub Scouts on Oct. 6; attended the Gulf Power Symposium. The symposium was very informative & there was much discussion on technology.
Commissioner Ashbrook thanked City Manager Schubert & Engineer Chris Forehand for their work in securing RESTORE funds for the City.
Commissioner Barnes thanked City Manager Schubert & Chris Forehand for their work securing RESTORE funds for the City.
Commissioner Friend reported it was a great accomplishment getting the grant for Rails to Trails – he thanked everyone involved for their hard work; there will be a 5k run at A L Kinsual Park on Oct. 15 & invited everyone to attend.

*Commissioner's Report*

26

**City Commission Meeting Minutes of October 11, 2016**
**Page Two**

**Item #5. City Manager's Report:**  City Manager Schubert thanked everyone involved in their help in securing RESTORE funds; reported that a pirate ship has been installed at the ADA compliant playground at Porter Park; the proposed ½ cent surtax would generate $1.7 mil for Lynn Haven each year to go to infrastructure improvements; solar lights are being installed in the parking lot at the Recreation Center; FWC will hold a public meeting on Oct. 27 at 6:00 p.m. to discuss bears; McDonalds on Hwy 77 is being renovated to include an inside children's playground; new utility payment drobox located on east side of City Hall; City Commission Workshop on Oct. 24th to discuss splash pad and special events.

City Manager Report

Lynn Haven Police Department, Officer Kaitlyn Anglin presented Parker Walsingham with the "Honorary Police Badge" for his kindness in making goody bags for the Police Department.

> A. **Employee of the Month – August:**  Mitchell Hood, Stormwater Foreman, Public Works, was awarded the EOM award for his hard work and dedication to the City.

EOM - August

**Item #6. City Attorney's Report**: No report.

City Attorney's Report

**PUBLIC HEARING OPENED: 4:35 p.m.**
**Item #7. Proposed CDBG Grant Application – 7th Street Sewer Line Replacement:** Dennis Dingman of Summit Professional Services held a public hearing on behalf of the Commission as a requirement of the Community Development Block Grant (CDBG) program. He will present a project to replace the old sewer main on West 7th Stret from Kentucky Avenue to Florida Avenue. The proposed project involves replacing approximately 5,760 LF of 8" to 10" gravity sewer pipe, sewer manholes, sewer laterals and roadway replacement.
After audience participation the PUBLIC HEARING was *closed at 4:41 p.m.*

Public Hearing CDBG Grant

**FAIR HOUSING WORKSHOP OPENED: 4:41 p.m.**
**Item #8. Fair Housing Training Workshop – CDBG requirement:**  Mr. Dennis Dingman of Summit Professional Services held a Fair Housing Workshop on behalf of the Commission as a requirement of the Community Development Block Grant (CDBG) Program.  The workshop is required to obtain additional points on the City's CDBG application.
After audience participation the PUBLIC HEARING was *closed at 4:44 p.m.*

Workshop CDBG

**PUBLIC HEARING OPENED:**
**Item #9.  Development Order application – North Bay Haven Elementary School – DO-16-5 (Quasi-Judicial Hearing):**    City Attorney Jackson stated that this is a quasi-judicial hearing and all affected parties were sworn in.  This is a request to construct an elementary school on the North Bay Haven Charter Academy site on Hwy 390. This request for a Development Order was unanimously approved by the Planning Commission on October 4, 2016. This phase will consist of 57,000 square feet of additional classrooms housed in two story buildings, plus an additional 81,226 square feet of parking. There will also be additional landscaping improvements to accompany the newly constructed areas, plus some additional internal roadways, such as a loop road.
After audience participation the PUBLIC HEARING was *closed at 4:48 p.m.*

Public Hearing DO – North Bay Haven Elem. School

**City Commission Meeting Minutes of October 11, 2016**
**Page Three**

**CONSENT AGENDA:**

**Item #10.  Minutes:  9/19/2016 – Regular Meeting**

Consent Agenda
Minutes

**Item #11.  Approve purchase of a garbage truck, backhoe and pickup trucks for Public Works**

Vehicle Purchase

**Item #12.  Approve Panhandle Engineering Task Order #14425 for engineering services related to shoreline stabilization at Kinsaul Park in the amount of $19,850**

Panhandle Eng.
Task Order
Kinsaul Park

**Item #13.  Authorize the submittal of a Coastal Partnership Initiative grant for Kinsaul Park shoreline stabilization:** Maximum grant of $30,000 being requested.   City match will be at least equal to the  $30,000.

**Item #14.  Approve submittal of grant application, FEMA Assistance to Firefighters, for the purchase of SCBAs and air cylinders:** Staff is requesting Commission approval to submit a grant application for the purchase of 25 SCBA unit and 50 cylinders.  The total proposed grant budget will be $193,500± of which the City must contribute 5% as matching funds.

Grant Application
FEMA

**Item #15.   Approve Development Order Application for North Bay Haven Elementary School – DO-16-5**

DO-16-5
North Bay Haven
Elem. School

Motion by Commissioner Schad:  To approve the Consent Agenda as presented.

Second to the motion: Commissioner Ashbrook.

On Vote:      Schad:          aye
Friend:          aye
Barnes:          aye
Ashbrook:      aye
Anderson:      aye              Motion passed: 5-0

**NEW BUSINESS:**

**Item #16.  Approve $50,000 expenditure from the sewer budge for leverage in the CDBG application for the 7th Street Sewer Line Replacement project and additional funds if required to complete the project:**

CDBG Grant

Motion by Commissioner Ashbrook: Approve $50,000 from the sewer budget to be used as leverage for the City's FFY 2016 CDBG application for the 7th Street Sewer Line Replacement project and any additional funds required to complete the project.

Second to the motion: Commissioner Barnes.

On Vote:      Schad:          aye
Friend:          aye
Barnes:          aye
Ashbrook:      aye
Anderson:      aye              Motion passed:  5-0

28

**City Commission Meeting Minutes of October 11, 2016**
**Page Four**

**Item #17.  Resolution 2016-10-665, approval of proposed CDBG Grant Application for 7th Street Sewer Line replacement:**  City Manager Schubert read Res. 2016-10-6654 by title only.

RES. 2016-10-665
CDBG Grant

> Motion by Commissioner Schad:  Approve the submittal of a FY2016 Small Cities Community Development Block Grant Neighborhood Revitalization application to the Florida Department of Economic Opp01tunity and adopt the enabling Resolution No. 2016-10-665 authorizing the signing of the necessary application documents.
> Second to the motion: Commissioner Ashbrook.

On Vote:      Schad:         aye
              Friend:        aye
              Barnes:        aye
              Ashbrook:      aye
              Anderson:      aye                    Motion passed:  5-0

**Item #18.  Discussion and possible action regarding The Enclave at Northshore Conceptual Site Plan:** Royal American Development Inc. requests the City Commission review the conceptual site plan for a 100 unit, rent restricted senior apartment community proposed to be located adjacent to the existing Reserve at Northshore on Highway 390 in Lynn Haven. The proposed development would be a 55+ age restricted apartment community, and the developers are seeking financing from Florida Housing Finance Corporation. As part of that process the developer has to submit various documents to the Corporation, one being a confirmation that the City has reviewed the conceptual site plan and provides conceptual site plan approval.

Enclave @ Northshore Conceptual Site Plan

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion: Commissioner Ashbrook.

On Vote:      Barnes:        aye
              Ashbrook:      aye
              Schad:         aye
              Friend:        aye
              Anderson:      aye                    Motion passed:  5-0

**Item #19. Pubic Commentary:**

Public Commentary

A Meadows resident would like to see a fine dining establishment in Lynn Haven.
Commissioner Barnes stated that the City has tried to get sit down restaurants but no one has made application.
Mayor Anderson stated that she believes lack of water pressure may be an issue; she would like to see a boutique restaurant at A L Kinsaual Park or Florida Ave.
Commissioner Ashbrook stated that demographics are a consideration.
Commissioner Friend stated that he would like to see fine dining, however, he believes demographics play a roll too.
City Manager Schubert stated that the City lowered impact fees for commercial businesses to help bring new business to the City.

29

**City Commission Meeting Minutes of October 11,2 016**
**Page Five**

Mr. William Carr stated he received a copy of employee salaries & believes that they are in-line with where they should be; he is concerned with comments on the Mayor's FB page that he believes does not support the LHPD; he stated that by not coming to the defense of the Police Department & stating a need for new leadership, in his opinion, shows that the Mayor does not support the Police Department.

Mayor Anderson stated that she is not behind the methodology of the current Police Chief; she stands behind her opinion.; Mayor Anderson stated that it is her Facebook page as Mayor of the City & is open to scrutiny.  There is a disparagement in upper level salaries; she believes entry level positions should receive a higher salary; certain employees received a 5% increase for many years without a performance evaluation; she receives daily phone calls from LHFD & LHPD requesting new leadership in the departments.

Commissioner Barnes stated that the City has done numerous salary surveys, through an independent agent, that supports the current salaries.

Commissioner Friend stated he disagrees with Mayor Anderson; the Police Department has received two awards recently for $25,000; Chief Messer has spent 41 years in law enforcement & Commissioner Friend supports him 100%; he has received no phone calls expressing concerns in the Department.

Mayor Anderson suggested the City save money on doing salary studies and pay entry level employees more; we have studied it to death.

Commissioner Barnes stated the City is paying on par with other departments; LHPD has received numerous awards & they are doing a good job; he believes the Mayor is derelict in her duties for comments on her FB page & by not showing support for the Police Chief.

Mr. Walter Kelley stated we have one of the best Police Departments in the State; the City has good employees and we should show support to those employees.

Mayor Anderson stated that she has nothing to hide about what she has said &she has no regrets.

Mayor Anderson stated that she would like to see new leadership in the LHPD; she believes the department needs improvement.  She stated that she has no problem with Chief Messer.

Ms. Cindy Vann stated that she works in the LHPD & when the Mayor did her tour she did not speak to anyone; she asked Mayor Anderson which direction she would like to see the department go in.

Mayor Anderson stated that she would like to see a Police Chief in his office during the day; she would like to see more technology in the Police Dept.; she would like to see entry level employees make a livable wage; she would like to see an update lab; she would like to see the department cleaned up; she would like to see a holding cell.

Cindy Vann stated that she disagrees with the Mayor and suggested that she talk to her and get to know the people in the Department.

**City Commission Meeting Minutes of October 11, 2016**
**Page Six**

There was no further business to discuss and the meeting was *adjourned 5:30 p.m.*

Adjourn

**APPROVED THIS** _____25th_____ **DAY OF** ___October_____ **2016.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## NOTICE

The Lynn Haven City Commission will meet at 809 Florida Ave. on Tuesday, 10/11/16 at 3 p.m. The purpose of their on-site visit will be for a check presentation to Bill Rhodes of Rhodes Motorsports for participation in the CRA Storefront Assistance Program.  The public is invited to attend.

## CITY COMMISSION MEETING
### TUESDAY, OCTOBER 11, 2016 – 4:00 P.M.
### AGENDA

1.  Call to order.
2.  Invocation/Pledge of Allegiance.
3.  Mayor's Report:               A.  Uber Discussion
4.  Commissioner's Report.
5.  City Manager's Report:        A. Employee of the Month – August
6.  City Attorney's Report.

**PUBLIC HEARING OPENED:  (state time)**
7.  Proposed CDBG Grant Application – 7th St. Sewer Line Replacement – Denny Dingman
    *(no motion until Item 17)*
    **PUBLIC HEARING CLOSED.  (state time)**

**FAIR HOUSING WORKSHOP OPENED:  (state time)**
8.  Fair Housing Training Workshop – CDBG requirement - Denny Dingman
    *(no motion)*
    **WORKSHOP CLOSED:  (state time)**

**PUBLIC HEARING OPENED:  (state time)**
9.  Development Order application – North Bay Haven Elementary School – DO-16-5
    *Quasi-Judicial Hearing (no vote until Item 15)*
    **PUBLIC HEARING CLOSED:  (state time)**

**CONSENT AGENDA:**
10.  Minutes:  9/19/16 – Regular Meeting
11.  Approve purchase of a garbage truck, backhoe and pickup trucks for Public Works.
12.  Approve Panhandle Engineering Task Order #14425 for engineering services related to shoreline stabilization at Kinsaul Park in the amount of $19,850.

City Commission Meeting of 10/11/16
Page two

13.  Authorize submittal of a Coastal Partnership Initiative grant for Kinsaul Park shoreline stabilization.
14.  Approve submittal of grant application, FEMA Assistance to Firefighters, for the purchase of SCBAs and air cylinders.
15.  Approve Development Order Application for North Bay Haven Elementary School – DO-16-5.
     **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

     **NEW BUSINESS:**
16.  Approve $50,000 expenditure from the sewer budget for leverage in the CDBG application for the 7th Street Sewer Line Replacement project and additional funds if required to complete the project.
17.  Resolution 2016-10-665, approval of proposed CDBG Grant Application for 7th Street Sewer Line replacement.
18.  Discussion and possible action regarding The Enclave at Northshore Conceptual Site Plan.
19.  Public Commentary.
20.  Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

33

There was no workshop prior to this meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### SEPTEMBER 19, 2016 – 5:01 P.M.

**Present:**    Margo Deal Anderson, Mayor
Antonius G. Barnes Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manger
Robert C. Jackson, City Attorney
Lieutenant Brian Blalock

Mayor Anderson called the meeting to order and Commissioner Barnes gave the Invocation.  The Rising Leader Academy led the Pledge of Allegiance.

Call to Order

**Item #3. PUBLIC HEARING OPENED: 5:05 p.m.**

    **A.**  **Proposed Millage Rate for 2016 Tax Rolls:** City Manager Schubert stated that for the purpose of funding a portion of the FY2016/2017 General Fund Budget a millage rate of 3.9% is proposed.   City Manager Schubert read Res. 2016-09-662 by title only.

Proposed Millage Rate
Public Hearing

    Motion by Commissioner Ashbrook: To approve as presented; Res. 2016-09-662 was adopted @ 5:07 p.m.
    Second to the motion: Commissioner Schad.

On Vote:

| | | |
|---|---|---|
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

    **B.**  **Proposed General Fund Budget for FY 2016/2017:** City Manager Schubert read Resolution 2016-09-663, final General Fund Budget and approving the Enterprise Fund Budgets for FY2016-2017, by title only.

General Fund
FY2016/2017

    Motion by Commissioner Schad:  To approve as presented; Res. 2016-09-663 was adopted @ 5:08 p.m.
    Second to the motion: Commissioner Barnes.

On Vote:

| | | |
|---|---|---|
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Ashbrook: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

There was no audience participation and the **PUBLIC HEARING** was *closed at 5:08 p.m.*

34

**City Commission Meeting Minutes of September 19, 2016**
**Page Two**

**Item #4. PUBLIC HEARING OPENED: 5:09 p.m.**
    A.  **Proposed Community Redevelopment Agency Budget for FY 2016/2017:** City Manager Schubert read Resolution 2016-09-664, Adopting the final CRA Budget for FY 2016/2017, by title only.
<span style="float:right">CRA FY2016/2017 Public Hearing</span>

        Motion by Commissioner Schad: To approve as presented; Res. 2016-09-664 was adopted @ 5:10 p.m.
        Second to the motion: Commissioner Barnes.

| On Vote: | Schad: | aye | |
|----------|--------|-----|--|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

There was no audience participation and the **PUBLIC HEARING** was *closed at 5:10 p.m.*

**Item #5. PUBLIC HEARING OPENED: 5:10 p.m.**
    A.  **Community Development Block Grant – program – Denny Dingman:** Dennis Dingman of Summit Professional Services held a public hearing on behalf of the Commission as a requirement of the Community Development Block Grant (CDBG) program. The public hearing is required to inform the public as to available funding limits and categories, and to receive citizen input. This is the first of two required public hearings for the CDBG program. After listening to citizen input the Commission must authorize staff and Summit Professional Services to proceed with the writing of a CDBG application.
<span style="float:right">CDBG Grant Public Hearing</span>

After audience participation the PUBLIC HEARING was *closed at 5:20 p.m.*

**Item #6. Mayor's Report:** Mayor Anderson reported that the Shriner's Cardboard Boat Regatta will be held at Porter Park on September 24, 2016; she will attend the BCL Qtrly meeting/dinner tonight – the topic will be the ½ cent infrastructure surtax.
<span style="float:right">Mayor's Report</span>

**Item #7. Commissioner's Report:**
Commissioner Schad/Ashbrook/Barnes had no report.
Commissioner Friend reported that the TPO meeting will be Wednesday Sept. 21, 2016.
<span style="float:right">Commissioner's Report</span>

**Item #8. City Manager's Report:** No report.
<span style="float:right">City Manager's Report</span>

**Item #9. City Attorney's Report:** No report.
<span style="float:right">City Attorney's Report</span>

**CONSENT AGENDA:**
**Item #10. Minutes:**  **9/12/2016 – Regular Meeting**
**Item #11. Award a five-year contract for uniform rental services to G & K Services:** Staff is recommending the approval to enter into a new contract with G&K Services for a period of five (5) years with uniform rentals commencing December 1, 2016. Approx. cost per year is $13,000.
<span style="float:right">Minutes<br>G&K Uniform Contract</span>

        Motion by Commissioner Schad: To approve the Consent Agenda as presented. Second to the motion: Commissioner Ashbrook.

**City Commission Meeting Minutes of September 19, 2016**
**Page Three**

| On Vote: | Schad: | aye |
| | Friend: | aye |
| | Barnes: | aye |
| | Ashbrook: | aye |
| | Anderson: | aye | Motion passed: 5-0 |

**NEW BUSINESS:**

**Item #12.   Discussion and possible action authorizing staff and Summit Professional Services, Inc. to proceed with a Federal Fiscal Year 2016 CDBG application in the regular category**:

CDBG Grant Application

> Motion by Commissioner Ashbrook:  To authorize staff & Summit Professional Services, Inc. to proceed with a Federal Fiscal Year 2016 CDBG application in the regular category.
> Second to the motion: Commissioner Barnes.

| On Vote: | Ashbrook: | aye |
| | Schad: | aye |
| | Friend: | aye |
| | Barnes: | aye |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #13.  Public Commentary:**

Public Commentary

Mr. Brad Yundt suggested the Invocation be more inclusive.

There was no further business to discuss and the meeting was *adjourned at 5:24 p.m.*

Adjourn

**APPROVED THIS** _____11th_____ **DAY OF** ___October___ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert. City Manager

Prepared by Laurie Baker

36

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

### CITY COMMISSION MEETING
### MONDAY, SEPTEMBER 19, 2016 – 5:01 P.M.
### AGENDA

1.  Call to order.
2.  Invocation/Pledge of Allegiance.

3.  **<u>PUBLIC HEARING OPENED:  (state time)</u>**
    A.  Proposed Millage Rate for 2016 Tax Rolls
        City Manager comments
        Read title of Resolution 2016-09-662, Adopting the final Millage Rate
        Public comments
        Motion to adopt Resolution
        Announce time of adoption

    B.  Proposed General Fund Budget for FY 2016-2017
        City Manager comments
        Read title of Resolution 2016-09-663, Adopting the final General Fund
        Budget and approving the Enterprise Funds Budgets for FY2016-2017
        Public comments
        Motion to adopt Resolution
        Announce time of adoption
    **<u>PUBLIC HEARING CLOSED.  (state time)</u>**

4.  **<u>PUBLIC HEARING OPENED:  (state time)</u>**
    A.  Proposed Community Redevelopment Agency Budget for FY2016-2017
        City Manager comments
        Read title of Resolution 2016-09-664, Adopting the final CRA Budget for
        FY2016-2017
        Public comments
        Motion to adopt Resolution
        Announce time of adoption
    **<u>PUBLIC HEARING CLOSED.  (state time)</u>**

5.  **<u>PUBLIC HEARING OPENED:  (state time)</u>**
    A.  Community Development Block Grant - program - Denny Dingman
    **<u>PUBLI HEARING CLOSED.  (state time)</u>** (*no vote until Item 12*)

City Commission Meeting Agenda - 9/19/16
Page two

6.   Mayor's Report.
7.   Commissioners' Report.
8.   City Manager's Report.
9.   City Attorney's Report.

### CONSENT AGENDA:

10.   Minutes:        9/12/16 – Regular Meeting
11.   Award a five-year contract for uniform rental services to G & K Services.

### NEW BUSINESS:

12.   Discussion and possible action authorizing staff and Summit Professional Services, Inc.
      to proceed with a Federal Fiscal Year 2016 CDBG application in the regular category.
13.   Public Commentary.
14.   Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

38

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**SEPTEMBER 12, 2016 – 6:00 P.M.**
**(Meeting Started at 6:05 p.m.)**

**Present:**       Margo Deal Anderson
                      Antonius G. Barnes, Mayor Pro Tem/Commissioner
                      Joseph Ashbrook, Commissioner
                      Rodney Friend, Commissioner
                      Roger Schad, Commissioner
                      Joel B. Schubert, City Manager
                      Robert C. Jackson, City Attorney
                      Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.   The Rising
Leader Academy led the Pledge of Allegiance and the National Anthem.

**Item #3.  PUBLIC HEARING OPENED: 6:09 p.m.**
**A.**       **Tentative Millage Rate for 2016 Tax Roll:** City Manager Schubert stated that for
the purpose of funding a portion of the FY2016/2017 General Fund Budget a millage rate of 3.9%
is proposed.  City Manager Schubert read Res. 2016-09-658 by title only.

Public Hearing
Tentative Millage

               Motion by Commissioner Schad:  To approve as presented.
               Second to the motion: Commissioner Barnes.
On Vote:    Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:      aye
               Anderson:      aye                    Motion passed:  5-0

**B.**       **Tentative General Fund & Enterprise Fund Budgets for FY2016-2017:**
Resolution 2016-09-659, tentative General Fund Budget and approving the Enterprise
Fund Budgets for FY2016-2017, was read by title only.

FY 2016/2017
Budget

               Motion by Commissioner Schad:  To approve Res. 2016-09-659 as
               presented.
               Second to the motion: Commissioner Friend.
On Vote:    Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:      aye
               Anderson:      aye                    Motion passed:  5-0

After audience participation the ***PUBLIC HEARING was closed at 6:12 p.m.***

39

**City Commission Meeting Minutes of September 12, 2016**
**Page Two**

**Item #4.  PUBLIC HEARING OPENED:  6:12 p.m.**
**A.      Tentative Community Redevelopment Agency Budget for FY2016-2017:**
Resolution 2016-09-660, tentative CRA Budget for FY2016-2017, was read by title only.
Ms. Janet Walker commented on the proposed CRA Budget. & professional services.

CRA FY 2016/2017 Budget

|  |  |  |  |
|---|---|---|---|
| | Motion by Commissioner Schad:  To approve Res. 2016-09-660 as presented. | | |
| | Second to the motion: Commissioner Friend. | | |
| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

After audience participation the ***PUBLIC HEARING was closed at 6:17 p.m.***

**Item #5.  PUBLIC HEARING OPENED:  6:17 p.m.**
**Large Scale Amendment (LSA-16-1) – Lynn Haven Bayou Park & Preserve – Ord. 1021:** The proposed amendment will change the Future Land Use Map from Traditional Neighborhood Development (TND) to Recreation/Open Space on this property located on the west side of Hwy 2321, just south of McKithen's Bayou, Parcel # 08710-025-000. The parcel is approximately 98+/- acres in size. This Ordinance and supporting materials were submitted to various State agencies as required by Florida Statutes for their review. There have been no objections to this amendment by any State agency. City Manager Schubert read Ord. 1021 by title only.
After audience participation the ***PUBLIC HEARING was closed at 6:23 p.m.***

LSA-16-1 Lynn Haven Bayou Preserve Ord. 1021

**Item #6.  PUBLIC HEARING OPENED:  6:23 p.m.**
**Amendment to the Unified Land Development Code Section 4.03.00, Section 10.01.00 & Section 10.03.00 – Ord. 1023:** Currently owners of property who wish to split an existing parcel or lot of land into two lots have to bring the request to the City Commission for approval per the City's Unified Land Development Code. In 2012 the City Commission amended the ULDC to allow for lots within the 1911 Historic Plat area to be constructed upon as long as they were at least 75 feet wide and 7500 sq. ft. ii) size. Since this amendment, the City has seen an increase in the number of property owners wishing to split larger lots into two in order to construct homes upon the newly created lots. These applications are processed through the Department of Development and planning to ensure that the split would meet the requirements of the ULDC, and then brought to the Commission for final approval. At the Regular Commission Meeting held on July 26, 2016, there was some discussion of the current process by the City Commission who voted in favor of an ordinance being drawn up by staff to amend the ULDC and allowing the City Manager or designee to approve the minor subdivision applications without them having to be brought to the Commission.

ULDC Amendment Ord. 1023

**City Commission Meeting Minutes of September 12, 2016**
**Page Three**

Staff was tasked with preparing changes to *Section 4.03.00- Requirements for Minor Subdivision; Section 10.01.00 Application Requirements, and Section 10.03.00 Procedures for Review & Decision Making* of the Unified Land Development Code (ULDC) to streamline the process and make it less cumbersome for both the property owner and Commission. The amendments will remove some of the current restrictions regarding the amount of time a property owner has to wait to be able to split a parcel adjacent to one that has previously been split, plus allow the final approval to be made by staff when a determination is made that the application meets all the requirements of the ULDC. City Manager Schubert read Ord. 1023 by title only.
After audience participation the ***PUBLIC HEARING was closed at 6:29 p.m.***

**Item #7. PUBLIC HEARING OPENED:  6:29 p.m.**
**Preliminary Plat application – Shoreline Village, Phase 1C of The Villages of Mill Bayou –PP-2016-1:** The applicant/owner has requested the approval of the Preliminary Plat for Phase 1C of The Villages of Mill Bayou, Shoreline Village Phase 1C; Parcel #: 11344-005-000; Mill Bayou Blvd, Highway 390. The applicant, Shoreline Village 1-C (FL) is requesting approval of the Preliminary Plat for Phase I C of this project with a TND Land Use. This phase is approximately 13.53 acres in size, and will consist of fifty-one (51) single family homes and Home Owner's Association amenities and common area. The stormwater system will remain private and be maintained by the Home Owner's Association. The Development Order for the entirety of Shoreline Village Phase One was approved by the City Commission in 2013.  The owner of this sub-phase is not D & H Properties, LLC. but a different entity, Shoreline Village 1-C. The request for a preliminary plat was approved by the Planning Commission on August 30, 2016.

*Preliminary Plat The Villages of Mill Bayou Phase 1C*

This is a quasi-judicial hearing and all affected parties were sworn in by City Attorney Jackson. There was no ex-parte communication by the Mayor/Commission.
After audience participation the ***PUBLIC HEARING was closed at 6:32 p.m.***

**Item #8.  PUBLIC HEARING OPENED: 6:32 p.m.**
**Development Order application – Mill Bayou North Entrance Road – DO-16-2:** The applicant is requesting Development Order Approval to construct an entrance road into the northern part of their property. This roadway will be located off CR 2321, north and west of Deer Point Elementary School and will also provide access to the future Lynn Haven Bayou Park and Preserve. This is a request to construct a north entrance road into the Mill Bayou TND Property. The request for a Development Order was approved by the Planning Commission on August 30, 2016. This is a quasi-judicial hearing and all affected parties were sworn in by City Attorney Jackson. There was no ex-parte communication by the Mayor/Commission.
After audience participation the ***PUBLIC HEARING was closed at 636 p.m.***

*DO Application Mill Bayou North Entrance Road*

41

**City Commission Meeting Minutes of September 12, 2016**
**Page Four**

**Item #9.  PUBLIC HEARING OPENED:  6:36 p.m.**
**Development Order application – Grand South Senior Living – DO-16-3 – HWY 77 just north of Mosley Drive:**  The applicant is requesting Development Order Approval to construct an assisted living and memory care facility on Hwy 77, just north of Mosely Drive. The parcel is approximately five (5) acres in size and has a conservation easement to the east. The request is for approval of the facility and associated infrastructure, including parking and wet detention management system. The DO application has gone through the City review process and the City is satisfied that the plans meet all requirements of the Unified Land Development Code. The actual building design will have to meet the design requirements of the Hwy 77 Corridor Overlay. This is a request to construct a seventy-seven (77) bed assisted living and memory care facility. The request for a Development Order was approved by the Planning Commission on August 30, 2016. This is a quasi-judicial hearing and all affected parties were sworn in by City Attorney Jackson.  There was no ex-parte communication by the Mayor/Commission.
After audience participation the *PUBLIC HEARING was closed at 6:43 p.m.*

**Item #10.  Mayor's Report:**

    **A.  Proclamation – Suicide Prevention Week:**  Mayor Anderson read this proclamation in its entirety.

    Motion by Commissioner Friend:  To approve as presented.
    Second to the motion:  Commissioner Schad.

On Vote:

| | |
|---|---|
| Ashbrook: | aye |
| Schad: | aye |
| Friend: | aye |
| Barnes: | aye |
| Anderson: | aye |

Motion passed:  5-0

    **B.**    **Sharon Sheffield Park Grant Presentation:**  Mr. Brian Addison, FDEP, presented the City a check in the amount of $100,000 for Sheffield Park.
Mayor Anderson thanked Linda LuCante for her hard work in securing grants for the City; Mayor Anderson spoke at the Northside Rotary Club; attended the North Bay Haven SGA installation; thanked Maria Stout-Tate for the 9/11 ceremony.

**Item #11.  Commissioner's Report:**
Commissioner Schad stated that he attended several 9/11 remembrance's; he thanked the City and Staff for all they do.
Commissioner Ashbrook thanked Leisure Services for the 9/11 event in Sheffield Park on 9/9/2016; he has received positive comments and it was a great event.
Commissioner Barnes reported that he was out of the town on 9/9/2016; he stated that we have a great staff and thanked them for the job they do.

DO-16-3 Grand Senior Living

Mayor's Report

Proc. Suicide Prevention Week

Sharon Sheffield Park Grant Presentation FDEP

Commissioner's Report

**City Commission Meeting Minutes of September 12, 2016**
**Page Five**

Commissioner Friend thanked Mayor Anderson for her speech on 9/9/2016; he rode in the Ray Wishart memorial bike ride on 9/9/2016.

**Item #12. City Manager's Report:** City Manager Schubert stated that work was complete on Mosley Drive; he thanked the Police Dept. for their help during the construction.

City Manager's Report

**Item #13. City Attorney's Report:** no report.

City Attorney's Report

**CONSENT AGENDA:**
**Item #14. Minutes:    8/9/2016 – Regular Meeting.**

Minutes

**Item #15.  Approve amendment to FDOT Traffic Signal Maintenance & Compensation Agreement:** The City is currently under an agreement with the Florida Department of Transportation for Traffic Signal Maintenance along HWY 77 and SR-390. The FDOT is requesting an amendment to the existing agreement which will lessen the responsibilities to the local agencies. The amendment to the agreement was in part for numerous local agencies petitioning the state to lower previously mandated maintenance requirements. These newer regulations are a great benefit to all local agencies which will reducing the amount of maintenance liability. Staff has reviewed the documents and recommend the City Commission to approve the amendment.

FDOT Traffic Maint. Agreement

**Item #16.  Approve the Interlocal Participation Agreement with the BuyBoard National Purchasing Cooperative:** The BuyBoard National Purchasing Cooperative is a cooperative formed between the National School Boards Association (NSBA) and several state school boards associations to streamline the buying process for schools, municipalities, and other public entities. Developed to comply with state laws that require governmental entities to make purchases from an approved list of vendors who have gone through a competitive procurement process. Membership in the Cooperative is open to all types of local governmental agencies in all states and membership is free. Buyboard gives members the advantage of leveraging the Cooperative's ability to obtain bulk discounts. These bulks discounts are often very beneficial to smaller cities such as Lynn Haven and include a wide variety of vendors. Staff is recommending the approval of the Interlocal Participation Agreement with BuyBoard National Purchasing Cooperative and authorize City staff to submit the required on-line agreement.

BuyBoard Agreement

**Item #17.  Approval Renewal #2 to Sports Uniform Contract with Almega Sports:** The City currently has a contract with Almega Sports for the ongoing purchase of sport uniforms. The contract was originally written as a two (2) year contract with one two-year renewal option. The renewal was exercised in 2014 with an expiration date of December 31, 2016. The City's Purchasing Policy is currently being amended to address large purchases and contracts. Once the amended policy is approved there will not be adequate time to properly prepare, advel1iise and award a contract prior to the December 31st expiration date; therefore, staff has contacted the owner of Almega Sports regarding a time extension. They are in agreement to extending the contract one year with no price increases. Staff recommends approving Renewal #2 extending the contract, commencing January 1, 2017 and terminating on December 31, 2017. All other terms of the agreement will remain the same.

Almega Sports Uniform Contract

City Commission Meeting Minutes of September 12, 2016
Page Six

**Item #18.   Approve the task order with Panhandle Engineering for Reuse System Improvements in the amount of $250,000:** The City currently has a grant with the Florida Department of Environmental Protection for engineering fees associated with reuse improvements. This is a two-year grant with very specific and time consuming tasks to include: a hydraulic water model of the current reuse system, surveying, design, permitting services, permitting fees, and geotechnical testing. The end result will be 100% design plans and permits for an additional reuse tank and new high service pumps to increase the capacity of reuse water available to Lynn Haven citizens. The grant will cover all fees associated with this task order. Staff recommends approving the task order with Panhandle Engineering.

<div style="float:right">Task Order – Reuse Panhandle Engineering</div>

**Item #19.   Approve the task order with Panhandle Engineering for Water System Improvements in the amount of $287,500:** The City currently has a grant with the Florida Department of Environmental Protection for engineering fees associated with water system improvements. This is a two-year grant with very specific and time consuming tasks to include: an assessment of existing system data necessary to develop a Water System Facilities Plan, development of a hydraulic water model, surveying, design, permitting services, permitting fees, and geotechnical testing. The Water System Facilities Plan will include, among other things, proposed project needs, costs, and benefits; projected water system demands; current conditions and deficiencies; environmental review; and proposed improvements. In addition to a hydraulic water model and Water System Facilities Plan, the end result will include 100% design plans and permits for the replacement of old, cast iron water mains in the original platted area of Lynn Haven. The grant will cover all fees associated with this task order. Staff recommends approving the task order with Panhandle Engineering.

<div style="float:right">Task Order – Water Panhandle Engineering</div>

**Item #20.   Approve appointments to the Citizen's Advisory Task Force:** The City is preparing a Community Development Block Grant (CDBG) application to be submitted to the Department of Economic Opportunity during the month of October. In order to receive additional score points on our CDBG application·, the City must have a Citizens' Advisory Task Force (CATF) made up of five citizens who will meet to discuss the City's upcoming application. The following citizens have expressed a desire to sit on the CATF:

<div style="float:right">Citizen's Advisory Task Force</div>

Ms. Doris Griffin – 1415 Louisiana Avenue
Ms. Sandra Douglas – 402 Michigan Avenue
Ms. Mollie Ms. Hudson –805 Michigan Avenue
Sylvia Mormile -710 Kentucky Avenue Ms. Mary
Nell Brown – 1411 Michigan Avenue

**Item #21.   Approve Baseball Tomorrow Fund grant application for ballfield netting:** Approve a Baseball Tomorrow Fund grant application for ballfield netting, authorize the Mayor to sign any required grant documents, and authorize City staff to submit the required on-line application.

<div style="float:right">Ballfield Netting Grant</div>

**Item #22. Approval of Mosley High School Homecoming parade route:** To approve Hwy. 77 as the Mosley Homecoming Parade route.

<div style="float:right">MHS Parade Route</div>

Motion by Commissioner Schad:  To approve the Consent Agenda as presented.
Second to the motion:  Commissioner Ashbrook.

On Vote:    Schad:        aye
            Friend:       aye
            Barnes:       aye
            Ashbrook:     aye
            Anderson:     aye            Motion passed: 5-0

44

**City Commission Meeting Minutes of September 12, 2016**
**Page Seven**

**Item #23.  Second and final reading of Ordinance 1021, Comprehensive Plan Amendment, Large Scale Future Land Use Map Amendment, LSA-16-1 – Lynn Haven Bayou Park & Preserve:**  City Manager Schubert read Ord. 1021 by title only.

Ord. 1021

          Motion by Commissioner Schad:  To approve Ord. 1021 as presented.
          Second to the motion:  Commissioner Ashbrook.

On Vote:

| | | |
|---|---|---|
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Ashbrook: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

**Item #24.  Second and final reading of Ordinance 1023, Amendment to the Unified Land Development Code Section 4.03.00, Section 10.01.00 and Section 10.03.00:**  City Manager Schubert read Ord. 1023 by title only.

Ord. 1023

          Motion by Commissioner Ashbrook:  To approve Ord. 1023 as presented.
          Second to the motion:  Commissioner Schad.

On Vote:

| | | |
|---|---|---|
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

**NEW BUSINESS:**

**Item #25.  Discussion and possible action regarding approval of the preliminary plat application for Shoreline Village, Phase 1C of The Villages of Mill Bayou PP-2016-1:**

Shoreline Village Phase 1

          Motion by Commissioner Schad:  To approve as presented.
          Second to the motion:  Commissioner Ashbrook.

On Vote:

| | | |
|---|---|---|
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Ashbrook: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

**Item #26.  Discussion and possible action regarding approval of the development order application for Mill Bayou North Entrance Road, DO-16-2:**

DO-16-2 Mill Bayou North Entrance Road

          Motion by Commissioner Ashbrook:  To approve as presented.
          Second to the motion:  Commissioner Schad.

On Vote:

| | | |
|---|---|---|
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

**City Commission Meeting Minutes of September 12, 2016**
**Page Eight**

---

**Item #27.  Discussion and possible action regarding approval of the development order application for Grand South Senior Living, DO-16-3:**

DO-16-3 Grand South Senior Living

        Motion by Commissioner Ashbrook:  To approve as presented.
        Second to the motion: Commissioner Barnes.

On Vote:    Schad:      aye
            Friend:     aye
            Barnes:    aye
            Ashbrook:  aye
            Anderson:  aye          Motion passed:  5-0

---

**Item #28.  Resolution 2016-09-661, sale of 708 Iowa Avenue:** Approve Resolution #2016-09-661 authorizing the sale of City owned property at 708 Iowa Avenue to Bense Properties, LLC and/or assigns for $329,000.

Res. 2016-09-661

        Motion by Commissioner Barnes:  To approve the sale of 708 Iowa Avenue as presented.
        Second to the motion: Commissioner Schad.

On Vote:    Barnes:    aye
            Ashbrook:  aye
            Schad:      aye
            Friend:     aye
            Anderson:  aye          Motion passed:  5-0

---

**Item #29.  Discussion and possible action regarding construction of a splash park:**

Splash Park Discussion

        Motion by Commissioner Schad: To table this item and bring back to a workshop on October 24, 2016 for discussion.
        Second to the motion: Commissioner Barnes.

On Vote:    Schad:      aye
            Friend:     aye
            Barnes:    aye
            Ashbrook:  aye
            Anderson:  aye          Motion passed:  5-0

---

**Item #30.  Bay Economic Development Alliance update:**  Ms. Becca Hardin, EDA Director, thanked the City for their continued support to the EDA.

EDA Update

**Item #31.  Public Commentary:**

Public Commentary

Mr. Leon Miller would like to see something done w/the pavilion at Cain Griffin Park; he suggested a historical marker for March Green school.
Mr. Bob Schultz commented about firemen and a revolving door; he stated that salary was a problem.
Mr. Richard Walker commented on the EDA.

**City Commission Meeting Minutes of September 12, 2016**
**Page Nine**

There was no further business to discuss and the meeting was ***adjourned at 7:45 p.m.***        Adjourn

**APPROVED THIS** ___19th___ **DAY OF** ___September___ **2016.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

### CITY COMMISSION MEETING
### *MONDAY, SEPTEMBER 12, 2016 – 6:00 P.M.*
### AGENDA

1.  Call to order.
2.  Invocation/Pledge of Allegiance.
3.  **PUBLIC HEARING OPENED:  (state time)**
    - A.  Tentative Millage Rate for 2016 Tax Roll
      (Public Comments)
      (**Motion** to adopt Resolution 2016-09-658, tentative millage rate)
    - B.  Tentative General Fund & Enterprise Fund Budgets for FY 2016-2017
      (Public Comments)
      (**Motion** to adopt Resolution 2016-09-659, tentative General Fund Budget
      and approving the Enterprise Fund Budgets for FY 2016-2017)
    
    **PUBLIC HEARING CLOSED.  (state time)**

4.  **PUBLIC HEARING OPENED:  (state time)**
    - A.  Tentative Community Redevelopment Agency Budget for FY 2016-2017
      (Public Comments)
      (**Motion** to adopt Resolution 2016-09-660, tentative CRA Budget for FY
      2016-2017)
    
    **PUBLIC HEARING CLOSED.  (state time)**

5.  **PUBLIC HEARING OPENED:  (state time)**
    Large Scale Amendment (LSA-16-1) – Lynn Haven Bayou Park & Preserve – Ord. 1021
    *(no vote until Item 23)*
    **PUBLIC HEARING CLOSED.  (state time)**

6.  **PUBLIC HEARING OPENED:  (state time)**
    Amendment to the Unified Land Development Code Section 4.03.00, Section 10.01.00
    and section 10.03.00 – Ord. 1023 *(no vote until Item 24)*
    **PUBLIC HEARING CLOSED.  (state time)**

City Commission Meeting Agenda for 9/12/16
Page two

7.   **PUBLIC HEARING OPENED:  (state time)**
    Preliminary Plat application – Shoreline Village, Phase 1C of The Villages of Mill Bayou
    – PP-2016-1 – *Quasi-Judicial Hearing (no vote until Item 25)*
    **PUBLIC HEARING CLOSED.  (state time)**

8.   **PUBLIC HEARING OPENED:  (state time)**
    Development Order application – Mill Bayou North Entrance Road – DO-16-2 – *Quasi-Judicial Hearing (no vote until Item 26)*
    **PUBLIC HEARING CLOSED.  (state time)**

9.   **PUBLIC HEARING OPENED:  (state time)**
    Development Order application – Grand South Senior Living – DO-16-3 – Hwy. 77 just
    north of Mosley Drive – *Quasi-Judicial Hearing (no vote until Item 27)*
    **PUBLIC HEARING CLOSED.  (state time)**

10.  Mayor's Report:                          A.  Proclamation – Suicide Prevention Week
                                               B.  Sharon Sheffield Park Grant Presentation
11.  Commissioner's Report.
12.  City Manager's Report.
13.  City Attorney's Report.

    **CONSENT AGENDA:**
14.  Minutes:      8/9/2016 – Regular Meeting
15.  Approve amendment to FDOT Traffic Signal Maintenance & Compensation Agreement.
16.  Approve the Interlocal Participation Agreement with the BuyBoard National Purchasing
     Cooperative.
17.  Approve Renewal #2 to Sports Uniform Contract with Almega Sports.
18.  Approve the task order with Panhandle Engineering for Reuse System Improvements in
     the amount of $250,000.
19.  Approve the task order with Panhandle Engineering for Water System Improvements in
     the amount of $287,500.
20.  Approve appointments to the Citizens' Advisory Task Force.
21.  Approve Baseball Tomorrow Fund grant application for ballfield netting.
22.  Approval of Mosley High School Homecoming parade route.

**OLD BUSINESS:**
City Commission Meeting Agenda for 9/12/16
Page three

23.    Second and final reading of Ordinance 1021, Comprehensive Plan Amendment, Large Scale Future Land Use Map Amendment, LSA-16-1 – Lynn Haven Bayou Park & Preserve.

24.    Second and final reading of Ordinance 1023, Amendment to the Unified Land Development Code Section 4.03.00, Section 10.01.00 and Section 10.03.00.

**NEW BUSINESS:**
25.    Discussion and possible action regarding approval of the preliminary plat application for Shoreline Village, Phase 1C of The Villages of Mill Bayou, PP-2016-1.

26.    Discussion and possible action regarding approval of the development order application for Mill Bayou North Entrance Road, DO-16-2.

27.    Discussion and possible action regarding approval of the development order application for Grand South Senior Living, DO-16-3.

28.    Resolution 2016-09-661, sale of 708 Iowa Avenue.

29.    Discussion and possible action regarding construction of a splash park.

30    Bay Economic Development Alliance update.

31.    Public Commentary.

32.    Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

50

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**AUGUST 9, 2016 – 4:00 P.M.**

**Present:**   Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manger
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.  The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she will attend the FLC Conference Aug. 18-20, 2016; she thanked all the City employees working hard right now to help with the rain event; gave kudos to the City Manager for his idea to provide sandbags to LH residents; approx. 5,000 bags were given out; City employees, Sheriff's Office, Navy Base, citizens and others helped with this endeavor; met with a group of senior citizens wanting to start pickle ball; met with the LH AA Group wanting to relocate to a City building for meetings; walked the LH Bayou Preserve Park w/the City Manager & others – great asset to the community.

Mayor's Report

    **A.  Proclamation – First Responder Appreciation Day:**  Mayor Anderson read this proclamation in its entirety.

1st Responder Proclamation

**Item #4.  Commissioner's Report:**
Commissioner Schad would like to see a sandbag luncheon in the park thanking all involved with the sandbag endeavor.
Commissioner Ashbrook thanked everyone involved with the sandbags and gave kudos to Mr. Sid David, Leisure Services, for his help with the Senior Center; he received a very nice letter complementing Mr. David.
Commissioner Antonius Barnes wanted to echo what his colleagues were saying; school starts next Thursday and asked that everyone be safe and watch out for students.
Commissioner Rodney Friend wanted to echo the same sentiments and he appreciates the forward thinking of City Manager Schubert and the support of staff; he would like to see the weather updates sent from Bay County of the City's webpage.

Commissioner's Report

**Item #5.  City Manager's Report:**  City Manager thanked staff and stated that he couldn't be more proud of everyone involved.  Really proud of how everyone came together.

City Manager's Report

    **A.  Employee of the Month – June 2016:** Ms. Jill Snipes, Library, was awarded the EOM award for her hard work & dedication to the City.

EOM

    **B.  Supervisor of the Quarter – April-June 2016:**  Lieutenant Brian Blalock, Police Department, was awarded the SOQ award for his hard work & dedication to the City.

SOQ

**City Commission Meeting Minutes of August 9, 2016**
**Page Two**

City Manager Schubert congratulated Police Chief David Messer and his Department for placing 1st in the Florida Law Enforcement Challenge and 2nd in the Florida Click It or Ticket Challenge in the State.  It is evident by their dedication to their community and commitment to making Florida a safer place that lives have been saved in Lynn Haven.  Thank you for your continued support.  Chief Messer thanked his staff for the hard work and dedication.

Police Chief David Messer made "Cade", a young citizen in Lynn Haven, an honorary police officer for bringing power aide and cookies to the LH Police Department – Mr. Cade was concerned with everything happening in Dallas and wanted to show his support to our Police Department.

> Motion by Commissioner Schad:  To approve the 1st Responder proclamation as presented.
> Second to the motion:  Commissioner Barnes.

On Vote:       Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:       aye
               Anderson:       aye                    Motion passed:  5-0

City Manager Schubert reminded everyone that the August 23, 2016 meeting was cancelled due to early voting in the Chambers; if warranted he will look at an alternate space for meeting.

City Manager Schubert reported that we recently did an RFP for Commercial trash; while we had a good response and staff did an excellent job of following the process he is convinced that our process needs to be readdressed – current policy is approx. 22 years old; he would like to propose that we reject all the bids, rework our procedural manual within the next two months, extend our current Commercial trash contract 9 months, and once the new procedural manual is adopted we move forward with Commercial trash.

> Motion by Commissioner Schad:  To approve the City Manager's proposal on Commercial trash.
> Second to the motion:  Commissioner Ashbrook.

Commissioner Schad stated that the process is not clear in certain areas and staff is trying to clarify it.

On Vote:       Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:       aye
               Anderson:       aye                    Motion passed:  5-0

**Item #6.  City Attorney's Report:**  No Report.

City Attorney's Report

**City Commission Meeting Minutes of August 9, 2016**
**Page Three**

**CONSENT AGENDA:**
<u>**Item #7. Minutes:**</u>      **7/26/2016 – Regular Meeting**
<u>**Item #8.  Approval of playground equipment purchase & installation:**</u>  Authorize the purchase and installation of playground equipment (Ship "Ahoy Matey") from Playmore Recreational Products & Services and Clean Play at Porter Park in the amount of $39,441.50.

<u>**Item #9.  Approval of Planning Commission member appointment - George Outlaw:**</u> Mr. Dennis Hlad's 8-year term as a Planning Commission member is due to expire in September 2016 & staff is recommending Mr. George Outlaw to replace him.

<u>**Item #10.   Approval of FY2016 Edward Byrne Memorial Justice Assistance Countywide Grant application for the purchase of NOPTIC units & radio ear pieces for the Police Department:**</u> Approve submittal of a Federal Fiscal Year 2016 Edward Byrne Memorial Justice Assistance (JAG) Countywide Grant application for the purchase of NOPTIC units and radio ear pieces, and authorize the Mayor to sign all associated application and award documents.

<u>**Item #11.  Approval of FY2016 Edward Byrne Memorial JAG Countywide projects as recommended by the Bay County Public Safety Coordinating Council:**</u> Authorize the Mayor to sign a letter agreeing to the Federal Fiscal Year 2016 Edward Byrne Memorial Justice Assistance Grant projects as recommended by the Bay County Public Safety Coordinating Council.

<u>**Item #12.  Approving the abandonment of an existing lift station easement and accepting new easements to the City for lift station #4:**</u> The City of Lynn Haven currently has a lift station #4 located on HWY-77 on the existing parcel owned by Bill Shaw. The City has plans to improve the existing lift station in fiscal year 2016/2017 and will need additional land and easements for future access. A proposed Assisted Living Facility is scheduled for the site and the developer along with Mr. Shaw have agreed to granting the 5 easements necessary to various parties effected. The City currently has an easement for the existing lift station but will need additional land for future improvements.

<u>**Item #13.  Approval of contract for cemetery lawn care services:**</u>  Award contract for cemetery lawn care services to RESPECT of Florida in the amount of $1,901.60 per calendar month, effective October   1, 2016.

> Motion by Commissioner Ashbrook:  To approve the Consent Agenda as presented.
> Second to the motion: Commissioner Schad.

City Attorney Jackson clarified Item #12 is contingent upon financing; if financing approved Mayor is authorized to sign documents.
Ms. Janet Walker asked where the playground equipment is going for Item #8.
Mayor Anderson stated it would be Porter Park.
Ms. Janet Walker asked if Item #13. was in the Budget.
City Manager said yes & it will be a one-year contract.
Mr. Richard Walker asked if Item #8 was part of the grant for Sheffield Park?
Mayor Anderson said that it was not.
Mr. Richard Walker asked if the property owners for Item #13 have been notified.

Consent Agenda
Playground Equip
Porter Park

Planning Comm
Appoint.
George Outlaw
Edward Byrne
Grant

JAG Projects

Lift Station
Easement

Cemetery Lawn
Care Service

**City Commission Meeting Minutes of August 9, 2016**
**Page Four**

| On Vote: | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**NEW BUSINESS:**

**Item #14.  First reading of Ordinance 1021, Comprehensive Plan Amendment, Large Scale Future Land Use Map Amendment, LSA-16-1 (Lynn Haven Bayou Park & Preserve):** The proposed amendment is to amend the Future Land Use Map from Traditional Neighborhood Development (TND) to Recreation/Open Space on property located on the west side of Hwy 2321 just south of McKithen's Bayou, Parcel # 08710-025-000, which is approximately 98+/-acres. This Ordinance and supporting materials were submitted to various State agencies as required by Florida Statutes for their review. There have been no objections to this amendment by any State agency. City Manager Schubert read Ord. 1021 by title only.  This was the first reading and no action was required.    `Ord. 1021`

**Item #15.  First reading of Ordinance 1023, Amendment to the Unified Land Development Code Section 4.03.00, Section 10.01.00 and Section 10.03.00:** *Section 10.01.00 Application Requirements· and Section 10.03.00 Procedures for Review & Decision Making* of the Unified Land Development Code (ULDC) to streamline the process and make it less cumbersome for both the property owner and Commission. The amendments will remove some of the current restrictions regarding the amount of time a property owner has to wait to be able to split a parcel adjacent to one that has previously been split, plus allow the final approval to be made by staff when a determination is made that the application meets all the requirements of the ULDC.  City Manager Schubert read Ord. 1023 by title only.  This was the first reading and no action was required.    `Ord. 1023`

**Item #16.  Resolution 2016-08-657, CRA Findings of Necessity Report as part of the CRA Plan Update:** This Resolution is for approval of the Findings of Necessity Report (FON) as part of the CRA Plan Update. PMG Associates drafted this report for the proposed area based on the process requirements as outlined in the Florida Statutes, Chapter 163, Part III. The FON is the analytical part for the potential expansion of the Lynn Haven CRA. The proposed expansion of the CRA district is generally the area northwest of the current boundaries including the area of the old Air Force Fuel Depot. The area contains approx. 144.4 acres. City Manager Schubert read this resolution by title only.    `Res. 2016-08-657`

Mr. Phil Gonaught, PMG Associates, briefed the Commission on the plan.

Commissioner Ashbrook asked if the City Attorney had reviewed the plan.

City Attorney stated that he has reviewed the plan; this is the 1st step in the development of a new CRA.

Commissioner Schad stated that he has walked this property several times in the past few years & there are a lot of problems on the property.

City Manager Schubert stated that Bay County will participate in the feedback process.

**City Commission Meeting Minutes of August 9, 2016**
**Page Five**

      Motion by Commissioner Ashbrook: To approve the findings as presented.
      Second to the motion: Commissioner Schad.

Mr. Richard Walker stated that this is a CRA matter that should go before the CRA Board; does not agree with the findings.

Mayor Anderson stated that Lynn Haven is a seated partner at the table – we are interested is selling the property to a developer; the City has a CRA Board & see it as a win-win for the City.

Mr. Bob Schultz asked who is the CRA Board.

City Manager Schubert stated the CRA Board & the Commission are the same; there is a CRA Advisory Board made up of citizens.

City Manager Schubert agreed with Mayor Anderson; USAF is responsible for clean-up on the property.

City Attorney Jackson had one small technical change – Section 1 of the Resolution there is a reference to a 1987 Florida Statute that needs to be deleted.

*Motion Restated:*

      Motion by Commissioner Ashbrook: To approve w/Attorney stipulation.
      Second to the motion: Commissioner Schad.

| On Vote: | | |
|---|---|---|
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Anderson: | aye | Motion passed: 5-0 |

**Item #17.  Discussion and possible action regarding approval of a Cost Recovery & Reimbursement Agreement with D&H Properties:** This agreement is a reimbursement of project costs; the City shall reimburse the Developer a total of $400,000; 1) $240 for the extension and oversizing of main water transmission line; 2) $160,000 for the extension of sanitary sewer transmission line and oversizing of the force main and master lift station; 3) TBD for the costs of construction of the ground storage tank, booster pump & extension of the reuse line; 4) TBD for the construction of the Fire & Police stations dedicated to the City within the Project.

CRA D&H
Properties

      Motion by Commissioner Schad: To approve as presented.
      Second to the motion: Commissioner Ashbrook.

Mr. Richard Walker commented on re-use availability in the old Lynn Haven.

| On Vote: | | |
|---|---|---|
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Ashbrook: | aye | |
| Anderson: | aye | Motion passed: 5-0 |

**City Commission Meeting Minutes of August 9, 2016**
**Page Six**

**Item #18.  Public Commentary:**
Ms. Janet Walker commented on the CRA plan; she is frustrated that the monies are being spent on "fluffy stuff".

City Attorney Jackson stated that it is good to get an outside expert when dealing with a large sum of money.

There was no further business to discuss and the meeting was *adjourned at 5:10 p.m.*

**APPROVED THIS** _____12th_____ **DAY OF** ____Sept._____ **2016.**

Public Commentary

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

56

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS:
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

# CITY COMMISSION MEETING
## TUESDAY, AUGUST 9, 2016 – 4:00 P.M.
## AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report:    A. Proclamation – First Responder Appreciation Day
4. Commissioner's Report.
5. City Manager's Report:    A. Employee of the Month – June 2016
                                              B. Supervisor of the Quarter – April-June 2016
6. City Attorney's Report.

**CONSENT AGENDA:**
7. Minutes:    7/26/16 – Regular Meeting
8. Approval of playground equipment purchase and installation.
9. Approval of Planning Commission member appointment – George Outlaw.
10. Approval of FY2016 Edward Byrne Memorial Justice Assistance Countywide Grant application for the purchase of NOPTIC units and radio ear pieces for the Police Department.
11. Approval of FY2016 Edward Byrne Memorial JAG Countywide projects as recommended by the Bay County Public Safety Coordinating Council.
12. Approving the abandonment of an existing lift station easement and accepting new easements to the City for lift station #4.
13. Approval of contract for cemetery lawn care services.

**NEW BUSINESS:**
14. First reading of Ordinance 1021, Comprehensive Plan Amendment, Large Scale Future Land Use Map Amendment, LSA-16-1. (Lynn Haven Bayou Park & Reserve)
15. First reading of Ordinance 1023, Amendment to the Unified Land Development Code Section 4.03.00, Section 10.01.00 and Section 10.03.00.
16. Resolution 2016-08-657, CRA Findings of Necessity Report as part of the CRA Plan Update.
17. Discussion and possible action regarding approval of a Cost Recovery and Reimbursement Agreement with D & H Properties.
18. Public Commentary.
19. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

The Lynn Haven City Commission held a workshop on Monday, July 25, 2016 @ 4:00 p.m. in The Chambers to discuss the FY2016/2017 proposed budget.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**JULY 26, 2016 – 6:00 P.M.**

**Present:**       Margo Deal Anderson, Mayor
                 Antonius G. Barnes, Mayor Pro Tem/Commissioner
                 Joseph Ashbrook, Commissioner
                 Rodney Friend, Commissioner
                 Roger Schad, Commissioner
                 Joel B. Schubert, City Manager
                 Robert C. Jackson, City Attorney
                 Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Ashbrook gave the Invocation.  The Pledge of Allegiance followed.

<div align="right">Call To Order</div>

**Item #3.  Mayor's Report:**

<div align="right">Mayor's Report</div>

          **A.   Proclamation – Americans with Disabilities Act:** Mayor Anderson read this proclamation in its entirety.  Ms. Pamela Darworth, ADA Liaison, accepted the proclamation.

<div align="right">ADA Proclamation</div>

Mayor Anderson reported there was no meeting on June 14; she attended a table top exercise with representatives from the Fire Department/Police Department/City Manager & staff to discuss several plans for the City in the event of a disaster; attended Bay County Commission Meeting w/City Manager –1/2 cent sales tax was on the agenda – it is being proposed for a referendum in November.

**Item #4.  Commissioner's Report:**
Commissioner Schad reported he attended annual Ethics training a few weeks ago.
Commissioner Ashbrook stated that he attended the annual Ethics training; he supports the ½ cent sales tax – would be a benefit for the City.
Commissioner Barnes thank staff for all their hard work during 4th of July.
Commissioner Friend reported that Hwy 390 has transferred from County to State; he complimented the Police Department and asked that they be kept in our thoughts and prayers for their safety.
Mayor Anderson reported she received a letter asking for support of the First Responders on September 11.  She suggested we recognize them with a luncheon.

<div align="right">Commissioner's Report</div>

**Item #5.  City Manager's Report:**  City Manager Schubert reported that there have been bear sightings and asked that people be diligent when out; he stated that FWC will be holding a workshop to educate and will post the date and time.
City Manager Schubert reported that the paving contract for Mosley Drive & Michigan Ave. approved at the June 28, 2016 Commission Meeting in the amount of $290,465 – the Contractor bid in error by $46,000 – staff negotiated with Roberts & Roberts a change order in the amount of $35,000.

<div align="right">City Manager's Report</div>

**City Commissioner Meeting Minutes of July 26, 2016**
**Page Two**

|  |  | Motion by Commissioner Schad: To approve the Change Order as presented. Second to the Motion: Commissioner Friend. |
|---|---|---|
| On Vote | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Anderson: | aye |

**Item #6.  City Attorney's Report:** No report.

<div style="text-align:right">

City Attorney
Report

</div>

**CONSENT AGENDA:**
**Item #7.  Minutes:**      6/28/2016 – Regular Meeting

<div style="text-align:right">

Consent Agenda
Minuts

</div>

**Item #8.  Approve Minor Subdivision, MS-16-07, Steve Waldman, Michigan Ave**.: The Applicant owns the property located on Michigan Ave, which is approximately 0.516 +/- acres in size, consisting of three 50ft x 150ft lots located within the Historic 1911 Plat area.  Mr. Waldman would like to split the parcel into two 75ft wide lots in order to construct new homes upon the lots.  The Future Land Use of this vacant parcel is Low Density Residential.

<div style="text-align:right">

MS-16-7 – Minor
Subdivision
Michigan Ave

</div>

**Item #9.  Approval renewal of contract with Ecological Consultant Group for NPDES Permit compliance reporting:** The City of Lynn Haven is currently under a NPDES pe1mit requiring annual reporting for storm water compliance along with mitigation requirements. Ecological Consulting Group has been the City's environmental consultant for the past 10 years and the contract needs to be renewed for an additional year in order to meet the monitoring reports and third party inspections.  Reporting monitoring requirements are required from the FDEP due to previous mitigation requirements. Contract renewal at this time is necessary due the report due dates in order to stay in compliance with the existing permit.

<div style="text-align:right">

Ecological
Consultant Group
Renewal Contract

</div>

**Item #10.  Approval CDBG Administration contract with Summit Professional Services:** On June 28, 2016, the City Commission authorized the City Manager to negotiate a contract with Summit Professional Services to administer a FFY 2016 CDBG grant. Summit has agreed to administer the grant (should the City receive a grant award).

<div style="text-align:right">

CDBG Admin.
Contract w/
Summit

</div>

**Item #11.  Approve the CDBG Application contract with Summit Professional Services:** On June 21, 2016, a selection committee interviewed and ranked three firms who submitted proposals to offer Grant Application and Preparation Services for FFY 2016 CDBG. The highest ranking firm was Summit Professional Services. Summit has agreed to provide all grant application services at no cost to the City if they are procured to provide Grant Administration Services.

<div style="text-align:right">

CDBG Application
w/Summit

</div>

**Item #12.  Approve termination agreement for Roadside Assistance Funding:** On February 23, 2016, the City Commission approved a Joint Participation Agreement (JPA) for Roadside Beautification Assistance Program funds to landscape Highway 77 between the south side of the Bailey Bridge and 11ᵗʰ Street. It has since been determined that the match funding required for design and hardscape for this project would be excessive in comparison to the $200,000 awarded to the City. A formal termination agreement must be signed to terminate the JPA between the City and FDOT.

<div style="text-align:right">

Roadside Assist
Funding
Termination

</div>

**City Commission Meeting Minutes of July 26, 2016**
**Page Three**

**Item #13.   Approve the grant agreement with DEP for Water System Improvements:** Panhandle Engineering submitted a legislative appropriations request for engineering and design services to make improvements to the City's water distribution system. The City has been awarded the funding and is now in receipt of a grant agreement that must be executed by the Mayor. The scope of work includes engineering, design and permitting for the replacement of approximately 54,767 linear feet of old pipes in the old downtown area of Lynn Haven. Replacing all of the cast iron pipes will improve water flow and quality. The amount of the grant award is $287,500 which will cover all engineering, design and permitting fees.

DEP Grant Agreement for Water System Improvements

**Item #14.   Approve the grant agreement with DEP for Reuse Improvements:** Panhandle Engineering submitted a legislative appropriations request for engineering and design services to make improvements to the City's reuse water system. The City has been awarded the funding and is now in receipt of a grant agreement that must be executed by the Mayor.  The scope of work includes engineering, design and permitting for an additional reuse tank and new high service pumps to increase the capacity of reuse water available to Lynn Haven   citizens. The amount of the grant award is $250,000 which will cover all engineering, design and permitting fees.

DEP Grant Agreement for Reuse

> Motion by Commissioner Schad:  To approve the Consent Agenda as presented. Second to the motion:  Commissioner Barnes.

Commissioner Schad suggested that the City Manager be allowed to approve Item #8, Minor Subdivision process.

City Attorney Jackson stated that this would not be a problem would only need a code change.

Mr. Virgil Duffell commented on Item #12.

Mr. Richard Walker commented on Item #14 – he believes there is discrimination in old town area – no reuse water available.

City Manager Schubert reported that we are working with the Engineers & we require new developments to install reuse at their cost. Installation may be cost prohibitive.

Mr. Chris Forehand, Panhandle Engineering, the scope of work includes a hydraulic model of the reuse system and the design of a new pump system; there is not a revenue system to install reuse pipes in the older areas of town – may be able to look into grant possibilities.

Commissioner Ashbrook reported that his neighborhood of approx..300 homes does not have reuse.

On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye              Motion passed:  5-0

> Motion by Commissioner Schad:  To approve a code change to the Minor Subdivision rule, delegate the authority to approve changes to the City Manager and bring back the code change to the City Commission for approval.
> Second to the motion:  Commissioner Ashbrook.

60

**City Commission Meeting Minutes of July 26, 2016**
**Page Four**

**NEW BUSINESS:**

**Item #15.  Set proposed millage rate for purposes of submission of Certificate of Taxable Value to Property Appraiser's Office pursuant to TRIM Act:**  City Manager Schubert stated that for the purpose of funding a portion of the FY2016/2017 General Fund Budget a millage rate of 3.9% is proposed.

> Motion by Commissioner Ashbrook:  To approve as presented.
> Second to the motion: Commissioner Schad.

On Vote:   Ashbrook:       aye
            Schad:            aye
            Friend:           aye
            Barnes:          aye
            Anderson:      aye            Motion passed:  5-0

Mayor Anderson asked if consideration had been given to a 1st Responder event & asked that a motion be made to direct staff to move forward with planning.

> Motion by Commissioner Ashbrook:   To direct staff to come up with a recommendation to honor 1st Responders on 9/11 and bring back to the Commission.
> Second to the motion Commissioner Schad.

City Manager Schubert stated that he was already in discussions w/staff & would bring back a recommendation.

On Vote:   Ashbrook:       aye
            Schad:            aye
            Friend:           aye
            Barnes:          aye
            Anderson:      aye            Motion passed:  5-0

**Item #16.  Resolution 2016-07-653, revising stormwater fees:**  Utility rates are increased annually effective October 1, as recommended by the Revenue Sufficiency Analysis studies performed by Burton & Associates. The study recommended raising Storm Water rates by the greater of the general CPI or 1.9%. The general CPI is 1%. Therefore, the recommendation is to raise the Storm Water rate by 1.9%. The study recommended raising Sanitation (Garbage) rates annually by the greater of the general CPI of 2%.  The general CPI is 1%.  Therefore, the recommendation is to raise the Sanitation rate by 2%. The study recommended raising Water & Sewer (Wastewater) rates annually by the greater of the Water & Sewerage Maintenance Series CPI or 4.6%. The Water & Sewerage Maintenance Series CPI is 4.6%. Therefore, the recommendation is to increase Water & Sewer rates by 4.6%.  City Manager Schubert read Res. 2017-07-653 by title only.

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion:  Commissioner Barnes.

**City Commission Meeting Minutes of July 26, 2016**
**Page Five**

Ms. Janet Walker asked if these increases included in the proposed budget.

On Vote:     Schad:         aye
                Friend:        aye
                Barnes:      aye
                Ashbrook:   aye
                Anderson:   no            Motion passed: 4-1

| | |
|---|---|
| **Item #17.  Resolution 2016-07-654, revising solid waste fees:** City Manager Schubert read Res. 2016-07-654 by title only. | Res. 2016-07-654 |

Motion by Commissioner Barnes: To approve as presented.
Second to the motion: Commissioner Ashbrook.
Commissioner Ashbrook stated that these increases will aide in replacing much needed equipment.
Mayor Anderson stated that there were portions of the budget she was not in agreement with; she is not trying to be disagreeable she just has a difference of opinion.
Mr. Richard Walker commented on the rate increase.
City Manager Schubert reported that Burton & Associate takes a hard look at capital improvement projects.

On Vote:     Barnes:      aye
                Ashbrook:   aye
                Schad:        aye
                Friend:        aye
                Anderson:   no            Motion passed: 4-1

| | |
|---|---|
| **Item #18.  Resolution 2016-07-655, revising water rates:** City Manager Schubert read Res. 2016-07-655 by title only. | Res. 2016-07-655 |

Motion by Commissioner Ashbrook: To approve as presented.
Second to the motion: Commissioner Schad.
On Vote:     Ashbrook:   aye
                Schad:        aye
                Friend:       aye
                Barnes:      aye
                Anderson:   no            Motion passed: 4-1

| | |
|---|---|
| **Item #19.   Resolution 216-07-656, revising wastewater fees:** City Manager Schubert read Res. 2016-07-656 by title only. | Res. 2016-07-656 |

Motion by Commissioner Barnes: To approve as presented.
Second to the motion: Commissioner Friend.

**City Commission Meeting Minutes of July 26, 2016**
**Page Six**

Mr. Virgil Duffel asked Mayor Anderson why she was voting no.

Mayor Anderson feels that for many years the money was not handled as it should have been; large number of salary discrepancies in this City – 10 employees making well over a million dollars and people at the bottom of the pay scale are not making a livable wage - she would like to see this rectified.

On Vote:  Barnes:      aye
          Ashbrook:    aye
          Schad:       aye
          Friend:      aye
          Anderson:    no          Motion passed:  4-1

**Item #20. Public Commentary:**

Ms. Libby Tunnell does not agree with raising the rates; she commended the Mayor for standing up for us.

Mr. Virgil Duffell expressed his appreciation of the relocation of the McMullin Library; the 17th Street ditch progress. Mr. Duffell would like to see a portion of 17th Street named after Mr. Julius "Doc" Smith.

Mayor Anderson thought that was a fabulous suggestion.

Ms. Marie Waller Lee would like to see the City do something with Davis Lake – it is in very poor condition.

City Attorney Jackson stated that Davis Lake belongs to FWC; the causeway belongs to the City. Mr. Jackson stated that he would review his records.

Mr. Richard Walker stated that he had Ms. Rindy Goerg research documents on Davis Lake if anyone would like to see them.

Mr. Leon Miller stated that Doc Smith was a good man, however, there are other pioneers that we need to remember (March Green) & we need to be careful of hurting feelings. Mr. Miller asked in all events on City property required insurance.

City Manager Schubert stated that he would get clarification/review through legal & will have a policy.

Ms. Geri Deal asked why each time the City needs money it comes out of the water and sewer bill.

Mr. George Hines stated that you are supposed to be voting for the people; we need to come together.

City Manager Schubert stated not a penny is going from the Enterprise Fund to the General Fund; the reason why Water & Sanitation is used is because stormwater & sewer don't' make money; we are not in the business to make money, however, we do need to recoup what it cost to provide these services and set aside reserves for future capital improvement projects.

Public
Commentary

63

**City Commission Meeting Minutes of July 26, 2016**
**Page Seven**

There was no further business to discuss and the meeting was *adjourned at 7:10 p.m.*

APPROVED THIS _____ 9th _____ DAY OF _____ Aug. _____ 2016.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

Adjourn

64

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## NOTICE

*The Lynn Haven City Commission will hold a workshop meeting on Monday, July 25, 2016, beginning at 4:00 p.m. in The Chambers, 108 E. 9th Street.  The purpose of the meeting will be to discuss the proposed budget for FY2016/2017.  The public is invited to attend.*

### CITY COMMISSION MEETING
### TUESDAY, JULY 26, 2016 – 6:00 P.M.
### AGENDA

1.   Call to order.
2.   Invocation/Pledge of Allegiance.
3.   Mayor's Report:                     A. Proclamation – Americans With Disabilities Act
4.   Commissioner's Report.
5.   City Manager's Report.
6.   City Attorney's Report.

**CONSENT AGENDA:**
7.   Minutes:      6/28/16 – Regular Meeting
8.   Approve Minor Subdivision, MS-16-07, Steve Waldman, Michigan Avenue.
9.   Approve renewal of contract with Ecological Consultant Group for NPDES Permit compliance reporting.
10.  Approve the CDBG Administration contract with Summit Professional Services.
11.  Approve the CDBG Application contract with Summit Professional Services.
12.  Approve the termination agreement for Roadside Assistance Funding.
13.  Approve the grant agreement with DEP for Water System Improvements.
14.  Approve the grant agreement with DEP for Reuse Improvements.

**NEW BUSINESS:**
15.  Set proposed millage rate for purposes of submission of Certificate of Taxable Value to Property Appraiser's Office pursuant to TRIM Act.
16.  Resolution 2016-07-653, revising stormwater fees.
17.  Resolution 2016-07-654, revising solid waste fees.
18.  Resolution 2016-07-655, revising water fees.
19.  Resolution 2016-07-656, revising wastewater fees.
20.  Public Commentary.
21.  Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop prior to the meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### JUNE 28, 2016 – 6:00 P.M.

**Present:**    Margo Deal Anderson, Mayor
Antoniou G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Nick Beninate, City Attorney
Lieutenant Brian Blalock

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation. The Pledge of Allegiance followed.

Call to Order

Mayor's Report

**Item #3. Mayor's Report**: Mayor Anderson thanked Leisure Services for their hard work in making the Hermit Crab Festival a success; she thanked the Police & Fire Departments for their help in keeping everyone safe.

A. **Representative Jay Trumbull:**  Mayor Anderson presented Rep. Trumbull a plaque for his efforts in securing funds to aide in infrastructure improvements.

**Item #4. Commissioner's Report:**
Commissioner Schad had no report.
Commissioner Ashbrook had no report.
Commissioner Barnes had no report.
Commissioner Friend echoed the Mayor's comments in thanking those involved in the Hermit Crab Festival; the long range plan was approved at the TPO; a project priority, Rails to Trails, was also approved at the TPO.

Commissioner's Report

Mayor Anderson reported that the City would be hosting an Ethics class tomorrow, however, she would not be able to attend and will take the class on-line.

**Item #5. City Manager's Report:**  No report.

City Manager's Report

**Item #6. City Attorney's Report:** No Report.

City Attorney's Report

**CONSENT AGENDA:**
**Item #7. Minutes:**    6/14/2016 – Regular Meeting
**Item #8.  Approve assignment of contract for continuing engineering services with Preble Rish, Inc. to Dewberry Engineers, Inc.:** The City currently has a continuing engineering contract with Preble-Rish, Inc. Preble-Rish has recently joined staff and operations with Dewberry Engineers, Inc. and has submitted a request to assign the contract to Dewberry Engineers.

Consent Agenda
Minutes
Engineering Services

**City Commission Meeting Minutes of June 28, 2016**
**Page Two**

The assignment request includes their Professional Services Agreement with the City dated August 11, 2015, along with Task Order #1415-1 for Sharon Sheffield Park Improvements.

**Item #9. Approval of School Resource Officer contract at Bay Haven Charter Academy:** To enter into contract with the Bay Haven Charter Academy Foundation to provide School Resource Officer services to Bay Haven Charter Academy for the 2016 - 2017 school year.

SRO – Bay Haven

**Item #10. Authorize the City Manager to negotiate a grant administration contract with Summit Professional Services for a proposed CDBG Federal Fiscal Year 2016 grant:** A selection committee comprised of City staff reviewed three proposals – Dewberry, The Ferguson Group, LLC & Summit Professional Services; the committee selected Summit Professional Services as their number one ranked firm. Staff is requesting that the City Manager be authorized to negotiate a contract with Summit Professional Services.

CDBG Grant Professional Services

Motion by Commissioner Schad: To approve the Consent Agenda as presented.
Second to the motion: Commissioner Barnes.

On Vote: | | |
| --- | --- | --- |
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Ashbrook: | aye | |
| Anderson: | aye | Motion passed: 5-0 |

**NEW BUSINESS:**
**Item #11. Discussion and possible action regarding approval of Proposed Change Order #2 for the 17th Street Ditch Drainage & Safety Improvements Project:** Staff recommends approval of Change Order #2 to Phoenix Construction Services in the amount of $190,000 – Scope for Utility Conflicts $75,000; Scope for Stormwater Facility Maintenance $115,000.

Change Order #2
17th Street Ditch

Motion by Commissioner Ashbrook: To approve as presented.
Second to the motion: Commissioner Schad.

On Vote: | | |
| --- | --- | --- |
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Anderson: | aye | Motion passed: 5-0 |

68

**City Commission Meeting Minutes of June 28, 2016**
**Page Three**

**Item #12.  Public Commentary:**
Mayor Anderson invited everyone to attend the 4th of July festivities on Monday, July 4th, she thanked various City Departments for their efforts.

Public Commentary

There was no further business to discuss and the meeting was **adjourned at 6:14 p.**

Adjourn

**APPROVED THIS** _____ 26 _____ **DAY OF** _____ July _____ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

69

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

# CITY COMMISSION MEETING
## TUESDAY, JUNE 28, 2016 – 6:00 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report.
4. Commissioner's Report.
5. City Manager's Report:                               A.  Rep. Jay Trumbull
6. City Attorney's Report.

### CONSENT AGENDA:
7. Minutes:        6/14/16 – Regular Meeting
8. Approve assignment of contract for continuing engineering services with Preble-Rish, Inc. to Dewberry Engineers, Inc.
9. Approval of School Resource Officer contract at Bay Haven Charter Academy.
10. Authorize the City Manager to negotiate a grant administration contract with Summit Professional Services for a proposed CDBG Federal Fiscal Year 2016 grant.

### NEW BUSINESS:
11. Discussion and possible action regarding approval of Proposed Change Order #2 for the 17th Street Ditch Drainage and Safety Improvements Project.
12. Public Commentary.
13. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**TUESDAY, JUNE 14, 2016 – 4:07 P.M.**

**Present:**        Margo Deal Anderson, Mayor
                    Antonius G. Barnes, Mayor Pro Tem/Commissioner
                    Joseph Ashbrook, Commissioner
                    Rodney Friend, Commissioner
                    Roger Schad, Commissioner
                    Joel B. Schubert, City Manager
                    Robert C. Jackson, City Attorney
                    Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Pastor Veryl Gilbert gave the Invocation and the Pledge of Allegiance followed.

Call to Order

Mayor's Report

**Item #3. Mayor's Report**:  Mayor Anderson reported that she was in Washington DC w/the FAST Committee where she was able to voice some concerns that the City is facing; she participated in Career Day w/Springfield Elementary & LHES; Mayor Anderson encouraged everyone to attend the 1st Annual Hermit Crab Festival on Saturday, June 18, 2016 at Porter Park.

**Item #4. Commissioner's Report:**
Commissioner Schad attended the NWFLC Dinner in Destin in May & accepted an award on behalf the City – Community of Excellence Award; Commissioner Schad thanked the Commission, City Manager and staff for what they've done over the years to receive this award. Commissioner Schad officially presented the award to Mayor Anderson.  He stated that collectively it is an award for the entire City.
Commissioner Ashbrook reported that he attended a number of grand openings in Lynn Haven over the past few weeks – he is glad to see these various businesses relocating to Lynn Haven; attended a steering committee meeting addressing long range planning for FDOT/TPO; attended an event at the St. Andrew Bay Center.
Commissioner Barnes reported that he will be out of town for the June28, 2016 meeting.
Commissioner Friend reported that he participated in the LHES 5th Grade Annual Field Trip to City Hall – 140 students participated in a mock commission meeting; he thanked Ms. Frances Wittkopf for what she does each year for Memorial Day; he will attend a TPO meeting next week.

Commissioner's Report

**Item #4. City Manager's Report**:

   A. **Employee of the Month – May 2016:**  Mr. Derrick Rizzuto, Public Utilities, was awarded the EOM award for their hard work and dedication to the City.

City Manager's Report

**Item #6. City Attorney's Report:**  City Attorney Jackson reported that he will not be at the meeting on June 28, 2016.

City Attorney's Report

**City Commission Meeting Minutes of June 14, 2016**
**Page Two**

**PUBLIC HEARING OPENED: 4:22 p.m.**
**Item #7.  Shared-Use Non-motorized (SUN) Trail Network Program:** The State of Florida has appropriated funds for Shared-Use Non-motorized (SUN) Trail Network Program Individual Trail applications. The funds are to be used for the design and construction of paved trails to enhance the safety of pedestrians and bicyclists. Applications are currently being accepted by the Florida Department of Transportation for inclusion into their tentative 5-year work program for fiscal years 2017 - 2021.  In preparation of the City obtaining the old railway corridor, the City is considering the submittal of a SUN Trails application to construct a 12' wide, paved, non-motorized trail.  The railway corridor within the City limits is approximately 4.2 miles in length. The estimate for the complete project is $3,152,523.
**PUBLIC HEARING CLOSED: 4:24 p.m.**

**CONSENT AGENDA:**
**Item #8.  Minutes:** 5/10/2016 – Regular Meeting.
**Item #9.  Award of contract for janitorial services to Underwood Service Enterprises d/b/a Pro Force of the Emerald Coast in the amount of $2,520 per calendar month:** City staff advertised requesting proposals for City-wide janitorial services. The proposals included consideration for: price; experience and history of firm; personnel and equipment; quality assurance; responsiveness to RFP; and local vendor preference. A total of five proposals were received. A selection committee comprised of five members of City staff reviewed all proposals and determined a short list of three firms. The three firms were interviewed on June 2, 2016, and ranked in the following order:

> Pro Force Cleaning (Underwood Service Enterprises)
> American Facility Services
> Crystal Cleaning

Staff recommends awarding a two-year contract with one (1) optional two-year renewal effective July 1, 2016.
**Item #10.  Approval of the new certified 5K Run route for the Hermit Crab Festival event.**
**Item #11.  Approval of Memorandum of Agreement with State Attorney for the 14th Judicial Circuit of Florida:** On June 7, 2016 we received a Memorandum of Agreement for the intake, discovery, pre-trial, trial and case disposition of criminal municipal ordinance violations. (Civil citations & Code Enforcement).
**Item #12.  Approval of Memorandum of Agreement/Mutual Aid Agreement for Public Safety Diving (Joint Agency in-Water Strike Team – JAWS):**  On June 7, 2016 we received a Memorandum of Understanding/Mutual Aid Agreement for the Joint Agency in-Water Strike (JAWS) Team for standardized training, procedures and resources for the purpose of increasing safety, efficiency and effectiveness of underwater searches, rescues, evidence recovery, and crime scene processing.
**Item #13.  Approval of Minor Subdivision (MS-16-03), Cynthia McQuaig, corner of Tennessee Ave. and 13th Street, into two parcels:** Ms. Cynthia McQuaig, applicant and property owner, requests that the City allow her to divide the parcel located at the corner of Tennessee Ave. and 13th Street (Parcel # 10138-000-000), into two buildable lots. The Applicant owns the property located at the corner of Tennessee Ave. and 13th Street. The parcel consists of three (3) 50ft x 150ft lots facing Tennessee Ave.  Ms. McQuaig would like to split the lots down through the center from north to south, thereby creating two (2) building lots, 75ft x 150ft lots.

Public Hearing
SUN Trial
Network
Program

Consent Agenda
Minutes
Janitorial
Contract

5k Run Route
Hermit Crab
Festival

Mutual Aide
Agreement
Public Safety
Diving

Minor
Subdivision
Tenn Ave &
13th Street

**City Commission Meeting Minutes of June 14, 2016**
**Page Three**

This parcel is in the Historic 1911 Plat area, and therefore there is a requirement that in order to be a buildable lot, it must be at least 75ft wide and 7,500 sq.ft. in size, unless it was recorded as one individual 50ft lot prior to the 1975 Tax Roll. The owner is requesting that the City Commission approve this lot division through the minor subdivision process (ULDC Sec. 4.03.05).

**Item #14.   Approval of Minor Subdivision (MS-16-04), Habitat for Humanity, 1615 Michigan Ave., into two parcels:** Habitat for Humanity, applicant and property owner, requests that the City allow them to divide the parcel located at 1615 Michigan Ave (Parcel # 10498-000-000), into two lots. The Applicant owns the property located at 1615 Michigan Ave. The parcel consists of six (3) 50ft x 150+/- ft. lots (lots 13, 14,15,16,17, and 18). The applicant would like to split off lot 18 and half of lot 17 to create a 75ft x 150 ft. buildable lot. This parcel is in the Historic 1911 Plat area, and therefore there is a requirement that in order to be a buildable lot, it must be at least 75ft wide and 7,500 sq.ft. in size, unless it was recorded as one individual 50ft lot prior to the 1975 Tax Roll. The owner is requesting that the City Commission approve this lot division through the minor subdivision process (ULDC Sec. 4.03.05).

Minor Subdivision 1615 Michigan Ave

**Item #15.   Approval of Minor Subdivision (MS-16-05), William Shaw, Jr., 2911 Lynn Haven Parkway, into two parcels:** Mr. Shaw, applicant and property owner, requests that the City allow him to divide the parcel located at 2911 Lynn Haven Parkway (Hwy 77), (Parcel # 11797-010-000), into two   parcels. The Applicant owns the property located at 2911 Ohio Ave, which is approximately 7.5+/- acre in size, and would like to split the parcel into two new parcels. Parcel A would be 4.8 +/- acres in size and Parcel B would be two 2.5 +/- acres. The Future Land Use of this vacant parcel is Commercial. The owner is requesting that the City Commission approve this parcel division through the minor subdivision process (ULDC Sec. 4.03.05).

Minor Subdivision 2911 Lynn Haven Parkway

**Item #16.   Approval of Minor Subdivision (MS-16-06), Lisa Anderson & Joel Shubert, 1616 Wildridge Road, into two parcels**: Ms. Anderson and Mr. Schubert, applicant and property owners, request that the City allow them to divide a parcel located at 1616 Wildridge Rd (Parcel # 11675-040-000), into two parcels. The Applicants would like to split the 4.987 +/- acres parcel into two parcels.  Parcel A would be 4.061+/-acres in size, and parcel B would be 0.926 +/- acres in size. The Future Land Use of this parcel is Low Density  Residential. The owner is requesting that the City Commission approve this parcel division through the minor subdivision process (ULDC Sec. 4.03.05).

Minor Subdivision 1616 Wildridge

**Item #17.   Approval to purchase two trash trucks in the amount of $263,610 and approve a new Equipment Operator position:** The Sanitation Division runs five trucks for the collection of yard debris and special pickups; this number has not changed for 11 years which has not kept up with growth. Over this 11-year span the population of Lynn Haven has increased by approximately 5,000 citizens. This additional demand, combined with the fact these trucks run constantly and are prone to breakdown has created an issue maintaining service   level. This request is twofold. The first being able to purchase two new trash (knuckle-boom) trucks. One truck will be dedicated to special pickups, which is an option the City currently does not have. The second truck would be put into service for yard debris to address additional demand. These trucks can be purchased under current NJPA contracts and can be made available in 30 to 45 days if ordered upon approval.  If the City postpones this purchase until the FY 2016-17 budget, delivery would likely be in April or May of 2017.

Trash Truck Purchase

**City Commission Meeting Minutes of June 14, 2016**
**Page Four**

The second portion of this request is for the approval of an additional sanitation driver. This position would be dedicated for all special pickups. This driver will also be available for normal yard debris pickup once the special pickups have been completed. Currently, special pick-up involves a substantial administrative process including customer service, identification, and individual billing. With the additional trucks, the City will cover every residence on a weekly basis for special pick-ups; sanitation rates will need to reflect this new process.

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Schad.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | Motion passed:  5-0 |

**OLD BUSINESS:**

**Item #18.  Second and final reading of Ordinance 1022, Impact fees**: The City recently completed an impact fee study and desires to immediately reduce ce1tain impacts fees as recommended by the study, but cannot do so because of the notice requirements in the Code. Section 86-91 of the Lynn Haven Cod e of Ordinances (the "Code") provides for a minimum ninety (90) day notice prior to the imposition of any new or amended impact fee; Section 163.31801, *Florida Statutes,* only requires a minimum ninety (90) day notice for new or increased impact fees and no notice for the reduction, suspension, or elimination of any impact fee. The City desires to amend the Code to match the minimum notice requirements under Florida law and provide an immediate benefit of reduced impact fees to the businesses and citizens of the City without waiting ninety (90) days. City Manager Schubert read Ord. 1022 by title only. This was the second and final reading.

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Schad.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**NEWS BUSINESS**:

**Item #19.  Resolution 2016-06-649, SUN Trail Grant Application:**  Staff recommends approval to submit an application for construction of a 12' wide non-motorized rail.  City Manager Schubert read this resolution by title only under Public Hearing.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Ashbrook

Old Business
Ord. 1022

New Business
Res. 2016-06-649
SUN Trail Grant

74

**City Commission Meeting Minutes of June 14, 2016**
**Page Five**

On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye               Motion passed: 5-0

**Item #20.   Resolution 2016-06-650, amending impact fees (decrease):**   A resolution amending Impact Fees for General Governmental Services including fees for Parks & Recreation, Law Enforcement & Fire Rescue; amending Appendix "A" of the Code. City Manager Schubert read Resolution 2016-06-650 by title only.

Res. 2016-06-650
Amending Impact
Fees

              Motion by Commissioner Schad:  To approve as presented.
              Second to the motion:  Commissioner Friend.
On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye               Motion passed: 5-0

**Item #21. Resolution 2016-06-651, amending impact fees (increase):**  A resolution amending Water & Sewer connection charges for connections to the City's Water & Wastewater System; amending Impact Fees for General Governmental Services including fees for Law Enforcement & Fire Rescue.  City Manager Schubert read Resolution 2016-06-651 by title only.

Res. 2016-06-651
Amending Impact
Fees

              Motion by Commissioner Schad:  To approve as presented.
              Second to the motion:  Commissioner Barnes.
On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye               Motion passed: 5-0

**Item #22. Discussion and possible action regarding acceptance of Quit Claim Deed from Airport Authority**:  Staff recommends approval to transfer of property adjacent to the formerly District owned Hugh Nelson Industrial Park.  Based on the District having no regular presence near this canal or the Hugh Nelson Industrial Park and the potential for premises liability and maintenance costs associated with ownership, staff and legal counsel recommends this transfer.

Quit Claim Deed
Airport Authority

              Motion by Commissioner Schad:  To approve as presented.
              Second to the motion:  Commissioner Ashbrook.
On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye               Motion passed: 5-0

**City Commission Meeting Minutes of June 14, 2016**
**Page Six**

**Item #23.  Resolution 2016-06-652, Amending the Authorization for the Fuel Depot Sale:**
A Resolution amending the authorization for the acquisition and subsequent sale of the Lynn Haven Fuel Depot from the USAF to Bluewater Development Partners, LLC; approving the conveyance agreement; approving an amendment to the real estate contract; approving an easement agreement w/Bluewater Development for the Fuel Depot railroad ROW; authorizing the City Manager to obtain financing to purchase the Fuel Depot direct from the USAF in the event that Bluewater does not close as scheduled for any reason; authorizing the Mayor to execute the conveyance agreement, the amended sales contract, the easement agreement, and other closing documents for a closing with or without Bluewater. City Manager Schubert read Resolution 2016-06-652 by title only.

Res. 2016-06-652
Fuel Depot Sale

       Motion by Commissioner Ashbrook:  To approve as presented.
       Second to the motion:  Commissioner Schad.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #24.  Discussion and possible action regarding award of bid for FY2016 Street Paving Project:**  On June 13, 2016 sealed bids were received and opened in regards to the Lynn Haven Road Paving of Mosley Drive & Michigan Avenue; Staff recommends approval to award the bid to Roberts & Roberts in the amount of $290,465.

FY2016 Street
Paving Project

       Motion by Commissioner Schad:  To accept as presented.
       Second to the motion:  Commissioner Ashbrook.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #25. Public Commentary:**
Ms. Frances Wittkopf thanked the Commission for moving forward w/Rails to Trails and thanked everyone who helped the Garden Club during the Memorial Day festivities.
Mr. Leon Miller asked about Hwy 390 turnover; Commissioner Ashbrook stated the turnover is between the County & the State; he stated that he will ask at the TPO meeting next week.
Mr. Miller suggested a turn lane on 17th Street by TFCU; City Manager Schubert stated that he is talking with FDOT regarding this intersection & by the Post Office.
Commissioner Ashbrook stated that Mr. Bryant, Bay County, has funding for 26th Street & Hwy 389 *turn bubble* to improve ingress/egress.
Commissioner Friend stated that Bay County did pass a resolution expressing a wish to transfer Hwy 390.
Mayor Anderson agrees with Mr. Miller regarding the need for a turn lane at TFCU & the Post Office.

Public
Commentary

**City Commission Meeting Minutes of June 14, 2016**
**Page Seven**

There was no further business to discuss and the meeting was *adjourned at 4:48 p.m.*

Adjourn

**APPROVED THIS** 28th **DAY OF** June 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

**CITY COMMISSION MEETING**
**TUESDAY, JUNE 14, 2016 – 4:00 P.M.**
**AGENDA**

1.   Call to order.
2.   Invocation/Pledge of Allegiance.
3.   Mayor's Report.
4.   Commissioner's Report.
5.   City Manager's Report:          A. Employee of the Month – May 2016
6.   City Attorney's Report.

**PUBLIC HEARING OPENED:  (state time)**
7.   Shared-Use Non-motorized (SUN) Trail Network Program
**PUBLIC HEARING CLOSED.  (state time)**

**CONSENT AGENDA:**
8.   Minutes:  5/10/16 – Regular Meeting
9.   Award of contract for janitorial services to Underwood Service Enterprises d/b/a Pro Force of the Emerald Coast in the amount of $2,520 per calendar month.
10.  Approval of the new certified 5K Run route for the Hermit Crab Festival event.
11.  Approval of Memorandum of Agreement with the State Attorney for the 14th Judicial Circuit of Florida.
12.  Approval of Memorandum of Agreement/Mutual Aid Agreement for Public Safety Diving (Joint Agency in-Water Strike Team – JAWS).
13.  Approval of Minor Subdivision (MS-16-03), Cynthia McQuaig, corner of Tennessee Ave. and 13th Street, into two parcels.
14.  Approval of Minor Subdivision (MS-16-04), Habitat for Humanity, 1615 Michigan Ave., into two parcels.
15.  Approval of Minor Subdivision (MS-16-05), William Shaw, Jr., 2911 Lynn Haven Parkway, into two parcels.
16.  Approval of Minor Subdivision (MS-16-06), Lisa Anderson & Joel Schubert, 1616 Wildwood Road, into two parcels.
17.  Approval to purchase two trash trucks in the amount of $263,610 and approve a new Equipment Operator position.
**\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA.**

City Commission Meeting Agenda for 6/14/16
Page two

**OLD BUSINESS:**

18.  Second and final reading of Ordinance 1022, Impact Fees.

**NEW BUSINESS:**

19.  Resolution 2016-06-649, SUN Trail Grant Application.
20.  Resolution 2016-06-650, amending impact fees (decrease).
21.  Resolution 2016-06-651, amending impact fees (increase).
22.  Discussion and possible action regarding acceptance of Quit Claim Deed from Airport Authority.
23:  Resolution 2016-06-652, Amending the Authorization for the Fuel Depot Sale.
24.  Discussion and possible action regarding award of bid for FY2016 Street Paving Project.
25.  Public Commentary.
26.  Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop prior to the meeting.

<div align="center">

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**TUESDAY – MAY 10, 2016 – 4:00 P.M.**

</div>

**Present:**     Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation.  The LHES Freedom Singers sang the National Anthem and the Pledge of Allegiance followed.   Mayor Anderson presented to the LHES Freedom Singers a certificate of appreciation for their efforts and the raising of over $1,000 for the preservation of the American Bald Eagle & the continued support of Wings Across the Bridge.   | Call to Order

**Item #3. Mayor's Report:**  Mayor Anderson recognized LHES/Southport Elementary for their continued support of Wings Across the Bridge; Ms. Sandra Harrison was honored as Bay District Schools "Principal of the Year" for outstanding leadership; Kyle Hudson, MHS Government President, led his fellow classmates to raise over $20,000 for "Honor Flight"- a program to fly veterans to Washington DC; Mary Christine Mallory, MHS Senior, received a $1,052,400 academic scholarship; General Welch attended the MAC this week.   | Mayor's Report

    *A. Proclamation – National Safe Boating Week May 21-27, 2016:* Mayor
       Anderson read this proclamation in its entirety.

**Item #4. Commissioner's Report**:
Commissioner Schad attended the MAC social/meeting; enjoys attending these events & honoring our military.
Commissioner Ashbrook had no report.
Commissioner Barnes thanked the teachers of the community for the job they do.
Commissioner Friend congratulated the graduating Seniors & is proud of them all.   | Commissioner's Report

**Item #5. City Manager's Report**:   | City Manager's Report

    *A. Employee of the Month – April:  Ramona Bibbs, Animal Control, was*
    *awarded the EOM award for her hard work and dedication to the City.*

**Item #6. City Attorney's Report:** No report.   | City Attorney's Report

**City Commission Meeting Minutes of May 10, 2016**
**Page Two**

|   |   |   |   |
|---|---|---|---|
| | Motion by Commissioner Schad: To place a plaque in The Chambers recognizing Doc Smith for his dedication and commitment to the community. | | |
| | Second to the motion: Commissioner Ashbrook. | | |
| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**PUBLIC HEARING OPENED**: *4:18 p.m.*

**Item #7. LSA-16-1, Comprehensive Plan Text Amendment – The Trust for Public Land:**  This public hearing is being held to receive comments on the transmittal of the proposed Comprehensive Plan Text Amendment, LSA-16-1, and receive City Commission approval to transmit the amendment to Department of Economic Opportunity (DEO) and other required agencies. The proposed amendment is to amend the Future Land Use Map from Traditional Neighborhood Development (TND) to Recreation/Open Space (RIOS) on property located at C.R. 2321, South of McKithens Bayou, Parcel # 08710-025-000. The land is approximately 97.8 acres in size and is owned by The Trust for Public Land who wish to develop a passive recreation park on the site. After approval of this transmittal, the amendment package will be distributed to the required agencies.   A second public hearing will be held at the adoption  stage. After audience participation the **PUBLIC HEARING CLOSED @ 4:28 p.m.**

*(margin note: Public Hearing LSA-16-1 Comp Plan Text)*

**CONSENT AGENDA:**

**Item #8. Minutes:** 4/26/2016 – Regular Meeting

**Item #9.  Approval of Operation and Maintenance Agreement for Lynn Haven Bayou Preserve:** As consideration for the satisfactory completion of services rendered by the City under the terms of this Agreement, the Department shall pay the City on a cost reimbursement basis a total  of $3,542,797. The City agrees that any additional funds necessary for the completion of this ten-year operation and maintenance ("O&M") project are the responsibility of the City. If the City does not fully expend the $3,542,797 within 10 years from the entry of this Agreement, the Parties may amend the Agreement to extend the end date, and the City shall be authorized to obtain cost reimbursement consistent with this Agreement until the $3,542,797 has been fully expended.

*(margin note: Consent Agenda Minutes O&M Lynn Haven Bayou)*

Motion by Commissioner Schad:   To approve Consent Agenda as presented.
Second to the motion: Commissioner Barnes.

**City Commission Meeting Minutes of May 10, 2016**
**Page Three**

On Vote:     Schad:        aye
             Friend:       aye
             Barnes:       aye
             Ashbrook:     aye
             Anderson:     aye           Motion passed:  5-0

NEW BUSINESS:

**Item #10.  Presentation by Richard McKinney of Carr, Riggs & Ingram regarding**                    Audit
**FY 2014/2015 Financial Statements:**   Carr, Riggs & Ingram examined the City's                    Presentation
compliance with the requirements of Section 218.415, Florida Statutes, Local
Government Investment Policies, during the year ended September 30, 2015.
Management is responsible for the City of Lynn Haven, Florida's compliance with those
requirements.  Our responsibility is to express an opinion on the City of Lynn Haven,
Florida's compliance based on our examination.  We conducted our audit in accordance
with auditing standards generally accepted in the United States of America and the
standards applicable to financial audits.  There were no findings in the Audit.  The
financial health of the City is strong.
Commissioner Schad commented on the City Pensions.
Commissioner Ashbrook wanted to know if the Auditor General reviewed the Audit?
Mr. McKinney stated that they did.
Mayor Anderson asked how long Mr. McKinney has been doing the audit.
Mr. McKinney stated since the early 90's.
Commissioner Barnes asked how many years w/no findings.
Mr. McKinney stated in the early 90's there were several pages of findings; since working
w/Twila Miller since 1995 there have been no findings.
Commissioner Friend thanked Mr. McKinney & Twila for their hard work.
Mr. Brad Youndt commented on the Audit.
Mayor Anderson stated that she takes issue and have disagreement with some of Mr.
McKinney's statements on what happened in the early 90's and the conservative spending
of John Lynch and that Administration; she believes that is a narration of more of a
political opinion than the actual budget.

**Item #11.  Resolution 2016-05-647, LSA-16-1, Comp. Plan Text Amendment – The**                    Res. 2016-05-
**Trust for Public Land**: City Manager read by title only.                                          647

             Motion by Commissioner Barnes:  To approve as presented.
             Second to the Motion: Commissioner Schad.
On Vote:     Barnes:       aye
             Ashbrook:     aye
             Schad:        aye
             Friend:       aye
             Anderson:     aye           Motion passed:  5-0

82

**City Commission Meeting Minutes of May 10, 2016**
**Page Four**

**Item #12.  Resolution 2016-05-648, amending the adopted General Fund, Community Redevelopment Agency & Main Street budgets and the approved Enterprise Fund budgets for fiscal year 2015/2016:**

Res. 2016-05-648 Budget

> Motion by Commissioner Schad: To approve as presented.
> Second to the motion: Commissioner Ashbrook.

City Manager Schubert read Resolution 2016-05-648 by title only.
Restated that motion & second to the motion.

On Vote:    Schad:        aye
            Friend:       aye
            Barnes:       aye
            Ashbrook:     aye
            Anderson:     aye            Motion passed:  5-0

**Item #13. First reading of Ordinance 1022, Impact Fees:** The City recently completed an impact fee study and desires to immediately reduce certain impacts fees as recommended by the study, but cannot do so because of the notice requirements in the Code. Section 86-91 of the Lynn Haven Code of Ordinances (the "Code") provides for a minimum ninety (90) day notice prior to the imposition of any new or amended impact fee; Section 163.31801, *Florida Statutes,* only requires a minimum ninety (90) day notice for new or increased impact fees and no notice for the reduction, suspension, or elimination of any impact fee. The City desires to amend the Code to match the minimum notice requirements under Florida law and provide an immediate benefit of reduced impact fees to the businesses and citizens of the City without waiting ninety (90) days. City Manager Schubert read Ord. 1022 by title only. This was the first reading and no action was required.

Ord. 1022-Impact Fees

**Item #14. Public Commentary:**
Mr. Richard Walker commented on Ord. 1022 and impact fees.
Ms. Frances Wittkopf invited everyone to the Garden Club Memorial Day Ceremony on May 31, 2016 @ 10:00 a.m. @ Soldier Park.

Public Commentary

**City Commission Meeting Minutes of May 10, 2016**
**Page Five**

There was no further business to discuss and the meeting was ***adjourned at 5:03 p.m.***          Adjourn

APPROVED THIS _____ *14th* _____ DAY OF _____ *June* _____ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

84

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

### CITY COMMISSION MEETING
### TUESDAY, APRIL 12, 2016 – 4:00 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report:        A. Proclamation:  Arbor Day – 4/22/16
4. Commissioner's Report.
5. City Manager's Report:       A. Employee of the Month – Feb. 2016
                                              B. Employee of the Month – March 2016
                                              C. Supervisor of the Quarter – Jan.-March 2016
6. City Attorney's Report.

**CONSENT AGENDA:**
7. Minutes:  3/22/16 – Regular Meeting
8. Approval of Amendment #1, CrowderGulf for Disaster Recovery Services – Debris removal.
9. Approval of Amendment #1, Ashbritt, Inc. for Disaster Recovery Services – Debris removal.
10. Approval of Amendment #1, Ceres Environmental Services, Inc. for Disaster Recovery Services – Debris removal.
11. Approval of July 4, 2016 Parade route.
12. Approval of annual 4th of July fireworks display in the amount of $23,000.00 to Pyro Shows, Inc.
13. Approval of Contract, Marshall Brothers Construction & Engineering, Inc. for Water Main Replacement Phase IV in the amount of $277,100.00

**NEW BUSINESS:**
14. First reading of Ordinance 1015, Amending Section 5.03.00 of the ULDC, Exempt Signs. (No further action required)
15. First reading of Ordinance 1016, Section 4.05.00 of the ULDC, TND Design Standards. (No further action required)
16. First reading of Ordinance 1017, DE-ANNX-16-1, Parcel #11195-000-000, Dr. Rajnikant Patel. (No further action required)
17. First reading of Ordinance 1018, General Employees' Retirement System. (No further action required)
18. First reading of Ordinance 1019, Firefighters' Retirement System. (No further action required)
19. First reading of Ordinance 1020, Police Officers' Retirement System. (No further action required)

City Commission Meeting Agenda for April 12, 2016
Page Two

20.  Discussion regarding City Manager annual performance evaluation.
21.  Public Commentary.
22.  Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop prior to the meeting.

<div align="center">

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**TUESDAY, APRIL 12, 2016 – 4:00 P.M.**

</div>

**Present:**      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Joseph Ashbrook, Commissioner
              Rodney Friend, Commissioner
              Roger Schad, Commissioner
              Joel B. Schubert, City Manager
              Robert C. Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she is working with the FLC president to create a compact of Mayor's to address federal agencies on flooding/infrastructure issues in Northwest Florida; retiring from Bay District Schools in December 2016.

Mayor's Report

**Item #4.  Commissioner's Report:**
Commissioner Schad had no report.
Commissioner Ashbrook had no report.
Commissioner Friend reported that he attended the site meeting regarding McMullin Library – he thanked staff for setting up the meeting & stated that it was an informative meeting; met w/an engineer on Rails to Trails – hope to keep moving forward on this issue.
Commissioner Barnes reported that he attended the American Legion Post 356 recognition of Firefighter/Police Officer of the Year.
Mayor Anderson thanked Sheriff McKeithen & Warden Anglin for their help in the City obtaining community workers to help the City in cleaning the ditches.

Commissioner's Report

**Item #5. City Manager's Report:** City Manager Schubert recognized Officer Kaitlyn Anglin for receiving the Police Officer of the Year award; Mr. Sam Smith, Firefighter, was recognized as the Firefighter of the Year – both of these recognitions were by the American Legion Post 356.

City Manager's Report

  A. ***Employee of the Month – Feb. 2016:*** Mr. Raymond Gates, Communications Officer, was awarded the EOM award for Feb. 2016 for his hard work & dedication to the City.
  B. ***Employee of the Month – March 2016:*** Ms. Suzanne Fogle, Customer Service Representative, was awarded the EOM award for March 2016 for her hard work & dedication to the City.

**City Commission Meeting Minutes of April 12, 2016**
**Page Two**

> *C. **Supervisor of the Quarter – Jan.-March 2016:*** Mr. Mark Branstetter, Utilities Field Supervisor, was award SoQ award for Jan.-March 2016 for his hard work & dedication to the City.

**Item #6. City Attorney's Report:** No report.

**CONSENT AGENDA:**
**Item #7. Minutes: 3/22/16 – Regular Meeting.**
**Item #8. Approval of Amendment #1, CrowderGulf for Disaster Recovery Services – Debris removal:** The City currently has a pre-event Disaster Recovery Services – Debris Removal contract in place with CrowderGulf. This contract would be activated in the event of a natural disaster with large amounts of tree limbs and debris that require extensive cleanup and disposal. The contract was written as a 3-year contract with one 3-year renewal option. Also, updated verbiage has been incorporated into the amendment in order to meet State and Federal requirements. This contract is due to expire on May 31, 2016, and City staff recommends extending the contract to May 31, 2019.

**Item #9. Approval of Amendment #1, Ashbritt, Inc. for Disaster Recovery Services – Debris Removal:** The City currently has a pre-event Disaster Recovery Services – Debris Removal contract in place with Ashbritt, Inc. as the number two debris removal company. This contract would be activated in the event of a natural disaster with large amounts of tree limbs and debris that would require extensive cleanup and disposal, in which CrowderGulf is unable to perf01m services on behalf of the City. The contract was written as a 3-year contract with one 3-year renewal option. Also, updated verbiage has been incorporated into the amendment in order to meet State and Federal requirements. This contract is due to expire on May 31, 2016, and City staff recommends extending the contract to May 31, 2019.

**Item #10. Approval of Amendment #1, Ceres Environmental Services, Inc. for Disaster Recovery Services – Debris Removal:** The City currently has a pre-event Disaster Recovery Services – Debris Removal contract in place with Ceres Environmental Services, Inc. as the number three debris removal company. This contract would be activated in the event of a natural disaster with large amounts of tree limbs and debris that would require extensive cleanup and disposal, in which both CrowderGulf and Asbritt are unable to perform services on behalf of the City. The contract was written as a 3-year contract with one 3-year renewal option. Also, updated verbiage has been incorporated into the amendment" in order to meet State and Federal requirements. This contract is due to expire on May 31, 2016, and City staff recommends extending the contract to May 31, 2019.

**Item #11. Approval of July 4, 2016 Parade Route:** Staff is recommending that the City Commission approve HWY 77 as the parade route; the parade will proceed east on 5th St. from Montana Ave. to HWY 77, then South on HWY 77, then West on 11St. to Florida Ave.

City Attorney's Report
Consent Agenda
CrowderGulf Amendment Debris Removal

Ashbritt Debris Removal

Ceres Debris Removal

**City Commission Meeting Minutes of April 12, 2016**
**Page Three**

**Item #12.  Approval of annual 4th of July fireworks display in the amount of $23,000 to Pyro Shows, Inc.:** Staff recommends approval of a contract agreement with Pyro Shows, Inc. for the July 4, 2016 fireworks display in the amount of $23,000.

Fireworks
Pyro Shows, Inc

**Item #13.  Approval of contract, Marshall Brothers Construction & Engineering, Inc. for Water Main Replacement Phase IV in the amount of $277,000:** The City has been undertaking the replacement of old water lines in the original platted area of Lynn Haven over the past few years. Water Main Replacement Phase IV was advertised by Panhandle Engineering and sealed bids were opened on April 5, 2016, with the following Base Bid results:

Marshall
Brothers
Contract
Water Main
Replacement
Phase IV

| | |
|---|---|
| Marshall Brothers | $255,900 |
| GAC Contractors | $285,000 |
| North Florida Construction | $287,650 |
| Gulf Coast Utility Contractors | $342,750 |

The Base Bid includes replacing an 8" PVC water main along 5th Street, Florida Avenue and 4th Street.  Alternate A1 includes a **10**" directional bore under Highway 77 with all connections. Staff recommends awarding the contract to Marshall Brothers Construction and Engineering, Inc. as the lowest responsive  bidder  with  a Base Bid ($255,900)  and Additive Alternate A1 ($21,200) totaling $277,100.

Motion by Commissioner Schad: To approve the Consent Agenda as provided.

Second to the motion:  Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**NEW BUSINESS:**

**Item #14.  First reading of Ordinance 1015, Amending Section 5.03.00 of the ULDC, Exempt Signs:** The Department of Planning was tasked with preparing changes to *Section 5.03.00-Signs*, of the Unified Land Development Code (ULDC) to enable business owners to have signs which they can place outside their business during their hours of operation. Ordinance # 1015 is the result of this, with amendments being proposed to *Section 5.03.03 – Provisionally Exempt Signs*, specifically *Table 5.03.03-Standards for Provisionally Exempt Signs.* The proposed amendments would allow for such temporary signs to forgo the regular permitting requirements as long as they adhere to the standards as set out within that   Section. City Manager Schubert read Ord. 1015 by title only.  This was the first reading and no action was required.

Ord.1015
Exempt Signs

**City Commission Meeting Minutes of April 12, 2016**
**Page Four**

**Item #15.  First reading of Ordinance 1016, Section 4.05.00 of the ULDC, TND Design Standards:** The City has received a request from the owner and developer of the only Traditional Neighborhood Development Land Use property located within the City of Lynn Haven to amend Section 4.05.00 of the City's Unified Land Development Code to allow for more flexibility of design, and remove certain language which they view to be restrictive. The applicant has requested that the City amend certain portions of the ULDC that pertain to *Section 4.05.00 - Standards for Traditional Neighborhood Developments (TND),* · specifically, *Section 4.05.05. - Specific Site Design Standards; Section 4.05.07. - Streets & Alleys,* · *Section 4.05.08. - Streetscape Requirements, · and Section 4.05.12. - Parking Standards*. City Manager Schubert read Ord. 1016 by title only. This was the first reading and no action was required.

*Ord. 106*
*TND Design*
*Standards*

**Item #16.  First reading of Ordinance 1017, DE ANNX-16-1, Parcel #1195-000-000, Dr. Rajnikant Patel:** The property was annexed into the City of Lynn Haven in May 2015, and was purchased immediately afterwards by the current owner who intended to convert the existing residential dwelling into a doctor's office. Once realizing the financial implications of the required infrastructure, the owner has determined this cost to be prohibitive, and has requested to de-annex the property from the City of Lynn Haven City Limits. City Manager Schubert read Ord. 1017 by title only.  This was the first reading and no action was required.

*Ord. 1017*
*De-ANNX*
*Patel*

**Item #17.  First reading of Ordinance 1018, General Employees' Retirement System:** Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the General Employees' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article V of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status.  City Manager Schubert read Ord. 1018 by title only.  This was the first reading and no action was required.

*Ord. 1018*
*General Emp.*
*Pension*

**Item #18.  First reading of Ordinance 1019, Firefighters' Retirement System:** Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the Firefighters' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article IV of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status.  City Manager Schubert read Ord. 1019 by title only.  This was the first reading and no action was required.

*Ord. 1019*
*FF Pension*

City Commission Meeting Minutes of April 12, 2016
Page Five

**Item #19.   First reading of Ordinance 1020, Police Officers' Retirement System:** Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the Police Employees' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article V of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status.  City Manager Schubert read Ord. 1020 by title only.  This was the first reading and no action was required.

Ord. 1020
Police Pension

**Item #20.   Discussion regarding City Manager annual performance evaluation:** Commissioner Ashbrook stated that the City has reaped the benefits of City Manager Schubert's talents; during his tenure he has instrumented: 1) 17th Street Ditch being piped; 2) Departments living on funds w/o moving monies; 3) hired Maria Stout-Tate, Leisure Services; 4) respected by his peers & other government agencies; 5) has capable people skills; 6) working on Fuel Depot conclusion; 7) 91 acre Lynn Haven Bayou Park; 8) secured funds for Porter Park – RESTORE ACT; 9) Sheffield Park/CRA improvements; 10) remodeled City Hall/The Chambers.

CM Perf. Eval.

> Motion by Commissioner Ashbrook:   To approve a change in his remuneration – increase vehicle allowance from $350 to $450; increase pay by 6% of current salary effective April 12, 2016.
> Second to the motion:  Commissioner Friend.

Commissioner Schad echoed Commissioner Ashbrook's comments; the City got more than they bargained for when he was hired; we could not have made a better choice.
Commissioner Barnes agreed with his fellow Commissioner's; the City Manager has done a fantastic job & he supports this increase 100%.
Commissioner Friend agreed with his fellow Commissioner's; communication and finance is important to him; appreciates staff.
City Attorney Jackson stated that this will require an amendment to his contract.
Ms. Debbie Richlin thanked the City Manager for his professionalism.
Mayor Anderson stated that she has great confidence in the City Manager; he was hired by a different Mayor and we have several areas we don't see eye to eye but I do respect him; willing to go in some direction for remuneration however believes 6% is too much.
City Manager thanked the Commission for their comments; proud to work for Lynn Haven; gave credit to staff for their hard work.

**City Commission Meeting Minutes of April 12, 2016**
**Page Six**

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | no | Motion passed: 4-1 |

**Item #21.  Public Commentary:**

Mr. Richard Walker commented on the 950 acres & TND's; he was concerned the City does not have workshops/public comments.

Mayor Anderson stated that this issue went to the Planning Commission and public commentary was accepted.

City Manager Schubert stated that this item appeared on the Planning Commission Agenda and will be brought back to the Commission for a second reading – at that time a Public Hearing will be held; workshop format changed to mimic the same as the Commission Meeting - basically allowed to have the same meeting two days in a row – seems redundant to do that.

Ms. Frances Wittkopf commented on Rails to Trails; hopes to see it completed.

Mr. Mark Neverette commented on the Post Office appearance – not very presentable.

Ms. Arlene Harrison commented on the entrance to the Post Office; she suggested the City look at changing the access.

Mayor Anderson agreed with Ms. Harrison; she believes it is unsafe & the City needs to look into some type of solution.

Commissioner Ashbrook stated that the City tried to work with the Postal Service, on a local level and a Corporate level in Atlanta, to provide an amicable solution to the entrance – they were not willing to work with us; Walmart offered to pay for a road and they declined.

    **A.  *Proclamation – Arbor Day – 4/22/2016:*** was read in its entirety.
        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion: Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

Public Commentary

Proc. Arbor Day

92

**City Commission Meeting Minutes of April 12 2016**
**Page Seven**

There was no further business to discuss and the meeting was adjourned at 4:53 p.m.          Adjourn

**APPROVED THIS**_____26th_____ **DAY OF**____April____ **2016.**


_____
Margo Deal Anderson, Mayor

**ATTEST:**


_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

# NOTICE

The Lynn Haven City Commission will hold a site meeting on **WEDNESDAY, APRIL 6, 2016 BEGINNING AT 10:00 A.M. AND ENDING AT 11:00 A.M.** at Memorial Park, 8th Street & Georgia Avenue. The purpose of the meeting will be to meet with concerned citizens who signed a petition against the proposed move of the McMullin Library to Memorial Park. No action will be taken at this meeting. The public is invited to attend.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

### CITY OF LYNN HAVEN
### SITE MEETING @ 8TH & GEORGIA AVENUE
### PROPOSED MCMULLIN LIBRARY SITE
### WEDNESDAY, APRIL 6, 2016 – 10:00 A.M. – 11:00 A.M.

**Present:**     Mayor Margo Deal Anderson
Mayor Pro Tem/Commissioner Antonius G. Barnes
Commissioner Rodney Friend
Commissioner Roger Schad
Commissioner Joseph Ashbrook – Absent/prior commitment in Tallahassee
City Manager Joel B. Schubert

City Manager Schubert stated that this was a meeting in the sunshine and gave a brief report regarding relocating the McMullin Library to this site; the proposed property boundaries were marked and the proposed site for the building was marked.  City Manager Schubert stated that the site is owned by the Garden Club and projected transfer of the property is the end of April; library move is proposed to be complete by end of June.  The McMullin Library will be owned & operated by the Heritage Society.

Mr. Richard Walker stated that it was the intent of the Heritage Society to operate a welcome center/visitor center/archives for Town documents/and a meeting facility for other community organizations.  Several photos were provided for audience review.

Mayor Anderson believes this will be a compliment to the Park. She also stated that the City would try to save & relocate the azaleas that must be moved to accommodate the McMullin Library.

After lengthy audience participation the site meeting was adjourned @ 11:00 a.m.

Prepared by Laurie Baker

## City Hall

**From:** Personnel
**Sent:** Friday, April 01, 2016 3:55 PM
**To:** City Hall
**Subject:** FW: On-Site McMullin Library Meeting
**Attachments:** McMullin Mtg Notice.pdf

*Charlene V. Messer*
Deputy City Clerk/Asst. City Manager
City of Lynn Haven
825 Ohio Ave.
Lynn Haven, FL 32444
850-265-2121
850-265-8931 fax

NOTICE: Florida has a broad public records law. Most written communications to or from City officials/staff are public records that will be disclosed to the public and the media upon request. E-mail communications may be subject to public disclosure.

**From:** Personnel
**Sent:** Friday, April 01, 2016 3:49 PM
**To:** Ashbrook Joseph (comm_ashbrook@cityoflynnhaven.com) <comm_ashbrook@cityoflynnhaven.com>; Emily (ebalazs@gulfcoast.edu) <ebalazs@gulfcoast.edu>; Gen Barnes (comm_barnes@cityoflynnhaven.com) <comm_barnes@cityoflynnhaven.com>; Ian Hill (hill@cityoflynnhaven.com) <hill@cityoflynnhaven.com>; Juliet Fogarty (Juliet@frf.org) <Juliet@frf.org>; LH Ledger (lhledger@gmail.com) <lhledger@gmail.com>; Margo Anderson (mayor@cityoflynnhaven.com) <mayor@cityoflynnhaven.com>; Mike Cazalas (mmcazalas@pcnh.com) <mmcazalas@pcnh.com>; newsroom (news@pcnh.com) <news@pcnh.com>; Robert Jackson (rjackson@harrisonsale.com) <rjackson@harrisonsale.com>; Rodney Friend <comm_friend@cityoflynnhaven.com>; Roger Schad (comm_schad@cityoflynnhaven.com) <comm_schad@cityoflynnhaven.com>; tv-7 news (news@wjhg.com) <news@wjhg.com>; wmbbnews@wmbb.com (wmbbnews@wmbb.com) <wmbbnews@wmbb.com>
**Subject:** On-Site McMullin Library Meeting

Have a safe weekend☺

*Charlene V. Messer*
Deputy City Clerk/Asst. City Manager
City of Lynn Haven
825 Ohio Ave.
Lynn Haven, FL 32444
850-265-2121
850-265-8931 fax

NOTICE: Florida has a broad public records law. Most written communications to or from City officials/staff are public records that will be disclosed to the public and the media upon request. E-mail communications may be subject to public disclosure.

**96**

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

March 25, 2016

**RE: Petition – McMullin Library**

To Whom It May Concern:

On March 1, 2016 the City received a petition – **"To Keep Historic Library from moving to Monument Park"** spearheaded by Ms. Martha Frank Renfroe.  This petition references recent efforts to move and preserve the McMullin Library to vacant land located within Monument Park at 8th & Georgia Avenue.

The City appreciates the concerns of the citizens and would like to invite you to a public one-hour site meeting on April 6, 2016; the meeting time will be 10:00 a.m. – 11:00 a.m.  Members from the City Commission, City Staff and representatives from the Heritage Society will be in attendance to address any concerns or questions you have.  This meeting will be open to the public.  The City will also mark the site with proposed footprint of the building and other historic information will be available.  Thank you for your feedback and we look forward to seeing you there.

Sincerely,

Joel B. Schubert
City Manager

**SITE MEETING SIGN IN SHEET**
**APRIL 6, 2016 – 10:00 A.M. – 11:00 A.M.**
**PROPOSED SITE FOR MCMULLIN LIBRARY**
**8TH & GEORGIA AVE**

Ben Jante , 265-2121
Don Jackson  9603571
Martha Frank Renfroe  265-2996
Ashley Miller /  8505271781
Larry Barnes  850 265 3508
Willie Mae Stanly  265 5903
Cheryl Brown  819/2852
Cathy Kilpatrick
Nancy Hallman  265-8783
Sandy Watson  819-1495
Quinta Scarjo  866-8469
Fisher Gunnell  365 5229
Bud Walker  248-1106  randjwalker@hotmail.c
Judy Shelton
Gerry Shelton
Harald Dygdahl Sr.  2659997.
Frances Wittker RC
Pehany (Villages)

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS

JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

### CITY COMMISSION MEETING
### TUESDAY, MARCH 22, 2016 – 6 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report.
4. Commissioner's Report.
5. City Manager's Report.
6. City Attorney's Report.

**PUBLIC HEARING OPENED:  (state time)**
7. Annexation, Fuel Depot Parcel "B".
8. Annexation, Fuel Depot Parcel "C".
**PUBLIC HEARING CLOSED.  (state time)**

**CONSENT AGENDA:**
9. Minutes:  2/23/16 – Regular Meeting
10. Approval of contract agreement with Gulf Coast Underground, LLC in the amount of $142,918, for the installation of Stormwater Cured in Place Pipe (CIPP) in Mowat Highlands.
11. Authorize disposal of surplus vehicles and equipment.
12. Approve Engineering Task Order to Panhandle Engineering in the amount of $9,950 for the Wastewater Treatment Plant Capacity Analysis Report.
13. Approve contract with Layne Christensen Company in the amount of $42,865 for the conversion of well #5 from oil to water lube system.
14. Approve Amendment #1, one-year renewal option, to the Pest Control Service Agreement with Florida Pest Control & Chemical Company.
15. Approve Memorandum of Agreement with Gulf Coast Children's Advocacy Center Sexual Assault Program.

**OLD BUSINESS:**
16. Second and final reading of Ordinance 1013, Annexation, Fuel Depot Parcel "B".
17. Second and final reading of Ordinance 1014, Annexation, Fuel Depot Parcel "C".

City Commission Meeting of 3/22/16
Page two

**NEW BUSINESS:**

18. Resolution 2016-03-643, Community Aesthetic Feature Agreement with Florida Department of Transportation for the South Gateway Monument.
19. Resolution 2016-03-644, Sale of 288 acres of City-owned property located in the Sand Hills.
20. Discussion and possible action regarding approval of Minor Subdivision, 15th St. & Arkansas Avenue, Bruce Bush, MS-16-1.
21. Discussion and possible action regarding approval of Minor Subdivision, Hope Properties of Bay County, LLC, Texas Avenue and 14th St., MS-16-2.
22. Public Commentary.
23. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

100

There was no workshop prior to this meeting.

# LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### MARCH 22, 2016 – 6:00 P.M.

**Present:**     Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Nick, Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation. The Pledge of Allegiance followed.

Call To Order

**Item #3. Mayor's Report:** Mayor Anderson reported she attended the NLC conference in Washington D.C. March 5-9, 2016 – she attended several meetings/roundtable sessions and it was a productive conference; she was appointed to the FAST Committee and will return to D.C. in May; attended the 10th Anniversary of the Senior Center; attended the 25th Anniversary of Harvest Worship Center; attended the BCL Qtrly meeting/dinner; toured the 17th Street ditch; met with City Manager Schubert & Leisure Services regarding upcoming special events.

Mayor's Report

**Item #4. Commissioner's Report:**
Commissioner Schad attended the 10th Anniversary of the Senior Center – Mayor Anderson & City Manager Schubert was also there; he attended the 70th Anniversary meeting of Military Affairs last week. Thanked the citizens and Bay County for the way they treat the military with respect.
Commissioner Ashbrook stated that there will be a FDOT meeting on April 5th @ 5:30 p.m. at Lynn Haven Sports Complex – RE:  HWY 390 Improvements.
Commissioner Barnes attended Baseball Opening Day; attended Publix Appreciation Day and presented them with a proclamation.
Commissioner Friend attended the 10th Anniversary of the Senior Center; attended the soft opening of El Jalisco Mexican Restaurant.
Mayor Anderson reminded everyone the Easter Egg Hunt is Saturday, March 26th – 9:00 a.m. – 11:00 a.m.

Commissioner's Report

**Item #5. City Manager's Report:**  City Manager Schubert reported that there will be a Code Enforcement Hearing on April 7, 2016 @ 2:00 p.m.; kudos to the Police Dept. Background Checks.Org puts out a list -  Lynn Haven ranked #46 safest in the State; Sgt. Hamilton w/LHPD was recognized for his consideration to a

City Manager's Report

**Item #6. City Attorney's Report:** No report.

**PUBLIC HEARING OPENED: 6:16 p.m.**
**Item #7.  Annexation, Fuel Depot Parcel "B":** City of Lynn Haven & Bluewater Development Partners, as applicant, have requested voluntary annexation into the City limits of Lynn Haven the Property referred to as "Parcel B", with the approval of current owners the United States Air Force (USAF). The property is approximately 93.87± acres and is located on the property referred to as the "Lynn Haven Fuel Depot". The property is contiguous to property lying within the City limits and it will not create an enclave.

City Attorney's Report
Public Hearing
Annex. Fuel Depot
Parcel "B"

**City Commission Meeting Minutes of March 22, 2016**
**Page Two**

**Item #8. Annexation: Fuel Depot Parcel "C":** City of Lynn Haven Bluewater Development Partners, as applicant, have requested voluntary annexation into the City limits of Lynn Haven the Property referred to as "Parcel C", with the approval of current owners the United States Air Force (USAF). The property is approximately 49.81± acres and is located on the property referred to as the "Lynn Haven Fuel Depot". The property is contiguous to property lying within the City limits and it will not create an enclave.

There was no audience participation and the Public Hearing was **closed at 6:18 p.m.**

Parcel "C"

**CONSENT AGENDA:**
**Item #9. Minutes: 2/23/2016 – Regular Meeting.**
**Item #10. Approval of contract agreement with Gulf Coast Underground, LLC in the amount of $142,918, for the installation of Stormwater Cured in Place Pipe (CIPP)in Mowat Highlands:** The City advertised requesting sealed bids for rehabilitation of stormwater pipelines by the installation of Cured in Place Pipe (CIPP) at various locations in Mowat Highlands. The rehabilitation of pipelines will be done by the installation of a resin-impregnated flexible tube which, when cured, will be continuous and tight-fitting throughout the entire length of the original pipe. The CIPP is designed for a life span of 50 years or greater.

Consent Agenda
Minutes
CIPP

**Item #11. Authorize disposal of surplus vehicles and equipment:** Staff is requesting the authority to dispose of the following list of surplus vehicles and equipment with high mileage and excessive ongoing repairs. Items will be advertised on the GovDeal's online auction site. Interested parties will have the opportunity to inspect the vehicles at the Public Works yard.

| Description | Serial Number |
|---|---|
| 1987 Kubota B7200 tractor | 10695 |
| 1999 Kubota L4310 tractor | 50308 |
| 2001 Ford F-150 pickup truck, 126,000 miles | 3FTZF1722-1MA51985 |
| 1995 Ford F-250 pickup truck , 91,500 miles | 1FTEF25H6-SNB4 I4I 7 |
| 2003 Ford F-250 pickup truck, 114,000 miles | 1FDNF20L3-3EB57955 |
| 2006 Ford Crown Victoria police interceptor | 2FAFP71WI-6XI28202 |
| 2006 Ford Crown Victoria police interceptor | 2FAFP71W5-6XI28199 |

**Item #12. Approve Engineering Task Order to Panhandle Engineering in the amount of $9,950 for the Wastewater Treatment Plant Capacity Analysis Report:** The City's current FDEP permit for the Waste Water Treatment Plant requires that a yearly Capacity Analysis Repo1ito be performed. The Capacity Analysis report is a detailed document of monthly performances, improvements and future requirements based on annual daily flows. Funding for the report is within the current budget. The attached quote is 25% less than the previous year due to staff being able to do some of the work in-house.

Task Order PE
WWTP Analysis

**City Commission Meeting Minutes of March 22, 2016**
**Page Three**

**Item #13.  Approve contract with Layne Christensen Company in the amount of $42,865 for the conversion of well #5 from oil to water lube system:** Well #5 is the last of the City's wells that need to be converted from oil to water lubricant. The importance of this project is twofold. The food grade oil builds up in the well column which can contribute to bacteriological activity and if the well cone of depression is great enough this oil will be pumped into the ground storage tank resulting in removing it from service and cleaned. This would effectively remove water plant number 2 from the distribution system until the ground storage tank cleaning process can be completed.

The current quote from Layne Christensen Company is based on piggy backing on an existing contract with Okaloosa County creating a cost savings to the City by not having to create bid documents and going through the bid process.

Well #5

**Item #14.  Approve Amendment #1, one-year renewal option, to the Pest Control Service Agreement with Florida Pest Control &Chemical Company:** The City currently has a service agreement with Florida Pest Control & Chemical Co. for the ongoing service of pest control at various City locations.  Pest Control is serviced on a monthly basis at various locations for an annual cost to the City of  $2,340. The contract was originally written as a one (1) year contract with a one (1) year renewal option. Florida Pest Control & Chemical Co. has requested to exercise their renewal option, thereby extending their original agreement to June 30, 2017. Staff recommends approving Amendment # 1 exercising the optional one-year renewal, commencing July 1, 2016 and terminating on June 30, 2017.   All other terms of the agreement will remain the same.

Pest Control Contract

**Item #15.  Approve Memorandum of Agreement with Gulf Coast Children's Advocacy Center Sexual Assault Program:** On February 17, 2016 we received a Memorandum of Agreement for the Assignment and Investigation of Child Sexual Assault Cases. Staff recommendation to sign Memorandum of Agreement with Gulf Coast Children's Advocacy Center Sexual Assault Program.

MOA – Gulf Coast CAC

Motion by Commissioner Schad:   To approve the CONSENT AGENDA as presented.
Second to the motion: Commissioner Ashbrook.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**OLD BUSINESS:**
**Item #16.  Second and final reading of Ordinance 1013, Annexation, Fuel Depot Parcel "B":** City Manager Schubert read Ord. 1013 by title only.  This was the second and final reading.

Ord. 1013

**City Commission Meeting Minutes of March 22, 2016**
**Page Four**

Motion by Commissioner Schad:   To approve as presented.
Second to the motion:  Commissioner Ashbrook.

On Vote:      Schad:         aye
Friend:        aye
Barnes:       aye
Ashbrook:    aye
Anderson:    aye                    Motion passed:  5-0

**Item #17.  Second and final reading of Ordinance 1014, Annexation, Fuel Depot**       Ord. 1014
**Parcel "C":** City Manager Schubert read Ord. 1014 by title only.  This was the second
and final reading.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Barnes.

Commissioner Friend stated that the City is working with the City Engineer to actively
seek funding for Rails to Trails.
Mr. Richard Walker asked if Parcel "C" would belong to the City?
Mayor Anderson stated that was her understanding.
Mr. Parker asked if Parcel "C" would be used for anything else.
City Manager Schubert stated that stormwater/utilities/infrastructure/roadway options
will be looked at for the highest and best use to the City.

On Vote:      Friend:        aye
Barnes:       aye
Ashbrook:    aye
Schad:         aye
Anderson:    aye                    Motion passed:  5-0

**NEW BUSINESS:**

**Item #18.  Resolution 2016-03-643, Community Aesthetic Feature Agreement**       Res. 2016-03-643
**with Florida Department of Transportation for the South Gateway Monument:**
This Resolution is for the proposed South Gateway Monument to be installed at the
southeast corner of Hwy 77 and East 17th Street. The new gateway monument will be
located within the FDOT Right-of-Way and therefore requires the approval of an
agreement with FDOT including Resolution. The agreement has been previously
approved by the City Commission on November 10, 2015.  Staff is requesting approval
of the proposed resolution as requested by FDOT.  City Manager Schubert read Res.
2016-03-643 by title only.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Barnes.

**City Commission Meeting Minutes of March 22, 2016**
**Page Five**

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #19.   Resolution 2016-03-644, Sale of 288 acres of City-owned property** Res. 2016-03-644
**located in the Sand Hills:** The City owns approximately 640 acres in the Sand Hills area of Bay County. A portion of the property is wetlands dedicated to conservation, a portion is actively used by the City as a sand pit, a portion was formerly used for vegetation disposal, a portion is undeveloped and another 288.4± acres that is primarily wooded uplands.

On February 12, 2016, the City received an Offer to Purchase 288.4± acres of the land as depicted on the attached aerial map as follows:

In accordance with Ordinance No. 1001, once the City received the Offer to Purchase a for sale sign was posted on the property, the intention to· sell was posted on the City's website and it was advertised four consecutive weeks as a legal ad in the News Herald with a minimum bid of $1,200. 00 per   acre.

In accordance with the advertisement, the City accepted open bids until the published bid closing time of Tuesday, March 15, 2016 at 2:00 PM CST. There were two subsequent bids, one for $2,005 per acre and one for $2,100 an acre.

City Manager Schubert read Res. 2016-03-644 by title only.
                    Motion by Commissioner Barnes: To approve as presented.
                    Second to the motion: Commissioner Ashbrook.

Commissioner Schad asked if the City had an official appraisal done?
City Manager Schubert stated that we did not, however, the City did engage an appraiser to provide comparable sales; the property was purchased in 1988 for $1.127 million.
Commissioner Schad stated that the property was purchased to build a WWTP; what does the purchaser propose to do with the property?
City Manager Schubert stated that he is considering a C&D landfill.
Commissioner Barnes stated that he is in favor of selling a portion of this land to recoup some money.
Mr. Virgil Duffell stated that he is opposed to approving this today.
Mr. Richard Walker suggested the City take a good look at this for future use.
Mr. James Finch stated that REA built a fully operational plant that they transferred to the County –not enough hook ups & trying to get effluent; I want to use it for construction debris & land mining.

City Commission Meeting Minutes of March 22, 2016
Page Six

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #20.   Discussion and possible action regarding approval of Minor Subdivision, 15th Street & Arkansas Ave, Bruce Bush, MS-16-1:** Mr. Bruce Bush, Applicant and property owner, requests that the City allow him to divide the parcel located at the corner of 15th Street and Arkansas Avenue (Parcel #10582-000-000), into two individual lots across the existing lot boundaries, Mr. Bush wishes to split the property from the north to south, rather than the current west" to east.

Minor Subdivision – Brush MS-16-1

The Applicant owns the property located at the corner of 15th Street and Arkansas Avenue. The parcel is 150ft x 100ft and currently consists of two 50ft. lots which face Arkansas Ave.  The applicant would like to reconfigure the lots so that there are two 75ft wide lots facing 15th St., so that he may have two buildable lots. This parcel is in the Historic 1911 Plat area, and therefore there is a requirement that in order to be a buildable lot, it must be at least 75ft wide and 7,500 sq.ft. in size, unless it was recorded as one individual 50ft lot prior to the 1975 Tax Roll.

The owner is requesting that the City Commission approve this lot division through the minor subdivision process (ULDC Sec. 4.03.05).

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Ashbrook.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #21.  Discussion and possible action regarding approval of Minor Subdivision, Hope Properties of Bay County, LLC, Texas Ave. and 14th Street, MS-16-2:** Mr. Gary Witham, for Hope Properties of Bay County LLC. Applicant and property owner, requests that the City allow him to divide the parcel located at the northwest corner of Texas Avenue and 14th Street (Parcel #10640-020-000), into two individual lots across the existing lot boundaries, Mr. Witham wishes to split the property from the north to south, rather than the current west to east. The Applicant owns the property located at the corner of Texas Avenue and 14th Street. The parcel is 150ft x 100ft and currently consists of two 50ft. lots which face Texas Ave. The applicant would like to reconfigure the lots so that there are two 75ft wide lots facing 14th St., so that he may have two buildable lots.

Minor Subdivision – H Hope Properties MS-16-2

This parcel is in the Historic 1911 Plat area, and therefore there is a requirement that in order to be a buildable lot, it must be at least 75ft wide and 7,500 sq.ft. in size, unless it was recorded as one individual 50ft lot prior to the 1975 Tax Roll. The owner is requesting that the City Commission approve this lot division through the minor subdivision process (ULDC Sec. 4.03.05).

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Ashbrook.

**City Commission Meeting Minutes of March 22, 2016**
**Page Seven**

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #22.  Public Commentary:**

Ms. Martha Renfro commented on the relocation of the McMullin Library.

Mr. Richard Walker commented on the relocation of the McMullin Library.

Mr. Joe Bullock commented on drainage issues in the Country Club.

City Manager Schubert stated that he will arrange a time for a site visit to discuss the drainage issues.

Mr. Virgil Duffell

Mr. Carl Traylor commented on drainage issues in the Country Club; he stated he supports Mr. Bullock.  He wanted to know why the City owns the drainage at the street but not responsible for the pipe that connects the drainage system.

Public Works Director Bobby Baker stated that it was his understanding that the Country Club HOA was not willing to give up anything that was not in the right of way.

There was no further business to discuss and the meeting was ***adjourned at 7:34 p.m.***

**APPROVED THIS**  _12_  **DAY OF** _April_  2016.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

Public Commentary

Adjourn

107

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## NOTICE

**The Lynn Haven City Commission will hold a workshop meeting on *Tuesday, February 23, 2016, beginning at 5:00 p.m.* in The Chambers, 108 E. 9th Street.   The purpose of the workshop will be to discuss additional, proposed special events for the 2015/2016 Fiscal Year.   The public is invited to attend.**

### CITY COMMISSION MEETING
### TUESDAY, FEBRUARY 23, 2016 – 6:00 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report:            A. Proclamation:  Publix Appreciation Day
                              B. Proclamation:  Clean-Up, Paint-Up, Fix-Up Mo.
4. Commissioner's Report.
5. City Manager's Report.
6. City Attorney's Report.
   **CONSENT AGENDA:**
7. Minutes:  2/9/16 – Regular Meeting
8. Approval of Right-of-Way Use Agreement for Roy Chester Wilson, 105 E. 17th Street.
9. Approval of Right-of-Way Use Agreement for Debra L. Richlin, 106 E. 18th Street.
10. Approval of Final Plat for the Villages of Mill Bayou, Shoreline Village, Phase 1-B, DO-13-6.
    **NEW BUSINESS:**
11. Presentation by Elizabeth Beam, Arcadis U.S., Inc. regarding CR390 (East 14th St.) from SR77 (Ohio Ave.) to SR75 (US 231).
12. First reading of Ordinance 1013, Annexation, Fuel Depot Parcel "B". (No further action required)
13. First reading of Ordinance 1014, Annexation, Fuel Depot Parcel "C". (No further action required)
14. Discussion and possible action regarding additional, proposed special events for Fiscal Year 2015/16.
15. Resolution 2016-02-641, Roadside Beautification Assistance Joint Participation Agreement with FDOT for landscaping of Highway 77.
16. Public Commentary.
17. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

Proposal:

I would like to propose that the City of Lynn Haven place the four additional events listed below on its annual calendar of events:

Spring Festival of the Arts and Azalea Trail: March 11th, 2017 and on the 2nd Saturday in March for the years following: Vendors will be arts and crafts, wine and cheese tasting, scheduled performances of local school, civic and church musicians, driving/biking/walking map of the Lynn Haven Azalea Trail, Spring Run 5K on the Azalea Trail, Mayor's Tea Party for Azalea Princesses (ages 3-11) at Roberts Hall, Plein air art event, and Spring Paint Your Art Out activity. Location of the festival: Florida Avenue. Possible partnership with Lynn Haven Garden Club.

Lynn Haven Hermit Crab Festival: June 18th and on the third Saturday in June for the years following; Vendors, gumbo cook-off with tickets for public to purchase to taste and vote, youth fishing tournament on Bailey Bridge, Nemo outdoor movie for children at dusk, Hermit Crab race, Hermit Crab release back to the bay contest, kayak race and run. Location: Porter Park

Lynn Haven Oktoberfest: Saturday, September 24th, and on the last Saturday in September for the years following; German band, german food vendors, American Legion beer booth, vendors, Chicken dance contest, arts and crafts vendors, tapping of the keg by the Mayor, Fall Run from Park to Park: Cain Griffin to Porter/Bailey Bridge, to Kinsaul, to Sheffield with awards at the Gazebo. Location: Florida Avenue

Lynn Haven Christmas Parade: Saturday morning, December 3rd, 10:00 a.m. on Florida Avenue:

Having the parade in the morning allows participants to be in two parades on the same day if they like; with the location on Florida Avenue, police responsibility and traffic control should be lessened because Ohio Avenue can remain open. Possible assistance from Lynn Haven Lions or Rotary as a fund-raiser similar to the Jaycees with Panama City Parade.

Lynn Haven Old-fashioned Christmas on Florida Avenue: Saturday December 10th, and on the second Saturday in December for the years following

Christmas vendors, stage for choirs and performers, carriage rides, carolers, pile of snow or ice skating for children, shopping with merchants downtown (Victoria's, Salty Marsh, Roberts Hall Crafts and Performances, Mullin's Pharmacy, Adams Pharmacy, Dazzlewear, Old Coin Shop, Gun Depot, and others as we grow.) Churches in close proximity might want to participate with some type of activity as well—shoeboxes at First Baptist)

I further propose that the Commission approve these activities and budget submitted by Leisure Services with the understanding that the budget for each event will be carefully scrutinized and where possible costs mitigated in the manner proposed by Mayor Anderson in the proposed activity cost reduction suggestions. I

The Lynn Haven City Commission held a workshop meeting on Tuesday, February 23, 2016 at 5:00 p.m. in The Chambers, 108 E. 9th Street.  The purpose of the workshop was to discuss additional, proposed special events for the 2015/2016 Fiscal Year.  The public was invited to attend.  The meeting was **adjourned at 5:45 p.m.**

**Present:**        Margo Deal Anderson, Mayor
                        Antonius G. Barnes, Mayor Pro Tem/Commissioner
                        Joseph Ashbrook, Commissioner
                        Rodney Friend, Commissioner
                        Roger Schad, Commissioner
                        Joel B. Schubert, City Manager
                        Robert C. Jackson, City Attorney
                        Officer Katlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.  The Pledge of Allegiance followed.

*Call to Order*

**Item #3.  Mayor's Report:** Mayor Anderson reported she had the pleasure on Feb. 12, 2016 participating in a Valentine's program at LHUMC; this past weekend she was in Washington DC visiting her granddaughters; attended the Military Affairs

*Mayor's Report*

>    A. **Proclamation:  Publix Appreciation Day February 29, 2016** – Mayor Anderson read this proclamation in its entirety.
>    B. **Proclamation:  Clean-Up, Paint-Up, Fix-Up Month** – City Manager Schubert read this proclamation in its entirety.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Barnes.

On Vote:        Schad:            aye
                        Friend:            aye
                        Barnes:           aye
                        Ashbrook:       aye
                        Anderson:        aye                    Motion passed:  5-0

**Item #4.  Commissioner's Report:**
Commissioner Schad reported that he attended the Military Affairs Change of Command ceremony; attended a Chamber function that recognized CEO's in the community.
Commissioner Ashbrook had no report.
Commissioner Barnes had no report.
Commissioner Friend reported a TPO meeting is scheduled for tomorrow; he recognized TPO members in the audience; toured the Bethel Village facility – very good program.

*Commissioner's Report*

**Item #5.  City Manager's Report**: City Manager Schubert reported that there would be no Commission Meeting on March 8, 2016; Opening Ball Day Ceremony @ 9:00 on Field 5 @ Lynn Haven Recreation – many activities are planned;

*City Manager's Report*

**City Commission Meeting Minutes of February 23, 2016**
**Page Two**

working w/Code Enforcement & Planning regarding signs – plans to bring language to the Commission at last meeting in March.

Agenda Add: Item #15A. Discussion and possible action to approve a resolution to apply for a grant for City sidewalks w/FDOT.

**Item #6.  City Attorney's Report**: City Attorney Jackson reported that the south monument sign placement issue brought to the Commission by a citizen last meeting lies completely in the ROW and the City has an agreement w/FDOT to place the sign in the location submitted.

*City Attorney's Report*

**CONSENT AGENDA:**

**Item #7.  Minutes: 2/9/16 – Regular Meeting**

**Item #8.  Approval of Right-of-Way Use Agreement for Roy Chester Wilson, 105 E. 17th Street:** ROW means the Northern half of the unopened 60 ft Westside Avenue Right of Way according to the South Side Plat (1944). Bay County Plat Book 3, Page 7, that is adjacent to 105 E 17th Street, Lynn Haven. Florida, and East of the fence line of any development.

**Item #9.  Approval of Right-of-Way Use Agreement for Debra L. Richlin, 106 E. 18th Street:** ROW means the Southern half of the unopened 60 ft Westside Avenue Right of Way according to the South Side Plat (1944), Bay County Plat Book 3, Page 7, that is adjacent to 106 E 18th Street, Lynn Haven, Florida, and East of the fence line of any development

**Item #10.  Approval of Final Plat for the Villages of Mill Bayou, Shoreline Village, Phase 1-B, DO-13-6:** This is a request by D & H Properties for Final Plat approval for a portion of the Villages of Mill Bayou. Shoreline Village Phase lB will consist of 41 single-family lots on a 14.76-acre parcel, # 11344-000- 000, located at 4121 Hwy 390.

This is the second of four (4) phases in Shoreline Village. The land use on the site is Traditional Neighborhood Development (TND). The property is currently vacant. The Preliminary Plat came before the Commission and was approved on January12, 2016. The proposed plat is consistent with City standards, including those specific to the TND land use district.

*Consent Agenda*

> Motion by Commissioner Schad: To approve as presented.
> Second to the motion: Commissioner Barnes.

City Manager Schubert reported that he has worked with the property owners & the developers (WayBack Burgers/Marco Pizza) to come to an amicable solution regarding buffer issues; he thanked all parties involved for working to reach this conclusion.

Ms. Debra Richlin, property owner, thanked the Mayor, City Manager and everyone else involved for working to reach this conclusion.

**City Commission Meeting Minutes of February 23, 2016**
**Page Three**

Mr. Roy Wilson thanked the Commission and City Manager Schubert, however, he felt he had not been afforded consideration for caring for the property for 50 years.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**NEW BUSINESS:**

**Item #11.  Presentation by Elizabeth Beam, Arcadis U.S., Inc. regarding CR390 (East 14th Street) from SR77 (Ohio Ave.) to SR75 (US 231):** Ms. Sherry Alaghemand, FDOT, gave a presentation regarding the Hwy 390 long range improvements.

FDOT
Presentation

**Item #12.  First reading of Ordinance 1013, Annexation, Fuel Depot Parcel "B":** City of Lynn Haven & Bluewater Development Partners, as applicant, have requested voluntary annexation into the City limits of Lynn Haven the Property referred to as "Parcel B", with the approval of current owners The United States Air Force (USAF). The property is approximately 93.87± acres and is located on the property referred to as the "Lynn Haven Fuel Depot". The property is contiguous to property lying within the City limits and it will not create an enclave.  City Manager Schubert read this Ordinance by title only.  This was the first reading and no action was required.

Ord. 103
Annex. Fuel
Depot
Parcel B

**Item #13.  First reading of Ordinance 1014, Annexation, Fuel Depot Parcel "C":** City of Lynn Haven & Bluewater Development Partners, as applicant, have requested voluntary annexation into the City limits of Lynn Haven the Property referred to as "Parcel C", with the approval of current owners The United States Air Force  (USAF). The property is approximately 49.81± acres and is located on the property referred to as the "Lynn Haven Fuel Depot". The property is contiguous to property lying within the City limits and it will not create an enclave.  City Manager Schubert read this Ordinance by title only. This was the first reading and no action was required.

Ord. 1014
Annex. Fuel
Depot
Parcel C

**Item #14.  Discussion and possible action regarding additional, proposed special events for Fiscal Year 2015/16:** Mayor Anderson stated that, after the workshop to discuss proposed additional special events, the following events are to be added:  1) Spring Festival of the Arts & Azalea Trail – 2nd Saturday of March on Florida Ave.; Hermit Crab Festival – 3rd Saturday in June; Oktoberfest – last Saturday in September; Lynn Haven Christmas Parade – parade in the morning (same day as the downtown parade) on Florida Avenue; Old Fashion Christmas on Florida Ave.

Special Events

**City Commission Meeting Minutes of February 23,2 016**
**Page Four**

Commissioner Schad asked for clarification for events.
City Attorney asked that the proposed "working" document be included in the minutes.
Commissioner Friend suggested the motion be to add all or some of the proposed events and bring back to the Commission a detailed plan.

> Motion by Commissioner Schad:   To approve the proposed items presented in the proposal (5 items) with the exception of Oktoberfest & bring back to the Commission a detailed plan.
> Second to the motion:  Commissioner Friend.

City Attorney Jackson stated for clarification the proposed events are: 1) Spring Festival of the Arts; 2) Hermit Crab Festival; 3) Oktoberfest; 4) Christmas Parade; 5) Old Fashion Christmas on Florida Ave - all items are in the motion except #3.
Ms. Arlene Harrison stated that she supports these events.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | no | |
| | Ashbrook: | no | |
| | Anderson: | aye | Motion passed:  3-2 |

**Item #15.   Resolution 2016-02-641, Roadside Beautification Assistance Joint Participation Agreement with FDOT for landscaping of Hwy 77:**  The FDOT has awarded the City $200,000 in Roadside Beautification Assistance Program funds to landscape Hwy 77 between the south side of the Bailey Bridge & 17th Street. These funds can be used for plants and irrigation. City Manager Schubert read this resolution by title only.

Res. 2016 FDOT
Grant – Hwy 77
Landscaping

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion:  Commissioner Ashbrook.

Ms. Arlene Harrison stated that this portion of Hwy 77 is ugly.
Ms. Martha Renfroe commented on the relocation of McMullin Library to 8th & Georgia Ave.
City Manager Schubert thanked staff for working on this grant.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**City Commission Meeting Minutes of February 23, 2016**
**Page Five**

**Item #15A.  Resolution 2016-02-642, a resolution to apply for a grant for City sidewalks w/FDOT:** City Manager Schubert read this resolution by title only.

Res. 2016-02-642 FDOT Grant – Sidewalks

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion:  Commissioner Barnes.

On Vote:     Ashbrook:     aye
             Schad:        aye
             Friend:       aye
             Barnes:       aye
             Anderson:     aye          Motion passed:  5-0

**Item #16.  Public Commentary:**

Public Commentary

Mayor Anderson stated that it has been decided to relocate the McMullin Library to a lot, owned by the City, adjacent to the Union Soldier statute.  Mayor Anderson suggested Ms. Renfroe stop by her office to review the plans.
Mr. Don Lanier, 1818 Virginia Ave., Apt. B, has concerns with snakes, mice & possums in his yard – he believes they are coming from next door.
City Manager Schubert stated that he would forward concerns to Code Enforcement.
Mr. Lanier commented on his water bill; he wants his deposit back after one year – City policy is four years. He would like to propose an independent audit of all water accounts in Lynn Haven.
Mayor Anderson stated that she took notes; she suggested Mr. Lanier make an appointment to discuss his issues further with the City Manager.
Ms. Arlene Harrison reported that the Heritage Society will be working to clean-up the cemeteries & would like to coordinate their efforts with staff.
City Manager Schubert stated that he will check & get back with her.
Mayor Anderson stated that she received a call from American Legion Post 356 wanting to maintain the flag poles in the cemetery.

There was no further business to discuss and the meeting was *adjourned at 7:17 p.m.*

Adjourn

**APPROVED THIS**_____22_____**DAY OF**_____March_____2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**
_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

114

There was no workshop prior to this meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### FEBRUARY 9, 2016 – 4:00 P.M.

**Present:**     Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Pro Tem Barnes called the meeting to order and Reverend Craig Carter gave the
Invocation.  The Pledge of Allegiance followed.                                   Call to Order

|          | Motion by Commissioner Schad:  To excuse Mayor Anderson from the meeting. |          |
|----------|-----------|----------|
|          | Second to the motion: |          |
| On Vote: | Schad:    | aye |
|          | Friend:   | aye |
|          | Ashbrook: | aye |
|          | Barnes:   | aye   Motion passed:  4-0 |

**Item #3.  Mayor's Report:** Mayor Pro Tem Barnes reported that he read to students at      Mayor's Report
LHES February 5; he stated that it was a joy to be back in the classroom & mentoring
with the students.

**Item #4.  Commissioner's Report**:                                               Commissioner's
Commissioner Friend reported that he attended the MPOA meeting for the TPO; went      Report
over legislation items & a presentation by FDOT – if anyone would like more
information let him know.
Commissioner Ashbrook reported that he attended a meeting w/District Secretary of
FDOT & staff to discuss Hwy 390 widening project & the City's concerns.

**Item #5.  City Manager's Report:** City Manager Schubert gave kudo's to the Fire      City Manager's
Department for maintaining, with limited damage, a house fire last night; the City has      Report
over 33 Community Worker's working w/Leisure Services & Public Works – these are
not violent felons or sexual predators; Baseball Opening Ceremonies is scheduled for
February 27, 2016 @ 9:00 a.m. on Field 5; Mayor Anderson expressed concerns for
Items #9 &#10.

115

**City Commission Meeting Minutes of February 9, 2016**
**Page Two**

    A. ***Employee of the Month – January 2016:*** Steve Enfinger, Investigator, LHPD, was awarded the EOM award for his hard work & dedication to the City.

**Item #6. City Attorney's Report:** No report.

City Attorney's Report

    Motion by Commissioner Ashbrook:  To address each item under the Consent Agenda individually.
    Second to the motion:  Commissioner Schad.

On Vote:    Ashbrook:    aye
        Schad:    aye
        Friend:    aye
        Barnes:    aye        Motion passed:  4-0

**CONSENT AGENDA:**
**Item #7. Minutes:    1/26/2016 – Regular Meeting:**

Minutes

    Motion by Commissioner Ashbrook:  To approve as presented.
    Second to the motion:  Commissioner Schad.

On Vote:    Ashbrook:    aye
        Schad:    aye
        Friend:    aye
        Barnes:    aye        Motion passed:  4-0

**Item #8.  Cancel City Commission Meetings for March 8 & August 23 due to Early Voting Presidential Primary and reschedule the Nov. 8 meeting to Nov. 9 due to Election:**

Canx. Mtg

    Motion by Commissioner Friend:  To approve as presented.
    Second to the motion:  Commissioner Ashbrook.

On Vote:    Friend:    aye
        Ashbrook:    aye
        Schad:    aye
        Barnes:    aye        Motion passed:  4-0

**Item #9. Approval of Engineering Task Order to Panhandle Engineering in the amount of $32,500 for the 2016 paving improvements:** The City recently completed a City Wide Roadway Pavement Evaluation which identifies roadways and their conditions. Based on the recent report, engineering recommendations and available funds it was determined to address Mosley Drive from Highway 77 to the east side of Mosley school and Michigan Avenue from 5th Street to 9th Street. Engineering for the work is due to the necessary drainage improvements needed and establishing a design standard for the City for other roads that have the same failure   conditions. City Manager Schubert stated that Mayor Anderson told him she disagrees with the amount requested.

PHE Task Order Paving

**City Commission Meeting Minutes of February 9, 2016**
**Page Three**

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Ashbrook.

On Vote:    Schad:       aye
            Friend:      aye
            Ashbrook:    aye
            Barnes:      aye        Motion passed:  4-0

**Item #10.  Approval of Engineering Task Order to Panhandle Engineering in the amount of $51,500 for the 7th Street sewer improvements:**  The City oldest sewer mains dating back to 1927 are in desperate need of repair due to infiltration and deterioration and have always been the highest priority from the Utility Division. The City has the opportunity to apply for CDBG funding to assist in the cost but in order to qualify with the necessary points all Engineering must be completed before application. Submittal for the application is in the fall of 2016 so engineering would need to be started as early as possible. Current funding for the Engineering work is not in the budget and a midyear adjustment would be needed. If the funding does not get approved with the CDBG grant the plans can still be used when other funds become available. City Manager Schubert stated that Mayor Anderson told him she disagrees with the amount.

*PHE Task Order Sewer*

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Schad.

On Vote:    Schad:       aye
            Friend:      aye
            Ashbrook:    aye
            Barnes:      aye        Motion passed:  4-0

**Item #11.  Approval of Service Agreement #1 with Bay Environmental, Inc. for sludge removal from the City's advanced wastewater treatment plant:**  The City currently has a service agreement with Bay Environmental, Inc. for the ongoing removal and  proper disposal of sludge from our Advanced  Wastewater  Treatment ·Plant. Sludge is removed and disposed of as needed and the City is charged $59.2307 per 1000 gallons. The contract was originally written as a one (1) year contract with a one (1) year renewal option. Bay Environmental, Inc. has requested to exercise their renewal option, thereby extending their original agreement to April 30, 2017. Staff recommends approving Amendment #1 exercising the optional one-year renewal, commencing May 1, 2016 and terminating on April 30, 2017.  All other terms of the agreement will remain    the same.

*Sludge Removal*

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Ashbrook.

On Vote:    Schad:       aye
            Friend:      aye
            Ashbrook:    aye
            Barnes:      aye        Motion passed:  4-0

117

**City Commission Meeting Minutes of February 9, 2016**
**Page Four**

**Item #12.  Approval of the purchase of a new high efficiency by-pass pump in the amount of $44,580 for use in the water and sewer department:** The purchase of a high efficiency by-pass pump for the Water Department is included in the current budget. Staff has selected a 2016 Thompson Pump, Model 4JSCM-DIST-4LE2T-MC, 4" trailer-mounted, high efficiency by-pass pump. This pump is used to by-pass large water and sewer mains in order to accomplish repairs. The purchase will be made utilizing the Florida Sheriffs Association Contract, Bid Number 15-13-0904. The Florida Sheriffs Association offers statewide purchasing contracts on a variety of vehicles, equipment and services that are available to all eligible agencies. Staff is recommending the purchase   of this by-pass pump from Thompson Pump in the amount of $44,580.

<div style="text-align: right">Pump Purchase</div>

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Ashbrook.

On Vote:    Friend:        aye
            Ashbrook:      aye
            Schad:         aye
            Barnes:        aye          Motion passed:  4-0

**NEW BUSINESS:**
**Item #13.  Resolution 2016-02-640, amending the City's Purchasing Procedural Guide:** City Manager Schubert read this by title only.  Staff is requesting approval of Resolution No. 2016-02-640 amending the City's Purchasing Procedural- Guide with the following changes:

<div style="text-align: right">Res. 2016-02-640</div>

1. **Chapter 20:** Local Vendor Preference - The Local Vendor Preference will continue to be offered to businesses within Bay County. It will also continue to give a Local Based Vendor with a local principal office a 5% evaluation credit and a Local Vendor whose principal office is elsewhere a 2.5% evaluation credit. Staff is proposing a change to the current language to clarify the process and make it less cumbersome.
2. **Chapter 21:** Federal Contract Provisions – inclusion of procedures required when the City uses federal funding for the purchase of commodities or services. These include a search of the federal government's System for Award Management to determine if a potential vendor has been excluded from performing on federally related contracts, and a Conflict of Interest Questionnaire that must be completed by all City members having a role in the purchase of a commodity or service using federal funds.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Friend.

**City Commission Meeting Minutes of February 9, 2016**
**Page Five**

On Vote:    Schad:      aye
            Friend:     aye
            Ashbrook:   aye
            Barnes:     aye                    Motion passed:  4-0

**Item #14.  Public Commentary:**

Ms. Judy Tinder, Victoria's Last Bite, code enforced for non-conforming sign per City        Public Commentary
sign ordinance; she asked that the City review the policy.
Mayor Pro Tem asked that Ms. Tinder contact the City Manager to discuss this issue.
City Manager suggested Ms. Tinder contact him to discuss this issue; he is concerned
with keeping the City clean and it is an on-going problem with temp signs.
Ms. JoAnn Naverette stated that temp signs provide new businesses with exposure.
Mr. Mark Naverette stated that he was concerned with large truck using the roadways;
he suggested that designated truck routes be established.


There was no further business to discuss and the meeting was ***adjourned at 4:36 p.m.***        Adjourn

**APPROVED THIS** _____23_____ **DAY OF** _February_ 2016.


_____
Margo Deal Anderson, Mayor

**ATTEST:**


_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

119

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## CITY COMMISSION MEETING
### TUESDAY, FEBRUARY 9, 2016 – 4:00 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report.
4. Commissioner's Report.
5. City Manager's Report:          A. Employee of the Month – January 2016
6. City Attorney's Report.

**CONSENT AGENDA:**

7. Minutes:     1/26/16 – Regular Meeting
8. Cancel City Commission Meetings for March 8 & August 23 due to Early Voting for Presidential Primary and reschedule the Nov. 8 meeting to Nov. 9 due to Election.
9. Approval of Engineering Task Order to Panhandle Engineering in the amount of $32,500 for the 2016 paving improvements.
10. Approval of Engineering Task Order to Panhandle Engineering in the amount of $51,500 for the 7th Street sewer improvements.
11. Approval of Service Agreement Amendment #1 with Bay Environmental, Inc. for sludge removal from the City's advanced wastewater treatment plant.
12. Approval of the purchase of a new high efficiency by-pass pump in the amount of $44,580 for use in the water and sewer department.

**NEW BUSINESS:**

13. Resolution 2016-02-640, amending the City's Purchasing Procedural Guide.
14. Public Commentary.
15. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

The Lynn Haven City Commission held a workshop meeting on Monday, January 25, 2016, beginning at 6:00 p.m. in The Chambers (108 E. 9th St.). The purpose of the meeting was to hear a presentation from Candice Burgess regarding fracking, discuss proposed special events and discuss the Commission Meeting Agenda for 1/26/16. The Public was invited to attend.  The workshop was adjourned at 7:16 p.m.

### CITY OF LYNN HAVEN
### CITY COMMISSION MEETING MINUTES
### JANUARY 26, 2016 – 6:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
                  Antonius G. Barnes, Mayor Pro Tem/Commissioner
                  Joseph Ashbrook, Commissioner
                  Rodney Friend, Commissioner
                  Roger Schad, Commissioner
                  Joel B. Schubert, City Manager
                  Robert C. Jackson, City Attorney
                  Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.  The Pledge of Allegiance followed.

*Call To Order*

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she will be out of town on February 8, 2016; working w/Matt Surrency, FLC, putting together a Mayor's Summit to address flooding in our area and take a resolution to the NLC in March.

*Mayor's Report*

> ***A. Proclamation: Crossing Guard Appreciation Day: Mayor Anderson read this proclamation in its entirety. Willie Mae Stanley/Jean Chancey/Jan Infinger/Deborah Baxley were presented with certificates of appreciation.***

*Crossing Guard Proclamation*

**Item #4.  Commissioner's Report:**
Commissioner Schad would like to compliment the Road Department – the City has received quite a bit of rain recently with very limited, if any, flooding.
Commissioner Ashbrook reported that the FDOT meeting recently held was attended by a large number of people and he wanted to express his thanks to them as this is a big issue facing the people of Bay County – east corridor.
Commissioner Friend reported that the entire Team was present at the meeting and everyone is working hard on behalf of the residents of Lynn Haven; he will attend a MPOAC meeting in Tallahassee on Thursday.
Commissioner Barnes reported that he attended an EDA Investors meeting – Chairman Becca Hardin is working very hard to bring businesses to the area.

*Commissioner's Report*

121

**City Commission Meeting Minutes of January 26, 2016**
**Page Two**

**Item #5.  City Manager's Report:** City Manager Schubert reported that opening day of Spring Baseball is scheduled for January 27; Developer Agreement approved in Nov. 2015 included McMullin Library – the Developer has agreed to look at locating the library to Garden Club property by the Union Soldier; the Developer and the Heritage Committee will continue to work together on this issue.

<div style="margin-left:2em">

Motion by Commissioner Schad:  To table Item #16 until 2nd meeting in February.
Second to the motion: Commissioner Ashbrook.

</div>

On Vote:       Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:       aye
               Anderson:       aye            Motion passed:  5-0

Mayor Anderson publicly thanked Mr. Don Jackson and Bluewater Development for working and listening to the citizens on the relocation of the McMullin Library.

**Item #6.  City Attorney's Report:**  No report.

**PUBLIC HEARING OPENED: 6:12 p.m.**
**Item #7. Small Scale Plan Amendment, SSA-16-1, Public/Institutional to Low Density Residential, 708 Iowa Ave.:**  This is a request for a Small Scale Land Use Amendment from Public/Institutional to Low Density Residential for a 1.606 acre parcel, #09227-000-000, located at 708 Iowa Ave. The property is owned by the City of Lynn Haven.  City Manager Schubert read Ordinance 1012 by title only.
After public participation the **PUBLIC HEARING CLOSED @ 6:17 p.m.**

**CONSENT AGENDA:**
**Item #8. Minutes:        1/12/2016 – Regular Meeting:**
**Item #9.   Approval of lease renewal for Bay County Tax Collector, 801 Florida Ave.:** In accordance with the terms and conditions stated in the lease agreement for Bay County's Tax Collector's Office, Bay County has elected to renew this lease for one additional one-year term at the same terms and prices, effective March 1, 2016.

<div style="margin-left:2em">

Motion by Commissioner Barnes:   To approve the Consent Agenda as presented.
Second to the motion: Commissioner Ashbrook.

</div>

On Vote:       Barnes:         aye
               Ashbrook:       aye
               Schad:          aye
               Friend:         aye
               Anderson:       aye            Motion passed:  5-0

**City Commission Meeting Minutes of January 26, 2016**
**Page Three**

**OLD BUSINESS:**

**Item #10.   Second and final reading of Ordinance 1012, Small Scale Plan Amendment, SSA-16-1, Public/Institutional to Low Density Residential, 708 Iowa Ave.:**

Ord. 1012
708 Iowa Ave

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:   Schad:       aye
           Friend:      aye
           Barnes:      aye
           Ashbrook:    aye
           Anderson:    aye              Motion passed:  5-0

**NEW BUSINESS:**

**Item #11.   Resolution 2016-01-638, amending an established TND Administrative Exception Overlay District for Shoreline Village Phase 1C:** This is a request by D & H Properties for an Administrative Exception Overlay District for a portion of the Villages of Mill Bayou, Shoreline Village Phase 1. Shoreline Village Phase 1 (to include Phase IC) had a Development Order approved in 2013. Phase IC will consist of single-family lots and a recreation area on a 13.82-acre parcel, #11344-000-000, located at 4121 Hwy 390.  The applicant is requesting an amendment to the original Development Order which was issued in 2013, but needs Commission approval to waive Section 4.05.05 of the City's Unified Land Development Code, in the form of an Administrative Exception Overlay District, per City Ordinance 980, to be able to proceed with that request.  City Manager Schubert read Resolution 2016-01-638 by title only.

Res. 2016-01-638
Overlay District
Shoreline Village
Phase 1C

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion: Commissioner Ashbrook.

On Vote:   Barnes:      aye
           Ashbrook:    aye
           Schad:       aye
           Friend:      aye
           Anderson:    aye              Motion passed:  5-0

**Item #12.   Discussion and possible action regarding approval of an amendment to the Development Order for Shoreline Village Phase 1C (DO-13-6):**  This is a request by D & H Properties for an Amendment to the Development Order for a portion of the Villages of Mill Bayou. Shoreline Village Phase 1C will consist of 51 single-family lots and a recreation area on a 13.82-acre parcel, #11344-000-000, located at 4121 Hwy 390.  The original Development Order for the whole of Phase 1 was approved in 2013.

DO Amendment
Shoreline Village
Phase 1C

The applicant has indicated that there are three (3) areas from which they would like to deviate in Phase 1C:

1)  The requirement for on-street parking – The applicant would like to waive this requirement
2)  The lot sizes proposed on the original plans – Reduce lot sizes from 65′ to 52′+
3)  To be able to change from the asphalt base on the roads to a base that consists of eight (8) inches of limerock and two (2) inches of asphalt

**City Commission Meeting Minutes of January 26, 2016**
**Page Four**

City Attorney Jackson stated that this is a Quasi-judicial Hearing and all affected parties should be sworn in at this time; there was no ex-parte communication by the Mayor/Commission.

> Motion by Commissioner Ashbrook:  To approve as presented.
> Second to the motion:  Commissioner Friend.

Commissioner Schad stated that he has a problem with a limerock base & once the City accepts it they will have to assume the responsibility of repairs.  He would like to see something in the agreement that addresses repairs for a longer period of time.
Mayor Anderson concurs with Commissioner Schad; agrees with all item changes except the paving.
The Planning Commission voted 3-3 for this so the motion failed.
Commissioner Barnes stated that he agrees with Mayor Anderson; City should stick with asphalt.
Commissioner Friend asked that the Engineer and/or Bobby Baker address this issue.
City Manager Schubert stated that this has been approved in the entrance of the development and is an FDOT approved standard.  If the City is not going to support these standards we should address changes to our ULDC.
Mr. Bobby Baker reported that Phase I, boulevard, was done with the lime base; FDOT will accept a lime base, however, he prefers an asphalt base because of the issues of water. It is a cost savings to the Developer to use lime base.
Mr. Jon Slarski, Engineer, Preble-Rish, reported that FDOT has several approved construction base; appropriate construction techniques determines design life of roads.  FDOT has a design life for roads of twenty years.
Commissioner Schad stated that the City wanted a quality product in our City and implemented higher standards and does not want to see the City lower those standards that they have built on in the last several years.
Mr. David Barber, Project Manager, D&H Properties, stated that they would entertain a longer warranty/guarantee, possible 2-4 years.
Commissioner Schad asked how long a warranty D&H Properties would be willing to give.

Commissioner Friend to rescind his motion and restate the motion as "approving #1 & #2 as presented and allow D&H Properties to bring back to the City #3.
Commissioner Ashbrook rescinds second to the motion.

Commissioner Ashbrook to rescind his motion and restate the motion as "approving #1 & #2 as presented; require a 3 year warranty/bond from D&H Properties & allow City Manager Schubert to negotiate with D&H Properties.
Commissioner Friend rescinds second to the motion & reaffirms his second to the motion.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Anderson: | no | Motion passed:  4-1 |

**Item #13.  Resolution 2016-01-639, requesting a statewide ban on oil and gas extreme hydraulic fracturing, acid fracturing and any form of well stimulation for oil and gas in Florida:** City Manager Schubert read this resolution by title only. Ms. Candace Burgess presented a presentation of "Fracking" to the public.

Res. 2016-01-639
Fracking

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Ashbrook.

**City Commission Meeting Minutes of January 26, 2016**
**Page Five**

On Vote:    Friend:       aye
            Barnes:       aye
            Ashbrook:     aye
            Schad:        no
            Anderson:     aye                   Motion passed:  4-1

**Item #14.  Discussion and possible action regarding Donation Agreement for Lynn Haven Bayou Park and Preserve:** City Manager Schubert stated that this is for the 91 acre park the City is partnering with FDEP and the Trust for Public Land. The construction should take approx. two years and at completion be turned over to the City.

     LH Bayou Park/Prese
     Donation Agreement

> Motion by Commissioner Ashbrook:  To approve as presented.
> Second to the motion:  Commissioner Schad.

City Attorney Jackson stated that he has some concerns with the Exhibit B, Deed Restrictions, and recommended that this be approved contingent upon satisfactory resolution of the Deed Restriction language.

The first/second motion was rescinded and restated as follows:

> Motion by Commissioner Ashbrook:  To approve as presented and include the recommendation of City Attorney Jackson.
> Second to the motion: Commissioner Schad.

On Vote:    Ashbrook:     aye
            Schad:        aye
            Friend:       aye
            Barnes:       aye
            Anderson:     aye                   Motion passed:  5-0

**Item #15.  Discussion and possible action regarding Property Addendum to the First Amendment and Restated Development Agreement, D&H Properties:** This agreement removes the 91 acre park from the Original Property that is to be transferred to the Land of Public Trust.

     D&H Properties
     Amendment to
     DO

> Motion by Commissioner Schad: To approve as presented.
> Second to the motion:  Commissioner Barnes.

On Vote:    Schad:        aye
            Friend:       aye
            Barnes:       aye
            Ashbrook:     aye
            Anderson:     aye                   Motion passed:  5-0

**Item #16.  Discussion and possible action regarding additional special events for Fiscal Year 2015/2016:** Tabled.

     Special Events

**City Commission Meeting Minutes of January 26, 2016**
**Page Six**

**Item #17.  Public Commentary:**   Public Commentary
Ms. Libby Tunnell thanked the Commission for moving the McMullin Library to a mutually acceptable location.
Mr. Richard Walker commented on the TND changes.
MR. Arlene Harrison asked about the Block Party.
Mayor Anderson stated that it is proposed for last weekend in May.
Ms. Cheryl Brown thanked the Mayor for inviting her to the meeting.
Mr. Kerry Odom addressed speeding on Arkansas Ave. between 9th & 13th Street.
City Manager Schubert & Public Works Director Bobby Baker will look into the issue.

There was no further business to discuss and the meeting was adjourned at 7:40 p.m.

**APPROVED THIS** _____4th_____ **DAY OF** __Feb._____ 2016.

Margo Deal Anderson, Mayor          Mayor Pro Tem

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker

126

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## NOTICE
**The Lynn Haven City Commission will hold a workshop meeting on Monday, January 25, 2016, beginning at 6:00 p.m. in The Chambers (108 E. 9th St.).  The purpose of the meeting will be to hear a presentation from Candice Burgess regarding fracking, discuss proposed special events and discuss the Commission Meeting Agenda for 1/26/16.
The public is invited to attend.**

## CITY COMMISSION MEETING
### TUESDAY, JANUARY 26, 2016 – 6:00 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report:              A.  Proclamation:  Crossing Guard Appreciation Day
4. Commissioner's Report.
5. City Manager's Report.
6. City Attorney's Report.

   **PUBLIC HEARING OPENED:  (state time)**
7. Small Scale Plan Amendment, SSA-16-1, Public/Institutional to Low Density
   Residential, 708 Iowa Ave.
   **PUBLIC HEARING CLOSED.  (state time)**

   **CONSENT AGENDA:**
8. Minutes:        1/12/16 – Regular Meeting
9. Approval of lease renewal for Bay County Tax Collector, 801 Florida Avenue.

   **OLD BUSINESS:**
10. Second and final reading of Ordinance 1012, Small Scale Plan Amendment, SSA-16-1,
    Public/Institutional to Low Density Residential, 708 Iowa Avenue.

    **NEW BUSINESS:**
11. Resolution 2016-01-638, amending an established TND Administrative Exception
    Overlay District for Shoreline Village Phase 1 C.
12. Discussion and possible action regarding approval of an amendment to the Development
    Order for Shoreline Village Phase 1 C (DO-13-6).
13. Resolution 2016-01-639, requesting a statewide ban on oil and gas extreme hydraulic
    fracturing, acid fracturing and any form of well stimulation for oil and gas in Florida.
14. Discussion and possible action regarding Donation Agreement for Lynn Haven Bayou
    Park and Preserve.

City Commission Meeting Agenda for 1/26/16
Page two

15.   Discussion and possible action regarding Property Addendum to the First Amended and
      Restated Development Agreement, D & H Properties.
16.   Discussion and possible action regarding additional special events for Fiscal Year
      2015/2016.
17.   Public Commentary.
18.   Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED
AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE
THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON
WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH
DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE
MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING
IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR
ASSISTANCE.

The City Commission held no workshop prior to the meeting.

### CITY OF LYNN HAVEN
### CITY COMMISSION MEETING MINUTES
### JANUARY 12, 2016 – 4:00 P.M.

**Present:**     Margo Deal Anderson, Mayor
            Antonius G. Barnes, Mayor Pro Tem/Commissioner
            Joseph Ashbrook, Commissioner
            Rodney Friend, Commissioner
            Roger Schad, Commissioner
            Joel B. Schubert, City Manager
            Robert C. Jackson, City Attorney
            Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Barnes gave the Invocation.  The Pledge of Allegiance followed.

*Call to Order*

**Item #3. Mayor's Report:**  Mayor Anderson wished everyone a Happy New Year; reminder that second meeting of the month will be at 6:00 p.m.; would like to discuss recycling service options at the next meeting; possible discussion on the McMullin Library; commended  City employees for their work during the holiday season.

*Mayor's Report*

*A.  Proclamation:  Order of the Eastern Star Month:*  Mayor Anderson read this proclamation in its entirety.

*Proc.-Eastern Star*

                    Motion by Commissioner Schad:  To approve as presented.
                    Second to the motion: Commissioner Barnes.
On Vote:     Schad:        aye
            Friend:       aye
            Barnes:       aye
            Ashbrook:     aye
            Anderson:     aye                Motion passed: 5-0

*B.  Plaque presentation – Order of the Eastern Star:* A Key to the City was presented to the Order of the Eastern Star; an invitation was issued to the Mayor/Commission to attend a function on January 30, 2016 at the National Guard Armory - more information will be forthcoming.

*Plaque Presentation Eastern Star*

**Item #4.  Commissioner's Report:**
Commissioner Schad wished everyone a Happy New Year.
Commissioner Ashbrook thanked Leisure Services and City Manager Schubert for the maintenance/upgrades to the signs located on Hwy 389/390 marking the entrance to the Lynn Haven Business Park; provided pamphlets for an upcoming FDOT meeting on Tuesday, January 19, 2016 at United Methodist Church – discussion of Hwy 390 improvements.

*Commissioner's Report*

**City Commission Meeting Minutes of January 12, 2016**
**Page Two**

Commissioner Barnes wished everyone a Happy New Year.
Commissioner Friend wished everyone a Happy New Year; will attend a MPOAC meeting on January 28th in Tallahassee.

**Item #5. City Manager's Report:** City Manager Schubert reported that the City received seven Purple Heart parking signs to be placed in key locations throughout the City; commercial incentives are being investigated for citizen/businesses affected by the Hwy 390 proposed expansion and will be brought to the Commission for review; wrote a letter to Representative Jay Trumball with concerns to expand Hwy 390 from Hwy 77 to Hwy 231.

City Manager's Report

    **A. *Employee of the Month – December 2015:*** Firefighter Martin McFaul was awarded the EOM award for his hard work and dedication to the City.

**B. *Supervisor of the Quarter – Oct./Dec. 2015:*** Lieutenant Joseph Bayba was awarded the SOQ award for his hard work and dedication to the City.

**Item #6. City Attorney's Report:** No report.

City Attorney's Report
Consent Agenda
Minutes
BOA Appointment

**CONSENT AGENDA:**
**Item #7. Minutes:** *12/8/2015 – Regular Meeting*
**Item #8. Appointment of Board of Adjustment member:** Staff recommends approval to appoint Mr. George Outlaw to the BOA.
**Item #9. Approval of preliminary plat for Shoreline Village Phase 1B – Villages at Mill Bayou, East Hwy 390 – D&H Properties:** This is a request by D & H Properties for Preliminary Plat approval for a portion of the Villages of Mill Bayou. Shoreline Village Phase lB will consist of 41 single-family lots on a 14.76-acreparcel, #11344- 000-000, located at 4121 Hwy 390.

Plat Approval
Shoreline Village
Phase 1B

**Item #10. Approval of Change Order #1 for Cast in Place (CIPP) Sewer Rehabilitation Program:** Approve change Order #1 to Gulf Coast Underground in the amount of $107,062.00 for additional work on the CIPP Sewer Rehabilitation Program.

CIPP Change Order
JAG Grant

**Item #11. Approval to submit Justice Assistance Direct Grant for the purchase of body worn cameras for the Police Department:** Approve submittal of a Federal Fiscal Year 2015 Edward Byrne Memorial Justice Assistance (JAG) Direct Grant application for the purchase of body worn cameras and authorize the Mayor to sign all associated application and award documents.

                    Motion by Commissioner Schad:  To approve as presented.
                    Second to the motion: Commissioner Ashbrook.
On Vote:         Schad:         aye
                    Friend:        aye
                    Barnes:       aye
                    Ashbrook:     aye
                    Anderson:     aye               Motion passed:  5-0

**City Commission Meeting Minutes of January 12, 2016**
**Page Three**

**NEW BUSINESS:**

**Item #12.  First Reading of Ordinance 1012, Small Scale Plan Amendment, SSA-16-1, Public/Institutional to Low Density Residential, 708 Iowa Ave.:**  This is a request for a Small Scale Land Use Amendment from Public/Institutional to Low Density Residential for a 1.606 acre parcel, #09227-000-000, located at 709 Iowa Ave. The property is owned by the City of Lynn Haven. The property has previously been utilized by a civic club (Lions Club). The land use change is consistent with the applicable Policies of the City's Comprehensive Plan and surrounding land uses, which are primarily single-family residential.  City Manager Schubert read Ord. 1012 by title only.  This was the first reading and no action was required.

<div align="right">Ord. 1012</div>

<div align="right">Res. 2016-01-636</div>

**Item #13.  Resolution 2016-01-636, 2016 Sales Tax Refunding:**  Resolution Of The City Commission Of The City Of Lynn Haven, Florida Authorizing The Issuance By The City Of Lynn Haven, Florida Of Not Exceeding $4,300,000 In Aggregate Principal Amount Of Sales Tax Revenue Refunding Bonds, Series 2016 In Order To Provide Funds For The Purpose Of Refunding A Portion Of The City's Outstanding Sales  Tax  Revenue Refunding Bonds, Series 2005; Funding A Required Deposit To The Reserve Account Through Purchase Of A Reserve Account Insurance Policy; Pledging The Proceeds Of The Sales Tax Received By The City To Secure Payment Of The Principal Of and Interest On Said Bonds; Providing For The Rights Of The Holders Of Said Bonds; Providing For Certain Additional Matters In Respect To Said Bonds; And Providing For An Effective Date For This Resolution.  City Manager Schubert read Res. 2016-01-636 by title only.

|  | Motion by Commissioner Schad: To approve as presented. | | |
| --- | --- | --- | --- |
|  | Second to the motion: Commissioner Barnes. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Anderson: | aye | Motion passed: 5-0 |

<div align="right">Res. 2016-01-637</div>

**Item #14.   Resolution 2016-01-637, Sales Tax Bond Supplement Refunding Resolution:**  Resolution Of The City Commission Of The City Of Lynn Haven, Florida Supplementing Resolution No. 2016-01-637 Of The City; Making Certain Covenants And Agreements In Connection With The Issuance Of The City's Sales Tax Revenue Refunding Bonds, Series 2016; Providing Certain Terms And Details Of Such Bonds, Including Authorizing A Negotiated Sale Of Said Bonds And The Execution And Delivery Of A Bond Purchase Contract With Respect Thereto Upon Compliance With Certain Parameters; Appointing The Paying Agent And Registrar With Respect To Said Bonds; Authorizing The Execution And Delivery Of An Official Statement With Respect Thereto; Authorizing The Execution And Delivery Of An Insurance Agreement And A Continuing Disclosure Certificate; And Providing An Effective Date.  City Manager Schubert Read Res. 2016-01-637 by Title Only.

**City Commission Meeting Minutes of January 12, 2016**
**Page Four**

On Vote:

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Ashbrook.

| | |
|---|---|
| Schad: | aye |
| Friend: | aye |
| Barnes: | aye |
| Ashbrook: | aye |
| Anderson: | aye |

Motion passed:  5-0

**Item #15.  Public Commentary**:                                           Public Commentary
Ms. Nancy Bryzowski commented on the Lion's Club property.
Mr. Richard Walker wanted to know if the property was to be sold.
City Manager Schubert said yes.

There was no further business to discuss and the meeting was adjourned at 4:30 p.m.   Adjourn

**APPROVED THIS** _26th_ **DAY OF** _January_ 2016.

_Margo Deal Anderson, Mayor_

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker

132

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

### CITY COMMISSION MEETING
### TUESDAY, JANUARY 12, 2016 – 4:00 P.M.
### *AMENDED* AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report:        A. Proclamation: Order of The Eastern Star Month
                          B. Plaque presentation – Order of the Eastern Star
4. Commissioner's Report.
5. City Manager's Report:  A. Employee of the Month – December 2015
                          B. Supervisor of the Quarter – Oct./Dec. 2015
6. City Attorney's Report.

**CONSENT AGENDA:**
7. Minutes:        12/8/15 – Regular Meeting
8. Appointment of Board of Adjustment member.
9. Approval of preliminary plat for Shoreline Village Phase 1B – Villages at Mill Bayou, East Hwy. 390, D & H Properties.
10. Approval of Change Order #1 for Cast in Place (CIPP) Sewer Rehabilitation Program.
11. Approval to submit Justice Assistance Direct Grant for the purchase of body worn cameras for the Police Department.

**NEW BUSINESS:**
12. First reading of Ordinance 1012, Small Scale Plan Amendment, SSA-16-1, Public/Institutional to Low Density Residential, 708 Iowa Ave.
13. Resolution 2016-01-636, 2016 Sales Tax Bond Master Refunding Resolution.
14. Resolution 2016-01-637, 2016 Sales Tax Bond Supplemental Refunding Resolution.
15. Public Commentary.
16. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## CITY COMMISSION MEETING
### TUESDAY, JANUARY 12, 2016 – 4:00 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report:       A. Proclamation:  Order of The Eastern Star Month
                         B. Plaque presentation – Order of the Eastern Star
4. Commissioner's Report.
5. City Manager's Report:   A. Employee of the Month – December 2015
                            B. Supervisor of the Quarter – Oct./Dec. 2015
6. City Attorney's Report.

**CONSENT AGENDA:**
7. Minutes:       12/8/15 – Regular Meeting
8. Appointment of Board of Adjustment member.
9. Approval of preliminary plat for Shoreline Village Phase 1B – Villages at Mill Bayou, East Hwy. 390, D & H Properties.
10. Approval of Change Order #1 for Cast in Place (CIPP) Sewer Rehabilitation Program.
11. Approval to submit Justice Assistance Direct Grant for the purchase of body worn cameras for the Police Department.

**NEW BUSINESS:**
12. First reading of Ordinance 1012, Small Scale Plan Amendment, SSA-16-1, Public/Institutional to Low Density Residential, 708 Iowa Ave.
13. Resolution 2016-01-636, 2016 Sales Tax Bond Refunding.
14. Public Commentary.
15. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

### CITY COMMISSION MEETING
### TUESDAY, MAY 10, 2016 – 4:00 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report:               A. Proclamation – National Safe Boating
                                    Week May 21-27, 2016
4. Commissioner's Report.
5. City Manager's Report:        A. Employee of the Month – April
6. City Attorney's Report.

**PUBLIC HEARING OPENED:  (state time)**
7. LSA-16-1, Comprehensive Plan Text Amendment – The Trust for Public Land
**PUBLIC HEARING CLOSED.  (state time)**

**CONSENT AGENDA:**
8. Minutes:  4/26/16 – Regular Meeting
9. Approval of Operation and Maintenance Agreement for Lynn Haven Bayou Preserve.

**NEW BUSINESS:**
10. Presentation by Richard McKinney of Carr, Riggs & Ingram regarding FY 2014/2015 Financial Statements.
11. Resolution 2016-05-647, LSA-16-1, Comp. Plan Text Amendment – The Trust for Public Land.
12. Resolution 2016-05-648, amending the adopted General Fund, Community Redevelopment Agency and Main Street budgets and the approved Enterprise Fund budgets for fiscal year 2015/2016.
13. First reading of Ordinance 1022, Impact Fees. *No further action required.*
14. Public Commentary.
15. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

# NOTICE

**THE LYNN HAVEN CITY COMMISSION MEETING WHICH IS REGULARLY SCHEDULED FOR MAY 24, 2016, HAS BEEN CANCELLED.**

**THE SECOND AND FINAL READING OF ORDINANCE 1022 WILL BE MOVED TO THE CITY COMMISSION MEETING AGENDA FOR JUNE 14, 2016.**

825 Ohio Avenue • Lynn Haven, Florida 32444
(850) 265-2121 • Fax (850) 265-8931
www.cityoflynnhaven.com

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## CITY COMMISSION MEETING
## TUESDAY, APRIL 26, 2016 – 6:00 P.M.
## AGENDA

1.    Call to order.
2.    Invocation/Pledge of Allegiance.
3.    Mayor's Report.
4.    Commissioner's Report.
5.    City Manager's Report.
6.    City Attorney's Report.

**PUBLIC HEARING OPENED:  (state time)**
7.    Amending Section 5.03.00 of the ULDC, Exempt Signs, Ordinance 1015
      **PUBLIC HEARING CLOSED.  (state time)**

**PUBLIC HEARING OPENED:  (state time)**
8.    Amending Section 4.05.00 of the ULDC, TND Design Standards, Ordinance 1016
      **PUBLIC HEARING CLOSED.  (state time)**

**PUBLIC HEARING OPENED:  (state time)**
9.    Voluntary De-annexation, DE-ANNX-16-1, Parcel #11195-000-000, Dr. Rajnikant Patel,
      4836 Hwy. 389, Ordinance 1017
      **PUBLIC HEARING CLOSED.  (state time)**

**CONSENT AGENDA:**
10.   Minutes:      4/12/16 – Regular Meeting
11.   Approval to submit a FY2016 Bulletproof Vest Partnership grant application.

**OLD BUSINESS:**
12.   Second and final reading of Ordinance 1015, Amending Section 5.03.00 of the ULDC,
      Exempt Signs.
13.   Second and final reading of Ordinance 1016, Amending Section 4.05.00 of the ULDC,
      TND Design Standards.
14.   Second and final reading of Ordinance 1017, Voluntary De-annexation, DE-ANNX-16-1,
      Parcel #11195-000-000, Dr. Rajnikant Patel, 4836 Hwy. 389.
15.   Second and final reading of Ordinance 1018, General Employees' Retirement System.

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**TUESDAY, APRIL 26, 2016 – 6:00 P.M.**

**Present:**      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Joseph Ashbrook, Commissioner
              Rodney Friend, Commissioner
              Joel B. Schubert, City Manager
              Robert C. Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.  The Pledge of Allegiance followed.

*Call to Order*

**Item #3.  Mayor's Report:** Mayor Anderson wished Gun Depot well on their relocation/grand opening; attended the Employee luncheon; on April 22 participated w/LHES Earth Day celebration; spent two days in negotiations w/Blue Water Development & USAF on the Fuel Depot; saddened w/the passing of Julious "Doc" Smith; commended Public Works with the work they are doing w/community workers – everything is looking great.

*Mayor's Report*

|          |          |     |                     |
|----------|----------|-----|---------------------|
|          | Motion by Commissioner Barnes:  To excuse Commissioner Schad from the meeting. |     |                     |
|          | Second to the motion:  Commissioner Friend. |     |                     |
| On Vote: | Barnes:  | aye |                     |
|          | Ashbrook: | aye |                     |
|          | Friend:  | aye |                     |
|          | Anderson: | aye | Motion passed:  4-0 |

**Item #4.  Commissioner's Report:**
Commissioner Ashbrook had no report.
Commissioner Barnes had no report.
Commissioner Friend congratulated the Gun Depot on the grand re-opening; will attend the TPO meeting on April 27, 2016.

*Commissioner's Report*

**Item #5. City Manager's Report:**

*City Manager's Report*

|          |          |     |                     |
|----------|----------|-----|---------------------|
|          | Motion by Commissioner Ashbrook:  To table Item #9 & #14 |     |                     |
|          | Second to the motion:  Commissioner Barnes. |     |                     |
| On Vote: | Ashbrook: | aye |                     |
|          | Friend:  | aye |                     |
|          | Barnes:  | aye |                     |
|          | Anderson: | aye | Motion passed:  4-0 |

**City Commission Meeting Minutes of April 26, 2016**
**Page Two**

**Item #6.  City Attorney's Report:**  City Attorney Jackson stated that he is working with Staff to facilitate the moving of the McMullin Library to property that is currently owned by the Lynn Haven Garden Club; looking at the deed it included a reversionary clause that the property would revert back to the City if the Garden Club was no longer interested in owning it; he suggested that the City release that condition, record the deed & allow the Mayor to sign any documents necessary to facilitate that transaction.

City Attorney's Report

                Motion by Commissioner Barnes: To accept the recommendation as presented.
                Second to the motion: Commissioner Ashbrook.

On Vote:    Barnes:      aye
              Ashbrook:   aye
              Friend:      aye
              Anderson:   aye           Motion passed: 4-0

**PUBLIC HEARING OPENED:**
**Item #7.  Amending Section 5.03.00 of the ULDC, Exempt Signs, Ordinance 1015:**
The Department of Planning was tasked with preparing changes to *Section 5.03.00- Signs,* of the Unified Land Development Code (ULDC) to enable business owners to have signs which they can place outside their business during their hours of operation. Ordinance # 1015 is the result of this, with amendments being proposed to *Section 5.03.03 – Provisionally Exempt Signs,* specifically *Table 5.03.03-Standards for Provisionally Exempt Signs.* The proposed amendments would allow for such temporary signs to forgo the regular permitting requirements as long as they adhere to the standards as set out within that  Section. After audience participation the Public Hearing was ***closed at 6:12 P.M.***

Public Hearing
Ord. 1015
Exempt Signs

**PUBLIC HEARING OPENED:  6:12 P.M.**
**Item #8. Amending Section 4.05.00 of the ULDC, TND Design Standards, Ordinance 1016:** Ordinance # 1016 removes the language that the developers have requested to be removed. This includes removing the requirement to have rear alleys for lots na1mwer than sixty (60) feet wide, the requirement for front facing garages to be set back at least four (4) feet from the front lateral of  the principle structure, the restrictions on cul-de-sacs, and the requirement for on street parking.  It also amends the light spacing for street lights from 75 feet to 400 feet. Some of these items had been granted temporary removal by the City Commission for Phase 1via requests made through applications for special exceptions.   The developer would like these to be apply to the whole approximately seven hundred and   thirty acres of future development in the TND. After audience participation the Public Hearing was *closed at 6:15 P.M.*

Public Hearing
Ord. 1016
ULDC/TND
Design Standar

City Commission Meeting Minutes of April 26, 2016
Page Three

**PUBLIC HEARING OPENED:**

**Item #9.   Voluntary De-annexation, DE-ANNX-16-1, Parcel #11195-000-000, Dr. Rajnikant Patel, 4836 Hwy 389, Ordinance 1017**: The property was annexed into the City of Lynn Haven in May 2015, and was purchased immediately afterwards by the current owner who intended to convert the existing residential dwelling into a doctor's office. Once realizing the financial implications of the required infrastructure, the owner has determined this cost to be prohibitive, and has requested to de-annex the property from the City of Lynn Haven City Limits.

**CONSENT AGENDA:**

**Item #10.  Minutes:  3/22/16 – Regular Meeting.**

**Item #11.  Approval to submit a FY2016 Bulletproof Vest Partnership grant application:** The U. S. Department of Justice, Office of Justice Programs, is currently accepting grant applications for the Bulletproof Vest Partnership (BPV) program. This program reimburses police departments for 50% of bulletproof vest purchases. In addition to purchasing bulletproof vests for all new officers, the Police Department is also required to replace every vest once it has been in service for five years. The BPV program allows the City to request reimbursement of 50% of costs associated with these purchases. Staff is requesting Commission approval to submit a grant application for the reimbursement of ten (10) bulietproof vest purchases through the BPV program. This grant requires a 50% match that will be charged to the Police Department's operating supply account as purchases are made (estimated at $2,990 over the next two years).

|  | Motion by Commissioner Barnes:  To approve the Consent Agenda as provided. Second to the motion:  Commissioner Ashbrook. | | |
|---|---|---|---|
| On Vote: | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**OLD BUSINESS:**

**Item #12.  Second and final reading of Ordinance 1015, Amending Section 5.03.00 of the ULDC, Exempt Signs:** The Department of Planning was tasked with preparing changes to *Section 5.03.00- Signs,* of the Unified Land Development Code (ULDC) to enable business owners to have signs which they can place outside their business during their hours of operation. Ordinance # 1015 is the result of this, with amendments being proposed to *Section 5.03.03 – Provisionally Exempt Signs,* specifically *Table 5.03.03-Standards for Provisionally Exempt Signs.* The proposed amendments would allow for such temporary signs to forgo the regular permitting requirements as long as they adhere to the standards as set out within that Section. City Manager Schubert read Ord. 105 by title only.

Public Hearing
Ord. 1017
Tabled

Consent Agend
Minutes
Bulletproof Ves
Grant

Old Business
Ord. 1015

City Commission Meeting Minutes of April 26, 2016
Page Four

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Ashbrook.

On Vote:    Friend:        aye
            Barnes:        aye
            Ashbrook:      aye
            Anderson:      aye              Motion passed:  4-0

**Item #13.  Second and final reading of Ordinance 1016, Amending Section 4.05.00 of the ULDC, TND Design Standards:** The City has received a request from the owner and developer of the only Traditional Neighborhood Development Land Use property located within the City of Lynn Haven to amend Section 4.05.00 of the City's Unified Land Development Code to allow for more flexibility of design, and remove certain language which they view to be restrictive. The applicant has requested that the City amend certain portions of the ULDC that pertain to *Section 4.05.00 - Standards for Traditional Neighborhood Developments (TND),* · specifically, *Section 4.05.05. - Specific Site Design Standards; Section 4.05.07. - Streets & Alleys,* · *Section 4.05.08. - Streetscape Requirements, · and Section 4.05.12. - Parking Standards.* City Manager Schubert read Ord. 1016 by title only.

Ord. 1016

Motion by Commissioner Barnes:  To approve as presented.
Commissioner Ashbrook stated that he would second the motion as long as a street light would be placed at every intersection regardless of the 400' rule.
Commissioner Barnes amended his motion to include the recommendation of Commissioner Ashbrook.

On Vote:    Barnes:        aye
            Ashbrook:      aye
            Friend:        aye
            Anderson:      aye              Motion passed:  4-0

**Item #14.  Second and final reading of Ordinance 1017, Voluntary De-annexation, DE-ANNX-16-1, Parcel #11195-000-000, Dr. Rajnikant Patel, 4836 Hwy 389:** The property was annexed into the City of Lynn Haven in May 2015, and was purchased immediately afterwards by the current owner who intended to convert the existing residential dwelling into a doctor's office. Once realizing the financial implications of the required infrastructure, the owner has determined this cost to be prohibitive, and has requested to de-annex the property from the City of Lynn Haven City Limits.

Tabled

**Item #15. Second and final reading of Ordinance 1018, General Employees' Retirement System:** Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the General Employees' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article V of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status.

Ord. 1018

141

**City Commission Meeting Minutes of April 26, 2016**
**Page Five**

City Manager Schubert read Ordinance 1018 by title only.

        Motion by Commissioner Ashbrook:  To approve as presented.
        Second to the motion: Commissioner Barnes.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**Item #16.  Second and final reading of Ordinance 1019, Firefighters' Retirement System:**   Ord. 1019
Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the Firefighters' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article IV of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status. City Manager Schubert read Ordinance 1019 by title only.

        Motion by Commissioner Ashbrook:  To approve as presented.
        Second to the motion: Commissioner Barnes.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**Item #17.  Second and final reading of Ordinance 1020, Police Officers' Retirement**   Ord. 1020
**System:**  Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the Police Employees' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article V of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status. City Manager Schubert read Ordinance 1020 by title only.

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Friend.

| On Vote: | Ashbrook: | aye |
|---|---|---|
| | Friend: | aye |
| | Barnes: | aye |
| | Anderson: | aye |

**City Commission Meeting Minutes of April 26, 2016**
**Page Six**

**NEW BUSINESS:**

**Item #18.  Discussion and possible action regarding the impact fee analysis. (Burton &** Impact Fee
**Associates presentation):**  Burton & Associate presented an Impact Fee Analysis to Analysis
review current impact fees; the last study was done in 2006.

> Motion by Commissioner Friend:  To proceed w/drafting of the Ordinance &
> understanding that additional data will be provided and bring back to the
> Commission.
> Second to the motion:  Commissioner Ashbrook.

Mayor Anderson stated that she is for managed growth.
Commissioner Barnes believes growth should pay for itself.
Commissioner Friend believes in managed growth.

On Vote:      Friend:        aye
              Barnes:        aye
              Ashbrook:      aye
              Anderson:      aye          Motion passed:  4-0


**Item # 19.  Resolution 2016-04-645, Amending the adopted General Fund, Community** Res.
**Redevelopment Agency & Main Street budgets and the approved Enterprise Fund** 2016-04-645
**budget for fiscal year 2015/2016:**  City Manager Schubert read Resolution 2016-04-645
by title only.
Mayor Anderson stated that she received a copy of this yesterday; she would like a little
more time to review and suggested it be tabled until the next meeting; she also stated
that Commissioner Schad was not here to discuss the budget.

> Motion by Commissioner Barnes:  To approve the Resolution as presented.
> Second to the motion: Commissioner Ashbrook.
***Commissioner Barnes withdrew his motion; Commissioner Ashbrook withdrew his second***
***to the motion***

City Manager Schubert stated that this is not a required thing; there are not transfers
between funds.

> Motion by Commissioner Ashbrook:  To table until the first meeting in May.
> Second to the motion:  Commissioner Friend.
On Vote:      Ashbrook:      aye
              Friend:        aye
              Barnes:        aye
              Anderson:      aye          Motion passed:  4-0

143

**City Commission Meeting Minutes of April 26, 2016**
**Page Seven**

**Item #20 Resolution 2016-04-646, Hwy 390 Commercial Incentive Program:** ED staff developed a Commercial Incentive for businesses that are directly affected by the widening of Hwy 390. FDOT is in the process of widening Hwy 390 to six lanes in Lynn Haven. Construction plans for this project are about 90% complete. Several businesses along that corridor will be forced to relocate because of this project. The proposed incentive intends to stimulate local business by attracting an appropriate mix of uses. The City would pay a cash incentive of up to $5,000, if the directly affected business decides to relocate their business within Lynn Haven. The anticipated program budget   is $10,000 for the current fiscal year. Staff recommends approval.  City Manager Schubert read Resolution 2016-04-646 by title only.

Res. 2016-04-646

|          | Motion by Commissioner Friend: To approve as presented. |     |                   |
|----------|---------------------------------------------------------|-----|-------------------|
|          | Second to the motion: Commissioner Ashbrook.            |     |                   |
| On Vote: | Friend:                                                 | aye |                   |
|          | Barnes:                                                 | aye |                   |
|          | Ashbrook:                                               | aye |                   |
|          | Anderson:                                               | aye | Motion passed: 4-0 |

**Item #21. Public Commentary:**

Mr. Jeff Speers, 404 Kentucky Ave., stated that he has been treated less than admirable by Code Enforcement.

City Manager Schubert stated that Mr. Speers house burned April 28, 2013; June 11, 2013 cited by Code Enforcement; June 9, 2015 nuisance abatement notice sent to demolish home; allowed time to settle claim w/insurance company; August 8, 2015 order of nuisance abatement notice was sent – allow 30 days for appeal; City Manager granted a 60-day extension on Sept. 9, 2015 to complete the abatement; Code Enforcement made contact w/Mr. Speers in January 2016; set for demolition April 26, 2016 – City Manager Schubert put on hold to allow Mr. Speers to address the Commission.

Public Commentary

There was no further business to discuss and the meeting was ***adjourned at 7:58 p.m.***

**APPROVED THIS** ___10th___ **DAY OF** ___May___ **2016.**

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker

144

City Commission Meeting – 4/26/16
Page two

16.    Second and final reading of Ordinance 1019, Firefighters' Retirement System.
17.    Second and final reading of Ordinance 1020, Police Officers' Retirement System.

**NEW BUSINESS:**
18.    Discussion and possible action regarding the impact fee analysis.  (Burton & Associates presentation)
19.    Resolution 2016-04-645, Amending the adopted General Fund, Community Redevelopment Agency and Main Street budgets and the approved Enterprise Fund budgets for fiscal year 2015/2016.
20.    Resolution 2016-04-646, Hwy. 390 Commercial Incentive Program.
21.    Public Commentary.
22.    Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CHARLENE MESSER NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

*NOTICE*

### CITY COMMISSION MEETING
### TUESDAY,  DECEMBER 12, 2017 – 4:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND.



GOVERNMENT
EXHIBIT
**6c**
*U.S. v. James David Finch*
*5:20cr28/MW*

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance

3. **PUBLIC HEARING OPENED (state time)**
   Comprehensive Plan Text Amendment (ESR-17-3)
   Transmittal – Ordinance #1047 Final Reading
   **PUBLIC HEARING CLOSED.  (state time)** *(no action until Item #14)*

4. Mayor's Report
   - A.  Proclamation for Wreaths Across America Day
5. Commissioner's Report
6. City Manager's Report
   - A.  Employee of the Month
   - B.  Supervisor of the Month
   - C.  Infrastructure Sales Tax Committee meeting update
   - D.  Improvements updates
   - E.  TRIM Certification from the State
   - F.  Half cents sales tax update
   - G.  Grease Pro Code Violation
   - H.  EPCI Contract Renewal
   - I.  Shopping carts update
8. City Attorney's Report
9. Public Commentary

**CONSENT AGENDA:**

10. Minutes:             11/14/2017 – Regular Meeting
11. Approval of Almega Sports as the City's vendor for Sports Uniforms and Apparel.
12. Reappointment of Mr. Bill Kinsaul, Mr. Robert "Bobby" Landwehr and Mr. Bill Waller to the Firefighters' Pension Board.

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**

13. Second reading of Ordinance #1046 amending Chapter 50, personnel, article IV,

Firefighter's Retirement System, of the Code of Ordinance of Finances and Fund Management. **(Action Required)**

14. Second reading of Ordinance #1047 for the Comprehensive Plan Text Amendments (ESR-17-3) Transportation Element, Capital Improvements Element and Concurrency Management System. (Proposed Multi-Modal Mobility System) (City Planner) **(Action required)**

**NEW BUSINESS:**

15. Approval of the award of contracts for the City's banking services RFQ 17/18-5 to Hancock Bank as the City's primary financial institution and Ameris Bank as the City's secondary financial institution.

16. First reading of Ordinance #1048 requesting a Small Scale Land Use Map Amendment from Marina Island, LLC. (City Planner)

17. First reading of Ordinance #1049 providing the vacation and abandonment for two right-aways: Kentucky Avenue right of way south of the 100-foot railroad, and 11th Street right away west of Tennessee Avenue.

18. Resolution #2017-12-706 renaming the intersection of Mowat Middle School Road and State Road 390 Pedestrian Overpass or Walkway to Harold Haynes Memorial Walkway. (City Manager)

19. Resolution #2017-12-707 bond authorizing $6 million financing for the Infrastructure Surtax projects. (City Attorney)

20. Discussion and approval of the Inter Local Agreement between the City of Lynn Haven and the Lynn Haven CRA.

21. Discussion and approval of the Inter Local Agreement between Bay County and the Lynn Haven CRA.

22. Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH URPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE TATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

2

City Commission Meeting Minutes December 12, 2017
Page 1

## CITY COMMISSION MEETING MINUTES
## TUESDAY, DECEMBER 12, 2017 – 4:00 P.M.

**Present:**        Margo Deal Anderson, Mayor
                   Rodney Friend, Mayor Pro Tem/Commissioner
                   Antonius G. Barnes, Commissioner
                   Dan Russell, Commissioner
                   Judy Tinder, Commissioner
                   Michael E. White, City Manager
                   Robert C. Jackson, City Attorney
                   Officer Mike Williams

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.

**Item #3.  PUBLIC HEARING OPENED:  4:15 p.m.**
**Comprehensive Plan Text Amendment (ESR-17-3) Transmittal – Ordinance #1047 Final Reading:**   City Manager White read the Ordinance by title only.  City Planner Amanda Richard gave background on the Comprehensive Plan Text to establish a Multi-Modal Mobility System. The amended areas are: Transportation, capital improvement and concurrency management system. Transportation; changing the title to transportation mobility element, remove outdated statutory elements that no longer exist, and remove the fair share language to establish a multi-modal system that provides several options. She also stated that this is the second and final reading and that deliverables were sent to the state back in July.  This plan has to be approved within 180 days.  She stated that action would be take later in the agenda on this item.
**PUBLIC HEARING was closed at 4:19 p.m.   CST**

**Item #5.  Mayor Report's:**   Mayor Anderson read the proclamation for Wreaths Across America Day.  She asked Lauren Vickers to come up and accept the procalmation.  Wreaths will be placed on veterans gravesites on Saturday in both cemeteries.  Mayor Anderson also recognized all veternas in attendance.  She praised the lighting of the Christmas Tree Lighting ceremony and the Lynn Haven Parade, she also met with with County Personnel, City Manager, Aaron Lovette of Grease Pro, Amanada Richard on various ordinances, spent time reading the RFQ for Banking and lots of phone calls from residents giving kudos and complaints.  She is working with the Heritage Society fundraiser on a concert at Roberts Hall, all of the funds raised will towards the McMullin Library project.

**Item #6.  Commissioner's Report:**  Commissioner Russell stated he attended the League of Cities meeting on December 5th, he attended the City's Christmas Tree lighting and the Thanksgiving lunch with City employees.  He also attended the Triumph meeting.  He brought a letter that explains what to expect.  The letter was drafted by chair and former Speaker Allen Bense who will be stepping down.
Commissioner Tinder spoke to residents about code enforcement issues.  She spoke to a resident concerning the cost of a building permit and she continues to go through Panhandle Engineering invoices.
Commissioner Friend attended the TPO and was elected again to be a representative.  He recognized his intern, a sophomore for North Bay Haven that he invited to the meeting who is interested in working in government.

3

**City Commission Meeting Minutes December 12, 2017**
**Page 2**

Commissioner Barnes attended the Tree Lighting event and reminded the Commission he would be out with foot surgery January 9, 2018.  He also wished everyone a Merry Christmas.

**Item #7.  City Manager's Report:**  City Manager White recognized then Employee of the Month, Stephanie Schultheis and Supervisor of the Quarter, Robert Brannon.   City Manager White gave an update from the Oversight Tax Committee.  The Committee approved the work and documentation submitted for their review unanimously.  The renovations at the City Hall are going good, the canopies were delivered and will be installed.  The City received TRIM certification from the state.  The half cents sale tax thus far has collected $1.3 million thru September.  City Manager asked Mr. Aaron Lovett, owner of Grease Pro to come up because of a code violation of outside storage to give some background information on the annexation of his business property. Mr. Lovett was sent a letter by the City of Lynn Haven Code Enforcement stating his business was out of compliance with Lynn Haven Code of Ordinance sections 26-32 which do not allow outside after-hours storage of vehicles on his property and is only allowed on industrial and research land use areas. Mr. Lovett spoke on his involvement in the community and the background of his business.  He stated that he was granted a reprieve by the former City Manager John Lynch.   He asked to be granted a variance so that cars can continue to be sold. City Manager White asked for direction on this issue.

The City Attorney recommended that he and the City Manager draw up a document to bring back before the Commission and not enforce the code until this issue is resolved.

City Planner Amanda Richard explained to the Commission the Ordinances interpretation.  She stated that there are several businesses that have been grandfathered in.

Commissioner Russell commented that they are several businesses that are not following the Ordinance.

Mayor Anderson stated the intent of the Ordinance was to enhance the appearance of the City and concurs with Commissioner Russell.  She stated discussions need to take place but the Commission should be consistent, and Mr. Lovette should be given some time until things are worked out.  This is not the first time where a past City Manager has promised something, Mr. Lovette has been a good neighbor. We want to keep Lynn Haven looking beautiful.

City Planner Amanda Richard stated that the language could be very tricky and that there needs to be discussion before a decision is made.

The City Manager recommended that the Commission leave things as is until he and the City Attorney can get together and draft a reasonable solution.

> Motion by Commissioner Russell:  Give Grease Pro a 6-month reprieve be given to Mr. Lovette business.
> Second to the motion:  Commissioner Friend.
> Motion Amended:  To allow the City Attorney and the City Manager to work out details on the Grease Pro variance and bring back before the Commission.
> Second to the motion amended:  Commissioner Friend.

On Vote:    Russell        aye
            Tinder         aye
            Friend         aye
            Barnes         aye
            Anderson       aye                    Motion passed: 5-0

The City Manager continued his report and explained that the EPCI contract, as stated in the agreement, is up for renewal. The agreement states that they City can renew the contract another three years provided EPCI notifies the City that they would like to continue their contract, and they did.

4

**City Commission Meeting Minutes December 12, 2017**
**Page 3**

> Motion by Commissioner Barnes:  To renew the contract with EPCI another three years as stated in the contract agreement.
> Second to the motion:  Commissioner Russell.

Commissioner Tinder asked what does this company do?
Brad Yount asked who does the building department report to?
The City Manager stated that the building department reports to the Deputy City Clerk.
Mayor Anderson stated that she has had many complaints about the excessive cost and the amount of time it takes to get a permit approved.
There were other discussions about the complaints and how long it takes to get a permit back.
Commissioner Russell stated that many of the complaints have been about the cost of permitting.
Mayor Anderson stated some complaints are about the process, but mostly about the fees.
Amanda Richard stated that they were some issues with the process of how permits were handled, but that process has been streamlined and this should cut down on the time.
Mr. Creel, President of EPCI spoke about his ability to ensure good quality service and that he would make sure the timing issues are addressed from his office.
Commissioner Russell clarification was on impact fees.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

City Manager White also reported that the shopping cart issue that Commissioner Barnes brought up the last Commission meeting has been taken care of.  The CRA Director Ben Janke helped with this project.  A letter was sent to Walmart and other Supermarkets asking businesses to self-correct this problem of customers leaving shopping carts all over Lynn Haven.  Walmart use the letter the City wrote and has already done so by putting locks on the shopping carts when carts are taken out of their area.  The Fire Department received their ISO rating and it went from a three rating to a two rating.  Out of 568 departments, only 94 received this outstanding rate of two.  Commissioner Friend stated you can use this on your insurance.  Over 50 employees attended customer service training.  City Manager stated that because the basketball leagues are growing in the complex, he had been looking at other places for teams to play.  This will also alleviate kids getting home so late from games on school nights.  He asked the Commission for approval to work with Fusion on securing extra courts in their gym for the Lynn Haven youth to play their games.

> Motion by Commissioner Barnes:  To approve the City Manager's request to work with Fusion in securing extra courts for the City's Basketball league.
> Second to the motion:  Commissioner Friend.

Commissioner Barnes stated that he is a member of the Lynn Haven United Methodist Church and it will not impact anything.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

5

City Commission Meeting Minutes December 12, 2017
Page 4

**Item #8.  City Attorney's Report:**   City Attorney Rob Jackson updated the Commission on Lynn Haven Bayou project that came before the Commission to get a development order, there were two issues; the deed and was it a viable development agreement.  Both issues have been worked out.

**Item#9.  Public Commentary:**  Bob Hughes, of Barron and Redding, attorney for Marina Island Developers, LLC, spoke about the handling of the CRA Interlocal agreement. He knew since closing that his client would either be a part of the current CRA or a new CRA. He and his clients knew there had been some discussions with the County and other officials.  His clients were very disappointed that they were not included in on these discussions.  He asked that his clients be included on the discussion with the County. He also stated that the revised development agreement will be given back and his clients have stressed to be involved.

Rich Walker spoke on the CRA Interlocal agreement.  He stated that the CRA Advisory committee was not included in meetings or the drafting of documents.  He feels the correct information was not distributed or getting out to the people.

David Cooley commented on the amount of payment to Panhandle Engineering.  It appears to be a conflict of interest. He stated that the City should hire an engineer and save money instead of paying out money to Panhandle.  The City is putting up a lot of sidewalks, but not keeping them manicured.

Jack and Gloria Cutchins spoke about the condominiums that are about to be built on Tennessee Avenue.  There are two family houses there and the condos will not be permitted. It will set a precedent to build more condos in Lynn Haven. He also stated he was glad the palm tree was not removed.  He gave some history about the palm tree. The palm tree is 90 years old.  It was planted in August, 1928.

Arlene Harris thanked the City for events, but asked that she and other businesses be notified when events take place on Florida Ave.  The reason being is that there are people who rent out Roberts Hall, this could pose a problem if roads are blocked off.  She stated there were three events and the trash cans were not picked up prior to the event and trash was everywhere. Please have the trash picked up before the events.

Commissioner Tinder asked does the City not have a calendar of events for the entire year to help everyone plan better?

Mayor Anderson state she knows Leisure Services is working on this calendar.

**CONSENT AGENDA:**
**Item #10.  Minutes:    11/14/2017 – Regular Meeting:**
**Item #11.  Approval of Almega Sports as the City's vendor for Sports Uniform and Apparel.**
**Item #12 Reappointment of Mr. Bill Kinsaul, Mr. Robert "Bobby" Landwehr and Mrs. Bill Waller to the Firefighter's pension board.**

Motion by Commissioner Barnes: To approve as presented the consent agenda. Second to the motion:  Commissioner Friend.

| On Vote: | | |
|---|---|---|
| Barnes | aye | |
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed:  5-0 |

**OLD BUSINESS:  NONE**

6

City Commission Meeting Minutes December 12, 2017
Page 5

**Item #13.   Second reading of Ordinance #1046 amending Chapter 50, personnel, article IV, Firefighter's Retirement System, of the Code of Ordinance of Finances and Fund Management:**   Ordinance #1046 was read by the City Manager by title only.   There was no discussion.

|          |          |     |                    |
|----------|----------|-----|--------------------|
|          | Motion by Commissioner Russell:  To approve as presented. | | |
|          | Second to the motion: Commissioner Friend. | | |
| On Vote: | Russell  | aye |                    |
|          | Tinder   | aye |                    |
|          | Friend   | aye |                    |
|          | Barnes   | aye |                    |
|          | Anderson | aye | Motion passed: 5-0 |

**Item #14.   Second reading of Ordinance #1047 for the Comprehensive Plan Text Amendments (ESR-17-3) Transportation Element, Capital Improvements Element and Concurrency Management System. (Proposed Multi-Modal Mobility System):**   Ordinance #1047 was read by the City Manager by title only.

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion: Commissioner Friend.

Rich Walker wanted to know if this is considered impact fees?
City Planner Amanda Richard stated this is not impact fees, but it is a fee, but the developer will have this fee when new development takes places.  She reiterated that the Commission is not voting on fees, it gives the Commission the authority to put fees in place for future development.

| On Vote: | Barnes   | aye |                    |
|----------|----------|-----|--------------------|
|          | Russell  | aye |                    |
|          | Friend   | aye |                    |
|          | Tinder   | aye |                    |
|          | Anderson | aye | Motion passed: 5-0 |

**NEW BUSINESS:**

**Item #15.  Approval of the award of contracts for the City's banking services RFQ 17/18-5 to Hancock Bank as the City's primary financial institution and Ameris Bank as the City's secondary financial institution:**

|          | Motion by Commissioner Friend:  To approve as presented. | | |
|----------|----------|-----|--------------------|
|          | Second to the motion: Commissioner Russell. | | |
| On Vote: | Friend   | aye |                    |
|          | Russell  | aye |                    |
|          | Barnes   | aye |                    |
|          | Tinder   | aye |                    |
|          | Anderson | aye | Motion passed: 5-0 |

**Item #16.  First reading of Ordinance #1048 requesting a Small Scale Land Use Map Amendment from Marina Island, LLC:**   City Manager White read the Ordinance by title only.  This was the first reading.  City Manager recommended that this Ordinance not get

7

City Commission Meeting Minutes December 12, 2017
Page 6

approval until the City of Lynn Haven receives the signed agreement for the development order from Marina Island before the second reading of this ordinance.
Commissioner Tinder asked for clarification.
Commissioner Friend commented that this is just a land use change.
City Planner Amanda Richard stated this is a land use change for compatibility of the adjacent property. The applicant is Marina Island and the agent is Panhandle Engineering. The request is that this land be changed to a mixed use.
Rich Walker commented that this land use change is being forced down the throats of residents. He also stated that the Planning Commission wanted to table this issue but it was not done. He was concerned about the small scale amendment.
Amanda Richard went over the land use maps with the Commission.
Gloria Cutchins also spoke about her concerns of the land use being changed to mixed use.

**Item #17. First reading of Ordinance #1049 providing the vacation and abandonment for two right-aways: Kentucky Avenue right of way south of the 100-foot railroad, and 11th Street right away west of Tennessee Avenue:**   City Manager White read the Ordinance by title only. This was the first reading. City Manager recommended that this Ordinance not get approval until the City of Lynn Haven receives the signed agreement for the development order before the second reading of this ordinance.

**Item #18. Resolution #2017-12-706 renaming the intersection of Mowat Middle School Road and State Road 390 Pedestrian Overpass or Walkway to Harold Haynes Memorial Walkway:** City Manager White read the Resolution by title only.

Motion by Commissioner Barnes: To approve as presented.
Second to the Motion: Commissioner Russell.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 5-0 |

Mayor Anderson stated she was very pleased with this decision and that it will be placed on the County's agenda next week.

**Item #19.   Resolution #2017-12-707 bond authorizing $6 million financing for the Infrastructure Surtax projects:**  The City Manager read the Resolution by title only. The City Attorney stated this is second part of the bond surtax. The amount is $6,000,090. The interest rate is 2.35% with a 10-year term. The financial partner is Hancock Bank. We will close January 4.

Motion by Commissioner Russell: To approve as presented.
Second to the Motion: Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

8

City Commission Meeting Minutes December 12, 2017
Page 7


**Item #20.  Discussion and approval of the Inter Local Agreement between the City of Lynn Haven and the Lynn Haven CRA:**
**Item #21.  Discussion and approval of the Inter Local Agreement between Bay County and the Lynn Haven CRA:**

|          | Motion by Commissioner Friend:  Moved that Items #20 and #21 be tabled. |     |                    |
|----------|------------------------------------------------------------------------|-----|--------------------|
|          | Second to the Motion:  Commissioner Russell.                           |     |                    |
| On Vote: | Friend                                                                 | aye |                    |
|          | Tinder                                                                 | aye |                    |
|          | Russell                                                                | aye |                    |
|          | Barnes                                                                 | aye |                    |
|          | Anderson                                                               | aye | Motion passed:  5-0 |

**Item #22.  Adjourn:**
There was no further business to discuss and the meeting was adjourned at 6:23 pm.


APPROVED THIS _____9th_____ DAY OF ___January___ 2018.



_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager


Prepared by Vickie Gainer

9

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### NOTICE

*There will be a workshop at 4:00 pm to discuss the Proposed Multi-Modal Mobility System implementation for the City of Lynn Haven.*

### CITY COMMISSION MEETING
### TUESDAY, NOVEMBER 14, 2017 – 5:01 P.M.
### THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance

**PUBLIC HEARING OPENED:  (state time)**
3.     A.     Proposed Millage Rate for 2017 Tax Rolls
           City Manager Comments
           Read title of Resolution 2017-01-702, Adopting the final Millage Rate
           Public Comments
           Motion to adopt Resolution
           Announce time of adoption

       B.     Proposed General Fund Budget for FY 2017-2018
           City Manager Comments
           Read title of Resolution 2017-11-703, Adopting the final General Fund Budget
           and approving the Enterprise Funds Budgets for FY 2017-2018
           Public Comments
           Motion to adopt Resolution
           Announce time of adoption
**PUBLIC HEARING CLOSED (state time)**

**PUBLIC HEARING OPENED:  (state time)**
4.     A.     Proposed Community Redevelopment Agency Budget for FY 2017-2018
           City Manager Comments
           Read title of Resolution 2017-11-704, Adopting the final CRA Budget for FY
           2017-2018
           Public Comments
           Motion to adopt Resolution
           Announce time adoption
       **PUBLIC HEARING CLOSED (state time)**

5. Mayor's Report
6. Commissioner's Report
7. City Manager's Report

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

10

      A. Employee of the Month
      B. Update on the 809 Pennsylvania Ave. property acquisition
      C. Improvements around City Hall
      D. RFQs for Auditing Services and Banking Services
      E. Half cents sales tax update
      F. Survey results of the palm tree in front of City Hall
8.    City Attorney's Report
9.    Public Commentary

**CONSENT AGENDA:**

10.   Minutes:          10/24/2017 – Regular Meeting

      **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**
11.   Approval to appoint Lisa Carter, Tom Knoll, Linda Reiner and JoAnn Navarrette to the City of Lynn Haven's Beautification Board.
12.   Approval to appoint Marcy McLean to the Leisure Services Board.
13.   Approval of the reappointment of Linda Hamilton to the Police Pension Board.
14.   First reading of Ordinance #1046 amending Chapter 50, personnel, article IV, Firefighter's Retirement System, of the Code of Ordinance of Finances and Fund Management.
15.   Development Order Approval of North Bay Haven Charter Academy's Physical Education Pavilion on 1 Buccaneer Drive, off Highway 390 East. (City Planner)
16.   First reading of Ordinance #1047 for the Comprehensive Plan Text Amendments (ESR-17-3) Transportation Element, Capital Improvements Element and Concurrency Management System. (Proposed Multi-Modal Mobility System) (City Planner)
17.   Approval to appoint Dana Evans as a new board member to the Board of Adjustments. (City Planner)
18.   Resolution 2017-11-705 FY 2016/2017 year end amended budgets.
19.   Adjourn

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH URPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE TATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

**11**

City Commission Meeting Minutes November 14, 2017
Page 1

There was a workshop at 4:00 pm to discuss the Proposed Multi-Modal Mobility System implementation for the City of Lynn Haven.

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, NOVEMBER 14, 2017 – 5:01 P.M.**

</div>

**Present:**     Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order and City Manager White gave the Invocation. The Pledge of Allegiance followed.

**Item #3.  PUBLIC HEARING OPENED:  5:02 p.m.**
A.      **Proposed Millage Rate for 2017 Tax Roll:**   Resolution #2017-11-702. City Manager White stated the purpose of the Commission having to re-vote on the millage and budgets. He first stated that he as City Manager takes full responsibility for the error in the advertising that ran in the newspaper.  The numbers were transposed and the State caught the error.  City Manager White stated that we now have measures in place that his kind of error won't happen again.  It is required that we advertise the correct numbers.  The budget did not change and nothing in the budget changed.  The numbers were just transposed.  City Manager White read Resolution 2017-01-702 by title only.
Comments from the public included Brad Yount stating that the bills have already gone out.
Attorney Jackson stated that this mistake did not affect the taxes.  The numbers were transposed and that was all.
Mayor Anderson asked the City Manager to read to millage rates.
The City Manager read the millage rate at 3.8713
Rich Walker asked the City Manager had anything changed in the budget?
The City Manager stated that is correct and nothing had changed in the budget and the millage rate would stay the same.

|            |           |      | Motion by Commissioner Friend:  To approve as presented. |
|------------|-----------|------|--|
|            |           |      | Second to the Motion:  Commissioner Friend. |
| On Vote:   | Barnes    | aye  |  |
|            | Russell   | aye  |  |
|            | Tinder    | aye  |  |
|            | Friend    | aye  |  |
|            | Anderson  | aye  | Motion passed:  5-0 |

**Adopted at 5:07 p.m.  CST**

B.      **Proposed General Fund & Enterprise Fund Budget for FY 2017-2018**
Resolution 2017-01-703, proposed General Fund and Enterprise Fund Budgets for FY 2017-2018 was read by title only.  Comments from the public included Rich Walker inquiring what was being voted on and questioned was this a tax increase?
Mayor stated it was a technicality.  It was not an increase, but it is based on the roll back rate.

12

**City Commission Meeting Minutes November 14, 2017**
**Page 2**

City Attorney Rob Jackson stated there are very strict technical requirements for the TRIM notice. The State requires that any taxing authority that adds any revenue to their yearly budget is considered a tax increase, that's the reason it is stated in the resolution as a rollback rate. The millage rates are required to bring in the same revenue as last year and the City has done this every year and explained why.

Mr. Walker stated he stills considers this a tax increase.

|  | Motion by Commissioner Russell: To approve as presented. | | |
|---|---|---|---|
|  | Second to the Motion: Commissioner Friend. | | |
| On Vote: | Russell | aye | |
|  | Friend | aye | |
|  | Tinder | aye | |
|  | Barnes | aye | |
|  | Anderson | aye | Motion passed: 5-0 |

**Adopted at 5:14 p.m. CST**

Mayor Anderson again thanked the City Staff and apologized for the transposing of the numbers in the advertising. She stated anyone could have made this mistake. She reiterated that this is not a tax increase. It is something that the state requires that we correct.

After audience participation the

**PUBLIC HEARING was closed at 5:14 p.m.**

**Item #4.  PUBLIC HEARING OPENED:  5:15 p.m.**

A.   **Tentative Community Redevelopment Agency Budget for FY2017-2018:**  Resolution # 2017-01-704, tentative CRA Budget for FY 2017-2018 was read by the City Manager by title only.

|  | Motion by Commissioner Russell: To approve as presented. | | |
|---|---|---|---|
|  | Second to the Motion: Commissioner Friend. | | |
| On Vote: | Russell | aye | |
|  | Friend | aye | |
|  | Tinder | aye | |
|  | Barnes | aye | |
|  | Anderson | aye | Motion passed: 5-0 |

**Adopted at 5:17 p.m.  CST**

**PUBLIC HEARING was closed at 5:17 p.m.   CST**

**Item #5.  Mayor Report's:**  The Mayor stated she will be traveling tomorrow to attend the National League of Mayors conference meeting with other mayors. She was supposed to leave today at noon, but decided that it was important to be here for the Commission meeting seeing the length of the meeting. She attended the quarterly TPO meeting along with Commissioner Friend. Mayor Anderson stated she was amazed with the work the Leisure Services staff did for the Halloween Festival, it was wonderful; moving the event to the Sports Complex because of the construction of the stage, was a great idea. The City had a great turnout including many volunteers and organizations. The Mayor participated in the Mosley High School Homecoming Parade. She has had correspondence with FDOT and with Senator George Gainer's secretary concerning the very dangerous intersection on 5th Street and Highway 77. She received notice they are not going to put a signal there. She has asked to see the matrix on that intersection.

13

**City Commission Meeting Minutes November 14, 2017**
**Page 3**

She stated many fatal accidents have happened in surrounding municipalities and she doesn't want to see it happen in Lynn Haven.

**Item #6. Commissioner's Report:**  Commissioner Russell stated that he had meetings with the City Manager, meeting with the Marina Island Developers who presented a draft develop agreement for him to review and he relayed this to the City Manager.

Commissioner Tinder stated we need to find a solution to the parking issue at United Lighting and Taco Bell, it is a nightmare there, numerous complaints about 12th and Tennessee, people are not stopping, she spent some time there and yes, they are not stopping.  She took a poll and people were in favor of keeping the palm tree.  She also stated that she would like to request a forensic audit.  She is looking for something a little more detailed than what was presented before.  Her concerns were the lack of overtime paid to the Police Department and the Fire Department, and the amount of money being paid to Panhandle Engineering.  She stated that the City Manager had gotten a quote on this forensic audit and it was close to $22k.

The City Manager stated for this request, which included payroll actions, vendor testing, transactions, task orders and other items, the cost for this kind of audit is $21,450 and it could be more.

Commissioner Tinder stated she would like to put this on public records that she has asked for this.

Mayor Anderson stated this item could be placed on the agenda.  She also stated that two years ago she requested an audit of the City, but the Commission didn't vote on it.  She thinks it is very important—noting, that no one is doing anything wrong, but for transparency sake.  She stated that the City has had the same auditing firm for the past 15 years.  At some point they are looking at their own work.  She reminded everyone when she ran for Mayor her stance on City employees' salaries and other issues.

> Motion by Commissioner Tinder: To place a forensic audit for the City of Lynn Haven on the agenda.
> Motion failed due to a lack of a second.

Commissioner Friend asked for clarification on what would the Commission would be asking for in a forensic audit.  He stated usually a forensic audit suggest that the City is performing some kind of wrongdoings, like collusion, performing other illegal financial tasks, embezzlement and if that is the case, he could not support that.  If we are asking for a change of our current financial audit, he stated he once did not support changing audit services, because it is his belief that no firm or firms would put their reputation on the line to do something illegal.  But if the Commission wants to rotate out different auditors, he would support this decision.  He supports someone coming in and looking at our policies and procedures or best practices, but we can do that with an internal audit.  Commissioner Friend stated he tries to make decisions based on monetary impact, risk and liability.

Commissioner Tinder stated it was brought to her attention, not during this City Manager's tenure that the City has police officers that are not being paid overtime.  She stated she has already called the State labor department about this.

Commissioner Friend commented that he did some outside sourcing himself and from his results he believes that the FF and PD are being paid correctly and we don't need a forensic audit to tell us that and that this is an internal control.  The way those individuals are paid is in line with these positions.  He doesn't believe we need a forensic audit to tell us that.

Commissioner Tinder stated she has already spoken with City Manager White about the overtime issue.  She feels there are lot of people she thinks is due money.

14

City Commission Meeting Minutes November 14, 2017
Page 4

Mayor Anderson stated when she was first elected she asked for an audit, not to say that people were doing anything wrong, but she did want a clean slate. The Commission chose not to agree to one.

Commissioner Tinder stated she wanted detailed information. A regular audit is not going to dig in like a forensic audit.

Commissioner Russell asked if Commissioner Tinder is looking something wrong? No one a has ever brought anything before the Commission. I trust that everything is being correct. He has issue with a forensic audit.

Commissioner Barnes commented that we have a great auditing firm who has done a good job. Apparently, Commissioner Tinder is receiving information that no one is getting. He agreed with Commissioner Friend that no auditor is going to put their firm's reputation on the line. He stated he cannot support this because it has never been addressed to the Commission and nothing has ever showed up in the audits.

Mayor Anderson stated that she has asked that we put an RFP out for auditing services. This would mean we might get a different auditing firm. It is not that the current auditor is doing a bad job, but sometimes there needs to be a different set of eyes on things.

Commissioner Friend stated he could be in support of that and that there is nothing wrong in rotating auditing services. He stated that his problem is with a forensic audit and looking for criminal activity. He stated it would be different it someone brought action against the City or if there were some accusations of wrong doings, then a forensic audit would be appropriate.

Commissioner Barnes asked that when we get to the consent agenda that we pull Item D. He has no problem with the banking services, but has some concerns with the auditing services RFQ.

Commissioner Friend attended the ribbon cutting for Mosely High School, he attended the TPO meeting "Emerging Transportation." He witnessed great technology that is in existence. He also attended the First Baptist Samaritan Purse collection. First Baptist is the central location for the panhandle and gave some numbers on the magnitude this program reaches. He reminded everyone that they still had time to give.

Commissioner Barnes attended the Mosely High School grand opening and ribbon cutting of the Gretchen Nelson Scott Fine Arts Building. He will be having surgery on January 9, 2018 and he wished everyone a Happy Thanksgiving.

**Item #7. City Manager's Report:** Firefighter Robert Landon was recognized as employee of the month by Chief John Delonjay. City Manager White gave an update on the acquisition of 809 Pennsylvania property. The Commission had copies of the contract. The Seller accepted the $126,000 as the purchase price. He stated that he was working with the homeowners on a 30-month lease of the property at $1.00 a month. The seller is responsible for real estate taxes, property and liability insurance. Commissioner Russell questioned line #4 and Commission Friend question line #6 on the contract. The City Attorney asked if the Commission wanted to move forward with the purchase of the property.

Motion by Commissioner Russell: Permission for the Mayor to sign the sale of purchase for contract for 809 Pennsylvania Ave.
Second to the motion: Commissioner Friend.

| On Vote: | | | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

15

**City Commission Meeting Minutes November 14, 2017**
**Page 5**

The City Manager continued his report and updated the Commission on the status of the City Hall renovations; windows have been replaced and everything should be finished in the next few months.  He stated that bid documents were being prepared for Banking Services and Auditing Services and that he anticipated those bid docs going out in the next few weeks.  After some discussion it was suggested that the discussion of the auditing and banking services bids be placed on the agenda as Item #19.

> Motion by Commissioner Barnes:  To place item D for auditing services and banking services from the City Manager's report on the agenda.
> Second to the motion:  Commissioner Friend.

| On Vote: | | | |
|----------|----------|-----|--------------------|
| | Barnes | aye | |
| | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

City Manager gave an update on the paving.  We have collected over $1.1 million with ten miles of paving has been done.  A 1923 manhole was discovered.  He met with the City Attorney about the next funding cycle for the projects.  Closing will be shortly after the first of the year for $6 million.  The palm tree results are in and the survey was 77% said leave it, 70% said let it stay.

> Motion by Commissioner Barnes: To leave the palm tree in front of City Hall.
> Second to the motion:  Commissioner Tinder.

| On Vote: | | | |
|----------|----------|-----|--------------------|
| | Barnes | aye | |
| | Russell | nay | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-1 |

December 11-15 the City will hosting a food drive in partnership with the Family Service Agency in order to help the needy during this time of year.  And as promise safety is our priority.

**Item #8.  City Attorney's Report:   No Report**

**Item#9.  Public Commentary:**  Rich Walker stated a forensic audit is nothing more than an independent audit and that the City of Callaway had an independent audit, it is the same thing. Having the same auditing firm for fifteen years becomes a cookie cutter.  If there are problems, The City need to find the problem and correct it.  Leon Miller wanted to know the status on the turning signal at 17th and Highway 77.  The City Manager stated that the county communicated they are not going to change it because it disrupts the traffic flow.  Commissioner Friend asked that the City Manager send a letter requesting a response in writing about the placement of the turning signal.  He stated that you can't get out of Marcos because of the traffic being backed up.  Mayor Anderson said she would like to see the report and asked for a letter to be writing also.

**CONSENT AGENDA:**
**Item #10.  Minutes:    11/14/2017 – Regular Meeting:**

> Motion by Commissioner Friend:  To approve as presented the consent agenda.
> Second to the motion:  Commissioner Barnes.

| On Vote: | | |
|----------|--------|-----|
| | Friend | aye |

City Commission Meeting Minutes November 14, 2017
Page 6

| Barnes | aye | |
| Russell | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed: 5-0 |

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**

**Item #11.     Approval to appoint Lisa Carter, Tom Knoll, Linda Reiner and JoAnn Navarrette to the City of Lynn Haven's Beautification Board:**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Russell.

| On Vote: | Barnes | aye | |
| | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #12.  Approval to appoint Marcy McLean to the Leisure Services Board:**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

| On Vote: | Barnes | aye | |
| | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #13.  Approval of the reappointment of Linda Hamilton to the Police Pension Board:**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

| On Vote: | Barnes | aye | |
| | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #14.  First reading of Ordinance #1046 amending Chapter 50, personnel, article IV, Firefighter's Retirement System, of the Code of Ordinance of Finances and Fund Management:**   City Manager White read the Ordinance by title only.  This was the first reading.

**Item #15. Development Order Approval of North Bay Haven Charter Academy's Physical Education Pavilion on 1 Buccaneer Drive, off Highway 390 East:**  Attorney Rob Jackson stated that item #15 is a quasi-judicial hearing and all affected parties were sworn in by the City Attorney.  City Planner Amanda Richard was sworn in by the City Attorney.  There was no ex-parte communication by the Mayor/Commission.  City Planner Amanda Richard gave background information on the development order.  The

17

City Commission Meeting Minutes November 14, 2017
Page 7

applicant, Larry Bolinger of Bay Haven Charter Academy. The agent is Chris Forehand. The Physical Education Pavilion will be built on the south side of the existing school and will be 2,709 sq. ft.

**Item #16. First reading of Ordinance #1047 for the Comprehensive Plan Text Amendments (ESR-17-3) Transportation Element, Capital Improvements Element and Concurrency Management System. (Proposed Multi-Modal Mobility System):**
City Manager White read the Ordinance by title only. This was the first reading.

**Item #17. Approval to appoint Dana Evans as a new board member to the Board of Adjustments:**

        Motion by Commissioner Russell: To approve as presented.
        Second to the Motion: Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #18. Resolution 2017-11-705 FY 2016/2017 year end amended budget:**
Commissioner Tinder asked had there been changes?
City Manager White stated there were changes to shore up the budget from year end.

        Motion by Commissioner Friend: To approve as presented.
        Second to the Motion: Commissioner Tinder.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Russell | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #19 RFQ for Auditing Services and Banking Services:** City Manager asked that the Commission discuss banking and auditing services separately. He stated that the City has not had a banking services RFQ for many years. He also stated the RFQs are ready to go out.
The Mayor stated that we would discuss these two topics separately.
The City Attorney stated that the Commission would need to approve an audit committee according to State Statues. The Commission would have to designate an audit committee.
Commission Friend wanted clarification whether or not the committee develops the RFQ?
The City Attorney stated that the committed can develop the RFQ.
Commissioner Friend commented that the committee should not develop the RFQ, it is responsibility of the staff to develop the RFQ and the Commission looks over the RFQ.
Mayor Anderson asked could the committee be one member? or the entire Commission? and is this a public meeting?
City Attorney stated that members of the audit committee maybe the members of the governing body. It can be all or a designated person from the Commission. But he suggested that the Commission decide who will be on the audit committee.

        Motion by Commissioner Friend: For the Commission to become the audit

18

committee for the auditing services RFQ.
Second to the Motion:  Commissioner Tinder.

Commissioner Russell asked if there would be workshop on this?
The Commission agreed that they would put a workshop on the agenda.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

Mayor Anderson stated now that the Commission has approved an auditing committee for auditing RFQ, she also asked the City Attorney to advise the Commission on the next steps.
The City Attorney stated that the Commission could have workshop and designate a date and time to discuss the RFQ.  But stated the ultimate decision is up to the Commission.
Commissioner Russell stated he would at least like to review the RFQ.
Commissioner Friend stated he would prefer to review the RFQ for the first meeting in January.
Commissioner Barnes asked that the Commission move the review to the second meeting since he will be out for surgery.
City Attorney noted that the City auditing for the fiscal has already been done and it would be worth waiting.
Mayor Anderson asked the Commission for direction.  She asked would the members be interested in looking at scheduling a date for the first meeting in January and look at a workshop in February 2018.  The Commission agreed.
Mayor Anderson inquired about the RFQ Banking Services and asked for direction.  She asked if the Commission would be in agreement to allow the City Manager to move forward with the Banking Services RFQ?

Motion by Commissioner Barnes:  The City Manager to move forward with the RFQ for Banking Services.
Second to the Motion:  Commissioner Friend.

Commissioner Friend asked the City Manager would the City be looking into merchant services in the RFQ as part of the Scope of Services.
City Manager White said yes.  He stated he also had a meeting with Munis next week to see what other modules the City could utilize.
Commissioner Tinder asked what will he be looking for and how long have we been with the current bank?
City Manager White stated that we currently have money with Ameris and SunTrust Banks and accounts in other banks.  There is nothing that these banks are doing wrong.  The City just wanted to be able to see what's out there and what other banks have to offer.
Commissioner Tinder asked will the Commission get to see the RFQ?
City Manager White stated that once we have read the RFQ and scored them we will give the Commission our recommendation.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

City Commission Meeting Minutes November 14, 2017
Page 9


**Item #19.   Adjourn:**
There was no further business to discuss and the meeting was adjourned at 6:22 pm.


APPROVED THIS _____ 12th _____ DAY OF ___December___ 2017.


_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager


Prepared by Vickie Gainer

20

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### NOTICE
*Mayor Anderson would like to invite any interested Lynn Haven citizens who want to serve on the Beautification Board to meet at the Chambers Building at 5:00 PM  Tuesday, October 24, 2017 at 5:00 PM, before the City Commission Meeting.*

### CITY COMMISSION MEETING
### TUESDAY, OCTOBER 24, 2017 – 6:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1.  Call to order
2.  Invocation/Pledge of Allegiance
3.  Mayor's Report
    A.  Proclamation Florida City Government Week
4.  Commissioner's Report
5.  City Manager's Report
    A.  Employee of the Month
    B.  Update on the 809 Pennsylvania Ave. property acquisition
    C.  Improvements around City Hall
    D.  Half cents sales tax update
6.  City Attorney's Report

**PUBLIC HEARING OPENED (state time)**
7.  Resolution # 2017-10-700 Water System Facilities Plan and Financial Plan(**Action Required on Item# 11**)
    **PUBLIC HEARING CLOSED (state time**)

**CONSENT AGENDA:**
8.  Minutes:            10/10/2017 – Regular Meeting
9.  Approval of Davison Fuels for the Gasoline and Fuel Contract for the City.

**\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**
10.  Approval of Goss Technology for the Information Technology Services Contract for the City
11.  Discussion and approval of Resolution #2017-10-700 for the adoption of the water facilities plan and the financial plan for the recommended water distribution system improvements.

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

21

12.    Discussion and approval of the Traffic Safety Policy and Procedures.(City Manager)
13.    Discussion and approval of five previous traffic safety requests. (City Manager)
14.    Discussion and approval for the Beautification Board Committee member applications. (Mayor Anderson)
15.    Discussion and approval to officially recognize the City of Lynn Haven "Yard of the Month" with free utilities to the winner each month. (Mayor Anderson)
16.    Public Commentary
17.    Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

22

City Commission Meeting Minutes October 24, 2017
Page 1

There was no workshop held before the meeting.  Mayor Anderson did meet with interested citizens who wanted to volunteer for board positions with the City.

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, OCTOBER 24, 2017 – 6:00 P.M.**

</div>

**Present:**     Margo Deal Anderson, Mayor
             Rodney Friend, Mayor Pro Tem/Commissioner
             Dan Russell, Commissioner
             Judy Tinder, Commissioner
             Michael E. White, City Manager
             Robert C. Jackson, City Attorney
             Officer Mike Williams
**Absent:**      Antonius G. Barnes, Commissioner

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.
Mayor Anderson acknowledged Commissioner Barnes absent and asked for a motion to excused Commissioner Barnes from the meeting.

|          | Motion by Commissioner Friend: To approve as presented. | | |
|----------|---------------------------------------------------------|---|---|
|          | Second to the motion:  Commissioner Russell. | | |
| On Vote: | Friend: | aye | |
|          | Russell: | aye | |
|          | Tinder: | aye | |
|          | Anderson: | aye | Motion passed:  4-0 |

Mayor Anderson asked for the Commission's approval to add an item to the agenda.  The discussion and approval of the Data Communications Phone Replacement System contract award to Converged Network Inc., as Item #15A.

|          | Motion by Commissioner Russell: To approve as presented. | | |
|----------|----------------------------------------------------------|---|---|
|          | Second to the motion:  Commissioner Friend. | | |
| On Vote: | Friend: | aye | |
|          | Russell: | aye | |
|          | Tinder: | aye | |
|          | Anderson: | aye | Motion passed:  4-0 |

**Item #3.  Mayor Report's:**  Mayor Anderson thanked FSU PC Intern, Tiah Romano for her excitement and coordination of  activities for Florida City Government Week.  The Mayor read the proclamation declaring Oct 23-27, 2017 as Florida City Government Week for the citizens of Lynn Haven.  She also spoke with the 7th grade Civics classes at North Bay Haven Charter School and stated how eager they were to learn more about local government.  October 17, 2017 was the Ribbon Cutting for Sheffied Park and Mayor attended this event, along with former Mayor Sharon Sheffield, Mayor Anderson also traveled with Chris Forehand and the City Manager to Destin to scout our their Splash Pads.

**Item #4.  Commissioner's Report:**
Commissioner Russell commented on the Sheffield Park ribbon cutting that he attended on October 17 and the Ribbon Cutting he attended at Walmart for their online App.  He thanked the Fire Department for the firehouse luncheon and he thanked City Manager and Bobby

23

**City Commission Meeting Minutes October 24, 2017**
**Page 2**

Baker for removing a dead tree. He stated he spoke to Mr. White on Monday and the tree was removed by Tuesday. Mr. Kiser of 700 block of FL Ave. expressed his disdain with the events on Florida Ave. He asked the City to consider moving the events down a block so that he can have access to his house/apartment when events are taking place. He also met with CRA Ben Janke to understand the CRA program he now has a better understanding of CRA and how it works.

Commissioner Tinder reported that a man called about the speeding traffic in the Country Club and is requesting a patrol car be stationed there. She received an email from a resident at 5th and Georgia about the traffic, and a man on Rhode Island Ave. has asked if the City could come up with some kind of agreement with him (the property owner). He is willing to pay for the pipe if the city puts it in; his ditch keeps getting dug out, he lives in a beautiful home, but now he has a huge ditch in his front yard. She was invited to a judge a Halloween Costume Contest at the Senior Center. She also asked the Commission to consider conducting a Forensic Audit. She has requested this twice and she would like to use a different firm than the auditing firm we have used in the past or have now.

Mayor Anderson responded and stated that when she was first elected as Mayor she requested an audit as well but it was not acted upon by the Commission. She also asked for bid on auditing services for the City. There is nothing wrong with the firm we have, but we have had this firm for 17 years.

Commissioner Tinder said she would at least like to have a workshop on auditing. Mayor Anderson stated that could be done, she just needed to get it on the calendar and request it through the City Manager.

Commissioner Tinder commented to the City Manager to consider this a request.

Commissioner Barnes was not present.

Mayor Anderson added some additional information to her Mayor's report. She stated she had a good group of volunteers who were very interested in joining some of the boards. She stated they are eager to help. She referred back to the previous Commission meeting where she discussed that the City has had several boards in Lynn haven in the past, including the beautification board, Leisure Services board, but these two in particular have been inactive for years and as everybody knows the more community involvement the City has, the more advice, the more suggestions get to the Commission, the more voices we can hear from the people of what Lynn Haven needs. She stated she had the names of five people who volunteered to serve on boards for the City of Lynn Haven: Marcia LaPlante, Lisa Carter, Tom Knoll, Dana Evans who requested to serve on the planning board, Linda Reiner and JoAnn Navarrete. She asked for the Commission's thoughts about how to jumpstart these boards.

Commissioner Tinder stated that when you get volunteers you need to snatch them up quickly.

Commissioner Friend suggested that the names be placed on the next agenda.

> Motion by Commissioner Friend: At the next meeting to fill vacancies of open spots for the City of Lynn Haven boards.
> Second to the motion: Commissioner Russell.

City Planner Amanda Richard clarified that there are no open spots for the Planning Board. On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed: 4-0 |

Mayor Anderson thanked everyone for volunteering and thanked the Commission.

24

City Commission Meeting Minutes October 24, 2017
Page 3

Commissioner Friend stated he attended the Sheffield Park ribbon cutting and he also attended the Walmart Ribbon cutting in the absence of the Mayor Anderson as Mayor Pro Tem, he attended the coffee and donuts for City Government Week.  He thanked Walmart for everything they do for the City.  He will attend the TPO meeting tomorrow and the MPOAC meeting coming up in Bay County that will coincide with the Transportation Symposium.  It will include elected officials from all over the state.   Chairman for the Transportation Commission will also have a meeting here, and reminded everyone about the Halloween Party coming up through the City with Spiderman being there.

**Item #5.  City Manager's Report:**  City Manager White asked Chief Matt Riemer to come forward and recognize Officer Kerry Dutton.  Chief Riemer presented Officer Dutton with the employee of the month award for helping a woman change a flat tire on his day off.  CM stated he went back and negotiated with the owner of 809 Pennsylvania Ave. and worked off of Commissioner's Russell suggestion.  The seller was responsive to sell property to the City but was firm on his price, the deal the CM worked out a deal with the Seller is that the property will sell for $126K contingent upon he gets to keep the rent income from the renter for the next 30 months at $800 per month.  The seller will also take care of expenses of maintenance up to $500.   The Seller is responsible for the appraisal of .5 acres, and the taxes.  CM White stated this is a good investment for management.

> Motion by Commissioner Russell:  Accept the proposal from the seller at $126K, with the seller renting out the property for 30 months at $800 per month, the seller paying the property taxes and taking care of maintenance up to $500.
> Second to the motion:  Commissioner Friend.

Commissioner Friend stated he would not want to make a final decision until the City Attorney looks at the contract and asked if the City Manager could negotiate 24 months instead of 30 months.
City Manager said that this would be for 30 consecutive months and the Seller is counting on the rental income for living expenses.  Even if the renters move out the Seller would be responsible for the home.
Commissioner Tinder had some concerns about the repairs of the property. Are we responsible for anything over $500?  Who owns the property?
The City Manager stated the Seller would be carrying the insurance on the property and also stated it would be a lot like the FEMA homes that we do, where the City takes care of the maintenance.  The names of the owners are Ryan and Wilda Keller.
Commissioner Russell withdrew his first motion.
Commissioner Friend withdrew his second to the motion.

> Motion by Commissioner Russell:  To direct the City Manager to move forward with offer on the terms of the contract agreement and bring back the contract before the Commission for approval.
> Second to the motion: Commissioner Friend.

Brad Yount had a question about the owners and how they were going to pay taxes.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 4-0 |

25

**City Commission Meeting Minutes October 24, 2017**
**Page 4**

City Manager White also pointed out the many improvements around City Hall. He apologized that it is taking longer than he anticipated. They are working on windows, stuccoing, shrubbery and tying them all tougher. He stated that the City Hall, The Chambers, Library will be transformed with new paint jobs, landscaping and revamping other areas. He described the color scheme for the City; referring to his comments at last Commission meeting.

Commissioner Russell posed a question about the shrubbery, particularly the palm tree that sits in front of City Hall. He stated he would like to see that tree move over to the Sports Complex where the Splash pads would be.

Mayor Anderson stated there is great deal of sentimental value for the palm tree being near City Hall. She would not like to see it moved. She stated she thought that the City needs to do some kind of poll. But she may be the only one who feels this way.

Commissioner Russell stated he just had an opinion and didn't want to offend anyone if someone planted it there or if there was a reason, he would like to see it moved to side or planted somewhere else, but not necessarily cut down.

Mayor Anderson asked if in the next day or two if citizens had some opinions to contact the City Manager at City Hall.

Public Comment:

Lisa Carter stated she would like to see the palm tree stay at City Hall.

Mr. White introduced the new HR Manager Kelly Battistini who comes with a wealth of HR knowledge and experience.

The blood drive was very successful; the first day of the drive they ran out of bags. The landscaping for both cemeteries is looking very good. New Hope and Lynn Haven Community Cemeteries will look much different once they are finished. The scoreboards are here and have been installed. The City now offers Flag Football and it will begin this fall.

City Manager White gave an update on the half cents sales tax. There have been 7.5 miles of successful road paving not including the piping. The City has spent thus far, $3.8 million on this project. He has already been working with banks on the next round of drawdown for the funds. He asked that the Commission consider using the same contractors the City is currently using. He received a letter from Phoenix Construction stating they would not hold us responsible for any work that would be done while the City is waiting the next round of funding. Phoenix wants to stay on the books to get it done until after the loan is granted. He asked for permission to spend up to $2 million. It would be advantageous for us to move forward.

Commissioner Friend asked about what number will the City be looking as the next amount?

City Manager White stated he had already been looking at the numbers and feels the City will be in good shape with debt to loan ratio if we keep the loan amount in a range of $1.35 to $1.4 million. The City has already collected $1 million and we still have months to go. He feels we will collect about $2 million and this is until we secure funding.

Commissioner Friend asked if the letter would suffice or do we need a contract.

City Attorney stated if this was originally part of the design build contract that the letter could function on a very short term basis. FDOT does this from time to time when they know there is funding already approved so that they can keep projects going they allow the contractor to continue the work so that the project moves along.

City Manager stated that part of the problem is that we have so much to get done with water and sewer, but stated this would help move along the project.

Mayor Anderson gave background about the project and funding. She stated the $17-$20 million we were speaking of borrowing against is the half cents sales tax. We have the contractor and engineers in place and she feels there is no reason to stop them for a couple of months. This would be inconveniencing the residents with the streets torn up plus this slows

26

**City Commission Meeting Minutes October 24, 2017**
**Page 5**

down something that we know is going to benefit Lynn Haven. There are projects all over the county and The City have these people in place who are doing a great job, we don't want to lose them to some other project while waiting.

Commissioner Tinder agreed.  She also wanted to know a timeline of the roads that need pipes.

The City Manager said that we are to that point.  The $3.8 million took up 95% of the roads projects.  That was phase I and we are moving into phase II.

Commissioner Tinder asked where will the City be starting with the infrastructure?

City Manager stated we will be following the same map.  The engineers have to stay ahead of the construction so that they know what has to be done.

> Motion by Commissioner Friend:  To authorized the continuation of work that was previously authorized in the design build contract with payment to be delayed until 2018 financing is secured.
> Second to the motion:  Commissioner Russell.

On Vote:      Friend          aye
              Russell         aye
              Tinder          aye
              Anderson        aye              Motion passed: 4-0

City Manager continued with his report by saying he has fulfilled his contract agreement by purchasing a home in Lynn Haven.  He will be living permanently in Lynn Haven as of Oct. 31, 2017.

**Item #6.  City Attorney's Report:**   Quick update on the traffic workshop from last meeting. FDOT has refused to return his phone calls.  He found some language in the statues that gives the City leeway to designate intersections with stop signs.  He feels much more comfortable with placing stop sign at the intersections.

**Item#7.    PUBLIC HEARING #2017-10-700 Water System Facilities Plan and Financial Plan:**  The Public Hearing opened at 6:47 PM.  City Manager White read the resolution by title only.  Commissioner Tinder asked that this resolution be explained.  City Engineer Chris Forehand stated that 8 miles of waterlines needed to be replaced.  The old waterlines have asbestos.

Commissioner Tinder asked would this cost be passed on to the taxpayers?

City Engineer Forehand stated yes this is part of their rates.

The Public Hearing closed at 6:49 PM.

**CONSENT AGENDA:**
**Item #8. Minutes:    10/24/2017 – Regular Meeting:**   Mayor Anderson stated that she would read all of the consent agenda items first before voting.

**Item #9.   Approval of Davison Fuels for the Gasoline and Fuel Contract for the City.**

> Motion by Commissioner Russell:  To approve as presented all consent agenda items.
> Second to the motion: Commissioner Friend.

On Vote:      Russell         aye
              Friend          aye
              Tinder          aye

27

**City Commission Meeting Minutes October 24, 2017**
**Page 6**

Anderson          aye                    Motion passed: 4-0


**NEW BUSINESS:**
<u>**Item #10.   Approval of Goss Technology for the Information Technology Services**</u>
<u>**Contract for the City:**</u>  City Manager White gave background information as to why this service was put out to bid.  The best advantage of networking all buildings is being able to offer more services to our customers.  He also stated that this is a budgeted item approved by the Commission.

Motion by Commissioner Russell:   To approve as presented all consent agenda items.
Second to the motion:  Commissioner Friend.
City Attorney asked will this be brought back for approval.
Commissioner Friend stated if it is not over $35K he does not have to.
Commissioner Tinder asked for a total price.
City Manager stated that there would be price negotiations.
Commissioner Friend asked that we look to Neves Media to other projects for the City.

On Vote:       Russell          aye
               Tinder           aye
               Friend           aye
               Anderson         aye          Motion passed: 4-0


<u>**Item #11.   Discussion and approval of Resolution #2017-10-700 for the adoption of the**</u>
<u>**water facilities plan and the financial plan for the recommended water distribution**</u>
<u>**system improvements:**</u>

Motion by Commissioner Friend: To approve as presented.
Second to the motion:  Commissioner Russell.
On Vote:       Friend           aye
               Russell          aye
               Tinder           aye
               Anderson         aye          Motion passed: 4-0


<u>**Item #12.   Discussion and approval of the Traffic Safety Policy and Procedures:**</u>  City Manager White went over the changes he was instructed to make from the workshop.  He stated the Traffic Calming Policy is complete.
Commissioner Tinder asked who was on the Committee?  It consists of the Public Works Director, Police Chief, the City Manager.

Motion by Commissioner Tinder: To approve as presented.
Second to the motion:  Commissioner Russell.
On Vote:       Tinder           aye
               Russell          aye
               Friend           aye
               Anderson         aye          Motion passed: 4-0


Commissioner Friend congratulated the Commission on the work of this project.

28

City Commission Meeting Minutes October 24, 2017
Page 7

**Item #13.   Discussion and approval of five previous traffic safety requests:**   City Manager White presented the five requests.  802 East 17 Street. Based on the Committee Review submitted to the Commission the committee recommended to install (2) solar speed limit signs one going east just before the park and one headed west around intersection of Arkansas.  Additionally, the committee recommended adding a sign to the solar signs stating "Speed Strictly Enforced".   1001 Colorado Ave, based on the Committee Review submitted to the Commission that nothing is done at this time other than patrol.  The City has a Solar Speed Limit sign that flashes; cars and the state law dictates that law enforcement cannot give a speeding ticket unless driver is 5 miles over the speed limit and as you can see the 85th percentile is 5.4.  1213 New York, based on the Committee Review submitted to the Commission that nothing is done at this time other than patrol. 1218 Georgia Ave., based on the Committee Review submitted to the Commission that nothing is done at this time other than patrol.

> Motion by Commissioner Friend: To approve as presented.
> Second to the motion:  Commissioner Russell.

Mayor Anderson commented on the streets that were recommended for patrol.  She stated if this is the recommendation, let's make sure that these streets are patrol.
Commissioner Friend congratulated the committee on their work and how it was presented to the Commission.  He suggested may be using other methods to slow down traffic.
Mr. Leon Miller put in a traffic calming request for Mississippi Ave. and 389, down to 17th Street. He stated he would like to see a speed bump there.

| On Vote: | Friend | aye | |
|----------|--------|-----|--|
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #14.  Discussion and approval for the Beautification Board Committee member applications.  This item was discussed under the Mayor's report.**

**Item #15. Discussion and approval to officially recognize the City of Lynn Haven "Yard of the Month" with free utilities to the winner each month:**   Mayor Anderson stated that we could not give free utilities but still wanted to recognize the yard of the month.

> Motion by Commissioner Tinder:  To approve this item without the giving the winner free utilities.
> Second to the motion: Commissioner Friend.

| On Vote: | Tinder | aye | |
|----------|--------|-----|--|
| | Russell | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #15A. Discussion and approval of Data Communications Phone Replacement System Award to Converged Network, Inc.**  City Manager White gave background on

29

City Commission Meeting Minutes October 24, 2017
Page 8

the history of the City's phone system.  The phone system is very antiquated and is not interconnected to the rest of the City facilities.  This  new  system  will  allow  better communications between departments and offsite buildings.  He stated that there is a bid protest in place from a proposer out of Virginia, name IPC.  They have ten days to state why they are protesting this award.  If IPC does not respond in ten days, he is requesting from the Commission that he be able to move forward and offer Converged Network, Inc., the, contract.  If IPC does respond to the City Manager, he should bring their bid protest response back to the Commission.

The City Attorney stated there is a $5K bond that must accompany the protestor's response by Friday.

> Motion by Commissioner Russell:  To allow the City Manager to award the contract to Converged Network, Inc., contingent upon IPC does not respond within the ten-day deadline along with their sending their $5K bond.
> Second to the motion: Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #13.  Public Commentary:**  Mr. Leon Miller wanted to know about when will the Lynn Haven Community Cemetery get signs

Lisa Carter spoke about traffic calming issues around the Country Club.

City Manager White stated that the Country Club pays the City extra to patrol.

Arlene Harris announced next Thursday, at 7 pm Roberts Hall Lynn Haven Heritage Society public discussion about scams.

Mayor Anderson asked the public if moving the public commentary at the beginning of the agenda would help and not make citizens sit through the entire meeting to let their concerns be heard.

Arlene Harris stated she would think it would be beneficial to have it at the end, so that you get more participation.

Commissioner Tinder stated she had been going over the charter with the City Manager and that she would like to form a committee with the citizens of Lynn Haven to go over the Charter and help make changes to it. She would like to see the City Commission start having regular workshops to work on it even if it's it like a page a month.

The City Attorney stated that yes there are changes to be made, but allowing a committee of citizens to take on this huge task will be a long process.  He said he represents other cities who have tried allowing a committee to revised the Charter and it did not work.

Mayor Anderson suggested revising the Charter in the parts with little changes at a time. She stated that as the Commission sees items that are outdated, those changes can be made have a workshop on that item. She commented she knows something has to be done with how compensation is handled with the Commission because of changes in the IRS code with 1099s or other factors.

**Item #14.  Adjourn:**

There was no further business to discuss and the meeting was adjourned at 7:24 pm.

30

**City Commission Meeting Minutes October 24, 2017**
**Page 9**

APPROVED THIS _____14_____ DAY OF _November_ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

31

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

## NOTICE

*The Lynn Haven City Commission will hold a Traffic Calming Policy Workshop on Tuesday, October 10, 2017 at 3:00 p.m. in The Chambers, 108 E. 9th Street.   The public is invited to attend.  The public is also invited to attend a photo opportunity in front of Oak Tree Construction at 2:30 PM.   Oak Tree Construction is located at 1316 Illinois Ave.*

## CITY COMMISSION MEETING
## TUESDAY, OCTOBER 10, 2017 – 4:00 P.M.
## THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
   A. Employee of the Month
   B. Update on the 809 Pennsylvania Ave. property acquisition
   C. Improvements around City Hall
   D. Departmental Change
   E. Half cents sales tax update
   F. The drawdown of Davis Lake
6. City Attorney's Report

**CONSENT AGENDA:**

7. Minutes:               9/26/2017 – Regular Meeting
8. Approval of GreenLeaf Lawn Care of Bay County, LLC for the Cemetery and Lawn Care Contract for the City.
9. Approval of changes to the City of Lynn Haven Purchasing Policy.

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**

10. Second reading of Ordinance #1044 revising the alcohol distances and restrictions on permitting for on-premises alcohol consumption. **(Action Required)**
11. Second reading of Ordinance #1045 creating a new category in the ULDC for Pharmacies and Medical Marijuana dispensaries. **(Action Required)**

32

**NEW BUSINESS:**

12. Discussion and possible action for the approval of the preliminary plat approval for the CVS Store at the northeast corner of Ohio Avenue (SR 77) and E. 14th Street (SR390). *(quasi-judicial hearing)* (City Planner)

13. Discussion and possible action for the approval of a Development Order Application for CVS Store at the northeast corner of Ohio Avenue (SR 77) and E. 14th Street (SR390). *(quasi-judicial hearing)* (City Planner)

14. Public Commentary

15. Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

33

**City Commission Meeting Minutes October 10, 2017**
**Page 1**

 The Lynn Haven City Commission held a Traffic Calming Policy Workshop on Tuesday, October 10, 2017 at 3:00 p.m. in The Chambers, 108 E. 9th Street.    The public was invited to attend.

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, OCTOBER 10, 2017 – 4:00 P.M.**

**Present:**       Margo Deal Anderson, Mayor
                  Rodney Friend, Mayor Pro Tem/Commissioner
                  Antonius G. Barnes, Commissioner
                  Dan Russell, Commissioner
                  Judy Tinder, Commissioner
                  Michael E. White, City Manager
                  Robert C. Jackson, City Attorney
                  Officer Mike Williams

Mayor Anderson called the meeting to order and Commissioner Barnes gave the Invocation. The Pledge of Allegiance followed.

**Item #3.  Mayor/ Commission Interviews With City Manager Candidates:**  Mayor Anderson stated she was pleased with the improvements to Sheffield Park.  She stated that it had over 1,000 views from her posting the children playing on Facebook.  The citizens and their children all seem very happy with the improvements.  Thanks to Linda LuCante and Ben Janke.  The City will have a ribbon cutting on Oct. 17th at 9:00 am and there will also be a Blood Drive that day.  The blood drive today is still going on now until 5:00 pm and Mayor thanked the Fire Chief for raising Lynn Haven's beautiful American Flag.  She attended Oak Tree Builder's open House.  She posted on Facebook she would like to jumpstart the Beautification Board  and Leisure Services Board and would love to have citizens join the board.  She would like to meet with all that are interested in serving one hour before the next Commission meeting.  She also stated there are other boards with open spot.  The Mayor will be working with Chris Forehand and the City Manager with moving the Splash Pad projects forward, may  be open by Spring Break.  Mayor stated she has gotten a moped and has had the opportunity to meet and talk  with the ciitzens of Lynn Haven as she rides through the community.

**Item #4.  Commissioner's Report:**
Commissioner Russell stated he attended the blood drive and gave blood for the first time.  He thanked Lynn Haven Police and Fire Departments for a little friendly competition of who could get the most people to give blood.  He also thanked City Planner Amanda Richards for assisting and answering a zoning question.
Commissioner Tinder stated she attended Cruise-In and it was a huge success.  She was concerned that there are no ramps for the hover rounds.  What can be done?  The City Manager stated that it would cost the City around $7500 to fix this problem.  A family from Colorado Ave. called about an easement issue.  She met with the City Manager.  The previous City Manager had an arrangement to have pipes put in the ditch.  The City Manager responded this is being taken care of.  She also had a citizen that said she was hooked by a hook while crossing the bridge.  Mr. White said he would have someone walk across to check on this.
Commissioner Barnes stated that there seems to be a lot of shopping carts left in the ditches. He said that they are being left everywhere and it does not look good.  He asked the City Manager to meet with store owners and let them know about this problem.  His desire is that

**34**

City Commission Meeting Minutes October 10, 2017
Page 2

the store can self-correct this problem, if not, some kind of fine should be implemented. He attended the Oak Tree Builders check presentation; it is a very nice facility.

Commissioner Friend mentioned that Oak Tree is a great business to keep in Lynn Haven and a great incentive program we have and would love to see more businesses take advantage of it. He attended the Car Show and it was great. He will be attending the Walmart ribbon cutting on Oct. 19 in absence of the Mayor as the Mayor Pro Tem. Wal-Mart has a new app that will help people shop online.

Mayor Anderson stated that the citizens of Lynn Haven have been working hard to clean up around the City and their yards on Illinois Ave. She went and had a sign made that said "Mayor's Yard of the Month. She suggested giving a "Yard of the Month" and she will present this and spend her own money for this recognition. She would also like the Beautification Board to look at the reinstating "The Yard of the Month" with free utilities for one month for whoever the winner might be and "Citizens of year."

**Item #5. City Manager's Report:**

The City Manager recognized Employee of the Month, Kris Horst, from the City Library. He gave an update on the 809 Pennsylvania Ave., property acquisition, but the owner at this time would not come down from the price of $140K when it only appraised for $126K. There is currently a renter in the home. The City Manager stated he had made four counter offers to the owner who lives in California and all were turned down. He asked for direction from the Commission.

Commissioner Barnes stated that he didn't want to pay anymore than what the  house was worth and Commissioner Friend agreed.

Commissioner Russell asked about the original asking price which was $144$ said if we bought the property at $140k and keep the renter for two years @ $800 this would more than pay for the additional cost the City would put out. His suggestion was to buy the property.

Commissioner Tinder asked about the maintenance on the house and City Manager stated it would be just like the Nation's building where the City employees took care of the maintenance.

The City Manger stated that yes it is a difference on the current asking price and the appraisal but the City must look forward to the future for Lynn Haven, for parking and other needs for the City.

Mayor Anderson concurred with Commissioner Russell. She understands Commissioner's Tinder's concern about the upkeep of the property but believe that the City will maintain it. She also stated it is very important to look forward to future and keep a forward vision.

Commissioner Barnes was concerned that the purchase of the house would be like the 650 acres the City bought and never uses. He stated if the City bought the house he would prefer that the City use it as parking.

Mayor Anderson commented that we cannot look at the past mistakes, the 650 acres is comparing apples to oranges. We did sell the property for less than what we paid, but we cannot allow our past mistakes to dictate what we should do.

Commissioner Barnes commented that we don't want to continue to make the past mistakes.

Mayor Anderson commented that the 650 acres was not a debacle, but this property is adjacent to City Hall.

Commissioner Tinder wanted to know how long it has been on the market. The City Manager responded that it has been on the market for about 45 days.

Mayor Anderson asked that the Commission give some direction to the City Manager.

> Motion by Commissioner Tinder:  Consider to keep the property on the Commission radar and  allow the City Manager to go back to the owner for further negotiation for another two weeks.

35

City Commission Meeting Minutes October 10, 2017
Page 3

|  |  |  |  |
|---|---|---|---|
|  | Second to the motion: Commissioner Russell. |  |  |
| On Vote: | Tinder | aye |  |
|  | Russell | aye |  |
|  | Friend | aye |  |
|  | Barnes | aye |  |
|  | Anderson | aye | Motion passed: 5-0 |

City Manager White also pointed out the many improvements around City Hall and given it an identity. He stated that the City Hall, The Chambers, Library will be transformed with new paint jobs, landscaping and revamping other areas. He described the color scheme for the City; much like the new signs out in front of the building tying in the terracotta color, trimmed in black, the awnings will be more of a slanted look. He stated that people will be able to identify the government building and he thinks the citizens of Lynn Haven will be proud of the end results and it is something that was approved in the budget. He gave an update on the half cents sales tax. To date, 3250 linear waterlines, 450 feet or storm water and there have been seven miles of successful road paving. From March to September the City collected $1million in surtax. All the equipment in the Chambers, the City Manager has released a PO to get the audio and video updated in the Chambers. The City Manager also stated that we have put out RFQs for new equipment for the Chambers, RFQs for Information Technology and the phone system. CRA Director and the City Manager continued to visit key accounts in Lynn Haven and are making great progress. The Rails to Trails is 60% completed, he has signed task orders for the sewer plant permit to make sure we are in compliance, he has released the Storm water model, looking at the rate study and in the process of adding a double AA ballpark, dog park and Splash Parks. The City Manager stated he did have a departmental change, he has downsized the Leisure Services department, he asked for motion for the City Manager to now be the department head of the Leisure Services Department.

Motion by Commissioner Russell: To approve as presented.
Second to the motion: Commissioner Friend.

Commissioner Tinder asked if there was a timeframe?
City Manager stated at this point he has no intention of filling the position, that all of Leisure services will be under him for a while.
Commissioner Friend stated he had complete confidence he could do the job, but did worry about the work load.
The City Manager stated that he looks to Leisure Services as the department that makes the citizens want to live in Lynn Haven and it improves the quality of life.
Mayor Anderson stated there have been a lot of turnovers in employees and this is showing good leadership skills and opportunity for the City Manager to get in the department and see what is needed and what skill sets are needed to do the work.
Commissioner Russell commended the City Manager for the severance package he gave to the former Leisure Services director.
Public Comments:
Rich Walker stated that the contract for the City Manager has changed. The previous City Manager had many titles, CEO, Senior Budget Officer that the City Manager wears many hats, CFO, City Clerk. He stated he didn't have any deputies. His concern was if something happened to the City Manager who would be left managing the employees? He has a lot of employees reporting to him. He stated he needed a back up and right now he does not have an assistant City Manager or anyone to back him up and that was his concern.

36

City Commission Meeting Minutes October 10, 2017
Page 4

Arlene Harris stated some of the same concerns as Mr. Walker, but said what Mr. White is doing is very commendable. She is concerned that he is taking on lots of responsibilities and that she hopes he does consider a back up person. Who does the special events?

City Manager White said he would still utilize the Leisure Services employees, he said she could call Lauren Corbin. He also stated that as CEO he has worn many hats in the past with Co-op Electric, CEO, CFO, purchasing manager and running the office. He said he feels very capable to manage all of the responsibilities before him.

Mayor Anderson said Mr. White is not looking to serve long term as the department this will also give the City Manager time to investigate if that department can run with the two coordinators in place or if a person is really needed and this will help decide on positions for the budget.

On Vote:        Russell        aye
                Tinder         aye
                Friend         aye
                Barnes         aye
                Anderson       aye             Motion passed: 5-0

City Manager White asked Chris Paxton with FWC to come forward and give an update on the drawdown. Mr. Chris came forward and stated that the State, County and City are proposing a winter drawdown. There are not any issues. The recommendation is that the drawn down begin Nov. 1, 2017 through the end of February 2018. The residents in this area know that the draw down is coming.

Commissioner Russell asked if this was a complete draw down and what happens to the fish?

Mr. Chris Paxton stated that the fish in the lake are not very substantial. The lake can support some fish and they have not looked at restocking it. This is a full draw down and the fish would not be the issue.

Commissioner Tinder asked would the lake be filled back up and what is the cost.

Bobby Baker, Public Works Director stated that the people have been through this before.

Mr. Chris Paxton stated the cost is nothing.

Mayor Anderson stated that she has had many requests to clean up the lake with much of it having algae bloom.

Mr. Chris Paxton stated that they are very careful as to how and what is treated and where.

Mayor asked if the Commission's authority was needed on this draw down

City Attorney stated no it does not need the Commission's approval.

Commissioner Barnes agreed that the FWC could handle it.

**Item #6. City Attorney's Report:  Recommended that Resolution 2017-10-701 be read.**

**CONSENT AGENDA:**
**Item #7. Minutes:    09/26/2017 – Regular Meeting:**    Mayor Anderson stated that she would read all of the consent agenda items first before voting.

**Item #8.  The Award of the Cemetery and Lawn Care Contract to Greenleaf Lawn Care of Bay County:**

**Item #9.  Resolution 2017-10-701 Changes to the City of Lynn Haven Purchasing Policy:**
                Motion by Commissioner Barnes:  To approve as presented all consent agenda items.
                Second to the motion:  Commissioner Russell.

37

**City Commission Meeting Minutes October 10, 2017**
**Page 5**

City Attorney reminded Mayor Anderson that the Resolution had to be read.

        Commissioner Barnes withdrew his motion.
        Commissioner Russell withdrew his second to the motion.

City Manager White read Resolution 2017-10-701 by title only.

        Motion by Commissioner Russell:  To approve as presented all consent agenda items.
        Second to the motion:  Commissioner Friend.

Commissioner Tinder asked did we get bids on this, how long is the Lawn Care contract with Greenleaf and was there a flat fee?
City Manager stated four years, with a one year option to renew, and yes this is a flat fee on the base properties with the City's approval to work on other locations and property as alternate bids at different sites.
Commissioner Tinder asked that she could look up that item in the budget.

On Vote:      Russell      aye
              Tinder       aye
              Friend       aye
              Barnes      aye
              Anderson    aye         Motion passed:  5-0

**OLD BUSINESS:**
**Item #10.   Second reading of Ordinance 1044, revising the alcohol distances and restrictions on permitting for on-premises alcohol consumption:**
        Motion by Commissioner Barnes:  To approve as presented.
        Second to the motion:  Commissioner Russell.

Public Comments:
Rich Walker wanted to know what distance was being revised in the ordinance.
The City Attorney stated that the City is moving their distance in line with the state from 1000 feet to 500 feet.  It will essentially address on premises vs off premises.
Mr. Walker questioned would the City be issuing alcohol licenses.
City Attorney stated that the City would not be issuing these licenses but the City would have to sign off on them after they have applied for the license with the state.
City Planner Amanda Richard stated that the City signs off on the correct zoning category land use.
Rich Walker was concerned that City would now be issuing the licenses.
Mayor Anderson stated she was not understanding Mr. Walker's question.  She stated this Ordinance clarifies where you can drink alcohol.  You can't walk into a store buy alcohol then sit in your car in the parking lot to drink it.
Mr. Walker continued to press the issue about the language concerning the issuing of a license, and who would issue these licenses.
City Planner Amanda Richard clarified that Mr. Walker may be referring to the fact that the City issues business licenses to a non-conforming land use.

38

City Commission Meeting Minutes October 10, 2017
Page 6

Arlene Harris wanted clarification about where exactly people could have alcohol; You can only drink alcohol at your home or at a restaurant or bar?

Mayor Anderson confirmed this as a yes. But she also stated that the City has many events. If alcohol is going to be served it has to go before the Commission to approve it for public sale or consumption.

City Attorney stated public consumption of alcohol is prohibited in the City of Lynn Haven unless permission is given by the Commission.

Commissioner Tinder clarified this does not apply to Roberts Hall where many events and weddings are hosted and they bring in their own alcohol. It does not apply.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | nay | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 4-1 |

**Item #11.  Second reading of Ordinance 1045 creating a new category in the ULDC for Pharmacies and Medical Marijuana dispensaries.**

Motion by Commissioner Barnes: To approve as presented.
Second to the motion: Commissioner Russell.

Public Comments:

Rich Walker He feels there is destruction headed for this area. He wanted to know if there was an applicant asking for this?

Mayor Anderson explained there are no applicants, but the Commission is setting parameters with the Ordinance. We want to decide where the pharmacies will be and not the state. It is called Home Rule so that the state will not decide.

Rich Walker wanted to know what the direction the City of Lynn Haven is and where the City is going with alcohol ordinances and allowing the dispensaries. He was concerned that the change of UDLC is done by an applicant and that the City of Lynn Haven is the applicant. He stated he is not happy with the direction of allowing illegal drugs to be sold. This is considered an illegal drug. The City will not be able to control these kinds of things in the future. He wanted to know what is the Commission trying to do in Lynn Haven?

Mayor Anderson addressed the topic on the alcohol ordinance. The people of Lynn Haven love having many great community events and festivals. With Florida Ave. being the center of the Lynn Haven's culture when events take place within the proximity of Lynn Haven Elementary School is not in session. She also stated that the citizens of Lynn Haven voted to have medical marijuana dispensaries in two of Lynn Haven precincts, and that the Commission followed the will of the people. She stated she is in office to represent the will of the people. We don't get to be the gatekeepers of our citizens. I don't get to decide for the citizens, I follow the will of the citizens of Lynn Haven. There is a difference, and a lot of confusion between medical marijuana and regular marijuana. She also stated that she makes no apologies for her vote on what the citizens wanted.

Commissioner Tinder stated she did vote yes and she feels very strongly about it. It is not cheap to open a dispensary and it may never happen here in Lynn Haven. She stated it needs to be done so that the state cannot come in and place dispensaries anywhere. She did not want citizens to get hysterical for something that may never happen.

39

City Commission Meeting Minutes October 10, 2017
Page 7

Commissioner Russell stated he agrees with the Mayor's comments.

City Attorney Jackson said the advantage to this ordinance state said that we regulate them just like a pharmacies, and pharmacies can locate like retail, but this ordinance separate the two and it also gives the City the opportunity to change the designations in the future.

On Vote:        Barnes          aye
                Friend          aye
                Tinder          aye
                Russell         aye
                Anderson        aye              Motion passed:  5-0

**Item #12.  Discussion and possible action for the approval of the preliminary plat approval for the CVS Store at the northeast corner of Ohio Avenue(SR 77 and E. 14th Street(SR 390):** Attorney Rob Jackson stated that items #12 and #13 are quasi-judicial hearings and all affected parties were sworn in by the City Attorney.  City Planner Amanda Richard was sworn in by the City Attorney.  There was no ex-parte communication by the Mayor/Commission.  City Planner Amanda Richard gave background information on the preliminary plat.  The land use is commercial, and the size is 2.06 acres.  The current land use is commercial and residential.  With the widening of Hwy. 390 CVS will be losing some of its frontage and the applicant want to move the property to the north.  The land use change has been approved by the state.  This is basically a replat and pulling the entire parcel together.

                Motion by Commissioner Barnes: To approve as presented.
                Second to the motion:  Commissioner Friend.

On Vote:        Barnes:         aye
                Friend:         aye
                Russell:        aye
                Tinder:         aye
                Anderson        aye              Motion passed:  5-0

**Item #13. Discussion and possible action for the approval of  a Development Order Application for CVS Store at the northeast corner of Ohio Avenue (SR 77) and E. 14th Street (SR390):** Attorney Rob Jackson stated that items #12 and #13 are quasi-judicial hearings and all affected parties were sworn in by the City Attorney.  City Planner Amanda Richard was sworn in by the City Attorney.  There was no ex-parte communication by the Mayor/Commission.   City Planner Amanda Richard gave background information on the development order.

                Motion by Commissioner Russell:  To approve as presented.
                Second to the motion:  Commissioner Barnes.

Public Comments

Pam Eisenburg stated she is speaking about the property at 1300 Pennsylvania Ave.(house number three) spoke about Storm water drainage around her property, Elevation of the CVS and a Privacy fence at the completion of the project.  She also wanted to know why

40

City Commission Meeting Minutes October 10, 2017
Page 8

only two of the houses were bought and not all three. She wanted to make sure that her property is protected.

Mayor stated that with the storm water study going on this will be addressed.

Johnathan Catanzano, a representative for this property stated state requirements are that the developer keeps their water in a retention pond and that the privacy fence will be a retention wall and webbing fence. There will be a 3ft. retaining wall so that we do not drain on her property. Also a 6ft. webbing fence. Elevation allows for storm water drainage and this meets the City requirements.

City Planner commented state required that the developer keeps all of their water on site.

Commissioner Russell asked the developer about the raising of the 3ft retaining wall off the road and if the City can require the developer to build a fence? How will you have a 3ft retaining wall between CVS property and the owner property?

Johnathan Catanzano said it will be on Hwy. 77 and not Pennsylvania.

Commissioner Russell asked if we can require Johnathan to build a fence.

City Planner stated yes it can be part of the development order. This will take place in two steps. There will be a temporary storm water pond which will be on Ohio Ave. and the building will actually be smaller.

> Motion by Commissioner Russell: To approve as presented
> Second to the motion: Commissioner Barnes
>
> The motion was withdrawn by Commissioner Russell
> The second was withdrawn by Commissioner Barnes.
>
> Motion by Commissioner Russell: Approve the development order with the requirement that the developer builds a privacy fence to protect the citizen's property.
> Second to the motion: Commissioner Friend.

On Vote:     Russell:      aye
             Tinder:       aye
             Friend:       aye
             Barnes:       aye
             Anderson      aye          Motion passed: 5-0

**Item #13. Public Commentary:** Mr. Leon Miller wanted to know what is the state doing about the East and West on 17th Street and Hwy.77 turn signal. He stated it is backing up traffic.

City Manager White stated he did inquire into this problem and spoke to County officials. He stated that this delay has been purposely put into place. He state he did not ask about the turn signals, but he will go back and get an answer about the arrows.

**Item #14. Adjourn:**

There was no further business to discuss and the meeting was adjourned at 5:43 pm.

41

City Commission Meeting Minutes October 10, 2017
Page 9

APPROVED THIS _____ 24 th _____ DAY OF _October_ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

42

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

## NOTICE

*The Lynn Haven City Commission will hold a workshop on Tuesday, September 26, 2017 at 4:00 PM in The Chambers, 108 E. 9th Street. The purpose of the meeting will be to discuss the proposed budget for FY2017/2018 and the Traffic Safety Policy. The public is invited to attend.*

### CITY COMMISSION MEETING
### TUESDAY, SEPTEMBER 26, 2017 – 6:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND

## AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance

**PUBLIC HEARING OPENED:  (state time)**

3.  A.  Proposed Millage Rate for 2017 Tax Rolls
        City Manager Comments
        Read title of Resolution 2017-09-697, Adopting the final Millage Rate
        Public Comments
        Motion to adopt Resolution
        Announce time of adoption

    B.  Proposed General Fund Budget for FY 2017-2018
        City Manager Comments
        Read title of Resolution 2017-09-698, Adopting the final General Fund Budget
        and approving the Enterprise Funds Budgets for FY 2017-2018
        Public Comments
        Motion to adopt Resolution
        Announce time of adoption

**PUBLIC HEARING CLOSED (state time)**

**PUBLIC HEARING OPENED:  (state time)**

4.  A.  Proposed Community Redevelopment Agency Budget for FY 2017-2018
        City Manager Comments
        Read title of Resolution 2017-09-699, Adopting the final CRA Budget for FY
        2017-2018
        Public Comments
        Motion to adopt Resolution
        Announce time adoption

**PUBLIC HEARING CLOSED (state time)**

43

5.   Mayor's Report
     A.  Proclamation For Diaper Need Awareness Week
6.   Commissioner's Report
7.   City Manager's Report
     A.  Half cent sales tax project update
8.   City Attorney's Report

**CONSENT AGENDA:**

9.   Minutes:  9/11/2017 – Regular Meeting

     **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
10.  Resolution 2017-09-694, revising water fees.
11.  Resolution 2017-09-695, revising wastewater fees.
12.  Resolution 2017-09-696, revising solid waste fees.

**NEW BUSINESS:**
13.  Discussion and possible action for the approval of the preliminary plat for the Andrew's Plantation Subdivision. *(quasi-judicial hearing)* (City Planner)
14.  Discussion and possible action regarding approval of a Development Order for the Andrew's Plantation Subdivision. *(quasi-judicial hearing)* (City Planner)
15.  Discussion and action to appoint Margaret Barnhart as a new member of the City of Lynn Haven Board of Adjustments. (City Planner)
16.  First reading of Ordinance #1044 revising the alcohol distances and restriction on permitting for on-premises alcohol consumption. (City Attorney)
17.  First reading of Ordinance #1045 creating a new category in the ULDC for Pharmacies and Medical Marijuana dispensaries. (City Attorney)
18.  Discussion and possible action on the acquisition of property located on 809 Pennsylvania Ave. (City Manager)
19.  Public Commentary
20.  Adjourn

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

44

City Commission Meeting Minutes September 26, 2017
Page 1

**The Lynn Haven City Commission held the General Fund and Enterprise FY 17/18 budget workshop and the Traffic Calming Policy Workshop, Tuesday, September 26, 2017 at 4:00 p.m. in The Chambers, 108 E. 9th Street.  The public was invited to attend.**

## CITY COMMISSION MEETING MINUTES
## TUESDAY, SEPTEMBER 26, 2017 – 6:00 P.M.

Present:        Margo Deal Anderson, Mayor
                Rodney Friend, Mayor Pro Tem/Commissioner
                Antonius G. Barnes, Commissioner
                Dan Russell, Commissioner
                Judy Tinder, Commissioner
                Michael E. White, City Manager
                Robert C. Jackson, City Attorney
                Officer Mike Williams

Mayor Anderson called the meeting to order Mr. Leon Miller gave the Invocation the Pledge of Allegiance followed.

**Item #3.  PUBLIC HEARING OPENED:  6:03 p.m.**
**A.       Proposed Millage Rate for 2017 Tax Roll:**  City Manager White stated for the purpose of funding of the FY2017/2018 General Fund Budget a millage rate of 3.9% is proposed.  City Manager commented that the increase millage rate is .74% higher of what it was if we did rollback the rate.  Recommendation to leave it at 3.9%. The actual pricing of homes have gone up. City Manager White read Resolution 2017-09-697 by title only.
City Attorney stated the percentage of which the millage exceeds the rollback rate is 3.8713 which is 0.74 percent.
Public Comments:
Rich Walker is this an increase?  City Manager said it is an increase but the Ad Valorem rate stays the same.
Mr. Walker asked what it was last year?
City Manager White said 3.9%
Bob Schultz wanted clarification on the millage rate.

                Motion by Commissioner Russell:  To approve as presented.
                Second to the Motion:  Commissioner Barnes.
On Vote:        Russell
                Barnes
                Tinder
                Friend
                Anderson                 Motion passed:  5-0

**This resolution was adopted at 6:08 PM.**

B.       Proposed **General Fund & Enterprise Fund Budget for FY 2017-2018**
City Manager white pointed out some of the changes to the budget but stated this budget is a living document.  Resolution 2017-09-698, proposed General Fund Budget and Enterprise Fund Budgets for FY 2017-2018 was read by title only by City Manager White.  Mr. White made comments to the changes in the budget and was pleased about the technology that will take place for the City and the services for the citizens of Lynn Haven.

45

City Commission Meeting Minutes September 26, 2017
Page 2

Public Comments:
Janet Walker inquired about Pg. 18 of the budget, Splash Pad contributions, are they from the community?
Mayor Anderson responded yes those were donations she collected and people can still donate if they would like to do so through the GoFund Me account.
Janet Walker inquired about Pg. 18, PY what does this mean?  Past year. She also stated her dissagreement as to how the raises for the Commissioners were placed into the budget.  It should have been a line item for the public to see.
Rich Walker inquired about the Splash pads being in the budget. The GoFund Me is it a 501C3?
Mayor Anderson stated every step of the splash pad has gone through the City,
Commissioner Russell stated the money was there for the Splash Park.  He also commented that one of the reasons the Commission is working so well together is because the board is building better relationships with each other.
Bob Schultz also commented on the raises for the Commissioners. Has the Commission doubled their salary?
Mayor stated it is not a salary.  It is a stipend.  She stated the Commissioners spends a lot of time and money representing the City of Lynn Haven.  She feels that they give back more than what is in the stipend.  The Mayor said she is very accessible to the public working at least 40 hours a week and so do the Commissioners.  She stated Lynn Haven is the second largest city in Bay County but are the lowest paid compared to the other cities in the County.  If the City wants good leadership in the future, you must pay them.  Mayor Anderson read salaries of several different municipalities in Bay County.  Commissioners spend a lot of money and we should compensate them for their time. She stated she does not apologize for this raise.
Bob Schultz  stated that the Mayor campaigned on salaries.
Mayor Anderson she campaigned on ten employees at the City making $1.2 million dollars, stormwater issues and still stand behind her word on high salaries that the City was paying out.
Mr. Schultz commented more on the salaries of the Commissioners.
Public Comments:
Dr. Grace Devine stated she was also opposed to the Commissioners raises.

> Motion by Commissioner Tinder to table the raises for the Commissioners/Mayor until we get in line with our Ordinance and charter language.

Motion failed due to the lack of a second.

> Motion by Commissioner Barnes:  Proposed General Fund & Enterprise Fund Budget for FY 2017-2018.
> Second to the Motion:  Commissioner Russell.

On Vote:      Friend            aye
              Russell           aye
              Tinder            nay
              Barnes            aye
              Anderson          aye        Motion passed:  4-1

**This resolution was adopted at 6:25 PM.**

After audience participation the **PUBLIC HEARING was closed at 6:25 p.m.**

**Item #4.  PUBLIC HEARING OPENED:  6:25 p.m.**

46

**City Commission Meeting Minutes September 26, 2017**
**Page 3**

**A.      Proposed Community Redevelopment Agency Budget for FY2017-2018:**   City Manager read Resolution 2017-09-699, proposed CRA Budget for FY 2017-2018 was read by title only.

|          | Motion by Commissioner Russell:  To approve as presented. |      |                     |
|----------|-----------------------------------------------------------|------|---------------------|
|          | Second to the Motion:  Commissioner Barnes. |      |                     |
| On Vote: | Russell   | aye  |                     |
|          | Friend    | aye  |                     |
|          | Tinder    | nay  |                     |
|          | Barnes    | aye  |                     |
|          | Anderson  | aye  | Motion passed:  4-1 |

**This resolution was adopted at 6:27 p.m.**

After audience participation the **PUBLIC HEARING was closed at 6:28 p.m.**

**Item #5.      Mayor's Report:**  .Mayor Anderson reported on the Hurricane Irma Relief event. Two semi-truck loads of supplies were filled.  She was proud to be a part of the event and a part of Lynn Haven.  They were on the radio with Dr. Shane.  She thanked the police department and the fire department for tirelessly volunteering and helping load all of those items.  The trucks went to two cities in Florida.  She spoke at the Bay County Libertarian Party.  She has been riding her bicycle throughout Lynn Haven and have met so many people.  Paving is coming along very well people are really happy about the smell of asphalt, and she also met with Senator George Gainer on some initiatives for the City of Lynn Haven.  The traffic calming policy workshop went well and the policy is progressing.  The Commission will have one more meeting to complete the traffic calming policy.

**Item #6.      Commissioner's Report:**  Commissioner Russell stated many times he says "no report" although he has done many things for the citizens of Lynn Haven.  He will now report those activities.  Citizens are concerned that we don't have an AED Machine at the Rec Center.  He met with the City Manager and City Engineer, answered complaints about speed bumps back on Connecticut and the decrease speed limit on Mosley Drive.   He asked that we consider having a policy to reduce speed instead of just doing it.  He is learning more about what the departments of the City and what they are doing.  Wal-Mart donated 1630 pounds of dog food, 580 pounds of cat food, 188 cans of cat food, 590 pounds of cat litter, 60 pounds of bird food and much more.  Please tell Walmart thank you if you see a manager.  Police department answered 2572 calls and 188 incidents by the Fire Department, Streets and Utilities 279 work orders, answers a tremendous amount of calls daily.  He also stated that there was a comment made about the City Manager salary, if you don't think he earns it, come spend a day with him.
Commissioner Tinder reported on the debris issue in the Country Club, she met with a resident on Colorado Ave. regarding easement, residents are smelling chicken and burning trash, which has been turned over to the code enforcement.  She reminded everyone about Crusin event and the big Craft and Arts show on Florida Ave., There will be no alcoholic beverages.
Commissioner Barnes spoke about the passing of former Commissioner Harold Haynes. He was a great man.  He was responsible for getting the crosswalk near Mowat Middle School.  If it was not for him, kids would not have the opportunity to be safe. He asked the Commission for a motion to name the crosswalk on Hwy 390 on Mowat School Drive to "Harold Haynes Memorial Crosswalk."

|          | Motion by Commissioner Friend:  To name the crosswalk off of Hwy 390 and Mowat School Drive to the "Harold Haynes Memorial Crosswalk." |
|----------|-----------------------------------------------------------|
|          | Second to the Motion:  Commissioner Russell. |

47

City Commission Meeting Minutes September 26, 2017
Page 4

Leon Miller questioned had we gotten the approval from the State of Florida.
Commissioner Barnes stated he would make sure this happen.

On Vote:    Friend          aye
            Russell         aye
            Tinder          aye
            Barnes          aye
            Anderson        aye            Motion passed:  5-0

Commissioner Barnes gave big kudos for the work that they do.
Commissioner Friend attended the TPO Advisory Sub Committee; they selected a firm for the Trolley on Oct. 26.
Mayor Anderson read the A.    Proclamation For Diaper Need Awareness Week to the Junior League of Bay County.  Christy Rodgers and Casey Lathem received the proclamation.

**Item #7.    City Manager's Report:** The City Manager thanked the Fire Chief and Police Chief for their help in loading the trucks for the Hurricane victims. City Manager spoke on the City's Partnership with The ARC of the Bay on the Job Training Program and what a tremendous asset the two employees have been.  He and CRA Director Ben Janke have started a Key Account program visiting businesses in the City.  The half cents sales project is going very well.  Crusin-In, 5-8 Saturday, we need the public's feedback and Blood Drive at Sheffield Park Oct. 10 and 17 from 10 am – 5 pm for the hurricane victims.

**Item #8.    City Attorney's Report:** No report

**CONSENT AGENDA:**
**Item #9.    Minutes: 9/11/2017 – Regular Meeting**

            Motion by Commissioner Barnes:  To approve the consent agenda items as presented.
            Second to the Motion:  Commissioner Friend.
On Vote:    Barnes          aye
            Russell         aye
            Tinder          aye
            Friend          aye
            Anderson        aye            Motion passed:  5-0

**OLD BUSINESS:**
**Item #10.    Resolution 2017-09-694, revising water fees:** Mayor Anderson gave an update from the budget workshop on the proposed fee changes . She stated Mike Burton will perform a rate study for the City  and it will be finished in 60-90 days.  She stated the City
Manager will read all the resolutions by title and give his thoughts on how to proceed.

**11.    Resolution 2017-09-695, revising wastewater fees:.** City Manager White read the resolution by title only.

**12.    Resolution 2017-09-696, revising solid waste fees:** City Manager White read the resolution by title only.  City Manager White stated that the stormwater fees will increase by seven cents.  He gave considerable thought about the rate increase, but feels the right thing to do is to recommend  that  the  resolutions  not  be  passed  until  he  can  bring  to  the  Commission  more

48

**City Commission Meeting Minutes September 26, 2017**
**Page 5**

quantifiable numbers after the rate study that Mike Burton will do.

> Motion by Commissioner Friend:  To table resolutions, 2017-09-694, 2017-09-695, and 2017-09-696.
> Second to the Motion:  Commissioner Barnes.

Commissioner Russell asked would the current rates stay the same until the rate study comes back. City Manager White stated yes the same rates except for the stormwater of seven cents per month. Commissioner Russell will treat Mr. Burton's Company as a professional service or will this study be a RFQ?
Public Comments:
Janet Walker stated there were some mistakes in the resolutions.
Mr. Freeman thank the Commission for tabling these items but to look at something for seniors who may not afford the rate increase.
Mayor Anderson thanked him for his comments.  If passed it would be $3.47.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**NEW BUSINESS:**
**Item #13.        Discussion and possible action for the approval of the preliminary plat for the Andrew's Plantation Subdivision.  _(quasi-judicial hearing)_:** Attorney Rob Jackson stated that items #13 and #14 are quasi-judicial hearings and all affected parties were sworn in by the City Attorney. City Planner Amanda Richard was sworn in by the City Attorney at 6:58 pm. There was no ex-parte communication by the Mayor/Commission.  This is a request for a Development Order approval to construct a residential subdivision consisting of 86  single family homes on the 24.84 vacant parcel located at 4846 Highway 389.  Parcel#11573-050-000.  Land use is a low density residential.  Planning just received approval from the state for low density residential.  Planning board did approve this.
City Attorney stated there are a few changes before approval is finalized. The agent is the same as the City engineer on the plat.  He believes that has happened. There were some ownership and authorization documents, a title report about the easement road that would be controlled by the HOA that will be indicated on the plat.
City Attorney stated The Commission can approve it with these caveats he has stated.
Brad Hunt wanted clarification on the direction of traffic for this property.  Is this a one way in and one way out?  Is there any connection to another subdivision?
City Planner stated Yes

> Motion by Commissioner Russell: To approve as presented pending question from the City Attorney.
> Second to the Motion:  Commissioner Barnes.

Commissioner Tinder is this a very low lying area.
The City Planner said there are some wetlands but all of the appropriate permits have been applied.
Commissioner Friend questioned the County been notified because it will have a traffic impact.
City Planner Amanda Richard stated that the County has been contacted and the planning department is aware of this and have been notified.

49

**City Commission Meeting Minutes September 26, 2017**
**Page 6**

Commissioner Russell commended the developer for bringing it to Lynn Haven.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #14.        Discussion and possible action regarding approval of a Development Order for the Andrew's Plantation Subdivision.** *(quasi-judicial hearing):*  A request for Development Order approval to construct a residential subdivision consisting of 86 single family homes on the 24.84+/- vacant parcel located at 4846 Highway 389 Parcel11573-050-000. Amanda Richard gave background information.  It will be privately maintained by a HOA.

> Motion by Commissioner Russell:  To approve the Development Order pending the corrections on the application.
> Second to the Motion:  Commissioner Friend.

Rich Walker wanted to clarify would this be a gated community?
City Planner Amanda Richard stated the internal roads will not be maintained by the City.  It is open to the public, but privately maintained by the homeowners association.
City Attorney has policy that they do not accept roads that don't meet their qualifications.
Brad Hunt was concerned about the private roads.  Felt the developer did not deal with the issue properly.
Commissioner Tinder asked would emergency vehicles be able to get in and out.
City Planner confirmed the Fire Chief reviewed the plans and is happy with them.
More public comments about the entrance of the development.
Chris Forehand gave some background information.  The only reason they keep the road private is because of the right away.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

This was quasi-judicial hearing and all affected parties were sworn in by the City Attorney. There was no ex-parte communication by the Mayor/Commission.

**Item #15.        Discussion and possible approval of the Margaret Barnhart as a new City of Lynn Haven Board of Adjustments:**  City Planner Amanda Richard stated that they lost two members from the board and are in the process of replacing them.

> Motion by Commissioner Barnes:  To approve the request as presented.
> Second to the Motion:  Commissioner Friend.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Russell | aye | |
| | Anderson | aye | Motion passed:  5-0 |

50

City Commission Meeting Minutes September 26, 2017
Page 7

**Item #16.        First reading of Ordinance #1044 revising the alcohol distances and restriction on permitting for on-premises alcohol consumption:**  City Manager White read Ordinance #1044 by title only.

City decided to adopt the state standards for alcohol. This clarifies the City standards and it clarifies the language on premise consumption as it pertains to restaurants and bars. You can't consume it in the parking lot.

Commissioner Russell disagreed with the statement of not drinking in the parking said that state laws only applies to the property that is license. They control the inside of the store, but not in the parking lot.

Mayor Anderson said she is not sure she agrees with Commissioner Russell statement, we are not allowed to have open liquor in the parking lot.

Commissioner Friend asked about church restriction distance.

The City Attorney said there is nothing about church restrictions.

Rich Walker questioned the ordinance.

**Item #17.        First reading of Ordinance #1045 creating a new category in the ULDC for Pharmacies and Medical Marijuana dispensaries:**  City Manager White read Ordinance #1045 by title only. Mayor Anderson gave some background information. Mayor Anderson gave some background information on the temporary Moratorium, Ordinance #1026 that was passed by the Commission on Jan. 10, 2016. The Moratorium expired August 15, 2017. There are several cities in Florida that have adopted medical marijuana dispensaries. Mayor Anderson also gave some information as to how other municipalities are handling medical marijuana rules, regulations, and those using and selling it. She stated the citizens of Lynn Haven voted in favor of having marijuana dispensaries. 62.9% from Precinct 18, and 68.63% from Precinct 19. The Mayor stated The City has two options as to how to operate; the City can take no action, or the City can ban them outright. These dispensaries are very nice, they look like jewelry stores and have a very high-end look, everything is regulated and sales are strictly cash. It is still against federal law and is still considered a Federal One Drug, doctors cannot write prescriptions and it is very difficult to get a marijuana patient card. Previous White House Administration had a hands off approach; the current White House Administration has not yet made it clear.


Public Comments:

William Carr had a question for the City Attorney, was he aware of any Federal Banking laws. He also wanted to know how will the banks handle the deposit of sales. It is a federal law and banks could be charge with money-laundering.

Mayor Anderson gave some back ground information about how the Federal Government has handled medical marijuana dispensaries

William Carr reiterated his concerns about bringing in medical marijuana and how banks would set up receiving the cash on hand. He stated that banks will not take the money.

Mayor Anderson again reiterated her earlier discussion.

Question from an audience member who wanted to know if there was a specific area that the dispensaries were going to be located?

Mayor Anderson answered that she had attended the League of Cities which was a six-hour seminar with lawyers, doctors, bankers etc. for information and brought it back to the commissions. If a dispensary were to open here it would be where ever a pharmacy can be located.

City Attorney stated dispensaries can be located where a pharmacy is allowed which is any retail, commercial and so on.

Audience member(could not hear his name)asked about special requirements in regards to opening a dispensary.

51

**City Commission Meeting Minutes September 26, 2017**
**Page 8**

Mayor Anderson stated that the state has licensed only a limited number of dispensaries. The closest dispensary to here is Pensacola and Tallahassee which caused people who are ill to travel. City Attorney stated that there are 12 maybe, licensed Marijuana treatment facilities which are allowed to prepare the medical marijuana and they are each allowed to have 25 dispensaries state wide. He said you're looking at about 250 or so dispensaries and then by law that number increases when there are so many patients that sign up.

Another man (didn't state his name) asked about the permit process and wanted to know if you go through the state to get permits for opening a dispensary.

Commissioner stated that he thought that if the state issued a license then we were obligated to allow them to open.

Mayor Anderson answered yes that is correct.

Commissioner Russell then said to the previous man that the only thing he would have to deal with would be with the building permits etc.

Mayor Anderson reiterated that what she was speaking of was a business permits which they hadn't gotten that far yet due to this being the first reading.

Steven Oliver stated he is licensed with the state for the sale of this drug. He stated a few facts such as you can't give medical marijuana to children. He stated that he will have a medical marijuana grow facility as well as other facilities for his business.

Rich Walker stated it is not an approved or legal drug. If you build it they will come.

Janet Walker wanted to know if the Chief of Police had an opinion on the medical marijuana situation

Mayor Anderson stated that she had not personally spoken with him. She reiterated her previous conversation about medical marijuana.


**Item #19.      Discussion and possible action on the acquisition of property located on 809 Pennsylvania Ave.:** City Manager White stated that this property is up for sale. He stated it would be advantageous to purchase it.

Commissioner Barnes stated it was a good idea to purchase this property Asking contingent upon the appraised value.

Arlene Harrison commented favorably about purchasing this property.

Commissioner Friend asked about acquiring 813 Pennsylvania, but City Manager White stated the property is tied up in foreclosure.

|  | Motion by Commissioner Barnes: To negotiate the sale of the property on Pennsylvania Ave., but the final amount of the sales price to be brought back to the Commission before we purchase it for approval pending appraisal value Second to the Motion: Commissioner Friend. |  |
|---|---|---|
| On Vote: | Barnes | aye |
|  | Friend | aye |
|  | Tinder | aye |
|  | Russell | aye |
|  | Anderson | aye                    Motion passed: 5-0 |


**Item #20.      Public Comments.**


**Item #21.      Adjourn:** There was no further business to discuss and the meeting was Adjourned at 8:03. P.M.


# 52

**City Commission Meeting Minutes September 26, 2017**
**Page 9**

APPROVED THIS _____ 10th _____ DAY OF _Octo ber_ 2017.

_____

Margo Deal Anderson, Mayor

**ATTEST:**

_____

Michael E. White, City Manager

Prepared by Vickie Gainer

53

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### NOTICE

*The Lynn Haven City Commission will hold a workshop on Monday, September 11, 2017 at 3:30 PM in The Chambers, 108 E. 9th Street. The purpose of the meeting will be to discuss the proposed budget for FY2017/2018 and the Traffic Safety Policy. The public is invited to attend.*

### CITY COMMISSION MEETING
### TUESDAY, SEPTEMBER 11, 2017 – 5:01 P.M.
### THE PUBLIC IS INVITED TO ATTEND

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance

**PUBLIC HEARING OPENED:**  (state time)
3.    A.    Tentative Millage Rate for 2017 Tax Roll
      (Public Comments)
      (**Motion** to adopt Resolution 2017-09-690 tentative millage rate)
   B.    Tentative General Fund & Enterprise Fund Budget for FY 2017-2018
      (Public Comments)
      (**Motion** to adopt Resolution 2017-09-691, tentative General Fund Budget
      and approving the Enterprise Fund Budgets for FY 2017-2018)
**PUBLIC HEARING CLOSED** (state time)

**PUBLIC HEARING OPENED:**  (state time)
4.    A.    Tentative Community Redevelopment Agency Budget for FY 2017-2018
      (Public Comments)
      (Motion to adopt Resolution 2017-09-692, tentative CRA Budget for
      FY 2017-2018)
**PUBLIC HEARING CLOSED** (state time)

5. Mayor's Report
6. Commissioner's Report
7. City Manager's Report
      A. Employee of the Month Recognition
      B. Received the County permit for Golf Cart crossing for Mosely Drive & Hwy.
         389, Iowa Ave. & Hwy. 389 and Illinois Ave. & Hwy. 389.  The speed limit
         on Mosely Drive. will be lowered to 25 MPH.
      C. The City's Partnership with The ARC of the Bay on the Job Training Program
      D. The City's donation of items from the acquisition of property 710 Kentucky
         Ave. to The ARC of the Bay.

54

    E. Presentation on behalf of the City to the Bay County School Board for two (2) surplus Crown Victoria Police Cruisers.

    F. The appointment of Mr. Jim Frishkorn as Commissioner Russell nominee to the Infrastructure Tax Oversight Committee. He will replace Mr. Charlie Commander who was Commissioner's Schad appointment. According to Resolution #2017-02-673 "each City Commissioner having the right to nominate one member. Each member shall serve a three-year term and at the pleasure of the Commissioner who nominated the member. No member shall serve more than two consecutive terms."

    G. City Commission meeting dates November 28, 2017 and December 26, 2017.

    H. Update on the half cent sales tax project.

8. City Attorney's Report

## CONSENT AGENDA:

9. Minutes: 8/22/2017 – Regular Meeting, 8/29/2017 – Special Commission Meeting.
10. Approval of Hwy 77 as Mosely High School 2017 Homecoming Parade route.
11. Request from the Supervisor of Elections, Mark Andersen to hold early voting at the Lynn Haven City Hall Annex.
    Primary Voting: August 18th - 25th, 2018.
    General Election: October 27th – November 3rd, 2018.
12. Request from the Supervisor of Elections, Mark Andersen to hold Election Day polling at the Lynn Haven City Hall Annex.
    Primary Voting: August 28, 2018.
    General Election Day: November 6, 2018.

    **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

## OLD BUSINESS:

13. Update on the negotiations for the amended and restated lease agreement for 817 Ohio Ave. with Roman Nations, M.D. of Nations's Best Family Health Care, PLLC for three years.

## NEW BUSINESS:

14. Discussion and possible action regarding approval of a Development Order for Lynn Haven Bayou Park and Preserve. *(quasi-judicial hearing)*
15. Discussion and possible action regarding approval of a Development Order for Kalo Plaza – Mini Strip Mall. *(quasi-judicial hearing)*
16. Discussion and possible approval of the City's participation and contribution to the Bay County Transportation Disadvantage Program, "curb-to-curb" demand response service in the amount of $7,221.57.
17. Resolution 2017-09-693, revising stormwater fees.
18. Resolution 2017-09-694, revising water fees.
19. Resolution 2017-09-695, revising wastewater fees.
20. Resolution 2017-09-696, revising solid waste fees.
21. Discussion and possible action for a non-city sponsored event requesting barricades and trashcans for a Christmas Craft Show from 8 am – 4 pm on November 4, 2017. Streets would be blocked from Florida Ave. and 9th Street.

22.   Discussion about the medical marijuana dispensaries. Ordinance #1026 was passed by the Commission on Jan. 10, 2017 establishing a temporary moratorium.

23.   Public Commentary

24.   Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

City Commission Meeting Minutes September 11, 2017
Page 1

**The Lynn Haven City Commission held the General Fund and Enterprise FY 17/18 budget workshop Monday, September 11, 2017 at 3:30 p.m. in The Chambers, 108 E. 9th Street. The public was invited to attend.**

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, SEPTEMBER 11, 2017 – 5:01 P.M.**

**Present:**       Margo Deal Anderson, Mayor
                   Rodney Friend, Mayor Pro Tem/Commissioner
                   Antonius G. Barnes, Commissioner
                   Dan Russell, Commissioner
                   Judy Tinder, Commissioner
                   Michael E. White, City Manager
                   Robert C. Jackson, City Attorney
                   Officer Mike Williams

Mayor Anderson called the meeting to order Commissioner Rodney Friend gave the Invocation the Pledge of Allegiance followed.

**Item #3. PUBLIC HEARING OPENED: 5:15 p.m.**
A.       **Tentative Millage Rate for 2017 Tax Roll:** City Manager White stated for the purpose of funding apportion of the FY2017/2018 General Fund Budget a millage rate of 3.9% is proposed. City Manager White read Resolution 2017-09-690 by title only.

                   Motion by Commissioner Barnes:  To approve as presented.
                   Second to the Motion:  Commissioner Russell.
On Vote:           Barnes
                   Russell
                   Tinder
                   Friend
                   Anderson                    Motion passed:  5-0

**B.       Tentative General Fund & Enterprise Fund Budget for FY 2017-2018**
Resolution 2017-09-691, tentative General Fund Budget Enterprise Fund Budgets for FY 2017-2018 was read by title only.

                   Motion by Commissioner Friend:  To approve as presented.
                   Second to the Motion:  Commissioner Russell.

Janet Walker inquired about budget items to include FICA and Medicare benefits amount for the Commission, 519 Administrative Support Services the Capital Outlay.
Deputy Finance Director said that the FICA numbers are for the Commissioners/Mayor salaries who should be paid through payroll.
City Attorney Rob Jackson was in disagreement with this stating there should not be a FICA amount deducted. The Commissioners don't draw a salary and before this is done he asked the Deputy Finance Director to check with the City auditors. He stated the Commissioners received 1099 forms; it is a stipend and not a payroll check.
City Manager White explained that Administrative Support Services includes grants/ contracts, deputy clerk, purchasing, and other items that pertain to that department so that the City can track all departments appropriately and the Capital Outlay question; it includes the half cents surtax and

57

City Commission Meeting Minutes September 11, 2017
Page 2

most of that money will be rolled over into the next fiscal year.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

After audience participation the **PUBLIC HEARING was**          **closed at 5:24 p.m.**

**Item #4.  PUBLIC HEARING OPENED:  5:24 p.m.**
A.      **Tentative Community Redevelopment Agency Budget for FY2017-2018:**  Resolution 2017-09-692, tentative CRA Budget for FY 2017-2018 was read by title only.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the Motion:  Commissioner Friend.

Rich Walker inquired about budget items to include more funds for the CRA and was concerned that he did not see any income coming in.
Mayor Anderson stated there are still some county and state resolutions that have been approved upon.  We cannot move forward until some of those issues have been resolved.  But this board is very adamant about the CRA for the City of Lynn Haven.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

After audience participation the **PUBLIC HEARING was**          **closed at 5:28 p.m.**

**Item #5.       Mayor's Report:**  Mayor Anderson recapped the closing of the Fuel Depot and stated it was a great day.  The Mayor spoke at the Lynn Haven Masonic Lodge during their monthly dinner about what is happening in Lynn Haven, she received an invitation to speak to the Libertarian Party of Bay County.  She stated she would discuss Item #22 the temporary moratorium that was passed by the Commission further in the agenda.

**Item #6.       Commissioner's Report:**  Commissioner Russell stated he attended the City's tailgate party and it was lots of fun, he also attended the City's Health Insurance Open Enrollment and commended the Commission for choosing the right company. Abentras interacted very well with everyone and they did a great job.  He thanked the Commission for supporting this new health insurance vendor and benefits.
Commissioner Tinder had several residents contact her about trimming trees, one citizen contacted her about an abandoned car, a citizen of the Country Club inquired about the City paving and putting in sidewalks, citizens' complaints about people dumping personal items into business dumpsters that businesses pay for, she stressed this is becoming a real issue.
Commissioner Barnes also attended the City's health insurance open enrollment and complimented the professionalism of Abentras.
Commissioner Friend commented on the Fuel Depot celebration, he complimented the Mayor and staff on a great job for the event, he also attended the City's tailgate party, the health insurance open enrollment and he helped staff fill sandbags to prepare for Hurricane Irma.

City Commission Meeting Minutes September 11, 2017
Page 3

<u>Item #7.</u>        <u>City Manager's Report:</u>   City Manager White gave recognition to Leisure Services employee, Ray Cochran as the Employee of the month.  Ray helped save a person who was hanging from a roof.  Maria Stout-Tate presented Ray with a plaque and check.  He stated that he has received the County permit for Golf Cart crossing for Mosely Drive & Hwy. 389, Iowa Ave. & Hwy. 389 and Illinois Ave. & Hwy. 389.  The speed limit on Mosely Drive will be lowered to 25 MPH.  He commented on the City's Partnership with The ARC of the Bay on the Job Training Program.  We will have two individuals that will participate in the OJT program and work at the City.  He asked that the City donate the items from the acquisition of the property at 710 Kentucky Ave. to The ARC of the Bay for their renovations on Alabama Ave.  The items left in the house would be otherwise thrown away. This is a grant project through FEMA and we cannot sell any of the items, but they can be donated.  He asked for a vote from the Commission to approve this request.

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Barnes:  To approve as presented. |  |  |
|  | Second to the Motion:  Commissioner Russell. |  |  |
| On Vote: | Barnes | aye |  |
|  | Friend | aye |  |
|  | Tinder | aye |  |
|  | Russell | aye |  |
|  | Anderson | aye | Motion passed:  5-0 |

City Manager White referenced the car titles he had in hand for the Bay County School Board for the two (2) surplus Crown Victoria Police Cruisers. No representatives were present, but noted the City would not have to strip them.   Mr. White asked the Commission to vote on the appointment of Mr. Jim Frishkorn as Commissioner Russell nominee to the Infrastructure Tax Oversight Committee.  He will replace Mr. Charlie Commander who was Commissioner's Schad appointment.  According to Resolution #2017-02-673 "each City Commissioner having the right to nominate one member.  Each member shall serve a three-year term and at the pleasure of the Commissioner who nominated the member.  No member shall serve more than two consecutive terms."
Commissioner Russell commented that he spoke with Mr. Commander and he is aware of what he is doing, Commissioner Russell stated that Mr. Frishkorn is his neighbor, spoke about his qualifications and said he would be an outstanding member.

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Friend:  To approve as presented. |  |  |
|  | Second to the Motion:  Commissioner Russell. |  |  |
| On Vote: | Friend | aye |  |
|  | Russell | aye |  |
|  | Tinder | aye |  |
|  | Barnes | aye |  |
|  | Anderson | aye | Motion passed:  5-0 |

City Manager White asked the City Commission to make a decision on the meeting dates November 28, 2017 and December 26, 2017 during the holidays.

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Barnes:  To cancel Commission Meeting dates for |  |  |
|  | November 28, 2017 and December 26, 2017. |  |  |
|  | Second to the Motion:  Commissioner Russell. |  |  |
| On Vote: | Barnes | aye |  |
|  | Russell | aye |  |
|  | Tinder | aye |  |

**City Commission Meeting Minutes September 11, 2017**
**Page 4**

| | | |
|---|---|---|
| Barnes | aye | |
| Anderson | aye | Motion passed:  5-0 |

City Manager White gave an update on the half cent sales tax project.  He displayed photos of some of streets being paved.  The City currently has four contractors working, waterlines are being laid and several streets have been paved to include 19th Street, Vermont Ave., Rhode Island and Massachusetts; he is hearing positive results from the Lynn Haven Citizens.

**Item #8.         City Attorney's Report:**  No report

**CONSENT AGENDA:**
**Item #9.         Minutes:  8/22/2017 – Regular Meeting, 8/29/2017 – Special**
**Commission Meeting.**

**Item #10.        Approval of Hwy 77 as Mosely High School 2017 Homecoming Parade**
**Route.**

**Item #11.        Request from the Supervisor of Elections, Mark Andersen to hold**
**Early Voting at the Lynn Haven City Hall Annex (City Chambers):.**  Primary Voting is August 18th - 25th, 2018.  General Election:  October 27th – November 3rd, 2018.

**Item #12.        Request from the Supervisor of Elections, Mark Andersen to hold**
**Election Day polling at the Lynn Haven City Hall Annex (City Chambers):**
Primary Voting:  August 28, 2018.  General Election Day:  November 6, 2018.

Motion by Commissioner Barnes:   To approve the consent agenda items as presented.
Second to the Motion:  Commissioner Russell.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**OLD BUSINESS:**
**Item #13.        Update on the negotiations for the amended and restated lease**
**Agreement for 817 Ohio Ave. with Roman Nations, M.D. of Nations's Best Family**
**Health Care, PLLC for three years:**  City Manager White stated he and CRA Director Ben Janke met with Dr. Nations.  After much discussion on the lease agreement and the value of the building's leasing price, it was decided that the City would take the property back and use the property for more services and office space for the City.  City Manager White stated that he gave Dr. Nations a 6-month timeframe to vacate the building.  No renewal lease was signed and during the six months Dr. Nations is in the building it will be on a month-to-month lease agreement.

Motion by Commissioner Barnes:    To approve the City Manager's recommendation not to renew Dr. Nations lease agreement, with a six-month timeframe to vacate the building.
Second to the Motion:  Commissioner Russell.

| On Vote: | Barnes | aye |
|---|---|---|
| | Russell | aye |

**60**

City Commission Meeting Minutes September 11, 2017
Page 5

| Tinder | aye | |
| Friend | aye | |
| Anderson | aye | Motion passed:  5-0 |

**NEW BUSINESS:**

**Item #14.       Discussion and possible action regarding approval of a Development Order for Lynn Haven Bayou Park and Preserve. _(quasi-judicial hearing)_:** City Attorney Rob Jackson stated that this a quasi-judicial hearing and all affected parties were sworn in by the City Attorney.  City Planner Amanda Richard was sworn in by the City Attorney.  There was no ex-parte communication by the Mayor/Commission. The applicant is requesting a Development Order Approval to construct a recreation park.

The City Planner gave background information on the Development Order for parcel # 08710-025-000.  The land use is recreation open space with 97.83 acres funded with BP money.  There will be a fishing park, walking trails, a fitness park, pavilions and other recreation activities.  This will be a passive recreation and ecofriendly park.  She stated once this is finished it will be donated to the City with maintenance for ten years.  The City Planner stated that the area can be accessed through 2321 and eventually off of Hwy. 390.  Attorney Jackson stated there are some issues with the deeds.  He recommended that the City conditionally approve this request pending the deed issues are resolved.  Mayor Anderson said Deer Point Elementary has had a lot of input on the project and they are very excited about this park.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the Motion:  Commissioner Friend.

Rich Walker commented about the access to the park and taxpayers carrying the burden of this property.  Commissioner Russell stated taxpayer money is not funding this property it is the Triumph Funds that are paying for this.

Mayor Anderson stated this is a great opportunity for the City with very little upkeep.

Mayor Anderson stated the long-term benefits of this park will be tremendous.  There are other accesses to the park and it will be a great partnership with Bay District Schools.  The infrastructure in ten years won't deteriorate because of the rustic nature of this park.

City Planner Amanda Richard stated that the Planning Board voted to approve this project.

| On Vote: | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #15.       Discussion and possible action regarding approval of a Development Order for Kalo Plaza – Mini Strip Mall. _(quasi-judicial hearing)_:**  The applicant is requesting a Development Order approval to construct a mini-strip mall with eateries, businesses and retail shops.  City Planner Amanda Richard gave background and structural information of the businesses.  Parcel #11667-285-002 and the land use is commercial.  The applicant wants to construct a three-unit mini-mall with 5,500 sq. ft.  Commissioner Russell asked if there would be enough parking?  Chris Forehand stated yes there would be sufficient parking.  Commissioner stated this would be a good addition to the City of Lynn Haven.  City Attorney recommended that authorization to move forth should be on hold until the signature of the owner is acquired. The owner's name is not the same name that is signed on the agreement.  Janet Walker agreed that the structures would be pleasing to the eye, and asked would the buildings face Hwy. 77?  City

61

City Commission Meeting Minutes September 11, 2017
Page 6

Planner explained how traffic would enter into the mall. Rich Walker had concerns about the traffic study and inquired about had this been figured into the Walmart area. The City Planner stated yes.

Motion by Commissioner Russell: To approve the Development Order pending the corrections on the application.
Second to the Motion: Commissioner Friend.

| On Vote: | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

This was quasi-judicial hearing and all affected parties were sworn in by the City Attorney. There was no ex-parte communication by the Mayor/Commission.

**Item #16.    Discussion and possible approval of the City's participation and contribution to the Bay County Transportation Disadvantage Program, "curb-to-curb" demand response service in the amount of $7,221.57:** City Manager White explained it is a program that the County initiated that will help with the transportation needs of the elderly/respite care/dialysis patients and underprivileged citizens of Lynn Haven. The amount requested is the cost for the City of Lynn Haven to participate in this program for its citizens. Commissioner Russell wanted to make sure we could afford it and that it was in the budget.

Motion by Commissioner Friend: To approve the request as presented.
Second to the Motion: Commissioner Barnes.

| On Vote: | Friend | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #17.    Resolution 2017-09-693, revising stormwater fees:** Resolution 2017-09-693 was read by City Manager White by title only. Recommendation to raise the storm water rates by the greater of the general CPI or 1.9%. The general CPI is 1%. Therefore, the recommendation was to increase storm water rates by 1.9%.

Motion by Commissioner Barnes: To approve as presented.
Second to the Motion: Commissioner Russell.

Commissioner Friend commented that he does not look forward to raising rates for the citizens of Lynn Haven. He looks forward to a new study so that the City can get this under control. Commissioner Tinder asked if this is a revised rate or a rate increase and who is paying for this? Rich Walker stated the citizens will pick up the burden of the increase and stated his disagreement with the rates increasing.

| On Vote: | Barnes | aye | |
| | Russell | aye | |
| | Tinder | nay | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 4-1 |

City Commission Meeting Minutes September 11, 2017
Page 7

**Item #18.**        **Resolution 2017-09-694, revising water fees:** Resolution 2017-09-694 was read by City Manager White by title only a resolution amending rates and charges for residential and commercial water system; providing for an effective date. A 3.9% increase was recommended in the existing water rate structure.

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the Motion:  Commissioner Russell.

Mayor Anderson asked that the City Manager explain why the rates must increase.
Commissioner Barnes asked if he could give some background on the Burton & Associates Study and why rates had to increase.  Commissioner Barnes stated in the past water rates continued to climb into the double digits.  The Commission decided to get a study done so that consumers would not have to come out of their pockets each year because of large rate increases. The study helped balanced the increase out.   He recommended that the City keeps following the CPI so that everyone is pretty much paying the same thing, or rates will continue to rise back into the double digits.
Mayor Anderson commented that she respects the intent behind the Burton Study, but storm water has been a neglected issue.  She suggested having a little more discussion and time before the Commission moves forward to adopt resolutions.
Commissioner Barnes asked that Burton & Associates be invited to come out and give an in-depth view of the rate study.

Motion withdrawn by Commissioner Barnes.
Second withdrawn by Commissioner Russell.

> Motion by Commissioner Friend:  To table the Items 18, 19, and 20 of the agenda until the last Commission meeting in September so that the public can hear from Burton & Associates.
> Second to the Motion:  Commissioner Barnes.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #19.**        **Resolution 2017-09-695, revising wastewater fees.  No action tabled.**

**Item #20.**        **Resolution 2017-09-696, revising solid waste fees.  No action tabled.**

**Item #21.**        **Discussion and possible action for a non-city sponsored event requesting  barricades and trashcans for a Christmas Craft Show from 8 am – 4 pm on November 4, 2017. Streets would be blocked from Florida Ave. and 9th Street:**
Commissioner Tinder stated that this is a request to host the event.  She stated the City will not incur any cost for this event, but the space is needed on Florida and 9th Street down to the Doctor's office.  She asked for the City to supply some trash cans and have patrol officers to man the crowds.  There will be different vendors , arts and crafts and the event will be a lot of fun.

> Motion by Commissioner Tinder:  To approve the request as presented.
> Second to the Motion:  Commissioner Barnes.

| On Vote: | Tinder | aye |
|---|---|---|

**63**

City Commission Meeting Minutes September 11, 2017
Page 8

|          |     |                     |
|----------|-----|---------------------|
| Barnes   | aye |                     |
| Russell  | aye |                     |
| Friend   | aye |                     |
| Anderson | aye | Motion passed:  5-0 |

**Item #22.        Discussion about the medical marijuana dispensaries. Ordinance #1026 was passed by the Commission on Jan. 10, 2017 establishing a temporary Moratorium:** Mayor Anderson gave some background information on the temporary Moratorium, Ordinance #1026 that was passed by the Commission on Jan. 10, 2016.  The Moratorium expired August 15, 2017.  There are several cities in Florida that have adopted medical marijuana dispensaries.  Mayor Anderson also gave some information as to how other municipalities are handling medical marijuana rules, regulations, and those using and selling it. She stated the citizens of Lynn Haven voted in favor of having marijuana dispensaries. 62.9% from Precinct 18, and 68.63% from Precinct 19.  The Mayor stated The City has two options as to how to operate; the City can take no action, or the City can ban them outright.  These dispensaries are very nice, they look like jewelry stores and have a very high-end look, everything is regulated and sales are strictly cash.  It is still against federal law and is still considered a Federal One Drug, doctors cannot write prescriptions and it is very difficult to get a marijuana patient card. Previous White House Administration had a hands off approach; the current White House Administration has not yet made it clear.  Mayor Anderson stated that the Commission is here to represent the will of the people.  There are lists of dispensaries that can be used; the closest is Pensacola, FL.  In the future, whatever the Commission decides to do, consideration will need to be given to The City's policy concerning an employee who becomes ill and has to use the dispensaries, how will that be handled?  If employee were to be tested, this drug would show up in there results.

City Attorney Rob Jackson stated the voters approved it in November.  Legislatures passed rules, these rules preempts cities and counties.  The only thing cities can do is either band them outright or regulate them.  The state rules are pretty strict.  The moratorium has expired, it is at the pleasure of the Commission to ban or regulate but with this comes an ordinance.

Commissioner Russell asked are there restrictions on what they can sell.

Mayor Anderson stated yes and that marijuana cannot be smoked but it can be vaped and you must have a medical card.

City Attorney Jacksons said there are restrictions as to where you can use them.

|          |          |     |                     |
|----------|----------|-----|---------------------|
|          | Motion by Commissioner Friend:  To draw up an ordinance to incorporate the dispensaries' as another pharmacy. Second to the Motion:  Commissioner Barnes. |     |                     |
| On Vote: | Friend   | aye |                     |
|          | Barnes   | aye |                     |
|          | Tinder   | aye |                     |
|          | Friend   | aye |                     |
|          | Anderson | aye | Motion passed:  5-0 |

**Item #23.        Public Commentary:** Amanda Richard commented on the City Manager's handling of Hurricane Irma.  He did an outstanding job and the City was very prepared.

**Item #24.        Adjourn:** There was no further business to discuss and the meeting was adjourned at 6:44. P.M.

64

City Commission Meeting Minutes September 11, 2017
Page 9


APPROVED THIS _____26th_____ DAY OF _September_ 2017.


_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

65

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

## NOTICE

**SPECIAL CITY COMMISSION MEETING
TUESDAY, AUGUST 29, 2017 – 4:00 P.M.
THE PUBLIC IS INVITED TO ATTEND**

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Approval to change the City Commission Meeting from Tuesday, September 12, 2017 at 4:00 PM to Monday, September 11, 2017 at 5:01 PM. Preceding the Commission meeting will be a 3:30 PM  FY 17/18 Budget Workshop and CRA meeting at 4:30 PM .
4. Discussion and action to approve the new Insurance Broker's group insurance plans and rates for employer/employee contribution levels.
5. Public Commentary
6. Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.
825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

City Commission Meeting Minutes August 29, 2017
Page 1

### SPECAIL CITY COMMISSION MEETING MINUTES
### TUESDAY, AUGUST 29, 2017 – 4:00 P.M.

**Present:**    Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner (by phone)
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner,
Judy Tinder, Commissioner
Michael E. White, City Manager
Nick Ben sat in for Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order Leon Miller gave the Invocation the Pledge of Allegiance followed.

Mayor Anderson asked for a motion to approve Commissioner's Friend's participation by phone or absence from the meeting.

Commissioner Barnes:  Approve as presented.
Second to the motion:  Commissioner Russell.

| On Vote: | | | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item # 3:   Approval to change the City Commission Meeting from Tuesday, September 12, 2017 at 4:00 PM to Monday, September 11, 2017 at 5:01 PM. Preceding the Commission meeting will be a 3:30 PM  FY 17/18 Budget Workshop and CRA meeting at 4:30 PM .**

Commissioner Barnes:  Approve as presented.
Second to the motion:  Commissioner Russell.

| On Vote: | | | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #4:   Discussion and action to approve the new Insurance Broker's group insurance plans and rates for employer/employee contribution levels.**

The City Manager gave background information on the insurance RFQ.  He stated that the Commission approved Abentras as the City's brokerage service provider for group health, dental and life.  He stated that he asked Abentras Co- Owner and president Owen Wingate to present to the Commission the insurance rates and plans for the City.
Mr. Wingate introduced himelf and his brother VP, West Wingate.  He thanked the City for the opportunity to service Lynn Haven's employees.  Mr. Wingate explained the current plan that the City had under Stanford Insurance and the new proposed plan for the City employees.  He stated that the City was out of compliance in the 5302 plan but with the

67

City Commission Meeting Minutes August 29, 2017
Page 2

new plan the City would be in compliance.  This compliance issue could have easily cost well over $250,000.  Mr. Wingate presented Abentras' new options to the Commission along with rates and plans. He explained FSA (Flexible Spending Options)  which gives employees the opportunity to plan for their medical cost throughout the year.  He stated that the money for FSA would be available Oct. 1, 2017.

Mr. Wingate explained that the claims for the City were very high.  34 people went over the $5000 deductible.

Mr. Wingate explained that 108 employees had prescriptions filled and the majority of them were generic.  He explained the reason the City's premiums are so high is because the City does not have a generic prescription only card under the 5302 plan.  He stated just by changing this plan to generic prescription only the rates would be lower.

The City Manager spoke about the employee retention and recruitment.   He stated it is hard to keep good employees and recruit the best because their insurance premiums for the City are so high.  He said making these changes to the City's Health insurance plans would surely help with this issue.

Mr. White suggested raising the employer paid amount for the employees to 80% and 20% for the employees. He also suggested that the City pay at least $1000 of the employee's deductible.

Mr. Wingate went over the TeleMed services.  This service would cover the employee and their family and drive down the cost of expensive emergency room visits or even doctor visits for minor illnesses.  In his presentation Mr. Wingate put together four Alternate options for the Commission to compare to the current plans offered by Stanford insurance.  Mr. Wingate explained each option and what each option would mean for the City and the employee.

Commissioner Russell asked does TeleMed cover family members? Mr. Wingate said yes.

Commissioner Tinder asked about the high cost for a family of four on the current City plan.  She was concerned that most families could not afford the current plan.

Commissioner Friend commented on the FSA account.  The employer can set the limit of the amount.  Will employees have a minimum and a rollover amount?

Commissioner Russell said this would be another benefit for the employees.  He also stated he would like to see the employer contribution be higher.   He recommended the Commission considers option four from Mr. Wingate's presentation where the City would pay 95% on the 5302 plan and 80% on the 5773 plan.

Mayor Anderson asked would making these changes help make the City of Lynn Haven more competitive with other municipalities.

Several City employees commented on the proposed benefits. They were extremely happy to have insurance rates they could finally afford and be able to place their entire family on their insurance plans.  They were also happy about many of the other services including Flexible spending, HRA, TeleMed services.

Mr. Wingate stated that next year Abentras will have a 6-month lead time to compare other insurance companies and plans.

Mr. White recommended that he go through each benefit with the Commission to  make sure all the new benefits and rates that were presented and that the Commission understands and are all in agreement.  Mr. White went through each one.

FSA:  The Commission was in agreement with adding the Flexible Spending Account for the employees.

Medical:  The Commission was in agreement that option Alternate four was the right plan for the City employees.

68

City Commission Meeting Minutes August 29, 2017
Page 3

Health Reimbursement Account:  Commissioner Russell recommended that the City go higher on the (HRA) Health Reimbursement Account for the employee's deductible.  5302 plan  the City would reimburse at half of the $5000 deductible after the employee has reached the first $2500 and then the City would reimburse the last  $2500 and 5773 plan the City would reimburse the employee half of the $2500 deductible once the employee has met $1250 of the deductible, the City would reimburse for the last $1250.

Group Dental:  The City would change from Florida Blue Combine to Metlife.  The City would keep the same plan but have a different carrier.  Metlife will allow $1500 maximum spend as oppose to a $1000 on the current plan.  The Commission was in agreement.

Group Vision:  The Commission was in agreement for employees to have the option to buy their Vision Plan through Metlife.

Group Life:  Commissioners Russell, Tinder, Barnes and Mayor Anderson were in agreement to keep and continue to pay for the employee's Life Insurance. Under the new plan the employee life insurance will increase to $50,000 instead of $25,000 in the current plan.  Commissioner Friend was in favor of staying at the $25,000.

Supplemental Life Insurance:  The Commission was in agreement to add this voluntary benefit at the expense of the employee.

Long Term Disability: The Commission was in agreement to pay for Long Term Disability for the City employees.  The cost would be $3184 per month.

TeleMed Services:  The Commission was in agreement to pay $3.50 for all employees use of the TeleMed Services.  After the recap, Mayor Anderson asked for a motion.

> Commissioner Barnes:  To accept the City Manager's recommendation with all of the following benefits for the City employees, FSA, Medical Plan Alternate Option #4 5302 plan the City pays 95% and 5773 plan the City pays 80%, Health Reimbursement Account(HRA) where the City will pay half of each plan's deductible, Metlife Dental Plan, Metlife Vision Plan, Life Insurance at $50,000, Long Term Disability, and TeleMed Service.
>
> Second to the motion: Commissioner Russell.

| On Vote: | | | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |
| | Friend | aye | |

**Item #5.   Public Comments:  None**

**Item #6.     Adjourned:**   There was no further business to discuss and the meeting was adjourned at 5:46. P.M.

69

**City Commission Meeting Minutes August 29, 2017**
**Page 4**

**APPROVED THIS** _____13ᵗʰ_____ **DAY OF** __September__ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

70

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### NOTICE
*The Lynn Haven City Commission will hold a Budget Planning Workshop on Tuesday, August 22, 2017 at 4:00 p.m. in The Chambers, 108 E. 9th Street.  The purpose of the meeting will be to discuss the 2017/18 City Budget.  The public is invited to attend.*

### CITY COMMISSION MEETING
### TUESDAY, AUGUST 22, 2017 – 6:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
   A.  Commission Meeting September 11, 2017 will begin at 5:01 PM
6. City Attorney's Report

**PUBLIC HEARING OPENED:**  (state time)
7. Municipal limits of the City of land lying along Kirkwell Ave. (parcel 11571-063-000) Transmittal – Ordinance #1043 Final Reading
   **PUBLIC HEARING CLOSED** (state time) (no action until Item #12)

**CONSENT AGENDA:**

8. Minutes:            8/8/2017 – Regular Meeting
9. Approval of School Resource Officer for Bay Haven Charter Academy 2017-2018 school year.
10. Approval of amended and restated lease agreement for 817 Ohio Ave. with Roman Nations, M.D. of Nation's Best Family Health Care, PLLC for three years.

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
11. Second reading of Ordinance #1042 amending section 2.02.01., 2.02.05 and 4.07.01 of the City's Unified Land Development Code, appendix C extending the scope of the corridor overlay standards.  **(Action Required)**

71

12.   Second reading of Ordinance #1043 contracting from the municipal limits of the City a certain parcel of land lying along Kirkwell Avenue (parcel 11571-063-000). **(Action Required)**

13.   Discussion and possible action to approve the City Manager's contract.(Mayor)

14.   Discussion and possible action to approve the new traffic safety policy. (City Manager)

15.   Discussion and possible action concerning ADA access to the Bailey Bridge by allowing golf carts on the bridge. (Mayor)

**NEW BUSINESS:**

16.   Discussion and possible action to approve the scoreboard agreement between Buffalo Rock and the City. (City Manager)

17.   Discussion and possible action to approve the City's Brokerage Services for Group Health, Dental and Life Insurance. (City Manager)

18.   Discussion and possible action to approve the transfer of two (2) surplus Crown Victoria Police Cruisers to the Bay County School Board.

19.   Public Commentary

20.   Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

72

City Commission Meeting Minutes August 22, 2017
Page 1

The Lynn Haven City Commission held General Fund and Enterprise FY 17/18 budget workshop Tuesday, August 22, 2017 at 5:00 p.m. in The Chambers, 108 E. 9th Street. The public was invited to attend.

## CITY COMMISSION MEETING MINUTES
## TUESDAY, AUGUST 22, 2017 – 6:00 P.M.

**Present:**          Margo Deal Anderson, Mayor
                      Rodney Friend, Mayor Pro Tem/Commissioner
                      Antonius G. Barnes, Commissioner
                      Dan Russell, Commissioner
                      Judy Tinder, Commissioner
                      Michael E. White, City Manager
                      Robert C. Jackson, City Attorney
                      Officer Mike Williams

Mayor Anderson called the meeting to order Leon Miller gave the Invocation the Pledge of Allegiance followed.

**Item #3. Mayor's Report:**  The Mayor commended the City Manager for taking care of the lights on the Bailey Bridge. They should be working by the end of this week.   She Attended the League of Cities Conference, The League of Mayor's Conference and meeting of Federal Action Strike Team which lobbies for municipalities.  Biggest topics was "Home Rule" within our local governments and not the state of Florida directing local government how to run its business, she encourage citizens to call their legislatures.   She met with other colleagues, learned many things, she commended all first responders for their work.  She also attended the grant expo, visited municipal market place talked with vendors about ADA accessible playgrounds and developing city technology.  Attended the legislative issues by voting, the Mayor also met with many Air Force officials.  The Fuel Depot property is sold; it now belongs to Marina Island Developers.  Mayor Anderson thanked Jerry Smithwick for all of his help and  recognized him.   She met with Leisure Services and discussed the new events that are coming up.  Events coming up September 30, 2017 Cruise Avenue,80-100 antique cars.

**Item #4. Commissioner's Report:**
Commissioner Tinder no report.
Commissioner Russell stated that 8th and Georgia has flooding issues with citizens.  Had a citizens in the Country Club contact him about their yard being disposed with debris on his property.  Met with the City Manager and continues to be impressed with his progress.
Commissioner Barnes gave a recap of the Shred Event her on Aug. 12.  It was very hot over 3500 pounds shredded.  He thanked Leisure Services.  Next year we will hold this event in October when it is a little cooler.
Commissioner Friend stated he attended several events, North Bay Haven Open House, gave a great job to GAC of meeting timelines.  Spoke with residents of Lynn Haven about the Bailey Bridge.

**Item #5. City Manager's Report:   None**

**Item #6. City Attorney's Report:**
Rob Jackson thanked everyone for the hard work on the closing of Fuel Depot property.
Mayor Anderson thanked Mr. Jackson for his hard work as well.

# 73

City Commission Meeting Minutes August 22, 2017
Page 2

**Item #7.   Public Hearing**: Mayor Anderson opened the public hearing at 6:09 PM for the Municipal limits of the City of land lying along Kirkwell Ave. (parcel 11571-63-000) Transmittal – Ordinance #1043. City Manager read out loud Ordinance #1043. There was no discussion from the public.
Mayor Anderson closed the public hearing at 6:10 PM.


**CONSENT AGENDA:**
**Item #8.   Minutes:**  8/8/2017 – Regular Meeting

**Item # 9.  Approval of School Resource Officer for Bay Haven Charter Academy 2017-2018 school year.**

**Item # 10.   Approval of amended and restated lease agreement for 817 Ohio Ave. with Roman Nations, M.D. of Nations's Best Family Health Care, PLLC for three years.**

> Motion by Commissioner Barnes:  To approve the consent agenda with the necessary corrections.
> Second to the motion: Commissioner Friend.

Commissioner Barnes made note to change his vote from a "aye" vote on Item #3 to a "nay" vote on page 2 under the Mayor's report under Commissioner Friend's motion about an ADA workshop.
Discussion over Item#10 concerning the Roman Nations restated lease agreement. Commissioner Russell had questions about what we are charging for rent per square feet. After several comments from the Commission, Mayor Anderson asked that this item be moved under new business.  Mayor Anderson requested a motion to add Item #10 as agenda item 18A so that the Commission could discuss this item more in-depth.

> Motion by Commissioner Barnes:  To move the Item #10 from the consent agenda to new business as Item #18A.
> Second to the motion:  Commissioner Russell

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

Consent Agenda Approval.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

74

City Commission Meeting Minutes August 22, 2017
Page 3

**OLD BUSINESS:**
**Item #11.   Second reading of Ordinance #1042 amending section 2.02.01., 2.02.05 and 4.07.01 of the City's Unified Land Development Code, appendix C extending the scope of the corridor overlay standards.**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Russell.

On Vote:     Barnes          aye
             Russell         aye
             Tinder          aye
             Friend          aye
             Anderson        aye           Motion passed:  5-0

**Item #12.   Second reading of Ordinance #1043 contracting from the municipal limits of the City a certain parcel of land lying along Kirkwell Avenue (parcel 11571-063-000).**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

Commissioner Russell pointed out that this property is surrounded by Lynn Haven property.
The City Planner explained there are certain criteria and stated this land is not completely surrounded by the City and that there is no water or sewer is available.
Commissioner Barnes commented that the property is surrounded by all County property.
The City Attorney explained why the land is not contracted.
Commissioner Russell said when he researched it there was a parcel of land completely surround by the City.  According to the City map it is surrounded by the City.
Commissioner Barnes said this piece of property is near where he lives and he said that this property is surrounded by the County property.
Amanda Richard offered to research this property and bring back more information to the Commission.

On Vote:     Barnes          aye
             Russell         nay
             Friend          aye
             Tinder          aye
             Anderson        aye           Motion passed:  4-1

**Item #13.  Discussion and possible action to approve the City Manager's contract.**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

Commissioner Tinder stated her concerns about the City Manager's contract being very large amount.  She stated that three of the Commissioners voiced their opinion that the City Manager start out at $100k a year.
Mayor Anderson reminded the Commission that the City did advertise this position at a range of $100k to $140K.  Her decisions was not based on his former salary.  But the decision for this salary amount was not based solely on his qualifications.  The Mayor

75

**City Commission Meeting Minutes August 22, 2017**
**Page 4**

gave background on Mr. White's education and qualifications including one class away from possessing his PhD. She stated that Mr. White's salary is competitive with other municipalities and that the former City Manager did not have the level of experience or education.   She also stated how very pleased she was with his progress.

Commissioner Friend stated that he would have had no problem giving the previous City Manager a higher salary had he asked for it.  He also stated the opportunity was there for the previous City Manager to ask for a higher salary but he declined.  He stated it is important to keep good employees and that this salary helps the City to keep a City Manager at this level of pay.  Mr. White is going to do a fantastic job.

Bob Schultz wanted to know what other benefits and perks came with the City Manager's contract.  Thought that this was a lot of money

The contract was then read by the City Attorney.

The Mayor again explained why the City hired Mr. White at $135,000 and stated it is still within the salary range. He has responded to the residents, to the Mayor and he is doing a great job.  We still have people within the City that are underpaid and some that are paid close to what Mr. White is making, but Mr. White promised to fix this.

Robert Beck wanted to know if this was budgeted and questioned why give another $5000 increase within 6-months? We needed a better window of time for a fair judgement.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | nay | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-1 |

**Item #14.  Discussion and possible action to approve the new traffic safety policy.**

The City Manager explained that the committee had met and put together the safety policy.  He explained that this document was not for the Commission to take action on today, but for the Commission to look over and come back together and approve it.  He stated the City had finished monitoring all the roads that were identified and now just needed more direction including speed bumps.

> Motion by Commissioner Friend:  To schedule a workshop in the near future to discuss the traffic safety policy.
> Second to the motion:  Commissioner Tinder.

Commissioner said having a workshop is a good idea to work through these issues.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #15. Discussion and possible action concerning ADA access to the Bailey Bridge by allowing golf carts on the bridge:**

Mayor Anderson referred to an incorrect headline in The News Herald that said "Lynn Haven Mauls" golf carts on the bridge and said that we were discussing ADA access on the bridge and not golf carts. Mayor Anderson read the updated ADA policy manual.  Power driven motorized devices are considered allowable by ADA.  She gave key policies that

**76**

**City Commission Meeting Minutes August 22, 2017**
**Page 5**

gave guidance to accommodating people with disabilities and power driven motorized devices. The ADA identifies who is protected under the ADA, who has the responsibilities under for ADA, ADA prohibits denying and alienating people with disabilities. There is not going to be a large number on golf carts on the Bailey Bridge.   She also stated that Lynn Haven in golf cart friendly community.  Mayor Anderson asked for a motion for the purpose of discussion only.

> Motion by Commissioner Tinder:  To discuss ADA access to the Baily Bridge by allowing golf carts on the bridge.

> Motion failed due to a lack of a second.

Mayor Anderson reminded the Commission that taking no action might leave the City open for citations and penalties.

**Item #16.   Discussion and possible action to approve the scoreboard agreement between Buffalo Rock and the City:**   The City Manager explained Buffalo Rock is community oriented company and is excited to partner with the City.  Buffalo Rock will replace all of the signs in all eight ballfields and in the gymnasium and we would like for the City to agree to only using Pepsi products.  This will be a ten-year commitment.

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion: Commissioner Friend.

Commissioner Tinder asked was there any other quotes from other companies?  She was concerned that we are passing the cost onto the consumer.
The City Manager noted that the City imitated the conversation with them.
Mr. Richard Gutknecht stated that the City should have opened this up to other beverage providers.  At least give an opportunity to other vendors.
Mr. Robert Beck agreed with Mr. Gutknecht.
Mr. White stated that there will be other ways and opportunities for other companies to advertise at the parks.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | nay | |
| | Friend | aye | |
| | Anderson | nay | Motion passed: 3-2 |

**NEW BUSINESS:**
**Item #17.   Discussion and possible action to approve the City's Brokerage Services for Group Health, Dental and Life Insurance:**   Mr. White stated one of the major concerns for the City staff was insurance.  They expressed their desire to have insurance, but it was too expensive.  Mr. White gave background of how the proposers were selected from the memo that was sent to the Commission.   The City advertised requesting qualifications from insurance firms interested in providing insurance brokerage services for group health, dental and life insurance.  Information was mailed to insurance firms currently on the City's vendor list, in addition to legal advertising in the News Herald that ran Sunday, August 6 and 13.  Eight local firms were sent the Request for Qualifications

**77**

City Commission Meeting Minutes August 22, 2017
Page 6

(RFQ) package. The RFQ was posted on the City's website for other interested proposers to bid.
The bid opening was Monday, August 21, 2017 at 2:00 p.m. and was open to the public. We received seven (7) responses to our Request for Qualifications and six (6) qualified. The selection committee consisted of the City's Deputy Clerk, City Manager and Commissioner Dan Russell. The same guidelines used in the past years were used for this RFQ, which required a score sheet for qualifications and then the committee ranked qualified proposers. Open enrollment for the City begins September 1- September 30. This was identified in the RFQ and each proposer had to submit a plan as to how their firm would implement open enrollment during this time frame. If approved by the Commission, this would be a 3 year Contract with a one (1) three-year option to renew. The City Manager will negotiate with Abentras Benefit Administrators the different plans and come back to the Commission for recommendations. The proposer with the most number one rankings was Abentras Benefit Administrators. We selected Abentras as the preferred vendor.
Mayor Anderson asked for a motion for acceptance of the recommendation from staff.

Motion by Commissioner Russell: To approve as presented.
Second to the motion: Commissioner Barnes.

Commissioner Tinder stated she wanted a comparison rate chart new vs old insurance.
City Manager stated no, this was based on service delivery, quality and services we are not getting and other things we could get.
Commissioner Tinder asked so you are telling me their prices would be lower?
City Manager: It depends on how we design the plans and that would come back before the commission this is purely meet with the vendor to see what we can find out.
Commissioner Tinder so the final vote would come later?
Mr. White Yes.
Commissioner Friend said I know we have talked about this quite a bit and he referenced the purchasing policy on local preference. He wanted to know was there an opportunity to give local preference a chance?
Mr. White said he could only speak for himself. He has dealt with Abentras in the past, however, his scores reflect that yes he did consider the local businesses, but to ask the other two committee members what they felt.
Commissioner Russell said his reasoning was the level of service. Abentras was going to supply a team of people to help the City employees. Plus you would be able to enroll online. He stated that he is an advocate for local businesses, but Abentras level of service was outstanding. Very possible their numbers will come back bad and we can go with the next vendor, but their level of service was good.
Commissioner Friend said he could appreciate that and thanked the committee for serving, as he has served on the committee before. He understands it is not an easy thing to do.
Commissioner Tinder said again she wanted to emphasize the most important thing are our employees. It is crucial as to what we can do for our employees. If they cannot afford it, we need to be looking at something else.
Commissioner Friend stated cost is important, but what's even more important is having a product our employees can participate in, because of our salary situation; I want the employees to have a good product of health insurance when they design the policy.
Commissioner Russell stated his goal is to have the rates down where we need them, but to see the City cover the employee insurance at 100%.

City Commission Meeting Minutes August 22, 2017
Page 7

Gerald Stanford was not pleased with the scoring sheet. He stated he has kept the rates down, gave a level of service and open enrollment. He mentioned the company was a web base company in which he was corrected by Mr. White. If the City does make a decision the employee's insurance will cancel September 30. He stated he met with the staff. The City is looking at a 3% increase and he is willing to drop his commission down to 4.5% He was not pleased with the scoring and asked that Commissioner Russell's scores be thrown out and do averages base on those.

Commissioner Friend clarified that this particular RFQ did not have local preference. It is used on construction contracts.

Scott Clemons spoke about local vendor preference and the advantages of having a local vendor preference. Local means a level of service. He said he believes that technology is very important for online benefits, but having someone readily available to you is very important.

Mr. White said he gave local preference.

City Attorney said there is local preference in our purchasing policy but it did not apply to this particular bid. In order for local preference to apply it must be stated in the RFP and for this one it was not.

Commissioner Friend asked that we compare apples to apples when the rates come back to the Commission for the Commission to make their decision.

On Vote:      Russell        aye
              Tinder         aye
              Friend         aye
              Barnes         aye
              Anderson       aye            Motion passed: 5-0

Mayor Anderson reminded Commission to do their homework and that the comparisons of apples to apples  will come back before the Commission to make a final decision on the contract.

**Item #18.      Discussion and possible action to approve the transfer of two (2) surplus Crown Victoria Police Cruisers to the Bay County School Board:**

              Commissioner Friend:  Approve as presented.
              Second to the motion:  Commissioner Russell.

Commissioner Tinder stated residents who contacted her would like for these vehicles to be sold. She checked in the Blue Book and the value of the cars were around $2500.

Commissioner Russell explained that the cars would have to be stripped and would not be worth that much once it's done and paying labor cost.

Commissioner Friend commented it just the neighborly thing to do.

Commissioner Barnes said it would be great for the school board and is just a good neighborly thing to do for our school system.

Robert Beck  commented he agree  with Commissioner Barnes that this was a very neighborly jester.

Helen Jorawski commented about the millage rate. Roll back some taxes that are applied to citizens utilities bills in lieu of the millage rate.

On Vote:      Friend         aye
              Barnes         aye

**79**

City Commission Meeting Minutes August 22, 2017
Page 8

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | nay | |
| Anderson | aye | Motion passed: 4-1 |

**Item#18A.  Approval of amended and restated least agreement for 817 Ohio Ave. with Roman Nations, M.D. of Nations's Best Family Health Care, PLLC for three years.**  This item was moved from the consent agenda to Item #18A.  Commissioner Russell stated his concerns about rate of which we are allowing Dr. Nations to lease the building.  He stated that most medical offices are leased at $16 per square feet for the first floor and feels this lease amount should be higher to meet the going rate of medical facilities.  He also was concerned about the City being in the landlord business and should not be.

The City Attorney gave history on how the building was leased out.  Bay medical gave the building to the City.

Commissioner Russell stated the building could be used by the City or we could sell it.

City Manager said if he does vacate, he would love to utilize it for the City for office space. But he could go back and n

Commissioner Friend:  To table the discussion and have the City Manager renegotiate and or bring back to the Commission options once he has met with Dr. Nations.  We will lease on a month-to-month until then.
Second to the motion:  Commissioner Russell.

| On Vote: | | | |
|---|---|---|---|
| | Friend | aye | |
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #19.   Public Comments:**

Robert Beck thank the Mayor for doing her homework and asks the Commission to revisit golf carts on the Bailey Bridge.

Commissioner Russell stated he was one of the biggest proponents of golf carts being in the City, but he has been consistent in his reasoning for not allowing golf carts on the bridge; it is strictly for safety reasons.  He does not want someone to get hurt.

Fred Strickland stated that no one has come up with a concrete safety reasons in regards to golf carts on the bridge.  All quotes in the News Herald were "I think" or "I feel"

Robert Gutknecht stated several items he has issues: Ordinance protection of squirrels, Occupational licenses in the municipal code and requested a workshop on occupational licenses for municipal code.  He is not in favor of stop signs as a speed control device.

Commissioner Friend said he would ask Mr. White to look into the licenses.

Vickie Cook spoke about bicycles being a bigger hazard than golf carts on the Bailey Bridge.

Bob Gardner explained his concerns about the Commission denying golf carts on bridge and question if a citizen was on the Bailey Bridge would he be breaking the law?

Rob Jackson stated you could be cited for something for having a golf cart on the bridge.

Jeri Deal asked Commissioners to speak up and say the reasons why they won't allow golf carts on the bridge.

Commissioner Russell restated his reason is strictly safety reasons.

80

**City Commission Meeting Minutes August 22, 2017**
**Page 9**

Commissioner Friend said he just could not support it.

Fred Strickland asked that the Commission state their safety concerns.  He feels he has a right to access the bridge just like anyone else.

Robert Beck asked would the crossover bridge at Mowat Middle School still be available?

Mayor Anderson stated it will be moved to the other side of Mowat Ave.

**Item #22.    Adjourned:**   There was no further business to discuss and the meeting was adjourned at 7:35 P.M.

**APPROVED THIS** _____13th_____ **DAY OF** ___September___ **2017.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

81

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### *NOTICE*

**CITY COMMISSION MEETING**
**TUESDAY, AUGUST 8, 2017 – 4:00 P.M.**
**THE PUBLIC IS INVITED TO ATTEND**

**AGENDA**

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
   A. Lion's Club donation to City's Police & Fire Departments
   B. Brokerage Services RFQ for Health, Dental and Life has been sent out. Advertisement will begin Sunday, Aug. 6 in the News Herald and it will be placed on our website.
   C. Working with a consultant to improve the Employee Policy Manual to present before the Commission for approval.
   D. The traffic calming policy review is underway.
   E. The golf cart crossing study has been initiated.
6. City Attorney's Report

   **PUBLIC HEARING OPENED:** (state time)
7. Large Scale Future Land Use Map Amendment (ESR-17-2)
   Transmittal – Ordinance #1037 Final Reading
   **PUBLIC HEARING CLOSED** (state time) (no action until Item #13)

   **PUBLIC HEARING OPENED:** (state time)
8. Small Scale Plan Amendment (SSA-17-2)
   Transmittal – Ordinance #1038 Final Reading
   **PUBLIC HEARING CLOSED** (state time) (no action until Item #14)

   **PUBLIC HEARING OPENED:** (state time)
9. Small Scale Plan Amendment (SSA-17-3)
   Transmittal – Ordinance #1039 Final Reading
   **PUBLIC HEARING CLOSED** (state time) (no action until Item #15)

**CONSENT AGENDA:**

10. Minutes: 7/25/2017 – Regular Meeting, 8/1/2017 – Special Commission Meeting.

82

11. Approval of Tetra Tech, Inc., as the Disaster Debris Monitoring firm for the City.
12. Approval of BCL Civil Contractors, Inc. to perform work on A.L. Kinsaul Shoreline Stabilization Grant Project.

**\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**

13. Second reading of Ordinance #1037, a proposed Large Scale Future Land Use Map Amendment ((ESR-17-2) for Andrews Plantation via the required State Review Process.
14. Second reading of Ordinance #1038, a request for a Small Scale Future Land Use Map Amendment (SSA-17-2) by Mr. Jerry Jimmerson, for the west half of 1002 Florida Ave., and 101 New York Ave.
15. Second reading of Ordinance #1039, a request for a Small Scale Future Land Use Map Amendment (SSA-17-3) from FLA I Trustee Inc., Carolyn S. Anderson & Eddie Mary Brown; for three parcels comprised of approximately 1.41 acres, located at 1317 Ohio Ave, 1304 Pennsylvania Ave. and 1308 Pennsylvania Ave.
16. Second reading of Ordinance #1040 proposing to formally adopt referenced to background screenings policy in the Lynn Haven Code of Ordinances for all vendors, volunteers, coaches, referees, umpires providing services at City parks, while permitting revision to the policy. **(Action Required)**
17. Second reading of Ordinance #1041 regarding the abandonment portion of Railroad Avenue right way between 13th and 14th Street. **(Action Required)**
18. Approval and possible discussion of Task Order #1 and Design Build contract for the Half Cents Sales Tax Infrastructure Project.

**NEW BUSINESS:**
19. First reading of Ordinance #1042 amending section 2.02.01., 2.02.05 and 4.07.01 of the City's Unified Land Development Code, appendix C of the City's Code of Ordinances; extending the scope of the corridor overlay standards; repealing all ordinances in confliction; providing for codification; and providing an immediately effective date. **(No Action Required)**
20. First reading of Ordinance #1043 contracting from the municipal limits of the city of Lynn Haven, Florida, a certain parcel of land lying along Kirkwell Avenue (parcel 11571-063-000) as more particularly described herein; amending the boundaries of the city to exclude said land, repealing all ordinances or parts of ordinances in conflict herewith, and reciting an effective date **(No Action Required)**
21. Public Commentary
22. Adjourn

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

City Commission Meeting Minutes August 8, 2017
Page 1

There was no workshop scheduled.

## CITY COMMISSION MEETING MINUTES
## TUESDAY, AUGUST 8, 2017 – 4:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner,
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order and Chris Dye from the Arc of the Bay gave the Invocation and led in The Pledge of Allegiance.

**Item #3.  Mayor's Report:**  The Mayor mentioned that Ron Sharpe Executive Director, from the Arc of the Bay and his clients from the Arc of the Bay will be in the coming meetings to help lead in prayer and the pledge.  Several conference calls for the Fuel Depot property closing is set for August 23.  She recognized Jerry Smithwick and Jim Slonia for their work. This will be a great celebration for the citizens of Lynn Haven.  The Mayor has had several calls in regards to the traffic calming policy. She was the guest speaker at a Church group whose theme was the "Influence of Strong Women." Mayor Anderson read a letter from her neighbor Fred Strickland who was requesting to use his electric golf cart to travel over the Bailey Bridge. Mayor gave the Commission information from ADA and asked that the Commission take action on Fred Strickland's request to drive his electric golf cart across Bailey Bridge.  She asked if the Commission does not give Mr. Strickland access to the bridge that the Commission give reasons as to why Mr. Strickland can't have access, but that the Commission should take action one way or the other.
Commissioner Barnes said he would like to hear the City's Attorney opinion on this issue.
City Attorney said there are no strict rules that you must allow golf carts on the bridge.  But we can and should accommodate the people with disabilities unless it is a safety issues, which ADA give five reasons.   One of the big issues is safety.  Previously our Commission has not allowed golf carts to travel over the bridge.
Commissioner Barnes asked that we take the emotions out of the decision and look at the safety issues.  He stated we would open up a Pandora's Box if we allow this request.
City Attorney stated if you open it up to people with disabilities that some type of criteria is needed.

> Motion by Commissioner Barnes:  Base upon the information we heard from the City Attorney, that we do not allow golf carts on Bailey Bridge and that the City Attorney draft a letter to Mr. Fred Strickland stating the reasons why.
> Second to the motion:  Commissioner Russell.

The Commission was concerned about safety and liability of allowing the golf cart to travel on Bailey Bridge.
Commissioner Friend agreed he has safety concerns and stated the Commission has said in the past specifically there would not be any golf carts on the bridge.  He suggested that this

84

City Commission Meeting Minutes August 8, 2017
Page 2

item be placed on the next Commission meeting agenda and advertise so that other people can share their opinions.

Mayor Anderson stated there are other safety concerns on the bridge. The City is liable for many things. The City should have equal access to the bridge for all citizens. She stated the City allows bow fishing on the bridge. Which is more dangerous? bow fishing? or driving a golf cart? She explained that the only way Mr. Strickland can travel outside is if he is in his golf cart.

Commissioner Friend stated we have wheelchair ramps on both sides. Would we have to renovate these areas just for golf cart? He felt this might come back to bite the City if golf carts are allowed, since the Commission has stated in the pass that no golf carts are allowed.

Mayor Anderson corrected Commissioner Friend stating that the City never voted to not allow golf carts on the bridge, we just said that we should not allow them.

Janet Walker asked for clarification on how Mr. Strickland will be traveling on the golf cart to get to the bridge.

Mayor Anderson explained that friends helped Mr. Strickland load his golf cart on trailer. So he would not be crossing Hwy. 77.

Mr. Fred Strickland said he understood the Commission concerns about safety. But he wanted to know specific safety reasons. He suggested having a designated area and wanted to know what are the safety concerns from the Commission.

Commissioner Russell stated again that his concerns are strictly for safety reasons, one being that it is a pedestrian bridge, many citizens have approach him and asked that he not allow golf carts on the bridge citizens were concerned that someone could easily be hit or ran over.

Mr. Strickland said the State of Florida does not see it as a safety issue and he does not agree.

Rob Gardner stated he and Mr. Strickland are ADA. He suggested giving a key to them so that they can ingress and digress across the bridge.

Commissioner Russell pointed out that Mr. Gardner and Mr. Strickland have two separate issues.

| On Vote: | Barnes | aye | |
| | Tinder | nay | |
| | Russell | aye | |
| | Friend | nay | |
| | Anderson | nay | Motion failed: 2-3 |

Motion by Commissioner Friend: To put on the next Commission meeting agenda to discuss ADA compliant motorized vehicles on the Bailey Bridge. Second to the Motion: Commissioner Tinder.

Commissioner Friend questioned whether the sidewalk was 8ft or 12ft. It was confirmed 8 ft. He also said he wanted to allow the public to be able to speak on this issue.

| On Vote: | Friend | aye | |
| | Tinder | ye | |
| | Russell | nay | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 3-2 |

85

City Commission Meeting Minutes August 8, 2017
Page 3

**Item #4.  Commissioner's Report:**
Commissioner Russell none report.
Commissioner Tinder stated she learned that all money donated to the Lynn Haven Animal Shelter goes into the general fund and not directly to the shelter.  Walmart donates the entire dog and cat food supplies.  If people want to make donations they can give the shelter gift cards.  She said that 904 Michigan is having drainage issues, it backs up to the Senior Center, she requested that the City bring in dirt and the resident would spread it.  She is looking into overtime for the City's First Responders and will move on to other departments.
Commissioner Barnes reminded the citizens about the Lynn Haven Shred Event, August 12th at Cain Griffin Park and that schools starts next week for some and asked residents to be careful at school crossings.
Commissioner Friend and others was a part of a check presentation to Brock's Pest Control to for the "Stay in Lynn Haven,"  he also attended the TPO meeting and met with some department heads at the City on the 17/18 budget.  He also thanked the Commission for taking the extra time to meet about the Fuel Depot.

**Item #5.  City Manager's Report:**  Mr. White recognized Lion's Club's member Jim Wolfe.  Mr. Wolfe presented $7000 checks each, to the City's Police & Fire Departments to purchase new ballistic vests.
The City Manager reported that the Brokerage Services RFQ for Health, Dental and Life has been sent out.  Advertisement will begin Sunday, Aug. 6 in the News Herald and it will be placed on the City's website.  He has been working with a consultant to improve the Employee Policy Manual to present before the Commission for approval.   The traffic calming policy review is underway.  Lastly, The City is looking to Panhandle Engineering to handle the golf cart crossing study has been initiated.

**Item #6.  City Attorney's Report:**  The City Attorney gave an update to the Commission on the Fuel Depot transaction. He stated we have not closed yet, but there are signed contracts.  All of the money is in the bank; they are waiting for signed documents from the US Air Force and other entities.  He is hoping to close Thursday or Friday and have all of the deeds transferred.  One request by the developer was that he be allowed to submit his application the day of closing.  They want to take a good look at the development agreement before it comes back to the City.  The developer wanted to waive that contract requirement and bring the development agreement within ninety (90 days).

> Motion by Commissioner Friend:  To waive the development agreement signage for up to within ninety (90) days.
> Second to the motion:  Commissioner Russell.

Commissioner Friend wanted confirmation that it would come back before the Commission for approval.
City Attorney said yes.  It is a statutory requirement.

On Vote:  
|          |     |                   |
|----------|-----|-------------------|
| Friend   | aye |                   |
| Barnes   | aye |                   |
| Russell  | aye |                   |
| Tinder   | aye |                   |
| Anderson | aye | Motion passed:  5-0 |

86

City Commission Meeting Minutes August 8, 2017
Page 4

**Item #7.  Public Hearing:** Mayor Anderson opened the public hearing at 4:35 PM for the Large Scale Future Land Use Map Amendment (ESR-17-2) Transmittal – Ordinance #1037. City Planner Amanda Richard explained the amendment and pointed out the locations on the maps provided. There was no discussion from the public.
Mayor Anderson closed the public hearing closed at 4:39 PM.

**Item #8.  Public Hearing:** Mayor Anderson opened public hearing opened at 4:39 PM for the Small Scale Plan Amendment (SSA-17-2) Transmittal – Ordinance #1038.  City Planner, Amanda Richard explained the amendment and pointed out the locations on the maps provided.  There was no discussion from the public.
Mayor Anderson closed the public hearing at 4:45 PM**.**

**Item #9.  Public Hearing:** Mayor Anderson opened the public hearing at 4:45 PM for the Small Scale Plan Amendment (SSA-17-3). Transmittal – Ordinance #1039. City Planner, Amanda Richard explained the amendment and pointed out the locations on the maps provided.  Commissioner Tinder asked the City Planner to point out the location.
Commissioner Friend commented it becomes confusing with mixed use land.
Commissioner Russell inquired about the advertisement.  The City Planner verified that advertisement had been done.
Mayor Anderson closed the public hearing at 4:49 PM.

**CONSENT AGENDA:**
**Item #10.    Minutes:   7/25/2017 – Regular Meeting, 8/1/2017 – Special Commission meeting.**

**Item # 11.  Approval of Tetra Tech, Inc., as the Disaster Debris Monitoring firm for the City.**

**Item # 12.   Approval of BCL Civil Contractors, Inc. to perform work on A.L. Kinsaul Shoreline Stabilization Grant Project.**    Commissioner Barnes asked that a correction be made on the 8-1-2017 minutes on Item #4. He was not present.
Commissioner Tinder wanted to know what is the Disaster Debris Monitoring for Tetra Tech firm.
City Manager explained that in case of a major disaster FEMA requires a monitoring firm for reimbursement purposes and because we do not have the manpower to handle a major natural disaster a monitoring firm is needed.

|  | Motion by Commissioner Friend:  To approve the consent agenda with the necessary corrections. |  |  |
|---|---|---|---|
|  | Second to the motion: Commissioner Barnes. |  |  |
| On Vote: | Friend | aye |  |
|  | Russell | aye |  |
|  | Barnes | aye |  |
|  | Tinder | aye |  |
|  | Anderson | aye | Motion passed:  5-0 |

87

City Commission Meeting Minutes August 8, 2017
Page 5

**OLD BUSINESS:**

**Item #13.  Second and final reading of Ordinance #1037, a proposed Large Scale Future Land Use Map Amendment for Andrews Plantation via the required State Review Process:** An ordinance of the City Commission for the City of Lynn Haven, Florida, amending the adopted comprehensive plan;  providing  for purpose and intent; providing for a title; amending the future land use map from Bay County R1 to City of Lynn Haven low density residential for a parcel of land (parcel no. 11573-050-000) located between County Road 389 and the Camryn's Crossing Subdivision, which is approximately 24.84 acres within the city as more accurately described within the body of the ordinance; providing for severability; providing for a copy on file; and providing for an effective date.

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:
| | | |
|---|---|---|
| Barnes | aye | |
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Anderson | aye | Motion passed:  5-0 |

**Item #14.  Second and final reading of Ordinance #1038, a request for a Small Scale Future Land Use Map Amendment by Mr. Jerry Jimmerson, for the west half of 1002 Florida Ave., and 1011 New York Ave:**   An Ordinance providing for the adoption pursuant to the chapter 163, Florida Statues, of land us change from low density resident to mixed use for an approximate 0.688 acres of property located at 1002 Florida Ave. and 1011 New York Ave., in the city of Lynn Haven, Bay County, Florida, Repealing all Ordinances in conflict herewith and providing and effective date.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Barnes.

Janet Walker pointed out that it should read 1011 New York Ave.

On Vote:
| | | |
|---|---|---|
| Friend | aye | |
| Barnes | aye | |
| Russell | nay | |
| Tinder | aye | |
| Anderson | aye | Motion passed:  4-1 |

**Item #15.  Second and Final reading of Ordinance #1039, a request for a Small Scale Future Land Use Map Amendment from FLA I Trustee Inc., Carolyn S. Anderson & Eddie Mary Brown; for three parcels comprised of approximately 1.41 acres, located at 1317 Ohio Ave, 1304 Pennsylvania Ave. and 1308 Pennsylvania Ave:** An Ordinance providing for the adoption of pursuant to Chapter 163, Florida Statues, of a land use change from mixed use to commercial for an approximate 1.41 acres of property located at 1317 Ohio Ave; 1304 Pennsylvania Ave; and 1308 Pennsylvania Ave., in the City of Lynn Haven, Bay County, Florida; Repealing all ordinances in conflict herewith and providing an effective date.

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

City Commission Meeting Minutes August 8, 2017
Page 6

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #16.  Second and final  Reading of Ordinance #1040 proposing to formally adopt referenced to background screenings policy in the Lynn Haven Code of Ordinances for all vendors, volunteers, coaches, referees, umpires providing services at City parks, while permitting revision to the policy:** an ordinance of the city of Lynn Haven, Florida, amending chapter 42 of the Lynn Haven Code of Ordinances regarding parks and recreation; formalizing an existing background screening requirement for all vendors, volunteers, and coaches providing services at city parks; adopting a background screening policy; providing for revisions to such policy by resolution; repealing all ordinances in conflict; and providing for an immediately effective date.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

Rich Walker wanted to know details of the process for who would get background check and who will be preforming the background checks?
Mayor Anderson Yes, and added this is something that will make the children safer. We have a company that will perform the background checks.  If a bad background check comes back that person will not be able to coach or volunteer

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #17. Second and final Reading of Ordinance 1041 regarding the abandonment portion of Railroad Avenue right way between 13th and 14th Street:**  an ordinance of the city of Lynn Haven, Florida, providing for the vacation and abandonment of a portion of the railroad avenue right of way located between thirteenth street and fourteenth street, as more particularly described herein; repealing all ordinances in conflict and providing for an immediately effective date.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion: Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Barnes | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #18.  Approval and possible discussion of Task Order #1 and Design/Build contract for the Half Cents Sales Tax Infrastructure Project:**  There were drawings presented and set up for the citizens to view.

89

**City Commission Meeting Minutes August 8, 2017**
Page 7

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

Positive comments from the Commissioners and Mayor Anderson about the project.  Good job for the City Engineer and the previous City Manager.
Commissioner Tinder had a questions about 6th Street. She stated this street has major infrastructure issues.
City Manager stated he will be looking at storm water and waste water as we go, but it is primarily paving 6th street.
Commissioner Russell stated it was his understanding that red roads that don't have pipes underneath the road which are water and sewer pipes.
Chris Forehand concurred.

On Vote:       Barnes          aye
               Russell         aye
               Tinder          aye
               Friend          aye
               Anderson        aye          Motion passed:  5-0

**NEW BUSINESS:**
**Item #19.      First reading of Ordinance #1042 amending section 2.02.01., 2.02.05 and 4.07.01 of the City's Unified Land Development Code:**  Appendix C of the City's Code of Ordinances; extending the scope of the corridor overlay standards; repealing all ordinances in confliction; providing for codification; and providing an immediately effective date.  This ordinance was read by the City Manager but no action was required.

**Item #20.      First reading of Ordinance #1043 contracting from the municipal limits of the city of Lynn Haven, Florida:**  A certain parcel of land lying along Kirkwell Avenue (parcel 11571-063-000) as more particularly described herein; amending the boundaries of the city to exclude said land, repealing all ordinances or parts of ordinances in conflict herewith, and reciting an effective date.  This ordinance was read by the City Manager but no action was required.

**Item #21.   Public Comments:**
Libby Tunnell stated her concerns about flooding problems in the Lynn Haven and stated something really needs to be done.
City Manager commented that he has asked for The Scope of Work to be prepared for a storm water Study from Panhandle Engineering.
Mayor stated the City Manager is taking some proactive measures on the storm water issues.
Brad Yount was also concerned about the storm water issues in Lynn Haven.
Arlene Harris also had issues about the storm water issues in Lynn Haven and wanted to know when the study would be finished.
City Manager stated he hoped that it will be in the upcoming budget. The Commission will need to approve it.  This study will take a large amount of money.
Arlene Harris asked about cleaning out ditches.
City Manager stated the Public Works department has been working hard to get this done, but the rain has held them up.
Rich Walker wanted to know are we paying attention to the City's alleyways?

**City Commission Meeting Minutes August 8, 2017**
**Page 8**

Mayor Anderson said yes, the City is trying to address issues in order of importance, which are the City's main streets.

Chris Forehand said it is according to where the importance of these issues fall.

Arlene Harris wanted an update on the contract with the City Manager.

Mayor Anderson said he is still working on a temporary contract and should have all details at the next Commission meeting.

**Item #22.   Adjourned:**  There was no further business to discuss and the meeting was adjourned at 5:21 P.M.

APPROVED THIS_____22nd_____ DAY OF ___August___ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

91

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

## AMENDED

### SPECIAL CITY COMMISSION MEETING
### TUESDAY, AUGUST 1, 2017 – 1:30 P.M.
### THE PUBLIC IS INVITED TO ATTEND

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor/Commission discussion and possible action on the Fuel Depot.
4. Set proposed millage rates for purposes of submission of Certificates of Taxable Value to the Property's Appraiser's Office pursuant to TRIM Act.
5. Public Commentary
6. Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

92

City Commission Meeting Minutes August 1, 2017
Page 1

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, August 1, 2017 – 1:30 P.M.

**Present:**   Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes Commissioner, Absent
Dan Russell, Commissioner,
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed led by Michael Ramerez, from The Arc of the Bay.

Mayor Anderson asked for a motion to excused Commissioner Barnes from the meeting due to illness in his family.

|  |  |  |  |
|---|---|---|---|
| | Motion by Commissioner Russell:  To approve as presented. | | |
| | Second to the motion:  Commissioner Friend. | | |
| On Vote: | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #3.  Mayor/Commission discussion and possible action on the Fuel Depot.:**  The City Manager read the resolution 2017-07-689.  A resolution of the city of Lynn Haven, Florida amending the purchase agreement with Marina Island, LLC ("Marina Island") for the sale of the Lynn Haven fuel depot in Resolution 2017-07-688; revising the windfall agreement language in the purchase agreement and development agreement; adding additional properties to the development agreement; approving the revised purchase and sale agreement with marina island; approving the revised form of the development agreement with Marina Island; authorizing the Mayor to execute the conveyance agreement, the revised purchase and sale agreement, the easement agreement, and other closing documents and providing an effective date

Mayor Anderson asked for a motion for the purpose of discussion only for resolution 2017-07-689.

|  |
|---|
| Motion by Commissioner Tinder:  To discuss Resolution 2017-07-689. |
| Second to the motion:  Commissioner Friend. |

The Mayor opened the item up for discussion.
Commissioner Tinder asked what has been changed.
City Attorney stated that Resolution 2017-07-688 was approved at the last Commission meeting.  The Windfall language in the purchase agreement.  The Mayor was given authority to make non-material changes. This basically is about the changes in the Windfall agreement.  The windfall is in both the development and purchase agreement.  Windfall changes were simplified in the one sheeter that was given to the Commissioners.  There are concerns with the new primary partner;   The primary partner's change will not be able to

93

**City Commission Meeting Minutes August 1, 2017**
**Page 2**

transfer property to another company and secondly the sale of the unapproved parcel C section for future development change. Any parcel that is unapproved and sold, it would be excluded for accumulative sales. Two big changes are: The affiliated company change and the future development changes.

Questions:
Commissioner Russell asked is there no definition of relationship? When was the contract originally setup?
City Attorney responded 2008 by Tyndall Air Force Base. Bluewater and Marina were not the original bidders.
Commissioner Friend stated that the unapproved parcel substantial development is not defined. No site construction definition included, or if you can put in parking lots, it is pretty vague, this means the Windfall goes away.
City Attorney said that is correct.
Commissioner Friend stated that the Windfall is there to protect the citizens of Lynn Haven. This is too important to make sudden changes of this windfall. We need to be thinking about the citizens of Lynn Haven. No way he will support a last minute Windfall changes. Property is worth much more than $2.4 million.
Mayor Anderson stated that AFB may not be able to negotiate again.
Commissioner Friend asked the City Manager to draft a letter to TAFB that we plan on closing. He was concerned it would go back to GSA.
Mayor Anderson asked if Commissioner Friend was suggesting that the City purchase this property. She stated Lynn Haven cannot afford to buy this property and that it has been 10 years and we don't want the City holding the bag.
Commissioner Friend: There are other developers standing by. A lot has change in two years. I think we can find another developer if that were the case. He stated he would like to see Lynn Haven entertain purchasing the property.
Commissioner Russell agreed with Commissioner Friend about the City purchasing the property.
Mayor Anderson said Lynn Haven is not in the real estate business. The City cannot afford. We just have to keep an open mind. There is no guarantee that we would find a buyer.
Commissioner Friend answered the Mayor by saying if you look back in his previous comments he stated the same concerns. He commented that we have had so many changes that I think the City can own the property and secure and keep it from going to GSA.
Commissioner Russell said it is taxable property and I totally agreed with Commissioner Friend.

Mayor Anderson then opened the discussion up to the public.

Rich Walker stated no one wants the property. It was and still is contaminated. People of Lynn Haven were told many things. 950 acres have been parceled off since we begin this process. The tax payers will have to pay for this. His concerned was Lynn Haven heritage Society was promised something in the contract and it is not there. It has been removed. I agree with Commissioner Friend on his comments. Commissioner Friend is correct to protect the citizens of this town. Mr. Walker was concerned about changes from original contract and that there are parts missing.
James Finch commented the City will receive less money with this deal and that the developers have made this deal with no money. He stated the City has several thousand

94

**City Commission Meeting Minutes August 1, 2017**
Page 3

dollars in this deal. City has been overlook and needs to decide something between escrow and closing. City need to decide what to do.

Chris Hine, Bluewater Development stated the money is in the bank and that he understands the frustration and that it has been a long process. He said they have had to deal with many entities, state laws etc., but he is excited about going forward and he is the only one who has put his money where his mouth is. They are very interested to make this the best project. He did request the language change with the Windfall agreement be accepted and allow them to bring in other participators in the developers arena. Mr. Hines asked for questions.

Commissioner Tinder said she loves the property and appreciate the frustration from a couple of the Commissioners. The person making the changes is not Mr. Hines is this correct? Has this person put in money?

Mr. Hines response was yes to both questions.

Mr. Hines stated because of the developers are of Jewish faith, today is a holiday and could not be here.

Mayor Anderson asked why wouldn't the escrow money not be in the bank?

Mr. Hines stated the money is in the bank now and yes it would be there. They have spent close to $500k on this project in cost. The buyer is also paying all closing cost and other expense associated with this project and working with the Air Force for environmental cleaning.

Commissioner Tinder asked if they are ready to close Aug. 3, 2017 what if it goes into escrow?

Mr. Hines said the money is non-refundable. He also said they did not want to get in a dilemma with the City. The Windfall language is legitimate for discouraging us from doing a land flip.

Commissioner Tinder asked won't the City of Lynn Haven still have control over the property?

Mayor Anderson responded it is subject to the ordinances.

City Attorney said we have $100k in escrow right now.

Commissioner Russell reminded everyone that that money is going to Tyndall AFB.

Commissioner Friend stated we have spent $100k in Escrow. He stated he wanted to make sure that the developers fully funds this deal at $2.5 million

Mayor Anderson stated this deal will be good for the City of Lynn Haven. If the deal closes it becomes taxable for the City.

Mr. Hine agreed. He explained some of the benefits of closing this deal. This could translate in about a half million in taxes per year.

Mr. Finch asked did the City have a signed contract on the incentives? If not, there is no deal. The money is in the developer's pockets. He stated his concerns that the developers won't keep their word.

Mayor Anderson stated yes.

City Attorney said we don't have a signed contract.

Rich Walker was concerned about the change of owners.

Commissioner Friend Aug. 3, is my understanding they will have $100k escrow.

City Attorney said that is incorrect they will have the full funding on the Aug. 3.

Mayor responded that all documents including from all of the parties came to the City Attorney so that we can close.

Commissioner Friend stated the City is prepared to act quickly if this does not pass. City needs to be prepared if we don't close or the resolution does not pass today.

95

**City Commission Meeting Minutes August 1, 2017**
**Page 4**

City Attorney clarified that the approved Resolution 2017-07-688 that approved the contract and the deal with the TAFB is still going to be the authority granted to the Mayor and the City Manager.  If there is an intention to revoke that authority it needs to be done today.

Commissioner Russell asked if we take no action today they can execute the original contract in Resolution 2017-07-688?  This is what he would like to see happen.

City Attorney agreed with his comments.

Commissioner Friend said he thought we at least needed a plan B.

Mayor Anderson said we take no action and it falls in the lap for the developers to go forward.  If the money is placed in escrow as plan we will need to meet and take action.

Mayor Anderson asked for a motion to pass resolution 2017-07-689.

> Motion failed due to no response and the resolution failed.

> Motion by Commissioner Friend:  On Aug. 3 if the current developers do not close and fund the escrow, the Commission will call a special Commission meeting to discuss options to include notifying Tyndall that we intend have this special meeting with the opportunity to close.
> Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Russell | aye | |
| Anderson | aye | Motion passed: 4-0 |

**Item #4.   Set proposed millage rates for purposes of submission of Certificates of Taxable Value to the Property's Appraiser's Office pursuant to TRIM Act:**

Commissioner Friend do we have enough time to look at a rollback?

City Manager said we set it at 3.9 and between now and budget time we can look at a rollback.

> Motion by Commissioner Friend:  To keep millage rate at 3.9.
> Second to the motion:  Commissioner Russell.

Rich Walker stated that this is an increase in taxes, going back to the half cents sales tax which said taxes would not be raise.  Panama City reduced their taxes.  Why can't we do this?

Mayor Anderson explained there will be an opportunity to make some adjustment to the millage rates.

Commissioner Russell for the record stated the Citizens of Bay County voted to raise the taxes.

Rich Walker commented yes Bay County did vote this in and yes it is a tax increase.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Friend | aye | |
| Barnes | aye | |
| Anderson | aye | Motion passed: 4-0 |

**City Commission Meeting Minutes August 1, 2017**
**Page 5**

Mayor Anderson recognized former Mayor Walter Kelly for being at the meeting today.

City Attorney asked the Commission if the Commission would consider extending the negotiations for the City Manager's contract back until August 23, 2017 with the option to approve at August 8 or 22 Commission meeting  he stated the City Manager would continue to work on a temporary contract.

|  | Motion by Commissioner Friend:  To approve as presented. | | |
|---|---|---|---|
|  | Second to the motion:  Commissioner Russell. | | |
| On Vote: | Russell | aye | |
|  | Tinder | aye | |
|  | Friend | aye | |
|  | Anderson | aye | Motion passed:  4-0 |

**Item #5.    Public Commentary:  None**

**Item #6.        Adjourned:**   There was no further business to discuss and the meeting was adjourned at 2:30 P.M.

APPROVED THIS_____8th_____DAY OF __August__ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

97

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

## NOTICE

*The Lynn Haven City Commission will hold a Single Issue Workshop on Tuesday, July 25, 2017 at 5:00 p.m. in The Chambers, 108 E. 9th Street. The purpose of the meeting will be to discuss the old traffic calming policy. The gifts policy for handling gifts, contributions, donations or honoraria given to the City will also be discussed. The public is invited to attend.*

## CITY COMMISSION MEETING
### TUESDAY, JULY 25, 2017 – 6:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND.

## AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
   - A. Recognition:   The Arc of the Bay for "Adopt a Highway" signs located at 18th & Carolina to Hwy 390 and 19th & Caroline to Maine Ave.
   - B. Proclamation:   27th Anniversary of the American Disabilities Act.
   - C. Proclamation:   Ceremoniously renaming of 17th Street east of Hwy. 77 to Minnesota Ave. in honor of Julious "Doc" Smith.
4. Commissioner's Report
5. City Manager's Report
   - A. Recognition of June's Employee of the Month
6. City Attorney's Report

**CONSENT AGENDA:**

7. Minutes:          7/11/2017 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS: None**

**NEW BUSINESS:**
8. First reading of Ordinance #1037, a proposed Large Scale Future Land Use Map Amendment for Andrews Plantation via the required State Review Process. **(No Action Required)**

9.  First reading of Ordinance #1038, a request for a Small Scale Future Land Use Map Amendment by Mr. Jerry Jimmerson, for the west half of 1002 Florida Ave., and 101 New York Ave. **(No Action Required)**

10. First reading of Ordinance #1039, a request for a Small Scale Future Land Use Map Amendment from FLA I Trustee Inc., Carolyn S. Anderson & Eddie Mary Brown; for three parcels comprised of approximately 1.41 acres, located at 1317 Ohio Ave, 1304 Pennsylvania Ave. and 1308 Pennsylvania Ave. **(No Action Required).**

11. First Reading of Ordinance #1040 proposing to formally adopt referenced to background screenings policy in the Lynn Haven Code of Ordinances for all vendors, volunteers, coaches, referees, umpires providing services at City parks, while permitting revision to the policy. **(No Action Required)**

12. First Reading of Ordinance 1041 regarding the abandonment portion of Railroad Avenue right way between 13th and 14th Street. **(No Action Required)**

13. Resolution # 2017-07-688 authorizing the acquisition and subsequent sale of the Lynn Haven Fuel Depot property from the United State Airforce to Marina Island, LLC, including a draft development agreement and a perpetual easement for utilities and a Rails to Trails system on the former railroad corridor. **(Action Required)**

14. Discussion and possible action on the RFQ Half Cents Sales Tax of Qualified Proposers.

15. Public Commentary

16. Adjourn

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

**City Commission Meeting Minutes July 25, 2017**
**Page 1**

The Lynn Haven City Commission held a Single Issue Workshop on Tuesday, July 25, 2017 at 5:00 p.m. in The Chambers, 108 E. 9th Street.  The purpose of the meeting was to discuss the old traffic calming policy.  The gifts policy for handling gifts, contributions, donations or honoraria given to the City was also discussed.  The public was invited to attend.

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, July 25, 2017 – 6:00 P.M.**

</div>

**Present:**     Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner,
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation.  The Pledge of Allegiance followed.

**Item #3.  Mayor's Report:**  Recognition was given to The Arc of the Bay for "Adopt a Highway" signs located at 18th & Carolina to Hwy 390 and 19th & Carolina to Maine Ave.
A Proclamation was presented to Pamela Dorwarth, ADA Liaison in honor of the 27th Anniversary of the American Disabilities Act.  A Proclamation was also read ceremoniously renaming 17th Street east of Hwy. 77 to Minnesota Ave. in honor of Julious "Doc" Smith. She also stated she attended the event with Mr. Ron Sharpe, Executive Director in the renaming of the St. Andrew Bay Center to "The Arc of the Bay."  Paving projects are anticipated to make us have a better quality of life.  The Mayor also stated that they still looking at details on City Manager's contract and asked for a motion to extend negotiations on the contract for another two weeks to finalize the City Manager's contract.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Barnes.
On Vote:     Russell          aye
Tinder           aye
Friend           aye
Barnes           aye
Anderson       aye              Motion passed:  5-0

The Mayor also stated that she received a letter from a person who is disable who is asking for permission to take his electric Golf Cart over the Bailey Bridge, which is a utility vehicle.
Commissioner Barnes stated he would rather speak with the City's Attorney first.
Commissioner said he was concerned about safety issues.
Fred Strickland came up to speak and identified himself as the person requesting permission to use his golf cart on the Bailey Bridge.  He didn't feel it required the City Attorney's input.
Mayor stated it has to be an electric golf cart.
Mayor deferred to Ms. Dorwarth, ADA Liaison, but Ms. Dorwarth said she would need more information before she could give an opinion on this matter.

100

City Commission Meeting Minutes July 25, 2017
Page 2

**Item #4.  Commissioner's Report:**
Commissioner Russell Congratulated Mr. White and was happy with his performance thus far.
Commissioner Russell stated he attended several openings including the Southerland Events
Center grand opening.  He received a letter from Mrs. Bracy about flooding issues; he thinks it
time for the City of Lynn Haven to have a stormwater study.

Commissioner Tinder stated a resident contacted her about homes with a lot of trash out in
front of them, Code Enforcement went out and all trashed is cleaned up. Another resident
came to Commissioner Tinder's home concerned about the Bailey Bridge trash and
homelessness.  Leisure Services has been diligent in cleaning up the trash at Porter Park.  1514
Carolina Forehand gave advice about how to fix that problem.  1704 Carolina resident said
that the City came out and fixed a pipe that burst, the resident's sod was messed up in the
process.

Commissioner Barnes stated he met with Mr. White and welcomed him as the City Manager
and looked forward to working with him.

Commissioner Friend stated he was traveling with the TPO down south so he missed the
events.  He gained very encouraging information for the City and look forward to working
with Mr. White.

**Item #5.  City Manager's Report:** Mr. White recognized June's Employee of the Month
Mike Brown, Code Enforcement.

**Item #6.  City Attorney's Report:** Expansion of 390.  FDOT has a lawsuit for the property.
When this happens, the City is named as part of the lawsuit.  FDOT asked  if he could be the
service process on behalf of the City.

|          | Motion by Commissioner Friend:  To approve the City Attorney as the FDOT service process representative for the City. | | |
|----------|-----------|-----|--------------------|
|          | Second to the motion:  Commissioner Barnes. | | |
| On Vote: | Friend    | aye |                    |
|          | Tinder    | aye |                    |
|          | Friend    | aye |                    |
|          | Barnes    | aye |                    |
|          | Anderson  | aye | Motion passed:  5-0 |

**CONSENT AGENDA:**
**Item #7.  Minutes:**     7/11/2017 – Regular Meeting

|          | Motion by Commissioner Friend:  To approve as presented. | | |
|----------|-----------|-----|--------------------|
|          | Second to the motion:  Commissioner Barnes. | | |
| On Vote: | Friend    | aye |                    |
|          | Tinder    | aye |                    |
|          | Friend    | aye |                    |
|          | Barnes    | aye |                    |
|          | Anderson  | aye | Motion passed:  5-0 |

**OLD BUSINESS:  None**

**NEW BUSINESS:**

101

City Commission Meeting Minutes July 25, 2017
Page 3

**Item #8.  First reading of Ordinance #1037, a proposed Large Scale Future Land Use Map Amendment for Andrews Plantation via the required State Review Process:** An ordinance of the City Commission for the City of Lynn Haven, Florida, amending the adopted comprehensive plan; providing for purpose and intent; providing   for a title; amending the future land use map from Bay County R1 to City of Lynn Haven low density residential for a parcel of land (parcel no. 11573-050-000) located between County Road 389 and the Camryn's Crossing Subdivision, which is approximately 24.84 acres within the city as more accurately described within the body of the ordinance; providing for severability; providing for a copy on file; and providing for an effective date. **(No Action was required)**

**Item #9.  First reading of Ordinance #1038, a request for a Small Scale Future Land Use Map Amendment by Mr. Jerry Jimmerson, for the west half of 1002 Florida Ave., and 101 New York Ave:**  An Ordinance providing for the adoption pursuant to the chapter 163, Florida Statues, of land us change from low density resident to mixed use for an approximate 0.688 acres of property located at 1002 Florida Ave. and 1011 New York Ave., in the city of Lynn Haven, Bay County, Florida, Repealing all Ordinances in conflict herewith and providing and effective date.  **(No Action was required)**

**Item #10.  First reading of Ordinance #1039, a request for a Small Scale Future Land Use Map Amendment from FLA I Trustee Inc., Carolyn S. Anderson & Eddie Mary Brown; for three parcels comprised of approximately 1.41 acres, located at 1317 Ohio Ave, 1304 Pennsylvania Ave. and 1308 Pennsylvania Ave:**  An Ordinance providing for the adoption of pursuant to Chapter 163, Florida Statues, of a land use change from mixed use to commercial for an approximate 1.41 acres of property located at 1317 Ohio Ave; 1304 Pennsylvania Ave; and 1308 Pennsylvania Ave., in the City of Lynn Haven, Bay County, Florida; Repealing all ordinances in conflict herewith and providing an effective date.  **(No action was required)**

**Item #11.  First Reading of Ordinance #1040 proposing to formally adopt referenced to background screenings policy in the Lynn Haven Code of Ordinances for all vendors, volunteers, coaches, referees, umpires providing services at City parks, while permitting revision to the policy:**  an ordinance of the city of Lynn Haven, Florida, amending chapter 42 of the Lynn Haven Code of Ordinances regarding parks and recreation; formalizing an existing background screening requirement for all vendors, volunteers, and coaches providing services at city parks; adopting a background screening policy; providing for revisions to such policy by resolution; repealing all ordinances in conflict; and providing for an immediately effective date.  **(No action was required)**
Commissioner Tinder asked for Clarification on this Ordinance.  Amanda Richards explained.

**Item #12.  First Reading of Ordinance 1041 regarding the abandonment portion of Railroad Avenue right way between 13th and 14th Street:**  an ordinance of the city of Lynn Haven, Florida, providing for the vacation and abandonment of a portion of the railroad avenue right of way located between thirteenth street and fourteenth street, as more particularly described herein; repealing all ordinances in conflict and providing for an immediately effective date.  **(No action was required)**

City Commission Meeting Minutes July 25, 2017
Page 4

**Item #13.   Resolution # 2017-07-688 authorizing the acquisition and subsequent sale of the Lynn Haven Fuel Depot property from the United State Airforce to Marina Island, LLC, including a draft development agreement and a perpetual easement for utilities and Rails to Trails system on the former railroad corridor:**  A resolution of the City of Lynn haven, Florida authorizing the acquisition and subsequent sale of the Lynn Haven Fuel Depot from the United States Air Force ("USAF") to Marina Island, LLC ("marina island"); approving the conveyance agreement for the sale of the fuel depot from the USAF; approving the purchase and sale  agreement with Marina  Island;  approving the form of the development agreement with marina island; approving the easement agreement with Marina Island for the Fuel Depot Railroad right of way; authorizing the Mayor to execute the conveyance agreement, purchase and sale agreement, easement agreement, and other closing documents and providing an effective date.

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion: Commissioner Friend.

City Attorney commented on the document summary about the Windfall agreement and some language change in the Windfall agreement.
Chris Hines with Bluewater Development stated that additional information to be added under the development agreement stating that they own 81 acres adjacent.
City Attorney stated that additional is in form and can be changed once it comes back to the Commission before it closes.
Commissioner Russell asked what is the issue with the Windfall agreement?
City Attorney stated basically an anti-flipping agreement.  This partner seems much more engage and thinks that this will impact their ability to develop or sale if this condition stays in agreement.
Commissioner Russell asked do we have any timeframes?
City Attorney said in the development agreement it states they have to have some kind of development every six months.  City Manager and Mayor still need to resolves some of these issues.  He suggested that the motion be amended.

> Motion Amended by Commissioner Russell:  To approve resolution 201-07-688 to include additional language to the Windfall agreement that will be non-material changes to agreement.
> Second to the motion: Commissioner Tinder.

Commissioner Friend stated he was concerned about the changes and wanted to see the changes before the Mayor and City Manager move forward.
Mayor Anderson asked if the Commission would be willing to meet in a Special Meeting if there are significant changes to approve.
All Commissioners said yes.
City Attorney explained the sale.  Any vacant parcels that are sold the City would get a net profit.

> Commissioner Russell withdrew all previous motions.

> Motion by Commissioner Russell: To pass Resolution 201-07-688.
> Second to the motion: Commissioner Friend.

103

**City Commission Meeting Minutes July 25, 2017**
**Page 5**

Chris Hines reminded the Commission that the funding on this project is scheduled for Aug. 3, 2017.

Commissioner Russell stated if the agreement falls through, the City needs to buy the property.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Barnes | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #14.   Discussion and possible action on the RFQ Half Cents Sales Tax of Qualified Proposer:**   Mayor read the letter from the City Manager that explained the process.  This project will have two task orders.  The first task order to negotiate is the authorization to negotiate a fee for the 60% design phase and preparation of a Guaranteed Maximum Price (GMP) not-to-exceed upon successful execution of the initial task order.  The second task order will be to complete the design and construct of the project with the GPM.  If the City cannot agree to proceed to the GPM, the City reserves the right to forego the execution of the second task order.  At this point, the City will take ownership of the 60% design documents and will reserve the right to use the design at a future date.  It is staff's recommendation that you take action to proceed and grant the City Manager authority to negotiate the first task order.  The second task order will be brought back to the Commission later for approval.  The two proposers were C.W. Roberts/BCC Engineering and Phoenix Construction/Panhandle Engineering and the Commission was asked to ranked them.

> Motion by Commissioner Barnes:   To rank Phoenix Construction /Panhandle Engineering #1 and C.W. Roberts/BCC Engineering #2.
> Second to the motion: Commissioner Friend.

Commissioner Tinder asked how long is the warranty on this project?
Ted Schoppe said typically warranties run about a year.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #15.    Public Commentary:** Leon Miller asked would we advertised the Shred Event and how would we advertise it?

Commissioner Barnes stated we would advertise it in the paper, on the website and social media. He also asked commissioner Friend TPO, where do we stand on 390 77 to Hwy 231?

Commissioner Friend stated that they are trying to get funding for a study.   Ask that the Commission and others to go by and look at the lot on Minnesota and 17th and see if they can put a house there.

104

**City Commission Meeting Minutes July 25, 2017**
**Page 6**

**Item #16.        Adjourned:**    There was no further business to discuss and the meeting was adjourned at 7:00 P.M.


APPROVED THIS_____8th_____DAY OF _August_ 2017.


_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

105

MARGO D. ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

*NOTICE*

*The Lynn Haven City Commission will hold a Single Issue Workshop on Tuesday, July 11, 2017 4:00 p.m. in The Chambers, 108 E. 9th Street. The purpose of the meeting will be to discuss the seven City Manager applicants that were interviewed on June 29, 2017. The public is invited to attend.*

**CITY COMMISSION MEETING**
**TUESDAY, JULY 11, 2017 – 5:00 P.M.**
**THE PUBLIC IS INVITED TO ATTEND.**

**AGENDA**

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
    A. Presentations (Chief Matt Reimer)
6. City Attorney's Report

**CONSENT AGENDA:**

7. Minutes:           6/27/2017 – Regular Meeting, 6-29-2017 – Special Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
8. Second reading of Ordinance 1036, Firefighters' Retirement System. (Action required)

**NEW BUSINESS:**
9. Discussion and possible action of appointment of Brandon Aldridge to Planning Commission Board.
10. Discussion and possible action on selecting a voting delegate to the 91st Annual Conference Florida League of Cities, Inc., August 17-19, 2017 in Orlando, Florida.
11. Discussion and possible action regarding setting aside a "Shred Event" day for Lynn Haven. (Commissioner Barnes)
12. Discussion and possible action of the top candidate for the City Manager position.
13. Public Commentary
14. Adjourn

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

107

**City Commission Meeting Minutes July 11, 2017**
**Page 1**

There was a single issue workshop held at 4:00 p.m. on Tuesday, July 11, 2017 in The Chambers @ 108 E. 8th Street.  The purpose of the workshop was to discuss the top candidates for the City Manager's position.  The public was invited.

### CITY COMMISSION MEETING MINUTES
### TUESDAY, July 11, 2017 – 5:00 P.M.

| | |
|---|---|
| **Present:** | Margo Deal Anderson, Mayor |
| | Rodney Friend, Mayor Pro Tem/Commissioner |
| | Antonius G. Barnes, Commissioner |
| | Dan Russell, Commissioner, by phone |
| | Judy Tinder, Commissioner |
| | Joel B. Schubert, City Manager |
| | Robert C. Jackson, City Attorney |
| | Officer Mike Williams |

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation.  The Pledge of Allegiance followed.

Mayor Anderson stated that a motion has to be made to allow Commissioner Russell to participate in the Commission meeting by phone.

> Motion by Commissioner Friend:  To allow Commissioner Russell to join the Commission meeting by phone.
> Second to the motion: Commissioner Barnes.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #3.  Mayor's Report:**  Mayor Anderson stated the July 4th parade was great.  She thanked Leisure Services staff, the Fire Chief and his staff, the Police Chief and his officers.  She congratulated Leisure Services on the ADA Access Mats at Porter Park.  She attended her first TPO meeting, great organization, will see some improvements in transportation for Lynn Haven and the County in the future.  She will also be attending an orientation on July 26, 2017.  She visited Secretary Phillip Gainer with City Manager and Chris Forehand.  Mayor Anderson referred to the map she handed to the residents in attendance.  She said the map gives an update as to where we are on our transportation projects.  She also gave updates on the paving and widening of 390.  The permitting process for a traffic signal at the foot of the Bailey Bridge it  may take up to 2 years to get this done.  We need a crossing for golf carts like the county.  She stated feedback from Lynn Haven residents about the stop signs were overwhelming, much of it was negative because the one stop sign that was installed was placed on 12th and Tennessee.  Residents were upset because more stop signs were not installed on some of the other streets in Lynn Haven.

> Motion by Commissioner Friend:  To hold a single issue workshop on the traffic calming policy to include stop sign issues on July 25, 2017 at 5:00 p.m.
> Second to the motion Commissioner Barnes.

**City Commission Meeting Minutes July 11, 2017**
**Page 2**

Commissioner Tinder asked to combine this workshop with the discussion on the gift policy for handling gifts, contributions, donations or honoraria given to the City again.

Commissioner Barnes stated this issue was address, but lacked the second to get it passed so the motion failed.

Commissioner Tinder stated that the issue was not discussed, but she would like for the Commission to discuss this topic a little further.

Mayor Anderson said she would not be opposed to Commissioner's Tinder request and deferred to the City Attorney for input.

City Attorney stated since it is a workshop and that nothing can be voted on, you can discuss other issues.

>Amended motion by Commissioner Friend: To have a single issue workshop to discuss traffic calming policy that we currently have in place, to include stop signs on July 25, 2017 prior to the Commission meeting and discussion of the gift policy for handling gifts, contributions, donations or honoraria given to the City.
>Amended second to the motion: Commissioner Barnes.

On Vote:    Russell      aye
            Tinder       aye
            Friend       aye
            Barnes       aye
            Anderson     aye          Motion passed: 5-0

Mayor Anderson stated that the workshop for discussion of traffic calming, stop sign placements and the handling of gifts is set for July 25, 207 at 5:00 p.m. and Commission meeting at 6:00 p.m.

**Item #4. Commissioner's Report:**
Commissioner Russell had no report.
Commissioner Tinder stated she visited 514 Carolina where the drain meets the ditch. Residents contacted regarding weeds growing in the ballpark along with several other resident concerns. The July 4th celebration wonderful! She received an email from a resident who said he had water at his door. Thanked Bobby Baker and staff for mowing the ditch the next day and fixing the stop sign on 26th and 389. She thanked code enforcement for resolving the problem on Pennsylvania Avenue.
Commissioner Barnes gave best wishes and a big thank you to Mr. Schubert for the outstanding work he has done for the citizens and City of Lynn Haven. He will be missed.
Commissioner Friend echoed the great job Mr. Schubert has done. Good news is he is not going very far. He attended his first TPO meeting with the Mayor and discussed several items about transportation. All his expenses are paid by the TPO and not the City of Lynn Haven. He also thanked The Lynn Ledger for continuing to spotlight the work in Lynn Haven.

**Item #5. City Manager's Report:** Mr. Schubert gave a brief update on the fuel depot development team. July 25th Commission meeting scheduled to approve signed documents and revised purchase and development agreement that will be fully funded August 3, including $100,000 non- refundable deposit. Closing is schedule between August 3-8 and the closing ceremony should be on August 23rd in which he will be back to attend. 813 Pennsylvania Avenue is vacant and is probate; this land may be potentially in foreclosure. The City may have interest in this property to serve as parking for the City. The signage for golf carts has been ordered. They will be placed at the bottom of the stop signs identifying golf cart friendly

**City Commission Meeting Minutes July 11, 2017**
**Page 3**

roads.  The next phase of Sheffield Park is picnic and playground equipment construction for the stage should be beginning soon.  Signs for the City Hall are needed and will go up around the City.  The City of Lynn Haven's name will be branded throughout the City.  This allows citizens to know where City buildings are located.  Baldwin and Hwy 77 will have a "Welcome to Lynn Haven" sign placed there.  Strategic plans will be left with the new City Manager.  Mr. Schubert said he has left a good 3-5 year blue print.  A lot of work for the budget has been done, with the Deputy Finance Director and will be finished up by the new City Manager.  Spoke with Doc Smith family and they have agreed for the City to honor him with a ceremoniously renaming of 17th Street and placing it below 17 Street sign.  The family has some suggested verbiage for the sign.  There will be a proclamation at the next Commission meeting with the Smith Family present.

Mayor Anderson asked to entertain a motion from the Commission to honor and ceremoniously rename 17 Street in honor of Julious "Doc" Smith through a signed proclamation to present to the Smith Family.

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion:  Commissioner Friend.

On Vote:     Friend            aye
             Barnes           aye
             Tinder           aye
             Russell          aye
             Anderson         aye              Motion passed:  5-0

Chief Matt Reimer recognized two officers; Romana Bibb, Supervisor of Animal Control for her 20 years of service to and Sergeant Patrick Hamilton for 20 years of service to the Lynn Haven Police Department.

Mayor Anderson thanked Chief Reimer and gave congratulations to Mr. Schubert.

**Item #6.  City Attorney's Report:  No report.**

**CONSENT AGENDA:**
**Item #7.  Minutes:**     7/11/2017 – Regular Meeting

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Barnes.

On Vote:     Friend            aye
             Tinder           aye
             Friend           aye
             Barnes           aye
             Anderson         aye              Motion passed:  5-0

**OLD BUSINESS:**
**Item #8.   Second   reading of Ordinance 1036, Firefighter's Retirement System:**
Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the Firefighters' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article IV of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status. Discussed

110

City Commission Meeting Minutes July 11, 2017
Page 4

by the Fire Pension Board of Trustees. City Manager Schubert read this ordinance by title only.

Motion by Commissioner Barnes: To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:    Barnes       aye
            Friend       aye
            Tinder       aye
            Russell      aye
            Anderson     aye           Motion passed: 5-0


**NEW BUSINESS:**
**Item #9.  Discussion and possible action of appointment of Brandon Aldridge to Planning Commission Board:** Appointment of one new Planning Commission board member Brandon Aldridge.

Motion by Commissioner Barnes: To approve Brandon Aldridge to the Planning Commission Board.
Second to the motion: Commissioner Friend.

On Vote:    Barnes       aye
            Tinder       aye
            Russell      aye
            Friend       aye
            Anderson     aye           Motion passed: 5-0


**Item #10.  Discussion and possible action on selecting a voting delegate to the 91st Annual Conference Florida League of Cities, Inc., August 17-19, 2017 in Orlando, Florida:.**

Motion by Commissioner Barnes:  Motion to appoint Mayor Anderson as the delegate to the Annual Conference of the Florida League of Cities, Inc.
Second to the motion: Commissioner Friend.

On Vote:    Barnes       aye
            Tinder       aye
            Russell      aye
            Friend       aye
            Anderson     aye           Motion passed: 5-0


**Item #11.  Discussion and possible action regarding setting aside a "Shred Event" day for Lynn Haven:** A Shred Event Day for the citizens of Lynn Haven in Cain Griffin Park. Date will be determined by Leisure Services.

Motion by Commissioner Barnes: To host a Lynn Haven "Shred Event" day on August 19, 2017 at Cain Griffin Park.
Second to the motion: Commissioner Friend.

On Vote:    Barnes:      aye
            Tinder:      aye

111

City Commission Meeting Minutes July 11, 2017
Page 5

| Russell: | aye | |
| Friend: | aye | |
| Anderson: | aye | Motion passed: 5-0 |

**Item #12. Discussion and possible action of the top candidate for the City Manager position:** The commission had a workshop on July 11, 2017 at 4:00 pm to discuss their top candidate for the City Manager position.

Libby Tunnel stated Brian Davis is a good man and was concerned that he was overlooked. Mayor Anderson thanked her for her comments and agreed with Ms. Tunnel that Mr. Davis was a good candidate and at the workshop he was her number two choice.

> Motion by Commissioner Barnes:  To appoint Michael White the Lynn Haven City Manager position.
> Second to the motion: Commissioner Friend.

Commissioner Friend noted we should use the word "offer."

> Motion amended by Commissioner Barnes:  To offer Michael White the Lynn Haven City Manager position.
> Second to the motion amended:  Commissioner Friend.

| On Vote: | Barnes: | aye | |
| | Tinder: | nay | |
| | Friend: | aye | |
| | Russell: | aye | |
| | Anderson | aye | Motion passed: 4-1 |

Mayor Anderson stated that Mr. White's contract had to be negotiated.  She suggested hiring Mr. White at the current salary of the City Manager, $116,000 plus car allowances which was somewhere near $122,000.

Commissioner Barnes stated that the City Manager had worked three years in his position to earn that salary and he was also concerned about the morale of the City staff if the Commission voted on the current salary.

Commissioner Tinder agreed with Commissioner Barnes.

Mayor Anderson asked for direction from the Commission as to where to start on the negotiation of Mr. White's salary.

Commissioner Barnes stated to start negotiations at $110,000.

Attorney Jackson asked what is the issue?  Is the Commission trying to get Mr. White in the position to spend time with the current City Manager?

Mayor Anderson said yes, Mr. Schubert has about seven days left.

Commissioner Friend commented that we should start at the low end of what was advertised and not to exceed the number Commissioner Barnes stated.

Attorney Jackson suggested that we start at the low range of the salary scale and that the Commission not vote on a certain range.  He also stated that he understands the Commission wants Mr. White to begin work immediately. He suggested to allow Mr. White to begin work immediately while he and Mayor Anderson negotiate his contract.

Commissioner Friend said it would be valuable to have Mr. Schubert spend time with the new City Manager.  He also stated if the language changed it has to come back to the Commission.

Attorney Jackson gave suggested wording of the motion.

112

City Commission Meeting Minutes July 11, 2017
Page 6

Motion by Commissioner Barnes:  To offer a temporary appointment to Mr. White as City Manager at $100,000 annually so he can begin work immediately if he accepts $100,000 and in the meantime Mayor Anderson and Attorney Jackson will negotiate with Mr. White on a final contract to bring back to the Commission to be approved at the next Commission meeting.
Second to the motion: Commissioner Friend.

Public comment from Bob Schultz what if he says no?
Mayor Anderson said we would have to start over again.
Public comment from Ms. Harrison, what if the gentleman starts out at the $100,000 and you cannot reach a negotiated contract? Or the Commission does not approve it?
Attorney Jackson said they would come back and report to the Commission and the Commission will move forward from there.

On Vote:       Barnes:      aye
               Tinder:      aye
               Russell:     aye
               Friend:      aye
               Anderson     aye          Motion passed:  5-0


**Item #13.  Public Commentary:**
Janet Walker expressed her appreciation to Mr. Schubert for allow her to give suggestions about the budget.  Gave her appreciation for him accepting her phone calls a few times a week
Jerry Whitworth gave accolades to Mr. Schubert for his assistance on drainage issues. Alexander drive is becoming a racetrack.   A little girl almost got hit. Request a consideration of putting speed bumps on the road.
Mayor Anderson thanked him for his comments and invited him to the workshop before the Commission meeting.
Sonya Johnson stated Public Works is not doing their job.  Her ditch is not being mowed. The ditch is holding three feet of water.  She has not gotten a response from Public Works to help.
Mayor Anderson said she would meet with Ms. Johnson after the meeting to discuss further.
Leon Miller thanked Mr. Schubert for all of the work he has done for Lynn Haven.  He also stated there needs to be delayed traffic signals on both sides of 17th Street and Hwy 77 turn signal.  The line is getting longer and longer.
City Manager said that they met with the County last month and have not gotten an answer back from them.  The County is doing a study and we will follow up with them.
Bob Ross requested a four-way stop sign on 13th & Georgia.
Mr. Schubert thanked the city staff, the citizens and said he was very appreciative of all of the relationships and the opportunity to serve Lynn Haven.


**Item #14.  Adjourn:**

There was no further business to discuss and the meeting was adjourned at 6:09 pm.


113

**City Commission Meeting Minutes July 11, 2017**
**Page 7**

APPROVED THIS _____25th_____ DAY OF _____July_____ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

114

MARGO D. ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### SPECIAL CITY COMMISSION MEETING
### THURSDAY, JUNE 29, 2017 – 5:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor/Commission interviews with City Manager candidates
4. Public Commentary
5. Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

115

Special City Commission Meeting Minutes June 29, 2017
Page 1

There was no workshop prior to the meeting.

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, JUNE 29, 2017 – 5:00 P.M.

**Present:**    Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation.  The Pledge of Allegiance followed.
Mayor Anderson gave an update on T.D. Starr who is a student at Lynn Haven Elementary and had a kidney transplant.  He is doing well.  Please keep him and the family in your prayers.

**Item #3.  Mayor/ Commission Interviews With City Manager Candidates:**  Mayor Anderson explained the process of the earlier interviews with the candidates.  Candidates were interviewed separately by the Commissioners at City.  Mayor Anderson stated candidates will now be asked questions by the Commissioners and the public will have the opportunity to ask questions.  Questions should only be asked to the candidates that pertain to this position.

**Candidate #1 Tim Bennett**
Mr. Bennett introduced himself to the public with a brief background, past experiences and information as described in his resume.  Mr. Bennett is the City Manager in Madison, FL.
Commissioner Friend thanked him for his application.  How would employees describe your leadership style? Please give your overall view of your priorities for the City?
Mr. Bennett:  The employees view his style as not a micro-manager, does not believe in a zero deflect mentality and the opportunity for the employee to excel  grow in their job; priorities include the budget, accountability, public safety, storm water management infrastructure and code enforcement and training across the board.
Commissioner Barnes thanked Mr. Bennett for his application.  What experience do you have in training and motivating employees?  How do you communicate the effectiveness of service delivery? And what challenges are you looking for in the City Manager's position?
Mr. Bennett: My military background in training and safety was a top priority and it would continue to be a top priority with the City of Lynn Haven.  Invest money in employees for professional improvements and allow training across the board.  Service delivery consist of consolidate and communicate.  The budget is the road map is to what we do.  Send out operations report to the City Commissions serves as a management document for me.  I want the Commissioners to know what I know and when I know it with when making decisions and dealing with all departments, personnel updates.  Challenges; grow professionally aggressive to pursue grants and technology updates, body cams and laptops.
Commissioner Tinder had no questions for this candidate.
Commissioner Russell asked where do you see yourself in three to five years?
Mr. Bennett: Alive and well and working for the City of Lynn Haven.
Mayor Anderson asked what is the greatest skills you would bring to Lynn Haven to improve the City of Lynn Haven?

116

**Special City Commission Meeting Minutes June 29, 2017**
**Page 2**

Mr. Bennett: The City Manager works for the Commission.  I would have a priority list working with the Commission.

Mayor Anderson asked for public comments.

Rich Walker: You stated Mr. Bennett that Lynn Haven runs pretty much like Madison, FL. Are you the City Manager in Madison? Does Madison run a City management government or a City Commissioner government? Do you have a City Clerk?  Do you have a CFO?

Mr. Bennett: Yes I am the City Manager and yes, Madison runs pretty much like Lynn Haven. Yes he has a City Clerk and a CFO. He was not aware there was not a City Clerk. But he has a City Clerk that is outstanding.

Mr. Walker:  The City of Lynn Haven does not have these positions and is not like Madison in the sense the City Manager of Lynn Haven is the City Clerk, CFO and he has the authority to hire and fire at will.

Mr. Bennett:  Thank the Commission and said he enjoyed coming back to Lynn Haven.

### Candidate #2 Brian Davis

Mr. Davis gave background information and spoke about himself.  He is a resident of Lynn Haven, FL.

Commissioner Friend thanked him for his application.  How would employees describe your leadership style? Please give your overall view of your priorities for the City?

Mr. Davis:  The nature of my career is shared objectives. I believe in engaging with everyone on every level.  The role of the City Manager is like that of a CEO.  That person works closely with all his department heads and employees so that everyone is engaged.

Commissioner Barnes thanked Mr. Davis for his application.  What experiences do you have in training and motivating employees?  How do you communicate the effective of service delivery? And what challenges are you looking for in the City Manager's position?

Mr. Davis: Listening and understanding the different perspectives, understanding the collective view. Tracking involves using metrics, service response time.  You have to continue to learn the job.   I have learned many things just today just by speaking with the Commissioners.

Commissioner Tinder had no questions for this candidate.

Commissioner Russell asked where do you see yourself in three to five years?

Mr. Davis:  Doing a very good job as the City Manager of Lynn Haven

Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc.,  what is the greatest skills you would bring to Lynn Haven to improve the City of Lynn Haven?

Mr. Davis: Prioritization, strategic needs and tactical issues.

There were not public comments for this candidate.

### Candidate #3 Dale Walker

Mr. Walker gave background information and spoke about himself.  He is from the state Georgia.

Commissioner Friend thanked him for his application.   How would employees describe your leadership style? Please give your overall view of your priorities for the City?

Mr. Walker:  Employees appreciated my style.  I'm open and I'm honest if they do well, they understand and if they don't do well they understand that also.   Budgeting and accounting are key.  Need to know if you are fiscally sound.

Commissioner Barnes thanked Mr. Walker for his application.  What experience do you have in training and motivating employees?  How do you communicate the effectiveness of service delivery in budgets you have prepared? And what challenges are you looking for in the City Manager's position?

117

**Special City Commission Meeting Minutes June 29, 2017**
**Page 3**

Mr. Walker:  Quite a bit training and mentoring employees.  Mr. Walker stated he has done this for a number of years.  Find employees who want to pursue their careers with City and mentoring them.  He has had many to become City Manager's under his leadership. With senior staff, he uses books on economics or other subjects and just sits and talks with them, while many may say this is a waste of time,  this is just one of the many ways we learn and interact with each other.  Challenges; Commission working together as a team with the administration.  With that, you can move forward with anything.  Storm water, personnel, budget issues.

Commissioner Tinder had no questions for this candidate.

Commissioner Russell asked where do you see yourself in three to five years?

Mr. Walker: Here!

Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc.,  what is the greatest skill or experience you would bring to Lynn Haven to improve our goals?

Mr. Walker:  My expertise is accounting and finance, I can improve that anytime you want. HR, IT, I've done every position a city or county has.

There were questions from the public for Mr. Walker.

**Candidate # 4 Michael White**

Mr. White gave background information and spoke about himself.  He is a resident of Bay County.

Commissioner Friend thanked him for his application.  Why Lynn Haven?  How would you take your past experiences as CEO of Co-Op and transition into being the City Manager for Lynn Haven?  How would employees describe your leadership style? Please give your overall view of your priorities for the City?

Mr. White:  The better question is why not?  Lynn Haven is very vibrant community and has a lot to offer.  Easy transition.  Always work for non-profit.  I believe in serving people.  If you don't have the willingness to serve people this job is not for you.  I have a lot of contacts in the community that could help move the City forward and help with me doing my  job better.  I managed by transformation leadership style.  I try to speak with all employees, listen, and create a vision, by doing this you create a pathway to succeed, from the bottom to the top.

Commissioner Barnes thanked Mr. White for his application.  What experience do you have in training and motivating employees?  How do you communicate the effective of service delivery? And what challenges are you looking for in the City Manager's position?

Mr. White:  My training and mentoring employees is very similar to the situation when I took over the Co-Op.  Many employees were retiring, lots of institutional knowledge was being lost.  I was able to harness that knowledge as well as bringing in new technology.  Every component in the budget needs to stand on its own.  Budget, balancing and sacrifice. Challenges:  To help me to grow professionally.  This position would be a new avenue of business for me.

Commissioner Tinder had no questions for this candidate.

Commissioner Russell asked where do you see yourself in three to five years?  I'm going to forego that with you because I see you are looking for longevity.

Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc., what is the greatest skill or experience you would bring to Lynn Haven to improve our goals?

Mr. White:  I have worked with a budget that was twice the size of the City's budget; I have worked with nine board members instead of 5.  I bring a different view culturally wise, and I can ensure better forms of safety measures and working with employees.

There were questions from the public for Mr. White.

118

**Special City Commission Meeting Minutes June 29, 2017**
**Page 4**

**By Phone:**
**Candidate #5 Pam Hiller**
Ms. Hiller gave background information and spoke about experiences.  She is a resident of Lynn Haven, FL.

Commissioner Friend thanked her for her application.  How would you translate you prior experience over to the role as City Manager?  How would employees describe your leadership style? Please give your overall view of your priorities for the City?

Ms. Hiller: I have Public Administration background both professionally and in education.  Leadership style is one where I listen to the employees, I care about people and will step in to help and have an employee's back.  The role of City Manager is the central point of City.

Commissioner Barnes thanked Ms. Hiller for her application.  What experience do you have in training and motivating employees?  How do you communicate the effectiveness of service delivery? And what challenges are you looking for in the City Manager's position?

Ms. Hiller:  15 plus years of training employees and motivating employees in the military.  Service delivery works best by using metrics, and surveying clients to get an overall view of how to meet our goals.  The biggest challenge would be engineering and not having a background in this area.

Commissioner Tinder asked what are three positive traits that your supervisors would say about you?

Ms. Hiller: I am capable, accountability and flexibility.  I think that anyone who has worked with me would mention one of these traits.

Commissioner Russell asked where do you see yourself in three to five years?

Ms. Hiller:  I see myself in Lynn Haven, I'm happy in my position and where I'm living.  I don't see myself moving in the next five years.

Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc., what is your greatest skill or experience you would bring to Lynn Haven to improve our goals?

Ms. Hiller:  Interacting with those in departments, work with staff for positive changes, being able to be there and work with them.

There were questions from the public for Ms. Hiller.

**By Skype:**
**Candidate #6 Ben Newhouse**
Mr. Newhouse gave background information and spoke about himself.  He is from the West Virginia area.

Commissioner Friend thanked him for his application.  Do you have land use experience? How would employees describe your leadership style? Please give your overall view of your priorities for the City?

Mr. Newhouse: Yes I have land use experience.  My leadership style is having open discussion with employees and encouraging them to share their ideas.

Commissioner Barnes thanked Mr. Newhouse for his application.  What experience do you have in training and motivating employees?  How do you communicate the effective of service delivery? And what challenges are you looking for in the City Manager's position?

Mr. Newhouse:  I've done development training internally and externally, different motivational practices.  Better service delivery, meeting with the finance director to cover budget items, having regular staff meetings, communicate to the City residents.  Challenges: External issues, infrastructure, community involvement, putting better processes in place.

Commissioner Tinder:  No questions for this candidate.

Commissioner Russell:  No questions for this candidate.

119

**Special City Commission Meeting Minutes June 29, 2017**
**Page 5**

Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc., what is the greatest skills you would bring to Lynn Haven to improve the City of Lynn Haven?
Mr. Newhouse: Fundraising, lots of community involvement, wealth of knowledge, project management.
There were questions from the public for Mr. Newhouse.

**Candidate #7 Jeff Wilkins**
Mr. Wilkins gave background information and spoke about himself. He is from Yorksville, IL.
Commissioner Friend thanked him for his application. How would employees describe your leadership style? Please give your overall view of your priorities for the City?
Mr. Wilkins: I always support them, set goals, patient, hold them accountable. All areas would be a priority, but immediate needs would be the things are clearly broken and then I would prioritize them.
Commissioner Barnes thanked Mr. Wilkins for his application. What experience do you have in training and motivating employees? How do you communicate the effective of service delivery? And what challenges have your encountered?
Mr. Wilkins: I have put together programs for training and motivating employees. I would put together a program that would help with these items and then lead by example, helping employees meet there goals and implementing online tools to help further employee learning and professional development. Challenges: Meeting the goals set by Commission or those that are in place include the goals for the budget.
Commissioner Tinder had no questions for this candidate.
Commissioner Russell had no questions for this candidate.
Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc., what is the greatest skills you would bring to Lynn Haven to improve the City of Lynn Haven?
Mr. Wilkins: My career is very broad. I have covered many of those areas and have worked with staff and department heads. Strong community involvement.
Public comment from Brad Yount posed the question of growth management, is it a benefit to the developers, or the benefit to the City?

Interviews for all seven candidates ended.

Mayor Anderson posed the question to the Commission about any possible discussion or decision-making tonight on the candidates.
Commissioner Friend said he did not want to make a decision until he had performed reference checks and spoke with department heads to get their feedback.
Commissioner Barnes said he could go either way. It did not matter with him. He could vote tonight or wait until the next Commission meeting.
Commissioner Tinder stated she wanted to wait until the next Commission meeting July 11, 2017.
Commissioner Russell stated he wanted to wait until the next Commission meeting July 11, 2017.

<div style="margin-left:2em">

Motion by Commissioner Tinder: To have a public workshop on Tuesday, July 11, 2017 at 4:00 p.m. to discuss the candidates for the City Manager position, and regular Commission meeting at 5:00 p.m.
Second to the motion: Commissioner Friend.

</div>

On Vote:        Barnes        aye
                Friend        aye

MARGO D. ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

*NOTICE*

*The Lynn Haven City Commission will hold a Single Issue Workshop on Tuesday, June 27, 2017 4:00 p.m. in The Chambers, 108 E. 9ᵗʰ Street. The purpose of the meeting will be to discuss the City Manager vacancy. The public is invited to attend.*

**CITY COMMISSION MEETING**
**TUESDAY, JUNE 27, 2017 – 6:00 P.M.**
**THE PUBLIC IS INVITED TO ATTEND.**

**AGENDA**

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
6. City Attorney's Report

**CONSENT AGENDA:**

7. Minutes:          6/13/2017 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:  None.**

**NEW BUSINESS:**
8. First reading of Ordinance 1036, Firefighters' Retirement System. (No action required)
9. Resolution 2017-06-687, Establishing a policy for handling gifts, contributions, donations or honoraria given to the City.
10. Discussion and possible action regarding appointment to the WFRPC Board.
11. Discussion and possible action regarding "Cruise-In on Florida Avenue" Fall Special Event. (Mayor)
12. Discussion and possible action regarding City Manager vacancy.
13. Discussion and possible action regarding stop signs in the City. (Mayor)
14. Public Commentary
15. Adjourn

121

City Commission Meeting Minutes June 27, 2017
Page 1

There was a single issue workshop held at 4:00 p.m. on Tuesday, June 27, 2017 in the The Chambers @ 108 E. 8th Street. The purpose of the workshop was to discuss the City Manager vacancy. The public was invited.

## CITY COMMISSION MEETING MINUTES
### TUESDAY, JUNE 27, 2017 – 6:00 P.M.

| Present: | |
|---|---|
| | Margo Deal Anderson, Mayor |
| | Rodney Friend, Mayor Pro Tem/Commissioner |
| | Antonius G. Barnes, Commissioner |
| | Dan Russell, Commissioner |
| | Judy Tinder, Commissioner |
| | Joel B. Schubert, City Manager |
| | Robert C. Jackson, City Attorney |
| | Officer Mike Williams |

Mayor Anderson called the meeting to order and Mr. Richard Walker gave the Invocation. The Pledge of Allegiance followed.

**Item #3. Mayor's Report:** Mayor Anderson reported that she, City Manager Schubert & Engineer Chris Forehand met w/FDOT to discuss numerous traffic/safety issues in Lynn Haven; she visited the Water/Sewer Dept., Sanitation & Public Works; she thanked Leisure Services, Police, Fire, Public Works and Staff for their work during the Hermit Crab Festival.

**Item #4. Commissioner's Report:**
Commissioner Russell thanked Bobby Baker & Public Works for addressing an issue with a sidewalk that was brought to his attention during the recent election; during the rain/flooding he rode w/City Manager Schubert to view problem areas; he received an email from a local store owner who expressed concerns w/the recent Alcohol Ordinance.
Commissioner Tinder reported that she spoke w/a resident with a concern of tree ownership near the cemetery – Public Works removed the tree; talking w/a citizen about piping the ditch at 6th & Carolina – Public Works is looking into this; proposing a resolution to limit the gift amount by vendors; requested the City Manager do (3) forensic audits; request a workshop to discuss City employee take home vehicles.
Commissioner Barnes reported that he attended an Ethics class held in the Chambers & hosted by Harrison Sale; would like the City to look into hosting a shredding event for LH residents; would like the City to look at improving/expanding the Recreation Complex; will be out of town July 4th & July 18-27.
Commissioner Friend attended the Hermit Crab Festival & reported it was a great event; will attend the TPO meeting June 29th; reviewed City Manager applications; he attended Ethics training – thank you to Harrison Sale for hosting.
Mayor Anderson stated that she missed training & intends to take class at FLC Conference.

**Item #5. City Manager's Report:**
The City will close on the road pavement loan. Advertising for the design team Sales Tax Infrastructure Project has begun. The commercial trash bid for the Bay District Schools was bidded out by the district this does mean some loss of revenue for the City. Leisure Services will put out Access Pads next Friday. The Personnel Policy for the City has been updated and should come before the Commission in August. Libby Tunnell will be the Grand Marshall in the July 4th parade.

122

City Commission Meeting Minutes June 27, 2017
Page 2

**Item #6.  City Attorney's Report:**

**CONSENT AGENDA:**
**Item #7.  Minutes:**    6/13/2017 – Regular Meeting

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Russell:  To approve as presented. | | |
|  | Second to the motion:  Commissioner Friend. | | |
| On Vote: | Russell | aye | |
|  | Tinder | aye | |
|  | Friend | aye | |
|  | Barnes | aye | |
|  | Anderson | aye | Motion passed:  5-0 |

**NEW BUSINESS:**
**Item #8.  First reading of Ordinance 1036, Firefighter's Retirement System:** Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the Firefighters' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article IV of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status. Discussed by the Fire Pension Board of Trustees. City Manager Schubert read this ordinance by title only.  This was the first reading and no action was required.

**Item #9.    Resolution 2017-06-687, Establishing a policy for handling gifts, contributions, donations or honoraria given to the City:** A Resolution of the City of Lynn Haven, Florida Establishing a Policy for Handling Gifts, Contributions, Donations or Honoraria Given to The City; Providing for City Commission Approval Prior to Accepting Such Gifts Unless an Exception Applies.  City Manager Schubert read this resolution by title only.

Motion by Commissioner Tinder:  To approve as presented.
Second to the motion:  None.

Motion failed for lack of second

**Item #10.  Discussion and possible action regarding appointment to the WFRPC Board:** The Council functions as the official regional planning council as defined in Chapter 186 of the Florida Statutes, and as the regional planning agency as defined in Chapter 23, 163, and 380, Florida Statutes. The Council shall exercise the powers, duties, and function for conducting planning, review and assistance responsibilities, activities and functions enumerated by the legislature and declarations of Chapters 186 and 380 of Florida Statutes, and other applicable federal, state and local laws. Council members shall serve at the pleasure of the appointing authority.

Motion by Commissioner Barnes:  To appoint Mayor Anderson to the WFRPC.
Second to the motion:  Commissioner Russell.

123

City Commission Meeting Minutes June 27, 2017
Page 3

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Russell | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #11.  Discussion and possible action regarding "Cruise-In on Florida Avenue"**
**Fall Special Event:** This would be an event for local car clubs (approximately 80 cars) showcasing antique/hotrods automobiles for the public, staged on Florida Avenue on September 30, 2017. The local car clubs that would participate in this event and would assist the City in the area of advertising through their fliers and emails sent to area car club enthusiasts. The requirements that the City would be responsible for, would be port-o-lets for the public, music/band, stage, sound equipment and sound engineer, along with City personnel. This new event would showcase the City, while hosting a new type of event, and would provide another family-oriented venue. Fiscal Impact approx. $6,667.50.

Mayor Anderson stated we needed more family-friendly events in Lynn Haven.

Commissioner Russell asked will the car club make money and have we spoken to the businesses on Florida Avenue?

Mayor Anderson stated the car club makes no money off this event and have contacted some businesses on the Florida Ave except for Commissioner Tinder.

Commissionr Tinder stated she had no objections to holding the event.

Commissioner Friend commented that he loves events, but the City needs to put something in place to measure the success of an event.  $6,600 is a large amount of money to spend; we need to be good stewards, not to mention the man hours dedicated to this event by City staff.

Commissioner Russell stated we may want to consider in the future hiring outside consultants to help with events as they grow larger.

> Motion by Commissioner Barnes: To approve as presented.
> Second to the motion: Commissioner Tinder.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Tinder: | aye | |
| | Russell: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #12. Discussion and possible action regarding City Manager vacancy:**  Eight candidates were chosen to interview for the City Manager position.  The Commission will interview candidates separately on June 29, 2017 in the City Hall building. The following candidates were selected for interviews:  Michael White, Brian Davis, Pam Hiller, Larry Newsom, Ben Newhouse, Tim Bennett, Jeff Wilkins and Dale Walker.

> Motion by Commissioner Russell:  To approve to interview the eight candidates separately for the City Manager position on June 29, 2017.
> Second to the motion: Commissioner Friend.

| On Vote: | Russell: | aye |
|---|---|---|
| | Tinder: | aye |
| | Friend: | aye |

124

City Commission Meeting Minutes June 27, 2017
Page 4

|         |     |                   |
|---------|-----|-------------------|
| Barnes: | aye |                   |
| Anderson | aye | Motion passed: 5-0 |

A Special Commission meeting was proposed for June 29, 2017 at 5:00 p.m. in the Chambers. Commissioners will interview the eight candidates as a group and allow public commentary.

Matt Kelly: Not enough time to interview applicants. The process seems rushed. Don't think it is fair to the public or the citizens of Lynn Haven.

Mayor Anderson invited the public to participate in the process on Thursday and assured the public that the process is not being pushed through. We will not select the City Manager on June 29. Our regular City Commission meeting, July 11 we will vote on the City Manager.

Commissioner Friend encouraged Lynn Haven residents to email him comments, or directly reach out to him if there are questions you would like to see posed to the candidates.

Bob Schultz: Will the City advertise in the News Herald?

Mayor Anderson stated the meeting will be advertised on the City's Website and will be posted on Facebook; we will make an attempt to put it on the radio: and post on the Chambers'.

> Motion by Commissioner Russell: To schedule a Special City Commission Meeting June 29, 2017 at 5:00 in the City Chambers to interview candidates and public interaction.
> Second to the motion: Commissioner Barnes.

|          |           |     |                   |
|----------|-----------|-----|-------------------|
| On Vote: | Russell:  | aye |                   |
|          | Tinder:   | aye |                   |
|          | Friend:   | aye |                   |
|          | Barnes:   | aye |                   |
|          | Anderson: | aye | Motion passed: 5-0 |

**Item #13. Discussion and possible action regarding stop signs in the City:**

Mayor Anderson stated a map has been created to where the sign will be added. The old processes of how stop signs were placed are attached. Georgia and 5th took eight years to get stop signs. FL Statues 316-006.2 says the Lynn Have Commission has the authority to place stop signs wherever needed. Complaints from residents on the high rate of speed cars drive through their neighborhoods. Colorado, 5th and Georgia, 17th Street and 6th Street are just to name the streets identified. Most streets have 25MPH speed limit. Mayor does not want Lynn Haven to be thought of as a speed trap under any circumstances. Public Works will be tasked with putting the new signs up and the public would be made aware the additional stop signs.

> Motion by Commissioner Tinder: To approve as presented.
> Second to the motion: Commissioner Russell.

Commissioner Russell asked how many stop signs?

Mayor Anderson said possibly 4-6 signs. There would need to be some near the Cain Griffin Park.

Commissioner Russell posed to table this discussion until further information. Commissioner Friend suggested reworking the old policy by way of a workshop and adjust some of the policy language to meet the current needs of the City.

125

**City Commission Meeting Minutes June 27, 2017**
**Page 5**

Commissioner Barnes agreed.  Safety is important, but does this open the door for every citizen to request stop sign on their street.

Mayor Anderson agreed to table until we have a workshop.

1st motion withdrawn by Commissioner Tinder.
2nd motion withdrawn by Commissioner Russell.

Motion by Commissioner Friend:  To have a workshop, to review the current policy, task staff to research other municipality policies and to immediately place a stop sign at 12th and Tennessee and have staff work out the date.
Second to motion:  Commissioner Barnes.

City Manager Schubert stated he would work on draft policy to present to the Commission.

On Vote:  Friend:      aye
          Barnes:     aye
          Tinder:     aye
          Russell:    aye
          Anderson:   aye          Motion passed:  5-0

**Item #14.  Public Commentary:**
Leon Miller stated a fire hydrant is needed on 17th Street.  He also asked who is responsible for the grass being cut on Hwy 390 behind CVS?  Directional signs are needed for the African American cemetery.  Thank you to the City Manager for the sign at Cain Griffin Park.

Commissioner Tinder agreed that she had a hard time finding this cemetery.

City Manager stated when they met with FDOT las week they also discussed the right turn lane coming north off Hwy.77 into the Post Office will possibility of dredging on some of these roads.

There was no further business to discuss and the meeting was adjourned at 7:14 pm.

APPROVED THIS _____11th_____ DAY OF _____July_____ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Vickie Gainer

126

MARGO D. ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

### NOTICE

*The Lynn Haven City Commission held a Single Issue Workshop on Tuesday, July 11, 2017 4:00 p.m. in The Chambers, 108 E. 9th Street. The purpose of the meeting was to discuss the seven City Manager applicants that were interviewed on June 29, 2017. The Commission discussed to offer the job to Michael White and to begin contract negotiations. The meeting was adjourned at 4:38 PM.*

127

Top Candidate Selection for City Manager:

_BRIAN DAVIS_ (handwritten)

Initials: _J. TINDER 7-11-17_ (handwritten)

Top Candidate Selection for City Manager:

Michael White

Initials:

129

Top Candidate Selection for City Manager:

Michael White

Initials: _Antonius G. Barnes_

130

Top Candidate Selection for City Manager:

Michael white

Initials:

**City Manager**

| | |
|---|---|
| **From:** | Commissioner Dan Russell |
| **Sent:** | Sunday, July 09, 2017 1:47 AM |
| **To:** | City Manager |
| **Subject:** | Work shop and Commission meeting for CM Job |

Dear Joel Schubert

I wanted to touch base with you prior to the workshop and commission meeting on the 11th of July. I have a flight that morning that should conclude just prior to 11 am, which is 4 pm Lynn Haven time. Assuming everything goes correctly there should not be a problem otherwise I may be late calling in for the workshop.

In that cast, I wanted to make sure my opinion was known at the workshop. After reviewing the applications, interviewing the candidates and reading the report about the background checks, I have one candidate that has emerged as my first choice for our new City Manager. That choice is Micheal White. I believe he brings all the necessary requirements necessary for the job and is eager to see the city of Lynn Haven continue on the path that the current City Manager has steered it. I also believe that because he is local he will be more vested in seeing the job done right and much less likely to seek other employment down the road.

Sincerely
Dan Russell
Commissioner Seat #3

1

132

**Special City Commission Meeting Minutes June 29, 2017**
**Page 6**

|          |     |                    |
|----------|-----|--------------------|
| Tinder   | aye |                    |
| Russell  | aye |                    |
| Anderson | aye | Motion passed: 5-0 |

**Item #4.  Public Commentary:**
There was no comment from the public.

There was no further business to discuss and the meeting was adjourned at 6:53 pm.

APPROVED THIS _____11th_____ DAY OF ____July____ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Vickie Gainer

133

MARGO D. ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

# CITY COMMISSION MEETING
## Tuesday, June 13, 2017 – 4:00 P.M.
## THE PUBLIC IS INVITED TO ATTEND.

## AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
6. City Attorney's Report

   PUBLIC HEARING OPENED: (state time)
7. Large Scale Comprehensive Plan Text Amendment – (ESR 17-3) Transmittal - Resolution No. 2017-06-685 – Amendments Relating to a Multi-Modal Mobility Plan
PUBLIC HEARING CLOSED (state time) (No action until Item # 22)

8. PUBLIC HEARING OPENED: (state time)
Request for Annexation- Final Reading Ordinance # 1030- Andrew's Plantation
PUBLIC HEARING CLOSED (state time) (No action until Item # 16)

9. PUBLIC HEARING OPENED: (state time)
Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-1) Final Reading Ordinance # 1031 — Fuel Depot
PUBLIC HEARING CLOSED (state time) (No action until Item # 17)

10. PUBLIC HEARING OPENED: (state time)
Small Scale Comprehensive Plan Future Land Use Map Amendment (SSA 17-1) Final Reading Ordinance # 1032 — Johnson Property
PUBLIC HEARING CLOSED (state time) (No action until Item # 18)

11. PUBLIC HEARING OPENED: (state time)
Amendment to City of Lynn Haven Unified Land Development Code – (ULDC 17-1) Final Reading Ordinance # 1033 - Flood Plain Management Regulations
PUBLIC HEARING CLOSED (state time) (No action until Item # 19)

134

CONSENT AGENDA:

12.   Minutes:          5/22/17 – Special Meeting
                        5/23/17 – Regular Meeting
13.   Approval of Award of operational lease for Ballpark Concessions to Coastal Parasail.
14.   Approve the contract for installation of Stormwater Cured in Place Pipe (CIPP) to Gulf
      Coast Underground in the amount of $114,702.50.
15.   Approve contract for month pest control services to Florida Pest Control in the amount of
      $2,340.00 annually.
      **MOTION NEEDED TO APPROVE CONSENT AGENDA

OLD BUSINESS:

16.   Final reading of Ordinance 1030, Request for Annexation Andrew's Plantation. [Action
      Required]
17.   Final reading of Ordinance 1031, Discussion and possible action regarding Large Scale
      Comprehensive Plan Future Land Use Map Amendment (ESR 17-1) Fuel Depot. [Action
      Required]
18.   Final reading of Ordinance 1032, Small Scale Comprehensive Plan Future Land Use Map
      Amendment (SSA 17-1). [Action Required]
19.   Final reading of Ordinance 1033, Amendment to City of Lynn Haven ULDC, Flood Plain
      Management Regulations. [Action Required]
20.   Final reading of Ordinance 1034, City of Lynn Haven Code of Ordinances relating to the
      sale of alcoholic beverages. [Action Required]
21.   Final reading of Ordinance 1035, Designating additional City streets with a posted speed
      limit of 25 miles per hour or lower for Golf Cart use. [Action Required]

NEW BUSINESS:

22.   Large Scale Comprehensive Plan Text Amendment – (ESR 17-3) Transmittal - Resolution
      No. 2017-06-685 – Amendments Relating to a Multi-Modal Mobility Plan [Action
      Required]
23.   Development Order Approval – North Bay Haven Charter Academy – [Quasi-Judicial
      Hearing]
24.   Development Order Approval – Advanced Machine and Laser – [Quasi-Judicial Hearing]
25.   Resolution 2017-06-686, authorizing the issuance of $3,910,000 in Surtax Revenue Bonds,
      Series 2017.
26.   Public Commentary
27.   Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY
MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH
PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH
RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE
STATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS
WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD
CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR
ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771
(TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

135

There was no workshop prior to the meeting.

### CITY COMMISSION MEETING MINUTES
### TUESDAY, JUNE 13, 2017 – 4:00 P.M.

Present:       Margo Deal Anderson, Mayor
               Rodney Friend, Mayor Pro Tem/Commissioner
               Dan Russell, Commissioner
               Judy Tinder, Commissioner
               Joel B. Schubert, City Manager
               Robert C. Jackson, City Attorney
               Officer

Mayor Anderson called the meeting to order and gave the Invocation.  The Pledge of Allegiance followed.

<div align="right">Call to Order</div>

**Item #3.  Mayor's Report:**  Mayor Anderson thanked the community for the prayers & thoughts during her husband's illness; will meet w/FDOT on June 21st to discuss issues such as road safety, speeding & road crossings – City Manager Schubert will attend the meeting w/the Mayor; will attend the TPO meeting on June 28th; thanked Mayor Pro Tem Friend for attending the Garden Club Memorial Day ceremony in her absence; met w/community member regarding funding for the Splash Park.

<div align="right">Mayor's Report</div>

**Item #4.  Commissioner's Report:**
Commissioner Russell thanked Public Works, Utilities, Fire & Police for giving him a tour of the facilities; thanked the LH Garden Club for the Memorial Day ceremony & the luncheon that followed.
Commissioner Tinder reported she attended the LH Garden Club Memorial Day ceremony  & luncheon; she stated that she has had citizen requests for a Post Office box at City Hall; assisted a citizen w/a dead tree on Carolina Ave. – thanked Bobby Baker for assisting w/this; reported that the requested cameras have been installed on the fuel tanks at Public Works; citizen request for a stop sign in the 1100 Block of New York Ave.; rec'd citizen complaints about parking on the roadways on 26th Street; met w/Chris Forehand on June 12th – very informative meeting about on-going City projects.

<div align="right">Commissioner's Report</div>

                       Motion by Commissioner Russell:  To excuse Commissioner Barnes from the meeting.
                       Second to the motion: Commissioner Friend.
On Vote:       Russell:       aye
               Friend:        aye
               Tinder:        aye
               Anderson:      aye                    Motion passed:  4-0

Commissioner Friend reported that he & Commissioner Russell hosted the LHES 5th Grade classes on field trip day – very good event; attended the LH Garden Club Memorial Day ceremony as Mayor Pro Tem/Commissioner; attended a fundraiser @ SABC & thanked Commissioner Tinder for her contributions to the event; reported that work is beginning on a multi-purpose path on Hwy 389 & Baldwin Road.

Mayor Anderson reported that the election of Commissioner Dan Russell to the Commission left a vacancy on the CRA Board; Alternate Richard Walker has elected to fill the position.

# 136

**City Commission Meeting Minutes of June 13, 2017**
**Page Two**

**Item #5.  City Manager's Report:**  City Manager Schubert reported that roof work has been completed on PD#2 & the Library; renovations are being made to PD#2 to make if functional to house PD#1 & PD#2 under one roof; EOM was A-Shift @ Fire Dept. – lunch will be provided next week; City is accepting applications for City Manager until June 23rd; City Manager Schubert will provide the Mayor/Commission a recap of applicants after June 23rd.

City Manager's Report

**Item #6.  City Attorney's Report:**  City Attorney Jackson reported that the marijuana bill passed; the City has a moratorium & they will need to discuss on how to proceed.

City Attorney's Report

**PUBLIC HEARING OPENED: 4:14 p.m.**

PH
Res. 2017-06-685

**Item #7.  Large Scale Comprehensive Plan Text Amendment – (ESR 71-3) Transmittal – Resolution #2017-06-685 – Amendments Relating to a Multi-Modal Mobility Plan:**  The Planning Department has prepared proposed amendments to the Comprehensive Plan as a required deliverable (Deliverable No.3) of the Technical Assistant Grant that was awarded to the City in 2016. The grant was awarded to the City by the Department of Economic Opportunity to prepare a multi-modal mobility fee structure and Mobility Plan to replace a transportation concurrency system that does not adequately address the City's transportation needs. The grant was fully funded with no fiscal impact to the City, providing that all deliverables are transmitted. The purpose of the multi-modal mobility fee structure and Mobility Plan is to provide a mechanism whereby all new development is equitably charged for its transportation impacts. The proposed amendments would rename the current Transportation Element as the 'Transportation Mobility Element', plus make changes to the element as well as to the Capital Improvements Element and Concurrency Management System. These amendments would remove the outdated references to, and requirements of, Chapter 9J-5.055, F.A.C., and Proportionate Fair Share; and revise the necessary goals, policies, and objectives to incorporate a proposed Multi-Modal Transportation System. A Multi-Modal Transportation System would enable the City to provide improved mobility options for not only motorized vehicle users, but also pedestrians, bicyclists, and transit users within the Lynn Haven City Limits. The City was awarded a Community Planning Technical Assistance Grant from the Department of Economic Opportunity (DEO) to prepare a Multi-Modal Mobility Plan and accompanying fee schedule to replace the City's transp0Iiation impact fees and a transportation concurrency system that is no longer a State requirement, or is adequately addressing the City's needs. The City undertook some of the work in-house, holding an advertised Public Workshop on January 3, 2017, at which time a full informational presentation was given, and contracted with Mike Hemmen, through Panhandle Engineering, Inc., to carry out the data collection and analysis, and prepare the Mobility Plan and fee schedule. The purpose of the Multi- Modal Mobility Plan is to identify mobility needs, and encourage a variety of mobility options and improvements within the different segments of the City; and  to equitably charge all new development for its transportation impacts, encouraging the location of new economic development through a tiered fee schedule. A multi-modal fee would allow the fees collected to be used to improve all modes of mobility in the City, not only roads. The Mobility Plan identifies the needs within the city as well as cost projections.

137

**City Commission Meeting Minutes of June 13, 2017**
**Page Three**

These comprehensive plan text amendments represent a required deliverable of the technical assistance grant, and will be transmitted to DEO. If the Mobility Plan and proposed amendments are approved by DEO then the City can decide upon whether to go ahead and adopt the amendments. If the City Commission approves the amendments, the new Transportation Mobility Element, and amended Capital Improvements Element and Concurrency Management Element, will be entered into the Comprehensive Plan.
After audience participation the ***Public Hearing was closed at 4:24 p.m.***

**PUBLIC HEARING OPENED: 4:25 p.m.**
**Item #8.  Request for Annexation – Final Reading of Ordinance 1030 – Andrew's Plantation:** Ord. 1030
GAC Contractors, Inc., have been authorized to submit a request for voluntary annexation into the City limits of Lynn Haven this property on behalf of the property owner, Ronald W. Mowatt. The property is approximately 24.84 +/- acres and is located at 4836 Highway 389. Water and sewer services are available. The property is contiguous to property lying within the City limits and it will be reducing the size of an existing enclave. This item was not required to be presented to the Planning Commission.
There was no audience participation the ***Public Hearing was closed at 4:27 p.m.***

**PUBLIC HEARING OPENED: 4:27 p.m.**
**Item #9.  Large Scale Comprehensive Plan Future Land Use Map Amendment(ESR-17-1) Final Reading of Ordinance 1031 – Fuel Depot:** First reading of the Ordinance adopting Ord. 1031
the proposed Comprehensive Plan Amendment, ESR-17-1, changing the Future Land Use from Public/Institutional, Research Park, and Low Density Residential to Commercial and Mixed Use on Parcel Numbers: 08921-000- 000; 08917-000-00; 08948-000-00; 09753-000-000; 09756-000-000; portion of 10940-000-000; 100' wide Railroad ROW. The proposed amendment is to amend the Future Land Use Map from Public/ Institutional, Research Park and Low Density Residential to Commercial and Mixed Use on this 110 +/- acre property consisting of six (6) parcels and the 100' wide railroad ROW from Causeway southeast to Hwy 390. The property is currently vacant but formerly accommodated the United States Air Force Fuel Depot. The current land use on the property is mostly Research Park but also includes some Public Institutional and 1.6 acres of Low Density Residential. The railroad ROW has no parcel number or current land use. There are two land uses being requested for the 110 acres. A Commercial land use is being requested for thirty-four (acres) and a Mixed Use land use designation is being requested for the remaining seventy-six (76) acres.  The intent is to be able to redevelop the abandoned military fuel depot and railroad ROW into a water- centric project with a mixture of uses, including a marina, an assortment of residential types, and assortment of commercial, retail office and recreation facilities. Following the review by the State agencies, the Department of Transportation had comments regarding language to be incorporated into the FLUM amendment. The language has been written into the Ordinance. The first public hearing on the proposed amendment was held on February 28, 2017. A second public hearing will be held at the regular City Commission meeting on June 13, at 4:00 p.m. Following the adoption of this amendment, it will be distributed to the required agencies.
There was no audience participation the ***Public Hearing was closed at 4:35 p.m.***

138

**City Commission Meeting Minutes of June 13, 2017**
**Page Four**

**PUBLIC HEARING OPENED: 4:35 p.m.**
**Item #10. Small Scale Comprehensive Plan Future Land Use Map Amendment (SSA 17-1) Final reading of Ordinance 1032 – Johnson Property:** This is a request for a Small Scale Future Land Use Map Amendment from Benjamin and Kathryn Johnson for 3755, Highway 389. The applicants are requesting a land use designation of Mixed Use or this approximately 4.879±acres parcel. The current land use designation is Commercial. This parcel currently has a Commercial land use with a Low Density Residential land use designated property located on their south side, with a single family home located upon it, and a Commercial designated property on the north side. The applicants would like to construct a single family home upon their property but are unable to do so with their cu1Tent Commercial land use. A Mixed Use designation would allow them to construct a single family home, but also allow them to construct a business upon the property at a later date if they chose to do so. The Planning Commission voted unanimously to recommend approval of this item on May 2, 2017.
There was no audience participation the ***Public Hearing was closed at 4:38 p.m.***

Ord. 1032

**PUBLIC HEARING OPENED: 4:39 p.m.**
**Item #11. Amendment to City of Lynn Haven Unified Land Development Code – (ULDC 17-1) Final reading of Ordinance 1033 – Flood Plain Management Regulations:** Ordinance#1033 consists of amendments to the City's Unified Land Development Code, pertaining to Floodplain Management, Sections 1.07.00; 3.01.00 and 10.01.00. The City is required to amend the Unified Land Development Code (ULDC) to incorporate federal requirements pe1iaining to the Floodplain Management Ordinance for Communities with Inland (Zone A) and Coastal High Hazard Areas (Zone V). The Department of Planning and Development was tasked with preparing changes to *Section 1.07.00- Acronym s & Definitions; Section 3.01.00 - Flood Damage Protection; and Section 10.01.00 - Application Requirements.* of the ULDC to bring the code up to date with the requirements of the Federal Emergency Management Agency (FEMA), in the areas of flood management regulations and criteria for development in flood hazard areas.
There was no audience participation the ***Public Hearing was closed at 4:41 p.m.***

Ord. 1033

**CONSENT AGENDA:**
**Item #12. Minutes:**    5/22/2017 Special Meeting / 5/23/2017 Regular Meeting
**Item #13. Approval of Award of operational lease for Ballpark Concessions to Coastal Parasail:** Coastal Parasail, Inc. Monthly lease amount to be paid to the City of**$250.00 per month** Gross sales to be paid to the City of **30.5%.**
Item #14. Approve the contract for installation of Storm Water Cured in Place Pipe (CIPP) to Gulf Coast Underground in the amount of $114.702.50.
Item #15. Approve contract for month pest control services to Florida Pest Control in the amount of $2.340.00 annually.

Minutes
Ballpark
Concessions
Lease

Motion by Commissioner Russell: To approve the Consent Agenda as presented.
Second to the motion: Commissioner Friend.

139

**City Commission Meeting Minutes of June 13, 2017**
**Page Five**

On Vote:      Russell:        aye
              Friend:         aye
              Tinder:         aye
              Anderson:       aye              Motion passed:  4-0

**OLD BUSINESS:**                                                           Ord. 1030
**Item #16.  Final reading of Ordinance 1030, Request for annexation – Andrew's Plantation:**  City Manager Schubert read Ord. 1030 by title only.  This was the second and final reading.

              Motion by Commissioner Russell:  To approve as presented.
              Second to the motion: Commissioner Friend.
On Vote:      Russell:        aye
              Friend:         aye
              Tinder:         aye
              Anderson:       aye              Motion passed:  4-0

**Item #17.  Final reading of Ordinance 1031, discussion and possible action regarding**     Ord. 1031
**Large Scale Comprehensive Plan Future Land Used Map Amendment (ESR 17-1) Fuel Depot:**  City Manager Schubert read Ord. 1031 by title only.  This was the second and final reading.
              Motion by Commissioner Friend:  To approve as presented.
              Second to the motion: Commissioner Russell.
On Vote:      Friend:         aye
              Tinder:         aye
              Russell:        aye
              Anderson:       aye              Motion passed:  4-0

**Item #18.  Final reading of Ordinance 1032, Small Scale Comprehensive Plan Future**       Ord. 1032
**Land Use Amendment (SSA 17-1):**  City Manager Schubert read Ord. 1032 by title only.  This was the second and final reading.

              Motion by Commissioner Russell:  To approve as presented.
              Second to the motion: Commissioner Friend.
On Vote:      Russell:        aye
              Friend:         aye
              Tinder:         aye
              Anderson:       aye              Motion passed:  4-0

**Item #19. Final reading of Ordinance 1033, Amendment to City of Lynn Haven ULDC,**        Ord. 1033
**Flood Plain Management Regulations:**  City Manager read Ordinance 1033 by title only.  This was the second and final reading.

              Motion by Commissioner Friend:  To approve as presented.
              Second to the motion: Commissioner Russell.

140

**City Commission Meeting Minutes of June 13, 2017**
**Page Six**

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Tinder: | aye | |
| | Russell: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**Item #20.   Final reading of Ordinance 1034, City of Lynn Haven Code of Ordinances**  Ord. 1034
**relating to the sale of alcoholic beverages:**  City Manager Schubert read Ord. 1034 by title only.
This was the second and final reading.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion: Commissioner Tinder

| On Vote: | Russell: | aye | |
|---|---|---|---|
| | Friend: | no | |
| | Tinder: | aye | |
| | Anderson: | aye | Motion passed:  3-1 |

**Item #21.   Final reading of Ordinance 1035, Designating additional City streets with a**  Ord. 1035
**posted speed limit of 25 miles per hour or lower for Golf Cart use:**  City Manager Schubert
read Ord. 1035 by title only.  This was the second and final reading.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion: Commissioner Tinder.

Commissioner Russell asked about drivers under 14.
State Statutes state state golf carts may be operated by an unlicensed driver of 14 as long as a
licensed driver was also in the golf cart.
Commissioner Friend was concerned that the City had not done due diligence on heavily travelled
roads in Lynn Haven.
Mayor Anderson stated that she believes that was covered in the workshop.
Mr. John Miller voiced safety concerns, registrations requirements & what guidelines protects
the property owner.
Mr. George Helms wanted to know if allowed only on current 25 mph streets?
He was told that was correct.
Mr. John Miller asked in the Bailey Bridge was included.
Mayor Anderson stated that was part of Porter Park & was not included.
Commissioner Tinder stated that she was not opposed to voluntary registration.

| On Vote: | Russell: | aye | |
|---|---|---|---|
| | Friend: | no | |
| | Tinder: | aye | |
| | Anderson: | aye | Motion passed:  3-1 |

Mayor Anderson stated that one of her campaign goals was to provide a walking community w/a
small town feel.  She hoped this was the beginning to providing that and a slower paced life. She
remains hopeful & positive that this is a good beginning.

141

**City Commission Meeting Minutes of June 13, 2017**
**Page Seven**

**NEW BUSINESS:**
**Item #22.  Large Scale Comprehensive Plan Text Amendment (ESR 17-3) Transmittal – Resolution 2017-06-685, Amendments relating to a Multi-Modal Mobility Plan:**  City Attorney Jackson read Res. 2017-06-685 by title only.

Res. 2017-06-685

Motion by Commissioner Friend:  To approve as presented & bring back at a future workshop for discussion.
Second to the motion: Commissioner Russell.

On Vote:  Friend:       aye
          Tinder:       aye
          Russell:      aye
          Anderson:     aye                 Motion passed:  4-0

**Item #23.  Development Order approval of North Bay Charter Academy:**  This is a request for Development Order Approval for a permanent administration building to be constructed upon property owned by the Bay Haven Charter Academy, Inc. The property already accommodates the North Bay Haven Charter Academy, and is on the west side of Buccaneer Boulevard. Parcel Number 11344-020-000. Bay Haven Charter Academy, Inc. have requested a Development Order to construct an administration building upon the approximately 24.0+/- acre North Bay Haven Charter Academy site, located off Hwy 390 east. This site was identified as a future site for the administration building with the original Development Order application, and currently has a temporary building located upon it. The temporary building will be removed once the new administration building has been constructed. The storm water facilities are already in place. The Development Order Application was recommended for approval by the Planning Commission on June 6, 2017, by a unanimous vote. This is a request for Development Order approval for the construction of an administration Building at the North Bay Haven Charter Academy site. This is a quasi-judicial hearing and City Attorney Jackson asked that anyone presenting testimony to this issue be sworn in at this time. Mayor/Commission was asked to declare any ex-parte communication – there was none.

DO NBCA

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Russell.

On Vote:  Friend:       aye
          Tinder:       aye
          Russell:      aye
          Anderson:     aye                 Motion passed:  4-0

**Item #24.  Development Order approval for Advanced Machine & Laser:**  This is a request for Development Order approval to construct a 3,500 square foot addition onto the existing Advanced Machine and Laser heavy manufacturing business located at 1010 Aberdeen Loop. Parcel Number 11515-015-000. Mr. Dominick currently owns and operates the Advanced Machine and Laser business at 101 Aberdeen Loop.  He is requesting a development order to allow him to add an additional 3,500 square feet on to the existing 11,100 square foot building to be utilized as a warehouse.

DO Advanced
Machine & Laser

142

**City Commission Meeting Minutes of June 13, 2017**
**Page Eight**

The development order request includes. storm water facilities to serve the expansion. The existing parking facilities are adequate for the expanded building size, but new perimeter landscaping will be installed. The Development Order Application was recommended for approval by the Planning Commission on June 6, 2017. This is a request for Development Order approval for a warehouse addition to the Advanced Machine and Laser business. This is a quasi-judicial hearing and City Attorney Jackson asked that anyone presenting testimony to this issue be sworn in at this time.  Mayor/Commission was asked to declare any ex-parte communication – there was none.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion: Commissioner Russell.

On Vote:   | Friend:    | aye
           | Tinder:    | aye
           | Russell:   | aye
           | Anderson:  | aye    | Motion passed:  4-0

**Item #25.   Resolution 2017-06-686, authorizing the issuance of $3,910,000 in Surtax Revenue Bonds, Series 2017:** AUTHORE THE ISSUANCE BY THE CITY OF LYNN HAVEN OF $3,910,000 IN AGGREGATE PRINCIPAL AMOUNT OF ITS SALES SURTAX REVENUE BONDS, SERIES 2017, TO PROVIDE FUNDS TO PAY FOR CERTAIN CAPITAL COSTS AND TO REIMBURSE THE CITY FOR THE SAME; AUTHORIZING THE AWARD OF THE SALE OF THE BONDS; AUTHORIZING THE EXECUTION AND DELIVERY OF A LOAN AGREEMENT BETWEEN THE CITY AND THE PURCHASER OF THE BONDS.  City Manager Schubert read Res. 2017-06-686 by title only.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion: Commissioner Friend.

On Vote:   | Friend:    | aye
           | Tinder:    | aye
           | Russell:   | aye
           | Anderson:  | aye    | Motion passed:  4-0

**Item #26.  Public Commentary:** None

There was no further business to discuss and the meeting was ***adjourned at 5:20 p.m.***

*Res. 2017-06-686*

*Adjourn*

143

**City Commission Meeting Minutes of June 13, 2017**
**Page Nine**

APPROVED THIS _____27th_____ DAY OF _____June_____ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

144

MARGO D. ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

## CITY COMMISSION MEETING
### Tuesday, May 23rd, 2017 – 6:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report                    a)   Proclamation: National Safe Boating Week
4. Commissioner's Report
5. City Manager's Report
6. City Attorney's Report

**PUBLIC HEARING OPENED:** (state time)
7. Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-2) Transmittal - Resolution No. 2017-04-682.
   **PUBLIC HEARING CLOSED** (state time) (no action until Item #17)

**CONSENT AGENDA:**
8. Minutes:  4/25/17 – Special Meeting & Regular Meeting
9. Approval of Award Phase V, Water Systems Improvements Construction contract to Marshall Brothers Construction & Engineering, Inc. for $411,800.00.
10. Approval of Award to Gulf Coast Underground contract for $101,750.00 for Clay Sewer Pipe Rehabilitation.
11. Approval of Resolution No. 2017-05-683, Amended Land Sale of Real Property.

**\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
12. Second reading of Ordinance 1029, Right of Way Abandonment TFCU Corporate Park and Driveway **[Action Required]**

**NEW BUSINESS:**
13. Discussion and possible action regarding approval of Resolution No. 2017-05-684, Mid-Year Amended Budget.
14. Discussion and possible action regarding approval of Development Order and Certificate of Concurrency, Patel Psychiatric Office **[Quasi-Judicial Hearing]**
15. Discussion and possible action regarding approval of Development Order and Certificate of Concurrency, Tillman Investment, LLC. **[Quasi-Judicial Hearing]**

145

16. First reading of Ordinance 1030, Request for Annexation Andrew's Plantation **[No Action Necessary]**

17. Discussion and possible action regarding approval of Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-2) Transmittal - Resolution No. 2017-04-682 **[Public Hearing -Action Necessary]**

18. First reading of Ordinance 1031, Discussion and possible action regarding Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-1) Fuel Depot **[No Action Necessary]**

19. First Reading of Ordinance 1032, Small Scale Comprehensive Plan Future Land Use Map Amendment (SSA 17-1) **[No Action Necessary]**

20. First Reading of Ordinance 1033, Amendment to City of Lynn Haven ULDC, Flood Plain Management Regulations **[No Action Necessary]**

21. First Reading of Ordinance 1034, City of Lynn Haven Code of Ordinances relating to the sale of alcoholic beverages **[No Action Necessary]**

22. Discussion and possible action regarding half-cent sales tax financing and procurement.

23. Public Commentary

24. Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

146

There was a workshop held on Monday, May 22nd 2017, prior to the regular meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**MAY 23, 2017 – 6:00 P.M.**

**Present:**      Margo Deal Anderson, Mayor
                  Antonius G. Barnes, Mayor Pro Tem/Commissioner
                  Rodney Friend, Commissioner
                  Dan Russell, Commissioner
                  Judy Tinder, Commissioner
                  Joel B. Schubert, City Manager
                  Nicholas Beninate, City Attorney
                  Officer Mike Williams

Mayor Anderson called the meeting to order, and in honor of the Memorial Day holiday, read poem, *In Flanders Fields* by John McCrae, in lieu of the Invocation. The Pledge of Allegiance followed.

Call to Order

**Added Agenda Item:** Mayor Anderson requested a motion to add First Reading of Ordinance 1035 to the Agenda (Item #23).

Added Agenda Item

        Motion by Commissioner Friend:  To approve as presented.
        Second to the motion: Commissioner Russell

Commissioner Friend read Attorney General Opinion regarding the operation of golf carts upon city, county, and state roadways, and asked the Commission to consider the opinion in regards to the use of golf carts on public streets.
Mayor Anderson stated that this would be a first reading only, and additional amendments can be made before second vote and/or finalization.
Commissioner Friend stated that he still had reservations and mentioned the possibility of a traffic study before the second reading.
Mayor Anderson thanked Commissioner Friend for his comments, and asked for any additional comments from the board.
No further comments.

On Vote:       Friend:       aye
               Barnes:       nay
               Tinder:       aye
               Russell:      aye
               Anderson:     aye         Motion passed:  4-1

**Item #3.  Mayor's Report:**
Mayor Anderson stated that she had the opportunity to meet with the LH Police Chief, Matt Reimer, and complimented the chief on the department and officers. Mayor Anderson also shared public concern regarding speeding within the city limits, and stated that Florida Statute allows for the City to place stop signs within the City. She mentioned conducted traffic studies and the possibility of adding additional stop signs on heavily trafficked LH streets, as well as adding some turnarounds in the future.

Mayor's Report

147

Mayor Anderson reported that she met with St. Andrew Bay Women's Club.

Mayor Anderson also mentioned the Leisure Services Department, and Director Maria Stout-Tate, on the great job done on the Block Party and stated that she had received many compliments on the event, and additionally reported that the City's 2nd Annual Hermit Crab Festival at Porter Park on Saturday, June 17th all day.

Mayor Anderson reported that she spoke with Florida Highway Patrol regarding FL Statutes regarding the use of golf carts within the City.

The Mayor reported her upcoming meeting on June 21st with District Three DOT Secretary, Phillip Gainer, and City Manager Joel Schubert, regarding the progress of the Widening of Highway 390 Project; as well as a potential traffic study regarding congestion and posted speed at the intersection of: 5th Street, Po'Folks, Ace Hardware, Porter Park, and the base of the Lynn Haven Bridge.

Mayor Anderson requested one of the commissioners to substitute for her on May 31st at the City's Memorial Day event, as she accompanies her husband out of town to undergo heart surgery. The Mayor expressed her gratitude for the continued thoughts and prayers for her family during the next couple weeks.

**Item #4.  Commissioner's Report:**

Commissioner's Report

Commissioner Russell thanked the citizens of Lynn Haven for their support. Additionally, Commissioner Russell applauded City employees; Robert Brannon, and retired Lynn Haven employee, Twila Miller, for their dedicated to the City.

Commissioner Tinder reported that she toured the following City departments on May 1st: Public Works, Police Department, Fire Department, and Leisure Services). Commissioner Tinder also attended the following: on May 11th – Wing's Across the Bridge Ceremony (with Southport and Lynn Haven Elementary students); May 13th – Attended the Block Party; On May 15th the Commissioner toured the City Library, of which she reported multiple operations and resident opportunities; On May 18th toured the Water and Sewer Department. Over 1 million gallons of water each day are pumped through the City.

Commissioner Tinder reported that things have been brought to her attention regarding a request to add lights in the cemetery, in order to prevent burglaries or vandalism.

Beginning June 2017, Commissioner Tinder reported that the city water bills will start listing commission meeting times, as requested by a city resident. Commissioner Tinder also reported additional activities regarding citizen complaints/requests, an employee Christmas party, the use of engineering services, use of City vehicles and cost savings. Commissioner Tinder also reported on employee/commission ethics and acceptance of gifts. Additionally, Commissioner Tinder reported her request regarding the installation of cameras at city gas stations, which will be installed shortly through cooperation with Lynn Haven Public Works Department and FL Department of Transportation.

Commissioner Barnes reported on upcoming graduations at North Bay Haven Charter Academy, Mosley High School, and Haney Technical School – and congratulated the students on their upcoming graduation and academic accomplishments.

Commissioner Friend reported that he attended the Triumph Gulf Coast board meeting regarding the latest legislation and potential opportunity for the City of LH. Additionally, Commissioner Friend attended the TPO Subcommittee regarding the advertising of the Public Transit Vehicles. The Commissioner reported the upcoming Mock Commission Meeting and visit by Lynn Haven Elementary students on Thursday.

**Proclamation (from Mayor's Report) – National Safe Boating Week**

Proclamation

Mayor Anderson announced the Proclamation: National Safe Boating Week, and presented the Proclamation to recipients, while City Manager Joel B. Schubert read aloud the Proclamation.

148

**Item #5.  City Manager's Report:**  City Manager Schubert shared his prepared statement regarding the submittal of his two-month notice, and resignation as City Manager as he moves to a position with Bay County.

Mayor Anderson thanked City Manager Joel Schubert for his service and great work during her tenure as Mayor, and requested that an advertisement and search for a new City Manager begin immediately.
Commissioner Russell wished Schubert good luck in his future endeavors.
Commissioner Tinder complimented Schubert on his dedication and impact.
Commissioner Barnes stated that Mr. Schubert would definitely be missed and complimented on the fabulous job so far by City Manager Schubert.
Commissioner Friend stated that City Manager Joel Schubert would certainly be missed, and commented that the selection of a City Manager was one of the greatest responsibilities of the Commission.

City Attorney's Report

**Item #6.  City Attorney's Report:**
City Attorney, Nicholas Beninate, reported on the following administrative items:
The City needs to consider the appointments to Bay County Transportation Planning Organization; the City needs to fill the one vacancy as well as consider Commissioner Friend's appointment.

|  |  | |
|---|---|---|
| | Motion by Commissioner Friend:  To appoint Mayor Anderson to the TPO. | |
| | Second to the motion: Dan Russell. | |
| On Vote: | Friend: | aye |
| | Barnes: | aye |
| | Tinder: | aye |
| | Russell: | aye |
| | Anderson: | aye   Motion passed:  5-0 |

City Attorney, Nicholas Beninate, additionally reported on the designation of the Mayor Pro-Tem position, currently held by Commissioner Barnes. If no changes are desired, Commissioner Barnes would continue occupying the position, or a motion would need to be made for a new appointment.

|  |  | |
|---|---|---|
| | Motion by Commissioner Barnes:  To appoint Commissioner Friend as new Mayor Pro-Tem. | |
| | Second to the motion: Dan Russell. | |
| On Vote: | Barnes: | aye |
| | Tinder: | aye |
| | Russell: | aye |
| | Friend: | aye |
| | Anderson: | aye   Motion passed:  5-0 |

**PUBLIC HEARING** opened **at 6:34 p.m.:**
**Item #7.** Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-2) Transmittal – Resolution No. 2017-04-682.

City Manager, Joel B. Schubert read aloud Resolution No. 2017-04-682.
City Planner, Amanda Richard, provided a presentation regarding Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-2), Andrews Plantation, Transmittal – Resolution No. 2017-04-682.

149

Mayor Anderson provided opportunity for the presentation of questions. No questions presented.

**PUBLIC HEARING** closed **at 6:39 p.m.**

**CONSENT AGENDA:**

**Item #8.  Minutes:**       4/25/2017 – Special Meeting & Regular Meeting

**Item #9.**  Approval of Award Phase V, Water Systems Improvements Construction contract to Marshall Brothers Construction & Engineering, Inc. for $411,800.00

**Item #10.**  Approval of Award to Gulf Coast Underground contract for $101,750.00 for Clay Sewer Pipe Rehabilitation.

**Item #11.**  Approval of Resolution No. 2017-05-683, Amended Land Sale of Real Property.

> Motion by Commissioner Russell   : To approve as presented.
> Second to the motion: Commissioner Friend

Commissioner Tinder presented a clarification question regarding Item #10, Clay Sewer Pipe project.

City Manager, Joel B. Schubert, responded to Commissioner Tinder's question regarding the coordination of City construction projects.

On Vote:      Friend:        aye
              Barnes:        aye
              Tinder:        aye
              Russell        aye
              Anderson:      aye              Motion passed:  5-0

**OLD BUSINESS:**

**Item #12.**  Second reading of Ordinance 1029, Right of Way Abandonment TFCU Corporate Park and Driveway

**NEW BUSINESS:**

**Item #13.**  Approval of Resolution No. 2017-05-684, Mid-Year Amended Budget.

**Item #14.**  Discussion and possible action regarding approval of Development Order and Certificate of Concurrency, Patel Psychiatric Office **[Quasi-Judicial Hearing]**

**Item #15.**  Discussion and possible action regarding approval of Development Order and Certificate of Concurrency, Tillman Investment, LLC. **[Quasi-Judicial Hearing]**

**Item #16.**  First reading of Ordinance 1030, Request for Annexation Andrew's Plantation

**Item #17.**  Discussion and possible action regarding approval of Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-2) Transmittal - Resolution No. 2017-04-682 **[Public Hearing -Action Necessary]**

**Item #18.**       First reading of Ordinance 1031, Discussion and possible action regarding Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-1) Fuel Depot

**Item #19.**  First Reading of Ordinance 1032, Small Scale Comprehensive Plan Future Land Use Map Amendment (SSA 17-1) **[No Action Necessary]**

**Item #20.**  First Reading of Ordinance 1033, Amendment to City of Lynn Haven ULDC, Flood Plain Management Regulations.

150

**Item #21.** First Reading of Ordinance 1034, City of Lynn Haven Code of Ordinances relating to the sale of alcoholic beverages **[No Action Necessary]**

**Item #22.** Discussion and possible action regarding half-cent sales tax financing and procurement.

### 23.    Public Commentary:

There was no further business to discuss and the meeting was ***adjourned at 6:46 p.m.***                Adjourn

**APPROVED THIS** ___13th___ **DAY OF** ___June_____ **2017.**

_____
Margo Deal Anderson

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Amber Perryman

151

**MARGO D. ANDERSON**
MAYOR

**JOEL B. SCHUBERT**
CITY MANAGER

**ROBERT C. JACKSON**
CITY ATTORNEY



COMMISSIONERS
~~JOSEPH ASHBROOK~~
ANTONIUS G. BARNES
~~ROGER P. SCHAD~~ Russell
RODNEY FRIEND
JUDY TINDER

## SPECIAL CITY COMMISSION MEETING
### Monday, May 22nd, 2017 – 5:30 P.M. – The Chambers

## THE PUBLIC IS INVITED TO ATTEND

## AGENDA

1.   Call to order
2.   Invocation/Pledge of Allegiance
3.   Announcement regarding Election results
4.   Motion to accept Election result totals from the Canvassing Board
5.   Administer Oath of Office to Commissioner Russell
6.   Comments by incoming Commissioner Russell
7.   Recognition of outgoing Commissioner Schad
8.   Public Commentary
9.   Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.**
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.**

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION SPECIAL MEETING MINUTES**
**MAY 22, 2017 – 5:30 P.M.**

Present:        Margo Deal Anderson, Mayor
                Antonius G. Barnes, Mayor Pro Tem/Commissioner
                Rodney Friend, Commissioner
                Roger Schad, Commissioner
                Judy Tinder, Commissioner
                Joel B. Schubert, City Manager
                Nick Beninate, City Attorney
                Officer Mike Williams

Mayor Anderson called the meeting to order & gave the Invocation.  The Pledge of Allegiance followed.

**Item #3.  Announcement regarding Election results:**

        Lynn Haven City Commission Seat 3:

        Dan Russell          787
        Tony Super           521

**Item #4.  Motion to accept Election result totals from the Canvassing Board:**  City Manager Schubert stated that Dan Russell received 60% of the vote and Tony Super received 39.83%; the results were certified on May 16, 2017.

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion:  Commissioner Friend.

On Vote:    Schad:          aye
            Tinder:         aye
            Friend:         aye
            Barnes          aye
            Anderson:       aye              Motion passed:  5-0
Passed Unanimously:  5-0

**Item #5.  Administer the Oath of Office to Commissioner Russell:**  City Attorney Jackson administered the Oath of Office to Mr. Dan Russell.

153

**City Commission Special Meeting Minutes of May 22, 2017**
**Page Two**

**Item #6.   Comments by incoming Commissioner Russell:** Thanked the citizens of Lynn Haven for their support; thanked Commissioner Schad for his support & running a clean race.

**Item #7.   Recognition of outgoing Commissioner Schad:** Commissioner Schad was presented a plaque for his 20 years of service.
Commissioner Schad thanked everyone for their support; stated it was a pleasure to serve the City of Lynn Haven.  He stated that we have a wonderful staff & he asked that the City continue to accomplish their goals.
Mayor Anderson thanked Commissioner Schad for his service.
Commissioner Friend stated he has enjoyed serving with Commissioner Schad; he has great respect for him.
Commissioner Barnes stated it has been a pleasure to serve with Commissioner Schad. He said he brought wisdom to the Commission.
Commissioner Tinder stated that Commissioner Schad is a nice person.
Commissioner Russell stated he will continue to count on his council and guidance.
City Manager Schubert thanked him for his budget support.

**Item #8.  Public Commentary:** None.

There was no further business to discuss and the meeting was adjourned.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

154

**Lynn Have Runoff Election**
**May 16th 2017**

### 8:00 a.m. May 3rd Canvassing Board Orientation

Canvassing Board members present:

- SOE Mark Andersen
- Lynn Haven
  - Rodney Friend

SOE Office Staff present:

- Thien Cao
- Nina Ward
- Rey Que
- Cameron Ferns as tester
- Michaela Lowe as tester

### 8:36 a.m. May 3rd Public Testing

- Lynn Haven Canvassing Boards reconvened from the April 18th Municipal Super Tuesday Election, members present:
- SOE Mark Andersen
- Lynn Haven
  - Rodney Friend
  - Margo Anderson
- SOE Staff
  - Thien Cao
  - Nina Ward
  - Rey Que
- SOE Staff Public Testers
  - Cameron Ferns
  - Michaela Lowe
- SOE Andersen explained testing process
- Canvassing Board designated staff to zero equipment and print zero reports.
- 8:42 a.m. Canvassing Board designated staff to begin public testing of election equipment.
- Publically tested DS200s for use on ED and EV.
- Publically tested both DS850s
- Publically tested Clear Ballot Audit Software.
- All equipment produced expected results.
- Reset all equipment and Clear Audit software back to zero in preparation for Election Day.
- SOE Andersen informed Canvassing Board that paper ballots will only be kept for minimum of 30 days after Certification or judicial decision. Digital image becomes Master Record.
- 9:41 a.m. Canvassing Board recessed until Tuesday May 16th at 1:00 p.m.

155

—

**Lynn Have Runoff Election**
**May 16th 2017**

**1:01 p.m. May 16th Canvass Vote By Mail & Early Voting Upload**

- Canvassing Board reconvened, members present:
- Lynn Haven
  - Rodney Friend
  - Antonius Barnes is new Chairperson since Mayor Anderson recused herself from Canvassing Board
  - Mark Andersen
- SOE Staff present:
  - Thien Cao
  - Rey Que
  - Nina Ward
- Canvassing Board signed Public Testing Certificate
- All present signed Confidentiality Oaths
- Opened 1 VBM Verified Box, seal # 0326688 and 1 partial box
- CTD/JCTD ran test deck and re set DS850 to zero
- Canvassing Board reviewed and Accepted 4 Provisional Ballots for No ID
- Canvassing Board authorized CTD/JCTD to add accepted Provisional Ballots to the Early Voting machines.
- Broke seals on EV DS200s 7508638, 7508639
- Accepted Provisional EV ballots were ran through EV DS200
- Opened EV1 Day 5 box, broken seal 7508784
- Added 4 tabulated provisional ballots and resealed EV1 Day 5
- Canvassing Board authorized modem of EV results
- Audited transmitted results with paper results taped, numbers matched
- Began tabulated VBM ballots and experienced issues with DS850 jamming and not reading ballots, CTD/JCTD cleaned machine and cleared transactions, reset to zero.
- Ran VBM ballots through DS850, still experiencing sporadic unreadable ballot issues.
- Duplicated 6 unreadable ballots due to code channel damage.
- Tabulated 6 duplicated ballots and ran through Clear Audit software
- Clear Audit total matched DS850 card total
- Canvassing Board Reviewed 1 Blank VBM ballot voted to Reject
- Opened tabulated, and scanned through Clear Audit software the 3 additional VBM ballots that came in today
- Confirmed Tabulated ballot count matched VR VBM report.
- 2:33 p.m. Canvassing Board recessed until 6:30 p.m.

BAYSOE 05192017 08:48

156

**Lynn Have Runoff Election**
**May 16th 2017**

**6:46 p.m. May 16th Election Night**

- Canvassing Board reconvened, members present:
- Lynn Haven
  - Rodney Friend
  - Antonius Barnes
  - SOE Mark Andersen
- SOE Staff present:
  - Thien Cao
  - Rey Que
  - Nina Ward
- Opened 2 VBM ballots
- Tabulated and scanned into Clear Audit Software
- 7:04 p.m. uploaded EV and Vote By Mail results to SOE website. ( No public present)
- 7:04 p.m. precinct modem results received
- 7:05 p.m. uploaded Precinct results to SOE website and produced preliminary results.
- 7:13 p.m. Canvassing Board recessed until pct returns arrive
- 7:44 p.m. Canvassing Board reconvened to audit transmitted results and election night audit.
- Verified Transmitted Results matched paper results tapes.
- CTD/JCTD produced and Unofficial Results.
- Canvassing Board signed Reconciliation of Transmitted Results
- Canvassing Board signed 3 copies of Unofficial Results.
- Sealed VBM E Voted Ballots Box 1 of 1 7508791
- 7:53 p.m. Canvassing Board recessed until Friday at 8:30 a.m.

**8:30 a.m. May 19th Canvass Provisional Ballots/Official Results/Automated Audit**

- Canvassing Board reconvened, members present:
- Lynn Haven
  - Rodney Friend
  - Antonius Barnes
  - Mark Andersen
- SOE Staff present:
  - Thien Cao
  - Rey Que
  - Nina Ward
- Canvassing reviewed and accepted 2 Provisional Ballots due to No I.D. provided at polls.
- Manually added accepted Provisional ballots to Election Day totals
- Scanned into Clear Audit software
- Canvassing Board signed Conduct of Election Report

157

**Lynn Have Runoff Election**
**May 16th 2017**

- CTD/JCTD produced Official Results
- CQAD prepared Automated Audit worksheet
- Canvassing Board signed Automated Audit Report
- 8:45 a.m. Canvassing Board adjourned

_____     5 / 19/ 17
Canvassing Board Member

_____     5 /1 9/ 17
Canvassing Board Member

_____     __/__/__
Canvassing Board Member

158

BAYSOE 05192017 08:48

PREC REPORT-GROUP DETAIL

LYNN HAVEN RUNOFF
LYNN HAVEN, FLORIDA
MAY 16, 2017

UNOFFICIAL RESULTS

RUN DATE:05/16/17 07:54 PM

REPORT-EL30A PAGE 0002-01

0002 LYNN HAVEN PCT

|  | TOTAL VOTES | % | EV | VBM | ED | PV |
|---|---|---|---|---|---|---|
| REGISTERED VOTERS - TOTAL . . . . . . | 13,077 | | | | | |
| BALLOTS CAST - TOTAL. . . . . . . . | 1,308 | | 581 | 397 | 330 | 0 |
| BALLOTS CAST - BLANK. . . . . . . . | 0 | | 0 | 0 | 0 | 0 |
| VOTER TURNOUT - TOTAL . . . . . . . | | 10.00 | | | | |
| VOTER TURNOUT - BLANK . . . . . . . | | | | | | |

Lynn Haven Commissioner, Seat 3 LYNN HAVEN
(VOTE FOR) 1

|  | TOTAL VOTES | % | EV | VBM | ED | PV |
|---|---|---|---|---|---|---|
| Dan Russell. . . . . . . . . . . | 787 | 60.17 | 335 | 260 | 192 | 0 |
| Tony Super . . . . . . . . . . . | 521 | 39.83 | 246 | 137 | 138 | 0 |
| Over Votes . . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 |
| Under Votes . . . . . . . . . . | 0 | | 0 | 0 | 0 | 0 |

5/16/17

159

```
PREC REPORT-GROUP DETAIL                    LYNN HAVEN RUNOFF                      OFFICIAL RESULTS
                                            LYNN HAVEN, FLORIDA
                                            MAY 16, 2017
RUN DATE:05/19/17 08:38 AM                                                        REPORT-EL30A PAGE 0002-01

0002 LYNN HAVEN PCT
                                  TOTAL VOTES    %      EV        VBM       ED        PV
REGISTERED VOTERS - TOTAL . . . . . .  13,077
BALLOTS CAST - TOTAL. . . . . . . .     1,310           581       397       332       0
BALLOTS CAST - BLANK. . . . . . . .         0             0         0         0       0
VOTER TURNOUT - TOTAL . . . . . . .            10.02
VOTER TURNOUT - BLANK . . . . . . .


Lynn Haven Commissioner, Seat 3 LYNN HAVEN
(VOTE FOR)  1
Dan Russell. . . . . . . . . . .          789   60.23    335       260       194       0
Tony Super . . . . . . . . . . .          521   39.77    246       137       138       0
    Over Votes . . . . . . . . . .          0             0         0         0       0
    Under Votes . . . . . . . . . .         0             0         0         0       0
```

160



STATE OF FLORIDA

COUNTY OF BAY

I, Dan Russell, do solemnly swear that I will support, protect and defend the Constitution and Government of the United States and of the State of Florida against its enemies, domestic or foreign, and that I will bear faith, loyalty and allegiance under the same; that I am entitled to hold office under the Constitution, and that I will faithfully perform all duties of the office of Commissioner, Seat 3, of the City of Lynn Haven, Florida upon which I am about to enter.  So help me God.

_____
COMMISSIONER, SEAT 3

Sworn to and subscribed
before me this 22nd day of
May, 2017.

_____
CITY ATTORNEY

_____
CITY MANAGER-CLERK

Acknowledged before me this 22nd day of May, 2017, by Robert C. Jackson and Joel B. Schubert who are personally known to me.


Notary
My Commission Expires

LAURIE B. BAKER
MY COMMISSION # FF103001
EXPIRES: April 20, 2018

161

# CERTIFICATE OF ELECTION

CHAPTER 102.155 FLORIDA STATUTES AND IN ACCORDANCE WITH THE MUNICIPAL CHARTER

**STATE OF FLORIDA**
**COUNTY OF BAY**
**OFFICE OF THE SUPERVISOR OF ELECTIONS**

THIS IS TO CERTIFY THAT

**Daniel Russell**

WAS DULY ELECTED TO THE OFFICE OF COMMISSIONER SEAT 3
IN AND FOR THE CITY OF LYNN HAVEN IN THE LYNN HAVEN RUN-OFF ELECTION
HELD ON MAY 16, 2017

GIVEN UNDER MY HAND AND SEAL THIS 19TH DAY OF MAY 2017



**MARK A ANDERSEN**
**SUPERVISOR OF ELECTIONS**

162

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

**CITY COMMISSION MEETING**
**Tuesday, April 25, 2017 – 6:00 P.M.**
**THE PUBLIC IS INVITED TO ATTEND.**

**AGENDA**

1.  Call to order
2.  Invocation/Pledge of Allegiance
3.  Mayor's Report
4.  Commissioner's Report
5.  City Manager's Report
6.  City Attorney's Report

**CONSENT AGENDA:**
7.  Minutes:        4/11/17 – Regular Meeting
8.  Approval of Replacement of Library and PD#2 Roofs contract with Jerry Wilson's Roofing in the amount of $132,680.00
9.  Approval of Incentive Application, HWY 390 Little Heart's Learning Center
10. Approval of Task Order to Panhandle Engineering Sun Trail
    **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**NEW BUSINESS:**
11. Resolution 2017-04-680, Abandonment of Utility Easement for Parcel 163.4, FDOT Widening SR-390.
12. Resolution 2017-04-681, Abandonment of Utility Easement for Parcel 167.5, FDOT Widening SR-390.
13. Discussion and possible action regarding approval of Development Order and Certificate of Concurrency, DO-17-8, North Bay Haven Charter Academy Stormwater **[Quasi-Judicial Hearing]**
14. Discussion and possible action regarding approval of Development Order and Certificate of Concurrency, DO-17-6, North Bay Haven Charter Academy Tennis Courts **[Quasi-Judicial Hearing]**
15. First reading of Ordinance 1029, Right of Way Abandonment TFCU Corporate Park and Driveway **[No Action Required]**
16. Discussion and possible action regarding award of contract, Commercial Solid Waste to Baldwin Container as the lowest responsible bidder
17. Public Commentary
18. Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

164

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**APRIL 25, 2017 – 6:00 P.M.**

**Present:**    Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Judy Tinder, Commissioner
Joel B. Schubert, City Manager
Robert Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Mr. Harold Phillips gave the Invocation.  The
Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:** Mayor Anderson stated that she attended Arbor Day/Earth Day at
LHES; The City has been ranked #8 in Florida schools - this is good to attract young families;
thank you for thoughts and prayers for my husband.

Mayor's Report

**Item #4.  Commissioner's Report:**
Commissioner Schad had no report.
Commissioner Tinder reported that she spent a week in the Park during voting & it was
wonderful getting to know everyone.
Commissioner Barnes had no report.
Commissioner Friend reported that he attended the Arbor Day ceremony at LHES; congratulated
Commissioner Tinder on a job well done & look forward to working with her; had the
opportunity to say goodbye to long time employees today – wish them well on their journey &
welcome to their replacements.

Commissioner's
Report

**Item #5.  City Manager's Report:**  City Manager Schubert reported that the City's Arbor Day
will be held Friday, April 28th @ Cain Griffin Park @ 10:00 a.m.; the May 9th Commission Mtg
will be held at the Recreation Center due to early voting in the Chambers; Porter Park boat ramps
will open Friday, April 29th – the City is planning a ribbon cutting ceremony & will keep you
apprised of date & time; Seat 3 Run-Off Election will be May 16th.

City Manager's
Report

**Item #6.  City Attorney's Report:**  No report.

City Attorney's
Report

**CONSENT AGENDA:**
**Item #7. Minutes:**      4/11/2017 – Regular Meeting
**Item #8.  Approval of replacement of Library & PD#2 roof's contract with Jerry Wilson's**
**Roofing in the amount of $132,680.**
**Item #9.  Approval of Incentive Application, HWY 390 Little Heart's Learning Center:**
FDOT is in the process of widening Hwy 390 to six lanes in Lynn Haven. Little Hearts
Learning Center has been directly affected by the widening of Hwy 390 and was able to
relocate the business within Lynn Haven City limits. The incentive intends to stimulate
local business by attracting and maintaining an appropriate mix of uses.

Consent Agenda
Minutes

Roof Contract

Incentive
Application

165

**City Commission Meeting Minutes of April 25, 2017**
**Page Two**

The City pays a cash incentive if the directly affected business decides to relocate their business within Lynn Haven. Request approval of the Hwy 390 Commercial Incentive application for "Little Hearts Learning Center", located at 1315 14th St. Fiscal Impact is $2,500.

**Item #10.  Approval of Task Order to Panhandle Engineering Sun Trail:** Approve Task Order for the City of Lynn Haven's Rails to Trails authorizing Panhandle Engineering to conduct engineering services contingent upon receiving the approval and fully executed grant agreement from FDOT.

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion: Commissioner Friend.

Commissioner Friend stated that the Sun Trail is for engineering; thanked the City Engineer for securing these funds.
Mayor Anderson asked that a round of applause be given to City Engineer Chris Forehand for his endeavor.
Mr. Richard Walker congratulated Commissioner Tinder on her election; he spoke about the Sun Trail grant.
Mr. Forehand stated that this is just for engineering services.
Commissioner Tinder asked how long the engineering project would take.
Mr. Forehand said approx. 8-12 months.
Mr. Dale Robitaille commented on engineering services; he wanted to know why we use Panhandle Engineering so much.
City Manager Schubert stated that the City has three engineers that they use; Panhandle Engineering is not our only City engineer & they do not get all the work.
*(Mr. Robitaille spoke from the audience and the audio reception was intermittent.)*
City Manager Schubert stated that the standard business model that is looked at when engineering is awarded is who brings the money to the table; Panhandle Engineering has brought $8 mil± to the City in the last year.
Mayor Anderson asked if the grant has to be used strictly for engineering services or can the money be used in other parts of the project.
Mr. Forehand stated that FDOT requires projects to be done in phases; money has to be used as stipulated in the grant documents.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Tinder: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**NEW BUSINESS:**
**Item #11.  Resolution 2017-04-680, Abandonment of Utility Easement for Parcel 163.4, FDOT Widening SR-390:** proposed widening of SR-390. In order to widen the right-of-way, the FDOT is requesting the City transfer positions of existing utility easements.
**Resolution for parcel 163.4** is for the abandonment of a utility easement located at Precision Collision.  City Manager Schubert read this resolution by title only.

Panhandle Eng.
Task Order
Sun Trail

Res. 2017-04-680
FDOT Easement

166

**City Commission Meeting Minutes of April 25, 2017**
**Page Three**

Abandonment by the City will not have any effect on the existing utilities that are scheduled to be relocated once the project is under construction. Future abandonments of other utility easements and sections of right-of-ways will be coming in the near future.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Schad.

On Vote:     Friend:        aye
             Barnes:        aye
             Tinder:        aye
             Schad:         aye
             Anderson:      aye            Motion passed:  5-0

**Item #12.  Resolution 2017-04-681, Abandonment of Utility Easement for Parcel 167.5, FDOT Widening SR-390:**  Resolution for parcel 167.5 is for the abandonment of the utility easement know as railroad Avenue located at the CVS pharmacy.  City Manager Schubert read this resolution by title only.

<div align="right">Res. 2017-04-681<br>FDOT Easement</div>

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:     Schad:         aye
             Friend:        aye
             Barnes:        aye
             Tinder:        aye
             Anderson:      aye            Motion passed:  5-0

**Item #13.  Discussion and possible action regarding approval of DO & CC, DO-17-8, North Bay Haven Charter Academy Stormwater (Quasi-judicial hearing):**  City Attorney Jackson stated Item #13 & 14 are quasi-judicial hearing and all affected parties were sworn in.  There was no ex-parte communication by the Mayor/Commission.  This is a request for Development Order Approval for a stormwater pond to be located upon property owned by D & H Properties, LLC.  The property is located across from the Bay Haven Charter Academy, and on the east side of Mill Bayou Rd.  D & H Properties, LLC. have requested a Development Order to construct a stormwater pond upon the approximately 1.66+/- acres vacant property adjacent to the Bay Haven Charter Academy athletic fields site. The stormwater pond is required as supporting infrastructure for the proposed athletic field development.  The Development Order Application was recommended for approval by the Planning Commission April 4th, 2017, by a unanimous vote. This is a request for Development Order approval for construction of a stormwater pond to support the future athletic fields for North Bay Haven Charter Academy.

<div align="right">DO/CC North Bay<br>Haven Stormwater</div>

Commissioner Schad stated that he is uncomfortable with there not being a fence around the stormwater pond; he understands it meets code but would like consideration of the installation of a fence.

Commissioner Tinder asked how deep the pond will be; she asked who is liable.

Mr. Chris Short, Dewberry-Preble Rish Engineering, stated that it will be 8-12' deep & usually the owner, D&H Properties, are liable for any damages that may occur.

167

**City Commission Meeting Minutes of April 25, 2017**
**Page Four**

      Motion by Commissioner Friend:  To approve as presented.
      Second to the motion: Commissioner Schad.

Mr. Richard Walker commented on the stormwater pond & fencing.
Mr. Brad Yount stated that the code is a minimum standard.

On Vote:  Friend:   aye
     Barnes:   aye
     Tinder:   no
     Schad:   aye
     Anderson:  no      Motion passed: 3-2

**Item #14.  Discussion and possible action regarding approval of DO & CC, DO-17-8, North Bay Charter Academy Tennis Courts (Quasi-judicial hearing):**  City Attorney Jackson stated that this is a quasi-judicial hearing and all affected parties were sworn in.  There was no ex-parte communication by the Mayor/Commission. This is a request for Development Order Approval for six tennis courts to be constructed upon property owned by North Bay Haven Charter Academy.  The property is located across from the Bay Haven Chatter Academy, on the east side of Mill Bayou Rd.  Bay Haven Charter Academy, Inc. have requested a Development Order to construct six (6) tennis courts upon the approximately 16.0+/- acres site across the boulevard from the Bay Haven Charter Academy school located on Hwy 390 east. This property was identified as the future athletic/sports field site when the original Development Order was granted for the school building, but no DO was asked for at that time.  The school is now ready to construct six tennis courts upon the site and is requesting a DO in order to be able to do so. Future sports fields and facilities will be constructed at a later date.  The stormwater facility for this project was a prior agenda item. The Development Order Application was recommended for approval by the Planning Commission on April 4th, 2017, by a unanimous vote. This is a request for Development Order approval for the construction of six (6) tennis courts on the North Bay Haven Charter Academy athletic fields.

      Motion by Commissioner: Schad: To approve as presented.
      Second to the motion: Commissioner Friend.
On Vote:  Schad:   aye
     Friend:   aye
     Barnes:   aye
     Tinder:   aye
     Anderson:  aye     Motion passed: 5-0

DO/CC North Bay Haven Tennis Courts

168

**City Commission Meeting Minutes of April 25, 2017**
**Page Five**

**Item #15.  First reading of Ordinance 1029, Right of Way Abandonment TFCU Corporate Park & Driveway:** An Ordinance of the City of Lynn Haven, Florida, providing for the vacation and abandonment of a portion of a certain 20- foot platted right of way as shown on the St. Andrews Bay Development Company's plat of section 21, township 3 South, range 14 West, Bay County, Florida, which lies within the city limits.  City Manager Schubert read this ordinance by title only and no action was required.

Ord. 1029 ROW Abandonment TFCU Corporate Park

**Item #16.  Discussion and possible action regarding award of contract, Commercial Solid Waste, to Baldwin Container as the lowest responsible bidder:** City of Lynn Haven contracts out the pickup of dumpsters for its commercial customers.  There are over 200 dumpsters picked up on multiple schedules, six days a week. The City advertised the notice in The News Herald using its two-step Request for Proposal (RFP) process where the firms submit their qualifications in one sealed envelope and pricing in a second sealed envelope. The RFP package outlined criteria and guidelines for being chosen for this contract. Sealed bids were accepted until 2:00 P.M. CST, March 29, 2017, and then referenced to the City staff for legal, administrative and technical sufficiency prior to the award of bid by the City. Six films responded to the advertisement as instructed.  These proposers submitted their qualifications for review by City staff. All firms were deemed qualified and the cost proposal for each business was opened and read in a public meeting. Section 1.11 of the RFP stated, "The contract will be awarded to the qualified proposer who offers the best pricing to the City." The proposer who submitted the lowest pricing was verbally acknowledged during the public meeting as the apparent lowest responsible bidder for the Solid Waste Commercial Contract.

Award of Contract Commercial Solid Waste – Baldwin Container

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion: Commissioner Friend.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Tinder: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #17. Public Commentary:**
Mr. Dale Robitaille commented on the lack of commission reports; he suggested the Fire/Police Chiefs attend the meetings in uniform.
Ms. Libby Tunnell thanked staff for planting trees on Florida Ave.; she thinks the Commission is doing a great job.
Mr. Richard Walker reported that he received a request from "Sons of the Confederacy" to receive water to clean the statute on Georgia Ave.; he thanked staff for helping to make this possible.
Commissioner Friend thanked Mr. Walker for his hard work on the old McMullin Library.

Public Commentary

**City Commission Meeting Minutes of April 25, 2017**
**Page Six**

There was no further business to discuss and the meeting was *adjourned at 6:46 p.m.*                Adjourn

APPROVED THIS _____ DAY OF _____ 2017.

_____
Margo Deal Anderson

**ATTEST:**

_____
Joel B. Schubert, City Manager

170



MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY

COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## SPECIAL CITY COMMISSION MEETING
### Tuesday, April 25, 2017 – 5:30 P.M. – The Chambers

## THE PUBLIC IS INVITED TO ATTEND

## AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Announcement regarding Election results
4. Motion to accept Election result totals from the Canvassing Board
5. Administer Oath of Office to Commissioner Tinder
6. Comments by outgoing Commissioner Ashbrook
7. Comments by incoming Commissioner Tinder
9. Public Commentary
10. Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop prior to the meeting.

## CITY OF LYNN HAVEN
## SPECIAL CITY COMMISSION MEETING MINUTES
## APRIL 25, 2017 – 5:30 P.M.

Present:     Margo Deal Anderson, Mayor
             Antonius G. Barnes, Mayor Pro Tem/Commissioner
             Rodney Friend, Commissioner
             Roger Schad, Commissioner
             Judy Tinder, Commissioner
             Joel B. Schubert, City Manager
             Robert Jackson, City Attorney
             Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Mr. Don Jackson gave the Invocation. The Pledge of Allegiance followed.                                    Call to Order

**Item #3.  Announcement regarding Election results:**                         Election Results
Total Registered Voters:      13,299
Total Ballots Cast:           1,642
**Commission Seat 3 Vote:**
Kevin Ridge:                  224
Dan Russell:                  616
Roger Schad:                  242
Tony Super:                   544
Commission Seat 4 Vote:
Joseph Ashbrook:              699
Judy Tinder:                  932

There will be a run-off election on May 16, 2017 between Dan Russell & Tony Super.

**Item #4.  Motion to accept Election result totals from the Canvassing Board:**  City   Election Results
Manager Schubert stated that Joseph Ashbrook received 43% of the vote and Judy Tinder received 57%; the results were certified on April 21, 2017.

             Motion by Commissioner Schad:  To approve as presented.
             Second to the motion:  Commissioner Ashbrook.
On Vote:     Schad:         aye
             Friend:        aye
             Barnes:        aye
             Ashbrook:      aye
             Anderson:      aye               Motion passed:  5-0

172

**Special City Commission Meeting Minutes of April 25, 2017**
**Page Two**

**Item #5.  Administer the Oath of Office to Commissioner Tinder:**  City Attorney Jackson administered the Oath of Office to Ms. Judy Tinder.

Oath of Office – Tinder

**Item #6.  Comments by outgoing Commissioner Ashbrook:**  Commissioner Ashbrook thanked those who have worked with him over the years.  He thanked staff for their help over the last 10 years.

Outgoing Comment Ashbrook

**Item #7.  Comments by incoming Commissioner Tinder:**  Commissioner Tinder thanked everyone who supported her during her campaign and looks forward to serving all the residents of Lynn Haven. She stated that her goal is to do what is right & promised to do that.

Incoming Comment Tinder

**Item #8.  Public Commentary:**
Mr. Virgil Duffell commented on the election.

Public Commentary

There was no further business to discuss and the meeting was ***adjourned at 5:38 p.m.***

Adjourn

**APPROVED THIS** _____23rd_____ **DAY OF** _____May_____ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

173

```
PREC REPORT-GROUP DETAIL                 MUNICIPAL SUPER TUESDAY              OFFICIAL RESULTS
                                         BAY COUNTY, FLORIDA
                                         APRIL 18, 2017

RUN DATE:04/21/17 08:42 AM                                                   REPORT-EL30A PAGE 0002-01

0002 LYNN HAVEN PCT
                                 TOTAL VOTES     %      EV        VBM         ED         PROV
  REGISTERED VOTERS - TOTAL . .  .  .  .  .  13,299
  BALLOTS CAST - TOTAL. .  .  .  .  .  .  .   1,642            629        383        630          0
  BALLOTS CAST - BLANK. .  .  .  .  .  .  .       0              0          0          0          0
  VOTER TURNOUT - TOTAL  .  .  .  .  .  .         12.35
  VOTER TURNOUT - BLANK  .  .  .  .  .  .


Lynn Haven Commissioner, Seat 3 LYNN HAVEN
(VOTE FOR)  1
  Kevin Ridge. .  .  .  .  .  .  .  .  .  .     224   13.78     65         62         97          0
  Dan Russell. .  .  .  .  .  .  .  .  .  .     616   37.88    231        133        252          0
  Roger P. Schad. .  .  .  .  .  .  .  .  .     242   14.88     91         65         86          0
  Tony Super .  .  .  .  .  .  .  .  .  .  .     544   33.46    235        117        192          0
      Over Votes .  .  .  .  .  .  .  .  .        1              1          0          0          0
      Under Votes .  .  .  .  .  .  .  .  .       15              6          6          3          0


Lynn Haven Commissioner, Seat 4 LYNN HAVEN
(VOTE FOR)  1
  Joseph A. Ashbrook  .  .  .  .  .  .  .  .     699   42.86    265        163        271          0
  Judy Tinder. .  .  .  .  .  .  .  .  .  .      932   57.14    360        214        358          0
      Over Votes .  .  .  .  .  .  .  .  .        1              0          1          0          0
      Under Votes .  .  .  .  .  .  .  .  .       10              4          5          1          0
```



174

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS

JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## NOTICE

THE LYNN HAVEN CITY COMMISSION MEETING WILL BE HELD IN THE *LYNN HAVEN SENIOR CENTER* LOCATED AT *905 PENNSYLVANIA AVENUE*, LYNN HAVEN. **THE PUBLIC IS INVITED TO ATTEND.**

### CITY COMMISSION MEETING
**Tuesday, April 11, 2017 – 4:00 P.M.**
**AGENDA**

1.  Call to order.
2.  Invocation/Pledge of Allegiance.
3.  Mayor's Report.
4.  Commissioner's Report.
5.  City Manager's Report.
6.  City Attorney's Report.

   **CONSENT AGENDA:**
7.  Minutes:    3/28/17 – Regular Meeting
   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

8.  Public Commentary.
9.  Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

175

There was no workshop prior to the meeting. This meeting was held @ 905 Pennsylvania Avenue.

## CITY COMMISSION MEETING MINUTES
## TUESDAY, APRIL 11, 2017 – 4:00 P.M.

**Present:**     Antonius G. Barnes, Mayor Pro Tem/Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Sergeant Pat Hamilton
Officer Meachum

Mayor Pro Tem Barnes called the meeting to order.  He stated that Mayor Anderson is dealing with some family illness and asked that we keep her and her family in our prayers. Commissioner Friend gave the Invocation.  The Pledge of Allegiance followed.                           Call to Order

Motion by Commissioner Schad:   To excuse Mayor Anderson & Commissioner Ashbrook from the meeting.
Second to the motion: Commissioner Friend.

On Vote:      Schad:           aye
Friend:          aye
Barnes:         aye                  Motion passed:  3-0

**Item #3.  Mayor's Report:**  None                                          Mayor's Report

**Item #4.  Commissioner's Report:**                                     Commissioner's
Mayor Pro Tem Barnes reported the he, along with Mayor Anderson & Commissioner      Report
Friend, attended the Canvassing Board Meeting at the SOE last week.
Commissioner Schad asked to keep the Mayor in our prayers.
Commissioner Friend stated that he has been working on the golf cart issue, speaking with the public, and looks forward to the workshop.

**Item #5.  City Manager's Report:**  None                             City Manager's
Report
**Item #6.  City Attorney's Report:**  None                            City Attorney's
Report
**CONSENT AGENDA:**
**Item #7.  Minutes:**    3/28/2017 – Regular Meeting                 Minutes

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Friend.

176

**City Commission Meeting Minutes of April 11, 2017**
**Page Two**

Mr. Richard Walker thanked Staff for their hard work during Amnesty Days.

On Vote:      Schad:         aye
              Friend:        aye
              Barnes:        aye            Motion passed:  3-0

**Public Commentary:**                                                Public
Mr. Richard Walker commented on the ½¢ Infrastructure Sales Tax; he is concerned the    Commentary
money will not be spent where it should be spent.
City Manager Schubert stated that this tax was passed by the whole county; the City had
a Capital Improvement Plan before this tax was passed.  The City is well prepared for
this tax & communicated with the Public exactly what this tax will be spent on. The
Advisory Board is committed to seeing these plans completed.
Ms. Angela Turner commented on comments made on social media after the last
meeting.  She stated that she is against golf carts on the Old Bailey Bridge. She
suggested that the Mayor compromise on issues instead of it being an all or nothing
approach.

There was no further business to discuss and the meeting was ***adjourned at 4:18 p.m.***      Adjourn

**APPROVED THIS** _____25th_____ **DAY OF** _____April_____2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

177

STATE OF FLORIDA

COUNTY OF BAY

I, Judith M. Tinder, do solemnly swear that I will support, protect and defend the Constitution and Government of the United States and of the State of Florida against its enemies, domestic or foreign, and that I will bear faith, loyalty and allegiance under the same; that I am entitled to hold office under the Constitution, and that I will faithfully perform all duties of the office of Commissioner, Seat 4, of the City of Lynn Haven, Florida upon which I am about to enter.  So help me God.

COMMISSIONER, SEAT 4

Sworn to and subscribed
before me this 25th day of
April, 2017.

CITY ATTORNEY

CITY MANAGER-CLERK

Acknowledged before me this 25th day of April, 2017, by Robert C. Jackson and Joel B. Schubert who are personally known to me.

Notary

My Commission Expires



LAURIE B. BAKER
MY COMMISSION # FF103001
EXPIRES: April 20, 2018

178

There was no workshop prior to the meeting.

**CITY COMMISSION MEETING MINUTES**
**TUESDAY – MARCH 28, 2017 – 6:00 P.M.**

Present:      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Joseph Ashbrook, Commissioner
              Rodney Friend, Commissioner
              Roger Schad, Commissioner
              Joel B. Schubert, City Manager
              Robert C. Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Mr. Don Jackson gave the Invocation.  The      Call to Order
Pledge of Allegiance followed.

**Item #3.  Mayor's Report:**  Mayor Anderson thanked Maria Stout-Tate & Leisure Services for
their work on the Jazz Festival; she stated that Mr. Leon Miller is in the hospital & asked
everyone to keep him in their thoughts & prayers; spoke at Women's History Month @ the Navy
Base; reminded everyone that the League of Women's Voter forum will be @ 6:00 p.m. on
March 30 @ Kaleidoscope Theater.

    A.   **Proclamation – Arbor Day – 4/28:**  Mayor Anderson read this proclamation in its
        entirety.

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion: Commissioner Friend.
On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye          Motion passed:  5-0

**Item #4.  Commissioner's Report:**                                                         Commissioner's
Commissioner Schad stated that he attended the Jazz Festival; he stated that he was disappointed   Report
in the turnout; he suggested that staff consider using Sheffield Park in the future so that people
can bring their chairs and sit to listen to the music.
Mayor Anderson stated that the hours be changed.
Commissioner Ashbrook had no report.
Commissioner Barnes had no report.
Commissioner Friend stated that he will be attending the MPOAC meeting next week; if anyone
has any questions or comments please contact him.

**Item #5.  City Manager's Report:**                                                         City Manager's
City Manager stated that "Stop for the Cop" -@ Dunkin' Donuts will be Saturday, April 1 – this    Report
event raises money for Special Olympics; the Commission Meeting for April 11, 2017 will be
held in the Senior Center due to early voting.

179

**City Commission Meeting Minutes of March 28, 2017**
**Page Two**

**Item #6.  City Attorney's Report:**  City Attorney reported that last fall the City approved an exchange of easements for a lift station with Mr. Bill Shaw; Mr. Shaw has provided a quit claim deed for approval.

City Attorney's Report

> Motion by Commissioner Schad:  To approve the quit claim deed as presented.
> Second to the motion:  Commissioner Barnes.

On Vote:   Schad:        aye
           Friend:       aye
           Barnes:       aye
           Ashbrook:     aye
           Anderson:     aye        Motion passed:  5-0

City Attorney Jackson stated that the upcoming election the City is the judge of their own election per the Charter; one of the responsibilities is to appoint the Canvassing Board.  In the past is has been the Commission Members not running for re-election which would be Mayor Anderson, Commissioner Barnes & Commissioner Friend & an alternate which would be SOE Mark Anderson.

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion:  Commissioner Ashbrook.

On Vote:   Schad:        aye
           Friend:       aye
           Barnes:       aye
           Ashbrook:     aye
           Anderson:     aye        Motion passed:  5-0

**CONSENT AGENDA:**
**Item #7.  Minutes:      3/14/2017 – Regular Meeting**
**Item #8.  Approval of 4th of July parade route**
**Item #9.  Approval of the liquid sludge hauling contract:**  Approve contract for Liquid Sludge Hauling with Bay Environmental, Inc. at a cost of $56.15 per 1000 gallons.

Consent Agenda
Minutes
Parade Route
Sludge Contract

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion: Commissioner Schad.

On Vote:   Barnes:       aye
           Ashbrook:     aye
           Schad:        aye
           Friend:       aye
           Anderson:     aye        Motion passed:  5--0

**OLD BUSINESS:**
**Item #10.  Discussion and possible action regarding Golf Carts – Mayor Anderson:**
Mayor Anderson stated that she has had citizen input regarding golf carts. She would like to propose that the City extend the same privilege to any street in LH with a 25mph speed limit & crossing state/county roads can be addressed later. The County, the last time the golf cart issue was brought up, indicated their willingness to cross county roads. She stated that Hwy 77 & 9th Street could be a designated crossing with FDOT approval.  Mayor Anderson stated that there are virtually no golf cart issues; kids riding golf carts are a parenting issue.

Golf Carts

180

**City Commission Meeting Minutes of March 28, 2017**
**Page Three**

Mayor Anderson asked for a motion; no motion was made and she passed the gavel to Commissioner Barnes so that she could make the following motion:

> Motion by Mayor Anderson: To change the current City Ordinance to allow golf carts on all city streets with 25 mph or less speed limit excluding state and county roads.

Mayor Pro Tem Barnes stated that he knows this is a passionate issues and asked for order during this discussion.

> Second to the motion: Commissioner Barnes.

Commissioner Friend stated that he is in full support of golf carts. He asked that this issue be tabled and the Commission hold a workshop to discuss the concerns; he did not believe all 25 mph roads should be considered for golf carts (he referenced 5th Street, the road to the Industrial Park & 14th Street). Commissioner Friend stated that there was some opposition last time and he would like to give more notice to the public & put a workshop on the schedule.
City Attorney Jackson stated that the Commission cannot amend the Code by vote; it has to be done by ordinance.
Mayor Anderson stated that she wants 25 mph to be 25 mph – she wants to see the speed limit enforced.
Commissioner Friend apologized to Mayor Anderson if he has offended her.
Commissioner Schad stated that he is in favor of expanding the golf cart route; but believes the Commission should workshop the issue.
Commissioner Ashbrook stated that he is in favor of expanding the golf cart route; the Commission should look at revising the ordinance. Commissioner Ashbrook stated he lives in a community where you don't have people who are responsible for their golf cart. He stated that he would like to look at the ordinance and have some teeth in it for enforcement.
Commissioner Barnes stated that he is opposed to golf carts but he will listen to the issue; he is not prepared to vote on this tonight. He is agreeable to a workshop. He stated that he will look at this issue from a safety standpoint. He stated that when you have parents that allow their children to take the golf cart joy riding the Commission can't legislate that, however, the Commission can do the very best that they can do in order to maintain safety in this community. He suggested the Commission do some fact finding and consider a workshop in 30 days.
Mayor Anderson asked for the gavel back.
Mayor Pro Tem Barnes stated that there is a motion on the floor that has not been voted on. Mayor Anderson asked for the gavel again; she stated that she was going to withdraw her motion.
City Attorney Jackson advised Mayor Anderson that she passed the gavel & Mayor Pro Tem Barnes has the gavel until the motion is dissolved.
Mayor Pro Tem Barnes asked Mayor Anderson if she wanted to withdraw her motion; Mayor Anderson stated she would like to withdraw it after the public has been given a chance for commentary.
Mr. Kyle Pitts, 1114 New Hampshire Ave., he stated that he is confused where golf carts are allowed.

181

**City Commission Meeting Minutes of March 28, 2017**
**Page Four**

Mr. Rusty Russell, 107 3rd Street, supports golf carts. He asked that the Commission pass an ordinance that will allow people to reasonably & safely operate golf carts. He believes it is a neighborhood enrichment quality of life issue. Mr. Russell stated that he is not asking them to pass something tonight but consider the issue.

Commissioner Ashbrook concurs with Mr. Russell.

Mr. Ryan Woosley stated that he is veteran that was wounded in Iraq. It is easier for him to get in/out of a golf cart than a car. He likes to take his kids A L Kinsaul Park. He suggested there be rules to operating a golf cart.

Mr. Fred Strickland, 702 W. 6th Street, stated that he is a golf cart enthusiast; he asked that the Commission consider the golf cart change.

Mayor Pro Tem Barnes asked the audience to hold their applause.

Ms. JoAnn Naverette stated that she currently lives in a golf cart community. She is concerned that there seems to be no regulations for bicycles or hoverounds.

Mr. Bob Gardner stated that he would like to see the golf cart change passed. He feels he is being discriminated against.

Mr. William Carr stated that he spoke against this issue last time; there is a lot of heavy traffic on 14th Street. He stated that he is not against this issue but would like to see a workshop to discuss this issue. He stated that he is still against crossing Hwy 390. He stated that the PD are patrolling the roads but there is only so much that they can do with the resources that they have.

Mayor Anderson stated that she did not wish to withdraw her meeting. She stated that the Commission did have a workshop previously; there was a presentation by the former Police Chief. Mayor Anderson stated that LH is a different culture and urge the Commission to take the 1st step. Mayor Anderson stated she would like to change her motion to not grant immediately to drive golf carts on 25 mph roads but rather move forward that we would entertain his motion in a future workshop and push forward to changing the ordinance.

Mayor Pro Tem Barnes asked if Mayor Anderson was withdrawing her motion?

Mayor Anderson said not she was just clarifying her motion.

| On Vote: | Anderson: | aye | |
|----------|-----------|-----|---|
| | Friend: | no | |
| | Barnes: | no | |
| | Ashbrook: | no | |
| | Schad: | no | Motion failed: 1-4 |

Mayor Pro Tem Barnes passed the gavel to Mayor Anderson.

> Motion by Commissioner Ashbrook: That the Commission schedule a single issue Public Workshop to discuss adding additional areas where golf carts can be used; discuss changes in the current ordinance & have greater accountability & enforcement methods.
> Second to the motion: Commissioner Friend.

Commissioner Friend asked if there should be a date to hold the meeting.

Amended Motion: Commissioner Ashbrook amended his motion to include "no more than 30 days".

> Commissioner Friend amended his second to the motion.

182

**City Commission Meeting Minutes of March 28, 2017**
**Page Five**

Mr. Bob Gardner asked if the Commission was going to consider the whole city or where they going to discriminate like they are doing now.

Commissioner Ashbrook stated that he could not answer that question until they have the workshop, however, saying the Commission is discriminating is strong words.

Ms. Jeri Deal, 511 Tennessee Ave., asked why the Commission is waiting 30 days.

Commissioner Barnes stated that the Commission has to consider the entire City when making decisions.

Ms. Deal stated that the Commission can meet any day they want to. She stated that she doesn't understand.

Commissioner Barnes stated they have to do what is best for the City,

Mayor Anderson told Commissioner Barnes that there is a citizen speaking and Commissioner Barnes is out of order.

Commissioner Barnes told the Mayor she was out of order.

Mayor Anderson told Commissioner Barnes she was going to tell him one more time.

Mayor Anderson hit the gavel and said the meeting was adjourned for 10 minutes; she came back and said the meeting was recessed for 10 minutes.

Mayor Anderson called the meeting to order and gave Ms. Jeri Deal the option to continue her commentary.

Ms. Jeri Deal asked why wait 30 days for a workshop.

Mayor Anderson stated that a motion has been made and that she too is impatient that we have to wait to have a workshop.

Ms. Deal asked why it was fair that Commissioner's Ashbrook & Barnes live in an area where you can have golf cart.

Mayor Anderson asked Commissioner Ashbrook to re-read his motion.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**NEW BUSINESS:**

**Item #11.  Resolution 2017-03-678, Infrastructure tax:** Resolution of the City of Lynn Haven, Florida, authorizing the proceeds from the local government infrastructure surtax be used by the City to finance, plan or construct projects that will repair local roads and adjacent infrastructure. City Manager Schubert read this resolution by title only.

Infrastructre Tax

| | Motion by Commissioner Schad:  To approve as presented. | | |
|---|---|---|---|
| | Second to the motion:  Commissioner Ashbrook. | | |
| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

183

**City Commission Meeting Minutes of March 28, 2017**
**Page Six**

**Item #12. Public Commentary:**
Mayor Anderson apologized for calling a recess.
Mr. James Oakley, 1208 Massachusetts Ave., concerned about General Dynamics and speeding.
He suggested the City not allow General Dynamics be able to renew their lease.
Commissioner Friend stated that he has spoken to some citizens in the area and will be speaking
to the City Manager about their concerns.

Public
Commentary

There was no further business to discuss and the meeting was ***adjourned at 7:18 p.m***.

Adjourn

**APPROVED THIS** _____11th_____ **DAY OF** ___April___ _____ **2017.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

184

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

**CITY COMMISSION MEETING**
**TUESDAY, MARCH 28, 2017 – 6:00 P.M.**
**AGENDA**

1.   Call to order.
2.   Invocation/Pledge of Allegiance.
3.   Mayor's Report:                    A. Proclamation – Arbor Day – 4/28
4.   Commissioner's Report.
5.   City Manager's Report.
6.   City Attorney's Report.

**CONSENT AGENDA:**
7.   Minutes:      3/14/17 – Regular Meeting
8.   Approval of 4th of July parade route.
9.   Approval of the liquid sludge hauling contract.
     **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
10.  Discussion and possible action regarding Golf Carts – Mayor Anderson.

**NEW BUSINESS:**
11.  Resolution 2017-03-678, Infrastructure Surtax.
12.  Public Commentary.
13.  Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop prior to the meeting.

### CITY COMMISSION MEETING MINUTES
### TUESDAY, MARCH 14, 2017 – 4:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order & Mr. Leon Miller gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3. Mayor's Report:** Mayor Anderson reported that she took her 1st Uber ride in Lynn Haven on Sunday evening; on 3/22 she will speak at the NCSC – Women's Month; 3/18 will be the 1st LH Jazz Festival on Florida Ave. from 3:00 – 8:00 p.m.; attended the ACE Hardware grand opening; attended the BCLofC Qtrly mtg – speaker from FDOT discussed Hwy 390 widening & flyover; raised over $3,000 to date for the LH Splash Park; it has been brought to her attention speeding on 17th Street & Cain Griffin Park & 14th Street & Maine Ave./Massachusetts Ave.

Mayor's Report

**Item #4. Commissioner's Report:**
Commissioner Schad reported he attended the BCLofC Qtrly meeting on 3/13; he wanted to recognize the work of Commissioner's Friend & Ashbrook on TPO issues.
Commissioner Ashbrook reported that he attended the grand opening of ACE Hardware & is happy they are in Lynn Haven; attended the Hope Cancer Center grand opening; attended the Bay County Chamber Block Party & supported LHFD in the bed races; attended the baseball opening day at the Rec Center.
Commissioner Barnes reported he attended the baseball opening day at the Rec Center; the BCLofC Qtrly meeting on 3/13; attended the ACE Hardware & the Hope Cancer Center grand opening.
Commissioner Friend stated that the turnout for the grand openings was good.

Commissioner's Report

**Item #5. City Manager's Report:** City Manager Schubert reported that he attended the PC Garden Club's Operation Cinderella event on 3/10; thanked LHFD for representing the City in the Bay County Chamber Block Party bed race event; attended the LHPD – Sonny's event on 3/11 supporting Special Olympics – Tip-a-Cop.

City Manager's Report

    A. **Employee of the Month- February:** Mr. Brent Dillard, Leisure Services, was awarded the EOM award for February for his dedication to the City.

    B. **Certificate of Appreciation – Ryan Campbell:** Mr. Ryan Campbell was presented a COA for his contribution to building lounge chairs for Porter Park.

186

**City Commission Meeting Minutes of March 14, 2017**
**Page Two**

    C.  **Certificate of Appreciation – Annabelle Janke**:  Ms. Annabelle Janke was presented a COA for her contribution of artist' renderings of pets at the Animal Shelter placed for adoption.

**Item #6.  City Attorney's Report:**  No report.

City Attorney's Report

**CONSENT AGENDA:**

Consent Agenda

**Item #7.  Minutes:**    **2/28/17 – Regular Meeting**

Minutes

**Item #8.  Approval of Task Order in the amount of $84,500 to Panhandle Engineering for Wastewater System Video Inspection and Condition Assessment:**  With the upcoming plans to repair 20 miles of roadway throughout the city preliminary work evaluating the existing sewer lines under the roadway is needed to identify which lines will need to be improved. The work includes video inspection of approximately 65,000 lf of clay sewer line and up to 250 manholes. Panhandle will evaluate all videos and identify where and what types of repairs will be needed in order to incorporate into the final roadway improvement  plans. Many of the existing sewer lines under the roadways that are schedule to be repaired with the *1/2* cent sales tax will need to be evaluated in order to identify what types of repairs will be needed prior to the roadway improvements. Performing the preliminary work on the sewer lines will speed up the process for the roadway improvement plans.

PHE Task Order
Video Inspection

    Motion by Commissioner Schad:  To approve the Consent Agenda as presented.
    Second to the motion:  Commissioner Friend.

On Vote:    Schad:        aye
            Friend:       aye
            Barnes:      aye
            Ashbrook:    aye
            Anderson:    aye          Motion passed:  5-0

**NEW BUSINESS:**

New Business

**Item #9.  Resolution 2017-03-677, opposing House Bill 17 & Senate Bill 1158:** A Resolution Of The City Of Lynn Haven Urging All Members Of The Florida Legislature To Oppose HB17 And SB 1158 Which Preempts Local Business Regulations, Prohibits Local Government From Imposing Or Adopting Any New Regulations On Businesses Unless Expressly Authorized By The Legislature; Directing The City Manager To Transmit A Certified Copy Of This Resolution To The Northwest Florida League Of Cities, The Bay County Legislative Delegation, And Any Other Interested Parties.  City Manager Schubert read this Resolution by title only.

Res. 2017-03-677

    Motion by Commissioner Schad:  To approve as presented.
    Second to the motion:  Commissioner Barnes.

On Vote:    Schad:        aye
            Friend:       aye
            Barnes:aye
            Ashbrook:    aye
            Anderson:    aye          Motion passed:  5-0

187

City Commission Meeting Minutes of March 14, 2017
Page Three

**Item #10.  Discussion and possible action regarding approval of Development Order (DO-17-2) and Certificate of Concurrency for McDonald's additional parking and training room.** (Quasi-judicial hearing) City Attorney Jackson stated Items #10 & 11 are a Quasi-judicial hearing and all affected parties were sworn in by City Attorney Jackson. There was no ex-parte communication by the Mayor/Commission.   This is a request for Development Order Approval to construct additional parking and a training room at 1710 S. Hwy 77. Parcel Number 11628-000-000. David Costa Enterprises, LLC. have requested a development order to be allowed to construct a parking lot and a 3,500 sq. ft. office building (to be used as a training room) upon the approximately 0.77+/- acres vacant property adjacent to the existing McDonalds restaurant on the south side. There are also supporting stormwater system facilities. The Development Order Application was denied recommendation for approval by the Planning Commission on March 7, 2017, due to no engineer being present to answer engineering specific questions relating to storm-water. The Developer & City Engineer addressed the drainage issue to satisfaction of the Commission.   This is a request for Development Order approval for construction of a parking lot and training room.

<div align="right">DO-17-2/CC<br>McDonald's</div>

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #11.  Discussion and possible action regarding approval of Development Order (DO-17-5) and Certificate of Concurrency for SunTrust ATM Drive-Thru Kiosk:** (Quasi-judicial hearing) This is a request for an amendment to a previous Development Order Approval for the Market Shops Commercial Subdivision. The requested amendment is to be allowed to construct a drive-thru ATM kiosk on the vacant parcel located at 2260 S. Hwy 77. Parcel Number  11667-280-004. The applicant, David Henry, has requested a Development Order Amendment to the previously approved Market Shops Commercial Sub-Division Development Order, to be allowed to construct the SunTrust drive thru ATM on the approximately 6.5+/- acres vacant parcel located behind Innovations Federal Credit Union. Stormwater system facilities for the entire commercial subdivision are already in place.  The application was unanimously approved by the Planning Commission on March 7, 2017, for recommendation of approval to the City Commission. This is a request for an amended Development Order approval for construction of a SunTrust ATM Drive-Thru.

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion:  Commissioner Rodney Friend.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

188

**City Commission Meeting Minutes of March 14, 2017**
**Page Four**

**Item #12.  Public Commentary:**
Mr. Virgil Duffell suggested the Chambers be used to hold a political candidate forum.
Mayor Anderson agreed.
Mayor Anderson believes city buildings should be used for political events.  She suggested the
League of Women's voters be approached to chair the event.

Public Commentary

There was no further business to discuss and the meeting was adjourned at 4:40 p.m.

Adjourn

**APPROVED THIS** _28th_ **DAY OF** _March_ _2017._

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

189

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS

JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

### CITY COMMISSION MEETING
### TUESDAY, MARCH 14, 2017 – 4:00 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report.
4. Commissioners' Report.
5. City Manager's Report:     A. Employee of the Month – February
                              B. Certificate of Appreciation – Ryan Campbell
                              C. Certificate of Appreciation – Annabelle Janke
6. City Attorney's Report.

**CONSENT AGENDA:**
7. Minutes:     2/28/17 – Regular Meeting
8. Approval of Task Order in the amount of $84,500 to Panhandle Engineering for Wastewater System Video Inspection and Condition Assessment.

**NEW BUSINESS:**
9. Resolution 2017-03-677, opposing House Bill 17 and Senate Bill 1158.
10. Discussion and possible action regarding approval of Development Order (DO-17-2) and Certificate of Concurrency for McDonalds' additional parking and training room. *(Quasi-judicial hearing)*
11. Discussion and possible action regarding approval of Development Order (DO 17-5) and Certificate of Concurrency for SunTrust ATM Drive-Thru kiosk. *(Quasi-judicial hearing)*
12. Public Commentary.
13. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

**CITY COMMISISON MEETING MINUTES**
**FEBRUARY 28, 2017 – 6:O2 P.M.**

Present:      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Joseph Ashbrook, Commissioner
              Rodney Friend, Commissioner
              Roger Schad, Commissioner
              Joel B. Schubert, City Manager
              Robert C. Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.   The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she attended the BCL League of Cities meeting on  2/23 – one topic discussed was a HB that would regulate Home Rule; attended Publix recognition day 2/27; Porter Park boat ramps are a work in progress; met with Leisure Services Director Maria Stout-Tate and her assistant Tracy to discuss the upcoming Jazz Fest; met with City Engineer Chris Forehand on a number of topics; met with City Manager Schubert on a number of topics;  Mayor Anderson is enjoying being the Mayor.

Mayor's Report

A.  Proclamation:  Problem Gambling Awareness Month – March 207:  Mayor Anderson read this proclamation in its entirety.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye                     Motion passed:  5-0

**Item #4.  Commissioner's Report:**
Commissioner Schad reported he has been out with the flu.
Commissioner Ashbrook reported that opening ball day is 3/4/2017 @ the Recreation Center; attended a TPO meeting – 1st Phase of Hwy 390 (west-side) is being delayed due to engineering issues.
Commissioner Barnes reported that on 2/23 Haney Technical Center had a mandatory "lock-down" drill – hats off to LHPD for a job well done – thank you to LHPD & BCSO.
Commissioner Friend reported that FDOT reported they have stopped the PD &E study on Hwy 390 (east-side) for a 4-lane to look at it as a 6-lane.

Commissioner's Report

**Item #5.  City Manager's Report:**  City Manager Schubert reported that he spent most of the day 2/27 in depositions with a former employee – lawsuit was voluntarily withdrawn; amnesty day begins March 1 & goes the entire month; there is a Bay County Chamber block party on March 9 – LHFD will participate in the bed race; ACE Hardware grand opening on March 1 @ 4:00 p.m.; going to pursue local financing options, as directed by the Commission, to facilitate the sales tax projects.

City Manager's Report

191

**City Commission Meeting Minutes of February 28, 2017**
**Page Two**

Officer Kaitlyn Anglin thanked the Davis' & Krause families for their help in cleaning the Recreation Center after the "Coffee with the Cops" event.

**Item #6.  City Attorney's Report:** City Attorney Jackson reported that a citizen asked if advisory committees do not have to file a Form 1 at the last meeting and it is his opinion that they do not.

**PUBLIC HEARING OPENED: 6:20 p.m.**
**Item #7.   Large Scale Future Land Use Map Amendment, LSA-17-1, transmittal of Comprehensive Plan Text Amendment, Fuel Depot property:** This public hearing is being held to receive comments on the transmittal of the proposed Comprehensive Plan Text Amendment, LSA-17-1, and receive City Commission approval to transmit the amendment to Department of Economic Opportunity (DEO) and other required agencies. The proposed amendment is to amend the Future Land Use Map from Public/ Institutional, Research Park and Low Density Residential to Commercial and Mixed Use on this 110 +/- acre property consisting of six (6) parcels and the 100' wide railroad ROW from Causeway southeast to Hwy 390.  The property is currently vacant but formerly accommodated  the United States Air Force Fuel Depot. The current land use on the property is mostly Research Park but also includes some Public Institutional and 1.6 acres of Low Density Residential. The railroad ROW has no parcel number or current land use. There are two land uses being requested for the 110 acres.  A Commercial land use is being requested for thirty-four (acres) and a Mixed Use land use designation is being requested for the remaining seventy-six (76) acres.  The intent is to be able to redevelop the abandoned militaly fuel depot and railroad ROW into a water-   centric project with a mixture of uses, including a marina, an assortment of residential types, and assortment of commercial, retail office and recreation  facilities. Parcel Numbers: 08921-000-000; 08917-000-00; 08948-000-00;  09753-000-000;  09756-000-000; portion of 10940-00.0-000; 100' wide Railroad ROW. After approval of this transmittal, the amendment package will be distributed to the required agencies.   A second public hearing will be held at the adoption   stage.
There was no audience participation and the Public Hearing was *closed at 6:28 p.m.*

**CONSENT AGENDA:**
**Item #8.  Minutes:  2/14/2017 – Regular Meeting**
**Item #9.  Award Cured in Place Pipe (CIPP) Sewer Rehabilitation Contract to American Infrastructure Technologies Corporation in the amount of $157,910:** The City has numerous sewer pipes in the original platted area of Lynn Haven that require rehabilitation.  The process includes cleaning the pipes, camera inspections of the pipes, and slip lining of the pipes using a Cured in Place Pipe (CIPP) process. Panhandle Engineering advertised sealed bids on behalf of the City for sewer pipe rehabilitation in various areas within the Northwest area of town.
**Item #10.  Approval of a Change Order for BCL Construction in the amount of $74,847 to stabilize the shoreline at Kinsaul Park:** The City has recently designed and permitted the Kinsaul Park Shoreline Stabilization Project. The project includes stabilizing approximately 500 LF with rip rap material in order to stop erosion. BCL Construction who is the primary contractor for the boat ramp construction has the rip rap material placement cost as part of their current contract. They have provided a cost for the work based on already working in the area and saving the City the long process of bidding it out which makes this the most cost effective ways to have the work completed. The existing shoreline along the Kinsaul Park has eroded to the point of needing immediate attention.

City Attorney's Report

Public Hearing
Large Scale
Future Land Use
Amendment
Fuel Depot

Consent Agenda
Minutes
CIPP Sewer
Contract

BCL Change
Order
Kinsaul Park

**City Commission Meeting Minutes of February 28, 2017**
**Page Three**

Each time we get any storm coming from the east the shoreline near the pavilion has eroded to the point that it will be no time before it effects the pavilion. All permits have been received and the contractor is able to begin the work soon after receiving the notice to proceed.

Motion by Commissioner Ashbrook:    To approve the Consent Agenda as presented to include a clerical error on Page 9 – the vote was 4-1 & not 5-0. Second to the motion: Commissioner Schad.

On Vote:    Ashbrook:    aye
Schad:    aye
Friend:    aye
Barnes:    aye
Anderson:    aye    Motion passed:  5-0

**NEW BUSINESS:**
**Item #11.   Resolution 2017-02-672, amending the Purchasing Procedural Guide:** Staff is requesting approval of Resolution No. 2017-02-672 amending the City's Purchasing Procedural Guide with the following major changes:

Res. 2017-02-672
Purch. Guide

I.   Chapter 2: Purchasing Policy – Allows the City Manager to procure large purchases and services provided the total purchase is no greater than the amount specified within the current Commission approved budget.
2.   Chapter 3: General Procedures – Specifies various competitive sealed bid methods including a Request for Proposals method that includes a two-phase process. Phase one qualifies respondents based upon strict criteria. Phase two is to open price proposals from only those qualified respondents. The award is then made to the lowest responsible, qualified bidder. Also, moved bid protest procedures from Chapter 4 to Chapter 3.
3.   Chapter 19: Procurement of Professional Services – moved some RFP information to Chapter 3.

4.   Chapter 20:   Local Vendor Preference - The Local Vendor Preference will continue to be offered   to businesses within Bay County, but has been limited to construction projects valued at $50,000 or greater.
5.   Chapter 21: Federal Contract Provisions –   inclusion of additional procedures required when the City uses federal funding for the purchase of commodities or services.

City Manager Schubert read Res. 2017-02-672 by title only.

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Schad.

Mayor Anderson stated that she is concerned with the change that allows the City Manager to approve $35,000 w/o Commission approval; she believes that this takes away some of the City's checks and balances.

193

**City Commission Meeting Minutes of February 28, 2017**
**Page Four**

City Manager Schubert stated for clarification purposes that he is certainly not trying to give himself more power; the Commission approves the Budget line by line & the intent is that if the budgeted amount does not change it does not have to come back to the Commission for approval. There is a mid-year adjustment to the Budget and a final at years end.

Mayor Anderson stated that she knows how a budget works and as she has stated publicly & privately she does not agree with this change. Mayor Anderson stated that she stands with what she said.

On Vote:    Barnes:        aye
            Ashbrook:      aye
            Schad:         aye
            Friend:        aye
            Anderson:      no          Motion passed:  4-1

**Item #12.  Resolution 2017-02-676, transmittal of Comprehensive Plan Text Amendment – Large Scale Plan Amendment – LSA-17-1:**  City Manager Schubert read Res. 2017-02-676 by title only.

Res. 2017-02-676
Comp Plan
Transmittal

            Motion by Commissioner Schad:  To approve as presented.
            Second to the motion: Commissioner Ashbrook.
On Vote:    Schad:         aye
            Friend:        aye
            Barnes:        aye
            Ashbrook:      aye
            Anderson:      aye         Motion passed:  5-0

**Item #13.  Discussion and possible action regarding potential amendment to April 2016, land sale:**  James Finch was the successful bidder of 287.75 acres of City property located in north Bay County; the property transacted April 22, 2016, for a sale price of $604,300 or $2100 .09 per acre. This bid was made prior to the final survey and per the owner made the property's shape "not ideal for use." Mr. Finch is requesting to purchase (10-15 acres at the same price per acre), directly adjacent to the property for assemblage in order to achieve highest and best use. If approved the property would be advertised for sale per City Ordinance.

Land Sale
Amendment

            Motion by Commissioner Ashbrook:  To approve as presented.
            Second to the motion: Commissioner Barnes.
On Vote:    Ashbrook:      aye
            Schad:         aye
            Friend:        aye
            Barnes:        aye
            Anderson:      aye         Motion passed:  5-0

194

**City Commission Meeting Minutes of February 28, 2017**
**Page Five**

**Item #14.  Discussion and possible action regarding piping the balance of the 17th Street ditch:** Under a current contract, 17th street East is near completion. In August 2015, the Commission contemplated a change order that would complete the project by piping the West side of 17th Street. The decision was deferred in favor of investigating a partnership with FDOT since they share ownership.  In the interim, FDOT has agreed to pipe the 900' they own at their cost. This leaves a balance of approximately 650' of open ditch. The contractor has offered to prorate the original price based on the 650' that remains. Fiscal Impact: $668,000. C i t y Manager Schubert stated that if approved he would suggest to include in the motion: 1) the authority for the Mayor/City Manager to sign the change order in order to expedite the work & also a $35,000 task order for engineering services; 2) if the Commission decides on the west-side at $668,000 the City Manager would suggest to include this amount into the existing $3.72 mil promissory note that was approved for the east-side of 17th Street ditch. City Manager Schubert recommended a 30-year promissory note.

City Attorney Jackson asked if the new promissory note will be at the current rate?  City Manager Schubert stated yes.

<div style="margin-left:2em">

**Motion by Commissioner Barnes:  To approve the recommendations of City Manager Schubert as stated above.**
**Second to the motion: Commissioner Ashbrook.**

</div>

On Vote:

| | | |
|---|---|---|
| Barnes: | aye | |
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Anderson: | aye | **Motion passed:  5-0** |

**Item #15.  Discussion and possible action regarding appointment to the Infrastructure Tax Oversight Committee:** Five applications were received for the Infrastructure Tax Oversight Committee; the Commission accepted their nominations as:

| | |
|---|---|
| Commissioner Schad: | Charlie Commander |
| Commissioner Ashbrook: | Jennifer Vigil |
| Commissioner Friend: | Todd Wolfrom |
| Commissioner Barnes: | Anderson Edwards |
| Mayor Anderson: | Pamela Hiller |

<div style="margin-left:2em">

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Barnes.

</div>

Commissioner Ashbrook stated that he would like the City Manager, staff & engineers meet with these people to let them know about the meeting.

Mr. James Finch wanted to know if the City has passed a resolution that states the money is used for infrastructure projects only.

Mayor Anderson stated that was a good point.

Commissioner Ashbrook stated that is spelled out in the referendum passed by the voters.

Mayor Anderson stated that she believes a resolution should be passed by this board.

*(margin notes)*
17th Street Ditch Piping

Infrastructure Tax Oversight Committee

195

City Commission Meeting Minutes of February 28, 2017
Page Six

Commissioner Friend stated he supports a resolution.
Mayor Anderson suggested this resolution on the next agenda.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #16.  Pubic Commentary:**                                                        Public
Mr. Leon Miller commented on the Hwy 390 widening; he suggested that we get our State   Commentary
Rep's involved.
Mayor Anderson stated that she recently spoke with the Lt. Governor.
Mr. Bill Hodgkins commented on the "Triumph Gulf Coast" program – this program has
approx. $300 mil in funds; Mr. Hodgkins wanted to know if the City has a process in place
about what the City would use the money for.
Mayor Anderson stated the City has a list of projects and the shoreline at Kinsaul Park is on
the list.
Commissioner Friend asked for clarification from Mr. Hodgkins – he wanted to know if he was
asking if we have projects or process for the funds.
Mr. Hodgkins stated he wanted to know the process.

There was no further business to discuss and the meeting was *adjourned at 7:02 p.m.*        Adjourn

**APPROVED THIS** ___14th___ **DAY OF** _March_____ 2017.


                                                    _____
                                                    Margo Deal Anderson, Mayor

ATTEST:


_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

196

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## CITY COMMISSION MEETING
### TUESDAY, FEBRUARY 28, 2017 – 6 P.M.
### AGENDA

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report:       A. Proclamation: Problem Gambling Awareness Month – March 2017
4. Commissioner's Report.
5. City Manager's Report.
6. City Attorney's Report.

**PUBLIC HEARING OPENED:  (state time)**
7. Large Scale Future Land Use Map Amendment, LSA-17-1, transmittal of Comprehensive Plan Text Amendment, Fuel Depot property.
**PUBLIC HEARING CLOSED.  (state time)**

**CONSENT AGENDA:**
8. Minutes:      2/14/17 – Regular Meeting
9. Award Cured in Place Pipe (CIPP) Sewer Rehabilitation Contract to American Infrastructure Technologies Corporation in the amount of $157,910.
10. Approval of a Change Order for BCL Construction in the amount of $74,847 to stabilize the shoreline at Kinsaul Park.

**NEW BUSINESS:**
11. Resolution 2017-02-672, amending the Purchasing Procedural Guide.
12. Resolution 2017-02-676, transmittal of Comprehensive Plan Text Amendment – Large Scale Plan Amendment - LSA-17-1.
13. Discussion and possible action regarding potential amendment to April 2016, land sale.
14. Discussion and possible action regarding piping the balance of the 17th Street ditch.
15. Discussion and possible action regarding appointments to the Infrastructure Tax Oversight Committee.
16. Public Commentary.
17. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

197

The Lynn Haven City Commission held a workshop meeting on Monday, February 13, 2017, beginning at 4:00 p.m. in The Chambers, 108 E. 9th Street. The purpose of the meeting was to discuss the Half-Cent Infrastructure Surtax. The public was invited to attend. The meeting was adjourned at 5:03 p.m.

## CITY COMMISSION MEETING MINUTES
### TUESDAY, FEBRUARY 14, 2017 – 4:00 P.M.

Present:  Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Schad gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3. Mayor's Report:** Mayor Anderson reported that she retired 14 days ago and now has more time to devote to inactive boards; Mr. Kenneth Tucker, Last Roll Call, passed away; attended Porter Park boat ramps groundbreaking; attended Lottie Faye Peacock's 100th birthday at Summer's Landing; attended a meeting with the Lt. Governor last week.

Mayor's Report

*A. Proclamation – March – Clean-Up, Paint-Up, Fix-Up Month:* Mayor Anderson read this proclamation in its entirety.

Proc. Clean-Up, Paint-Up, Fix-Up

Motion by Commissioner Schad: To approve the proclamation as presented.
Second to the motion: Commissioner Barnes.
*(no vote taken)*

Ms. Libby Tunnell suggested the City waive all trash pickup prices for the month of March.
Mayor Anderson stated that she spoke with Ms. Tunnell about this yesterday. She suggested the City give amnesty for the month of March.

Motion by Commissioner Schad: To give amnesty for the month of March.
Second to the motion: Commissioner Friend.

Commissioner Friend was concerned with the impact to the City. Would the City be able to keep up with the volume?
Mr. Bobby Baker, Public Works Director, thinks this is a good idea & believes that the City can handle the volume. Concerned with illegal dumping.

198

**City Commission Meeting Minutes of February 14, 2017**
**Page Two**

Amended motion:

        Motion by Commissioner Schad:  To waive special trash pickup fee for the month of March.
        Second to the motion:  Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

    **B. *Proclamation – Publix Appreciation Day – 2/27:*** Mayor Anderson read this proclamation in its entirety.

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion:  Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

Proc.
Public Appreciation

**Item #4.  City Commissioner's Report:**
Commissioner Schad thanked the City employees for their hard work during recent rain events.
Commissioner Ashbrook attended the groundbreaking of Porter Park boat ramps; encourage everyone to be patient during construction.
Commissioner Barnes thanked staff & engineers for their help in securing funds for the Porter Park boat ramps.
Commissioner Friend reported there will be a 5k race – Run for Cookies - please plan to attend; MPOAC meeting scheduled for Bay County in November 2017.

City Commission
Report

**Item #5.  City Manager's Report:**

    A.  ***Employee of the Month –*** January: Suzanne Fogle, Customer Service Rep, was awarded the EOM award for her hard work and dedication to the City.
    B.  ***Crossing Guard Recognition:*** Chief Matt Riemer recognized the LH Crossing Guards for their hard work. FDOT presented Crossing Guard Willie Mae Stanley the State Crossing Guard of the Year award.

City Manager's
  Report

EOM

Crossing Guard
Recognition

**Item #6.  City Attorney's Report:**  No Report.

City Attorney's
Report

**City Commission Meeting Minutes of February 14, 2017**
**Page Three**

**CONSENT AGENDA:**
**Item #7. Minutes:** **1/24/2017 – Regular Meeting**
**Item #8.** **Approve the purchase of services for the removal of sand and grit from digester tanks in the amount of $63,000 from Polston Applied Technologies, LLC:** The Sewer Department has worked with Polston Applied Technologies to obtain a quote in the amount of $63,600 for these services. This procurement will be a piggy-back purchase off from Sarasota County IFQ #166388MZ.

**Item #9.** **Approve Grant Agreement #17-036 with the NW Florida Water Management District in the amount of $49,825 to assist with the 9th Street Water Main Replacement Project:** The City has now been awarded $49,825 from the Northwest Florida Water Management District (NWFWMD) to assist with construction and construction engineering inspection (CEI) expenses. $40,000 is dedicated toward construction and $9,825 is dedicated toward CBI on the West 9th Street portion.

**Item #10.** **Approve the task order with Panhandle Engineering in the amount of $19,825 for the fifth phase of the City's Water Main Replacement Project:** Panhandle Engineering has proposed a task order for $19,825 to cover preparation of bid documents, bidding, and construction engineering inspection services (CEI) for Phase 5 of the construction to be performed this year.

**Item #11.** **Approve the Gulf Power Storm Restoration Staging Site Agreement:** Gulf Power Company is requesting to renew the Storm Restoration Staging Site Agreement that would allow Gulf Power to use the Recreation Sports Complex as a staging site during a Class 3,4, or 5 hurricane. This agreement will begin May 1, 2017 and go for (5) years. Gulf Power is self-insured and shall assume all liability to third parties.

> Motion by Commissioner Schad: To approve as presented.
> Second to the motion: Commissioner Barnes.

Mr. Richard Walker spoke about former Commissioner Harold Haynes who passed away last week.
Mayor Anderson stated that her father was a former commissioner & he knew Commissioner Haynes.
Commissioner Barnes stated that he served with Commissioner Haynes & he had the City's heart.
Commissioner Schad stated that he was a mentor to him.
Ms. Libby Tunnell stated that he was responsible for the light at 14th & Tennessee.
Commissioner's Ashbrook & Friend stated that they did not know him.
Mayor Anderson thanked Mr. Walker & stated perhaps we do a proclamation for the next meeting.

On Vote:      Schad:        aye
              Friend:       aye
              Barnes:       aye
              Ashbrook:     aye
              Anderson:     aye            Motion passed: 5-0

Consent Agenda Minutes
Polston Applied Tech, LLC – Grit Removl

NWFWM –
9th Street Water Main Repl. Prjct

PE Task Order

Gulf Power Staging Site

200

**City Commission Meeting Minutes of February 14, 2017**
**Page Four**

**OLD BUSINESS:**

**Item #12.  Second and final reading of Ordinance 1027, Fuel Depot Parcel B, replacing Ord. 1013:**  City Manager Schubert read Ord. 1027 by title only. This was the second and final reading.

Ord. 1027
Fuel Depot

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion: Commissioner Schad.

On Vote:  Barnes:  aye
Ashbrook:  aye
Schad:  aye
Friend:  aye
Anderson:  aye                     Motion passed:  5-0

**Item #13.  Second and final reading of Ordinance 1028, Fuel Depot Parcel C, replacing Ord. 1014:**  City Manager Schubert read Ord. 1028 by title only.  This was the second and final reading.

Ord. 1028
Fuel Depot

Motion by Commissioner Barnes: To approve as presented.
Second to the motion: Commissioner Ashbrook.

On Vote:  Barnes:  aye
Ashbrook:  aye
Schad:  aye
Friend:  aye
Anderson:  aye                     Motion passed:  5-0

**NEW BUSINESS:**

Items #14-18 are a Qausi-judicial hearing and all affected parties were sworn in by City Attorney Jackson.

Mayor Anderson/Commissioner Ashbrook/Commissioner Barnes/Commissioner Friend & Commissioner Schad had no ex-parte communication.

**Item #14. Discussion and possible action regarding approval of Development Order and Certificate of Concurrency for Waterside Chiropractic Expansion project: (Quasi-judicial hearing)** This is a request for Development Order approval for a 1,784 square foot addition to the Waterside Chiropractic Office located at 3210 Highway 77. Parcel Number: 11802-025-000. Dr. Michael Smith owns and operates Waterside Chiropractic on Highway 77. The current building is 2,118 square feet in size and i s located upon a parcel approximately 1.269 +/- acres in size. He is requesting a Development Order in order to be able to construct an addition on to the existing building so that he can offer additional services to his clients. Parking and storm water facilities upon the site have been increased to accommodate the additional square footage as per the Lynn Haven Unified Land Development Code. The Development Order application was recommended for approval by the Planning Commission on February 7, 2017. This is a request for Development Order approval for a 1,784 square foot addition to Dr. Smith's existing chiropractic practice.

DO/CC
Waterside
Chiropractic

201

**City Commission Meeting Minutes of February 14, 2017**
**Page Five**

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Ashbrook.

On Vote:    Schad:        aye
            Friend:       aye
            Barnes:       aye
            Ashbrook:     aye
            Anderson:     aye                    Motion passed:   5-0

**Item #15.  Discussion and possible action regarding approval of Development Order and Certificate of Concurrency for the apartments at 18th Street and Virginia Avenue: (Quasi-judicial hearing)** This is a request for Development Order approval to construct two (2) x 3,396 square foot duplex apartments on the vacant parcel located on the southwest corner of 18[111] Street and Virginia Avenue. Parcel Number 119-000-000. James Finch and Associates, Inc. are requesting to be able to construct a pair of duplexes upon a vacant parcel which formally accommodated a single family home. The property is approximately 0.43 acres in size and is located at the southwest corner of 18th Street and Virginia Ave. Each of the double unit duplexes will be 3,396 square feet in size and each unit will have two bedrooms. The Land Use on the property is Mixed Use which allows for multi-family units, and therefore this is a conforming use. The Development Order Application was recommended for approval by the Planning Commission on February 7, 2017. This is a request for Development Order approval for a two duplex apartment development.  City Manager Schubert stated that there are some minor issues about a water main.  City Planner Richard stated that the developer, James Finch, has agreed to install a 4" water main.

DO/CC – 18th Street & Virginia Ave

Motion by Commissioner Ashbrook: To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:    Ashbrook:     aye
            Schad:        aye
            Friend:       aye
            Barnes:       aye
            Anderson:     aye                    Motion passed:  5-0

**Item #16.  Discussion and possible action regarding approval of Development Order and Certificate of Concurrency for Hope Radiation Cancer Center Expansion project:** (Quasi-judicial hearing) This is a request for Development Order approval to construct a 4,600 square foot two (2) story addition onto the existing Hope Radiation Cancer Treatment Center building located at 2900 Highway 77. Parcel Number 11801-000-000. Dr. Murshed currently owns and operates the Hope Radiation Cancer Treatment Center at 2900 Highway 77.

DO/CC Hope Radiation Center

202

**City Commission Meeting Minutes of February 14, 2017**
**Page Six**

He is requesting a development order to allow him to add an additional 4,600 square feet on to the existing 3,609 square foot building so that he can treat more cancer patients. The addition will house. treatments rooms and one additional radiation treatment vault. Parking and stormwater infrastructure have been increased to accommodate the increase in impervious area and additional patients. The Development Order Application was recommended for approval by the Planning Commission on February 7, 2017. This is a request for Development Order approval for an addition to the Hope Radiation Cancer Treatment Center.

|          | Motion by Commissioner Schad: To approve as presented. |        |               |
|----------|--------------------------------------------------------|--------|---------------|
|          | Second to the motion: Commissioner Ashbrook. |        |               |
| On Vote: | Schad:    | aye |               |
|          | Friend:   | aye |               |
|          | Barnes:   | aye |               |
|          | Ashbrook: | aye |               |
|          | Anderson: | aye | Motion passed:  5-0 |

**Item #17.  Discussion and possible action regarding approval of the preliminary plat for Bailey Pointe Townhomes: (Quasi-judicial hearing)** The applicant/owner has requested the approval of the Preliminary Plat for the Bailey Pointe Townhomes Development located at 6220 House of Seafood Drive, Parcel #: 08835-010-000. The applicant, Bailey Pointe LLC. is requesting approval of the Preliminary Plat for this townhome project with a Commercial Land Use. This vacant prope1ty is approximately 1.692acres in size, and the developer is proposing to divide it into twelve (12) townhome lots with Home Owner's Association maintained streets, amenities and common areas. The stormwater system will remain private and be maintained by the Home Owner's Association. The Development Order for this project was recommended for approval by the City Planning Commission on October 4, 2016. It is not necessary for this plat to go to the Planning Commission prior to City Commission for consideration as it is proposing between 3 and 50 lots (Section 10.03.01 (B) of the Unified Land Development Code. The request is for a Preliminary Plat for twelve (12) townhomes.

Preliminary Plat Approval Bailey Pointe Townhomes

|          | Motion by Commissioner Barnes: To approve as presented. |        |               |
|----------|---------------------------------------------------------|--------|---------------|
|          | Second to the motion: Commissioner Ashbrook. |        |               |
| On Vote: | Barnes:   | aye |               |
|          | Ashbrook: | aye |               |
|          | Schad:    | aye |               |
|          | Friend:   | aye |               |
|          | Anderson: | aye | Motion passed:  5-0 |

203

**City Commission Meeting Minutes of February 14, 2017**
**Page Seven**

**Item #18.  Discussion and possible action regarding approval of a Development Order and Certificate of Concurrency for Bailey Pointe Townhomes: (Quasi-judicial hearing)**

DO/CC
Bailey Pointe
Townhomes

Motion by Commissioner Ashbrook: To approve as presented.
Second to the motion: Commissioner Schad.

On Vote:  Ashbrook:  aye
          Schad:     aye
          Friend:    aye
          Barnes:    aye
          Anderson:  aye           Motion passed:  5-0

**Item #19.  Resolution 2017-02-671, Community Aesthetic Feature Agreement for the South Gateway Monument:**  This maintenance agreement is for the proposed South Gateway Monument to be installed at the northeast corner of Hwy 77 and Baldwin Rd.  The new gateway monument will be located within the FOOT Right-of-Way and therefore requires the approval of a maintenance agreement with FOOT. A previous agreement with a sign location at Hwy 77 and 17th St. was approved by the CC in Jan 2015.  FDOT is requesting a new agreement since the location of the proposed sign has been changed to Baldwin Rd. City Manager Schubert read Res. 2017-02-671 by title only.

Res. 2017-02-671
South Gateway
Monument

Motion by Commissioner Ashbrook: To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:  Ashbrook:  aye
          Schad:     aye
          Friend:    aye
          Barnes:    aye
          Anderson:  aye           Motion passed:  5-0

**Item #20.  Resolution 2017-02-672, amending the Purchasing Procedural Guide: Staff is requesting approval of Resolution No. 2017-02-672 amending the City's Purchasing Procedural Guide with the following major changes:**

Res. 2017-02-672
Purchasing Policy

1. Chapter 2: Purchasing Policy –Allows the City Manager to procure large purchases and services provided the total purchase is no greater than the amount specified within the current Commission approved budget.

2. Chapter 3:  General Procedures –Specifies various competitive sealed bid methods including a Request for Proposals method that includes a two-phase process. Phase one qualifies respondents based upon strict criteria. Phase two is to open price proposals from only those qualified respondents. The award is then made to the lowest responsible, qualified bidder. Also, moved bid protest procedures from Chapter 4 to Chapter 3.

3. Chapter 19:  Procurement of Professional Services –moved some RFP information to Chapter 3.

204

**City Commission Meeting Minutes of February 14, 2017**
**Page Eight**

4. Chapter 20: Local Vendor Preference - The Local Vendor Preference will continue to be offered to businesses within Bay County, but has been limited to construction projects valued at 50,00 or greater.

5. Chapter 21: Federal Contract Provisions –inclusion of additional procedures required when the City uses federal funding for the purchase of commodities or services.

City Manager Schubert read Res. 2017-02-672 by title only.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Barnes.

Mayor Anderson would like this to be tabled for further review.

*Commissioner Ashbrook withdrew the motion.*

Motion by Commissioner Ashbrook:  To table this item.
Second to the motion:  Commissioner Friend.

On Vote:      Ashbrook:      aye
              Schad:         aye
              Friend:        aye
              Barnes:        aye
              Anderson:      aye          Motion passed: 5-0

**Item #21.   Resolution 2017-02-673, creating an Infrastructure Tax Oversight Committee:** A resolution of the City of Lynn Haven, Florida creating an Infrastructure Tax Oversight Committee; defining  the duties of such committee; establishing qualifications, terms, and procedures for appointment and removal of committee members.   City Manager Schubert read Res. 2017-02-673 by title only.

Res. 2017-02-67
Infrastructure
Tax Oversight
Committee

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion: Commissioner Friend.

Mr. Richard Walker wanted to know if this board was subject to filing a Form 1.
City Manager Schubert will task the City Attorney to review. Each Commissioner will nominate one individual to serve on the board.

On Vote:      Barnes:        aye
              Ashbrook:      aye
              Schad:         aye
              Friend:        aye
              Anderson:      aye          Motion passed: 5-0

**Item #22.   Resolution 2017-02-674, Special Administrative Exception Application Villages of Mill Bayou, Shoreline Village Phase 1C, D&H Properties:** This is a request by D & H Properties for an Administrative Exception Overlay District for a  portion of the Villages of Mill Bayou, Shoreline Village Phase 1. Shoreline Village Phase 1 (to include Phase IC) had a Development Order approved in 2013. Phase IC will consist of single-family lots and a recreation area on a 13.82-acre parcel, #11344-000-000, located at 4121 Hwy 390.

Res. 2017-02-67
D&H Properties

205

**City Commission Meeting Minutes of February 14, 2017**
**Page Nine**

The applicant is requesting an amendment to the original Development Order which was issued in 2013, but needs Commission approval to waive Section 4.05.06(F) of the City's Unified Land Development Code, in the form of an Administrative Exception Overlay District, per City Ordinance 980, to be able to proceed with that request. City Manager Schubert read Res. 2017-02-674 by title only.

                  Motion by Commissioner Schad: To approve as presented.
                  Second to the motion: Commissioner Barnes.
On Vote:     Schad:         aye
                  Friend:        aye
                  Barnes:      aye
                  Ashbrook:    aye
                  Anderson:    aye           Motion passed: 5-0

**Item #23.  Resolution 2017-02-675, approving special exceptions to allow consumption of alcoholic beverages during certain annual City events:**  City Manager Schubert read Res. 2017-02-675 by title only.

                  Motion by Commissioner Ashbrook:
                  Second to the motion: Commissioner Schad.
On Vote:     Ashbrook:    aye
                  Schad:         aye
                  Friend:        no
                  Barnes:      aye
                  Anderson:    aye           Motion passed:  4-1

**Item #24.  Public Commentary:**
Mr. Leon Miller stated that February is Black History Month; he was the first elected Afro-American commissioner in Lynn Haven.

There was no further business to discuss and the meeting was adjourned at 5:19 p.m.

**APPROVED THIS** _____28th_____ **DAY OF** _____February_____ **2017.**


_____
Margo Deal Anderson, Mayor

**ATTEST:**


_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

Res. 2017-02-675
Alcoholic
Beverage

Public
Commentary

Adjourn

206

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

**NOTICE**

*The Lynn Haven City Commission will hold a workshop meeting on Monday, February 13, 2017, beginning at 4:00 p.m. in The Chambers, 108 E. 9th Street.*
*The purpose of the meeting will be to discuss the Half-Cent Infrastructure Surtax.*
*The public is invited to attend.*

**CITY COMMISSION MEETING**
**TUESDAY, FEBRUARY 14, 2017 – 4:00 P.M.**
**AGENDA**

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report:
   - A. Proclamation – March – Clean-Up, Paint-Up, Fix-Up Month
   - B. Proclamation – Publix Appreciation Day – 2/27
4. City Commissioner's Report.
5. City Manager's Report:
   - A. Employee of the Month – January
   - B. Crossing Guard Recognition
6. City Attorney's Report.

**CONSENT AGENDA:**

7. Minutes:      1/24/17 – Regular Meeting
8. Approve the purchase of services for the removal of sand and grit from digester tanks in the amount of $63,600 from Polston Applied Technologies, LLC.
9. Approve Grant Agreement #17-036 with the NW Florida Water Management District in the amount of $49,825 to assist with the 9th Street Water Main Replacement Project.
10. Approve the task order with Panhandle Engineering in the amount of $19,825 for the fifth phase of the City's Water Main Replacement Project.
11. Approve the Gulf Power Storm Restoration Staging Site Agreement.
    **\*\*MOTION NEEDED FOR CONSENT AGENDA.**

**OLD BUSINESS:**

12. Second and final reading of Ordinance 1027, Fuel Depot Parcel B, replacing Ord. 1013.
13. Second and final reading of Ordinance 1028, Fuel Depot Parcel C, replacing Ord. 1014.

City Commission Meeting – 2/14/17
Page two

**NEW BUSINESS:**

14. Discussion and possible action regarding approval of Development Order and Certificate of Concurrency for Waterside Chiropractic Expansion project. ***(Quasi-judicial hearing)***

15. Discussion and possible action regarding approval of Development Order and Certificate of Concurrency for the apartments at 18th St. and Virginia Avenue. ***(Quasi-judicial hearing)***

16. Discussion and possible action regarding approval of Development Order and Certificate of Concurrency for Hope Radiation Cancer Center Expansion project. ***(Quasi-judicial hearing)***

17. Discussion and possible action regarding approval of the preliminary plat for Bailey Pointe Townhomes. ***(Quasi-judicial hearing)***

18. Discussion and possible action regarding approval of the Development Order and Certificate of Concurrency for Bailey Pointe Townhomes. ***(Quasi-judicial hearing)***

19. Resolution 2017-02-671, Community Aesthetic Feature Agreement for the South Gateway Monument.

20. Resolution 2017-02-672, amending the Purchasing Procedural Guide.

21. Resolution 2017-02-673, creating an Infrastructure Tax Oversight Committee.

22. Resolution 2017-02-674, Special Administrative Exception Application, Villages of Mill Bayou, Shoreline Village Phase 1C, D&H Properties.

23. Resolution 2017-02-675, approving special exceptions to allow consumption of alcoholic beverages during certain annual City events.

24. Public Commentary.

25. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

208

There was no workshop prior to the meeting.

## CITY COMMISSION MEETING MINUTES
### TUESDAY, JANUARY 24, 2017 – 6:00 P.M.

**Present:**       Mayor Margo Deal Anderson
Mayor Pro Tem/Commissioner Antonius G. Barnes
Commissioner Joseph Ashbrook
Commissioner Rodney Friend
Commissioner Roger Schad
City Manager Joel B. Schubert
City Attorney Cole Davis (Sitting in for Robert Jackson)
Officer Kaitlyn Anglin

Motion by Commissioner Friend:  To excuse Commissioner Schad from the meeting.
Second to the motion:  Commissioner Ashbrook.

On Vote:      Friend:          aye
Barnes:        aye
Ashbrook:    aye
Anderson:     aye                    Motion passed: 4-0

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation.  The Pledge of Allegiance followed.

Call To Order

**Item #3.  Mayor's Report**: Mayor Anderson reported that Jonathan Hayes sent a request asking that a proclamation be presented to Lottie Faye Peacock in recognition of her 100th birthday. Mayor Anderson read this proclamation in its entirety.

Mayor's Report

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:      Ashbrook:    aye
Friend:          aye
Barnes:        aye
Anderson:     aye                    Motion passed: 4-0

Mayor Anderson reported that she met with City Manager Schubert on Jan. 23 to discuss ongoing items in the City; she would like to see on the agenda in early February to discuss the use of the ½ cent infrastructure sales tax; would like to have a workshop for citizen input; would like to be more aggressive with the use of community workers; commended staff for their work during the recent rain event.

**Item #4.  Commissioner's Report:**
Commissioner Ashbrook reported that he spent some time with the Rescue Mission and learning what they do; presented a proclamation, passed at the Dec. 10th Commission Mtg; to the Panama Country Club last week.
Commissioner Friend will be attending the MPOAC meeting this week; was out during the recent flooding, spoke w/citizens & would like to commend staff for their hard work; looking forward to the workshop to discuss the ½ cent tax; will be out of town & will miss the upcoming Employee luncheon.

Commissioner's Report

209

**City Commission Meeting Minutes of January 24, 2017**
**Page Two**

**Item #5.  City Manager's Report:** City Manager Schubert reported that he has been working w/the Engineer & Public Works prioritizing a list of concerns with the infrastructure; a workshop will be scheduled for next month to discuss this issue.

City Manager's Report

A.    ***Infrastructure Surtax Oversight Committee:***  This is an oversight committee; the Commission is the deciding factor of the money for projects; City Manager Schubert suggests that a resolution be presented at the next meeting to create this committee – proposing a 5-member board w/a member appointed by each commissioner.

B.    ***Cancel 4/11 City Commission Meeting*** – Early Voting is scheduled for this meeting and this meeting will need to be changed and/or cancelled.

Mayor Anderson stated that she does not agree with cancelling the meeting; the Charter states the City have two meetings per month; she suggested the Senior Center or Roberts Hall for a nominal fee – she stated that the only requirement is that the meeting be recorded.
Commissioner Barnes stated that the agenda should determine if the meeting is cancelled and/or change.
Commissioner Friend agrees with Commissioner Barnes but he would like to have clarification on the meetings; the City typically has one meeting in November & one meeting in December; Commissioner Friend stated that he is available to meet at any time.

> Motion by Commissioner Barnes:  To table this issue for clarification.'
> Second to the motion:  Commissioner Friend.

Mr. Richard Walker agreed with Mayor Anderson; he believes the citizens of this town are not being recognized.

On Vote:     Barnes:        aye
             Ashbrook:      aye
             Friend:        aye
             Anderson:      no          Motion passed:  3-1

City Manager Schubert reported that the Lynn Haven Fire & Emergency Services will be hold a Child Safety seat class at Walmart on Feb. 10 from 1:00 p.m. – 4:00 p.m.

**Item #6.  City Attorney's Report:** No report.

City Attorney's Report

**CONSENT AGENDA:**
**Item #7.  Minutes:**  1/10/2017 – Regular Meeting
**Item #8.  Approve lease with Tax Collector for 801 Florida Ave.:** The term of this lease is for one (1) year beginning March 1, 2017 and continuing until February 28, 2018. Rent is nineteen thousand, two hundred ninety-six dollars and 60 cents ($19,296.60) per year, payable in installments of $1,608 .05 per month, due and payable in advance on the first day of each month.

CONSENT AGENDA
Minutes
801 Florida Ave
Lease

**Item #9.  Approve Polling Place Agreement with Supervisor of Elections Office for early voting, April 10-14 and May 8-12 (if necessary for a run-off election).**
**Item #10.  Approve Polling Place Agreement with Supervisor of Election Office for Super Tuesday, April 18 and for a run-off election, if necessary, on May 16.**

SOE – Polling Agreement

210

**City Commission Meeting Minutes of January 24, 2017**
**Page Three**

**Item #11. Approve Panhandle Engineering Task Order #17-14435 for $24,000 for a mobility plan:** The City currently has a grant from the Department of Economic Opportunity (DEO) to fund a multi-modal mobility plan. This plan will study the various travel characteristics by City sub-area and consider the different improvements needed on various streets along with short range and long range transportation strategies. The analyzed data will identify the City's multi-modal transportation needs to include pedestrians, bicyclists, and public transportation. Although the Planning Department is accomplishing a large amount of the work associated with this project, it is necessary to hire a firm to compile and analyze the ·data. Panhandle Engineering has presented Task Order #17-14435 in the amount of $24,000 to assist with this endeavor.

PHE Task Order Mobility Plan

**Item #12. Award bid for Porter Park boat ramp improvements for $368,445:** Staff recommends approval of award of construction contract    for the Porter Park Boat Ramp Improvements to BCL Civil Contractors in the amount of  $368,445.

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:   Barnes:        aye
Ashbrook:     aye
Friend:        aye
Anderson:      aye          Motion passed:  4-0

**NEW BUSINESS:**

**Item #13.  First reading of Ordinance 1027, Fuel Depot Parcel B, replacing Ord. 1013:** AN ORDINANCE REVISING THE EFFECTIVE DATE OF ORDINANCE NO. 1013, WHICH ANNEXED INTO THE MUNICIPAL LIMITS OF THE CITY OF LYNN HAVEN, FLORIDA, APPROXIMATELY 93.87 ACRES OF THE LYNN HAVEN FUEL DEPOT PROPERTY AS MORE PARTICULARLY DESCRIBED IN ORDINANCE NO. 1013; AMENDING SECTION 6 OF ORDINANCE NO. 1013, AND PROVIDING AN IMMEDIATELY EFFECTIVE DATE. City Manager Schubert read Ordinance 1027 by title only.  This was the first reading and no action was required.

Ord. 1027

**Item #14.  First reading of Ordinance 1028, Fuel Depot Parcel C, replacing Ord. 1014:** AN ORDINANCE REVISING THE EFFECTIVE DATE OF ORDINANCE NO. 1014, WHICH ANNEXED INTO THE MUNICIPAL LIMITS OF THE CITY OF LYNN HAVEN, FLORIDA, APPROXIMATELY 49.81 ACRES OF THE LYNN HAVEN FUEL DEPOT PROPERTY AS MORE PARTICULARLY DESCRIBED IN ORDINANCE NO. 1014; AMENDING SECTION   6 OF ORDINANCE NO. 1014, AND PROVIDING AN IMMEDIATELY EFFECTIVE DATE.  City Manager Schubert read Ordinance 1028 by title only.  This was the first reading and no action was required.

Ord. 1028

211

**City Commission Meeting Minutes of January 24, 2017**
**Page Four**

**Item #15.  Discussion and possible action regarding approval of Interlocal Agreement with FDOT for piping a portion of West 17th Street:**  City Manager Schubert reported that we are finalizing the punch list of the 17th Street Ditch project; FDOT owns 60% of the 17th Street Ditch on the West side of Hwy 77 – FDOT will pipe 900' of that ditch if the City agrees to donate 5 parcels for the HWY 390 widening project; City Manager Schubert believes this is a win-win for the City. The remaining non-piped ditch will be addressed at a later date.

FDOT/17th Street Ditch West

1st Friend  2nd Barnes    F✓ B✓ A✓ A✓   4-0

**Item #16. Public Commentary:**
Ms. Libby Tunnell would like her ditch piped.

Public Commentary

There was no further business to discuss and the meeting was *adjourned at 6:43 p.m.*

Adjourn

**APPROVED THIS** ___14th___ **DAY OF** _February_ 2017.


_____
Margo Deal Anderson, Mayor


**ATTEST:**



_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

212

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
JOSEPH ASHBROOK
ANTONIUS G. BARNES
RODNEY FRIEND
ROGER P. SCHAD

## CITY COMMISSION MEETING
## TUESDAY, JANUARY 24, 2017 – 6:00 P.M.
## AGENDA

1.  Call to order.
2.  Invocation/Pledge of Allegiance.
3.  Mayor's Report.
4.  City Commissioner's Report.
5.  City Manager's Report:    A. Infrastructure Surtax Oversight Committee
                              B. Cancel 4/11 City Commission Meeting
6.  City Attorney's Report.

**CONSENT AGENDA:**

7.  Minutes:        1/10/17 – Regular Meeting
8.  Approve lease with Tax Collector for 801 Florida Avenue.
9.  Approve Polling Place Agreement with Supervisor of Elections Office for early voting, April 10 -14 and for May 8 – 12 (if necessary for a run-off election).
10. Approve Polling Place Agreement with Supervisor of Elections Office for Super Tuesday, April 18 and for a run-off election, if necessary, on May 16.
11. Approve Panhandle Engineering Task Order #17-14435 for $24,000 for a mobility plan.
12. Award bid for Porter Park boat ramp improvements for $368,445.
    **\*\*MOTION NEEDED FOR CONSENT AGENDA.**

**NEW BUSINESS:**

13. First reading of Ordinance 1027, Fuel Depot Parcel B, replacing Ord. 1013. (No action required)
14. First reading of Ordinance 1028, Fuel Depot Parcel C, replacing Ord. 1014. (No action required)
15. Discussion and possible action regarding approval of Interlocal Agreement with FDOT for piping a portion of West 17th Street.
16. Public commentary.
17. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop prior to the meeting.

**CITY COMMISSION MEETING MINUTES**
**TUESDAY - JANUARY 10, 2017 – 4:00 P.M.**

**Present**      Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Pro Tem Barnes called the meeting to order and Commissioner Ashbrook gave the Invocation.  The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:**    **A**.  ***Proclamation – Panama Country Club Day:***  This proclamation was read in its entirety by Mayor Pro Tem Barnes and presented to members of the Panama Country Club.

Mayor's Report

        Motion by Commissioner Schad:  To excuse Mayor Anderson from the meeting.
        Second to the motion: Commissioner Friend.

On Vote:      Schad:      aye
        Friend:     aye
        Ashbrook:  aye
        Barnes:    aye             Motion passed:  4-0

**Item #4.  Commissioner's Report:**

Commissioner Rodney Friend reported that he will be attending a MPOAC meeting on Jan. 26, 2017.

Commissioner Ashbrook reported that he attended the LHPD Christmas dinner; attended the grand re-opening of McDonalds.

Commissioner Schad is very proud of the City and the community.

Commissioner Barnes reported that he participated in Wreaths Across America – he hopes to be able to be a part of this for years to come.

Commissioner's Report

**Item #5.  City Manager's Report:**    **A**.  ***Employee of the Month – December 2016:***  Ms. Stephanie Schultheis, Customer Service, was awarded the EOM award for her hard work and dedication to the City.

City Manager's Report

    **B**.  ***Supervisor of the Quarter – Oct. – Dec. 2016:***  Ms. Amanda DeLonjay, Utility Billing, was awarded the SoQ for her hard work and dedication to the City.

    **C**.  ***Police Chief appointment:***  City Manager Schubert reported that he appointed Major Matt Riemer to the recently vacated position of Police Chief and as per the City Charter he asked for the consent of the Commission for that appointment.

214

**City Commission Meeting Minutes of January 10, 2017**
**Page Two**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Schad.

Commissioner Schad stated that he has received positive comments from the public for the appointment.
Commissioner Ashbrook stated that same.
Commissioner Friend stated that same; he thought it spoke highly of Chief Messer to bring up a leader to take his place.
Commissioner Barnes agreed with the previous comments and believes Chief Riemer will be an asset to the City.
Mr. Rich Walker stated that he did not appreciate reading about the appointment in the newspaper and believes that there should have been discussion in an open forum; he believes the citizens are being denied their rights.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Barnes: | aye | Motion passed:  4-0 |

**Item #6.  City Attorney's Report:**  No report.

City Attorney's Report

**CONSENT AGENDA:**
**Item #7.  Minutes:  12/13/2016 – Regular Meeting**

Consent Agenda Minutes

**Item #8.  Approve the site dedication of the Porter Park boating access facilities per Florida Boating Improvement Program requirements:**  The City currently has a Florida Boating Improvement Program grant through the Florida Department of Fish and Wildlife. The grant is for the construction of new boat docks and ramps at Potter Park. A requirement of the program is a site dedication of the boating access facilities.  These boat facilities are to be dedicated to public use for a minimum of 20 years from the date of the dedication.

Porter Park Boa tramp

**Item #9.  Approve the purchase of three new police SUV's from Hub City Ford totaling $79,938:**  The purchase of three (3) SUV's for the Police Department is included in the current budget.  After extensive researching of the various vehicles available and taking into consideration past maintenance experience on various vehicles, staff has selected a 2017 Ford Interceptor Utility Model K8A.  The purchase will be made utilizing the Florida Sheriffs Association Contract, Bid Number FSAl 6-VEL24.0. The Florida Sheriffs Association offers statewide purchasing contracts on a variety of vehicles, equipment and services that are available to all eligible a g e n c i e s .

Vehicle Purchase Hub City Ford

**Item #10.  Approve acceptance of a Firehouse Subs Public Safety Foundation Grant for the purchase of four thermal imaging cameras:**  The Fire Department has a need for new thermal imaging cameras (TIC). Thermal imagers are an integral tool to the first responder community by enhal1cing visibility in operating conditions such as structural fires to locate citizens and fallen firefighters. They are also used for structural navigation, hose stream directing, and locating hot spots. The Firehouse Subs Public Safety Foundation has agreed to give the City four Bullard thermal imaging cameras with accessories. The TIC's will be housed on each fire truck to ensure they are readily available at fire scenes. Fiscal impact is $18,200 - 100% grant funded.

Firehouse Grant

215

**City Commission Meeting Minutes of January 10, 2017**
**Page Three**

|        | Motion by Commissioner Schad:  To approve the Consent Agenda as presented. |          |          |
| ------ | ------- | -------- | -------- |
|        | Second to the motion:  Commissioner Ashbrook. |          |          |
| On Vote: | Schad: | aye |          |
|        | Friend: | aye |          |
|        | Ashbrook: | aye |          |
|        | Barnes: | aye | Motion passed:  4-0 |

**OLD BUSINESS:**
**Item #11.  Second and final reading of Ordinance 1026, temporary moratorium, medical cannabis:** City Manager Schubert read Ord. 1026 by title only.  This was the second and final reading.

Ord. 1026

|        | Motion by Commissioner Friend:  To approve as presented. |          |          |
| ------ | ------- | -------- | -------- |
|        | Second to the motion: Commissioner Ashbrook. |          |          |
| On Vote: | Friend: | aye |          |
|        | Ashbrook: | aye |          |
|        | Schad: | aye |          |
|        | Barnes: | aye | Motion passed:  4-0 |

**NEW BUSINESS:**
**Item. 12.  Public Commentary:** None

Public Commentar

There was no further business to discuss and the meeting was *adjourned at 4:22 p.m.*

Adjourn

**APPROVED THIS** ___24th___ **DAY OF** ___January___ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

216

MARGO DEAL ANDERSON
MAYOR

JOEL B. SCHUBERT
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS

JOSEPH ASHBROOK

ANTONIUS G. BARNES

RODNEY FRIEND

ROGER P. SCHAD

**CITY COMMISSION MEETING**
**TUESDAY, JANUARY 10, 2017 – 4 P.M.**
**AGENDA**

1. Call to order.
2. Invocation/Pledge of Allegiance.
3. Mayor's Report:          A. Proclamation – Panama Country Club Day
4. Commissioner's Report.
5. City Manager's Report:   A. Employee of the Month – December 2016
                            B. Supervisor of the Quarter – Oct. – Dec. 2016
                            C. Police Chief appointment
6. City Attorney's Report.

**CONSENT AGENDA:**
7. Minutes:        12/13/16 – Regular Meeting
8. Approve the site dedication of the Porter Park boating access facilities per Florida Boating Improvement Program requirements.
9. Approve the purchase of three new police SUVs from Hub City Ford totaling $79,938.
10. Approve the acceptance of a Firehouse Subs Public Safety Foundation Grant for the purchase of four thermal imaging cameras.
    **\*\*MOTION NEEDED TO APPROVE THE CONSENT AGENDA.**

**OLD BUSINESS:**
11. Second and final reading of Ordinance 1026, temporary moratorium, medical cannabis.

**NEW BUSINESS:**
12. Public Commentary.
13. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop before the meeting.  Minutes from the December 11, 2018
Commission Meeting.   Page 1



GOVERNMENT
EXHIBIT
6d
U.S. v. James David Finch
5:20cr28/MW

**CITY COMMISSION MEETING MINUTES
TUESDAY, DECEMBER 11, 2018
LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
2:00 P.M.**

**Present:**    Margo Anderson, Mayor
          Rodney Friend, Mayor Pro Tem/Commissioner
          Antonius G. Barnes, Commissioner (Absent)
          Dan Russell, Commissioner
          Judy Tinder, Commissioner
          Michael E. White, City Manager
          Adam Albritton, City Attorney
          Officer Kaitlyn Anglin

**Item #1.  Call to order:**  By Mayor Anderson at 2:00 PM.

**Item #2.  Invocation/Pledge of Allegiance:**   Invocation by Mr. Leon Miller and the pledge
followed.

**Item #3.  Mayor's Report:**    Mayor thanked John Cannon for the use of the school.  Cajun
Navy delivered coats to Lynn Haven, Parker and Patterson Elementary Schools, and she thanked
them.  She delivered the trust fund paperwork to Holland and Knight in Jacksonville.  Jan 8,
2019 Mayor Anderson will be meeting with major federal, state and local officials to ask FEMA
for money upfront instead of waiting for reimbursements. She stated that all City officials want
to stand united. The Christmas Tree Lighting, Parade, Lynn Haven Toy giveaway were all a
huge success.  She gave a big thank you to David Horton, Community Services Director, Kaylee
Gardener and Kathryn Gay.   The first shop night was December 10th, but the City had to
purchase more toys. She shopped for toys for the Toy Drive and thanked everyone for their
donations.  Over $23K was donated.  News Channel 7 sponsored a concert in Sheffield Park,
filming and rebroadcast on Christmas and Christmas Eve.  The Mayor stated she was also
nominated to be on the Florida League of Cities Board.  She asked for a motion to excuse
Commissioner Barnes.

          Motion by Commissioner Friend:  To excuse Commissioner Barnes.
          Second to the motion:  Commissioner Tinder.

On Vote:

          Friend              aye
          Tinder              aye
          Russell             aye
          Mayor Anderson      aye              Motion passed: 4 -0

She also reminded everyone today's meeting was the last meeting of the year.  The City will go
back to its regular schedule meetings on the second and fourth Tuesdays of each month.

**Item #4. Commissioner's Report:**   Commissioner Friend stated he attended the TPO meeting
and nominated again for the MPOAC.  Tour De Lights events was a success.  They gave away
a lot of helmets.

Commissioner Russell attended and participated in Shop Night with his daughter and City
employees.  He is till fielding questions from businesses about office space.  The 26th Street
duplex with a resident still living there has a problem.  She is still living in the duplex, but her
neighbor has abandoned his side.  These are issues that we will have to address and think outside

1

There was no workshop before the meeting.  Minutes from the December 11, 2018
Commission Meeting.  Page 2

of the box.  Issues of this nature will continue different problems with different solutions, either
way "it sucks."

Commissioner Tinder echoed the fielding of calls.  Most residents don't have internet and she
stated that she herself did not have internet and that was the reason she missed the last meeting.
Mayor Anderson stated that she wanted to add to her report that the wildlife is also a big concern,
mainly because there the small birds don't have trees to nest in, this makes them prey to the
large birds.  Maybe the City could have bird houses put up.

**Item #5.  City Manager's Report:**  City Manager White stated C&D 49/50 trucks picking up
and 30-40 trucks hauling away.  He is working with businesses to make sure they have the
necessary tools to stay in Lynn Haven.  Come January he will bring some ideas to the
Commission for businesses development and so that the City can ensure the businesses that were
affected by the Hurricane will stay.  The golf course at the Country Club is moving forward, a
new clubhouse will be built as well.

**Item #6.  Attorney's Report:  No report.**  No report.

**Item #7.   Public Commentary:** Keith Russell of Russell Bros., LLC spoke.  He gave some
background on his business.  He has been in the roofing business since 2005, he relocated to
Bay County from Orlando.  He stated that on November 4 he received his blue card from the
City.  But he never received any calls from prospective residents.  On December 7th he
discovered that his name was not on the list of approved contractors that could work in Lynn
Haven.  He was not happy with the response he received from the employees in permitting and
planning.  Mayor Anderson apologized to Mr. Russell and stated she would schedule a meeting
with him to discuss his concerns.

Rich Walker commented that when residents begin to rebuild there needs to be stricter building
codes.  He stated the City needs to take a strong look at the codes in place.  Mayor Anderson
commented that yes, mistakes have been made, but this is day 61 after the storm and many
residents have already begun rebuilding.  It would be hard to go back and require residents to
have stricter building codes.  The Commission will look at some of the ordinances.  It has been
a very long unprecedented time for us.

Mr. Leon Miller asked City Manager White what is the status on the 17th Street turn signal?
City Manager White stated the City is still waiting on FDOT's approval.

Brad Yount inquired about the recycling bins, he wanted to know where are they located.  City
Manager stated that right now Bay County cannot service recycling because of the storm.

A resident spoke on behalf of Russell Bros., and stated they did a good job on her house and
were very reliable.

**CONSENT AGENDA**
**Item #8.   Minutes:  12/11/2018 – Regular Meeting**

        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

There was no workshop before the meeting.  Minutes from the December 11, 2018
Commission Meeting.  Page 3

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**

**Item #9.   Approval of the seventy-five selected applicants for the Disaster Relief Grant
Fund.**  City Manager White gave an update on the process and selection of applications.
557 applications have been submitted.  The Commission was given the list of the addresses
for the 75 selected grantees. He thanked Mayor Anderson for all of her hard work. Mayor
Anderson thanked everyone for their hard work. It is her desire to be able to able to serve
everyone who submitted an application.   She is grateful that 75 families with this award of
$1000 will be helped.  As money continues to be donated, more families with needs will be
awarded.

Commissioner Friend suggested Mayor Anderson passing the gavel so that she could make
the motion.  Mayor Anderson asked Commissioner Friend to go ahead to make the motion.

> Motion by Commissioner Friend:  To approve the 75 selected applications for
> $1000.
> Second to the motion:  Commissioner Tinder.

Mr. Leon Miller questioned whether the current applications be deleted.  No was the answer.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

Mayor Anderson wished everyone a Merry Christmas and at 10 am On Wednesday,
December 12 the checks will be given out at Sheffield Park.

**Item #10.  Adjourn.**

There was no further business and the meeting was adjourned at 2:40 p.m.

APPROVED THIS _____ 8th _____ DAY OF _____ January _____ 2019.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

3

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ADAM ALBRITTON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

## *NOTICE*

**SPECIAL CITY COMMISSION MEETING**
**TUESDAY, DECEMBER 11, 2018 – 2:00 P.M.**
**LYNN HAVEN ELMENTARY SCHOOL MEDIA CENTER**
**THE PUBLIC IS INVITED TO ATTEND**

## AGENDA

1.  Call to order
2.  Invocation/Pledge of Allegiance
3.  Mayor's Report
4.  Commissioner's Report
5.  City Manager's Report
6.  Attorney's Report
7.  Public Commentary

**CONSENT AGENDA:**

8.  Minutes: 12/04/2018 – Regular Meeting

    **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**

9.  Approval of the seventy-five selected applicants for the Disaster Relief Grant Fund.
10. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

4

There was no workshop before the meeting.  Minutes from the December 4, 2018
Commission Meeting.   Page 1

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, DECEMBER 4, 2018
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 2:00 P.M.

**Present:**      Margo Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner (Absent)
Michael E. White, City Manager
Adam Albritton, City Attorney
Officer Kaitlyn Anglin

**Item #1.  Call to order:** By Mayor Anderson at 2:00 PM.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Mr. Leon Miller and the pledge led by
Ms. Bowers third grade class.

**Item #3.  Mayor's Report:** Mayor read the proclamation for Wreaths Across America.  The
event will be December 15th at Mt. Hope Cemetery and Lynn Haven Community Cemetery.
Ms. Vickers received the proclamation.  Jay Moody donated a check in the amount $2K for the
Hurricane Relief Fund.  Mayor stated she has spent time with residents, commented that debris
removal is moving much quicker and she is pleased.  She met with the City Manager and
attorney about FEMA and collection of funds.  The toy drive begins Nov. 27 thru Dec. 7.  The
City will distribute the toys Dec. 12-14 from 12-7 pm.  The City's Christmas Tree Lighting is
December 7, Christmas Parade, Dec. 8.

**Item #4.  Commissioner's Report:**  Commissioner Russell stated he had no report except
residents are complaining about permitting and planning.
Commissioner Barnes stated as he rides around the City that things are looking better.
Commissioner Friend echoed the concerns of Mayor and Commissioner Barnes.  He thanked
the City staff, City Manager, Deputy City Clerk, Vickie Gainer and Kathryn Gay for helping
him with the flier for De Tour of Bikes.  The event is December 10 at 6:00 p.m.  they will be
giving away helmets at 5 p.m. and taking the bike ride on a predetermined route.  He invited
everyone to come out and attend.

**Item #5.  City Manager's Report:** City Manager White gave an update on the debris pickup.
They are picking up more C&D Construction.  As of today, 831K, 824 cubic yards in 45 yards
and 18,050 loads of debris.

**Item #6.  Attorney's Report: No report.**  No report.

**Item #7.  Public Commentary:** Janet Walker questioned since the City moved the meeting
place from Mosley, did it impact the public hearing.  Amanda Richard stated that no, because
she put up signs on the door to inform them.  City Attorney stated that that was sufficient enough
to move forward.  Her next question was about the amount of money being spent to remove the
debris.  Mayor Anderson gave explanation.  She stated she wanted to work with all governmental
officials so that FEMA will reimburse the City at 100%.  This was a horrible disaster, but right

5

There was no workshop before the meeting.  Minutes from the December 4, 2018 Commission Meeting.   Page 2

now the City does not need to rush into taking out bonds or loans.  Mr. Miller was concerned that the trucks are picking up debris in spots, but not getting all of it.  City Manager reassured that everything is going to be picked up.  It sometimes depends on the kind of debris and the amount. Another resident asked about contractors and their removal of trash.  Mr. Rich Walker questioned the official designation of Hurricane Michael being a CAT 4 or CAT 5.  If it was a CAT 5 hurricane resident's deductible are waived is his understanding.

James Dean was seeking information on Ridge Vents.  Mayor Anderson stated she would get back with him on this.  Arlene Harris commented that Lynn Haven's City Staff and Commission are doing a great job and keep up the good work.  She also wanted to know the update on the drainage behind Roberts Hall.  Mayor stated this is work in progress.  Another resident thanked the first responders, Ben Janke and everyone at Lynn Haven.

A resident stated that there is a lot next to her house on 12th Street that has three very tall trees. 1115 Iowa Ave.  She stated stumps are in the road and will the owners be notified to remove them.  City Manager stated the City has completed the paperwork with FEMA to be able to go on private property and remove trees and stumps so that the City can be reimburse for this.

                    Motion by Commissioner Russell:  To move the Commission meetings back to Lynn Haven Elementary School in the Media Center.
                    Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Barnes | nay | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #8.   PUBLIC HEARING: Final reading of Ordinance #1066 Voluntary Annexation into the City limits of Lynn Haven this property on behalf of the property owners, James T. Mowat Etal, Co-Trustee. OPENED at 2:37 PM:**  Amanda Richard gave some background information on this property.  It is 10.9 acres in size and located in unincorporated Bay County. City Manager read the ordinance #1066 by title only.  No action was taken on this item until Item #11.

**PUBLIC HEARING CLOSED 2:38 PM.**

**Item #9.   PUBLIC HEARING: Final reading of Ordinance #1067 a proposed Large Scale Future Land Use Map (FLUM) Amendment. OPENED at 2:38 PM:** Amanda Richard gave background information.  She stated this is amending the FLUM for the property from residential to industrial in the City of Lynn Haven.  City Manager White read the ordinance by title only.

**PUBLIC HEARING CLOSED 2:39 PM.**

Mayor Anderson asked the Commission for a motion to excuse Commissioner Tinder.
                    Motion by Commissioner Friend:  To approve as presented.
                    Second to the motion:  Commissioner Barnes.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Barnes | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

6

There was no workshop before the meeting.  Minutes from the December 4, 2018
Commission Meeting.   Page 3

## CONSENT AGENDA
### Item #10.    Minutes:  11/27/2018 – Regular Meeting
Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

## OLD BUSINESS:
### Item #11.   Final reading of Ordinance #1066 Voluntary Annexation into the City limits of Lynn Haven this property on behalf of the property owners, James T. Mowat Etal, Co-Trustee.
Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Barnes.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Barnes | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

### Item #12.  Final reading of Ordinance #1067 a proposed Large Scale Future Land Use Map (FLUM) Amendment.
Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Russell.
On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Russell | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

### Item #13. Discussion and action on the application for the residents' grant from the Hurricane Relief Trust Fund and finalization of documents.
Mayor Anderson explained that the Hurricane Relief Fund is now at $89K.  The incorporation documents were file by Holland and Knight.  The Application has been vetted by our City Attorney and City Manager.  If approve, residents can come in pick up an application, fill it out and turn it in person.  The application will be available online.  The goal is to help 75 families with an award $1000 to each of the families totaling $75K.  She stated she wanted to make sure we meet the needs of those in the most dire situation and are Lynn Haven residents.
Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.
Janet Walker asked was it first-come-first serve?  No, the Mayor stated. She would like to serve as many people as possible, but the ones who need it the most.  The City Manager and Deputy City Clerk will be going through the applications and selecting the 75 families.  Mr. Miller asked why

7

There was no workshop before the meeting.  Minutes from the December 4, 2018 Commission Meeting.   Page 4

not have some citizens on the committee.  Someone asked how do we donate.  The Mayor stated through PayPal, Vemo etc…

On Vote:

| | |
|---|---|
| Friend | aye |
| Russell | aye |
| Barnes | aye |
| Mayor Anderson | aye |

Motion passed: 4 -0

Mayor Anderson wished everyone a Merry Christmas.

**Item #14.  Adjourn.**

There was no further business and the meeting was adjourned at 2:50 p.m.

**APPROVED THIS** ___11^th___ **DAY OF** ___December___ **2018.**

Margo Deal Anderson, Mayor

**ATTEST:**

Michael E. White, City Manager

Prepared by Vickie Gainer

8

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ADAM ALBRITTON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

*NOTICE*

**SPECIAL CITY COMMISSION MEETING**
**TUESDAY, DECEMBER 4, 2018 – 2:00 P.M.**
**LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER**
**THE PUBLIC IS INVITED TO ATTEND**

**AGENDA**

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
6. Attorney's Report
7. Public Commentary

8. **PUBLIC HEARING: (state time)**
   Final reading of Ordinance #1066 Voluntary Annexation into the City limits of Lynn
   Haven this property on behalf of the property owners, James T. Mowat Etal, Co-Trustee.
   *(no vote until item # 11)*
   **PUBLIC HEARING CLOSED. (state time)**

9. **PUBLIC HEARING: (state time)**
   Final reading of Ordinance #1067 a proposed Large Scale Future Land Use Map (FLUM)
   Amendment. *(no vote until item # 12)*
   **PUBLIC HEARING CLOSED. (state time)**

**CONSENT AGENDA:**

10. Minutes: 11/27/2018 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**

11. Final reading of Ordinance #1066 Voluntary Annexation into the City limits of Lynn
    Haven this property on behalf of the property owners, James T. Mowat Etal, Co-Trustee.
    *(Action Required)*
12. Final reading of Ordinance #1067 a proposed Large Scale Future Land Use Map (FLUM)
    Amendment. *(Action Required)*
13. Discussion and action on the application for the residents' grant from the Hurricane Relief
    Trust Fund and finalization of documents.

**NEW BUSINESS: NONE**

15. Adjourn.

*825 Ohio Avenue • Lynn Haven, FL 32444*
*(850) 265-2121 • Fax (850) 265-8931*
*cityhall@cityoflynnhaven.com*

9

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop before the meeting.  Minutes from the November 27, 2018
Commission Meeting.   Page 1

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, NOVEMBER 27, 2018
### MOSLEY HIGH SCHOOL FINE ARTS CENTER
### 2:00 P.M.

**Present:**       Margo Anderson, Mayor
                Rodney Friend, Mayor Pro Tem/Commissioner
                Antonius G. Barnes, Commissioner
                Dan Russell, Commissioner
                Judy Tinder, Commissioner (Absent)
                Michael E. White, City Manager
                Adam Albritton, City Attorney
                Officer Kaitlyn Anglin

**Item #1.  Call to order:**  By Mayor Anderson at 2:00 PM.
**Item #2.   Invocation/Pledge of Allegiance:**  Invocation by Mr. Leon Miller and the pledge
followed.

**Item #3.  Mayor's Report:**  Mayor Anderson thanked everyone who helped make Hometown
Thanksgiving a success. It was a great fellowship.  She also thanked Publix for all of the food
and the City employees for their help in carving the turkeys.  The toy drive begins Nov. 27 thru
Dec. 7.  The City will distribute the toys Dec. 12-14 from 12-7 pm.  Todd Terrell with Cajun
Navy wants to adopt two schools to give every child at the adopted schools a coat.  Lynn Haven
Elementary is one of the schools, and she is just waiting on the superintendent for the other
school name.  The City's Christmas Tree Lighting is December 7, Christmas Parade, Dec. 8.
She received a letter from the Popeye's' Foundation stating they will be donating $25K, Lynn
Haven is one of the first City the foundation has donated to.  Mayor read the letter.  She met
with the City Manager and discussed the trash pickup and debris removal from the City.  She is
being bombarded with phone calls from the citizens with complaints about trash and the smell
of trash.  She stated she is not happy with the removal process; she doesn't see where a lot has
been done.  She did receive a letter from the Health Dept. stating that the City needs to get the
trash removed.  She stated she wants it cleaned up immediately.

                Motion by Commissioner Friend:  To excuse Commissioner Judy Tinder from the
                Commission meeting.
                Second to the motion:  Commissioner Russell.
On Vote:
                Friend             aye
                Russell            aye
                Barnes             aye
                Mayor Anderson     aye              Motion passed: 4 -0

**Item #4.  Commissioner's Report:**  Commissioner Russell stated he had no report except
residents are complaining about Comcast and WOW not being up and running.
Commissioner Barnes stated he has also received calls about the removal of debris and is not
pleased with the progress.  He stated there has to be a better way to move trash and debris out
of the neighborhoods.

11

**There was no workshop before the meeting. Minutes from the November 27, 2018
Commission Meeting.   Page 2**

Commissioner Friend echoed the concerns of Mayor and Commissioner Barnes.  He stated that
people's emotions are high and they are just tire of looking at it.  He thanked the Mayor and her
daughter Hillary for a wonderful Thanksgiving meal.  The event was awesome!

**Item #5.   City Manager's Report:**   City Manager White addressed the concerns of the
Commission about the debris pick up.  He stated he had a plan that will get the result the citizens
are looking for.  He stated his plan should rectify the problem in a couple of week.  He will be
meeting with the haulers after the Commission meeting.

**Item #6.   Attorney's Report: No report.**   Mayor Anderson stated that City Attorney Adam
Albritton donated $1,000 to help with the toy drive.  She and the Commission thanked him.

**Item #7.   Public Commentary:** Rich Walker stated his concern was the paving of the streets.
He felt the half cents sales money has not paved enough streets including the alleyways, in which
he said he brought up to the Commission several months ago.  He requested that he alleys be
put on the paving project with the half cents sales tax money and make them a priority.  Demetria
Clark with SBA and Disaster Assistance introduced herself.  She stated she would be working
with Lynn Haven and Panama City Beach on long-term SBA loans.  She said she is here to help
if anyone needed her.  Shelly Berry posed the question with the 17th Street Ditch Project will the
ditch be closed or will there be pipes placed there.  Brad Harris, one of the engineers on this
project stated yes there are pipes already under the ditch at the moment, they are just covered
up, and yes drain will be cleaned.
Mayor Anderson injected more of her Mayor's report.  She stated that traveling to the meetings
at Mosley are a little inconvenient to everyone.  She also felt the City was impeding on the
school's drama classes.   She asked for motion to move the meetings back to Lynn Haven
Elementary School Media Center.
Commissioner Barnes asked when would the Commission go back to it's regular scheduled
meetings?  He also stated he likes the meetings at Mosley and didn't see a problem with the
meeting being at Mosley.
Commissioner Russell commented that he actually liked meeting at Lynn Haven Elementary
school as well.  It just seemed more easily accessible for everyone.

> Motion by Commissioner Russell:  To move the Commission meetings back to
> Lynn Haven Elementary School in the Media Center.
> Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Barnes | nay | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #8.     PUBLIC HEARING: Final Plat Approval for the Andrew's Plantation
Subdivision. OPENED at 2:27 PM:** City Manager White read the background on the plat.
Mayor Anderson asked for comments from the Commission and public and there were not any.
     **PUBLIC HEARING CLOSED 2:29 PM.**

12

There was no workshop before the meeting.  Minutes from the November 27, 2018
Commission Meeting.   Page 3

**OLD BUSINESS:  NONE**

**CONSENT AGENDA**
**Item #9.   Minutes:  11/13/2018 – Regular Meeting**
        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  Commissioner Friend.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**NEW BUSINESS:**
**Item #10.    Approval of Gift Agreement between Robert C. Jackson and Cheri A. Boyle,**
**and The City of Lynn Haven, Florida to establish Restricted Funding for City of Lynn**
**Haven Employees.**  City Manager White commented that these funds were donated by Rob
Jackson and his wife Cheri to help increase the amount of money given to the employee of the
month and the supervisor of the quarter.
        Motion by Commissioner Barnes:  To approve as presented.
        Second to the motion:  Commissioner Russell.
On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Russell | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

Mayor Anderson thanked Rob Jackson and Cheri Boyle for a very generous jester.

**Item #11.  Discussion of documents and possible action on the City of Lynn Haven**
**Trust Fund.**    Mayor Anderson stated that there is currently 80K in the Trust Fund.  She
stated that Dec. 4th is the target date to sign into effect the Trust Fund application process.
She stated there is some criteria to qualify, including looking at the applicant's
socioeconomic status, applicants have applied for FEMA, be a resident of Lynn Haven.
The application will be very short and they will hopefully be available December. 5th.  It is
the goal to approve $1000 check to families as the first round before Christmas.  The Trust
Fund is perpetual and will always benefit the community.  There was no action taken on
this item.

**Item #12. First reading of Ordinance #1066 Voluntary Annexation into the City limits**
**of Lynn Haven this property on behalf of the property owners, James T. Mowat Etal,**
**Co-Trustee.**   City Manager White read the Ordinance by title only. This was the first
reading no action was taken.

**Item #13. Approval of the Preliminary Plat for the Parkview Townhomes**
**development. *(Quasi- Judicial Hearing)*:** Attorney Adam Albritton stated this is a quasi-
judicial hearing and all affected parties will need to be sworn in.  There were none. There
were no ex-parte communications by the Mayor/Commission.

13

**There was no workshop before the meeting.  Minutes from the November 27, 2018 Commission Meeting.   Page 4**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #14. Approval of a Development Order to construct 50 Parkview Townhomes located on East 17 Street. *(Quasi- Judicial Hearing)*:**  Attorney Adam Albritton stated this is a quasi-judicial hearing and all affected parties will need to be sworn in.  There were none.  There were no ex-parte communications by the Mayor/Commission.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Barnes.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Barnes | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #15. Approval of the Final Plat for the Andrew's Plantation Subdivision.**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #16.  First reading of Ordinance #1067 a proposed Large Scale Future Land Use Map (FLUM) Amendment.**   City Manager White read the Ordinance by title only.  This was the first reading no action was taken.

**Item #17.  Presentation by Ben Lee of Hancock/Whitney Bank on the City's Hurricane Michael Trust Fund.**  Hancock/Whitney Bank presented the City of Lynn Haven with a $35,000 check for the Hurricane Michael Disaster Relief Trust fund.  The Commission thanked Mr. Lee and Hancock/Whitney for their generosity.

**Item #18. Adjourn.**

There was no further business and the meeting was adjourned at 2:43 p.m.

14

**There was no workshop before the meeting.  Minutes from the November 27, 2018 Commission Meeting.   Page 5**


APPROVED THIS _____ 4ᵗʰ _____ DAY OF ___December___ 2018.


_____
Margo Deal Anderson, Mayor


ATTEST:


_____
Michael E. White, City Manager


Prepared by Vickie Gainer


15

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ADAM ALBRITTON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

## *NOTICE*

## SPECIAL CITY COMMISSION MEETING
## TUESDAY, NOVEMBER 27, 2018 – 2:00 P.M.
## MOSLEY HIGH SCHOOL FINE ARTS CENTER
## THE PUBLIC IS INVITED TO ATTEND

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
6. Attorney's Report
7. Public Commentary

8. **PUBLIC HEARING: (state time)**
   Final Plat Approval for the Andrew's Plantation Subdivision. *(no vote until item # 15)*
   **PUBLIC HEARING CLOSED. (state time)**

**CONSENT AGENDA:**

9. Minutes: 11/13/2018 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**
10. Approval of Gift Agreement between Robert C. Jackson and Cheri A. Boyle, and The City of Lynn Haven, Florida to establish Restricted Funding for City of Lynn Haven Employees.
11. Discussion of documents and possible action on the City of Lynn Haven Trust Fund.
12. First reading of Ordinance #1066 Voluntary Annexation into the City limits of Lynn Haven this property on behalf of the property owners, James T. Mowat Etal, Co-Trustee. *(No Action Required)*
13. Approval of the Preliminary Plat for the Parkview Townhomes development. *(Quasi-Judicial Hearing)(Action Required)*
14. Approval of a Development Order to construct 50 Parkview Townhomes located on East 17 Street. *(Quasi- Judicial Hearing)(Action Required)*
15. Approval of the Final Plat for the Andrew's Plantation Subdivision. *(Action Required)*
16. First reading of Ordinance #1067 a proposed Large Scale Future Land Use Map (FLUM)

16

Amendment. *(No Action Required)*

17.     Presentation by Ben Lee of Hancock/Whitney Bank on the City's Hurricane Michael Trust Fund.

18.     Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

17

There was no workshop before the meeting.  Minutes from the November 13, 2018
Commission Meeting.   Page 1

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, NOVEMBER 13, 2018
### MOSLEY HIGH SCHOOL FINE ARTS CENTER
### 2:00 P.M.

**Present:**     Margo Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner (Absent)
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Adam Albritton, City Attorney
Officer Michael Williams

**Item #1.  Call to order:** By Mayor Anderson at 2:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Friend and the pledge
followed.

**Item #3.  Mayor's Report:** Mayor Anderson stated there are lots of exciting things going on
in Lynn Haven. Saturday Winter Wonderland and Thursday Thanksgiving Dinner from 2-4 pm
with Todd Herendeen. Publix is the food sponsor and she received another donation from St.
Joe Foundation.  She meets weekly with FEMA, the City has agreed to allow citizens to have
trailers to park on their own property.  She has adopted a pet "Buddy" from the City's Animal
Shelter.
Mayor thanked Commissioner Russell for being readily available during the storm and helping
out so much.

**Item #4.  Commissioner's Report:** Commissioner Tinder had no report.
Commissioner Russell stated he continues to be amazed by the Lynn Haven citizens and
employees.  Everyone is doing a great job.
Motion by Commissioner Russell:  To excuse Commissioner Antonius Barnes
from the Commission meeting.
Second to the motion:  Commissioner Friend.
On Vote:
Russell                        aye
Friend                         aye
Tinder                         aye
Mayor Anderson          aye                         Motion passed: 4 -0

Commissioner Friend complimented the City and employees on how the trash is being removed
so quickly.

**Item #5.  City Manager's Report:** Before the City Manager's report, Mayor Anderson stated
how pleased she was with the City Manager and the job he has done to get the City back up and
running.  The City Manager reported the removal of debris is going well.   Ashbritt brought in
four more trucks.  The City sent out letters to the state to get more funding.  He has been working
with World Claim Insurance adjusters on the City Buildings.  He is also working on future plans
for the City.  Pasco County lent the City their trailer for use.

18

There was no workshop before the meeting.  Minutes from the November 13, 2018 Commission Meeting.   Page 2

**Item #6.   Attorney's Report:  No report.**

**Item #7.   Public Commentary:** Brad Yount stated the building codes are not adequate.  After going through Hurricane Michael and 300 million in repairs the City should make an effort to pass an ordinance raising the building standards.  Consider elevating the building standards.
Mayor Anderson stated that most of the building repairs have begun and she not sure an Ordinance will fix all of the problems.
Commissioner Friend stated that Ordinances should not include restrictions that will bring on hardships.  Maybe have a start and stop date.  Janet Walker asked were the FEMA trailers going to be self-contained?  Mayor Anderson stated yes.  Secondly, she inquired as to how a citizen gets on the list for trailers?  The property owner will need to get a permit and FEMA must approve citizens for housing assistance.  Rob Jackson thanked the City for all of the hard work they've done to get things up and running.  He also personally wanted to increase the Employee of the Month and Supervisor of the Quarter monetary gift that is given to the employees.  He stated he would prepare something and get it to be approved by the Commission.  The entire Commission thanked him.

**Item #8.   PUBLIC HEARING: OPENED at 2:20 PM:** Final reading of Ordinance # 1068 - Small Scale Future Land Use Map Amendment (SSA-18-7) – Low Density Residential to Mixed Use.  City Manager read the ordinance by title only.  City Planner Amanda Richard gave background information on the Ordinance.  Janet Walker questioned why there has not been any signage posted on this issue.  Ms. Richard stated that signage had been on the property but was probably blown away during the storm.  She also reminded Ms. Walker for this FLUM it is not a requirement.
**PUBLIC HEARING CLOSED 2:24 PM.**

**OLD BUSINESS:  NONE**

**CONSENT AGENDA**
**Item #9.   Minutes:  11/13/2018 – Regular Meeting**
              Motion by Commissioner Russell:  To approve as presented.
              Second to the motion:  Commissioner Friend.
On Vote:

|              |     |                    |
|--------------|-----|--------------------|
| Russell      | aye |                    |
| Tinder       | aye |                    |
| Friend       | aye |                    |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**NEW BUSINESS:**
**Item #10.   Approval of Ordinance #1068 Small Scale Land Use Map Amendment (SSA-18-7) from Low Density Residential to Mixed Use.**
              Motion by Commissioner Russell:  To approve as presented.
              Second to the motion:  Commissioner Friend.
On Vote:

|         |     |
|---------|-----|
| Russell | aye |

19

There was no workshop before the meeting.  Minutes from the November 13, 2018
Commission Meeting.   Page 3

| | | |
|---|---|---|
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #11.  Approval of final plat for the subdivision known as Camryn's Crossing
Phase II.**  Amanda Richard **stated** this subdivision is 24.49 acres Preliminary plat was
approved in 2016 by the Commission and 2017 by the Board.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.
Brad Yount has a problem with the drainage swell.  He sees the same problem with Camryn's
Crossing.  He suggested a drain pipe instead of a drain swell.  Chris Forehand, City engineer stated
that there are easements, where the fences are not allowed.
On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #12. Approval of Commission Meeting dates for December the 4th and 11th, 2018.**
City Manager White presented dates for the remainder of the year.  After some discussion
Mayor Anderson asked if the Commission would consider, meeting November 27, and
December 4 and if necessary at the December 4th meeting decide if the Commission would
need to meet again in December.

Motion by Commissioner Friend:  To meet November 27 and December 4th and
decide at the December 4th meeting if another meeting is needed for December.
Second to the motion: Commissioner Russell.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #13. Approval of Subaward agreement No. 2018-R03 between Bay County and
the City of Lynn Haven for the improvements for Porter Park through the RESTORE
Act Funds:**  City Manager explained these were funds for the improvements for Porter
Park.

Motion by Commissioner Friend: To approve as presented.
Second to the motion: Commissioner Russell.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

20

There was no workshop before the meeting.  Minutes from the November 13, 2018
Commission Meeting.   Page 4

**Item #14. Authority to approve Addendum #2 to the contract for RFP 12/13-2 for
Ashbritt, Inc. and/or CrowderGulf for Disaster Debris Removal and Disposal Services
using the same rate as the County for C & D Compaction materials, and release the
second phase of the contract to pick up C&D materials:**  City Manager explained the
first phase was to push the debris off the side of the road.  The second phase was pick up
debris and continue to push as well.  The third phase of the clean-up is to haul the debris to
one of disposal sites for chipping.   They are picking up all household items except
appliances.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

On Vote:

| | |
|---|---|
| Friend | aye |
| Russell | aye |
| Tinder | aye |
| Mayor Anderson | aye |

Motion passed: 4 -0

**Item #15. Adjourn.**   Mayor Anderson again thanked the citizens of Lynn Haven and
employees for a job well done.  Meeting Adjourned – 2:40 pm

APPROVED THIS _____ 27th _____ DAY OF _____ November _____ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

21

There was no workshop before the meeting.  Minutes from the November 6, 2018
Commission Meeting.   Page 1

**SPECIAL CITY COMMISSION MEETING MINUTES**
**TUESDAY, NOVEMBER 6, 2018**
**MOSLEY HIGH SCHOOL FINE ARTS CENTER**
**2:00 P.M.**

Present:      Margo Anderson, Mayor
              Rodney Friend, Mayor Pro Tem/Commissioner
              Antonius G. Barnes, Commissioner
              Dan Russell, Commissioner
              Judy Tinder, Commissioner
              Michael E. White, City Manager
              Adam Albritton, City Attorney
              Officer Michael Williams

**Item #1.  Call to order:**  By Mayor Anderson at 2:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Barnes and the pledge
followed.

**Item #3.  Mayor's Report:**  Mayor Anderson stated it was Day 27th after the storm and things
continue to improve.  Thanked everyone for a wonderful Halloween Night.  It was more of a
celebration with not one incident.  She thanked all the businesses that contribute to help make
the event possible, Walmart, over $6500 in costumes and candy.   The Library staff was
phenomenal in helping distribute all of more than 400 costumes to residents, the get out and
vote rally was very successful Sunday in Sheffield Park, there will be a Back to School Bash,
Nov. 11 form 12-4 pm in Sheffield Park.  This is being sponsored by the Bay District School
and City of Lynn Haven, Winter Wonderland in Sheffield Park, Nov. 17 from 9 a.m. – 3 p.m.
Hometown Thanksgiving will be organized by Hilary Keeley, along with Publix, the City of
Ponte Vedra and other corporate sponsors.   FEMA will fund, campers, RV, trailers, on the
owner's property and not on trailer parks or land which the City does not own.  This will work
for the City.

        Motion by Commissioner Friend:  To excuse Commissioner Dan Russell from the
        Commission meeting.
        Second to the motion:  Commissioner Barnes.

On Vote:

|  |  |  |
|---|---|---|
| Barnes | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

Mayor thanked Commissioner Russell for being readily available during the storm and helping
out so much.

**Item #4.  Commissioner's Report:**  Commissioner Tinder stated she was still fielding calls
from citizens.  She stated the City has $24 million in insurance to cover City buildings.
Commissioner Barnes stated that he would like to see the street signs back up.  The City has
done a great job of getting the streets and roads back in order.
Commissioner Friend stated the Halloween event was amazing and thanked everyone for
making it a success.  He thanked permitting and planning for handling all of the permitting
issues.  He also thanked the City for cleaning up the cemetery and getting signs back up so fast.

22

**There was no workshop before the meeting. Minutes from the November 6, 2018 Commission Meeting.   Page 2**

Mayor Anderson commented that all of the yard signs are being addressed after the elections. She also thanked Gloria Thompson and Amanda Richard for permitting

**Item #5.  City Manager's Report:**  City Manager White thanked the staff for working so many hours after the storm to get the City back up and running.  We are slowing getting back to some normalcy.  Halloween was a huge success on so many levels.  It was very important to our residents.  He stated you could see the sense of joy and relief on their faces.  Everyone that attended had a great time.  The City is working on the utility billing; residents should receive them first bill around November 15.  We are still working on debris removal and working with the insurance companies and signage. Permitting has been very crucial, we are encouraging contractors and citizens to contact EPCI.  The City has made huge strides to pick up household garage, and remove debris off the sides of the roads.  The haulers have finished the first debris pass, we are at 75% complete.  But there will be second and third passes.

**Item #6.   Attorney's Report: No report.**

**Item #7.   Public Commentary:**  Janet Walker had two questions.  She asked City Manager about removal of the first pass of debris and was this City or FEMA funds be used. City Manager explained that the City is not finish.  There will be second and third passes.  The funds being used for the hauling and clearing of debris is from both the City and FEMA.  Ms. Walker also questioned how the City would get the word out when the grant money to help pay deductibles is available.  Mayor Anderson stated that the City will use every means necessary to get the word out.  The Mayor also stated that she recognized that everyone does not have access to internet or are on Facebook but stated that everyone will have an opportunity to apply and know when the grant money is available.  A Lynn Haven couple stated that their house was demolished doing the storm and will have to be rebuilt.  According to the City's code that was passed a few months ago, if they attempt to build their house back to original form, at 33ft wide, they will not be able to rebuild their house and would possibly have to move somewhere else.  Mayor Anderson stated she would defer to the City Attorney, but the City Manager asked if they couple would stay after the meeting so that he could get all of the details.  He assured the coupled they would work something out.

**OLD BUSINESS:  NONE**

**CONSENT AGENDA**
**Item #8.   Minutes:  10/30/2018 – Regular Meeting**
               Motion by Commissioner Barnes:  To approve as presented.
               Second to the motion: Commissioner Tinder.
On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**NEW BUSINESS:**

23

There was no workshop before the meeting.  Minutes from the November 6, 2018
Commission Meeting.   Page 3

**Item #9.    Approval of Resolution #2018-10-724 approving the First Amendment to the
Joint Participation Agreement between The State of Florida Department of
Transportation and the City of Lynn Haven.**  City Manager explained to the Commission
that this project is funded by FDOT.  They made an amendment to the first agreement the City
sign, and this is just stating that we agree with the first amendment

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #10.  Approval of Notice of Award to Phoenix Construction for the 17th Street
Ditch Project.**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Tinder.
Mr. Walker questioned the project and confirmed it was the 17th Street Ditch project.
Commissioner Friend commented that it was refreshing to see the City doing business and making
things happen even in the mist of trying to get back to normalcy.
On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #11. Approval of Resolution #2018-11-725 temporarily allowing for all plats to
be reviewed by the City Manager and Planning and Development Director increasing
the threshold in the ULDC for Planning Commission review until January 1, 2019.**
City Manager White read the resolution by title only.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #12. Approval of Addendums #2 to contract RFP 12/13-2 for Ashbritt, Inc. and
CrowderGulf for Disaster Debris Removal and Disposal Services using the same rate
as the County for C & D Compaction materials and release the second phase of the
contract to pick up C&D materials:** This item was removed from the agenda.

24

There was no workshop before the meeting.  Minutes from the November 6, 2018
Commission Meeting.   Page 4

**Item #13. First reading of Ordinance #1069 Amendment to Section 10.02.00. notice requirements of the City of Lynn Haven Unified Land Development Code (ULDC):**
This item was removed from the agenda.

**Item #14. Adjourn.**   Meeting Adjourned – 2:30 pm

APPROVED THIS _____ 13th _____ DAY OF _Novermber_ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

25

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ADAM ALBRITTON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

## *NOTICE*

### SPECIAL CITY COMMISSION MEETING
### TUESDAY, NOVEMBER 6, 2018 – 2:00 P.M.
### MOSLEY HIGH SCHOOL FINE ARTS CENTER
### THE PUBLIC IS INVITED TO ATTEND

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
6. Attorney's Report
7. Public Commentary

**CONSENT AGENDA:**

8. Minutes: 10/30/2018 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**

9. Approval of Resolution #2018-10-724 approving the First Amendment to the Joint Participation Agreement between The State of Florida Department of Transportation and the City of Lynn Haven.
10. Approval of Notice of Award to Phoenix Construction for the 17th Street Ditch Project.
11. Approval of Resolution #2018-11-725 temporarily allowing for all plats to be reviewed by the City Manager and Planning and Development Director increasing the threshold in the ULDC for Planning Commission review until January 1, 2019.
12. Approval of Addendums #2 to contract RFP 12/13-2 for Ashbritt, Inc. and CrowderGulf for Disaster Debris Removal and Disposal Services using the same rate as the County for C & D Compaction materials, and release the second phase of the contract to pick up C&D materials.
13. First reading of Ordinance #1069 Amendment to Section 10.02.00. notice requirements of the City of Lynn Haven Unified Land Development Code (ULDC). **(No action required)**
14. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

26

RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop before the meeting.  Minutes from the October 30, 2018
Commission Meeting.   Page 1

**SPECIAL CITY COMMISSION MEETING MINUTES**
**TUESDAY, OCTOBER 30, 2018**
**2:00 P.M.**

Present:      Margo Anderson, Mayor
              Rodney Friend, Mayor Pro Tem/Commissioner
              Antonius G. Barnes, Commissioner
              Dan Russell, Commissioner
              Judy Tinder, Commissioner
              Michael E. White, City Manager
              Adam Albritton, City Attorney
              Officer Michael Williams

**Item #1.  Call to order:** By Mayor Anderson at 2:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Friend and the pledge
followed.

**Item #3.  Mayor's Report:** Mayor Anderson asked to end the local state of emergency and
return to the City Manager form of government.  She stated it has been her honor and pleasure
to work beside the City Manager and staff.  She asked for a motion to end the local state of
emergency for the City.
                    Motion by Commissioner Friend:  To approve as presented.
                    Second to the motion:  Commissioner Russell.
On Vote:
              Russell              aye
              Barnes               aye
              Friend               aye
              Tinder               aye
              Mayor Anderson       aye                    Motion passed: 5 -0

Mayor Anderson continued her report and expressed her sincere appreciation to the City
Manager, Police Department, Fire Department, she stated she was treated with the utmost
respect and it was her honor to stand in for them; a standing ovation was given.  Mayor reminded
residents about Trunk or Treat on Oct. 31, 2018, at Sheffield Park from 5:30-7:30 pm, she
thanked Wal-Mart who donated over $6500 in costumes and an abundance of candy.  All
costumes have been given out.  Pennsylvania Ave. will be closed.  There will also be a "Get out
To Vote" rally in Sheffield Park from 6-8 pm, to remind folks to vote.  It is a non-partisan event.
She has been working with Holland and Knight Law Firm, they have donated $50K of pro bono
work for the City.  They are also working to set up a Trust fund, but she will talk more about
this item later.  Thanksgiving Day there will be a "Hometown Thanksgiving Day" sponsored by
The City of Ponte Vedra and Publix they will be cooking for the entire community.  The Mayor
commended FEMA Director Q Winfield for the job he has done.

**Item #4.  Commissioner's Report:** Commissioner Tinder stated she had received lots of calls
from the residents on various issues and that also she would like to open her home up to a first
responder.
Commissioner Russell thanked all of the first responders and stated he has had calls responding
to the great job Lynn Haven is doing.

28

**There was no workshop before the meeting. Minutes from the October 30, 2018
Commission Meeting.   Page 2**

Commissioner Barnes stated he has had many phone calls also, and thanked the sanitation department.  He also stated he had spoken to Brian Bullock, principal of Mosley High School. He has offered the Fine Arts Center for Commission meetings.

> Motion by Commissioner Barnes:  To hold Commission meetings in the Mosley High School Fine Arts Center until the City finds a permanent place.
> Second to the motion:  Commissioner Friend.

Mayor Anderson stated she would like to continue to meet every week through November 30th.

On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

Mayor stated that the Sheriff and Police Chief were will keep the curfew in effect until further notice and Lynn Haven will follow that curfew.

Commissioner Friend stated that he is working with residents and their issues.  He is amazed at the speed of recovering of Lynn Haven, much of this is owed to the Mayor and City Manager.

**Item #5.  City Manager's Report:** City Manager White stated that it has been a pleasure working the Mayor and she deserved a huge thank you.  The City phones are still down.  First power, then internet and cable.   The City is working hard with Verizon.  817 Ohio Avenue Service Center opened today.  The City has a public adjuster, World Claim, who will also be working with our local insurance.  He recognized Greg Kidwell, Utilities Director, he has worked hard to get our water and sewer back up and running.  He thanked Ben Janke, CRA Director for working with Lynn Haven businesses to help them get back up, Amanda Richard, Director of Planning and Permitting for handling all of the permitting and planning of business trying to work within our area, Police Department Chief Matt Reimer and Deputy Chief Ricky Ramie, Fire and Rescue, Chief John DeLonjay, and all of the administrative staff who have worked hard to keep the City functioning during this disaster.  He attended a great meeting on Monday with the State Economic Development Office, many businesses attended.  He will add another crew to help Sanitation with the pickup. AshBritt and CrowderGulf have already picked up 220,000 cubic yards and hauled 800,000 and adding trucks daily.  He asked residents not to mix yard debris, with garbage and C&D.  Chips will be hauled away from Cain-Griffin Park. He asked Chief Reimer to come up and recognized Jane Toth for her 18 years as a dispatcher. She is retiring as of today.

**Item #6.  Attorney's Report:  No report.**

**Item #7.  Public Commentary:**  Mr. Bill Todd asked about provisions to take care of tree problems on the easement.  City Manager stated that he is working with FEMA for a contract to come in and help on public property.

29

There was no workshop before the meeting.  Minutes from the October 30, 2018
Commission Meeting.   Page 3

Item #8.      **PUBLIC HEARING: Opened: 2:32 PM:    Development Order
Approval – Commercial Retail Development at the intersection of Highway 389 and
Highway 390.** *Quasi-Judicial Hearing (no vote until item # 18).*  Attorney Adam Albritton
stated this is a quasi-judicial hearing and all affected parties were sworn in by the City Attorney.
City Planner Amanda Richard and Jim Slonina were sworn in by the City Attorney.  There were
no ex-parte communications by the Mayor/Commission.   City Planner Amanda Richard gave
background information on the development order, including a map of the parcel. She listed the
people involved, the agent is Jim Slonina, of Panhandle Engineering LLC.  The Planning Board
did approve this.  Locations details included that the existing property is commercial, 9,000 sq. feet
commercial retail building.  Jim Slonina spoke and thanked everyone for the opportunity.

## PUBLIC HEARING CLOSED.2:43 PM

**OLD BUSINESS:  NONE**

**CONSENT AGENDA**
**Item #9.   Minutes:  10/30/2018 – Regular Meeting**

**NEW BUSINESS:**
**Item #10.    Approval of vendor for RFP HM-2018-001 for Disaster Recovery Consultant
Services.**  City Manager explained to the Commission that we went through the bidding process
for a consultant who will help the City recover the funds from FEMA.  The proposer with the
highest score was Tetra Tech.   He asked that the Commission approved the selection
committee's recommendation.

|  | Motion by Commissioner Friend:  To approve as presented.
|  | Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #11.  Approval for the Mayor and the City Manager to advertise and select a
vendor in accordance with FEMA Procurement Policies for RFP HM-2018-002 for
Abatement and Demolition Services and Temporary Portable Buildings for the Police
Department, Chambers, City Hall and any other buildings needing work to continue
the operations of the City.**  City Manager explained that several of the buildings have been
destroyed and will need to be demolished.  The City will need to put out an RFP according
to the guidelines of FEMA for reimbursements.  He also stated it is unknown what other
buildings will need to be demolished and land cleared so that the City can continue
operations.  He would like to expedite the process by giving he and the Mayor authority to
move forward after the bidding process.

30

There was no workshop before the meeting.  Minutes from the October 30, 2018
Commission Meeting.   Page 4

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.
Attorney Albritton clarified that we will be in line with 200C CFR 320 FEMA and following the
City's procurement process.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Barnes | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #12.  Approval for the Mayor and City Manager to work with DEP to suspend
the loan/investment payments on the recently acquired State Revolving Funds(SRF)
to fix the water and wastewater line.**  City Manager White explained that DEP has offered
the City the option to push the water and wastewater loans back to 2020 without any
penalties or fees.  The question was posed does that include waving the interest rate?  City
Manager stated yes.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.
Mayor Anderson reiterated that this is not the half cents sales tax.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #13. Discussion of Utility Billing process for the City of Lynn Haven:**  City
Manager White explained that the City processes utility billing in-house.  All the equipment
is not up to par and some has been damaged.  He recommended that the City forego all rates
until November, including waving all late fees and no disconnect fees will take place until
January 1, 2019.
Commissioner Russell asked if bills could just be deferred for one month?  City Manager
White said this will give the City time to process and not allow the City to lose another
month of billing.  He stated the City would lose $462K per month if we don't bill. Starting
November 15th; utility billing would begin again.  Bills will be run with as an estimate
charge for the one month.

**Item #14. Approval to use an application prepared by Holland and Knight Law Firm
as the basis for providing grants to Lynn Haven resident to pay their deductibles on
insurance policies for up to $5,000:**  Holland and Knight Law Firm has established a trust
fund in perpetuity.  The Mayor's daughter, Hillary and the Mayor met with the law firm
who has donated $50k in pro bono.  She would like permission to work with the firm to set

31

There was no workshop before the meeting.  Minutes from the October 30, 2018
Commission Meeting.   Page 5

up a trust fund that would help Lynn Haven residents pay their deductibles.  Hancock Bank and local contractors have already donated, $35K and $10K respectively.  The Mayor stated she met with a corporation and asked for $5 million to start the trust fund to help Lynn Haven citizens.  Setting it up this way can help the citizens for years to come. It would be 100% tax deductible.  She just wanted to be able to move forward with this project.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Tinder.

Commissioner Friend asked if there would be policies and procedures?  Mayor Anderson stated that Holland and Knight would write them and that she would use the application that they have prepared.  Commissioner Friend asked that the application be streamline and not long.  Commissioner Friend asked where would or how could citizens donate?  Mayor Anderson stated that a PayPal account will be set up on the City's website and that it would go directly to Hancock Bank.   Commissioner Tinder wanted to know who would be eligible? Citizens? Businesses?  Mayor Anderson stated both.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #15. Updates on the Financials for the City:**  City Manager stated the City has not received any bills for hauling yet.  He stated that the City is doing well financially at the moment.  He is researching all state funds available and working with creditors and others.

**Item #16. Approval to grant the City Manager the authority to expedite the administrative process for approval of residential and commercial construction:**  City Manager stated we have a lot of subdivisions in the permitting process.  He asked the Commission if they would allow him to loosen the regulations on builders and developers.  We would still follow the guidelines but move through the paperwork process a little quicker.  He would work with the City Planner to give builders and developers a little more latitude.

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion:  Commissioner Russell.

Commissioner Russell asked if homes would be required to still be up to code?  Yes, EPCI would be still working with the City.  Janet Walker had an uneasiness about this item, and wanted to know if the public would be notified what's going on when developing property.  City Manager stated yes.  Mayor Anderson reminded everyone that the Commission would be meeting weekly if there were concerns or problems.  Commissioner Russell asked for a timeframe?  City Manager stated until the first of the year.

Commissioner Tinder confirmed that this has nothing to do with the fuel deport.  The Commission asked that the motion be withdrawn and include the timeframe stated by the City Manager.

Commissioner Barnes withdrew his first motion.

32

There was no workshop before the meeting.  Minutes from the October 30, 2018
Commission Meeting.   Page 6

Commissioner Russell withdrew his second.

        Motion by Commissioner Barnes:  To approve as presented with an end date of
Jan. 1, 2019.

        Second to the motion:  Commissioner Russell.

On Vote:

| | |
|---|---|
| Barnes | aye |
| Russell | aye |
| Friend | aye |
| Tinder | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

**Item #17. First reading of Ordinance # 1068 requesting a Small Scale Future Land Use Map Amendment (SSA-18-7) - Low Density Residential to Mixed Use:**  City Manager read Ordinance #1068 by title only.  This was the first reading.

**Item #18. Discussion and approval of the Development Order to construct a commercial retail store at the intersection of Highway 389 and Highway 390.**

        Motion by Commissioner Friend:  To approve as presented.

        Second to the motion:  Commissioner Russell.

On Vote:

| | |
|---|---|
| Friend | aye |
| Russell | aye |
| Barnes | aye |
| Friend | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

**Item 19.**   Meeting Adjourned – 3:20 pm

**APPROVED THIS** _____ 6 th _____ **DAY OF** _November_ 2018.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

33

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ADAM ALBRITTON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

*NOTICE*
*The public is invited to attend.*

**SPECIAL CITY COMMISSION MEETING**
**TUESDAY, OCTOBER 30, 2018 – 2:00 P.M.**
**LYNN HAVEN ELEMENTARY SCHOOL**
**THE PUBLIC IS INVITED TO ATTEND**

**AGENDA**

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
6. Public Commentary

**CONSENT AGENDA:**

7. Minutes: 10/23/2018 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**

8. Approval of vendor for RFP HM-2018-001 for Disaster Recovery Consultant Services.
9. Approval for the Mayor and the City Manager to advertise and select a vendor in accordance with FEMA Procurement Policies for RFP HM-2018-002 for Abatement and Demolition Services and Temporary Portable Buildings for the Police Department, Chambers, City Hall and any other buildings needing work to continue the operations of the City.
10. Approval for the Mayor and City Manager to work with DEP to suspend the loan/investment payments on the recently acquired State Revolving Funds(SRF) to fix the water and wastewater lines.
11. Discussion of Utility Billing process for the City of Lynn Haven.
12. Approval to use an application prepared by Holland and Knight Law Firm as the basis for providing grants to Lynn Haven resident to pay their deductibles on insurance policies for up to $5,000.
13. Updates on the Financials for the City.
14. Approval to grant the City Manager the authority to expedite the administrative process for approval of residential and commercial construction.
15. First reading of Ordinance # 1068 requesting a Small Scale Future Land Use Map Amendment (SSA-18-7) - Low Density Residential to Mixed Use. **(No Action Required)**

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

34

16.     Discussion and approval of the Development Order to construct a commercial retail store at the intersection of Highway 389 and Highway 390. **(Action Required) (City Planner)**

17.     Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

35

There was no workshop before the meeting. Minutes from the October 23, 2018
Commission Meeting.   Page 1

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, OCTOBER 23, 2018
### 2:00 P.M.

Present:      Margo Anderson, Mayor
              Rodney Friend, Mayor Pro Tem/Commissioner
              Antonius G. Barnes, Commissioner
              Dan Russell, Commissioner
              Judy Tinder, Commissioner
              Michael E. White, City Manager
              Adam Albritton, City Attorney
              Officer Michael Williams

**Item #1.  Call to order:** By Mayor Anderson at 2:00 PM.
**Item #2.   Invocation/Pledge of Allegiance:** Invocation by Mayor Anderson and the pledge
followed.

**Item #3. Mayor's Report:**   Mayor Anderson reported that daily operations meetings continue
to happen.  Things are moving along smoothly.  The City has had many helping hands.  She
recognized W. Montague "Q" Winfield Director & Federal Coordinator for FEMA, she has
received phone calls and visits from Governor Scott, CFO Jimmy Patronis, Senator Neal Dunn,
Senator George Gainer, Representative Jay Trumbull and President Trump and Kristen Neilson
from National Homeland Security offered her assistance.  Her new mantra "looking forward to
what Lynn Haven is going to be" she is not looking back. She and the City Manager have been
working very well together.  She acknowledged Commissioner Friend coming back.  She is
waiting to hear about the schools.  Teachers return Oct. 29.  She is hoping that she can get the
Lynn Haven schools to start back earlier than Nov. 12th.  She attended the meeting with Bill
Husfelt Superintendent of Bay District Schools and other leaders. The superintendent stated that
no child would be penalized or not graduate because of this storm. Lynn Haven has two PODs
and the supplies are for everyone since there is an abundance of supplies.  People have been
very generous.  She worked with Callaway, Springfield, and Millville to help citizens get to
Lynn Haven to share our supplies.

**Item #4. Commissioner's Report:** Commissioner Tinder reported that she was very proud of
the job the City has done to get things back running so quickly.  We have surpassed expectations.
She has taken many requests and phone calls from residents.  The Mayor's daughter is working
with her firm and organizations to arrange for legal services for Lynn Haven.  Sheffield Park
may be where the staging for the legal services reside.
Commissioner Russell stated it is amazing the way the City has responded.  He thanked the
leadership of City Manager White, Mayor Anderson and the staff for an amazing job.
Mayor Anderson added to her Mayor's report that the medical services in Sheffield Park are
provided by Dr. Kelly Atterfield.  They will be there for the next five days.  It is a very extensive
mobile medical facility.  She also wanted to remind everyone that the City will host a Trunk or
Treat for Halloween.  She thanked Ponte Vedra for a truck load of donations and her daughter
who has been instrumental to make things happen for Lynn Haven.  Her daughter is also
planning a Hometown Thanksgiving on Thanksgiving Day.

36

There was no workshop before the meeting.  Minutes from the October 23, 2018
Commission Meeting.   Page 2

Commissioner Barnes said that the City has come together very well, he has seen hands and feet of the City everywhere.  He thanked staff, Greg Kidwell, utilities director and Bobby Baker Public Works Director for helping get the water and roads cleared.

Commissioner Friend commented on the wonderful job the City has done.  He stated this comes from the leadership of the Mayor, City Manager and staff.  He apologized for missing the first meeting, his company brought supplies to help.

**Item #5.   City Manager's Report:**   We have entered into an engagement letter with Warren/Averett to help with the City's small accounting department.  The City wants to make sure every FEMA process is done correctly.  We have hired Adam Albritton for the City Attorney. He will be meeting with AshBritt, one of our Debris Haulers.  Currently CrowderGulf is hauling, but we need more trucks to move debris.  He will activate AshBritt so that they can help out.  Please register for FEMA.  They are tracking everything.  FEMA is set up behind the police department.  Red Cross has been feeding meals.  Dr. Reese and Teri Pilcher have been feeding thousands of meals and have been great to work with.  Tyndall needs volunteers, and manpower to fill trucks so we can send supplies. He recognized Greg Kidwell, Utilities Director, he has worked hard to get our water and sewer back up and running. With electricity up and running GAC is fixing all of the water main breaks. The rescind water notices have gone out, and we can flush our toilets.  The biggest fear was the resident's sewer backing up. 70 percent of lift stations, and 85 percent is up and running at the sewer plant. City Manager White continued to thank staff including; Bobby Baker and the road crew for clearing roads, Ben Janke, CRA Director for working with Lynn Haven businesses to help them get back up, Amanda Richard, Director of Planning and Permitting for handling all of the permitting and planning of business trying to work within our area, Police Department Chief Matt Reimer and Deputy Chief Ricky Ramie, Fire and Rescue, Chief John DeLonjay, and all of the administrative staff who have worked hard to keep the City functioning during this disaster.

**Item #6.   Public Commentary:**  Mr. Robitaille recognized Lewis in sanitation as well as Officer Blalock. He was concerned that the City Administration, Commissioners and first responders had not been seen.

Derwin White, thanked the city staff and citizens.  He spoke about the excellent job the City had done thus far.  He reminded everyone that we should stay positive and continue to move forward.

Annette Lowe, said contracting companies have concerns about permitting. City Manager told her that this was to protect Lynn Haven. He stated that many businesses were trying to scam or over charge citizens and were not licensed to do so. Ms. Lowe was also concerned about the Tree removal signs of a company attached to a generator, promoting themselves.

Janet Walker talked about the huge police presence and just knowing this made her feel safe. She was grateful for their presence. to make us feel safer.

Jeannie Gene, thanked the Mayor, and said that she has been wonderful. She had a question about the schools, and was concerned about dredging backing into a clean area. Mayor Anderson told her that it is very important to get back to normalcy and that we are working to get the schools open earlier than expected.

Terri Parker, asked about finding information about contractors and vendors, and thanked the City and Commissioners.  Mayor Anderson responded that it's all about the citizens.

37

**There was no workshop before the meeting.  Minutes from the October 23, 2018
Commission Meeting.   Page 3**

A citizen had a question about apartment evictions. Mayor responded that you cannot be evicted during this time, and the citizens need to know how to respond to landlord's eviction in such short amount of time.

**Item #7,  Minutes: 10/16/2018 – Regular Meeting**

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Barnes.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Barnes | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**
**Item #8.     Update from W. Montague "Q" Winfield Director & Federal Coordinator
FEMA.**
Mr. Winfield is here as the liaison. He spoke that he has seen many disasters. He believes that Lynn Haven is a resilient city. He went on to tell that there is no substitute for your insurance payoffs, and that FEMA SBA is not just for businesses, it is also for homes. 7,900 families and 5,000 households have registered. Lynn Haven has been approved for $2.2 million, and $555,000 for others who need assistance. Remote areas will have teams on the ground to register these families. He is working with the City Manager & team on applying for Public Assistance and working on data to get up to the County. He explained there are many reasons FEMA will deny applicants, if someone gets denied, you may need more information, insurance information, and you can ask for a re-inspection.
He said that Blue Tarp programs are in effect and encouraged citizens to go register. Once you are approved by FEMA, you will be contacted. He warned that FEMA workers will not ask for money, only ID. FEMA will go door to door.
He took questions from the audience. An audience member asked if income will get them denied? Mr. Winfield responded to reapply if he gets denied.  Mr. Winfield took several question about the FEMA process and he encouraged citizens to stay after the meeting and speak with him and other FEMA representatives present.  Lastly, Mr. Winfield thanked the staff and commission.

**Item #9.  Update from Jay Moody the City's Accounting Consultant.**  Mr. Moody gave an update on the City's accounting. He has been coordinating expenses for the City, and submitted reimbursement forms. He is creating a new disaster recovery fund documentation for the City.

**Item #10. Approval of Resolution # 2018-10-23—002 Adopting a Local State of
Emergency for Post Relief and Planning of Hurricane Michael.**  City Manager White

38

**There was no workshop before the meeting. Minutes from the October 23, 2018 Commission Meeting. Page 4**

read resolution in its entirety. Mayor Anderson explained that at the last meeting the Commission adopted a 7-day State of Emergency Resolution. She wanted to extend State of Emergency for another 7days. It gives the Mayor continued authority to make decisions. She said it has been her honor to serve. City Manager read the resolution in its entirety. Mayor stated she anticipated this will be the last time for the state of emergency.

Motion by Commissioner Russell: To approve Resolution # 2018-10-23—002 adopting a Local State of Emergency for post relief and planning of Hurricane Michael.
Second to the motion: Commissioner Tinder.

On Vote:

| Russell | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item 11.**   Meeting Adjourned – 3:20pm

**APPROVED THIS** 30th October **DAY OF** Oct. **2018.**

Margo Deal Anderson, Mayor

**ATTEST:**

Michael E. White, City Manager

Prepared by Vickie Gainer

39

DISASTER RELIEF AND PLANNING HURRICANE MICHAEL

CITY OF LYNN HAVEN
HURRICANE MICHAEL RESOLUTION NO. <u>2018-10-23-002</u>

## RESOLUTION ADOPTING A LOCAL STATE OF EMERGENCY
## FOR POST DISASTER RELIEF AND PLANNING

WHEREAS, the National Hurricane Center has recognized Hurricane Michael affecting this area;

WHEREAS, Hurricane Michael has caused extensive flooding, winds, and damage to private property as well as damage to public utilities, public buildings, public communication systems, public streets and road, and public drainage systems within the City of Lynn Haven; and

WHEREAS, the CITY OF LYNN HAVEN has immediate need for emergency DISASTER RELIEF AND PLANNING; and

WHEREAS, Sections 252.38 (2) and (3), Florida Statutes allow a municipality, such as the City of LYNN HAVEN, to declare a State of Local Emergency and to waive the procedures and formalities otherwise required of a municipality by law take whatever action is necessary to ensure the safety, health, and welfare of the people of the City of LYNN HAVEN, Florida including:

1   Entering into contracts;
2   Incurring obligations;
3   Employment of permanent and temporary workers;
4   Utilization of volunteer workers;
5   Rental of equipment;
6   Acquisition and distribution of
    a.   supplies,
    b.   materials either with or without compensation of supplies,
    c.   materials and facilities;
    d.   other expenses related to the storm event
7   Appropriation and expenditure of public funds.

NOW THEREFORE BE IT RESOLVED by the City Commission of LYNN HAVEN to enact an emergency declaration in its Special Meeting, on October 23, 2018 for emergency POST DISASTER RELIEF AND PLANNING resulting from the storm event and pre- and post-storm event activities related to the following Hurricane Michael;

BE IT FURTHER RESOLVED that a State of Local Emergency is hereby declared and reinstated, effective immediately for all territory within the legal boundaries of the incorporated area of the City of Lynn Haven, Florida.

BE IT FURTHER RESOLVED that the City Commission hereby waives during the state of emergency the procedures and formalities required by law and the City hereby adopts this declaration of as provided in Section 252.38,

1

40

DISASTER RELIEF AND PLANNING HURRICANE MICHAEL

Florida Statutes.

BE IT FURTHER RESOLVED that the City Commission of LYNN HAVEN hereby delegates emergency powers during the state of emergency to MARGO ANDERSON, Mayor of the CITY OF LYNN HAVEN, or her designee, the authority to discharge the duties and exercise the powers of:

1      Performance of public work and taking whatever action is necessary to ensure:
   a. the health,
   b. safety, and
   c. welfare of the community;

2      Entering into contracts;

3      Incurring obligations;

4      Employment of permanent and temporary workers;

5      Utilization of volunteer workers;

6      Rental of equipment;

7      Acquisition and distribution of supplies, materials with or without compensation

8      Appropriation and expenditure of public funds.

until such time as the Local Emergency declared herein has expired or such has been rescinded.

This Local State of Emergency declaration is effective for a seven (7) day period.  UPON EACH EXPIRATION of the Local State of Emergency for Post Disaster Relief and Planning, this Declaration must be renewed for an additional seven (7) day term or such declaration shall automatically expire.

ADOPTED in Emergency Session, this October 23, 2018.

CITY OF LYNN HAVEN, FLORIDA

By: MAYOR, MARGO ANDERSON

This 23rd of October, 20 18

ATTEST:
City Clerk/Deputy/Asst Clerk

APPROVED AS TO FORM AND LEGAL SUFFICIENCY:

J. Adam Albritton, Esq., City Attorney

2

41

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ADAM ALBRITTON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### *NOTICE*
*The public is invited to attend.*

**SPECIAL CITY COMMISSION MEETING**
**TUESDAY, OCTOBER 23, 2018 – 2:00 P.M.**
**LYNN HAVEN ELEMENTARY SCHOOL**
**THE PUBLIC IS INVITED TO ATTEND**

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
6. Public Commentary

**CONSENT AGENDA:**

7. Minutes:  10/16/2018 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**
8. Update from W. Montague "Q" Winfield Director & Federal Coordinator FEMA.
9. Update from Jay Moody the City's Accounting Consultant.
10. Approval of Resolution # 2018-10-23—002 adopting a local state of emergency for post relief and planning of Hurricane Michael.
10. Adjourn.

---

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

42

There was no workshop before the meeting.  Minutes from the October 16, 2018
Commission Meeting.   Page 1

**SPECIAL CITY COMMISSION MEETING MINUTES**
**TUESDAY, OCTOBER 16, 2018**
**2:00 P.M.**

**Absent:**      Rodney Friend, Mayor Pro Tem/Commissioner
**Present:**     Margo Anderson, Mayor
                 Antonius G. Barnes, Commissioner
                 Dan Russell, Commissioner
                 Judy Tinder, Commissioner
                 Michael E. White, City Manager
                 Adam Albritton, City Attorney
                 Officer Michael Williams

**Item #1.  Call to order:** By Mayor Anderson at 2:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Mayor Anderson and the pledge
followed.

**Item #3.  Mayor's Report:**     Mayor Anderson reported that daily operations meetings at
6:30am, noon and 6pm are being held at the operation center located at the Southerland Event
Center.  This is the temporary location for the police, fire and administration offices. She stated
that instead of the Tuesday noon meetings, commission meetings would be held on Tuesdays at
2pm in the cafeteria at Lynn Haven Elementary School.  Mayor Anderson introduced others
present at today's meeting including Jay Moody the City's accounting consultant and Kelly
Tram the City's legal assistant.  She voiced her sincere esteem for how the citizens of Lynn
Haven have responded pulling together in the face of this devastating disaster.  She said, "this
is small town America at its best".  She commended City employees and local contractors for
the amazing progress made in clearing streets in the first twenty-four hours after the storm. She
recognized the outstanding job of our first responders and spoke of the close bond those who
experienced God's protection through the storm will have.  Finally, Mayor Anderson thanked
everyone in attendance for all they've done reported that both Commissioner Friend and Barnes
were well.

**Item #4.  Commissioner's Report:**
Commissioner Russell reiterated thanks to all personnel for their outstanding efforts. He stated
that the best decision he ever made was voting for Michael White as City Manager.  He voiced
his strong disappointment with the commissioners who did not attend the meeting.
Commissioner Tinder echoed thanks to all city employees especially recognizing the
outstanding efforts of law enforcement.  She stated she had received several e-mails from
resident's concerned family members wondering if they were ok.  She has been driving around
doing welfare checks.  She reminded residents that as power restoration was beginning to please
keep breakers off to avoid fire.

**Item #5.  City Manager's Report:** City Manager White stated that it has been a long week.  In
response to all the gratitude from his colleagues he referenced the quote, a chain is only as strong
as the joints that hold it together. He expressed his gratitude for his team and their wives for all
their efforts and support.  He thanked Commissioner Russell for his assistance with the FEMA
filings and expressed his gratitude to the mayor and several other government officials including
President      Trump.      He      pointed      out      our      new      Lynn      Haven      hashtag,

43

There was no workshop before the meeting.  Minutes from the October 16, 2018
Commission Meeting.   Page 2

#LynnHavenTogetherandStrong.   City Manager White also commended the Lynn Haven
Citizens for their patient and helpful kindnesses giving several specific examples.  He explained
that he is trying to keep citizens informed through social media posts on Facebook daily. He has
received many questions from organizations and individuals asking how they can help and
referenced the newly set up Lynn Haven Hurricane Michael Relief Fund.  He stated that
Hancock bank generously donated $35,000. He said six truck with supplies had already been
sent from Ponte Vedra and that a foundation for the City of Lynn Haven was being set up by
Holland and Knight. He expressed gratitude to the Southerland family for their generosity in
providing us with their event center facility and gave thanks to Verizon for their mobile facility
as well. He expressed gratitude as well for Dr. Reese Harrison's efforts in providing meals and
necessities to so many in the City of Lynn Haven. He also recognized Attorney General Landry
for providing staff to set up mobile trailer for temporary police station and the Cajun Navy for
their assistance. City Manager White said he had many requests for American Flags which he
is procuring to help promote hope, prosperity, togetherness and love.  He mentioned the
contracts put in place by the City to oversee FEMA and debris removal.  He explained that
TetraTech job is to make sure all expenses are documented.  The City Manager stated that all
112 miles of street debris pushing has been completed in a week and thanked all contractors
involved.  He encouraged citizens to separate trash into separate piles including scrap metal,
household garbage and yard debris. He stated that trash pick up began today, that water plant
two was at 100% but not quite ready to supply and encouraged all residents to report any leaks
or breaks and reminded residents not to drink the water.  He said water plant #1 was up but
limping and that the sewer.  He made mention of several other city updates regarding both
facilities and services within the City. He thanked Chief John Delonjay for completing well
checks on both residents and businesses and recognized again the tremendous efforts of our
police force.  Mayor Anderson interjected explaining that Adam Albritton was serving as the
attorney providing sponsorship for our soon to be barred city Attorney Kelly Tram.

**Item #6.   City Attorney's Report:**  City Attorney Adam Albritton suggested that we adopt a
resolution declaring a state of emergency for post disaster relief and planning.

> Motion by Commissioner Tinder:  To continue operating as stated in the resolution.
> Second to the motion:  Commissioner Russell.
> On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

City Manager White stated that Jay Moody from Warren Averett has been contracted to handle
the City finances and FEMA documentation, Adam Albritton contracted for attorney services.
He stated that City Hall would be salvaged as a historical site and mentioned several contractors
who are helping re-build the city.  He stated also that there were contractors coming in taking
advantage of citizens and that they will not be allowed to operate here without proper city/county
licensing. A temporary permitting office will be set up in Sheffield park on Thursday morning.
Anyone without proper licensing will be escorted out of our city.  Commissioner Barnes asked
if we would have a list of legal contractors.  City Manager White stated they would be posted
on Facebook.  Commissioner Barnes reiterated the need to keep breakers off in homes especially

44

**There was no workshop before the meeting.  Minutes from the October 16, 2018**
**Commission Meeting.   Page 3**

since the fire dept can get through blocked streets and the water supply is sparse.  He stated that Breakfast Point and Bozeman schools are serving as shelters until full and that Surfside Middle School would be opening after that.  He stated that Rutherford High would serve as a feeding station. City Manager White explained that Lynn Haven is broken into twelve quadrants and that we will work quadrant by quadrant till each complete. Commissioner Barnes again extended thanks to all first responders.

Mayor stated she was in contact with all applicable government agencies.  She informed that Todd Herendeen donated large tents and that Dr. Ceydeli in Lynn Haven would be available at his office for medical services. She stated that President Trump assured her personally that Lynn Haven will be taken care of.  She commented on the President's compassion and sincere concern evidenced by his personal visits to citizen's homes with her and his presence at the feeding station at City Hall.

**Item #7. Hurricane Michael.**
Democratic candidate Bob Radcliff spoke saying how impressed he was by the level of organization and efforts by our city personnel and officials.  He recognized his associate Daniel Pooler and encouraged us to keep seeking help.

**Item #19.  Adjourn.**

There was no further business to discuss and the meeting was adjourned at 3:05 pm.

**APPROVED THIS** _November 7th_ **DAY OF** _____ **2018.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

45

DISASTER RELIEF AND PLANNING TROPICAL STORM HURRICANE

CITY OF LYNN HAVEN
HURRICANE MICHAEL RESOLUTION NO. 2018-10-16-_____

## ADOPTING A LOCAL STATE OF EMERGENCY FOR POST DISASTER RELIEF AND PLANNING

WHEREAS, the National Hurricane Center has recognized Hurricane Michael affecting this area;

WHEREAS, Hurricane Michael has caused extensive flooding, winds, and damage to private property as well as damage to public utilities, public buildings, public communication systems, public streets and road, and public drainage systems within the City of Lynn Haven; and

WHEREAS, the coastal CITY OF LYNN HAVEN has immediate need for emergency DISASTER RELIEF AND PLANNING; and

WHEREAS, Sections 252.38 (2) and (3), Florida Statutes allow a municipality, such as the City of LYNN HAVEN, to declare a State of Local Emergency and to waive the procedures and formalities otherwise required of a municipality by law take whatever action is necessary to ensure the safety, health, and welfare of the people of the City of LYNN HAVEN, Florida including:

1.     Entering into contracts;
2.     Incurring obligations;
3.     Employment of permanent and temporary workers;
4.     Utilization of volunteer workers;
5.     Rental of equipment;
6.     Acquisition and distribution of
   a. supplies,
   b. materials either with or without compensation of supplies,
   c. materials and facilities;
   d. other expenses related to the storm event
7.     Appropriation and expenditure of public funds.

NOW THEREFORE BE IT RESOLVED by the City Commission of LYNN HAVEN to enact an emergency declaration in emergency session, on this October 16, 2019  for emergency POST DISASTER RELIEF AND PLANNING resulting from the storm event and pre- and post-storm event activities related to the following Hurricane Michael;

BE IT FURTHER RESOLVED that a State of Local Emergency is hereby declared and reinstated, effective immediately for all territory within the legal boundaries of the incorporated area of the City of Lynn Haven, Florida.

BE IT FURTHER RESOLVED that the City Commission hereby waives during the state of emergency the

1

46

DISASTER RELIEF AND PLANNING TROPICAL STORM HURRICANE

procedures and formalities required by law and the City hereby adopts this declaration of as provided in Section 252.38, Florida Statutes.

BE IT FURTHER RESOLVED that the City Commission of LYNN HAVEN hereby delegates emergency powers during the state of emergency to <u>Mayor Margo Anderson</u> of the City of LYNN HAVEN or her designee, the authority to discharge the duties and exercise the powers of:

1.     Performance of public work and taking whatever action is necessary to ensure:
   a. the health,
   b. safety, and
   c. welfare of the community;

2.     Entering into contracts;

3.     Incurring obligations;

4.     Employment of permanent and temporary workers;

5.     Utilization of volunteer workers;

6.     Rental of equipment;

7.     Acquisition and distribution of supplies, materials with or without compensation

8.     Appropriation and expenditure of public funds.

until such time as the Local Emergency declared herein has expired and has been rescinded.

UPON EACH EXPIRATION of the State of Emergency For Post Disaster Relief and Planning, this Declaration shall be automatically renewed every seven (7) days until further action by the City Commission.

ADOPTED in Emergency Session, this October 16 , 2019.

MAYOR & CITY COMMISSION OF THE CITY OF LYNN HAVEN, FLORIDA

By: _____

This _16th_ of _October_ , 20_19_

ATTEST: _____
City Clerk/Deputy/Asst Clerk

Notary Public State of Florida
Kelly B Battistini
My Commission GG 106067
Expires 05/21/2021

**APPROVED AS TO FORM AND LEGAL SUFFICIENCY:**

**Adam Albritton, City Attorney**

2

47

MARGO D. ANDERSON
*MAYOR*

MICHAEL E. WHITE
*CITY MANAGER*

ROBERT C. JACKSON
*CITY ATTORNEY*



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### *NOTICE*
### *The public is invited to attend.*

**SPECIAL CITY COMMISSION MEETING**
**TUESDAY, OCTOBER 16, 2018 – 2:00 P.M.**
**LYNN HAVEN ELEMENTARY SCHOOL**
**THE PUBLIC IS INVITED TO ATTEND**

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
6. Hurricane Michael
7. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

48

There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 1

*Item #9*

## CITY COMMISSION MEETING MINUTES
## TUESDAY, SEPTEMBER 25, 2018 COMMISSION MEETING
## 6:00 P.M.

Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

**Item #1.  Call to order:** By Mayor Anderson at 6:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Friend and the pledge followed.

**Item #3. PUBLIC HEARING OPENED:** 6:01PM
**A.     Proposed Millage Rate for 2018 Tax Roll Resolution 2018-09-721:** City Manager White stated for the purpose of funding apportion of the FY2018/2019 General Fund Budget a millage rate of 3.9% is proposed. City Manager White read Resolution 2018-09-721 by title only. There were no public comments and no Board comments.
> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

Commissioner Barnes corrected the amount read.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |
| Adopted: | 6:04 PM CST | | |

**B.     Proposed General Fund & Enterprise Fund Budget for FY 2018-2019 Resolution 2018-09-722:**
City Manager White read Resolution 2018-09-722, tentative General Fund Budget Enterprise Fund Budgets for FY 2018-2019 was read by title only.
Public Comments:
Janet Walker asked about the total amount designated for training for employees. Commissioner Tinder stated that it was $104K.
> Motion by Commissioner Friend:  To approve to adopt the budget with the exception of removing the attorney page 11 and all expenses in regards to hiring an in-house attorney for the City.
> Second to the motion:  Commissioner Barnes.

49

There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 2

Commissioner Barnes stated that it is no money allocated for the current attorney.  He stated he thought it was bad business.

Mayor Anderson stated to Commissioner Barnes that he was out of order.

Commissioner Tinder stated she would like to discuss the budget a little further.

Commission discussed whether to add attorney fees before voting.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | nay | |
| | Barnes | nay | |
| | Anderson | nay | Motion failed:  2-3 |

Motion by Commissioner Russell:   To adopt the General Fund 2018/2019 budget as presented.

Second to the motion:  Commissioner Tinder.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | nay | |
| | Barnes | nay | |
| | Anderson | aye | Motion passed:  3-2 |

Adopted:       6:12 PM CST

**PUBLIC HEARING CLOSED** 6:12 PM

**Item #4. PUBLIC HEARING OPENED:** 6:12 PM

**Proposed Community Redevelopment Agency Budget for FY 2018-2019 Resolution 2018-09-723:** Resolution 2018-09-723, proposed CRA Budget for FY 2018-2019 was read by title only.  There were no public comments and no Board comments.

Motion by Commissioner Friend:  To approve as presented.

Second to the motion:  Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

Adopted:  6:14 PM CST

**PUBLIC HEARING CLOSED** 6:14 PM CST

**Item #5.       PUBLIC HEARING OPENED: 6:14 PM**

**Final reading of Ordinance #1064 for the Small Scale Future Land Use Map Amendment (SSA-18-6) – Recreation/Open Space to Industrial.** City Planner Amanda Richard gave background information on the property.  She stated it was the Mowat Property, applicant is Tim Brock who is the owner, and the agent is Panhandle Engineering.  Location is Aberdeen Parkway.  Existing land use is recreation open space and proposed land use space is industrial. The site is currently vacant. Mayor Anderson stated no action would be taken until item #12.

**PUBLIC HEARING CLOSED 6:18 PM CST**

There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 3

**Item #6. Mayor's Report:** Mayor Anderson stated there was a special presentation to be presented tonight. She asked Sharron Berrian from the Florida League of Cities and Director of Membership Relations to come forward. Ms. Berrian read a resolution honoring Commissioner Antonius Barnes 23 years of service to the Commission and local government. Mayor Anderson also presented Commissioner Barnes with a plaque from the City of Lynn Haven honoring his years of service also. Mayor's report continued with Mayor Anderson stating she had several meetings including with Panhandle Engineering on paving projects, she attended the Mosley High School Parade. Met with one of the representatives from Bluewater Development meeting, she attended a City staff meeting on the upcoming specials events and applauded Kathryn Gay and Kaylee Gardner for their hard work and noted the many events that are coming up including Car Cruisin and the Haunted Hayride, she attended the DAR luncheon and presented them with a proclamation, she attended a roundtable meeting with Senator Gainer, and visited and spent time at the Senior Center. She stated that the seniors are excited about the new changes coming their way and commended the City Staff on the great job of making the kickoff happen. She met with the media on the Splash Park which is scheduled to open Oct. 1, she applauded Greg Kidwell for his great work on the Splash Park and had meetings with the City Manager.

**Item #7. Commissioner's Report:** Commissioner Russell stated he is still dealing with the phone calls on storm water issues.  Redbird Avenue is a big issue now.  He was excited that next Monday the City is taking over the Senior Center and looks for great things to happen there.
Commissioner Tinder stated she has received lots of phones calls about flooding issues on Rhode Island Avenue and received calls about Code Enforcement, citizens wanted more crosswalk lights.  Mosley Parade needs more advertising of the date.
Commissioner Barnes had no report.
Commissioner Friend attended the Trolley advertising grand opening, visited the Senior Center, traveled to Pensacola to look at their facility and thank Commissioner Tinder for suggesting it. He also thanked the Commission for including the facility at the Mt. Hope Cemetery.

**Item #8. City Manager's Report:** City Manager White stated he and staff have been working hard on the budget, Car Cruisin is Sept. 29, 2018 at 5 pm, Splash Park opening Oct. 1.  You can sign up for softball. The City is taking over the Senior Center Oct. 1. Fall Concert series begins Oct. 4th in Sheffield Park.

**Item #9.  City Attorney's Report:  No Report.**

**Item #10.  Public Commentary:** Janet Walker asked about the sale of the rails and when or if the City would be receiving its portion of the money. Mayor Anderson stated that it is her understanding that a check has been received by the developers for the iron and that the City will receive its share.  City Attorney Jackson stated he knew nothing else and stated that Mr. Bales address was incorrect, but hopefully the City would get a check.

**CONSENT AGENDA:**
**Item #11. Minutes:                              09/25/18 – Regular Meeting.**
                         Motion by Commissioner Barnes:  To approve item #11 of the consent agenda.
                         Second to the motion:  Commissioner Russell.
On Vote:        Barnes           aye

51

There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.  Page 4

|         |     |                    |
|---------|-----|--------------------|
| Russell | aye |                    |
| Tinder  | aye |                    |
| Friend  | aye |                    |
| Anderson| aye | Motion passed:  5-0 |

**OLD BUSINESS: NONE**

**Item #12.        Final reading of Ordinance #1064 amending the Small Scale Future Land Use Map Amendment (SSA-18-6) from Recreation/Open Space to Industrial.:**  City Manager White read Ordinance #1061 by title only.

Motion by Commissioner Friend:  To approve Ordinance #1064 as presented.  Second to the motion:  Commissioner Russell.

On Vote:

|          |     |                    |
|----------|-----|--------------------|
| Friend   | aye |                    |
| Russell  | aye |                    |
| Tinder   | aye |                    |
| Barnes   | aye |                    |
| Anderson | aye | Motion passed:  5-0 |

**Item # 13.        Final reading of Ordinance #1065 relating to licenses for on premises consumption of alcoholic beverages for restaurants.**  City Manager White read the Ordinance #1065 by title only.

Motion by Commissioner Russell:  To approve Ordinance #1065 as presented.  Second to the motion:  Commissioner Barnes.

Commissioner Tinder asked does it still include the 500 ft. from the church and the schools?

City Attorney Rob Jackson stated this Ordinance put the City in line with the State law.  The church is not included; school is in there under state law.  Originally the ordinance included churches, churches have been removed.  This is one of the many Ordinances the City has passed as it relates to alcohol.  Unless it is a bar, businesses will be able to serve alcohol.

Commissioner Russell asked if this applies to a restaurant where the food is more than 51% of the profits.

City Attorney stated yes.

Mr. Rich Walker stated that ordinance #1034 is the ordinance Commissioner Tinder is referring to.  He felt this ordinance changes some things.  He stated this is a City-wide ordinance, but felt that this ordinance would open up everyone for a license.  Questioned why churches were removed from the original ordinance.  Doesn't make sense to keep changing the ordinance.  He felt the City should include churches back in the audience.

Commissioner Russell corrected a few comments that Mr. Walker stated.

On Vote:

|          |     |                    |
|----------|-----|--------------------|
| Russell  | aye |                    |
| Barnes   | nay |                    |
| Tinder   | aye |                    |
| Friend   | nay |                    |
| Anderson | aye | Motion passed:  3-2 |

**Item #14.        Discussion and Approval of the City Manager's yearly evaluation in accordance with Section No. 6 of the City Manager's employment agreement:**  Mayor Anderson stated she met with the City Manager.  She stated that she wanted to make it perfectly

52

There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 5

clear that Mr. White is doing an excellent job. She stated that his evaluations were very good except for a few negative marks, but she is very pleased with what Mr. White has accomplished and is doing. Mayor Anderson stated that it was a fair statement from the City Manager that he did not want to be compared to other City Managers. She stated he is right in line with her vision for the City and she values his hard work. She also stated that she looked at the salaries of the employees because she wanted to make the right decision on her recommendation to the City. She was concerned that the City is getting top heavy on salaries. She stated her position is still the same when she ran for Mayor about high salaries at the top. Mayor Anderson said while she thinks Mr. White is doing an outstanding job, she cannot recommend any type of pay increase for him.  She read off the salaries of the surrounding cities City Managers salaries.  Mayor Anderson said he has only been here a year and was given a $5K just several months ago.  But the City can only pay for what we can afford.

Commissioner Russell stated that he respectfully disagreed with the Mayor's recommendation. He said Mr. White has taken on many more responsibilities and should be compensated for his work.

Commissioner Barnes stated he agreed with the Mayor.  He said that the salary of the City Manager currently is at the top of the City's scale and that his salary needs to stay exactly where it is.

Commissioner Friend said that he would respectfully disagree.  He said the City doesn't have a City Manager but a CEO who is running a $40 million company. Mr. White has brought in new business, he has a business background and is very knowledgeable. He stated if you were to look at other companies where they are CEOs we would come to the conclusion that Mr. White deserves to be paid well.

Mayor Anderson stated that if the Commission wanted to go in a different direction, please let her know. The City Manager is at the top of the salary scale of what the job was originally advertised. She stated that Mr. White presented to her all of his accomplishments and she agrees he has done a great job, but she could not agree to compensate him.  She did agree with one thing. To pay for his mobile iPad service. She stated that Mr. White asked for $165K and $1,200.00 in car allowance.

Commissioner Friend agreed that this number may have been a little high, but also offered to go into negotiations if the Commission would allow it.  He restated his position that we hired a CEO and Mr. White is running the City like it should be ran, like a business. He stated he would like to keep him. He also stated he is sure there are plenty of headhunters seeking his business skills, who would pay a lot more than what the City is paying him. He stated if the City is not careful, we could lose him to another company and he does not want that to happen.

Mayor Anderson restated the reasons for her decision and why she feels strongly about her recommendation to the Commission.

Commissioner Russell state he is underpaid for all of the work he does and that this would be disservice to him.

> Motion by Commissioner Russell:  To increase the City Manager's base salary to $155K, $900 car allowance, $100 fuel allowance and $75 for mobile iPad service.
> Second to the motion:  Commissioner Friend.

Brad Yount disagreed and stated the City should not be held hostage to anyone who might leave. Mr. Walker also disagreed with the salary increase and made comments that Mr. White takes the money for insurance and puts it in his pocket.

**There was a FY 18-19 budget workshop before the meeting. Minutes from the September 25, 2018 Commission Meeting. Page 6**

City Manager White rebutted Mr. Walker's comments and stated the money he is referring to goes towards his insurance with the Co-op.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | nay | |
| | Barnes | nay | |
| | Anderson | nay | Motion failed: 2-3 |

Motion by Commissioner Russell: To ask the Mayor to go back and negotiate with the City Manager in good faith.
Second to the motion: Commissioner Friend.

Mayor responded as the Mayor and Treasurer of the City that she did negotiated in go faith. She told Mr. White what she could offer as the negotiate. She stated an increase has been proposed and the board has not agreed according to the earlier vote.
Commission Russell stated that the board has not voted to keep his salary the same.
Mayor Anderson stated because the Commission did not pass an increase she would assume his salary would stay the same. She asked the City Attorney was this correct and he agreed that nothing had changed in the contract.
Commissioner Russell reminded the Mayor a motion and second was on the floor.
Mayor Anderson stated she would go back and negotiate if that is the desire of the Commission.
Commissioner Friend stated he is willing to go back and negotiate if the Commission would like him to.
City Manager White asked that Commissioner Russell and Commissioner Friend remove their motion and second. He asked that the Commission move on and not discuss this any further. He stated that yes the numbers were high, but he had to start the negotiations somewhere. He stated his contract will remain the same.
Mr. White commented he wanted to make it easy for everyone. He said it was very difficult for him but that goes with being the City Manager. He explained the numbers he submitted were high, but he thought there would be some negotiations. He stated he loves Lynn Haven and asked both Commissioner to withdraw the motion and second.
Commissioner Russell withdrew his motion.
Commissioner Friend withdrew his second.
Mayor Anderson stated that at this time the City Manager's contract will remain the same.

**NEW BUSINESS**
**Item #15.       Discussion and possible action regarding a RFQ for the City's Auditing Services.:** Mayor Anderson commented that the Commission has discussed this item at length and have had workshops to discuss as well. She stated the City has had the same auditing firm over 20 years and she feels there does need to be a new set of eyes on the City's finances. Florida's best practices says that businesses need to change auditing firms at least every five years. She is not saying the current auditing firm is doing a bad job, but the City at least needs to look at other options.

Motion by Commissioner Tinder: To approve as presented.
Mayor Anderson stated she would like to pass the gavel so that she could second the motion. Mayor Anderson passed the gavel to Mayor Pro Tem Friend.
Second to the motion: Commissioner Mayor Anderson.

54

There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 7

Commissioner Tinder stated she felt the same way.  Having the same auditor year-after-year is not a good thing.  She asked what would it hurt to go out and solicit for other firms.  She said it is just good practice.

Commissioner Russell asked were the intentions to preclude the current auditing firm to reapply? and would the current auditing firm be allowed to reapply?

Mayor Anderson stated no, the City's current auditing firm will be able to apply.

Commissioner Friend stated he has been against changing auditing firms because we had a new City Manager and Finance Director.  But the City Manager did a great job on the budget and thought that it was time for the City to look at bidding the auditing services out.  As long as we receive the information tonight, look through it and bring it back.

City Manager asked that we look back through the RFQ and make changes after everyone has looked at it

Commissioner Barnes asked for clarification on the motion that was presented.

Mayor Anderson answered and said to send out an RFQ and consider the possibility of having a different auditing firm.  This would just be following good auditing practices and finding.

City Attorney wanted clarification as well on the motion.  He asked was the motion to send out this exact RFQ presented tonight or follow what the City Manager stated to send out a revised one.

> Commissioner Tinder amended her motion: To send out a revised RFQ that the Commission agrees upon, but have the revised RFQ Auditing Services come back to the Commission for approval.
> Second to the motion:  Mayor Anderson

Commissioner Russell wanted clarification on RFQ.  He pointed out with an RFQ the Commission would be looking at professional services and that the City will negotiate the price to determine which firm is the best.  He also wanted to make sure that the current auditing firm would be able to bid.  And if the current auditing firm is chosen, we will negotiate prices with them and start over again.  The Commission stated yes.

Mayor Pro Tem suggested a date to come back before the Commission.

City Manager stated the revised RFQ would be back before the Commission at the next Commission meeting.

Brad Yount commented on the current auditing firm's opinion report.  He did not like it.

| On Vote: | Tinder | aye | |
|---|---|---|---|
| | Anderson | aye | |
| | Russell | aye | |
| | Barnes | nay | |
| | Friend | aye | Motion passed: 4-1 |

**Item #16.**      **Discussion and possible action for the City's Legal Services:**
>              Motion by Commissioner Tinder:  To approve for discussion.
>              Mayor Anderson stated she would like to pass the gavel so that she could second the motion.  Mayor Anderson passed the gavel to Mayor Pro Tem Friend.
>              Second to the motion:  Mayor Anderson.

55

**There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 8**

Mayor Anderson gave some background as to why this item was on the agenda.  She stated that while she considers Mr. Jackson a friend and it is nothing personal, the City has spent over $900K in the past five years on attorney fees.  She has consistently made the comments if the City had an in-house attorney it may save the City some money. She stated that she discovered while at a luncheon that the City has an attorney on staff who works as an administrative assistant.  She directed the City Manager to find out what the City would have to do to bring her on as an in-house attorney at one rate instead of billing hours.  She is barred in Texas.  Florida just pass legislation that allows the military spouses who are attorneys but are barred in another state that they could potentially work in the state of Florida under the auspices of another attorney who is willing to sponsor them.  This person would be the City's attorney at $55k a year, it would cost $1K to have her sponsored and another $6K to pass the bar in which the City would pay for it and if she leaves before five years she would reimburse the City. Basically it would cost the City $74,000.60 for an in-house attorney, including benefits.  This would be a hybrid position for a year with a sponsoring attorney.  She believes this position could offer the City services that would meet the City's needs.

Commissioner Tinder said this is just good business practice. We could use the money we are spending on attorney fees in other areas.  Nothing against the City Attorney.

Commissioner Russell asked that the motion be restated, can someone address her qualifications and who would be the sponsoring attorney if the City went to the hybrid system.

Mayor Anderson said that if the Commission would do the math $75K for five years it would be a vast reduction.

City Manager stated that he only inquired, but the mentoring attorney would be decided by the Commission.

Commissioner Russell said that he was not against it but he did not want the attorney to be a new lawyer.

Mayor Anderson answered that there are attorneys in town that are qualified and that would do a good job.

Commissioner Russell stated that he would consider this if whoever the outside City Attorney is must be approved by the Commission.

City Manager stated his intention is to send out a RFQ.

Commissioner Barnes stated he was appalled at the conversation tonight.  The current firm has provided great counsel.  The great thing about the current firm is that they have other attorneys to help and bounce question off.   The firm has done a great job and he thinks that the Commission is making a very bad decision and he will vote no.

Commissioner Russell stated the same argument can be made about the City Manager' salary. The lawyer is worth it; the City Manager is worth it.

Mayor Anderson stated that the attorney that she was referring to has one year of experience. She has a Juris Doctorate.  The City would be saving a half million dollars a year.

Mayor Pro Tem Friend, on the surface it is a great idea.  His concern was that it could end up costing more money to the City.  He can't express that enough that this position has to have some historical knowledge and a lot of unknown.  Does the charter allow this?  The Charter stated that he or she must be barred in Florida.

Mayor Anderson responded that with all due respect she disagreed with him on the charter
Walter Kelley stated the City has an experienced attorney and knows what he is doing and has street experience.  He is all for saving funds, but think about the consequences.

**There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 9**

Brad Yount spoke about the pros and cons of an in-house counsel.

> Commissioner Tinder made a new motion:  The Commission would come back with an attorney.
> Second to the Motion:  Mayor Anderson

City Attorney stated clarification is needed on the motion

> Commissioner Tinder restated the motion: The City to go with in-house counsel with the caveat that the sponsoring attorney is brought back before the Commission.
> Second to the motion:  Mayor Anderson

On Vote:
| | |
|---|---|
| Tinder | aye |
| Anderson | aye |
| Tinder | aye |
| Barnes | nay |
| Friend | nay |

Motion passed:  3-2

**Item #17.      Adjourn.**

There was no further business to discuss and the meeting was adjourned at 7:45 pm.

**APPROVED THIS** ~~Febuary 12th~~ **DAY OF** ~~Febuary~~ *2018* **2018.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

57

MARGO D. ANDERSON
*MAYOR*

MICHAEL E. WHITE
*CITY MANAGER*

ROBERT C. JACKSON
*CITY ATTORNEY*



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

## *NOTICE*

*The Lynn Haven City Commission will hold a workshop on Tuesday, September 25, 2018 at 5:00 PM in The Chambers, 108 E. 9th Street. The purpose of the meeting will be to discuss the proposed budget for FY2018/2019. The public is invited to attend.*

### CITY COMMISSION MEETING
### TUESDAY, SEPTEMBER 25, 2018 – 6:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance

   **PUBLIC HEARING OPENED:  (state time)**
3.    A.    Proposed Millage Rate for 2018 Tax Rolls
   City Manager Comments
   Read title of Resolution 2018-09-721, Adopting the final Millage Rate
   Public Comments
   Motion to adopt Resolution
   Announce time of adoption

      B.    Proposed General Fund Budget for FY 2018-2019
   City Manager Comments
   Read title of Resolution 2018-09-722, Adopting the final General Fund Budget and approving the Enterprise Funds Budgets for FY 2018-2019
   Public Comments
   Motion to adopt Resolution
   Announce time of adoption
   **PUBLIC HEARING CLOSED (state time)**

   **PUBLIC HEARING OPENED:  (state time)**
4.    A.    Proposed Community Redevelopment Agency Budget for FY 2018-2019
   City Manager Comments
   Read title of Resolution 2018-09-723, Adopting the final CRA Budget for FY 2018-2019
   Public Comments
   Motion to adopt Resolution 2018-09-723
   Announce time of adoption
   **PUBLIC HEARING CLOSED (state time)**

58

**PUBLIC HEARING OPENED: (state time)**

5. Final reading of Ordinance #1064 for the Small Scale Future Land Use Map Amendment (SSA-18-6) – Recreation/Open Space to Industrial.
   **PUBLIC HEARING CLOSED** (state time) (no action until Item #12)

6. Mayor's Report
   A.    Presentation: Florida League of Cities, Inc.
7. Commissioner's Report
8. City Manager's Report
9. City Attorney's Report
10. Public Commentary

**CONSENT AGENDA:**

11. Minutes:  9/12/2018 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**

12. Final reading of Ordinance #1064 amending the Small Scale Future Land Use Map Amendment (SSA-18-6) from Recreation/Open Space to Industrial. **(City Planner) (Action Required)**
13. Final reading of Ordinance #1065 relating to licenses for on premises consumption of alcoholic beverages for restaurants. **(City Attorney) (Action Required)**
14. Discussion and Approval of the City Manager's yearly evaluation in accordance with Section No. 6 of the City Manager's employment agreement. **(Mayor Anderson)**

**NEW BUSINESS:**

15. Discussion and possible action regarding a RFQ for the City's Auditing Services.
16. Discussion and possible action for the City's Legal Services.
17. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

59

There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.  Page 1

### CITY COMMISSION MEETING MINUTES
### TUESDAY, SEPTEMBER 12, 2018 COMMISSION MEETING
### 5:01 P.M.

**Present:**    Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney (absent)
Nick Beninate, City Attorney
Officer Kaitlyn Anglin

Before the Commission meeting Mayor Anderson stated she would like to read the proclamation for 100 year resident Anne Brody Maiheu who needs to get back to her home before the weather gets too bad for her and her family. The proclamation was read by Mayor Anderson.

**Item #1.  Call to order:**  By Mayor Anderson at 5:01 PM.
**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Friend and the pledge followed.

**Item #3. PUBLIC HEARING OPENED:** 5:02 PM  CST
**A.    Tentative Millage Rate for 2018 Tax Roll Resolution 2018-09-718:** City Manager White stated for the purpose of funding apportion of the FY2017/2018 General Fund Budget a millage rate of 3.9% is proposed.  City Manager White read Resolution 2018-09-718 by title only.  There were no public comments and no Board comments.

<div style="margin-left:2em">

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.
</div>

| On Vote: | | | |
|---|---|---|---|
| | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**B.    Tentative General Fund & Enterprise Fund Budget for FY 2018-2019 Resolution 2018-09-719:**
City Manager White read Resolution 2018-09-719, Tentative General Fund Budget Enterprise Fund Budgets for FY 2018-2019 was read by title only.
Rich Walker asked was the stormwater part of the Enterprise Fund. The answer was yes.
Janet Walker asked were the vehicles in the budget purchase to be purchase locally?
Mr. White stated normally these are on state contracts that the City can piggyback off. Mrs. Walker wanted to make sure the City is getting the best deal.

<div style="margin-left:2em">

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.
</div>

| On Vote: | | |
|---|---|---|
| | Friend | aye |

60

**There was a FY 2018-2019 Budget workshop before the meeting. Minutes from the September 12, 2018 Commission Meeting. Page 2**

|          |     |                      |
|----------|-----|----------------------|
| Russell  | aye |                      |
| Tinder   | aye |                      |
| Barnes   | aye |                      |
| Anderson | aye | Motion passed: 5-0   |

**PUBLIC HEARING CLOSED** 5:08 PM CST

**Item #4. PUBLIC HEARING OPENED:** 5:08 PM CST
**Tentative Community Redevelopment Agency Budget for FY 2018-2019 Resolution 2018-09-720:** Resolution 2018-09-720, tentative CRA Budget for FY 2018-2019 was read by title only. There were no public comments and no Board comments.

Motion by Commissioner Friend: To approve as presented.
Second to the motion: Commissioner Russell.

|          |          |     |                    |
|----------|----------|-----|--------------------|
| On Vote: | Friend   | aye |                    |
|          | Russell  | aye |                    |
|          | Tinder   | aye |                    |
|          | Barnes   | aye |                    |
|          | Anderson | aye | Motion passed: 5-0 |

**PUBLIC HEARING CLOSED** 5:09 PM CST

**Item #5. Mayor's Report:** Stated she had already read the first proclamation for Ms. Anne Brody Mahieu. Mayor Anderson read Proclamations for DAR, Celebrating the 231st Anniversary of The United States Constitution and 242 years since our Independence, and Diaper Need Awareness Week. Mayor Anderson was also honored by the Girl Scouts Council of the Florida Panhandle's Women of Distinction Visionary Award. She was out of town when the event took place. Girl Scouts make girls stronger. She thanked the representative from Girl Scouts that were present. She stated she attended the 9/11 Remembrance Ceremony which was a great event.

**Item #6. Commissioner's Report:** Commissioner Friend reported he attended the 9/11 ceremony and thanked the staff, he is meeting some people Friday in Tallahassee about Rails to Trails. You will see some advertising with the Trolley, Thursday is the kickoff.
Commissioner Barnes stated he attended the 9/11 Ceremony at Arnold High School. The students did an awesome job. He received some complaints and forwarded those to the City Manager.
Commissioner Tinder read the letter that the Bay County on Aging sent to the City. She wanted this on record that she had read it.
Commissioner Russell stated he went to the Senior Center to attend the town hall meeting with the City Manager. He received great feedback and was happy that the City is taking it over. It will be a lot of work, but the City will do great job. Still dealing with stormwater issues on Rhode Island. The budget workshop went well and the storm water will have to be addressed. We also need fire trucks.

**Item #7. City Manager's Report:** The employee of the month, Kathie Gainer and Supervisor of the Quarter, Alice Fritze were recognized. City Manager thanked the staff for their hard work. He also asked Ben Janke to come up and recognize the Business of the Quarter, Mr. Victor Patel VR and Sons Inc., The Gulf Gas Station.

61

There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 3

**Item #8.  City Attorney's Report:  No report.**

**Item #9.  Public Commentary:   NONE.**

**CONSENT AGENDA:**
**Item #10.  Minutes:                        08/28/18 – Regular Meeting.**
**Item #11.  Discussion and possible action regarding the Residential Incentive Program application for 1403 Arkansas Ave.**

|  | | | |
|---|---|---|---|
| | Motion by Commissioner Russell:  To approve items #10, #11 of the consent agenda. | | |
| | Second to the motion: Commissioner Friend. | | |
| On Vote: | Russell | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**OLD BUSINESS: NONE**

**Item #12.          Final Reading of Ordinance #1061 approving the Amendment to the Unified Land Development Code – Table 2.03.02.:**  City Manager White read Ordinance #1061 by title only.

|  | | | |
|---|---|---|---|
| | Motion by Commissioner Russell:  To approve Ordinance #1061 as presented. | | |
| | Second to the motion:  Commissioner Barnes. | | |
| On Vote: | Russell | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item # 13.          Final reading of Ordinance #1062 approving the adoption of the Multi-Modal Mobility Plan Fee Schedule.**

Motion by Commissioner Barnes:  To approve Ordinance #1062 as presented.
Second to the motion:  Commissioner Friend.
Commissioner Russell was concerned that it might stifle growth.
Commissioner Tinder asked did we eliminate the places of worship? Commission acknowledge that the place of worship is still there.
He discussed with the City Attorney and he advised not to remove or create an exception for the place of worship, but to address them case-by-case.
Mr. Rich Walker questioned if the impact fees will be decrease dramatically.  He felt that the City was placating with the developer again.
Mayor Anderson commented that impact fees have been frozen for 10 years.  It doesn't placate the developers.  This is for the new businesses out of the old plat of Lynn Haven will be paying the higher impact fees. All of the funds can be used for the community. She feels this is very

62

**There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.  Page 4**

innovative way of collecting impact fees so that the residents don't shoulder the burden. She stated this will be a good thing for Lynn Haven.

Mr. Walker was still concerned about this topic.

Mayor stated that there has been a long discussion on this topic and that she will have to agree to disagree with Mr. Walker.

| On Vote: | Barnes | aye | |
| | Russell | nay | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 4-1 |

**Item #14.        Final reading of Ordinance #1063 amending chapter 62 of the Lynn Haven Code of Ordinances to establish exemptions for the Occupational License Tax; adopting a process to claim an occupational license tax exemption:**

> Motion by Commissioner Russell:  To approve Ordinance # 1063 as presented.
> Second to the motion:  Commissioner Friend.

Commissioner Tinder asked for clarification on the ordinance.  City Manager White explained that this was handed down by the state.

Richard Gutcheneck stated he sent an email to the entire Commission but there was no response. Several of the Commissioner stated they did not receive his email.  He felt that small businesses have been ill-serve.  He should not have to have the permission from the City to operate his business.  He stated that this Ordinance was nice, but it does not help the small business, or help small businesses.  He stated he but was not happy that it took a mandate for this ordinance to be passed.

| On Vote: | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**NEW BUSINESS**

**Item #15.        First reading of Ordinance #1064 amending the Small Scale Future Land Use Map Amendment (SSA-18-6) from Recreation/Open Space to Industrial:** City Manager White read Ordinance #1064 by title only.  This was the first reading.

**Item #16.        First reading of Ordinance #1065 relating to licenses for on premise consumption of alcoholic beverages for restaurants:**  City Manager White read Ordinance #1065 by title only.  This was the first reading. Mayor Anderson stated that this came about from coffee shop Wild Root wanted serve mimosas, but the restaurant revenue must come from at least 51% of food and beverages.  Commissioner Friend asked would this be City-wide?  The answer was yes.

Mayor Anderson stated that on the last Ordinance that addressed alcohol the word church was taken out of the old ordinance. Church is excluded.

Commissioner Tinder ask if this would be door-to-door?  The answer was yes.

Mr. Walker asked if they would be required to have a license from ATF?

63

There was a FY 2018-2019 Budget workshop before the meeting. Minutes from the September 12, 2018 Commission Meeting.  Page 5

City Attorney stated the license would be from the Department of Business and Professional Regulation.

Commissioner Russell stated the Florida Alcohol Beverages and Tobacco that issues licenses.

**Item #17.      Approval of Task Order #5 for City of Lynn Haven Half Cents Sales Design Build Contract to pave C & D Roads:**   City Manager White explained that the City has concentrated on the C&D roads that needed to be paved.   The City is $518,704.60 short.  He was withholding $600K from the contractor to make sure the City had the money to put down water and sewer as they replace highway 390. This task order also includes Colorado roundabout for $169K to be done in front of the Country Club and the transportation impact fees will pay for that but with the $518K that has been collected, the City Manager stated he ran some numbers and the City has collected a little over $2 million, but instead of applying that to the debt he would like to go ahead and apply that $518K to the C&D roads.  This would complete all of the worst roads in the city of Lynn Haven.

Motion by Commissioner Russell:  To approve task order #5 as presented.
Second to the motion:  Commissioner Barnes.

Commissioner Tinder stated she would like to see less task orders.  She would like to see the Commission put a cap on Task Orders.

Mayor Anderson asked was she referring to Task Orders or Change Orders.   There is a difference.

City Manager White explained to Commissioner Tinder the difference between the two and Commissioner Tinder stated she meant a change order.  She thought this was a change order.

On Vote:       Russell        aye
               Barnes         aye
               Tinder         aye
               Friend         aye
               Anderson       aye                Motion passed:  5-0

**Item #18.      Approval of the addendum to the 17th Street Ditch Financing Agreement to include the first Scope of Work involving City Stormwater Improvements from the City's Stormwater Master Plan:**  City Manager explained and gave some background on the 17th Street Ditch project. It was a design/build project with financing provided by Phoenix Construction.   The original contract was for $3.7 million, which we are still paying on today. A change order was done in 2017, which was for a ditch on the opposite side of HWY 77. FDOT will do a component of the ditch for $750K, which they previously traded land for by the former City Manager Joel Schubert. Our part that was task order three which was left to pay in the amount $668,300, which will go in conjunction with construction on HWY 390. Lynn Haven has some storm water problems. Mississippi, Colorado and Texas are some of the problem areas.  He asked them to start there.  He has had several resident text photos of their flooded properties. All of the models and engineering have already been done for the project to correct this issue.  It would take $790,250 to fix the issue. He said he has asked the owner of Phoenix Construction if he could tie this project in with the 17th St. ditch project. And make an amendment to this contract which according to our City Attorney we don't have to bid this out because it is consider a loss of property according to the statues.  If we added this amendment to this contract with task order three

64

**There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 6**

that the Commission has already approve and we already pay $14,795 a month it will go to $16,922.  He stated the 30-year loan rate of 2.55% is what we would have, but he stated he also reached out to Hancock Bank, whose rates range from 6.25%-6.50%.  He stated that the difference would be much lower if we went with the 2.55% rate.

Nick Beninate City Attorney in for Rob Jackson stated he also met with City Attorney Rob Jackson, we could bid this out but do not need to due to imminent danger caused by flooding or natural disaster, he recommended before the Commission can approve this without bidding it out that there should be some deliberation on doing a separate contract.  He stated that the City could construct another contract to include this item and not bid it out if a separate contract was created for the work and financing.

City Manager White stated you also could amend the contract as well.

Commissioner Friend Separate contract for the work or the financing?

City Attorney said both.

City Attorney stated, the work can be done just do it in a separate contract.

Commissioner Friend stated it is hard to pass up this very low rate, although he had stated in the pass not to borrow any more money, but the rate is so cheap, the City shouldn't pass it up.  He also stated it would help the City get started on the storm water issues.

> Motion by Commissioner Barnes:  To approve task order #5 as based off the City Attorney's recommendation to make a separate contract.
> Second to the motion:  Commissioner Russell.

City Attorney Beninate then stated that the motion needed to include the wording "foregoing the bid process."  He asked that Commissioner Barnes amend his motion to include the reason why it is not going through the bidding process is because of the flooding and the risk of property.

> Commissioner Barnes stated that he amended his motion to include that the City would forego the bidding on the recommendation of the City Attorney's wording.
> Commissioner Russell amended his second to reflect the amended motion.

One resident made public comments thanking the Commission for doing this.  She stated she was at the point of moving from Lynn Haven and selling her home because of all of the trouble with storm water issues.

Johnathan Davis spoke and stated he didn't see much of the maintenance the City is doing with the storm water systems.  He asked to delay paving of roads so that the problems could be fixed

Mayor Anderson stated that a master storm water plan has been put into existence.  These problems won't be fixed overnight but they are being addressed.  The goal is to make our City safe.

City Manager White stated that he could agree that the maintenance is a problem, but that the storm water study will be finish at the end of the year, as Commissioner Russell has stated before it will take money to fix the storm water problems.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 7

**Item #19.        Discussion on the direction of the property located on 801 Florida Avenue (Old Post Office Building):** City Manager stated his opinion, that he would like to see a business purchase the property, and has already had the property appraised. Mayor Anderson commented that she would like to see the property up for sale and that it should come with caveats that will keep it part of historic Lynn Haven. Commissioner Friend asked if there was already an Ordinance in place to keep the aesthetic the same on the historic part of Florida Ave.  Mayor answered that we may have to make a new, more detailed ordinance for that purpose. Commissioner Russell stated as he has said in the past that the City should not be in the real estate business and never wants to impede or compete with another business. Discussion went on as to how to approach the buying of the property without allowing others who are interested in the property to under bid the City.

        Motion by Commissioner Russell:  To give the City Manager approval to negotiate the sale of the property at a fair market value.
        Second to the motion:  Commissioner Friend.

City Attorney Nick Beninate suggested amending the motion to say to purchase at the existing standards.

        Motion amended by Commissioner Russell: To give the City Manager approval to negotiate the sale of the property at the existing standards.
        Second to the motion amended:  Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #20.        Discussion of recommendations for the Lynn Haven Senior Citizen Center:** The City Manager stated that he received the letter from the Bay County Council on Aging stating not to renew the contract.  With this, the City will be taking over the center and running it.  He stated he needed to hire an employee to begin October 1, 2018.

Commissioner Tinder stated that there is a lot that goes on over there and that one employee is not enough.

City Manager White stated, that through a grant program the City will provided an employee to work five days a week at no cost to the City. He will supplement some of his current staff to help out there as well.

        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion: Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #21.        Adjourn.**

66

**There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 8**

There was no further business to discuss and the meeting was adjourned at 7:27 pm.

APPROVED THIS _____25th_____ DAY OF _____September_____ 2018.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

67

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G.
BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### NOTICE

*CRA Board Meeting will be held at 3:00 PM.  The Lynn Haven City Commission will hold a workshop on Wednesday, September 12, 2018 at 3:30 PM in The Chambers, 108 E. 9th Street. The purpose of the meeting will be to discuss the proposed budget for FY 2018/2019.  The public is invited to attend.*

### CITY COMMISSION MEETING
### WEDNESDAY, SEPTEMBER 12, 2018 – 5:01 P.M.
### THE PUBLIC IS INVITED TO ATTEND

### AGENDA

1.  Call to order
2.  Invocation/Pledge of Allegiance

    **PUBLIC HEARING OPENED:**  (state time)
3.  A.  Tentative Millage Rate for 2018 Tax Roll
        (Public Comments)
        (**Motion** to adopt Resolution 2018-09-718 tentative millage rate)
    B.  Tentative General Fund & Enterprise Fund Budget for FY 2018-2019
        (Public Comments)
        (**Motion** to adopt Resolution 2018-09-719, tentative General Fund Budget and approving the Enterprise Fund Budgets for FY 2018-2019)
    **PUBLIC HEARING CLOSED** (state time)

    **PUBLIC HEARING OPENED:**  (state time)
4.  A.  Tentative Community Redevelopment Agency Budget for FY 2018-2019
        (Public Comments)
        (Motion to adopt Resolution 2018-09-720, tentative CRA Budget for FY 2018-2019)
    **PUBLIC HEARING CLOSED** (state time)

5.  Mayor's Report
    A.  Proclamation: Recognizing Anne Brody Mahieu – 100-year-old resident of Lynn Haven.
    B.  Proclamation: Celebrating the 231st Anniversary of The United States Constitution and 242 years since our Independence.
    C.  Proclamation:   Diaper Need Awareness Week.
    D.  Presentation by the Girl Scouts Council of the Florida Panhandle.
6.  Commissioner's Report
7.  City Manager's Report
    A.  Employee of the Month.
    B.  Supervisor of the Quarter.

68

C.  Business of the Quarter.

8.  City Attorney's Report

9.  Public Commentary

**CONSENT AGENDA:**

10.  Minutes: 8/28/2017 – Regular Meeting.

11.  Discussion and possible action regarding the Residential Incentive Program application for 1403 Arkansas Ave.

**\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**

12.  Final Reading of Ordinance #1061 approving the Amendment to the Unified Land Development Code – Table 2.03.02. **(Action required)**

13.  Final reading of Ordinance #1062 approving the adoption of the Multi-Modal Mobility Plan Fee Schedule. **(Action required)**

14.  Final reading of Ordinance #1063 amending chapter 62 of the Lynn Haven Code of Ordinances to establish exemptions for the Occupational License Tax; adopting a process to claim an occupational license tax exemption. **(Action required)**

**NEW BUSINESS:**

15.  First reading of Ordinance #1064 amending the Small Scale Future Land Use Map Amendment (SSA-18-6) from Recreation/Open Space to Industrial.

16.  First reading of Ordinance #1065 relating to licenses for on premises consumption of alcoholic beverages for restaurants.

17.  Approval of Task Order #5 for City of Lynn Haven Half Cents Sales Design Build Contract to pave C & D Roads. **(Action required)**

18.  Approval of the addendum to the 17th Street Ditch Financing Agreement to include the first Scope of Work involving City Stormwater Improvements from the City's Stormwater Master Plan. **(Action required)**

19.  Discussion on the direction of the property located on 801 Florida Avenue (Old Post Office Building).

20.  Adjourn.

**\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.**

**\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.**

MARGO D. ANDERSON
*MAYOR*

MICHAEL E. WHITE
*CITY MANAGER*

ROBERT C. JACKSON
*CITY ATTORNEY*



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

*NOTICE*

**CITY COMMISSION MEETING**
**TUESDAY, AUGUST 28, 2018 – 6:00 P.M.**
**AT THE LYNN HAVEN SENIOR CENTER**

**AGENDA**

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
   A. Proclamation: Recognizing Anne Brody Mahieu – 100-year-old resident of Lynn Haven.
4. Commissioner's Report
5. City Manager's Report
6. City Attorney's Report

   **PUBLIC HEARING OPENED: (**state time)
7. Final reading of Ordinance #1060 for the Right-Of-Way Abandonment Request – 18-2 (located on the south side of 712 Iowa Ave.)
   **PUBLIC HEARING CLOSED** (state time) (no action until Item #12)

   **PUBLIC HEARING OPENED: (**state time)
8. Resolution #2018-08-717 for the Transmittal of the Proposed Comprehensive Plan Amendment – Large Scale Future Land Use Map Amendment (ESR-18-1) – Mowat Property.
   **PUBLIC HEARING CLOSED** (state time) (no action until Item #13)

9. Public Commentary

**CONSENT AGENDA:**
10. Minutes:         08/14/2018 – Regular Meeting.
11. Approval of RFQ 17/18-10 for the purchase of municipal insurance from Preferred Governmental Insurance Trust (PGIT) through Stanford Insurance Agency.

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS: NONE**

**NEW BUSINESS:**
12. Final reading of Ordinance #1060 for the City to vacate, abandon and close the Right-Of-Way located on the south side of 712 Iowa Ave. **(Action required)**

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

70

13.  Approval of Resolution #2018-08-717 of the Comprehensive Plan Amendment Large Scale Future Land Use Map – Mowat Property (ESR-18-1). **(Action required)**

14.  First reading of Ordinance #1063 amending chapter 62 of the Lynn Haven Code of Ordinances to establish exemptions for the Occupational License Tax; adopting a process to claim an occupational license tax exemption. **(No action required)**

15.  Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.

\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

71

There was no workshop before the meeting.  Minutes from the August 28, 2018 Commission Meeting.   Page 1

## CITY COMMISSION MEETING MINUTES
## TUESDAY, AUGUST 28, 2018 MEETING HELD AT THE LH SENIOR CENTER
## 6:00 P.M.

**Absent:**      Margo Deal Anderson, Mayor
**Present:**     Rodney Friend, Mayor Pro Tem/Commissioner
                 Antonius G. Barnes, Commissioner
                 Dan Russell, Commissioner
                 Judy Tinder, Commissioner
                 Michael E. White, City Manager
                 Robert C. Jackson, City Attorney
                 Officer Kaitlyn Anglin

**Item #1.  Call to order:** By Mayor Anderson at 6:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Deputy City Clerk Vickie Gainer and the pledge followed.

**Item #3.  Mayor's Report:**     Mayor Anderson reported on August 19th she attended the Emerald Coast Fellowship Church about Foster Care in Bay County.  More than 200 children need foster care and there are not enough foster homes in Bay County.  She attended a free gospel concert with Todd Herendeen in Sheffield Park.  The concert was a tribute to raise money for veterans. She attended the grand opening of the first Splash Park and the second Splash Park at Cain Griffin has started construction.  She has received many calls about the paving and the roads being a mess in front of many of the resident's homes.  She would like to come up with something that can combat the increased violence against women.  She has been wondering what Lynn Haven can to do to help women who are being battered.  Some cities have initiated a phone call.  Maybe the City can look at a three-digit number that would go directly to the police department for those in danger and unable to speak.

**Item #4.  Commissioner's Report:**    Commissioner Friend stated he has had questions about seeing advertising on the trolleys.  This is another avenue to generate more revenue for transportation.  The TPO met with the Trolley transit introducing some new technology for trolley.  You can now download an App and track where the trolley is located.  A TPO workshop will be held tomorrow at 10 AM at the Bay County Government Center to discuss project priorities.
Commissioner Barnes had no report.
Commissioner Tinder stated she has had a few resident issues which she turned over to the City Manager.
Commissioner Russell stated that he has gone over the City Attorney invoices after this was mentioned at the last Commission meeting.  He performed an in-depth study and found nothing out of line with the charges.  He stated that 2017 was little higher, but he is sure it was due to the Fuel Depot project.  He stated he would be happy to sit down with anyone to discuss this topic.  Rob Jackson and his staff and firm are doing a good.  He added that Panama City Beach budgeted $550,000 for legal fees. The traffic around Mosley High School continues to be a big concern. Currently there is a police officer there to ensure that traffic is flowing, but something must be done.  It is a dangerous area, plus emergency vehicles are hindered from getting through during this time.  He is largely upset with AT&T.  He stated they have kept the City from moving forward with three major projects, two roundabouts and our Customer Service Center that the

72

**There was no workshop before the meeting. Minutes from the August 28, 2018 Commission Meeting.   Page 2**

City would like to finish.  He stated they are holding up progress and that something needs to be done.  He added that maybe the City should start billing AT&T. He met with a resident on Rhode Island about his storm water issue.  He stated at some point the City needs to do something.  The money to fix the storm water issues must come from somewhere. The resolution is to increase the millage rate so that some of these problems can be fixed.  He wanted to increase the millage this year. There is no easy way around it.  The City needs to purchase fire trucks, equipment and other major items, but the only way this can be done is if the City looks at going up on the millage rate.

**Item #5.  City Manager's Report:**  City Manager White wanted to remind everyone about the 9/11 Remembrance and Recognition Ceremony at Sheffield Park which begins at 10 AM.

**Item #6.   City Attorney's Report:  No report.**

**Item #7.   PUBLIC HEARING OPENED:  6:12 PM:  Final reading of Ordinance #1060 for the Right-Of-Way Abandonment Request – 18-2 located on the south side of 712 Iowa Ave.).**

Director of Development and Planning Amanda Richard gave background information on this item.   Jason Tunnell is the applicant and the location is the Southside of Iowa Avenue. It is a request to vacate and abandon the Eighth Street platted right-of-way.

There were no comments from the Commission.

Comments from the public included Brad Yount stating Mr. Tunnel bought his property for $215K and that it has 81 ft. of frontage.  Adding 30 ft. is worth about $80,000.  He wanted to know why it's in the best interest of the City to abandon this property.

Rich Walker stated the property was owned by the City.  It was bought by an individual for about $400K. His concerns were that the City is losing out on this abandonment.  He also asked why the City should give the property away to someone who will turn it around for a profit. He stated the City should keep it.

Another resident spoke asking why we are abandoning the property as well?  Why is the City not selling it?

Commissioner Tinder asked for clarification about where the property was located.  She asked if it was the same property that the American Legion is on? Clarification was the Lion's Club.

City Planner Richard stated that Mr. Tunnell would not get the entire section of the abandonment.

Commissioner Tinder stated she had some concerns about this with the last City Manager. She feels like this property sale was grossly mishandled.

City Manager White stated that the City has no use for the property.  There are power lines that run through it that obstruct any type of usage for the property.  He also clarified that this property is not worth $80,000.

Commissioner Russell stated he wanted clarification of what Mr. Tunnell's intent was for the property.  He posed the question to Mr. Jason Tunnell that was sitting in the audience.  Mr. Tunnell answered that he would not be selling this property but building his home there and that plans for his house have already been drawn up.

**PUBLIC HEARING CLOSED:   6:20 PM**

73

There was no workshop before the meeting.  Minutes from the August 28, 2018 Commission Meeting.   Page 3

**Item #8.   PUBLIC HEARING OPENED:  6:20 PM:  Resolution #2018-08-717 for the Transmittal of the Proposed Comprehensive Plan Amendment – Large Scale Future Land Use Map Amendment (ESR-18-1) – Mowat Property.**

Director of Planning and Development Amanda Richard gave background information on this item.  This is a Large Scale Land Use Map Amendment. Applicant is James Mowat, Agent is Panhandle Engineering, location Aberdeen Loop with 1.9 acres. This went through the planning commission.  The City is looking at transmitting the request and a draft ordinance to the State and reviewing agencies.  It is the state that decides on this land use. The City should receive comments back from the state in about 30 days from the state's review.  If the State approves moving forward, the City will bring back before the Commission the Ordinance with suggestions from the state for the Commission to approve.  This will be a non-residential land use.  There is industrial on three sides.

Rich Walker suggested that the land is not Lynn Haven's property and why is it not coming from Bay County?   City Planner Richard stated that the County does not own this property, but the owner is asking. Commissioner Russell asked if the City has the water and sewer?  City Planner Richard stated that those utilities have to come through the City of Lynn Haven.

**PUBLIC HEARING CLOSED:   6:27 PM**

**Item #9.  Public Commentary:**   A resident stated he had lived at the property for 25 years. Someone behind him knocked all the trees down and built up the property, which caused a concern of water runoff. He made suggestions to the neighbor to counter this. On the 14th of August he received a citation of overage in the back of his property causing a smell as well as tall grass. He said that his property is labeled as seasonal wetlands, so he intentionally grows his grass tall to block the overage from going into the ditches and all over the neighborhood. He stated that the citation he received was not applicable to his situation, because he intentionally grew the grass tall and wasn't trying to be negligent to his property. The Mayor then told him that she and the city staff would meet with him to work on a solution. He then stated his concerns that the city would put a lien against his house and that he has disabilities that hinder him from some yard work. Mayor Anderson assured him again that she would meet with him to work on a solution.

Richard G. commented about the Rails to Trails project.  He stated the tracks have become dislodged on some of the intersections such as 17th Street and Minnesota Avenue and are a concern for motorists. Mayor Anderson responded that there have been problems between the City and developer on this project. The City needs to find out what their financial split is from the funds of the rails that were taken up. City Attorney Jackson stated that the City has sent a demand letter and are awaiting a response. Mayor Anderson stated the developer owns the property, but the Parcel C after two years will be turned over to the City as part of the program. Mr. Walker voiced his concerns for the citizens having to pay for new storm water.  The citizens paid for the protection of storm water $7k ditch $1k paid to the City to correct storm water run-off caused by the Commissioners changing the delegation of the property in the old town area to allow two houses to be built where there used to only be one. These citizens paid to have this work done thanks to Public Works. We need to look at the land use change.

Commissioner Russell responded that this is an easy fix, is just having enough money to fix all of the storm water issues.

74

**There was no workshop before the meeting.  Minutes from the August 28, 2018 Commission Meeting.   Page 4**

Mayor Anderson commented that the storm water issues did not start yesterday, but a few decades ago, when most of the current Commission was not here.  She doesn't know how it happened and the Commission is trying to fix it in the most expedient and cost-effective way. Commissioner Barnes agreed with Commissioner Russell. He stated instead of pointing fingers at the City, money is needed to fix these problems.  He also agrees the millage rate should have been raised this year.  We are going to pay for it next year and the increase is coming.

Amanda Richard stated that not all of the rules and regulations that are now in place have hurt the older homes, they are displacing the water on other lots and their water was going to another property.  The rules and regulations require homes to be built higher.

Mayor Anderson stated that the way the City's building permits are set up is that a small percentage goes towards storm water. This could be another revenue source if the City raised the percentage.

Mr. Hutchins commented that ditches used to be in all places and the City would take care of them.  The streets were capped and raised two inches thus causing the flooding situation in Lynn Haven.  Mono-lithic slabs should not be allowed in Lynn Haven for an existing house that is high, the City should enforce this.

**CONSENT AGENDA:**
**Item #10.  Minutes:            08/14/18 – Regular Meeting.**
**Item #11.  Approval of RFQ 17/18-10 for the purchase of municipal insurance from Preferred Governmental Insurance Trust (PGIT) through Stanford Insurance Agency.**

Motion by Commissioner Russell:  To approve items #10, ##11 of the consent agenda.
Second to the motion:  Commissioner Barnes.
Commissioner Friend asked that NPOAC be changed to MPOAC in the minutes.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**OLD BUSINESS: NONE**

**NEW BUSINESS:**
**Item #12.         Final reading of Ordinance #1060 for the City to vacate, abandon and close the Right-Of-Way located on the south side of 712 Iowa Ave:**  City Manager White read Ordinance #1060 by title only.

Motion by Commissioner Russell:  To approve Ordinance #1060 as presented.
Second to the motion:  Commissioner Barnes.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | nay | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-1 |

75

There was no workshop before the meeting.  Minutes from the August 28, 2018 Commission Meeting.   Page 5

**Item #13.      Approval of Resolution #2018-08-717 of the Comprehensive Plan Amendment Large Scale Future Land Use Map – Mowat Property (ESR-18-1):**

Motion by Commissioner Russell:  To approve Resolution #2018-08-717. Second to the motion:  Commissioner Barnes.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Barnes | aye | |
| Tinder | aye | |
| Friend | aye | |
| Anderson | aye | Motion passed:  5-0 |

**Item #14.      First reading of Ordinance #1063 amending chapter 62 of the Lynn Haven Code of Ordinances to establish exemptions for the Occupational License Tax; adopting a process to claim an occupational license tax exemption.:** City Manager White read Ordinance #1063 by title only.  This was the first reading.

**Item #15.      Adjourned.**

There was no further business to discuss and the meeting was adjourned at 6:53 pm.

APPROVED THIS_____12 th_____DAY OF _Septenber__ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

76

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

### *NOTICE*

## CITY COMMISSION MEETING
## TUESDAY, AUGUST 14, 2018 – 4:00 P.M.
## COMMUNITY REDEVELOPMENT AGENCY BOARD MEETING AT 3:00 P.M.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
   A. Oscar Patterson Elementary School Day Proclamation
4. Commissioner's Report
5. City Manager's Report
   A. Employee of the Month
   B. TRIM Act hearing dates
   C. August 28th Commission Meeting at the Senior Center due to early voting
6. City Attorney's Report
7. Public Commentary

**CONSENT AGENDA:**
8. Minutes:               07/24/2018 – Regular Meeting.
9. Approval of FY2017 Edward Byrne Memorial Justice Assistance Countywide Grant application for the purchase of four Rapid ID or SAF ID (mobile fingerprint identification) Scanners.
10. Approval of FY2017 Edward Byrne Memorial JAG projects as recommended by the Bay County Public Safety Coordination Council.
    **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS: NONE**

**NEW BUSINESS:**
11. First reading of Ordinance #1060 for the City to vacate, abandon and close the Right-Of-Way located on the south side of 712 Iowa Ave. **(No action required)**
12. First reading of Ordinance #1061 Amendment to the Unified Land Development Code – Table 2.03.02. **(No action required)**
13. First reading of Ordinance #1062 authorizing the fee schedule to implement the Multi-Modal Mobility fee schedule. **(No action required)**
14. Approval to name the playground at A.L. Kinsaul the "Ashley Elizabeth Gabriel Slonina Playground."
15. Approval to name the Splash Pad at Cain Griffin the "Leon Miller Splash Pad."
16. Approval to name the playground at Sheffield Park the "Mary Suzanne Adams Playground."

77

17.  Approval to cancel the City's concessions contract with Coastal Parasail Inc., and allow the City to operate as the sole Concessionaire and add one fulltime employee, and part-time employees if necessary.

18.  Approval to extend the current contract with the Council on Aging for the Senior Center through September 30, 2018.

19.  Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

78

**There was no workshop before the meeting. Minutes from the August 14, 2018 Commission Meeting.   Page 1**

CITY COMMISSION MEETING MINUTES
TUESDAY, AUGUST 14, 2018
4:00 P.M.

Absent:      Margo Deal Anderson, Mayor
Present:     Rodney Friend, Mayor Pro Tem/Commissioner
             Antonius G. Barnes, Commissioner
             Dan Russell, Commissioner
             Judy Tinder, Commissioner
             Michael E. White, City Manager
             Robert C. Jackson, City Attorney
             Officer Kaitlyn Anglin

**Item #1.  Call to order:** By Mayor Pro Tem Friend at 4:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Mr. James Hance and the pledge followed.

**Item #3.  Mayor's Report:** Mayor Pro Tem Friend also asked for a motion excuse Mayor Margo Anderson and Commissioner Barnes.

> Motion by Commissioner Russell: To excuse Mayor Anderson and Commissioner Barnes from the meeting.
> Second to the motion: Commissioner Tinder.

On Vote:     Russell          aye
             Tinder           aye
             Friend           aye                    Motion passed: 3-0

Mayor Pro Tem Friend continued his report stating he attended the Splash Park opening and attended the NPOAC meeting.  He stated there is important legislation that we need to pay close attention to.  He attended the grand opening/ribbon cutting of the Emerald Coast Church Fellowship Hall.  They are expanding.  Mayor Pro Tem asked City Manager White to read the Oscar Patterson Elementary School Day Proclamation.  Mayor Pro Tem Friend asked for a motion to approve the proclamation.

> Motion by Commissioner Russell: To excuse Mayor Anderson and Commissioner Barnes from the meeting.
> Second to the motion: Commissioner Tinder.

On Vote:     Russell          aye
             Tinder           aye
             Friend           aye                    Motion passed: 3-0

**Item #4.  Commissioner's Report:**
Commissioner Russell stated he had no report but reserved his comments for later.  But he received several calls about the senior center.
Commissioner Tinder stated she attended the Splash Pad opening, spoke at the First Presbyterian Church and spoke with the City Manager about an issue on Vermont, and a situation on Kentucky Avenue.

**Item #5.  City Manager's Report:** City Manager White reported he and the staff have been working on strategic plans for years one thru three and will be rolling out the budget for

79

**There was no workshop before the meeting. Minutes from the August 14, 2018 Commission Meeting.   Page 2**

workshops in the coming weeks.   He reminded the Commission and the public that the Commission meeting in September is the 12th at 5:01 p.m., per TRIM guidelines.   The August 28th meeting will be at the Senior Center due to early voting.   He reported the Splash Park is getting tremendous usage from Lynn Haven residents and neighboring cities.

**Item #6.   City Attorney's Report:**  The legislature passed a new statue 205.055 dealing with the Occupational Tax exemption.   It does apply to the City and we have already received call on this issue.   It has a couple of complete exemptions.   He stated he will prepare an ordinance to modify code.   In the meantime, he requested a stay be put in place on the enforcement and late fees for people that are claiming the exemption.   He will have this ready at the next Commission meeting along with forms they will need to be filled out.   Mayor Pro Tem Friend asked for a motion for the stay.

               Motion by Commissioner Russell:  To put a stay in place on the enforcement and late fees for people that are claiming the exemption for statue 205.055. Second to the motion: Commissioner Tinder.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | Motion passed: 3-0 |

**Item #7.   Public Commentary:**  Janet Walker had questions concerning the sale of the Rails to Trails iron, she asked if the City sent a letter to Marina Island concerning payment and where was the letter sent?  Mayor Pro Tem stated yes a letter has been sent, but he deferred to the City Attorney.   The City Attorney stated that a letter was sent to their registered agent who is here locally, and the City has emailed it.  Janet Walker asked who was the registered agent?  A letter has been sent to Andy Bales but no response has been received stated the City Attorney.   Janet Walker commented that she checked on this and it seems that Barron and Redding are no longer associated with Andy Bales.   She wanted to make sure the City is on top of this.

The employee of the Month was inadvertently overlooked.   The City Manager asked Leigh Reep who was the employee of the month to come forward and be recognized.

The public comments continued.  Dane Messick stated there is too much money being spent on attorney fees.   He questioned the residency of Mayor Pro Tem Friend and asked Mayor Pro Tem if he is or is not a resident of Lynn Haven?  Mr. Messick stated he has read the charter for the City of Lynn Haven that states you must be an elector or a resident of Lynn Haven. Mayor Pro Tem Friend stated that this has already been addressed and that he meets the charter requirements.   He read a letter from the property appraiser.

Mayor Pro Tem Friend responded that the Property Appraiser Don Sowell asked for supporting documentation. He stated that he supplied him with that information, previously discussed his residency with him and has provided all of the documentation needed to the Property Appraiser's office.

**CONSENT AGENDA:**
**Item #8.  Minutes:                  07/24/18 – Regular Meeting:**
**Item #9.   Approval of FY2017 Edward Byrne Memorial Justice Assistance Countywide Grant application for the purchase of four Rapid ID or SAF ID (mobile fingerprint identification) Scanners.**
**Item #10.   Approval of FY2017 Edward Byrne Memorial JAG projects as recommended by the Bay County Public Safety Coordination Council.**

There was no workshop before the meeting.  Minutes from the August 14, 2018 Commission Meeting.  Page 3

Motion by Commissioner Russell:  To approve items #8, #9, #10 of the consent agenda.
Second to the motion:  Commissioner Tinder.
Commissioner Russell questioned whether or not the City was paying the JAGC or if it was an application for a grant.  It was explained that it is an application to apply for the grant money that is done every year.

On Vote:    Russell        aye
            Tinder        aye
            Friend        aye                    Motion passed:  3-0


**OLD BUSINESS: NONE**

**NEW BUSINESS:**
**Item #11.    First reading of Ordinance #1060 for the City to vacate, abandon and close the Right-Of-Way located on the south side of 712 Iowa Ave:**  City Manager White read Ordinance #1060 by title only.  This was the first reading.

**Item #12.  First reading of Ordinance #1061 Amendment to the Unified Land Development Code – Table 2.03.02:**  City Manager White read Ordinance #1061 by title only.  This was the first reading.

**Item #12. First reading of Ordinance #1062 authorizing the fee schedule to implement the Multi-Modal Mobility fee schedule:** City Manager White read Ordinance #1062 by title only.  This was the first reading.

**Item #14.  Approval to name the playground at A.L. Kinsaul the "Ashley Elizabeth Gabriel Slonina Playground":**.

Motion by Commissioner Russell:  To approve item #14 as presented.
Second to the motion: Commissioner Tinder.
On Vote:    Russell        aye
            Tinder        aye
            Friend        aye                    Motion passed:  3-0

**Item #15.  Approval to name the Splash Pad at Cain Griffin the "Leon Miller Splash Pad.":**
Motion by Commissioner Russell:  To approve item #15 as presented.
Second to the motion:  Commissioner Tinder.

City Manager White asked that the word "Pad" be replaced with "Park."
Commissioner Russell stated that this was a great thing to do and he was proud to vote on this naming.

Amended Motion by Commissioner Russell:  To approve the naming of the Leon Miller Splash Park."
Seconded to the motion amended by Commissioner Tinder.
On Vote:    Russell        aye
            Tinder        aye

81

There was no workshop before the meeting. Minutes from the August 14, 2018 Commission Meeting.  Page 4

|        |     |                  |
|--------|-----|------------------|
| Friend | aye | Motion passed: 3-0 |

**Item #16.  Approval to name the playground at Sheffield Park the "Mary Suzanne Adams Playground":**

> Motion by Commissioner Russell:  To approve item #16 as presented.
> Second to motion:  Commissioner Tinder.

Commissioner Tinder stated these namings are very appropriate.

| On Vote: | Russell | aye |                  |
|----------|---------|-----|------------------|
|          | Tinder  | aye |                  |
|          | Friend  | aye | Motion passed: 3-0 |

**Item #17.  Approval to cancel the City's concessions contract with Coastal Parasail Inc., and allow the City to operate as the sole Concessionaire and add one fulltime employee, and part- time employees if necessary:**  City Manager stated that the City currently is operating the Splash Park at Kinsaul. He would like to have a fulltime employee and possible part time staff on site to handle all concessions throughout the City.   He reported that several issues have arisen with the current Concessionaire.  He also stated he wanted to be able to keep the prices of food low enough for the citizens so that people could afford them.

> Motion by Commissioner Russell:  To approve item #17 as presented.
> Second to motion:  Commissioner Tinder.

Commissioner Tinder asked what were some of the issues with the current concessionaire? Who is the contract with and will the City take over all of the concessions?

City Manager reported that residents have complained that the food prices were way too high to be able to afford. On July fourth the owner promised that he would be onsite to help and make sure the food lines were not long, but that was not the case.  Food was too expensive, and the lines were very long.

Commissioner Russell commented he wanted the City to think of the citizen's quality of life and not try to turnover a huge profit.  A nice product at decent prices is what he would like to see.

Commissioner Tinder stated she has heard from residents that are thrilled with the current prices and the food.

| On Vote: | Russell | aye |                  |
|----------|---------|-----|------------------|
|          | Tinder  | aye |                  |
|          | Friend  | aye | Motion passed: 3-0 |

**Item #18.  Approval to extend the current contract with the Council on Aging for the Senior Center through September 30, 2018:**  City Manager White stated that the Senior Center contract with the Council on Aging ends Aug. 31, 2018. As he looked at the contract he noticed that there are some things in the contract that could be done differently.  He

82

**There was no workshop before the meeting.  Minutes from the August 14, 2018 Commission Meeting.  Page 5**

stated explicitly that his intentions are not to get rid of the Senior Center.  He just wants to give the seniors a better product.  He also stated that he and Deputy City Clerk Vickie Gainer visited the beaches facilities but wanted to come back to the Commission with some recommendations.

> Motion by Commissioner Russell:  To approve item #18 as presented for discussion.
> Second to motion:  Commissioner Tinder.

Commissioner Tinder thanked the City Manager for clarifying that the Senior Center is in no way closing.

Commissioner Russell commented also that he had received numerous of calls stating that the City was closing the Senior Center, but that is not the case.

Mayor Pro Tem Friend stated the City wanted to enhance the facilities and the activities that are currently there.

Public commentary about this topic included, Susan Hines, Elizabeth Hendricks, Susan Truman, Ed Deluzian, President of the Board for Bay County on Aging and Bob Schultz.  They all spoke about the good the center does for seniors, asking the City to not to try to fix something that is not broken.  They expressed concerns about the location of the senior center being moved, who would run the center if the Council on Aging is not running it, a rumor that the senior center is being closed by the City, charging seniors to participate, and plans for the future of the senior center.  One senior commented that there was no hot water in the bathrooms and that she would love to have hot water in the bathrooms.

City Manager responded and restated his comments that a rumor was started that the senior center was being closed down, he stated this is not true.  The City wants to bring more activities to the center.  He stated he asked for an extended term on the contract so that he could read through the contract more thoroughly then discussed with Beth Couliette.  He stated he had no intent to do anything as of now until he looked at the contract and what it takes to run the center.  He apologized for any confusion that may have been caused about the City's intentions.

Beth Couilette, Executive Director for the Bay County Council on Aging stated she was shocked to learn that the City might be considering not renewing the contract. She spoke about the programs the Council on Aging offers, and gave some background on the how the Council on Aging came to manage the senior center.  She stated she was concerned and wanted to be able to work out any issues.

Mr. James Hance, owner of Simply Seafood stated that he would gladly buy a hot water heater and have it installed at his expense.

## Item #19.  Adjourn.

There was no further business to discuss and the meeting was adjourned at 5:05 pm.

**APPROVED THIS**_____**DAY OF** _____**2018.**

83

**There was no workshop before the meeting.  Minutes from the August 14, 2018 Commission Meeting.   Page 6**

_____

Margo Deal Anderson, Mayor

**ATTEST:**

_____

Michael E. White, City Manager

Prepared by Vickie Gainer

84

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY

COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER



## NOTICE

## CITY COMMISSION MEETING
## TUESDAY, JULY 24, 2018 – 6:00 P.M.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
    A. Proclamation – American with Disabilities Act (ADA)
4. Commissioner's Report
5. City Manager's Report
    A. Moody's Report
6. City Attorney's Report
7. Public Commentary

**CONSENT AGENDA:**
8. Minutes:          07/10/2018 – Regular Meeting
9. Approval of the Actuarial Services Agreement for the City of Lynn Haven's Other Postemployment Benefits Plan (OPEB) for 2018-2019 Fiscal Year with Foster and Foster. **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS: NONE**
10. Discussion regarding the Mosely Parade route running North on Highway 77 beginning at the Lynn Haven Baptist Church to 5th Street and possibly moving the parade to an alternate route or Florida Avenue. **(City Manager)**

**NEW BUSINESS:**
11. Presentation of the City's stormwater map on the City's National Pollutant Discharge Elimination System (NPDES) webpage. **(Phil Mount)**
12. Approval to enter into an agreement with Odyssey Manufacturing Co. for a Chlorine re-fill station for Sodium Hypochlorite Supply and Site Lease Agreement. **(Action required) (City Manager)**
13. Approval of the City's Health and Dental Insurance plan for the 2018-2019 year. **(Action required) (City Manager)**
14. Discussion and Approval of the City Manager's yearly evaluation in accordance with Section No. 6 of the City Manager's employment agreement.
15. Set proposed millage rate and budget hearing dates for purposes of submission of Certificate of Taxable Value to Property Appraiser's Office pursuant to the TRIM Act. **(Action required) (City Manager)**
16. Approval of the Kinsaul Park Splash Pad/Pavilion rental fees, rules and regulations agreement. **(Action required) (City Manager)**
17. Discussion and review of City Ordinances. **(Commissioner Tinder)**

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

85

18. Approval for a half-day closure of City Hall's Customer Service Utilities to move to the new Customer Service Center located at 809 Ohio Avenue on Friday, August 3, 2018.

19. Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 1

## CITY COMMISSION MEETING MINUTES
## TUESDAY, JULY 24, 2018
## 6:00 P.M.

**Present:**        Margo Deal Anderson, Mayor
                   Rodney Friend, Mayor Pro Tem/Commissioner
                   Antonius G. Barnes, Commissioner
                   Dan Russell, Commissioner
                   Judy Tinder, Commissioner
                   Michael E. White, City Manager
                   Robert C. Jackson, City Attorney
                   Officer Kaitlyn Anglin

**Item #1.  Call to order:** By Mayor Anderson at 4:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Barnes and the pledge followed lead by Mosley High School students.

**Item #3.  Mayor's Report:** Mayor Anderson reported she met with the City Manager about his annual appraisal, she attended the weekly paving and surtax infrastructure meetings at Phoenix construction.  She was happy to announce that she had been nominated for the "Women of Distinction" award by the Girl Scout Council.  She will attend the luncheon and is honored to be nominated.  She has met also with City Staff.  She complimented Mr. White and the City Staff on the how hard they work and the great job they are doing.  She met with resident having a paving problem and with several concerned residents.  She commented on the EDA's announcement to bring Revint Solutions to Lynn Haven with 150 jobs.  She is excited that the Splash Pad is tentatively scheduled to open Aug. 1 at 10:00 am.  She thanked City staff Greg Kidwell, Bobby Baker and others for their hard work on the project.  She is grateful for all the contributions that that came in for the Splash Pad.  She stated she would like to recommend that the Splash Pad be named after Mr. James Finch.  His philanthropy work in the community has helped so many children in Bay County.  He's also sponsored many events and causes for the City of Lynn Haven.  Mayor Anderson stated before continuing with her report that the Commission excuse Commissioner Russell from the meeting.  He was on vacation, tried to connect, but could not.

                   Motion by Commissioner Friend:  To excuse Commissioner Russell from the
                   meeting.
                   Second to the motion:  Commissioner Barnes.
On Vote:           Friend          aye
                   Barnes          aye
                   Tinder          aye
                   Anderson        aye                          Motion passed:  4-0

Mayor Anderson continued her report and read the American with Disabilities Act proclamation.  She noted that Ms. Pam Dorworth could not be present but that she would make sure Ms. Dorworth received it.

**Item #4.  Commissioner's Report:**
Commissioner Tinder reported she did not have a lot to report only a resident request and she has turned that over to the City Manager.  She also stated she received an email from one of the

87

**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 2**

Mosley students about allowing the Mosley Homecoming Parade to be on Highway 77.  She thanked her for the email.

Commissioner Barnes reported that former Commissioner Joseph Ashbrook lost his mother and to please keep the family in prayer.

Commissioner Friend reported he was working with some resident's issues.   Met with the City Manager, attended the Bark Park grand opening.   Met with the architect and the TPO subcommittee.

**Item #5.  City Manager's Report:**  City Manager White reported that the City would like to host a "Fall Concert Series."  He stated that the Spring Concert Series went so well that residents have asked for another series of music in Sheffield Park.  He asked for the Commission permission to do so.

> Motion by Commissioner Barnes:  To approve a Fall Concert Series in Sheffield Park.
> Second to the motion:  Commissioner Friend.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 4-0 |

The City Manager continued his report.  The Risk Management RFQ 17/18-10 will be advertised in newspaper.  Bid opening is August 13.  He reminded the Commission about the City's Visioning meeting on July 31, 2018 at 8:00 am.  This will help the City to plan for the future.

**Item #6.  City Attorney's Report:**  No report

**Item #7.  Public Commentary:**  David Cooley spoke about the City spending so much money, The City Manager has been given too much control, he felt that the City is not giving out enough competitive bidding to include engineering and the employee uniforms.  He stated the City workers do not like the uniforms as he has spoken with many of them.

Mayor Anderson stated that this is a City Manager form of government.  It is important that the City Manager works with the Commission and has a good working relationship.

City Manager White stated we now own the employee uniforms as opposed to the City renting uniforms that cost near $90k as opposed to what the City is paying now.  This in the long run will save the City money.

Rich Walker spoke on behalf of a citizen who could not make it to the meeting.  His concern was the amount of money being paid to the City Attorney with no disrespect to City Attorney Jackson.  Mr. Walker also commented he has been hearing a lot about the uniforms from City workers who think they are too hot.

Brian Bullock, principal from Mosley High School spoke in reference to the approval of the Mosley High School Homecoming parade.  He stated that it is a tradition for the students and that Mosley and the City have had a longstanding relationship.  He was not in favor of moving the parade to Florida Ave.  Mr. Bullock urged the Commission to approve their request.

Mayor Anderson commented that the Commission supports Mosley but did say that in the future FDOT might take on the approval of these requests and not the City.  She stated that FDOT has given indication that future requests will be determined by FDOT.  She stated the Christmas parade is an example of the City anticipating that some changes with the closing of highway 77 will be an issue in the future.

88

**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 3**

Several Mosley current students and a former student spoke in favor of approving the parade along Highway 77.  The students all agreed that it was a tradition for the students and that it is something they look forward to doing.

**CONSENT AGENDA:**
**Item #8.  Minutes:                    07/24/18 – Regular Meeting:**
**Item #9.   Approval of the Actuarial Services Agreement for the City of Lynn Haven's Other Postemployment Benefits Plan (OPEB) for 2018-2019 Fiscal Year with Foster and Foster**

> Motion by Commissioner Friend:  To approve items #8 and #9 of the consent agenda.
> Second to the motion:  Commissioner Barnes.

On Vote:       Friend          aye
               Barnes          aye
               Tinder          aye
               Anderson        aye                    Motion passed:  4-0

**OLD BUSINESS:**
**Item #10.        Discussion regarding the Mosely Parade route running North on Highway 77 beginning at the Lynn Haven Baptist Church to 5th Street and possibly moving the parade to an alternate route or Florida Avenue:**  City Manager stated that the Commission asked the City to get with the principal of Mosley and Vickie Gainer who spoke with Mr. Bullock.  He stated that the Police Chief brought this to his attention.  He stated that the biggest factor is safety.  He stated that the traffic builds up along the side streets and highway 77 and there is no way to control with the number of police officers the City currently has.  The detour route encompasses traffic back up.  He stated that even if the Commission approves it, it is no guarantee that FDOT will approve it.

> Motion by Commissioner Friend:  To approve Mosley's Homecoming Parade request on highway 77.
> Second to the motion:  Commissioner Barnes.

Commissioner Friend commented that he does recognize this is a safety issue and thanked Chief Reimer for looking out for the student's safety but wanted this tradition to continue.
Commissioner Barnes agreed with him but stated that any direction of traffic be handled by sworn law enforcement officers.  He asked Commissioner Friend to consider adding this caveat to his motion.

> Motion by Commissioner Friend:  Withdrawn.
> Second to the Motion: Withdrawn by Commissioner Barnes.

> Motion by Commissioner Friend:  To approve Mosley's Homecoming Parade request on highway 77 with the caveat that anyone directing traffic must be a law enforcement officer.
> Second to the motion:  Commissioner Barnes.

89

**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 4**

Former Mayor Walter Kelly asked that the request from Mosely be granted and that the Commission supports them.

On Vote:       Friend         aye
                  Barnes        aye
                  Tinder         aye
                  Anderson    aye               Motion passed: 4-0

**NEW BUSINESS:**

**Item #11.   Presentation of the City's stormwater map on the City's National Pollutant Discharge Elimination System (NPDES) webpage:**  Phil Mount, gave a presentation on how to utilize the weblink on the City's website page.  He demonstrated the site to the Commission and how to get to the link and how to work the map.   He stated that this map is updated monthly.  The Commission agreed it was a great tool for the City to have.

**Item #12.  Approval to enter into an agreement with Odyssey Manufacturing Co. for a Chlorine re-fill station for Sodium Hypochlorite Supply and Site Lease Agreement:**  City Manager White this agreement between Odyssey and the City allows the City to have a refill station for pool bleach on site, the company handles everything. It basically saves the City money and dispenses very good chlorine for the Splash Pad.

                  Motion by Commissioner Friend:  To approve as presented.
                  Second to the motion: Commissioner Barnes.

On Vote:       Friend         aye
                  Barnes        aye
                  Tinder         aye
                  Anderson    aye               Motion passed: 4-0

**Item #13.  Approval of the City's Health and Dental Insurance plan for the 2018-2019 year:.**  The City Manager gave some background on the health insurance for the City employees. He reminded the Commission that they approved the new vendor Abentras last year. With Abentras the City employees had seen a significant drop in their rates and were very pleased. There be a slight 2% increase in health insurance but there will not be an increase in any other categories.  The City also switch from Metlife to Florida Blue with no increase and with everything staying exactly the same.  We also signed a retention agreement.  The City will receive detailed claims to know how to tailor the insurance for the City and its employees. Currently one bad claim could hurt the City, but with this agreement that one claim is thrown out so that it does not negatively affect the future cost of the City's insurance rates.  The retention agreement also pays out.  The City could potentially share in revenues in the form of a refund check.  The first year, at 25% and the second year at 50%.  This will offset employees and City's cost.  The City was able to keep the increase of the employee's rates to a minimal.  It equals out to .30 per pay check.

Commissioner Barnes asked for a detail of the claims, but according to City Manager White that was not available due to the fact that the insurance company does not have to release that information.  He also asked why did we move the dental back to Florida Blue?  City Manager stated that the benefits were exactly the same.

**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 5**

Commissioner Tinder asked could they guarantee that rates would not go up?  City Manager stated that there is not guarantee about the rates concerning insurance.

Commissioner Tinder asked about the claims and cost of those claims.  City Manager White stated he did not have that information available.

>Motion by Commissioner Barnes: To approve the insurance plan.
>Second to the motion:  Commissioner Friend.

Commissioner Friend stated the City Manager has done a great job with the insurance for the employees and he certainly supports him taking the lead and suggesting a different direction.  He stated that this is an outstanding benefit for the employees.

Mr. Rich Walker asked a question about the City paying 95% of the premiums for the employees.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #14.  Discussion and Approval of the City Manager's yearly evaluation in accordance with Section No. 6 of the City Manager's employment agreement:**  Mayor Anderson asked if there were any comments?

>Motion by Commissioner Friend:  To give the Mayor authority to enter into discussion with the City Manager about the possible compensation increase or stay the same.
>Second to the motion:  Commissioner Barnes for discussion.

Commissioner Barnes wanted details as to what Commissioner Friend is proposing.

Commissioner Friend explained that something similar was done with Mr. Schubert the former City Manager.  He wanted to give some leeway for the Mayor to sit down and negotiate with the City Manager either through compensations or increase benefits.  As opposed to the entire Commission trying to figure it out tonight.  He stated that Mr. White has done an outstanding job and it is due to Mr. White's leadership.  He would like to see some type of compensation offered, otherwise with all of the wonderful things Mr. White is doing he will become more valuable and be snatched up by another City offering him more money.  He stated that there were many options to compensation, including increase to his salary, phone allowance or pay for his gas.

Mayor thanked Commissioner Friend for that direction.

Commissioner Tinder stated she had complete confidence in her negotiations.

Commissioner Friend commented on his evaluation.  When he puts "meets expectations" it is not a negative reflection of Mr. White.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-0 |

91

There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 6

Mayor Anderson commented that she thinks Mr. White has done a fantastic job.  She stated he has embraced the spirit for the employees.  He has done many things that residents stated they wanted to see done when she became Mayor.  She wanted him to know that she appreciated him and how much the City appreciates him.

**Item #15.   Set proposed millage rate and budget hearing dates for purposes of submission of Certificate of Taxable Value to Property Appraiser's Office pursuant to the TRIM Act:** Mayor Anderson stated the proposed millage rate and budget hearing dates are for the purposes of submission of the certificate of taxable value to the property appraiser's office pursuant of the TRIM Act. The action taken tonight is not a final action it's just setting the highest rate that we can achieve as far as moving up or down with the TRIM we can go lower, but we cannot go higher than what we set tonight during the course of the public hearings.

City Manager White stated that during the visioning session the Commission will see a lot of costs associated with City including equipment replacement and employees.   His recommendation is not roll it back and leave it as is, but maybe next year it may have to be raised.  He stated to leave it at the proposed rate at 3.9%.

> Motion by Commissioner Friend:  To approve the millage rate at 3.9%.
> Second to motion:  Commissioner Barnes.

Commissioner Friend stated he was very excited to hold the millage rate at 3.9.  But he was very impressed with City Manager White keeping the millage at the same rate and thanked him for his work.

Mr. Rich Walker questioned the approval of #Item 14. The Mayor asked the City Attorney if she needed to revisit Commissioner Friend's motion to add the word "approval" City Attorney agreed with the Mayor that there was no need to do so, it was implied that item #14 was approved.

Mayor Anderson stated to Mr. Walker that if he desired to speak more on item #14 she would go back after they finished item #15.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-0 |

Mayor Anderson revisited item #14 for comments.  Mr. Walker pointed out Mr. White's evaluations.  He voiced his concerns about the bonds, questioned the City's expenditures and commented on the Commissioners comments regarding debt. He said he couldn't find anywhere in the audit what the City owes.

Mayor Anderson clarified that the $10 million surtax money is coming in from the state monthly.   She also went over her comments on the City's Manager's evaluation and explained her comments and her disagreement about making payments every month.  She wanted to pay down the debt.  She also explained the progress Lynn Haven has made.  She

92

**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 7**

gladly takes responsibility for the $10 million debt.  She hopes that the City pays this off at some point.

Brad Yount asked was it a bond?  Mayor stated these are loans.

City Attorney for clarification there was one bond issued.

**Item #16.   Approval of the Kinsaul Park Splash Pad/Pavilion rental fees, rules and regulations agreement:**   City Manager stated that the rules and regulations that are presented may change.  The timeframes according to weather.  Timeframes for rentals and renting for parties.  The City tried to find the most economical way to rent it out, taking in to account cleanup and other upkeep items.

Commissioner Tinder was concerned about the time element and someone renting it long periods of time.

City Manager explained there will be time limits when renting the Splash Pad.

The Commission asked if this would also apply to Cain Griffin Park?  Since Cain Griffin was not on the original agenda, Mayor Anderson asked for a motion to add "Cain Griffin to item #16.

> Motion by Commissioner Friend:  To change the wording on the agenda to item #16 to "approve Cain Griffin Park Splash Park and Kinsaul Park Splash Pad."
>
> Second to the motion:  Commissioner Barnes.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-0 |

City Manager stated the document still needs to be tweaked for instance, the City will not rent out the Splash Pads on holidays.

Mayor Anderson stated the rules are reasonable but if the City had to come back and make changes we could.

Commissioner Tinder wanted to know where the rules were located.  It was pointed out that they were in her packet.   Discussion continued on this topic from the public and Commission.

> Motion by Commissioner Friend:  Approve the rules for the Splash Pads as presented to include the Splash Pad would not be available for rental during the holidays.
>
> Second to motion:  Commissioner Barnes.

Brad Yount asked about exclusive verses none exclusivity.

Mayor Anderson stated they would look at his statement and that it was good idea.

Commissioner Tinder again commented about the rental agreement for the Splash Pad.  She didn't want the rentals to be just for the wealthy.

Bob Gardner asked about standard times for the public.

93

**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 8**

City Manager stated that he agrees with everyone.  The City will monitor the Splash Pads to make them available to everyone.  If rules need to be tweaked they will do so.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | nay | |
| | Anderson | aye | Motion passed:  3-1 |

**Item #17.  Discussion and review of City Ordinances:**  Commissioner Tinder stated that she wanted the Commission to look at the City Ordinances and appoint a committee to rewrite them.  She stated she spoke to the City Attorney who said that the charter would have to be a referendum and they would have to be finished with all of the changes by January for the public to vote on them.  She stated she felt like this could be done with several workshops and a group of citizens diligently working on the charter.

Mayor Anderson questioned Commissioner Tinder on whether she meant Ordinances or Charter since she has heard her mentioned both.

Commissioner Tinder stated "Charter."  Because she feels Charter overrides Ordinance.

Mayor Anderson pointed out that since the agenda says Ordinances the Commission would need to vote to change the agenda to say "Charter."  Mayor Anderson asked for a motion to change agenda item #17 wording.

> Motion by Commissioner Tinder:  To change agenda item #17 to say "Charter" instead or ordinances.
> Motion died due to a lack of a second.

Commissioner Tinder commented that she believes the Charter needs to be updated as Mr. Walker has stated in past Commission meetings.  She felt there are other citizens that feel the same way.  She wanted to know why the Commission would not weigh in on this.

Mayor Anderson stated that she did not mind updating or adding more City Ordinances. She feels that there are not enough of them that have teeth.  Ex: People who do not clean up behind their pets.  She would like to see them fined.  But she could not support changing the City Charter.  The Charter is well-written document and that the word "he" does not offend her in the Charter.

Commissioner Friend pointed out the rule of order and stated there was not a second on this topic.

Mayor Anderson stated she was well aware but would like to give individuals the chance to have a discussion on this topic.

Walter Kelly pointed out the rule of order for speaking when there is a lack of second on a motion.

Mr. Walker stated that the citizens should have a voice in updating the Charter.  He strongly suggests that the Commission revisit.

Mayor Anderson thanked him for his comment.  She stated if she begins to receive a large number of requests for this topic she would change her opinion.  She also pointed out she

94

**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 9**

will continue to allow citizens to speak even when a motion does not get a second.  She will never silence anyone from voicing their opinion.

**Item #18.  Approval for a half-day closure of City Hall's Customer Service Utilities to move to the new Customer Service Center located at 809 Ohio Avenue on Friday, August 3, 2018:**  City Manager stated the Customer Service is almost finished and the City will need a moving day.  The targeted day is August 3 contingent upon the phone system being finished.

                        Motion by Commissioner Barnes:  Approval for the City to close City Hall any day in August to move to the Customer Service Center.
                        Second to the motion:  Commissioner Friend.

On Vote:        Friend          aye
                     Barnes        aye
                     Tinder         aye
                     Anderson    aye                Motion passed:  4-0

**Item #19.  Adjourn.**

There was no further business to discuss and the meeting was adjourned at 7:35 pm.

**APPROVED THIS**_____14_____**DAY OF** _August_ **2018.**

_____
Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

95

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

## NOTICE

### CITY COMMISSION MEETING
### TUESDAY, JULY 10, 2018 – 4:00 P.M.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
   A. Employee of the Month
6. City Attorney's Report
7. Public Commentary

**CONSENT AGENDA:**

8. Minutes:          06/26/2018 – Regular Meeting
   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS: NONE**

**NEW BUSINESS:**

9. Resolution #2018-07-715 approval to give the City Manager authorization to execute the documents for the Triumph Gulf Coast Application. **(Action required)**
10. Discussion regarding the Mosely Parade route running North on Highway 77 beginning at the Lynn Haven Baptist Church to 5th Street and possibly moving the parade to an alternate route or Florida Avenue. **(City Manager)**
11. Development Order Approval North Bay Haven Charter Academy Athletic Fields **(Quasi-Judicial Public Hearing) (City Planner)**
12. Adjourn.

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

**There was no workshop before the meeting.  Minutes from the July 10, 2018 Commission**  Item # 8
**Meeting.   Page 1**

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, JULY 10, 2018**
**4:00 P.M.**

</div>

**Present:**      Margo Deal Anderson, Mayor
               Rodney Friend, Mayor Pro Tem/Commissioner
               Antonius G. Barnes, Commissioner
               Dan Russell, Commissioner
               Judy Tinder, Commissioner
               Michael E. White, City Manager
               Robert C. Jackson, City Attorney
               Officer Kaitlyn Anglin

**Item #1.  Call to order:** By Mayor Anderson at 4:00 PM.
**Item #2.   Invocation/Pledge of Allegiance:** Invocation by Mayor Anderson and the pledge followed.

**Item #3.  Mayor's Report:** Mayor Anderson remarked with a personal thanks to her mom for always attending the Commission Meetings.  She praised and thanked the City Manager and City employees for a job well done on the July 4th festivities. She announced the ribbon cutting for the dog park would be Friday, July 13 and looks forward to the soon opening Splash Pad, stating that it only lacks some equipment testing. She mentioned her meetings with the economic development group potentially resulting in some new business growth in Lynn Haven.  She stated that she also attended the weekly paving and infrastructure meetings

**Item #4.  Commissioner's Report:** Commissioner Russell also commended the City for a favorable fourth of July event. He stated that he has had numerous phone calls and conversations from citizens over the past few weeks in favor of moving the second splash pad to Cain Griffin Park. He stated the Commission could address this at a later date or wasn't sure if he could make a motion
Mayor Anderson stated that yes a motion could be made.
The City Attorney commented that it could also be added to the agenda as an item.

               Motion by Commissioner Russell:   To place the second splash pad at Cain Griffin Park.
               Second to the motion: Commissioner Friend.
On Vote:    Russell        aye
               Friend         aye
               Tinder         aye
               Anderson     aye                          Motion passed:  4-0

- Commissioner Barnes was absent during the discussion and arrived during the calling of the roll.

Commissioner Friend stated he would like to see discussion for additional splash pad at the sports complex next budget year. Positive commentary in support of this decision continued from Commissioner Tinder and citizen Leon Miller as well as the Mayor.

97

**There was no workshop before the meeting.  Minutes from the July 10, 2018 Commission Meeting.   Page 2**

Commissioner Tinder reported that she received a lot of positive feedback from the public on the July 4th event.

Commissioner Barnes reported that he attended the Ethics Training course at the School Board on Monday.

Commissioner Friend also reported his attendance at the Ethics course said he was grateful it was provided to us at no cost to the City.  He mentioned enjoying the Dixie Boys ball tournament and complimented David Horton on the pristine condition of the baseball fields.  He stated he would be attending the grand opening of the Pinnacle at Hammocks Crossing on Wednesday.

**Item #5.  City Manager's Report:**  City Manager commended and thanked the City employees for a job well done on July 4th.  He reported his work on some potential new industrial business in the City.  He discussed the current staff visioning process and said he would like to present the results to the commission in the near future.  He had Bobby Baker present the Employee of the Month award to Tommy Dowdy a 32 year outstanding veteran with the City.

**Item #6.  City Attorney's Report:**  City Attorney gave some explanation of agenda item #9.

**Item #7.  Public Commentary:**  Mr. Rich Walker thanked the City for allowing the Heritage Society to decorate the Centennial tree.  He suggested the Commission take a look at the City Charter.  He brought up several thoughts regarding this, recognizing a conflict between charter and practice in his opinion.  He suggested we update charter every few years, etc.  Leon Miller posed questions regarding Highway 390 four lane expansion.  The Mayor and Commissioner Friend advised relaying a delay due to funding.  Mr. Miller continued suggesting reaching out to GCCC regarding use of Cain Griffin fields.  The City Manager relayed that the City is already in touch with several other leagues to better utilize those facilities. Bill Ruic presented a rendering of a proposed airport communicating the employment opportunities it would afford the City. He wanted to meet with the Commission to further discuss details in the future. Mayor suggested he get with City Manager to schedule a meeting.

**CONSENT AGENDA:**

**Item #8.  Minutes:**                            **06/26/18 – Regular Meeting:**

| | | |
|---|---|---|
| | Motion by Commissioner Russell:  To approve as presented. | |
| | Second to the motion:  Commissioner Tinder. | |
| On Vote: | Russell | aye |
| | Tinder | aye |
| | Barnes | aye |
| | Friend | aye |
| | Anderson | aye | Motion passed:  5-0 |

**OLD BUSINESS:**       **None**

**NEW BUSINESS:**

**Item #9.  Resolution #2018-07-715 approval to give the City Manager authorization to execute the documents for the Triumph Gulf Coast Application** Mayor Anderson reminded that this is the application for the approximate $15-million-dollar addition to our sports complex

98

**There was no workshop before the meeting.  Minutes from the July 10, 2018 Commission Meeting.   Page 3**

and the $2-million-dollar emergency management center for the City of Lynn Haven to the Triumph Board. City Manager Michael White read Resolution #2018-07-715.

> Motion by Commissioner Friend: To approve as presented.
> Second to the motion: Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #10.  Discussion regarding the Mosely parade route running North on Highway 77 beginning at the Lynn Haven Baptist Church to 5th Street and possibly moving the parade to an alternate route or Florida Ave.** City Manager White suggested we potentially move the parade to Minnesota Ave or Florida Ave mentioning the lack of manpower available to keep Hwy 77 shut down as well as the timing issue with the elementary schools releasing during the parade event.  But he stated the biggest reason to move the parade was safety.  Police Chief commented on the difficulty and safety issues regarding shutting down 15 blocks of highway.  Commentary continued within the commission/public regarding the potential disappointment to the Mosley students and staff as well as possible alternatives.

> Motion by Commissioner Friend:  To table the decision pending further discussion with Mosley High School Principal Brian Bullock.
> Second to the motion: Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #11.  Development Order Approval North Bay Haven Charter Academy Athletic Fields (Quasi-Judicial Public Hearing)** Attorney Rob Jackson stated that item #11 is a quasi-judicial hearing and all affected parties were sworn in by the City Attorney.   There was no ex-parte communication by the Mayor/Commission.   City Planner Amanda Richard gave background information and reviewed the development plan.  She pointed out a tri-party agreement between the developer, the school and the City for a cross walk from the athletic fields across Buccaneer Drive to the school.  She suggested the Commission only approve the plan with the contingency that the crosswalk be installed prior to any permits being pulled or further development for safety purposes. Conversation continued within the Commission regarding this issue.

> Motion by Commissioner Friend: To approve the applicants but we hold off on any permits until the crosswalk is complete.
> Second to the motion:  Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

99

**There was no workshop before the meeting.  Minutes from the July 10, 2018 Commission Meeting.   Page 4**

**Item #12.  Adjourn**

There was no further business to discuss and the meeting was adjourned at 4:54 pm.

APPROVED THIS _____ DAY OF _____ 2018.


_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

100

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### NOTICE

*The Lynn Haven City Commission will hold workshops on Tuesday, June 26, 2018 at 4:30 and 5:00 PM in The Chambers, 108 E. 9th Street. The purpose of the meetings will be to discuss the Multi Modal Mobility Fee Schedule and the Audit by Carr, Riggs and Ingram. The public is invited to attend.*

### CITY COMMISSION MEETING
### TUESDAY, JUNE 26, 2018 – 6:00 P.M.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
   A. Business of the Quarter
6. City Attorney's Report
7. Public Commentary

**CONSENT AGENDA:**

8. Minutes:          06/12/2018 – Regular Meeting
   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**

9. Second reading of Ordinance #1056 amending Chapter 10 of Lynn Haven Code of Ordinances to add specific language to the care and control of animals including revised fee schedule. **(Action required)**
10. Second reading of Ordinance #1057 for Voluntary Annexation of Ronald W. Mowat Property Hwy. 389/390 intersection. **(Action required)**
11. Second reading of Ordinance #1058 for the Small Scale Future Land Use Map Amendment- Mowat Property Hwy. 389/390 intersection. **(Action required)**
12. Second reading of Ordinance #1059 National Pollutant Discharge Elimination System Regulations (NPDES) – Amending Chapter 70 of the Lynn Haven Code of Ordinances. **(Action required)**

**NEW BUSINESS:**

13. Approval to enter into contract with the Bay Haven Charter Academy Foundation to provide School Resource Officer services to Bay Haven Charter Academy for the 2018-2019 school year. **(Action required)**
14. Approval to appoint Mr. Dale Robitaille to the Infrastructure Half Cents Surtax Oversight Committee to replace Jennifer Vigil. **(Action required)**
15. Approval of a Gift Agreement from Chief Gary Keel and Rescue Chief Vicky Keel to the City of Lynn Haven. **(City Manager)**

16.    Adjourn.

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

102

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 1**

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, JUNE 26, 2018**
**6:00 P.M.**

</div>

**Present:**   Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

**Item #1.  Call to order:**  By Mayor Anderson at 4:00 PM.
**Item #2.   Invocation/Pledge of Allegiance:**   Invocation by Mr. Leon Miller and the pledge followed.

**Item #3.  Mayor's Report:**  Mayor Anderson stated she attended the weekly paving meeting with contractors and engineers.  We have paved 18 miles of completed paving.  She is very excited about the Splash Pad at Kinsaul Park being completed.  She attended the New Hope Baptist Church on Father's Day.  She met with some new student volunteers who want to volunteer for the City.  She is getting ready for the Fourth of July Parade activities.  Mayor Anderson asked for a motion to add "Task Order #4 for the City of Lynn Haven half cents sales Tax Design Build Contract" to the agenda as Item #16 and Adjourn as Item #17.

> Motion by Commissioner Russell:  To approve adding the approval of Task Order #4 for the City of Lynn Haven Half Cents Sales Tax Design Build Contract for Phoenix Construction.
> Second to the motion: Commissioner Friend.

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Anderson | aye | Motion passed:  5-0 |

Mayor Anderson continued her Mayor's report by stating she had a statement she wanted to read.  She read it as follows: "Although I usually do not read speeches or statements, and prefer to speak extemporaneously, this statement today as part of my Mayor's report is an unusual one, and I want to insure that all of the information I have is accurately conveyed to you, the members of the Lynn Haven Commission, the staff, and the public without omission.  This statement concerns residency requirements of our City Charter and questions I have been asked regarding whether or not they have been met by a member of the City Commission, Commissioner Rodney Friend.  I mean no personal attack or disrespect to Commissioner Friend; the only transparent venue for this information is in the Sunshine, with the members of the Commission and the public.  I have several questions and concerns based on the information I have been given and questions I have been asked and I reached out to our City Attorney for guidance.  A few of these are directly related to me and my obligations to you as Mayor. For example-

103

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 2**

(1)  Does Mr. Friend's residency impact my fiduciary responsibility to the City since I am the Treasurer of the City and the co-signer of every check written, including the salary of Commissioner Friend, as well as insurance benefits, all paid by the City of Lynn Haven

(2)  Whether or not votes cast by Commissioner Friend are binding if an updated legal opinion determines that he does not and has not met the residency requirements of the City of Lynn Haven since he purchased a home located at 731 North Bay Drive in unincorporated Bay County,

(3)  whether or not Commissioner Friend's position on the TPO Board as a Commissioner of the City of Lynn Haven is valid.

From the time I took the office of Mayor, and indeed before, I have been aware of numerous citizens raising questions regarding whether or not Commissioner Rodney Friend resides in the city limits of Lynn Haven (a requirement of our City Charter for the Mayor, the Commissioners, and the City Manager.)  From time to time, members of the public have spoken on this issue during public commentary, and I have defended Commissioner Friend on at least one occasion referring to the 2013 opinion by the City Attorney, but now, five years after this opinion, I am once again being asked questions by residents of Lynn Haven which, are concerning to me.

Therefore, approximately two weeks ago, I asked the City Attorney, Rob Jackson, for an updated opinion on this question after reading packets of information delivered to my home and to my office with documents, which if accurate, indicate that Commissioner Friend lives in unincorporated Bay County, and not part-time at the Mowat Highlands address for the purpose of renovation as the 2013 opinion by the City Attorney states.  My additional concerns are whether or not Commissioner Friend's votes on the day to day policy and issues of our City are even legal if he is not meeting the residency requirements of the Charter, but more importantly, as the Treasurer of the City and cosigner of every check issued, if I have fiduciary responsibility to the residents of Lynn Haven should  I be signing a check for a Commissioner who is possibly not legally holding this position due to his not living within the city limits of Lynn Haven.

 Former Mayor Walter Kelley had the same concerns about this issue and asked for an opinion from the City Attorney in 2013, and according to the City Attorney, Commissioner Friend also asked for the opinion as well.  This opinion was based largely upon information provided to the City Attorney by Commissioner Friend and is based on Commissioner Friend's statements to the attorney that he would temporarily be living part-time at the Mowat Highlands residence in Lynn Haven and part- time at his investment property located in unincorporated Bay County while he renovated the Lynn Haven homestead property.   His driver's license, voting registration, and mail indicated he resided at the homestead property and his intention to return to the property were all a part of the City Attorney's opinion, which was also covered in a News Herald article in June of 2014 when questions once again surfaced from concerned residents.

The City Attorney is not willing to write an updated opinion concerning Commissioner Friend's residency at my request because Commissioner Friend, according to the City Attorney, does not wish to have an updated opinion written. I have been provided information by residents which include almost 0 water usage for years at the house in the city limits upon which Commissioner Friend claims as homestead exemption, as well as average electrical consumption at both houses, with one indicating that no one lives there, trash pickup at the unincorporated residence and lack of trash pickup at the Mowat Highlands residence, and no permits issued for renovation in the six-year period.

Indeed, according to documents given to me from the property appraiser's office, Commissioner Friend claims homestead exemption on the Lynn Haven property which is valued at less than 200 thousand dollars instead of the house where residents who provided these documents claim he is actually living, which is valued in excess of 420 thousand dollars.  The questions I have

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 3**

been asked are why would anyone claim the lesser valued house located in the city limits of Lynn Haven, pay over five thousand dollars annually on the higher valued house where the Commissioner and his family live unless to convey the image that he resides in Lynn Haven when he does not?   I do not know the answers to these questions, which is why I am reading this statement to the Commission and to you; my questions are not accusations nor are they allegations which I am making against my fellow commissioner; I am representing the people who elected me as Mayor of the City and asking that their concerns are answered.

I have asked for a legal opinion from our City Attorney and he has refused to give one without permission from Commissioner Friend or a request from the majority of the Commission, so therefore, I have no legal opinion to read to you other than the one that was given over six years ago, but my question when I met with the City attorney in our meeting yesterday was that if Commissioner Friend is actually living part-time at the Mowat Highlands residence as he says he is and making renovations to the home with plans to return there then why would he object to an updated legal opinion for clarity and transparency on this issue?

What I do know is that Commissioner Rodney Friend signed a residency affidavit, sworn and notarized in February of 2015 at the Supervisor of Elections office when he qualified to run for a second term as a Lynn Haven Commissioner stating that he resides in the City of Lynn Haven at 1804 Sutherland Road, not at 731 North Bay Drive in unincorporated Bay County, as the documentation in the information provided to me indicates, if it is accurate. Our City Attorney told me that Commissioner Friend claims to have an updated opinion from his private attorney regarding his meeting the requirements of our Charter, but the City Attorney also told me he has not seen this private opinion.

At this time, I am making this statement to the residents of the City of Lynn Haven; I have a City Attorney who will not offer a legal opinion on this matter to me because Commissioner Friend objects, I have questions in regard to my fiduciary responsibility in this matter to Lynn Haven residents as the City Treasurer, and I believe the concerns of residents which they have documented with information from City and County agencies deserve to be answered in the interest of transparency.

I take exception to the fact that the City Attorney was willing to write an opinion on this matter six years ago for the former Mayor Walter Kelley, and that he has been willing to write an opinion for another Commissioner on this board on at least one occasion in which I was the subject and I was certainly not informed beforehand.  The City Attorney has stated on numerous occasions that he serves the entire Commission, not any one member, yet he refused to give a legal opinion on this matter based solely on Commissioner Friend's objection.  If the Mayor of the City cannot ask for a legal opinion on a matter which could have implications on the validity of decisions made by the Commission, why do we have a city attorney?  And, if a Commissioner does not have to live in the City, then why do we have a Charter which states to the contrary?

I respectfully ask the members of this Commission, including Commissioner Friend to look at the information I was given by residents, and if you find it to be compelling, to agree as a Commission for a new legal opinion from Mr. Jackson based on the updated information, if it is accurate, in the interest of transparency and the integrity of this entire Commission.

I would entertain a motion at this time for an updated legal opinion from the City Attorney in this matter and if you choose not to ask for one, then the lack of transparency and legal answers to what I find compelling questions and documentation will rest with this Commission and not with this Mayor."

Commissioner Friend asked City Attorney if the City Charter had changed?

The City Attorney quoted the Charter regarding elected officials residing in the City saying they must be a "resident and elector of the City".

105

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 4**

Commissioner Russell stated he did not mind making a motion for the City Attorney to write another legal opinion, but he wanted to make sure however the findings came back, that the conversation and topic of Commissioner Friend's residency be put to rest and never brought up again.  The Conversation continued as to the definition of resident.

> Motion by Commissioner Russell: To approve a second legal opinion on the residency of Commissioner Friend.
> Second to the motion:  Commissioner Friend.  With the caveat that Mayor Anderson pay for the opinion if it comes back as original ruling did in favor of Commissioner Friend maintaining a residence in Lynn Haven rather than residing in Lynn Haven.

Commissioner Friend stated the reason for his caveat was that this issue had already been addressed prior to him seeking re-election in Lynn Haven. He reasoned that he paid for a private attorney to render an opinion previously, that nothing had changed and that the tax payers should not have to pay for another opinion.
Commissioner Barnes stated the entire conversation is totally absurd.
Mayor Anderson made it perfectly clear that this topic was not an attack on Commissioner Friend.
Commissioner Tinder stated she thought that it was important to the residents and to make sure the residents had a clear understanding.
Commissioner Friend stated nothing has changed.
Comments from the Commission continued about this issue.

Commissioner Friend withdrew his caveat and second the motion as originally stated by Commissioner Russell.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #4.  Commissioner's Report:**  Commissioner Russell no report.
Commissioner Tinder no report.
Commissioner Barnes stated he was happy to report that the Farmer's Market is back at Sheffield Park.  Farmer's Market is every first Saturday of the month.
Commissioner Friend reported that the City's new Code Enforcement employee is doing a good job.  He reported that he continues to meet with officials both in Tallahassee and locally looking for funding for Rails to Trails.  He attended and thanked the City for putting together the kickball league. He will be attending TPO meeting tomorrow and excited about Thursday's kick off of the Dixie Boys State Tournament.

**Item #5.  City Manager's Report:**  City Manager introduced the Business of the Quarter award. He thanked Pat Perno for all he has contributed to this community over the years especially regarding baseball sponsorships.   Ben Janke elaborated presenting Pat Perno from Beef O'Brady's the award this quarter.

106

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.  Page 5**

**Item #6.   City Attorney's Report:**  City Attorney stated his mode of operation with the Commission is to address questions from the Commission regarding their own roles or the City's role in various circumstances.  He elaborated that should a commissioner be questioning another commissioner or the Mayor he would first ask the person in question if it is ok to proceed unless he has consensus from the Commission to move in that direction.   He stated that if the Commission would like him to operate in a different fashion, upon receiving that advisory he will do so.

**Item #7. Public Commentary:**  Dale Robitaille commented regarding disappointment with the "dirty laundry" of the City being aired. Also disappointed with City Attorney's response to Mayor.

Janet Walker had questions regarding receipt of funds from Marina Bay Island. Mayor advised saying no funds have been received due to the developer's agreement not being in place yet. She stated a lack of communication between developer and the City. Mrs. Walker asked if the Mayor could have passed the gavel and seconded the motion for the splash pad to be moved to Cain Griffin Park at the prior Commission meeting.  Mayor advised that while she could have she chose not to because there would have been enough votes from the Commission to pass the motion.

Paul Lewis inquired if a Splash Pad could be put in the budget for next year for Cain Griffin Park.  Mayor advised that there was a consensus among the Commission at the last meeting to include it in the budget visioning process next year.

Bob Schultz questioned when Kinsaul Park splash pad would be complete. Mayor advised hopefully in a few weeks.  He also asked if we would host a summer concert series.  Mayor advised that due to weather we were discussing a potential fall series instead. Finally, he inquired regarding expenditures on renovations to Kinsaul Park and was informed by the Mayor and City Manager that several grants, CRA funds, some City funds as well as some individual donations all contributed to the renovations.

Richard Givens from the Lynn Haven Raiders commended the City for meeting with them and looking into the possibility of bringing the team under the City's umbrella.  The City Manager commented, looking forward to future discussions regarding bringing the Raiders on as a City team in the next budget year. Positive commentary continued from Commissioner Russel, Commissioner Friend and two other citizens, and a young woman commented on the hopes for additional athletic programs within our City.  The Mayor mentioned our current application with the Triumph Board that could potentially add $15 million dollars to the sports complex facilities.

**CONSENT AGENDA:**
**Item #8. Minutes:**                        **06/26/18 – Regular Meeting:**

|          |           |     |                    |
|----------|-----------|-----|--------------------|
|          | Motion by Commissioner Barnes:  To approve with corrections. | | |
|          | Second to the motion:  Commissioner Russell. | | |
| On Vote: | Barnes    | aye |                    |
|          | Russell   | aye |                    |
|          | Tinder    | aye |                    |
|          | Friend    | aye |                    |
|          | Anderson  | aye | Motion passed:  5-0 |

**OLD BUSINESS: NONE**

107

There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 6

**NEW BUSINESS:**

**Item #9.  Second reading of Ordinance #1056 amending Chapter 10 of Lynn Haven Code of Ordinances to add specific language to the care and control of animals including revised fee schedule.**  City Manager Michael White read Ordinance #1056 by title only.

|  | Motion by Commissioner Russell:  To approve with corrections. | | |
|---|---|---|---|
|  | Second to the motion:  Commissioner Tinder. | | |
| On Vote: | Russell | aye | |
|  | Tinder | aye | |
|  | Barnes | aye | |
|  | Friend | aye | |
|  | Anderson | aye | Motion passed:  5-0 |

**Item #10.  Second reading of Ordinance #1057 for Voluntary Annexation of Ronald W. Mowat Property Hwy. 389/390 intersection:**  City Manager White read Ordinance #1057 by title only.

|  | Motion by Commissioner Barnes:  To approve with corrections. | | |
|---|---|---|---|
|  | Second to the motion:  Commissioner Russell. | | |
| On Vote: | Barnes | aye | |
|  | Russell | aye | |
|  | Tinder | aye | |
|  | Friend | aye | |
|  | Anderson | aye | Motion passed:  5-0 |

**Item #11.  Second reading of Ordinance #1058 for the Small Scale Future Land Use Map Amendment- Mowat Property Hwy. 389/390 intersection:**   City Manager White read Ordinance #1058 by title only.

Motion by Commissioner Russell:  To approve with corrections.
Second to the motion:  Commissioner Barnes.

Comment by Brad Yount questioned if an entrance and an exit from property would be from the mentioned busy highways.  Amanda Richard advised that at this stage the City does not know those details as this is a future land use amendment rather than a development order application where we could see the actual site plan.

| On Vote: | Russell | aye | |
|---|---|---|---|
|  | Barnes | aye | |
|  | Tinder | aye | |
|  | Friend | aye | |
|  | Anderson | aye | Motion passed:  5-0 |

**Item #12.  Second reading of Ordinance #1059 National Pollutant Discharge Elimination System Regulations (NPDES) – Amending Chapter 70 of the Lynn Haven Code of Ordinances:**  The City Manager read Ordinance #1059 by title only.

Motion by Commissioner Barnes:  To approve with corrections.
Second to the motion:  Commissioner Friend.

108

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 7**

Commissioner Russell asked if this is something the City had to do?
Bobby Baker, Director of Public Works stated yes.  He also stated DEP wanted a document that had more teeth in it.
Commissioner Tinder wanted clarification that this was only for future development.
Mr. Dale Robitaille wanted to know if they City would see any future returns on this?
Mayor Anderson stated she thought so.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #13.   Approval to enter into contract with the Bay Haven Charter Academy Foundation to provide School Resource Officer services to Bay Haven Charter Academy for the 2018-2019 school year.:**  City Manager White stated that Bay Haven would be funding the Resource Officer position and his or her benefits.
        Motion by Commissioner Friend: To approve as presented.
        Second to the motion:  Commissioner Barnes.
Commissioner Tinder asked how much this would cost?
Commissioner Barnes commented that the amount is stated in packet at $93,000.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

**Item #14.  Approval to appoint Mr. Dale Robitaille to the Infrastructure Half Cents Surtax Oversight Committee to replace Jennifer Vigil.**
        Motion by Commissioner Tinder: To accept appointment as presented.
        Second to the Motion:  Commissioner Friend.

| On Vote: | Tinder | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Barnes | no | |
| | Russell | no | |
| | Anderson | aye | Motion passed 3-2 |

**Item #15.  Approval of a Gift Agreement from Chief Gary Keel and Rescue Chief Vicky Keel to the City of Lynn Haven:**
City Manager gave history of the truck. He expressed Chief and Rescue Chief Keels hopes for the City to restore and showcase the fire truck at various City functions. City Manager relayed the staff recommendation for approval of the agreement as presented.
        Motion by Commissioner Russell: To approve Gift Agreement as stated

109

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 8**

Second to the Motion:  Commissioner Friend

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

Barnes commented on sentimental value of the truck. Mayor Anderson congratulated Mr. White for initiating the agreement.

**Item #16.  The approval of Task Order #4 for the City of Lynn Haven Half Cents Sales Tax Design Build Contract for Phoenix Construction:**

City Manager explained that as 390 expansion project continues it will be necessary to move some of the City utilities out of right of way's.  He said it is a $1.9 million dollar project that FDOT will be contributing to as well.  This task order is to complete this ongoing project which the Mayor noted will begin in the Fall of 2018/Spring 2019.

Motion by Commissioner Barnes:  To approve as presented.

Second to the motion:  Commissioner Russell.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

**Item #17.  Adjourn.**

There was no further business to discuss and the meeting was adjourned at 7:09 pm.

**APPROVED THIS**_____*12th*_____**DAY OF**____*July*____**2018.**

Margo Deal Anderson, Mayor

**ATTEST:**

Michael E. White, City Manager

Prepared by Vickie Gainer

110

There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 9

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS

ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

*NOTICE*

### CITY COMMISSION MEETING
### TUESDAY, JUNE 12, 2018 – 4:00 P.M.
### MID YEAR BUDGET WORKSHOP – 3:00
### THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
   A. Employee of the Month
   B. Supervisor of the Quarter
4. Commissioner's Report
5. City Manager's Report
6. City Attorney's Report
7. Public Commentary

**CONSENT AGENDA:**
8. Minutes:          05/22/2018 – Regular Meeting
   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
9. Splash Pad Discussion for Cain Griffin Park.

**NEW BUSINESS:**
10. Approval to authorize the disposal of four surplus vehicles and equipment.
11. Discussion and possible action regarding approval of Development Order to construct a Tyndall Federal Credit Union drive thru located on Highway 77. **(Quasi-Judicial Public Hearing)**
12. First reading of Ordinance #1056 amending Chapter 10 of Lynn Haven Code of Ordinances to add specific language to the care and control of animals including revised fee schedule.
13. First reading of Ordinance #1057 for Voluntary Annexation of Ronald W. Mowat Property Hwy. 389/390 intersection.
14. First reading of Ordinance #1058 for the Small Scale Future Land Use Map Amendment-Mowat Property Hwy. 389/390 intersection.
15. First reading of Ordinance #1059 National Pollutant Discharge Elimination System Regulations (NPDES) – Amending Chapter 70 of the Lynn Haven Code of Ordinances.
16. Resolution 2018-05-713 adopting the City of Lynn Haven's Animal Shelter Volunteer Handbook.
17. Resolution 2018-06-714 Amending the Adopted General Fund, Community Redevelopment Agency and The Approved Enterprise Fund Budgets for Fiscal Year 2017-2018.

112

18.    Approval of Charles "Buddy" Bonvillain to the Beautification Board.

19.    Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 1

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, JUNE 12, 2018**
**4:00 P.M.**

**Present:**    Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

**Item #1.  Call to order:** By Mayor Anderson at 4:00 PM.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Mr. Leon Miller and the pledge followed.

**Item #3. Mayor's Report:** Mayor Anderson thanked all City staff for their tremendous efforts and success with the Hermit Crab Festival. She reported that she sat in on several paving meetings learning about the complexities of locating problems in underground pipes, sewer issues, lining pipes and all the efforts required in engineering and planning for these types of services. She reported a great job is being done. She met with the City Manager regarding the mid-year budget and is very pleased with all he and the staff are doing to lead the city forward. She emphasized the great deal of public compliments that continue coming in regarding how nice the City is looking and said it continues to be her honor to serve as Mayor. She reported a trip to Tallahassee to recruit some help pushing forward some funding as well as a meeting with a group of businessmen regarding the possibility of a small municipal airport in Lynn Haven.

Mayor Anderson asked for a motion to add and item to the agenda.  Item #19 will be approval to close 5th Street from Tennessee to Montana on July 4th.

Motion by Commissioner Friend:  To Approve as presented.

Second to the motion:  Commissioner Russell

| | |
|---|---|
| Friend | aye |
| Russell | aye |
| Tinder | aye |
| Barnes | aye |
| Anderson | aye |

Motion passed:  5-0

**Item #4. Commissioner's Report:** Commissioner Russell reported a busy week. He asked us to keep the young man from Mowat Highland's in our prayers. He also commented on the success of the Hermit Crab Festival and reported citizens requesting more City sponsored events. He reported that the Splash Pad was coming along nicely and that he took a tour of the Bay County EOC building commenting that it was quite an impressive facility.

Commissioner Tinder reported that her long time neighbor Libby Tunnell's ditch problem continues, which propagates mosquitos but stated she was able to get some relief from the Bay County Mosquito agency. She reported being on vacation and that she was glad to be home.

Commissioner Barnes reported attending the ground breaking ceremony at Lynn Haven's new Bayou Park and Preserve expressing his excitement regarding it. He played in a golf tournament

114

**There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 2**

sponsored by Gents, Inc. which raised over $10k for scholarships to local Bay County students. Commissioner Friend followed up on Commissioner Tinder's comments stating Bay County Mosquito control is running behind treating mosquito's this year but will come out and treat a pool that's green and breeding mosquitos.   He commented on leading the Lynn Haven Elementary School tours through City Hall and the mock Commission meetings. He echoed the success of the Hermit Crab Festival. He attended MPOAC meeting reporting that those meetings give him the opportunity to meet with other representatives across the state and other federal representatives. He reported getting ideas therein for funding for Rails to Trails.   Finally, he reported being honored to participate in First Baptist Church of Lynn Haven's new education building for the children.

**Item #5.   City Manager's Report:** Amanda DeLonjay was named employee of the month and Ramona Bibbs awarded supervisor of the quarter.   The City Manager complemented both employees on a job well done. He reported that the City went live with the Bay County radio system allowing our police force to see all the county records as well as saving the City $90,000 per year. He echoed Commissioner Barnes regarding the groundbreaking of the Lynn Haven Park and Preserve stating that it would be about a 21-month project that will provide our City's families ample opportunity to share community activities as well as educate our children. He recognized Lauren's outstanding job on the Hermit Crab festival and reported that both the customer service center and the dog park at Kinsaul Park should be up and running by the first of July. He also mentioned meeting with several builders and developers commenting that Lynn Haven continues to be a desirable place to work and live.

**Item #6.   City Attorney's Report:   No report**

**Item #7.   Public Commentary:** Leon Miller asked about the 17th Street turn lane. The City Manager explained that it was still in the works and tied in with the golf cart crossing. Mr. Miller also asked about the widening of Hwy 390.   The Mayor explained that the widening on the east side of Hwy 77 has been postponed indefinitely due to $35 million project deficit and that they are about 18 months out regarding the utilities replacements along the curve in the area leading into Lynn Haven.

**CONSENT AGENDA:**

**Item #8. Minutes:**               **06/12/018 – Regular Meeting:**

Commissioner Friend two corrections under his report.   Change 'NPOAC' to "MPOAC" and change "them" to the "Commissioners and the Mayor."

Motion by Commissioner Barnes:  To approve with corrections.
Second to the motion:  Commissioner Russell.

| On Vote: | | |
|---|---|---|
| | Barnes | aye |
| | Russell | aye |
| | Tinder | aye |
| | Friend | aye |
| | Anderson | aye |

Motion passed:  5-0

There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 3

OLD BUSINESS:

Item #9.   Splash Pad Discussion for Cain Griffin Park. Mayor Anderson noted that the equipment for the splash pad had arrived and is ready to be installed.  Public discussion was opened regarding placement of splash pad.

> Motion by Commissioner Tinder:  To move the splash pad to Cain Griffin Park. No second. Motion died.

Public question came from Coral Daniels asking size of splash pad and if it will eliminate other existing facilities at the park.

Mayor Anderson informed the size being approximately 2000sq feet and stated it would not eliminate or replace any current facilities.   Leon Miller publicly recalled past discussion regarding splash pads being placed at Kinsaul and Cain Griffin Park. He stated he didn't understand why the location is now being changed.  He directed commentary to Commissioner Russell and the Mayor reminded him to please address entire Commission. Mr. Miller stated his disapproval and the disapproval of the citizens in the neighborhood with the idea that the splash pad would be at the Sports Complex.

Commissioner Russell stated that today he feels Cain Griffin is the best place for the second splash pad but that in the initial discussions over a year ago he agreed to a compromise with the commission regarding placing one pad at the Sports Complex and one at Kinsaul Park.  He stated was not comfortable changing his decision without consensus from Commissioner Friend. Mayor Anderson commented affirming those original discussions and agreements within the Commission but stated that later further information came in regarding citizens requesting the pad on the east side of Highway 77 as well as a water quality report revealing that the water at the Sports Complex was from the County while the water in Lynn Haven is well water which would do less damage in terms of deterioration to the filter system of the splash pad making Cain Griffin a better placement. Additionally, the possibility of the children at the sports complex coming in after ball games in cleats and muddy outfits presents potential damages to the system as well. Mayor Anderson stated her opinion that this additional information is worthy of consideration and discussion by the Commission and should not render a past decision immovable.

Mrs. Libby Tunnell and Dale Robitaille, all spoke voicing their opinion in favor of the splash pad being placed in Cain Griffin Park.

Commissioner Friend stated he pushed for placement of the splash pad at the Sports Complex because he believes it will have more community coverage in that area.  He also feels the cleanup issues will be the same no matter where the pad is located.  He stated he will be the first to ask for a third splash pad in the next budget year. Discussion continued. Finally, the Mayor and others voiced public disappointment with the Commission regarding this issue.

NEW BUSINESS:

Item #10.  Approval to authorize the disposal of four surplus vehicles and equipment:  City Manager White stated that the four vehicles recommended were all surplus and could not be fixed or reused.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion: Commissioner Barnes.

On Vote:   Friend        aye
           Barnes        aye

116

There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 4

|  |  |  |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed:  5-0 |

**Item #11.   Discussion and possible action regarding approval of Development Order to construct a Tyndall Federal Credit Union drive thru located on Highway 77(Quasi-Judicial Public Hearing) :** Attorney Rob Jackson stated that item #11 is a quasi-judicial hearing and all affected parties were sworn in by the City Attorney.  City Planner Amanda Richard and two engineers were sworn in by the City Attorney.  There were no ex-parte communications by the Mayor/Commission.   City Planner Amanda Richard gave background information on the development order, including a map of the parcel. She listed the people involved in the project so far as being Jamie Wes Goodman as the applicant, the agent is Jeffrey Peterman P.E., the project engineer is Panhandle Engineering LLC, and the reviewing engineer is Dewberry. The address of the parcel is 3106 and 3116 Highway 77.  She stated that a drive thru would be built on the west side of the property and behind that would be a landscaped park around an existing pond.  There would also be an amphitheater and pavilion constructed in the park. Lastly, there would be a connection made from the drive-thru to the large Tyndall complex on the property located to the east.

Attorney Jackson stated that the applicant is still trying to work out with Grease Pro the actual scope of the entrance and the easement.  He recommended that the development order be a conditional approval upon the applicant working out the actual scope of the entrance and the easement with Grease Pro and that the permit being issued by DOT eventually be okayed.

Commissioner Tinder asked about the amphitheater. The City Planner said it would be small and serve for functions held by the local businesses.

Commissioner Barnes asked if the pond would be affected in any way. The City Planner replied that it would be tidied up and made larger to hold stormwater.

> Motion by Commissioner Friend:   To approve the development order conditionally on the City Attorney's recommendation, that the development order a conditional approval upon the applicant working out the actual scope of the entrance and the easement with Grease Pro and that the permit being issued by DOT eventually be okayed.
> Second to the motion: Commissioner Barnes.

|  |  |  |  |
|---|---|---|---|
| On Vote: | Friend | aye | |
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

**Item #12.   First reading of Ordinance #1056 amending Chapter 10 of Lynn Haven Code of Ordinances to add specific language to the care and control of animals including revised fee schedule:**   The City Manager read Ordinance #1056 by title only.

117

There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 5

**Item #13.  First reading of Ordinance #1057 for Voluntary Annexation of Ronald W. Mowat Property Hwy. 389/390 intersection:**  The City Manager read Ordinance #1057 by title only.

**Item #14.  First reading of Ordinance #1058 for the Small Scale Future Land Use Map Amendment- Mowat Property Hwy. 389/390 intersection.**  The City Manager read Ordinance #1058 by title only.

**Item #15.  First reading of Ordinance #1059 National Pollutant Discharge Elimination System Regulations (NPDES) – Amending Chapter 70 of the Lynn Haven Code of Ordinances:**  The City Manager read Ordinance #1059 by title only.

**Item #16.  Resolution 2018-05-713 adopting the City of Lynn Haven's Animal Shelter Volunteer Handbook:**  City Manager White stated that the Animal Shelter's has lots of requests for people wanting to volunteer, but they City wanted to make sure those volunteers understood the policies that protect the City and the volunteer.  The City Manager read Resolution # 2018-05-713 by title only.

        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

**Item #17.  Resolution 2018-06-714 Amending the Adopted General Fund, Community Redevelopment Agency and The Approved Enterprise Fund Budgets for Fiscal Year 2017-2018:**  Mayor Anderson stated that the Commission did go over the mid-year budget at the workshop before the Commission meeting today.  She asked if there were any questions. None from the public. The City Manager read Resolution # 2018-06-714 by title only.

        Motion by Commissioner Friend:  To approve as presented.
        Second to the motion:  Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

**Item #18.  Approval of Charles "Buddy" Bonvillain to the Beautification Board:**
        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  Commissioner Tinder.

| On Vote: | Russell | aye |
|---|---|---|
| | Tinder | aye |
| | Barnes | aye |

118

**There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 6**

|  | Friend | aye |  |
|  | Anderson | aye | Motion passed 5-0 |

**Item #19.  Close 5th Street on July 4th from Tennessee to Montana:**

| | Motion by Commissioner Barnes:  To approve as presented. | | |
| | Second to the motion:  Commissioner Friend. | | |
| On Vote: | Barnes | aye | |
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

There was no further business to discuss and the meeting was adjourned at 6:45 pm.

**APPROVED THIS**_____26_____**DAY OF**___June___**2018.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

119

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

## *NOTICE*

### CITY COMMISSION MEETING
### TUESDAY, MAY 22, 2018 – 6:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1.  Call to order
2.  Invocation/Pledge of Allegiance
3.  Mayor's Report
    A. Proclamation: Bike Month
4.  Commissioner's Report
5.  City Manager's Report
6.  City Attorney's Report
7.  Public Commentary

**CONSENT AGENDA:**

8.  Minutes:          05/08/2018 – Regular Meeting
    **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**

9.  Second reading of Ordinance #1055 adopting an administrative procedure for handling whistleblower act complaints.

**NEW BUSINESS:**

10. Approval to name the Grand Marshal for the City of Lynn Haven July 4th Parade.
11. Approval to accept the transfer of the Garden Club Property back to the City of Lynn Haven.
12. Approval to set a workshop date to review the RFQ for Auditing Services.
13  Approval to name the dog park the "Bark Park" at Kinsaul.
14. Adjourn

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE STATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

120

City Commission Meeting Minutes, May 22, 2018.  There was no workshop before the Commission meeting.   Page 1

### CITY COMMISSION MEETING MINUTES
### TUESDAY, MAY 22, 2018
### 6:00 P.M.

| Present: | Margo Deal Anderson, Mayor |
| | Rodney Friend, Mayor Pro Tem/Commissioner |
| | Antonius G. Barnes, Commissioner |
| | Dan Russell, Commissioner |
| Absent | Judy Tinder, Commissioner |
| | Michael E. White, City Manager |
| | Robert C. Jackson, City Attorney |
| | Officer Kaitlyn Anglin |

**Item #1.  Call to order:** By Mayor Anderson at 6:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Mayor Margo Anderson and the pledge followed.

**Item #3.  Mayor's Report:** Mayor Anderson read the Bike Month proclamation. She asked that Jeff Wirrick and Commissioner Friend come up and accept the Proclamation along with a photo opportunity.   The Mayor's activities and meetings have been extensive, she attended a Mother's Day Brunch with her mom, she met with the City Manager on different occasions, May 14 she had her second eye surgery, Monday, May 21 she attended the contractor's meeting along with Panhandle Engineering and got an update on the half cents sales tax, she visited the Splash Pad, on 7th Street in Lynn Haven, they have completed capacity by 300,000 gallons a day, this is good news.  She met with the news media.  She congratulated the City Staff on a well-run concert series in the Sheffield Park
Mayor Anderson asked for a motion to excuse Commissioner Tinder from the meeting who is on vacation.

| | Motion by Commissioner Friend:  To approve as presented. | | |
| | Second to the motion:  Commissioner Russell. | | |
| On Vote: | Friend | aye | |
| | Russell | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #4.  Commissioner's Report:** Commissioner Friend met with City Manager White on several items. He thanked the City Manager for being so accommodating to meet with him. He attended Mosely's Senior Recognition program.  Over $4 million in scholarships were given away.  He will be attending the NPOAC in Orlando in June. He will be giving tours to Lynn Haven Elementary School on Thursday, May 24.  This is something he hosts every year.  The student's tour City Hall, experience a mock Commission Meeting and then have lunch in the park.  It is always lots of fun and he invited them to attend.
Commissioner Barnes spoke about the right-away issue on 8th and Delaware. He has already spoken to the City Manager about it and he is taking care of it.  He also congratulated the of all the High School seniors.
Commissioner Russell reported that the ditch issue next to Publix has hit a bump in the road.  The numbers for this project came back higher than he expected--$70K-$80K.  He stated that

121

**City Commission Meeting Minutes, May 22, 2018.  There was no workshop before the Commission meeting.   Page 2**

he would see if this could be put in the budget for next year.  He stated that he had some citizens contact him about the recycling center at the Recreation Center.  People are driving up on the grass to drop off items.  He also has had parents contact him about having a police officer at the sports games to maybe detour boisterous parents.  Lastly, he was concerned about the events happening on the Florida Ave.  He stated he did not want a vote, but to consider his statements for food for thought.  He explained that he would like the Commission to consider allowing the businesses to form a coalition to take on the events on Florida Ave.  He said he asked this question last meeting about who were the events for, the citizens or the businesses?  If they are for the citizens, then the City needs to consider moving the events to Sheffield Park, where we now have a wonderful amphitheater, this cuts down on renting a stage and closing down streets, it just saves the City money altogether.  If not, the businesses on Florida Avenue should consider taking on the one or two events for themselves.  He stated we should consider having this discussion put on the agenda for the next meeting.

Mayor asked if Commissioner Russell and the rest of the Commission would be okay adding this topic to the agenda for the next Commission meeting.

Commissioner Friend stated that he wanted to look at all events that the City is sponsoring and see where we are financially with these events.  Maybe looking at these events at mid-year budget.  He said he is also okay with a discussion at the meeting as well.

Commissioner Russell stated he is fine with discussing this topic at the mid-year budget review.

Mayor Anderson stated that we could have this discussion at the mid-year budget review when the City Manager has a chance to pull together information and numbers about the events.

**Item #5.  City Manager's Report:**  City Manager White stated that he attended the Beautification Board meeting.  They elected officers and discussed code enforcements issues, and beautifying the City of Lynn Haven.  He explained that the code enforcement employee has some health problems that limits him in some areas. He expounded that the City has posted an additional Code Enforcement position which would allow the current employee to be in the office to assist more with the permitting load, accommodating both our employees and the Lynn Haven citizens.  He stated that the ½ cent surtax committee also met.  He noted that only two members were present.  He explained that they went through their agenda but were unable to vote on anything due to a quorum not being present. The committee was very appreciative of all the City and Commission has done in utilizing these monies.  One of the board members, Jennifer Vigil will be moving out of Lynn Haven and will need to be replaced on the committee.  Mayor Anderson stated that she was glad the beautification board was meeting again and was grateful for what was being done regarding the code enforcement situation.

**Item #6.  City Attorney's Report:  No report**

**Item #7.  Public Commentary:**  Janet Walker asked the City Manager for clarification on two of his report items.  She asked if our Code enforcement employee is out sick? City Manager explained that he is out on intermitted FMLA due to a bad back. Janet Walker wanted to know if the City would be hiring a new person?  City Manager re-stated that he would be hiring an additional person to help out with the code enforcement portion of the job so that the current code enforcement officer can help out in the office with increasing permitting workload.  She also wanted clarification on the half cents surtax comments regarding someone being replaced. The City Manager re-stated that one member of the surtax committee members was moving out of the Lynn Haven and would need to be replaced.  He stated that he thinks Commissioner Tinder may have appointed the member who is moving so she would need to appoint a new member.

122

**City Commission Meeting Minutes, May 22, 2018. There was no workshop before the Commission meeting.   Page 3**

**CONSENT AGENDA:**
**Item #8. Minutes:**                         **05/22/018 – Regular Meeting:**
Commissioner Friend stated he misspoke on the last meeting about the selection of TPO architect.   He asked that the minutes be corrected to say that the committee selected an architect and he was appointed to negotiate with the architect, rather than, he would be selecting the architect.

> Public Commentary from Mr. Walker corrected regarding Leon Miller being referred to as a commissioner. Mayor instructed that once you have an elected title you generally keep that even after your term is over. So this is correct as well.

> Motion by Commissioner Russell:  To approve with corrections.
> Second to the motion:  Commissioner Friend.

On Vote:    Russell        aye
            Barnes         aye
            Friend         aye
            Anderson       aye                Motion passed:  4-0

**OLD BUSINESS:**
**Item #9.  Second reading of Ordinance #1055 adopting an administrative procedure for handling whistleblower act complaints.**   City Manager read the Ordinance by title only.

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion:  Commissioner Russell.

On Vote:    Barnes         aye
            Russell        aye
            Friend         aye
            Anderson       aye                Motion passed:  4-0

**NEW BUSINESS:**

**Item #10.  Approval to name the Grand Marshal for the City of Lynn Haven July 4th Parade:**  Commissioner Russel commented that he has had some conversations regarding this and likes the idea of Leon Miller as an option.  He mentioned that the Mosely varsity baseball team was playing district championship game against Clay county at 7pm this evening and invited everyone to come out and watch.  He stated that if they won tonight it would put them in the final four playoffs and suggested that if they win, the entire team be the Grand Marshal of the parade. He understands that will involve postponing the vote until after the playoffs. Mayor Anderson stated she really liked the idea of former Commissioner Leon Miller being Grand Marshal and affirmed the baseball team as a good option as well.  Commissioner Barnes commented that since we recently named the Amphitheatre after Commissioner Schad it would be appropriate if he was named Grand Marshal.

> Motion by Commissioner Barnes:  Mosley Varsity Baseball team for Grand Marshal if they win and Roger Schad if the team does not win.
> Second to the motion:  Commissioner Russell.

On Vote:    Barnes         aye
            Russell        aye
            Friend         aye
            Anderson       aye                Motion passed:  4-0

123

City Commission Meeting Minutes, May 22, 2018.  There was no workshop before the
Commission meeting.   Page 4

**Item #11.  Approval to accept the transfer of the Garden Club Property back to the City
of Lynn Haven:**   City Manager White explained that Garden Club could no longer afford the
upkeep of the property.  He pointed out the Warranty Deed is in the package that assigned the
building and property back over to the City.

> Motion by Commissioner Friend: To accept the transfer of the Garden Club
> property back to the City.
> Second to the motion: Commissioner Russell.

Commissioner Russell asked how the property would be used or if it is something we need to
consider surplus.  City Manager suggested we retain the property as it is in a favorable location
at the entrance to the City.  He also mentioned the building needed some renovations and could
potentially be rented out as a small banquet hall as it could hold around 63 people. Commissioner
Russell doesn't like the idea of the City being in competition with other businesses in the area
that also host events. The City manager agreed regarding not competing with local businesses
and stated that the City is also investigating a grant to help build a commercial kitchen there to
potentially feed employees in cases of an emergency. Russell asked if it could possibly be used
as the City EOC but City Manager stated it is too close to the water. Commissioner Barnes
commented that he would like to see the City keep the property due to its historical value. He
suggested its used for additional meeting space for potentially the vision upcoming process and
workshops. Mayor Anderson commented she would like to see the property remain City owned
as well and noted the long history as the Garden Club.  She stated she would like to see the
Garden Club be allowed to continue meeting there at no charge and even retain the name.  She
suggests having some other boards meet there instead of at the library as well. Arlene Harris
from the public commented that she would like to see the property remain with the City.  She
sees its location as the entry way into the city is prominent and views it as an asset to the City.
She also commented that she appreciated Commissioner Russell's comments regarding the
competition with other facilities but stated that the Garden Club always rented and that she knew
the City would upgrade the facility.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed 4-0 |

**Item #12.  Approval to set a workshop date to review the RFQ for Auditing Services:**
Commissioner Barnes stated that he was under the impression that after the audit came in at that
point we were going to determine if we needed to send out a RFQ. City Manager says that the
RFQ is done in case the Commission wants to go over it or review it during the workshop. He
stated that he and the Deputy Clerk were trying to be proactive to go ahead and get the
workshops scheduled. Commissioner Barnes stated he thought we needed to wait until the
current audit is complete if the City sends out an RFQ. Mayor Anderson disagreed.  She re-
stated as at last Commission meeting that we are paying around $242,000 for auditing services
for five audits and have not done a RFQ for decades.  She felt that we could potentially procure
services at a much more cost effective rate and is ready to move forward with setting a date for
a workshop.

124

**City Commission Meeting Minutes, May 22, 2018. There was no workshop before the Commission meeting.   Page 5**

Commissioner Friend asked the City Manager/City Attorney if our current contract allows for renegotiation with our current auditors or if we have to go RFQ/RFP route. City Attorney thinks it's a continuing services contract. Commissioner Friend said we owed it to the Mayor to check into this. Mayor Anderson said we owed it to the public.  Commissioner Friend stated he is ok with setting meeting at future date but does not like the timing in the middle of the City's current audit.  He is not sure what signal that will send to them.  Mayor Anderson stated that we are not in the business of trying not to hurt someone's feelings this is strictly business, trying to find the best services at the best price for the citizens of Lynn Haven.  She stated that this is strictly business.  Commissioner Friend stated that he agrees regarding business practices but feels the timing is also bad due to that fact that we have a relatively new Deputy Finance Director and City Manager.  He feels the auditors lend stability to the process as they have been doing Lynn Haven's audits for 20 years. The Commission asked for some dates after the budget. City Manager said potentially in August. Commissioner Friend recognized that this won't allow time for RFQ with audit beginning in September. Mayor Anderson again stated the importance of addressing this issue.  No Motion was made.  Mayor voiced her disappointment.

### Item #13.  Approval to name the dog park the "Bark Park" at Kinsaul:

|  |  | |
|---|---|---|
|  | Motion by Commissioner Friend:  To approve as presented. | |
|  | Second to the motion: Commissioner Russell. | |
| On Vote: | Friend | aye |
|  | Russell | aye |
|  | Barnes | aye |
|  | Anderson | aye |

Motion passed:  4-0

### Item #14.  Adjourn.

There was no further business to discuss and the meeting was adjourned at 6:45 pm.


**APPROVED THIS** _____12th_____ **DAY OF** ___June___ **2018.**


_____
Margo Deal Anderson, Mayor


**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer


125

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

*NOTICE*

## CITY COMMISSION MEETING
## TUESDAY, MAY 8, 2018 – 4:00 P.M.
## THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
   A. Employee of the Month.
6. City Attorney's Report
7. Public Commentary

**CONSENT AGENDA:**

8. Minutes:         04/24/2018 – Regular Meeting
   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS: NONE**

9. Second reading of Ordinance #1054 amending Ordinance #1040 to include background checks for The Animal Control Shelter volunteers.

**NEW BUSINESS:**

10. Approval to Implement a Multi-Modal Mobility Plan Fee Schedule.
11. Approval for Phoenix Construction Task Order for Slip Lining Stormwater pipes.
12. Approval for Resolution 2018-05-711 to amend the Rails to Trails grant deadline to June 2019 instead of June 2018.
13. Approval to appoint Pat Perno to the City of Lynn Haven's Beautification Board.
14. First reading of Ordinance #1055 adopting an administrative procedure for handling whistleblower act complaints.
15. Approval of the Traffic Safety Committee three recommendations to place a 3-Way stop on Floyd Drive and place additional patrol on 16th Street and Massachusetts and 19th and Missouri.
16. Approval to establish a name for the roadway from Highway 77 into Pinnacle Apartments, "Hammock Square Drive."
17. Approval to name the alleyway from 26th Street into "Hammock Square Drive" "Maulden Way," and to establish a speed limit of 15 MPH in the alleyway of the stated name.
18. Approval of Resolution 2018-05-712 through a Joint Participation Agreement between The State of Florida Department of Transportation and the City to complete work along 17th Street from east of Alabama Avenue to west of SR 77 in Lynn Haven, FL.
19. Adjourn

126

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH PURPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE STATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

127

City Commission Meeting Minutes, May 8, 2018.  There was no workshop before the
Commission meeting.   Page 1

### CITY COMMISSION MEETING MINUTES
### TUESDAY, MAY 8, 2018
### 4:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

**Item #1.  Call to order:** By Mayor Anderson at 4:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Mr. Leon Miller and
the pledge followed.
Mayor Anderson asked for a motion to excuse Commissioner Friend to participate by phone.
Motion by Commissioner Russell:  To approve as presented.
Second to the motion: Commissioner Tinder.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

Mayor Anderson asked for a motion to excuse Commissioner Barnes who has been held up at work
because of the FSA testing.
Motion by Commissioner Russell:  To approve as presented.
Second to the motion: Commissioner Tinder.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #3.  Mayor's Report:** Mayor Anderson attended a meeting with other Mayors at Gulf
Coast State College that was sponsored by the Bay County Board of Realtors where she got a
chance to talk about Lynn Haven and about our business development she also spoke with
several residents concerning the ditches and the work that is being done in Lynn Haven and
Hwy 77. We are very excited about the work that is being done. She met with the Community
Services Department on upcoming events, and with the City Manager on several items and
attended the Bay County TPO Meeting.  It looks like there are going to be delays before the
eastside of  Highway 77 and the four lane project of Hwy 390 is finished.  It will cost $35
million for the purchase of easements, that FDOT is saying they don't have.  We have to stay
on top of this. The Splash Pad is moving along nicely; the equipment should arrive in about
two weeks.  She has been doing some research about the second placement of the Splash Pad
at Cain-Griffin Park.  She feels strongly that it should be at Cain Griffin Park.  She feels that
many children in and around Cain-Griffin park would benefit more having the Splash Pad in
old town Lynn Haven.  Many of the children's parents are single family parents who can't
afford, or don't have the opportunity to travel to the Sports Complex. The Splash Pad would
benefit the community and the children. Lastly, Mayor Anderson stated she has been looking
through the expenses of the City for Legal and Auditing Services for the past five years.  She

128

**City Commission Meeting Minutes, May 8, 2018. There was no workshop before the Commission meeting.   Page 2**

asked for the invoices and total amount for these two services for the past five year. Carr, Riggs and Ingram have charged the City $242,904 for five audits. She stated this maybe a reasonable amount, she is not sure, but asked that the Commission consider putting this service out to bid.  Next she looked at the invoices for Harrison, Sale and McCoy that total $821,414 over five years.  This averages out to about $164,000 a year over five years.  The Mayor asked that the Commission take this into consideration in the future.  She has been looking into cities that have in-house legal counsel and the average salary is about $80,000 a year, as opposed to money we are paying out per year.  This is something the Commission needs to consider having a workshop on and discussing.

**Item #4.  Commissioner's Report:**  Commissioner Tinder stated she spoke with Mr. Clubs, and would like the request from Mr. Clubs, about the airport runway to come to fruition.  The runway would go behind the Deerpoint Elementary School to accommodate 5,000 feet of run way.  Mr. Clubs suggested making it a private runway and make that an industrial area.   She feels this could bring a lot to Lynn Haven, including boosting the economy.  Commissioner Tinder was approached from someone from General Dynamics.  She worked there years ago when it was Sallie Mae.  They are the largest employer in the Lynn Haven.  They are going to be hiring more people because they have been awarded the Medicare contract.   General Dynamics would like some help with an employment drive.  A resident on the Colorado Avenue spent $3,000 on landscaping which was scheduled to begin Friday.  She came home and discovered some work being done in her area on the pipes, which meant she had to stop her project.  She asked that residents be notified when work is being done in their areas.  She would like to see if there is any way we can notify the residents when work of this nature is being done in neighborhoods. She will be absent from the next meeting.

Commissioner Russell stated he was asked to attend a coaches meeting last week with the Director of Community Services, David Horton and Recreation Coordinator, Taylor Holmes and coaches.  He believes he was asked to attend because he has been very active in the league over past few years.  There are growing pains when things change, but it will all work out.  Citizens are concerned about the speeding in the alleyway off of 26th Street.  This is a private road.  City Manager is working on this.  He mentioned that item#10 is on the agenda concerning impact fees.  He is against imposing additional impact fees on citizens.  He met with City Manager White and Director of Planning and Development Amanda Richard.  The average cost is $8300 for a new home permit.  Out of this money 82% is in fees/impact fees.  It's a hard argument.  He stated we are growing in Lynn Haven and it's a great argument either way.  Lynn Haven's fees are higher than Panama City and Panama City Beach.  We need to look at the number in the future.

Commissioner Friend by phone thanked the City for the ability to accommodate him.  He also said he is in a limited phone connection and if the call is dropped, please don't waste the time to reconnect.  The TPO committee has created a sub-committee to do some architect on the trolley transit yard, the sub committee appointed Commissioner Friend to select the architect that will do the work.  He planted trees for Arbor Day at Kinsaul Park, and thanked the employees for their hard work to keep Lynn Haven a Tree City, he also attended Lynn Haven Elementary celebration of Arbor Day and read the proclamation.  He will be meeting with Mr. Leon Miller about the Splash Pad.

**Item #5.  City Manager's Report:**  City Manager White recognized the employee of the year, Derek Rizzuto, he is primarily responsible for the City having great drinking water.  He asked Greg Kidwell, his supervisor to come up and say and few words.  The dog park fence will be installed by Friday including some concrete.  Deputy Chief Ramey has been helping him secure prisoners from Bay County, to help clean the shoreline in that area.  The equipment is here so the prisoners can do the work.  Marina Island has pulled out the development agreement for

129

**City Commission Meeting Minutes, May 8, 2018. There was no workshop before the Commission meeting.   Page 3**

now.  If they want to put it back on the agenda, they will have to have two readings again.  The Lynn Haven Bayou Park Reserve, the City's 98-acre park near Deerpoint Elementary School groundbreaking will be at the end of this month.  He and staff met with the Garden Club and they are going to turn the property back over to the City.  He has been working with commercial businesses to bring more jobs to the City.  The Block Party will be Saturday night and the concert series in the park with The Shepherds will be Friday night.

Mayor Anderson commended the City Manager and staff on the success of the concert series, people are enjoying it tremendously and she thanked the City Manager for following through with a request to secure the inmate program so that the City staff does not have to work the current employees so hard.

**Item #6.  City Attorney's Report:  No report**

**Item #7.  Public Commentary:**  Janet Walker explained that the builder who is building the two houses across the street from her violated the City Code by beginning construction at 6am instead of after 7am.  She stated she spoke with the workers and they stated they were behind schedule.  She made them aware that there is a Code that prohibits noise before 7am.  The builder stated he went to the PD station and spoke with a PD officer who stated it was alright to begin work before 6am.   She stated that is unacceptable, and asked if it is okay for a builder to go to the Police Officer, at their home, calling them on phone or at the police station to get permission to start early?

Mayor Anderson answered that it is not okay.

Libby Tunnell got up and spoke stating there needs to be a Splash Pad at Cain Griffin Park.  She said the park should go where the children are and that she would like to see it at Cain-Griffin.  She stated that kids don't have anything to do and could not travel all the way to the Sports Complex.

Mr. Miller asked that the Commission consider putting a Splash Park in Cain Griffin Park.  He stated there is little for the kids to do in summer and the activities at the Sports Complex are too far for those kids to travel.  He also stated that there are some new townhomes coming in across from the park with more families and children. The City needs to consider what activities these families will have at Cain-Griffin.  That side of town need something for the kids to do to keep them out of trouble.

**CONSENT AGENDA:**
**Item #8.  Minutes:                    04/24/2018 – Regular Meeting:**

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Russell:  To approve as presented. | | |
|  | Second to the motion: Commissioner Tinder. | | |
| On Vote: | Russell | aye | |
|  | Tinder | aye | |
|  | Friend | aye | |
|  | Anderson | aye | Motion passed:  4-0 |

**OLD BUSINESS:**
**Item #9.  Second reading of Ordinance #1054 amending Ordinance #1040 to include background checks for The Animal Control Shelter volunteers.**   City Manager read the Ordinance by title only.

Motion by Commissioner Tinder:  To approve as presented.
Second to the motion:  Commissioner Russell.

130

**City Commission Meeting Minutes, May 8, 2018. There was no workshop before the Commission meeting.   Page 4**

Arlene Harris wanted to know who would pay for the background checks.  The City Manager acknowledged that the City would cover this cost.

Mayor stated she know there is some money involved in this, but there is not enough money

| On Vote: | Tinder | aye | |
| --- | --- | --- | --- |
| | Russell | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

## NEW BUSINESS:

### Item #10.  Approval to Implement a Multi-Modal Mobility Plan Fee Schedule.:

Commissioner Russell stated in his opening remarks that he is not a fan of mobility fees.  He stated that while he agreed with some of the fees, there are some he has a problem with.  He gave examples of restaurants sizes.  He stated that some of the fees are too high to start off, they begin at zero dollars to lots of dollars.  He also stated there are many fees in the schedule that are too large.  He stated he didn't want Lynn Haven to lose its' potential for growth and agreed some fees need to be in place, but they just need to be adjusted.

Commissioner Friend stated that he respected Commissioner's Russell opinion, but at some point we would have to look at the numbers.  He thinks the mobility fee structure will be good for Lynn Haven.

Commissioner Tinder agreed with Commissioner Russell's argument that the numbers are too large.  She stated they are big numbers and that people already say it is burdensome to live in Lynn Haven.  She doesn't want to keep people from moving to Lynn Haven.  She stated at this point, she would vote no if the Commission voted today.

Mayor Anderson stated that the impact fees are shifting the burden back to the businesses.  She would pose the questions have the big businesses paid their fair share?  She explained that the impact fees are targeted at the Big Box stores and not at the mom and pops, or small businesses.  The small business fees are minimal and that she is very open to this.  She doesn't believe it needs to be taken off the table.  She stated that maybe a motion should be made to table this discussion for future reference or even have a public hearing on this item.

City Planner Richard stated there is not a deadline, and that the comprehensive plan states to establish and adopt fees, but it doesn't state when and how much, and the fees can be adjusted annually.  She also suggested a workshop to discuss the comprehensive plan.

Mayor Anderson concurred that permitting fees are the issue, and that a separate workshop is needed to look at those fees.

Commissioner Russell stressed he is not against the mobility plan and that he is in favor of a workshop about fees and would work with the members and citizens to get feedback.

The discussion continued about a workshop on this item.  City Manager asked the Commission send to him numbers so he has a starting point.

Commissioner Barnes stated he is fine with a workshop.  He can make a decision today if the numbers are affordable.

City Attorney Jackson suggested if the Commission did not like the numbers presented to adjust them on a percentage off of what the consultant suggested.

City Planner Richard stated that the Commission can set the fees at whatever they would like.  The consultant did a comparison of all the cities around Lynn Haven or Florida and came up with the fees.

City Attorney Jackson stated he has had some disagreement with Mr. Hemmends on what he thinks the fees should be and his process to deriving at these fees.  City Attorney stated he was

131

**City Commission Meeting Minutes, May 8, 2018.  There was no workshop before the Commission meeting.   Page 5**

concerned from a legal standpoint on what ground the fees were based off, and not what other cities are charging.  There has to be some legal basis to support the numbers if the City is sued.  He stated if the City chose these numbers that have been given by the consultant, the City could be challenged in court.

Commissioner Barnes agreed that the City has to be careful that we are not pulling numbers out of mid-air.  He stated we need substantial evidence just in case the City had to go to court.

Mayor Anderson added that mobility plans are new.  There is not a lot of history of mobility impact fees.

> Motion by Commissioner Russell:  To table this item until a workshop can be done by the Commission.
>
> Second to the motion:  Commissioner Tinder.

Brad Yount stated that it is important that the builders pay their fair share.  He didn't think it would be smart to impose fees on residents, and allow the builders or developers to get off with minimal fees.

On Vote:      Russell      aye
                  Tinder       aye
                  Barnes      aye
                  Anderson   aye                      Motion passed:  4-0

**Item #11.  Approval of Phoenix Construction Task Order for Slip Lining Stormwater pipes:**  City Manager White explained that Phoenix construction is working on reconstruction of roads and pipes.

> Motion by Commissioner Barnes: To approve Task Order #4 for Phoenix Construction for the amount $138,495.
>
> Second to the motion: Commissioner Russell.

Commissioner Russell asked how many pipelines are left?  City Manager stated there is no way of knowing. It continues to grow with each road.

On Vote:      Barnes      aye
                  Russell      aye
                  Tinder       aye
                  Anderson   aye                      Motion passed 4-0

**Item #12.  Approval of Resolution 2018-05-711 to amend the Rails to Trails grant deadline to June 2019 instead of June 2018:**  City Manager White read the resolution by title only.  He stated it is just to give FDOT more time to evaluate the plans submitted by the City and for the City to make changes if needed.   This is only an extension on the deadline of the grant.

> Motion by Commissioner Russell:  To approve as presented.
>
> Second to the motion: Commissioner Tinder.

On Vote:      Barnes      aye
                  Tinder       aye
                  Russell      aye
                  Anderson   aye                      Motion passed:  4-0

**Item #13.  Approval to appoint Pat Perno to the City of Lynn Haven's Beautification Board:**

132

**City Commission Meeting Minutes, May 8, 2018.  There was no workshop before the Commission meeting.   Page 6**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Barnes.

On Vote:  Russell          aye
          Tinder           aye
          Barnes           aye
          Anderson         aye          Motion passed:  4-0

**Item #14.  First reading of Ordinance #1055 adopting an administrative procedure for handling whistleblower act complaints:**  City Manager White read the Ordinance by title only. This was the first reading.

**Item #15.  Approval of the Traffic Safety Committee three recommendations to place a 3-Way stop on Floyd Drive and place additional patrol on 16th Street and Massachusetts and 19th and Missouri:**

Motion made by Commissioner Russell:  To approve as presented.
Seconded to the Motion: Commissioner Barnes.

Commissioner Russell stated he was very happy with the process that is now in place.  He applauded the Commission for listening to the citizens of Lynn Haven.

On Vote:
          Russell          aye
          Tinder           aye
          Barnes           aye
          Anderson         aye          Motion passed:  4-0

**Item #16.       Approval to establish a name for the roadway from Highway 77 into Pinnacle Apartments, "Hammock Square Drive."**  City Manager White stated that this area does not have an address and it is a safety issue that came up in the last Safety Meeting.

Motion made by Commissioner Russell:  To approve as presented.
Seconded to the Motion: Commissioner Tinder.

On Vote:  Russell          aye
          Tinder           aye
          Barnes           aye
          Anderson         aye          Motion passed:  4-0

**Item # 17.  Approval to name the alleyway from 26th Street into "Hammock Square Drive" "Maulden Way," and to establish a speed limit of 15 MPH in the alleyway of the stated name.**  City Manager White stated there is a perpetual easement on that road that goes back to the original owner should the businesses on that road decide not to take care of it.  The City has to keep it clear so that emergency vehicles can past through. He request that it be named and a speed limit be set.

Motion made by Commissioner Russell:  To approve as presented.
Seconded to the Motion: Commissioner Tinder.

Commissioner Russell stated that this was one of the roads that the citizens complained about speeding.

On Vote:       Russell          aye

133

**City Commission Meeting Minutes, May 8, 2018.  There was no workshop before the Commission meeting.   Page 7**

|         |     |                    |
|---------|-----|--------------------|
| Tinder  | aye |                    |
| Barnes  | aye |                    |
| Anderson | aye | Motion passed:  4-0 |

**Item # 18.   Approval of Resolution 2018-05-712 through a Joint Participation Agreement between The State of Florida Department of Transportation and the City to complete work along 17th Street from east of Alabama Avenue to west of SR 77 in Lynn Haven, FL.**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Barnes.

Mayor Anderson reminded the Commission that this project relates back when the Commission was looking at filling and piping and covering at the 17th Street ditch on the east side of highway 77.  An agreement was reached between FDOT and the City for the west side.

| On Vote: | Russell  | aye |                    |
|----------|----------|-----|--------------------|
|          | Barnes   | aye |                    |
|          | Tinder   | aye |                    |
|          | Anderson | aye | Motion passed:  4-0 |

**Item# 19.      Adjourn**
There was no further business to discuss and the meeting was adjourned at 5:13 pm.

**APPROVED THIS** _____22_____ **DAY OF** _____May_____ 2018.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

134

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

*NOTICE*

**TUESDAY, APRIL 24, 2018**
**MULTI-MOBILITY WORKSHOP – 5:00 PM**

**CITY COMMISSION MEETING**
**TUESDAY, APRIL 24, 2018 – 6:00 P.M.**
**THE PUBLIC IS INVITED TO ATTEND.**

**AGENDA**

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
   A. Presentation to The Rotary Club of Lynn Haven from the City of Lynn Haven to Adopt-A-Roadway.
4. Commissioner's Report
5. City Manager's Report
   A. "Business of the Quarter" Mortenson Chiropractic.
6. City Attorney's Report
7. Public Commentary

**CONSENT AGENDA:**

8. Minutes:        04/10/2018 – Regular Meeting
   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS: NONE**

**NEW BUSINESS:**

9. First reading of Ordinance #1054 amending Ordinance #1040 to include background checks for The Animal Control Shelter volunteers.
10. Approval of the City Employees' Personnel Policy.
11. Approval of the Residential Incentive Program expansion.
12. Approval to add an addendum to Cemetery and Lawn Care Contract with Greenleaf Lawn Care of Bay County.
13. Approval to convert Kinsaul Baseball Field to a Dog Park.
14. Approval to move the Splash Pad from the Sports Complex to Cain-Griffin Park.
15. Adjourn

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH URPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE TATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

825 Ohio Avenue • Lynn Haven, FL 32444
(850) 265-2121 • Fax (850) 265-8931
cityhall@cityoflynnhaven.com

135

**City Commission Meeting Minutes, April 24, 2018. There was a Multi-Modal Mobility Workshop before the meeting.   Page 1**

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, APRIL 24, 2018**
**6:00 P.M.**

</div>

| | |
|---|---|
| **Present:** | Margo Deal Anderson, Mayor |
| | Rodney Friend, Mayor Pro Tem/Commissioner |
| | Antonius G. Barnes, Commissioner |
| | Dan Russell, Commissioner |
| | Judy Tinder, Commissioner |
| | Michael E. White, City Manager |
| **Absent** | Robert C. Jackson, City Attorney |
| | Nick Beninate |
| | Officer Mike Williams |

**Item #1.  Call to order:** By Mayor Anderson at 6:00 PM.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Friend and the pledge followed.

**Item #3.  Mayor's Report:** Mayor Anderson attended the Jazz in the Streets and the Friday night concert series.  She met with staff to put some measures in place when the event is on Florida Avenue. Both events were great.  She met with the City Manager, residents, and staff per the City Manager's approval.  She met with the owner of Wild Root on Florida Avenue. Mr. Robitaille called and made a suggestion about the safety of children playing at Sheffield Park, maybe placing a sign out that says "Children at Play" to remind drivers to slow down, he also was concerned about traffic on Pennsylvania and 19th Street.  Mayor stated this should go to the Traffic Safety Committee.

**Item #4.  Commissioner's Report:** Commissioner Friend reported the TPO meeting is tomorrow, there will be some addendums to the long range plans. He will be attending the Lynn Haven Elementary School Arbor Day Celebration.  He met with the City Manager on some issues. The May 8th meeting Commissioner Friend will be out of town, but will attend by phone if possible.  The City received a $500 check from the Rotary Club of PCB for the planting of trees in Sheffield, he also attended this photo opportunity.

Commissioner Barnes mentioned last meeting about the need for a prescription drug drop off point.  He worked with staff and they investigated it and discovered that Walgreens is the designated drop off site.  The City has already marketed this through means of social media and City's website for the citizens to be aware of.  He also met with the City Manager on several issues.

Commissioner Tinder stated the residents of 610 Redbird have a horrible drainage problem. When it rains, it floods their entire surrounding.  She would like to see what the City can do to help these citizens.  She also stated that the Florida residents were curious about the meeting the Mayor attended with the staff about the events and previous events on Florida Ave.

Mayor Anderson stated that she was asked to meet with the City staff to listen in and suggest ideas to help promote the events on Florida Avenue and open up the lines of communications with the business owners there. Staff is very receptive to working to make all events a success. Mayor Anderson encouraged anyone who wanted to meet the City Manager and staff to ask for a meeting and sit down with them to discuss events or other items.

Commissioner Russell Agreed with Commissioner Tinder that 610 Redbird has a serious flood problem.  The house was built before stormwater requirements were in place, so basically the water has nowhere to go.  The City needs to look at the alleyways behind Starbucks.

136

**City Commission Meeting Minutes, April 24, 2018. There was a Multi-Modal Mobility Workshop before the meeting.  Page 2**

Commissioner Russell thanked Director of Planning and Development, Amanda Richard and Deputy City Clerk Vickie Gainer for their hard work in helping developers resolve some issues and help them get what they needed. Commissioner Russell asked who are the events on Florida Avenue held for, the residents or the businesses?
Mayor answered for the residents.

**Item #5.  City Manager's Report:**  City Manager White recognized business of the quarter, Mortenson Chiropractic. He asked Ben Janke to come and present the award. He stated that this award is given to the business that gives back to the community in many ways. They have been in business for 33 years. He also stated that he has begun the initial stages of redesign for the City's website, it was budgeted and when finished, it will be much more user friendly. The Traffic Unit for PD is about three weeks out from a start date. New uniforms will be issued to Public Works, Community Services and Public Utilities. These uniforms will help the citizens identify the City's staff, and the staff will have a better quality of uniform. Next the Oversight Committee will meet, the Police Department has begun the accreditation process, and after a meeting with the Mayor and Bayou Preserve, they will give the City $1.1 million for the park, and he also has been working a lot on the Animal Control policies. The City will begin a Kickball league for adults. The City Manager stated his desire is to build better relationships and team spirit. The City will have four teams, Police, Fire, City Hall and a combination of the other departments. Community Services is implementing some new and exciting things this summer, one being Summer Drop Off program, which will bring in additional revenue.
Mayor Anderson stated we must try to celebrate the historic part of Lynn Haven. The City will work to improve the Communications with residents and businesses when events are happening that will affect them.

**Item #6.  City Attorney's Report:  No report**

**Item #7.  Public Commentary:  None**

**CONSENT AGENDA:**
**Item #8. Minutes:**                 **04/10/2018 – Regular Meeting:**  Mayor Anderson stated that she was absent last week, but understood Item #10 Willow Trace Development motion will need to be amended so that the minutes can be corrected. The word "lot" should not be in the original motion.  Mayor Anderson asked that the motion be made.

> Motion by Commissioner Barnes:  To allow the a 31ft lot house size.
> Second to the motion:  Commissioner Russell.

Mayor Anderson asked that this motion be rescinded and restated because the motion was not made correctly.

> Commissioner Barnes rescinded his first motion.
> Commissioner Russell rescinded his second to the motion.

> Motion by Commissioner Barnes:  To allow the owner to build a house size of 31ft. in width.
> Second to the motion:  Commissioner Russell.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

137

**City Commission Meeting Minutes, April 24, 2018.  There was a Multi-Modal Mobility Workshop before the meeting.  Page 3**

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**

**Item #9.   First reading of Ordinance #1054 amending Ordinance #1040 to include background checks for The Animal Control Shelter volunteers.**  City Manager White read the first reading by title only.  Rich Walker asked if they passed could they work, City Manager stated yes, they must pass.

**Item #10.   Approval of the City Employees' Personnel Policy:**  City Manager White gave background information about the previous Personnel Policy.  He stated that the old policy was adopted in 1995 and no changes had been made to it.  He stated that many of the laws and rules have changed and that this Personnel Policy has a new look, is updated and covers a multitude of topics.

>            Motion by Commissioner Barnes:  To approve as presented.
>            Second to the motion:  Commissioner Russell.

City Manager White stated that there were a few changes that he needs to bring to the Commission's attention before voting. Changes included:
Pg. 41 #4a:  It should read "A safety sensitive"
Pg. 108 section iv(e) delete the word "not"
Pg. 108 section iv(g) It should read "Two days of PTO usage is not required when sick time is pre-approved."
Mayor Anderson asked would every employee sign a sheet that they have read it.  We need a uniform evaluation from.  Therefore, if they meet those satisfactory requirements would be an across the board raise.  She would like to see bonuses vs merit pay.
City Manager White stated the appraisals have been done and yes he used a uniform appraisal form.  He and HR are still working on the appraisal to make it better.  Merit and bonuses will be determined by the Commission when looking at the budget.
Commissioner Friend stated that bonuses are harder to manage.  He likes goals.  If an employee meets his or her goal, then they get a bonus or merit pay.  His concern is that it could not be managed properly.
Mayor Anderson stated we would just have to iron out a few things.
Commissioner Tinder agreed that employees have to signoff that they have read and received the policy.  She is uneasy about the language in the personnel policy that states the City can search an employee personal property or things.  She was concern that it would turn into a witch hunt.
City Manager stated they would never search unless there was probable cause.  It would not be a witch hunt, the intent is to keep them safe.  All employees will be required to read the personnel policy during a time designated for them.
Commissioner Tinder asked what would keep this search fair to all employees?
City Manager stated that it is the job of the Commission to keep him honest.  He would always consult with the Commission.
Commissioner Russell stated that this is all subjective.  He also thanked City Manager White for taking on a large undertaking, including all of his revisions and questions.  He also asked what was the feedback from the department heads.

138

**City Commission Meeting Minutes, April 24, 2018. There was a Multi-Modal Mobility Workshop before the meeting.    Page 4**

City Manager White stated that every department head had a chance to give suggestions and make changes to the policy.  He feels it was a well-rounded process.

Commissioner Barnes suggested changing the wording on Section 146 page 141 under "scope" item #1.  He asked that it be changed to "City Attorney" instead of "The Mayor." He said it was no reflection on the Mayor, but respectfully thought the change to "Attorney" was necessary.

Mayor Anderson stated that she respectfully objects to that change.  She would immediately call the City Attorney if something like this were to happen.

Commissioner Barnes respectfully disagreed with the Mayor and stated that the City Attorney should be the first one notified.

Commissioner Friend offered a compromise.  Stating why not change the language to say "Mayor and the City Attorney."

Commissioners agreed and had no problem with this change.

Commissioner Barnes rescinded his previous motion.
Commissioner Russell rescinded his second to the motion.

City Manager White restated all of the changes again, Pg. 41 #4a:  It should read "A safety sensitive"

Pg. 108 section iv(e) delete the word "not"

Pg. 108 section iv(g) It should read " Two days of PTO usage is not required when sick time is pre-approved." and add the change on Section 146 page 141 under "scope" item #1. Change the wording to say "Mayor and City Attorney."

Motion by Commissioner Friend:  To approve the personnel policy with all changes presented by the City Manager to the policy.

Second to the motion: Commissioner Russell.

| On Vote: | | | |
|---|---|---|---|
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #11.  Approval of the Residential Incentive Program expansion:**  Ben Janke gave an update and background information on the 1911 plat.

Commissioner Tinder asked what was this item and what was the incentive?  Mr. Janke explained to Commissioner Tinder the process and the amount of up to $5000.

Commissioner Russell asked if a home is currently under construction, can the home owner apply for the incentive? Janke responded that no, it has to be a brand new project.

Commissioner Tinder asked, is the point of the incentive to fill in all of the vacant lots? Mr. Janke responded that yes, the incentive is to help avoid urban sprawl, and to use the existing infrastructure.

Commissioner Russell wanted to make sure that the money will come from the City of Lynn Haven and not from the CRA budget. Mr. Janke assured that this was correct.

Commissioner Friend stated that he is very pleased with this incentive program and Mr. Janke for taking the initiative. He also said that we have measured results and have seen a return on the investment.

139

**City Commission Meeting Minutes, April 24, 2018. There was a Multi-Modal Mobility Workshop before the meeting.   Page 5**

Attorney Beninate asked if there might be any timing issues in case construction on the home took too long? Mr. Janke replied that new home builders should wait for the new fiscal year to apply in October.

Rich Walker asked if there was a cap on the number of houses a developer could build using the incentive. Mayor Anderson answered that there is $15,000 left for this fiscal year, and $25,000 allowed for the next year. Mr. Janke also replied that only so many houses could fit on a lot, and there isn't much room for large subdivisions on the CRA map.

Commissioner Friend stated the purpose of the development incentive program is designed to promote in the development of unimproved Lots within the city that it doesn't matter if it's one developer or multiple developers he wants to see the City succeed.

Commissioner Russell stated his concerns that if a developer did build a large quantity of homes it could be costly to the City.

Commissioner Friend stated that the Commission would approve each application separately and we would have the amount of what we have spent.

Commissioner Russell stated that's where you get into the gray areas with this project that need to be figured out.

Mr. Janke answered that the pencil in $15,000 but it can't be permanent until it has been approved by the Commission board

Commissioner Russell suggested putting a cap on the number of homes.

Commissioner Tinder agreed with Commissioner Russell.

Mayor Anderson asked that the Commission offer a motion from this discussion.

> Motion by Commissioner Russell:  Approved the ED proposal with the condition that it be limited to the first 15 houses per year and if there are more they would come before the Commission to be approved.
> Second to the motion:  Commissioner Tinder.

Commissioner Barnes stated that so we want to limit the number of houses being built in the City?

Commissioner Russell stated that we are incentivizing them to build.

The Commission continued the debate about what the number of houses needs to be, how applications will be accepted, and whether are not to put a cap on the numbers homes approved. City Attorney commented will this require a budget amendment and stated that nothing will be done until that budget amendment occurs.  It would also address the concerns about having enough money available for this project.

Commissioner Russell stated he thought this would take place after tonight, but now that this project can only be approved after the budget he will withdraw his motion.

> Commissioner Russell rescinded his previous motion.
> Commissioner Tinder rescinded her second to the motion.

The Mayor made some clarification stating that the Commission will be approving the concept of expanding what the City has done in the CRA 1911 Plat.  And once this is approved the City Manager and the Economic Development director will come up with a budget amount which will be offered to those that apply.  Any development that has already begun will not be eligible for the money.  Mr. Janke stated that is correct.

140

**City Commission Meeting Minutes, April 24, 2018. There was a Multi-Modal Mobility Workshop before the meeting.   Page 6**

Mr. Janke stated that the motion needed to be contingent upon the budget amendment approval or sufficient funds be in the amended budget.

City Manager clarified for the Commission the money would be available after the mid-year budget is approved. If the Commission approves today, the amount would be around $15,000 and the remainder would be in the next budget year.

Gloria Hutchins asked why is it necessary to have an incentive program? Mr. Janke responded that this program encourages property owners choose to build in downtown Lynn Haven versus a different community.

Libby Tunnel stated her disagreement with the incentive program, and thinks home builders don't need incentives to build in Lynn Haven.

Rich Walker wanted to make sure that the incentive had nothing to do with CRA. Which was clarified that it did not.

Brad Yount commented that each house built costs the City money, and that the incentive would only be good for commercial properties.

> Motion by Commissioner Friend: Move forward as presented, with the understanding applicants wouldn't take place until after today, and after it's reviewed and budgeted for in the mid-year budget review.
> Second to the motion: Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed 5-0 |

**Item #12.   Approval to add an addendum to Cemetery and Lawn Care Contract with Greenleaf Lawn Care of Bay County:**   City Manager summarized the current contract with Greenleaf Lawn Care of Bay County what landscaping projects had already been done by Greenleaf, who is City's current vendor.  Mr. White stated that weeds were starting to grow around the City buildings and sports fields. Mr. White also stated the City would be making use of Greenleaf's other treatments such as seeding, pesticides, fertilizing and herbicides.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Russell.

Commissioner Tinder asked how much additional cost would this be to the city? City Manager responded referred to the individual costs of each property to be treated as stated in the packet. She also wanted to know if numbers presented were per month?

Commissioner Russell asked if the chemicals would be kid friendly? City Manager said he would check on the safety of the chemicals and would temporarily close the parks if needed during treatment.

Commissioner Friend suggested holding off on the chemical treatment until the mid-year budget. This is a significant cost, but he spoke with the City Manager and he is working on some things to offset the cost.

City Manager said he would offset the cost with some of the new sports programs that would bring in additional revenue.  The biggest point is that the grass needs fertilizing.  We want see the result immediately, but the fields will look good.

141

**City Commission Meeting Minutes, April 24, 2018.  There was a Multi-Modal Mobility Workshop before the meeting.   Page 7**

Commissioner Tinder asked would this be an additional cost, seeing that this is almost $50k for the year.

City Manager also stated this also includes them real cutting the ballfields.  The cutting charge is included in this charge.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | nay | |
| | Russell | aye | |
| | Anderson | aye | Motion passed: 4-1 |

**Item #13.  Approval to convert Kinsaul Baseball Field to a Dog Park:**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

Mayor Anderson stated how excited she was about this decision.  She said this request floods her social media about a dog park.  She thanked the Commission.

**Item #14.  Approval to move the Splash Pad from the Sports Complex to Cain-Griffin Park:**  City Manager stated he spoke to citizens and Greg Kidwell, Director of Public Utilities who has done a lot of research on splash pads.  He wanted to make sure the water is balanced at the splash pads. One concern is that the Splash Pad at Kinsaul Park is on Lynn Haven's water source, but the Splash Pad at the Sport's Complex would be on Bay County's water source.  This is not a great concern, but the real concerns when they had a discussion with Panama City who has a Splash Pad, is to stay away from trees, and that the dirt that will be mixing with the water park that will surely clog up the drains. Kids who play on baseball field play in water park and get in their parent's car wet and dirty will also be a concern.  The clay that clogs the pipes could cost the City anywhere from $600 to $1000 a month in expenses.

Commissioner Russell liked the idea of moving it to Cain-Griffin because he stated he saw more children getting use out of it and they could walk to it.

Commissioner Friend disagreed and stated it would get more use at the Sports Complex.

Commissioner Tinder liked the idea of moving it to Cain-Griffin as well.

Commissioner Friend stated it's already been approved to be at the Sports Complex and the residents might be upset.

Attorney Beninate asked if there would be any additional designs or architectural tasks needed? City Manager responded no.

Commissioner Tinder asked if there would be additional up keep with the differences in the locations?

Greg Kidwell answered that there would be a water cost difference but he wasn't sure of the amount. The ph level is better on the county side to cut down on corrosion.

Motion made by Commissioner Friend:  To table this item until mid-year budget and further notice.

142

**City Commission Meeting Minutes, April 24, 2018.  There was a Multi-Modal Mobility Workshop before the meeting.  Page 8**

Seconded to the Motion: Commissioner Barnes.

Commissioner Russell stated he did not know how this would affect the contract for this project. While he thinks Cain-Griffin is where he thinks the Splash Pad should go, he said he was not willing to make a motion without Commissioner's Friend support.
There were other comments from the Commission related to this topic.  Commissioner Friend stated he would keep his previously stated motion.

| Friend | aye |
| Barnes | aye |
| Russell | aye |
| Tinder | aye |
| Anderson | aye |

## 15.    Adjourn
There was no further business to discuss and the meeting was adjourned at 8:03 pm.

**APPROVED THIS**_____8th_____**DAY OF** ____May____ **2018.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

143

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

*NOTICE*

## CITY COMMISSION MEETING
## TUESDAY, APRIL 10, 2018– 4:00 P.M.
## THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
   A. Employee of the Month
6. City Attorney's Report
7. Public Commentary

**CONSENT AGENDA:**
8. Minutes:                03/27/2018 – Regular Meeting
9. Approval of 4th of July parade route.

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS: NONE**

**NEW BUSINESS: NONE**
10. Adjourn

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH URPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED. FLORIDA STATE TATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

144

**City Commission Meeting Minutes, April 10, 2018.  There was a Rails to Trails Workshop before the meeting.  Page 1**

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, APRIL 10, 2018**
**4:00 P.M.**

</div>

**Absent:**       Margo Deal Anderson, Mayor
**Present**       Rodney Friend, Mayor Pro Tem/Commissioner
                  Antonius G. Barnes, Commissioner
                  Dan Russell, Commissioner
                  Judy Tinder, Commissioner
                  Michael E. White, City Manager
                  Robert C. Jackson, City Attorney
                  Officer Mike Williams

**Item #1.  Call to order:** By Mayor Pro Tem Friend at 4:00 PM.
                  Motion by Commissioner Barnes:  To excuse Mayor Margo Anderson from the meeting.
                  Second to the motion:  Commissioner Russell.
On Vote:      Barnes          aye
                  Russell          aye
                  Tinder           aye
                  Friend           aye

                                          Motion passed:  4-0

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Barnes and the pledge followed.

**Item #3.  Mayor's Report:** Mayor Pro Tem Friend took the opportunity to express his appreciation and sincere thanks to City Manager White and staff for getting Sheffield Park ready and putting on the outstanding concert series kickoff that took place.  He stated that it was probably the largest crowd ever for a Lynn Haven event.  He also thanked the Mayor for her performance.  He also reached out to FDOT to do a speed study on Highway 77 coming from Bailey Bridge.  He would like for the speed to be consistent at 35 mph.  He also mentioned to keep an eye on the lot next to Po Folks on Highway 77.  The lot seems to have some movement on it and that the City should pay close attention to it.

**Item #4.  Commissioner's Report:**
Commissioner Russell thanked the City Manager and staff for a wonderful event on Friday April 6 with Shenandoah.  He stated he would like to see a kickoff of the concert series every year with something of this magnitude.  He asked the Commission to add an agenda item in regards to the Willow Trace development.
 Mayor Pro Tem stated that yes we could add the agenda item as item #10 and adjournment would be item #11.
                  Motion by Commissioner Russell:  To add agenda #10 in regards to the Willow Trace Development.
                  Second to the motion:  Commissioner Friend.
On Vote:      Friend           aye
                  Barnes          aye
                  Russell          aye
                  Tinder           aye

                                          Motion passed:  4-0

145

**City Commission Meeting Minutes, April 10, 2018. There was a Rails to Trails Workshop before the meeting. Page 2**

Commissioner Tinder acknowledged the passing of Virgil Duffell who was an active citizen in Lynn Haven. She stated she would be passing on all citizen's complaints to the City Manager. She has been dealing with the aluminum carports. She spoke with the City Attorney and he stated it is not illegal to have an aluminum carport. She stated in a five block radius there are over forty homes that have aluminum carports.

Commissioner Barnes also gave accolades to the City Manager and the staff for pulling off a great event. He has been meeting with some representatives from 13th Plaza on some road issues. He turned those issues over to the City Manager to handle.

**Item #5. City Manager's Report:** The City Manager recognized the Employee of the Month Tracy Johnson. Chief John Delonjay came up and presented Ms. Johnson the award along with a few remarks. City Manager White gave kudos to the staff for a job well done for the kickoff of the concert series. They worked hard and had a great time doing it. This event was a family event. He estimated anywhere from 2500 to 3000 attendees. Many people have said they would like to see a concert kickoff every Spring. He reminded everyone that Public Utilities would be mailing out a consumer confidence report. Residents should look for it the mail in the next coming weeks. The second reading of the Marina Island Development Agreement will be May 8th. The owner Andy Bales in out of the Country.

**Item #6. City Attorney's Report: No report**

**Item #7. Public Commentary:** Mr. Rich Walker stated that he had asked a while back about infrastructure. He asked that the City set aside funds for road maintenance and upgrades including the paving of alleyways. When it rains the alleyways are flooded and become muddy. Mayor Pro Tem Friend stated that he has had some conversation with the City engineers and they agree it needs to be done, but in phases. He asked the City Manager for his opinion on this.

City Manager agreed with Mayor Pro Tem Friend. He stated that maintenance and upgrades will be done in phases. There are a lot of bad roads that still need to be taken care of, but these upgrades will be done in phases.

**CONSENT AGENDA:**
**Item #8. Minutes:**                    **03/27/2018 – Regular Meeting:**
**Item #9 Approval of the 4th of July parade route.**

|  | Motion by Commissioner Barnes: To approve as presented. |  |
|---|---|---|
|  | Second to the motion: Commissioner Russell. |  |
| On Vote: | Barnes | aye |
|  | Russell | aye |
|  | Tinder | aye |
|  | Friend | aye |

Motion passed: 4-0

**OLD BUSINESS: NONE**

**NEW BUSINESS:**

**Item #10. Approval of a request from the Willow Trace Development.** Commissioner Russell stated he had been contacted by the developer of Willow Trace, which is the subdivision of Jenks and 26th Street. He stated this development was platted, but one of the lot's setback is

146

**City Commission Meeting Minutes, April 10, 2018. There was a Rails to Trails Workshop before the meeting.  Page 3**

narrower than the City allows for a house to be built.  The maximum size house that can be built with the setback of 31 feet, and the City's minimum requirement for a house is 33 ft.  He stated that the City Planner and the City Attorney has helped him work through some of the issues to find the easiest solution. Director of Planning and Development gave a presentation and history about the property.  She stated this property has gone through several changes.  Lot 6 is 36ft wide.  ULDC requires that a single family house be at least 33ft. wide, which would only leave 3 ft. for the setback.  The City can either allow a 31 ft. house or a 33 ft. house, with the setback changed to 3ft.

City Attorney's point of clarification is that the lot is large enough for the requirements of the City, but it intrudes into the easement.   Variance would go to the board of adjustments.  This is not a variance.  The lot does not have the minimum requirements to build the 33 feet.  Three things can happen: The owner will argue that this can be approved by the Commission, if they acknowledge there is a vested right issue and authorize 33ft., allow the owner to go to the easement, but the owner would have to get permission. Allow a 31 ft. wide house on the lot.

Commissioner Barnes asked if the City would be setting a precedent?

City Attorney stated no, this is a very unique subdivision.  This was platted in 2004-05.  This a unique parcel.

Motion by Commissioner Barnes:  To allow the owner to build a house size ~~of~~ ~~a 31 ft. lot~~ en width,

Second to the motion:  Commissioner Russell.

On Vote:

| | |
|---|---|
| Barnes | aye |
| Russell | aye |
| Tinder | aye |
| Friend | aye |

Motion passed:  4-0

*[Handwritten margin note:]* This motion was amended at the April 24, 2018 Commission mtg. Striking out the words "of", "a" "lot" and adding "in width" — Deputy City Clerk

**Item #11.  Adjourn:**

There was no further business to discuss and the meeting was adjourned at 4:31 pm.

**APPROVED THIS** _____24th_____ **DAY OF** _____April_____ 2018.

_____

Margo Deal Anderson, Mayor

**ATTEST:**

_____

Michael E. White, City Manager

Prepared by Vickie Gainer

147

MARGO D. ANDERSON
*MAYOR*

MICHAEL E. WHITE
*CITY MANAGER*

ROBERT C. JACKSON
*CITY ATTORNEY*



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### *NOTICE*

**TUESDAY, MARCH 27, 2018**
**RAILS TO TRAILS WORKSHOP – 4:00 PM**
**CRA BOARD MEETING – 5:00 PM**

**CITY COMMISSION MEETING**
**TUESDAY, MARCH 27, 2018 – 6:00 P.M.**
**THE PUBLIC IS INVITED TO ATTEND.**

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance

3. **PUBLIC HEARING OPENED (state time)** Marina Island, LLC. Development Agreement (*no action taken until item #12*)
   **PUBLIC HEARING CLOSED (state time)**

4. **PUBLIC HEARING OPENED (state time)** a Small Scale Future Land Use Map Amendment (SSA-18-4) from James Finch & Associates, LLC.
   (*no action taken until item # 11*)
   **PUBLIC HEARING CLOSED (state time)**

5. Mayor's Report
   A. Arbor Day Proclamation
6. Commissioner's Report
7. City Manager's Report
   A. Employee of the Month
   B. Supervisor of the Quarter
8. City Attorney's Report
9. Public Commentary

**CONSENT AGENDA:**
10. Minutes:          03/13/2018 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
11. Final reading of Ordinance #1053 requesting a Small Scale Future Land Use Map Amendment (SSA-18-4) from James Finch & Associates, LLC. (**Action needed**).

**NEW BUSINESS:**

148

12.   Discussion and approval of the Marina Island, LLC. Development Agreement. (**Action needed**)

13.   Approval of the State Revolving Funds (SRF)Wastewater Improvements Contract, Task Orders and Unit Prices.

14.   Approval of the State Revolving Funds (SRF) Water Improvements Contract, Task Orders and Unit Prices.

15.   Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH URPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE TATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

149

**City Commission Meeting Minutes, March 27, 2018. There was a Rails to Trails Workshop before the meeting.   Page 1**

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, MARCH 27, 2018**
**6:00 P.M.**

</div>

**Present:**      Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

**Item #1.  Call to order:**  By Mayor Anderson at 6:00PM.  She recognized the Lynn Haven Fire Fighters that were present and thanked them for their dedicated service.
**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Barnes and the pledge followed.

**Item #3.  PUBLIC HEARING OPENED 6:01 PM CST.**
**Marina Island, LLC. Development Agreement**
Mayor Anderson stated that this was a public hearing.  But not for a final vote.  She asked for a motion to remove Item #12 from the agenda.

|          | Motion by Commissioner Friend: To remove item #12 from the agenda. |     |                  |
|----------|---------------------------------------------------------------------|-----|------------------|
|          | Second to the motion:  Commissioner Russell.                        |     |                  |
| On Vote: | Friend                                                              | aye |                  |
|          | Russell                                                             | aye |                  |
|          | Barnes                                                              | aye |                  |
|          | Tinder                                                              | aye |                  |
|          | Anderson                                                            | aye | Motion passed: 5-0 |

Mayor Anderson stated although this will not be voted on today, the public hearing is still in place and asked for comments from the public.  Mayor asked if there were any representatives from Marina Island to speak. None present. City Manager White stated if there is any feedback from the public please let him know.
Comments:
Rich Walker identified several pages in the development agreement that he believed were questionable. Page #4, paragraph three, asked if there was a mistake, free vs fee, concerning the transferring of the rows vs roads.  He wanted to know if the road would be incorporated or unincorporated?  What roads will fall under the half cents sales tax of the City?  He questioned the reuse and CRA. He also had questions on Page10.
Mayor Anderson asked Mr. Walker to submit his list of questions to the City Manager so that his issues can be made known.
Janet Walker commented that the development agreement contains wording for the property outside of the gate, Marina Blvd. entering 390.  She questioned does this have to be approved by the state?  Does the Marina Island Blvd have to be approved? She was also concerned about traffic flow asking where does the traffic go?
Tom Knowles asked for the map showing the areas.

150

**City Commission Meeting Minutes, March 27, 2018.  There was a Rails to Trails Workshop before the meeting.   Page 2**

Mayor Anderson reminded everyone that the development agreement has not been approved. She suggested putting some development agreements in the library.

City Manager White stated he would have staff put copies of the development agreement in the library for citizens to read and become familiar with it.

Mayor Anderson reminded everyone that there would be another public hearing April 10th.

Commissioner Russell stated his concerns about the development agreement; He doesn't believe the City needs another taxing authority.  He stated he was completely against the CDD, and stated that this is usually appointed by the developer and not the Commission.  He stated that CDDs are a private version of the CRA.  If the City allows for a CDD to be formed they can bond out the work on the infrastructure and would not be paying for it, but the taxpayers would be paying for it.  He stated he wanted credit back for the infrastructure with the impact fees, he had serious problems with these items and if these are not address his vote would be no.

Mayor Anderson stated the CDD would be in the commercial tax instead of the residential.

Commissioner Tinder asked questions about the master plan.

City Attorney stated that the master plan is an exhibit to the development agreement and that the boundaries of the map had not changed.

Commissioner Tinder was concerned that the map had changed.  She was against anything outside of the gate.

Mayor Anderson reminded everyone that this map is non-binding

Commissioner Friend asked is the exhibit part of the agreement?

City Attorney stated it is part of the agreement, and you can't contract it, it is a plan, but it is non-binding.

Commissioner Friend went through several pages of the development agreement that he felt were uncomfortable for him.  Page 10b dredging operations, he posed the questions are we bound to dredging operations, impact fees? He commented he was having a hard time with the impact fees and the amendment to #4 page 11, he doesn't think the City should be paying for anything else on this property.  Any amendments should come back to the Commission to approved instead of having the Mayor approved.  Pg. 14a "Entire Agreement" and the master development, rights can be transferred basically upon written notice and consent from the City but the parcels can be done without consent by the City.  He stated that the CDD does not work. He also referenced page 16.  Suggestion was to remove the CDD.

Commissioner Barnes stated he was concerned about the impact fees, he did not have a problem with storm water, but parks and law enforcement and fire in exchange for credits he does take issue with these items and the community development district.

Commissioner Tinder had questions of the map's validity and if there are two bridges being built who will take up this expense?  Will the map be voted on separately?

City Attorney stated no.  Any changes in the property will have to come back to the Commission.

Commissioner Friend reminded the Commission that any land changes that are made they have to come back before the Commission.

City Attorney stated yes, there is a statutory process, land use changes have to go through the process.

Commissioner Russell asked if the City could put itself in a position for litigation?

City Attorney stated certainly any land use change can be approved or not approve and that we can always be sued.

Commissioner Tinder asked who was Blue, LLC?

City Attorney explained this is Bluewater Development who was the primary developer.

Commissioner Tinder had questions about Arthur Drive.

Mayor Anderson closed the public hearing at 6:27 PM, CST.

**PUBLIC HEARING CLOSED at 6:27 PM CST**

151

**City Commission Meeting Minutes, March 27, 2018. There was a Rails to Trails Workshop before the meeting.   Page 3**

Mayor Anderson encouraged the audience to read the development agreement that will be in public library, or make an appointment with the City Manager to ask questions.

**Item #4.  PUBLIC HEARING OPENED at 6:28 PM CST.  Small Scale Future Land Use Map Amendment (SSA-18-4) from James Finch & Associates, LLC. :**  Director of Planning and Development  Director Amanda Richard gave some background information on the land use change request.  The applicant is James Finch, Inc. the existing land use in low density residential and the requested is medium density residential.  The site is vacant and is five acres in size.  To the north is recreation open space, the south and east are low density residential, the west is medium density residential, so it is contiguous to same land uses being requested.  No questions or comments came from the Commission or the public.  Action will be taken on Item #11.
**PUBLIC HEARING CLOSED at 6:31 PM CST**


**Item #5.  Mayor's Report:**  Mayor Anderson read the Arbor Day proclamation.  Mayor met with various members of the staff about the development agreement.  She has had conversations with Doug Haddaway the representative for the 93 acre Lynn Haven Bayou Reserve Park which the City received through a gifting form the RESTORE foundation due to the oil spill.  She met with Chris Forehand on questions about the splash park which is now underway.  The Mayor met with many different residents on various issues regarding drainage and zoning.  She wished everyone a Happy Easter!

**Item #6.  Commissioner's Report:**  Commissioner Friend stated he was working on Rails to Trails.  He thanked Chris Forehand for the great workshop.  He congratulated the City for being named the "Best Drinking Water."
Commissioner Barnes echoed Commissioner Friend's praises to the water employees.  Commissioner Barnes recommended that the City create a drop point for prescription medications for people who want to dispose of them.  He would like to task the City Manager and his staff to come up with a plan.  Sheffield Park is looking good and the City Manager is doing a great job.  He also wished everyone a Happy Easter.
Commissioner Tinder recognized the sanitation department for being very attentive to needs of a citizen who freezer went out.  The employee helped the resident remove her spoiled food.  Florida Avenue business owner would like the alleyway repaved.  She also spoke with the City Manager about dredging the Bayou.
Commissioner Russell stated he was glad to see Kinsaul Park moving ahead with the Splash Park.  He met with the City Manager on the Marina Island project and he worked on the personnel policy.  He thanked the City Manager and Chris Forehand for helping with the ditch project next to Publix and making it happen for a very little cost.  Commissioner Russell suggested that the Amphitheatre at Sheffield Park be named after former Commissioner Roger Schad in recognition of his hard work in the arts and getting the concert series in the park started.

|  | Motion by Commissioner Russell:  To name the stage and Amphitheatre after Roger Schad. | | |
|---|---|---|---|
|  | Second to the motion:  Commissioner Friend. | | |
| On Vote: | Friend | aye | |
|  | Barnes | aye | |
|  | Russell | aye | |
|  | Tinder | aye | |
|  | Anderson | aye | Motion passed:  5-0 |

152

**City Commission Meeting Minutes, March 27, 2018.  There was a Rails to Trails Workshop before the meeting.  Page 4**

**Item #7.  City Manager's Report:**  The City Manager recognized the Employee of the Month David Carnley and Supervisor of the Month Assistant Fire Chief Darrell Hernandez. He too has been working with Mr. Haddaway on the Bayou Park Reserve.  The Water Quality Award for the City was name number one from Pensacola to Tallahassee.  He continued to say that the City is one of sixteen going up against other cities in the state.  The City will be competing across the state.  April 6 kicks off the concert series with Shenandoah.  We have already received 25k impression, several roads will be shut down and shuttles will be available to and from the concert.  The Mayor will open up.  It will be a great night.

**Item #8.  City Attorney's Report:  No report**

**Item #9.  Public Commentary:**  Brad Yount thanked the Commission for addressing the stormwater runoff issue in his neighbor.  The plan has been submitted.  Mr. Leon Miller asked would there be a splash park at Cain-Griffin Park.  The Mayor stated yes.

**CONSENT AGENDA:**
**Item #10. Minutes:   Minutes:                02/27/2018 – Regular Meeting:**

|          |           |       |                    |
|----------|-----------|-------|--------------------|
|          | Motion by Commissioner Russell:  To approve as presented. | | |
|          | Second to the motion: Commissioner Barnes. | | |
| On Vote: | Russell   | aye   |                    |
|          | Barnes    | aye   |                    |
|          | Russell   | aye   |                    |
|          | Tinder    | aye   |                    |
|          | Anderson  | aye   | Motion passed:  5-0 |

**Item #11.  Final reading of Ordinance #1053 requesting a Small Scale Future Land Use Map Amendment (SSA-18-4) from James Finch & Associates, LLC.**  City Manager White read the Ordinance by title only.

|          |           |       |                    |
|----------|-----------|-------|--------------------|
|          | Motion by Commissioner Russell:  To approve as presented. | | |
|          | Second to the motion: Commissioner Friend. | | |
| On Vote: | Friend    | aye   |                    |
|          | Barnes    | aye   |                    |
|          | Russell   | aye   |                    |
|          | Tinder    | aye   |                    |
|          | Anderson  | aye   | Motion passed:  5-0 |

**NEW BUSINESS:**

**Item #12.  Discussion and approval of the Marina Island, LLC. Development Agreement.**  This item was removed from the agenda.

**Item #13.     Approval of the State Revolving Funds (SRF)Wastewater Improvements Contract, Task Orders and Unit Prices:**

|          |           |       |
|----------|-----------|-------|
|          | Motion by Commissioner Russell:  To approve as presented. | |
|          | Second to the motion: Commissioner Barnes. | |
| On Vote: | Russell   | aye   |
|          | Barnes    | aye   |
|          | Tinder    | aye   |
|          | Friend    | aye   |

153

**City Commission Meeting Minutes, March 27, 2018.  There was a Rails to Trails Workshop before the meeting.   Page 5**

|  |  |  |  |  |
|--|--|--|--|--|
| Anderson | aye | | Motion passed:  5-0 | |

**Item #14.  Approval of the State Revolving Funds (SRF) Water Improvements Contract, Task Orders and Unit Prices:**

|  |  |  |  |
|--|--|--|--|
| | Motion by Commissioner Russell:  To approve as presented. | | |
| | Second to the motion:  Commissioner Barnes | | |
| On Vote: | Barnes | aye | |
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #15.  Adjourn:**

There was no further business to discuss and the meeting was adjourned at 4:47 pm.

**APPROVED THIS** _____ *17ᵗʰ* _____ **DAY OF** _____ *April* _____ **2018.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

154

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

### *NOTICE*
### CITY COMMISSION MEETING
### TUESDAY, MARCH 13, 2018 – 4:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Mayor's Report
4. Commissioner's Report
5. City Manager's Report
6. City Attorney's Report
7. Public Commentary

**CONSENT AGENDA:**

8. Minutes:              02/27/2018 – Regular Meeting
9. Approval of RFP 17/18-8 Janitorial Services contract to Main Street Property Services, Inc.

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS: NONE**

**NEW BUSINESS:**

10. Resolution 2018-03-709 for the Water Distribution System Improvements loan agreement with the Department of Environmental Protection under the State Revolving Fund (SRF) for project financing.
11. Resolution 2018-03-710 for the Waste Water Collection Improvements loan agreement with the Department of Environmental Protection under the State Revolving Fund (SRF) for project financing.
12. First reading of Ordinance #1053 Small Scale Future Land Use Map Amendment (SSA-18-4) from James Finch & Associates, LLC.  (no action taken)
13. Transfer Agreement with Albert E. Shortt for a portion of land adjacent to 710 Colorado Avenue Country Club roundabout.
14. Adjourn

\*\*IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH URPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE TATUTE 286.0105.
\*\*IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

155

City Commission Meeting Minutes, March 13, 2018.   Page 1

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, MARCH 13, 2018**
**4:00 P.M.**

</div>

**Present:**     Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

**Item #1.  Call to order:**  By Mayor Anderson at 4:00PM
**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Friend and the pledge followed.
Mayor Anderson did acknowledge that Commissioner Barnes would be running late, but if he did not make it she needed a motion to excuse Commissioner Barnes from the meeting.

Motion by Commissioner Friend:  To excuse Commissioner Barnes.
Second to the motion:  Commissioner Russell.
On Vote:     Friend          aye
Russell          aye
Tinder          aye
Anderson          aye                Motion passed:  4-0

**Item #3.  Mayor's Report:**  Mayor Anderson visited Highland Park Elementary School and read to students, she attended the Bay County League of Cities gave three $500 scholarships to students to use locally to Gulf Coast State College, FSU PC and Haney Technical.  She met with residents over the past two weeks and discussed paving plans and what's going on in Lynn Haven.  She is excited about the great things happening in Lynn Haven.  Groundbreaking has begun for the Splash Pads, and they should be ready in a few months.  The Splash Pads will have a Pirates theme.  Sheffield Park is being enjoyed by children of all ages.  It continues to be filled with children every day.   Mayor stated it is a joy to see everyone having a good time at Sheffield Park.

**Item #4.  Commissioner's Report:** Commissioner Friend stated he had the opportunity to stand in for the Mayor at the Panama City Country Club to present the "Clean Up, Paint Up, Fix Up Proclamation. Ben Janke did a great job presenting all of the wonderful things Lynn Haven has done.  He has had many comments from the residents about paving and Sheffield Park.  Good news that the MPO legislation has not gone forward.  No legislation has been passed.  This would certainly impact Lynn Haven negatively if it were to pass.
Mayor Anderson read the National Kidney Month Proclamation.  There were representatives present to accept the proclamation.
Commissioner Russell stated he has had some code enforcement issues in the past months, Mike Brown, Amanda Richard and Gloria Thompson for their help to get the issues resolved.  The bridge over Publix will be allowed to be put over the ditch, but the engineer's prices are a little higher than expected.
Commissioner Tinder had no report.

156

City Commission Meeting Minutes, March 13, 2018.   Page 2

**Item #5.  City Manager's Report:  No report.**

**Item #6.  City Attorney's Report:   No report.**

**Item #7.   Public Commentary:** Janet Walker asked would the public be able to speak on item 12?  The answer was yes.  She said she would save her comments until then.  Bill Pruitt spoke to the Commission about the bringing in a small air space for small aircrafts to land.  He stated that planes have to get back and forth from the Panhandle.  He stated the Commission should be looking at Haney Technical School to offer more classes.  This way if the small airport is built the students could have on the job training.  He also stated there needs to be a dormitory for students to stay in school and finished their certification.

Mayor Anderson asked the City Manager to place on the next agenda so that the Commission could have a discussion about this issue.  This is a very important topic and the City

Pat Revell stated she lives in Mowat Highlands and is thrilled with the City's joint efforts on the Rails to Trails coming from the depot.  He stated there are 52 trails in Florida, 900 miles of trails.  This is a big thing that is coming here.  He thanked the Commission for the Rails to Trails project.  If there is concerns about speeding he would be happy to help be the bicycle cop.

Frances Wittkopf spoke to the Commission about the Rails to Trails project.  She worked really hard for many years to make this project come to fruition.  She is very excited about it.  She stated we needed a workshops for Rails to Trails.   These trails are all over the state.  Commissioner Friend stated that Chris Forehand will present a workshop next meeting to discuss the plans for Rails to Trails.  We were very fortunate to secure funds for the engineering and look forward to hearing about it.  Public commentary was closed.

**CONSENT AGENDA:**
**Item #8.  Minutes:        Minutes:            02/27/2018 – Regular Meeting:**
**Item #9.   Approval of RFP 17/18-8 Janitorial Services contract to Main Street Property Services, Inc.**

>           Motion by Commissioner Russell:  To approve as presented.
>           Second to the motion:  Commissioner Friend.

Commissioner Tinder wanted to know how much the Janitorial Contract would be and what would they be cleaning.  City Manager referred Commissioner Tinder to her packet where all documents are located, and stated additional information.

Brad Yount question why no local vendor was chosen.

On Vote:

|  |  |  |
|--|--|--|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed:  4-0 |

**OLD BUSINESS: NONE**

**NEW BUSINESS:**

**Item #10.  Resolution 2018-03-709 for the Water Distribution System Improvements loan agreement with the Department of Environmental Protection under the State Revolving Fund (SRF) for project financing.**   City Manager White read the resolution by title only.

**City Commission Meeting Minutes, March 13, 2018.   Page 3**

     Motion by Commissioner Russell:  To approve as presented.
     Second to the motion:  Commissioner Friend.

Commissioner Friend stated he would like to give the City Manager an opportunity to explain what the City is doing and give background information on this project.  He commented that this is an amazing rate, and asked the City Manager to give debt to equity ratio.

City Manager stated that the loan is for 20 years in the amount of $3.571 million from the state's revolving fund as it applies to our water system.  The interest is low at .78%, it is less than 1%.  The City will utilize these funds to pave roads and get the road structure in place.  Debt to equity ratio: General Fund, .25 and overall Enterprise Fund, .65.  We are very healthy.

Attorney Jackson stated we should not have any problem with the bond council, he has already reached out to the bond council.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #11.     Resolution 2018-03-710 for the Waste Water Collection Improvements loan agreement with the Department of Environmental Protection under the State Revolving Fund (SRF) for project financing:**   City Manager White read the resolution by title only.

     Motion by Commissioner Friend:  To approve as presented.
     Second to the motion:  Commissioner Tinder.

City Manager White stated that this is a $6.6 million project to go along with the water that will replace sewer lines.  The interest rate of this loan is .78% over a 20-year period.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Russell | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #12.   First reading of Ordinance #1053 Small Scale Future Land Use Map Amendment (SSA-18-4) from James Finch & Associates, LLC.   (no action taken):** Director of Planning Amanda Richard gave background information about the land use change.  The applicant is James Finch, Inc. the existing land use in low density residential and the requested is medium density residential.  The site is vacant and is five acres in size.  She stated it is contiguous to the land use around it.  Janet Walker asked was this advertised as it is stated on the staff CAR? Is there a sign out that shows the appearance of the property changes?  Ms. Richard stated advertisement was at the planning board meeting and yes, there will be a public hearing and yes, this land use change will be advertised again.  Yes, the City does put out a map for the residents to see how things will change and that she will remind the Public Works department to check and make sure they are there for the residents to look at.  City Manager White read the ordinance by title only.

**Item #13.  Transfer Agreement with Albert E. Shortt for a portion of land adjacent to 710 Colorado Avenue Country Club roundabout:**  Commissioner Tinder asked how does the City determine that a roundabout is needed?

158

**City Commission Meeting Minutes, March 13, 2018.  Page 4**

City Manager White stated that the traffic flow is a good indication.  Currently there are six stop signs there.   All of these stop signs do not help the traffic to have a continuous flow. This will be paid for with impact fees.  Commissioner Tinder asked was this part of the City Manager's decision?  City Manager stated yes he was part of this decision-making after receiving input and information from others.  She asked for the cost, but that number was not available.  Mayor Anderson stated, for the record Commissioner Barnes did join the meeting at 4:43 pm.  Commissioner Friend stated his has dad residents ask about roundabouts.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Russell.

Commissioner Tinder wanted the amount before voting.
Mayor Anderson stated while the Commission was waiting on the cost, that there are still problems on Colorado Avenue with speeding.
City Manager stated he had the cost, it will be $50k, not including engineering cost.
Commissioner Russell stated just for the record this vote is just for the transfer of the property.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 5-0 |

The Mayor moved back to the conversation about Colorado.
City Manager White stated that he was waiting for the traffic numbers.  He will download the traffic count and information and have it for the Commission for the next meeting.

**Item #14.  Adjourn:**
There was no further business to discuss and the meeting was adjourned at 4:47 pm.


**APPROVED THIS** _____27th_____ **DAY OF** ___March___ **2018.**


_____
Margo Deal Anderson, Mayor


**ATTEST:**

_____
Michael E. White, City Manager


Prepared by Vickie Gainer


159

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

*NOTICE*

### CITY COMMISSION MEETING
### AUDIT SERVICES WORKSHOP 4:00 P.M.
### TUESDAY, FEBRUARY 27, 2018 – 6:00 P.M.
### BLACK HISTORY RECEPTION BEGINS AT 6:00 P.M.
### THE PUBLIC IS INVITED TO ATTEND.

### AGENDA

1. Call to order
2. Invocation – Pastor Dion Gilbert, Pledge of Allegiance, Black History Program.

3. **PUBLIC HEARING OPENED (state time)** Small Scale Plan Amendment (SSA-18-3) – DP Nelson Properties LLC.
   Transmittal – Ordinance #1052 Final Reading (*no action taken until item #11*)
   **PUBLIC HEARING CLOSED (state time)**

4. Mayor's Report
   A. Proclamation: Clean-Up, Paint-Up, Fix Up
5. Commissioner's Report
6. City Manager's Report
7. City Attorney's Report
8. Public Commentary

**CONSENT AGENDA:**
9. Minutes:                02/13/2018 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
10. Final Reading of Ordinance #1051 Amendment to Unified Development Code Section 5.05.163 – Motorized Vehicle Sales (New or Used). (City Planner)
11. Final Reading of Ordinance #1052 of a Small Scale Plan Amendment (SSA-18-3) DP Nelson Properties, LLC. (City Planner)

**NEW BUSINESS:**
12. Approval of FDOT Utility Work Agreement for the reimbursement of utility cost for offsite improvements on the SR-390 expansion and authorize the City Manager to sign the agreement.
13. Approval of John Miller to the Board of Adjustments. (City Planner)
14. Approval to increase the Splash Pad project budget by $100k.
15. Adjourn

160

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH URPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE TATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

161

**City Commission Meeting Minutes, February 27, 2018.   An Audit Services workshop was held.**
**Page 1**

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, FEBRUARY 27, 2018**
**6:00 P.M.**

</div>

**Present:**        Margo Deal Anderson, Mayor
                   Rodney Friend, Mayor Pro Tem/Commissioner
                   Antonius G. Barnes, Commissioner
                   Dan Russell, Commissioner
                   Judy Tinder, Commissioner
                   Michael E. White, City Manager
                   Robert C. Jackson, City Attorney
                   Officer Mike Williams

Mayor Anderson called the meeting to order and asked Pastor Dion Gilbert to give the Invocation.  The Pledge of Allegiance followed.

Mayor Anderson acknowledged the large attendance to the Black History program.  She thanked everyone for coming.  She stated that Mr. Leon Miller had approached her about Lynn Haven doing something for Black History Month.  She asked Ms. Lynda Griffin to come up and sing, Ms. Griffin sang "God Bless America" and asked everyone to stand and join in. Mayor Anderson introduced Mr. Leon Miller and he spoke about the African American's legacy of families in the Lynn Haven. Former Mayor Sharon Sheffield and her daughter Charlotte Marshall spoke about Griffin legacy, African American contributions to Lynn Haven and segregation.   The program ended with The North Bay Haven Choir singing a medley of songs and "We Can Be Kind."
Mayor Anderson thank everyone for attending.  She recognized Deputy City Clerk, Vickie Gainer, marketing and communications specialists, Tiah Romano and Lauren Villhauer for coordinating the event.   Mayor Anderson asked for comments from the Commission.  All Commissioners were pleased with the event and thanked everyone for coming and stated they look forward to next year's event.   Mayor Anderson told the audience that she would give a five-minute break for those attendees who needed to leave before discussing item#3.

**Item #3. PUBLIC HEARING OPENED:  6:58 PM CST**
**Ordinance # 1052 Small Scale Plan Amendment (SSA-18-3) – DP Nelson Properties LLC.:**
City Manager White read the ordinance by title only.  City Planner Amanda Richard gave background information on the property.  Applicant is D.P. Nelson, parcel 301 and 303 W. 26th Street.  The existing use is commercial and the requested use is mixed use.  She pointed out the location on the map.  She stated the property was a physician's office.  The reason for the request is that the owners would like to have a small special needs school as well as therapy for the building.
**PUBLIC HEARING was closed at 7:02 PM   CST**

**Item #4.  Mayor's Report:**  Mayor Anderson was involved in a fundraising activity to help American Legion for the Fisher House, it is a house like Ronald McDonald's house to help service member's families whose love ones are being treated, attended the TPO meeting on February 21, Panhandle Representation meeting on Jan. 21.  She spoke at Publix United Way Celebration and sang the National Anthem at Lynn Haven's opening day of baseball and

162

**City Commission Meeting Minutes, February 27, 2018. An Audit Services workshop was held.**
**Page 2**

softball.  Mayor Anderson also read the proclamation proclaiming March and "Clean up, paint up, fix month"  and amnesty for the City of Lynn Haven for the last two weeks in March for Lynn Haven residents.

**Item #5.  Commissioner's Report:**  Commissioner Friend attended opening day as well, he will be attending the Bay County Annual "clean up, paint up, fix up" luncheon.  He will be attending the TPO meeting.  Activity to begin on Mill Bayou and 390.  We did get confirmation from FDOT that they will do three lanes on the Bridge.  He thanked Mr. Leon Miller for continuing to serve on the CAC Committee.

Commissioner Barnes is still immobile but he had two young men to throw the ball for him on opening day, he also spoke with the City Manager about some stray cats at Porter Park.

Commissioner Tinder stated she has been receiving calls about drainage issues.  She thanked the Police Department for being more attentive to the traffic.  She stated it seems like more people are slowing down and are being stopped.  She warned if any residents are receiving yellow sampling cards for their tap water it is not from the City.

Commissioner Russell also attended opening day and praised the number of boys and girls that participated. He said that it was over 750 youth participating in our programs and that the City Planner is help him with some parking issues with a business.

**Item #6.  City Manager's Report:  No report.**

**Item #7.  City Attorney's Report:   No report.**

**Item #8.        Public Commentary:**  Mr. Leon Miller wanted to know about 17th Street light issue? There needs to be some kind of light flashing. He stated that baseball season is in progress and this area is becoming very congested. Can this be address through a traffic ordinance?  He would get with North Bay Haven about the traffic.  He also wanted to know where was the City on 17th Street issue. The City manager stated has been little movement. Mr. Miller asked do we have long range plans for a City of Lynn Haven auditorium?  Events like tonight require more space.  Mayor Anderson stated that was good question, but since Mosely High School has the state-of-the-art Fine Arts theatre/auditorium this may be something the City should look at renting. One resident questioned the Marina Island project and when would it be put back on the agenda for the land-use change. Mayor Anderson gave some background on the progress of this project, but stated at some point the City would have to vote on Marina Island's request. City Attorney Rob Jackson stated that the Marina Island could reapply, and it would go through the same cycle again, but if necessary it would come up for a vote now since the developers took it off the agenda.  One resident spoke on drainage issue at 1606 16th and Minnesota Ave.  She stated that when it rains it pours.  She also stated she and others literally have to get in a boat to travel through the neighborhood when it rains. There is not a drainage system in place to handle the rain.

Mayor Anderson stated that the storm water study will help the City identify and fix many of these drainage issues.  The project is in phases; new infrastructure is being put in in place paid for by the half cents sales tax project. The resident stated she has made an attempt to contact the City but has not received a response from the City.  City Manager White asked for the resident's address and stated he would get with her after the meeting.

Mayor Anderson allowed several residents to speak after public comments were closed.  These residents did not speak into the microphone.  Their names were not recorded.  These residents wanted information about the progress of Rails to Trails, one resident was under the impression that a roadway had begun in the back of his property. They wanted information to be publicize on what the City's plans were and the developer's plans. Mayor Anderson explained that at this

163

**City Commission Meeting Minutes, February 27, 2018.   An Audit Services workshop was held.**
**Page 3**

point nothing has been approved and nothing has been submitted to the planning department. One resident stated that the rails are being removed behind his house and he has heard nothing about the construction that is taking place.   Mayor Anderson explained to him that no construction, only engineering is being done with the Rails to Trails project. Commissioner Friend explained to residents that hopefully there will be a workshop in March that will update the residents on the Rails to Trails project. The residents asked for communications about issues that will affect them since it is right in their backyards.   Commissioner Friend extended an invitation for the resident to reach out to him and he gave him his contact information.   A resident of 1207 Alabama will meet with the City Manager.

**CONSENT AGENDA:**
**Item #9. Minutes:**      **Minutes:**                  **02/13/2018 – Regular Meeting:**

|            |            |     |                      |
|------------|------------|-----|----------------------|
|            | Motion by Commissioner Barnes:  To approve as presented. | | |
|            | Second to the motion:  Commissioner Friend. | | |
| On Vote:   | Barnes     | aye |                      |
|            | Friend     | aye |                      |
|            | Russell    | aye |                      |
|            | Tinder     | aye |                      |
|            | Anderson   | aye | Motion passed:  5-0  |

**OLD BUSINESS:**
**Item #10.  Final Reading of Ordinance #1051 Amendment to Unified Development Code Section 5.05.163 – Motorized Vehicle Sales (New or Used).**   City Manager White read ordinance #1051 by title only.   City Planner Amanda Richard explained that the current ordinance does not allow outside storage in commercial land use.   Owners can't leave cars out at night.   It is considered outside storage.   We do have some car lots that have outside storage that were grandfathered in when the unified land development code was changed.   But an ordinance came in that did not allow outside storage, but these lots were already there and they were allowed to stay.

Commissioner Barnes suggested why not extend the area to come north of 26th street and just amend it in the language of the ordinance.

City Attorney Jackson stated that the ordinance can be amended.

|            |            |     |                      |
|------------|------------|-----|----------------------|
|            | Motion by Commissioner Barnes:  To approve the ordinance # 1051 with the amended wording "Car lot with outside storage of vehicle shall be permitted along Highway 77, south to 26 Street to the southern City limits." | | |
|            | Second to the motion:  Commissioner Russell. | | |
| On Vote:   | Barnes     | aye |                      |
|            | Russell    | aye |                      |
|            | Tinder     | aye |                      |
|            | Friend     | aye |                      |
|            | Anderson   | aye | Motion passed:  5-0  |

**Item #11.   Final Reading of Ordinance #1052 of a Small Scale Plan Amendment (SSA-18-3) DP Nelson Properties, LLC:**

Motion by Commissioner Russell:  To approve as presented.

164

City Commission Meeting Minutes, February 27, 2018.   An Audit Services workshop was held.
Page 4

Second to the motion:  Commissioner Friend.

| On Vote: | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**NEW BUSINESS:**

**Item #12.  Approval of FDOT Utility Work Agreement for the reimbursement of utility cost for offsite improvements on the SR-390 expansion and authorize the City Manager to sign the agreement:**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

Commissioner Russell expressed his dislike of having the City to incur $1.1million for this project.
Commissioner Tinder asked where is the money coming from?
City Manager White stated it will be budgeted for next fiscal year since construction will not start until the fall.
Commissioner Russell stated he understands that this has to be done, but he doesn't like spending tax payer money on projects of this nature.

| On Vote: | Barnes | aye | |
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #13.  Approval of John Miller to the Board of Adjustments:**  City Planner Amanda Richard explained to the Commission that the Board of Adjustments requires five members to sit on the board.   They have had to cancel meetings because there has not been a quorum.  She stated they are very fortunate to received Mr. Miller's application.  The planning department is recommending that the Commission appoint Mr. John Miller to the board of Adjustments.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Barnes.

Commissioner Friend thanked Mr. Miller for serving.

| On Vote: | Barnes | aye | |
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

165

City Commission Meeting Minutes, February 27, 2018.   An Audit Services workshop was held.
Page 5

**Item #14.  Approval to increase the Splash Pad project budget by $100k:**  City Manager White explained that the Splash Pad project was budgeted for $300k.  But when the bids came in they were much higher than anticipated. To fund the $100K, he stated would put off the new baseball field and use some of the money budgeted for the new baseball field for the splash pad.  These funds would come from impact fees.

Commissioner Tinder asked where the Splash Pad will be? Kinsaul Park.

Commissioner Friend stated the cost is a little more than the City budgeted, but he had spoken with other cities and realize after speaking with the City Manager that the cost of construction has gone up tremendously.

Commissioner Russell asked about will a contract come back before the Commission or would this project move forward?

City Manager stated no, the contract is already in place.

> Motion by Commissioner Friend:  To approve and fund an additional $100K for the Splash Pad at Kinsaul Park.
> Second to the motion:  Commissioner Russell.

On Vote:      Friend          aye
              Russell         aye
              Tinder          aye
              Barnes          aye
              Anderson        aye           Motion passed:  5-0

**Item #15.  Adjourn:**
There was no further business to discuss and the meeting was adjourned at 7:45 pm.

APPROVED THIS _____13th_____ DAY OF _____March_____ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

166

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

*NOTICE*

**CITY COMMISSION MEETING**
**TUESDAY, FEBRUARY 13, 2018 – 4:00 P.M.**
**THE PUBLIC IS INVITED TO ATTEND.**

**AGENDA**

1. Call to order
2. Invocation/Pledge of Allegiance

3. **PUBLIC HEARING OPENED (state time)** Marina Island, LLC.
   Transmittal – Ordinance #1048 Final Reading (*no action taken until item #11*)
   **PUBLIC HEARING CLOSED (state time)**

4. Mayor's Report
5. Commissioner's Report
6. City Manager's Report
   A. Employee of the Month
7. City Attorney's Report
8. Public Commentary

**CONSENT AGENDA:**
9. Minutes:          01/23/2018 – Regular Meeting

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
10. Discussion and approval of the City Manager's six-month evaluation.
11. Final reading of Ordinance #1048 requesting a Small Scale Land Use Map Amendment from Marina Island, LLC. (City Planner)

**NEW BUSINESS:**
12. First Reading of Ordinance #1051 Amendment to Unified Development Code Section 5.05.163 – Motorized Vehicle Sales (New or Used).  (City Planner)
13. First Reading of Ordinance #1052 of a Small Scale Plan Amendment (SSA-18-3) DP Nelson Properties, LLC. (City Planner)
14. Approval to add and fund a new Traffic Division for the Lynn Haven Police Department. (City Manager)
15. Adjourn

167

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH URPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE TATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

168

Item #9

**City Commission Meeting Minutes, February 13, 2018. There was no workshop. Page 1**

<br>

## CITY COMMISSION MEETING MINUTES
## TUESDAY, FEBRUARY 13, 2018
## 4:00 P.M.

**Present:**   Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

<br>

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.

Mayor Anderson acknowledged the large attendance and said she assumed that most of the attendees were present for the public hearing. She informed the public that Item #11 would be pulled from the agenda per the developer's request, but she would still allow public comment on this issue after the City Planner's presentation. She welcomed Commissioner Barnes back and explained that any other comments that the public would like to make can also be done in the public comment section.

**Item #3. PUBLIC HEARING OPENED:  4:07 PM CST**
**Ordinance # 1048 requesting a Small Scale Land Use Map Amendment from Marina Island, LLC:** City Manager White read the ordinance by title only. The applicant is Marina Island, LLC and the Agent is Panhandle Engineering. This is the first reading of Ordinance # 1048, a request for a Small Scale Future Land Use Map Amendment from Marina Island, LLC., for four parcels comprised of approximately 2.9 acres. The parcels are located west of Tennessee Avenue within the 10th -11th St. Block. The applicants are requesting to be able to change the future land use designation to mixed use for four parcels, and have authorized Panhandle Engineering, Inc., to act as agent. The parcels are located south of the abandoned railroad ROW which was recently given a mixed use land use designation, and are contiguous with that existing mixed use land use designation on the abandoned railroad right of way. The applicant would like to amend the future land use map designation of four parcels from Low Density Residential to mixed use. This is the second and final reading of the ordinance and is a Public Hearing. This request went before the Planning Commission on December 5, 2017.
Mayor Anderson opened up public comments: There were many public comments on this item, some residents stated their names which were recorded. For those who stated their names away from the microphone, or were inaudible or stated only their first name, all these comments will be referred to as "residents" in the public comment section.
Public Comments:
Janet Walker asked that the land use change not be granted to Marina Island. She stated if the developer is given mixed use the developer will be able to do whatever they want to do with the land. She also stated that this development is not in compliance with the LH Comprehensive Plan. The developer said in a meeting he would be putting up four-story a building and a sales office. Mr. Rich Walker  asked would there be a ruling on this request?

169

**City Commission Meeting Minutes, February 13, 2018.  There was no workshop.
Page 2**

Mayor stated that she had some prepared remarks and would make those remarks in her Mayor's report.  She restated her remarks that the developer has asked that this item be removed from the agenda.

Mr. Walker questions why the removal, he made comments concerning the Rails to Trails road from 390, where does this fit in the CRA program, CRA program budget and comments about the Triumph money.

Wayne Pate was concerned about the "front door" of the plan, he wanted no businesses on Tennessee.  He stated it is a family-oriented neighborhood and it should stay that way.  He asked that the Commission keep it as single family home dwellings.

Libby Tunnell stated she didn't want high rise condos in her neighborhood.  It must be stop.

Arlene Harris stated that she supported Marina Island development, she thought it was a little premature to encroach in the neighborhood with commercial development.

Tom Nolan stated if a walking trail is put there, he is fine with that, but that he does not want a road and will fight the City tooth and nails to keep this from happening.

Anita Sampson commented that Tennessee is her concern. It is a very narrow road and was concern about the traffic on Tennessee, she also felt traffic would be a big issue on Tenn.?  She asked that a letter be sent out to residents about these kinds of meetings and that the meeting be held at 6:00 pm.

Mike Olen stated he was in favor of this development.  He said the LH Bayou is dying and he felt that this development would help fixed this problem.

Brand Yount asked if the high rise would be placed on the ROW?

Stan Peacock stated that he has lots of concerns about this development and that he totally agreed with Libby Tunnell.

Sue Bynum commented that her neighborhood is a single family residential area.  She does not want condos and she didn't think traffic could be controlled.

Resident spoke and said he was the closest home to the railroad track.  He wanted to know what will the City do to provide safety.

Mr. Robitaille commented that transparency is important.  He compared the condos that have been built on the beach which have completely blocked the public's view.  Who will benefit from it?  Who is the project really about?  Andrew Bales.

David Cooley was concerned about how contractors have the freedom to cut and clear lots where there are beautiful trees.  He stated Lynn Haven is a Tree City, and it should stay that way.

Mandi Strickland stated that progress is change.  She considers it an honor that a developer of this magnitude wants to build here in Lynn Haven.  She is very excited.  She wants her children to have decent playgrounds and beautiful place to go.  She said progress requires changed.  She asked that the Commission vote yes.

Cheryl Brown thanked the developers and the Commission for this project.  She thinks it is a good idea.  The progress and improvement in Lynn Haven will make Lynn Haven great.  She stated she sees the intelligence of the decision makers and she would appreciate them thinking about Lynn Haven.

A resident spoke about the smell of the Lynn Haven Bayou.  It is horrible.  It's not like the beach.  Developers are environmentally friendly.  He asked that the Commission consider this so that the children of the future can stay here in Lynn Haven.

Ms. Martin spoke that she if for the development.  Just be responsible.  Look at the traffic and how it will affect others, but just be responsible.

Donnie Wittkopf stated that is not directly impacted by this, but feels the concerns of others.  He asked that density and traffic should be heavily considered by the Commission.  He stated people move to Lynn Haven for its quaintness.  He asked that the Commission not approved the multi-use facility.

A resident commented that his main concern is opening of the water and its smell.  Lynn Haven needs to do something with the Bayou, his main concern is the Lynn Haven Bayou.

170

City Commission Meeting Minutes, February 13, 2018.  There was no workshop.
Page 3

Mitch Oakwell commented on the developer with the owner occupied as to sub-lent.
**PUBLIC HEARING was closed at 4:48 PM   CST**

Mayor Anderson stated before she read her statement, that a yes or no on this land use has nothing to do with the development.  Mayor Anderson read her statement:
.
"I have also spent several days meeting with neighbors, friends, and homeowners in the historical or CRA District and slightly beyond those parameters' in Lynn Haven, which is basically from Colorado to Montana East to West, and from 1st Street to 17th Street North to South roughly speaking.  After the presentation by Marina Island LLC at our last commission meeting, which followed a discussion of a land use change of 2.4 acres at the north end of Tennessee Avenue from low density residential to mixed use, I promised to listen to the voices of the people in Lynn Haven and find out their opinions.  Even though there were some residents who came to the Commission meeting to express their opinions, there were many who did not, and I wanted to hear from them.  The overwhelming answer from the 75-year and older low density neighborhood is "no."

I have found that the majority of those who are in favor of this land-use change are the residents of Lynn Haven Bayou area, who are under the impression that without the land use change the causeway leading out to the island cannot be breached and the bayou will not be able to be refreshed by tidal flow as it should be.  I would like to set the record straight on this.  From the very beginning of my term as Mayor, I sat at the table with the Air Force representatives, Blue Water Development representatives, FSU representatives, attorneys, and city and county interested parties.  The land use change of 2.4 acres at the end of Tennessee Avenue is a new part of the plan which was not part of any of those discussions, and the breaching of the causeway for tidal flow and renewal of Lynn Haven bayou has always been part of the conversation, and this should not be used as leverage by the developers to change the dynamics of an historical neighborhood.

Many are under the impression that this land use change is a vote for or against the development of the old fuel depot property, now known as Marina Island.  This is simply not true.  I, as well as the members of this Commission have been strong advocates for the development, but at this time we still do not have a development agreement nor have we seen any progress.  Make no mistake, the land use change is not an up or down vote for progress, jobs, recreation, or development in Lynn Haven, it is a matter of listening to the voices of the residents who have lived here for generations and want to preserve their neighborhoods.

After three years of discussion during my term as Mayor, many years of discussion before that by the developers and other parties, this property was purchased and closing documents signed several months ago.  Speaking for myself as Mayor, and not for any other member of this board, I say that it is time for the developers to begin the project as they presented it to the city, with the marina as the first part of the development, the northeast waterfront property to be sold as estate properties to aid in development of other areas, and once any necessary permitting is complete, breach the causeway as was stated in the beginning.  I will not support any land use change which invites continued mixed use development of the old, historical, residential neighborhoods of Lynn Haven, and I have expressed this to the developers before this meeting.

I believe we as a City stand ready to facilitate this wonderful development project with sewer, water, fire and police, and any other services we can provide, but we are not here to be a financial partner or to change the historical dynamics of a neighborhood to provide capital for a developer's project through the construction of five story condominiums in a neighborhood which has been single family dwellings since before World War II.

With that said, I have been informed that the developer wishes to remove the land use change from the February 13th meeting agenda, and I need a motion, a second, and a vote for that to occur.  Thank you."

Mayor Anderson as for a motion to delete Item #11 from the agenda.

171

**City Commission Meeting Minutes, February 13, 2018. There was no workshop.**
**Page 4**

Motion by Commissioner Friend:  To delete Item #11 from the agenda.
Second to the motion:  Commissioner Barnes.

Commissioner Friend stated that the Commission's duty is looking at land use changes for this parcel.  He stated he recognize what could be built.  He does believe that mixed use works, but not for this parcel.

Commissioner Barnes stated that he agrees with the Mayor and that a City still does not have a development agreement from the developers, why is this taking so long?  He stated the City knew what development would take place and he could not support this land use change.

Commissioner Tinder stated she agreed with the Mayor and Commissioners.  She would like to see a traffic study done and that she could not vote to support the land use change.

Commissioner Russell echoed the Mayor's concerns.  He stated that the responses he has received have been 50/50.  He completely supports the fuel depot project, but he cannot support the land use change.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #4.  Mayor's:**  Mayor Anderson continued her report.  The past two weeks have been extremely and productive; she participated in a legislative conference call for briefings regarding upcoming bills during the Florida Legislative session, particularly those affecting municipalities, and especially home rule, participated in Bay District Schools' National Reading Month by reading to Mrs. Perry's 2nd grade class at Lynn Haven Elementary School on Tuesday, January 23rd, and will be reading to Highland Park Elementary on March 3rd as a guest reader.

She met with City Staff to plan recognition of Black History Month by the City of Lynn Haven during our next regularly scheduled Commission meeting on Tuesday, February 27th at 6:00 p.m.  There will also be exhibits at the Chamber from various organizations, churches, schools, and individuals beginning at 9:00 when the Chamber will be open to the public.  The national theme for Black History Month is "African Americans in Times of War" and we have adopted that theme in our City's flier.  She thanked Vickie Gainer, Lauren Villhauer and Tiah Romano and others who have worked very hard to develop this special recognition day.  Mayor Anderson also attended the first scheduled meeting of the Panama City Airport Authority meeting on January 24th at 9:00 a.m. to learn more about the marketing and budgeting process of the airport board.  She spoke with Representative Jay Trumbull, Representative and Senator George Gainer about representation for Lynn Haven, as the second largest city in Bay County on the Airport Board, which requires the introduction of a bill before the legislature, they have assured her this will occur.

Mayor Anderson attended the Bay County League of Cities Meeting on Thursday, January 25th at 2:30 p.m. and met with other city representatives to plan the quarterly meeting on March 12, at Captain Anderson's where the League will be presenting several $500.00 scholarships for students at Gulf Coast State College and Florida State University at Panama City Campus.  The guest speakers will be representatives from the colleges.  Discussions were held about the necessity of all city mayor's, commissioners and councilmen and women to stay in contact with their representatives regarding the bills affecting municipalities and their areas.

172

**City Commission Meeting Minutes, February 13, 2018.  There was no workshop.**
**Page 5**

The Mayor attended the 1 p.m. meeting of the Gulf Coast Triumph Board at the Apalachicola Courthouse annex, and was accompanied there by City Manager Mike White, City engineer, Chris Forehand, and CRA and Economic Development Director, Ben Janke, and spoke in behalf of Lynn Haven's applications numbers 56 and 57 requesting funds for an Emergency Operations Center in Lynn Haven for 1.3 million dollars, and for the expansion of our sports complex in the amount of 15 million dollars.  The Mayor was notified that both of projects have passed the first round of pre-applications, and the City has been invited to complete the more detailed final application for these funds.  The City Manager, City Engineer, and the Mayor also attended the League of Cities Legislative Conference where we were given the opportunity to network with the elected officials of other cities and speak as a group and individually to our representatives. Rep Jay Trumbull, Rep Brad Drake, and Senator George Gainer all took time from their busy legislative schedules to meet with the Lynn Haven delegation to discuss our local needs for funding and support.

**Item #5.  Commissioner's Report:**  Commissioner Friend said congratulations to the Police Department for being recognized a one of safest cities in Florida, #41.  He attended the ribbon cutting of Brock's Pest Control. He attended Mosley High School's Shrek performance in their new theater.
Commissioner Russell thanked all of the citizens who contacted him regarding their views on the Marina Island project.  The update on the ditch issue near Publix is that the City is negotiating with FDOT to put a pedestrian walk there.
Commissioner Tinder stated Missouri and 5th street there is a lot of speeding.  She was recovering from the flu.  She spoke with citizens on Missouri Ave., the mistreatment of the dogs continues to happen.  Puppies are being killed.  She stated that the owner should be fine.
Commissioner Barnes stated because he has been immobile due to his surgery he has not gotten around much, but that the City is in good hands with City Manager White.

**Item #6.  City Manager's Report:**  City Manager asked Chief Reimer to come up and recognize employee of the month Corporal Mike Williams to come honored.  He highlighted that Lynn Haven is ranked in the top 100 at #41 as one of the safest city in the Florida.  Next month officers will be able to write tickets for these kinds of situation.  Sales tax is going very well.  As of tomorrow, 9th and Ohio to Michigan will be closed. The Surtax money collected to-date is $1.53 million, in four in a half month the City has paved 17.5 miles of road, 5000 liter of water pipes, 4810 linear sewer lines.

**Item #7.  City Attorney's Report:    No report.**

**Item #8.        Public Commentary:**  Libby Tunnell was upset about the trees being cut down in Sheffield Park.  Mr. Robitaille was upset about the trees being cut down in Sheffield Park.  He also stated that Lynn Haven should consider going to electing a Sheriff in Lynn Haven. One resident who also stated he was a Tyndall AFB historian, was upset about the trees being removed and stated that many of the trees have history and that the City should try to preserve the trees and the history.
Mayor Anderson commented that in 2015 there were three workshops about the renovation and removal of trees in Sheffield Park. Thirteen trees were supposed to be removed. She too was a little upset about more than the number of trees that were identified as dead trees.  She stated that maybe in the future if trees are removed on City Property that the City Manager should get the Commission's approval.  However, it looks much like the renedition. But she also stated that the City Manager was on site and that other trees were identified as damage or dead that could pose a safety issue for the City.  The City Manager made the decision to cut down those tree as

173

**City Commission Meeting Minutes, February 13, 2018. There was no workshop.**
**Page 6**

well. However, there were pine trees that were very old. But the new planting of new trees will be done that are of a good size and healthy trees.

Mrs. Tunnell spoke more about the removal of trees and the Heritage Tree that was damaged. She expects these trees to be replaced with nice big ones.

Wayne Pate spoke about the water log in his neighborhood. He was told he needed a ditch on the eastside.

Sue Bynum thanked the Commission for the paving of the roads. But clean up needs to happen. At 703 W. 12th Street there are rocks and trash that have been left.

City Manager White stated they are going back and cleaning up areas and he would make sure this happens.

Arlene Harris was upset about the removal of so many trees. Who gave the authority to cut down so many trees? But what is done is done. She apologized to City Manager White for being disrespectful to him. But let's have some checks and balances.

Mayor Anderson commented that we have a City Manager form of government. Lynn Haven has some checks and balances. She stated that she and the City Manager had a conversation about this decision. The Commission does not tell the City Manager how to run the City. The trees that are coming will be beautiful.

City Manager White apologized to the citizens but stated he had two people out there that were identifying dead and unsafe trees, and that he was trying to save the City money. He also stated that he had to take the trees from around the Amphitheatre, otherwise attendees would not be able to see. But, the park will be beautiful when it is finished, putting in lots of azaleas, plants, oak trees and other trees.

Judy Shelton commented on the roundabout at Mosley. She stated she did not hear about the change until she read it.

One resident commented on the HOA in the Hammock. It is being totally destroyed.

One resident asked who did the work of cutting down the trees?

City Manager White stated it was Phoenix Construction, one who would like to remain anonymous and the City Staff. This project cost the City no money.

Bob Schultz asked was 17th Street done? And will it be paved?

City Manager commented that he would have to look at the plans.

Cheryl Brown commented on the code enforcement not writing up her neighbor who has lots of junk cars and trucks in their yard, but nothing seems to have been done.

Resident stated that 1300 Block of Rhode Island traffic is very bad.

William Carr asked about the position changes in the City particularly the Assistant Fire Chief and Deputy Police Chief. He wanted to know was it budgeted? Why didn't the City Manager get approval? Why didn't he promote within on the Police department.

City Manager explained to him that the Assistant Chief position was a promotion. The budget is a projection of what the City will spend. He stated he did not have to discuss personnel decisions.

Brad Yount wanted to know who is responsible for fixing the stormwater drainage? Is it the City or HOA who has to approved the Hydrology? Who has the ball?

Mayor Anderson commented that these were good questions, after the Stormwater study is completed many of these issues will be rectified.

The City Manager commented the study has already started, but we have to identify who does the stormwater belong to the City or HOA? Some are privately owned. For the public the City has the responsibility, for private someone else has the responsibility.

John Clark was concerned about the stormwater runoff in his property at 304 Wataford Drive.


**CONSENT AGENDA:**
**Item #9. Minutes:       Minutes:          02/09/2018 – Regular Meeting:**

174

**City Commission Meeting Minutes, February 13, 2018.  There was no workshop.**
**Page 7**

                    Motion by Commissioner Friend:  To approve as presented.
                    Second to the motion:  Commissioner Barnes.
On Vote:            Friend          aye
                    Barnes          aye
                    Russell         aye
                    Tinder          aye
                    Anderson        aye                    Motion passed:  5-0


**OLD BUSINESS:**
**Item #10.  Discussion and approval of the City Manager's six-month evaluation.**  Mayor Anderson asked for comments from the Commission.  She also stated the approval of the City Manager's evaluation will come with a $5,000 increase to his salary.  Commissioner Tinder stated she spent over an hour with the City Manager and that the citizens would understand her vote when it is time to vote.  Commissioner Russell stated City Manager White is doing a great job, he is exceptionally happy with the City Manager, he is open for discussion and produces good work, and he continues to be impressed by him.  Mayor Anderson stated City Manager has done a great job, she is very pleased with what he has accomplished.

                    Motion by Commissioner Friend:  To approve a $5,000 increase to the City
                    Manager's salary per his employment agreement.
                    Second to the motion:  Commissioner Barnes.

Rich Walker asked where were the evaluations?  He did a public records request and he received only one, which was Commissioner Russell.
Mayor Anderson stated that Mr. Walker has never asked for these evaluations before and that it is not required to have a written evaluation.
Mr. Walker disagreed.  Mayor Anderson reminded Mr. Walker of his time left for comments. Mr. Walker took his seat.
Commissioner Friend stated he met with the City Manager and is pleased with his performance. He also stated that he does his evaluation a little different.  "Meets expectation" doesn't mean he is not doing his job; it means he is performing the duties that the City hired him to do.  He is doing a fine job.  He stated he has no problem turning in his evaluation.
Commissioner Barnes stated he will turn his evaluation in also and stated he is pleased with City Manager's performance.  Commissioner Tinder said she will also turn in her evaluation and the Mayor said she would turn hers in as well.
Mr. Robitaille commented that the issue needed to be tabled.
Bob Schultz wanted to know if he could yield his time to Mr. Walker?  Mayor Anderson allowed Mr. Walker to speak in place of Mr. Schultz time.  Mr. Walker continued his comments about City Manager White's evaluation.  He also stated that Commissioner Russell gave Mr. White a superior review on everything and he was concerned about his evaluation.  Commissioner Russell responded by saying to Mr. Walker that is an incorrect statement and that the City Manager White has exceeded his expectations and he did not appreciate Mr. Walker mischaracterizing his evaluation.  There are some areas that he thought Mr. White could improve, but Mr. White was doing a great job.

On Vote:            Barnes          aye
                    Friend          aye
                    Tinder          nay
                    Russell         aye

175

**City Commission Meeting Minutes, February 13, 2018. There was no workshop.**
**Page 8**

Anderson          aye                    Motion passed: 4-1

**Item #11.   Final reading of Ordinance #1048 requesting a Small Scale Land Use Map Amendment from Marina Island, LLC. (City Planner):**   This item was deleted from the agenda.


**NEW BUSINESS:**

**Item #12.  First Reading of Ordinance #1051 Amendment to Unified Development Code Section 5.05.163 – Motorized Vehicle Sales (New or Used):**  City Planner Amanda Richard gave background information and a presentation on the ordinance.  She stated it would not affect current car lots.  This ordinance was read by the City Manager by title only.  Commissioner Friend commented, for clarification we are making changes to the already designated area.  City Planner said this is correct.
Brad Yount had two concerns, No illumination and no noise.  His suggestion was to change the ordinance.

**Item #13.  First Reading of Ordinance #1052 of a Small Scale Plan Amendment (SSA-18-3) DP Nelson Properties, LLC:**  This ordinance was read by the City Manager by title only.

**Item #14.  Approval to add and fund a new Traffic Division for the Lynn Haven Police Department:**  City Manager White stated that he would like to create a traffic division.  He has two officers who want to be patrol officers for this unit.  This money would be taken from the impact fees.  City Manager gave some data on the number of calls and growth of Lynn Haven.  He stated by the end of 2018 Lynn Haven will grow to over 22,000 people with this growth, the City has to growth with it.
Commissioner Tinder was concerned about how to retrieve the funds. Commissioner Tinder asked how much would this cost?
Commissioner Barnes asked would this traffic unit work mostly in the daytime?
City Manager stated yes, mostly in the day.

Motion by Commissioner Barnes:  To approve and fund the traffic division for Lynn Haven Police Department.
Second to the motion:  Commissioner Russell.

Commissioner Friend stated he is always very cautious when placing this kind of item in the budget before mid-year.
Mr Robtialle asked how would the City pay for this? Bailey Bridge is a speed trap and we don't want Lynn Haven to become known or have a reputation of harsh traffic enforcement.
Commissioner Russell stated that the Commission spent three months on this subject.  More comments came from the public on this item.

On Vote:      Barnes          aye
              Russell         aye
              Tinder          aye
              Friend          aye
              Anderson        aye            Motion passed:  5-0

176

**City Commission Meeting Minutes, February 13, 2018.  There was no workshop.
Page 9**

<u>Item #15.   Adjourn:</u>
There was no further business to discuss and the meeting was adjourned at 6:33 pm.


APPROVED THIS _____27th_____ DAY OF ____February____ 2018.


_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

177

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



**CITY OF LYNN HAVEN, FL**

COMMISSIONERS
ANTONIUS G. BARNES
DAN RUSSELL
RODNEY FRIEND
JUDY TINDER

*NOTICE*

**THERE WILL BE TWO WORKSHOPS BEFORE THE COMMISSION MEETING:**
**MARINA ISLAND, LLC:  4:00 PM**
**RATE STUDY BY STANTEC:  5:00 PM**

**CITY COMMISSION MEETING**
**TUESDAY, JANUARY 23, 2018 – 6:00 P.M.**
**THE PUBLIC IS INVITED TO ATTEND.**

**AGENDA**

1. Call to order
2. Invocation/Pledge of Allegiance

3. **PUBLIC HEARING OPENED (state time)**
   Small Scale Future Land Use Map Amendment (SSA-18-2) 6220 House of Seafood Drive
   Transmittal – Ordinance #1050 Final Reading (*no action taken until item #11*)
   **PUBLIC HEARING CLOSED (state time)**

4. Mayor's Report
   A. Black History Month Proclamation
5. Commissioner's Report
6. City Manager's Report
7. City Attorney's Report
8. Public Commentary

**CONSENT AGENDA:**
9. Minutes:              01/09/2018 – Regular Meeting
10. Mutual Aid Agreement with Panama City Beach Police Department.

   **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

**OLD BUSINESS:**
11. Second reading of Ordinance #1050 Small Scale Future Land Use Map Amendment (SSA-18-2) 6220 House of Seafood Drive. **(Action Required)**

**NEW BUSINESS:**
12. Approval of the Mosley Roundabout Transfer Agreement.  (City Attorney)
13. Rank and Approval of the SRF Water and Wastewater Design Build RFQ 17/18-7 to the top rank Design-Build Team. (City Manager)
14. Discussion and approval of the City Manager's six-month evaluation.
15. Adjourn

178

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH URPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE TATUTE 286.0105.

**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

179

**City Commission Meeting Minutes, January 23, 2018.  There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 1**

CITY COMMISSION MEETING MINUTES
TUESDAY, JANUARY 23, 2018
6:00 P.M.

| | |
|---|---|
| **Present:** | Margo Deal Anderson, Mayor |
| | Rodney Friend, Mayor Pro Tem/Commissioner |
| | Antonius G. Barnes, Commissioner |
| | Dan Russell, Commissioner |
| | Judy Tinder, Commissioner |
| | Michael E. White, City Manager |
| | Robert C. Jackson, City Attorney |
| | Officer Mike Williams |

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation.  The Pledge of Allegiance followed.

Motion by Commissioner Friend:  To allow Commissioners Barnes and Tinder to participate in the City Commission meeting by phone.
Second to the motion:  Commissioner Russell.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Anderson | aye | Motion passed:  3-0 |

**Item #3. PUBLIC HEARING OPENED:  6:04 PM CST**
**Ordinance # 1050 Small Scale Future Land Use Map Amendment (SSA-18-2) 6220 House of Seafood Drive:**   City Planner Amanda Richard gave a presentation to the City Commission. The applicant is Bailey Pointe and the Agent is Panhandle Engineering.  The existing land use is commercial.  The applicant requested that the land be changed to mixed use, in which the adjacent land use is surrounded on all sides.  They were given a development order to build townhomes, now they asking for mixed use so that they can have more flexibility to build there. City Manager White read the Ordinance by title only.  Mayor Anderson asked for comments from the Commission and public.
Janet Walker asked what could be built on the land of mixed use designation?
City Planner Richard stated that it could be a mixture of single family homes, multi-family homes. Lower intense commercial which allows for retail and restaurants, but not big box stores or large chains.
**PUBLIC HEARING was closed at 6:09 PM   CST**

Motion by Commissioner Friend:  To allow Commissioners Barnes and Tinder to participate in the City Commission meeting by phone.
Second to the motion:  Commissioner Russell.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Anderson | aye | Motion passed:  3-0 |

**Item #4.  Mayor's:**  Mayor Anderson had several events, meetings and activities she attended. She read to second graders at LH Elementary School in honor of Literacy Week.  She will also

180

**City Commission Meeting Minutes, January 23, 2018.  There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 2**

attend the Panama City Airport Authority Board to see how the City can have some representation on the board, she will be attending the League of Cities in which Billy Raider is president, she and the City Manager will be traveling to Tallahassee to attend the Legislative lobbying event with the League of Cities.  There is one bill she is interested in that would affect cities like Lynn Haven. The bill would require Cities to hold their election the same day as the general elections.  She will also be attending the Triumph Board meeting and speak on behalf of Lynn Haven. She would like to know why none of Lynn Haven's projects were funded.  Bay County recommended eleven projects and many cities were overlooked including Mexico Beach.  She spent a tremendous amount of time on Social Media reading comments and responding to citizens about the Marina Island project.  The traffic on Tennessee Ave. is really bad, one resident said to her he is afraid to back out of his driveway for fear of being hit.  She asked that the traffic committee take another look at road and see if the City will need to do something about the speeding.  Full disclosure, Mayor Anderson stated she lives on Tennessee Ave. as well and there many other streets that need our attention.

**Item #5.  Commissioner's Report:**  Commissioner Friend stated that he and the engineers are working on a plan for Rails to Trails, The City submitted the application for the engineering side and it was funded, hopefully we will see a presentation in February, he will be traveling on behalf of TPO at no expense to the City.  Senate Bill1516 will affect the TPO.  It will limit the number of TPO seats.  He explained that the TPO concentrates on issues not just for Lynn Haven, but for Bay County.

Commissioner Russell stated that he had several meetings with the City Manager and that the City Manager is doing a great job, and he continues to be impressed with him.  The ditch next to Publix that he brought up at the last meeting may have been resolved. Public Works Director Bobby Baker will be reaching out to the property owner to build a bridge.  We had some issues with the Fuel Depot being an open access to kids.  He reached out Laurie Baker and she contacted the owners and it is fixed.

Commissioner Tinder stated she has had lots of calls from citizens about the Marina Island project, many citizens love the project but are against the "Front Door."  She also thanked the Mayor for her hard work.

Commissioner Barnes mentioned that there were two individuals that have passed away, that contributed to the success of the City.

Mayor Anderson stated she would like the City to host and celebrate Black History Month. This idea was brought to her by Mr. Leon Miller.  Deputy City Clerk Vickie Gainer and other staff will be working on this with the Mayor.  She asked that the City host a reception honoring Black History Month and to contact the schools in Lynn Haven for art, and invite African American leaders to speak, and have cake at the Commission meeting to celebrate this event. Mayor Anderson read the Black History Month Proclamation and Mr. Leon Miller accepted the proclamation.

**Item #6.  City Manager's Report:**  City Manager White reported on the traffic data: Mississippi and 15th, there were nine speeding tickets written, 750 traffic count and the speed was average, the staff will continue to monitor this road. Petty Drive, there is lot of speeding, the committee recommended that a three-way stop be placed there and lastly Alexander Drive & Petty, Maryland and 12th which is a truck route, 100 citations were written, the committee's recommendation is that nothing be done right now because it is at a truck stop.  Florida and 8th the committee will look at this later after the Tag Office will be relocated. They should be moving in a few months.  They will also be evaluating Missouri and 5th.  The City Manager recommended that there be a three-way stop placed at Alexander Drive and Petty.

181

**City Commission Meeting Minutes, January 23, 2018.  There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 3**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

On Vote:
| | |
|---|---|
| Russell | aye |
| Friend | aye |
| Tinder | aye |
| Barnes | aye |
| Anderson | aye |

Motion passed: 5-0

Mayor Anderson reminded citizens that if they have problems with roads to bring them to the committee to take a look at their requests.  Commissioner Russell asked for clarification that the City Manager stated that 100 citations were written at Maryland and 12th.  City Manager confirmed this number and stated that the General Dynamics employees travel that way every day.  He does have the Police Chief looking into alternative measures.  Commissioner Russell also commented on Connecticut as a problem street, but City Manager White stated that the alternative solution may eliminate this problem as well.

**Item #7.  City Attorney's Report:**  City Attorney Rob Jackson reported on the Railroad ROW, Rails to Trails, FDOT just wants the road from the City, they have a lawsuit in, but they really just want the quick claim deed and not go into litigation.  Quick claim deed is needed to move forward.  He asked the Commission to approve the Resolution to go forward with FDOT's request.
Commissioner Friend asked was it 100 ft. or yards.  The City Attorney stated it is 100ft.  The Commission stated they did not have a problem with this item.

Motion by Commissioner Barnes:  To accept the City Attorney's recommendation to move forward with the Quick Claim Deed and Resolution.
Second to the motion:  Commissioner Friend.

On Vote:
| | |
|---|---|
| Russell | aye |
| Friend | aye |
| Tinder | aye |
| Barnes | aye |
| Anderson | aye |

Motion passed: 5-0

**Item #8.          Public Commentary:**  David Cooley thanked the City for cleaning up 5th Street sidewalks.  He stated the mixed use change on Tennessee Ave. is concerning, this will bring lots of condos and traffic.  He is totally against it.  He asked what happens if they don't sell?  He understands there is an estimated cost of $10 Million to the City.  The City Manager stated that this is an incorrect.  This is not in the plans; he believes the developer will be responsible.
Janet Walker questioned whether or not the Tag Office and parking lot with SunTrust, the Masonic Lodge, can something be worked out?  City Manager stated he would be glad to speak with Mr. Perdue and yes, he believes something can be worked.  Mr. Cutchins spoke about the clearing of property lots and taking down trees.  He felt Lynn Haven will be concrete and asphalt if we keep this up.  He asked, when did it become so important to take away trees and say it is okay?  Mayor stated she did not have an answer for this.  Trees are important to her, she doesn't like to see trees cut down unless they are diseased or a danger to our citizens.  She stated she didn't know when this changed.
Mrs. Libby Tunnell thanked the Commission for the four-way stop on 5th Street.  She said traffic has slowed down traffic.  One resident spoke about speeding on Tennessee Ave. he asked that the City come up with a dedicated traffic control officer.  He suggested that the Chief come up with a plan for speeding, for example, officers would work overtime and dedicate them to traffic

182

**City Commission Meeting Minutes, January 23, 2018.  There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 4**

control.  City Manager stated that off duty officers already do this.  Mayor Anderson thanked the public for their comments.  Mayor Anderson stated the comments are well put, she has had conversations with the Chief, but yes he has planted a seed.

**CONSENT AGENDA:**
**Item #9. Minutes:        Minutes:            01/09/2018 – Regular Meeting:**
**Item #10.  Mutual Aid Agreement with Panama City Beach Police Department.**

> Motion by Commissioner Barnes:  To approve as presented the consent agenda.
> Second to the motion:  Commissioner Friend.

Mayor Anderson stated that PCB Police Department seems to be far away from Lynn Haven.  She just doesn't want Lynn Haven officers to be tasked to supplement work for PCB Police Department and LH PD be stretched.
City Manager stated this would not be the case, many of the officers that would help out with the PCB Police Department would be off duty officers who already live there on the beach.
Mayor Anderson ask why can't the City pay these officers overtime to help out with traffic in Lynn Haven?
City Manager said that we can do.
City Attorney stated the agreement does not require the City to give any money.

On Vote:       Barnes          aye
               Friend          aye
               Tinder          aye
               Russell         aye
               Anderson        aye         Motion passed:  5-0

**OLD BUSINESS:**

**Item #11.       Second reading of Ordinance #1050 Small Scale Future Land Use Map Amendment (SSA-18-2) 6220 House of Seafood Drive:**   Ordinance #1050 was read by the City Manager by title only.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

Commissioner Friend commented that we are just making a decision for the land to go to mixed use since it is surrounded by mixed use.

On Vote:       Russell         aye
               Friend          aye
               Barnes          aye
               Tinder          aye
               Anderson        aye         Motion passed:  5-0

**NEW BUSINESS:**

183

City Commission Meeting Minutes, January 23, 2018.  There were two workshops held, Marina Island LLC, and Stantec Rate Study.
Page 5

**Item #12.  Approval of the Mosley Roundabout Transfer Agreement.:**  City Attorney stated this is just an agreement to provide a roundabout and that the School Board District did approve this today at their board meeting.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

City Manager White explained as to how the roundabout idea came to fruition.
Commissioner Tinder asked why are we doing this, she was concerned with the teenagers trying to figure the roundabout and the traffic.
Mayor Anderson added that the 4-way stops are more confusing and felt roundabouts are better.
City Manager stated the cost of this project will come out of the transportation fees.  It will cost $300K-$400K.
Commissioner Russell stated this was brought up in the traffic workshops. The traffic is very congested.  First responders cannot get through when there is an emergency and traffic is always backed up.  He feels this will alleviate much of the problem but Mosley High School will also need to help out with this problem.
Commissioner Tinder agreed with Commissioner Russell.
Commissioner Barnes asked who will be responsible for notifying people in that area?
City Manager White stated he has met with the principal, the superintendent and the district's operations manager.  This project will start in the summer when school is out and give parents and kids time to adjust.  The largest concern is getting the police and fire through when there is an emergency.
Commissioner Barnes totally agreed and commended the City on their work.
Mrs. Walker asked if this is a two lane roundabout or a one lane roundabout?
City Manager White stated one with a right hand turn.
Mrs. Walker does a school bus usually go around one lane roundabout?
City Manager stated he is negotiating with the school district for more space.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #13.  Rank and Approval of the SRF Water and Wastewater Design Build RFQ 17/18-7 to the top rank Design-Build Team:**  City Manager White explained to the Commission that while the money has not come through yet, the City wanted to be ready to act with the Design build team in place.
Commissioner Tinder asked who ranked them?  The City Manager, Bobby Baker and Greg Kidwell.

> Motion by Commissioner Barnes:   To rank Phoenix Construction and Panhandle Engineering as #1 and Gulf Coast Utility Contractors as #2.
> Second to the motion:  Commissioner Russell.

Brad Yount asked was there a bid amount.  City Manager responded no it was a RFQ.

| On Vote: | Barnes | aye |
|---|---|---|
| | Friend | aye |

184

**City Commission Meeting Minutes, January 23, 2018.  There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 6**

|          |     |                      |
|----------|-----|----------------------|
| Russell  | aye |                      |
| Tinder   | aye |                      |
| Anderson | aye | Motion passed:  5-0  |

**Item #14.  Discussion and approval of the City Manager's six-month evaluation:**   The Mayor stated that yes his evaluation is due.  But because the Commission needs to review and complete the evaluation form. She suggested that this item be tabled.

> Motion by Commissioner Friend:  To table until the next Commission meeting when the Commission has had the opportunity to complete a performance evaluation.
> Second to the motion:  Commissioner Russell.

On Vote:

|          |     |                      |
|----------|-----|----------------------|
| Friend   | aye |                      |
| Russell  | aye |                      |
| Tinder   | aye |                      |
| Barnes   | aye |                      |
| Anderson | aye | Motion passed:  5-0  |

**Item #15.  Adjourn:**
There was no further business to discuss and the meeting was adjourned at 7:09 pm.

**APPROVED THIS** _____13ᵗʰ_____ **DAY OF** _____February_____ **2018.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

185

MARGO D. ANDERSON
MAYOR

MICHAEL E. WHITE
CITY MANAGER

ROBERT C. JACKSON
CITY ATTORNEY



COMMISSIONERS
ANTONIUS G. BARNES

DAN RUSSELL

RODNEY FRIEND

JUDY TINDER

*NOTICE*

## CITY COMMISSION MEETING
## TUESDAY, JANUARY 9, 2018 – 4:00 P.M.
## THE PUBLIC IS INVITED TO ATTEND.

## AGENDA

1. Call to order
2. Invocation/Pledge of Allegiance
3. Approval to excuse Commissioner Antonius Barnes from the Commission meeting

4. **PUBLIC HEARING OPENED (state time)**
   Resolution # 2017-10-708 Wastewater Collection Facilities Plan and the Financial Plan
   **PUBLIC HEARING CLOSED. (state time)** *(no action until Item #17)*

5. **PUBLIC HEARING OPENED (state time)**
   Small Scale Future Land Use Map Amendment (SSA-18-1) from Marina Island, LLC
   Transmittal – Ordinance #1048 Final Reading
   **PUBLIC HEARING CLOSED. (state time)** *(no action until Item #13)*

6. **PUBLIC HEARING OPENED (state time)**
   Vacation and Abandonment for Two Right-of-Ways, Kentucky Avenue and 11th Street
   west of Tennessee Ave.
   Transmittal – Ordinance #1049 Final Reading
   **PUBLIC HEARING CLOSED. (state time)** *(no action until Item #14)*

7. Mayor's Report
8. Commissioner's Report
9. City Manager's Report
   A. Employee of the Month
   B. Infrastructure Sales Tax Update
10. City Attorney's Report
11. Public Commentary

## CONSENT AGENDA:

12. Minutes:              12/12/2017 – Regular Meeting

    **\*\*MOTION NEEDED TO APPROVE CONSENT AGENDA**

## OLD BUSINESS:

13. Second reading of Ordinance #1048 requesting a Small Scale Land Use Map Amendment

186

from Marina Island, LLC. (City Planner) **(Action required)**

14. Second reading of Ordinance #1049 providing the vacation and abandonment for two right-aways: Kentucky Avenue right of way south of the 100-foot railroad, and 11th Street right away west of Tennessee Avenue. (City Planner) **(Action Required)**

15. Discussion and approval for the Audit Committee's workshop date to review RFQ Bid Documents for Auditing Services. (City Manager)

**NEW BUSINESS:**

16. Discussion and possible approval to give the City Manager authority to negotiate the acquisition of property 813 Pennsylvania Ave. (City Manager) **(Action Required)**

17. Resolution # 2018-01-708 approval and adoption of the Wastewater Collection Facilities Plan and the Financial Plan **(Action Required)**

18. First reading of Ordinance #1050 Small Scale Future Land Use Map Amendment (SSA-18-2) 6220 House of Seafood Drive. **(Read by title only)**

19. Adjourn

**IF A PERSON DECIDES TO APPEAL ANY DECISION MADE BY THE COMMISSION WITH RESPECT TO ANY MATTER CONSIDERED AT THIS MEETING, THEY WILL NEED A RECORD OF THE PROCEEDINGS, AND FOR SUCH URPOSE THEY MAY NEED TO ENSURE THAT A VERBATIM RECORD OF THE PROCEEDINGS IS MADE, WHICH RECORD INCLUDES THE TESTIMONY AND EVIDENCE UPON WHICH THE APPEAL IS BASED.  FLORIDA STATE TATUTE 286.0105.
**IN ACCORDANCE WITH THE AMERICANS WITH DISABILITIES ACT AND FLORIDA STATUTES, 286.26, PERSONS WITH DISABILITIES NEEDING SPECIAL ACCOMMODATION TO PARTICIPATE IN THIS PROCEEDING SHOULD CONTACT CITY HALL NO LATER THAN 48 HOURS PRIOR TO THE PROCEEDING AT TELEPHONE 850-265-2121 FOR ASSISTANCE; IF HEARING IMPAIRED, TELEPHONE THE FLORIDA RELAY SERVICE NUMBERS, (800) 955-8771 (TDD) OR (800) 955-8770 (VOICE) FOR ASSISTANCE.

187

City Commission Meeting Minutes, January 9, 2018
Page 1

*Item #9*

## CITY COMMISSION MEETING MINUTES
### TUESDAY, JANUARY 9, 2018
### – 4:00 P.M.

**Present:**     Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams
**Absent:**      Antonius G. Barnes, Commissioner,

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation.
The Pledge of Allegiance followed.

**Item #3.  Motion to excuse Commissioner Antonius Barnes from the Commission Meeting.**
                   Motion by Commissioner Friend:  To approve as presented.
                   Second to the motion:  Commissioner Russell.
On Vote:    Russell          aye
                   Tinder           aye
                   Friend           aye
                   Anderson        aye                    Motion passed:  4-0

**Item #4. PUBLIC HEARING OPENED:  4:02 PM CST**
**Resolution # 2017-10-708 Wastewater Collection Facilities Plan and the Financial Plan:**
City Manager White read the ordinance by title only.  Commissioner Tinder questioned what was
this project and why is the City moving so fast?  City Manager White explained that this
resolution helps the City to pursue another funding source that has a low interest rate from the
State to complete many of the storm water projects.  Commissioner Friend commented that we
should pay attention to how we use our budgetary dollars and use the surtax money to pave the
roads.  He stated the City needs to make sure we also are saving money.  Comments from the
public:
Mr. Robitaille questioned City Manager on the information about this project.
City Manager White reiterated that this is to replace the pipes that have been in the ground since
1928.  Mr. Robitaille wanted specific water mains that would be replaced, City Manager White
explained that it will vary from street-to-street.
Mayor Anderson asked for any other comments and there were none.
**PUBLIC HEARING was closed at 4:09 PM   CST**

**Item #5.  PUBLIC HEARING OPENED:  4:09 PM  CST**
**Small Scale Future Land Use Map Amendment (SSA-18-1) from Marina Island, LLC
Transmittal – Ordinance #1048 Final Reading.**  City Manager White read the Ordinance by
title only.  City Planner Amanda Richard stated that the applicant is Marina Island, LLC and the
agent is Panhandle Engineering. The developer was requesting to change the existing land from
low density residential. The requesting use is mixed land use of approximately 2.9 acres.  The
City Planner gave an illustration of her presentation that included an aerial shot of the map, a
present day map and the future look of what the land would look like.

188

**City Commission Meeting Minutes, January 9, 2018**
**Page 2**

Commissioner Tinder asked when this land is changed to mixed use, what is the City opening itself up to?

City Planner Amanda Richard stated that the land would have residential dwellings, townhomes, multi-family and commercial businesses. They can have 20 units per acre.

Commissioner Friend asked if there had been any others who have contacted her about this change. He has received several phone calls with concerns about this request.

Amanda Richard stated that no one has contacted the Planning Department. She acknowledged that there were some comments in the last planning board meeting.

Commissioner Friend stated he was concerned about the mix use around residential.

Amanda Richard commented that future land use is what the City envisions of what will happen in the future. Mixed use is already on the railroad track. The mixed use is already spread out. The residential and commercial dwelling will be connected.

Commissioner Friend was still concerned that the development was right in the middle of residential.

Commissioner Russell asked about the number of units and height restrictions.

Amanda Richard stated that restriction 50ft.

Mayor Anderson asked if the Commission voted yes, not saying that they would, would the Commission still have control over the changes?

Amanda Richard stated that the developer would still have to come to the Commission for a development order.

The City Attorney Rob Jackson stated that any changes would come back to the Commission whether it be code restrictions or a development order. Standards are a little different at this stage than at the legislative stage. The development order stage the Commission standard review is substantial.

Mayor Anderson asked for clarification.

Rob Jackson stated that the developer has to comply with the residential codes. But if it is changed to mixed use, the developer would comply with the mixed use code. If the development order meets the standards and the codes, then the Commission should approve it.

Commissioner Tinder agreed with Commissioner Friend in that there are too many residential homes that would be around the mixed use area. She stated that we are intruding on the Old Lynn Haven.

Public comments:

Janet Walker was concerned that the map displayed by the City Planner was deceiving. She stated that she feels Lynn Haven is being "sliced and diced" and that everything is encroaching on the Old Town. She stated Marina Island knew what the land use was when they purchased the land and what it would be used for. She said she applauded Commissioners Friend and Tinder for sticking to their guns and not approve this request. Rich Walker stated his disapproval of the mixed use request. 390 has to be widened, CRA has to be in there because Marina Island has to get this done. He stated that Marina Island owns all of the property and all other property is low density. This was not a well thought out plan by the City. Once the City decides to go mixed use you can't go back. Mr. Robitaille made comments regarding his disapproval of the mixed land use request, he sees low density as neighborhoods and mixed use as hamburger row. He continued to compare low density verses mixed use. Mrs. Cutchins stated that the information that was shared at the planning meeting was that the developers would build condos. Andrew Bales, Developer and Owner of Marina Island, LLC, stated that his company has invested more than $1.5 million in studies and research on this project. He stated he does care about our neighbors. The buildings are individual small buildings. He wants a more inclusive community and his company wants to work with the community. His company has spent more than $100,000 in Lynn Haven and Bay County on metric studies. His intention is not to build high-rise or build walls, but to build aesthetically pleasing communities and enrich the quality of life for all citizens. He stated that his company and his partners like Lynn Haven and have

189

**City Commission Meeting Minutes, January 9, 2018**
**Page 3**

a large budget for Lynn Haven's progress.  He stated that he wants the public to know that his company is a friendly developer and that they would like to bring good things to Lynn Haven. He pointed out on the map what Marina Island owns.  He stated they own the railroad and giving it to Lynn Haven.  There will be no high rise building, four flats and very tastefully done.  He stated his company is going out of their way to conserve the beautiful trees.  He said he is the decision maker and it is his intent to do something good for Lynn Haven and help Lynn Haven to prosper.  We want to have a world-class development.  We want to be actively good neighbors to Lynn Haven.

More comments came from residents about their concerns that the developers will build condos too high and cut down trees.

Commissioner Tinder asked if Marina Island owned the railroad up highway 231?

Mr. Bales stated yes we have an agreement to give it to Lynn Haven.  From 390 to the Island belongs to Marina Island.  Rich Walker questioned Mr. Bales about the land being contaminated. Mr. Bales responded yes, but there are ways to clean up any contamination.

Commissioner Tinder asked what about the exit off of 10th Street.  Mr. Bales said at this time he could not commit on this because of the master plan has not been approved.

Brad Yount asked Mr. Bales to elaborate on the property value.  Mr. Bales said this development will help increase the property value of homes.  Most of the homes in this development will increase.  There will be homes that will range from $400,000 to $1million.  Mr. Robitaille asked where will the developers find people who will buy houses for this much.

There were other comments and questions from the audience.

Mayor Anderson acknowledged that she had deviated from Roberts Rule of Order, but stated she wanted everyone to have the opportunity to speak and ask question.

After several other comments from the public about land use, Mayor Anderson called for any other comments, seeing there were not any, the public hearing was closed.

**PUBLIC HEARING CLOSED: 5:10 PM CST**

Mayor Anderson stated that the meeting would now abide by Roberts Rule of Order for the remaining of the Commission meeting.

**PUBLIC HEARING OPENED 5:10  PM  CST**
**Item #6.  Vacation and Abandonment for Two Right-of-Ways, Kentucky Avenue and 11th Street west of Tennessee Ave. Transmittal – Ordinance #1049 Final Reading**.  City Manager White read the ordinance by title only.  City Planner Amanda Richards gave background on the two right-of-aways.  She stated that the applicant owned both parcels and is requesting that the City abandon the properties.

City Attorney stated granting this request just allows development of that property.

Public comments from Rich Walker who stated giving land to the developers is not right without allowing the public to see it.  Mr. Robitaille made comments, Mr. Bales stated giving four miles of 100ft wide to the City.  Basically, everything in between 390 and Highway 77.

The City Manager commented that abandonments are a common practice in most municipalities. We just did an abandonment for CVS and have granted abandonments with other developers.

Commissioner Russell asked for abandonment clarification does it go back to adjacent property? City Attorney stated that is correct.

**PUBLIC HEARING CLOSED 5:18 PM CST**

**Item #7.  Mayor's:**  Traffic policy had two requests from citizens.  Florida Avenue & 8th Avenue making it a 4-way stop and Missouri Avenue & 5th Street asked to add another stop sign.  Leisure Services Community Service Board would meet the third Monday of every month, the City staff will call and set the meeting and Beautification in February.  Mayor Anderson would like a

190

**City Commission Meeting Minutes, January 9, 2018**
**Page 4**

proclamation for Black History Month and also plan a reception in February in honor of Black History. She will be attending two meetings. The first will be the Airport Board meeting to listen and learn. She stated she is concerned about the cost to fly from Panama City. At this point, the board has not offered affordable rates for airfares and we don't have direct flights to destinations, and the Panama City Airport Board is not located in Panama City and Lynn Haven does not have representation on the board. She will also attend the Triumph meeting on Jan. 29. She will ask the question, why was Lynn Haven not recommended to receive funds. The City submitted two requests. January 30 and 31 she will be attending the Legislative session with the League of Cities.

**Item #8. Commissioner's Report:** Commissioner Russell reported that he had meetings with the City Manager, residents had concerns about the safety issue for the youth concerning the ditch next to Publix. The kids are walking from the subdivision to Publix and would like to see a walkway built there. Any other issues the City Manager has taken care of them
Commissioner Tinder reported that the Suggs home has been lifted and will be moving at slow pace to preserve the home and move to their own property on Redbird Circle. A citizens wanted to know more about the Rails to Trails and how it would affect his property. She had a conversation with the City Manager and assured him this was a long way off. Had a concern from resident about a dog owner who is neglecting and abusing their animals. The dogs have been killing each other and the children are afraid to play outside. She called to have an official to do something but she said there was nothing they could do. Residents from the Country Club have complained of speeding and asked the City Manager are we writing tickets, He assured her they have been.
Commissioner Friend reported that he attended City's ceremony for Wreaths Across America and the Mayor did a great job of representing us and he attended Christmas with the Cops. He thanked all City staff for their hard work.

**Item #9. City Manager's Report:** City Manager White recognized the Employee of the Month, Clayton Teed. The City has collected $1.5 million in sales tax revenue. The City has secured a $6,000, 090 loan. He and the Mayor signed the loan papers last week. Staff is identifying more roads that will be paved in the upcoming weeks.

**Item #10. City Attorney's Report: No Report.**

**Item #11.     Public Commentary:** Janet Walker stated her concerns about how she feels the City is being "sliced and diced." She questioned why so many trees were being cut down in Lynn Haven. She questioned what happened to the sign before entering Lynn Haven that stated the City was a "Tree City."
Arlene Harris commented that the code enforcement does a great job, but there are houses that continue to be cluttered up with many abandoned cars and equipment.
Mr. Cutchins commented on the look of City Hall. He is pleased with the changes and City Hall looks great. He also gave some history on Lynn Haven and its historic buildings.
George Hines thanked the Commission and gave kudos to both the City Manager and the Mayor for the work that has been done on his street and other streets in Lynn Haven.
Courtney Stuart was concerned about the lack of attention being paid to her neighbor's abuse of animals. She stated she lives off of Missouri and West 23rd. She stated that she found the animals in horrible condition, dogs mangling other animals, puppies have been killed and the animals are malnourished. She stated it is horrific. She has adopted two of the cats, but more needs to be done.

191

**City Commission Meeting Minutes, January 9, 2018**
Page 5

Mayor Anderson asked that an investigation be started on the residents in question for cruelty of animals, and if this does not work, the Commission can schedule a workshop and develop an ordinance that addresses these kinds of issues.

Another resident came up to the podium and spoke verifying everything that had been said about the cruelty of animals.

Dan Robitaille commented on several issues, he noticed that police are now at every City meeting. He referenced that there was conflict at the last planning board meeting, and was concerned about the direction the City is going. He was concerned that we have not received any funds from Triumph and asked was there any relationship building with County officials? He referenced that the City Planner actions at the last planning board meeting were out of line. Commissioner Russell responded that yes he has met with many of the County officials and will continue to after funds for Lynn Haven. He stated that the Commission is working hard for the residents of Lynn Haven.

Rich Walker commented on the irrigation pumps and how he feels it is killing trees. He also commented on the Triumph funds not being received for Lynn Haven.

Courtney Stuart also asked that the Commission not put another stop sign on Missouri Ave.

**CONSENT AGENDA:**
**Item #12.  Minutes:     12/12/2017 – Regular Meeting:**

> Motion by Commissioner Russell:  To approve as presented the consent agenda.
> Second to the motion:  Commissioner Friend.

On Vote:    Russell        aye
            Friend         aye
            Tinder         aye
            Anderson       aye          Motion passed:  4-0

**OLD BUSINESS:**

**Item #13.   Second reading of Ordinance #1048 requesting a Small Scale Land Use Map Amendment from Marina Island, LLC:**   Ordinance #1048 was read by the City Manager by title only.  There was no discussion.

No motion.  Resolution failed.

**Item #14.  Second reading of Ordinance #1049 providing the vacation and abandonment for two right-aways: Kentucky Avenue right of way south of the 100-foot railroad, and 11th Street right away west of Tennessee Avenue.:**  Ordinance #1049 was read by the City Manager by title only.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

On Vote:    Russell        aye
            Friend         aye
            Tinder         aye
            Anderson       aye          Motion passed:  4-0

192

City Commission Meeting Minutes, January 9, 2018
Page 6

**Item #15.  Discussion and approval for the Audit Committee's workshop date to review RFQ Bid Documents for Auditing Services:**   City Manager White suggested that the Commission look at February 27, 2018 for the auditing workshop.

> Motion by Commissioner Russell:  To schedule February 27, 2018 for the auditing workshop.
> Second to the motion: Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed: 4-0 |

**NEW BUSINESS:**

**Item #16.  Discussion and possible approval to give the City Manager authority to negotiate the acquisition of property 813 Pennsylvania Ave.:**   City Manager White explained to the Commission as the City continues to grow, there will be opportunities to expand. He stated that the City has done an appraisal on the 813 Pennsylvania Ave. property and that the property is in foreclosure. He also stated that the City may have the opportunity to secure this property when it becomes available. Commissioner Friend asked if he needed some guidelines from the Commission? City Manager explained that the property has been appraised at $135,000, but $200,000 is owed on the reverse mortgage. He stated he needed authorization from the Commission to negotiate this property and bring it back before the Commission for approval.

> Motion by Commissioner Tinder:  To pursue the purchase of the property with a cap up to $150,000.
> Second to the motion:  Commissioner Friend.

Commissioner Russell stated he wanted to make sure we aimed for the low price, and asked did we have the money in budget.
City Manager White stated that we would take the funds out of reserves.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Friend | aye | |
| Anderson | aye | Motion passed: 4-0 |

**Item #17. Resolution # 2018-01-708 approval and adoption of the Wastewater Collection Facilities Plan and the Financial Plan:**   Mayor Anderson stated since the Resolution had been read during the public hearing, she would call for a vote if there were no further comments from the Commission or the public.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion: Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | nay | |
| Anderson | aye | Motion passed: 3-1 |

193

**City Commission Meeting Minutes, January 9, 2018**
**Page 7**

**Item #18.  First reading of Ordinance #1050 Small Scale Future Land Use Map Amendment (SSA-18-2) 6220 House of Seafood Drive:** City Manager White read the Ordinance by title only.    Commissioner Tinder asked for clarification or the difference between commercial and mixed used.  City Planner Amanda Richard explained mixed use could have residential dwellings and commercial businesses.  Commercial use means that only business establishments can be developed in that area.

**Item #19.   Adjourn:**
There was no further business to discuss and the meeting was adjourned at 6:18 pm.


APPROVED THIS_____23_____ DAY OF _____January_____2018.


_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager


Prepared by Vickie Gainer

194