# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**UNITED STATES OF AMERICA**

**v.**                                    **INFORMATION**

**ANTONIUS GENZARRA BARNES**            5:21cr31-MW

_____/

**THE UNITED STATES ATTORNEY CHARGBS:**

### COUNT ONE

On or about November 22, 2019, in the Northern District of Florida, the

defendant,

### ANTONIUS GENZARRA BARNES,

knowingly made a false statement to Innovations Federal Credit Union ("IFCU"),

a federally insured financial institution, for the purpose of influencing the action of

IFCU in connection with a loan application, that is, the defendant falsely stated that

he was not liable for other debts and that he had no legal proceedings filed against

him, because the defendant well knew that he was indebted to Whitney Bank, a

Mississippi state-chartered bank, d/b/a Hancock Bank ("Hancock Bank"), and

that Hancock Bank had filed a civil action against him to collect on said debt.

In violation of Title 18, United States Code, Section 1014.

DEFENDANT'S
EXHIBIT

**7**
_____

## CRIMINAL FORFEITURE

The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 982(a)(2)(A).

From his engagement in the violation alleged in Count One of this Information, the defendant,

### ANTONIUS GENZARRA BARNES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any and all of the defendant's right, title, and interest in any property, real and personal, constituting, and derived from proceeds traceable to such offenses.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

i.    cannot be located upon the exercise of due diligence;

ii.   has been transferred, sold to, or deposited with a third party;

iii.  has been placed beyond the jurisdiction of this Court;

iv.   has been substantially diminished in value; or

v.    has been commingled with other property that cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code,

DEF'S EX 7_002

Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1),

to seek forfeiture of any other property of the defendant up to the value of the

forfeitable property.

_____          _____
JASON R. COODY                                        9/22/21
Acting United States Attorney                     DATE

_____          _____
STEPHEN M. KUNZ                                      9/22/21
Assistant United States Attorney               DATE

_____          _____
ANDREW J. GROGAN                               9/22/2021
Assistant United States Attorney               DATE

DEF'S EX 7_003

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

Case No: S:2lcr3l-mw

**v.**

**ANTONIUS GENZARRA BARNES,**

　　　　　**Defendant.**

_____/

### PLEA AGREEMENT

#### 1. PARTIES TO AGREEMENT

This agreement is entered into by and between **ANTONIUS GENZARRA BARNES** as Defendant, Gary L. Printy as attorney for Defendant, and the United States Attorney for the Northern District of Florida. This agreement specifically excludes and does not bind any other state or federal agency, including other United States Attorneys and the Internal Revenue Service, from asserting any civil, criminal, or administrative claim against Defendant.

#### 2. TERMS

The parties agree to the following terms:

DEFENDANT'S
EXHIBIT

**8**

FILED IN OPEN COURT THIS

10/6/2021

CLERK, U. S. DISTRICT
COURT, NORTH. DIST. FLA.

a.      Defendant will plead guilty to Count One (False Statement to a Federally Insured Institution) of the Information, and the government will move to dismiss charges against Defendant in the superseding indictment in case number 5:20cr28-MW/MJF, specifically Counts Three through Seven. As to Count One of the Information, Defendant faces a maximum term of 30 years of imprisonment, five years of supervised release, a $1,000,000 fine, and a $100 special monetary assessment.  Defendant agrees to pay the special monetary assessments on or before the date of sentencing.

If Defendant is unable to pay the special assessment prior to sentencing due to indigence, Defendant agrees to participate in the Inmate Financial Responsibility Program.

The maximum sentence to which Defendant is subject includes the forfeiture of all forfeitable assets.

b.      By voluntarily pleading guilty to the charge in the Information, Defendant, as to the count pled herein, knowingly waives and gives up constitutional rights which attend a defendant on trial in a criminal case. These constitutional rights include: the right to plead not guilty; the right to have a jury or judge determine guilt on the evidence presented; the right to compel the government to prove guilt beyond a reasonable doubt; the right to

2

confront and cross-examine witnesses; the right not to be compelled to incriminate oneself; the right to testify; the right to present evidence; and the right to compel the attendance of witnesses.

    c.    Defendant is pleading guilty because Defendant is in fact guilty of the charge alleged in Count One of the Information.  In pleading guilty, Defendant acknowledges that were this case to go to trial, the government would present evidence to support the charge beyond a reasonable doubt.

    d.    Upon the District Court's adjudication of guilt of Defendant for the charged crime, the United States Attorney, Northern District of Florida, will not file any further criminal charges against Defendant arising out of the same transactions or occurrences to which Defendant has pled.  Defendant agrees that substantial evidence exists to support the charge, as indicated in the agreed-upon statement of facts incorporated by reference into this plea agreement.

    e.    Nothing in this agreement shall protect Defendant in any way from prosecution for any offense committed after the date of this agreement.

    f.    The Defendant waives any statute of limitation that mat be applicable for the offense charged in the Information and to which the Defendant is pleading guilty.

3

DEF'S EX 8_003

g.      If Defendant is not a citizen of the United States, Defendant understands that this conviction may adversely affect Defendant's immigration status, and Defendant may be removed from the United States, denied citizenship in the United States, and denied admission to the United States in the future.

h.      The parties agree that the sentence to be imposed is left solely to the discretion of the District Court, which is required to consult the United States Sentencing Guidelines and take them into account when sentencing Defendant.  The parties further understand and agree that the District Court's discretion in imposing sentence is limited only by the statutory maximum sentence and any mandatory minimum sentence prescribed by statute for the offense.

i.      Both parties reserve the right to advise the District Court and other authorities of their versions of the circumstances surrounding the offense committed by Defendant.  The United States Attorney further reserves the right to correct any misstatements by Defendant or Defendant's attorney and to present evidence and make arguments pertaining to the application of the sentencing guidelines and the considerations set forth in Title 18, United

4

States Code, Section 3553(a), including sentencing recommendations, and whether departure or variance upward or downward is appropriate.

## 3. SENTENCING

a.      Defendant understands that any prediction of the sentence that may be imposed is not a guarantee or binding promise.  Due to the variety and complexity of issues that may arise at sentencing, the sentence may not be subject to accurate prediction.

b.      The parties understand and agree that either party may offer additional evidence relevant to sentencing issues.  However, the Court is not limited to consideration of the facts and events provided by the parties. Adverse rulings or a sentence greater than anticipated shall not be grounds for withdrawal of Defendant's plea.

c.      The parties reserve the right to appeal any sentence imposed.

## 4. VICTIM RESTITUTION

Defendant agrees to make full restitution as determined by the Court. Defendant agrees that the amount of restitution may include losses resulting

5

from related conduct for which Defendant was not convicted, if the loss flowed directly from the relevant conduct of which Defendant was a part.

## CONCLUSION

In every case in the Northern District of Florida in which the parties enter a Plea Agreement, the Court requires the parties to enter a sealed Supplement to Plea Agreement indicating whether or not Defendant agrees to cooperate with the United States Attorney. The parties agree to the Supplement to Plea Agreement entered in this case.

Defendant enters this agreement knowingly, voluntarily, and upon advice of counsel.

6

   DEF'S EX 8_006

JASON R. COODY
Acting United States Attorney

Gary Lee Printy
Gary L. Printy
Attorney for Defendant

Stephen M. Kunz
Assistant United Sates Attorney
Northern District of Florida
Florida Bar No. 0322415
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
850-942-8430
Stephen.Kunz@usdoj.gov

September 15 2021
Date

16-6-2021

Antonius G. Barnes
Defendant

AGB 10-6-21

9/15/21
Date

9-15-2021
Date

Andrew J. Grogan
Assistant United States Attorney
Florida Bar No. 85932
111 North Adams St., 4th Floor
Tallahassee, FL 32301
(850) 942-8430
andrew.grogan@usdoj.gov

9/15/21
Date

7

DEF'S EX 8_007

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                              Case No. 5:21cr31-mw

ANTONIUS GENZARRA BARNES,

            Defendant.
_____/

## STATEMENT OF FACTS

The Defendant, **ANTONIUS GENZARRA BARNES**, admits that if this case were to proceed to trial, the government could prove the following beyond a reasonable doubt.

1.    The City of Lynn Haven ("City") is a municipality incorporated under the laws of the State of Florida. 6.  The City's Charter provided for a City Commission, consisting of a "Mayor-Commissioner" and four Commissioners.

2.    On April 28, 2015, at a special Commission meeting, **BARNES** was sworn into office as Commissioner for Seat 2. As a City Commissioner, **BARNES** was an agent of the City, and had a fiduciary duty to act in the best interests of the City and its citizens.

3.    On or about September 8, 2015, **BARNES** asked Individual A for a "loan" of $8,000. Individual A agreed to provide said "loan." Individual A

DEFENDANT'S
EXHIBIT
**10**

FILED IN OPEN COURT This
10/6/2021
CLERK, U. S. DISTRICT
COURT, NORTH. DIST. FLA.

provided **BARNES** with a check in the amount of $8,000. **BARNES** never repaid this loan.

4.     On or about September 28, 2015, **BARNES** asked Individual A for another "loan" of $12,000. Individual A agreed to provide said "loan." Individual A provided **BARNES** with a check in the amount of $12,000. **BARNES** never repaid this loan.

5.     On or about October 28, 2015, **BARNES** asked Individual A for another "loan" of $5,000. Individual A agreed to provide said "loan." Individual A provided **BARNES** with a check in the amount of $5,000. **BARNES** never repaid this loan.

6.     On or about January 26, 2016, **BARNES** asked Individual A for another "loan" of $10,000. Individual A agreed to provide said "loan." Individual A provided **BARNES** with a check in the amount of $10,000. **BARNES** never repaid this loan.

7.     On or about November 14, 2016, **BARNES** asked Individual A for another "loan" of $2,500. Individual A agreed to provide said "loan." Individual A provided **BARNES** with a check in the amount of $2,500. **BARNES** never repaid this loan.

8.     On or about March 15, 2017, **BARNES** asked Individual A for another "loan" of $2,500. Individual A agreed to provide said "loan." Individual A

2

provided **BARNES** with a check in the amount of $12,000. **BARNES** never repaid this loan.

9.      On or about December 4, 2017, **BARNES** asked Individual A for another "loan" of $5,000. Individual A agreed to provide said "loan." Individual A provided **BARNES** with a check in the amount of $5,000. **BARNES** never repaid this loan.

10.     Individual A had business interests, including construction projects, before the City and wanted favorable support from **BARNES**. Individual A offered these things of value to **BARNES** intending that **BARNES** would be influenced in the performance of official acts, including votes on Individual A's projects. Individual A offered these things of value with the expectation that, as a result of the payments, that **BARNES** would support Individual A's projects with the City as specific opportunities arose.

11.     Two other City Commissioners began showing concern about one of Individual A's projects with the City. The Mayor and another Commissioner supported Individual A. **BARNES'** position was unclear to the City Manager. Individual A stated to the City Manager that "Antonius Barnes would dance for me if I wanted him to; he probably wants more money," or words to that effect.

12.     Florida law prohibits public officers from soliciting or accepting anything of value to the recipient, including a gift or loan, based upon any

3

DEF'S EX 10_003

understanding that the official's action would be influenced. Florida law further required municipal officials such as **BARNES** to file a Form 9, "Quarterly Gift Disclosure" with the Florida Commission on Ethics if the official accepted a gift valued at more than $100. This Form 9 was required to be filed during the calendar quarter for which the gift was received, and describe the gift, the name and address of the person making the gift, and the date the gift was received. **BARNES** did not disclose any of the payments from Individual A on any Form 9.

13.     **BARNES** solicited these "loans" from Individual A because **BARNES** anticipated he have a subsequent need to obtain loans from banks. **BARNES** was concerned that if he obtained loans from a bank, it would prevent him from obtaining subsequent loans if needed. At the times he solicited these funds from Individual A, **BARNES** knew that Individual A had projects with the City and before the City Commission. **BARNES** sought, agreed to accept, and received these things of value from Individual A with the intent that he would be influenced in the performance of official acts. **BARNES** understood that he was expected, as a result of these payments, to support Individual A's projects as specific opportunities arose. **BARNES** took official action in favor of Individual A's projects.

14.     On or about May 10, 2016, **BARNES**, on behalf of Antonius G. Barnes Insurance Company, executed a line of credit agreement with Whitney

4

Bank, a Mississippi state-chartered bank, d/b/a Hancock Bank ("Hancock Bank").

On the application for the line of credit, **BARNES** did not disclose any loan

obligations to Individual A or any businesses owned and-or controlled by

Individual A. **BARNES** personally guaranteed the loan.

15.    On or about October 25, 2017, Hancock Bank filed a lawsuit against

Antonius G. Barnes Insurance Company and **BARNES** individually, alleging that

the loan was in default due to lack of payment and $20,675 was owed to Hancock

Bank.

16.    On or about February 3, 2018, **BARNES** and Hancock Bank settled

that suit. The settlement called for **BARNES** to pay $300 per month until a total

sum of $22,174.57 (including accrued and prejudgment interest, and attorneys fees

and costs) was paid off, with no additional interest.

17.    After he left public office, on November 22, 2019, **BARNES** applied

to Innovations Federal Credit Union ("IFCU") for a loan. IFCU was insured by the

National Credit Union Administration Board. One of the requirements of the loan

was that the applicant have a credit score of 650. **BARNES'** credit score was 649,

one point shy of the minimum score needed to qualify for the loan. The loan

package was submitted to the IFCU Loan Committee and approved on December

10, 2019, with a credit score exemption and specific stipulations. **BARNES** signed

5

DEF'S EX 10_005

the loan documents on December 13, 2019, and a loan of $23,681 was funded with the transfer of the funds into **BARNES'** checking account.

18.    The application asked "Is applicant liable for debts not shown, including any contingent liabilities such as leases, endorsements, guarantees, etc?" **BARNES** answered "No." That answer was false because, at least, **BARNES** was still obligated to pay off the Hancock Bank loan.

19.    The application asked "Has applicant ever declared bankruptcy or had any judgements, garnishments, repossessions, or other legal proceedings filed against them?" **BARNES** answered "No." That answer was false because Hancock Bank had filed legal proceedings against **BARNES** in 2017.

20.    Had IFCU known that **BARNES** had outstanding loans of $45,000 to Individual A, that **BARNES** was indebted to Hancock Bank, or that Hancock Bank had filed suit against **BARNES** to recover on the defaulted loan, IFCU would not have extended a loan to **BARNES**.

## <u>ELEMENTS</u>

### 18 U.S.C. § 1014–
### False Statement to a Federally Insured Institution

(1) That the Defendant made a false statement or report;

(2) the Defendant did so knowingly and with intent to influence an action of the institution described in the information regarding an application, advance, commitment, or loan, or a change or extension to any of those; and

6

(3) The deposits of the institution were insured by the National Credit Union
Administration Board.

Respectfully submitted,

JASON R. COODY
Acting United States Attorney

Antonius G. Barnes
Defendant

Stephen M. Kunz
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 0332415
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
(850) 942-8430
Stephen.Kunz@usdoj.gov

9/24/2021
Date

Gary L. Printy, Esq.
Attorney For Defendant

9/24/21
Date

September 24, 2021
Date

Andrew J. Grogan
Assistant United States Attorney
Northern District of Florida
Florida Bar No. 85932
111 North Adams St., 4th Floor
Tallahassee, FL 32301
(850) 942-8430
Andrew.Grogan@usdoj.gov

9/24/21
Date

7

# Electronic Articles of Incorporation For

P12000103682
FILED
**December 24, 2012**
Sec. Of State
rvarnadore

BARNES INSURANCE SERVICES, INC.

The undersigned incorporator, for the purpose of forming a Florida
profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

BARNES INSURANCE SERVICES, INC.

## Article II

The principal place of business address:

1208 SUTHERLAND PLAZA
LYNN HAVEN, FL.   32444

The mailing address of the corporation is:

1208 SUTHERLAND PLAZA
LYNN HAVEN, FL.   32444

## Article III

The purpose for which this corporation is organized is:

TO SELL INSURANCE IN THE AREAS OF LIFE, HEALTH AND
VARIABLEANNUITY IN ADDITION TO GENERAL LINE PRODUCTS.

## Article IV

The number of shares the corporation is authorized to issue is:

1

## Article V

The name and Florida street address of the registered agent is:

ANTONIUS G BARNES
1208 SUTHERLAND PLAZA
LYNN HAVEN, FL.   32444

I certify that I am familiar with and accept the responsibilities of
registered agent.

Registered Agent Signature:   ANTONIUS G. BARNES

DEFENDANT'S
EXHIBIT

**12**

P12000103682
FILED
December 24, 2012
Sec. Of State
rvarnadore

## Article VI

The name and address of the incorporator is:

ANTONIUS G. BARNES
1208 SUTHERLAND PLAZA

LYNN HAVEN, FL  32444

Electronic Signature of Incorporator:   ANTONIUS G. BARNES

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:  P
ANTONIUS G BARNES
1208 SUTHERLAND PLAZA
LYNN HAVEN, FL.  32444

## Article VIII

The effective date for this corporation shall be:

01/01/2013

# Electronic Articles of Incorporation
# For

P15000086627
FILED
**October 21, 2015**
**Sec. Of State**
**msolomon**

ANTONIUS G. BARNES INSURANCE AGENCY, INC.

The undersigned incorporator, for the purpose of forming a Florida
profit corporation, hereby adopts the following Articles of Incorporation:

## Article I

The name of the corporation is:

ANTONIUS G. BARNES INSURANCE AGENCY, INC.

## Article II

The principal place of business address:

3000 S. HIGHWAY 77
B
LYNN HAVEN, FL. US  324445380

The mailing address of the corporation is:

1208 SUTHERLAND PLAZA
LYNN HAVEN, FL. US  32444

## Article III

The purpose for which this corporation is organized is:

TRANSACT INSURANCE SELLS IN THE AREA OF PROPERTY
AND☐☐CASUALTY (ALL GENERAL LINE PRODUCTS) AND LIFE, HEALTH,
AND VARIABLE ANNUITIES.

## Article IV

The number of shares the corporation is authorized to issue is:

1

## Article V

The name and Florida street address of the registered agent is:

ANTONIUS G BARNES
3000 S. HIGHWAY 77
B
LYNN HAVEN, FL.   32444

I certify that I am familiar with and accept the responsibilities of
registered agent.

Registered Agent Signature:   ANTONIUS G. BARNES

DEFENDANT'S
EXHIBIT

**13**

P15000086627
FILED
October 21, 2015
Sec. Of State
msolomon

# Article VI

The name and address of the incorporator is:

> ANTONIUS G. BARNES
> 3000 S. HIGHWAY 77
> B
> LYNN HAVEN, FL  32444

Electronic Signature of Incorporator:   ANTONIUS G. BARNES

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

# Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

> Title:  P
> ANTONIUS G BARNES
> 3000 S. HIGHWAY 77, SUITE B
> LYNN HAVEN, FL.  32444
>
> Title:  VP
> ANTONIUS G BARNES
> 3000 S. HIGHWAY 77, SUITE B
> LYNN HAVEN, FL.  32444
>
> Title:  S
> ANTONIUS G BARNES
> 3000 S. HIGHWAY 77, SUITE B
> LYNN HAVEN, FL.  32444
>
> Title:  T
> ANTONIUS G BARNES
> 3000 S. HIGHWAY 77, SUITE B
> LYNN HAVEN, FL.  32444

# Article VIII

The effective date for this corporation shall be:

> 10/20/2015

# Electronic Articles of Organization
## For
## Florida Limited Liability Company

L18000270223
FILED 8:00 AM
November 20, 2018
Sec. Of State
crico

## Article I

The name of the Limited Liability Company is:

THE BARNES INSURANCE AGENCY, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

715 AIRPORT ROAD
PANAMA CITY, FL.  32405

The mailing address of the Limited Liability Company is:

1208 SUTHERLAND PLAZA
LYNN HAVEN, FL.  32444

## Article III

Other provisions, if any:

PURPOSE OF THIS BUSINESS IS TO SELL AND SERVICE LIFE,
HEALTH AS WELL AS PROPERTY AND CASUALTY INSURANCE IN THE
STATE OF FLORIDA

## Article IV

The name and Florida street address of the registered agent is:

KATHLEEN M BARNES
1208 SUTHERLAND PLAZA
LYNN HAVEN, FL.  32444

Having been named as registered agent and to accept service of process for the above stated limited
liability company at the place designated in this certificate, I hereby accept the appointment as registered
agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes
relating to the proper and complete performance of my duties, and I am familiar with and accept the
obligations of my position as registered agent.

Registered Agent Signature:   KATHLEEN M. BARNES

DEFENDANT'S
EXHIBIT

**14**

# Article V

The name and address of person(s) authorized to manage LLC:

L18000270223
FILED 8:00 AM
November 20, 2018
Sec. Of State
crico

Title:   MGR
ANTONIUS G BARNES
1208 SUTHERLAND PLAZA
LYNN HAVEN, FL.   32444

Title:   AMBR
KATHLEEN M BARNES
1208 SUTHERLAND PLAZA
LYNN HAVEN, FL.   32444

# Article VI

The effective date for this Limited Liability Company shall be:

01/01/2019

Signature of member or an authorized representative

Electronic Signature: ANTONIUS G. BARNES

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

6/29/2017 - Hancock Bank wire in $3,910,000. Municipal Revenue Bond

**SunTrust**
Check #739752 in amount of $2,272,669.87 dated 10/4/2017 issued to pay Phoenix Application No. 1. Check cleared LH bank account on 10/6/2017.

Check #739757 in amount of $72,000 dated 10/11/2017 issued to pay Phoenix Application No. 2. Check cleared LH bank account on 10/13/2017.

Check #740048 in amount of $1,455,330.13 dated 11/3/2017 issued to pay Phoenix Application No. 3. Check cleared LH bank account on 11/6/2017.

1/4/2018 - Hancock Bank incoming wire 6,090,000. Municipal Revenue Bond Outgoing wire to SunTrust Bank.

**SunTrust**
1/4/2018 - SunTrust incoming wire 6,090,000.

Check #740710 in amount of $1,850,170.66 dated 1/4/2018 issued to pay Application No. 4. Check cleared LH bank account on 1/8/2018.



DEFENDANT'S
EXHIBIT

**29**



GRAND JURY
EXHIBIT
46

**17th STREET PHASE V**
**CITY OF LYNN HAVEN**

**PE PROJECT NO. 14243-F**
**LYNN HAVEN, FLORIDA**

**SECTION 00080 - NOTICE OF AWARD**

**TO:**   **Mr. James Finch, President**
**Phoenix Construction Services, Inc.**
**1805 Tennessee Avenue**
**Lynn Haven, Florida 32444**

PROJECT DESCRIPTION:   **17TH STREET DRAINAGE IMPROVEMENTS - PHASE V**

The OWNER has considered the BID submitted by you for the above-described WORK in response to its Advertisement for Bids dated April 07, 2015.

You are hereby notified that your BID has been accepted for items in the amount of **THREE HUNDRED THIRTY FIVE THOUSAND, ONE HUNDRED THIRTY TWO Dollars and NO Cents ($335,132.00)**

You are required by the Information for Bidders to execute the Agreement and furnish the required CONTRACTOR'S Performance BOND, Payment BOND, and certificates of insurance within Ten (10) calendar days from the date of this NOTICE to you.

If you fail to execute said Agreement and to furnish said BONDS within ten (10) calendar days from the date of this Notice, said OWNER will be entitled to consider all your rights arising out of the OWNER's acceptance of your BID as abandoned and as a forfeiture of your BID BOND. The OWNER will be entitled to such other rights as may be granted by law.

You are required to return an acknowledged copy of this NOTICE OF AWARD to the OWNER.

Dated this <u>29th</u> day of April 2015

<u>City of Lynn Haven</u>_____ (OWNER'S NAME)

By: _____

Title: ENGINEER FOR OWNER

ACCEPTANCE OF NOTICE

Receipt of the above NOTICE OF AWARD is hereby acknowledged

By: _____(Company Name).

This the _____ day of _____, 20_____.

By: _____(Type or Print Name).

Title: _____.

DEFENDANT'S
EXHIBIT

**44**

**SECTION 00080**          **NOTICE OF AWARD**                      **PAGE 1**

17th STREET DRAINAGE IMPROVEMENTS - PHASE V      PE PROJECT NO. 14243-F

CITY OF LYNN HAVEN      LYNN HAVEN, FLORIDA

**SECTION 00050**          **AGREEMENT**

THIS AGREEMENT, made this 29th day of April 2015, by and between **the City of Lynn Haven**, hereinafter called "OWNER" and **Phoenix Construction Services, Inc.** doing business as a corporation hereinafter called "CONTRACTOR". WITNESSETH: That for and in consideration of the payments and agreements herein after mentioned:

The CONTRACTOR will commence and complete the construction of **17TH STREET DRAINAGE IMPROVEMENTS - PHASE V,** hereinafter called the "PROJECT".

The CONTRACTOR will furnish all of the materials, supplies, tools, equipment, labor, and other services necessary for the construction and completion of the PROJECT described herein.

The CONTRACTOR will commence the work after the date of the NOTICE TO PROCEED and will complete all work within SEVENTY FIVE (75) CALENDAR DAYS, after which a late penalty of $200 per calendar day shall apply unless the period for completion is extended otherwise by the CONTRACT DOCUMENTS.

The CONTRACTOR agrees to perform all of the work described in the CONTRACT DOCUMENTS and comply with the terms therein for the sum of **THREE HUNDRED THIRTY FIVE THOUSAND, ONE HUNDRED THIRTY TWO Dollars and NO Cents ($335,132.00)** as shown in the BID FORM DOCUMENTS.

The OWNER will pay to the CONTRACTOR in the manner and at such times as set forth in the General Conditions such amounts as required by the CONTRACT DOCUMENTS.

This Agreement shall be binding upon all parties hereto and their respective heirs, executors, administrators, successors, and assigns.

**SECTION 00050**          **AGREEMENT**          **1**

PC_000843

17th STREET DRAINAGE IMPROVEMENTS - PHASE V          PE PROJECT NO. 14243-F

CITY OF LYNN HAVEN                                   LYNN HAVEN, FLORIDA

IN WITNESS WHEREOF, the parties hereto have executed or caused to be executed by their duly authorized officials, this Agreement in Form Three (3) copies each of which shall be deemed an original on the date first written above.

**OWNER:**                                          **CITY OF LYNN HAVEN**

ATTEST:

NAME _James H Slonina_                              BY _____

    (Please Type)                            NAME ___ JOEL SCHUBERT

TITLE _ENGINEER_                                    TITLE_____ **CITY MANAGER**

**CONTRACTOR:**                                     **PHOENIX CONTRUCTION SERVICES, INC.**

ATTEST:

                                                   BY _____

NAME _____                           NAME _____

    (Please Type)                                (Please Type)

_____                                ADDRESS _____

                                                   _____

END OF SECTION 00050

**SECTION 00050**                    **AGREEMENT**                    **2**

17th STREET PHASE V                                          PE PROJECT NO. 14243-F
CITY OF LYNN HAVEN                                          LYNN HAVEN, FLORIDA

**SECTION 00090 - NOTICE TO PROCEED**

TO:    **Mr. James Finch, President**
       **Phoenix Construction Services, Inc.**
       **1805 Tennessee Avenue**
       **Lynn Haven, Florida 32444**

## 17TH STREET PHASE V
## LYNN HAVEN, FLORIDA

You are hereby notified to commence WORK in accordance with the Agreement dated April 29, 2015, on May 18, 2015, and you are to complete the WORK within SEVENTY FIVE (75) consecutive calendar days thereafter.  The date of completion of all WORK is, therefore, August 1, 2015.

You are required to return an acknowledged copy of this NOTICE TO PROCEED to the OWNER.

## CITY OF LYNN HAVEN

By: _____

Title: ENGINEER FOR OWNER

## ACKNOWLEDGEMENT OF NOTICE

Receipt of the above NOTICE TO PROCEED is hereby acknowledged

By: _____Company Name).

This the _____ day of _____, 20_____.

By: _____(Type or Print Name).

Title: _____.

END OF SECTION 00090

SECTION 00090                    NOTICE TO PROCEED                    PAGE 1

PC_000845

| | |
|---|---|
| **17th STREET DRAINAGE IMPROVEMENTS - PHASE V** | **PE PROJECT NO. 14243-F** |
| **CITY OF LYNN HAVEN** | **LYNN HAVEN, FLORIDA** |

**SECTION 00050**    **AGREEMENT**

THIS AGREEMENT, made this 29th day of April 2015, by and between **the City of Lynn Haven**, hereinafter called "OWNER" and **Phoenix Construction Services, Inc.** doing business as a corporation hereinafter called "CONTRACTOR".    WITNESSETH:    That for and in consideration of the payments and agreements herein after mentioned:

The CONTRACTOR will commence and complete the construction of **17TH STREET DRAINAGE IMPROVEMENTS - PHASE V,** hereinafter called the "PROJECT".

The CONTRACTOR will furnish all of the materials, supplies, tools, equipment, labor, and other services necessary for the construction and completion of the PROJECT described herein.

The CONTRACTOR will commence the work after the date of the NOTICE TO PROCEED and will complete all work within SEVENTY FIVE (75) CALENDAR DAYS, after which a late penalty of $200 per calendar day shall apply unless the period for completion is extended otherwise by the CONTRACT DOCUMENTS.

The CONTRACTOR agrees to perform all of the work described in the CONTRACT DOCUMENTS and comply with the terms therein for the sum of **THREE HUNDRED THIRTY FIVE THOUSAND, ONE HUNDRED THIRTY TWO Dollars and NO Cents ($335,132.00)** as shown in the BID FORM DOCUMENTS.

The OWNER will pay to the CONTRACTOR in the manner and at such times as set forth in the General Conditions such amounts as required by the CONTRACT DOCUMENTS.

This Agreement shall be binding upon all parties hereto and their respective heirs, executors, administrators, successors, and assigns.

**SECTION 00050**    **AGREEMENT**

DEFENDANT'S
EXHIBIT

**45**

1

PC_000837

17th STREET DRAINAGE IMPROVEMENTS - PHASE V          PE PROJECT NO. 14243-F
CITY OF LYNN HAVEN                                    LYNN HAVEN, FLORIDA

IN WITNESS WHEREOF, the parties hereto have executed or caused to be executed by their duly authorized officials, this Agreement in Form Three (3) copies each of which shall be deemed an original on the date first written above.

**OWNER:**                                           **CITY OF LYNN HAVEN**

ATTEST:

NAME _James H Slonika_                               BY _____
(Please Type)                                        NAME _____
                                                          JOEL SCHUBERT
TITLE _ENGINEER_                                     TITLE ___ **CITY MANAGER**


**CONTRACTOR:**                                      **PHOENIX  CONTRUCTION**
                                                     **SERVICES, INC.**

ATTEST:

NAME _Ted Schoppe IV_                                BY _____
(Please Type)                                        NAME _Ron Golinowsky_____
                                                          (Please Type)
_____                               ADDRESS _1805 Tennessee Av.___

                                                     Lynn Haven, FL 32444


END OF SECTION 00050


**SECTION 00050**          . AGREEMENT                        2


PC_000838

17th STREET PHASE V                          PE PROJECT NO. 14243-F
CITY OF LYNN HAVEN                           LYNN HAVEN, FLORIDA

**SECTION 00090 - NOTICE TO PROCEED**

TO:     Mr. James Finch, President
        Phoenix Construction Services, Inc.
        1805 Tennessee Avenue
        Lynn Haven, Florida 32444

## 17TH STREET PHASE V
## LYNN HAVEN, FLORIDA

You are hereby notified to commence WORK in accordance with the Agreement dated April 29, 2015, on May 18, 2015, and you are to complete the WORK within SEVENTY FIVE (75) consecutive calendar days thereafter.  The date of completion of all WORK is, therefore, August 1, 2015.

You are required to return an acknowledged copy of this NOTICE TO PROCEED to the OWNER.

                              **CITY OF LYNN HAVEN**

By:

Title: ENGINEER FOR OWNER

### ACKNOWLEDGEMENT OF NOTICE

Receipt of the above NOTICE TO PROCEED is hereby acknowledged

By:  Phoenix Construction Services, Inc.                    Company Name).

This the  5th    day of May                          , 20 15         .

By:  Ron Golinowsky                              (Type or Print Name).

Title:  President

END OF SECTION 00090

SECTION 00090                    NOTICE TO PROCEED                    PAGE 1

PC_000839



**1805 TENNESSEE AVENUE**
**LYNN HAVEN, FLORIDA 32444-5428**

**(850) 265-4210**
**FAX (850) 265-4196**

Mr. Joel Schubert
City Manager
City of Lynn Haven
Lynn Haven, FL 32444

Dear Mr. Schubert,

We propose a design-build finance option for the completion of the 17th Street Drainage.

Phoenix Construction Services Inc. will furnish all engineering and permitting required for a complete job.

Phoenix Construction Services Inc. will furnish a 100% Payment and Performance Bond to the City of Lynn Haven, FL. which will guarantee the job and furnish all warranties.

The project will complete the drainage from the ongoing contract to Virginia Avenue on the west side of Highway 77.

The lump sum price for this scope will be $5,615,000.

The terms are up to 25 years at an interest rate of 2.55%.

The City of Lynn Haven has the right to pay off this note with no penalty for the term of the note.

Phoenix Construction Services Inc. will have the right to assign this contract to the Family Trust.

The City of Lynn Haven will furnish a contract for the project acceptable to Phoenix Construction Services Inc. and a notice to proceed at this direction.

James Finch, CEO/Owner
Phoenix Construction Services, Inc.

STATE OF FLORIDA

COUNTY OF BAY

The foregoing instrument was acknowledged before me this 20th day of July 20 15.
He/she is personally known to me and did/did not take an oath.

Patricia Edwards
Notary Public

Notary Public State of Florida
Patricia Edwards
My Commission FF 203226
Expires 02/24/2019

My Commission Expires (S

**DEFENDANT'S EXHIBIT**

**46**

*EQUAL OPPORTUNITY EMPLOYER*



**1805 TENNESSEE AVENUE**
**LYNN HAVEN, FLORIDA 32444-5428**

*(850) 265-4210*
*FAX (850) 265-4196*

Mr. Joel Schubert
City Manager
City of Lynn Haven
Lynn Haven, FL 32444

Dear Mr. Schubert,

We propose a design-build finance option for the completion of the 17th Street Drainage.

Phoenix Construction Services Inc. will furnish all engineering and permitting required for a complete job.

Phoenix Construction Services Inc. will furnish a 100% Payment and Performance Bond to the City of Lynn Haven, FL. which will guarantee the job and furnish all warranties.

The project will complete the drainage from the ongoing contract to Highway 77.

The lump sum price for this scope will be $3,920,000.

The terms are up to 25 years at an interest rate of 2.55%.

The City of Lynn Haven has the right to pay off this note with no penalty for the term of the note.

Phoenix Construction Services Inc. will have the right to assign this contract to the Family Trust.

The City of Lynn Haven will furnish a contract for the project acceptable to Phoenix Construction Services Inc. and a notice to proceed at this direction.

James Finch, CEO/Owner
Phoenix Construction Services, Inc.

STATE OF _FLORIDA_

COUNTY OF _BAY_

The foregoing instrument was acknowledged before me this 22 day of July 2015
He/she is personally known to me and did/did not take an oath.

_____
Notary Public

My Commission Expires (SEAL)

Notary Public State of Fl
Patricia Edwards
My Commission FF 2032
Expires 02/24/2019

**DEFENDANT'S EXHIBIT**

**47**

# memo

To:      Mayor and Commissioners

From:    Michael White

CC:      Bobby Baker

Date:    8/4/2017

Re:      ½ Cent Infrastructure Sales Tax RFQ

At the last Commission Meeting, it was unanimously voted to start negotiations with the top ranked design build team Phoenix Construction Services, Inc. and Panhandle Engineering, Inc. Staff has met at length with the design build team and we developed a plan to streamline the first phase of infrastructure improvements, which includes roads that require paving only with minor storm water improvements of the C & D rated roads.

We have negotiated unit prices for specific work anticipated for the first phase. If approved, the plan would be to initiate design on the first two or three roads chosen by staff and then it is anticipated there would be three or five groups of roads designed and approved by staff. It will be staff's responsibility to quantify units of these groups based on the Commission approved unit prices. This process allows the contractor to start work immediately on the first two or three roads while the Engineer is working on the other three or five groups of roads. By utilizing this process, we anticipate that all C & D roads requiring paving only (approximate 11 miles) will be completed by the end of this calendar year (2017). The City recently secured a $3.8M low interest loan for this initial effort. In January 2018, we can secure additional funding for future work.

To facilitate this process, we have provided a Master-Design Build Contract (Shell Contract), which is an agreement between the City and the Design Build Team. This Contract allows specific Task Orders to be issued by the City for any portion of infrastructure work. The Contract is attached for your review with the negotiated unit pricing. The attached Task Order No.1 outlines the first tasks described above and includes design. Task Order No. 1 will also give Panhandle Engineering the approval to begin design of the more complicated areas with paving, water, storm water and sewer so they can provide 60% plans for City Staff review and approval. Based upon the Commission approval of Task Order No. 1, the contractor will provide a guaranteed maximum price (GMP) for these more complicated projects.

The initial Task Order is slightly different from the RFQ by providing unit prices and streamlining the design process for roads that need paving only. However, it meets the

DEFENDANT'S
EXHIBIT

48

intent of the RFQ, which is a negotiated process for the entire project.  Staff feels comfortable with the proposed process and has confidence based on past work history with the chosen team that the process will be smooth and successful for the citizens of Lynn Haven.  This process will expedite utilizing the approved ½ Cents sales tax for the citizens. Staff was also successful in working out a deal with the design build team to guarantee the materials and workmanship for two years as compared to the standard one year.  This will give the City a tremendous added security that the roads will be taken care of in case of unforeseen circumstances.

All work directives outlined in Task Order No. 1 will be handled by the City Manager based upon the Commission approved unit pricing and will not exceed the $3.8M loan amount.  The next proposal will be presented to the Commission at the end of this calendar year or early 2018.  The staff respectfully requests that the Commission approve the recommended Design/Build Contract and Task Order No. 1 as provided.

2



**1805 TENNESSEE AVENUE**
**LYNN HAVEN, FLORIDA 32444-5428**

*(850) 265-4210*
*FAX (850) 265-4196*

October 24, 2017

Mr. Michael White, City Manager
*City of Lynn Haven*
825 Ohio Avenue
Lynn Haven, FL 32444

RE:     Master Contract and Task Order #1
        *Lynn Haven Infrastructure Surtax Improvements*
        Lynn Haven, Florida
        PE File #14403-D

Dear Mr. White:

We have basically finished Phase One of the project ($3.8 million budget).  We have some roads that have utility cuts for some utility repairs the City has asked us to do.  I would like to continue the work on the Infrastructure Surtax Improvements.  I have talked with the asphalt suppliers, and they are agreeable to delaying their invoicing until January 2018, hoping that there is a favorable change to the tax rates.  We will not invoice the City until the City has received their new loan.  The work completed while we await the City's new loan will not be within 50% of the scheduled loan, and we will not hold the City responsible until the loan is granted.  I take this as a win-win situation for everyone.  3rd Street is ready by the park and the utility cuts are causing bad ruts in the roadway too we would like to pave these areas as soon as possible.

Sincerely,

James Finch
CEO

Cc:     Mayor Margo Anderson, City of Lynn Haven
        Lynn Haven City Commission
        Jim Slonina, Panhandle Engineering

DEFENDANT'S
EXHIBIT

**49**

*EQUAL OPPORTUNITY EMPLOYER*



The Lynn Haven Commission held a workshop meeting on Monday, January 12, 2015 at 4:00 p.m. in the Commission Meeting Room at City Hall.  The purpose of the meeting was to discuss the Commission Meeting Agenda for 1/13/2015.  The Public was invited to attend.  The workshop was adjourned at 4:41 p.m.

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, JANUARY 13, 2015 – 4:00 P.M.**

**Present:**        Walter T. Kelley, Mayor *(participated by phone)*
Roger P. Schad, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Antonius G. Barnes, Commissioner
Rodney Friend, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Sergeant Brian Blalock

Mayor Kelley called the meeting to order and Commissioner Ashbrook gave the Invocation.  The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:** Mayor Kelley stated that NBH is an asset to the City.

Mayor's Report

**Item #4.  Commissioner's Report:**
Commissioner Friend reported that he attended a 5k run and thanked the Commission for approving the route from Sheffield Park to Porter Park.
Commissioner Barnes wished everyone a Happy New Year and stated that he is looking forward to 2015.
Commissioner Ashbrook reported that he attended the ribbon cutting of the Gym at North Bay Haven with Mayor Kelley & Commissioner Friend.

Commissioners Report

**Item #5. City Manager's Report:**

A.  **Recognition – Bay County Comm. Nelson:**  The City Commission thanked Bay County Commissioner Nelson for his help in securing funds to help in the revitalization of Porter Park.  Mr. Nelson stated that he was glad to be able to help and appreciate the kind words.

B.  **Employee of the Month – December 2014:**  Mr. Johnnie Hinson, Recreation Aide, Leisure Services, was awarded the Employee of the Month award for his hard work and dedication to the City.

C.  **Supervisor of the Quarter – Oct.-Dec. 2014:**  Mr. Howard Steele, Leisure Services, was awarded the Supervisor of the Quarter award for his hard work and dedication to the City.

City Manager's Report

City Manager Schubert stated that Governor Scott designated last week as 1st Responder Week and thanked the Fire & Police Department for their hard work and dedication.



DEFENDANT'S
EXHIBIT

**51**

**City Commission Meeting Minutes of January 13, 2015**
**Page Two**

**Item #6.  City Attorney's Report:**

City Attorney's
Report

Motion by Commissioner Ashbrook:  To excuse Mayor Kelley from the meeting and allow him to participate by phone.
Second to the motion: Commissioner Friend.

On Vote:     Ashbrook:      aye
Friend:        aye
Barnes:        aye
Schad:         aye                    Motion passed: 4-0

**PUBLIC HEARING OPENED: 4:12 p.m.**
**Item #7.   Right-of-way abandonment, D&H Properties:** The applicant's request is to abandon these rights-of-way because the development being created within the Mill Bayou Project is a different type than was anticipated when the original easements were created.  By abandoning the easement/rights-of-way, it will make the platting process more streamlined.  New rights-of-way will be created to serve the development.  City Manager Schubert read Ordinance 991 by title only.  After audience participation the **PUBLIC HEARING CLOSED: 4:14 p.m.**

ROW Abandonment
D&H Properties

**CONSENT AGENDA:**
**Item #8. Minutes:**        **12/8/14 – Regular Meeting**

Minutes

Motion by Commissioner Barnes: To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:     Barnes:         aye
Ashbrook:      aye
Friend:        aye
Kelley:         aye
Schad:         aye                    Motion passed: 5-0

**OLD BUSINESS:**
**Item #9. Second and final reading of Ordinance 991, vacating right-of-way, ROW-14-1, D&H Properties:** D&H Properties has applied for the vacation and abandonment of 12 platted rights of way lying within Parcel #11344-020-000.  The applicant's request is to abandon these rights-of-way because the development being created within the Mill Bayou Project is a different type than was anticipated when the original easements were created.

Ord. 991

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Ashbrook.

On Vote:     Friend:         aye
Barnes:        aye
Ashbrook:      aye
Kelley:         aye
Schad:         aye                    Motion passed: 5-0

          DEF'S EX 51_002

**City Commission Meeting Minutes of January 13, 2015**
**Page Three**

**Item #10.   Second and final reading of Ordinance 994, General Employees'**
**Pension Plan, reemployment:** The City's General Employees' Retirement System
ordinance currently includes reemployment after retirement provisions.   These
provisions do not state how long an employee must be retired before being considered
for reemployment.  The pension board's attorney, Mr. Lee Dehner, has informed the
Board of Trustees that the IRS issues a letter of opinion to another board stating that a
retiree should be unemployed for at least one full year prior to being rehired by the
same entity.  City Manager Schubert read Ordinance 994 by title only.   This was the
second and final reading.

Ord. 994
General Employees'
Pension Plan

|  |  |  |  |
|---|---|---|---|
| | Motion by Commissioner Ashbrook:  To approve as presented. | | |
| | Second to the motion: Commissioner Friend. | | |
| On Vote: | Ashbrook: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Kelley: | aye | |
| | Schad: | aye | Motion passed:  5-0 |

**NEW BUSINESS:**
**Item #11.  Discussion and possible action regarding partial bond refunding of the**
**2005 Capital Improvement Bond:**   Staff recommends granting authorization to
proceed with partial refunding of the 2005 Capital Improvement Bond – refunding a
portion of this Bond will result in an estimated savings of $10,000 per year through the
maturity date of 12/01/32.

Refund of Bond

Ms. Janet Walker commented on bonds.
Mr. Richard Walker commented on bonds.
City Attorney Jackson asked that the motion include using the same team, Harbor
Financial, as was used with the last bond issue.

|  |  |  |  |
|---|---|---|---|
| | Motion by Commissioner Barnes:  To approve as presented with the | | |
| | recommendation of the City Attorney and bring back to the | | |
| | Commission for final approval. | | |
| | Second to the motion:  Commissioner Friend | | |
| On Vote: | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Friend: | aye | |
| | Kelley: | aye | |
| | Schad: | aye | Motion passed:  5-0 |

**City Commission Meeting Minutes of January 13, 2015**
**Page Four**

**Item #12.  Discussion and possible action regarding approval of a Development Order, DO-14-4, for Market Shops of Lynn Haven, LLC.  This is a quasi-judicial hearing:**  This application is for a DO amendment for the construction of two retail buildings totaling 62,500± square feet on 6.5± acres.  The site is currently vacant and is located north of Lynn Haven Publix, behind Sonny's BBQ, Innovations FCU & Dunkin Donuts.  The owner/applicant has met all of the requirements of the City Code regarding this project.  City Attorney Jackson stated that Item #12 & 13 are a quasi-judicial hearing and any persons who may provide testimony be sworn in at this time; Mayor/Commission who has had ex-parte communication must disclose at this time:  Commissioner's Ashbrook, Barnes, Schad & Friend have had not ex-parte communication – Mayor Kelley reported that he has had ex-parte communication with staff & owner.
Ms. Janet Walker commented on parking spaces.

DO-14-4
Market Shops of
Lynn Haven, LLC

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion: Commissioner Ashbrook.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Kelley: | aye | |
| | Schad: | aye | Motion passed:  5-0 |

**Item #13.  Discussion and possible action regarding approval of a Development Order, DO-14-5, for Subway.  This is a quasi-judicial hearing:**  This application is for a DO in order to renovate an old gas station into a Subway restaurant.  The parcel is the former site of a BP gas station and is located at the intersection of Mowat School Road & Hwy 77.  The owner/applicant has met all of the requirements of the City Code regarding this project, with the exception of providing a by-pass lane, as required by Code.

DO-14-5 Subway

> Motion by Commissioner Friend: To approve as presented to include the exception and ask the City Attorney to come back with a code change to allow more flexibility in the future.
> Second to the motion: Commissioner Barnes.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Kelley: | aye | |
| | Schad: | aye | Motion passed:  5-0 |

DEF'S EX 51_004



**City Commission Meeting Minutes of January 13, 2015**
**Page Five**

**Item #14.   Discussion and possible action regarding approval of Panhandle**
**Engineering Task Order #14396-A in the amount of $20,000 for engineering**
**services related to improvements at Porter Park:**   The City is pursuing grant funding for several improvements at Porter Park to include:  boat ramp improvements, seawall repairs, new boat parking, paving/sidewalk improvements and pavilion improvements.  Bay County has committed to providing $95,000 in funds toward much needed seawall improvements at Porter Park.  Additional grant funding is being pursued through the RESTORE Act (BP Oil spill money) and the Florida Boater Improvement Grant Fund.

Task Order
#14396-A – Porter
Park

Ms. Janet Walker was concerned with pavilions on the old Bailey Bridge.  She hoped that it would not impede joggers/walkers.

Ms. San Juanita Dixon stated that she was concerned with parking.

Mr. Donnie Wittkopf stated that he is concerned with the plans and asked the City to consider the homeowners surrounding the park.

|  | Motion by Commissioner Ashbrook:  To approve as presented. |  |
|  | Second to the motion: Commissioner Barnes. |  |
| On Vote: | Ashbrook: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Kelley: | aye |
|  | Schad: | aye | Motion passed:  5-0 |

**Item #15.   Discussion and possible action regarding approval of Panhandle**
**Engineering Task Order #14396-A (continuation) in the amount of $59,500 for**
**engineering services related to improvements at Porter Park:** The City is pursuing grant funding for several improvements at Porter Park to include:  boat ramp improvements, seawall repairs, new boat parking, paving/sidewalk improvements and pavilion improvements.  Bay County has committed to providing $95,000 in funds toward much needed seawall improvements at Porter Park.  Additional grant funding is being pursued through the RESTORE Act (BP Oil spill money) and the Florida Boater Improvement Grant Fund.

Task Order
#14396-A
Porter Park

|  | Motion by Commissioner Barnes:  To approve as presented. |  |
|  | Second to the motion: Commissioner Friend. |  |
| On Vote: | Barnes: | aye |
|  | Friend: | aye |
|  | Ashbrook: | aye |
|  | Kelley: | aye |
|  | Schad: | aye | Motion passed:  5-0 |

DEF'S EX 51_005

**City Commission Meeting Minutes of January 13, 2015**
**Page Six**

**Item #16.   Discussion and possible action regarding authorizing the sale of a vacant lot located at the southwest corner of Tennessee Avenue and West 4th Street:**   Staff recommends approval to sale a City owned lot on Tennessee Avenue described as:  East 100' of Lots 1 & 2, Block 56, according to the amendment to Plat No. 1, Lynn Haven; Bay County Parcel ID# 09138-005-000; changing this lot to a private residential use will increase Lynn Haven's taxable base while utilizing its utility infrastructure more efficiently.  Minimum bid price is $35,000.

Vacant Lot Sale
Tenn./4th Street

                    Motion by Commissioner Friend:  To approve as presented.
                    Second to the motion: Commissioner Barnes.
*Amended motion by Commissioner Friend & Barnes:  to include minimum bid of $35,000.*

On Vote:     Friend:          aye
                   Barnes:          aye
                   Ashbrook:      aye
                   Kelley:           aye
                   Schad:           aye                     Motion passed:  5-0

**Item #17.   Discussion and possible action regarding authorizing the sale of a vacant lot located in the 1400 Block of Ohio Avenue:**   Staff recommends to authorize the invitation to bid on a portion of a City owned parcel on Ohio Avenue described as:  Lots 13 and the south 20 front feet of Lot 14, Block 244, according to the amendment to Plat No. 1, Lynn Haven; parts of Bay County Parcel ID# 10231-000-000 (70' x140'= 9,800 sq ft).  Minimum bid contingent upon appraisal.

Sale of Vacant Lot
1400 Block of
Ohio Ave

                    Motion by Commissioner Ashbrook:  To approve as presented with a base bid of $100,000 minimum.
                    Second to the motion: Commissioner Friend.

On Vote:     Ashbrook:       aye
                   Friend:            aye
                   Barnes:           aye
                   Kelley:            aye
                   Schad:            aye                     Motion passed:  5-0

**Item #18.  Public Commentary:**
Mr. Leon Miller wanted to know the status of Hwy 390 – Hwy 231 and the turn signal at 17th Street – Hwy 77.  Mayor Kelley reported that Hwy 390 was discussed at the last TPO meeting and is a work in progress.  Mr. Bobby Baker reported that he will follow up on the 17th Street turn signal.

Public Commentary

**City Commission Meeting Minutes of January 13, 2015**
**Page Seven**

Mr. Richard Walker commented on traffic issues in the City.  He encouraged traffic studies to be done.

There was no further business to discuss and the meeting was ***adjourned at 5:20 p.m.***     Adjourn

APPROVED THIS ___10th___ DAY OF ___February___ 2015.

Walter T. Kelley, Mayor

**ATTEST:**

Joel R. Schubert, City Manager

Prepared by Laurie Baker

The Lynn Haven City Commission held a workshop on Monday, February 9, 2015 at 4:00 p.m. in the Commission Meeting Room of City Hall.  The purpose of the meeting was to discuss the Agenda for 2/10/2015.  The Public was invited to attend and the meeting was adjourned at 4:20 p.m.

### CITY COMMISSION MEETING MINUTES
### TUESDAY, FEBRUARY 10, 2015 – 4:00 P.M.

**Present:**    Walter T. Kelley, Mayor
Roger P. Schad, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Antonius G. Barnes, Commissioner
Rodney Friend, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Brian Blalock, Police Sergeant

Mayor Kelley called the meeting to order and Commissioner Barnes gave the Invocation.  The Pledge of Allegiance followed.

**Call to Order**

**Item #3.  Mayor's Report:**  Mayor Kelley reported that he attended meetings with elected officials in Tallahassee that discussed pension and tax topics.
Mayor Kelley reported that he will be attending FLC Legislative Action Days in Tallahassee March 16-18, 2015.

**Mayor's Report**

    **A.** *Proclamation:    Clean-Up, Paint-Up, Fix-Up Month:*  City Manager Schubert read this proclamation in its entirety.

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion: Commissioner Barnes.

Proclamation
Clean-up, Paint-up
Fix-up Month

Commissioner Ashbrook & Commissioner Friend stated that they would like the Commission to pick a weekend to participate with a clean-up project.
Ms. Janet Walker commented on this Proclamation and clean-up.
Mr. Virgil Duffell commented on clean-up.

On Vote:    Schad:         aye
           Friend:        aye
           Barnes:        aye
           Ashbrook:      aye
           Kelley:        aye              Motion passed:  5-0

    **B.** *Certificate Presentations → Haney Marine Service Technology:* Certificates were provided to Haney Marine Service Technology, Mr. Bobby Miller, for their help in restoring a boat for the Fire Department.

Haney Marine Serv
Technology

**City Commission Meeting Minutes of February 10, 2015**
**Page Two**

**Item #4.  Commissioner's Report:**                                          Commissioner's
Commissioner Rodney Friend reported he attended the Laundry Love day held by the     Report
Homeless and Hungry Coalition at the Wash Depot. Commissioner Friend attended a
Transportation Disadvantage Meeting and changes with the para-transit system was
discussed.
Commissioner Barnes had no report.
Commissioner Ashbrook reported that he attended the grand opening of the Rescue
Mission store on Hwy 77.
Commissioner Schad reported that the Commission is making the transition to IPADS.

**Item #5.   City Manager's Report:**   City Manager Schubert reported that the      City Manager's
Commission has been receiving IPAD training to transition to paperless agenda's.     Report
City Manager Schubert recognized Mr. Charlie Smith, Director of Leisure Services,
for his 36 years of service to the City;  Mr. Smith will be retiring on February 20,
2015.
Mayor Kelley and the Commission spoke kindly of Mr. Smith and thanked him for his
service.
      **A. *Employee of the Month – January:*** Mr. Troy DeVoy, Senior Fire Fighter,
        was awarded the EOM award for his hard work and dedication to the City.

**Item #6.  City Attorney's Report:**  No report.                            City Attorney's
                                                                             Report

**CONSENT AGENDA:**
**Item #7. Minutes:**    **1/13/2015 – Regular Meeting**                     Minutes

      Motion by Commissioner Schad:  To approve as presented.
      Second to the motion: Commissioner Friend.
On Vote:    Schad:     aye
          Friend:    aye
          Barnes:   aye
          Ashbrook: aye
          Kelley:    aye       Motion passed:  5-0

**NEW BUSINESS:**
**Item #8.   Discussion and possible action regarding approval of the Lease**   801 Florida Ave.
**Agreement for 801 Florida Ave., (Tax Office) between Bay County and the City:**   Lease
Staff recommends approval to renew the Lease Agreement between Bay County Tax
Collector and the City.  This new lease will be for one (1) year.  The terms and
conditions remains the same as the original contract.  The annual rent shall be
$19,296.60; the new contract will become effective on March 1, 2015.



**City Commission Meeting Minutes of February 10, 2014**
**Page Three**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:    Barnes:        aye
            Ashbrook:      aye
            Schad:         aye
            Friend:        aye
            Kelley:        aye              Motion passed:  5-0

**Item #9.   Discussion and possible action regarding approval of the Lease**
**Agreement for 817 Ohio Avenue, (medical office) between Dr. Roman Nation and**
**the City:**  Staff recommends approval to renew the lease agreement  between Dr.
Roman Nation and the City.  The annual rent shall be $42,059.52; the new contract
will become effective July 1, 2015 and continue for two (2) years with a termination
date of June 30, 2017.

817 Ohio Ave.
Lease

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Ashbrook.

On Vote:    Friend:        aye
            Barnes:        aye
            Ashbrook:      aye
            Schad:         aye
            Kelley:        aye              Motion passed:  5-0

**Item #10.  Discussion and possible action regarding approval of the Polling Place**
**Agreement for 108 E. 9th Street between Bay County Supervisor of Elections and**
**the City:**

108 E. 9th Polling
Place Agreement

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Schad.

On Vote:    Ashbrook:      aye
            Schad:         aye
            Friend:        aye
            Barnes:        aye
            Kelley:        aye              Motion passed:  5-0

**Item #11.  Discussion and possible action regarding approval of Building Official**
**& Inspections Services Contract:**  Staff recommends approval for Building Official
& Inspection Services with EP Consultants, Inc.  EP Consultants, Inc. has agreed to
provide all Building Official, Floodplain Management, Plans Examiners & Inspector
duties to include assisting in issuing permits, building inspections, necessary services
related to contact with residents and City Officials, and all associated tasks necessary
to meet all of the inspection needs of the City at a cost of 75% of permit fees, plan
review fees and re-inspections fees.  All other related functions not covered by permits
shall be compensated at $75.00 per hour and only when approved by the City
Manager.

EPCI Service
Contract

DEF'S EX 51_010



**City Commission Meeting Minutes of February 10, 2015**
**Page Four**

      Motion by Commissioner Schad:  To approve EPCI as presented.
      Second to the motion: Commissioner Barnes.

On Vote:    Schad:       aye
               Friend:      aye
               Barnes:     aye
               Ashbrook:   aye
               Kelley:      aye          Motion passed:  5-0

**Item #12.   Discussion and possible action regarding appointment to Board of Adjustments:**

      Motion by Commissioner Barnes: To appoint Ms. Angela Turner to the Board as presented.
      Second to the motion: Commissioner Schad.

On Vote:    Barnes:     aye
               Ashbrook:   aye
               Schad:       aye
               Friend:      aye
               Kelley:      aye          Motion passed:  5-0

**Item #13.   Discussion and possible action regarding appointment to Planning Commission:**

      Motion by Commissioner Ashbrook: To appoint Mr. James Waterstradt & Mr. Allen Richardson to the Board as presented.
      Second to the motion: Commissioner Barnes.

On Vote:    Ashbrook:   aye
               Schad:       aye
               Friend:      aye
               Barnes:     aye
               Kelley:      aye          Motion passed:  5-0

**Item #14.   Discussion and possible action regarding approval to sell surplus property:**  Staff is requesting authority to dispose of surplus vehicles and equipment with high mileage and excessive ongoing repairs.  Proper advertising will be accomplished according to the City's purchasing policy.  Interested parties will have an opportunity to inspect the vehicles at the Public Works yard.  Bids will be publicly opened at a scheduled place and time with award going to the highest bidder.

      Motion by Commissioner Schad:  To approve as presented.
      Second to the motion: Commissioner Friend.

On Vote:    Schad:       aye
               Friend:      aye
               Barnes:     aye
               Ashbrook:   aye
               Kelley:      aye

Margin notes:

BOA Appointment
Angela Turner

Planning Comm.
Waterstradt/
Richardson

Surplus Property

**City Commission Meeting Minutes of February 10, 2015**
**Page Five**

**Item #15.   Resolution 2015-02-612, Capital Improvement revenue refunding bonds:**  A Resolution authorizing the issuance of not exceeding $3,000,000 Capital Improvement Revenue Refunding Bonds, Series 2015, of the City, to provide funds to refund certain outstanding debt.  City Manager Schubert read Resolution 2015-02-612 by title only.

.Res. 2015-02-612

*No motion was made....*

On Vote:       Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:       aye
               Kelley:         aye           Motion passed: 5-0

**Item #16.   Discussion and possible action approving Task Order for the annual Capacity Analysis Report for the Sewer Treatment Plan:**  Staff recommends approval of Panhandle Engineering task order in the amount of $13,750 for the Annual Capacity Analysis Report.  The purpose of the report is to determine the treatment plant capacity compared to its usage and forecasted demand which will estimate when future expansion is needed.    Panhandle Engineering in association with our consultant, Garver Engineering, proposes to perform this work for a fixed fee of $13,750.   The report submittal deadline is September 24, 2015. Monthly data collection will be required in order to complete the report.

Sewer Treatment Plan Task Order

               Motion by Commissioner Schad:  To approve as presented.
               Second to the motion:
On Vote:       Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:       aye
               Kelley:         aye           Motion passed: 5-0

**Item #17.   Discussion and possible action regarding approval of changes to the Lynn Haven Cemetery Rules and Regulations:**   Staff recommends approval of proposed time changes:  *Item #3 – Operating hours for Cemetery Office to be changes to reflect the new hours of 7:00 a.m. – 5:00 p.m. Monday – Thursday and 7:00 a.m. to 11:00 a.m. on Friday.*
*Item #24 – Orders for internment must be received by 10:00 a.m. one (1) day prior to the day of internment to be changed to two (2) days prior to internment.*

Cemetery Rules & Regulation Changes.

DEF'S EX 51_012

**City Commission Meeting Minutes of February 10, 2015**
**Page Six**

Motion by Commissioner Barnes:  To approve changes as presented.
Second to the motion: Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Barnes: | aye | |
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Kelley: | aye | Motion passed:  5-0 |

*Item #15.  Resolution #2015-02-612 was read by title only by City Attorney Jackson and the following motion was made:*

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Ashbrook.

On Vote:

| | | |
|---|---|---|
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Ashbrook: | aye | |
| Kelley: | aye | Motion passed:  5-0 |

**Item #18.  Public Commentary:**

Mr. Virgil Duffell commented on arches, golf cart friendly streets and the new commission room.

Mr. Richard Walker commented on the arches & believes it to be a misappropriation of funds.

Ms. Janet Walker commented on the arches & she believes it will look ridiculous.

There was no further business to discuss and the meeting was *adjourned at 5:04 p.m.*

**APPROVED THIS** ___24th___ **DAY OF** ___February___ **2015.**


_____
Walter T. Kelley, Mayor

**ATTEST:**


_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

Public Commentary

Adjourn

There was no City Commission Workshop on Monday, February 23, 2015.

## CITY COMMISSION MEETING MINUTES
### TUESDAY, FEBRUARY 24, 2015 – 4:00 P.M.

**Present:**     Walter T. Kelley, Mayor
Roger P. Schad, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Antonius G. Barnes, Commissioner
Rodney Friend, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Brian Blalock, Police Sergeant

Mayor Kelley called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3. Mayor's Report:** Mayor Kelley reported he received a phone call today complementing Ronnie Williams & Darryl Purvis on their work ethic.

Mayor's Report

**Item #4. Commissioner's Report:**
Commissioner Friend reported that he attended the DR Horton open house at Mill Bayou Estates and believes this project is an asset to the community.
Commissioner Barnes reported that baseball season begins on March 14 and encouraged everyone to go out and support the teams.
Commissioner Ashbrook complemented the Fire Department and their quick response times.
Commissioner Schad had no report.

Commissioner's Report

**Item #5. City Manager's Report:** City Manager Schubert reported that work continues on the "sanctuary" next door and things are looking good.
Consideration is still ongoing for Director Charlie Smith's replacement – will be bringing a recommendation soon.

City Manager's Report

**A.  Early Voting Agreement April 13-17, 2015:**

Early Voting

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Barnes.

On Vote:     Schad:          aye
Friend:         aye
Barnes:        aye
Ashbrook:    aye
Kelley:          aye                    Motion passed:  5-0

DEF'S EX 51_014

**City Commission Meeting Minutes of February 24, 2015**
**Page Two**

    **B.  Canvassing Board Appointments:**                  Canvassing
                                                       Board

Motion by Commissioner Barnes:  To approve Commissioner Schad & Ashbrook to the Canvassing Board.
Second to the motion:  Commissioner Schad.

| On Vote: | | |
|---|---|---|
| Barnes: | aye | |
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Kelley: | aye | Motion passed:  5-0 |

    **C.  Proclamation:  Publix Appreciation Day:**  City Manager Schubert read this    Publix
proclamation in its entirety.                                              Proclamation

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Schad.

| On Vote: | | |
|---|---|---|
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Ashbrook: | aye | |
| Kelley: | aye | Motion passed:  5-0 |

City Manager Schubert asked that Item #11 be tabled.

Motion by Commissioner Barnes:  To table as recommended.
Second to the motion: Commissioner Ashbrook.

| On Vote: | | |
|---|---|---|
| Barnes: | aye | |
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Kelley: | aye | Motion passed:  5-0 |

**Item #6.  City Attorney's Report:**  No report.                    City Attorney's
                                                       Report

**PUBLIC HEARING OPENED: 4:09 p.m.**                               Public Hearing
**Item #7.  National Disaster Resilience Competition – 17th Street Ditch Drainage:**  17th Street
Staff recommends approval of a submittal of a National Disaster Resilience  Drainage
Competition grant application for improvements to the East 17th Street Ditch system.
The proposed application will be for approximately $3,775,000 and will include box
culverts and pipe to reduce flooding and safety problems.
**PUBLIC HEARING CLOSED: 4:12 p.m.**

City Commission Meeting Minutes of February 24, 2015
Page Three

**CONSENT AGENDA:**
**Item #8. Minutes:   2/10/15 – Regular Meeting**

Minutes

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion: Commissioner Ashbrook.
On Vote:    Schad:        aye
              Friend:      aye
              Barnes:     aye
              Ashbrook:  aye
              Kelley:      aye         Motion passed:  5-0

**NEW BUSINESS:**
**Item #9. Discussion and possible action regarding reappointment of Lynn Haven Main Street Board Members:**  Staff recommends reappointment of three Lynn Haven Main Street board members:  James Slonina, Billy Aycock & Dale Mortenson for a two year term ending March 1, 2017.

MainStreet Board Appointments

        Motion by Commissioner Barnes:  To approve as presented.
        Second to the motion: Commissioner Schad.
On Vote:    Barnes:     aye
              Ashbrook:  aye
              Schad:       aye
              Friend:      aye
              Kelley:      aye         Motion passed:  5-0

**Item #10. First reading of Ordinance 995, De-annexation, 15-1, Ryan & Tabitha Williams, 34th Place and Hwy 389, Parcel #11823-120-000:**  This parcel totals approximately 3.053± acres and is contiguous to other property that belongs to the applicants, which is located in the County.  It would be cost prohibitive for the applicants to run City utilities to the property.  Staff recommends approval of the de-annexation request.  City Manager Schubert read Ordinance 995 by title only.  This was the first reading and no action was required.

Ord. 995

**Item #11. Discussion and possible action regarding approval of FDOT Utility Design Agreement, SR390 in the amount of $140,188.99:**  Item tabled.

Tabled

**Item #12.  Discussion and possible action to approve submittal of a Hazard Mitigation Grant Program application to elevate 1618 Carolina Avenue:**  Staff recommends approval of submittal of a FEMA Hazard Mitigation Grant Program application for the elevation of 1618 Carolina Avenue with the understanding that the homeowner will be responsible for any and all expenditures not covered by grant funding.  The homeowner, Ms. Carolyn Emerson, will be responsible for all expenses not covered by grant funding.

1618 Carolina Ave Grant

DEF'S EX 51_016

**City Commission Meeting Minutes of February 24, 2015**
**Page Four**

|          | Motion by Commissioner Ashbrook:  To approve as presented. |      |                        |
|----------|------------------------------------------------------------|------|------------------------|
|          | Second to the motion: Commissioner Barnes.                 |      |                        |
| On Vote: | Ashbrook:                                                  | aye  |                        |
|          | Schad:                                                     | aye  |                        |
|          | Friend:                                                    | aye  |                        |
|          | Barnes:                                                    | aye  |                        |
|          | Kelley:                                                    | aye  | Motion passed:  5-0    |

**Item #13.  Discussion and possible action to approve submittal of a National Disaster Resilience Competition grant application for improvements to the E. 17th Street ditch system:**

17th Street Ditch Grant

|          | Motion by Commissioner Schad:  To approve as presented. |      |                        |
|----------|---------------------------------------------------------|------|------------------------|
|          | Second to the motion:  Commissioner Barnes.             |      |                        |
| On Vote: | Schad:                                                  | aye  |                        |
|          | Friend:                                                 | aye  |                        |
|          | Barnes:                                                 | aye  |                        |
|          | Ashbrook:                                               | aye  |                        |
|          | Kelley:                                                 | aye  | Motion passed:  5-0    |

**Item #14. Public Commentary:**

Mr. Virgil Duffell commented of Sheffield Park and the need for more parking.
Ms. Frances Wittkopf commented on McMullin Library & Rails to Trails.
Ms. Lorna Patrick commented on Nature Walk Golf Course.
Mr. Leon Miller commented on drainage issues on Indiana Avenue and suggested a "wall of honor" for veteran's at Cain Griffin Park.

Public Commentary

There was no further business to discuss and the meeting was *adjourned at 4:28 p.m.*

Adjourn

APPROVED THIS__10th___ DAY OF March_____2015.

Walter T. Kelley, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 51_017

There was no City Commission Workshop on Monday, March 9, 2015.

## CITY COMMISSION MEETING MINUTES
## TUESDAY, MARCH 10, 2015 – 4:00 P.M.

**Present:**  Walter T. Kelley, Mayor
Roger P. Schad, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Antonius G. Barnes, Commissioner
Rodney Friend, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Brian Blalock, Police Sergeant

Mayor Kelley called the meeting to order and Commissioner Barnes gave the Invocation.  The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:**  Mayor Kelley reported that he presented the Paint-Up, Fix-Up, Clean-Up proclamation to the Women's Club.  Mayor Kelley also attended the Bay County League of Cities Dinner last night and Congresswoman Gwen Graham was the invited speaker.

Mayor's Report

**Item #4.  Commissioner's Report:**
Commissioner Friend reminded everyone that the Farmer's Market is open and encouraged everyone to check out the City's webpage to view upcoming events.
Commissioner Barnes reported that he attended the BCL Dinner and thought that Congresswoman Graham did a fabulous job sharing her vision for the future.  Mr. Barnes invited everyone to opening Ball day at the Rec Center on Saturday, March 14, 2015.
Commissioner Ashbrook had no report.
Commissioner Schad reported that he attended the BCL Dinner and was impressed with Congresswoman Graham.

Commissioner's Report

|  | Motion by Commissioner Schad:  To name the gymnasium at the Rec Center after Charlie Smith. | |
|--|--|--|
|  | Second to the motion:  Commissioner Barnes. | |
| On Vote: | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Kelley: | aye     Motion passed:  5-0 |

**Item #5. City Manager's Report:**  A.  Employee of the Month – February:  Officer Mike Williams, Police Department, was awarded the EOM award for his hard work and dedication to the City.

City Manager's Report



**City Commission Meeting Minutes of March 10, 2015**
**Page Two**

City Manager Schubert reported that Asst. Police Chief Dennis Kiah will be retiring next month – Mr. Kiah was with the City a total of 15 years.
City Manager Schubert reported that the "Chambers" is almost complete – the Bay County Chamber will hold a ribbon cutting on March 23, @ 12:00 p.m.
City Manager Schubert reported that the the City has been recognized as "Tree City USA".

**Item #6. City Attorney's Report:**  No report.

**CONSENT AGENDA:**
**Item #7. Minutes:    2/14/2015 – Regular Meeting**

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion: Commissioner Barnes.

On Vote:     Schad:          aye
> Friend:          aye
> Barnes:          aye
> Ashbrook:      aye
> Kelley:          aye          Motion passed:  5-0

**OLD BUSINESS:**
**Item #8.  Second and final reading of Ordinance 995, De-annexation, 15-1, Ryan & Tabitha Williams, 34th Place & Hwy 389, Parcel# 11823-120-000:** This parcel totals approximately 3.053± acres and is contiguous to other property that belongs to the applicants, which is located in the County.  It would be cost prohibitive for the applicants to run City utilities to the property.  Staff recommends approval of the de-annexation request.  City Manager Schubert read Ordinance 995 by title only.  This was the second and final reading.

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion: Commissioner Barnes.

On Vote:     Schad:          aye
> Friend:          aye
> Barnes:          aye
> Ashbrook:      aye
> Kelley:          aye          Motion passed:  5-0

*(margin notes)*
City Attorney's Report

Minutes

Ord. 995
De-annex – Williams



**City Commission Meeting Minutes of March 10, 2015**
**Page Three**

**NEW BUSINESS:**
**Item #9. Resolution 2015-03-613, authorizing the submittal of a Florida Boating Improvement Program grant to make boating facilities improvement at Porter Park:** Porter Park requires improvements to several facilities such as the boat ramps, docks, the seawall, restrooms and parking areas. An overall plan has been designed to make repairs and improvements. The County has recently committed $95,000 to the City for Porter Park improvements. In addition, the City is still being considered for $450,000 of RESTORE funding. The Florida Fish and Wildlife Conservation Commission are now accepting applications for their Florida Boating Improvement Program (FBIP). Staff recommends the submittal of an application for improvements to the boat ramps with a requested FBIP grant contribution of $200,000. City Manager Schubert read Res. 2015-03-613 by title only.

Res. 2015-03-613

       Motion by Commissioner Friend: To approve as presented.
       Second to the motion: Commissioner Ashbrook.
On Vote:     Friend:       aye
             Barnes:      aye
             Ashbrook:   aye
             Schad:       aye
             Kelley:       aye          Motion passed: 5-0

**Item #10. Discussion and possible action regarding approval of the Panhandle Engineering Task Order for SR390 Utility Adjustments in the amount of $99,975:** A proposed Task Order for $99,975 from Panhandle Engineering for SR390 Utility Adjustments – PE File No. 14400; the scope of work is identical to the FDOT Consultant's scope.

Panhandle Eng. Task Order

       Motion by Commissioner Ashbrook: To approve as presented.
       Second to the motion: Commissioner Schad.
On Vote:     Ashbrook:   aye
             Schad:       aye
             Friend:       aye
             Barnes:      aye
             Kelley:       aye          Motion passed: 5-0

**Item #11. Discussion and possible action regarding approval of the AT&T U-Verse Agreement and E-rate Rider for Internet access at the Library:** Staff recommends approval to retain AT&T as its Internet Provider using their DSL Uverse service. AT&T has provided DSL Internet access to the Library since 2003. They require a 12 month signed agreement with an E-Rate Rider. The E-Rate program provides partial reimbursement to the City for costs associated with Internet access.

AT&T U-Verse Agreement & E-Rate Rider

DEF'S EX 51_020

**City Commission Meeting Minutes of March 10, 2015**
**Page Four**

|          | Motion by Commissioner Barnes:  To approve as presented. |          |
|----------|-----------------------------|---------------------|
|          | Second to the motion: Commissioner Friend. |          |
| On Vote: | Friend:     | aye |          |
|          | Barnes:     | aye |          |
|          | Ashbrook:   | aye |          |
|          | Schad:      | aye |          |
|          | Kelley:     | aye | Motion passed:  5-0 |

**Item #12.  Public Commentary:**                                          Public Commentary
Ms. Nancy Singleton commented on drainage issues.
Mr. Virgil Duffell stated that he was glad the commission meetings are at 4:00 p.m.
Mr. Richard Walker commented on BP funds and the renovation of Porter Park.

There was no further business to discuss and the meeting was *adjourned at 4:36 p.m.*          Adjourn

**APPROVED THIS** _24th_ **DAY OF** _March_ 2015.


_Walter T. Kelley_
Walter T. Kelley, Mayor

**ATTEST:**

_Joel B. Schubert_, City Manager

Prepared by Laurie Baker

The Lynn Haven City Commission held a workshop on Monday, March 23, 2015 at 1:00 p.m. in the Commission Meeting Room at The Chambers.  The purpose of the workshop was to discuss the Commission Agenda for March 24, 2015.  The workshop was *adjourned at 1:06 p.m.*

## CITY COMMISSION MEETING MINUTES
### TUESDAY, MARCH 24, 2015 – 4:00 P.M.

**Present:**     Walter T. Kelley, Mayor
                 Roger Schad, Mayor Pro Tem/Commissioner
                 Joseph Ashbrook, Commissioner
                 Antonius G. Barnes, Commissioner
                 Joel B. Schubert, City Manager
                 Robert C. Jackson, City Attorney
                 Brian Blalock, Police Sergeant

Mayor Kelley called the meeting to order and Commissioner Ashbrook gave the Invocation.  The Pledge of Allegiance followed.

Call to Order

            Motion by Commissioner Ashbrook:  To excuse Commissioner Friend from the meeting.
            Second to the motion:  Commissioner Schad.

On Vote:    Barnes:        aye
            Ashbrook:     aye
            Schad:         aye
            Kelley:        aye           Motion passed:  4-0

**Item #3. Mayor's Report:**  Mayor Kelley reported that he attended Legislative Action Days in Tallahassee last week and unfunded mandates and transportation funding was top on the list of discussions.

Mayor's Report

     **A.**   **Proclamation – Arbor Day** – City Manager Schubert read this proclamation in its entirety.  Mayor Kelley reported that this is the 16th year that the City has been a "Tree City USA" city.

Arbor Day Proclamation

            Motion by Commissioner Schad:  To approve as presented.
            Second to the motion:  Commissioner Ashbrook.

On Vote:    Schad:         aye
            Barnes:        aye
            Ashbrook:     aye
            Kelley:        aye           Motion passed:  4-0

City Commission Meeting Minutes of March 24, 2015
Page Two

**Item #4. Commissioner's Report:**
Commissioner Barnes reported that he attended the Grand Opening of the Bay Credit Union on Hwy 77 and stated that it will be an asset to our community.
Commissioner Ashbrook reported that he attend the Grand Opening of Bay Credit Union & Victoria's Last Bite.  He also stated that the Commission is in new chambers and asked for patience as everyone gets used to the new building.
Commissioner Schad reported that he attended the Prayer Breakfast sponsored by the Women's Club of Bay County.
Commissioner Ashbrook reminded everyone of the annual City Easter Egg Hunt on April 4th and encouraged everyone to attend.

Commissioner's Report

**Item #5.  City Manager's Report:**  City Manager Schubert reported that the new Chambers is complete and was done at a fraction of the cost due to using staff.  He stated that it was a city-wide effort and thanked everyone for their hard work.

City Manager's Report

    **A.  Audit Update** -- City Manager Schubert reported that he met with the Auditor and there were no findings.  The audit will be posted on the City webpage.

    **B.  Election Update** -  City Manager asked the Commission to cancel the April 14th meeting, unless needed, due to early voting in the Chambers.

               Motion by Commissioner Ashbrook: To cancel as presented.
               Second to the motion:  Commissioner Schad.
On Vote:    Ashbrook:    aye
          Schad:      aye
          Barnes:     aye
          Kelley:      aye          Motion passed: 4-0

**Item #6.  City Attorney's Report:**  No report.

City Attorney's Report

**CONSENT AGENDA:**
**Item #7. Minutes:**    **3/10/2015 -- Regular Meeting**

Minutes

               Motion by Commissioner Barnes:  To approve as presented.
               Second to the motion:  Commissioner Schad.
On Vote:    Barnes:     aye
          Ashbrook:    aye
          Schad:      aye
          Kelley:      aye          Motion passed:  4-0

**NEW BUSINESS:**
**Item #8.  Discussion and possible action regarding approval of the Panama City Crayfish Agreement:**  Staff recommends approval of an Agreement with the United States Fish and Wildlife Services (FED) and the Fish and Wildlife Conservation Commission (State).

PC Crayfish Agreement

DEF'S EX 51_023

**City Commission Meeting Minutes of March 24, 2015**
**Page Three**

The City currently has an agreement with Bay County Conservancy Inc.; the Conservancy has agreed to give up their agreement, if approved, and work closely with both agencies. There is no fiscal impact to the City.

> Motion by Commissioner Ashbrook: To approve as presented.
> Second to the motion: Commissioner Schad.

On Vote:
| | |
|---|---|
| Ashbrook: | aye |
| Schad: | aye |
| Barnes: | aye |
| Kelley: | aye |

Motion passed: 4-0

**Item #9.  First reading of Ordinance 996, Updating water system regulations for backflow prevention and protection devices:**  This Ordinance is amending Chapter 70 of the Lynn Haven Code. City Manager Schubert read Ordinance 996 by title only. This was the first reading and no action was required.

Ord. 996

**Item #10.  Public Commentary:**

Public Commentary

Mr. Richard Walker wanted to know when the Commission was going to take care of the City.

Mr. Leon Miller commented on drainage, 17th Street Ditch and Cain Griffin Park – he said that people are bringing dogs to the park and letting them loose on the tennis courts.  He suggested the City put up signs and maybe a park attendant.

Mr. Virgil Duffell stated that he is delighted with the new Chambers and believes that City Manager Schubert is doing a good job.  Mr. Duffell reported that there will be a political forum on April 9th at Kaleidoscope Theater put on by the Bay County League of Women Voter's at 6:00 p.m.

Ms. Margo Anderson complimented the Chambers, however, she suggested that the meeting times change to accommodate more people.  She reminded the Commission that they work for the citizens.

There was no further business to discuss and the meeting was *adjourned at 4:34 p.m.*

Adjourn

**APPROVED THIS**  28th  **DAY OF**  April  2015.

Margo Anderson, Mayor

ATTEST:

Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 51_024

The Lynn Haven City Commission held a workshop on Monday, April 27, 2015 at 4:00 p.m. in the Chambers at 108 East 9th Street. The purpose of the workshop was to discuss the Commission Meeting Agenda for April 28, 2015. The workshop was *adjourned at 4:16 p.m.*

### CITY COMMISSION MEETING MINUTES
### APRIL 28, 2015 – 4:00 P.M.

| | |
|---|---|
| **Present:** | Margo Deal Anderson, Mayor |
| | Roger Schad, Mayor Pro Tem/Commissioner |
| | Joseph Ashbrook, Commissioner |
| | Antonius G. Barnes, Commissioner |
| | Joel B. Schubert, City Manager |
| | Robert C. Jackson, City Attorney |
| | Brian Blalock, Police Sergeant |

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.                                                                 Call to Order

**Item #3.  Mayor's Report:**  Mayor Anderson sincerely thanked everyone for coming today.          Mayor's Report

*A. Proclamation – World Lupus Day:*  City Manager Schubert read this proclamation in its entirety.

*B. Proclamation – Wreaths Across America:*  City Manager Schubert read this proclamation in its entirety.

| | Motion by Commissioner Schad: To approve both Proclamations as presented. | |
|---|---|---|
| | Second to the motion: Commissioner Friend. | |
| On Vote: | Schad: | aye |
| | Friend: | aye |
| | Barnes: | aye |
| | Ashbrook: | aye |
| | Anderson: | aye     Motion passed: 5-0 |

**Item #4.  Commissioner's Report:**                                                              Commissioner's
Commissioner Friend welcomed Mayor Anderson & stated that he looks forward to working with her.       Report
Commissioner Barnes had no report.
Commissioner Schad congratulated everyone on the election.
Commissioner Ashbrook congratulated everyone on the election.

**Item #5.  City Manager's Report:**  *A. Employee of the Month – March:*  Mr. Charles Green, Utilities    City Manager's
Lift Station Mechanic, was awarded the Employee of the Month Award for March 2015 for his hard   Report
work and dedication to the City.

           *B. Supervisor of the Quarter – Jan. – March:*  Mr. Sid David, Construction Supervisor, was
awarded the Supervisor of the Quarter Award for his hard work and dedication to the City.

           *C. Ethics Training – 5/19:*  City Manager Schubert reported that ethics training will be on
5/19/2015 at The Chambers and is required by the State annually for certain elected officials and
employees.

**Item #6.  City Attorney's Report:**  No report.                                               City Attorney's
                                                                                                Report
CONSENT AGENDA:
Item #7. Minutes:        3/24/2015 – Regular Meeting

                  Motion by Commissioner Barnes:  To approve as presented.
                  Second to the motion: Commissioner Schad.



**City Commission Meeting Minutes of April 28, 2015**
**Page Two**
On Vote:        Barnes:          aye
                Schad:           aye
                Friend:          aye
                Ashbrook:        aye
                Anderson:        aye                  Motion passed:  5-0

**OLD BUSINESS:**
**Item #8.  Second and final reading of Ordinance 996, Updating water systems regulations for** | Ord. 996
**backflow prevention and protection devices:**  This Ordinance is amending Chapter 70 of the Lynn
Haven Code.  City Manager Schubert read Ordinance 996 by title only.  This was the second and final
reading.

                Motion by Commissioner Schad:  To approve as presented.
                Second to the motion:  Commissioner Ashbrook.
On Vote:        Schad:           aye
                Barnes:          aye
                Friend:          aye
                Ashbrook:        aye
                Anderson:        aye                  Motion passed:  5-0

**NEW BUSINESS:**
**Item #9.  Discussion and possible action regarding award of bid for 17ᵗʰ Street drainage:  Staff** | 17ᵗʰ Street
**recommends approval to award 17ᵗʰ Street Drainage Improvements to Phoenix Construction in** | Drainage
**the amount of $335,132:**  The City received 3 bids on the project and Phoenix Construction came in as | Improvements
the low bidder for the base bid and deductive bid "A".  All base bids for 240' of pipe were over the | Phoenix Const.
project budget and a deductive bid "A" was part of the original package that allowed for the deduction
of pipe in 8' sections which would allow the project to come within budget.  Total award would be for
208' of pipe and still leave a contingency.

                Motion by Commissioner Schad:  To accept the recommendation of staff as presented.
                Second to the motion:  Commissioner Ashbrook.
Mr. Leon Miller was concerned with the work beginning on Colorado Avenue.
Mr. Jim Slonina, Panhandle Engineering, stated that you start at the end and work upstream improving
so that it does not create flooding issues.
Mr. Miller said the Commission should listen to the people.
Mr. Virgil Duffell stated that he supports Mr. Miller and suggested the City see what the cost of
guardrails would be.
Mr. Dale Robitaille commented on the piping of 17ᵗʰ Street ditch.
City Manager Schubert reported that we are exploring guardrails and working on acquiring federal
funds – should have an answer in 6-9 months.
Mr. Richard Walker reported that the City had the money and squirreled it away on other projects.

On Vote:        Schad:           aye
                Friend:          aye
                Barnes:          aye
                Ashbrook:        aye
                Anderson:        aye                  Motion passed:  5-0

**Item #10.  Discussion and possible action regarding award of bid for Water Main Replacement** | Water Main
**Project to North Florida Construction in the amount of $120,497:**  Staff recommend approval to | Replacement
award bid for Water Main Replacement Project to North Florida Construction in the amount of | North Florida
$120,497.  As a continuing program for replacing of cast iron water mains within the City bids were | Construction
received on the project which is located on Florida Avenue and Alley B from 12ᵗʰ Street to 8ᵗʰ Street.
Four companies bid on the project.

                Motion by Commissioner Schad:  To approve as presented.

City Commission Meeting Minutes of April 28, 2015
Page Three

Second to the motion: Commissioner Ashbrook.

On Vote:
Schad:      aye
Friend:     aye
Barnes:     aye
Ashbrook:   aye
Anderson:   aye          Motion passed:  5-0

**Item #11.  Approval of agreement with Gulf Power for use of storm restoration staging site at Recreation Complex:**  The contemplated use of this agreement will be for staging of personnel and equipment to support Gulf Power Company's restoration efforts in the event of a storm.  The duration of this agreement shall be from May 1, 2015 to December 31, 2016.  Staff recommends approval.

Gulf Power Agreement

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:
Ashbrook:   aye
Schad:      aye
Friend:     aye
Barnes:     aye
Anderson:   aye          Motion passed:  5-0

**Item #12.  Discussion and possible action regarding approval of sign easement located at Hilltop Lane and Hwy 390 with BH Hilltop Holdings, LLC:**  BH Hilltop Holdings, LLC, owners of the new Beehive Assisted Living Facility on Hilltop Lane have agreed to grant the City a sign easement:  The proposed easement will be at the corner of Hilltop Lane and Hwy 390 on the west side of Hilltop.  The City will own and maintain all parts of the sign with the exception of the two lower panels owned and maintained by Beehive.  The City will also be responsible for the electricity required to illuminate the sign.  Staff recommends approval.

Sign Easement BH Hilltop Holdings

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Barnes.

On Vote:
Ashbrook:   aye
Schad:      aye
Friend:     aye
Barnes:     aye
Anderson:   aye          Motion passed:  5-0

**Item #13.  First reading of Ordinance 997, Annexation, Perry & Murphy, 4836 Hwy 389:**  Timothy & Anita Murphy, owners and applicants, have requested voluntary annexation into the city limits of Lynn Haven:  The property is approx. 4.293± acres and is current use designation is lying within the city limits and it will not create an enclave.  City Manager Schubert read Ord. 997 by title only.  This was the first reading and no action was required.

Ord. 997

**Item #14.  First reading of Ordinance 998, Small Scale Plan Amendment, SSA-15-1, Perry & Murphy, 4836 Hwy 389:**  The property is approx. 4.293± acres and its current use designation is Residential in the County.  The requested land use designation is the City's Mixed Use.  City Manager Schubert read Ord. 998 by title only.  This was the first reading and no action was required.

Ord. 998

**Item #15.  First reading of Ordinance 999, ULDC text change, Sec. 4.05.04, Accessory structures in Traditional Neighborhood areas:**  An amendment to the above stated Section 4.05.04 of the ULDC will allow home buyers to have pools constructed on their property and should be a good marketing tool for D.R. Horton Homes to attract potential home buyers to the subdivision.  City Manager Schubert read Ord. 999 by title only.  This was the first reading and no action was required.

Ord. 999

DEF'S EX 51_027

City Commission Meeting Minutes of April 28, 2015
Page Four

**Item #16.  First reading of Ordinance 1000, ULDC text change, Sec. 6.05.16, Commercial by-pass lanes:** An amendment to the above stated Section 6.05.16 of the ULDC will allow the City Commission to be able to review each project on its own merit, which would make it easier for property owners to utilize their property, support revitalization and encourage new development on infill lots.   City Manager Schubert read Ord. 1000 by title only. This was the first reading and no action was required.

Ord. 1000

**Item #17.  First reading of Ordinance 1001, Real Estate Language Code Change: This code change proposes to amend Chapter Two, Article VI of the Lynn Haven Code of Ordinances; amending the procedures for the sale of City-owned Real Property:** City Manager Schubert read Ord. 1001 by title only. This was the first reading and no action was required.

Ord. 1001

**Item #18.  Discussion and possible action regarding approval of Development Order and Certificate of Concurrency for Abor Trace, Phase 2 *(this is a quasi-judicial hearing)*:** The applicant has requested the approval of a DO for expansion of the Arbor Trace apartment complex that currently exists between State Avenue and Jenks Avenue. The parcel to be used for the expansion is approx. 10.7 acres; the owner/applicant proposes to construct seven (7) new apartment buildings totaling 168 additional dwelling units.  All parties who wish to provide testimony was sworn in by City Attorney Jackson. City Attorney Jackson stated that this is a quasi-judicial hearing and any Mayor/Commission who has ex-parte communication must disclose at this time – Anderson, Schad, Barnes, Ashbrook & Friend disclosed that they have had no ex-parte communication.

DO/CC – Arbor Trace Phase 2

|  | Motion by Commissioner Schad:  To approve as presented. |  |
|--|--|--|
|  | Second to the motion: Commissioner Ashbrook. |  |
| On Vote: | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Anderson: | aye | Motion passed:  5-0 |

**Item #19.  Discussion and possible action regarding approval of annual 4th of July fireworks display in the amount of $23,000 to Pyro Shows, Inc.:**

4th of July Fireworks

|  | Motion by Commissioner Schad:  To approve as presented. |  |
|--|--|--|
|  | Second to the motion: Commissioner Barnes. |  |
| On Vote: | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Anderson: | aye | Motion passed:  5-0 |

**Item #20. Approval of contract for Liquid Sludge Hauling with Bay Environmental, Inc. in the amount of $59.2307 per 1000 gallons:**

Bay Environmental Sludge Contract

|  | Motion by Commissioner Schad:  To approve as presented. |  |
|--|--|--|
|  | Second to the motion: Commissioner Ashbrook. |  |
| On Vote: | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Anderson: | aye | Motion passed:  5-0 |

DEF'S EX 51_028

City Commission Meeting Minutes of April 28, 2015
Page Five

**Item #21. Appointment of Mayor Pro Tem:**

    Motion by Commissioner Ashbrook:  To appoint Commissioner Barnes as the Mayor Pro Tem.
    Second to the motion:  Commissioner Schad.

| On Vote: | | |
|---|---|---|
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

Appointment Of Mayor Pro Tem

**Item #22. Appointment of Treasurer:**

    Motion by Commissioner Schad:  To appoint Mayor Anderson as the Treasurer.
    Second to the motion:  Commissioner Ashbrook.

| On Vote: | | |
|---|---|---|
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Ashbrook: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

Appointment Of Treasurer

**Item #23.  Resolution 2014-04-615, Updated Bay County Transportation Planning Organization Interlocal Agreement:**  City Manager Schubert read this Resolution by title only.  Commissioner Friend stated that this is a housekeeping measure with the TPO and the City; the TPO has this agreement with other municipalities.

    Motion by Commissioner Barnes:  To approve the agreement as presented.
    Second to the motion:  Commissioner Ashbrook.

| On Vote: | | |
|---|---|---|
| Barnes: | aye | |
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

Res. 2014-04-615

    Motion by Commissioner Barnes:  To approve appointing Commissioner Ashbrook to the TPO Board.
    Second to the motion:  Commissioner Schad.

| On Vote: | | |
|---|---|---|
| Barnes: | aye | |
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Anderson: | no | Motion passed:  4-1 |

**Item #24. Public Commentary:**
Mr. Dale Robitaille stated that the Mayor only has one vote.  He suggested people attend the meeting.
Mr. Richard Walker wanted to know how much the City pays the TPO  & he would like to see a more detailed report.
Commissioner Friend stated that TPO meetings are open to the public.
Mr. Leon Miller wanted to know the status of Hwy 390.
Commissioner Friend stated that Hwy 390 is a County owned road – negotiations are going on between the State and the Bay County.
Mr. Virgil Duffell encouraged youth involvement.
Ms. Laurie Johnson stated that she is concerned with the condition of Porter Park.

Public Commentary

  DEF'S EX 51_029

**City Commission Meeting Minutes of April 28, 2015**
**Page Six**

Mayor Anderson stated that Porter Park is a priority of hers and she plans to work to repair the park.
City Manager Schubert reported that $200,000 is the budget for repairs this fiscal year and the seawall and safety are priorities.
Mr. Brad Bennicoff asked about marginal returns on properties and 20' setbacks.
City Manager Schubert stated that the City is due a rate study.
Ms. Nancy Singleton commented on ditch work on the right of way in front of her home; she presented a $25 invoice for work she did.
Mayor Anderson stated that it would be her pleasure to reimburse Ms. Singleton personally for work she did on the ditch.

There was no further business to discuss and the meeting was *adjourned at 5:10 p.m.*                    Adjourn

**APPROVED THIS** _____12th_____ **DAY OF** _____May_____ 2015.

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker

                    DEF'S EX 51_030

The Lynn Haven City Commission held a workshop meeting on Monday, April 27, 2015 at 4:00 p.m. in the Chambers meeting room at 108 East 9th Street to discuss the Regular City Commission Meeting Agenda for 4/28/2015.  The public was invited to attend.

## CITY OF LYNN HAVEN
## SPECIAL CITY COMMISSION MEETING
## APRIL 28, 2015 – 3:30 P.M.

Present:      Walter T. Kelley, Mayor
Roger Schad, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Antonius G. Barnes, Commissioner
Rodney Friend, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Brian Blalock, Police Sergeant

Mayor Kelley called the meeting to order and Commissioner Barnes gave the Invocation.  The Pledge of Allegiance followed.

*Call to Order*

**Item #3.  Announcement regarding Election results:**

| | |
|---|---|
| Total Registered Voters: | 12,794 |
| Total Ballots Cast: | 2,563 |
| Mayor Vote: | |
| **Margo Anderson:** | **1,559** |
| Walter Kelley: | 999 |
| Commissioner Seat 1 Vote: | |
| **Rodney Friend:** | **1,431** |
| Bob Schultz: | 997 |
| Over Votes: | 0 |
| Under Votes: | 135 |

*Election Results*

Commissioner Barnes was re-elected without opposition.

**Item #4.   Resolution 2015-04-614, declaring Antonius G. Barnes as City Commissioner for Seat 2:**  City Manager Schubert read Resolution 2015-04-614 by title only.

*Res. 2015-04-614*

      Motion by Commissioner Schad:  To approve as presented.
      Second to the motion:  Commissioner Ashbrook.

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Ashbrook: | aye | |
| | Kelley: | aye | Motion passed:  4-0 |

**Item #5.  Administer Oath of Office to Commissioner Barnes:**  City Attorney Jackson administered the Oath of Office to Commissioner Barnes.

*Oath of Office*
*Comm. Barnes*

DEF'S EX 51_031

**Special City Commission Meeting Minutes of April 28, 2015**
**Page Two**

**Item #6. Comments by Commissioner Barnes:** Commissioner Barnes thanked his family, friends & supporters for allowing him to work for the citizens of Lynn Haven. Mr. Barnes stated that he has worked with a great team under the leadership of Mayor Kelley and looks forward to the next four years. Mr. Barnes stated that he is proud of the employees and the hard work that they do.

Comm. Barnes
Comments

**Item #7. Administer Oath of Office to Commissioner Friend:** City Attorney Jackson administered the Oath of Office to Commissioner Friend.

Oath of Office
Comm. Friend

**Item #8. Comments by Commissioner Friend:** Commissioner Friend thanked God, his family and the voters of Lynn Haven for trusting him to serve as Commissioner. Mr. Friend thanked Mr. Bob Schultz for running a clean race. Mr. Friend thanked Mayor Kelley for his service to our community & he thanked him for being a mentor during his tenure as Commissioner.

Comm. Friend
Comments

**Item #9. Comments by outgoing Mayor Kelley:** Mayor Kelley stated that it has been an honor and a privilege to serve the City for 22 years. Mayor Kelley wished Ms. Margo Anderson good luck as Mayor of Lynn Haven.

Outgoing
Comments
Mayor Kelley

**Item #10. Administer Oath of Office to incoming Mayor Anderson:** City Attorney Jackson administered the Oath of Office to Mayor Anderson.

Oath of Office
Mayor Anderson

**Item #11. Comments by Mayor Anderson:** Mayor Anderson thanked the audience for attending the meeting and thanked those who worked on her campaign. Mayor Anderson stated that she is looking forward to moving ahead with the issues that she campaigned on she plans to address stormwater, senior citizen concerns and budget issues. Mayor Anderson wished Mayor Kelley well in his future endeavors.

Mayor Anderson
Comments

There was no further business to discuss and the meeting was ***adjourned at 3:50 p.m.***

Adjourn

**APPROVED THIS** _____12th_____ **DAY OF** _____May_____ 2015.

_Margo Deal Anderson_
Margo Deal Anderson, Mayor

**ATTEST:**

_Joel B. Schubert_
Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 51_032




There was no Commission Workshop on Monday, May 25, 2015.

## CITY COMMISSION MEETING MINUTES
### MAY 26, 2015 – 4:00 P.M.

**Present:**   Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Brian Blalock, Sergeant

Mayor Anderson called the meeting to order and gave the Invocation. The Mosley High School Ensemble sang the National Anthem & Keegan Schubert led the Pledge of Allegiance. — Call To Order

**Item #3. Mayor's Report:** Mayor Anderson reported that she was not able to attend ethics training, however, she will be taking a 12 hour course through FSU on-line and the City Attorney stated that would be fine; she received a letter from Ms. Janet Walker thanking the City worker's on their clean-up efforts; she has received numerous emails and phone calls saying how wonderful everything is looking – she thanked employees for their work; attended the BCSO Day of Rememberance; attended the Deerpoint Elementary School play – Shakespearean production "Mid-Summer Nights Dream"; presented a certificate the Daj Allen – she said the Pledge last week; sang at the 90th birthday of Mr. Kenneth Tucker; met with City Manager Schubert about the running of the City and different issues; met with City Manager Schubert about the City's emergency plan; met with Mr. Dwight Allen, The Landings HOA, about flooding issues; will be doing a column in the Lynn Haven Ledger. — Mayor's Report

**Item #4. Commissioner's Report:**
Commissioner Schad reported that he attended the required ethics training on 5/19 @ The Chambers; attended the DaVita Dialysis open house.
Commissioner Ashbrook had no report.
Commissioner Barnes reported that he attended the ethics training on 5/19; attended the DaVita Dialysis open house; he will be out of town next week.
Commissioner Friend reported that he attended ethic training and thanked City Attorney Jackson's firm for hosting the training; attended the BCSO memorial ceremony. — Commissioner's Report

   DEF'S EX 51_033

**City Commission Meeting Minutes of May 26, 2015**
**Page Two**

**Item #5.  City Manager's Report:**

    **A.  Engineering Task Order(s):**  City Manager Schubert reported that *Task Order #1* from Panhandle Engineering deals with future paving – the City Engineer will review all roads to create a 5-10 year strategic plan to determine road priority – the cost associated with this Task Order is approx. $26,000.

City Manager's Report
Task Order (2)
Paving

        Motion by Commissioner Ashbrook:  To approve Task Order #1 as presented.
        Second to the motion:  Commissioner Schad.

On Vote:    Ashbrook:    aye
            Schad:        aye
            Friend:        aye
            Barnes:      aye
            Ashbrook:    aye          Motion passed:  5-0

    *Task Order #2* from Panhandle Engineering deals with a cut through between Trane & the Sports Complex to provide ingress/egress to address traffic problems – the cost associated with this Task Order is approx. $75,000.

        Motion by Commissioner Barnes:  To approve Task Order #2 as presented.
        Second to the motion: Commissioner Schad.

On Vote:    Barnes:      aye
            Ashbrook:    aye
            Schad:        aye
            Friend:        aye
            Anderson:    aye          Motion passed:  5-0

    **B.  7/4 Grand Marshall Discussion:**  City Manager Schubert reported it is time to be thinking of a Grand Marshall for the July 4th parade.

**Item #6.  City Attorney's Report:**  No report.

City Attorney Report
Public Hearing
Ord. 1003
SSA-15-2

**PUBLIC HEARING OPENED:** *4:19 p.m.*
**Item #7.  Small Scale Amendment – SSA-15-2, CCSH, LLC, Bay County Agriculture to Lynn Haven Low Density Residential – Ord. 1003:**  The property is approx. 2.33± acres located at Bay County Section 14, Township 3 South, Range 14 West.  The current land use designation is Agricultural in the County.  The requested land use designation is the City's Low Density Residential.
After audience participation the *Public Hearing closed at 4:25 p.m.*

DEF'S EX 51_034



**City Commission Meeting Minutes of May 26, 2015**
**Page Three**

**CONSENT AGENDA:**
**Item #8.  Minutes:** *5/12/2015 – Regular Meeting*                         Minutes

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion: Commissioner Barnes.

Mayor Anderson asked that the record reflect that she met with numerous citizens on various issues.

On Vote:      Schad:      aye
                Friend:     aye
                Barnes:    aye
                Ashbrook:  aye
                Anderson:  aye        Motion passed:  5-0

**OLD BUSINESS:**
**Item #9.  Second and final reading of Ordinance 1002, Annexation, ANNX-15-2,**     Ord. 1002
**CCSH, LLLC:** CCSH, LLC, owner and applicant, has requested voluntary annexation into the City     ANNX-15-2
limits of Lynn Haven.  The property is approx. 2.33± acres and located at Bay County Section 14, Township 3 South, Range 14 West.  The property is vacant.  City Manager Schubert read Ord. 1002 by title only.  This was the second and final reading.

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion: Commissioner Ashbrook.

Mr. Richard Walker commented on the annexation.

On Vote:      Schad:      aye
                Friend:     aye
                Barnes:    aye
                Ashbrook:  aye
                Anderson:  aye        Motion passed:  5-0

**Item #10.  Second and final reading of Ordinance 1003, SSA-15-2, CCSH, LLC, Bay County**     Ord. 1003
**Agricultural to Lynn Haven Low Density Residential:** CCSH, LLC, owner and applicant, has     SSA-15-2
requested voluntary annexation into the City limits of Lynn Haven. The property is approx. 2.33± acres and located at Bay County Section 14, Township 3 South, Range 14 West.  The current land use designation is Agricultural in the County and the requested land use designation in the City is Low Density Residential.  City Manager Schubert read Ord. 1002 by title only.  This was the second and final reading.
        Motion by Commissioner Ashbrook:  To approve as presented.
        Second to the motion: Commissioner Barnes.
On Vote:      Ashbrook:  aye
                Schad:      aye
                Friend:     aye
                Barnes:    aye
                Anderson:  aye        Motion passed:  5-0

**City Commission Meeting Minutes of May 26, 2015**
**Page Four**

**NEW BUSINESS:**

**Item #11. Discussion and possible action regarding approval to enter into a service agreement with Enviromed of Bay County in the amount of $480 annually:** Enviromed currently picks up all biomedical waste from the Police Department, Animal Shelter and Fire Department. The waste products consist of syringes and gloves. Staff recommends approval to enter into an agreement at an annual cost of $480.00.

Enviromed
Service Agreement

|  | Motion by Commissioner Ashbrook: To approve as presented. |  |
|---|---|---|
|  | Second to the motion: Commissioner Barnes. |  |
| On Vote: | Ashbrook: | aye |
|  | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Anderson: | aye | Motion passed: 5-0 |

**Item #12. Discussion and possible action regarding approval of contract for monthly pest control services to Florida Pest Control and Chemical Company in the amount of $195 per month:** Staff recommends approval of contract for monthly pest control services in the amount of $195.00 per month with an annual cost of $2,340.00.

Florida Pest Control
Agreement

|  | Motion by Commissioner Schad: To approve as presented. |  |
|---|---|---|
|  | Second to the motion: Commissioner Friend. |  |
| On Vote: | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Anderson: | aye | Motion passed: 5-0 |

**Item #13. Discussion and possible action regarding changing the City Commission Meeting time:** Mayor Anderson requested the meeting time be changed from 4:00 p.m. to 6:00 p.m.; this was a request from the voters during her campaign.

Commission Mtg
Time Change

Mayor Anderson called for a motion twice – action failed due to lack of motion/second. Mayor Anderson stated that she would be taking steps to circulate a petition to the citizens to bring back to the Commission.

**Item #14. Public Commentary:**
Mr. Wes Swenson commented on rails to trails; he suggested a citizen's advisory committee for this.
Ms. Jodi Moore, Lynn Haven Garden Club, announced that the LHGC would hold a Memorial Day Ceremony on May 29, 2015 @ 9:00 a.m. @ Memorial Park; a luncheon will be held on June 2 - Mayor/Commission/City Manager/City Attorney/Leisure Services was invited to attend.
Mr. Leon Miller commented on 17th Street Ditch; he suggested the City look into guard rails.
Ms. Vickie Kearn asked that something be done with the property at 404 Kentucky – this property had a fire approx. two years ago.
City Manager Schubert reported that Code Enforcement is working on this issue and will provide an update.
Mr. Richard Gutknecht stated that he is disappointed in the Commission; he commented on the meeting change; occupational licenses and ordinances.
Ms. Lisa Carter asked that the meeting time change be placed back on the agenda for the next meeting.
Ms. Anita Samson commented on the meeting time change.
Ms. Sharon Sheffield commented on the meeting time change.
Mr. Richard Walker commented on the meeting time change & elections.

Public Commentary

DEF'S EX 51_036

**City Commission Meeting Minutes of May 26, 2015**
**Page Five**

Ms. Libby Tunnell stated that she is here because she likes her new Mayor.
Ms. Jodi Moore commented on the meeting time change.

There was no further business to discuss and the meeting was *adjourned at 5:18 p.m.*          Adjourn

APPROVED THIS _____ 9th _____ DAY OF _____ 2015.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

There was no Commission Workshop on Monday, June 8, 2015.

## CITY COMMISSION MEETING MINUTES
## JUNE 9, 2015 – 4:00 P.M.

**Present:**     Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Brian Blalock, Sergeant

Mayor Anderson called the meeting to order and Commissioner Friend gave the        Call to Order
Invocation. The Pledge of Allegiance followed.

**Item #3. Mayor's Report:** Mayor Anderson announced that Mr. Ken Tucker will be        Mayor's Report
the Grand Marshall for the City's 4th of July parade; Mr. Tucker was a WWII B 17
Tail gunner.
Commissioner Friend thanked Mr. Tucker for his service and believes this to be an
excellent choice.
Commissioner Barnes reported that he has known the Tucker family for many years
and thanked him for his participation.
Commissioner Ashbrook reported that his father was a POW Bombardier and thanked
Mr. Tucker for serving our Country and participating in the parade.
Commissioner Schad reported that this is a good choice and thanked Mr. Tucker for
his service.

   A.  **Proclamation – Cloth Diaper Awareness Week & Cloth For All Day:**        Proclamation
       Mayor Anderson read this proclamation in its entirety.        Cloth Diaper Day

              Motion by Commissioner Schad: To approve as presented.
              Second to the motion:  Commissioner Friend.
On Vote:    Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye              Motion passed:  5-0

Mayor Anderson reported that she completed 12 hours of ethics training with the
Florida Institute of Government at FSU; she attended MHS graduation; she attended
1st Friday at FSU-PC campus and accepted the "Apple of Our Eye Award for The
Chambers" – she accepted the award on behalf of former Mayor Kelley and City
Manager Schubert; the Block Party was a huge success; attended the June 1 meeting of
the LH Heritage Society; attended the charitable garage sale at Roberts Hall for the
purpose of furnishing rooms for children in need; visited Rising Leaders Academy;



**City Commission Meeting Minutes of June 9, 2014**
**Page Two**

was a guest speaker for the St. Andrews Industry A Team on June 3; met with Becca Hardin – EDA; met with Jimmy Barr & Marty Perrette – Amerysis Bank; met or talked with many LH residents.

**Item #4. Commissioner's Report:**
Commissioner Schad had no report.
Commissioner Ashbrook reported that he attended the TPO advisory meeting.
Commissioner Friend attended the re-grand opening of Jim's Sewing & Vacuum; hosted the LHES 5th grade fieldtrip to City Hall on May 29.
Commissioner Barnes asked that former Fire Chief Blount be kept in our prayers.

**Commissioner's Report**

**Item #5. City Manager's Report:** City Manager Schubert reported that staff is still working on sound issues in the Chambers; he received the preliminary report from Property Appraiser's office – 1.6% tax base is up; Leisure Services end of year party on June 5 was a huge success and he thanked Staff for their work; Niche Rankings – Lynn Haven ranked #33 overall in the state – to raise a family #15 – to buy a house #12 – factors taken into account are key factors of location, school ratings, employment, crime and housing.

**City Manager's Report**

    **A. Employee of the Month:** Mr. Roy Lilja, Public Works, Civil Designer, was awarded the EOM award for his hard work and dedication to the City.

**Item #6. City Attorney's Report:** No report.

**City Attorney's Report**

**CONSENT AGENDA:**
**Item #7. Minutes:** **5/26/2015 – Regular Meeting**

**Minutes**

              Motion by Commissioner Barnes:  To approve as presented.
              Second to the motion:  Commissioner Schad.
On Vote:      Barnes:       aye
                Ashbrook:    aye
                Friend:       aye
                Ashbrook:    aye
                Anderson:    aye          Motion passed:  5-0

**NEW BUSINESS:**
**Item #8.  Discussion and possible action regarding sale of lot on Tennessee Avenue:**  Staff recommends approval to authorize the sale of a City owned lot on Tennessee Avenue described as:  East 100' of Lots 1 and 2, Block 56, according to the Amendment to the amendment to Plat No. 1, Lynn Haven, Bay County Parcel ID#09138-005-000 to Brant Marshall for $27,000.

**Sale of Lot Tennessee Ave**

**City Commission Meeting Minutes of June 9, 2015**
**Page Three**

In accordance with Ord. #1001 a for sale sign was posted on the property and the intention to sell was posted on the City's website and advertised two consecutive weeks in the legal section of the Bullet.  Staff recommends approval to authorize the sale of the lot for $27,500.

> Motion by Commissioner Ashbrook:  To accept the sale as presented, approve the contract and authorize the Mayor to sign the resolution approving the sale.
> Second to the motion: Commissioner Schad.

On Vote:  Ashbrook:     aye
Schad:        aye
Friend:       aye
Barnes:       aye
Anderson:    aye                    Motion passed:  5-0

**Item #9.  Public Commentary:**
Mr. Glenn stated that he is concerned with speeding on 26th Street & Jenks Avenue.
City Manager Schubert reported that citations have increased dramatically over the last month and the City will continue to run enforcement and monitor areas of concern.
Ms. Nancy Singleton stated that she would like City crews to dig the ditch right of way in front of her home by hand.
City Manager Schubert reported that he has met with Ms. Singleton, on site, and he explained to her the Road Departments use of tractors.
Mayor Anderson promised Ms. Singleton that she would meet with her this week and resolve the issue to her satisfaction.
Mr. Tony Super, representing the Board of Directors – Hammocks – requested increased police enforcement on Mosley Drive - speeding has become an issue.
Commissioner Friend supports highlighting the crosswalks.
City Manager Schubert stated that he will address these issues with the Police Chief.
Mr. Don Johnson commented on animal control services on the weekend.

Public Commentary

There was no further business to discuss and the meeting was *adjourned at 4:44 p.m.*

Adjourn

**APPROVED THIS** _23rd_ **DAY OF** _June_ 2015.

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 51_040

The Lynn Haven City Commission held a workshop on Monday, May 11, 2015 at 4:00 p.m.in the Chambers at 108 East 9th Street. The purpose of the workshop was to discuss the Commission Meeting Agenda for May 12, 2015. The workshop was *adjourned at 5:30 p.m.*

## CITY COMMISSION MEETING MINUTES
### MAY 12, 2015 – 4:00 P.M.

**Present:**    Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner *(participate by phone)*
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Brian Blalock, Sergeant

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.

Call to Order

Motion by Commissioner Schad:   To allow Commissioner Ashbrook to participate by phone.
Second to the motion:  Commissioner Barnes.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed: 4-0 |

**Item #3. Mayor's Report:**    *A.  Proclamation – May 16-23 Save a Life, Safe the Day:* City Manager Schubert read this proclamation in its entirety.

Mayor's Report
Proclamation
Save a Life, Safe
The Day

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

*B.  Proclamation – Civility Month:*  City Attorney Jackson read this proclamation in its entirety.

Proclamation
Civility Month

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |



**City Commission Meeting Minutes of May 12, 2015**
**Page Two**

Mayor Anderson reported that she has been meeting with different citizens regarding various complaints. Mayor Anderson reported that she is in the office from 4-6:00 p.m. daily and will be in the office full time beginning June 11, 2015; she encouraged anyone that would like to meet with her to contact her to set an appointment.
Mayor Anderson reported that she met with several business/civic organizations during her two weeks as Mayor.
Mayor Anderson stated that one of her priorities that she addressed during her campaign was changing the meeting time from 4:00 p.m. to 6:00 p.m. and she'll propose this change on the next City Commission Agenda.

**Item #4. Commissioner's Report:**                                                Commissioner's
Schad:  No report.                                                                 Report
Ashbrook:  No report.
Barnes:  No report.
Friend:   Commissioner Friend attended the first annual national day of prayer held at St. Andrew Baptist and it was a wonderful event.

**Item #5.  City Manager's Report:**    *A.  Employee of the Month – April:*  Mr. Ian Hill,    City Manager's
Information Technology Specialist, was awarded the Employee of the Month award for his    Report
hard work and dedication to the City.

City Manager Schubert reported that 50 new code enforcement cases have been documented.
City Manager Schubert reported that the walls in the old Building Department have been removed to make it a better meeting place for civic organizations in the City.
City Manager Schubert reported that the permit for the Porter Park seawall has been applied for and painting/cleaning of the park is underway.  The City is #4 of 14 in the RESTORE Act monies

**Item #6.  City Attorney's Report:** No report.                                  City Attorney's
                                                                                   Report

**PUBLIC HEARING OPENED:**  *4:20 p.m.*                                            Public Hearing
**Item #7.  Small Scale Plan Amendment, SSA-15-1, Perry & Murphy, 4836 Hwy 389, Ord.**    Ord. 998
**998:** The property is approx. 4.293± acres and its current use designation is Residential in the County. The requested land use designation is the City's Mixed Use.  After audience participation the Public Hearing was closed at 4:25 p.m.

**PUBLIC HEARING OPENED:** *4:25 p.m.*                                             Public Hearing
**Item #8.  Unified Land Development Code text change, Sec. 4.05.04, Accessory structures**    Ord. 999
**in Traditional Neighborhood Development areas – Ord. 999:** An amendment to the above stated Section 4.05.04 of the ULDC will allow home buyers to have pools constructed on their property and should be a good marketing tool for D.R. Horton Homes to attract potential home buyers to the subdivision.
After audience participation the Public Hearing was closed at 4:40 p.m.

City Commission Meeting Minutes of May 12, 2015
Page Three

**PUBLIC HEARING OPENED:** *4:41 p.m.*
**Item #9.  ULDC text change, Sec. 6.05.16, Commercial by-pass lanes – Ord. 1000:** An amendment to the above stated Section 6.05.16 of the ULDC will allow the City Commission to be able to review each project on its own merit, which would make it easier for property owners to utilize their property, support revitalization and encourage new development on infill lots.  After audience participation the Public Hearing was closed at 4:43 p.m.

Public Hearing
Ord. 1000

**CONSENT AGENDA:**
**Item #10.  Minutes:**          4/28/2015 – Special Meeting
                                           4/28/2015 – Regular Meeting

Consent Agenda
Minutes

Motion by Commissioner Schad:   To approve the minutes of the special/regular meeting as presented.
Second to the motion: Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

Parade Permit

**Item #11.  Approval of 4th of July parade route:**  Leisure Services is recommends approval of Hwy 77 as the parade route for the 4th of July parade route.  The parade will be Saturday, July 4, 2015 beginning at 9:00 a.m.; the parade will proceed east on 5th Street from Montana Ave. to SR HWY 77, then South on SR HWY 77 , then West on 11th Street to Florida Avenue.

Motion by Commissioner Friend: To approve as presented.
Second to the motion: Commissioner Schad.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**OLD BUSINESS:**
**Item #12.  Second and final reading of Ordinance 997, ANNX-15-1, Perry & Murphy, 4836 Hwy 389:**  The property is approx. 4.293± acres and is contiguous to property lying within the city limits and it will not create an enclave.  City Manager Schubert read Ord. 997 by title only.  This was the second and final reading.

Ord. 997

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Friend.

Mr. Richard Walker commented on whether this property was contiguous.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #13.  Second and final reading of Ordinance 998, Small Scale Plan Amendment, SSA-15-1, Perry & Murphy, 4836 Hwy 389:** The property is approx. 4.293± acres and its current use designation is Residential in the County.  The requested land use designation is the City's Mixed Use.  City Manager Schubert read Ord. 998 by title only. This was the second and final reading.

Ord. 998

          DEF'S EX 51_043

City Commission Meeting Minutes of May 12, 2015
Page Four

Motion by Commissioner Friend: to approve as presented.
Second to the motion: Commissioner Barnes.

On Vote:
| Friend: | aye |
| Barnes: | aye |
| Ashbrook: | aye |
| Schad: | aye |
| Anderson: | aye | Motion passed: 5-0 |

**Item #14. Second and final reading of Ordinance 999, ULDC text change, Sec. 4.05.04, Accessory structures in Traditional Neighborhood Development areas:** An amendment to the above stated Section 4.05.04 of the ULDC will allow home buyers to have pools constructed on their property and should be a good marketing tool for D.R. Horton Homes to attract potential home buyers to the subdivision. City Manager Schubert read Ord. 999 by title only. This was the second and final reading.

Ord. 999

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Barnes.

On Vote:
| Schad: | aye |
| Friend: | aye |
| Barnes: | aye |
| Ashbrook: | aye |
| Anderson: | no | Motion passed: 4-1 |

**Item #15. Second and final reading of Ordinance 1000, ULDC text change, Sec. 6.05.16, Commercial by-pass lanes:** An amendment to the above stated Section 6.05.16 of the ULDC will allow the City Commission to be able to review each project on its own merit, which would make it easier for property owners to utilize their property, support revitalization and encourage new development on infill lots. City Manager Schubert read Ord. 1000 by title only. This was the second and final reading.

Ord. 1000

Motion by Commissioner Barnes: To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:
| Barnes: | aye |
| Ashbrook: | aye |
| Schad: | aye |
| Friend: | aye |
| Ashbrook: | aye | Motion passed: 5-0 |

**Item #16. Second and final reading of Ordinance 1001, Real Estate Language Code Change:** This Ordinance amends Chapter Two, Article VI of the Code; amending the procedures for the sale of City-owned real property. City Manager Schubert read Ord. 1001 by title only. This was the second and final reading.

Ord. 1001

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:
| Barnes: | aye |
| Schad: | aye |
| Friend: | aye |
| Ashbrook: | aye |
| Anderson: | aye | Motion passed: 5-0 |

City Commission Meeting Minutes of May 12, 2015
Page Five

NEW BUSINESS:

Item #17.  First reading of Ordinance 1002, Annexation, ANNX-15-2, CCSH, LLC:  CCSH, LLC, owner and applicant, has requested voluntary annexation into the City limits of Lynn Haven.  The property is approx. 2.33± acres and located at Bay County Section 14, Township 3 South, Range 14 West.  The property is vacant.  City Manager Schubert read Ord. 1002 by title only.  This was the first reading and no action was required.

Ord. 1002

Item #18.  First reading of Ordinance 1003, SSA-15-2m CCSH, LLC, Bay County Agricultural to Lynn Haven Low Density Residential:  CCSH, LLC, owner and applicant, has requested voluntary annexation into the City limits of Lynn Haven.  The property is approx. 2.33± acres and located at Bay County Section 14, Township 3 South, Range 14 West.  The current land use designation is Agricultural in the County and the requested land use designation in the City is Low Density Residential.  City Manager Schubert read Ord. 1002 by title only.  This was the first reading and no action was required.

Ord. 1003

Item #19.  Discussion and possible action regarding approval of a Development Order (DO-15-2) and Certificate of Concurrency for Bay Haven Charter Academy for portable units (this is a quasi-judicial hearing):  The applicant has requested approval of a DO for the addition of three portable buildings on the site of Bay Haven Charter Academy located at 2501 Hawks Landing Blvd.  All parties who wish to provide testimony was sworn in by City Attorney Jackson.  City Attorney Jackson stated that this is a quasi-judicial hearing and any Mayor/Commission who has ex-parte communication must disclose at this time – Anderson, Schad, Barnes, Ashbrook & Friend disclosed that they have had no ex-parte communication.

DO/CC – BHCA Portable Bldgs

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Barnes.

| On Vote: | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

Item #20.  Discussion and possible action regarding approval of Generator Maintenance Service Agreements with Taylor Power Systems for the Advanced Wastewater Treatment Plant #1 and Water Plant #2 in the amount of $8,310:  Taylor Power Systems agrees to provide Service Maintenance (one basic annual service per year and one follow up 41-point inspection per year), on the following equipment:  1)  1000KW Generator located at Advanced Wastewater Treatment Plant; 2) 400KW Generator located at Water Treatment Plant #1; 3)  600KW Generator located at Water Treatment Plant #2.  This agreement is for two years, beginning May 13, 2015 and ending May 12, 2017.  Staff recommends approval.

Taylor Power System Maintenance Agreement

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Friend.

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

Item #21.  Discussion and possible action regarding approval of a three year, fixed rate contract agreement with Infinite Energy to provide natural gas as a gas pool manager:  As a commercial customer of TECO Peoples Gas, the City purchases natural gas through a gas pool manager.  Staff recommends approval of a 3-year, fixed rate contract agreement with Infinite Energy – 0.42 per therm + pass thru costs – to provide natural gas as a gas pool manager.

Infinite Energy Contract

City Commission Meeting Minutes of May 12, 2015
Page Six

|  | Motion by Commissioner Friend:  To approve as presented.<br>Second to the motion:  Commissioner Barnes. |  |
|---|---|---|
| On Vote: | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Schad: | aye |
|  | Anderson: | aye |

Motion passed:  5-0

**Item #22.  Discussion and possible action regarding approval of Nondiscrimination Policy and Assurances for Florida Department of Transportation Local Agency Program Projects:**  FDOT has requested that al LAP participants update their Nondiscrimination Policies and Assurance statements. Staff recommends approval.

FDOT Nondiscrimination Policy

|  | Motion by Commissioner Barnes:  To approve as presented.<br>Second to the motion:  Commissioner Schad. |  |
|---|---|---|
| On Vote: | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Schad: | aye |
|  | Friend: | aye |
|  | Anderson: | aye |

Motion passed:  5-0

**Item #23.  Resolution 2015-05-616, Amending the adopted General Fund, Community Redevelopment Agency & Main Street budgets and the approved Enterprise Fund budgets for fiscal year 2014-2015:**  City Manager Schubert read Resolution 2015-05-616 by title only.

Res. 2015-05-616

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Schad.

Ms. Janet Walker commented on the amended budget.

|  |  |  |
|---|---|---|
| On Vote: | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Schad: | aye |
|  | Friend: | aye |
|  | Anderson: | aye |

Motion passed:  5-0

**Item #24.  Discussion and possible action regarding approval of the Florida Department of Transportation Traffic Signal Maintenance Agreement and Compensation Agreement:**  Reimbursement for the traffic signal maintenance is based on a percentage of what FDOT's responsibility is.   Reimbursement cost associated with the maintenance agreement is in the amount of $36,480 & is an annual renewal for the Traffic Signal Maintenance along Hwy 77 within the city limits. Staff recommends approval.

FDOT Signal Maintenance Agreement

|  | Motion by Commissioner Schad:  To approve as presented.<br>Second to the motion:  Commissioner Friend. |  |
|---|---|---|
| On Vote: | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Anderson: | aye |

Motion passed:  5-0

DEF'S EX 51_046

**City Commission Meeting Minutes of May 12, 2015**
**Page Seven**

<u>Item #25.  Discussion and possible action regarding approval of the sale and consumption of alcohol on Florida Avenue during the May 30th Block Party:</u>

    Motion by Commissioner Schad:  To approve the sale and consumption of alcohol at the Block Party on May 30, 2015 with the condition of obtaining insurance regardless of who pays for said insurance.
    Second to the motion:  Commissioner Barnes.

Commissioner Friend stated that he supports the Block Party 100%.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | no | |
| | Barnes: | aye | |
| | Anderson: | aye | |
| | Ashbrook: | skipped – could not hear | Motion passed:  3-1 |

    Motion by Commissioner Barnes:  To excuse Commissioner Ashbrook due technical difficulties.
    Second to the motion:  Commissioner Friend.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Ashbrook: | aye | Motion passed:  4-0 |

    Motion by Commissioner Barnes:  To have the liquor insurance premium paid by the Heritage Committee.
    Second to the motion:  Commissioner Schad.

Ms. Libby Tunnell reported that there were no problems with previous Block Party's and suggested that the Commission work with the new Mayor.
Ms. Anita Samson stated that she was surprised the City isn't willing to help the Heritage Committee with liquor insurance.
Commissioner Barnes stated that the City is looking at this from a liability standpoint.
Mayor Anderson stated that she believes the City should support the Heritage Committee.
Commissioner Friend asked the City Attorney if the City could give the Heritage Committee a donation to help pay for the insurance.
City Attorney Jackson stated that because discussion had already existed regarding insurance it could be seen as a liability.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | no | Motion passed:  3-1 |

<u>Item #26.  Public Commentary:</u>
Ms. Francis Wittkopf stated that the McMullin Library still needed renovating and reminded everyone of the need for rails to trails.
Mr. Leon Miller commented on the TPO nomination & 17th Street Ditch.
Mayor Anderson stated that it will be a difficult time for her and this commission.
Ms. Janet Walker thanked Staff for putting the agenda items on the internet.
Harry Warnberg stated the sound in The Chambers is not good.
Ms. Nancy Singleton thanked Mayor Anderson for her support.  She stated that she would like an itemized statement on the money spent on renovating The Chambers.

Alcohol Sale/ Consumption Block Party

Public Commentary

**City Commission Meeting Minutes of May 12, 2015**
**Page Eight**

Mr. Richard Walker commented on transparency.
Ms. Anita Samson suggested everyone work together.

There was no further business to discuss and the meeting was *adjourned at 5:51 p.m.*

Adjourn

APPROVED THIS _____26th_____ DAY OF _May_ _____ 2015.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 51_048

There was no workshop on Monday, June 22, 2015.

### CITY COMMISSION MEETING MINUTES
### JUNE 23, 2015 – 4:00 P.M.

**Present:**        Margo Deal Anderson, Mayor
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Brian Blalock, Sergeant

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she met with CRA Director Ben Janke; she met with Ramona @ Animal Control & stated that cat food donations are appreciated; she spoke at the Bonifay Kiwanis's Club;  Mayor Anderson stated that she is continuing to have a "Mayor's Message" in the Lynn Haven Ledger.

Mayor's Report

**Item #4.  Commissioner's Report:**
Commissioner Schad reported that there was an article in the News Herald ranking Lynn Haven as one of the best little cities to live in; he stated that the Commission and community have worked years to make this happen.
Commissioner Ashbrook reported that the Animal Shelter is great; he adopted a dog four years ago and encouraged everyone to check the shelter out when looking for a pet.  Commissioner Ashbrook expressed condolences to the Family of Asst. Chief (retired) Dennis Kiah.
Commissioner Friend echoed Commissioner Ashbrook's sentiment. Commissioner Friend reported he participated in "Dump the Pump" Trolley ridership day.

Commissioner's Report

Motion by Commissioner Schad:  To excuse Commissioner Barnes' from the meeting.
Second to the motion:  Commissioner Ashbrook.
On Vote:       Schad:        aye
Friend:        aye
Ashbrook:        aye
Anderson:        aye                    Motion passed:  4-0

**A.  Proclamation – Griffin Family Day:**  City Manager Schubert read this proclamation in its entirety.

Proclamation – Griffin Family Day

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Ashbrook.
On Vote:       Schad:        aye
Friend:        aye
Ashbrook:        aye
Anderson:        aye                    Motion passed:  4-0

**City Commission Meeting Minutes of June 23, 2015**
**Page Two**

**Item #5.  City Manager's Report:** City Manager Schubert reported that Leisure Services is in need of Youth Basketball coaches – please contact Leisure Services to apply.

City Manager's Report

    **A.  Certificate of Appreciation – Brenden Greninger:** City Manager Schubert presented Eagle Scout Brenden Greninger a COA for his work crafting carnival games for Leisure Services.

Chief Messer presented to the Commission and the public a power point presentation addressing speeding in the community. The City has tripled in size since 1975; travelers move from primary roads to secondary roads to avoid congestion on primary roads; speed bumps are allowed in residential areas, however, they are not allowed on primary/secondary roads; manpower is an issue – typically we have (2) patrol officers and (1) supervisor on shift; since January the Police Department has had over 1,400 traffic stops – issued 1,000 citations – worked over 200 traffic crashes and answered over 7,500 calls; the City receives approx. 10% of each ticket written.
Commissioner Schad commented on the speeding situation.
Commissioner Ashbrook stated that people will look for the nicest road to travel to avoid Hwy 77; he asked if HOA's could request speed bumps in their subdivisions.
Chief Messer stated the City had a speed bump policy and an HOA could request a speed bump.
Commissioner Friend acknowledged that speeding is a problem and thanked Chief Messer for the presentation. He said that he is always getting compliments from the public on how good a job the Police Dept. does.
Mr. Michael Speaks, 703 W. 12th Street, reported that speeding on Tennessee Ave. is bad.
Mr. Bill Hodgkins wanted to know if computer control lights are on Hwy 77; he believes it would improve the flow of traffic.
Mr. Mark Naverette, 109 Lakeview Terrace, The Meadows, observes a large amount of speeding from golfers.
Mr. Mark Naverette stated that the Police Department has an excellent program for when you go out of town to watch your home – kudo's to the Department.
Mr. Richard Walker commented on traffic on Hwy 390; he suggested the City should have adequate representation with state agencies when improvements are proposed.
Mr. Fred Thompson stated that he was concerned with the number of officers on duty; he suggested that the City consider enhancing police presence in the City.

**Item #6.  City Attorney's Report:** City Attorney Jackson reported that he will be out of town for the next meeting and Attorney Nick Beninate will attend the meeting for him.

City Attorney's Report

**CONSENT AGENDA:**
**Item #7.  Minutes:**    6/9/2015 – Regular Meeting

Minutes

        Motion by Commissioner Ashbrook:  To approve as presented.
        Second to the motion:  Commissioner Friend.
On Vote:    Ashbrook:   ' aye
            Schad:      aye
            Friend:     aye
            Anderson:   aye           Motion passed:  4-0

DEF'S EX 51_050

**City Commission Meeting Minutes of June 23, 2015**
**Page Three**

**OLD BUSINESS:**

**Item #8.  Discussion and possible action regarding Porter Park seawall:**  City Manager Schubert reported that sealed bids were received on June 11, 2015 in regards to construction of the Porter Park Sheet Pile Wall Project.  The bids were opened in the presence of bidders' representatives, City Staff and Panhandle Engineering; 4 bids were received with HG Harders as the lowest bid with a value engineer price of $280,300 for vinyl sheet pile with concrete cap.

Porter Park
Seawall

|  |  Motion by Commissioner Ashbrook:  To approve as presented. |
|  |  Second to the motion:  Commissioner Schad. |

On Vote:   Ashbrook:        aye
           Schad:           aye
           Friend:          aye
           Anderson:        aye           Motion passed:  4-0

**NEW BUSINESS:**

**Item #9.  Discussion and possible action regarding FEMA Flood Mitigation Assistance program for 710 Kentucky Avenue:**  Staff recommends authorization for the Mayor to execute all documentation necessary to submit an application and accept grant award to the FEMA Flood Mitigation Assistance program for 710 Kentucky Ave.; this property is on the severe repetitive loss (SRL) list and the homeowner is William and Sylvia Mormile.

FEMA Flood
Mitigation Assistanc
710 Kentucky Ave

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:   Schad:           aye
           Friend:          aye
           Ashbrook:        aye
           Anderson:        aye           Motion passed:  4-0

**Item #10.  Public Commentary:**

Mr. Chris Callahan, 1101 Rhode Island Ave., wants the Commission to readdress the chicken ordinance.

Public Commentary

Mayor Anderson suggested it be placed on the workshop agenda at the next meeting.

Mr. Callahan also stated that his homeowner's insurance is very high; house was re-roofed nine years ago and the contractor did not pull any permits.

Mr. Tony Suber commended Chief Messer for his police work.  He asked if safety improvements were scheduled for the Hammack's entrance.

City Manager Schubert reported that Bobby Baker has signs on order and a work order to paint the crosswalks.

Mr. Suber would like to see improvements at the intersection of Mosley Drive and Minnesota Ave.

Mr. Wes Swenson thanked Commissioner Friend and the other Mayor/Commission for the bicycle parking in front of The Chambers.

Mr. Leon Miller commented on 17th Street ditch.

City Manager Schubert reported that the City is addressing a long term solution.

Ms. Nancy Singleton commented on staff digging the ditch by her home; she stated they did a good job and she thanked Mayor Anderson for listening to her.

**City Commission Meeting Minutes of June 23, 2015**
**Page Four**

Mr. Richard Walker commented on Freedom of Speech and 1st Amendment rights.  He stated that he would like to meet with Mayor Anderson for clarification.
Mayor Anderson apologized for any misunderstanding and stated that she would meet with the City Attorney for clarification for future meetings.
Mr. Michael Speaks stated that there was a cave-in on 12th Street; he is concerned it is a broke water line.
Mr. Bobby Baker will address this concern.

There was no further business to discuss and the meeting was *adjourned at 5:06 p.m.*                    Adjourn

**APPROVED THIS** ___14th___ **DAY OF** ___July___ 2015.

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 51_052

The Lynn Haven City Commission held a Visioning Workshop on Monday, July 13, 2015 at 3:00 p.m.; the Visioning Workshop was adjourned at 4:04 p.m. The workshop to discuss the Commission Agenda for Tuesday, July 14, 2015 began at 4:04 p.m. and was adjourned at 4:23 p.m. A presentation by the Economic Development Alliance was included in the workshop.

## CITY COMMISSION MEETING MINUTES
## JULY 14, 2015 – 4:00 P.M.

**Present:**          Antonius G. Barnes, Mayor Pro Tem/Commissioner
                     Joseph Ashbrook, Commissioner
                     Rodney Friend, Commissioner
                     Joel B. Schubert, City Manager
                     Nick Beninate, City Attorney (fill-in for Rob Jackson)
                     Brian Blalock, Sergeant

Mayor Pro Tem Barnes called the meeting to order and Commissioner Ashbrook gave the Invocation. The Pledge of Allegiance followed.

Call to Order

Motion by Commissioner Schad:  To amend the agenda to include Item #13. Public Commentary.

Agenda Add

Second to the motion: Commissioner Ashbrook.

On Vote:          Schad:            aye
                 Friend:           aye
                 Ashbrook:         aye
                 Barnes:           aye                   Motion passed:  4-0

**Item. #3.  Mayor's Report:  No report.**

Mayor's Report

**Item #4. Commissioner's Report:**

Commissioner's Report

Commissioner Schad reported that he attended the Lion's Club breakfast on July 4, 2015; he reported that he has received a lot of compliments on the 4th of July parade.

Motion by Commissioner Ashbrook:  To excuse Mayor Anderson from the meeting.
Second to the motion: Commissioner Friend.

On Vote:          Ashbrook:         aye
                 Schad:            aye
                 Friend:           aye
                 Barnes:           aye                   Motion passed:  4-0

Commissioner Ashbrook reported that he inquired at the TPO meeting the status of Hwy 390 East – per the TPO it is in limbo – Bay County wants to transfer to the State and the State is not ready for the transfer - funds have been appropriated for a new P&E study.

Commissioner Friend stated that Mr. Allen from Tallahassee did a Rails to Trails presentation at the TPO meeting – the presentation referenced rails to trails and connecting the different rails across Florida; the Legislature has passed additional funding for rails to trails.

Commissioner Friend reported that he attended the Flag retirement ceremony with the Boys Scouts – it was very humbling.  He would like the City to have a ceremonial site for this event; attended the BeeHive Assisted Living ribbon cutting.  Commissioner Friend clarified an item that was brought up during Chief Messer's presentation on speeding throughout Lynn Haven – the City has coordinated lights on Hwy 77 not an adaptive system that is used on 23rd Street & Back Beach Road.  It is noted that the City would like an adaptive system on Hwy 77.

Mayor Pro Tem Barnes thanked staff for their hard work during the 4th of July festivities.

**City Commission Meeting Minutes on July 14, 2015**
**Page Two**

<u>Item #5.  City Manager's Report:</u>City Manager Schubert thanked staff for their hard work during the 4th of July events.

      **A.  Employee of the Month:**  Ben Janke, CRA Director, was awarded the EOM award for his hard work and dedication to the City.

      **B.  Supervisor of the Quarter – April/June:**  Chuck Pittman, Utility Maintenance Supervisor, was awarded the SOQ award for his hard work and dedication to the City.

<u>Item #6.  City Attorney's Report:</u>  No report.

**CONSENT AGENDA:**
<u>Item #7.  Minutes – 6/23/2015 Regular Meeting</u>

      Motion by Commissioner Schad:  To approve as presented.
      Second to the motion: Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Ashbrook: | aye | |
| | Barnes: | aye | Motion passed:  4-0 |

**NEW BUSINESS:**
<u>Item #8.  First reading of Ordinance 1004, amending the ULDC, Digital Sign Ordinance:</u> This ordinance asks for changes to Section 5.03.04(A)(7) of the City's Unified Land Development Code. The intention of the ordinance is to remove said prohibitions and allow digital signs within the Main Street Core Area, which is generally defined as "Ohio or Florida Ave between 5th Street & 14th Street, and more specifically as defined by the Lynn Haven Main Street Program." City Manager Schubert read this ordinance by title only.  This was the first reading and no action was required.

<u>Item #9.  Discussion and possible action regarding approval of the Polling Place Agreement for the upcoming 2016 Presidential Preference Primary, Primary and General Elections:</u> City Manager Schubert reported that this is the standard agreement with the SOE and includes early voting.

      Motion by Commissioner Friend:  To approve as presented.
      Second to the motion:  Commissioner Schad.

Mr. Virgil Duffell asked that the City consider using the Chambers for a debate.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Barnes: | aye | Motion passed:  4-0 |

<u>Item #10.  Discussion and possible action authorizing the City Manager to negotiate continuing engineering contracts with Hatch Mott McDonald and Preble-Rish, Inc.:</u>  The City currently has a continuing engineering contract with Panhandle Engineering, Inc.  In order to have a broader range of in-house engineering services staff is recommending that the City contract with two additional continuing engineering firms.  The City advertised seeking qualifications and received submittals from five engineering firms.  A selection committee reviewed the proposals and determined a short list of three firms.  The three firms interviewed on July 6, 2015, and ranked in order, were:
      1)  Hatch Mott McDonald
      2)  Preble-Rish, Inc.
      3)  David H. Melvin, Inc.

*Margin notes:*
City Manager's Report

City Attorney's Report

Minutes

Ord 1004

SOE Polling Agreement

Continuing Engineering Contracts

DEF'S EX 51_054

 

**City Commission Meeting Minutes of July 14, 2015**
**Page Three**

City Manager Schubert reported that this is to complement the existing City Engineer.

      Motion by Commissioner Schad:  To approve as presented.
      Second to the motion: Commissioner Friend.

Commissioner Schad wanted it understood that this action does not mean the City is dissatisfied with the current engineer.
Commissioner Friend agreed with Commissioner Schad and stated that City Engineer Jim Slonina does a great job for the City.
City Engineer Jim Slonina stated that these are two great firms.
Mr. Virgil Duffell suggested the City get a second opinion regarding a barrier for 17th Street Ditch.
Mr. Richard Walker commented on the City Engineer and his contract.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Ashbrook: | aye | |
| | Barnes: | aye | Motion passed:  4-0 |

**Item #11.  Discussion and possible action regarding approval to enter into a contract with Bay Haven Charter Academy Foundation to provide School Resource Officer services for the 2015-2016 school year:**  Each SRO will be assigned to his/her school on a full-time basis of 8 hours on those days and during those hours that school is in session; the SRO may be temporarily reassigned only during the period of a police emergency, as determined by the COLH head.  In consideration of the services herein, the HBCA will pay the sum of $35,000 for SRO services.

BHCA SRO

      Motion by Commissioner Schad:  To approve as presented.
      Second to the motion: Commissioner Ashbrook.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Ashbrook: | aye | |
| | Barnes: | aye | Motion passed:  4-0 |

**Item #12.  Discussion and possible action regarding approval of bids for new access road at Lynn Haven Sports Complex:**  Sealed bids were reviewed on July 9, 2015 for construction of the Sport Park Access Improvements.  The bids were opened in the presence of bidders' representatives, City Staff and Panhandle Engineering, Inc. C-Miles Construction, Inc. submitted the lowest Base Bid in the amount of $63,526.66.

Sports Complex Access Road

      Motion by Commissioner Friend:  To approve as presented.
      Second to the motion: Commissioner Ashbrook.

Commissioner Ashbrook stated that this is long overdue, however, this could have another unintended consequence on Aberdeen Loop.
Mayor Pro Tem Barnes stated that this will be a much needed relief.
City Engineer Slonina stated that this will be complete within 60-75 days.
Commissioner Schad asked if an access road is being considered from Transmitter Road to the Sports Park.
City Manager Schubert reported that the City has an on-going dialogue with St. Joe regarding road improvements.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Barnes: | aye | Motion passed:  4-0 |

 DEF'S EX 51_055

**City Commission Meeting Minutes of July 14, 2015**
**Page Four**

**Item #13.  Public Commentary:**

City Manager Schubert reported that he is working with the City Engineer on a "fix-it now" solution to 17th Street Ditch; he hopes to have it resolved within a year.

Mr. Virgil Duffell commented on the location and access road to the current recycling bins.

Mr. Richard Walker wanted to know who owned the rights to Hilltop Road & Aberdeen Loop.

City Engineer Slonina stated that they were City roads.

There was no further business to discuss and the meeting was adjourned at 4:31 p.m.

Public Commentary

Adjourn

**APPROVED THIS** _____28th_____ **DAY OF** _____July_____ 2015.

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 51_056



There was no workshop on Monday, July 27, 2015.  The City Commission held a CRA Workshop on Tuesday, July 28, 2015 at 5:00 p.m. in The Chambers to discuss the Sheffield Park Master Plan.  The public was invited to participate and the workshop was *adjourned at 6:02 p.m.*

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**JULY 28, 2015 – 4:00 P.M.**

</div>

**Present:**  Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Major Matt Riemer

Mayor Anderson called the meeting to order and gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she read to toddlers at the Library; met with Roy & Rachelle Wilson who have a charitable organization – they will be having a school supply give away at Cain Griffin Park on August 8, 2015 – anyone who would like to make donations they would be appreciated; met with Dr. Jim Pappas, Shaddai Shriner, their organization will be hosting a cardboard regatta race at Porter Park on September 26, 2015; met with many residents or various issues; met with two individuals who are interested in starting a small business on Florida Ave; met with Chan.7 & 13 regarding Sharon Sheffield Park improvements; attending the FLC Conference in Orlando Aug. 13-15, 2015; the City has numerous board openings and Mayor Anderson encouraged citizens to apply; workshop/agenda item for August 11, 2015 meeting to discuss MainStreet & CRA; workshop/agenda item for August 25, 2015 is commission meeting time change.

Mayor's Report

**Item #4.  Commissioner's Report:**
Commissioner Schad reported that he will be attending the FLC Conference on Aug. 13-15, 2015. Commissioner Ashbrook reported that he attended the TPO meeting and the Board recognized Commissioner Friend for his service as TPO Chair.
Commissioner Friend reported that the TPO Board appointed him as representative to the MPOAC Board; he attended a MPOAC meeting in Orlando.
Commissioner Barnes had no report.

Commissioner's Report

**Item #5. City Manager's Report:**  City Manager Schubert asked that Item #11 be tabled.

City Manager's Report

Motion by Commissioner Schad:  To table Item #11 until the next meeting.
Second to the motion:  Commissioner Friend.

On Vote:  Schad:        aye
Friend:       aye
Barnes:      aye
Ashbrook:   aye
Anderson:   aye                    Motion passed:  5-0

City Manager Schubert reported that he is working with IT to stream on line the commission meetings and have a projected target date of October 2015.



**City Commission Meeting Minutes of July 28, 2015**
**Page Two**

**Item #6.  City Attorney's Report:**  City Attorney Jackson reported that the Kaley/Rice litigation that the Commission approved in January 2015 is ready to be resolved.
City Attorney Jackson stated that he needs a closed meeting to discuss pending litigation with the Commission; Mayor Anderson called the roll and all Commissioners' were available for Friday, July 31, 2015 @ 10:30 a.m.

**PUBLIC HEARING OPENED:  4:12 P.M.**
**Item #7.  Florida Recreation Development Assistance Program – Sharon Sheffield Park Phase I and II - $50,000 for each phase:**  Linda LuCante, Grant Administrator, presented to the Commission the FRDAP Application.  Grant application submittal is August 14, 2015 and proposed funds would be for playground equipment in Sharon Sheffield Park.
After audience participation the **PUBLIC HEARING** was closed at **4:16 p.m.**

**CONSENT AGENDA:**
**Item #8.  Minutes:**      7/14/2015 – Regular Meeting

|          |            | Motion by Commissioner Schad:  To approve as presented. |
|----------|------------|---------------------------------------------------------|

|          |            | Second to the motion:  Commissioner Barnes. |
On Vote:      Schad:            aye
              Friend:           aye
              Barnes:           aye
              Ashbrook:         aye
              Anderson:         aye                        Motion passed:  5-0

**OLD BUSINESS:**
**Item #9.  Second and final reading of Ordinance 1004, amending the ULDC, Digital Sign Ordinance:**  This ordinance asks for changes to Section 5.03.04(A)(7) of the City's Unified Land Development Code.  The intention of the ordinance is to remove said prohibitions and allow digital signs within the Main Street Core Area, which is generally defined as "Ohio or Florida Ave between 5th Street & 14th Street, and more specifically as defined by the Lynn Haven Main Street Program." City Manager Schubert read this ordinance by title only.

                    Motion by Commissioner Schad:  To approve as presented.
                    Second to the motion:  Commissioner Ashbrook.

Commissioner Schad stated that the City addressed this issue a few years ago and took a conservative approach and now believes the City should broaden their sights regarding digital signs.
Ms. Pam Dorworth, ADA, asked for a definition of digital signs.
City Manager Schubert reported that digital signs will follow the restrictions/standards of FDOT.
Mr. Dale Robitaille, 1805 New Hampshire, commented on Ord. 1004 – he does not want the City to look like Vegas.
Mr. Rich Walker, 1106 Michigan Ave., commented on Ord. 1004 and said the City will look like Las Vegas.
City Manager Schubert stated that sign applications will be reviewed by staff, will be limited by size, and will fall under the guidelines of the sign ordinance.

*Margin notes:*
City Attorney's Report

Public Hearing
FRDAP Grant
Sheffield Park

Minutes

Ord. 1004 – ULDC
Digital Signs



**City Commission Meeting Minute of July 28, 2015**
**Page Three**

On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye          Motion passed:  5-0

**NEW BUSINESS:**
**Item #10.  Discussion and possible action regarding award of bid for the 2015 CIPP Sewer Rehabilitation:**  City Manager Schubert stated that two sealed bids were received on July 21, 2015:

                Gulf Coast Underground -         $158,950
                Marshall Brothers -             $342,568

Staff recommends approval of the lowest base bid – Gulf Coast Underground in the amount of $158,950; this includes sewer rehab for 2,480 LF of sewer pipe cleaning and inspection, 460 LF of 15" clay pipe CIPP lining, 2,020 LF of 10" clay pipe CIPP lining, and necessary excavated sewer point repairs – this is located on Kentucky Ave. between 5th & 10th Street.

        Motion by Commissioner Ashbrook:  To approve as presented.
        Second to the motion:  Commissioner Barnes.
On Vote:      Ashbrook:       aye
              Schad:          aye
              Friend:         aye
              Barnes:         aye
              Anderson:       aye          Motion passed:  5-0

**Item #11.  Discussion and possible action regarding approval of a settlement and release agreement between Sensus USA, Inc. and the City for replacement of water meters.**  Tabled.

**Item #12.   Resolution 2015-07-618, Bay County Local Mitigation Plan:**  This Resolution allows the City to adopt the Bay County Local Mitigation Strategy (LMS); this multi-jurisdictional hazard mitigation study identifies potential risks and the LMS Team worked to set goals and develop projects, proposals and programs that would address those vulnerabilities.  City Manager Schubert read Res. 2015-07-618 by title only.

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion:  Commissioner Ashbrook.
On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye          Motion passed:  5-0

**Item #13.  Public Commentary:**
Mr. Billy Nunn, 8th Street, wanted to be kept in the loop of what is going on at the Lion's Club.
City Manager Schubert stated that this is part of the Strategic Plan of the City to find the highest/best use of the property.  He suggested Mr. Dunn call him for updates.

*Margin notes:*

Award of Bid
2015 CIPP Sewer
Rehab

Sensus USA, Inc.
Settlement
Tabled
Res. 2015-07-618
Bay Cty Local
Mitigation Plan

Public Commentary

**City Commission Meeting Minutes of July 28, 2015**
**Page Four**

Mr. Dave Allen, 808 Michigan Ave., would like to see Michigan Ave. from 9th Street – 5th Street and the entrance to the Porter Park boat ramp on the paving list.

Ms. Nancy Brzozowski, 700 Iowa Ave., concerned with speeding boats in Anderson Bayou.

City Manager Schubert stated that FWC has jurisdiction & has been contacted about concerns.

Mr. Richard Walker, 1106 Michigan Ave., would like to see the "Citizen of the Year" program reinstated.

Mr. Tony Super, Hammocks, thanked the City for installing the pedestrian crossing signs at the Hammocks entrance; he is concerned with the 4-way stop at Mosley & Minnesota Ave.; Mosley Drive is in need of paving. Mr. Super also stated that he supports 6:00 p.m. commission meetings. City Manager Schubert stated that he will look into the issues; the City has tasked the City Engineer to do an overall city plan for road paving; the funds for Sharon Sheffield Park and road paving are separate and do not overlap.

Mayor Anderson suggested that the 4-way stop issue be addressed during school assembly by the SRO officers.

There was no further business to discuss and the meeting was *adjourned at 4:54 p.m.*     Adjourn

**Mayor Anderson reconvened the July 28, 2015 Commission Meeting at 5:04 p.m.**     Mtg Reconvene

Mayor Anderson read a proclamation, Americans with Disabilities Act, in its entirety. This     ADA Proclamation
proclamation was presented to Ms. Pam Dorworth, ADA Representative, by Mayor Anderson and Commissioner Friend.

|  | Motion by Commissioner Schad:  To approve as presented. |  |
|---|---|---|
|  | Second to the motion: Commissioner Ashbrook. |  |
| On Vote: | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Anderson: | aye     Motion passed:  5-0 |

There was no further business to discuss and the meeting was *adjourned at 5:07 p.m.*     Adjourn

**APPROVED THIS** _____11th_____ **DAY OF** _August_ _____ 2015.


_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

     DEF'S EX 51_060

There was a City Commission Budget Workshop on Thursday, July 30, 2015 at 2:00 p.m. in The Chambers to discuss the FY 2015/2016 budget.  The public was invited to participate and the workshop was *adjourned at 3:55 p.m.*

<div align="center">

**SPECIAL CITY COMMISSION MEETING MINUTES**
**JULY 30, 2015 – 4:07 P.M.**

</div>

**Present:**    Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Sergeant Brian Blalock

Mayor Anderson called the meeting to order and gave the Invocation. The Pledge of Allegiance followed.                                                                              Call to Order

**Item #3.  Set proposed millage rate for purpose of submission of Certificate of Taxable**    Proposed Millage
**Value to Property Appraiser's Office pursuant to TRIM Act:**  City Manager read the
following statement: *"For the purpose of funding a portion of the FY 2015/2016 General Fund
Budget of the City of Lynn Haven a millage rate of 3.9 is proposed for 2015.  With a current year
roll-back rate of 3.8859, the current year proposed rate as a percentage change of the rolled-
back rate is .36%."*
Motion by Commissioner Schad:  To set the millage rate at 3.9 mils.
Second to the motion:  Commissioner Ashbrook.
*Commissioner Schad & Commissioner Ashbrook restated the motion for the record*

On Vote:     Schad:          aye
Friend:         aye
Barnes:         aye
Ashbrook:      aye
Anderson:       aye           Motion passed:  5-0

**Item #4. Public Commentary:** None

There was no further business to discuss and the meeting was *adjourned at 4:10 p.m.*     Adjourn

**APPROVED THIS** __11th__ **DAY OF** _August_ __2015.__

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker

# CITY OF LYNN HAVEN
## SPECIAL CITY COMMISSION MEETING
### JULY 31, 2015 – 10:30 A.M.

**Present**:     Margo Deal Anderson, Mayor
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger P. Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Sergeant Brian Blalock

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation.   The Pledge of Allegiance followed.

Pursuant to Section 286.011(8), Florida Statutes, the City of Lynn Haven Commission met in an executive session at The Chambers, 108 E. 9th Street, Lynn Haven, Florida, 32444, on Friday, July 31, 2015 at 10:30 a.m. to receive advice of the City's Counsel concerning pending litigation:

> George Al Wilson vs. City of Lynn Haven, Florida
> > Don Miller Construction, Inc.
> > Don Miller, individually
> > Suzanne Vickers, individually, and
> > Joel Schubert, individually

> Case No:   5:15-cv-44-RH/GRJ

> Motion by Commissioner Schad:   To excuse Commissioner Barnes from the meeting.
> Second to the motion: Commissioner Friend.

On Vote:     Schad:          aye
Friend:         aye
Ashbrook:      aye
Anderson:      aye               Motion passed:   4-0

City Attorney Jackson stated that City Manager Schubert has been named as a party in this case and asked that Asst. City Manager Messer attend the Executive Session to preserve the attorney/client privileges; this is no reflection on City Manager Schubert - it is just a litigation strategy that the litigant has used to exclude him from the proceedings.



**Special City Commission Meeting Minutes of July 31, 2015**
**Page Two**

Motion by Commissioner Schad: To allow Asst. City Manager Charlene Messer to sit in Executive Session.
Second to the motion: Commissioner Ashbrook.

On Vote: 
| | | | |
|---|---|---|---|
| Schad: | aye | | |
| Friend: | aye | | |
| Ashbrook: | aye | | |
| Anderson: | aye | Motion passed:  4-0 | |

**Item #3.  City Attorney comments:**  City Attorney Robert Jackson, Assistant City Manager Charlene Messer, City Counsel Timothy M. Warner, City Mayor Margo Anderson and City Commission Members Joseph Ashbrook, Rodney Friend, and Roger Schad will be attending the Executive Session.   The estimated length of the Executive Session is one hour.

The entire Executive Session will be transcribed by a certified Court Reporter, and the transcript of this session will be filed with the City Clerk.   The transcript will be made a part of the public record upon the conclusion of the above-referenced litigation.

**Item #4.   Executive Session:**  Special Commission Meeting closed and the Executive Session opened at 10:40 a.m.

Executive Session closed and Special Commission Meeting re-opened at 11:24 a.m.

**Item #5.   Discussion and possible action regarding pending litigation:**

Motion by Commissioner Schad: To consent to the mediation agreement as proposed by the Attorney's.
Second to the motion: Commissioner Ashbrook.

Commissioner Friend stated that he did not believe the City did anything wrong, however, we are operating in a system that we are forced to operate in; at the end of the day we have to be good stewards to the citizens and limit the impact to the taxpayer dollars.

Commissioner Ashbrook agrees with Commissioner Friend.

Commissioner Schad stated that we are asked to make the best decision to the citizens and believes that we are making the right decision.   He did not believe that the City or City Manager Schubert did anything wrong.

On Vote: 
| | | | |
|---|---|---|---|
| Schad: | aye | | |
| Friend: | aye | | |
| Ashbrook: | aye | | |
| Anderson: | aye | Motion passed:  4-0 | |

DEF'S EX 51_063

**Special City Commission Meeting Minutes of July 31, 2015**
**Page Three**

There was no business to discuss and the meeting was *adjourned at 11:27 a.m.*

APPROVED   THIS___11th___   DAY OF ___August___   2015.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



The Lynn Haven City Commission held a workshop on Monday, August 10, 2015 at 4:00 p.m. in The Chambers at 108 East 9th Street.  The purpose of the workshop was to discuss the Commission Agenda for August 12, 2015.  The public was invited and the workshop was *adjourned at 5:34 p.m.*

### CITY COMMISSION MEETING MINUTES
### AUGUST 11, 2015 – 4:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
               Antonius G. Barnes, Mayor Pro Tem/Commissioner
               Joseph Ashbrook, Commissioner
               Rodney Friend, Commissioner
               Roger Schad, Commissioner
               Joel B. Schubert, City Manager
               Robert C. Jackson, City Attorney
               Sergeant Brian Blalock

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation. The Pledge of Allegiance followed.

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she will attend the FLC Conference in Orlando Aug. 12-16, 2015; met w/Board President of Kaleidoscope Theater – they want to work w/the City to promote downtown; accepted an invitation from the Kiwanis Club & Mayor of Bonifay to perform the National Anthem at the Bonifay Rodeo; invited to write a column for the News Herald once a month; Mayor's message in the Lynn  Haven Ledger; FLC Conference to address social media; will be doing a 30 minute radio show at the Farmer's Market w/Rapline Radio next week; will be a speaker at the LH Rotary next week; will attend a FDOT workshop on Aug. 20th; Summer Concert ends tonight.

**Item #4.  Commissioner's Report:**
Commissioner Schad reported that he will attend the FLC Conference Aug. 12-16, 2015.
Commissioner Ashbrook had no report.
Commissioner Friend reported that he attended a FDOT Transportation meeting today; met w/WFRPC regarding TPO/MPOAC.
Commissioner Barnes reminded everyone that school starts next week.

**Item #5.  City Manager's Report:**  City Manager Schubert reported that a change in City hours will begin on 9/16 – 7:30 – 4:30; work on the seawall at Porter Park to begin this week; 17th Street ditch project – will bring to the Commission in two weeks.

          A.      **Employee of the Month – July:**  Jason Cobbs, Groundskeeper, Leisure Services, was awarded the EOM award for July for his hard work and dedication to the City.

**Item #6.  City Attorney's Report:**  No report.

**CONSENT AGENDA:**
**Item #7.  Minutes:**      7/28/2015 – Regular Meeting
                      7/30/2015 – Special Meeting
                      7/31/2015 – Special Meeting

          Motion by Commissioner Schad:  To approve as presented.
          Second to the motion: Commissioner Barnes.

| | |
|---|---|
| | Call to Order |
| | Mayor's Report |
| | Commissioner's Report |
| | City Manager's Report |
| | City Attorney's Report |
| | Minutes |



**City Commission Meeting Minutes of August 11, 2015**
**Page Two**

On Vote:        Schad:          aye
                Friend:         aye
                Barnes:         aye
                Ashbrook:       aye
                Anderson:       aye              Motion passed: 5-0

**NEW BUSINESS:**

**Item #8.   Discussion and possible action regarding approval of the Settlement and Release Agreement between the City of Lynn Haven and Sensus USA, Inc.:**  This settlement is for the replacement of approx. 1,218 iPEARL water meters that are defective due to water getting into the electrical circuits and causing them to malfunction.  The manufacturer Sensus USA, Inc. has recognized the issue and has agreed to replace the meters at their cost along with contracting the work out for installation.  New warranty periods will be in effect for all new meters installed.

*Sensus USA Settlement*

                Motion by Commissioner Ashbrook:  To approve as presented.
                Second to the motion: Commissioner Schad.
On Vote:        Ashbrook:       aye
                Schad:          aye
                Friend:         aye
                Barnes:         aye
                Anderson:       aye              Motion passed: 5-0

**Item #9.  Discussion and possible action regarding Main Street:**

*Main Street*

                Motion by Commissioner Schad:  To table this issue to allow the City Manager to provide more information and bring back to the Commission.
                Second to the motion:  Commissioner Friend.
On Vote:        Schad:          aye
                Friend:         aye
                Barnes:         aye
                Ashbrook:       aye
                Anderson:       aye              Motion passed: 5-0

**Item #10.  Discussion and possible action regarding approving the purchase of municipal insurance from Preferred Governmental Insurance Trust (PGIT) through Stanford Insurance Agency:**

*Insurance Stanford Ins.*

                Motion by Commissioner Schad: To approve as presented.
                Second to the motion:  Commissioner Friend.

Commissioner Ashbrook commended the City Manager for doing an excellent job with the RFP and saving the City money.
On Vote:        Schad:          aye
                Friend:         aye
                Barnes:         aye
                Ashbrook:       aye
                Anderson:       aye              Motion passed: 5-0



City Commission Meeting Minutes of August 11, 2015
Page Three

**Item #11.   Discussion  and  possible  action regarding approval  to  submit  a  FRDAP application to develop Phase I of Sharon Sheffield Park:**  Staff recommends approval to submit a FRDAP grant application to develop Phase I of Sharon Sheffield Park and authorize the Mayor to execute the application and all contract documents should the grant be awarded. The annual FRDAP funding cycle is open and staff is preparing an application for submittal by August 14, 2015.   In accordance with the conceptual plans and feedback from the City Commission and citizens, staff has selected the following elements for Phase I of Sharon Sheffield Park:  ADA playground equipment, picnic tables with ADA concrete slabs, and landscaping.  Upon receipt of grant approval construction would begin approx. October 2016.

FRDAP Grant
Phase I
Sheffield Park

              Motion by Commissioner Friend:  To approve as presented.
              Second to the motion: Commissioner Barnes.

On Vote:      Friend:      aye
              Barnes:     aye
              Ashbrook:   aye
              Schad:      aye
              Anderson:   aye            Motion passed:  5-0

**Item #12.   Discussion and  possible  action regarding approval  to  submit  a  FRDAP application to develop Phase II of Sharon Sheffield Park:**  Staff recommends approval to submit a FRDAP grant application to develop Phase II of Sharon Sheffield Park and authorize the Mayor to execute the application and all contract documents should the grant be awarded. The annual FRDAP funding cycle is open and staff is preparing an application for submittal by August 14, 2015.   In accordance with the conceptual plans and feedback from the City Commission and citizens, staff has selected the following elements for Phase II of Sharon Sheffield Park:  ADA playground equipment, picnic tables with ADA concrete slabs, and landscaping.  Upon receipt of grant approval construction would begin approx. October 2016.

FRDAP Grant
Phase II
Sheffield Park

              Motion by Commissioner Schad:  To approve as presented.
              Second to the motion:  Commissioner Barnes.

On Vote:      Schad:      aye
              Friend:      aye
              Barnes:     aye
              Ashbrook:   aye
              Anderson:   aye            Motion passed:  5-0

**Item #13.  Discussion and  possible action approving Amendment #1 to the gasoline and Diesel Fuel Service Agreement with Davison Fuels & Oil:**  The City currently has a service agreement with Davison Fuels & Oil for the ongoing purchase of gasoline and diesel fuel. Fuel is delivered to the City storage tanks as needed and the City is charged $.05 differential to the unbranded average of the DTN FastRack out of the Panama City terminal.  The contract was originally written as a two (2) year contract with one two (2) year renewal option. Davison Fuels has requested to exercise their renewal option, thereby extending their original agreement to December 31, 2017.  Staff recommends approval.

Amendment #1
To Gas/Diesel
Agreement
Davison Fuels

              Motion by Commissioner Ashbrook:  To approve as presented.
              Second to the motion: Commissioner Schad.



**City Commission Meeting Minutes of August 11, 2015**
**Page Four**

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #14. Discussion and possible action regarding approval of a contract for continuing engineering services with Hatch Mott McDonald:** The City currently has a continuing engineering contract with Panhandle Engineering, Inc. In order to have a broader range of in-house engineering services at our fingertips, staff has recommended that the City contract with two additional engineering firms. On July 14, 2015 the City Commission authorized the City Manager to negotiate contracts with Hatch Mott McDonald and Preble-Rish. The contract is for a period of five years with an option to renew upon mutual agreement of both parties. Staff recommends approval.

Eng. Services
Hatch Mott McDonald

       Motion by Commissioner Schad: To approve as presented.
       Second to the motion: Commissioner Friend.

Ms. Janet Walker stated that she believes it would be beneficial for the City to have an engineer on staff.
City Manager Schubert stated that at this time this is the best option for the City.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #15. Discussion and possible action regarding approval of a contract for continuing engineering services with Preble-Rish, Inc.:** The City currently has a continuing engineering contract with Panhandle Engineering, Inc. In order to have a broader range of in-house engineering services at our fingertips, staff has recommended that the City contract with two additional engineering firms. On July 14, 2015 the City Commission authorized the City Manager to negotiate contracts with Hatch Mott McDonald and Preble-Rish. The contract is for a period of five years with an option to renew upon mutual agreement of both parties. Staff recommends approval.

Eng. Services
Preble-Rish, Inc.

       Motion by Commissioner Schad: To approve as presented.
       Second to the motion: Commissioner Ashbrook.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

DEF'S EX 51_068



**City Commission Meeting Minutes of August 11, 2015**
**Page Five**

**Item #16.   Resolution 2015-08-619, revising storm water utility fees:**   Utility rates are increased annually effective October 1 as recommended by the Revenue Sufficiency Analysis studies performed by Burton & Associates.   The study recommended raising Storm Water rates annually by the greater of the general CPI or 1.9%.   The general CPI is flat. City Manager Schubert read Resolution 2015-08-619 by title only.

Res. 2015-08-619
Storm Water Utility
Fees

                  Motion by Commissioner Ashbrook:  To approve as presented.
                  Second to the motion: Commissioner Schad.

Mr. Rich Walker stated that the Commission did not have to raise the rates.
City Attorney Jackson explained that private consultants do rate studies to provide an opinion on fees.
City Manager Schubert stated the City has infrastructure and the fee is in place to address the capital improvements.

On Vote:       Ashbrook:     aye
                  Schad:        aye
                  Friend:        aye
                  Barnes:      aye
                  Anderson:     no              Motion passed:  4-1

**Item #17.   Resolution 2015-08-620, revising solid waste collection fees:** Utility rates are increased annually effective October 1 as recommended by the Revenue Sufficiency Analysis studies performed by Burton & Associates.  The study recommended raising the Sanitation (Garbage) rates annually by the greater of the general CPI or 2%.  The general CPI is flat. City Manager Schubert read Resolution 2015-08-620 by title only.

Res. 2015-08-620
Solid Waste
Collection Fees

                  Motion by Commissioner Schad:  To approve as presented.
                  Second to the motion: Commissioner Barnes.

Ms. Janet Walker commented on solid waste.

On Vote:       Schad:        aye
                  Friend:        aye
                  Barnes:      aye
                  Ashbrook:     aye
                  Anderson:     no              Motion passed:  4-1

**Item #18.   Resolution 2015-08-621, revising water fees:** Utility rates are increased annually effective October 1 as recommended by the Revenue Sufficiency Analysis studies performed by Burton & Associates. The study recommended raising the Water & Sewer (Wastewater) rates annually by the greater of the Water & Sewerage Maintenance Series CPI or 3%. City The Water & Sewerage Maintenance Series CPI is 5.6%. Staff recommends increase of 5.6%. Manager Schubert read Resolution 2015-08-621 by title only.

Res. 2015-08-621
Water Fees

                  Motion by Commissioner Barnes:  To approve as presented.
                  Second to the motion:  Commissioner Ashbrook.



City Commission Meeting Minutes of August 11, 2015
Page Six

Commissioner Schad stated that he believes the 5.6% is too high and he recommends 3.6%.
Mr. Virgil Duffell commented on the quote from Commission Friend on why we need to increase fees.
Commissioner Friend stated that he wanted to hear any and all reasons on why not to raise the user fees.
Mayor Anderson stated that she believes the City has an unbalanced salary scale; the City has 10 top employees making $1.2 million a year that is completely out of scale and out of kilter with what the average incomes are. I don't want to cause any ill feelings and certainly the salary scale is not the only place to look in the budget. Mayor Anderson stated that she has nothing bad to say about the City Manager, I think he is progressive, I think he is forward thinking, I think he is doing a great job for this City and fully support him in most items he is doing. I will support whatever this Commission votes for today, however, to say I don't have a plan there are other areas to look at and as has been said before this money over the years in each of these categories if you go back and look historically it has been moved & I believe what Mr. Schubert is saying that has changed now and is not being moved but there are many board members who are here when it was being moved and so I am saying that I'm not going to vote yes for those reasons there are other options for finding $300,000 besides charging the citizens.
After audience participation the following vote was made:

| On Vote: | Barnes: | yes | |
| | Ashbrook: | no | |
| | Schad: | no | |
| | Friend: | no | |
| | Anderson: | no | Motion failed: 4-1 |

Motion by Commissioner Schad: To approve an increase of 3.6%.
Second to the motion: Commissioner Friend.

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | no | |
| | Ashbrook: | aye | |
| | Anderson: | no | Motion passed: 3-2 |

**Item #19.  Resolution 2015-08-622, revising wastewater fees:** Utility rates are increased annually effective October 1 as recommended by the Revenue Sufficiency Analysis studies performed by Burton & Associates. The Water & Sewerage Maintenance Series CPI is 5.6%. City Manager Schubert read Resolution 2015-08-622 by title only.

Res. 2015-08-622
Wastewater Fees

Mayor Anderson called for a motion – dies for lack of a motion

Motion by Commissioner Schad: To approve an increase of 3.6%.

*"Motion failed for lack of a second"*

**City Commission Meeting Minutes of August 11, 2015**
**Page Seven**

**Item #20.   First reading of Ordinance 1005, SSA-15-3, 1600-1620 Georgia Avenue, Industrial to Low Density Residential:**  This is a request for a City initiated small scale land use change.   The total properties are approx. 1.72± acres and encompass 1600 thru 1620 Georgia Avenue.   The current land use designation is Industrial.   The requested land use designation is Low Density Residential.   City Manager Schubert read Ordinance 1005 by title only.   This was the first reading and no action was required.

Ord. 1005
1600-1620 Georgia
Ave

**Item #21.   Public Commentary:**
Mr. Virgil Duffell commended the efforts of staff during the 4th of July festivities.
City Manager Schubert complimented staff for their help on three items in the last six months – insurance: annual savings of $150,000; new model for building inspections savings $100,000+; $300,000 recurring savings in personnel. Mr. Schubert wanted to be sure the message gets out that the City is making progress.
Mayor Anderson stated that Mr. Schubert is the finest, young progressive, forward thinking city manager in the whole state of Florida and I am proud that he is working for Lynn Haven and I think there is going to be huge differences in the future.

Public Commentary

There was no further business to discuss and the meeting was *adjourned at 5:18 p.m.*

**APPROVED THIS** ___25___ **DAY OF** ___August___ ___2015.

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker



There was not a Commission workshop on Monday, August 24, 2015.

## CITY OF LYNN HAVEN
## COMMISSION MEETING MINUTES
## AUGUST 24, 2015 – 4:00 P.M.

**Present:**        Margo Deal Anderson, Mayor
          Joseph Ashbrook, Commissioner
          Rodney Friend, Commissioner
          Roger Schad, Commissioner
          Joel B. Schubert, City Manager
          Robert C. Jackson, City Attorney
          Sergeant Brian Blalock

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.                                    Call to Order

          Motion by Commissioner Schad:  To excuse Commissioner Barnes
          from the meeting.
          Second to the motion:  Commissioner Friend.
On Vote:        Schad:        aye
          Friend:        aye
          Ashbrook:        aye
          Anderson:        aye                  Motion passed:  4-0

**Item #3.  Mayor's Report:**  Mayor Anderson reported that a Mainstreet Board Mtg      Mayor's Report
will be held @ 3:30 p.m. on Aug. 27, 2015 @ The Chambers; 9/26/2015 Shaddai
Shrine will sponsor a cardboard race/sailboat regatta @ Porter Park; the Halloween
Carnival theme will be Jurassic Park @ Sheffield Park; Farmer's Market on Tuesday's
& Friday's @ 10:00 a.m.; National Suicide Prevention Week – September – will read
a proclamation @ next mtg – a walk is scheduled for Sept. 19, 2015 on the old Bailey
Bridge; Board positions open on Leisure/Beautification Board; Citizen of the Year is
being reinstated; Animal Shelter accepting donations for food/adoptions; two new
businesses on Florida Ave; Mayor Anderson asked that golf carts in the CRA area
being addressed at the next mtg.

**Item #4.  Commissioner's Report:**                                    Commmissioner's
Commissioner Schad attended the FLC Conference in Orlando August 12-16, 2015;      Report
one of the topics discussed was meeting the needs/challenges of aging citizens.
Commissioner Ashbrook had no report.
Commissioner Friend reported that he has been training for the Ironman Florida,
competing in Nov. 7, raising funds for (3) Charities: Anchorage Children's
Home/Angels for Athletics/Special Olympics – please visit www.teamreach.org for
more information.

**City Commission Meeting Minutes of August 25, 2015**
**Page Two**

**Item #5. City Manager's Report:**
   A.  September Meetings – Wed., 9/9 – 5:01 p.m. / Tues., 9/22 – 5:01 p.m.

City Manager's
Report

**Item #6.  City Attorney's Report:** No report.

City Attorney's
Report

**PUBLIC HEARING OPENED:  4:08 p.m.**
**Item #7.  SSA-15-3, 1600 – 1620 Georgia Ave., from Industrial to Low Density**
**Residential:** This is a request for a City initiated small scale land use change.  The total
properties are approx. 1.72± acres and encompass 1600 thru 1620 Georgia Avenue.  The
current land use designation is Industrial.  The requested land use designation is Low Density
Residential. City Manager Schubert read Ordinance 1005 by title only
**PUBLIC HEARING CLOSED:** *There was no audience participation and the hearing was*
*closed at 4:11 p.m.*

SSA-15-3
160 Georgia Ave
Industrial to Low
Density

**CONSENT AGENDA:**
**Item #8.  Minutes:**     8/11/2015 – Regular Meetiug

Minutes

          Motion by Commissioner Schad:  To approve as presented.
          Second to the motion: Commissioner Friend.

| On Vote: | | |
|---|---|---|
| Schad: | aye | |
| Friend: | aye | |
| Ashbrook: | aye | |
| Anderson: | aye | Motion passed:  4-0 |

**OLD BUSINESS:**
**Item #9.  Second and final reading of Ordinance 1005, SSA-15-3, 1600 -1620 Georgia**
**Ave., from Industrial to Low Density Residential:** City Manager Schubert read Ord. 1005
by title only.

Ord. 1005

          Motion by Commissioner Ashbrook:  To approve as presented.
          Second to the motion: Commissioner Schad.

| On Vote: | | |
|---|---|---|
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Anderson: | aye | Motion passed:  4-0 |

**NEW BUSINESS:**
**Item #10.  Discussion and possible action regarding changing Commission Meeting time:**
Mayor Anderson passed the gavel to Commissioner Ashbrook.

Meeting Time
Change

          Motion by Mayor Anderson:  To change the commission meeting time 1st
          meeting @ 4:00 p.m. / 2nd meeting @ 6:00 p.m. effective October 1, 2015.
          Second to the motion:  Commissioner Schad.

Mayor Anderson reported that this is compromise and suggested that it be a trial.
Commissioner Friend asked what the trial time change would be.
Mayor Anderson stated that she believes it will be successful.
Mr. Virgil Duffell commented on the time change.

DEF'S EX 51_073



**City Commission Meeting Minutes of August 25, 2015**
**Page Three**

Mr. Gary Oxley stated that the compromise was a great idea.
Mr. Richard Gutnecht encouraged that you support the Mayor's compromise.
Mr. Bob Schultz stated that citizens would like to see 7:00 p.m. meetings.
Ms. Anita Samson commented on the time change.

On Vote:        Anderson:       aye
                Friend:         aye
                Schad:          aye
                Ashbrook:       aye                Motion passed:  4-0

Mayor Anderson thanked the Commission for the spirit of compromise.

**Item #11.  Discussion and possible action regarding Fiscal Year 2015 Edward Byrne Memorial Justice Assistance Grant (JAG) projects as recommended by the Bay County Public Safety Coordinating Council:** Staff recommends approval to authorize the Mayor to sign a letter agreeing to the Federal Fiscal Year 2015 Edward Byrne Memorial Justice Assistance Grant projects as recommended by the Bay County Public Safety Coordinating Council. This year six projects were submitted and approved by the Council for a total of $79,683 – Lynn Haven submitted "Office Safety Program (Body Worn Cameras) in the amount of $8,990.

Edward Byrne Grant Body Camera's

                Motion by Commissioner Schad:  To approve as presented.
                Second to the motion: Commissioner Ashbrook.
On Vote:        Schad:          aye
                Friend:         aye
                Ashbrook:       aye
                Anderson:       aye                Motion passed:  4-0

**Item #12.  Discussion and possible action regarding approval to submit a Federal FY2015 Edward Byrne Memorial JAG Grant application for the purchase of body work cameras for the Police Department:** Staff recommends approval to submit a grant for the purchase of body worn cameras in the amount of $8,990 and authorize the Mayor to sign all associated application and award documents.

Edward Byrne Grant Body Camera's

                Motion by Commissioner Schad:  To approve as presented.
                Second to the motion: Commissioner Ashbrook.
On Vote:        Schad:          aye
                Friend:         aye
                Ashbrook:       aye
                Anderson:       aye                Motion passed:  4-0

**Item #13.  Discussion and possible action regarding renewal of Senior Center Management Agreement:**

Senior Center Agreement

                Motion by Commissioner Schad:  To accept the agreement as presented.
                Second to the motion:  Commissioner Friend.

                    DEF'S EX 51_074

**City Commission Meeting Minutes of August 25, 2015**
**Page Four**

On Vote:       Schad:        aye
               Friend:       aye
               Ashbrook:     aye
               Anderson:     aye              Motion passed: 4-0

**Item #14.   Discussion and possible action regarding 17th Street Ditch Stormwater**        17th Street Ditch
**Project:** City Manager Schubert stated that there is safety issues w/17th Street ditch and the
City needs a "fix-it now" approach rather than trying to pipe the ditch incrementally. Change
Order #1 is with our current contractor, Phoenix Construction, in the amount of $3,720,000 @
2.55% interest for 20 years; this amount will pipe the east side of the ditch. Change Order #2
is for the west side in the amount of $1,595,000 and the City would need to partner w/FDOT
for maintenance.

               Motion by Commissioner Ashbrook: To accept Change Order #1, 3300 on
               the east side, as presented & work with FDOT of the west side.
               Second to the motion: Commissioner Schad.

Commissioner Schad asked if this would prohibit us from securing grants in the future.
City Manager Schubert stated that some funds would be prohibited.
Commissioner Ashbrook commended City Manager Schubert for his tenacity to proceed with
piping the ditch.
Commissioner Friend commended City Manager Schubert on a great job.
Mayor Anderson stated that this is much needed and is extremely pleased to see this happen.
She wished that the City could do both the east/west side.
Mr. Richard Gutnecht commended City Manager Schubert.
Ms. Selina Steele Martin commented on the ditch project.
Mr. Brad Yount commented on the ditch project.
Mr. Leon Miller commended City Manager Schubert on a job well done.
Mr. Doc Smith stated that ditch is a hazard and this project is long overdue.
Mr. Virgil Duffell stated that he is delighted to see this project move forward.
Mr. Richard Walker asked about the City's debt service and wanted to make sure the money
was spent on the ditch.
Mayor Anderson stated that she has faith in City Manager Schubert to move the City forward.
City Manager Schubert stated that he hoped he lived up to everyone's expectations.
Mr. Tom Vickers suggested this project be postponed to meet with FDOT to discuss financing
options.
Ms. Anita Samson asked about grant options.
Mayor Anderson asked if Change Order #2 if the price would be the same.
Mr. James Finch, Phoenix Construction, stated that Change Order #2 would be good for one
year.
Ms. Nancy Singleton commented on the ditch project.

On Vote:       Ashbrook:     aye
               Schad:        aye
               Friend:       aye
               Anderson:     aye              Motion passed: 4-0

**City Commission Meeting Minutes of August 25, 2015**
**Page Five**

**Item #15.  Public Commentary:**                                              Public Commentary
Mayor Anderson commended everyone involved in this process.
Mr. Leon Miller wanted to know the status of Hwy 390.
Mr. Richard Gutnecht commented on the cost of business licenses.
Mayor Anderson asked that this item be placed on the next agenda for discussion.
Mr. Gutnecht commented on the nuisance/protection of squirrels.
Mayor Anderson asked City Manager Schubert to research this item.
Ms. Nancy Bryzowski commented on no wake zones.

There was no further business to discuss and the meeting was *adjourned at 5:21 p.m.*      Adjourn

**APPROVED THIS**___9th___**DAY OF**___Sept.___2015.


                                                    Margo Deal Anderson, Mayor

**ATTEST:**



Joel B. Schubert, City Manager

Prepared by Laurie Baker

                    DEF'S EX 51_076

The City Commission held no workshop prior to this meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**SEPTEMBER 9, 2015 – 5:01 P.M.**

**Present:**

Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Lieutenant Brian Blalock

Mayor Anderson called the meeting to order and gave the Invocation.   The   Pledge   of   Allegiance followed.                                                                                                                          **Call to Order**

**Item #3.  PUBLIC HEARING OPENED:** *5:02 p.m.*

**A.   Tentative Millage Rate for 2015 Tax Roll:**  City Manager stated for the purpose   **Tentative Millage**
of funding a portion of the City of Lynn Haven FY 2015/2016 General Fund   **Rate**
Budget of the City of Lynn Haven a millage rate of 3.9 is proposed for 2015.
With a current year rolled-back rate of 3.8859, the current year proposed rate as a
percentage change of the rolled-back rate is .36%.

City Manager Schubert read Resolution 2015-09-623, tentative millage rate, by title only.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Ashbrook.

*There was no audience participation.*

On Vote:
| | |
|---|---|
| Schad: | aye |
| Friend: | aye |
| Barnes: | aye |
| Ashbrook: | aye |
| Anderson: | aye |

Motion passed:  5-0

**B.   Tentative General Fund & Enterprise Fund Budget for FY 2015/2016:**   **Tentative General**
City Manager Schubert read Resolution 2015-09-624, tentative General Fund Budget and   **Fund & Enterprise**
approving the Enterprise Funds Budget for FY 2015/2016, by title only.   **Fund Budget**
*After audience participation the following motion was made:*   **FY 2015/2016**

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Barnes.

On Vote:
| | |
|---|---|
| Schad: | aye |
| Friend: | aye |
| Barnes: | aye |
| Ashbrook: | aye |
| Anderson: | aye |

Motion passed:  5-0

**PUBLIC HEARING CLOSED:** *5:07 p.m.*

 

**City Commission Meeting Minutes of September 9, 2015**
**Page Two**

<u>Item #4.</u>  PUBLIC HEARING OPENED: *5:08 p.m.*
    **A.  Tentative Community Redevelopment Agency Budget for FY 2015/2016:**
City Manager Schubert read Resolution 2015-09-625, tentative CRA Budget for FY 2015/2016, by title only.
*After audience participation the following motion was made:*

Tentative CRA
Budget FY 2015/2016

        Motion by Commissioner Ashbrook:  To approve as presented.
        Second to the motion: Commissioner Schad.
On Vote:       Ashbrook:    aye
             Schad:       aye
             Friend:      aye
             Barnes:     aye
             Anderson:   aye            Motion passed:  5-0

PUBLIC HEARING CLOSED: *5:14 p.m.*

<u>Item #5.</u>  PUBLIC HEARING OPENED: *5:15 p.m.*
    **A.  <u>Tentative Main Street Budget for FY 2015/2016:</u>**
City Manager Schubert read Resolution 2015-09-626, tentative Main Street Budget for FY 2015/2016, by title only.
*After audience participation the following motion was made:*

Tentative Main Street
Budget FY 2015/2016

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion: Commissioner Friend.
On Vote:       Schad:       aye
             Friend:      aye
             Barnes:     aye
             Ashbrook:    aye
             Anderson:   aye            Motion passed:  5-0

PUBLIC HEARING CLOSED: *5:21 p.m.*

PUBLIC HEARING OPENED: *5:21 p.m.*
<u>Item #6.</u>  <u>Development Order – DO-15-3 Emerald Coast Fellowship addition – 4102 Highway 390 West</u> – *quasi-judicial hearing:*  The applicant is requesting a DO to construct a 5,418 sf building addition to the Emerald Coast Fellowship Church, plus additional parking on the existing church site.  Staff recommends approval.
City Attorney Jackson stated that Item #6/14 are a quasi-judicial hearing and all affected parties should be sworn in at this time.
City Attorney Jackson asked the Mayor/Commission if they had any ex-parte communication regarding this issue – there was none.
There was no audience participation and the Public Hearing was *closed at 5:25 p.m.*

DO-15-3 Emerald Coast
Fellowship

PUBLIC HEARING OPENED: *5:25 p.m.*
<u>Item #7.</u>  <u>Development Order – DO-15-4 Ace Home & Garden Center – 520 Ohio Ave.</u> – *quasi-judicial hearing:*  The applicant is requesting a DO to construct a 2,936 sf building addition on to the existing 6,869 sf building which is currently located on the site along with improved parking and stormwater facilities.  Staff recommends approval.

DO-15-4 Ace Home &
Garden

DEF'S EX 51_078

**City Commission Meeting Minutes of September 9, 2015**
**Page Three**

City Attorney Jackson stated that Item #7/15 are a quasi-judicial hearing and all affected parties should be sworn in at this time.

City Attorney Jackson asked the Mayor/Commission if they had any ex-parte communication regarding this issue – Commissioner Ashbrook disclosed that he spoke with the owners; all others had none.

There was no audience participation and the Public Hearing was *closed at 5:28 p.m.*

**Item #8.  Mayor's Report:**
Mayor Anderson reported that she will sing at the Senior Center on 9/10/2015 during lunch; she has had good discussions regarding golf cart use; met w/Main Street Board at the last meeting; there will be a walk on 9/19/2015 on the old Bailey Bridge to recognize Suicide Prevention Week; 9/26/2015 @ Porter Park a Shaddai paper sailboat regatta is scheduled.

Mayor's Report

**Item #9.  Commissioner's Report:**
Schad – no report.
Ashbrook – no report.
Commissioner Friend reported that he is working with the Hunger Coalition on a program called "laundry love" that offers laundry services to those less fortunate – Oct. 8 a session is being offered for veteran's.
On 9/15/2015 a Public Workshop on long range TPO plans for the next 20-25 years is scheduled at First Baptist Church.
Barnes – no report.

Commissioner's Repo

*A.  Proclamation – Suicide Prevention Week – September 14-18, 2015:*  City Manager Schubert read this proclamation in its entirety.

Proclamation –
Suicide Prevention W

*B. Proclamation – Constitution Week – September 17-23, 2015:*  City Manager Schubert read this proclamation in its entirety.

Proclamation –
Constitution Week

|  |  | Motion by Commissioner Schad:  To approve as presented. |  |
|---|---|---|---|
|  |  | Second to the motion:  Commissioner Friend. |  |
| On Vote: | Schad: | aye |  |
|  | Friend: | aye |  |
|  | Barnes: | aye |  |
|  | Ashbrook: | aye |  |
|  | Anderson: | aye | Motion passed:  5-0 |

**Item #10.  City Manager's Report:** *A.  Employee of the Month – August:*  Mr. Jerome McDougal, Utility Maintenance Worker, was awarded the EOM award for August for his hard work and dedication to the City.

City Manager's Repor

**Item #11.  City Attorney's Report:** None.

City Attorney's Report

**CONSENT AGENDA:**
**Item #12.  Minutes:**    8/24/15 – Regular Meeting

Minutes

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Ashbrook.

City Commission Meeting Minutes of September 9, 2015
Page Four

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**NEW BUSINESS:**

**Item #13.   Discussion and possible action regarding approval of Right-of-Way Use Agreement for Ace Hardware project:**  This agreement grants Ace Home & Garden a right of way use for the limited purpose of landscaping and parking.   City Attorney Jackson reported that the agreement has been updated to show the current owner.

Right of Way Use Agreement
Ace Home & Garden

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Schad.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #14.  Discussion and possible action regarding approval of Development Order and Certificate of Concurrency, DO-15-3, Emerald Coast Fellowship, 4102 Hwy 390 West:**

DO/CO 15-3
Emerald Coast
Fellowship

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #15.  Discussion and possible action regarding approval of Development Order and Certificate of Concurrency, DO-15-4, Ace Home & Garden Center, 520 Ohio Avenue:**

DO/CO 15-4
Ace Home & Garden

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Barnes.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #16.  Discussion and possible action regarding approval of Abbington Commons Conceptual Master Plan, 96 units, affordable senior housing, SE corner of 26th Street & Minnesota Ave.:**  Rea Ventures requests approval of the conceptual master plan for a 96 unit, affordable seniors' housing development to be located at the southeast corner of 26th Street & Minnesota Ave. on a 19.05 acre site.  The intent to obtain approval of this conceptual plan is for financing with the Florida Housing Finance Corporation.  The development would consist of three 3-story apartment buildings, a clubhouse, parking and infrastructure.  The complex would have an on-site manager.

Abbington Commons

DEF'S EX 51_080



**City Commission Meeting Minutes of September 9, 2015**
**Page Five**

      Motion by Commissioner Ashbrook: To approve as presented.
      Second to the motion:  Commissioner Schad.

*After audience participation the following motion was made:*

On Vote:    Ashbrook:    aye
           Schad:       aye
           Friend:       aye
           Barnes:      aye
           Anderson:    aye          Motion passed: 5-0

**Item #17.  Discussion and possible action regarding golf carts:**  Mayor Anderson did a power point presentation on golf carts. Mayor Anderson is proposing that FDOT permit a golf cart crossing at the intersection of Hwy 77 & 9th Street; intersection of Hwy 77 & Marina Bay Drive; intersection of Hwy 390 & Pennsylvania; possibly the intersection of Hwy 390 & Michigan Avenue; intersections of 12th & 14th Street;  The County Manager has the authorization to approve crossover  on County roads.

Golf Carts

      Motion by Commissioner Friend:  To allow discussion by Mayor Anderson and possible action.
      Second to the motion: Commissioner Schad.

Commissioner Friend asked about City liability if crossover approved by FDOT on Hwy 77. Mayor Anderson stated that the City is never relieved of liability.
Mayor Anderson stated that the proposed area would be the CRA area and all residential areas of Lynn Haven w/speed posted under 30 mph.; to allow golf carts on the old Bailey Bridge; speed should be enforced in local neighborhoods to provide safety; she has spoken with County Manager Majka and FDOT regarding crossover for State/County roads; proposing that the golf cart issue be approved with/or without crossover approval from Bay County/FDOT.
City Attorney Jackson stated that the City has to follow state guidelines, however, there is some flexibility.
Commissioner Schad stated that he uncomfortable with voting on this issue tonight; he would like a paper copy of the power point presentation; he is not against expanding the area, however, he would like to have more information regarding the issue; he would like to table this issue and schedule a workshop to discuss this topic.
Commissioner Barnes stated that he would like to have some sort of response from the Police Department. He was against golf carts the first time it was introduced.
Mayor Anderson stated that she has a memo from the  Police Chief who is against golf carts for safety reasons.

*There were lengthy audience comments for and against this issue.*

City Manager Schubert stated that this is a quantity issue not a quality issue with regards to the Police Dept. policing the areas; there is not enough Police presence to police every neighborhood & respectfully disagrees that this would not be a burden on the Department – the City is 12 square miles; potentially could request more employees.

DEF'S EX 51_081

**City Commission Meeting Minutes of September 9, 2015**
**Page Six**

Major Matt Riemer addressed the Commission regarding safety concerns; golf carts are low speed moving vehicles; concerned for the citizens; liability to the City should be a consideration.

*Commissioner Friend rescinded his motion and made the following motion:*

|  | Motion by Commissioner Friend:  To table this issue and have a workshop to discuss further. | |
|---|---|---|
|  | Second to the motion:  Commissioner Schad. | |
| On Vote: | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | no |
|  | Schad: | aye |
|  | Anderson: | aye | Motion passed:  4-1 |

**Item #18.  Public Commentary:**                                             Public Commentary
Ms. Geri Deal commented on golf cart use.
Mr. Richard Walker commented on the 17th Street ditch project.
Mr. David McCollum commented on drainage issues in the Country Club.
Commissioner Ashbrook stated that the Country Club is a private development and the City has no drainage easements within the development.
City Manager Schubert stated that the City cannot accept infrastructure that has been built to sub-par standards.

There was no further business to discuss and the meeting was ***adjourned at 6:54 p.m.***          Adjourn

APPROVED THIS ＿22ⁿᵈ＿＿＿＿ DAY OF ＿Sept.＿＿＿＿ 2015.

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker



The City Commission held no workshop prior to this meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**SEPTEMBER 22, 2015 – 5:01 P.M.**

**Present:**     Margo Deal Anderson, Mayor
               Antonius G. Barnes, Mayor Pro Tem/Commissioner
               Joseph Ashbrook, Commissioner
               Rodney Friend, Commissioner
               Roger Schad, Commissioner
               Joel B. Schubert, City Manager
               Robert C. Jackson, City Attorney
               Lieutenant Brian Blalock
               Officer Anglin

Mayor Anderson called the meeting to order and Reverend Tom Daniel gave the Invocation. John Carl Tillman led in the Pledge of Allegiance and Ruby Grace Tillman sang the National Anthem.

Call to Order

**Item #3.  PUBLIC HEARING OPENED: 5:06 p.m.**

Public Hearing
Proposed Millage
Rate

   **A.   Proposed Millage Rate for 2015 Tax Rolls:** City Manager stated for the purpose of funding a portion of the City of Lynn Haven FY 2015/2016 General Fund Budget of the City of Lynn Haven a millage rate of 3.9 is proposed for 2015. With a current year rolled-back rate of 3.8859, the current year proposed rate as a percentage change of the rolled-back rate is .36%.
City Manager read Resolution 2015-09-627, Adopting the final Millage Rate by title only.

          Motion by Commissioner Schad: To approve the millage as presented.
          Second to the motion: Commissioner Ashbrook.

After audience participation the following vote was taken:

On Vote:     Schad:        aye
             Friend:       aye
             Barnes:       aye
             Ashbrook:     aye
             Anderson:     aye          Motion passed & adopted: 5-0 @5:11 p.m.

   **A.   Proposed General Fund Budget for FY 2015-2016:**

General Fund
Budget FY 2015-16

City Manager Schubert read Resolution 2015-09-628, Adopting the final General Fund Budget and approving the Enterprise Funds Budgets for FY 2015-2016 by title only.

          Motion by Commissioner Schad: To approve as presented.
          Second to the motion: Commissioner Barnes.

**City Commission Meeting Minutes of September 22, 2015**
**Page Two**

There was no audience participation and the following vote was made:

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed & adopted: 5-0 @ 5:12 p.m. |

**Item #4.  PUBLIC HEARING OPENED: 5:13 p.m.**
    **A.   Proposed Community Redevelopment Agency Budget for FY 2015-2016:**
City Manager Schubert read Resolution 2015-09-629, Adopting the final CRA Budget for FY 2015-2016 by title only.

Mayor Anderson sent an email to the City Manager regarding the proposed CRA Budget; will vote for this item with the understanding that there will be a change regarding Main Street.
City Manager Schubert explained that TRIM calendar dictated by the State and the City has a tight time frame to adopt a budget by October 1.
After audience participation the following vote was made:

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Friend.

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed & adopted:  4-0 @ 5:29 p.m. |

Motion by Commissioner Ashbrook:   To excuse Commissioner Barnes due to family emergency.
Second to the motion:  Commissioner Schad.

| On Vote: | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**Item #5.  PUBLIC HEARING OPENED: 5:30 p.m.**
    **A.   Proposed Main Street Budget for FY 2015-2016:**
City Manager Schubert read Resolution 2015-09-630, Adopting the final Main Street Budget for FY 2015-2016 by title only.

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Ashbrook.

Public Hearing
CRA Budget
FY 2015-16

Public Hearing
Main Street
Budget
FY 2015-16

**City Commission Meeting Minutes of September 22, 2015**
**Page Three**

There was no audience participation and the following vote was taken:

On Vote:    Schad:      aye
                Friend:      aye
                Ashbrook:  aye
                Anderson:  aye        Motion passed & adopted: 4-0 @ 5:31 p.m.

**Item #6.  Mayor's Report:**  Mayor Anderson reported that she participated in the Suicide Awareness Walk along with 200±; she stated that it is important to include children in government – local students and pastor's will be participating in the meetings; the cardboard boat Regatta in Porter Park is scheduled for September 26, 2015.

**Item #7. Commissioner's Report:**
Commissioner Schad reported that he attended the NWFLC dinner at Roberts Hall on Sept. 17; the event was hosted by the City and Staff did an excellent job.
Commissioner Ashbrook reported that long time employee Howard Steele is retiring and the City is hosting a luncheon for him on Sept. 24 at the Recreation Center; ribbon cutting for the access road at the Recreation Center is scheduled for Sept. 25 @ 8:30 a.m.
Commissioner Rodney Friend attended the Bay County long range planning meeting; an official from Bay County reported that Bay County had applied and received a grant for "adaptive" lighting on Hwy 77 – no time frame on when it will happen, however, Bay County will give updates.

**Item #8.  City Manager's Report:**  City Manager Schubert reported that commission meetings are streaming on-line – you can access this link through the City webpage; City Manager Schubert reported that he has updated his link on the City webpage to include his phone number and to please contact him if you have an issue.

**Item #9.  City Attorney's Report:** No report.

**CONSENT AGENDA:**
**Item #10.  Minutes:**    **9/9/2015 – Regular Meeting**

                Motion by Commissioner Schad: To approve as presented.
                Second to the motion: Commissioner Friend.
On Vote:    Schad:      aye
                Friend:      aye
                Ashbrook:  aye
                Anderson:  aye        Motion passed: 4-0

**Item #11.  Approval of parade route for Mosley High School Homecoming Parade – 10/14 – 1 p.m.:**  The parade will proceed North on SR 77 from 11th Street to 5th Street then East on 5th Street to Pennsylvania Ave. then South on Pennsylvania Ave. to 11th Street where the parade will end in the Lynn Haven Baptist Church parking lot.

*Margin notes:*
Mayor's Report
Commissioner's Report
City Manager's Report
City Attorney's Report
Minutes
MHS Parade Route

DEF'S EX 51_085

**City Commission Meeting Minutes of September 22, 2015**
**Page Four**

|          | Motion by Commissioner Friend:  To approve as presented.       |     |                      |
|----------|----------------------------------------------------------------|-----|----------------------|
|          | Second to the motion: Commissioner Ashbrook.                   |     |                      |
| On Vote: | Friend:                                                        | aye |                      |
|          | Ashbrook:                                                      | aye |                      |
|          | Schad:                                                         | aye |                      |
|          | Anderson:                                                      | aye | Motion passed:  4-0  |

**NEW BUSINESS:**

**Item #12.  Discussion and possible action regarding approval of Subordination of City Utility Interests Agreement for Parcel #167.4 (CVS) and Parcel # 163.2 (Precision Collision):**  The attached agreements are with FDOT for the transfer of two existing utility easements which will be encroached on due to the widening of the SR390. Easement 167.4 is located on the current CVS parcel and is used for storm water and sewer.  Parcel 163.2 is located on Precision Collision parcel and is used for sanitary sewer.  The existing utilities within the easements are scheduled to be relocated during the project and have been incorporated in the current utility relocation plans.

FDOT Utility Easement

|          | Motion by Commissioner Schad:  To approve as presented.        |     |                      |
|----------|----------------------------------------------------------------|-----|----------------------|
|          | Second to the motion:  Commissioner Ashbrook.                  |     |                      |
| On Vote: | Schad:                                                         | aye |                      |
|          | Friend:                                                        | aye |                      |
|          | Ashbrook:                                                      | aye |                      |
|          | Anderson:                                                      | aye | Motion passed:  4-0  |

**Item #13.  Public Commentary:**

Mr. Virgil Duffell commented on plans for Porter Park and social media.
Ms. Nancy Singleton commented on code enforcement and commissioner residence.

Public Commentary

There was no further business to discuss and the meeting was adjourned at 5:53 p.m.

Adjourn

**APPROVED THIS** ___13th___ **DAY OF** ___October___ **2015.**

_Margo Deal Anderson_
Margo Deal Anderson, Mayor

**ATTEST:**

_Joel B. Schubert_
Joel B. Schubert, City Manager

Prepared by Laurie Baker

**CITY OF LYNN HAVEN**
**SPECIAL CITY COMMISSION MEETING**
**TUESDAY, SEPTEMBER 29, 2015 – 4:00 P.M.**

Present:    Margo Deal Anderson, Mayor
            Antonius G. Barnes, Mayor Pro Tem/Commissioner
            Joseph Ashbrook, Commissioner
            Rodney Friend, Commissioner
            Roger Schad, Commissioner
            Joel B. Schubert, City Manager
            Robert C. Jackson, City Attorney
            Lieutenant Brian Blalock
            Officer Anglin

Mayor Anderson called the meeting to order and Commissioner Friend gave the   Call to Order
Invocation. The Pledge of Allegiance followed.

**Item #3.   Discussion and possible action regarding dissolving the Lynn Haven**   Dissolving
**Main Street Board:**  City Manager read Resolution 2015-09-631 by title only.  City   Main Street
Manager Schubert stated that there are redundancy and transparency issues regarding
Main Street & it's role in the CRA; by dissolving the Main Street Board, creating a
Downtown Advisory Board, & placing the Board under the CRA, it should increase
efficiency.

          Motion by Commissioner Schad:   To approve Res. #2015-09-631 as
          presented.
          Second to the motion:  Commissioner Friend.

After audience participation the following motion was made:

On Vote:    Schad:          aye
            Friend:         aye
            Barnes:         aye
            Ashbrook:       aye
            Anderson:       aye              Motion passed:  5-0

**Item #4. Public Commentary:**                                                  Public Commentary
Mr. Virgil Duffell invited everyone to attend the NAMI walk/ceremony to be held in
Sheffield Park on October 10.

          Motion by Commissioner Ashbrook:  To authorize staff to bring back
          to the Commission information on an advisory board that complies with
          City Ordinance.
          Second to the motion:  Commissioner Schad.

**City Commission Special Meeting Minutes of September 29, 2015**
**Page Two**

Commissioner Ashbrook wanted to recognize those who served on the Main Street Board and thank them for their work.

On Vote:    Ashbrook:    aye
            Schad:       aye
            Friend:      aye
            Barnes:      aye
            Anderson:    aye              Motion passed:  5-0

There was no further business to discuss and the meeting was ***adjourned at 4:23 p.m.***            Adjourn

**APPROVED THIS**_____*13th*_____ **DAY OF** _*October*_____ **2015.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



The City Commission held no workshop prior to the meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### OCTOBER 12, 2015 – 4:00 P.M.

**Present:**    Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Lieutenant Brian Blalock

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation.  The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:**   Mayor Anderson reported that she was a guest speaker for the LH Lion's Club – she was invited to be a "Lion at-Large" member; met with the Emerald Coast Professional Business Women's group; met w/Ms. Sara Howell about an upcoming event at Robert's Hall – songwriters festival; met w/Maria Stout-Tate, Leisure Services – looking at festivals and events for Lynn Haven.

Mayor's Report

**Item #4.  Commissioner' Report:**
Commissioner Schad reported that he attended the Gulf Power Economic Symposium in Destin Oct. 12-13 – one item of discussion was aerospace possibilities in the Northwest Florida area.
Commissioner Ashbrook complimented Leisure Services on the parks – positive feedback from the citizens.
Commissioner Friend reported that he has received a lot of good response from the *YouTube* streaming of Commission Meetings; MPOAC meeting in Orlando at the end of the month – may miss the 10/27 meeting – will participate by phone.
Commissioner Barnes attended the grand opening at the Institute of Endocrinology; presented a proclamation on Saturday for NAMI in Sheffield Park.

Commissioner's Report

Item #5.  City Manager's Report:

City Manager's Report

**Proclamation – Mental Awareness Month:** City Manager Schubert read this proclamation in its entirety.

City Manage Schubert reported that the City Commission meetings are being streamed live on YouTube; you can access a link from the City's webpage.



City Commission Meeting Minutes of October 13, 2015
Page Two

City Manager Schubert reported that Sue Wiles, Library, will be retiring in a few weeks; the City is working with Bay County Work Program for community workers to help our workforce – you should see workers in the City in the next week.

**A.  Employee of the Month – September:**  Officer Steve Pointer, SRO Officer, Bay Haven, LH Police Department, was awarded the EOM award for his hard work and dedication to the City.                                                                                    Employee of the Mon·

**B.  Supervisor of the Quarter – July – September:** Mr. Jerry LuCante, Fleet Maintenance, Public Works, was awarded the SOQ award for his hard work and    Supervisor of the Qtr
dedication to the City.

> Motion by Commissioner Friend:  To approve Proclamation – Mental Awareness - as presented.
> Second to the motion:  Commissioner Ashbrook.

On Vote:         Friend:           aye
                 Schad:            aye
                 Ashbrook:         aye
                 Barnes:           aye
                 Anderson:         aye             Motion passed:  5-0


**Item #6.  City Attorney's Report:**  None.                                                      City Attorney's Repor·

**CONSENT AGENDA:**
**Item #7.  Minutes:**     9/22/15 – Regular Meeting                                              Minutes
                           9/29/15 – Special Meeting

> Motion by Commissioner Schad:  To approve minutes of 9/22/2015.
> Second to the motion: Commissioner Barnes.

On Vote:         Schad:            aye
                 Friend:           aye
                 Barnes:           aye
                 Ashbrook:         aye
                 Anderson:         aye                     Motion passed:  5-0


> Motion by Commissioner Schad:  To approve minutes of 9/29/15.
> Second to the motion:  Commissioner Friend.

On Vote:         Schad:            aye
                 Friend:           aye
                 Barnes:           aye
                 Ashbrook:         aye
                 Anderson:         aye             Motion passed:  5-0

**City Commission Meeting Minutes of October 13, 2015**
**Page Three**

**OLD BUSINESS:**
**Item #8.** None

**NEW BUSINESS:**
**Item #9.   Discussion and possible action regarding approval of a radar certification contract with Communications International:**  The LH PD is required to calibrate and certify the radar and laser units bi-annually; by entering into a contract with Communications International for a period of one year the PD will save roughly $1,000.  Staff recommends approval.

| | | Radar Certification |

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion: Commissioner Ashbrook.
On Vote:     Schad:          aye
        Friend:         aye
        Barnes:         aye
        Ashbrook:       aye
        Anderson:       aye             Motion passed:  5-0

**Item #10.  Discussion and possible action regarding approval of contract for lawn care services to Grass Cutters Lawn & Landscaping of PC, Inc.:**  Staff recommends approval of a contract to Grass Cutters Lawn & Landscaping of PC, Inc. for monthly lawn care services in the amount of $3,999.25 per month with an annual cost of $47,991.

Lawn Care Services

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion: Commissioner Ashbrook.

Mr. Virgil Duffell commented on the lawn maintenance contract.
Mr. Richard Walker commented on the lawn maintenance contract.

On Vote:     Schad:          aye
        Friend:         aye
        Barnes:         aye
        Ashbrook:       aye
        Anderson:       aye             Motion passed:  5-0

**Item #11.   Resolution 2015-10-632, amending the City's Fee Schedule:**  A Resolution amending Chapter 10, 42, 54, 70 and 86 of the Fee Schedule in Appendix "A".  City Manager Schubert read this resolution by title only; pet fees were eliminated; solid waste/utility fees increased; facility/registration fees increased. Staff recommends approval.

Res. 2015-10-632
Fee Schedule



**City Commission Meeting Minutes of October 13, 2015**
**Page Four**

Ms. Libby Tunnell commented on the charge for parks and why the need for insurance – she does not think it is fair.

City Manager Schubert stated that the fee covers for clean-up and insurance is required to protect the City.

Mayor Anderson agrees with Ms. Tunnell and suggested that this be discussed at a later date.

Mr. Virgil Duffell stated that his organization, NAMI, has hosted the event in Sheffield Park for six years – they pay a $25 fee that is returned to them if they clean-up after their event. Mr. Duffell suggested that it would be helpful if the City could help in obtaining insurance.

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion: Commissioner Ashbrook.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

Mayor Anderson suggested a public workshop to discuss the issue of insurance.

**Item #12.  Discussion and possible action to proceed with refunding of a current bond:**  City Manager Schubert reported that this is a $4mil+ bond refinancing that could potentially have a $28k per year, over 12 years, savings to the City.

        Motion by Commissioner Schad:  To authorize Harbor Financial, Ralph Cellon, to proceed with the bond refunding and bring back to the Commission for approval.
        Second to the motion:  Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #13.   Discussion and possible action regarding Gulf Power Company Seasonal Decoration Agreement:**  This agreement will allow the City to hang seasonal decorations/banners on utility poles owned by Gulf Power.  Staff recommends approval.

City Attorney Jackson reported that there is clause in there that states *"if there is a lawsuit it would be filed in Escambia County"*; the City has home venue, however, by approving this contract the City waives the home venue right.

*Bond Refunding*

*Gulf Power Company Seasonal Decoration Agreement*

DEF'S EX 51_092



**City Commission Meeting Minutes of October 13, 2015**
**Page Five**

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Friend.

On Vote:      Ashbrook:      aye
              Schad:         aye
              Friend:        aye
              Barnes:        aye
              Anderson:      aye          Motion passed:  5-0

**Item #14.  First reading of Ordinance 1006, Small Scale Plan Amendment (SSA-15-4), James Finch & Associates, 1408 Georgia Ave., Industrial to Commercial:**  The applicant is requesting a land use designation of Conunercial for this approx. 0.344± acre parcel.  The current land use designation is Industrial.  City Manager Schubert read Ordinance 1006 by title only.  This was the first reading and no action was required.

Ord. 1006
SSA-15-4
James Finch
1408 Georgia Ave.

**Item #15.  First reading of Ordinance 1007, Small Scale Plan Amendment (SSA-15-5), James Finch & Associates, 1411, Alabama Ave., Mixed Use to Commercial:**  The applicant is requesting a land use designation of Commercial for this approx. 0.516± acre parcel.  The current land use designation is Mixed Use.  City Manager Schubert read Ordinance 1007 by title only.  This was the first reading and no action was required.

Ord. 1007
SSA-15-5
James Finch
1411 Alabama Ave.

**Item #16.  First reading of Ordinance 1008, Small Scale Plan Amendment, (SSA-15-6), James Finch & Associates, Parcel #10213-025-000, contiguous to 1408 Georgia Ave., on the South:**  The applicant is requesting a land use designation of Commercial for this approx. 0.086± acre parcel.  The current land use designation is Industrial.  City Manager Schubert read Ordinance 1008 by title only.  This was the first reading and no action was required.

Ord. 1008
SSA-15-6
James Finch
Parcel #
10213-025-000

**Item #17.  First reading of Ordinance 1009, Amendment to Comprehensive Plan, Proportionate Fair Share Transportation Mitigation:**  This Ordinance consists of amendments to the City's Comprehensive Plan, revising a portion of the Capital Improvement Element, and a portion of the Concurrency Management System, as they pertain to Proportionate Fair-Share Transportation Mitigation.  Proportionate Fair Share is no longer required by the State.  Staff recommends approval.  City Manager Schubert read Ordinance 1009 by title only.  This was the first reading and no action was required.

Ord. 1009
Proportionate Fair
Share Transp.
Mitigation

DEF'S EX 51_093

**City Commission Meeting Minutes of October 13, 2015**
**Page Six**

**Item #18.   First reading of Ordinance 1010, Amendment to Unified Land Development Code, Section 2.02.06, Section 4.02.01, Section 4.02.02 and Section 4.06.03:** The intent of this Ordinance is to create the Florida Avenue Corridor Overlay between 5th Street & 12th Street.  The amendments to Section 4 are related to setback and landscaping buffer requirements within the Corridor.  The purpose of the corridor overlay is to improve views and lot layouts within the historic main street corridor on Florida Avenue. Staff recommends approval.  City Manager Schubert read Ordinance 1010 by title only.  This was the first reading and no action was required.

Ord. 1010
ULDC Amendment

**Item #19.   First reading of Ordinance 1011, Amendment to Unified Land Development Code Section 6.01.06:** The intent of this Ordinance is to remove State required concurrency management language as it pertained to roads from the City's Unified Land Development Code.  Proportionate Fair Share is no longer required by the State, which enables the City to develop its own preferred method of collecting funds to help offset impacts on transportation facilities.  Staff recommends approval.  City Manager Schubert read Ordinance 1011 by title only.  This was the first reading and no action was required.

Ord. 1011
ULDC Amendment

**Item #20.  Discussion and possible action approving Development Order, DO-15-5, Blue Moon Parking Lot, 1411 Alabama Ave.:** The applicant is requesting a DO to construct a 23 car parking lot along with stormwater facilities and landscape buffers.  The purpose of the parking lot is to accommodate the parking from the Blue Moon Restaurant located on the adjacent parcel to the east.

City Attorney Jackson stated that this is a quasi-judicial hearing and any parties that plan on providing testimony should be sworn in at this time.  City Attorney Jackson asked the Mayor/Commission if they have had any ex-parte communication with the applicant or the City -- they all stated that they had none.

DO-15-5
Blue Moon Parking Lot
1411 Alabama Ave.

Motion by Commissioner Ashbrook: To allow for discussion.
Second to the motion: Commissioner Friend.
*(no vote was taken)*

Commissioner Ashbrook asked about approving the DO before the land use change resolution.

Amanda Richard, Planner, stated that, as part of this DO, if the land use was challenged, the applicant would tear up any improvements made at his expense.

Mr. Richard Walker was concerned with approving the DO before the land use change.  He stated that the Planning Commission had a lot of questions regarding this issue.

City Manager Schubert stated that there will be a workshop prior to the next meeting and these items can be discussed at that time.

DEF'S EX 51_094



**City Commission Meeting Minutes of October 13, 2015**
**Page Seven**

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Barnes.

On Vote:
| | |
|---|---|
| Ashbrook: | aye |
| Schad: | aye |
| Friend: | aye |
| Barnes: | aye |
| Anderson: | aye |

Motion passed:  5-0

**Item  #21.    Discussion  and  possible  action  regarding  Minor  Subdivision application, John S. Whaley, 920 10ᵗʰ Street East:**  the Applicant owns the property located at 920 10ᵗʰ Street East which is located on the corner of 10ᵗʰ Street and Mississippi Ave.  The parcel is 150' x 100' and currently consists of tow 50' wide lots which face Mississippi Ave.  The applicant would like to reconfigure the lots so that there are two 75' wide lots facing 10ᵗʰ Street East, so that he may have two buildable lots; the parcel is in the Historic 1911 Plat area, therefore, there is a requirement that in order to be a buildable lot, it must be at least 75' wide and 7,500 sq. ft. in size, unless it was recorded as one individual 50' lot prior to the 1975 Tax Roll.

Minor Subdivision Application – 920 10ᵗʰ Street East

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Barnes.

On Vote:
| | |
|---|---|
| Schad: | aye |
| Friend: | aye |
| Barnes: | aye |
| Ashbrook: | aye |
| Anderson: | aye |

Motion passed:  5-0

**Item #22.  Public Commentary:**

Mr. Roy Wilson stated that his family has lived in Lynn Haven since 1955 – he is concerned with the ditch behind his home (Railroad Ave.), 105 E. 17ᵗʰ Street; he stated that he lives on the only section of RR Ave. that is not paved – he would like to see the City do something about the open ditch.

Public Commentary

Mayor Anderson stated that she would like to visit and discuss this issue w/Mr. Wilson.

City Manager Schubert stated that he would get w/ the City Engineer & Public Works Director to address his concerns.

Ms. Libby Tunnell stated her ditch flooded 3years ago and would like to have something done about it.

Mr. Virgil Duffell reported that the NAMI event held on Oct. 9 was a success – approx. 150-175 people attended the event.

Mr. Richard Walker commented on Ordinance 1010 and squirrel laws.

DEF'S EX 51_095

**City Commission Meeting Minutes of October 13, 2015**
**Page Eight**

City Attorney Jackson stated that squirrels are not endangered species; the Florida Legislature passed a law in approx. 2010 where municipalities could not regulate the use of guns - the ordinance was changed to prohibit the shooting of squirrels in the city limits of Lynn Haven.
Ms. Arlene Harrison complimented the City on moving forward; Victoria's Last Bite, The Salty Marsh & Roberts Hall will be giving goodies to Trick or Treaters on Oct. 31; on Oct. 30 @ Roberts Hall Bay Storytellers will be telling stories and invited everyone to come and visit.
Ms. Frances Wittkopf thanked the Commission for opening Aberdeen Road between Trane & the Recreation Center; she stated that she still wants Rails to Trails and asked the Commission to work on it.

There was no further business to discuss and the meeting was ***adjourned at 5:18 p.m.***          Adjourn

**APPROVED THIS** _____27_____ **DAY OF** _____October_____ 2015.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



The Lynn Haven City Commission held a workshop meeting on Monday, October 26, 2015, beginning at 4:00 p.m. in The Chambers. The purpose of the meeting was to discuss the following: 1) Presentation by David Haight, Atkins, 2040 Long Range Transportation Plan; 2) Discussion regarding Golf Carts; 3) Review of Commission Agenda for 10/27/2015. The public was invited to attend.

<div align="center">

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**OCTOBER 27, 2015 – 6:00 P.M.**

</div>

**Present:**      Margo Deal Anderson, Mayor
             Antonius G. Barnes, Mayor Pro Tem/Commissioner
             Joseph Ashbrook, Commissioner
             Rodney Friend, Commissioner
             Roger Schad, Commissioner
             Joel B. Schubert, City Manager
             Robert C. Jackson, City Attorney
             Major Matt Riemer
             Officer Katlyn Anglin

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation. The Pledge of Allegiance followed.

Call to Order

Mayor's Report

**Item #3.  Mayor's Report:**  Mayor Anderson reported on the near completion to the seawall at Porter Park; she recognized Contractor James Finch for his donation of the beach sand at Porter Park; she thanked the Commission regarding the golf cart workshop and the issues that was discussed.

|            | Motion by Commissioner Schad:  To allow Commissioner Friend to participate by phone. |        |     |
|------------|-----------------------|--------|-----|
|            | Second to the motion: Commissioner Barnes. |        |     |
| On Vote:   | Schad:                | aye    |     |
|            | Barnes:               | aye    |     |
|            | Ashbrook:             | aye    |     |
|            | Anderson:             | aye    | 4-0 |

**Item #4.  Commissioner's Report:**

Commissioner's Report

Commissioner Friend reported that he is attending a MPOAC meeting in Orlando.
Commissioner Schad reported that he attended the Employee Luncheon in Sheffield Park on Oct. 21; it was very well attended and was good to treat the employees.
Commissioner Ashbrook attended the luncheon and agreed with Commissioner Schad.
Commissioner Barnes attended the luncheon and stated that the City has good employees who work hard for the City.

DEF'S EX 51_097

**City Commission Meeting Minutes of October 27, 2015**
**Page Two**

Mayor Anderson stated that she was out of town and not able to attend; she looks forward to attending the next one.

Mayor Anderson stated that Mr. Harry Reed sent a letter commending the Lynn Haven PD for helping his family when they had a vehicle break down on the bridge.

**Item #5.  City Manager's Report:**  City Manager Schubert reported that he received a letter commending the PD for their help when their daughter was involved in an armed robbery.  City Manager Schubert reported that he has been in conversation with a citizen regarding his water bill; he had a spike in his water bill and City Manager Schubert suggested he work with the citizen to come up with a resolution.

City Manager's Report

**Item #6.  City Attorney's Report**: No report.

City Attorney's Report

**PUBLIC HEARING OPENED: 6:10 p.m.**
**Item #7.  Small Scale Plan Amendment, SSA-15-4, James Finch & Associates, 1408 Georgia Ave., Industrial to Commercial:**  The applicant is requesting a land use designation of Commercial for this approx. 0.344± acre parcel.  The current land use designation is Industrial.
After audience participation the **PUBLIC HEARING CLOSED @ 6:14 p.m.**

Public Hearing
SSA-15-4
1408 Georgia Ave
Industrial to Commercial

**PUBLIC HEARING OPENED: 6:14 p.m.**
**Item #8.  Small Scale Plan Amendment, SSA-15-5, James Finch & Associates, 1411 Alabama Ave., Mixed Use to Commercial:** The applicant is requesting a land use designation of Commercial for this approx. 0.516± acre parcel.  The current land use designation is Mixed Use.
There was no audience participation and the **PUBLIC HEARING CLOSED @ 6:15 p.m.**

Public Hearing
SSA-15-5
144 Alabama Ave
Mixed Use to
Commercial

**PUBLIC HEARING OPENED: 6:15 p.m.**
**Item #9.  Small Scale Plan Amendment, SSA-15-6, James Finch & Associates, Parcel #10213-025-000, contiguous to 1408 Georgia Ave., on the south:** The applicant is requesting a land use designation of Commercial for this approx. 0.086± acre parcel.  The current land use designation is Industrial.
After audience participation the **PUBLIC HEARING CLOSED @ 6:18 p.m.**

Public Hearing
SSA-15-6
Parcel #10213-025-000
1408 Georgia Ave

**PUBLIC HEARING OPENED: 6:19 p.m.**
**Item #10.  Amendment to Comprehensive Plan, Proportionate Fair Share Transportation Mitigation:** This Ordinance consists of amendments to the City's Comprehensive Plan, revising a portion of the Capital Improvement Element, and a portion of the Concurrency Management System, as they pertain to Proportionate Fair-Share Transportation Mitigation.  Proportionate Fair Share is no longer required by the State.
After audience participation the **PUBLIC HEARING CLOSED @ 6:27 p.m.**

Public Hearing
Comp Plan Amendment
Proportionate Fair
Share Transportation
Mitigation



**City Commission Meeting Minutes of October 27, 2015**
**Page Three**

**PUBLIC HEARING OPENED: 6:27 p.m.**
**Item #11.   Amendment to Unified Land Development Code Section 2.02.06, Section 4.02.01, Section 4.02.02 and Section 4.06.03:** The intent of this Ordinance is to create the Florida Avenue Corridor Overlay between 5th Street & 12th Street. The amendments to Section 4 are related to setback and landscaping buffer requirements within the Corridor. The purpose of the corridor overlay is to improve views and lot layouts within the historic main street corridor on Florida Avenue. Staff recommends approval.
After audience participation the **PUBLIC HEARING CLOSED @ 6:35 p.m.**

Public Hearing
ULDC Amendment

**PUBLIC HEARING OPENED: 6:35 p.m.**
**Item #12.  Amendment to Unified Land Development Code Section 6.01.06:** The intent of this Ordinance is to remove State required concurrency management language as it pertained to roads from the City's Unified Land Development Code. Proportionate Fair Share is no longer required by the State, which enables the City to develop its own preferred method of collecting funds to help offset impacts on transportation facilities.
There was no audience participation and the **PUBLIC HEARING CLOSED @ 6:36 p.m.**

Public Hearing
ULDC Amendment

**CONSENT AGENDA:**
**Item #13. Minutes:**  10/12/15 – Regular Meeting

**Item #14.  Cancel 11/24 & 12/22 Commission Meetings:**

**Item #15.  Minor subdivision, MS-15-2, Jeremy Millirons, Virginia Ave. & 4th Street:** The applicant owns the property located at the corner of Virginia Ave. & 4th Street. The parcel consists of three 50' x 150' lots. Mr. Millirons would like to split the middle lot, so that he can create two 75' x 150' lots.

**Item #16.  Approving the purchase of a bush ax mower from Alamo Industrial in the amount of $127,732:**

**Item #17.  Approving the purchase of a garbage truck from National Auto Fleet Group in the amount of $245,714:** Staff recommends approval to purchase a new garbage truck for $245,714 – which includes a $10,000 trade-in for the City's 2001 Mac MR690S rear loader garbage truck.

Consent Agenda

Motion by Commissioner Schad:  To approve the Consent Agenda as presented.
Second to the motion: Commission Ashbrook.

**City Commission Meeting Minutes of October 27, 2015**
**Page Four**

On Vote:      Schad:         aye
              Friend:        aye
              Barnes:        aye
              Ashbrook:      aye
              Anderson:      aye              Motion passed:  5-0

**OLD BUSINESS:**
**Item #18.   Second and final reading of Ordinance 1006, Small Scale Plan**
**Amendment, SSA-15-4, James Finch & Associates, 1408 Georgia Ave., Industrial**
**to Commercial:**  City Manager Schubert read Ordinance 1006 by title only.  This was
the second and final reading.                                                   Ord 1006

              Motion by Commissioner Schad:  To approve as presented.
              Second to the motion: Commissioner Barnes.
On Vote:      Schad:         aye
              Friend:        aye
              Barnes:        aye
              Ashbrook:      aye
              Anderson:      aye              Motion passed:  5-0

**Item #19.   Second and final reading of Ordinance 1007, Small Scale Plan**
**Amendment, SSA-15-5, James Finch & Associates, 1411 Alabama Ave., Mixed**
**Use to Commercial:**  City Manager Schubert read Ordinance 1007 by title only.  This
was the second and final reading.                                               Ord 1007

              Motion by Commissioner Barnes:  To approve as presented.
              Second to the motion: Commissioner Schad.
On Vote:      Barnes:        aye
              Ashbrook:      aye
              Schad:         aye
              Friend:        aye
              Anderson:      aye              Motion passed:  5-0

**Item #20.   Second and final reading of Ordinance 1008, Small Scale Plan**
**Amendment, SSA-15-6, James Finch & Associates, Parcel #10213-025-000,**
**contiguous to 1408 Georgia Ave., on the south:**  City Manager Schubert read           Ord 1008
Ordinance 1008 by title only.  This was the second and final reading.

              Motion by Commissioner Schad:  To approve as presented.
              Second to the motion:  Commissioner Ashbrook.



**City Commission Meeting Minutes of October 27, 2015**
**Page Five**

On Vote:        Schad:          aye
                Friend:         aye
                Barnes:         aye
                Ashbrook:       aye
                Anderson:       aye                  Motion passed: 5-0

**Item #21.   Second and final reading of Ordinance 1009, Amendment to the Comprehensive Plan, Proportionate Fair Share Transportation Mitigation:** City Manager Schubert read Ordinance 1009 by title only.  This was the second and final reading.

        Ord 1009

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion:  Commissioner Ashbrook.

On Vote:        Schad:          aye
                Friend:         aye
                Barnes:         aye
                Ashbrook:       aye
                Anderson:       aye                  Motion passed: 5-0

**Item #22.  Second and final reading of Ordinance 1010, Amendment to the ULDC Section 2.02.06, Section 4.02.01, Section 4.02.02 and Section 4.06.03:** City Manager Schubert read Ordinance 1010 by title only.  This was the second and final reading.

        Ord 1010

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion:  Commissioner Barnes.

On Vote:        Schad:          aye
                Friend:         aye
                Barnes:         aye
                Ashbrook:       aye
                Anderson:       aye                  Motion passed: 5-0

**Item #23. Second and final reading of Ordinance 1011, Amendment to ULDC Section 6.01.06:** City Manager Schubert read Ordinance 1011 by title only.  This was the second and final reading.

        Ord 1011

        Motion by Commissioner Barnes:  To approve as presented.
        Second to the motion:  Commissioner Ashbrook.

On Vote:        Barnes:         aye
                Ashbrook:       aye
                Schad:          aye
                Friend:         aye
                Anderson:       aye                  Motion passed: 5-0

**City Commission Meeting Minutes of October 27, 2015**
**Page Six**

**Item #24.  Public Commentary:**                                   Public Commentary
Ms. Laura Johnson commented on golf cart use & insurance liability.
Mr. Donald Lanier commented on his water bill and his utility deposit.
Mr. Dane Messick commented on traffic problems and lack of enforcement by the
Police Department.
Mr. Scott Deal commented on the golf cart issue; he suggested the City approve them.
Mr. Dan Johnson commented on the use of golf carts.
Ms. Nancy Singleton commented on the home ownership of Commissioner Friend.
Mr. Leon Miller suggested improvements to the intersection of 26th Street & East Ave.

There was no further business to discuss and the meeting was ***adjourned at 7:17 p.m.***          Adjourn

**APPROVED THIS** _____10th_____ **DAY OF** _November_ 2015.

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker

The City Commission held no workshop prior to this meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### NOVEMBER 10, 2015 – 4:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Katlyn Anglin

Mayor Anderson called the meeting to order and Pastor Adam Beach gave the Invocation. | Call To Order
The Pledge of Allegiance followed.

**Item #3. Mayor's Report:** Mayor Anderson wished her Mom, who is in the audience, a | Mayor's Report
Happy Birthday; there will be a "Plainair Arts" sponsored by Roberts Hall on Saturday –
November 14, 2015; Mayor Anderson reported that she will be attending the FLC Legislative
Conference in Orlando on Nov. 18.

**Item #4. Commissioner's Report:** | Commissioner's
Commissioner Schad commended Public Works for their work on the ditches – he received no | Report
complaints during the rain event a few days ago.
Commissioner Ashbrook reported the he will be bringing to the Commission, at the next
meeting, a report from the TPO regarding area roads.
Commissioner Friend reported that he attended the LHES Veteran's Day celebration and he
really enjoyed it; he thanked all Veteran's for the many sacrifices they have made; attended
the MPOAC meeting – working on forming a committee for Rails to Trails
Mayor Anderson recognized all Veteran's in the audience for their service.
Commissioner Barnes reported that Haney had their Veteran's Day luncheon today & thanked
Officer Katlyn Anglin for singing the National Anthem.

**Item #5. City Manager's Report:**        *A. Employee of the Month – October:* | City Manager's
Officer Ryan Houk, Police Department, was awarded the EOM award for his hard work and | Report
dedication to the City.

**Item #6. City Attorney's Report:** No report. | City Attorney's
| Report

Commissioner Schad thanked all Veteran's, past & present, for their service to our Country;
he's very proud of our community for recognizing these people. He also stated that we should
be thankful for all that we have.

City Commission Meeting Minutes of November 10, 2015
Page Two

CONSENT AGENDA:

Item #7. Minutes:    10/27/2015 – Regular Meeting

> Motion by Commissioner Barnes:   To approve the minutes as presented.
> Second to the motion: Commissioner Schad.

*Motion was withdrawn by Commissioner Barnes; second to the motion was withdrawn by Commissioner Schad.*

Item #8.  Reappointment of General Employees' Pension Board Member Pamela Kidwell:

Item #9.  Appointment of new Planning Commission members:
Michael Cross and Karen Parham

Item #10.  Approval of surplus property list for disposal:

| Description | Serial Number |
|---|---|
| 2000 Chevy 3500HD Bucket Truck (needs transmission & bucket repairs) | 1GBKC34J6-YF456666 |
| 2001 Sterling Trash Truck, 143,600miles (engine problems) | 2FZAASBVQ1A- J34344 |
| 2005 Ford Ranger Pickup Truck, 135,000 miles (coolantleaks) | IFTYR10EXP-5PA67598 |
| 2004 Ford Ranger Pickup Truck, 136,300 miles | IFRYRIOE0-4PA90905 |
| John Deere Mower, 48" cut (engine runs –numerous other problems) | GXLI30AI21850 |
| 2000 Jacobsen Textron Mower (doesn't run) | 670174708 |
| Smithco Field Rake 13550B (doesn't run) | 5585 SMITHCO |
| Landpride Mower, 96" cut (rusted and in poor condition) | 377703 |
| Field Sprayer (doesn't run) | WP-1000 |
| John Deere Backhoe #410B (runs but has numerous problems) | T0410BB721664 |
| Continental Motors engine Model #F245 (removed from well #2, 50+ years old) | Spec #5001 |

Item #11.  Approval of Memo of Understanding with GovDeals for the sale of surplus property: Staff recommends approval of an Online Auction Memo of Understanding with GovDeals allowing the sale of surplus property through their online auction website. Chapter 2, Section 7.b. of the City's Procurement Policy allows the City to sell surplus property using an Internet auction site. Staff would like .to begin utilizing GovDeals for disposal of surplus property. GovDeals is successfully ·used by numerous City and County purchasing offices throughout the Florida Panhandle. They also have a local representative that lives and works out of Bay County who is available to assist us with hands on training and assistance when needed. The term of the agreement is one **(1)** year. This is a non-exclusive agreement that still allows the City to use other means of disposing of surplus property, provided that a particular piece of property is not being advertised on GovDeals at the same time.

Item #12.  Approval of Memo of Understanding with Big Bend Community Based Care, Inc. regarding investigation and recovery of missing children:

DEF'S EX 51_104

---

Margin notes:

Consent Agenda Minutes

General Pension Board
Pamela Kidwell
Planning Board
Appointments
Surplus Property
Disposal

GovDeals
MOU

MOU
Big Bend
Community
Based Care, Inc.



**City Commission Meeting Minutes of November 10, 2015**
**Page Three**

Big Bend Community Based Care, Inc. works with the Florida Department of Children and Families to place children in foster homes either on a temporary or permanent basis. From time to time these children will run away. The MOU is to clarify roles, responsibilities and information sharing requirements as they relate to rep01iing, investigation and recovery of these children. The MOU is also intended to enhance collaborative efforts and strengthen existing service efforts in order to ensure the location and return of these missing children to a safe environment as quickly as  possible.

**Item #13.  Award of bid for emergency generator at Police/Fire Station #1:** The City currently has a grant from the Florida Division of Emergency Management for the purchase and installation of an emergency generator for the City's Police/Fire. Station # **1**, 1412 Pennsylvania Avenue. While there  is a generator on site now, it is much  smaller and is sized  to  only run the dispatch area and other limited areas within the building. The proposed generator will run the entire building including heat/air systems in the event of a power outage. Staff recommends awarding Bid No. 15/16-1 to Jerry Pybus Electric, Inc. as the lowest responsible bidder contingent upon review and approval of the contract agreement by the State of Florida Division of Emergency Management.

Emergency Generator Police/Fire Station #1

**Item #14.  Discussion and possible action regarding approval of FDOT Maintenance Agreement for the South Gateway Monument:** This maintenance agreement is for the proposed South Gateway Monument to be installed at the southeast corner of Hwy 77 and East 17th Street. The new gateway monument will be located within the FDOT Right-of-Way and therefore requires the approval of a maintenance agreement with FDOT.  Staff recommends approval of the proposed  agreement as presented.

FDOT Maintenance Agreement South Gateway Monument

Motion by Commissioner Schad:  To approve the Consent Agenda as presented.
Second to the motion:  Commissioner Barnes.

Mr. Richard Walker commented on the maintenance agreement for the South Gateway Monument.

On Vote:       Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:       aye
               Anderson:       aye              Motion passed:  5-0

**OLD BUSINESS:**
**Item #15.  Discussion and possible action regarding amendments to the current golf cart ordinance:**  Mayor Anderson would propose to expand to include the CRA area, all neighborhoods with speed at 25mph or less and a handicap designation to cross Bailey bridge.

Golf Cart Ordinance

**City Commission Meeting Minutes of November 10, 2015**
**Page Four**

Commissioner Friend stated that he supports expanding the golf cart area, however, he is uncomfortable w/Bailey Bridge - the bridge is very busy; Mr. Friend stated that he is also nervous about the crossing of major roads.

Commissioner Barnes does not support expanding the area; crossing HWY 77 is dangerous.

Commissioner Schad stated that he has received numerous comments from the citizens who do not support this expansion; he feels he cannot support it in good conscience.

> Motion by Commissioner Barnes:   To reject the proposed changes as presented.
> Second to the motion:  Commissioner Schad.

Mr. Dane Messick wanted to publicly apologize for comments he made at the last meeting regarding the LHPD; he stated that he downgraded the Police Department and he is very sorry for doing that.

After lengthy audience participation on the golf cart issue the following vote was made:

On Vote:     Barnes:        aye
             Ashbrook:      aye
             Schad:         aye
             Friend:        no
             Anderson:      no          Motion passed:  3-2

**NEW BUSINESS:**
**Item #16.  Discussion and possible action regarding approval of the application for Development Order 15-6, Wayback Burgers/Marco Pizza (quasi-judicial hearing):** `DO 15-6 Wayback Burgers/ Marco Pizza`
City Attorney Jackson stated that this is a quasi-judicial hearing and all affected parties should be sworn in at this time. *City Attorney Jackson asked if the Mayor/Commission had any ex-parte communication – they had none.* The applicant is requesting Development Order approval to construct two restaurants upon this 0.611+/- site, along with supporting stormwater facilities, parking, and landscape buffering. The site consists of three parcels which extend from 17th to 18th Street on the east side of SR 77, across from the Urgent Care Center. The first proposed restaurant is a 1,860 sq. ft. Wayback Burger restaurant, and the second is a 1,800 sq. ft. Marco's Pizza restaurant. The applicant will be mitigating for the trees which are being removed from the site. The site is within the Corridor Overlay layer, and therefore has to meet additional site and building design standards as set out in the Unified Land Development Code.

> Motion by Commissioner Schad: To approve as presented.
> Second to the motion:  Commissioner Ashbrook.

Ms. Janet Walker commented on this development.
Mr. Richard Walker commented on this development.

City Commission Meeting Minutes of November 10, 2015
Page Five

**Item #17.   Discussion and possible action regarding approval of Arbor Trace Agreement:** Approve Arbor Trace II, LLC (Arbor) payment for Impact Fees in the amount of $600,000 to allow construction to build with the understanding that the City is doing an Impact Fee Development Study & Analysis with Burton & Associates that should be complete within 60-90 days; if the Analysis shows additional fees to be paid, Arbor Trace II, LLC, will pay the City these adopted fees within a year of the new fees being adopted.

Arbor Trace Agreement

       Motion by Commissioner Ashbrook:  To approve as presented.
       Second to the motion: Commissioner Barnes.

On Vote:    Ashbrook:    aye
            Schad:        aye
            Friend:       aye
            Barnes:      aye
            Anderson:    aye           Motion passed:  5-0

**Item #18.  Resolution 2015-11-633, FY 2014/2015 year end amended budget:** City Manager Schubert read Resolution 2015-11-633 by title only.

Res. #2015-11-633
FY 2014/2015
Amended Budget

       Motion by Commissioner Schad:  To approve as presented.
       Second to the motion: Commissioner Ashbrook.

City Manager Schubert that there were no transfers between the Enterprise/General Fund this year; kudos to all involved.
Commissioner Friend commended City Manager Schubert for his hard work.
Commissioner Ashbrook commended City Manager Schubert on his fiscal acumen.

On Vote:    Schad:        aye
            Friend:       aye
            Barnes:      aye
            Ashbrook:    aye
            Anderson:    aye           Motion passed:  5-0

**Item #19.   Resolution 2015-11-634, acquisition and sale of the Fuel Depot property:**  City Manager Schubert read Resolution 2015-11-634 by title only.

Res. #2015-11-634
Fuel Depot Property

       Motion by Commissioner Ashbrook:  To approve as presented.
       Second to the motion: Commissioner Schad.

Commissioner Friend stated that this is an amazing opportunity for Lynn Haven; he is also excited about rails to trails.
Former Commissioner Frances Wittkopf was recognized in the audience for her work with rails to trails.
Commissioner Schad thanked Mr. Jerry Smithwick for his dedication to this project.

**City Commission Meeting Minutes of November 10, 2015**
**Page Six**

Commissioner Barnes thanked former Mayor Walter Kelley for his help on this project.

City Manager Schubert stated that this is a 184 acres; working with the USAF & Bluewater Development to transfer the property to Bluewater; property proposed to be on the tax rolls in 2016.

After lengthy audience participation the following vote was made:

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #20.  Public Commentary:**                                          Public Commentary
Mr. Virgil Duffell commented on traffic control devices.
Ms. Anita Samson asked that the commission meeting times be placed on the water bill; she commented on the golf cart issue.

There was no further business to discuss and the meeting was adjourned at 5:50 p.m.      Adjourn

**APPROVED THIS**   8ᵗʰ   **DAY OF**  Dec.   **2015.**

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker



The City Commission held no workshop prior to the meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### DECEMBER 8, 2015 – 4:00 P.M.

**Present:**    Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.  The Pledge of Allegiance was led by Jake Finch, LHES student.

Call to Order

Mayor's Report

**Item #3.  Mayor's Report:** Mayor Anderson reported that she attended the FLC Legislative Conference in Orlando on Nov. 20-21; she will be going to Tallahassee in January & Washington D.C. in March as a member of FAST; will meet w/ Matt Surrency, President of FLC, next week to discuss Regional Compact Initiatives & spearhead a meeting w/rural county Mayor's to discuss federal and state funding for paving/drainage of small cities & rural roads; will be participating in a 30 minute FLC conference call each Monday morning starting January 11, 2016; will participate in the Wreaths Across America ceremony on Saturday, Dec. 12; recognized Pearl Harbor Day; thanked Staff and others who participated in the tree lighting ceremony on Dec. 4; met w/local scientist and conservationist who is doing a research project for a full scale recycling plan; reviewing documents regarding 5yr – 10yr paving plan – receive so many emails/phone calls from citizens regarding paving; she believes we need to take a more comprehensive approach to paving & the City should use curb and gutter; contacted the engineering departments of several universities inquiring if there is an interest in partnership w/the City to research and offer research based solutions to paving and drainage with no cost to the City; met w/City Manager & developers of Bluewater Development inquiring about leaving the McMullin Library in the CRA District – Bluewater will meet w/Heritage and/or the Garden Club to discuss this issue; Mayor Anderson invited the residents and employees of the City to her Christmas Party at Roberts Hall on Dec. 11 – 6:00 p.m. – 9:00 p.m.

Commissioner's Report

**Item #4.  Commissioner's Report:**
Commissioner Schad wished everyone a Merry Christmas.
Commissioner Ashbrook attended the annual EDA event; TPO items include monies for adaptive lighting for traffic signals on HWY 77; HWY 389 & 26th Street intersection is in the FDOT/County budget for some construction to modify the intersection; Arthur Drive bridge construction to begin soon.
Commissioner Barnes wished everyone a Merry Christmas & Happy New Year.

DEF'S EX 51_109



**City Commission Meeting Minutes of December 8, 2015**
**Page Two**

Commissioner Friend attended the TPO – HWY 390 P&E study work in progress; re-appointed to represent the TPO through the MPOAC Board; attended the Christmas Tree Lighting – very good ceremony; attended the EDA annual event; would like to see special parking spots for Purple Heart recipients. Merry Christmas & Happy New Year.

**Item #5. City Manager's Report:**

    A. ***Reaffirmation of Proclamation – Wreaths Across America:*** City Manager Schubert read this proclamation in its entirety.

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion:  Commissioner Friend

On Vote:    Schad:     aye
             Friend:    aye
             Barnes:   aye
             Ashbrook: aye
             Anderson: aye           Motion passed:  5-0

    B. ***Employee of the Month – November:*** Angel Huerta, Purchasing Clerk, was awarded the EOM award for her hard work and dedication to the City.

Linda LuCante was recognized for her 21 years on the General Pension Board.

City Manager Schubert reported that he is working to set a meeting for next week to discuss the advisory board for the Main Street/CRA; he published the City's strategic plan in the Lynn Haven Ledger – he is proud of the City's accomplishments & staff; LHPD, in partnership w/BCSO, is sponsoring an activity – Christmas with the Cops – at Leisure Services on Dec. 18 – 5:00 – 8:30 p.m.
City Manager Schubert presented a short presentation on the Lynn Haven Bayou Park – a 91 acre waterfront park located on North Bay; this proposed park is a unique opportunity for conservation, restoration, education and passive recreation in Lynn Haven. The City is working with the Trust for Public Land to create this park.

**Item #6. City Attorney's Report:** No report.

**CONSENT AGENDA:**
**Item #7. Minutes:**   11/10/15 – Regular Meeting

**Item #8.  Approving the submittal of a FY2015 FEMA Assistance to Firefighters Grant application for the purchase of SCBA and air cylinders.** Staff is requesting Commission approval to submit a grant application for the purchase of 25 SCBA unit and 50 cylinders. The total proposed grant budget will be $193,500 of which the City must contribute 5% as matching funds.

City Manager's
Report

City Attorney's
Report
Consent Agenda
Minutes

FEMA FF Grant

**City Commission Meeting Minutes of December 8, 2015**
**Page Three**

**Item #9. Approving the purchase of a new trash truck from Ingram Equipment Company in the amount of $129,780.** Staff is recommending the purchase of this truck from Ingram Equipment Company in the amount of $129,780.

Trash Truck Purchase

**Item #10. Approving the purchase of two police vehicles from Auto Nation Chrysler Dodge Jeep Ram in the amount of $47,798.** Staff is recommending the purchase of two police patrol vehicles from Auto Nation Chrysler Dodge Jeep Ram in the amount of $47,798.00.

Police Vehicle Purchase

**Item #11. Approving the Memorandum of Understanding with Pinellas County Sheriff's Office for use of the Florida's Facial Recognition Network.** On November 30, 2015 we received a Memorandum of Understanding that will allow access to the Florida's Facial Recognition Network (FR-Net). This system will assist in investigative leads to assist with subject identification and/or verification.

MOU

**Item #12. Approving an Off System Project Agreement with the Florida Department of Transportation for the replacement of the Arthur Drive Bridge and request Federal money for the project.** These agreements will allow FDOT to build the bridge with Federal money and if not replaced soon the City will be responsible for the replacement with an estimated cost of $500,000. Under the current program the only cost the City will be responsible for is for cost over runs due to change orders or any unforeseen items.

Arthur Drive Bridge

**Item #13. Approving an Off System Maintenance Agreement with FDOT requiring the City to maintain the new Arthur Drive Bridge in perpetuity.**

Maintenance Agreement w/FDOT

> Motion by Commissioner Schad: To approve the Consent Agenda as presented.
> Second to the motion: Commissioner Ashbrook.

Mr. Richard Walker commented on the Arthur Drive bridge replacement.

On Vote:    Schad:       aye
            Friend:      aye
            Barnes:      aye
            Ashbrook:    aye
            Anderson:    aye          Motion passed: 5-0

**NEW BUSINESS:**

**Item #14. Discussion and possible action regarding the infrastructure contract with Phoenix Construction:** City Manager Schubert stated that staff is requesting that the infrastructure contract be extended for one year – the contract is a five year contract that will expire at the end of December 2015; the City has several on-going projects that we may or may not use the existing contract for. Staff will bid out the infrastructure contract at the end of the renewal year.

Infrastructure Contract – Phoenix Construction

> Motion by Commissioner Ashbrook: To approve as presented.
> Second to the motion: Commissioner Schad.



**City Commission Meeting Minutes of December 8, 2015**
**Page Four**

On Vote:        Ashbrook:        aye
                Schad:           aye
                Friend:          aye
                Barnes:          aye
                Anderson:        aye                    Motion passed:  5-0

**Item #15.  Resolution 2015-12-635, approving the temporary road closure of Arthur**        Res. 2015-12-635
**Drive for approximately 180 days during the repair of the bridge:**

                Motion by Commissioner Schad:  To approve as presented.
                Second to the motion:  Commissioner Ashbrook.

*After reading Resolution 2015-12-635 by City Manager Schubert Commissioner Schad &*
*Commissioner Ashbrook restated their motion.*

On Vote:        Schad:           aye
                Friend:          aye
                Barnes:          aye
                Ashbrook:        aye
                Anderson:        aye                    Motion passed:  5-0

**Item #16. Discussion and possible action regarding implementation of 2015 Cody &**        2015 Cody Study
**Associates salary study:**  City Manager Schubert presented the Cody Study to the
Commission; he stated that the merit raise system will be revamped; City's best asset is
staff; parity with other departments; parity with other employers; limit turnover and
successfully recruit workers; create a viable career ladder.  City Manager Schubert
presented the following recommendations:
   1) retitle a few positions
   2) adopt new pay ranges as listed in report (55 employees – $108,000 fiscal impact)
   3) revamp merit system 2016/2017; future years consider COLA
   4) $500 lump sum bonus to those who do not get a non-recurring pay increase

                Motion by Commissioner Ashbrook:  To accept the recommendations of the City
                Manager as presented.
                Second to the motion:  Commissioner Friend.

Commissioner Schad stated that he would like to see a policy where a salary study is
done every five years.
Commissioner Barnes agreed with Commissioner Schad; he does not want the City to be
a training ground & believes we should take care of our employees.
Commissioner Friend thanked City Manager Schubert for the salary study; amended his
second to the motion to include a policy to do a salary study every five years; stated that
Lynn Haven is a quality city with quality employees.

**City Commission Meeting Minutes of December 8, 2015**
**Page Five**

Mayor Anderson stated that her comments will not support the salary study and she is sorry it's happening three weeks before Christmas; when she ran for Office of Mayor one of her topics was salaries; great deal of disparity in the salary scale; study cost $12,000 & information was gathered from communities with a different tax base; has no problem with employees making less than $15 getting a gigantic raise; doesn't understand why the Fire Chief makes $50k less than the Police Chief; why Firefighters start at $10 an hour and Police Officer makes $16 per hour; wants to workshop w/input; totally against this study as it stands; need to .retitle, need to readdress, put in more descriptive job descriptions; take care of firefighters, police officers, people cleaning the ditches, utility workers – they can't live on what we are paying them & we are not paying them enough.

*Commissioner Schad amended his motion & Commissioner Friend amended his second to the motion to include a 5-year salary study and amend the budget to include the City Manger's recommendations.*

Commissioner Schad stated that a professional organization did the salary study; by using a professional organization it takes the bias out.

City Manager Schubert stated that most of the employees receiving an increase are the front line people – firefighters, police officers, utility workers.

Commissioner Friend stated that he relies on the study to compare our salaries to our peers; he supports this today & asked if the Mayor was working with the City Manager on the salaries that she believes are out of line and if she intended to workshop the item.

Mayor Anderson stated that the main thing lacking in the study is the descriptors.

Commissioner Barnes stated that job descriptions can be education and/or experience.

Ms. Monica Hood commented on the implementation of the salary study; she asked if it would be retroactive; people at the high end of their salary have worked for many years to get there.

Mr. Brad Yount commented on the salary study – he did not believe the City paid enough for the study.

Mr. Richard Walker commented on salaries; he believes the target of the Mayor when she was elected was a certain group of people who make over $100,000 a year – there was 16 & now there are 17; there is disparity between the top & bottom of the tier.

Mr. Bob Schultz wanted to know where the money was coming from to implement the study.

City Manager Schubert stated that it would come from the General Fund.

On Vote:   Schad:        aye
           Friend:       aye
           Barnes:       aye
           Ashbrook:     aye
           Anderson:     no

           Motion passed: 4-1

        DEF'S EX 51_113

**City Commission Meeting Minutes of December 8, 2015**
**Page Six**

**Item #17.   Public Commentary:**
Ms. Janet Walker commented on the residency of Commissioner Rodney Friend.
Commissioner Friend stated that he is meeting the Charter requirements.
Mr. Richard Walker commented on commission salaries; 17th Street ditch construction.
Mr. James Dean commended the LHPD for their professionalism – he is proud of the
Department and wanted to let them know.
Mr. Bob Schultz commented on commission salaries.

Public Commentary

There was no further business to discuss and the meeting was adjourned at 5:49 p.m.

Adjourn

**APPROVED THIS** _12th_ **DAY OF** _January_ 2015.

Margo Deal Anderson, Mayor

**ATTEST:**

Joel D. Schubert, City Manager

Prepared by Laurie Baker



The City Commission held no workshop prior to the meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### JANUARY 12, 2016 – 4:00 P.M.

**Present:**       Margo Deal Anderson, Mayor
             Antonius G. Barnes, Mayor Pro Tem/Commissioner
             Joseph Ashbrook, Commissioner
             Rodney Friend, Commissioner
             Roger Schad, Commissioner
             Joel B. Schubert, City Manager
             Robert C. Jackson, City Attorney
             Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Barnes gave the Invocation. The Pledge of Allegiance followed.

<span style="float:right">Call to Order</span>

**Item #3. Mayor's Report:** Mayor Anderson wished everyone a Happy New Year; reminder that second meeting of the month will be at 6:00 p.m.; would like to discuss recycling service options at the next meeting; possible discussion on the McMullin Library; commended City employees for their work during the holiday season.

<span style="float:right">Mayor's Report</span>

*A. Proclamation: Order of the Eastern Star Month:* Mayor Anderson read this proclamation in its entirety.

<span style="float:right">Proc.-Eastern Star</span>

            Motion by Commissioner Schad: To approve as presented.
            Second to the motion: Commissioner Barnes.
On Vote:       Schad:        aye
             Friend:       aye
             Barnes:       aye
             Ashbrook:     aye
             Anderson:     aye              Motion passed: 5-0

*B. Plaque presentation – Order of the Eastern Star:* A Key to the City was presented to the Order of the Eastern Star; an invitation was issued to the Mayor/Commission to attend a function on January 30, 2016 at the National Guard Armory - more information will be forthcoming.

<span style="float:right">Plaque Presentation Eastern Star</span>

**Item #4. Commissioner's Report:**
Commissioner Schad wished everyone a Happy New Year.
Commissioner Ashbrook thanked Leisure Services and City Manager Schubert for the maintenance/upgrades to the signs located on Hwy 389/390 marking the entrance to the Lynn Haven Business Park; provided pamphlets for an upcoming FDOT meeting on Tuesday, January 19, 2016 at United Methodist Church – discussion of Hwy 390 improvements.

<span style="float:right">Commissioner's Report</span>

DEFENDANT'S
EXHIBIT

**52**



**City Commission Meeting Minutes of January 12, 2016**
**Page Two**

Commissioner Barnes wished everyone a Happy New Year.
Commissioner Friend wished everyone a Happy New Year; will attend a MPOAC meeting on January 28th in Tallahassee.

**Item #5. City Manager's Report:** City Manager Schubert reported that the City received seven Purple Heart parking signs to be placed in key locations throughout the City; commercial incentives are being investigated for citizen/businesses affected by the Hwy 390 proposed expansion and will be brought to the Commission for review; wrote a letter to Representative Jay Trumball with concerns to expand Hwy 390 from Hwy 77 to Hwy 231.

> **A. *Employee of the Month – December 2015:*** Firefighter Martin McFaul was awarded the EOM award for his hard work and dedication to the City.

**B. *Supervisor of the Quarter – Oct./Dec. 2015:*** Lieutenant Joseph Bayba was awarded the SOQ award for his hard work and dedication to the City.

**Item #6. City Attorney's Report:** No report.

**CONSENT AGENDA:**
**Item #7. Minutes:** *12/8/2015 – Regular Meeting*
**Item #8. Appointment of Board of Adjustment member:** Staff recommends approval to appoint Mr. George Outlaw to the BOA.
**Item #9. Approval of preliminary plat for Shoreline Village Phase 1B – Villages at Mill Bayou, East Hwy 390 – D&H Properties:** This is a request by D & H Properties for Preliminary Plat approval for a portion of the Villages of Mill Bayou. Shoreline Village Phase IB will consist of 41 single-family lots on a 14.76-acreparcel, #11344- 000-000, located at 4121 Hwy 390.
**Item #10. Approval of Change Order #1 for Cast in Place (CIPP) Sewer Rehabilitation Program:** Approve change Order #1 to Gulf Coast Underground in the amount of $107,062.00 for additional work on the CIPP Sewer Rehabilitation Program.
**Item #11. Approval to submit Justice Assistance Direct Grant for the purchase of body worn cameras for the Police Department:** Approve submittal of a Federal Fiscal Year 2015 Edward Byrne Memorial Justice Assistance (JAG) Direct Grant application for the purchase of body worn cameras and authorize the Mayor to sign all associated application and award documents.

|  | Motion by Commissioner Schad:  To approve as presented. |  |
|---|---|---|
|  | Second to the motion: Commissioner Ashbrook. |  |
| On Vote: | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Anderson: | aye |  Motion passed:  5-0 |

Margin notes:
City Manager's Report

City Attorney's Report
Consent Agenda
Minutes
BOA Appointment

Plat Approval
Shoreline Village
Phase 1B

CIPP Change
Order
JAG Grant



**City Commission Meeting Minutes of January 12, 2016**
**Page Three**

**NEW BUSINESS:**
**Item #12. First Reading of Ordinance 1012, Small Scale Plan Amendment, SSA-16-1, Public/Institutional to Low Density Residential, 708 Iowa Ave.:** This is a request for a Small Scale Land Use Amendment from Public/Institutional to Low Density Residential for a 1.606 acre parcel, #09227-000-000, located at 709 Iowa Ave. The property is owned by the City of Lynn Haven. The property has previously been utilized by a civic club (Lions Club). The land use change is consistent with the applicable Policies of the City's Comprehensive Plan and surrounding land uses, which are primarily single-family residential.  City Manager Schubert read Ord. 1012 by title only.  This was the first reading and no action was required.

Ord. 1012

**Item #13.  Resolution 2016-01-636, 2016 Sales Tax Refunding:** Resolution Of The City Commission Of The City Of Lynn Haven, Florida Authorizing The Issuance By The City Of Lynn Haven, Florida Of Not Exceeding $4,300,000 In Aggregate Principal Amount Of Sales Tax Revenue Refunding Bonds, Series 2016 In Order To Provide Funds For The Purpose Of Refunding A Portion Of The City's Outstanding Sales  Tax  Revenue Refunding Bonds, Series 2005;Funding A Required Deposit To The Reserve Account Through Purchase Of A Reserve Account Insurance Policy; Pledging The Proceeds Of The Sales Tax Received By The City To Secure Payment Of The Principal Of and Interest On Said Bonds; Providing For The Rights Of The Holders Of Said Bonds; Providing For Certain Additional Matters In Respect To Said Bonds; And Providing For An Effective Date For This Resolution.  City Manager Schubert read Res. 2016-01-636 by title only.

Res. 2016-01-636

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Barnes.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #14.   Resolution 2016-01-637, Sales Tax Bond Supplement Refunding Resolution:**   Resolution Of The City Commission Of The City Of Lynn Haven, Florida Supplementing Resolution No. 2016-01-637 Of The City; Making Certain Covenants And Agreements In Connection With The Issuance Of The City's Sales Tax Revenue Refunding Bonds, Series 2016; Providing Certain Terms And Details Of Such Bonds, Including Authorizing A Negotiated Sale Of Said Bonds And The Execution And Delivery Of A Bond Purchase Contract With Respect Thereto Upon Compliance With Certain Parameters; Appointing The Paying Agent And Registrar With Respect To Said Bonds; Authorizing The Execution And Delivery Of An Official Statement With Respect Thereto; Authorizing The Execution And Delivery Of An Insurance Agreement And A Continuing Disclosure Certificate; And Providing An Effective Date. City Manager Schubert Read Res. 2016-01-637 by Title Only.

Res. 2016-01-637

DEF'S EX 52_003

**City Commission Meeting Minutes of January 12, 2016**
**Page Four**

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Ashbrook.

On Vote:  Schad:        aye
Friend:       aye
Barnes:       aye
Ashbrook:     aye
Anderson:     aye                    Motion passed:  5-0

**Item #15.  Public Commentary**:                                    Public Commentary
Ms. Nancy Bryzowski commented on the Lion's Club property.
Mr. Richard Walker wanted to know if the property was to be sold.
City Manager Schubert said yes.

There was no further business to discuss and the meeting was adjourned at 4:30 p.m.    Adjourn

**APPROVED THIS** _26th_ **DAY OF** _January_ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



The Lynn Haven City Commission held a workshop meeting on Monday, January 25, 2016, beginning at 6:00 p.m. in The Chambers (108 E. 9th St.). The purpose of the meeting was to hear a presentation from Candice Burgess regarding fracking, discuss proposed special events and discuss the Commission Meeting Agenda for 1/26/16. The Public was invited to attend. The workshop was adjourned at 7:16 p.m.

<div align="center">

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**JANUARY 26, 2016 – 6:00 P.M.**

</div>

**Present:**      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Joseph Ashbrook, Commissioner
              Rodney Friend, Commissioner
              Roger Schad, Commissioner
              Joel B. Schubert, City Manager
              Robert C. Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.  The Pledge of Allegiance followed.

Call To Order

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she will be out of town on February 8, 2016; working w/Matt Surrency, FLC, putting together a Mayor's Summit to address flooding in our area and take a resolution to the NLC in March.

Mayor's Report

> *A. Proclamation: Crossing Guard Appreciation Day: Mayor Anderson read this proclamation in its entirety. Willie Mae Stanley/Jean Chancey/Jan Infinger/Deborah Baxley were presented with certificates of appreciation.*

Crossing Guard Proclamation

**Item #4.  Commissioner's Report:**
Commissioner Schad would like to compliment the Road Department – the City has received quite a bit of rain recently with very limited, if any, flooding.
Commissioner Ashbrook reported that the FDOT meeting recently held was attended by a large number of people and he wanted to express his thanks to them as this is a big issue facing the people of Bay County – east corridor.
Commissioner Friend reported that the entire Team was present at the meeting and everyone is working hard on behalf of the residents of Lynn Haven; he will attend a MPOAC meeting in Tallahassee on Thursday.
Commissioner Barnes reported that he attended an EDA Investors meeting – Chairman Becca Hardin is working very hard to bring businesses to the area.

Commissioner's Report



**City Commission Meeting Minutes of January 26, 2016**
**Page Two**

**Item #5.  City Manager's Report:** City Manager Schubert reported that opening day of Spring Baseball is scheduled for January 27; Developer Agreement approved in Nov. 2015 included McMullin Library – the Developer has agreed to look at locating the library to Garden Club property by the Union Soldier; the Developer and the Heritage Committee will continue to work together on this issue.

City Manager's
Report

         Motion by Commissioner Schad:  To table Item #16 until 2nd meeting in February.
         Second to the motion:  Commissioner Ashbrook.
On Vote:     Schad:      aye
                Friend:     aye
                Barnes:    aye
                Ashbrook:  aye
                Anderson:  aye         Motion passed:  5-0

Mayor Anderson publicly thanked Mr. Don Jackson and Bluewater Development for working and listening to the citizens on the relocation of the McMullin Library.

**Item #6.  City Attorney's Report:**  No report.

City Attorney's
Report

**PUBLIC HEARING OPENED: 6:12 p.m.**
**Item #7. Small Scale Plan Amendment, SSA-16-1, Public/Institutional to Low Density Residential, 708 Iowa Ave.:**  This is a request for a Small Scale Land Use Amendment from Public/Institutional to Low Density Residential for a 1.606 acre parcel, #09227-000-000, located at 708 Iowa Ave. The property is owned by the City of Lynn Haven.  City Manager Schubert read Ordinance 1012 by title only.
After public participation the **PUBLIC HEARING CLOSED @ 6:17 p.m.**

Public Hearing
SSA-16-1
708 Iowa Ave

**CONSENT AGENDA:**
**Item #8. Minutes:**     1/12/2016 – Regular Meeting:
**Item #9.  Approval of lease renewal for Bay County Tax Collector, 801 Florida Ave.:**  In accordance with the terms and conditions stated in the lease agreement for Bay County's Tax Collector's Office, Bay County has elected to renew this lease for one additional one-year term at the same terms and prices, effective March 1, 2016.

Consent Agenda
Minutes
Lease Renewal
801 Florida Ave

         Motion by Commissioner Barnes:  To approve the Consent Agenda as presented.
         Second to the motion:  Commissioner Ashbrook.
On Vote:     Barnes:     aye
                Ashbrook:  aye
                Schad:      aye
                Friend:     aye
                Anderson:  aye         Motion passed:  5-0

        DEF'S EX 52_006



**City Commission Meeting Minutes of January 26, 2016**
**Page Three**

**OLD BUSINESS:**
**Item #10.   Second and final reading of Ordinance 1012, Small Scale Plan Amendment, SSA-16-1, Public/Institutional to Low Density Residential, 708 Iowa Ave.:**

Ord. 1012
708 Iowa Ave

|  | Motion by Commissioner Schad:  To approve as presented. | |
|--|--|--|
|  | Second to the motion:  Commissioner Friend. | |
| On Vote: | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Anderson: | aye |

Motion passed:  5-0

**NEW BUSINESS:**
**Item #11.   Resolution 2016-01-638, amending an established TND Administrative Exception Overlay District for Shoreline Village Phase 1C:** This is a request by D & H Properties for an Administrative Exception Overlay District for a portion of the Villages of Mill Bayou, Shoreline Village Phase 1. Shoreline Village Phase 1 (to include Phase 1C) had a Development Order approved in 2013. Phase 1C will consist of single-family lots and a recreation area on a 13.82-acre parcel, #11344-000-000, located at 4121 Hwy 390. The applicant is requesting an amendment to the original Development Order which was issued in 2013, but needs Commission approval to waive Section 4.05.05 of the City's Unified Land Development Code, in the form of an Administrative Exception Overlay District, per City Ordinance 980, to be able to proceed with that request.  City Manager Schubert read Resolution 2016-01-638 by title only.

Res. 2016-01-638
Overlay District
Shoreline Village
Phase 1C

|  | Motion by Commissioner Barnes:  To approve as presented. | |
|--|--|--|
|  | Second to the motion: Commissioner Ashbrook. | |
| On Vote: | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Schad: | aye |
|  | Friend: | aye |
|  | Anderson: | aye |

Motion passed:  5-0

**Item #12.   Discussion and possible action regarding approval of an amendment to the Development Order for Shoreline Village Phase 1C (DO-13-6):**  This is a request by D & H Properties for an Amendment to the Development Order for a portion of the Villages of Mill Bayou. Shoreline Village Phase 1C will consist of 51 single-family lots and a recreation area on a 13.82-acre parcel, #11344-000-000, located at 4121 Hwy 390. The original Development Order for the whole of Phase 1 was approved in 2013.

DO Amendment
Shoreline Village
Phase 1C

The applicant has indicated that there are three (3) areas from which they would like to deviate in Phase 1C:

1) The requirement for on-street parking – The applicant would like to waive this requirement
2) The lot sizes proposed on the original plans – Reduce lot sizes from 65' to 52'+
3) To be able to change from the asphalt base on the roads to a base that consists of eight (8) inches of limerock and two (2) inches of asphalt



**City Commission Meeting Minutes of January 26, 2016**
**Page Four**

City Attorney Jackson stated that this is a Quasi-judicial Hearing and all affected parties should be sworn in at this time; there was no ex-parte communication by the Mayor/Commission.

       Motion by Commissioner Ashbrook:  To approve as presented.
       Second to the motion:  Commissioner Friend.

Commissioner Schad stated that he has a problem with a limerock base & once the City accepts it they will have to assume the responsibility of repairs.  He would like to see something in the agreement that addresses repairs for a longer period of time.
Mayor Anderson concurs with Commissioner Schad; agrees with all item changes except the paving.  The Planning Commission voted 3-3 for this so the motion failed.
Commissioner Barnes stated that he agrees with Mayor Anderson; City should stick with asphalt.
Commissioner Friend asked that the Engineer and/or Bobby Baker address this issue.
City Manager Schubert stated that this has been approved in the entrance of the development and is an FDOT approved standard.  If the City is not going to support these standards we should address changes to our ULDC.
Mr. Bobby Baker reported that Phase I, boulevard, was done with the lime base; FDOT will accept a lime base, however, he prefers an asphalt base because of the issues of water. It is a cost savings to the Developer to use lime base.
Mr. Jon Slarski, Engineer, Preble-Rish, reported that FDOT has several approved construction base; appropriate construction techniques determines design life of roads.  FDOT has a design life for roads of twenty years.
Commissioner Schad stated that the City wanted a quality product in our City and implemented higher standards and does not want to see the City lower those standards that they have built on in the last several years.
Mr. David Barber, Project Manager, D&H Properties, stated that they would entertain a longer warranty/guarantee, possible 2-4 years.
Commissioner Schad asked how long a warranty D&H Properties would be willing to give.

Commissioner Friend to rescind his motion and restate the motion as "approving # I & #2 as presented and allow D&H Properties to bring back to the City #3.
Commissioner Ashbrook rescinds second to the motion.

Commissioner Ashbrook to rescind his motion and restate the motion as "approving #I & #2 as presented; require a 3 year warranty/bond from D&H Properties & allow City Manager Schubert to negotiate with D&H Properties.
Commissioner Friend rescinds second to the motion & reaffirms his second to the motion.

On Vote:      Friend:      aye
               Barnes:     aye
               Ashbrook:  aye
               Schad:      aye
               Anderson:  no             Motion passed:  4-1

**Item #13.  Resolution 2016-01-639, requesting a statewide ban on oil and gas extreme hydraulic fracturing, acid fracturing and any form of well stimulation for oil and gas in Florida:**  City Manager Schubert read this resolution by title only. Ms. Candace Burgess presented a presentation of "Fracking" to the public.

Res. 2016-01-639
Fracking

       Motion by Commissioner Friend:  To approve as presented.
       Second to the motion: Commissioner Ashbrook.



**City Commission Meeting Minutes of January 26, 2016**
**Page Five**

| On Vote: | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Schad: | no | |
| | Anderson: | aye | Motion passed: 4-1 |

**Item #14.  Discussion and possible action regarding Donation Agreement for Lynn Haven Bayou Park and Preserve:** City Manager Schubert stated that this is for the 91 acre park the City is partnering with FDEP and the Trust for Public Land. The construction should take approx. two years and at completion be turned over to the City.

LH Bayou Park/Prese
Donation Agreement

> Motion by Commissioner Ashbrook:  To approve as presented.
> Second to the motion:  Commissioner Schad.

City Attorney Jackson stated that he has some concerns with the Exhibit B, Deed Restrictions, and recommended that this be approved contingent upon satisfactory resolution of the Deed Restriction language.

The first/second motion was rescinded and restated as follows:

> Motion by Commissioner Ashbrook:  To approve as presented and include the recommendation of City Attorney Jackson.
> Second to the motion: Commissioner Schad.

| On Vote: | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #15.  Discussion and possible action regarding Property Addendum to the First Amendment and Restated Development Agreement, D&H Properties:** This agreement removes the 91 acre park from the Original Property that is to be transferred to the Land of Public Trust.

D&H Properties
Amendment to
DO

> Motion by Commissioner Schad: To approve as presented.
> Second to the motion: Commissioner Barnes.

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #16.  Discussion and possible action regarding additional special events for Fiscal Year 2015/2016:** Tabled.

Special Events

**City Commission Meeting Minutes of January 26, 2016**
**Page Six**

**Item #17. Public Commentary:**

Ms. Libby Tunnell thanked the Commission for moving the McMullin Library to a mutually acceptable location.

Mr. Richard Walker commented on the TND changes.

MR. Arlene Harrison asked about the Block Party.

Mayor Anderson stated that it is proposed for last weekend in May.

Ms. Cheryl Brown thanked the Mayor for inviting her to the meeting.

Mr. Kerry Odom addressed speeding on Arkansas Ave. between 9th & 13th Street.

City Manager Schubert & Public Works Director Bobby Baker will look into the issue.

There was no further business to discuss and the meeting was adjourned at 7:40 p.m.

**APPROVED THIS** _____ 9th _____ **DAY OF** _ Feb. _____ **2016.**

for _____ Mayor Pro Tem
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



There was no workshop prior to this meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### FEBRUARY 9, 2016 – 4:00 P.M.

**Present:**     Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Pro Tem Barnes called the meeting to order and Reverend Craig Carter gave the Invocation.  The Pledge of Allegiance followed.                                                                 Call to Order

Motion by Commissioner Schad:  To excuse Mayor Anderson from the meeting.
Second to the motion:

On Vote:     Schad:          aye
Friend:          aye
Ashbrook:      aye
Barnes:          aye                      Motion passed:  4-0

**Item #3.  Mayor's Report:**  Mayor Pro Tem Barnes reported that he read to students at                 Mayor's Report
LHES February 5; he stated that it was a joy to be back in the classroom & mentoring
with the students.

**Item #4.  Commissioner's Report:**                                                                                      Commissioner's
Commissioner Friend reported that he attended the MPOA meeting for the TPO; went                 Report
over legislation items & a presentation by FDOT – if anyone would like more
information let him know.
Commissioner Ashbrook reported that he attended a meeting w/District Secretary of
FDOT & staff to discuss Hwy 390 widening project & the City's concerns.

**Item #5.  City Manager's Report:**  City Manager Schubert gave kudo's to the Fire                 City Manager's
Department for maintaining, with limited damage, a house fire last night; the City has                 Report
over 33 Community Worker's working w/Leisure Services & Public Works – these are
not violent felons or sexual predators; Baseball Opening Ceremonies is scheduled for
February 27, 2016 @ 9:00 a.m. on Field 5; Mayor Anderson expressed concerns for
Items #9 &#10.



**City Commission Meeting Minutes of February 9, 2016**
**Page Two**

    *A.*  *Employee of the Month – January 2016:* Steve Enfinger, Investigator, LHPD, was awarded the EOM award for his hard work & dedication to the City.

<u>**Item #6.**</u>  <u>**City Attorney's Report:**</u> No report.

City Attorney's Report

    Motion by Commissioner Ashbrook:  To address each item under the Consent Agenda individually.
    Second to the motion: Commissioner Schad.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | Motion passed: 4-0 |

**CONSENT AGENDA:**
<u>**Item #7. Minutes:**   **1/26/2016 – Regular Meeting:**</u>

Minutes

    Motion by Commissioner Ashbrook: To approve as presented.
    Second to the motion: Commissioner Schad.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | Motion passed: 4-0 |

<u>**Item #8. Cancel City Commission Meetings for March 8 & August 23 due to Early Voting Presidential Primary and reschedule the Nov. 8 meeting to Nov. 9 due to Election:**</u>

Canx. Mtg

    Motion by Commissioner Friend:  To approve as presented.
    Second to the motion: Commissioner Ashbrook.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Barnes: | aye | Motion passed: 4-0 |

<u>**Item #9. Approval of Engineering Task Order to Panhandle Engineering in the amount of $32,500 for the 2016 paving improvements:**</u> The City recently completed a City Wide Roadway Pavement Evaluation which identifies roadways and their conditions. Based on the recent report, engineering recommendations and available funds it was determined to address Mosley Drive from Highway 77 to the east side of Mosley school and Michigan Avenue from 5th Street to 9th Street. Engineering for the work is due to the necessary drainage improvements needed and establishing a design standard for the City for other roads that have the same failure   conditions. City Manager Schubert stated that Mayor Anderson told him she disagrees with the amount requested.

PHE Task Order Paving



**City Commission Meeting Minutes of February 9, 2016**
**Page Three**

|  | Motion by Commissioner Schad: To approve as presented. | | |
|---|---|---|---|
|  | Second to the motion: Commissioner Ashbrook. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Ashbrook: | aye | |
|  | Barnes: | aye | Motion passed: 4-0 |

**Item #10.  Approval of Engineering Task Order to Panhandle Engineering in the amount of $51,500 for the 7th Street sewer improvements:** The City oldest sewer mains dating back to 1927 are in desperate need of repair due to infiltration and deterioration and have always been the highest priority from the Utility Division. The City has the opportunity to apply for CDBG funding to assist in the cost but in order to qualify with the necessary points all Engineering must be completed before application. Submittal for the application is in the fall of 2016 so engineering would need to be started as early as possible. Current funding for the Engineering work is not in the budget and a midyear adjustment would be needed. If the funding does not get approved with the CDBG grant the plans can still be used when other funds become available. City Manager Schubert stated that Mayor Anderson told him she disagrees with the amount.

PHE Task Order Sewer

|  | Motion by Commissioner Ashbrook: To approve as presented. | | |
|---|---|---|---|
|  | Second to the motion: Schad. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Ashbrook: | aye | |
|  | Barnes: | aye | Motion passed: 4-0 |

**Item #11.  Approval of Service Agreement #1 with Bay Environmental, Inc. for sludge removal from the City's advanced wastewater treatment plant:** The City currently has a service agreement with Bay Environmental, Inc. for the ongoing removal and proper disposal of sludge from our Advanced Wastewater Treatment Plant. Sludge is removed and disposed of as needed and the City is charged $59.2307 per 1000 gallons. The contract was originally written as a one (1) year contract with a one (1) year renewal option. Bay Environmental, Inc. has requested to exercise their renewal option, thereby extending their original agreement to April 30, 2017. Staff recommends approving Amendment #1 exercising the optional one-year renewal, commencing May 1, 2016 and terminating on April 30, 2017. All other terms of the agreement will remain    the same.

Sludge Removal

|  | Motion by Commissioner Schad: To approve as presented. | | |
|---|---|---|---|
|  | Second to the motion: Commissioner Ashbrook. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Ashbrook: | aye | |
|  | Barnes: | aye | Motion passed: 4-0 |

**City Commission Meeting Minutes of February 9, 2016**
**Page Four**

<u>**Item #12.  Approval of the purchase of a new high efficiency by-pass pump in the amount of $44,580 for use in the water and sewer department:**</u>  The purchase of a high efficiency by-pass pump for the Water Department is included in the current budget. Staff has selected a 2016 Thompson Pump, Model 4JSCM-DIST-4LE2T-MC, 4" trailer-mounted, high efficiency by-pass pump. This pump is used to by-pass large water and sewer mains in order to accomplish repairs. The purchase will be made utilizing the Florida Sheriffs Association Contract, Bid Number 15-13-0904. The Florida Sheriffs Association offers statewide purchasing contracts on a variety of vehicles, equipment and services that are available to all eligible agencies. Staff is recommending the purchase   of this by-pass pump from Thompson Pump in the amount of $44,580.

<div style="margin-left:2em">

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Ashbrook.
</div>

On Vote:      Friend:          aye
                    Ashbrook:     aye
                    Schad:          aye
                    Barnes:          aye              Motion passed:  4-0

**NEW BUSINESS:**
**Item #13.  Resolution 2016-02-640, amending the City's Purchasing Procedural Guide:**  City Manager Schubert read this by title only.  Staff is requesting approval of Resolution No. 2016-02-640 amending the City's Purchasing Procedural- Guide with the following changes:

1.  **Chapter 20:** Local Vendor Preference - The Local Vendor Preference will continue to be offered to businesses within Bay County. It will also continue to give a Local Based Vendor with a local principal office a 5% evaluation credit and a Local Vendor whose principal office is elsewhere a 2.5% evaluation credit. Staff is proposing a change to the current language to clarify the process and make it less cumbersome.
2.  **Chapter 21:** Federal Contract Provisions –  inclusion of procedures required when the City uses federal funding for the purchase of commodities or services. These include a search of the federal government's System for Award Management to determine if a potential vendor has been excluded from performing on federally related contracts, and a Conflict of Interest Questionnaire that must be completed by all City members having a role in the purchase of a commodity or service using federal funds.

<div style="margin-left:2em">

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Friend.
</div>

Pump Purchase

Res. 2016-02-640

**City Commission Meeting Minutes of February 9, 2016**
**Page Five**

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Ashbrook: | aye | |
| | Barnes: | aye | Motion passed: 4-0 |

**Item #14.  Public Commentary:**

Ms. Judy Tinder, Victoria's Last Bite, code enforced for non-conforming sign per City sign ordinance; she asked that the City review the policy.

Mayor Pro Tem asked that Ms. Tinder contact the City Manager to discuss this issue.

City Manager suggested Ms. Tinder contact him to discuss this issue; he is concerned with keeping the City clean and it is an on-going problem with temp signs.

Ms. JoAnn Naverette stated that temp signs provide new businesses with exposure.

Mr. Mark Naverette stated that he was concerned with large truck using the roadways; he suggested that designated truck routes be established.

*Public Commentary*

There was no further business to discuss and the meeting was *adjourned at 4:36 p.m.*

*Adjourn*

APPROVED THIS _____23_____ DAY OF *February* 2016.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 52_015

The Lynn Haven City Commission held a workshop meeting on Tuesday, February 23, 2016 at 5:00 p.m. In The Chambers, 108 E. 9th Street. The purpose of the workshop was to discuss additional, proposed special events for the 2015/2016 Fiscal Year. The public was invited to attend. The meeting was **adjourned at 5:45 p.m.**

**Present:**      Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Katlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.   The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:** Mayor Anderson reported she had the pleasure on Feb. 12, 2016 participating in a Valentine's program at LHUMC; this past weekend she was in Washington DC visiting her granddaughters; attended the Military Affairs

Mayor's Report

    A. **Proclamation:  Publix Appreciation Day February 29, 2016** – Mayor Anderson read this proclamation in its entirety.
    B. **Proclamation:   Clean-Up, Paint-Up, Fix-Up Month** – City Manager Schubert read this proclamation in its entirety.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Barnes.

| On Vote: | | |
|---|---|---|
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Ashbrook: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

**Item #4.  Commissioner's Report:**
Commissioner Schad reported that he attended the Military Affairs Change of Command ceremony; attended a Chamber function that recognized CEO's in the community.
Commissioner Ashbrook had no report.
Commissioner Barnes had no report.
Commissioner Friend reported a TPO meeting is scheduled for tomorrow; he recognized TPO members in the audience; toured the Bethel Village facility – very good program.

Commissioner's Report

**Item #5.   City Manager's Report**: City Manager Schubert reported that there would be no Commission Meeting on March 8, 2016; Opening Ball Day Ceremony @ 9:00 on Field 5 @ Lynn Haven Recreation – many activities are planned;

City Manager's Report



**City Commission Meeting Minutes of February 23, 2016**
**Page Two**

working w/Code Enforcement & Planning regarding signs – plans to bring language to the Commission at last meeting in March.

Agenda Add:  Item #15A. Discussion and possible action to approve a resolution to apply for a grant for City sidewalks w/FDOT.

**Item #6.  City Attorney's Report:**  City Attorney Jackson reported that the south monument sign placement issue brought to the Commission by a citizen last meeting lies completely in the ROW and the City has an agreement w/FDOT to place the sign in the location submitted.

**CONSENT AGENDA:**
**Item #7. Minutes:**  2/9/16 – Regular Meeting
**Item #8.  Approval of Right-of-Way Use Agreement for Roy Chester Wilson, 105 E. 17th Street:**  ROW means the Northern half of the unopened 60 ft Westside Avenue Right of Way according to the South Side Plat (1944). Bay County Plat Book 3, Page 7, that is adjacent to 105 E 17th Street, Lynn Haven. Florida, and East of the fence line of any development.
**Item #9.  Approval of Right-of-Way Use Agreement for Debra L. Richlin, 106 E. 18th Street:**  ROW means the Southern half of the unopened 60 ft Westside Avenue Right of Way according to the South Side Plat (1944), Bay County Plat Book 3, Page 7, that is adjacent to 106 E 18th Street, Lynn Haven, Florida, and East of the fence line of any development
**Item #10.  Approval of Final Plat for the Villages of Mill Bayou, Shoreline Village, Phase 1-B, DO-13-6:**  This is a request by D & H Properties for Final Plat approval for a portion of the Villages of Mill Bayou.  Shoreline Village Phase IB will consist of 41 single-family lots on a 14.76-acre parcel, # 11344-000- 000, located at 4121 Hwy 390.
This is the second of four (4) phases in Shoreline Village. The land use on the site is Traditional Neighborhood Development (TND). The property is currently vacant. The Preliminary Plat came before the Commission and was approved on January12, 2016. The proposed plat is consistent with City standards, including those specific to the TND land use district.

                    Motion by Commissioner Schad:  To approve as presented.
                    Second to the motion:  Commissioner Barnes.

City Manager Schubert reported that he has worked with the property owners & the developers (WayBack Burgers/Marco Pizza) to come to an amicable solution regarding buffer issues; he thanked all parties involved for working to reach this conclusion.
Ms. Debra Richlin, property owner, thanked the Mayor, City Manager and everyone else involved for working to reach this conclusion.

City Attorney's
Report

Consent Agenda



**City Commission Meeting Minutes of February 23, 2016**
**Page Three**

Mr. Roy Wilson thanked the Commission and City Manager Schubert, however, he felt he had not been afforded consideration for caring for the property for 50 years.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**NEW BUSINESS:**
**Item #11.  Presentation by Elizabeth Beam, Arcadis U.S., Inc. regarding CR390 (East 14th Street) from SR77 (Ohio Ave.) to SR75 (US 231):** Ms. Sherry Alaghemand, FDOT, gave a presentation regarding the Hwy 390 long range improvements.

FDOT
Presentation

**Item #12.  First reading of Ordinance 1013, Annexation, Fuel Depot Parcel "B":** City of Lynn Haven & Bluewater Development Partners, as applicant, have requested voluntary annexation into the City limits of Lynn Haven the Property referred to as "Parcel B", with the approval of current owners The United States Air Force (USAF). The property is approximately 93.87± acres and is located on the property referred to as the "Lynn Haven Fuel Depot". The property is contiguous to property lying within the City limits and it will not create an enclave.  City Manager Schubert read this Ordinance by title only.  This was the first reading and no action was required.

Ord. 103
Annex. Fuel
Depot
Parcel B

**Item #13.  First reading of Ordinance 1014, Annexation, Fuel Depot Parcel "C":** City of Lynn Haven & Bluewater Development Partners, as applicant, have requested voluntary annexation into the City limits of Lynn Haven the Property referred to as "Parcel C", with the approval of current owners The United States Air Force  (USAF). The property is approximately 49.81± acres and is located on the property referred to as the "Lynn Haven Fuel Depot". The property is contiguous to property lying within the City limits and it will not create an enclave.  City Manager Schubert read this Ordinance by title only. This was the first reading and no action was required.

Ord. 1014
Annex. Fuel
Depot
Parcel C

**Item #14.  Discussion and possible action regarding additional, proposed special events for Fiscal Year 2015/16:** Mayor Anderson stated that, after the workshop to discuss proposed additional special events, the following events are to be added:  1) Spring Festival of the Arts & Azalea Trail – 2nd Saturday of March on Florida Ave.; Hermit Crab Festival – 3rd Saturday in June; Oktoberfest – last Saturday in September; Lynn Haven Christmas Parade – parade in the morning (same day as the downtown parade) on Florida Avenue; Old Fashion Christmas on Florida Ave.

Special Events



**City Commission Meeting Minutes of February 23, 2016**
**Page Four**

Commissioner Schad asked for clarification for events.
City Attorney asked that the proposed "working" document be included in the minutes.
Commissioner Friend suggested the motion be to add all or some of the proposed events and bring back to the Commission a detailed plan.

> Motion by Commissioner Schad:  To approve the proposed items presented in the proposal (5 items) with the exception of Oktoberfest & bring back to the Commission a detailed plan.
> Second to the motion:  Commissioner Friend.

City Attorney Jackson stated for clarification the proposed events are: 1) Spring Festival of the Arts; 2) Hermit Crab Festival; 3) Oktoberfest; 4) Christmas Parade; 5) Old Fashion Christmas on Florida Ave - all items are in the motion except #3.
Ms. Arlene Harrison stated that she supports these events.

On Vote:       Schad:        aye
               Friend:       aye
               Barnes:       no
               Ashbrook:     no
               Anderson:     aye          Motion passed:  3-2

**Item #15.   Resolution 2016-02-641, Roadside Beautification Assistance Joint Participation Agreement with FDOT for landscaping of Hwy 77:**  The FDOT has awarded the City $200,000 in Roadside Beautification Assistance Program funds to landscape Hwy 77 between the south side of the Bailey Bridge & 17th Street.  These funds can be used for plants and irrigation. City Manager Schubert read this resolution by title only.

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion:  Commissioner Ashbrook.

Ms. Arlene Harrison stated that this portion of Hwy 77 is ugly.
Ms. Martha Renfroe commented on the relocation of McMullin Library to 8th & Georgia Ave.
City Manager Schubert thanked staff for working on this grant.

On Vote:       Schad:        aye
               Friend:       aye
               Barnes:       aye
               Ashbrook:     aye
               Anderson:     aye          Motion passed:  5-0

*Res. 2016 FDOT Grant – Hwy 77 Landscaping*

**City Commission Meeting Minutes of February 23, 2016**
**Page Five**

**Item #15A.  Resolution 2016-02-642, a resolution to apply for a grant for City sidewalks w/FDOT:**  City Manager Schubert read this resolution by title only.

Res. 2016-02-642 FDOT Grant – Sidewalks

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion:  Commissioner Barnes.

On Vote:
| | | |
|---|---|---|
| Ashbrook: | aye | |
| Schad: | aye | |
| Friend: | aye | |
| Barnes: | aye | |
| Anderson: | aye | Motion passed:  5-0 |

**Item #16.  Public Commentary:**

Public Commentary

Mayor Anderson stated that it has been decided to relocate the McMullin Library to a lot, owned by the City, adjacent to the Union Soldier statute.  Mayor Anderson suggested Ms. Renfroe stop by her office to review the plans.

Mr. Don Lanier, 1818 Virginia Ave., Apt. B, has concerns with snakes, mice & possums in his yard – he believes they are coming from next door.

City Manager Schubert stated that he would forward concerns to Code Enforcement.

Mr. Lanier commented on his water bill; he wants his deposit back after one year – City policy is four years. He would like to propose an independent audit of all water accounts in Lynn Haven.

Mayor Anderson stated that she took notes; she suggested Mr. Lanier make an appointment to discuss his issues further with the City Manager.

Ms. Arlene Harrison reported that the Heritage Society will be working to clean-up the cemeteries & would like to coordinate their efforts with staff.

City Manager Schubert stated that he will check & get back with her.

Mayor Anderson stated that she received a call from American Legion Post 356 wanting to maintain the flag poles in the cemetery.

There was no further business to discuss and the meeting was *adjourned at 7:17 p.m.*

Adjourn

**APPROVED THIS** _____22_____ **DAY OF** _March_____ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**
_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



There was no workshop prior to this meeting.

**LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**MARCH 22, 2016 – 6:00 P.M.**

**Present:**   Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Nick, Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.  The Pledge of Allegiance followed.

**Call To Order**

**Item #3. Mayor's Report:** Mayor Anderson reported she attended the NLC conference in Washington D.C. March 5-9, 2016 – she attended several meetings/roundtable sessions and it was a productive conference;  she was appointed to the FAST Committee and will return to D.C. in May; attended the 10th Anniversary of the Senior Center; attended the 25th Anniversary of Harvest Worship Center; attended the BCL Qtrly meeting/dinner; toured the 17th Street ditch; met with City Manager Schubert & Leisure Services regarding upcoming special events.

**Mayor's Report**

**Item #4.  Commissioner's Report:**
Commissioner Schad attended the 10th Anniversary of the Senior Center – Mayor Anderson & City Manager Schubert was also there; he attended the 70th Anniversary meeting of Military Affairs last week. Thanked the citizens and Bay County for the way they treat the military with respect.
Commissioner Ashbrook stated that there will be a FDOT meeting on April 5th @ 5:30 p.m. at Lynn Haven Sports Complex – RE: HWY 390 Improvements.
Commissioner Barnes attended Baseball Opening Day; attended Publix Appreciation Day and presented them with a proclamation.
Commissioner Friend attended the 10th Anniversary of the Senior Center; attended the soft opening of El Jalisco Mexican Restaurant.
Mayor Anderson reminded everyone the Easter Egg Hunt is Saturday, March 26th – 9:00 a.m. – 11:00 a.m.

**Commissioner's Report**

**Item #5.  City Manager's Report:**  City Manager Schubert reported that there will be a Code Enforcement Hearing on April 7, 2016 @ 2:00 p.m.; kudos to the Police Dept. Background Checks.Org puts out a list -  Lynn Haven ranked #46 safest in the State; Sgt. Hamilton w/LHPD was recognized for his consideration to a

**City Manager's Report**

**Item #6.  City Attorney's Report:** No report.

**PUBLIC HEARING OPENED: 6:16 p.m.**
**Item #7.  Annexation, Fuel Depot Parcel "B":** City of Lynn Haven & Bluewater Development Partners, as applicant, have requested voluntary annexation into the City limits of Lynn Haven the Property referred to as "Parcel B", with the approval of current owners the United States Air Force (USAF). The property is approximately 93.87± acres and is located on the property referred to as the "Lynn Haven Fuel Depot".  The property is contiguous to property lying within the City limits and it will not create an enclave.

**City Attorney's Report**
**Public Hearing**
**Annex. Fuel Depot Parcel "B"**



**City Commission Meeting Minutes of March 22, 2016**
**Page Two**

**Item #8.  Annexation:  Fuel Depot Parcel "C":**  City of Lynn Haven Bluewater Development Partners, as applicant, have requested voluntary annexation into the City limits of Lynn Haven the Property referred to as "Parcel C", with the approval of current owners the United States Air Force (USAF). The property is approximately 49.81± acres and is located on the property referred to as the "Lynn Haven Fuel Depot". The property is contiguous to property lying within the City limits and it will not create an enclave.

Parcel "C"

There was no audience participation and the Public Hearing was **closed at 6:18 p.m.**

**CONSENT AGENDA:**

Consent Agenda Minutes CIPP

**Item #9.  Minutes: 2/23/2016 – Regular Meeting.**
**Item #10.  Approval of contract agreement with Gulf Coast Underground, LLC in the amount of $142,918, for the installation of Stormwater Cured in Place Pipe (CIPP)in Mowat Highlands:** The City advertised requesting sealed bids for rehabilitation of stormwater pipelines by the installation of Cured in Place Pipe (CIPP) at various locations in Mowat Highlands. The rehabilitation of pipelines will be done by the installation of a resin-impregnated flexible tube which, when cured, will be continuous and tight-fitting throughout the entire length of the original pipe. The CIPP is designed for a life span of 50 years or greater.

**Item #11.  Authorize disposal of surplus vehicles and equipment:** Staff is requesting the authority to dispose of the following list of surplus vehicles and equipment with high mileage and excessive ongoing repairs. Items will be advertised on the GovDeal's online auction site. Interested parties will have the opportunity to inspect the vehicles at the Public Works yard.

| Description | Serial Number |
| --- | --- |
| 1987 Kubota B7200 tractor | 10695 |
| 1999 Kubota L4310 tractor | 50308 |
| 2001 Ford F-150 pickup truck, 126,000 miles | 3FTZF1722-1MA51985 |
| 1995 Ford F-250 pickup truck , 91,500 miles | 1FTEF25H6-SNB4 1417 |
| 2003 Ford F-250 pickup truck, 114,000 miles | 1FDNF20L3-3EB57955 |
| 2006 Ford Crown Victoria police interceptor | 2FAFP71WI-6X128202 |
| 2006 Ford Crown Victoria police interceptor | 2FAFP71W5-6X128199 |

**Item #12.  Approve Engineering Task Order to Panhandle Engineering in the amount of $9,950 for the Wastewater Treatment Plant Capacity Analysis Report:** The City's current FDEP permit for the Waste Water Treatment Plant requires that a yearly Capacity Analysis Repo1ito be performed. The Capacity Analysis report is a detailed document of monthly performances, improvements and future requirements based on annual daily flows. Funding for the report is within the current budget. The attached quote is 25% less than the previous year due to staff being able to do some of the work in-house.

Task Order PE WWTP Analysis

DEF'S EX 52_022



**City Commission Meeting Minutes of March 22, 2016**
**Page Three**

**Item #13.  Approve contract with Layne Christensen Company in the amount of $42,865 for the conversion of well #5 from oil to water lube system:** Well #5 is the last of the City's wells that need to be converted from oil to water lubricant. The importance of this project is twofold. The food grade oil builds up in the well column which can contribute to bacteriological activity and if the well cone of depression is great enough this oil will be pumped into the ground storage tank resulting in removing it from service and cleaned. This would effectively remove water plant number 2 from the distribution system until the ground storage tank cleaning process can be completed.

The current quote from Layne Christensen Company is based on piggy backing on an existing contract with Okaloosa County creating a cost savings to the City by not having to create bid documents and going through the bid process.

Well #5

**Item #14.  Approve Amendment #1, one-year renewal option, to the Pest Control Service Agreement with Florida Pest Control & Chemical Company:** The City currently has a service agreement with Florida Pest Control & Chemical Co. for the ongoing service of pest control at various City locations. Pest Control is serviced on a monthly basis at various locations for an annual cost to the City of $2,340. The contract was originally written as a one (1) year contract with a one (1) year renewal option. Florida Pest Control & Chemical Co. has requested to exercise their renewal option, thereby extending their original agreement to June 30, 2017. Staff recommends approving Amendment # 1 exercising the optional one-year renewal, commencing July 1, 2016 and terminating on June 30, 2017.   All other terms of the agreement will remain the same.

Pest Control Contract

**Item #15.  Approve Memorandum of Agreement with Gulf Coast Children's Advocacy Center Sexual Assault Program:** On February 17, 2016 we received a Memorandum of Agreement for the Assignment and Investigation of Child Sexual Assault Cases. Staff recommendation to sign Memorandum of Agreement with Gulf Coast Children's Advocacy Center Sexual Assault Program.

MOA – Gulf Coast CAC

Motion by Commissioner Schad:   To approve the CONSENT AGENDA as presented.
Second to the motion: Commissioner Ashbrook.

On Vote:   Schad:         aye
           Friend:        aye
           Barnes:        aye
           Ashbrook:      aye
           Anderson:      aye          Motion passed:  5-0

**OLD BUSINESS:**
**Item #16.  Second and final reading of Ordinance 1013, Annexation, Fuel Depot Parcel "B":** City Manager Schubert read Ord. 1013 by title only.  This was the second and final reading.

Ord. 1013

DEF'S EX 52_023



**City Commission Meeting Minutes of March 22, 2016**
**Page Four**

Motion by Commissioner Schad:   To approve as presented.
Second to the motion:  Commissioner Ashbrook.
On Vote:      Schad:        aye
              Friend:       aye
              Barnes:       aye
              Ashbrook:     aye
              Anderson:     aye            Motion passed:  5-0

**Item #17.  Second and final reading of Ordinance 1014, Annexation, Fuel Depot Parcel "C":** City Manager Schubert read Ord. 1014 by title only.  This was the second and final reading.
Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Barnes.

Commissioner Friend stated that the City is working with the City Engineer to actively seek funding for Rails to Trails.
Mr. Richard Walker asked if Parcel "C" would belong to the City?
Mayor Anderson stated that was her understanding.
Mr. Parker asked if Parcel "C" would be used for anything else.
City Manager Schubert stated that stormwater/utilities/infrastructure/roadway options will be looked at for the highest and best use to the City.

On Vote:      Friend:       aye
              Barnes:       aye
              Ashbrook:     aye
              Schad:        aye
              Anderson:     aye            Motion passed:  5-0

**NEW BUSINESS:**
**Item #18.   Resolution 2016-03-643, Community Aesthetic Feature Agreement with Florida Department of Transportation for the South Gateway Monument:** This Resolution is for the proposed South Gateway Monument to be installed at the southeast corner of Hwy 77 and East 17th Street. The new gateway monument will be located within the FDOT Right-of-Way and therefore requires the approval of an agreement with FDOT including Resolution. The agreement has been previously approved by the City Commission on November 10, 2015.  Staff is requesting approval of the proposed resolution as requested by FDOT.  City Manager Schubert read Res. 2016-03-643 by title only.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Barnes.

Ord. 1014

Res. 2016-03-643

          DEF'S EX 52_024

**City Commission Meeting Minutes of March 22, 2016**
**Page Five**

On Vote:    Schad:        aye
            Friend:       aye
            Barnes:       aye
            Ashbrook:     aye
            Anderson:     aye              Motion passed:  5-0

**Item #19.   Resolution 2016-03-644, Sale of 288 acres of City-owned property**      Res. 2016-03-644
**located in the Sand Hills:** The City owns approximately 640 acres in the Sand Hills
area of Bay County. A portion of the propelly is wetlands dedicated to conservation, a
portion is actively used by the City as a sand pit, a portion was folmerly used for
vegetation disposal, a portion is undeveloped and another 288.4± acres that is primarily
wooded uplands.
On February 12, 2016, the City received an Offer to Purchase 288.4± acres of the land
as depicted on the attached aerial map as follows:·

In accordance with Ordinance No. 1001, once the City received the Offer to Purchase
a for sale sign was posted on the propel1y, the intention to· sell was ·posted on the
City's website and it was advertised four consecutive weeks as a legal ad in the News
Herald with a minimum bid of $1,200. 00 per   acre.
In accordance with the advertisement, the City accepted open bids until the published
bid closing time of Tuesday, March 15, 2016 at 2:00 PM CST. There were two
subsequent bids, one for $2,005 per acre and one for $2,100 an acre.

City Manager Schubert read Res. 2016-03-644 by title only.
                    Motion by Commissioner Barnes:  To approve as presented.
                    Second to the motion: Commissioner Ashbrook.

Commissioner Schad asked if the City had an official appraisal done?
City Manager Schubert stated that we did not, however, the City did engage an
appraiser to provide comparable sales; the property was purchased in 1988 for $1.127
million.
Commissioner Schad stated that the property was purchased to build a WWTP; what
does the purchaser propose to do with the property?
City Manager Schubert stated that he is considering a C&D landfill.
Commissioner Barnes stated that he is in favor of selling a portion of this land to recoup
some money.
Mr. Virgil Duffell stated that he is opposed to approving this today.
Mr. Richard Walker suggested the City take a good look at this for future use.
Mr. James Finch stated that REA built a fully operational plant that they transferred to
the County –not enough hook ups & trying to get effluent; I want to use it for
construction debris & land mining.

      DEF'S EX 52_025

**City Commission Meeting Minutes of March 22, 2016**
**Page Six**

On Vote:       Barnes:          aye
               Ashbrook:        aye
               Schad:           aye
               Friend:          aye
               Anderson:        aye                    Motion passed:  5-0

**Item #20.   Discussion and possible action regarding approval of Minor Subdivision, 15th Street & Arkansas Ave, Bruce Bush, MS-16-1:** Mr. Bruce Bush, Applicant and property owner, requests that the City allow him to divide the parcel located at the corner of 15th Street and Arkansas Avenue (Parcel #10582-000-000), into two individual lots across the existing lot boundaries, Mr. Bush wishes to split the property from the north to south, rather than the current west" to east.
The Applicant owns the property located at the corner of 15th Street and Arkansas Avenue. The parcel is 150 ft x 100 ft and currently consists of two 50 ft. lots which face Arkansas Ave. The applicant would like to reconfigure the lots so that there are two 75ft wide lots facing 15th St., so that he may have two buildable lots. This parcel is in the Historic 1911 Plat area, and therefore there is a requirement that in order to be a buildable lot, it must be at least 75ft wide and 7,500 sq.ft. in size, unless it was recorded as one individual 50ft lot prior to the 1975 Tax Roll.
The owner is requesting that the City Commission approve this lot division through the minor subdivision process (ULDC Sec. 4.03.05).

               Motion by Commissioner Schad:  To approve as presented.
               Second to the motion: Commissioner Ashbrook.
On Vote:       Schad:           aye
               Friend:          aye
               Barnes:          aye
               Ashbrook:        aye
               Anderson:        aye                    Motion passed:  5-0

**Item #21.  Discussion and possible action regarding approval of Minor Subdivision, Hope Properties of Bay County, LLC, Texas Ave. and 14th Street, MS-16-2:** Mr. Gary Witham, for Hope Properties of Bay County LLC. Applicant and property owner, requests that the City allow him to divide the parcel located at the northwest corner of Texas Avenue and 14th Street (Parcel #10640-020-000), into two individual lots across the existing lot boundaries, Mr. Witham wishes to split the property from the north to south, rather than the current west to east. The Applicant owns the property located at the corner of Texas Avenue and 14th Street. The parcel is 150 ft x 100 ft and currently consists of two 50 ft. lots which face Texas Ave. The applicant would like to reconfigure the lots so that there are two 75ft wide lots facing 14th St., so that he may have two buildable lots.
This parcel is in the Historic 1911 Plat area, and therefore there is a requirement that in order to be a buildable lot, it must be at least 75ft wide and 7,500 sq.ft. in size, unless it was recorded as one individual 50ft lot prior to the 1975 Tax Roll. The owner is requesting that the City Commission approve this lot division through the minor subdivision process (ULDC Sec. 4.03.05).
               Motion by Commissioner Schad:  To approve as presented.
               Second to the motion: Commissioner Ashbrook.

Minor Subdivision –
Brush MS-16-1

Minor Subdivision –
H Hope Properties
MS-16-2

**City Commission Meeting Minutes of March 22, 2016**
**Page Seven**

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #22.  Public Commentary:**                                                    Public Commentary

Ms. Martha Renfro commented on the relocation of the McMullin Library.

Mr. Richard Walker commented on the relocation of the McMullin Library.

Mr. Joe Bullock commented on drainage issues in the Country Club.

City Manager Schubert stated that he will arrange a time for a site visit to discuss the drainage issues.

Mr. Virgil Duffell

Mr. Carl Traylor commented on drainage issues in the Country Club; he stated he supports Mr. Bullock. He wanted to know why the City owns the drainage at the street but not responsible for the pipe that connects the drainage system.

Public Works Director Bobby Baker stated that it was his understanding that the Country Club HOA was not willing to give up anything that was not in the right of way.

There was no further business to discuss and the meeting was *adjourned at 7:34 p.m.*                Adjourn

**APPROVED THIS**_____12_____**DAY OF**_____April_____2016.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**TUESDAY, APRIL 12, 2016 – 4:00 P.M.**

**Present:**     Margo Deal Anderson, Mayor
             Antonius G. Barnes, Mayor Pro Tem/Commissioner
             Joseph Ashbrook, Commissioner
             Rodney Friend, Commissioner
             Roger Schad, Commissioner
             Joel B. Schubert, City Manager
             Robert C. Jackson, City Attorney
             Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.                                                                                             Call to Order

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she is working with the FLC president to create a compact of Mayor's to address federal agencies on flooding/infrastructure issues in Northwest Florida; retiring from Bay District Schools in December 2016.                                                                                             Mayor's Report

**Item #4. Commissioner's Report:**                                                                                             Commissioner's Report
Commissioner Schad had no report.
Commissioner Ashbrook had no report.
Commissioner Friend reported that he attended the site meeting regarding McMullin Library – he thanked staff for setting up the meeting & stated that it was an informative meeting; met w/an engineer on Rails to Trails – hope to keep moving forward on this issue.
Commissioner Barnes reported that he attended the American Legion Post 356 recognition of Firefighter/Police Officer of the Year.
Mayor Anderson thanked Sheriff McKeithen & Warden Anglin for their help in the City obtaining community workers to help the City in cleaning the ditches.

**Item #5. City Manager's Report:**  City Manager Schubert recognized Officer Kaitlyn Anglin for receiving the Police Officer of the Year award; Mr. Sam Smith, Firefighter, was recognized as the Firefighter of the Year– both of these recognitions were by the American Legion Post 356.                                                                                             City Manager's Report

   A. ***Employee of the Month – Feb. 2016:***  Mr. Raymond Gates, Communications Officer, was awarded the EOM award for Feb. 2016 for his hard work & dedication to the City.
   B. ***Employee of the Month – March 2016:***  Ms. Suzanne Fogle, Customer Service Representative, was awarded the EOM award for March 2016 for her hard work & dedication to the City.



**City Commission Meeting Minutes of April 12, 2016**
**Page Two**

    **C.** ***Supervisor of the Quarter – Jan.-March 2016:***  Mr. Mark Branstetter, Utilities Field Supervisor, was award SoQ award for Jan.-March 2016 for his hard work & dedication to the City.

**Item #6.  City Attorney's Report:**  No report.

**CONSENT AGENDA:**
**Item #7.  Minutes: 3/22/16 – Regular Meeting.**
**Item #8.  Approval of Amendment #1, CrowderGulf for Disaster Recovery Services – Debris removal:** The City currently has a pre-event Disaster Recovery Services – Debris Removal contract in place with CrowderGulf.  This contract would be activated in the event of a natural disaster with large amounts of tree limbs and debris that would require extensive cleanup and disposal. The contract was written as a 3-year contract with one 3-year renewal option. Also, updated verbiage has been incorporated into the amendment in order to meet State and Federal requirements. This contract is due to expire on May 31, 2016, and City staff recommends extending the contract to May 31, 2019.
**Item #9.  Approval of Amendment #1, Ashbritt, Inc. for Disaster Recovery Services – Debris Removal:** The City currently has a pre-event Disaster Recovery Services – Debris Removal contract in place with Ashbritt, Inc. as the number two debris removal company. This contract would be activated in the event of a natural disaster with large amounts of tree limbs and debris that would require extensive cleanup and disposal, in which CrowderGulf is unable to perf01m services on behalf of the City. The contract was written as a 3-year contract with one 3-year renewal option. Also, updated verbiage has been incorporated into the amendment in order to meet State and Federal requirements. This contract is due to expire on May 31, 2016, and City staff recommends extending the contract to May 31, 2019.
**Item #10.  Approval of Amendment #1, Ceres Environmental Services, Inc. for Disaster Recovery Services – Debris Removal:** The City currently has a pre-event Disaster Recovery Services – Debris Removal contract in place with Ceres Environmental Services, Inc. as the number three debris removal company. This contract would be activated in the event of a natural disaster with large amounts of tree limbs and debris that would require extensive cleanup and disposal, in which both CrowderGulf and Asbritt are unable to perform services on behalf of the City. The contract was written as a 3-year contract with one 3-year renewal option. Also, updated verbiage has been incorporated into the amendment" in order to meet State and Federal requirements. This contract is due to expire on May 31, 2016, and City staff recommends extending the contract to May 31, 2019.
**Item #11.  Approval of July 4, 2016 Parade Route:** Staff is recommending that the City Commission approve HWY 77 as the parade route; the parade will proceed east on 5th St. from Montana Ave. to HWY 77, then South on HWY 77, then West on 11 St. to Florida Ave.

*Margin notes:*
City Attorney's Report
Consent Agenda
CrowderGulf Amendment Debris Removal

Ashbritt Debris Removal

Ceres Debris Removal



**City Commission Meeting Minutes of April 12, 2016**
**Page Three**

**Item #12.  Approval of annual 4th of July fireworks display in the amount of $23,000 to Pyro Shows, Inc.:** Staff recommends approval of a contract agreement with Pyro Shows, Inc. for the July 4, 2016 fireworks display in the amount of $23,000.

Fireworks
Pyro Shows, Inc

**Item #13.  Approval of contract, Marshall Brothers Construction & Engineering, Inc. for Water Main Replacement Phase IV in the amount of $277,000:** The City has been undertaking the replacement of old water lines in the original platted area of Lynn Haven over the past few years. Water Main Replacement Phase IV was advertised by Panhandle Engineering and sealed bids were opened on April 5, 2016, with the following Base Bid results:

Marshall
Brothers
Contract
Water Main
Replacement
Phase IV

| Marshall Brothers | $255,900 |
| GAC Contractors | $285,000 |
| North Florida Construction | $287,650 |
| Gulf Coast Utility  Contractors | $342,750 |

The Base Bid includes replacing an 8" PVC water main along 5th Street, Florida Avenue and 4th Street.  Alternate A1 includes a 10" directional bore under Highway 77 with all connections. Staff recommends awarding the contract to Marshall Brothers Construction and Engineering, Inc. as the lowest responsive  bidder  with  a Base Bid ($255,900)  and Additive Alternate A1 ($21,200) totaling $277,100.

Motion by Commissioner Schad:  To approve the Consent Agenda as provided.
Second to the motion:  Commissioner Friend.

On Vote:    Schad:          aye

Friend:          aye

Barnes:          aye

Ashbrook:        aye

Anderson:        aye            Motion passed:  5-0

**NEW BUSINESS:**
**Item #14.  First reading of Ordinance 1015, Amending Section 5.03.00 of the ULDC, Exempt Signs:** The Department of Planning was tasked with preparing changes to *Section 5.03.00-Signs,* of the Unified Land Development Code (ULDC) to enable business owners to have signs which they can place outside their business during their hours of operation. Ordinance # 1015 is the result of this, with amendments being proposed to *Section 5.03.03 – Provisionally Exempt Signs,* specifically *Table 5.03.03-Standards for Provisionally Exempt Signs.* The proposed amendments would allow for such temporary signs to forgo the regular permitting requirements as long as they adhere to the standards as set out within that  Section. City Manager Schubert read Ord. 1015 by title only.  This was the first reading and no action was required.

Ord.1015
Exempt Signs

**City Commission Meeting Minutes of April 12, 2016**
**Page Four**

**Item #15.  First reading of Ordinance 1016, Section 4.05.00 of the ULDC, TND Design Standards:** The City has received a request from the owner and developer of the only Traditional Neighborhood Development Land Use property located within the City of Lynn Haven to amend Section 4.05.00 of the City's Unified Land Development Code to allow for more flexibility of design, and remove certain language which they view to be restrictive. The applicant has requested that the City amend certain portions of the ULDC that pertain to *Section 4.05.00 - Standards for Traditional Neighborhood Developments (TND),* · specifically, *Section 4.05.05. - Specific Site Design Standards; Section 4.05.07. - Streets & Alleys, · Section 4.05.08. - Streetscape Requirements, · and Section 4.05.12. - Parking Standards.* City Manager Schubert read Ord. 1016 by title only. This was the first reading and no action was required.

Ord. 106
TND Design
Standards

**Item #16.  First reading of Ordinance 1017, DE_ANNX-16-1, Parcel #1195-000-000, Dr. Rajnikant Patel:** The property was annexed into the City of Lynn Haven in May 2015, and was purchased immediately afterwards by the current owner who intended to convert the existing residential dwelling into a doctor's office. Once realizing the financial implications of the required infrastructure, the owner has determined this cost to be prohibitive, and has requested to de-annex the property from the City of Lynn Haven City Limits. City Manager Schubert read Ord. 1017 by title only.  This was the first reading and no action was required.

Ord. 1017
De-ANNX
Patel

**Item #17.  First reading of Ordinance 1018, General Employees' Retirement System:** Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the General Employees' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article V of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status.  City Manager Schubert read Ord. 1018 by title only.  This was the first reading and no action was required.

Ord. 1018
General Emp.
Pension

**Item #18.  First reading of Ordinance 1019, Firefighters' Retirement System:** Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the Firefighters' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article IV of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status.  City Manager Schubert read Ord. 1019 by title only.  This was the first reading and no action was required.

Ord. 1019
FF Pension

**City Commission Meeting Minutes of April 12, 2016**
**Page Five**

**Item #19.   First reading of Ordinance 1020, Police Officers' Retirement System:** Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the Police Employees' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article V of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued·compliance of the plan's tax qualified status.  City Manager Schubert read Ord. 1020 by title only.  This was the first reading and no action was required.

Ord. 1020
Police Pension

**Item #20.   Discussion regarding City Manager annual performance evaluation:** Commissioner Ashbrook stated that the City has reaped the benefits of City Manager Schubert's talents; during his tenure he has instrumented: 1) 17th Street Ditch being piped; 2) Departments living on funds w/o moving monies; 3) hired Maria Stout-Tate, Leisure Services; 4) respected by his peers & other government agencies; 5) has capable people skills; 6) working on Fuel Depot conclusion; 7) 91 acre Lynn Haven Bayou Park; 8) secured funds for Porter Park – RESTORE ACT; 9) Sheffield Park/CRA improvements; 10) remodeled City Hall/The Chambers.

CM Perf. Eval.

> Motion by Commissioner Ashbrook:   To approve a change in his remuneration – increase vehicle allowance from $350 to $450; increase pay by 6% of current salary effective April 12, 2016.
> Second to the motion:  Commissioner Friend.

Commissioner Schad echoed Commissioner Ashbrook's comments; the City got more than they bargained for when he was hired; we could not have made a better choice.
Commissioner Barnes agreed with his fellow Commissioner's; the City Manager has done a fantastic job & he supports this increase 100%.
Commissioner Friend agreed with his fellow Commissioner's; communication and finance is important to him; appreciates staff.
City Attorney Jackson stated that this will require an amendment to his contract.
Ms. Debbie Richlin thanked the City Manager for his professionalism.
Mayor Anderson stated that she has great confidence in the City Manager; he was hired by a different Mayor and we have several areas we don't see eye to eye but I do respect him; willing to go in some direction for remuneration however believes 6% is too much.
City Manager thanked the Commission for their comments; proud to work for Lynn Haven; gave credit to staff for their hard work.





**City Commission Meeting Minutes of April 12, 2016**
**Page Six**

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | no | Motion passed: 4-1 |

**Item #21.  Public Commentary:**

Mr. Richard Walker commented on the 950 acres & TND's; he was concerned the City does not have workshops/public comments.

Mayor Anderson stated that this issue went to the Planning Commission and public commentary was accepted.

City Manager Schubert stated that this item appeared on the Planning Commission Agenda and will be brought back to the Commission for a second reading – at that time a Public Hearing will be held; workshop format changed to mimic the same as the Commission Meeting - basically allowed to have the same meeting two days in a row – seems redundant to do that.

Ms. Frances Wittkopf commented on Rails to Trails; hopes to see it completed.

Mr. Mark Neverette commented on the Post Office appearance – not very presentable.

Ms. Arlene Harrison commented on the entrance to the Post Office; she suggested the City look at changing the access.

Mayor Anderson agreed with Ms. Harrison; she believes it is unsafe & the City needs to look into some type of solution.

Commissioner Ashbrook stated that the City tried to work with the Postal Service, on a local level and a Corporate level in Atlanta, to provide an amicable solution to the entrance – they were not willing to work with us; Walmart offered to pay for a road and they declined.

A.  *Proclamation – Arbor Day – 4/22/2016:* was read in its entirety.
   Motion by Commissioner Schad:  To approve as presented.
   Second to the motion: Commissioner Friend.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

Public Commentary

Proc. Arbor Day

DEF'S EX 52_033

**City Commission Meeting Minutes of April 12 2016**
**Page Seven**

There was no further business to discuss and the meeting was adjourned at 4:53 p.m.                    Adjourn

APPROVED THIS_____*26th*_____ DAY OF____*April*____ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**TUESDAY, APRIL 26, 2016 – 6:00 P.M.**

**Present:**      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Joseph Ashbrook, Commissioner
              Rodney Friend, Commissioner
              Joel B. Schubert, City Manager
              Robert C. Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.   The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:**  Mayor Anderson wished Gun Depot well on their relocation/grand opening; attended the Employee luncheon; on April 22 participated w/LHES Earth Day celebration; spent two days in negotiations w/Blue Water Development & USAF on the Fuel Depot; saddened w/the passing of Julious "Doc" Smith; commended Public Works with the work they are doing w/community workers – everything is looking great.

Mayor's Report

          Motion by Commissioner Barnes:  To excuse Commissioner Schad from the
          meeting.
          Second to the motion:  Commissioner Friend.
On Vote:      Barnes:         aye
          Ashbrook:       aye
          Friend:         aye
          Anderson:       aye            Motion passed: 4-0

**Item #4.  Commissioner's Report:**
Commissioner Ashbrook had no report.
Commissioner Barnes had no report.
Commissioner Friend congratulated the Gun Depot on the grand re-opening; will attend the TPO meeting on April 27, 2016.

Commissioner's Report

**Item #5. City Manager's Report:**

City Manager's Report

          Motion by Commissioner Ashbrook:  To table Item #9 & #14
          Second to the motion:  Commissioner Barnes.
On Vote:      Ashbrook:       aye
          Friend:         aye
          Barnes:         aye
          Anderson:       aye            Motion passed: 4-0

**City Commission Meeting Minutes of April 26, 2016**
**Page Two**

**Item #6.  City Attorney's Report:** City Attorney Jackson stated that he is working with Staff to facilitate the moving of the McMullin Library to property that is currently owned by the Lynn Haven Garden Club; looking at the deed it included a reversionary clause that the property would revert back to the City if the Garden Club was no longer interested in owning it; he suggested that the City release that condition, record the deed & allow the Mayor to sign any documents necessary to facilitate that transaction.

City Attorney's
Report

                    Motion by Commissioner Barnes: To accept the recommendation as
                    presented.
                    Second to the motion: Commissioner Ashbrook.
On Vote:        Barnes:          aye
                    Ashbrook:      aye
                    Friend:            aye
                    Anderson:       aye                    Motion passed:  4-0

**PUBLIC HEARING OPENED:**
**Item #7.  Amending Section 5.03.00 of the ULDC, Exempt Signs, Ordinance 1015:**
The Department of Planning was tasked with preparing changes to *Section 5.03.00- Signs,* of the Unified Land Development Code (ULDC) to enable business owners to have signs which they can place outside their business during their hours of operation. Ordinance # 1015 is the result of this, with amendments being proposed to *Section 5.03.03 – Provisionally Exempt Signs,* specifically *Table 5.03.03-Standards for Provisionally Exempt Signs.* The proposed amendments would allow for such temporary signs to forgo the regular permitting requirements as long as they adhere to the standards as set out within that  Section. After audience participation the Public Hearing was *closed at 6:12 P.M.*

Public Hearing
Ord. 1015
Exempt Signs

**PUBLIC HEARING OPENED:  6:12 P.M.**
**Item #8.  Amending Section 4.05.00 of the ULDC, TND Design Standards, Ordinance 1016:** Ordinance # 1016 removes the language that the developers have requested to be removed. This includes removing the requirement to have rear alleys for lots nalmwer than sixty (60) feet wide, the requirement for front facing garages to be set back at least four (4) feet from the front lateral of  the principle structure, the restrictions on cul-de-sacs, and the requirement for on street parking. It also amends the l ight spacing for street lights from 75 feet to 400 feet. Some of these items had been granted temporary removal by the City Commission for Phase l via requests made through applications for special exceptions.  The developer would like these to be apply to the whole approximately seven hundred and  thirty acres of future development in the TND. After audience participation the Public Hearing was *closed at 6:15 P.M.*

Public Hearing
Ord. 1016
ULDC/TND
Design Standard

 

**City Commission Meeting Minutes of April 26, 2016**
**Page Three**

**PUBLIC HEARING OPENED:**
**Item #9.  Voluntary De-annexation, DE-ANNX-16-1, Parcel #11195-000-000, Dr. Rajnikant Patel, 4836 Hwy 389, Ordinance 1017:** The property was annexed into the City of Lynn Haven in May 2015, and was purchased immediately afterwards by the current owner who intended to convert the existing residential dwelling into a doctor's office. Once realizing the financial implications of the required infrastructure, the owner has determined this cost to be prohibitive, and has requested to de-annex the property from the City of Lynn Haven City Limits.

Public Hearing
Ord. 1017
Tabled

**CONSENT AGENDA:**
**Item #10.  Minutes:  3/22/16 – Regular Meeting.**
**Item #11.  Approval to submit a FY2016 Bulletproof Vest Partnership grant application:** The U. S. Department of Justice, Office of Justice Programs, is currently accepting grant applications for the Bulletproof Vest Partnership (BPV) program. This program reimburses police departments for 50% of bulletproof vest purchases. In addition to purchasing bulletproof vests for all new officers, the Police Department is also required to replace every vest once it has been in service for five years. The BPV program allows the City to request reimbursement of 50% of costs associated with these purchases. Staff is requesting Commission approval to submit a grant application for the reimbursement of ten (10) bulietproof vest purchases through the BPV program. This grant requires a 50% match that will be charged to the Police Department's operating supply account as purchases are made (estimated at $2,990 over the next two years).

Consent Agend
Minutes
Bulletproof Ves
Grant

|  | Motion by Commissioner Barnes:  To approve the Consent Agenda as provided. Second to the motion:  Commissioner Ashbrook. |  |  |
| --- | --- | --- | --- |
| On Vote: | Barnes: | aye |  |
|  | Ashbrook: | aye |  |
|  | Friend: | aye |  |
|  | Anderson: | aye | Motion passed:  4-0 |

**OLD BUSINESS:**
**Item #12.  Second and final reading of Ordinance 1015, Amending Section 5.03.00 of the ULDC, Exempt Signs:** The Department of Planning was tasked with preparing changes to *Section 5.03.00- Signs,* of the Unified Land Development Code (ULDC) to enable business owners to have signs which they can place outside their business during their hours of operation. Ordinance # 1015 is the result of this, with amendments being proposed to *Section 5.03.03 -- Provisionally Exempt Signs,* specifically *Table 5.03.03-Standards for Provisionally Exempt Signs.* The proposed amendments would allow for such temporary signs to forgo the regular permitting requirements as long as they adhere to the standards as set out within that Section. City Manager Schubert read Ord. 105 by title only.

Old Business
Ord. 1015

DEF'S EX 52_037

**City Commission Meeting Minutes of April 26, 2016**
**Page Four**

|  | Motion by Commissioner Friend:  To approve as presented. | | |
|---|---|---|---|
|  | Second to the motion: Commissioner Ashbrook. | | |
| On Vote: | Friend: | aye | |
|  | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Anderson: | aye | Motion passed:  4-0 |

**Item #13.  Second and final reading of Ordinance 1016, Amending Section 4.05.00 of the ULDC, TND Design Standards:** The City has received a request from the owner and developer of the only Traditional Neighborhood Development Land Use property located within the City of Lynn Haven to amend Section 4.05.00 of the City's Unified Land Development Code to allow for more flexibility of design, and remove certain language which they view to be restrictive. The applicant has requested that the City amend certain portions of the ULDC that pertain to *Section 4.05.00 - Standards for Traditional Neighborhood Developments (TND),* · specifically, *Section 4.05.05. - Specific Site Design Standards; Section 4.05.07. - Streets & Alleys,* · *Section 4.05.08. - Streetscape Requirements, · and Section 4.05.12. -Parking Standards.* City Manager Schubert read Ord. 1016 by title only.

Ord. 1016

Motion by Commissioner Barnes:  To approve as presented.
Commissioner Ashbrook stated that he would second the motion as long as a street light would be placed at every intersection regardless of the 400' rule.
Commissioner Barnes amended his motion to include the recommendation of Commissioner Ashbrook.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
|  | Ashbrook: | aye | |
|  | Friend: | aye | |
|  | Anderson: | aye | Motion passed:  4-0 |

**Item #14.  Second and final reading of Ordinance 1017, Voluntary De-annexation, DE-ANNX-16-1, Parcel #11195-000-000, Dr. Rajnikant Patel, 4836 Hwy 389:** The property was annexed into the City of Lynn Haven in May 2015, and was purchased immediately afterwards by the current owner who intended to convert the existing residential dwelling into a doctor's office. Once realizing the financial implications of the required infrastructure, the owner has determined this cost to be prohibitive, and has requested to de-annex the property from the City of Lynn Haven City Limits.

Tabled

**Item #15. Second and final reading of Ordinance 1018, General Employees' Retirement System:** Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the General Employees' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article V of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status.

Ord. 1018

DEF'S EX 52_038

**City Commission Meeting Minutes of April 26, 2016**
**Page Five**

City Manager Schubert read Ordinance 1018 by title only.

Motion by Commissioner Ashbrook: To approve as presented.
Second to the motion: Commissioner Barnes.

On Vote:    Ashbrook:    aye
            Friend:    aye
                Barnes:        aye
            Anderson:    aye            Motion passed: 4-0

**Item #16.  Second and final reading of Ordinance 1019, Firefighters' Retirement System:**                          Ord. 1019
Numerous changes have been made to the Internal Revenue Service's Code that affect
the City's ordinance governing the Firefighters' Retirement System. The Pension Board's
attorney, as directed by the Board of Trustees, has drafted an ordinance amending
Chapter 50, Article IV of the Code of Ordinances to ensure compliance with all federal
regulations. They are driven by changes in the law, are considered "housekeeping" and
must be made to ensure continued compliance of the plan's tax qualified status. City
Manager Schubert read Ordinance 1019 by title only.

Motion by Commissioner Ashbrook: To approve as presented.
Second to the motion: Commissioner Barnes.

On Vote:    Ashbrook:    aye
            Friend:    aye
            Barnes:    aye
            Anderson:    aye            Motion passed: 4-0

**Item #17.  Second and final reading of Ordinance 1020, Police Officers' Retirement**                          Ord. 1020
**System:** Numerous changes have been made to the Internal Revenue Service's Code that
affect the City's ordinance governing the Police Employees' Retirement System. The Pension
Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending
Chapter 50, Article V of the Code of Ordinances to ensure compliance with all federal
regulations. They are driven by changes in the law, are considered "housekeeping" and
must be made to ensure continued compliance of the plan's tax qualified status. City
Manager Schubert read Ordinance 1020 by title only.

Motion by Commissioner Ashbrook: To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:    Ashbrook:    aye
            Friend:    aye
            Barnes:    aye
            Anderson:    aye



City Commission Meeting Minutes of April 26, 2016
Page Six

**NEW BUSINESS:**
**Item #18.  Discussion and possible action regarding the impact fee analysis. (Burton &
Associates presentation):**  Burton & Associate presented an Impact Fee Analysis to
review current impact fees; the last study was done in 2006.

Impact Fee
Analysis

> Motion by Commissioner Friend: To proceed w/drafting of the Ordinance &
> understanding that additional data will be provided and bring back to the
> Commission.
> Second to the motion:  Commissioner Ashbrook.

Mayor Anderson stated that she is for managed growth.
Commissioner Barnes believes growth should pay for itself.
Commissioner Friend believes in managed growth.

On Vote:      Friend:        aye
              Barnes:        aye
              Ashbrook:      aye
              Anderson:      aye            Motion passed:  4-0

**Item # 19.  Resolution 2016-04-645, Amending the adopted General Fund, Community
Redevelopment Agency & Main Street budgets and the approved Enterprise Fund
budget for fiscal year 2015/2016:**  City Manager Schubert read Resolution 2016-04-645
by title only.

Res.
2016-04-645

Mayor Anderson stated that she received a copy of this yesterday; she would like a little
more time to review and suggested it be tabled until the next meeting; she also stated
that Commissioner Schad was not here to discuss the budget.

> Motion by Commissioner Barnes: To approve the Resolution as presented.
> Second to the motion: Commissioner Ashbrook.

*Commissioner Barnes withdrew his motion; Commissioner Ashbrook withdrew his second
to the motion*

City Manager Schubert stated that this is not a required thing; there are not transfers
between funds.

> Motion by Commissioner Ashbrook: To table until the first meeting in May.
> Second to the motion:  Commissioner Friend.

On Vote:      Ashbrook:      aye
              Friend:        aye
              Barnes:        aye
              Anderson:      aye            Motion passed:  4-0

DEF'S EX 52_040

**City Commission Meeting Minutes of April 26, 2016**
**Page Seven**

**Item #20 Resolution 2016-04-646, Hwy 390 Commercial Incentive Program:** ED staff developed a Commercial Incentive for businesses that are directly affected by the widening of Hwy 390. FDOT is in the process of widening Hwy 390 to six lanes in Lynn Haven. Construction plans for this project are about 90% complete.  Several businesses along that corridor will be forced to relocate because of this project. The proposed incentive intends to stimulate local business by attracting an appropriate mix of uses. The City would pay a cash incentive of up to $5,000, if the directly affected business decides to relocate their business within Lynn Haven. The anticipated program budget    is $10,000 for the current fiscal year. Staff recommends approval.  City Manager Schubert read Resolution 2016-04-646 by title only.

Res.
2016-04-646

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Ashbrook.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**Item #21.  Public Commentary:**

Mr. Jeff Speers, 404 Kentucky Ave., stated that he has been treated less than admirable by Code Enforcement.

City Manager Schubert stated that Mr. Speers house burned April 28, 2013; June 11, 2013 cited by Code Enforcement; June 9, 2015 nuisance abatement notice sent to demolish home; allowed time to settle claim w/insurance company; August 8, 2015 order of nuisance abatement notice was sent – allow 30 days for appeal; City Manager granted a 60-day extension on Sept. 9, 2015 to complete the abatement; Code Enforcement made contact w/Mr. Speers in January 2016; set for demolition April 26, 2016 – City Manager Schubert put on hold to allow Mr. Speers to address the Commission.

Public
Commentary

There was no further business to discuss and the meeting was *adjourned at 7:58 p.m.*

APPROVED THIS___*10th*_____   DAY OF_*May*_____ 2016.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**TUESDAY – MAY 10, 2016 – 4:00 P.M.**

**Present:**      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Joseph Ashbrook, Commissioner
              Rodney Friend, Commissioner
              Roger Schad, Commissioner
              Joel B. Schubert, City Manager
              Robert C. Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Friend gave the    Call to Order
Invocation.  The LHES Freedom Singers sang the National Anthem and the Pledge of
Allegiance followed.   Mayor Anderson presented to the LHES Freedom Singers a
certificate of appreciation for their efforts and the raising of over $1,000 for the
preservation of the American Bald Eagle & the continued support of Wings Across the
Bridge.

**Item #3.  Mayor's Report:** Mayor Anderson recognized LHES/Southport Elementary    Mayor's Report
for their continued support of Wings Across the Bridge; Ms. Sandra Harrison was
honored as Bay District Schools "Principal of the Year" for outstanding leadership; Kyle
Hudson, MHS Government President, led his fellow classmates to raise over $20,000
for "Honor Flight"- a program to fly veterans to Washington DC; Mary Christine
Mallory, MHS Senior, received a $1,052,400 academic scholarship; General Welch
attended the MAC this week.

   ***A. Proclamation – National Safe Boating Week May 21-27, 2016:*** Mayor
      Anderson read this proclamation in its entirety.

**Item #4.  Commissioner's Report:**    Commissioner's
Commissioner Schad attended the MAC social/meeting; enjoys attending these events    Report
& honoring our military.
Commissioner Ashbrook had no report.
Commissioner Barnes thanked the teachers of the community for the job they do.
Commissioner Friend congratulated the graduating Seniors & is proud of them all.

**Item #5.  City Manager's Report:**    City Manager's
                                      Report

   ***A. Employee of the Month – April:  Ramona Bibbs, Animal Control, was
      awarded the EOM award for her hard work and dedication to the City.***

**Item #6.  City Attorney's Report:** No report.    City Attorney's
                                                  Report

**City Commission Meeting Minutes of May 10, 2016**
**Page Two**

Motion by Commissioner Schad: To place a plaque in The Chambers recognizing Doc Smith for his dedication and commitment to the community.
Second to the motion: Commissioner Ashbrook.

On Vote:

| | |
|---|---|
| Schad: | aye |
| Friend: | aye |
| Barnes: | aye |
| Ashbrook: | aye |
| Anderson: | aye |

Motion passed: 5-0

**PUBLIC HEARING OPENED:** *4:18 p.m.*
**Item #7. LSA-16-1, Comprehensive Plan Text Amendment – The Trust for Public Land:** This public hearing is being held to receive comments on the transmittal of the proposed Comprehensive Plan Text Amendment, LSA-16-1, and receive City Commission approval to transmit the amendment to Department of Economic Opportunity (DEO) and other required agencies. The proposed amendment is to amend the Future Land Use Map from Traditional Neighborhood Development (TND) to Recreation/Open Space (RIOS) on property located at C.R. 2321, South of McKithens Bayou, Parcel # 08710-025-000. The land is approximately 97.8 acres in size and is owned by The Trust for Public Land who wish to develop a passive recreation park on the site. After approval of this transmittal, the amendment package will be distributed to the required agencies. A second public hearing will be held at the adoption stage. After audience participation the **PUBLIC HEARING CLOSED @ 4:28 p.m.**

**CONSENT AGENDA:**
**Item #8. Minutes:** 4/26/2016 – Regular Meeting
**Item #9. Approval of Operation and Maintenance Agreement for Lynn Haven Bayou Preserve:** As consideration for the satisfactory completion of services rendered by the City under the terms of this Agreement, the Department shall pay the City on a cost reimbursement basis a total of $3,542,797. The City agrees that any additional funds necessary for the completion of this ten-year operation and maintenance ("O&M") project are the responsibility of the City. If the City does not fully expend the $3,542,797 within 10 years from the entry of this Agreement, the Parties may amend the Agreement to extend the end date, and the City shall be authorized to obtain cost reimbursement consistent with this Agreement until the $3,542,797 has been fully expended.

Motion by Commissioner Schad: To approve Consent Agenda as presented.
Second to the motion: Commissioner Barnes.

*Margin notes:*
Public Hearing
LSA-16-1 Comp
Plan Text

Consent Agenda
Minutes
O&M Lynn Haven
Bayou

DEF'S EX 52_043

**City Commission Meeting Minutes of May 10, 2016**
**Page Three**

On Vote:      Schad:        aye
              Friend:       aye
              Barnes:       aye
              Ashbrook:     aye
              Anderson:     aye          Motion passed:  5-0

NEW BUSINESS:

**Item #10.  Presentation by Richard McKinney of Carr, Riggs & Ingram regarding**     Audit
**FY 2014/2015 Financial Statements:**  Carr, Riggs & Ingram examined the City's     Presentation
compliance with the requirements of Section 218.415, Florida Statutes, Local
Government Investment Policies, during the year ended September 30, 2015.
Management is responsible for the City of Lynn Haven, Florida's compliance with those
requirements.  Our responsibility is to express an opinion on the City of Lynn Haven,
Florida's compliance based on our examination.  We conducted our audit in accordance
with auditing standards generally accepted in the United States of America and the
standards applicable to financial audits.  There were no findings in the Audit. The
financial health of the City is strong.
Commissioner Schad commented on the City Pensions.
Commissioner Ashbrook wanted to know if the Auditor General reviewed the Audit?
Mr. McKinney stated that they did.
Mayor Anderson asked how long Mr. McKinney has been doing the audit.
Mr. McKinney stated since the early 90's.
Commissioner Barnes asked how many years w/no findings.
Mr. McKinney stated in the early 90's there were several pages of findings; since working
w/Twila Miller since 1995 there have been no findings.
Commissioner Friend thanked Mr. McKinney & Twila for their hard work.
Mr. Brad Youndt commented on the Audit.
Mayor Anderson stated that she takes issue and have disagreement with some of Mr.
McKinney's statements on what happened in the early 90's and the conservative spending
of John Lynch and that Administration; she believes that is a narration of more of a
political opinion than the actual budget.

**Item #11.  Resolution 2016-05-647, LSA-16-1, Comp. Plan Text Amendment – The**     Res. 2016-05-
**Trust for Public Land**: City Manager read by title only.                          647

              Motion by Commissioner Barnes:  To approve as presented.
              Second to the Motion: Commissioner Schad.
On Vote:      Barnes:       aye
              Ashbrook:     aye
              Schad:        aye
              Friend:       aye
              Anderson:     aye          Motion passed:  5-0

**City Commission Meeting Minutes of May 10, 2016**
**Page Four**

**Item #12.   Resolution 2016-05-648, amending the adopted General Fund, Community Redevelopment Agency & Main Street budgets and the approved Enterprise Fund budgets for fiscal year 2015/2016:**

         Motion by Commissioner Schad:  To approve as presented.
         Second to the motion: Commissioner Ashbrook.

City Manager Schubert read Resolution 2016-05-648 by title only.
Restated that motion & second to the motion.

On Vote:     Schad:        aye
              Friend:      aye
              Barnes:     aye
              Ashbrook:  aye
              Anderson:  aye        Motion passed:  5-0

**Item #13. First reading of Ordinance 1022, Impact Fees:** The City recently completed an impact fee study and desires to immediately reduce certain impacts fees as recommended by the study, but cannot do so because of the notice requirements in the Code. Section 86-91 of the Lynn Haven Code of Ordinances (the "Code") provides for a minimum ninety (90) day notice prior to the imposition of any new or amended impact fee; Section 163.31801, *Florida Statutes,* only requires a minimum ninety (90) day notice for new or increased impact fees and no notice for the reduction, suspension, or elimination of any impact fee. The City desires to amend the Code to match the minimum notice requirements under Florida law and provide an immediate benefit of reduced impact fees to the businesses and citizens of the City without waiting ninety (90) days.  City Manager Schubert read Ord. 1022 by title only. This was the first reading and no action was required.

**Item #14. Public Commentary:**
Mr. Richard Walker commented on Ord. 1022 and impact fees.
Ms. Frances Wittkopf invited everyone to the Garden Club Memorial Day Ceremony on May 31, 2016 @ 10:00 a.m. @ Soldier Park.

---

Res. 2016-05-648
Budget

Ord. 1022-Impact Fees

Public Commentary

**City Commission Meeting Minutes of May 10, 2016**
**Page Five**

There was no further business to discuss and the meeting was *adjourned at 5:03 p.m.*

Adjourn

**APPROVED THIS**_____14th_____ **DAY OF**____June____2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 52_046



There was no workshop prior to the meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### TUESDAY, JUNE 14, 2016 – 4:07 P.M.

**Present:**        Margo Deal Anderson, Mayor
                   Antonius G. Barnes, Mayor Pro Tem/Commissioner
                   Joseph Ashbrook, Commissioner
                   Rodney Friend, Commissioner
                   Roger Schad, Commissioner
                   Joel B. Schubert, City Manager
                   Robert C. Jackson, City Attorney
                   Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Pastor Veryl Gilbert gave the Invocation and the Pledge of Allegiance followed.

Call to Order

Mayor's
Report

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she was in Washington DC w/the FAST Committee where she was able to voice some concerns that the City is facing; she participated in Career Day w/Springfield Elementary & LHES; Mayor Anderson encouraged everyone to attend the 1st Annual Hermit Crab Festival on Saturday, June 18, 2016 at Porter Park.

**Item #4.  Commissioner's Report:**
Commissioner Schad attended the NWFLC Dinner in Destin in May & accepted an award on behalf the City – Community of Excellence Award; Commissioner Schad thanked the Commission, City Manager and staff for what they've done over the years to receive this award. Commissioner Schad officially presented the award to Mayor Anderson.   He stated that collectively it is an award for the entire City.
Commissioner Ashbrook reported that he attended a number of grand openings in Lynn Haven over the past few weeks – he is glad to see these various businesses relocating to Lynn Haven; attended a steering committee meeting addressing long range planning for FDOT/TPO; attended an event at the St. Andrew Bay Center.
Commissioner Barnes reported that he will be out of town for the June 28, 2016 meeting.
Commissioner Friend reported that he participated in the LHES 5th Grade Annual Field Trip to City Hall – 140 students participated in a mock commission meeting; he thanked Ms. Frances Wittkopf for what she does each year for Memorial Day; he will attend a TPO meeting next week.

Commissioner's
Report

**Item #4.  City Manager's Report:**

   A. **Employee of the Month – May 2016:**  Mr. Derrick Rizzuto, Public Utilities, was awarded the EOM award for their hard work and dedication to the City.

City Manager's
Report

**Item #6.  City Attorney's Report:**  City Attorney Jackson reported that he will not be at the meeting on June 28, 2016.

City Attorney's
Report

**City Commission Meeting Minutes of June 14, 2016**
**Page Two**

**PUBLIC HEARING OPENED: 4:22 p.m.**
**Item #7.  Shared-Use Non-motorized (SUN) Trail Network Program:** The State of Florida has appropriated funds for Shared-Use Non-motorized (SUN) Trail Network Program Individual Trail applications. The funds are to be used for the design and construction of paved trails to enhance the safety of pedestrians and bicyclists. Applications are currently being accepted by the Florida Department of Transportation for inclusion into their tentative 5-year work program for fiscal years 2017 - 2021.  In preparation the City obtaining the old railway corridor, the City is considering the submittal of a SUN Trails application to construct a 12' wide, paved, non-motorized trail.  The railway corridor within the City limits is approximately 4.2 miles in length. The estimate for the complete project is $3,152,523.
**PUBLIC HEARING CLOSED: 4:24 p.m.**

**CONSENT AGENDA:**
**Item #8.  Minutes:** 5/10/2016 – Regular Meeting.
**Item #9.  Award of contract for janitorial services to Underwood Service Enterprises d/b/a Pro Force of the Emerald Coast in the amount of $2,520 per calendar month:** City staff advertised requesting proposals for City-wide janitorial services. The proposals included consideration for: price; experience and history of firm; personnel and equipment; quality assurance; responsiveness to RFP; and local vendor preference. A total of five proposals were received. A selection committee comprised of five members of City staff reviewed all proposals and determined a short list of three firms. The three firms were interviewed on June 2, 2016, and ranked in the following order:

> Pro Force Cleaning (Underwood Service Enterprises)
> American Facility Services
> Crystal Cleaning

Staff recommends awarding a two-year contract with one (1) optional two-year renewal effective July 1, 2016.
**Item #10.  Approval of the new certified 5K Run route for the Hermit Crab Festival event.**
**Item #11.  Approval of Memorandum of Agreement with State Attorney for the 14th Judicial Circuit of Florida:** On June 7, 2016 we received a Memorandum of Agreement for the intake, discovery, pre-trial, trial and case disposition of criminal municipal ordinance violations. (Civil citations & Code Enforcement).
**Item #12.  Approval of Memorandum of Agreement/Mutual Aid Agreement for Public Safety Diving (Joint Agency in-Water Strike Team – JAWS):**  On June 7, 2016 we received a Memorandum of Understanding/Mutual Aid Agreement for the Joint Agency in-Water Strike (JAWS) Team for standardized training, procedures and resources for the purpose of increasing safety, efficiency and effectiveness of underwater searches, rescues, evidence recovery, and crime scene processing.
**Item #13.  Approval of Minor Subdivision (MS-16-03), Cynthia McQuaig, corner of Tennessee Ave. and 13th Street, into two parcels:** Ms. Cynthia McQuaig, applicant and property owner, requests that the City allow her to divide the parcel located at the corner of Tennessee Ave. and 13th Street (Parcel # 10138-000-000), into two buildable lots. The Applicant owns the property located at the corner of Tennessee Ave. and 13th Street. The parcel consists of three (3) 50ft x 150ft lots facing Tennessee Ave.  Ms. McQuaig would like to split the lots down through the center from north to south, thereby creating two (2) building lots, 75ft x 150ft lots.

Public Hearing
SUN Trial
Network
Program

Consent Agenda
Minutes
Janitorial
Contract

5k Run Route
Hermit Crab
Festival

Mutual Aide
Agreement
Public Safety
Diving

Minor
Subdivision
Tenn Ave &
13th Street

**City Commission Meeting Minutes of June 14, 2016**
**Page Three**

This parcel is in the Historic 1911 Plat area, and therefore there is a requirement that in order to be a buildable lot, it must be at least 75ft wide and 7,500 sq.ft. in size, unless it was recorded as one individual 50ft lot prior to the 1975 Tax Roll. The owner is requesting that the City Commission approve this lot division through the minor subdivision process (ULDC Sec. 4.03.05).

**Item #14.   Approval of Minor Subdivision (MS-16-04), Habitat for Humanity, 1615 Michigan Ave., into two parcels:** Habitat for Humanity, applicant and property owner, requests that the City allow them to divide the parcel located at 1615 Michigan Ave (Parcel # 10498-000-000), into two lots. The Applicant owns the property located at 1615 Michigan Ave. The parcel consists of six (3) 50ft x 150+/- ft. lots (lots 13, 14,15,16,17, and 18). The applicant would like to split off lot 18 and half of lot 17 to create a 75ft x 150 ft. buildable lot. This parcel is in the Historic 1911 Plat area, and therefore there is a requirement that in order to be a buildable lot, it must be at least 75ft wide and 7,500 sq.ft. in size, unless it was recorded as one individual 50ft lot prior to the 1975 Tax Roll. The owner is requesting that the City Commission approve this lot division through the minor subdivision process (ULDC Sec. 4.03.05).

Minor Subdivision 1615 Michigan Ave

**Item #15.   Approval of Minor Subdivision (MS-16-05), William Shaw, Jr., 2911 Lynn Haven Parkway, into two parcels:** Mr. Shaw, applicant and property owner, requests that the City allow him to divide the parcel located at 2911 Lynn Haven Parkway (Hwy 77), (Parcel # 11797-010-000), into two   parcels. The Applicant owns the property located at 2911 Ohio Ave, which is approximately 7.5+/- acre in size, and would like to split the parcel into two new parcels. Parcel A would be 4.8 +/- acres in size and Parcel B would be two 2.5 +/- acres. The Future Land Use of this vacant parcel is Commercial. The owner is requesting that the City Commission approve this parcel division through the minor subdivision process (ULDC Sec. 4.03.05).

Minor Subdivision 2911 Lynn Haven Parkway

**Item #16.   Approval of Minor Subdivision (MS-16-06), Lisa Anderson & Joel Shubert, 1616 Wildridge Road, into two parcels:** Ms. Anderson and Mr. Schubert, applicant and property owners, request that the City allow them to divide a parcel located at 1616 Wildridge Rd (Parcel # 11675-040-000), into two parcels. The Applicants would like to split the 4.987 +/- acres parcel into two parcels.  Parcel A would be 4.061+/-acres in size, and parcel B would be 0.926 +/- acres in size. The Future Land Use of this parcel is Low Density  Residential. The owner is requesting that the City Commission approve this parcel division through the minor subdivision process (ULDC Sec.  4.03.05).

Minor Subdivision 1616 Wildridge

**Item #17.   Approval to purchase two trash trucks in the amount of $263,610 and approve a new Equipment Operator position:** The Sanitation Division runs five trucks for the collection of yard debris and special pickups; this number has not changed for 11 years which has not kept up with growth. Over this 11-year span the population of Lynn Haven has increased by approximately 5,000 citizens. This additional demand, combined with the fact these trucks run constantly and are prone to breakdown has created an issue maintaining service   level. This request is twofold. The first being able to purchase two new trash (knuckle-boom) trucks. One truck will be dedicated to special pickups, which is an option the City currently does not have. The second truck would be put into service for yard debris to address additional demand. These trucks can be purchased under current NJPA contracts and can be made available in 30 to 45 days if ordered upon approval.  If the City postpones this purchase until the FY 2016-17 budget, delivery would likely be in April or May of 2017.

Trash Truck Purchase

DEF'S EX 52_049

**City Commission Meeting Minutes of June 14, 2016**
**Page Four**

The second portion of this request is for the approval of an additional sanitation driver. This position would be dedicated for all special pickups. This driver will also be available for normal yard debris pickup once the special pickups have been completed. Currently, special pick-up involves a substantial administrative process including customer service, identification, and individual billing. With the additional trucks, the City will cover every residence on a weekly basis for special pick-ups; sanitation rates will need to reflect this new process.

|  | Motion by Commissioner Ashbrook: To approve as presented. |  |
|---|---|---|
|  | Second to the motion: Commissioner Schad. |  |
| On Vote: | Ashbrook: | aye |  |
|  | Schad: | aye |  |
|  | Friend: | aye |  |
|  | Barnes: | aye |  |
|  | Ashbrook: | aye | Motion passed: 5-0 |

**OLD BUSINESS:**

**Item #18.  Second and final reading of Ordinance 1022, Impact fees:** The City recently completed an impact fee study and desires to immediately reduce certain impacts fees as recommended by the study, but cannot do so because of the notice requirements in the Code. Section 86-91 of the Lynn Haven Cod e of Ordinances (the "Code") provides for a minimum ninety (90) day notice prior to the imposition of any new or amended impact fee; Section 163.31801, *Florida Statutes,* only requires a minimum ninety (90) day notice for new or increased impact fees and no notice for the reduction, suspension, or elimination of any impact fee. The City desires to amend the Code to match the minimum notice requirements under Florida law and provide an immediate benefit of reduced impact fees to the businesses and citizens of the City without waiting ninety (90) days. City Manager Schubert read Ord. 1022 by title only. This was the second and final reading.

<div style="text-align: right">Old Business
Ord. 1022</div>

|  | Motion by Commissioner Ashbrook: To approve as presented. |  |
|---|---|---|
|  | Second to the motion: Commissioner Schad. |  |
| On Vote: | Ashbrook: | aye |  |
|  | Schad: | aye |  |
|  | Friend: | aye |  |
|  | Barnes: | aye |  |
|  | Anderson: | aye | Motion passed: 5-0 |

**NEWS BUSINESS:**

**Item #19.  Resolution 2016-06-649, SUN Trail Grant Application:**  Staff recommends approval to submit an application for construction of a 12' wide non-motorized rail.  City Manager Schubert read this resolution by title only under Public Hearing.

<div style="text-align: right">New Business
Res. 2016-06-649
SUN Trail Grant</div>

|  | Motion by Commissioner Schad: To approve as presented. |
|---|---|
|  | Second to the motion: Ashbrook |

**City Commission Meeting Minutes of June 14, 2016**
**Page Five**

On Vote:        Schad:         aye
                Friend:        aye
                Barnes:        aye
                Ashbrook:      aye
                Anderson:      aye                    Motion passed:  5-0

**Item #20.  Resolution 2016-06-650, amending impact fees (decrease):**   A resolution amending Impact Fees for General Governmental Services including fees for Parks & Recreation, Law Enforcement & Fire Rescue; amending Appendix "A" of the Code.  City Manager Schubert read Resolution 2016-06-650 by title only.

Res. 2016-06-650 Amending Impact Fees

                Motion by Commissioner Schad:  To approve as presented.
                Second to the motion:  Commissioner Friend.
On Vote:        Schad:         aye
                Friend:        aye
                Barnes:        aye
                Ashbrook:      aye
                Anderson:      aye                    Motion passed:  5-0

**Item #21. Resolution 2016-06-651, amending impact fees (increase):**  A resolution amending Water & Sewer connection charges for connections to the City's Water & Wastewater System; amending Impact Fees for General Governmental Services including fees for Law Enforcement & Fire Rescue.  City Manager Schubert read Resolution 2016-06-651 by title only.

Res. 2016-06-651 Amending Impact Fees

                Motion by Commissioner Schad:  To approve as presented.
                Second to the motion:  Commissioner Barnes.
On Vote:        Schad:         aye
                Friend:        aye
                Barnes:        aye
                Ashbrook:      aye
                Anderson:      aye                    Motion passed:  5-0

**Item #22.  Discussion and possible action regarding acceptance of Quit Claim Deed from Airport Authority:**  Staff recommends approval to transfer of property adjacent to the formerly District owned Hugh Nelson Industrial Park.  Based on the District having no regular presence near this canal or the Hugh Nelson Industrial Park and the potential for premises liability and maintenance costs associated with ownership, staff and legal counsel recommends this transfer.

Quit Claim Deed Airport Authority

                Motion by Commissioner Schad:  To approve as presented.
                Second to the motion:  Commissioner Ashbrook.
On Vote:        Schad:         aye
                Friend:        aye
                Barnes:        aye
                Ashbrook:      aye
                Anderson:      aye                    Motion passed:  5-0

**City Commission Meeting Minutes of June 14, 2016**
**Page Six**

**Item #23.  Resolution 2016-06-652, Amending the Authorization for the Fuel Depot Sale:**
A Resolution amending the authorization for the acquisition and subsequent sale of the Lynn
Haven Fuel Depot from the USAF to Bluewater Development Partners, LLC; approving the
conveyance agreement; approving an amendment to the real estate contract; approving an
easement agreement w/Bluewater Development for the Fuel Depot railroad ROW; authorizing
the City Manager to obtain financing to purchase the Fuel Deport direct from the USAF in the
event that Bluewater does not close as scheduled for any reason; authorizing the Mayor to
execute the conveyance agreement, the amended sales contract, the easement agreement, and
other closing documents for a closing with or without Bluewater. City Manager Schubert read
Resolution 2016-06-652 by title only.

Res. 2016-06-652
Fuel Depot Sale

| | Motion by Commissioner Ashbrook:  To approve as presented. | | |
| | Second to the motion:  Commissioner Schad. | | |
| On Vote: | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #24. Discussion and possible action regarding award of bid for FY2016 Street Paving
Project:** On June 13, 2016 sealed bids were received and opened in regards to the Lynn Haven
Road Paving of Mosley Drive & Michigan Avenue; Staff recommends approval to award the
bid to Roberts & Roberts Inc. in the amount of $290,465.

FY2016 Street
Paving Project

| | Motion by Commissioner Schad:  To accept as presented. | | |
| | Second to the motion:  Commissioner Ashbrook. | | |
| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #25. Public Commentary:**
Ms. Frances Wittkopf thanked the Commission for moving forward w/Rails to Trails and
thanked everyone who helped the Garden Club during the Memorial Day festivities.
Mr. Leon Miller asked about Hwy 390 turnover; Commissioner Ashbrook stated the turnover is
between the County & the State; he stated that he will ask at the TPO meeting next week.
Mr. Miller suggested a turn lane on 17th Street by TFCU; City Manager Schubert stated that he
is talking with FDOT regarding this intersection & by the Post Office.
Commissioner Ashbrook stated that Mr. Bryant, Bay County, has funding for 26th Street & Hwy
389 *turn bubble* to improve ingress/egress.
Commissioner Friend stated that Bay County did pass a resolution expressing a wish to transfer
Hwy 390.
Mayor Anderson agrees with Mr. Miller regarding the need for a turn lane at TFCU & the Post
Office.

Public
Commentary

DEF'S EX 52_052

**City Commission Meeting Minutes of June 14, 2016**
**Page Seven**

There was no further business to discuss and the meeting was *adjourned at 4:48 p.m.*

Adjourn

APPROVED THIS _____28th_____ DAY OF _____June_____ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 52_053



There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**JUNE 28, 2016 – 6:00 P.M.**

**Present:**   Margo Deal Anderson, Mayor
Antoniou G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Nick Beninate, City Attorney
Lieutenant Brian Blalock

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation. The Pledge of Allegiance followed.

Call to Order

Mayor's Report

**Item #3.  Mayor's Report:** Mayor Anderson thanked Leisure Services for their hard work in making the Hermit Crab Festival a success; she thanked the Police & Fire Departments for their help in keeping everyone safe.

   A.  **Representative Jay Trumbull:**   Mayor Anderson presented Rep. Trumbull a plaque for his efforts in securing funds to aide in infrastructure improvements.

Commissioner's Report

**Item #4.  Commissioner's Report:**
Commissioner Schad had no report.
Commissioner Ashbrook had no report.
Commissioner Barnes had no report.
Commissioner Friend echoed the Mayor's comments in thanking those involved in the Hermit Crab Festival; the long range plan was approved at the TPO; a project priority, Rails to Trails, was also approved at the TPO.

Mayor Anderson reported that the City would be hosting an Ethics class tomorrow, however, she would not be able to attend and will take the class on-line.

City Manager's Report

**Item #5.  City Manager's Report:** No report.

City Attorney's Report

**Item #6.  City Attorney's Report:** No Report.

Consent Agenda

**CONSENT AGENDA:**

Minutes

**Item #7. Minutes:**     6/14/2016 – Regular Meeting

Engineering Services

**Item #8.   Approve assignment of contract for continuing engineering services with Preble Rish, Inc. to Dewberry Engineers, Inc.:** The City currently has a continuing engineering contract with Preble-Rish, Inc. Preble-Rish has recently joined staff and operations with Dewberry Engineers, Inc. and has submitted a request to assign the contract to Dewberry Engineers.

DEF'S EX 52_054



**City Commission Meeting Minutes of June 28, 2016**
**Page Two**

The assignment request includes their Professional Services Agreement with the City dated August 11, 2015, along with Task Order #1415-1 for Sharon Sheffield Park Improvements.
**Item #9.   Approval of School Resource Officer contract at Bay Haven Charter Academy:** To enter into contract with the Bay Haven Charter Academy Foundation to provide School Resource Officer services to Bay Haven Charter Academy for the 2016 - 2017 school year.

SRO – Bay Haven

**Item #10.  Authorize the City Manager to negotiate a grant administration contract with Summit Professional Services for a proposed CDBG Federal Fiscal Year 2016 grant:** A selection committee comprised of City staff reviewed three proposals – Dewberry, The Ferguson Group, LLC & Summit Professional Services; the committee selected Summit Professional Services as their number one ranked firm.  Staff is requesting that the City Manager be authorized to negotiate a contract with Summit Professional Services.

CDBG Grant
Professional
Services

Motion by Commissioner Schad:  To approve the Consent Agenda as presented.
Second to the motion: Commissioner Barnes.

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**NEW BUSINESS:**

**Item #11.  Discussion and possible action regarding approval of Proposed Change Order #2 for the 17th Street Ditch Drainage & Safety Improvements Project:**  Staff recommends approval of Change Order #2 to Phoenix Construction Services in the amount of $190,000 – Scope for Utility Conflicts $75,000; Scope for Stormwater Facility Maintenance $115,000.

Change Order #2
17th Street Ditch

Motion by Commissioner Ashbrook:   To approve as presented.
Second to the motion: Commissioner Schad.

| On Vote: | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**City Commission Meeting Minutes of June 28, 2016**
**Page Three**

<u>**Item #12. Public Commentary:**</u>

Mayor Anderson invited everyone to attend the 4th of July festivities on Monday, July 4th she thanked various City Departments for their efforts.

Public Commentary

There was no further business to discuss and the meeting was **adjourned at 6:14 p.**

Adjourn

**APPROVED THIS** _____ 26 _____ **DAY OF** _____ July _____ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



The Lynn Haven City Commission held a workshop on Monday, July 25, 2016 @ 4:00 p.m. in The Chambers to discuss the FY2016/2017 proposed budget.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**JULY 26, 2016 – 6:00 P.M.**

**Present:**      Margo Deal Anderson, Mayor
               Antonius G. Barnes, Mayor Pro Tem/Commissioner
               Joseph Ashbrook, Commissioner
               Rodney Friend, Commissioner
               Roger Schad, Commissioner
               Joel B. Schubert, City Manager
               Robert C. Jackson, City Attorney
               Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Ashbrook gave the Invocation. The Pledge of Allegiance followed.                    Call To Order

**Item #3. Mayor's Report:**                                      Mayor's Report

> **A. Proclamation – Americans with Disabilities Act:** Mayor Anderson read     ADA Proclamation
> this proclamation in its entirety. Ms. Pamela Darworth, ADA Liaison,
> accepted the proclamation.

Mayor Anderson reported there was no meeting on June 14; she attended a table top exercise with representatives from the Fire Department/Police Department/City Manager & staff to discuss several plans for the City in the event of a disaster; attended Bay County Commission Meeting w/City Manager –1/2 cent sales tax was on the agenda – it is being proposed for a referendum in November.

**Item #4. Commissioner's Report:**                              Commissioner's
Commissioner Schad reported he attended annual Ethics training a few weeks ago.         Report
Commissioner Ashbrook stated that he attended the annual Ethics training; he supports the ½ cent sales tax – would be a benefit for the City.
Commissioner Barnes thank staff for all their hard work during 4th of July.
Commissioner Friend reported that Hwy 390 has transferred from County to State; he complimented the Police Department and asked that they be kept in our thoughts and prayers for their safety.
Mayor Anderson reported she received a letter asking for support of the First Responders on September 11. She suggested we recognize them with a luncheon.

**Item #5. City Manager's Report:** City Manager Schubert reported that there have been bear     City Manager's
sightings and asked that people be diligent when out; he stated that FWC will be holding a       Report
workshop to educate and will post the date and time.
City Manager Schubert reported that the paving contract for Mosley Drive & Michigan Ave. approved at the June 28, 2016 Commission Meeting in the amount of $290,465 – the Contractor bid in error by $46,000 – staff negotiated with Roberts & Roberts a change order in the amount of $35,000.



**City Commissioner Meeting Minutes of July 26, 2016**
**Page Two**

|  |  |  |
|---|---|---|
|  | Motion by Commissioner Schad:  To approve the Change Order as presented. | |
|  | Second to the Motion:  Commissioner Friend. | |
| On Vote | Schad: | aye |
|  | Friend: | aye |
|  | Barnes: | aye |
|  | Ashbrook: | aye |
|  | Anderson: | aye |

**Item #6.  City Attorney's Report:** No report.

**CONSENT AGENDA:**
**Item #7.  Minutes:**      **6/28/2016 – Regular Meeting**
**Item #8.  Approve Minor Subdivision, MS-16-07, Steve Waldman, Michigan Ave.:** The Applicant owns the property located on Michigan Ave, which is approximately 0.516 +/- acres in size, consisting of three 50 ft x 150 ft lots located within the Historic 1911 Plat area. Mr. Waldman would like to split the parcel into two 75 ft wide lots in order to construct new homes upon the lots. The Future Land Use of this vacant parcel is Low Density Residential.

**Item #9.  Approval renewal of contract with Ecological Consultant Group for NPDES Permit compliance reporting:** The City of Lynn Haven is currently under a NPDES pelmit requiring annual reporting for storm water compliance along with mitigation requirements. Ecological Consulting Group has been the City's environmental consultant for the past 10 years and the contract needs to be renewed for an additional year in order to meet the monitoring reports and third party inspections.  Reporting monitoring requirements are required from the FDEP due to previous mitigation requirements.  Contract renewal at this time is necessary due the report due dates in order to stay in compliance with the existing permit.

**Item #10.  Approval CDBG Administration contract with Snmmit Professional Services:** On June 28, 2016, the City Commission authorized the City Manager to negotiate a contract with Summit Professional Services to administer a FFY 2016 CDBG grant. Summit has agreed to administer the grant (should the City receive a grant award).

**Item #11.  Approve the CDBG Application contract with Summit Professional Services:** On June 21, 2016, a selection committee interviewed and ranked three firms who submitted proposals to offer Grant Application and Preparation Services for FFY 2016 CDBG. The highest ranking firm was Summit Professional Services. Summit has agreed to provide all grant application services at no cost to the City if they are procured to provide Grant Administration Services.

**Item #12.  Approve termination agreement for Roadside Assistance Funding:** On February 23, 2016, the City Commission approved a Joint Participation Agreement (JPA) for Roadside Beautification Assistance Program funds to landscape Highway 77 between the south side of the Bailey Bridge and 11ᵗʰ Street. It has since been determined that the match funding required for design and hardscape for this project would be excessive in comparison to the $200,000 awarded to the City. A formal termination agreement must be signed to terminate the JPA between the City and FDOT.

<div style="float:right;">

City Attorney
Report
Consent Agenda
Minuts
MS-16-7 – Minor
Subdivision
Michigan Ave

Ecological
Consultant Group
Renewal Contract

CDBG Admin.
Contract w/
Summit

CDBG Application
w/Summit

Roadside Assist
Funding
Termination

</div>



**City Commission Meeting Minutes of July 26, 2016**
**Page Three**

**Item #13.   Approve the grant agreement with DEP for Water System Improvements:** Panhandle Engineering submitted a legislative appropriations request for engineering and design services to make improvements to the City's water distribution system. The City has been awarded the funding and is now in receipt of a grant agreement that must be executed by the Mayor. The scope of work includes engineering, design and permitting for the replacement of approximately 54,767 linear feet of old pipes in the old downtown area of Lynn Haven. Replacing all of the cast iron pipes will improve water flow and quality. The amount of the grant award is $287,500 which will cover all engineering, design and permitting fees.

DEP Grant Agreement for Water System Improvements

**Item #14.   Approve the grant agreement with DEP for Reuse Improvements:** Panhandle Engineering submitted a legislative appropriations request for engineering and design services to make improvements to the City's reuse water system. The City has been awarded the funding and is now in receipt of a grant agreement that must be executed by the Mayor.  The scope of work includes engineering, design and permitting for an additional reuse tank and new high service pumps to increase the capacity of reuse water available to Lynn Haven   citizens. The amount of the grant award is $250,000 which will cover all engineering, design and permitting fees.

DEP Grant Agreement for Reuse

> Motion by Commissioner Schad:  To approve the Consent Agenda as presented.
> Second to the motion:  Commissioner Barnes.

Commissioner Schad suggested that the City Manager be allowed to approve Item #8, Minor Subdivision process.
City Attorney Jackson stated that this would not be a problem would only need a code change.
Mr. Virgil Duffell commented on Item #12.
Mr. Richard Walker commented on Item #14 – he believes there is discrimination in old town area – no reuse water available.
City Manager Schubert reported that we are working with the Engineers & we require new developments to install reuse at their cost. Installation may be cost prohibitive.
Mr. Chris Forehand, Panhandle Engineering, the scope of work includes a hydraulic model of the reuse system and the design of a new pump system; there is not a revenue system to install reuse pipes in the older areas of town – may be able to look into grant possibilities.
Commissioner Ashbrook reported that his neighborhood of approx..300 homes does not have reuse.

On Vote:          Schad:          aye
                  Friend:         aye
                  Barnes:         aye
                  Ashbrook:       aye
                  Anderson:       aye          Motion passed:  5-0

> Motion by Commissioner Schad:  To approve a code change to the Minor Subdivision rule, delegate the authority to approve changes to the City Manager and bring back the code change to the City Commission for approval.
> Second to the motion:   Commissioner Ashbrook.



**City Commission Meeting Minutes of July 26, 2016**
**Page Four**

**NEW BUSINESS:**

**Item #15. Set proposed millage rate for purposes of submission of Certificate of Taxable Value to Property Appraiser's Office pursuant to TRIM Act:** City Manager Schubert stated that for the purpose of funding a portion of the FY2016/2017 General Fund Budget a millage rate of 3.9% is proposed.

<div style="text-align:right">NEW BUSINESS
COTV – Trim Act
Set Millage</div>

        Motion by Commissioner Ashbrook: To approve as presented.
        Second to the motion: Commissioner Schad.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

Mayor Anderson asked if consideration had been given to a 1st Responder event & asked that a motion be made to direct staff to move forward with planning.

        Motion by Commissioner Ashbrook: To direct staff to come up with a recommendation to honor 1st Responders on 9/11 and bring back to the Commission.
        Second to the motion Commissioner Schad.

City Manager Schubert stated that he was already in discussions w/staff & would bring back a recommendation.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #16. Resolution 2016-07-653, revising stormwater fees:** Utility rates are increased annually effective October 1, as recommended by the Revenue Sufficiency Analysis studies performed by Burton & Associates. The study recommended raising Storm Water rates by the greater of the general CPI or 1.9%. The general CPI is 1%. Therefore, the recommendation is to raise the Storm Water rate by 1.9%. The study recommended raising Sanitation (Garbage) rates annually by the greater of the general CPI of 2%. The general CPI is 1%. Therefore, the recommendation is to raise the Sanitation rate by 2%. The study recommended raising Water & Sewer (Wastewater) rates annually by the greater of the Water & Sewerage Maintenance Series CPI or 4.6%. The Water & Sewerage Maintenance Series CPI is 4.6%. Therefore, the recommendation is to increase Water & Sewer rates by 4.6%. City Manager Schubert read Res. 2017-07-653 by title only.

<div style="text-align:right">Res. 2016-07-653</div>

        Motion by Commissioner Schad: To approve as presented.
        Second to the motion: Commissioner Barnes.

DEF'S EX 52_060



**City Commission Meeting Minutes of July 26, 2016**
**Page Five**

Ms. Janet Walker asked if these increases included in the proposed budget.

On Vote:      Schad:        aye
              Friend:       aye
              Barnes:       aye
              Ashbrook:     aye
              Anderson:     no            Motion passed:  4-1

**Item #17.  Resolution 2016-07-654, revising solid waste fees:**  City Manager Schubert read          Res. 2016-07-654
Res. 2016-07-654 by title only.

              Motion by Commissioner Barnes:  To approve as presented.
              Second to the motion:  Commissioner Ashbrook.
Commissioner Ashbrook stated that these increases will aide in replacing much needed
equipment.
Mayor Anderson stated that there were portions of the budget she was not in agreement with;
she is not trying to be disagreeable she just has a difference of opinion.
Mr. Richard Walker commented on the rate increase.
City Manager Schubert reported that Burton & Associate takes a hard look at capital
improvement projects.

On Vote:      Barnes:       aye
              Ashbrook:     aye
              Schad:        aye
              Friend:       aye
              Anderson:     no            Motion passed:  4-1

**Item #18.  Resolution 2016-07-655, revising water rates:**  City Manager Schubert           Res. 2016-07-655
read Res. 2016-07-655 by title only.

              Motion by Commissioner Ashbrook:  To approve as presented.
              Second to the motion:  Commissioner Schad.
On Vote:      Ashbrook:     aye
              Schad:        aye
              Friend:       aye
              Barnes:       aye
              Anderson:     no            Motion passed:  4-1

**Item #19.  Resolution 216-07-656, revising wastewater fees:**  City Manager          Res. 2016-07-656
Schubert read Res. 2016-07-656 by title only.

              Motion by Commissioner Barnes:  To approve as presented.
              Second to the motion:  Commissioner Friend.



**City Commission Meeting Minutes of July 26, 2016**
**Page Six**

Mr. Virgil Duffel asked Mayor Anderson why she was voting no.
Mayor Anderson feels that for many years the money was not handled as it should have been; large number of salary discrepancies in this City – 10 employees making well over a million dollars and people at the bottom of the pay scale are not making a livable wage - she would like to see this rectified.

On Vote:        Barnes:          aye
                Ashbrook:        aye
                Schad:           aye
                Friend:          aye
                Anderson:        no              Motion passed:  4-1

**Item #20.  Public Commentary:**                                           Public
Ms. Libby Tunnell does not agree with raising the rates; she commended the Mayor for    Commentary
standing up for us.
Mr. Virgil Duffell expressed his appreciation of the relocation of the McMullin Library; the
17th Street ditch progress.  Mr. Duffell would like to see a portion of 17th Street named after
Mr. Julius "Doc" Smith.
Mayor Anderson thought that was a fabulous suggestion.
Ms. Marie Waller Lee would like to see the City do something with Davis Lake – it is in
very poor condition.
City Attorney Jackson stated that Davis Lake belongs to FWC; the causeway belongs to the
City. Mr. Jackson stated that he would review his records.
Mr. Richard Walker stated that he had Ms. Rindy Goerg research documents on Davis Lake
if anyone would like to see them.
Mr. Leon Miller stated that Doc Smith was a good man, however, there are other pioneers
that we need to remember (March Green) & we need to be careful of hurting feelings. Mr.
Miller asked in all events on City property required insurance.
City Manager Schubert stated that he would get clarification/review through legal & will
have a policy.
Ms. Geri Deal asked why each time the City needs money it comes out of the water and
sewer bill.
Mr. George Hines stated that you are supposed to be voting for the people; we need to come
together.
City Manager Schubert stated not a penny is going from the Enterprise Fund to the General
Fund; the reason why Water & Sanitation is used is because stormwater & sewer don't' make
money; we are not in the business to make money, however, we do need to recoup what it
cost to provide these services and set aside reserves for future capital improvement projects.

**City Commission Meeting Minutes of July 26, 2016**
**Page Seven**

There was no further business to discuss and the meeting was *adjourned at 7:10 p.m.*

Adjourn

**APPROVED THIS** _____ 9th _____ **DAY OF** _____ Aug. _____ , _____ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel G. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 52_063

 

There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**AUGUST 9, 2016 – 4:00 P.M.**

**Present:**   Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manger
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.  The Pledge of Allegiance followed.

Call to Order

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she will attend the FLC Conference Aug. 18-20, 2016; she thanked all the City employees working hard right now to help with the rain event; gave kudos to the City Manager for his idea to provide sandbags to LH residents; approx. 5,000 bags were given out; City employees, Sheriff's Office, Navy Base, citizens and others helped with this endeavor; met with a group of senior citizens wanting to start pickle ball; met with the LH AA Group wanting to relocate to a City building for meetings; walked the LH Bayou Preserve Park w/the City Manager & others – great asset to the community.

Mayor's Report

**A.  Proclamation – First Responder Appreciation Day:**  Mayor Anderson read this proclamation in its entirety.

1st Responder Proclamation

**Item #4.  Commissioner's Report:**
Commissioner Schad would like to see a sandbag luncheon in the park thanking all involved with the sandbag endeavor.
Commissioner Ashbrook thanked everyone involved with the sandbags and gave kudos to Mr. Sid David, Leisure Services, for his help with the Senior Center; he received a very nice letter complementing Mr. David.
Commissioner Antonius Barnes wanted to echo what his colleagues were saying; school starts next Thursday and asked that everyone be safe and watch out for students.
Commissioner Rodney Friend wanted to echo the same sentiments and he appreciates the forward thinking of City Manager Schubert and the support of staff; he would like to see the weather updates sent from Bay County of the City's webpage.

Commissioner's Report

**Item #5.  City Manager's Report:**  City Manager thanked staff and stated that he couldn't be more proud of everyone involved.  Really proud of how everyone came together.

City Manager's Report

**A.  Employee of the Month – June 2016:** Ms. Jill Snipes, Library, was awarded the EOM award for her hard work & dedication to the City.

EOM

**B.  Supervisor of the Quarter – April-June 2016:**  Lieutenant Brian Blalock, Police Department, was awarded the SOQ award for his hard work & dedication to the City.

SOQ

DEF'S EX 52_064



**City Commission Meeting Minutes of August 9, 2016**
**Page Two**

City Manager Schubert congratulated Police Chief David Messer and his Department for placing 1st in the Florida Law Enforcement Challenge and 2nd in the Florida Click It or Ticket Challenge in the State. It is evident by their dedication to their community and commitment to making Florida a safer place that lives have been saved in Lynn Haven. Thank you for your continued support. Chief Messer thanked his staff for the hard work and dedication.

Police Chief David Messer made "Cade", a young citizen in Lynn Haven, an honorary police officer for bringing power aide and cookies to the LH Police Department -- Mr. Cade was concerned with everything happening in Dallas and wanted to show his support to our Police Department.

                    Motion by Commissioner Schad:  To approve the 1st Responder proclamation as presented.
                    Second to the motion:  Commissioner Barnes.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

City Manager Schubert reminded everyone that the August 23, 2016 meeting was cancelled due to early voting in the Chambers; if warranted he will look at an alternate space for meeting.

City Manager Schubert reported that we recently did an RFP for Commercial trash; while we had a good response and staff did an excellent job of following the process he is convinced that our process needs to be readdressed – current policy is approx. 22 years old; he would like to propose that we reject all the bids, rework our procedural manual within the next two months, extend our current Commercial trash contract 9 months, and once the new procedural manual is adopted we move forward with Commercial trash.

                    Motion by Commissioner Schad:  To approve the City Manager's proposal on Commercial trash.
                    Second to the motion:  Commissioner Ashbrook.

Commissioner Schad stated that the process is not clear in certain areas and staff is trying to clarify it.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #6.  City Attorney's Report:** No Report.

City Attorney's
Report

DEF'S EX 52_065



**City Commission Meeting Minutes of August 9, 2016**
**Page Three**

**CONSENT AGENDA:**
**Item #7.  Minutes:     7/26/2016 – Regular Meeting**     Consent Agenda
**Item #8.  Approval of playground equipment purchase & installation:**  Authorize the     Playground Equip
purchase and installation of playground equipment (Ship "Ahoy Matey") from Playmore     Porter Park
Recreational Products & Services and Clean Play at Porter Park in the amount of
$39,441.50.
**Item #9.  Approval of Planning Commission member appointment - George Outlaw:**     Planning Comm
Mr. Dennis Hlad's 8-year term as a Planning Commission member is due to expire in September     Appoint.
2016 & staff is recommending Mr. George Outlaw to replace him.     George Outlaw
**Item #10.   Approval of FY2016 Edward Byrne Memorial Justice Assistance**     Edward Byrne
**Countywide Grant application for the purchase of NOPTIC units & radio ear pieces**     Grant
**for the Police Department:** Approve submittal of a Federal Fiscal Year 2016 Edward Byrne
Memorial Justice Assistance (JAG) Countywide Grant application for the purchase of NOPTIC
units and radio ear pieces, and authorize the Mayor to sign all associated application and award
documents.
**Item #11.  Approval of FY2016 Edward Byrne Memorial JAG Countywide projects as**     JAG Projects
**recommended by the Bay County Public Safety Coordinating Council:** Authorize the
Mayor to sign a letter agreeing to the Federal Fiscal Year 2016 Edward Byrne Memorial
Justice Assistance Grant projects as recommended by the Bay County Public Safety
Coordinating Council.
**Item #12.  Approving the abandonment of an existing lift station easement and accepting**     Lift Station
**new easements to the City for lift station #4:** The City of Lynn Haven currently has a lift station     Easement
#4 located on HWY-77 on the existing parcel owned by Bill Shaw. The City has plans to improve the
existing lift station in fiscal year 2016/2017 and will need additional land and easements for future
access. A proposed Assisted Living Facility is scheduled for the site and the developer along with Mr.
Shaw have agreed to granting the 5 easements necessary to various parties effected. The City
currently has an easement for the existing lift station but will need additional land for future
improvements.
**Item #13.  Approval of contract for cemetery lawn care services:**  Award contract for     Cemetery Lawn
cemetery lawn care services to RESPECT of Florida in the amount of $1,901.60 per calendar     Care Service
month, effective October  1, 2016.

                         Motion by Commissioner Ashbrook:  To approve the Consent Agenda as
                         presented.
                         Second to the motion: Commissioner Schad.

City Attorney Jackson clarified Item #12 is contingent upon financing; if financing approved
Mayor is authorized to sign documents.
Ms. Janet Walker asked where the playground equipment is going for Item #8.
Mayor Anderson stated it would be Porter Park.
Ms. Janet Walker asked if Item #13. was in the Budget.
City Manager said yes & it will be a one-year contract.
Mr. Richard Walker asked if Item #8 was part of the grant for Sheffield Park?
Mayor Anderson said that it was not.
Mr. Richard Walker asked if the property owners for Item #13 have been notified.

**City Commission Meeting Minutes of August 9, 2016**
**Page Four**

| On Vote: | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**NEW BUSINESS:**

**Item #14.  First reading of Ordinance 1021, Comprehensive Plan Amendment, Large Scale Future Land Use Map Amendment, LSA-16-1 (Lynn Haven Bayou Park & Preserve):** The proposed amendment is to amend the Future Land Use Map from Traditional Neighborhood Development (TND) to Recreation/Open Space on property located on the west side of Hwy 2321 just south of McKithen's Bayou, Parcel # 08710-025-000, which is approximately 98+/-acres. This Ordinance and supporting materials were submitted to various State agencies as required by Florida Statutes for their review. There have been no objections to this amendment by any State agency.  City Manager Schubert read Ord. 1021 by title only.  This was the first reading and no action was required.

*Ord. 1021*

**Item #15.  First reading of Ordinance 1023, Amendment to the Unified Land Development Code Section 4.03.00, Section 10.01.00 and Section 10.03.00:** *Section 10.01.00 Application Requirements· and Section 10.03.00 Procedures for Review & Decision Making* of the Unified Land Development Code (ULDC) to streamline the process and make it less cumbersome for both the property owner and Commission. The amendments will remove some of the current restrictions regarding the amount of time a property owner has to wait to be able to split a parcel adjacent to one that has previously been split, plus allow the final approval to be made by staff when a determination is made that the application meets all the requirements of the ULDC. City Manager Schubert read Ord. 1023 by title only.  This was the first reading and no action was required.

*Ord. 1023*

**Item #16.  Resolution 2016-08-657, CRA Findings of Necessity Report as part of the CRA Plan Update:** This Resolution is for approval of the Findings of Necessity Report (FON) as part of the CRA Plan Update. ·PMG Associates drafted this report for the proposed area based on the process requirements as outlined in the Florida Statutes, Chapter 163, Part III. The FON is the analytical part for the potential expansion of the Lynn Haven CRA. The proposed expansion of the CRA district is generally the area northwest of the current boundaries including the area of the old Air Force Fuel Depot. The area contains approx. 144.4 acres. City Manager Schubert read this resolution by title only.
Mr. Phil Gonaught, PMG Associates, briefed the Commission on the plan.
Commissioner Ashbrook asked if the City Attorney had reviewed the plan.
City Attorney stated that he has reviewed the plan; this is the 1st step in the development of a new CRA.
Commissioner Schad stated that he has walked this property several times in the past few years & there are a lot of problems on the property.
City Manager Schubert stated that Bay County will participate in the feedback process.

*Res. 2016-08-657*



**City Commission Meeting Minutes of August 9, 2016**
**Page Five**

> Motion by Commissioner Ashbrook:  To approve the findings as presented.
> Second to the motion:  Commissioner Schad.

Mr. Richard Walker stated that this is a CRA matter that should go before the CRA Board; does not agree with the findings.

Mayor Anderson stated that Lynn Haven is a seated partner at the table – we are interested is selling the property to a developer; the City has a CRA Board & see it as a win-win for the City.

Mr. Bob Schultz asked who is the CRA Board.

City Manager Schubert stated the CRA Board & the Commission are the same; there is a CRA Advisory Board made up of citizens.

City Manager Schubert agreed with Mayor Anderson; USAF is responsible for clean-up on the property.

City Attorney Jackson had one small technical change – Section 1 of the Resolution there is a reference to a 1987 Florida Statute that needs to be deleted.

*Motion Restated:*

> Motion by Commissioner Ashbrook:  To approve w/Attorney stipulation.
> Second to the motion:  Commissioner Schad.

On Vote:      Ashbrook:      aye
              Schad:         aye
              Friend:        aye
              Barnes:        aye
              Anderson:      aye            Motion passed:  5-0

**Item #17.  Discussion and possible action regarding approval of a Cost Recovery & Reimbursement Agreement with D&H Properties:**  This agreement is a reimbursement of project costs; the City shall reimburse the Developer a total of $400,000; 1) $240 for the extension and oversizing of main water transmission line; 2) $160,000 for the extension of sanitary sewer transmission line and oversizing of the force main and master lift station; 3) TBD for the costs of construction of the ground storage tank, booster pump & extension of the reuse line; 4) TBD for the construction of the Fire & Police stations dedicated to the City within the Project.

CRA D&H Properties

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion:  Commissioner Ashbrook.

Mr. Richard Walker commented on re-use availability in the old Lynn Haven.

On Vote:      Schad:         aye
              Friend:        aye
              Barnes:        aye
              Ashbrook:      aye
              Anderson:      aye            Motion passed:  5-0

**City Commission Meeting Minutes of August 9, 2016**
**Page Six**

**Item #18. Public Commentary:**
Ms. Janet Walker commented on the CRA plan; she is frustrated that the monies are being spent on "fluffy stuff".
City Attorney Jackson stated that it is good to get an outside expert when dealing with a large sum of money.

Public Commentary

There was no further business to discuss and the meeting was *adjourned at 5:10 p.m.*

**APPROVED THIS** _____ 12th _____ **DAY OF** ___ Sept. ___ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 52_069



There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**SEPTEMBER 12, 2016 – 6:00 P.M.**
**(Meeting Started at 6:05 p.m.)**

**Present:**     Margo Deal Anderson
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Joseph Ashbrook, Commissioner
              Rodney Friend, Commissioner
              Roger Schad, Commissioner
              Joel B. Schubert, City Manager
              Robert C. Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation.   The Rising Leader Academy led the Pledge of Allegiance and the National Anthem.

**Item #3.  PUBLIC HEARING OPENED: 6:09 p.m.**
**A.** .   <u>**Tentative Millage Rate for 2016 Tax Roll:**</u> City Manager Schubert stated that for the purpose of funding a portion of the FY2016/2017 General Fund Budget a millage rate of 3.9% is proposed.  City Manager Schubert read Res. 2016-09-658 by title only.

Public Hearing
Tentative Millage

              Motion by Commissioner Schad:  To approve as presented.
              Second to the motion: Commissioner Barnes.
On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye          Motion passed:  5-0

**B.** .    <u>**Tentative General Fund & Enterprise Fund Budgets for FY2016-2017:**</u>
Resolution 2016-09-659, tentative General Fund Budget and approving the Enterprise Fund Budgets for FY2016-2017, was read by title only.

FY 2016/2017
Budget

              Motion by Commissioner Schad:   To approve Res. 2016-09-659 as presented.
              Second to the motion: Commissioner Friend.
On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye          Motion passed:  5-0

After audience participation the ***PUBLIC HEARING was closed at 6:12 p.m.***

DEF'S EX 52_070

**City Commission Meeting Minutes of September 12, 2016**
**Page Two**

**Item #4.  PUBLIC HEARING OPENED:  6:12 p.m.**
**A.     Tentative Community Redevelopment Agency Budget for FY2016-2017:**
Resolution 2016-09-660, tentative CRA Budget for FY2016-2017, was read by title only.

Ms. Janet Walker commented on the proposed CRA Budget. & professional services.

CRA FY 2016/2017 Budget

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Schad:   To approve Res. 2016-09-660 as presented. | | |
|  | Second to the motion: Commissioner Friend. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Anderson: | aye | Motion passed:  5-0 |

After audience participation the ***PUBLIC HEARING was closed at 6:17 p.m.***

**Item #5.  PUBLIC HEARING OPENED:  6:17 p.m.**
**Large Scale Amendment (LSA-16-1) – Lynn Haven Bayou Park & Preserve – Ord. 1021:** The proposed amendment will change the Future Land Use Map from Traditional Neighborhood Development (TND) to Recreation/Open Space on this property located on the west side of Hwy 2321, just south of McKithen's Bayou, Parcel # 08710-025-000. The parcel is approximately 98+/- acres in size. This Ordinance and supporting materials were submitted to various State agencies as required by Florida Statutes for their review. There have been no objections to this amendment by any State agency. City Manager Schubert read Ord. 1021 by title only.

LSA-16-1
Lynn Haven Bayou Preserve
Ord. 1021

After audience participation the ***PUBLIC HEARING was closed at 6:23 p.m.***

**Item #6.  PUBLIC HEARING OPENED:  6:23 p.m.**
**Amendment to the Unified Land Development Code Section 4.03.00, Section 10.01.00 & Section 10.03.00 – Ord. 1023:** Currently owners of property who wish to split an existing parcel or lot of land into two lots have to bring the request to the City Commission for approval per the City's Unified Land Development Code. In 2012 the City Commission amended the ULDC to allow for lots within the 1911 Historic Plat area to be constructed upon as long as they were at least 75 feet wide and 7500 sq. ft. ii) size. Since this amendment, the City has seen an increase in the number of property owners wishing to split larger lots into two in order to construct homes upon the newly created lots. These applications are processed through the Department of Development and planning to ensure that the split would meet the requirements of the ULDC, and then brought to the Commission for final approval. At the Regular Commission Meeting held on July 26, 2016, there was some discussion of the current process by the City Commission who voted in favor of an ordinance being drawn up by staff to amend the ULDC and allowing the City Manager or designee to approve the minor subdivision applications without them having to be brought to the Commission.

ULDC Amendment
Ord. 1023

 

**City Commission Meeting Minutes of September 12, 2016**
**Page Three**

Staff was tasked with preparing changes to *Section 4.03.00- Requirements for Minor Subdivision; Section 10.01.00 Application Requirements, and Section 10.03.00 Procedures for Review & Decision Making* of the Unified Land Development Code (ULDC) to streamline the process and make it less cumbersome for both the property owner and Commission. The amendments will remove some of the current restrictions regarding the amount of time a property owner has to wait to be able to split a parcel adjacent to one that has previously been split, plus allow the final approval to be made by staff when a determination is made that the application meets all the requirements of the ULDC. City Manager Schubert read Ord. 1023 by title only.
After audience participation the ***PUBLIC HEARING was closed at 6:29 p.m.***

**Item #7.  PUBLIC HEARING OPENED:  6:29 p.m.**
**Preliminary Plat application – Shoreline Village, Phase 1C of The Villages of Mill Bayou –PP-2016-1:** The applicant/owner has requested the approval of the Preliminary Plat for Phase 1C of The Villages of Mill Bayou, Shoreline Village Phase 1C; Parcel #: 11344-005-000; Mill Bayou Blvd, Highway 390.  The applicant, Shoreline Village 1-C (FL) is requesting approval of the Preliminary Plat for Phase I C of this project with a TND Land Use. This phase is approximately 13.53 acres in size, and will consist of fifty-one (51) single family homes and Home Owner's Association amenities and common area. The stormwater system will remain private and be maintained by the Home Owner's Association. The Development Order for the entirety of Shoreline Village Phase One was approved by the City Commission in 2013.  The owner of this sub-phase is not D & H Properties, LLC. but a different entity, Shoreline Village 1-C. The request for a preliminary plat was approved by the Planning Commission on August 30, 2016.

<div align="right">

Preliminary Plat
The Villages of Mill
Bayou Phase 1C

</div>

This is a quasi-judicial hearing and all affected parties were sworn in by City Attorney Jackson.  There was no ex-parte communication by the Mayor/Commission.
After audience participation the ***PUBLIC HEARING was closed at 6:32 p.m.***

**Item #8.  PUBLIC HEARING OPENED:  6:32 p.m.**
**Development Order application – Mill Bayou North Entrance Road – DO-16-2:** The applicant is requesting Development Order Approval to construct an entrance road into the northern part of their property. This roadway will be located off CR 2321, north and west of Deer Point Elementary School and will also provide access to the future Lynn Haven Bayou Park and Preserve. This is a request to construct a north entrance road into the Mill Bayou TND Property. The request for a Development Order was approved by the Planning Commission on August 30, 2016. This is a quasi-judicial hearing and all affected parties were sworn in by City Attorney Jackson. There was no ex-parte communication by the Mayor/Commission.
After audience participation the ***PUBLIC HEARING was closed at 636 p.m.***

<div align="right">

DO Application
Mill Bayou North
Entrance Road

</div>



**City Commission Meeting Minutes of September 12, 2016**
**Page Four**

**Item #9.  PUBLIC HEARING OPENED:  6:36 p.m.**
**Development Order application – Grand South Senior Living – DO-16-3 – HWY 77 just north of Mosley Drive:**  The applicant is requesting Development Order Approval to construct an assisted living and memory care facility on Hwy 77, just north of Mosely Drive. The parcel is approximately five (5) acres in size and has a conservation easement to the east. The request is for approval of the facility and associated infrastructure, including parking and wet detention management system. The DO application has gone through the City review process and the City is satisfied that the plans meet all requirements of the Unified Land Development Code. The actual building design will have to meet the design requirements of the Hwy 77 Corridor Overlay. This is a request to construct a seventy-seven (77) bed assisted living and memory care facility. The request for a Development Order was approved by the Planning Commission on August 30, 2016. This is a quasi-judicial hearing and all affected parties were sworn in by City Attorney Jackson.  There was no ex-parte communication by the Mayor/Commission.
After audience participation the *PUBLIC HEARING was closed at 6:43 p.m.*

<span style="float:right">DO-16-3 Grand
Senior Living</span>

**Item #10.  Mayor's Report:**

<span style="float:right">Mayor's Report</span>

A.  **Proclamation – Suicide Prevention Week:**  Mayor Anderson read this proclamation in its entirety.

<span style="float:right">Proc. Suicide
Prevention Week</span>

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Schad.

| On Vote: | | | |
|---|---|---|---|
| Ashbrook: | aye | | |
| Schad: | aye | | |
| Friend: | aye | | |
| Barnes: | aye | | |
| Anderson: | aye | Motion passed:  5-0 | |

B.      **Sharon Sheffield Park Grant Presentation:**   Mr. Brian Addison, FDEP, presented the City a check in the amount of $100,000 for Sheffield Park.
Mayor Anderson thanked Linda LuCante for her hard work in securing grants for the City; Mayor Anderson spoke at the Northside Rotary Club; attended the North Bay Haven SGA installation; thanked Maria Stout-Tate for the 9/11 ceremony.

<span style="float:right">Sharon Sheffield
Park Grant
Presentation
FDEP</span>

**Item #11.  Commissioner's Report:**
Commissioner Schad stated that he attended several 9/11 remembrance's; he thanked the City and Staff for all they do.
Commissioner Ashbrook thanked Leisure Services for the 9/11 event in Sheffield Park on 9/9/2016; he has received positive comments and it was a great event.
Commissioner Barnes reported that he was out of the town on 9/9/2016; he stated that we have a great staff and thanked them for the job they do.

<span style="float:right">Commissioner's
Report</span>

   DEF'S EX 52_073

**City Commission Meeting Minutes of September 12, 2016**
**Page Five**

Commissioner Friend thanked Mayor Anderson for her speech on 9/9/2016; he rode in the Ray Wishart memorial bike ride on 9/9/2016.

**Item #12.   City Manager's Report:** City Manager Schubert stated that work was complete on Mosley Drive; he thanked the Police Dept. for their help during the construction.

**Item #13.   City Attorney's Report:** no report.

**CONSENT AGENDA:**
**Item #14.   Minutes:      8/9/2016 – Regular Meeting.**
**Item #15.   Approve amendment to FDOT Traffic Signal Maintenance & Compensation Agreement:** The City is currently under an agreement with the Florida Department of Transportation for Traffic Signal Maintenance along HWY 77 and SR-390. The FDOT is requesting an amendment to the existing agreement which will lessen the responsibilities to the local agencies. The amendment to the agreement was in part for numerous local agencies petitioning the state to lower previously mandated maintenance requirements. These newer regulations are a great benefit to all local agencies which will reducing the amount of maintenance liability. Staff has reviewed the documents and recommend the City Commission to approve the amendment.
**Item #16.   Approve the Interlocal Participation Agreement with the BuyBoard National Purchasing Cooperative:** The BuyBoard National Purchasing Cooperative is a cooperative formed between the National School Boards Association (NSBA) and several state school boards associations to streamline the buying process for schools, municipalities, and other public entities. Developed to comply with state laws that require governmental entities to make purchases from an approved list of vendors who have gone through a competitive procurement process. Membership in the Cooperative is open to all types of local governmental agencies in all states and membership is free. Buyboard gives members the advantage of leveraging the Cooperative's ability to obtain bulk discounts. These bulks discounts are often very beneficial to smaller cities such as Lynn Haven and include a wide variety of vendors. Staff is recommending the approval of the Interlocal Participation Agreement with BuyBoard National Purchasing Cooperative and authorize City staff to submit the required on-line agreement.
**Item #17.   Approval Renewal #2 to Sports Uniform Contract with Almega Sports:** The City currently has a contract with Almega Sports for the ongoing purchase of sport uniforms. The contract was originally written as a two (2) year contract with one two-year renewal option. The renewal was exercised in 2014 with an expiration date of December 31, 2016.The City's Purchasing Policy is currently being amended to address large purchases and contracts. Once the amended policy is approved there will not be adequate time to properly prepare, adveliise and award a contract prior to the December 31st expiration date; therefore, staff has contacted the owner of Almega Sports regarding a time extension. They are in agreement to extending the contract one year with no price increases. Staff recommends approving Renewal #2 extending the contract, commencing January 1, 2017 and terminating on December 31, 2017. All other terms of the agreement will remain the same.

*Marginal notes:*

City Manager's Report

City Attorney's Report

Minutes
FDOT Traffic Maint. Agreement

BuyBoard Agreement

Almega Sports Uniform Contract



**City Commission Meeting Minutes of September 12, 2016**
**Page Six**

**Item #18.   Approve the task order with Panhandle Engineering for Reuse System Improvements in the amount of $250,000:** The City currently has a grant with the Florida Department of Environmental Protection for engineering fees associated with reuse improvements. This is a two-year grant with very specific and time consuming tasks to include: a hydraulic water model of the current reuse system, surveying, design, permitting services, permitting fees, and geotechnical testing. The end result will be 100% design plans and permits for an additional reuse tank and new high service pumps to increase the capacity of reuse water available to Lynn Haven citizens. The grant will  cover all fees associated with this task order. Staff recommends approving the task order with Panhandle Engineering.

*Task Order – Reuse Panhandle Engineering*

**Item #19.   Approve the task order with Panhandle Engineering for Water System Improvements in the amount of $287,500:** The City currently has a grant with the Florida Department of Environmental Protection for engineering fees associated with water system improvements. This is a two-year grant with very specific and time consuming tasks to include: an assessment of existing system data necessary to develop a Water System Facilities Plan, development of a hydraulic water model, surveying, design, permitting services, permitting fees, and geotechnical testing. The Water System Facilities Plan will include, among other things, proposed project needs, costs, and benefits; projected water system demands; current conditions and deficiencies; environmental review; and proposed improvements. In addition to a hydraulic water model and Water System Facilities Plan, the end result will include 100% design plans and permits for the replacement of old, cast iron water mains in the original platted area of Lynn Haven. The grant will cover all fees associated with this task order. Staff recommends approving the task order with Panhandle Engineering.

*Task Order – Water Panhandle Engineering*

**Item #20.   Approve appointments to the Citizen's Advisory Task Force:** The City is preparing a Community Development Block Grant (CDBG) application to be submitted to the Department of Economic Opportunity during the month of October. In order to receive additional score points on our CDBG application·, the City must have a Citizens' Advisory Task Force (CATF) made up of five citizens who will meet to discuss the City's upcoming application. The following citizens have expressed a desire to sit on the CATF:

*Citizen's Advisory Task Force*

    Ms. Doris Griffin – 1415 Louisiana Avenue
    Ms. Sandra Douglas – 402 Michigan Avenue
    Ms. Mollie Ms. Hudson – 805 Michigan Avenue
    Sylvia Mormile - 710 Kentucky Avenue Ms. Mary
    Nell Brown – 1411 Michigan Avenue

**Item #21.   Approve Baseball Tomorrow Fund grant application for ballfield netting:** Approve a Baseball Tomorrow Fund grant application for ballfield netting, authorize the Mayor to sign any required grant documents, and authorize City staff to submit the required on-line application.

*Ballfield Netting Grant*

**Item #22.   Approval of Mosley High School Homecoming parade route:** To approve Hwy. 77 as the Mosley Homecoming Parade route.

*MHS Parade Route*

    Motion by Commissioner Schad: To approve the Consent Agenda as presented. Second to the motion: Commissioner Ashbrook.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

DEF'S EX 52_075



**City Commission Meeting Minutes of September 12, 2016**
**Page Seven**

**Item #23.  Second and final reading of Ordinance 1021, Comprehensive Plan Amendment, Large Scale Future Land Use Map Amendment, LSA-16-1 – Lynn Haven Bayou Park & Preserve:**  City Manager Schubert read Ord. 1021 by title only.

Ord. 1021

Motion by Commissioner Schad:  To approve Ord. 1021 as presented.
Second to the motion:  Commissioner Ashbrook.
On Vote:       Schad:            aye
               Friend:           aye
               Barnes:           aye
               Ashbrook:         aye
               Anderson:         aye            Motion passed:  5-0

**Item #24.  Second and final reading of Ordinance 1023, Amendment to the Unified Land Development Code Section 4.03.00, Section 10.01.00 and Section 10.03.00:**  City Manager Schubert read Ord. 1023 by title only.

Ord. 1023

Motion by Commissioner Ashbrook:  To approve Ord. 1023 as presented.
Second to the motion:  Commissioner Schad.
On Vote:       Ashbrook:         aye
               Schad:            aye
               Friend:           aye
               Barnes:           aye
               Anderson:         aye            Motion passed:  5-0

**NEW BUSINESS:**
**Item #25.  Discussion and possible action regarding approval of the preliminary plat application for Shoreline Village, Phase 1C of The Villages of Mill Bayou PP-2016-1:**

Shoreline Village
Phase 1

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Ashbrook.
On Vote:       Schad:            aye
               Friend:           aye
               Barnes:           aye
               Ashbrook:         aye
               Anderson:         aye            Motion passed:  5-0

**Item #26.  Discussion and possible action regarding approval of the development order application for Mill Bayou North Entrance Road, DO-16-2:**

DO-16-2 Mill
Bayou
North Entrance
Road

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Schad.
On Vote:       Ashbrook:         aye
               Schad:            aye
               Friend:           aye
               Barnes:           aye
               Anderson:         aye            Motion passed:  5-0



**City Commission Meeting Minutes of September 12, 2016**
**Page Eight**

**Item #27.  Discussion and possible action regarding approval of the development order application for Grand South Senior Living, DO-16-3:**

DO-16-3 Grand South Senior Living

           Motion by Commissioner Ashbrook:  To approve as presented.
           Second to the motion: Commissioner Barnes.

| On Vote: | | |
|---|---|---|
| | Schad: | aye |
| | Friend: | aye |
| | Barnes: | aye |
| | Ashbrook: | aye |
| | Anderson: | aye          Motion passed:  5-0 |

**Item #28.  Resolution 2016-09-661, sale of 708 Iowa Avenue:** Approve Resolution #2016-09-661 authorizing the sale of City owned property at 708 Iowa Avenue to Bense Properties, LLC and/or assigns for $329,000.

Res. 2016-09-661

           Motion by Commissioner Barnes:  To approve the sale of 708 Iowa Avenue as presented.
           Second to the motion: Commissioner Schad.

| On Vote: | | |
|---|---|---|
| | Barnes: | aye |
| | Ashbrook: | aye |
| | Schad: | aye |
| | Friend: | aye |
| | Anderson: | aye          Motion passed:  5-0 |

**Item #29. Discussion and possible action regarding construction of a splash park:**

Splash Park Discussion

           Motion by Commissioner Schad: To table this item and bring back to a workshop on October 24, 2016 for discussion.
           Second to the motion: Commissioner Barnes.

| On Vote: | | |
|---|---|---|
| | Schad: | aye |
| | Friend: | aye |
| | Barnes: | aye |
| | Ashbrook: | aye |
| | Anderson: | aye          Motion passed:  5-0 |

**Item #30.  Bay Economic Development Alliance update:** Ms. Becca Hardin, EDA Director, thanked the City for their continued support to the EDA.

EDA Update

**Item #31.  Public Commentary:**
Mr. Leon Miller would like to see something done w/the pavilion at Cain Griffin Park; he suggested a historical marker for March Green school.
Mr. Bob Schultz commented about firemen and a revolving door; he stated that salary was a problem.
Mr. Richard Walker commented on the EDA.

Public Commentary

**City Commission Meeting Minutes of September 12, 2016**
**Page Nine**

There was no further business to discuss and the meeting was *adjourned at 7:45 p.m.*     Adjourn

APPROVED THIS ___19th___ DAY OF ___September___ 2016.


_____
Margo Deal Anderson, Mayor

**ATTEST:**


_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

     DEF'S EX 52_078

 

There was no workshop prior to this meeting.

### CITY OF LYNN HAVEN
### CITY COMMISSION MEETING MINUTES
### SEPTEMBER 19, 2016 – 5:01 P.M.

**Present:**    Margo Deal Anderson, Mayor
Antonius G. Barnes Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manger
Robert C. Jackson, City Attorney
Lieutenant Brian Blalock

Mayor Anderson called the meeting to order and Commissioner Barnes gave the Invocation.  The Rising Leader Academy led the Pledge of Allegiance.

**Call to Order**

### Item #3. PUBLIC HEARING OPENED: 5:05 p.m.
    **A.**  **Proposed Millage Rate for 2016 Tax Rolls:** City Manager Schubert stated that for the purpose of funding a portion of the FY2016/2017 General Fund Budget a millage rate of 3.9% is proposed.  City Manager Schubert read Res. 2016-09-662 by title only.

**Proposed Millage Rate**
**Public Hearing**

        Motion by Commissioner Ashbrook: To approve as presented; Res. 2016-09-662 was adopted @ 5:07 p.m.
        Second to the motion: Commissioner Schad.

On Vote:      Ashbrook:    aye
                 Schad:       aye
                 Friend:      aye
                 Barnes:      aye
                 Anderson:    aye             Motion passed:  5-0

    **B.**  **Proposed General Fund Budget for FY 2016/2017:** City Manager Schubert read Resolution 2016-09-663, final General Fund Budget and approving the Enterprise Fund Budgets for FY2016-2017, by title only.

**General Fund FY2016/2017**

        Motion by Commissioner Schad:  To approve as presented; Res. 2016-09-663 was adopted @ 5:08 p.m.
        Second to the motion: Commissioner Barnes.

On Vote:      Schad:       aye
                 Friend:      aye
                 Barnes:      aye
                 Ashbrook:    aye
                 Anderson:    aye             Motion passed:  5-0

There was no audience participation and the **PUBLIC HEARING** was *closed at 5:08 p.m.*

 

City Commission Meeting Minutes of September 19, 2016
Page Two

**Item #4. PUBLIC HEARING OPENED: 5:09 p.m.**
    **A.** **Proposed Community Redevelopment Agency Budget for FY 2016/2017:** City Manager Schubert read Resolution 2016-09-664, Adopting the final CRA Budget for FY 2016/2017, by title only.

                Motion by Commissioner Schad:  To approve as presented; Res. 2016-09-664 was adopted @ 5:10 p.m.
                Second to the motion:  Commissioner Barnes.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

There was no audience participation and the **PUBLIC HEARING** was *closed at 5:10 p.m.*

**Item #5. PUBLIC HEARING OPENED: 5:10 p.m.**
    **A.** **Community Development Block Grant – program – Denny Dingman:** Dennis Dingman of Summit Professional Services held a public hearing on behalf of the Commission as a requirement of the Community Development Block Grant (CDBG) program.  The public hearing is required to inform the public as to available funding limits and categories, and to receive citizen input. This is the first of two required public hearings for the CDBG program. After listening to citizen input the Commission must authorize staff and Summit Professional Services to proceed with the writing of a CDBG application.
After audience participation the PUBLIC HEARING was *closed at 5:20 p.m.*

**Item #6.  Mayor's Report:**  Mayor Anderson reported that the Shriner's Cardboard Boat Regatta will be held at Porter Park on September 24, 2016; she will attend the BCL Qtrly meeting/dinner tonight – the topic will be the ½ cent infrastructure surtax.

**Item #7.  Commissioner's Report:**
Commissioner Schad/Ashbrook/Barnes had no report.
Commissioner Friend reported that the TPO meeting will be Wednesday Sept. 21, 2016.

**Item #8.  City Manager's Report:**  No report.

**Item #9.  City Attorney's Report:**  No report.

**CONSENT AGENDA:**
**Item #10.  Minutes:**  **9/12/2016 – Regular Meeting**
**Item #11. Award a five-year contract for uniform rental services to G & K Services:** Staff is recommending the approval to enter into a new contract with G&K Services for a period of five (5) years with uniform rentals commencing December 1, 2016.  Approx. cost per year is $13,000.
                Motion by Commissioner Schad:  To approve the Consent Agenda as presented.
                Second to the motion: Commissioner Ashbrook.

CRA FY2016/2017 Public Hearing

CDBG Grant Public Hearing

Mayor's Report

Commissioner's Report

City Manager's Report
City Attorney's Report

Minutes
G&K Uniform Contract

**City Commission Meeting Minutes of September 19, 2016**
**Page Three**

On Vote:    Schad:       aye
            Friend:      aye
            Barnes:      aye
            Ashbrook:    aye
            Anderson:    aye              Motion passed: 5-0

**NEW BUSINESS:**
**Item #12.   Discussion and possible action authorizing staff and Summit Professional**          CDBG Grant
**Services, Inc. to proceed with a Federal Fiscal Year 2016 CDBG application in the regular**       Application
**category**:

            Motion by Commissioner Ashbrook:  To authorize staff & Summit Professional
            Services, Inc. to proceed with a Federal Fiscal Year 2016 CDBG application in
            the regular category.
            Second to the motion: Commissioner Barnes.
On Vote:    Ashbrook:    aye
            Schad:       aye
            Friend:      aye
            Barnes:      aye
            Anderson:    aye              Motion passed: 5-0

**Item #13.  Public Commentary:**                                                                   Public Commentary
Mr. Brad Yundt suggested the Invocation be more inclusive.

There was no further business to discuss and the meeting was *adjourned at 5:24 p.m.*                Adjourn

**APPROVED THIS**    _11th_        **DAY OF** _October_           **2016.**


                                         _____
                                         Margo Deal Anderson, Mayor

**ATTEST:**



_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



There was no workshop prior to the meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### TUESDAY, OCTOBER 11, 2016 – 4:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Joseph Ashbrook, Commissioner
              Rodney Friend, Commissioner
              Roger Schad, Commissioner
              Joel B. Schubert, City Manger
              Robert C. Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Barnes gave the Invocation. The Pledge of Allegiance followed.

**Call to Order**

**Item #3. Mayor's Report:** Mayor Anderson reported that she attended the LHPC on 10/4; met with the Cub Scouts; Deerpoint Elementary School students will be hands on for the Lynn Haven Bayou Park Preserve; met with City Manager Schubert & Leisure Services Director Maria Stout-Tate on the proposed Christmas parade for Florida Ave,; there is a proposed art gallery on Florida Ave.; congratulated former Commissioner Frances Wittkopf & Commissioner Rodney Friend on their work in helping to secure a $268,000 Rails to Trails grant from FDOT.

**Mayor's Report**

         **A. Uber Discussion** – Mayor Anderson reported that she has had numerous request to have Uber & Lyft in Lynn Haven – this is a transportation option similar to taxi's but operated by individuals; she suggested Lynn Haven take the lead on this.  It is a great way to make extra money & would be a benefit to the community.

**Uber Discussion**

Commissioner Schad stated that he had no problem with Uber.
Commissioner Ashbrook stated he had no problem with Uber.
Commissioner Barnes stated he had no problem with Uber.
Commissioner Friend stated he had no problem with Uber, however, he was concerned with the impact it may have on the Trolley.
Mr. James Morris supported Uber.

**Item #4. Commissioner's Report:**
Commissioner Schad reported he met with the Weebles Cub Scouts on Oct. 6; attended the Gulf Power Symposium. The symposium was very informative & there was much discussion on technology.
Commissioner Ashbrook thanked City Manager Schubert & Engineer Chris Forehand for their work in securing RESTORE funds for the City.
Commissioner Barnes thanked City Manager Schubert & Chris Forehand for their work securing RESTORE funds for the City.
Commissioner Friend reported it was a great accomplishment getting the grant for Rails to Trails – he thanked everyone involved for their hard work; there will be a 5k run at A L Kinsual Park on Oct. 15 & invited everyone to attend.

**Commissioner's Report**

**City Commission Meeting Minutes of October 11, 2016**
**Page Two**

**Item #5.  City Manager's Report:** City Manager Schubert thanked everyone involved in their help in securing RESTORE funds; reported that a pirate ship has been installed at the ADA compliant playground at Porter Park; the proposed ½ cent surtax would generate $1.7 mil for Lynn Haven each year to go to infrastructure improvements; solar lights are being installed in the parking lot at the Recreation Center; FWC will hold a public meeting on Oct. 27 at 6:00 p.m. to discuss bears; McDonalds on Hwy 77 is being renovated to include an inside children's playground; new utility payment drobox located on east side of City Hall; City Commission Workshop on Oct. 24th to discuss splash pad and special events.

<div align="right"><em>City Manager Report</em></div>

Lynn Haven Police Department, Officer Kaitlyn Anglin presented Parker Walsingham with the "Honorary Police Badge" for his kindness in making goody bags for the Police Department.

**A.  Employee of the Month – August:** Mitchell Hood, Stormwater Foreman, Public Works, was awarded the EOM award for his hard work and dedication to the City.

<div align="right"><em>EOM - August</em></div>

**Item #6.  City Attorney's Report:** No report.

<div align="right"><em>City Attorney's Report</em></div>

**PUBLIC HEARING OPENED: 4:35 p.m.**
**Item #7. Proposed CDBG Grant Application – 7th Street Sewer Line Replacement:** Dennis Dingman of Summit Professional Services held a public hearing on behalf of the Commission as a requirement of the Community Development Block Grant (CDBG) program. He will present a project to replace the old sewer main on West 7th Street from Kentucky Avenue to Florida Avenue. The proposed project involves replacing approximately 5,760 LF of 8" to 10" gravity sewer pipe, sewer manholes, sewer laterals and roadway replacement.
After audience participation the PUBLIC HEARING was *closed at 4:41 p.m.*

<div align="right"><em>Public Hearing CDBG Grant</em></div>

**FAIR HOUSING WORKSHOP OPENED: 4:41 p.m.**
**Item #8.  Fair Housing Training Workshop – CDBG requirement:** Mr. Dennis Dingman of Summit Professional Services held a Fair Housing Workshop on behalf of the Commission as a requirement of the Community Development Block Grant (CDBG) Program.  The workshop is required to obtain additional points on the City's CDBG application.
After audience participation the PUBLIC HEARING was *closed at 4:44 p.m.*

<div align="right"><em>Workshop CDBG</em></div>

**PUBLIC HEARING OPENED:**
**Item #9.  Development Order application – North Bay Haven Elementary School – DO-16-5 (Quasi-Judicial Hearing):**   City Attorney Jackson stated that this is a quasi-judicial hearing and all affected parties were sworn in.  This is a request to construct an elementary school on the North Bay Haven Charter Academy site on Hwy 390. This request for a Development Order was unanimously approved by the Planning Commission on October 4, 2016. This phase will consist of 57,000 square feet of additional classrooms housed in two story buildings, plus an additional 81,226 square feet of parking. There will also be additional landscaping improvements to accompany the newly constructed areas, plus some additional internal roadways, such as a loop road.
After audience participation the PUBLIC HEARING was *closed at 4:48 p.m.*

<div align="right"><em>Public Hearing DO – North Bay Haven Elem. School</em></div>

City Commission Meeting Minutes of October 11, 2016
Page Three

CONSENT AGENDA:

Item #10.  Minutes:  9/19/2016 – Regular Meeting

Item #11.  Approve purchase of a garbage truck, backhoe and pickup trucks for Public Works

Item #12.  Approve Panhandle Engineering Task Order #14425 for engineering services related to shoreline stabilization at Kinsaul Park in the amount of $19,850

Item #13.  Authorize the submittal of a Coastal Partnership Initiative grant for Kinsaul Park shoreline stabilization: Maximum grant of $30,000 being requested.   City match will be at least equal to the $30,000.

Item #14.  Approve submittal of grant application, FEMA Assistance to Firefighters, for the purchase of SCBAs and air cylinders: Staff is requesting Commission approval to submit a grant application for the purchase of 25 SCBA unit and 50 cylinders.  The total proposed grant budget will be $193,500± of which the City must contribute 5% as matching funds.

Item #15.  Approve Development Order Application for North Bay Haven Elementary School – DO-16-5

| | | |
|---|---|---|
| | Motion by Commissioner Schad:  To approve the Consent Agenda as presented. | |
| | Second to the motion: Commissioner Ashbrook. | |
| On Vote: | Schad: | aye |
| | Friend: | aye |
| | Barnes: | aye |
| | Ashbrook: | aye |
| | Anderson: | aye |     Motion passed: 5-0 |

NEW BUSINESS:

Item #16.  Approve $50,000 expenditure from the sewer budge for leverage in the CDBG application for the 7th Street Sewer Line Replacement project and additional funds if required to complete the project:

| | | |
|---|---|---|
| | Motion by Commissioner Ashbrook: Approve $50,000 from the sewer budget to be used as leverage for the City's FFY 2016 CDBG application for the 7th Street Sewer Line Replacement project and any additional funds required to complete the project. | |
| | Second to the motion: Commissioner Barnes. | |
| On Vote: | Schad: | aye |
| | Friend: | aye |
| | Barnes: | aye |
| | Ashbrook: | aye |
| | Anderson: | aye |     Motion passed: 5-0 |

Margin notes:
- Consent Agenda Minutes Vehicle Purchase
- Panhandle Eng. Task Order Kinsaul Park
- Grant Application FEMA
- DO-16-5 North Bay Haven Elem. School
- CDBG Grant

City Commission Meeting Minutes of October 11, 2016
Page Four

**Item #17. Resolution 2016-10-665, approval of proposed CDBG Grant Application for 7th Street Sewer Line replacement:** City Manager Schubert read Res. 2016-10-6654 by title only.

RES. 2016-10-665
CDBG Grant

> Motion by Commissioner Schad:  Approve the submittal of a FY2016 Small Cities Community Development Block Grant Neighborhood Revitalization application to the Florida Department of Economic Opp0ltunity and adopt the enabling Resolution No. 2016-10-665 authorizing the signing of the necessary application documents.
> Second to the motion:  Commissioner Ashbrook.

On Vote:   Schad:        aye
           Friend:       aye
           Barnes:       aye
           Ashbrook:     aye
           Anderson:     aye                Motion passed:  5-0

**Item #18.  Discussion and possible action regarding The Enclave at Northshore Conceptual Site Plan:** Royal American Development Inc. requests the City Commission review the conceptual site plan for a 100 unit, rent restricted senior apartment community proposed to be located adjacent to the existing Reserve at Northshore on Highway 390 in Lynn Haven. The proposed development would be a 55+ age restricted apartment community, and the developers are seeking financing from Florida Housing Finance Corporation. As part of that process the developer has to submit various documents to the Corporation, one being a confirmation that the City has reviewed the conceptual site plan and provides conceptual site plan approval.

Enclave @ Northshore Conceptual Site Plan

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion:  Commissioner Ashbrook.

On Vote:   Barnes:       aye
           Ashbrook:     aye
           Schad:        aye
           Friend:       aye
           Anderson:     aye                Motion passed:  5-0

**Item #19. Pubic Commentary:**

Public Commentary

A Meadows resident would like to see a fine dining establishment in Lynn Haven.
Commissioner Barnes stated that the City has tried to get sit down restaurants but no one has made application.
Mayor Anderson stated that she believes lack of water pressure may be an issue; she would like to see a boutique restaurant at A L Kinsaual Park or Florida Ave.
Commissioner Ashbrook stated that demographics are a consideration.
Commissioner Friend stated that he would like to see fine dining, however, he believes demographics play a roll too.
City Manager Schubert stated that the City lowered impact fees for commercial businesses to help bring new business to the City.

              DEF'S EX 52_085

**City Commission Meeting Minutes of October 11,2 016**
**Page Five**

Mr. William Carr stated he received a copy of employee salaries & believes that they are in-line with where they should be; he is concerned with comments on the Mayor's FB page that he believes does not support the LHPD; he stated that by not coming to the defense of the Police Department & stating a need for new leadership, in his opinion, shows that the Mayor does not support the Police Department.

Mayor Anderson stated that she is not behind the methodology of the current Police Chief; she stands behind her opinion.; Mayor Anderson stated that it is her Facebook page as Mayor of the City & is open to scrutiny. There is a disparagement in upper level salaries; she believes entry level positions should receive a higher salary; certain employees received a 5% increase for many years without a performance evaluation; she receives daily phone calls from LHFD & LHPD requesting new leadership in the departments.

Commissioner Barnes stated that the City has done numerous salary surveys, through an independent agent, that supports the current salaries.

Commissioner Friend stated he disagrees with Mayor Anderson; the Police Department has received two awards recently for $25,000; Chief Messer has spent 41 years in law enforcement & Commissioner Friend supports him 100%; he has received no phone calls expressing concerns in the Department.

Mayor Anderson suggested the City save money on doing salary studies and pay entry level employees more; we have studied it to death.

Commissioner Barnes stated the City is paying on par with other departments; LHPD has received numerous awards & they are doing a good job; he believes the Mayor is derelict in her duties for comments on her FB page & by not showing support for the Police Chief.

Mr. Walter Kelley stated we have one of the best Police Departments in the State; the City has good employees and we should show support to those employees.

Mayor Anderson stated that she has nothing to hide about what she has said &she has no regrets.

Mayor Anderson stated that she would like to see new leadership in the LHPD; she believes the department needs improvement. She stated that she has no problem with Chief Messer.

Ms. Cindy Vann stated that she works in the LHPD & when the Mayor did her tour she did not speak to anyone; she asked Mayor Anderson which direction she would like to see the department go in.

Mayor Anderson stated that she would like to see a Police Chief in his office during the day; she would like to see more technology in the Police Dept.; she would like to see entry level employees make a livable wage; she would like to see an update lab; she would like to see the department cleaned up; she would like to see a holding cell.

Cindy Vann stated that she disagrees with the Mayor and suggested that she talk to her and get to know the people in the Department.

**City Commission Meeting Minutes of October 11, 2016**
**Page Six**

There was no further business to discuss and the meeting was *adjourned 5:30 p.m.*

Adjourn

APPROVED THIS __25th__ _____ DAY OF __October__ _____ 2016.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 52_087



The Lynn Haven City Commission held a workshop on Monday, October 24, 2016 at 4:00 p.m. in The Chambers to discuss upcoming special events and a proposed splash park at Kinsaul Park. The public was invited to attend.

<div align="center">

**CITY OF LYNN HAVEN**
**CITY COMMISSION MEETING MINUTES**
**OCTOBER 25, 2016 – 4:00 P.M.**

</div>

**Present:**      Margo Deal Anderson, Mayor
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Ashbrook gave the Invocation. The Pledge of Allegiance followed.

Call to Order

Motion by Commissioner Friend:  To excuse Commissioner Barnes from the meeting.
Second to the motion:  Commissioner Ashbrook.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**Item #3.  Mayor's Report:** Mayor Anderson reported that she attended the St. Andrew Bay Center Gala fundraiser where they raised $50k; participated in a grant webinar for coastal rehab/restoration – she will be applying for a grant – over $400k available to be distributed; met w/City Attorney Jackson regarding splash park fundraising; talked with City Attorney Jackson about ordinance for driver for hire; attended the BCLofCities meeting; met w/Chris Forehand on a conceptual for the splash park; visited two splash parks; she was the guest speaker at the PFLAG event on Oct. 21st.

Mayor's Report

**Item #4.  Commissioner's Report:**
Commissioner Schad reported he attended the St. Andrew Bay Center Gala fundraiser; met with City Attorney & City Engineer regarding the splash park; he cautioned everyone to be extra careful during the holiday season.
Commissioner Ashbrook had no report.
Commissioner Rodney Friend ran the 5k at A L Kinsaul park; working on research for the splash park; met with Leisure Services regarding implementing cricket in our sports.

Commissioner's Report

**Item #5.  City Manager's Report:** City Manager Schubert reported that we would have one meeting in November and one meeting in December to observe the holidays.

City Manager's Report

**Item #6.  City Attorney's Report:** City Attorney Jackson reported that a home being built at 2652 Peyton Way is 4 inches out of compliance per the City's setbacks; it would cost $40,000 to tear down and rebuild; options are 1) authorize permit & CO – it would be a non-conforming us; or 2) tear down; City Attorney Jackson stated that did not meet a variance qualification.

City Attorney's Report

**City Commission Meeting Minutes of October 25, 2016**
**Page Two**

       Motion by Commissioner Ashbrook:  To allow to proceed & build.
       Second to the motion:  Commissioner Schad.

On Vote:      Ashbrook:     aye
              Schad:         aye
              Friend:        aye
              Anderson:    aye           Motion passed:  4-0

**CONSENT AGENDA:**
**Item #7.  Minutes:  10/11/16 – Regular Meeting**
**Item #8.  Ratify the reappointment of Bernd Janke to the General Employees' Pension Board of Trustees:** Ratify Bernd (Ben) Janke's appointment to the General Employees' Pension Board of Trustees for a four-year term beginning January 1, 2017.
**Item #9.  Reappointment of Garland Woodard to the General Employees' Pension Board of Trustees:** Mr. Garland Woodard has sat on the General Employees' Pension Board of Trustees since March 11, 2014. His current term expires December 31, 2016. Mr. Woodard is willing to be reappointed to serve another four-year term that would begin on January 1, 2017 and end on December 31, 2020 should that be the desire of the Commission.
**Item #10.  Approve Task Order to Panhandle Engineering in the amount of $32,400 for engineering Services on the CIPP Sewer Rehabilitation Program Phase 2:** The Lynn Haven Utility Division has a continuing program for the rehabilitation of sewer lines. The work consists of cleaning and camera sewer mains to identify infiltration point and repairing them through a slip lining process.

       Motion by Commissioner Schad:  To approve the Consent Agenda as presented.
       Second to the motion: Commissioner Ashbrook.
On Vote:      Schad:         aye
              Friend:        aye
              Ashbrook:    aye
              Anderson:    aye           Motion passed:  4-0

**OLD BUSINESS:**
**Item #11.  Discussion and possible action regarding approval of special events:**

       Motion by Commissioner Schad:  To approve and title the Lynn Haven Spring Festival on March 18, 2017.
       Second to the motion:  Commissioner Friend.

Mr. Chris Calohan believes "spring festival encroaches on Panama City; he would like to see blues & jazz festival.
Mr. Virgil Duffell asked if it changes does it has to come back before the Board.
Mayor Anderson said yes.
Ms. Arlene Harrison suggested this year jazz and next year country.

---

*Margin notes:*

Consent Agenda
Minutes
Pension Appt.

Task Order

Special Events

City Commission Meeting Minutes of October 25, 2016
Page Three

On Vote:    Schad:      aye
            Friend:     aye
            Ashbrook:   no
            Anderson:   yes              Motion passed:  3-1

**NEW BUSINESS:**
**Item #12.  Discussion and possible action regarding proposed splash park:** Mayor      Splash Park
Anderson passed the gavel to Commissioner Ashbrook so that she could present the splash
park. Mayor Anderson stated that when she first posted on FB she lost a very dear friend,
Mr. Ray Wishart, and people had contacted her to name it after him; since that time family
members have expressed not to name it after Mr. Wishart because they are hoping to have
a bike trail named after him.

> Motion by Mayor Anderson:  To grant permission for the Commission to
> grant her permission to fundraise to place a splash park at A L Kinsaul
> Park; to privately raise funds; to fundraise for approx. 12 months; funds
> will be in a City account; allow for an on-line service to collect funds; cost
> of engineering donated by Panhandle Engineering; allow input from
> LHES & citizens for the final theme of the pilot splash park; the City
> would own the splash pad; if sufficient funds are not raised or the park all
> funds will be returned to the appropriate party.
> Second to the motion:  Commissioner Schad.

Commissioner Friend stated he respects the passion & ambition of Mayor Anderson to
raise funds, however, he does not see A L Kinsaul park being utilized enough; he also had
questions on upkeep & staffing requirements.
Commissioner Schad stated he appreciated his concerns; put more things in the park for
families to use; splash parks are very popular.
Mr. Virgil Duffell asked about liability, safety and staffing.
Ms. Judy Tinder supports the splash park and will contribute to the fundraising.
Mr. Leon Miller stated there is a splash park at Glenwood Recreation Center; he believes
if there is supervision it would be a good thing.
Ms. Arlene Harrison believes A L Kinsaul would be a wonderful use of space for a splash
park.
Mr. Chris Calohan supports the splash park.

On Vote:    Anderson:   yes
            Friend:     no
            Ashbrook:   no
            Schad:      yes              Motion fails:  2-2

Mayor Anderson stated that she is extremely disappointed.
Commissioner Friend stated his ongoing support, however, he needed more information
regarding operating costs and location. He believes that the City needs more things at A
L Kinsaul park.



**City Commission Meeting Minutes of October 25, 2016**
**Page Four**

Mayor Anderson respectfully stated that Commissioner Friend had six years to do a fundraiser for a splash park; missed opportunity to raise funds through the holiday/tax season; everybody thought she could raise $250k; concession stand underutilized; cannot express her complete dismay; very disappointed.

**Item #13. First reading of Ordinance 1024, Vehicles for Hire:** An Ordinance of the City of Lynn Haven, Florida, Amending Chapter 66 of the Lynn Haven Code of Ordinances related to Traffic and Motor Vehicles; Creating a permitting process for Vehicles for Hire; defining the terms "Vehicle For Hire", "Network Company", and "Network Vehicle"; adopting the Bay County Board of County Commissioners permitting process for Vehicles for Hire with a separate category for Network Vehicles. City Manager Schubert read this Ordinance by title only. This was the first reading and no action was required.

<div style="float:right">Ord.
Vehicle for Hire</div>

**Item #14. First reading of Ordinance 1025, Right-of-Way Abandonment, Camryn's Crossing, Phase II:** An Ordinance of the City of Lynn Haven, Florida, providing for the Vacation and Abandonment of a Certain 40 Foot Platted Right of Way as shown on the Plat of St. Andrews Bay Development Company's Subdivision of Section 14, Township 3 South, range 14 West Bay County, Florida, which lies within the City Limits. City Manager Schubert read this Ordinance by title only. This was the first reading and no action was required.

<div style="float:right">Ord. 1025
ROW
Abandonment</div>

**Item #15. Resolution 2016-10-667, One Half-Cent Infrastructure Sales Surtax:** City Manager Schubert read Resolution 2016-10-667 by title only.

|  | Motion by Commissioner Schad: To approve as presented. |  |  |
|---|---|---|---|
|  | Second to the motion: Commissioner Ashbrook. |  |  |
| On Vote: | Schad: | aye |  |
|  | Friend: | aye |  |
|  | Ashbrook: | aye |  |
|  | Anderson: | aye | Motion passed: 4-0 |

**Item #16. Public Commentary:**
Mr. Leon Miller suggested the Trolley stop at 17th Street & Hwy 77 be relocated because of traffic congestion with the opening of Marco's Pizza; would like to see street lights on 17th Street; would like to see turn arrows at 17th Street & Hwy 77.
City Manager Schubert reported that he sent a request to FDOT to review the 17th Street intersection, however, he has not received a call back; he will continue to pursue the request.
Ms. Arlene Harrison is extremely disappointed in the lack of support for the splash park.
Mr. Virgil Duffell commended the work of Code Enforcement; 17th Street looks great; has heard the comments regarding the Police Department – he supports Chief Messer and the Department.
Ms. Meaghan McDougal is disappointed it the splash park vote.
Mr. George Harris supports the splash park; he suggested a town hall meeting.
Ms. Jody Moore supports the splash park.
Mayor Anderson thinks the splash pad is a good idea & you haven't heard the last of it.

<div style="float:right">Public
Commentary</div>

There was no further business to discuss and the meeting was *adjourned at 7:03 p.m.*

<div style="float:right">Adjourn</div>

**City Commission Meeting Minutes of October 25, 2016**
**Page Five**

**APPROVED THIS** ___15th___ **DAY OF** ___Nov___ . ___2016.___

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



There was no workshop prior to the meeting.

## CITY OF LYNN HAVEN
### CITY COMMISSION MEETING MINUTES
### NOVEMBER 15, 2016 – 6:00 P.M.

Present: Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Schad gave the Invocation. The Pledge of Allegiance followed.

**Item #3.  Mayor's Report:**  Mayor Anderson reported that she attended Veteran's Day celebrations at Southport Elem. School & Bay Haven; she will host the Bay County League Board Meeting on Nov. 17, 2016 in the Chambers.

**Item #4.  Commissioner's Report:**
Commissioner Schad spoke at the Colonial Dames group for Veteran's Day; attended several small Veteran's Day ceremonies; Happy Thanksgiving.
Mayor Anderson asked that Veteran's, Active Duty & 1st Responders please stand and be recognized for their service.
Commissioner Ashbrook had no report.
Commissioner Barnes wished everyone a Happy Thanksgiving.
Commissioner Friend wished everyone a Happy Thanksgiving; met with concerned citizens about Rails to Trails – City Manager Schubert sat in on the meeting; thankful for the City Manager.

**Item #5.  City Manager's Report:**  City Manager Schubert reminded everyone about Winter Wonderland on Saturday, Nov. 19th, in Sheffield Park; Mr. Schubert will be out of town the rest of the week.

  A.  **Employee of the Month – October 2016:** Officer Hunter Kelly, Police Department, was awarded the EOM award for his hard work and dedication to the City.

**Item #6.  City Attorney's Report:**  No report.

**CONSENT AGENDA:**
**Item #7.  Minutes:  10/25/2016 – Regular Meeting**
**Item #8.  Purchase of trailer mounted vacuum system in the amount of $69,035:** The trailer mounted vacuum system is used in cleaning out lift stations, storm drain systems and during water and sewer main breaks. The original budget amount was for $65,000. In order to get a more reliable diesel engine the cost for the equipment will be $69,035. A midyear budget adjustment will be needed but other capital items are anticipated to come under budget which will more than cover the additional cost.

Call to Order

Mayor's Report

Commissioner's Report

City Manager's Report

City Attorney's Report
Consent Agenda
Minutes
Vacuum System Purchase



**City Commission Meeting Minutes of November 15, 2016**
**Page Two**

**Item #9. Approval of copier lease agreement:** Approve CPC and Wells Fargo leases for the lease of copy machines to include service maintenance. The total of the proposed lease is $1,535 per month, which is a savings of $227.47 per month.

Copier Lease
Agreement

**Item #10. Approval of Task Order with Panhandle Engineering for Porter Park Construction Oversight in the amount of $27,900:** Approve task order with Panhandle Engineering in. the amount of $27,900 for bidding and construction oversight of Porter Park improvements.

Task Order
Porter Park
Panhandle Eng.

|  | Motion by Commissioner Schad: To approve as presented. | | |
| --- | --- | --- | --- |
|  | Second to the motion: Commissioner Barnes. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Anderson: | aye | Motion passed: 5-0 |

**OLD BUSINESS:**

Old Business
Ord. 1024

**Item #11. Second and final reading of Ordinance 1024, Vehicles for Hire:** An Ordinance of the City of Lynn Haven, Florida, Amending Chapter 66 of the Lynn Haven Code of Ordinances related to Traffic and Motor Vehicles; Creating a permitting process for Vehicles for Hire; defining the terms "Vehicle For Hire", "Network Company", and "Network Vehicle"; adopting the Bay County Board of County Commissioners permitting process for Vehicles for Hire with a separate category for Network Vehicles . City Manager Schubert read this Ordinance by title only. This was the second and final reading.

City Attorney Jackson requested one change – *page 4 – approved network company – change and to or*

|  | Motion by Commissioner Schad: To approve the ordinance with the | | |
| --- | --- | --- | --- |
|  | change requested by City Attorney Jackson. | | |
|  | Second to the motion: Commissioner Ashbrook. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Anderson: | aye | Motion passed: 5-0 |

**Item #12. Second and final reading of Ordinance 1025, Right-of-Way Abandonment, Camryn's Crossing, Phase II:** An Ordinance of the City of Lynn Haven, Florida, providing for the Vacation and Abandonment of a Certain 40 Foot Platted Right of Way as shown on the Plat of St. Andrews Bay Development Company's Subdivision of Section 14, Township 3 South, range 14 West Bay County, Florida, which lies within the City Limits. City Manager Schubert read this Ordinance by title only. This was the second and final reading.

Ord. 1025

DEF'S EX 52_094

**City Commission Meeting Minutes of November 15m 2016**
**Page Three**

|  | Motion by Commissioner Barnes:  To approve as presented. | | |
|---|---|---|---|
|  | Second to the motion:  Commissioner Ashbrook. | | |
| On Vote: | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Schad: | aye | |
|  | Friend: | aye | |
|  | Anderson: | aye | Motion passed:  5-0 |

**PUBLIC HEARING OPENED: 6:14 p.m.**                                    Public Hearing
Plat Approval
Camryn's Crossing
**Item #13.  Preliminary Plat approval – Camryn's Crossing, Subdivision Phase II, CCS, LLC:** The applicant is requesting Preliminary Plat Approval for fifty -seven (57) single family lots and  supporting infrastructure, immediately adjacent to the existing Camryn's Crossing Subdivision (Phase I). The proposed new subdivision will be constructed upon 24.49+/- acres. The Development Order for this subdivision has been submitted to the City and will be coming to the City Commission for approval at the next Commission  Meeting. Commissioner Schad asked the Engineer for the project if all the drainage issues have been addressed; there was some issues that cost the City money with drainage in Phase I.
**PUBLIC HEARING CLOSED: 6:19 p.m.**

**NEW BUSINESS:**
**Item #14.  Discussion and possible action approving the Preliminary Plat, Camryn's**          Camryn's Crossing
**Crossing Subdivision Phase II, CCS, LLC:**

|  | Motion by Commissioner Schad:  to approve as presented. | | |
|---|---|---|---|
|  | Second to the motion:  Commissioner Ashbrook. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Anderson: | aye | Motion passed:  5-0 |

**Item #15.  Resolution 2016-11-668, FY 2015/2016 year end amended budget:** City          Res. 2016-11-668
Manager Schubert stated that this is the second year with no transfers between the General/Enterprise Fund; the City is fiscally sound.
Mayor Anderson congratulated the City Manager for the budget.

|  | Motion by Commissioner Schad:  To approve as presented. | | |
|---|---|---|---|
|  | Second to the motion:  Commissioner Barnes. | | |
| On Vote: | Schad: | aye | |
|  | Friend: | aye | |
|  | Barnes: | aye | |
|  | Ashbrook: | aye | |
|  | Anderson: | aye | Motion passed:  5-0 |

                    DEF'S EX 52_095

City Commission Meeting Minutes of November 15, 2016
Page Four

**Item #16.  Resolution 2016-11-669, Splash Park:** Mayor Anderson stated that she would like to show a power point presentation supporting the splash park; engineering provided free by Panhandle Engineering; concession stand can be used to offset maintenance cost; fencing is suggested; fund raising goal is $250k. A Resolution of the City of Lynn Haven, Florida authorizing the opening of a bank account to receive donations to fund the design, construction, operation and maintenance of a splash park at A. L. Kinsaul Park; restricting the use of funds in such account.  City Manager Schubert read this resolution by title only.

Res. 2016-11-669

      Motion by Commissioner Schad:  To approve as presented.
      Second to the motion:  Commissioner Friend.

Commissioner Friend stated that he is concerned about utilization; met with City Engineer & City Manager to discuss safety and possible employee on site; did a survey and found that 95% did not know where A. L. Kinsaul Park is located – need to advertise; possibility to charge a fee; $10-15,000 a year to operate; passing of the half cent sales tax is a plus; flood zone, however, Engineer stated that filter could be elevated.
Commissioner Schad suggested a thermometer be constructed to show donations; believes it is a step in the right direction; advocate for more activities on the West side of town; will provide something for all age groups.
Commissioner Barnes stated that the location is susceptible to flooding; concerned with the location; 20% reduction in equipment because of salt water; concerned with staff liability & high school workers; would like to see splash park at Rec Center – would be more secure; benefit parents who are already at the park; suggested soccer fields for A. L. Kinsaul Park; splash park geared toward toddlers.
Mayor Anderson stated not just for toddlers; disagree about high school students working; City is in a flood plain; storm drainage pond located on the property; seawall proposed to shore up the coastline.
Commissioner Ashbrook wanted to know the dollar amount being requested to begin the project.
Mayor Anderson stated that she proposed to raise $250k in 12 months to construct the splash park.
Commissioner Ashbrook wanted the dollar amount in the resolution.
City Attorney Jackson proposed this be added to Section 3 of Resolution 2016-11-669.

After further lengthy audience participation the following motion was amended:

Amended motion:    Motion by Commissioner Schad:  To amend the resolution to include $250k & to include fencing.
                Second to the motion: Commissioner Friend.
On Vote:      Schad:      aye
                Friend:     aye
                Barnes:    no
                Ashbrook:  aye
                Anderson:  aye      Motion passed: 4-1



**City Commission Meeting Minutes of November 15, 2016**
**Page Five**

| | | |
|---|---|---|
| Amended Motion: | Motion by Commissioner Schad:  To approve Res. 2016-11-669 to allow the Mayor to fund raise $250k for a splash park at Kinsaul Park. | |
| | Second to the motion: Commissioner Friend. | |
| On Vote: | Schad: | aye |
| | Friend: | aye |
| | Barnes: | no |
| | Ashbrook: | no |
| | Anderson: | aye    Motion passed: 3-2 |

**Item #17. Resolution 2016-11-670, Capital Improvement Revenue Refunding Bonds, Series 2016:** A resolution authorizing the issuance of not exceeding $7,500,000 capital improvement revenue refinding bonds, series 2016, of the city of Lynn Haven, Florida, to provide funds to refund certain outstanding debt of the City; providing for the payment of the Series 2016 bonds from the net revenues of the system and certain other moneys pledged therefor; authorizing and approving an escrow deposit agreement; approving the distribution of the preliminary official statement and a final official statement with respect thereto; delegating the award of the Series 2016 bonds to the Mayor, upon compliance with certain  parameters; making other covenants and agreements in connection therewith; and providing an effective date. City Manager Schubert read this resolution by title only. City Attorney Jackson stated the amount is $7,500,000.00.

Res. 2016-11-670

| | | |
|---|---|---|
| | Motion by Commissioner Ashbrook:  To approve as presented. | |
| | Second to the motion:  Commissioner Schad. | |
| On Vote: | Ashbrook: | aye |
| | Schad: | aye |
| | Friend: | aye |
| | Barnes: | aye |
| | Anderson: | aye    Motion passed:  5-0 |

**Item #18.  Discussion and possible action regarding abolishing the Kelly Day in the Fire Department:** The City of Lynn Haven is the only municipality in Bay County that has a Kelly day.  While this day off every three weeks reduces overtime, it has also proved to be a detriment to employee retention. Eliminating the Kelly day will bring salaries in line with other similar fire departments, increase employee retention rate and allow for exclusive use of the rescue truck on all shifts for medical calls. Fiscal Impact: $155,000 per FY.
Mayor Anderson wanted to express her support for this proposal.

Abolish Kelly Day
Fire Dept.

| | | |
|---|---|---|
| | Motion by Commissioner Schad:  To approve as presented. | |
| | Second to the motion:  Commissioner Friend. | |
| On Vote: | Schad: | aye |
| | Friend: | aye |
| | Barnes: | aye |
| | Ashbrook: | aye |
| | Anderson: | aye    Motion passed:  5-0 |

DEF'S EX 52_097

**City Commission Meeting Minutes of November 15, 2016**
**Page Six**

**Item #19.   Discussion and possible action regarding approval of agreement with D&H**    D&H Agreement
**properties:**   City Attorney stated that this is an agreement that will allow BHCA to construct a
parking lot on a City easement and allow them to have a Right of Way use agreement.

|          |            | Motion by Commissioner Ashbrook:  To approve as presented. |
|          |            | Second to the motion:  Commissioner Friend. |

| On Vote: | Ashbrook: | aye |                      |
|          | Schad:    | aye |                      |
|          | Friend:   | aye |                      |
|          | Barnes:   | aye |                      |
|          | Anderson: | aye | Motion passed: 5-0   |

**Item #20.  Public Commentary:**                                                            Public Commentary
Ms. Libby Tunnell thanked Mayor Anderson for her work on the splash park; she invited
everyone to the Library after the Old Fashioned Christmas Parade.
Mr. Leon Miller wanted to know the status about the Trolley stop at 17th Street; he wanted to
know if lights are being considered for Cain Griffin Park so that the kids can play ball after dark.
City Manager Schubert reported that he spoke with FDOT about the turn lane at 17th Street; he
will look into the lighting situation.
Mr. John Henke stated that he likes Lynn Haven & he sees great improvements.
Mr. Chris Calohan stated the Commission needs to address the issue of allowing chickens in the
city limits.
Mr. Robert Beck is concerned with traffic issues at Hwy 390, Jenks Ave. & Maine Ave.

There was no further business to discuss and the meeting was *adjourned at 7:51 p.m.*           Adjourn

**APPROVED THIS** ___13th___ **DAY OF** _December_ ____ 2016.


Margo Deal Anderson, Mayor


**ATTEST:**


Joel B. Schubert, City Manager

Prepared by Laurie Baker

There was no workshop prior to the meeting.

## CITY COMMISSION MEETING MINUTES
### TUESDAY, DECEMBER 13, 2016 – 4:00 P.M.

**Present:**
Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation. The Pledge of Allegiance followed.

Call to Order

Motion by Commissioner Barnes:  To excuse Commissioner Schad from the meeting.
Second to the motion:  Commissioner Ashbrook.

On Vote:

| | | |
|---|---|---|
| Barnes: | aye | |
| Ashbrook: | aye | |
| Friend: | aye | |
| Anderson: | aye | Motion passed: 4-0 |

**Item #3.  Mayor's Report:**  Mayor Anderson reported she hosted the BCL meeting on Nov. 17th; attended the BCL Dinner last night; LH Tree Lighting Ceremony on Dec. 2nd; LH Christmas parade on Dec. 3rd on Florida Ave.  A big thank you to Maria Stout-Tate, Tracy Johnson, Leisure Services, Major Riemer & Staff for their work during these events.
Mayor Anderson stated that she has been partnering w/LHES for design input for the proposed splash park – submitted drawings by the children were located in the back of the room for viewing.

Mayor's Report

A. **Proclamation – Wreaths Across America –** Mayor Anderson read this proclamation in its entirety. Ms. Linda Vickers accepted the proclamation; the ceremony is scheduled for Dec. 17th.

**Item #4. Commissioner's Report:**
Commissioner Ashbrook reported that he attended the TPO meeting last week; items of discussion were Rails to Trails funding and a proposed turn lane at Hwy 389 & 26th Street.
Commissioner Barnes wished everyone a Merry Christmas.
Commissioner Friend reported that he attended the Bay County workshop on UBER; he was reappointed to the MPOAC.

Commissioner's Report

**Item #5. City Manager's Report:**  City Manager Schubert reported that Christmas w/the Cops & Friends will be held Dec. 17th @ the LH Rec Center from 2:00 p.m. – 5:00 p.m.; echoed the Mayor's comments regarding LH events & thanked staff for their hard work; speed limit on 26th Street changed to 30 MPH; planning a workshop in January to discuss 5-10year Capital Improvement Plan & ½ cent Infrastructure tax; will be out of town Dec. 15-16.

City Manager's Report

**Item #6. City Attorney's Report:**  City Attorney Jackson reported that an emergency moratorium, Ord. 1026, is being proposed on medical marijuana activities in the City until the State has time to regulate and pass regulations.

City Attorney's Report



**City Commission Meeting Minutes of December 13, 2016**
**Page Two**

If the Commission does not wish to pass an emergency ordinance City Attorney suggests that they put a hold on processing any license until regulations are passed.

**PUBLIC HEARING OPENED: 4:19 p.m.**
**Item #7.  Final Plat application – Shoreline Villages, Phase 1C:** The applicant, Shoreline Village 1-C (FL) 2015, LLC, is requesting approval of the Final Plat for Phase IC of this project with a TND Land Use. This phase is approximately 13.53 acres in size, and will consist of fifty-one (51) single family homes and Home Owner's Association amenities and common area. The stormwater system will remain private and be maintained by the Home Owner's Association. The Development Order for the entirety of Shoreline Village Phase One was approved by the City Commission in 2013. The owner of this sub-phase is not D & H Properties, LLC but a different entity, Shoreline Village 1-C (FL) 201 5.
There was no audience participation and the PUBLIC HEARING was *closed at 4:21 p.m.*

**CONSENT AGENDA:**
**Item #8.  Minutes:** 11/15/16 – Regular Meeting
**Item #9.  Approve FDOT Highway Traffic Safety Grant to replace the vehicle wrap on the Police Department's Click It or Ticket Trnck:** Approve acceptance of a FDOT Highway Traffic Safety Grant for replacement of the vehicle wrap on the Police Department's Click It or Ticket truck, and authorize the Mayor to sign all associated award documents. Fiscal Impact - $3,000,
**Item #10.  Renewal of concession stand food lease with Morris Enterprises:** The City currently has a contract with Morris Enterprises to operate the Food and Beverage Concession stands at the Lynn Haven City Parks.  The contract was originally written as    a three (3) year contract with one two-year renewal option. The renewal was exercised in 2015 with an expiration date of January 31, 2017. The City's Purchasing Policy is currently being amended to address large purchases and contracts.  Once the amended policy is approved there will not be adequate time to properly prepare, advertise and award a contract prior to the January 3 1st expiration date; therefore, staff has contacted the owner of Morris Enterprises regarding a time extension. They are in agreement to extending the contract five months at the same terms in the original  contract. Staff recommends approving Renewal #2 extending the contract, commencing February 1, 2017 and terminating on June 30, 2017.  All other terms of the agreement will remain the same.
**Item #11.  Approve submittal of a FDEP grant application for sand and grit removal at the wastewater treatment plant and authorize the Mayor to sign all related documents:** Staff recommends approval to submit a Florida Department of Environmental Protection grant application for sand and grit removal at the wastewater treatment plant and authorize the Mayor to sign all associated application and award documents. City staff has obtained a quote of $63,600 for removal of the grit from Digesters # 1, #2 and #3. The Florida Department of Environmental Protection offers 50% matching grants for projects of this nature with a very simple application process.
**Item #12.  Approve the submittal of a Federal Fiscal Year 2016 Edward Byrne Memorial Justice Assistance Direct Grant application for the purchase of equipment for the Police Department:** Each year the Police Department is allocated funding through the Edward Byrne Memorial JAG Direct program. These funds are administered by the Florida Department of Law Enforcement (FDLE).   This year FDLE has allocated $4,050 to the Lynn Haven Police Department.

Public Hearing
Final Plat
Shoreline Village

Consent Agenda
Minutes
FDOT Wrap Grant

Morris Enterprises
Concession Lease

FDEP Grit Removal
Grant

Edward Byrne Grant



**City Commission Meeting Minutes of December 13, 2016**
**Page Three**

The Department would like to purchase digital cameras, digital recorders and tactical flashlights with this funding. The next step is for the City to submit an actual application to the Florida Department of Law Enforcement.  Hard copies of the application are due to FDLE by December 30, 2016. Approve submittal of a Federal Fiscal Year 2016 Edward Byrne Memorial Justice Assistance (JAG) Direct Grant application for the purchase of officer/investigative equipment and authorize the Mayor to sign all associated application and award documents.

**Item #13.  Approve the disposal of surplus vehicles and equipment:** Staff is requesting the authority to dispose of the following list of surplus vehicles and equipment with high mileage and excessive ongoing repairs.  Proper advertising will be accomplished according to the City's purchasing policy. All items will be advertised on GovDeal 's online auction site. Interested parties will have the opportunity to inspect the vehicles at the Public Works yard.

| Description | Serial Number/VIN |
|---|---|
| 2009 International One Arm Bandit Garbage Truck w/Labrie Expert 2000 Helping Hand Body, 79,100 miles, hours 9005, (requires extensive ongoing repairs) | 1HTWGAZT89J054276 |
| 1998 F-150 Pickup Truck, 147,300 miles | 1FTZF1723WNA78206 |
| 1988 Emergency Kohler Generator, Model #30RZ262, generator/engine hours: unknown (PD | 217791 |
| 1995 Caterpillar Back Hoe, mileage and hours: unknown | 08SG05482 |
| 2006 Ford Taurus, 83,000 miles, (requires new paint job & numerous | 1FAFP53U96A2091 51 |
| 2002 F-150 4X2 Super cab Pickup Truck,  138,000 miles | 1FTRXJ7W62NB18675 |

Motion by Commissioner Barnes:  To approve the Consent Agenda as presented.
Second to the motion:  Commissioner Friend.
On Vote:      Barnes:          aye
                   Ashbrook:       aye
                   Friend:            aye
                   Anderson:        aye              Motion passed:  4-0

**NEW BUSINESS:**
**Item #14.  Discussion and possible action regarding extending the City Manager's employment contract under the current terms:** City Manager Schubert requests a 3year extension on his current contract to begin April 2017.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Ashbrook.
On Vote:      Friend:           aye
                   Barnes:          aye
                   Ashbrook:       aye
                   Anderson:        aye              Motion passed:  4-0

Surplus Equip.
Disposal

CM Contract
Extension



**City Commission Meeting Minutes of December 13, 2016**
**Page Four**

**Item #15.  Discussion and possible action regarding final plat application for Shoreline Village, Phase 1C, (FP-16-02):**

<div style="text-align:right">Final Plat
Shoreline Village</div>

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Barnes.

On Vote:      Ashbrook:        aye
              Friend:          aye
              Barnes:          aye
              Anderson:        aye                    Motion passed:  4-0

**Item #16.  Discussion and possible action regarding approval of a Development Order for Camryn's Crossing Subdivision Phase II, CCS, LLC:** The applicant is requesting a Development Order in order to be able to construct fifty-seven (57) single family lots and supporting infrastructure, immediately adjacent to the existing Camryn's Crossing Subdivision (Phase 1).  The proposed new subdivision will be constructed upon 24.49 +/- acres.  The Preliminary Plat was approved by the City Commission on November 15, 2016, and the Development Order Application was recommended for approval by the Planning Commission on July 19, 2016. City Attorney Jackson stated that this is a quasi-judicial and all affected parties were sworn in.   City Attorney Jackson asked the Commission if they had any ex-parte communication – Mayor Anderson, Commissioner Ashbrook & Commissioner Barnes had none; Commissioner Friend made comments in passing.

<div style="text-align:right">DO Camryn's
Crossing</div>

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:      Ashbrook:        aye
              Friend:          aye
              Barnes:          aye
              Anderson:        aye                    Motion passed:  4-0

**Item #17.   Approval of Ordinance 1026, temporary moratorium – medical cannabis activities:**  City Attorney Jackson stated the word "emergency" would be removed & City Manager Schubert read Ord. 1026 by title only.  This was the first reading and no action was required.

<div style="text-align:right">Ord. 1026</div>

Motion by Commissioner Barnes:  To authorize the City to not process any business applications for medical marijuana until final reading of Ord. 1026.
Second to the motion: Commissioner Friend.

On Vote:      Barnes:          aye
              Ashbrook:        aye
              Friend:          aye
              Anderson:        aye                    Motion passed:  4-0

**Item #18. Public Commentary:** None.

<div style="text-align:right">Public Commentary</div>

**City Commission Meeting Minutes of December 13, 2016**
**Page Five**

There was no further business to discuss and the meeting was *adjourned at 4:33 p.m.*          Adjourn

**APPROVED THIS**_____10th_____ **DAY OF** _January_ _____2016.**

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

There was no workshop prior to the meeting.

## CITY COMMISSION MEETING MINUTES
## TUESDAY - JANUARY 10, 2017 – 4:00 P.M.

**Present**      Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Pro Tem Barnes called the meeting to order and Commissioner Ashbrook gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3. Mayor's Report:** *A. Proclamation – Panama Country Club Day:* This proclamation was read in its entirety by Mayor Pro Tem Barnes and presented to members of the Panama Country Club.

Mayor's Report

Motion by Commissioner Schad: To excuse Mayor Anderson from the meeting.
Second to the motion: Commissioner Friend.

On Vote:
| Schad: | aye | |
| Friend: | aye | |
| Ashbrook: | aye | |
| Barnes: | aye | Motion passed: 4-0 |

**Item #4. Commissioner's Report:**
Commissioner Rodney Friend reported that he will be attending a MPOAC meeting on Jan. 26, 2017.
Commissioner Ashbrook reported that he attended the LHPD Christmas dinner; attended the grand re-opening of McDonalds.
Commissioner Schad is very proud of the City and the community.
Commissioner Barnes reported that he participated in Wreaths Across America – he hopes to be able to be a part of this for years to come.

Commissioner's Report

**Item #5. City Manager's Report:** *A. Employee of the Month – December 2016:* Ms. Stephanie Schultheis, Customer Service, was awarded the EOM award for her hard work and dedication to the City.

City Manager's Report

*B. Supervisor of the Quarter – Oct. – Dec. 2016:* Ms. Amanda DeLonjay, Utility Billing, was awarded the SoQ for her hard work and dedication to the City.

*C. Police Chief appointment:* City Manager Schubert reported that he appointed Major Matt Riemer to the recently vacated position of Police Chief and as per the City Charter he asked for the consent of the Commission for that appointment.

DEFENDANT'S
EXHIBIT
**53**



**City Commission Meeting Minutes of January 10, 2017**
**Page Two**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Schad.

Commissioner Schad stated that he has received positive comments from the public for the appointment.
Commissioner Ashbrook stated that same.
Commissioner Friend stated that same; he thought it spoke highly of Chief Messer to bring up a leader to take his place.
Commissioner Barnes agreed with the previous comments and believes Chief Riemer will be an asset to the City.
Mr. Rich Walker stated that he did not appreciate reading about the appointment in the newspaper and believes that there should have been discussion in an open forum; he believes the citizens are being denied their rights.

On Vote:      Friend:        aye
              Ashbrook:      aye
              Schad:         aye
              Barnes:        aye              Motion passed:  4-0

**Item #6.  City Attorney's Report:**  No report.                          City Attorney's
                                                                           Report

**CONSENT AGENDA:**                                                        Consent Agenda
**Item #7.  Minutes:  12/13/2016 – Regular Meeting**                       Minutes
**Item #8.  Approve the site dedication of the Porter Park boating access facilities per**   Porter Park
**Florida Boating Improvement Program requirements:**  The City currently has a Florida    Boa tramp
Boating Improvement Program grant through the Florida Department of Fish and Wildlife. The
grant is for the construction of new boat docks and ramps at Potter Park. A requirement of the
program is a site dedication of the boating access facilities.  These boat facilities are to be
dedicated to public use for a minimum of 20 years from the date of the dedication.
**Item #9.  Approve the purchase of three new police SUV's from Hub City Ford totaling**   Vehicle Purchase
**$79,938:** The purchase of three (3) SUV's for the Police Department is included in the current   Hub City Ford
budget. After extensive researching of the various vehicles available and taking into
consideration past maintenance experience on various vehicles, staff has selected a 2017 Ford
Interceptor Utility Model K8A.  The purchase will be made utilizing the Florida Sheriffs
Association Contract, Bid Number FSAl 6-VEL24.0. The Florida Sheriffs Association offers
statewide purchasing contracts on a variety of vehicles, equipment and services that are available
to all eligible a g e n c i e s .
**Item #10.  Approve acceptance of a Firehouse Subs Public Safety Foundation Grant for the**  Firehouse Grant
**purchase of four thermal imaging cameras:** The Fire Department has a need for new thermal
imaging cameras (TIC). Thermal imagers are an integral tool to the first responder community
by enhal l cing visibility in operating conditions such as structural fires to locate citizens and
fallen firefighters. They are also used for structural navigation, hose stream directing, and
locating hot spots. The Firehouse Subs Public Safety Foundation has agreed to give the City four
Bullard thermal imaging cameras with accessories. The TIC's will be housed on each fire truck
to ensure they are readily available at fire scenes.  Fiscal impact is $18,200 - 100% grant funded.

**City Commission Meeting Minutes of January 10, 2017**
**Page Three**

|  | Motion by Commissioner Schad:  To approve the Consent Agenda as presented. |  |
|---|---|---|
|  | Second to the motion:  Commissioner Ashbrook. |  |
| On Vote: | Schad:            aye |  |
|  | Friend:          aye |  |
|  | Ashbrook:     aye |  |
|  | Barnes:         aye | Motion passed:  4-0 |

**OLD BUSINESS:**
**Item #11.  Second and final reading of Ordinance 1026, temporary moratorium, medical cannabis:** City Manager Schubert read Ord. 1026 by title only.  This was the second and final reading.

Ord. 1026

|  | Motion by Commissioner Friend:  To approve as presented. |  |
|---|---|---|
|  | Second to the motion: Commissioner Ashbrook. |  |
| On Vote: | Friend:          aye |  |
|  | Ashbrook:     aye |  |
|  | Schad:           aye |  |
|  | Barnes:         aye | Motion passed:  4-0 |

**NEW BUSINESS:**
**Item. 12.  Public Commentary:** None

Public Commentar

There was no further business to discuss and the meeting was *adjourned at 4:22 p.m.*

Adjourn

**APPROVED THIS** __24th__ **DAY OF** __January__ 2017.

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Laurie Baker



The Lynn Haven City Commission held a workshop meeting on Monday, February 13, 2017, beginning at 4:00 p.m. in The Chambers, 108 E. 9th Street. The purpose of the meeting was to discuss the Half-Cent Infrastructure Surtax. The public was invited to attend. The meeting was adjourned at 5:03 p.m.

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, FEBRUARY 14, 2017 – 4:00 P.M.**

</div>

Present:      Margo Deal Anderson, Mayor
                 Antonius G. Barnes, Mayor Pro Tem/Commissioner
                 Joseph Ashbrook, Commissioner
                 Rodney Friend, Commissioner
                 Roger Schad, Commissioner
                 Joel B. Schubert, City Manager
                 Robert C. Jackson, City Attorney
                 Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Commissioner Schad gave the Invocation. The Pledge of Allegiance followed.

**Call to Order**

<u>Item #3.</u> **Mayor's Report:** Mayor Anderson reported that she retired 14 days ago and now has more time to devote to inactive boards; Mr. Kenneth Tucker, Last Roll Call, passed away; attended Porter Park boat ramps groundbreaking; attended Lottie Faye Peacock's 100th birthday at Summer's Landing; attended a meeting with the Lt. Governor last week.

**Mayor's Report**

    **A. *Proclamation – March – Clean-Up, Paint-Up, Fix-Up Month:*** Mayor Anderson read this proclamation in its entirety.

**Proc.**
**Clean-Up, Paint-Up, Fix-Up**

        Motion by Commissioner Schad: To approve the proclamation as presented.
        Second to the motion: Commissioner Barnes.
        *(no vote taken)*

Ms. Libby Tunnell suggested the City waive all trash pickup prices for the month of March.
Mayor Anderson stated that she spoke with Ms. Tunnell about this yesterday. She suggested the City give amnesty for the month of March.

        Motion by Commissioner Schad: To give amnesty for the month of March.
        Second to the motion: Commissioner Friend.

Commissioner Friend was concerned with the impact to the City. Would the City be able to keep up with the volume?
Mr. Bobby Baker, Public Works Director, thinks this is a good idea & believes that the City can handle the volume. Concerned with illegal dumping.

        DEF'S EX 53_004



**City Commission Meeting Minutes of February 14, 2017**
**Page Two**

Amended motion:

        Motion by Commissioner Schad:  To waive special trash pickup fee for the month of March.
        Second to the motion:  Commissioner Friend.

On Vote:     Schad:        aye
                Friend:       aye
                Barnes:      aye
                Ashbrook:    aye
                Anderson:    aye                Motion passed:  5-0

    **B. Proclamation – Publix Appreciation Day – 2/27:** Mayor Anderson read this proclamation in its entirety.

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion:  Commissioner Friend.

On Vote:     Schad:        aye
                Friend:       aye
                Barnes:      aye
                Ashbrook:    aye
                Anderson:    aye                Motion passed:  5-0

**Item #4.  City Commissioner's Report:**
Commissioner Schad thanked the City employees for their hard work during recent rain events.
Commissioner Ashbrook attended the groundbreaking of Porter Park boat ramps; encourage everyone to be patient during construction.
Commissioner Barnes thanked staff & engineers for their help in securing funds for the Porter Park boat ramps.
Commissioner Friend reported there will be a 5k race – Run for Cookies - please plan to attend; MPOAC meeting scheduled for Bay County in November 2017.

**Item #5.  City Manager's Report:**

    A.   **Employee of the Month –** January: Suzanne Fogle, Customer Service Rep, was awarded the EOM award for her hard work and dedication to the City.
    B.   **Crossing Guard Recognition:** Chief Matt Riemer recognized the LH Crossing Guards for their hard work. FDOT presented Crossing Guard Willie Mae Stanley the State Crossing Guard of the Year award.

**Item #6.  City Attorney's Report:** No Report.

Proc.
Public Appreciation

City Commission
Report

City Manager's
Report

EOM

Crossing Guard
Recognition

City Attorney's
Report

DEF'S EX 53_005

**City Commission Meeting Minutes of February 14, 2017**
**Page Three**

**CONSENT AGENDA:**
**Item #7. Minutes:** 1/24/2017 – Regular Meeting
**Item #8.  Approve the purchase of services for the removal of sand and grit from digester tanks in the amount of $63,000 from Polston Applied Technologies, LLC:** The Sewer Department has worked with Polston Applied Technologies to obtain a quote in the amount of $63,600 for these services.  This procurement will be a piggy-back purchase off from Sarasota County IFQ #166388MZ.

**Item #9.  Approve Grant Agreement #17-036 with the NW Florida Water Management District in the amount of $49,825 to assist with the 9th Street Water Main Replacement Project:**  The City has now been awarded $49,825 from the Northwest Florida Water Management District (NWFWMD) to assist with construction and construction engineering  inspection (CEI) expenses. $40,000 is dedicated toward construction and $9,825 is dedicated toward CBI on the West 9th Street portion.

**Item #10.  Approve the task order with Panhandle Engineering in the amount of $19,825 for the fifth phase of the City's Water Main Replacement Project:** Panhandle Engineering has proposed a task order for $19,825 to cover preparation of bid documents, bidding, and construction engineering inspection services (CEI) for Phase 5 of the construction to be performed this year.

**Item #11.  Approve the Gulf Power Storm Restoration Staging Site Agreement:** Gulf Power Company is requesting to renew the Storm Restoration Staging Site Agreement that would allow Gulf Power to use the Recreation Sports Complex as a staging site during a Class 3,4, or 5 huricanes. This agreement will begin May 1, 2017 and go for (5) years.  Gulf Power is self-insured and shall assume all liability to third parties.

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion: Commissioner Barnes.

Mr. Richard Walker spoke about former Commissioner Harold Haynes who passed away last week.
Mayor Anderson stated that her father was a former commissioner & he knew Commissioner Haynes.
Commissioner Barnes stated that he served with Commissioner Haynes & he had the City's heart.
Commissioner Schad stated that he was a mentor to him.
Ms. Libby Tunnell stated that he was responsible for the light at 14th & Tennessee.
Commissioner's Ashbrook & Friend stated that they did not know him.
Mayor Anderson thanked Mr. Walker & stated perhaps we do a proclamation for the next meeting.

On Vote:    Schad:        aye
            Friend:       aye
            Barnes:       aye
            Ashbrook:     aye
            Anderson:     aye            Motion passed:  5-0

**Margin notes:**
Consent Agenda Minutes
Polston Applied Tech, LLC – Grit Removl

NWFWM – 9th Street Water Main Repl. Prjct

PE Task Order

Gulf Power Staging Site



**City Commission Meeting Minutes of February 14, 2017**
**Page Four**

**OLD BUSINESS:**
**Item #12.  Second and final reading of Ordinance 1027, Fuel Depot Parcel B, replacing Ord. 1013:** City Manager Schubert read Ord. 1027 by title only. This was the second and final reading.

Ord. 1027
Fuel Depot

            Motion by Commissioner Barnes:  To approve as presented.
            Second to the motion: Commissioner Schad.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #13.  Second and final reading of Ordinance 1028, Fuel Depot Parcel C, replacing Ord. 1014:** City Manager Schubert read Ord. 1028 by title only.  This was the second and final reading.

Ord. 1028
Fuel Depot

            Motion by Commissioner Barnes: To approve as presented.
            Second to the motion: Commissioner Ashbrook.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**NEW BUSINESS:**
Items #14-18 are a Qausi-judicial hearing and all affected parties were sworn in by City Attorney Jackson.
Mayor Anderson/Commissioner Ashbrook/Commissioner Barnes/Commissioner Friend & Commissioner Schad had no ex-parte communication.
**Item #14. Discussion and possible action regarding approval of Development Order and Certificate of Concurrency for Waterside Chiropractic Expansion project: (Quasi-judicial hearing)** This is a request for Development Order approval for a 1,784 square foot addition to the Waterside Chiropractic Office located at 3210 Highway 77. Parcel Number: 11802-025-000. Dr. Michael Smith owns and operates Waterside Chiropractic on Highway 77. The current building is 2,118 square feet in size and i s located upon a parcel approximately 1.269 +/- acres in size. He is requesting a Development Order in order to be able to construct an addition on to the existing building so that he can offer additional services to his clients. Parking and storm water facilities upon the site have been increased to accommodate the additional square footage as per the Lynn Haven Unified Land Development Code. The Development Order application was recommended for approval by the Planning Commission  on February 7, 2017. This is a request for Development Order approval for a 1,784 square foot addition to Dr. Smith's existing chiropractic practice.

DO/CC
Waterside
Chiropractic



**City Commission Meeting Minutes of February 14, 2017**
**Page Five**

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Ashbrook.

On Vote:
| | |
|---|---|
| Schad: | aye |
| Friend: | aye |
| Barnes: | aye |
| Ashbrook: | aye |
| Anderson: | aye |

Motion passed:  5-0

**Item #15.  Discussion and possible action regarding approval of Development Order and Certificate of Concurrency for the apartments at 18th Street and Virginia Avenue: (Quasi-judicial hearing)** This is a request for Development Order approval to construct two (2) x 3,396 square foot duplex apartments on the vacant parcel located on the southwest corner of 18111 Street and Virginia Avenue. Parcel Number 119-000-000. James Finch and Associates, Inc. are requesting to be able to construct a pair of duplexes upon a vacant parcel which formally accommodated a single family home. The property is approximately 0.43 acres in size and is located at the southwest corner of 18th Street and Virginia Ave. Each of the double unit duplexes will be 3,396 square feet in size and each unit will have two bedrooms. The Land Use on the property is Mixed Use which allows for multi-family units, and therefore this is a conforming use. The Development Order Application was recommended for approval by the Planning Commission on February 7, 2017. This is a request for Development Order approval for a two duplex apartment development.  City Manager Schubert stated that there are some minor issues about a water main.  City Planner Richard stated that the developer, James Finch, has agreed to install a 4" water main.

*DO/CC – 18th Street & Virginia Ave*

Motion by Commissioner Ashbrook: To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:
| | |
|---|---|
| Ashbrook: | aye |
| Schad: | aye |
| Friend: | aye |
| Barnes: | aye |
| Anderson: | aye |

Motion passed:  5-0

**Item #16.  Discussion and possible action regarding approval of Development Order and Certificate of Concurrency for Hope Radiation Cancer Center Expansion project: (Quasi-judicial hearing)** This is a request for Development Order approval to construct a 4,600 square foot two (2) story addition onto the existing Hope Radiation Cancer Treatment Center building located at 2900 Highway 77. Parcel Number 11801-000-000. Dr. Murshed currently owns and operates the Hope Radiation Cancer Treatment Center at 2900 Highway 77.

*DO/CC Hope Radiation Center*

DEF'S EX 53_008

 

**City Commission Meeting Minutes of February 14, 2017**
**Page Six**

He is requesting a development order to allow him to add an additional 4,600 square feet on to the existing 3,609 square foot building so that he can treat more cancer patients. The addition will house. treatments rooms and one additional radiation treatment vault. Parking and stormwater infrastructure have been increased to accommodate the increase in impervious area and additional patients. The Development Order Application was recommended for approval by the Planning Commission on February 7, 2017. This is a request for Development Order approval for an addition to the Hope Radiation Cancer Treatment Center.

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Ashbrook.

| On Vote: | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #17. Discussion and possible action regarding approval of the preliminary plat for Bailey Pointe Townhomes: (Quasi-judicial hearing)** The applicant/owner has requested the approval of the Preliminary Plat for the Bailey Pointe Townhomes Development located at 6220 House of Seafood Drive, Parcel #: 08835-010-000. The applicant, Bailey Pointe LLC. is requesting approval of the Preliminary Plat for this townhome project with a Commercial Land Use. This vacant property is approximately 1.692acres in size, and the developer is proposing to divide it into twelve (12) townhome lots with Home Owner's Association maintained streets, amenities and common areas. The stormwater system will remain private and be maintained by the Home Owner's Association. The Development Order for this project was recommended for approval by the City Planning Commission on October 4, 2016. It is not necessary for this plat to go to the Planning Commission prior to City Commission for consideration as it is proposing between 3 and 50 lots (Section 10.03.01 (B) of the Unified Land Development Code. The request is for a Preliminary Plat for twelve (12) townhomes.

Preliminary Plat Approval Bailey Pointe Townhomes

Motion by Commissioner Barnes: To approve as presented.
Second to the motion: Commissioner Ashbrook.

| On Vote: | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |



**City Commission Meeting Minutes of February 14, 2017**
**Page Seven**

**Item #18. Discussion and possible action regarding approval of a Development Order and Certificate of Concurrency for Bailey Pointe Townhomes: (Quasi-judicial hearing)**

DO/CC
Bailey Pointe
Townhomes

        Motion by Commissioner Ashbrook: To approve as presented.
        Second to the motion: Commissioner Schad.

On Vote:    Ashbrook:    aye
            Schad:       aye
            Friend:      aye
            Barnes:     aye
            Anderson:   aye          Motion passed: 5-0

**Item #19. Resolution 2017-02-671, Community Aesthetic Feature Agreement for the South Gateway Monument:** This maintenance agreement is for the proposed South Gateway Monument to be installed at the northeast corner of Hwy 77 and Baldwin Rd. The new gateway monument will be located within the FOOT Right-of-Way and therefore requires the approval of a maintenance agreement with FOOT. A previous agreement with a sign location at Hwy 77 and 17th St. was approved by the CC in Jan 2015. FDOT is requesting a new agreement since the location of the proposed sign has been changed to Baldwin Rd. City Manager Schubert read Res. 2017-02-671 by title only.

Res. 2017-02-671
South Gateway
Monument

        Motion by Commissioner Ashbrook: To approve as presented.
        Second to the motion: Commissioner Friend.

On Vote:    Ashbrook:    aye
            Schad:       aye
            Friend:      aye
            Barnes:     aye
            Anderson:   aye          Motion passed: 5-0

**Item #20. Resolution 2017-02-672, amending the Purchasing Procedural Guide: Staff is requesting approval of Resolution No. 2017-02-672 amending the City's Purchasing Procedural Guide with the following major changes:**

Res. 2017-02-672
Purchasing Policy

1. Chapter 2: Purchasing Policy - Allows the City Manager to procure large purchases and services provided the total purchase is no greater than the amount specified within the current Commission approved budget.
2. Chapter 3: General Procedures --Specifies various competitive sealed bid methods including a Request for Proposals method that includes a two-phase process. Phase one qualifies respondents based upon strict criteria. Phase two is to open price proposals from only those qualified respondents. The award is then made to the lowest responsible, qualified bidder. Also, moved bid protest procedures from Chapter 4 to Chapter 3.
3. Chapter 19: Procurement of Professional Services --moved some RFP information to Chapter 3.

DEF'S EX 53_010



**City Commission Meeting Minutes of February 14, 2017**
**Page Eight**

4. Chapter 20: Local Vendor Preference - The Local Vendor Preference will continue to be offered to businesses within Bay County, but has been limited to construction projects valued at 50,00 or greater.

5. Chapter 21: Federal Contract Provisions – inclusion of additional procedures required when the City uses federal funding for the purchase of commodities or services.

City Manager Schubert read Res. 2017-02-672 by title only.

Motion by Commissioner Schad: To approve as presented.
Second to the motion: Commissioner Barnes.

Mayor Anderson would like this to be tabled for further review.

*Commissioner Ashbrook withdrew the motion.*

Motion by Commissioner Ashbrook: To table this item.
Second to the motion: Commissioner Friend.

On Vote:     Ashbrook:     aye
             Schad:        aye
             Friend:       aye
             Barnes:       aye
             Anderson:     aye          Motion passed: 5-0

**Item #21.   Resolution 2017-02-673, creating an Infrastructure Tax Oversight Committee:** A resolution of the City of Lynn Haven, Florida creating an Infrastructure Tax Oversight Committee; defining   the duties of such committee; establishing qualifications, terms, and procedures for appointment and removal of committee members.   City Manager Schubert read Res. 2017-02-673 by title only.

Res. 2017-02-67: Infrastructure Tax Oversight Committee

Motion by Commissioner Barnes: To approve as presented.
Second to the motion: Commissioner Friend.

Mr. Richard Walker wanted to know if this board was subject to filing a Form 1.
City Manager Schubert will task the City Attorney to review. Each Commissioner will nominate one individual to serve on the board.

On Vote:     Barnes:       aye
             Ashbrook:     aye
             Schad:        aye
             Friend:       aye
             Anderson:     aye          Motion passed:  5-0

**Item #22.   Resolution 2017-02-674, Special Administrative Exception Application Villages of Mill Bayou, Shoreline Village Phase 1C, D&H Properties:** This is a request by D & H Properties for an Administrative Exception Overlay District for a portion of the Villages of Mill Bayou, Shoreline Village Phase 1. Shoreline Village Phase 1 (to include Phase 1C) had a Development Order approved in 2013. Phase 1C will consist of single-family lots and a recreation area on a 13.82-acre parcel, #11344-000-000, located at 4121 Hwy 390.

Res. 2017-02-67: D&H Properties

          DEF'S EX 53_011

**City Commission Meeting Minutes of February 14, 2017**
**Page Nine**

The applicant is requesting an amendment to the original Development Order which was issued in 2013, but needs Commission approval to waive Section 4.05.06(F) of the City's Unified Land Development Code, in the form of an Administrative Exception Overlay District, per City Ordinance 980, to be able to proceed with that request. City Manager Schubert read Res. 2017-02-674 by title only.

|  |  |  |  |  |
|---|---|---|---|---|
|  | Motion by Commissioner Schad: To approve as presented. |  |  |  |
|  | Second to the motion: Commissioner Barnes. |  |  |  |
| On Vote: | Schad: | aye |  |  |
|  | Friend: | aye |  |  |
|  | Barnes: | aye |  |  |
|  | Ashbrook: | aye |  |  |
|  | Anderson: | aye | Motion passed: 5-0 |  |

**Item #23. Resolution 2017-02-675, approving special exceptions to allow consumption of alcoholic beverages during certain annual City events:** City Manager Schubert read Res. 2017-02-675 by title only.

Res. 2017-02-675
Alcoholic
Beverage

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Ashbrook: |  |  |
|  | Second to the motion: Commissioner Schad. |  |  |
| On Vote: | Ashbrook: | aye |  |
|  | Schad: | aye |  |
|  | Friend: | no |  |
|  | Barnes: | aye |  |
|  | Anderson: | aye | Motion passed: 4-1 |

**Item #24. Public Commentary:**

Mr. Leon Miller stated that February is Black History Month; he was the first elected Afro-American commissioner in Lynn Haven.

Public
Commentary

There was no further business to discuss and the meeting was adjourned at 5:19 p.m.

Adjourn

**APPROVED THIS**___28th___ **DAY OF**___February,_____ 2017.


_____
Margo Deal Anderson, Mayor

**ATTEST:**


_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker



There was no workshop prior to the meeting.

## CITY COMMISSION MEETING MINUTES
### TUESDAY, JANUARY 24, 2017 – 6:00 P.M.

**Present:**      Mayor Margo Deal Anderson
                 Mayor Pro Tem/Commissioner Antonius G. Barnes
                 Commissioner Joseph Ashbrook
                 Commissioner Rodney Friend
                 Commissioner Roger Schad
                 City Manager Joel B. Schubert
                 City Attorney Cole Davis (Sitting in for Robert Jackson)
                 Officer Kaitlyn Anglin


                 Motion by Commissioner Friend:  To excuse Commissioner Schad from the meeting.
                 Second to the motion:  Commissioner Ashbrook.
On Vote:         Friend:        aye
                 Barnes:        aye
                 Ashbrook:      aye
                 Anderson:      aye          Motion passed: 4-0

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation.  The Pledge of Allegiance followed.

Call To Order

**Item #3.  Mayor's Report:** Mayor Anderson reported that Jonathan Hayes sent a request asking that a proclamation be presented to Lottie Faye Peacock in recognition of her 100th birthday. Mayor Anderson read this proclamation in its entirety.

Mayor's Report

                 Motion by Commissioner Ashbrook:  To approve as presented.
                 Second to the motion:  Commissioner Friend.
On Vote:         Ashbrook:      aye
                 Friend:        aye
                 Barnes:        aye
                 Anderson:      aye          Motion passed:  4-0

Mayor Anderson reported that she met with City Manager Schubert on Jan. 23 to discuss ongoing items in the City; she would like to see on the agenda in early February to discuss the use of the ½ cent infrastructure sales tax; would like to have a workshop for citizen input; would like to be more aggressive with the use of community workers; commended staff for their work during the recent rain event.

**Item #4.  Commissioner's Report:**
Commissioner Ashbrook reported that he spent some time with the Rescue Mission and learning what they do; presented a proclamation, passed at the Dec. 10th Commission Mtg; to the Panama Country Club last week.
Commissioner Friend will be attending the MPOAC meeting this week; was out during the recent flooding, spoke w/citizens & would like to commend staff for their hard work; looking forward to the workshop to discuss the ½ cent tax; will be out of town & will miss the upcoming Employee luncheon.

Commissioner's Report

**City Commission Meeting Minutes of January 24, 2017**
**Page Two**

**Item #5.  City Manager's Report:** City Manager Schubert reported that he has been working w/the Engineer & Public Works prioritizing a list of concerns with the infrastructure; a workshop will be scheduled for next month to discuss this issue.

A.     *Infrastructure Surtax Oversight Committee:*  This is an oversight committee; the Commission is the deciding factor of the money for projects; City Manager Schubert suggests that a resolution be presented at the next meeting to create this committee – proposing a 5-member board w/a member appointed by each commissioner.

B.     *Cancel 4/11 City Commission Meeting* – Early Voting is scheduled for this meeting and this meeting will need to be changed and/or cancelled.

Mayor Anderson stated that she does not agree with cancelling the meeting; the Charter states the City have two meetings per month; she suggested the Senior Center or Roberts Hall for a nominal fee – she stated that the only requirement is that the meeting be recorded.
Commissioner Barnes stated that the agenda should determine if the meeting is cancelled and/or change.
Commissioner Friend agrees with Commissioner Barnes but he would like to have clarification on the meetings; the City typically has one meeting in November & one meeting in December; Commissioner Friend stated that he is available to meet at any time.

> Motion by Commissioner Barnes:  To table this issue for clarification.'
> Second to the motion:  Commissioner Friend.

Mr. Richard Walker agreed with Mayor Anderson; he believes the citizens of this town are not being recognized.

On Vote:      Barnes:        aye
              Ashbrook:      aye
              Friend:        aye
              Anderson:      no                Motion passed:  3-1

City Manager Schubert reported that the Lynn Haven Fire & Emergency Services will be hold a Child Safety seat class at Walmart on Feb. 10 from 1:00 p.m. – 4:00 p.m.

**Item #6.  City Attorney's Report:** No report.

**CONSENT AGENDA:**
**Item #7.  Minutes:**  1/10/2017 – Regular Meeting
**Item #8.  Approve lease with Tax Collector for 801 Florida Ave.:** The term of this lease is for one (1) year beginning March 1, 2017 and continuing until February 28, 2018. Rent is nineteen thousand, two hundred ninety-six dollars and 60 cents ($19,296.60) per year, payable in installments of $1,608 .05 per month, due and payable in advance on the first day of each month.

**Item #9.  Approve Polling Place Agreement with Supervisor of Elections Office for early voting, April 10-14 and May 8-12 (if necessary for a run-off election).**
**Item #10.  Approve Polling Place Agreement with Supervisor of Election Office for Super Tuesday, April 18 and for a run-off election, if necessary, on May 16.**

City Manager's
Report

City Attorney's
Report

CONSENT AGENDA
Minutes
801 Florida Ave
Lease

SOE – Polling
Agreement

   DEF'S EX 53_014



**City Commission Meeting Minutes of Jauuary 24, 2017**
**Page Three**

**Item #11. Approve Panhandle Engineering Task Order #17-14435 for $24,000 for a mobility plan:** The City currently has a grant from the Department of Economic Opportunity (DEO) to fund a multi- modal mobility plan. This plan will study the various travel characteristics by City sub-area and consider the different improvements needed on various streets along with short range and long range transportation strategies. The analyzed data will identify the City's multi-modal transportation needs to include pedestrians, bicyclists, and public transportation. Although the Planning Department is accomplishing a large amount of the work associated with this project, it is necessary to hire a firm to compile and analyze the ·data. Panhandle Engineering has presented Task Order #17-14435 in the amount of $24,000 to assist with this endeavor.

PHE Task Order
Mobility Plan

**Item #12. Award bid for Porter Park boat ramp improvements for $368,445:** Staff recommends approval of award of construction contract   for the Porter Park Boat Ramp Improvements to BCL Civil Contractors in the amount of $368,445.

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:      Barnes:          aye
              Ashbrook:        aye
              Friend:          aye
              Anderson:        aye              Motion passed:  4-0

**NEW BUSINESS:**
**Item #13. First reading of Ordinance 1027, Fuel Depot Parcel B, replacing Ord. 1013:** AN ORDINANCE REVISING THE EFFECTIVE DATE OF ORDINANCE NO. 1013, WHICH ANNEXED INTO THE MUNICIPAL LIMITS OF THE CITY OF LYNN HAVEN, FLORIDA, APPROXIMATELY 93.87 ACRES OF THE LYNN HAVEN FUEL DEPOT PROPERTY AS MORE PARTICULARLY DESCRIBED IN ORDINANCE NO. 1013, AMENDING SECTION 6 OF ORDINANCE NO. 1013, AND PROVIDING AN IMMEDIATELY EFFECTIVE DATE. City Manager Schubert read Ordinance 1027 by title only.  This was the first reading and no action was required.

Ord. 1027

**Item #14. First reading of Ordinance 1028, Fuel Depot Parcel C, replacing Ord. 1014:** AN ORDINANCE REVISING THE EFFECTIVE DATE OF ORDINANCE NO. 1014, WHICH ANNEXED INTO THE MUNICIPAL LIMITS OF THE CITY OF LYNN HAVEN, FLORIDA, APPROXIMATELY 49.81 ACRES OF THE LYNN HAVEN FUEL DEPOT PROPERTY AS MORE PARTICULARLY DESCRIBED IN ORDINANCE NO. 1014; AMENDING SECTION   6 OF ORDINANCE NO. 1014, AND PROVIDING AN IMMEDIATELY EFFECTIVE DATE.  City Manager Schubert read Ordinance 1028 by title only.  This was the first reading and no action was required.

Ord. 1028

DEF'S EX 53_015

City Commission Meeting Minutes of January 24, 2017
Page Four

**Item #15. Discussion and possible action regarding approval of Interlocal Agreement with FDOT for piping a portion of West 17th Street:** City Manager Schubert reported that we are finalizing the punch list of the 17th Street Ditch project; FDOT owns 60% of the 17th Street Ditch on the West side of Hwy 77 – FDOT will pipe 900' of that ditch if the City agrees to donate 5 parcels for the HWY 390 widening project; City Manager Schubert believes this is a win-win for the City. The remaining non-piped ditch will be addressed at a later date.

FDOT/17th Street Ditch West

1st Friend  2nd Barnes    Fv Bv Av Av  4-0

**Item #16. Public Commentary:**
Ms. Libby Tunnell would like her ditch piped.

Public Commentary

There was no further business to discuss and the meeting was *adjourned at 6:43 p.m.*

Adjourn

**APPROVED THIS** ___14th___ **DAY OF** _February_ 2017.


_____
Margo Deal Anderson, Mayor


**ATTEST:**


_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

**CITY COMMISISON MEETING MINUTES**
**FEBRUARY 28, 2017 – 6:02 P.M.**

Present:      Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Joseph Ashbrook, Commissioner
Rodney Friend, Commissioner
Roger Schad, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3. Mayor's Report:** Mayor Anderson reported that she attended the BCL League of Cities meeting on 2/23 – one topic discussed was a HB that would regulate Home Rule; attended Publix recognition day 2/27; Porter Park boat ramps are a work in progress; met with Leisure Services Director Maria Stout-Tate and her assistant Tracy to discuss the upcoming Jazz Fest; met with City Engineer Chris Forehand on a number of topics; met with City Manager Schubert on a number of topics; Mayor Anderson is enjoying being the Mayor.

Mayor's Report

    A. Proclamation: Problem Gambling Awareness Month – March 207: Mayor Anderson read this proclamation in its entirety.

        Motion by Commissioner Schad: To approve as presented.
        Second to the motion: Commissioner Friend.

On Vote:    Schad:      aye
            Friend:     aye
            Barnes:    aye
            Ashbrook:  aye
            Anderson:  aye             Motion passed: 5-0

**Item #4. Commissioner's Report:**
Commissioner Schad reported he has been out with the flu.
Commissioner Ashbrook reported that opening ball day is 3/4/2017 @ the Recreation Center; attended a TPO meeting – 1st Phase of Hwy 390 (west-side) is being delayed due to engineering issues.
Commissioner Barnes reported that on 2/23 Haney Technical Center had a mandatory "lock-down" drill – hats off to LHPD for a job well done – thank you to LHPD & BCSO.
Commissioner Friend reported that FDOT reported they have stopped the PD &E study on Hwy 390 (east-side) for a 4-lane to look at it as a 6-lane.

Commissioner's Report

**Item #5. City Manager's Report:** City Manager Schubert reported that he spent most of the day 2/27 in depositions with a former employee – lawsuit was voluntarily withdrawn; amnesty day begins March 1 & goes the entire month; there is a Bay County Chamber block party on March 9 – LHFD will participate in the bed race; ACE Hardware grand opening on March 1 @ 4:00 p.m.; going to pursue local financing options, as directed by the Commission, to facilitate the sales tax projects.

City Manager's Report

        DEF'S EX 53_017

City Commission Meeting Minutes of February 28, 2017
Page Two

Officer Kaitlyn Anglin thanked the Davis' & Krause families for their help in cleaning the
Recreation Center after the "Coffee with the Cops" event.

**Item #6.   City Attorney's Report:**  City Attorney Jackson reported that a citizen asked if
advisory committees do not have to file a Form 1 at the last meeting and it is his opinion that
they do not.

**PUBLIC HEARING OPENED: 6:20 p.m.**
**Item #7.   Large Scale Future Land Use Map Amendment, LSA-17-1, transmittal of
Comprehensive Plan Text Amendment, Fuel Depot property:** This public hearing is being
held to receive comments on the transmittal of the proposed Comprehensive Plan Text
Amendment, LSA-17-1, and receive City Commission approval to transmit the amendment to
Department of Economic Opportunity (DEO) and other required agencies. The proposed
amendment is to amend the Future Land Use Map from Public/ Institutional, Research Park and
Low Density Residential to Commercial and Mixed Use on this 110 +/- acre property consisting
of six. (6) parcels and the 100' wide railroad ROW from Causeway southeast to Hwy 390. The
property is currently vacant but formerly accommodated the United States Air Force Fuel Depot.
The current land use on the property is mostly Research Park but also includes some Public
Institutional and 1.6 acres of Low Density Residential. The railroad ROW has no parcel number
or current land use. There are two land uses being requested for the 110 acres.  A Commercial
land use is being requested for thirty-four (acres) and a Mixed Use land use designation is being
requested for the remaining seventy-six (76) acres.  The intent is to be able to redevelop the
abandoned military fuel depot and railroad ROW into a water-     centric project with a mixture
of uses, including a marina, an assortment of residential types, and assortment of commercial,
retail office and recreation  facilities. Parcel Numbers: 08921-000-000; 08917-000-00; 08948-
000-00; 09753-000-000; 09756-000-000; portion of 10940-00.0-000; 100' wide Railroad
ROW. After approval of this transmittal, the amendment package will be distributed to the
required agencies.  A second public hearing will be held at the adoption  stage.
There was no audience participation and the Public Hearing was *closed at 6:28 p.m.*

**CONSENT AGENDA:**
**Item #8.  Minutes:** 2/14/2017 – Regular Meeting
**Item #9.  Award Cured in Place Pipe (CIPP) Sewer Rehabilitation Contract to American
Infrastructure Technologies Corporation in the amount of** $157,910: The City has numerous
sewer pipes in the original platted area of Lynn Haven that require rehabilitation.  The process
includes cleaning the pipes, camera inspections of the pipes, and slip lining of the pipes using a
Cured in Place Pipe (CIPP) process. Panhandle Engineering advertised sealed bids on behalf of
the City for sewer pipe rehabilitation in various areas within the Northwest area of town.
**Item #10.  Approval of a Change Order for BCL Construction in the amount of $74,847 to
stabilize the shoreline at Kinsaul Park:** The City has recently designed and permitted the
Kinsaul Park Shoreline Stabilization Project. The project includes stabilizing approximately 500
LF with rip rap material in order to stop erosion. BCL Construction who is the primary contractor
for the boat ramp construction has the rip rap material placement cost as part of their current
contract. They have provided a cost for the work based on already working in the area and saving
the City the long process of bidding it out which makes this the most cost effective ways to have
the work completed. The existing shoreline along the Kinsaul Park has eroded to the point of
needing immediate attention.

City Attorney's
Report

Public Hearing
Large Scale
Future Land Use
Amendment
Fuel Depot

Consent Agenda
Minutes
CIPP Sewer
Contract

BCL Change
Order
Kinsaul Park

DEF'S EX 53_018

City Commission Meeting Minutes of February 28, 2017
Page Three

Each time we get any storm coming from the east the shoreline near the pavilion has eroded to the point that it will be no time before it effects the pavilion. All permits have been received and the contractor is able to begin the work soon after receiving the notice to proceed.

                Motion by Commissioner Ashbrook:   To approve the Consent Agenda as presented to include a clerical error on Page 9 – the vote was 4-1 & not 5-0.
                Second to the motion: Commissioner Schad.

On Vote:      Ashbrook:      aye
                Schad:         aye
                Friend:        aye
                Barnes:       aye
                Anderson:      aye           Motion passed: 5-0

**NEW BUSINESS:**
**Item #11.  Resolution 2017-02-672, amending the Purchasing Procedural Guide:** Staff is requesting approval of Resolution No. 2017-02-672 amending the City's Purchasing Procedural Guide with the following major changes:

Res. 2017-02-672
Purch. Guide

    I.  Chapter 2: Purchasing Policy – Allows the City Manager to procure large purchases and services provided the total purchase is no greater than the amount specified within the current Commission approved budget.
    2.  Chapter 3: General Procedures – Specifies various competitive sealed bid methods including a Request for Proposals method that includes a two-phase process. Phase one qualifies respondents based upon strict criteria. Phase two is to open price proposals from only those qualified respondents. The award is then made to the lowest responsible, qualified bidder. Also, moved bid protest procedures from Chapter 4 to Chapter 3.
    3.  Chapter 19: Procurement of Professional Services – moved some RFP information to Chapter 3.
    4.  Chapter 20:   Local Vendor Preference - The Local Vendor Preference will continue to be offered   to businesses within Bay County, but has been limited to construction projects valued at $50,000 or greater.
    5.  Chapter 21: Federal Contract Provisions –  inclusion of additional procedures required when the City uses federal funding for the purchase of commodities or services.

City Manager Schubert read Res. 2017-02-672 by title only.

                Motion by Commissioner Barnes:  To approve as presented.
                Second to the motion:  Commissioner Schad.

Mayor Anderson stated that she is concerned with the change that allows the City Manager to approve $35,000 w/o Commission approval; she believes that this takes away some of the City's checks and balances.

        DEF'S EX 53_019

**City Commission Meeting Minutes of February 28, 2017**
**Page Four**

City Manager Schubert stated for clarification purposes that he is certainly not trying to give himself more power; the Commission approves the Budget line by line & the intent is that if the budgeted amount does not change it does not have to come back to the Commission for approval. There is a mid-year adjustment to the Budget and a final at years end.
Mayor Anderson stated that she knows how a budget works and as she has stated publicly & privately she does not agree with this change. Mayor Anderson stated that she stands with what she said.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Ashbrook: | aye | |
| | Schad: | aye | |
| | Friend: | aye | |
| | Anderson: | no | Motion passed: 4-1 |

**Item #12.  Resolution 2017-02-676, transmittal of Comprehensive Plan Text Amendment – Large Scale Plan Amendment – LSA-17-1:**  City Manager Schubert read Res. 2017-02-676 by title only.

Res. 2017-02-676 Comp Plan Transmittal

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Ashbrook.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #13.  Discussion and possible action regarding potential amendment to April 2016, land sale:** James Finch was the successful bidder of 287.75 acres of City property located in north Bay County; the property transacted April 22, 2016, for a sale price of $604,300 or $2100 .09 per acre. This bid was made prior to the final survey and per the owner made the property's shape "not ideal for use." Mr. Finch is requesting to purchase (10-15 acres at the same price per acre), directly adjacent to the property for assemblage in order to achieve highest and best use. If approved the property would be advertised for sale per City Ordinance.

Land Sale Amendment

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion: Commissioner Barnes.

| On Vote: | Ashbrook: | aye | |
|---|---|---|---|
| | Schad: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |



City Commission Meeting Minutes of February 28, 2017
Page Five

**Item #14. Discussion and possible action regarding piping the balance of the 17th Street ditch:** Under a current contract, 17th street East is near completion. In August 2015, the Commission contemplated a change order that would complete the project by piping the West side of 17th Street. The decision was deferred in favor of investigating a partnership with FDOT since they share ownership.   In the interim, FDOT has agreed to pipe the 900' they own at their cost.   This leaves a balance   of approximately 650' of open ditch. The contractor has offered to prorate the original price based on the 650' that remains. Fiscal Impact:  $668,000.  C i t y  Manager Schubert stated that if approved he would suggest to include in the motion: 1) the authority for the Mayor/City Manager to sign the change order in order to expedite the work & also a $35,000 task order for engineering services; 2) if the Commission decides on the west-side at $668,000 the City Manager would suggest to include this amount into the existing $3.72 mil promissory note that was approved for the east-side of 17th Street ditch. City Manager Schubert recommended a 30-year promissory note.
City Attorney Jackson asked if the new promissory note will be at the current rate?  City Manager Schubert stated yes.

> **Motion by Commissioner Barnes:  To approve the recommendations of City Manager Schubert as stated above.**
> **Second to the motion: Commissioner Ashbrook.**

On Vote:        Barnes:          aye
                Ashbrook:        aye
                Schad:           aye
                Friend:          aye
                Anderson:        aye                Motion passed:  5-0

**Item #15.  Discussion and possible action regarding appointment to the Infrastructure Tax Oversight Committee:** Five applications were received for the Infrastructure Tax Oversight Committee; the Commission accepted their nominations as:

Commissioner Schad:          Charlie Commander
Commissioner Ashbrook:       Jennifer Vigil
Commissioner Friend:         Todd Wolfrom
Commissioner Barnes:         Anderson Edwards
Mayor Anderson:              Pamela Hiller

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion:  Commissioner Barnes.

Commissioner Ashbrook stated that he would like the City Manager, staff & engineers meet with these people to let them know about the meeting.
Mr. James Finch wanted to know if the City has passed a resolution that states the money is used for infrastructure projects only.
Mayor Anderson stated that was a good point.
Commissioner Ashbrook stated that is spelled out in the referendum passed by the voters.
Mayor Anderson stated that she believes a resolution should be passed by this board.

17th Street Ditch Piping

Infrastructure Tax Oversight Committee

City Commission Meeting Minutes of February 28, 2017
Page Six

Commissioner Friend stated he supports a resolution.
Mayor Anderson suggested this resolution on the next agenda.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | |
| | Ashbrook: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**Item #16.  Pubic Commentary:**

Mr. Leon Miller commented on the Hwy 390 widening; he suggested that we get our State Rep's involved.

Mayor Anderson stated that she recently spoke with the Lt. Governor.

Mr. Bill Hodgkins commented on the "Triumph Gulf Coast" program – this program has approx. $300 mil in funds; Mr. Hodgkins wanted to know if the City has a process in place about what the City would use the money for.

Mayor Anderson stated the City has a list of projects and the shoreline at Kinsaul Park is on the list.

Commissioner Friend asked for clarification from Mr. Hodgkins – he wanted to know if he was asking if we have projects or process for the funds.

Mr. Hodgkins stated he wanted to know the process.

There was no further business to discuss and the meeting was *adjourned at 7:02 p.m.*

**APPROVED THIS** ___14th___ **DAY OF** ___March___ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel Schubert, City Manager

Prepared by Laurie Baker

Public
Commentary

Adjourn

DEF'S EX 53_022

 

There was no workshop prior to the meeting.

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, MARCH 14, 2017 – 4:00 P.M.**

Present:     Margo Deal Anderson, Mayor
             Antonius G. Barnes, Mayor Pro Tem/Commissioner
             Joseph Ashbrook, Commissioner
             Rodney Friend, Commissioner
             Roger Schad, Commissioner
             Joel B. Schubert, City Manager
             Robert Jackson, City Attorney
             Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order & Mr. Leon Miller gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3. Mayor's Report:** Mayor Anderson reported that she took her 1st Uber ride in Lynn Haven on Sunday evening; on 3/22 she will speak at the NCSC – Women's Month; 3/18 will be the 1st LH Jazz Festival on Florida Ave. from 3:00 – 8:00 p.m.; attended the ACE Hardware grand opening; attended the BCLofC Qtrly mtg – speaker from FDOT discussed Hwy 390 widening & flyover; raised over $3,000 to date for the LH Splash Park; it has been brought to her attention speeding on 17th Street & Cain Griffin Park & 14th Street & Maine Ave./Massachusetts Ave.

Mayor's Report

**Item #4. Commissioner's Report:**
Commissioner Schad reported he attended the BCLofC Qtrly meeting on 3/13; he wanted to recognize the work of Commissioner's Friend & Ashbrook on TPO issues.
Commissioner Ashbrook reported that he attended the grand opening of ACE Hardware & is happy they are in Lynn Haven; attended the Hope Cancer Center grand opening; attended the Bay County Chamber Block Party & supported LHFD in the bed races; attended the baseball opening day at the Rec Center.
Commissioner Barnes reported he attended the baseball opening day at the Rec Center; the BCLofC Qtrly meeting on 3/13; attended the ACE Hardware & the Hope Cancer Center grand opening.
Commissioner Friend stated that the turnout for the grand openings was good.

Commissioner's Report

**Item #5. City Manager's Report:** City Manager Schubert reported that he attended the PC Garden Club's Operation Cinderella event on 3/10; thanked LHFD for representing the City in the Bay County Chamber Block Party bed race event; attended the LHPD – Sonny's event on 3/11 supporting Special Olympics – Tip-a-Cop.

City Manager's Report

A.  **Employee of the Month- February:** Mr. Brent Dillard, Leisure Services, was awarded the EOM award for February for his dedication to the City.

B.  **Certificate of Appreciation – Ryan Campbell:** Mr. Ryan Campbell was presented a COA for his contribution to building lounge chairs for Porter Park.



**City Commission Meeting Minutes of March 14, 2017**
**Page Two**

C. **Certificate of Appreciation – Annabelle Janke:**  Ms. Annabelle Janke was presented a COA for her contribution of artist' renderings of pets at the Animal Shelter placed for adoption.

**Item #6.  City Attorney's Report:**  No report.

**CONSENT AGENDA:**
**Item #7.  Minutes:**    2/28/17 – Regular Meeting
**Item #8.  Approval of Task Order in the amount of $84,500 to Panhandle Engineering for Wastewater System Video Inspection and Condition Assessment:** With the upcoming plans to repair 20 miles of roadway throughout the city preliminary work evaluating the existing sewer lines under the roadway is needed to identify which lines will need to be improved. The work includes video inspection of approximately 65,000 lf of clay sewer line and up to 250 manholes. Panhandle will evaluate all videos and identify where and what types of repairs will be needed in order to incorporate into the final roadway improvement  plans. Many of the existing sewer lines under the roadways that are schedule to be repaired with the 1/2 cent sales tax will need to be evaluated in order to identify what types of repairs will be needed prior to the roadway improvements. Performing the preliminary work on the sewer lines will speed up the process for the roadway improvement plans.

Motion by Commissioner Schad:  To approve the Consent Agenda as presented.
Second to the motion:  Commissioner Friend.
On Vote:        Schad:              aye
                Friend:             aye
                Barnes:             aye
                Ashbrook:           aye
                Anderson:           aye            Motion passed:  5-0

**NEW BUSINESS:**
**Item #9.  Resolution 2017-03-677, opposing House Bill 17 & Senate Bill 1158:** A Resolution Of The City Of Lynn Haven Urging All Members Of The Florida Legislature To Oppose HB 17 And SB 1158 Which Preempts Local Business Regulations, Prohibits Local Government From Imposing Or Adopting Any New Regulations On Businesses Unless Expressly Authorized By The Legislature; Directing The City Manager To Transmit A Certified Copy Of This Resolution To The Northwest Florida League Of Cities, The Bay County Legislative Delegation, And Any Other Interested Parties.  City Manager Schubert read this Resolution by title only.

Motion by Commissioner Schad:   To approve as presented.\
Second to the motion:  Commissioner Barnes.
On Vote:        Schad:              aye
                Friend:             aye
                Barnes:aye
                Ashbrook:           aye
                Anderson:           aye            Motion passed:  5-0

*Margin notes:*
City Attorney's Report
Consent Agenda
Minutes
PHE Task Order
Video Inspection

New Business
Res. 2017-03-677



City Commission Meeting Meeting Minutes of March 14, 2017
Page Three

DO-17-2/CC
McDonald's

**Item #10.  Discussion and possible action regarding approval of Development Order (DO-17-2) and Certificate of Concurrency for McDonald's additional parking and training room.** (Quasi-judicial hearing) City Attorney Jackson stated Items #10 & 11 are a Quasi-judicial hearing and all affected parties were sworn in by City Attorney Jackson. There was no ex-parte communication by the Mayor/Commission.  This is a request for Development Order Approval to construct additional parking and a training room at 1710 S. Hwy 77. Parcel Number 11628-000-000. David Costa Enterprises, LLC. have requested a development order to be allowed to construct a parking lot and a 3,500 sq. ft. office building (to be used as a training room) upon the approximately 0.77+/- acres vacant property adjacent to the existing McDonalds restaurant on the south side. There are also supporting stormwater system facilities. The Development Order Application was denied recommendation for approval by the Planning Commission on March 7, 2017, due to no engineer being present to answer engineering specific questions relating to storm-water. The Developer & City Engineer addressed the drainage issue to satisfaction of the Commission.  This is a request for Development Order approval for construction of a parking lot and training room.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Friend.
On Vote:       Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:       aye
               Anderson:       aye              Motion passed: 5-0

**Item #11.  Discussion and possible action regarding approval of Development Order (DO-17-5) and Certificate of Concurrency for SunTrust ATM Drive-Thru Kiosk:** (Quasi-judicial hearing) This is a request for an amendment to a previous Development Order Approval for the Market Shops Commercial Subdivision. The requested amendment is to be allowed to construct a drive-thru ATM kiosk on the vacant parcel located at 2260 S. Hwy 77. Parcel Number  11667-280-004. The applicant, David Henry, has requested a Development Order Amendment to the previously approved Market Shops Commercial Sub-Division Development Order, to be allowed to construct the SunTrust drive thru ATM on the approximately 6.5+/- acres vacant parcel located behind Innovations Federal Credit Union. Stormwater system facilities for the entire commercial subdivision are already in place.  The application was unanimously approved by the Planning Commission on March 7, 2017, for recommendation of approval to the City Commission. This is a request for an amended Development Order approval for construction of a SunTrust ATM Drive-Thru.

Motion by Commissioner Ashbrook:  To approve as presented.
Second to the motion:  Commissioner Rodney Friend.
On Vote:       Ashbrook:       aye
               Schad:          aye
               Friend:         aye
               Barnes:         aye
               Anderson:       aye              Motion passed: 5-0

**City Commission Meeting Minutes of March 14, 2017**
**Page Four**

**Item #12.  Public Commentary:**                                                    Public Commentary
Mr. Virgil Duffell suggested the Chambers be used to hold a political candidate forum.
Mayor Anderson agreed.
Mayor Anderson believes city buildings should be used for political events.  She suggested the
League of Women's voters be approached to chair the event.

There was no further business to discuss and the meeting was adjourned at 4:40 p.m.        Adjourn

**APPROVED THIS** _____28th_____ **DAY OF** ___March___ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

There was no workshop prior to the meeting.

**CITY COMMISSION MEETING MINUTES**
**TUESDAY – MARCH 28, 2017 – 6:00 P.M.**

Present:      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Joseph Ashbrook, Commissioner
              Rodney Friend, Commissioner
              Roger Schad, Commissioner
              Joel B. Schubert, City Manager
              Robert C. Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Mr. Don Jackson gave the Invocation. The
Pledge of Allegiance followed.

**Item #3.  Mayor's Report:**  Mayor Anderson thanked Maria Stout-Tate & Leisure Services for
their work on the Jazz Festival; she stated that Mr. Leon Miller is in the hospital & asked
everyone to keep him in their thoughts & prayers; spoke at Women's History Month @ the Navy
Base; reminded everyone that the League of Women's Voter forum will be @ 6:00 p.m. on
March 30 @ Kaleidoscope Theater.

      A.  **Proclamation – Arbor Day – 4/28:**  Mayor Anderson read this proclamation in its
          entirety.

          Motion by Commissioner Schad:  To approve as presented.
          Second to the motion: Commissioner Friend.
On Vote:      Schad:           aye
              Friend:          aye
              Barnes:          aye
              Ashbrook:        aye
              Anderson:        aye              Motion passed:  5-0

**Item #4.  Commissioner's Report:**
Commissioner Schad stated that he attended the Jazz Festival; he stated that he was disappointed
in the turnout; he suggested that staff consider using Sheffield Park in the future so that people
can bring their chairs and sit to listen to the music.
Mayor Anderson stated that the hours be changed.
Commissioner Ashbrook had no report.
Commissioner Barnes had no report.
Commissioner Friend stated that he will be attending the MPOAC meeting next week; if anyone
has any questions or comments please contact him.

**Item #5.  City Manager's Report:**
City Manager stated that "Stop for the Cop" -@ Dunkin' Donuts will be Saturday, April 1 – this
event raises money for Special Olympics; the Commission Meeting for April 11, 2017 will be
held in the Senior Center due to early voting.

_Call to Order_

_Commissioner's
Report_

_City Manager's
Report_



**City Commission Meeting Minutes of March 28, 2017**
**Page Two**

<u>Item #6.  City</u> **Attorney's Report:** City Attorney reported that last fall the City approved an exchange of easements for a lift station with Mr. Bill Shaw; Mr. Shaw has provided a quit claim deed for approval.

City Attorney's
Report

Motion by Commissioner Schad:  To approve the quit claim deed as presented.
Second to the motion:  Commissioner Barnes.
On Vote:       Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:       aye
               Anderson:       aye               Motion passed:  5-0

City Attorney Jackson stated that the upcoming election the City is the judge of their own election per the Charter; one of the responsibilities is to appoint the Canvassing Board.  In the past it has been the Commission Members not running for re-election which would be Mayor Anderson, Commissioner Barnes & Commissioner Friend & an alternate which would be SOE Mark Anderson.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Ashbrook.
On Vote:       Schad:          aye
               Friend:         aye
               Barnes:         aye
               Ashbrook:       aye
               Anderson:       aye               Motion passed:  5-0

**CONSENT AGENDA:**
**Item #7.  Minutes:      3/14/2017 – Regular Meeting**
**Item #8.  Approval of 4th of July parade route**
**Item #9.  Approval of the liquid sludge hauling contract:** Approve contract for Liquid Sludge Hauling with Bay Environmental, Inc. at a cost of $56.15 per 1000 gallons.

Consent Agenda
Minutes
Parade Route
Sludge Contract

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion: Commissioner Schad.
On Vote:       Barnes:         aye
               Ashbrook:       aye
               Schad:          aye
               Friend:         aye
               Anderson:       aye               Motion passed:  5--0

**OLD BUSINESS:**
**Item #10.  Discussion and possible action regarding Golf Carts – Mayor Anderson:** Mayor Anderson stated that she has had citizen input regarding golf carts. She would like to propose that the City extend the same privilege to any street in LH with a 25mph speed limit & crossing state/county roads can be addressed later. The County, the last time the golf cart issue was brought up, indicated their willingness to cross county roads. She stated that Hwy 77 & 9th Street could be a designated crossing with FDOT approval.  Mayor Anderson stated that there are virtually no golf cart issues; kids riding golf carts are a parenting issue.

Golf Carts

**City Commission Meeting Minutes of March 28, 2017**
**Page Three**

Mayor Anderson asked for a motion; no motion was made and she passed the gavel to Commissioner Barnes so that she could make the following motion:

> Motion by Mayor Anderson: To change the current City Ordinance to allow golf carts on all city streets with 25 mph or less speed limit excluding state and county roads.

Mayor Pro Tem Barnes stated that he knows this is a passionate issues and asked for order during this discussion.

> Second to the motion:  Commissioner Barnes.

Commissioner Friend stated that he is in full support of golf carts.  He asked that this issue be tabled and the Commission hold a workshop to discuss the concerns; he did not believe all 25 mph roads should be considered for golf carts (he referenced 5th Street, the road to the Industrial Park & 14th Street).   Commissioner Friend stated that there was some opposition last time and he would like to give more notice to the public & put a workshop on the schedule.

City Attorney Jackson stated that the Commission cannot amend the Code by vote; it has to be done by ordinance.

Mayor Anderson stated that she wants 25 mph to be 25 mph – she wants to see the speed limit enforced.

Commissioner Friend apologized to Mayor Anderson if he has offended her.

Commissioner Schad stated that he is in favor of expanding the golf cart route; but believes the Commission should workshop the issue.

Commissioner Ashbrook stated that he is in favor of expanding the golf cart route; the Commission should look at revising the ordinance. Commissioner Ashbrook stated he lives in a community where you don't have people who are responsible for their golf cart. He stated that he would like to look at the ordinance and have some teeth in it for enforcement.

Commissioner Barnes stated that he is opposed to golf carts but he will listen to the issue; he is not prepared to vote on this tonight.  He is agreeable to a workshop.  He stated that he will look at this issue from a safety standpoint.  He stated that when you have parents that allow their children to take the golf cart joy riding the Commission can't legislate that, however, the Commission can do the very best that they can do in order to maintain safety in this community.  He suggested the Commission do some fact finding and consider a workshop in 30 days.

Mayor Anderson asked for the gavel back.

Mayor Pro Tem Barnes stated that there is a motion on the floor that has not been voted on.

Mayor Anderson asked for the gavel again; she stated that she was going to withdraw her motion.

City Attorney Jackson advised Mayor Anderson that she passed the gavel & Mayor Pro Tem Barnes has the gavel until the motion is considered.

Mayor Pro Tem Barnes asked Mayor Anderson if she wanted to withdraw her motion; Mayor Anderson stated she would like to withdraw it after the public has been given a chance for commentary.

Mr. Kyle Pitts, 1114 New Hampshire Ave., he stated that he is confused where golf carts are allowed.

DEF'S EX 53_029



**City Commission Meeting Minutes of March 28, 2017**
**Page Four**

Mr. Rusty Russell, 107 3rd Street, supports golf carts. He asked that the Commission pass an ordinance that will allow people to reasonably & safely operate golf carts. He believes it is a neighborhood enrichment quality of life issue. Mr. Russell stated that he is not asking them to pass something tonight but consider the issue.

Commissioner Ashbrook concurs with Mr. Russell.

Mr. Ryan Woosley stated that he is veteran that was wounded in Iraq. It is easier for him to get in/out of a golf cart than a car. He likes to take his kids A L Kinsaul Park. He suggested there be rules to operating a golf cart.

Mr. Fred Strickland, 702 W. 6th Street, stated that he is a golf cart enthusiast; he asked that the Commission consider the golf cart change.

Mayor Pro Tem Barnes asked the audience to hold their applause.

Ms. JoAnn Naverette stated that she currently lives in a golf cart community. She is concerned that there seems to be no regulations for bicycles or hoverounds.

Mr. Bob Gardner stated that he would like to see the golf cart change passed. He feels he is being discriminated against.

Mr. William Carr stated that he spoke against this issue last time; there is a lot of heavy traffic on 14th Street. He stated that he is not against this issue but would like to see a workshop to discuss this issue. He stated that he is still against crossing Hwy 390. He stated that the PD are patrolling the roads but there is only so much that they can do with the resources that they have.

Mayor Anderson stated that she did not wish to withdraw her meeting. She stated that the Commission did have a workshop previously; there was a presentation by the former Police Chief. Mayor Anderson stated that LH is a different culture and urge the Commission to take the 1st step. Mayor Anderson stated she would like to change her motion to not grant immediately to drive golf carts on 25 mph roads but rather move forward that we would entertain his motion in a future workshop and push forward to changing the ordinance.

Mayor Pro Tem Barnes asked if Mayor Anderson was withdrawing her motion?

Mayor Anderson said not she was just clarifying her motion.

On Vote:    Anderson:    aye
            Friend:      no
            Barnes:      no
            Ashbrook:    no
            Schad:       no                Motion failed: 1-4

Mayor Pro Tem Barnes passed the gavel to Mayor Anderson.

> Motion by Commissioner Ashbrook: That the Commission schedule a single issue Public Workshop to discuss adding additional areas where golf carts can be used; discuss changes in the current ordinance & have greater accountability & enforcement methods.
> Second to the motion: Commissioner Friend.

Commissioner Friend asked if there should be a date to hold the meeting.

Amended Motion:    Commissioner Ashbrook amended his motion to include "no more
than 30 days".

> Commissioner Friend amended his second to the motion.

**City Commission Meeting Minutes of March 28, 2017**
**Page Five**

Mr. Bob Gardner asked if the Commission was going to consider the whole city or where they going to discriminate like they are doing now.

Commissioner Ashbrook stated that he could not answer that question until they have the workshop, however, saying the Commission is discriminating is strong words.

Ms. Jeri Deal, 511 Tennessee Ave., asked why the Commission is waiting 30 days.

Commissioner Barnes stated that the Commission has to consider the entire City when making decisions.

Ms. Deal stated that the Commission can meet any day they want to. She stated that she doesn't understand.

Commissioner Barnes stated they have to do what is best for the City,

Mayor Anderson told Commissioner Barnes that there is a citizen speaking and Commissioner Barnes is out of order.

Commissioner Barnes told the Mayor she was out of order.

Mayor Anderson told Commissioner Barnes she was going to tell him one more time.

Mayor Anderson hit the gavel and said the meeting was adjourned for 10 minutes; she came back and said the meeting was recessed for 10 minutes.

Mayor Anderson called the meeting to order and gave Ms. Jeri Deal the option to continue her commentary.

Ms. Jeri Deal asked why wait 30 days for a workshop.

Mayor Anderson stated that a motion has been made and that she too is impatient that we have to wait to have a workshop.

Ms. Deal asked why it was fair that Commissioner's Ashbrook & Barnes live in an area where you can have golf cart.

Mayor Anderson asked Commissioner Ashbrook to re-read his motion.

On Vote:     Ashbrook:     aye
             Schad:        aye
             Friend:       aye
             Barnes:       aye
             Anderson:     aye        Motion passed: 5-0


**NEW BUSINESS:**

**Item #11.  Resolution 2017-03-678, Infrastrncture tax:** Resolution of the City of Lynn Haven, Florida, authorizing the proceeds from the local government infrastructure surtax be used by the City to finance, plan or construct projects that will repair local roads and adjacent infrastructure. City Manager Schubert read this resolution by title only.

Infrastructre Tax

             Motion by Commissioner Schad: To approve as presented.
             Second to the motion: Commissioner Ashbrook.
On Vote:     Schad:        aye
             Friend:       aye
             Barnes:       aye
             Ashbrook:     aye
             Anderson:     aye        Motion passed: 5-0

DEF'S EX 53_031

City Commission Meeting Minutes of March 28, 2017
Pages ix

Item #12.  PublicCommentary:

Public Commentary

Mayor Anderson apologized for calling a recess.

Mr. James Oakley, 1208 Massachusetts Ave., concerned about General Dynamics and speeding. He suggested the City not allow General Dynamics be able to renew their lease.

Commissioner Friend stated that he has spoken to some citizens in the area and will be speaking to the City Manager about their concerns.

There was no further business to discuss and the meeting was *adjourned at 7:18 p.m.*

Adjourn

APPROVED THIS _____ 11th _____ DAY OF _April_ _____ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

There was no workshop prior to the meeting. This meeting was held @ 905 Pennsylvania Avenue.

## CITY COMMISSION MEETING MINUTES
## TUESDAY, APRIL 11, 2017 – 4:00 P.M.

**Present:**      Antonius G. Barnes, Mayor Pro Tem/Commissioner
                  Rodney Friend, Commissioner
                  Roger Schad, Commissioner
                  Joel B. Schubert, City Manager
                  Robert C. Jackson, City Attorney
                  Sergeant Pat Hamilton
                  Officer Meachum

Mayor Pro Tem Barnes called the meeting to order.  He stated that Mayor Anderson is dealing with some family illness and asked that we keep her and her family in our prayers. Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.                    Call to Order

        Motion by Commissioner Schad:   To excuse Mayor Anderson & Commissioner Ashbrook from the meeting.
        Second to the motion:  Commissioner Friend.

On Vote:       Schad:        aye
               Friend:       aye
               Barnes:       aye          Motion passed:  3-0

**Item #3.  Mayor's Report:**  None                    Mayor's Report

**Item #4.  Commissioner's Report:**                    Commissioner's Report
Mayor Pro Tem Barnes reported the he, along with Mayor Anderson & Commissioner Friend, attended the Canvassing Board Meeting at the SOE last week.
Commissioner Schad asked to keep the Mayor in our prayers.
Commissioner Friend stated that he has been working on the golf cart issue, speaking with the public, and looks forward to the workshop.

**Item #5.  City Manager's Report:**  None                    City Manager's Report

**Item #6.  City Attorney's Report:**  None                    City Attorney's Report

**CONSENT AGENDA:**                    Minutes
**Item #7. Minutes:**    3/28/2017 – Regular Meeting

        Motion by Commissioner Schad:  To approve as presented.
        Second to the motion:  Commissioner Friend.

                    DEF'S EX 53_033

**City Commission Meeting Minutes of April 11, 2017**
**Page Two**

Mr. Richard Walker thanked Staff for their hard work during Amnesty Days.

| On Vote: | Schad: | aye | |
|---|---|---|---|
| | Friend: | aye | |
| | Barnes: | aye | Motion passed:  3-0 |

**Public Commentary:**

Mr. Richard Walker commented on the ½¢ Infrastructure Sales Tax; he is concerned the money will not be spent where it should be spent.

City Manager Schubert stated that this tax was passed by the whole county; the City had a Capital Improvement Plan before this tax was passed.  The City is well prepared for this tax & communicated with the Public exactly what this tax will be spent on. The Advisory Board is committed to seeing these plans completed.

Ms. Angela Turner commented on comments made on social media after the last meeting.  She stated that she is against golf carts on the Old Bailey Bridge. She suggested that the Mayor compromise on issues instead of it being an all or nothing approach.

Public
Commentary

There was no further business to discuss and the meeting was *adjourned at 4:18 p.m.*

Adjourn

**APPROVED THIS** _____25ᵗʰ_____ **DAY OF** _____April_____ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 53_034



There was no workshop prior to the meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
### APRIL 25, 2017 – 6:00 P.M.

Present:      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Rodney Friend, Commissioner
              Roger Schad, Commissioner
              Judy Tinder, Commissioner
              Joel B. Schubert, City Manager
              Robert Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Mr. Harold Phillips gave the Invocation. The Pledge of Allegiance followed.

Call to Order

**Item #3. Mayor's Report:** Mayor Anderson stated that she attended Arbor Day/Earth Day at LHES; The City has been ranked #8 in Florida schools - this is good to attract young families; thank you for thoughts and prayers for my husband.

Mayor's Report

**Item #4. Commissioner's Report:**
Commissioner Schad had no report.
Commissioner Tinder reported that she spent a week in the Park during voting & it was wonderful getting to know everyone.
Commissioner Barnes had no report.
Commissioner Friend reported that he attended the Arbor Day ceremony at LHES; congratulated Commissioner Tinder on a job well done & look forward to working with her; had the opportunity to say goodbye to long time employees today – wish them well on their journey & welcome to their replacements.

Commissioner's Report

**Item #5. City Manager's Report:** City Manager Schubert reported that the City's Arbor Day will be held Friday, April 28th @ Cain Griffin Park @ 10:00 a.m.; the May 9th Commission Mtg will be held at the Recreation Center due to early voting in the Chambers; Porter Park boat ramps will open Friday, April 29th – the City is planning a ribbon cutting ceremony & will keep you apprised of date & time; Seat 3 Run-Off Election will be May 16th.

City Manager's Report

**Item #6. City Attorney's Report:** No report.

City Attorney's Report

**CONSENT AGENDA:**
**Item #7. Minutes:**      4/11/2017 – Regular Meeting

Consent Agenda Minutes

**Item #8. Approval of replacement of Library & PD#2 roof's contract with Jerry Wilson's Roofing in the amount of $132,680.**

Roof Contract

**Item #9. Approval of Incentive Application, HWY 390 Little Heart's Learning Center:** FDOT is in the process of widening Hwy 390 to six lanes in Lynn Haven. Little Hearts Learning Center has been directly affected by the widening of Hwy 390 and was able to relocate the business within Lynn Haven City limits. The incentive intends to stimulate local business by attracting and maintaining an appropriate mix of uses.

Incentive Application

DEF'S EX 53_035



**City Commission Meeting Minutes of April 25, 2017**
**Page Two**

The City pays a cash incentive if the directly affected business decides to relocate their business within Lynn Haven. Request approval of the Hwy 390 Commercial Incentive application for "Little Hearts Learning Center", located at 1315 14th St. Fiscal Impact is $2,500.

**Item #10.  Approval of Task Order to Panhandle Engineering Sun Trail:** Approve Task Order for the City of Lynn Haven's Rails to Trails authorizing Panhandle Engineering to conduct engineering services contingent upon receiving the approval and fully executed grant agreement from FDOT.

Panhandle Eng.
Task Order
Sun Trail

> Motion by Commissioner Schad:  To approve as presented.
> Second to the motion: Commissioner Friend.

Commissioner Friend stated that the Sun Trail is for engineering; thanked the City Engineer for securing these funds.
Mayor Anderson asked that a round of applause be given to City Engineer Chris Forehand for his endeavor.
Mr. Richard Walker congratulated Commissioner Tinder on her election; he spoke about the Sun Trail grant.
Mr. Forehand stated that this is just for engineering services.
Commissioner Tinder asked how long the engineering project would take.
Mr. Forehand said approx. 8-12 months.
Mr. Dale Robitaille commented on engineering services; he wanted to know why we use Panhandle Engineering so much.
City Manager Schubert stated that the City has three engineers that they use; Panhandle Engineering is not our only City engineer & they do not get all the work.
*(Mr. Robitaille spoke from the audience and the audio reception was intermittent.)*
City Manager Schubert stated that the standard business model that is looked at when engineering is awarded is who brings the money to the table; Panhandle Engineering has brought $8 mil± to the City in the last year.
Mayor Anderson asked if the grant has to be used strictly for engineering services or can the money be used in other parts of the project.
Mr. Forehand stated that FDOT requires projects to be done in phases; money has to be used as stipulated in the grant documents.

On Vote:     Schad:      aye
             Friend:     aye
             Barnes:     aye
             Tinder:     aye
             Anderson:   aye           Motion passed:  5-0

**NEW BUSINESS:**
**Item #11.  Resolution 2017-04-680, Abandonment of Utility Easement for Parcel 163.4, FDOT Widening SR-390:** proposed widening of SR-390. In order to widen the right-of-way, the FDOT is requesting the City transfer positions of existing utility easements.
**Resolution for parcel 163.4** is for the abandonment of a utility easement located at Precision Collision.  City Manager Schubert read this resolution by title only.

Res. 2017-04-680
FDOT Easement



**City Commission Meeting Minutes of April 25, 2017**
**Page Three**

Abandonment by the City will not have any effect on the existing utilities that are scheduled to be relocated once the project is under construction. Future abandonments of other utility easements and sections of right-of-ways will be coming in the near future.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Schad.

On Vote:  Friend:      aye
          Barnes:     aye
          Tinder:     aye
          Schad:      aye
          Anderson:   aye              Motion passed:  5-0

**Item #12.  Resolution 2017-04-681, Abandonment of Utility Easement for Parcel 167.5, FDOT Widening SR-390:** Resolution for parcel 167.5 is for the abandonment of the utility easement know as railroad Avenue located at the CVS pharmacy.  City Manager Schubert read this resolution by title only.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:  Schad:      aye
          Friend:     aye
          Barnes:     aye
          Tinder:     aye
          Anderson:   aye              Motion passed:  5-0

Res. 2017-04-681
FDOT Easement

**Item #13.  Discussion and possible action regarding approval of DO & CC, DO-17-8, North Bay Haven Charter Academy Stormwater (Quasi-judicial hearing):**  City Attorney Jackson stated Item #13 & 14 are quasi-judicial hearing and all affected parties were sworn in.  There was no ex-parte communication by the Mayor/Commission.  This is a request for Development Order Approval for a stormwater pond to be located upon property owned by D & H Propelies, LLC.  The propelly is located across from the Bay Haven Charter Academy, and on the east side of Mill Bayou Rd.  D & H Propelies, LLC. have requested a Development Order to construct a stormwater pond upon the approximately 1.66+/- acres vacant propelly adjacent to the Bay Haven Challer Academy athletic fields site.  The stormwater pond is required as supporting infrastructure for the proposed athletic field development.  The Development Order Application was recommended for approval by the Planning Commission April 4th, 2017, by a unanimous vote. This is a request for Development Order approval for construction of a stormwater pond to support the future athletic fields for North Bay Haven Charter Academy.
Commissioner Schad stated that he is uncomfortable with there not being a fence around the stormwater pond; he understands it meets code but would like consideration of the installation of a fence.
Commissioner Tinder asked how deep the pond will be; she asked who is liable.
Mr. Chris Short, Dewberry-Preble Rish Engineering, stated that it will be 8-12' deep & usually the owner, D&H Properties, are liable for any damages that may occur.

DO/CC North Bay
Haven Stormwater



**City Commission Meeting Minutes of April 25, 2017**
**Page Four**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Schad.

Mr. Richard Walker commented on the stormwater pond & fencing.
Mr. Brad Yount stated that the code is a minimum standard.

On Vote:     Friend:      aye
             Barnes:      aye
             Tinder:      no
             Schad:       aye
             Anderson:    no             Motion passed: 3-2

**Item #14.  Discussion and possible action regarding approval of DO & CC, DO-17-8, North Bay Charter Academy Tennis Courts (Quasi-judicial hearing):**  City Attorney Jackson stated that this is a quasi-judicial hearing and all affected parties were sworn in.   There was no ex-parte communication by the Mayor/Commission. This is a request for Development Order Approval for six tennis courts to be constructed upon propelty owned by North Bay Haven Charter Academy. The property is located across from the Bay Haven Chatter Academy, on the east side of Mill Bayou Rd.   Bay Haven Charter Academy, Inc. have requested a Development Order to construct six (6) tennis courts upon the approximately 16.0+/- acres site across the boulevard from the Bay Haven Charter Academy school located on Hwy 390 east. This propelty was identified as the future athletic/sports field site when the original Development Order was granted for the school building, but no DO was asked for at that time. The school is now ready to construct six tennis courts upon the site and is requesting a DO in order to be able to do so. Future sports fields and facilities will be constructed at a later date. The stormwater facility for this project was a prior agenda item. The Development Order Application was recommended for approval by the Planning Commission on April 4th, 2017, by a unanimous vote. This is a request for Development Order approval for the construction of six (6) tennis courts on the North Bay Haven Charter Academy athletic fields.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion: Commissioner Friend.

On Vote:     Schad:       aye
             Friend:      aye
             Barnes:      aye
             Tinder:      aye
             Anderson:    aye           Motion passed: 5-0

DO/CC North Bay
Haven Tennis
Courts

DEF'S EX 53_038



**City Commission Meeting Minutes of April 25, 2017**
**Page Five**

**Item #15.  First reading of Ordinance 1029, Right of Way Abandonment TFCU Corporate Park & Driveway:**  An Ordinance of the City of Lynn Haven, Florida, providing for the vacation and abandonment of a portion of a certain 20- foot platted right of way as shown on the St. Andrews Bay Development Company's plat of section 21, township 3 South, range 14 West, Bay County, Florida, which lies within the city limits.  City Manager Schubert read this ordinance by title only and no action was required.

Ord. 1029 ROW Abandonment TFCU Corporate Park

**Item #16.  Discussion and possible action regarding award of contract, Commercial Solid Waste, to Baldwin Container as the lowest responsible bidder:** City of Lynn Haven contracts out the pickup of dumpsters for its commercial customers.  There are over 200 dumpsters picked up on multiple schedules, six days a week. The City advertised the notice in The News Herald using its two-step Request for Proposal (RFP) process where the firms submit their qualifications in one sealed envelope and pricing in a second sealed envelope. The RFP package outlined criteria and guidelines for being chosen for this contract. Sealed bids were accepted until 2:00 P.M. CST, March 29, 2017, and then referenced to the City staff for legal, administrative and technical sufficiency prior to the award of bid by the City. Six films responded to the advertisement as instructed.  These proposers submitted their qualifications for review by City staff. All firms were deemed qualified and the cost proposal for each business was opened and read in a public meeting. Section 1.11 of the RFP stated, "The contract will be awarded to the qualified proposer who offers the best pricing to the City." The proposer who submitted the lowest pricing was verbally acknowledged during the public meeting as the apparent lowest responsible bidder for the Solid Waste Commercial Contract.

Award of Contract Commercial Solid Waste – Baldwin Container

|  |  | Motion by Commissioner Barnes:  To approve as presented. |  |
|---|---|---|---|
|  |  | Second to the motion: Commissioner Friend. |  |
| On Vote: | Barnes: | aye |  |
|  | Tinder: | aye |  |
|  | Schad: | aye |  |
|  | Friend: | aye |  |
|  | Anderson: | aye | Motion passed:  5-0 |

**Item #17.  Public Commentary:**
Mr. Dale Robitaille commented on the lack of commission reports; he suggested the Fire/Police Chiefs attend the meetings in uniform.
Ms. Libby Tunnell thanked staff for planting trees on Florida Ave.; she thinks the Commission is doing a great job.
Mr. Richard Walker reported that he received a request from "Sons of the Confederacy" to receive water to clean the statute on Georgia Ave.; he thanked staff for helping to make this possible.
Commissioner Friend thanked Mr. Walker for his hard work on the old McMullin Library.

Public Commentary

**City Commission Meeting Minutes of April 25, 2017**
**Page Six**

There was no further business to discuss and the meeting was *adjourned at 6:46 p.m.*                Adjourn

APPROVED THIS _____23rd_____ DAY OF _____May_____ 2017.

_____
Margo Deal Anderson

ATTEST:

_____
Joel B. Schubert, City Manager



There was no workshop prior to the meeting.

## CITY OF LYNN HAVEN
## SPECIAL CITY COMMISSION MEETING MINUTES
### APRIL 25, 2017 – 5:30 P.M.

Present:      Margo Deal Anderson, Mayor
              Antonius G. Barnes, Mayor Pro Tem/Commissioner
              Rodney Friend, Commissioner
              Roger Schad, Commissioner
              Judy Tinder, Commissioner
              Joel B. Schubert, City Manager
              Robert Jackson, City Attorney
              Officer Kaitlyn Anglin

Mayor Anderson called the meeting to order and Mr. Don Jackson gave the Invocation. **Call to Order**
The Pledge of Allegiance followed.

**Item #3.  Announcement regarding Election results:**            Election Results
Total Registered Voters:        13,299
Total Ballots Cast:              1,642
**Commission Seat 3 Vote:**
Kevin Ridge:                       224
Dan Russell:                       616
Roger Schad:                       242
Tony Super:                        544
Commission Seat 4 Vote:
Joseph Ashbrook:                   699
Judy Tinder:                       932

There will be a run-off election on May 16, 2017 between Dan Russell & Tony Super.

**Item #4.  Motion to accept Election result totals from the Canvassing Board:**  City    Election Results
Manager Schubert stated that Joseph Ashbrook received 43% of the vote and Judy
Tinder received 57%; the results were certified on April 21, 2017.

              Motion by Commissioner Schad:  To approve as presented.
              Second to the motion:  Commissioner Ashbrook.
On Vote:      Schad:          aye
              Friend:         aye
              Barnes:         aye
              Ashbrook:       aye
              Anderson:       aye                 Motion passed:  5-0

          DEF'S EX 53_041

**Special City Commission Meeting Minutes of April 25, 2017**
**Page Two**

**Item #5.  Administer the Oath of Office to Commissioner Tinder:**  City Attorney
Jackson administered the Oath of Office to Ms. Judy Tinder.

Oath of Office –
Tinder

**Item #6.   Comments by outgoing Commissioner Ashbrook:**   Commissioner
Ashbrook thanked those who have worked with him over the years.  He thanked staff
for their help over the last 10 years.

Outgoing Comment
Ashbrook

**Item #7.   Comments by incoming Commissioner Tinder:**   Commissioner Tinder
thanked everyone who supported her during her campaign and looks forward to serving
all the residents of Lynn Haven. She stated that her goal is to do what is right & promised
to do that.

Incoming Comment
Tinder

**Item #8.  Public Commentary:**
Mr. Virgil Duffell commented on the election.

Public Commentary

There was no further business to discuss and the meeting was *adjourned at 5:38 p.m.*

Adjourn

**APPROVED THIS** _____2ᴶʳᵈ_____ **DAY OF** _____May_____ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

DEF'S EX 53_042



There was no workshop prior to the meeting.

**CITY OF LYNN HAVEN**
**CITY COMMISSION SPECIAL MEETING MINUTES**
**MAY 22, 2017 – 5:30 P.M.**

Present:    Margo Deal Anderson, Mayor
            Antonius G. Barnes, Mayor Pro Tem/Commissioner
            Rodney Friend, Commissioner
            Roger Schad, Commissioner
            Judy Tinder, Commissioner
            Joel B. Schubert, City Manager
            Nick Beninate, City Attorney
            Officer Mike Williams

Mayor Anderson called the meeting to order & gave the Invocation.  The Pledge of Allegiance followed.

**Item #3.  Announcement regarding Election results:**

Lynn Haven City Commission Seat 3:

Dan Russell          787
Tony Super           521

**Item #4.  Motion to accept Election result totals from the Canvassing Board:**  City Manager Schubert stated that Dan Russell received 60% of the vote and Tony Super received 39.83%; the results were certified on May 16, 2017.

Motion by Commissioner Schad:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:    Schad:          aye
            Tinder:         aye
            Friend:         aye
            Barnes          aye
            Anderson:       aye              Motion passed:  5-0
Passed Unanimously:  5-0

**Item #5.  Administer the Oath of Office to Commissioner Russell:**  City Attorney Jackson administered the Oath of Office to Mr. Dan Russell.

**City Commission Special Meeting Minutes of May 22, 2017**
**Page Two**

**Item #6.  Comments by incoming Commissioner Russell:** Thanked the citizens of Lynn Haven for their support; thanked Commissioner Schad for his support & running a clean race.

**Item #7.  Recognition of outgoing Commissioner Schad:**  Commissioner Schad was presented a plaque for his 20 years of service.

Commissioner Schad thanked everyone for their support; stated it was a pleasure to serve the City of Lynn Haven.  He stated that we have a wonderful staff & he asked that the City continue to accomplish their goals.

Mayor Anderson thanked Commissioner Schad for his service.

Commissioner Friend stated he has enjoyed serving with Commissioner Schad; he has great respect for him.

Commissioner Barnes stated it has been a pleasure to serve with Commissioner Schad. He said he brought wisdom to the Commission.

Commissioner Tinder stated that Commissioner Schad is a nice person.

Commissioner Russell stated he will continue to count on his council and guidance.

City Manager Schubert thanked him for his budget support.

**Item #8.  Public Commentary:** None.

There was no further business to discuss and the meeting was adjourned.

Margo Deal Anderson, Mayor

**ATTEST:**

Joel B. Schubert, City Manager

DEF'S EX 53_044

There was a workshop held on Monday, May 22nd 2017, prior to the regular meeting.

## CITY OF LYNN HAVEN
## CITY COMMISSION MEETING MINUTES
## MAY 23, 2017 – 6:00 P.M.

**Present:**  Margo Deal Anderson, Mayor
Antonius G. Barnes, Mayor Pro Tem/Commissioner
Rodney Friend, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Joel B. Schubert, City Manager
Nicholas Beninate, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order, and in honor of the Memorial Day holiday, read poem, *In Flanders Fields* by John McCrae, in lieu of the Invocation. The Pledge of Allegiance followed.

| | |
|---|---|
| | Call to Order |

**Added Agenda Item:** Mayor Anderson requested a motion to add First Reading of Ordinance 1035 to the Agenda (Item #23).

| | |
|---|---|
| | Added Agenda Item |

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Russell

Commissioner Friend read Attorney General Opinion regarding the operation of golf carts upon city, county, and state roadways, and asked the Commission to consider the opinion in regards to the use of golf carts on public streets.
Mayor Anderson stated that this would be a first reading only, and additional amendments can be made before second vote and/or finalization.
Commissioner Friend stated that he still had reservations and mentioned the possibility of a traffic study before the second reading.
Mayor Anderson thanked Commissioner Friend for his comments, and asked for any additional comments from the board.
No further comments.

On Vote:  Friend:      aye
Barnes:     nay
Tinder:     aye
Russell:    aye
Anderson:   aye          Motion passed:  4-1

**Item #3.  Mayor's Report:**
Mayor Anderson stated that she had the opportunity to meet with the LH Police Chief, Matt Reimer, and complimented the chief on the department and officers. Mayor Anderson also shared public concern regarding speeding within the city limits, and stated that Florida Statute allows for the City to place stop signs within the City. She mentioned conducted traffic studies and the possibility of adding additional stop signs on heavily trafficked LH streets, as well as adding some turnarounds in the future.

| | |
|---|---|
| | Mayor's Report |

Mayor Anderson reported that she met with St. Andrew Bay Women's Club.

Mayor Anderson also mentioned the Leisure Services Department, and Director Maria Stout-Tate, on the great job done on the Block Party and stated that she had received many compliments on the event, and additionally reported that the City's 2nd Annual Hermit Crab Festival at Porter Park on Saturday, June 17th all day.

Mayor Anderson reported that she spoke with Florida Highway Patrol regarding FL Statutes regarding the use of golf carts within the City.

The Mayor reported her upcoming meeting on June 21st with District Three DOT Secretary, Phillip Gainer, and City Manager Joel Schubert, regarding the progress of the Widening of Highway 390 Project; as well as a potential traffic study regarding congestion and posted speed at the intersection of: 5th Street, Po'Folks, Ace Hardware, Porter Park, and the base of the Lynn Haven Bridge.

Mayor Anderson requested one of the commissioners to substitute for her on May 31st at the City's Memorial Day event, as she accompanies her husband out of town to undergo heart surgery. The Mayor expressed her gratitude for the continued thoughts and prayers for her family during the next couple weeks.

**Item #4.  Commissioner's Report:**

Commissioner's Report

Commissioner Russell thanked the citizens of Lynn Haven for their support. Additionally, Commissioner Russell applauded City employees; Robert Brannon, and retired Lynn Haven employee, Twila Miller, for their dedicated to the City.

Commissioner Tinder reported that she toured the following City departments on May 1st: Public Works, Police Department, Fire Department, and Leisure Services). Commissioner Tinder also attended the following: on May 11th – Wing's Across the Bridge Ceremony (with Southport and Lynn Haven Elementary students); May 13th – Attended the Block Party; On May 15th the Commissioner toured the City Library, of which she reported multiple operations and resident opportunities; On May 18th toured the Water and Sewer Department. Over 1 million gallons of water each day are pumped through the City.

Commissioner Tinder reported that things have been brought to her attention regarding a request to add lights in the cemetery, in order to prevent burglaries or vandalism.

Beginning June 2017, Commissioner Tinder reported that the city water bills will start listing commission meeting times, as requested by a city resident. Commissioner Tinder also reported additional activities regarding citizen complaints/requests, an employee Christmas party, the use of engineering services, use of City vehicles and cost savings. Commissioner Tinder also reported on employee/commission ethics and acceptance of gifts. Additionally, Commissioner Tinder reported her request regarding the installation of cameras at city gas stations, which will be installed shortly through cooperation with Lynn Haven Public Works Department and FL Department of Transportation.

Commissioner Barnes reported on upcoming graduations at North Bay Haven Charter Academy, Mosley High School, and Haney Technical School – and congratulated the students on their upcoming graduation and academic accomplishments.

Commissioner Friend reported that he attended the Triumph Gulf Coast board meeting regarding the latest legislation and potential opportunity for the City of LH. Additionally, Commissioner Friend attended the TPO Subcommittee regarding the advertising of the Public Transit Vehicles. The Commissioner reported the upcoming Mock Commission Meeting and visit by Lynn Haven Elementary students on Thursday.

**Proclamation (from Mayor's Report) – National Safe Boating Week**

Proclamation

Mayor Anderson announced the Proclamation: National Safe Boating Week, and presented the Proclamation to recipients, while City Manager Joel B. Schubert read aloud the Proclamation.

DEF'S EX 53_046

Report

**Item #5.  City Manager's Report:__** City Manager Schubert shared his prepared statement regarding the submittal of his two-month notice, and resignation as City Manager as he moves to a position with Bay County.

Mayor Anderson thanked City Manager Joel Schubert for his service and great work during her tenure as Mayor, and requested that an advertisement and search for a new City Manager begin immediately.

Commissioner Russell wished Schubert good luck in his future endeavors.

Commissioner Tinder complimented Schubert on his dedication and impact.

Commissioner Barnes stated that Mr. Schubert would definitely be missed and complimented on the fabulous job so far by City Manager Schubert.

Commissioner Friend stated that City Manager Joel Schubert would certainly be missed, and commented that the selection of a City Manager was one of the greatest responsibilities of the Commission.

City Attorney's Report

**Item #6.  City Attorney's Report:**

City Attorney, Nicholas Beninate, reported on the following administrative items:

The City needs to consider the appointments to Bay County Transportation Planning Organization; the City needs to fill the one vacancy as well as consider Commissioner Friend's appointment.

Motion by Commissioner Friend:  To appoint Mayor Anderson to the TPO.
Second to the motion: Dan Russell.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Barnes: | aye | |
| | Tinder: | aye | |
| | Russell: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

City Attorney, Nicholas Beninate, additionally reported on the designation of the Mayor Pro-Tem position, currently held by Commissioner Barnes. If no changes are desired, Commissioner Barnes would continue occupying the position, or a motion would need to be made for a new appointment.

Motion by Commissioner Barnes:  To appoint Commissioner Friend as new Mayor Pro-Tem.
Second to the motion: Dan Russell.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Tinder: | aye | |
| | Russell: | aye | |
| | Friend: | aye | |
| | Anderson: | aye | Motion passed:  5-0 |

**PUBLIC HEARING opened at 6:34 p.m.:**

**Item #7.** Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-2) Transmittal – Resolution No. 2017-04-682.

City Manager, Joel B. Schubert read aloud Resolution No. 2017-04-682.

City Planner, Amanda Richard, provided a presentation regarding Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-2), Andrews Plantation, Transmittal – Resolution No. 2017-04-682.

DEF'S EX 53_047

Mayor Anderson provided opportunity for the presentation of questions. No questions presented.

**PUBLIC HEARING** closed at **6:39 p.m.**

Consent Agenda Items

**CONSENT AGENDA:**
**Item #8. Minutes:**     4/25/2017 – Special Meeting & Regular Meeting
**Item #9.** Approval of Award Phase V, Water Systems Improvements Construction contract to Marshall Brothers Construction & Engineering, Inc. for $411,800.00
**Item #10.** Approval of Award to Gulf Coast Underground contract for $101,750.00 for Clay Sewer Pipe Rehabilitation.
**Item #11.** Approval of Resolution No. 2017-05-683, Amended Land Sale of Real Property.

> Motion by Commissioner Russell   :  To approve as presented.
> Second to the motion: Commissioner Friend

Commissioner Tinder presented a clarification question regarding Item #10, Clay Sewer Pipe project.
City Manager, Joel B. Schubert, responded to Commissioner Tinder's question regarding the coordination of City construction projects.

On Vote:     Friend:         aye
             Barnes:         aye
             Tinder:         aye
             Russell         aye
             Anderson:       aye                 Motion passed:  5-0

**OLD BUSINESS:**
**Item #12.** Second reading of Ordinance 1029, Right of Way Abandonment TFCU Corporate Park and Driveway

**NEW BUSINESS:**
**Item #13.** Approval of Resolution No. 2017-05-684, Mid-Year Amended Budget.
**Item #14.** Discussion and possible action regarding approval of Development Order and Certificate of Concurrency, Patel Psychiatric Office **[Quasi-Judicial Hearing]**
**Item #15.** Discussion and possible action regarding approval of Development Order and Certificate of Concurrency, Tillman Investment, LLC. **[Quasi-Judicial Hearing]**
**Item #16.** First reading of Ordinance 1030, Request for Annexation Andrew's Plantation
**Item #17.** Discussion and possible action regarding approval of Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-2) Transmittal - Resolution No. 2017-04-682 [**Public Hearing -Action Necessary]**
**Item #18.**     First reading of Ordinance 1031, Discussion and possible action regarding Large Scale Comprehensive Plan Future Land Use Map Amendment (ESR 17-1) Fuel Depot
**Item #19.** First Reading of Ordinance 1032, Small Scale Comprehensive Plan Future Land Use Map Amendment (SSA 17-1) **[No Action Necessary]**
**Item #20.** First Reading of Ordinance 1033, Amendment to City of Lynn Haven ULDC, Flood Plain Management Regulations.

**Item #21.** First Reading of Ordinance 1034, City of Lynn Haven Code of Ordinances relating to the sale of alcoholic beverages **[No Action Necessary]**

**Item #22.** Discussion and possible action regarding half-cent sales tax financing and procurement.

### 23.   Public Commentary:

There was no further business to discuss and the meeting was ***adjourned at 6:46 p.m.***                Adjourn

**APPROVED THIS** 13th **DAY OF** June                      2017.

Margo Deal Anderson

**ATTEST:**

Joel B. Schubert, City Manager

Prepared by Amber Perryman

DEF'S EX 53_049

There was no workshop prior to the meeting.

## CITY COMMISSION MEETING MINUTES
## TUESDAY, JUNE 13, 2017 – 4:00 P.M.

Present:     Margo Deal Anderson, Mayor
             Rodney Friend, Mayor Pro Tem/Commissioner
             Dan Russell, Commissioner
             Judy Tinder, Commissioner
             Joel B. Schubert, City Manager
             Robert C. Jackson, City Attorney
             Officer

Mayor Anderson called the meeting to order and gave the Invocation. The Pledge of Allegiance followed.
<span style="float:right">Call to Order</span>

**Item #3. Mayor's Report:** Mayor Anderson thanked the community for the prayers & thoughts during her husband's illness; will meet w/FDOT on June 21st to discuss issues such as road safety, speeding & road crossings – City Manager Schubert will attend the meeting w/the Mayor; will attend the TPO meeting on June 28th; thanked Mayor Pro Tem Friend for attending the Garden Club Memorial Day ceremony in her absence; met w/community member regarding funding for the Splash Park.
<span style="float:right">Mayor's Report</span>

**Item #4. Commissioner's Report:**
Commissioner Russell thanked Public Works, Utilities, Fire & Police for giving him a tour of the facilities; thanked the LH Garden Club for the Memorial Day ceremony & the luncheon that followed.
Commissioner Tinder reported she attended the LH Garden Club Memorial Day ceremony & luncheon; she stated that she has had citizen requests for a Post Office box at City Hall; assisted a citizen w/a dead tree on Carolina Ave. – thanked Bobby Baker for assisting w/this; reported that the requested cameras have been installed on the fuel tanks at Public Works; citizen request for a stop sign in the 1100 Block of New York Ave.; rec'd citizen complaints about parking on the roadways on 26th Street; met w/Chris Forehand on June 12th – very informative meeting about on-going City projects.
<span style="float:right">Commissioner's Report</span>

         Motion by Commissioner Russell: To excuse Commissioner Barnes from the meeting.
         Second to the motion: Commissioner Friend.
On Vote:  Russell:       aye
          Friend:        aye
          Tinder:        aye
          Anderson:      aye          Motion passed: 4-0

Commissioner Friend reported that he & Commissioner Russell hosted the LHES 5th Grade classes on field trip day – very good event; attended the LH Garden Club Memorial Day ceremony as Mayor Pro Tem/Commissioner; attended a fundraiser @ SABC & thanked Commissioner Tinder for her contributions to the event; reported that work is beginning on a multi-purpose path on Hwy 389 & Baldwin Road.

Mayor Anderson reported that the election of Commissioner Dan Russell to the Commission left a vacancy on the CRA Board; Alternate Richard Walker has elected to fill the position.

**City Commission Meeting Minutes of June 13, 2017**
**Page Two**

**Item #5.  City Manager's Report:**  City Manager Schubert reported that roof work has been completed on PD#2 & the Library; renovations are being made to PD#2 to make if functional to house PD#1 & PD#2 under one roof; EOM was A-Shift @ Fire Dept. – lunch will be provided next week; City is accepting applications for City Manager until June 23rd; City Manager Schubert will provide the Mayor/Commission a recap of applicants after June 23rd.

<div style="float:right">City Manager's Report</div>

**Item #6.  City Attorney's Report:**  City Attorney Jackson reported that the marijuana bill passed; the City has a moratorium & they will need to discuss on how to proceed.

<div style="float:right">City Attorney's Report</div>

**PUBLIC HEARING OPENED: 4:14 p.m.**
**Item #7.  Large Scale Comprehensive Plan Text Amendment – (ESR 71-3) Transmittal – Resolution #2017-06-685 – Amendments Relating to a Multi-Modal Mobility Plan:**  The Planning Department has prepared proposed amendments to the Comprehensive Plan as a required deliverable (Deliverable No.3) of the Technical Assistant Grant that was awarded to the City in 2016.  The grant was awarded to the City by the Department of Economic Opportunity to prepare a multi-modal mobility fee structure and Mobility Plan to replace a transportation concurrency system that does not adequately address the City's transportation needs.  The grant was fully funded with no fiscal impact to the City, providing that all deliverables are transmitted.  The purpose of the multi-modal mobility fee structure and Mobility Plan is to provide a mechanism whereby all new development is equitably charged for its transportation impacts.  The proposed amendments would rename the current Transportation Element as the 'Transportation Mobility Element', plus make changes to the element as well as to the Capital Improvements Element and Concurrency Management System.  These amendments would remove the outdated references to, and requirements of, Chapter 9J-5.055, F.A.C., and Proportionate Fair Share; and revise the necessary goals, policies, and objectives to incorporate a proposed Multi-Modal Transportation System.  A Multi-Modal Transportation System would enable the City to provide improved mobility options for not only motorized vehicle users, but also pedestrians, bicyclists, and transit users within the Lynn Haven City Limits.  The City was awarded a Community Planning Technical Assistance Grant from the Department of Economic Opportunity (DEO) to prepare a Multi-Modal Mobility Plan and accompanying fee schedule to replace the City's transp01iation impact fees and a transportation concurrency system that is no longer a State requirement, or is adequately addressing the City's needs.  The City undertook some of the work in-house, holding an advertised Public Workshop on January 3, 2017, at which time a full informational presentation was given, and contracted with Mike Hemmen, through Panhandle Engineering, Inc., to carry out the data collection and analysis, and prepare the Mobility Plan and fee schedule.  The purpose of the Multi- Modal Mobility Plan is to identify mobility needs, and encourage a variety of mobility options and improvements within the different segments of the City; and to equitably charge all new development for its transportation impacts, encouraging the location of new economic development through a tiered fee schedule.  A multi-modal fee would allow the fees collected to be used to improve all modes of mobility in the City, not only roads.  The Mobility Plan identifies the needs within the city as well as cost projections.

<div style="float:right">PH<br>Res. 2017-06-685</div>

DEF'S EX 53_051

**City Commission Meeting Minutes of June 13, 2017**
**Page Three**

These comprehensive plan text amendments represent a required deliverable of the technical assistance grant, and will be transmitted to DEO. If the Mobility Plan and proposed amendments are approved by DEO then the City can decide upon whether to go ahead and adopt the amendments. If the City Commission approves the amendments, the new Transportation Mobility Element, and amended Capital Improvements Element and Concurrency Management Element, will be entered into the Comprehensive Plan.
After audience participation the *Public Hearing was closed at 4:24 p.m.*

**PUBLIC HEARING OPENED: 4:25 p.m.**
**Item #8.  Request for Annexation – Final Reading of Ordinance 1030 – Andrew's Plantation:**    Ord. 1030
GAC Contractors, Inc., have been authorized to submit a request for voluntary annexation into the City limits of Lynn Haven this property on behalf of the property owner, Ronald W. Mowatt. The property is approximately 24.84 +/- acres and is located at 4836 Highway 389. Water and sewer services are available. The property is contiguous to property lying within the City limits and it will be reducing the size of an existing enclave. This item was not required to be presented to the Planning Commission.
There was no audience participation the *Public Hearing was closed at 4:27 p.m.*

**PUBLIC HEARING OPENED: 4:27 p.m.**
**Item #9.  Large Scale Comprehensive Plan Future Land Use Map Amendment(ESR-17-**    Ord. 1031
**1) Final Reading of Ordinance 1031 – Fuel Depot:** First reading of the Ordinance adopting the proposed Comprehensive Plan Amendment, ESR-17-1, changing the Future Land Use from Public/Institutional, Research Park, and Low Density Residential to Commercial and Mixed Use on Parcel Numbers: 08921-000- 000; 08917-000-00; 08948-000-00; 09753-000-000; 09756-000-000; portion of 10940-000-000; 100' wide Railroad ROW. The proposed amendment is to amend the Future Land Use Map from Public/ Institutional; Research Park and Low Density Residential to Commercial and Mixed Use on this 110 +/- acre property consisting of six (6) parcels and the 100' wide railroad ROW from Causeway southeast to Hwy 390. The property is currently vacant but formerly accommodated the United States Air Force Fuel Depot. The current land use on the property is mostly Research Park but also includes some Public Institutional and 1.6 acres of Low Density Residential. The railroad ROW has no parcel number or current land use. There are two land uses being requested for the 110 acres. A Commercial land use is being requested for thirty-four (acres) and a Mixed Use land use designation is being requested for the remaining seventy-six (76) acres. The intent is to be able to redevelop the abandoned military fuel depot and railroad ROW into a water- centric project with a mixture of uses, including a marina, an assortment of residential types, and assortment of commercial, retail office and recreation facilities. Following the review by the State agencies, the Department of Transportation had comments regarding language to be incorporated into the FLUM amendment. The language has been written into the Ordinance. The first public hearing on the proposed amendment was held on February 28, 2017. A second public hearing will be held at the regular City Commission meeting on June 13, at 4:00 p.m. Following the adoption of this amendment, it will be distributed to the required agencies.
There was no audience participation the *Public Hearing was closed at 4:35 p.m.*

DEF'S EX 53_052

City Commission Meeting Minutes of June 13, 2017
Page Four

PUBLIC HEARING OPENED: 4:35 p.m.

**Item #10. Small Scale Comprehensive Plan Future Land Use Map Amendment (SSA 17-1) Final reading of Ordinance 1032 – Johnson Property:** This is a request for a Small Scale Future Land Use Map Amendment from Benjamin and Kathryn Johnson for 3755, Highway 389. The applicants are requesting a land use designation of Mixed Use or this approximately 4.879±acres parcel. The current land use designation is Commercial. This parcel currently has a Commercial land use with a Low Density Residential land use designated property located on their south side, with a single family home located upon it, and a Commercial designated property on the north side. The applicants would like to construct a single family home upon their property but are unable to do so with their cul Tent Commercial land use. A Mixed Use designation would allow them to construct a single family home, but also allow them to construct a business upon the property at a later date if they chose to do so. The Planning Commission voted unanimously to recommend approval of this item on May 2, 2017.
There was no audience participation the *Public Hearing was closed at 4:38 p.m.*

Ord. 1032

PUBLIC HEARING OPENED: 4:39 p.m.

**Item #11. Amendment to City of Lynn Haven Unified Land Development Code – (ULDC 17-1) Final reading of Ordinance 1033 – Flood Plain Management Regulations:** Ordinance #1033 consists of amendments to the City's Unified Land Development Code, pertaining to Floodplain Management, Sections 1.07.00; 3.01.00 and 10.01.00. The City is required to amend the Unified Land Development Code (ULDC) to incorporate federal requirements pertaining to the Floodplain Management Ordinance for Communities with Inland (Zone A) and Coastal High Hazard Areas (Zone V). The Department of Planning and Development was tasked with preparing changes to *Section 1.07.00- Acronyms & Definitions; Section 3.01.00 - Flood Damage Protection; and Section 10.01.00 - Application Requirements,* of the ULDC to bring the code up to date with the requirements of the Federal Emergency Management Agency (FEMA), in the areas of flood management regulations and criteria for development in flood hazard areas.
There was no audience participation the *Public Hearing was closed at 4:41 p.m.*

Ord. 1033

CONSENT AGENDA:

**Item #12. Minutes:     5/22/2017 Special Meeting / 5/23/2017 Regular Meeting**

**Item #13. Approval of Award of operational lease for Ballpark Concessions to Coastal Parasail:** Coastal Parasail, Inc. Monthly lease amount to be paid to the City of $250.00 per month Gross sales to be paid to the City of 30.5%.

**Item #14. Approve the contract for installation of Storm Water Cured in Place Pipe (CIPP)** to Gulf Coast Underground in the amount of $114,702.50.

**Item #15. Approve contract for month pest control services to Florida Pest Control** in the amount of $2,340.00 annually.

Minutes
Ballpark
Concessions
Lease

> Motion by Commissioner Russell: To approve the Consent Agenda as presented.
> Second to the motion: Commissioner Friend.

                DEF'S EX 53_053

City Commission Meeting Minutes of June 13, 2017
Page Five

On Vote:      Russell:        aye
              Friend:         aye
              Tinder:         aye
              Anderson:       aye            Motion passed:  4-0

OLD BUSINESS:
**Item #16.   Final reading of Ordinance 1030, Request for annexation – Andrew's Plantation:**  City Manager Schubert read Ord. 1030 by title only.  This was the second and final reading.

Ord. 1030

              Motion by Commissioner Russell:  To approve as presented.
              Second to the motion: Commissioner Friend.
On Vote:      Russell:        aye
              Friend:         aye
              Tinder:         aye
              Anderson:       aye            Motion passed:  4-0

**Item #17.   Final reading of Ordinance 1031, discussion and possible action regarding Large Scale Comprehensive Plan Future Land Used Map Amendment (ESR 17-1) Fuel Depot:**  City Manager Schubert read Ord. 1031 by title only.  This was the second and final reading.

Ord. 1031

              Motion by Commissioner Friend:  To approve as presented.
              Second to the motion: Commissioner Russell.
On Vote:      Friend:         aye
              Tinder:         aye
              Russell:        aye
              Anderson:       aye            Motion passed:  4-0

**Item #18.   Final reading of Ordinance 1032, Small Scale Comprehensive Plan Future Land Use Amendment (SSA 17-1):**  City Manager Schubert read Ord. 1032 by title only.  This was the second and final reading.

Ord. 1032

              Motion by Commissioner Russell:  To approve as presented.
              Second to the motion: Commissioner Friend.
On Vote:      Russell:        aye
              Friend:         aye
              Tinder:         aye
              Anderson:       aye            Motion passed:  4-0

**Item #19.   Final reading of Ordinance 1033, Amendment to City of Lynn Haven ULDC, Flood Plain Management Regulations:**  City Manager read Ordinance 1033 by title only.  This was the second and final reading.

Ord. 1033

              Motion by Commissioner Friend:  To approve as presented.
              Second to the motion: Commissioner Russell.

**City Commission Meeting Minutes of June 13, 2017**
**Page Six**

On Vote:     Friend:        aye
             Tinder:        aye
             Russell:       aye
             Anderson:      aye          Motion passed:  4-0

**Item #20.  Final reading of Ordinance 1034, City of Lynn Haven Code of Ordinances relating to the sale of alcoholic beverages:** City Manager Schubert read Ord. 1034 by title only. This was the second and final reading.

Ord. 1034

                Motion by Commissioner Russell:  To approve as presented.
                Second to the motion: Commissioner Tinder
On Vote:     Russell:       aye
             Friend:        no
             Tinder:        aye
             Anderson:      aye          Motion passed:  3-1

**Item #21.  Final reading of Ordinance 1035, Designating additional City streets with a posted speed limit of 25 miles per hour or lower for Golf Cart use:** City Manager Schubert read Ord. 1035 by title only.  This was the second and final reading.

Ord. 1035

                Motion by Commissioner Russell:  To approve as presented.
                Second to the motion: Commissioner Tinder.

Commissioner Russell asked about drivers under 14.
State Statutes state that golf carts may be operated by an unlicensed driver of 14 as long as a licensed driver was also in the golf cart.
Commissioner Friend was concerned that the City had not done due diligence on heavily travelled roads in Lynn Haven.
Mayor Anderson stated that she believes that was covered in the workshop.
Mr. John Miller voiced safety concerns, registrations requirements & what guidelines protects the property owner.
Mr. George Helms wanted to know if allowed only on current 25 mph streets?
He was told that was correct.
Mr. John Miller asked in the Bailey Bridge was included.
Mayor Anderson stated that was part of Porter Park & was not included.
Commissioner Tinder stated that she was not opposed to voluntary registration.

On Vote:     Russell:       aye
             Friend:        no
             Tinder:        aye
             Anderson:      aye          Motion passed:  3-1

Mayor Anderson stated that one of her campaign goals was to provide a walking community w/a small town feel.  She hoped this was the beginning to providing that and a slower paced life. She remains hopeful & positive that this is a good beginning.



City Commission Meeting Minutes of June 13, 2017
Page Seven

**NEW BUSINESS:**
**Item #22.  Large Scale Comprehensive Plan Text Amendment (ESR 17-3) Transmittal –**
**Resolution 2017-06-685, Amendments relating to a Multi-Modal Mobility Plan:**  City
Attorney Jackson read Res. 2017-06-685 by title only.

Res. 2017-06-685

|  | Motion by Commissioner Friend:   To approve as presented & bring back at a future workshop for discussion. |  |
|---|---|---|
|  | Second to the motion: Commissioner Russell. |  |
| On Vote: | Friend: | aye |
|  | Tinder: | aye |
|  | Russell: | aye |
|  | Anderson: | aye | Motion passed:  4-0 |

**Item #23.  Development Order approval of North Bay Charter Academy:**  This is a request
for Development Order Approval for a permanent administration building to be  constructed
upon property  owned  by  the  Bay  Haven Charter Academy, Inc. The  property  already
accommodates  the North Bay Haven Charter Academy, and is on the west side of Buccaneer
Boulevard. Parcel Number 11344-020-000. Bay Haven Charter Academy, Inc. have requested
a Development Order to construct an administration building upon the approximately 24.0+/-
acre North Bay Haven Charter Academy site, located off Hwy 390 east. This site was identified
as  a  future  site  for  the  administration  building  with  the  original  Development  Order
application, and currently has a temporary building located upon it. The temporary building
will  be  removed  once the new administration building has been constructed. The storm  water
facilities are already in place.  The Development Order Application was recommended for
approval by the Planning Commission on June 6, 2017, by a unanimous vote. This is a request
for Development Order approval for the construction of an administration Building at the North
Bay Haven Charter Academy site. This is a quasi-judicial hearing and City Attorney Jackson
asked  that  anyone  presenting  testimony  to  this  issue  be  sworn  in  at  this  time.
Mayor/Commission was asked to declare any ex-parte communication – there was none.

DO NBCA

|  | Motion by Commissioner Friend:  To approve as presented. |  |
|---|---|---|
|  | Second to the motion: Commissioner Russell. |  |
| On Vote: | Friend: | aye |
|  | Tinder: | aye |
|  | Russell: | aye |
|  | Anderson: | aye | Motion passed:  4-0 |

**Item #24.  Development Order approval for Advanced Machine & Laser:** This is a
request for Development Order approval to construct a 3,500 square foot addition onto the
existing  Advanced  Machine  and  Laser  heavy  manufacturing  business  located  at 1010
Aberdeen Loop. Parcel Number 11515-015-000. Mr. Dominick currently owns and operates
the  Advanced  Machine  and  Laser  business  at 101  Aberdeen  Loop.  He  is  requesting  a
development order to allow him to add an additional 3,500 square feet on to the existing 11,100
square foot building to be utilized as a warehouse.

DO Advanced
Machine & Laser

DEF'S EX 53_056



**City Commission Meeting Minutes of June 13, 2017**
**Page Eight**

The development order request includes. storm water facilities to serve the expansion. The existing parking facilities are adequate for the expanded building size, but new perimeter landscaping will be installed. The Development Order Application was recommended for approval by the Planning Commission on June 6, 2017. This is a request for Development Order approval for a warehouse addition to the Advanced Machine and Laser business. This is a quasi-judicial hearing and City Attorney Jackson asked that anyone presenting testimony to this issue be sworn in at this time.  Mayor/Commission was asked to declare any ex-parte communication — there was none.

<blockquote>
Motion by Commissioner Friend:  To approve as presented.<br>
Second to the motion: Commissioner Russell.
</blockquote>

On Vote:   Friend:          aye
           Tinder:          aye
           Russell:         aye
           Anderson:        aye           Motion passed:  4-0

**Item #25.  Resolution 2017-06-686, authorizing the issuance of $3,910,000 in Surtax Revenue Bonds, Series 2017:** AUTHORE THE ISSUANCE BY THE CITY OF LYNN HAVEN OF $3,910,000 IN AGGREGATE PRINCIPAL AMOUNT OF ITS SALES SURTAX REVENUE BONDS, SERIES 2017, TO PROVIDE FUNDS TO PAY FOR CERTAIN CAPITAL COSTS AND TO REIMBURSE THE CITY FOR THE SAME; AUTHORIZING THE AWARD OF THE SALE OF THE BONDS; AUTHORIZING THE EXECUTION AND DELIVERY OF A LOAN AGREEMENT BETWEEN THE CITY AND THE PURCHASER OF THE BONDS.  City Manager Schubert read Res. 2017-06-686 by title only.

Res. 2017-06-686

<blockquote>
Motion by Commissioner Russell:  To approve as presented.<br>
Second to the motion: Commissioner Friend.
</blockquote>

On Vote:   Friend:          aye
           Tinder:          aye.
           Russell:         aye
           Anderson:        aye           Motion passed:  4-0

**Item #26.  Public Commentary:** None

There was no further business to discuss and the meeting was *adjourned at 5:20 p.m.*

Adjourn

**City Commission Meeting Minutes of June 13, 2017**
**Page Nine**

APPROVED THIS _____ 27th _____ DAY OF _____ June _____ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Laurie Baker

**City Commission Meeting Minutes June 27, 2017**
**Page 1**

There was a single issue workshop held at 4:00 p.m. on Tuesday, June 27, 2017 in the The Chambers @ 108 E. 8th Street. The purpose of the workshop was to discuss the City Manager vacancy. The public was invited.

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, JUNE 27, 2017 – 6:00 P.M.**

</div>

**Present:**        Margo Deal Anderson, Mayor
                    Rodney Friend, Mayor Pro Tem/Commissioner
                    Antonius G. Barnes, Commissioner
                    Dan Russell, Commissioner
                    Judy Tinder, Commissioner
                    Joel B. Schubert, City Manager
                    Robert C. Jackson, City Attorney
                    Officer Mike Williams

Mayor Anderson called the meeting to order and Mr. Richard Walker gave the Invocation. The Pledge of Allegiance followed.

**Item #3.  Mayor's Report:** Mayor Anderson reported that she, City Manager Schubert & Engineer Chris Forehand met w/FDOT to discuss numerous traffic/safety issues in Lynn Haven; she visited the Water/Sewer Dept., Sanitation & Public Works; she thanked Leisure Services, Police, Fire, Public Works and Staff for their work during the Hermit Crab Festival.

**Item #4.  Commissioner's Report:**
Commissioner Russell thanked Bobby Baker & Public Works for addressing an issue with a sidewalk that was brought to his attention during the recent election; during the rain/flooding he rode w/City Manager Schubert to view problem areas; he received an email from a local store owner who expressed concerns w/the recent Alcohol Ordinance.
Commissioner Tinder reported that she spoke w/a resident with a concern of tree ownership near the cemetery – Public Works removed the tree; talking w/a citizen about piping the ditch at 6th & Carolina – Public Works is looking into this; proposing a resolution to limit the gift amount by vendors; requested the City Manager do (3) forensic audits; request a workshop to discuss City employee take home vehicles.
Commissioner Barnes reported that he attended an Ethics class held in the Chambers & hosted by Harrison Sale; would like the City to look into hosting a shredding event for LH residents; would like the City to look at improving/expanding the Recreation Complex; will be out of town July 4th & July 18-27.
Commissioner Friend attended the Hermit Crab Festival & reported it was a great event; will attend the TPO meeting June 29th ; reviewed City Manager applications; he attended Ethics training – thank you to Harrison Sale for hosting.
Mayor Anderson stated that she missed training & intends to take class at FLC Conference.

**Item #5.  City Manager's Report:**
The City will close on the road pavement loan. Advertising for the design team Sales Tax Infrastructure Project has begun. The commercial trash bid for the Bay District Schools was bidded out by the district this does mean some loss of revenue for the City. Leisure Services will put out Access Pads next Friday. The Personnel Policy for the City has been updated and should come before the Commission in August. Libby Tunnell will be the Grand Marshall in the July 4th parade.



City Commission Meeting Minutes June 27, 2017
Page 2

Item #6. City Attorney's Report:

CONSENT AGENDA:
Item #7. Minutes:      6/13/2017 – Regular Meeting

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Russell:  To approve as presented. | | |
|  | Second to the motion:  Commissioner Friend. | | |
| On Vote: | Russell | aye | |
|  | Tinder | aye | |
|  | Friend | aye | |
|  | Barnes | aye | |
|  | Anderson | aye | Motion passed:  5-0 |

NEW BUSINESS:
Item #8.  First reading of Ordinance 1036, Firefighter's Retirement System: Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the Firefighters' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article IV of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status. Discussed by the Fire Pension Board of Trustees. City Manager Schubert read this ordinance by title only.  This was the first reading and no action was required.

Item #9.    Resolution  2017-06-687, Establishing a policy for handling gifts, contributions, donations or honoraria given to the City: A Resolution of the City of Lynn Haven, Florida Establishing a Policy for Handling Gifts, Contributions, Donations or Honoraria Given to The City; Providing for City Commission Approval Prior to Accepting Such. Gifts Unless an Exception Applies.  City Manager Schubert read this resolution by title only.

Motion by Commissioner Tinder:  To approve as presented.
Second to the motion:  None.


Motion failed for lack of second

Item #10.  Discussion and possible action regarding appointment to the WFRPC Board: The Council functions as the official regional planning council as defined in Chapter 186 of the Florida Statutes, and as the regional planning agency as defined in Chapter 23, 163, and 380, Florida Statutes. The Council shall exercise the powers, duties, and function for conducting planning, review and assistance responsibilities, activities and functions enumerated by the legislature and declarations of Chapters 186 and 380 of Florida Statutes, and other applicable federal, state and local laws. Council members shall serve at the pleasure of the appointing authority.

Motion by Commissioner Barnes:  To appoint Mayor Anderson to the WFRPC.
Second to the motion:  Commissioner Russell.



City Commission Meeting Minutes June 27, 2017
Page 3

On Vote:        Barnes          aye
                Friend          aye
                Tinder          aye
                Russell         aye
                Anderson        aye              Motion passed:  5-0

**Item #11.  Discussion and possible action regarding "Cruise-In on Florida Avenue" Fall Special Event:** This would be an event for local car clubs (approximately 80 cars) showcasing antique/hotrods automobiles for the public, staged on Florida Avenue on September 30, 2017. The local car clubs that would participate in this event and would assist the City in the area of advertising through their fliers and emails sent to area car club enthusiasts. The requirements that the City would be responsible for, would be port-o-lets for the public, music/band, stage, sound equipment and sound engineer, along with City personnel. This new event would showcase the City, while hosting a new type of event, and would provide another family-oriented venue. Fiscal Impact approx. $6,667.50.

Mayor Anderson stated we needed more family-friendly events in Lynn Haven.

Commissioner Russell asked will the car club make money and have we spoken to the businesses on Florida Avenue?

Mayor Anderson stated the car club makes no money off this event and have contacted some businesses on the Florida Ave except for Commissioner Tinder.

Commissioner Tinder stated she had no objections to holding the event.

Commissioner Friend commented that he loves events, but the City needs to put something in place to measure the success of an event.  $6,600 is a large amount of money to spend; we need to be good stewards, not to mention the man hours dedicated to this event by City staff.

Commissioner Russell stated we may want to consider in the future hiring outside consultants to help with events as they grow larger.

                Motion by Commissioner Barnes: To approve as presented.
                Second to the motion:  Commissioner Tinder.
On Vote:        Barnes:         aye
                Friend:         aye
                Tinder:         aye
                Russell:        aye
                Anderson:       aye              Motion passed:  5-0

**Item #12. Discussion and possible action regarding City Manager vacancy:** Eight candidates were chosen to interview for the City Manager position.  The Commission will interview candidates separately on June 29, 2017 in the City Hall building. The following candidates were selected for interviews:  Michael White, Brian Davis, Pam Hiller, Larry Newsom, Ben Newhouse, Tim Bennett, Jeff Wilkins and Dale Walker.

                Motion by Commissioner Russell:  To approve to interview the
                eight candidates separately for the City Manager position on June
                29, 2017.
                Second to the motion: Commissioner Friend.
On Vote:        Russell:        aye
                Tinder:         aye
                Friend:         aye

**City Commission Meeting Minutes June 27, 2017**
**Page 4**

| | | |
|---|---|---|
| Barnes: | aye | |
| Anderson | aye | Motion passed: 5-0 |

A Special Commission meeting was proposed for June 29, 2017 at 5:00 p.m. in the Chambers. Commissioners will interview the eight candidates as a group and allow public commentary.

Matt Kelly: Not enough time to interview applicants. The process seems rushed. Don't think it is fair to the public or the citizens of Lynn Haven.

Mayor Anderson invited the public to participate in the process on Thursday and assured the public that the process is not being pushed through. We will not select the City Manager on June 29. Our regular City Commission meeting, July 11 we will vote on the City Manager.

Commissioner Friend encouraged Lynn Haven residents to email him comments, or directly reach out to him if there are questions you would like to see posed to the candidates.

Bob Schultz: Will the City advertise in the News Herald?

Mayor Anderson stated the meeting will be advertised on the City's Website and will be posted on Facebook; we will make an attempt to put it on the radio: and post on the Chambers'.

> Motion by Commissioner Russell: To schedule a Special City Commission Meeting June 29, 2017 at 5:00 in the City Chambers to interview candidates and public interaction.
> Second to the motion: Commissioner Barnes.

| | | | |
|---|---|---|---|
| On Vote: | Russell: | aye | |
| | Tinder: | aye | |
| | Friend: | aye | |
| | Barnes: | aye | |
| | Anderson: | aye | Motion passed: 5-0 |

**Item #13. Discussion and possible action regarding stop signs in the City:**

Mayor Anderson stated a map has been created to where the sign will be added. The old processes of how stop signs were placed are attached. Georgia and 5th took eight years to get stop signs. FL Statues 316-006.2 says the Lynn Have Commission has the authority to place stop signs wherever needed. Complaints from residents on the high rate of speed cars drive through their neighborhoods. Colorado, 5th and Georgia, 17th Street and 6th Street are just to name the streets identified. Most streets have 25MPH speed limit. Mayor does not want Lynn Haven to be thought of as a speed trap under any circumstances. Public Works will be tasked with putting the new signs up and the public would be made aware the additional stop signs.

> Motion by Commissioner Tinder: To approve as presented.
> Second to the motion: Commissioner Russell.

Commissioner Russell asked how many stop signs?

Mayor Anderson said possibly 4-6 signs. There would need to be some near the Cain Griffin Park.

Commissioner Russell posed to table this discussion until further information. Commissioner Friend suggested reworking the old policy by way of a workshop and adjust some of the policy language to meet the current needs of the City.

          DEF'S EX 53_062

**City Commission Meeting Minutes June 27, 2017**
**Page 5**

Commissioner Barnes agreed. Safety is important, but does this open the door for every citizen to request stop sign on their street.

Mayor Anderson agreed to table until we have a workshop.

> 1st motion withdrawn by Commissioner Tinder.
> 2nd motion withdrawn by Commissioner Russell.
>
> Motion by Commissioner Friend: To have a workshop, to review the current policy, task staff to research other municipality policies and to immediately place a stop sign at 12th and Tennessee and have staff work out the date.
> Second to motion: Commissioner Barnes.

City Manager Schubert stated he would work on draft policy to present to the Commission.

On Vote:      Friend:      aye
              Barnes:      aye
              Tinder:      aye
              Russell:     aye
              Anderson:    aye          Motion passed: 5-0

**Item #14. Public Commentary:**

Leon Miller stated a fire hydrant is needed on 17th Street. He also asked who is responsible for the grass being cut on Hwy 390 behind CVS? Directional signs are needed for the African American cemetery. Thank you to the City Manager for the sign at Cain Griffin Park.

Commissioner Tinder agreed that she had a hard time finding this cemetery.

City Manager stated when they met with FDOT las week they also discussed the right turn lane coming north off Hwy.77 into the Post Office will possibility of dredging on some of these roads.

There was no further business to discuss and the meeting was adjourned at 7:14 pm.

APPROVED THIS_____11th_____DAY OF ___July___ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel G. Schubert, City Manager

Prepared by Vickie Gainer

**Special City Commission Meeting Minutes June 29, 2017**
**Page 1**

There was no workshop prior to the meeting.

<div align="center">

**SPECIAL CITY COMMISSION MEETING MINUTES**
**TUESDAY, JUNE 29, 2017 – 5:00 P.M.**

</div>

Present:        Margo Deal Anderson, Mayor
                Rodney Friend, Mayor Pro Tem/Commissioner
                Antonius G. Barnes, Commissioner
                Dan Russell, Commissioner
                Judy Tinder, Commissioner
                Joel B. Schubert, City Manager
                Robert C. Jackson, City Attorney
                Officer Mike Williams

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation.  The Pledge of Allegiance followed.
Mayor Anderson gave an update on T.D. Starr who is a student at Lynn Haven Elementary and had a kidney transplant.  He is doing well.  Please keep him and the family in your prayers.

**Item #3.  Mayor/ Commission Interviews With City Manager Candidates:**  Mayor Anderson explained the process of the earlier interviews with the candidates.  Candidates were interviewed separately by the Commissioners at City.  Mayor Anderson stated candidates will now be asked questions by the Commissioners and the public will have the opportunity to ask questions.  Questions should only be asked to the candidates that pertain to this position.

**Candidate #1 Tim Bennett**
Mr. Bennett introduced himself to the public with a brief background, past experiences and information as described in his resume.  Mr. Bennett is the City Manager in Madison, FL.
Commissioner Friend thanked him for his application.  How would employees describe your leadership style? Please give your overall view of your priorities for the City?
Mr. Bennett:  The employees view his style as not a micro-manager, does not believe in a zero deflect mentality and the opportunity for the employee to excel and  grow in their job; priorities include the budget, accountability, public safety, storm water management infrastructure and code enforcement and training across the board.
Commissioner Barnes thanked Mr. Bennett for his application.  What experience do you have in training and motivating employees?  How do you communicate the effectiveness of service delivery? And what challenges are you looking for in the City Manager's position?
Mr. Bennett: My military background in training and safety was a top priority and it would continue to be a top priority with the City of Lynn Haven.   Invest money in employees for professional improvements and allow training across the board.  Service delivery consist of consolidate and communicate.  The budget is the road map is to what we do.  Send out operations report to the City Commissions serves as a management document for me.  I want the Commissioners to know what I know and when I know it with when making decisions and dealing with all departments, personnel updates.  Challenges; grow professionally aggressive to pursue grants and technology updates, body cams and laptops.
Commissioner Tinder had no questions for this candidate.
Commissioner Russell asked where do you see yourself in three to five years?
Mr. Bennett: Alive and well and working for the City of Lynn Haven.
Mayor Anderson asked what is the greatest skills you would bring to Lynn Haven to improve the City of Lynn Haven?

**Special City Commission Meeting Minutes June 29, 2017**
**Page 2**

Mr. Bennett: The City Manager works for the Commission.   I would have a priority list working with the Commission.

Mayor Anderson asked for public comments.

Rich Walker: You stated Mr. Bennett that Lynn Haven runs pretty much like Madison, FL. Are you the City Manager in Madison? Does Madison run a City management government or a City Commissioner government? Do you have a City Clerk?  Do you have a CFO?

Mr. Bennett: Yes I am the City Manager and yes, Madison runs pretty much like Lynn Haven. Yes he has a City Clerk and a CFO. He was not aware there was not a City Clerk. But he has a City Clerk that is outstanding.

Mr. Walker:  The City of Lynn Haven does not have these positions and is not like Madison in the sense the City Manager of Lynn Haven is the City Clerk, CFO and he has the authority to hire and fire at will.

Mr. Bennett:  Thank the Commission and said he enjoyed coming back to Lynn Haven.

<u>**Candidate #2 Brian Davis**</u>

Mr. Davis gave background information and spoke about himself.  He is a resident of Lynn Haven, FL.

Commissioner Friend thanked him for his application.  How would employees describe your leadership style? Please give your overall view of your priorities for the City?

Mr. Davis:  The nature of my career is shared objectives. I believe in engaging with everyone on every level.  The role of the City Manager is like that of a CEO.  That person works closely with all his department heads and employees so that everyone is engaged.

Commissioner Barnes thanked Mr. Davis for his application.  What experiences do you have in training and motivating employees?  How do you communicate the effective of service delivery? And what challenges are you looking for in the City Manager's position?

Mr. Davis: Listening and understanding the different perspectives, understanding the collective view. Tracking involves using metrics, service response time.  You have to continue to learn the job.   I have learned many things just today just by speaking with the Commissioners.

Commissioner Tinder had no questions for this candidate.

Commissioner Russell asked where do you see yourself in three to five years?

Mr. Davis:  Doing a very good job as the City Manager of Lynn Haven

Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc., what is the greatest skills you would bring to Lynn Haven to improve the City of Lynn Haven?

Mr. Davis: Prioritization, strategic needs and tactical issues.

There were not public comments for this candidate.

<u>**Candidate #3 Dale Walker**</u>

Mr. Walker gave background information and spoke about himself.  He is from the state Georgia.

Commissioner Friend thanked him for his application.   How would employees describe your leadership style? Please give your overall view of your priorities for the City?

Mr. Walker:  Employees appreciated my style.  I'm open and I'm honest if they do well, they understand and if they don't do well they understand that also.    Budgeting and accounting are key.  Need to know if you are fiscally sound.

Commissioner Barnes thanked Mr. Walker for his application.  What experience do you have in training and motivating employees?  How do you communicate the effectiveness of service delivery in budgets you have prepared? And what challenges are you looking for in the City Manager's position?

**Special City Commission Meeting Minutes June 29, 2017**
**Page 3**

Mr. Walker: Quite a bit training and mentoring employees. Mr. Walker stated he has done this for a number of years. Find employees who want to pursue their careers with City and mentoring them. He has had many to become City Manager's under his leadership. With senior staff, he uses books on economics or other subjects and just sits and talks with them, while many may say this is a waste of time, this is just one of the many ways we learn and interact with each other. Challenges; Commission working together as a team with the administration. With that, you can move forward with anything. Storm water, personnel, budget issues.

Commissioner Tinder had no questions for this candidate.

Commissioner Russell asked where do you see yourself in three to five years?

Mr. Walker: Here!

Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc., what is the greatest skill or experience you would bring to Lynn Haven to improve our goals?

Mr. Walker: My expertise is accounting and finance, I can improve that anytime you want. HR, IT, I've done every position a city or county has.

There were questions from the public for Mr. Walker.

**Candidate # 4 Michael White**

Mr. White gave background information and spoke about himself. He is a resident of Bay County.

Commissioner Friend thanked him for his application. Why Lynn Haven? How would you take your past experiences as CEO of Co-Op and transition into being the City Manager for Lynn Haven? How would employees describe your leadership style? Please give your overall view of your priorities for the City?

Mr. White: The better question is why not? Lynn Haven is very vibrant community and has a lot to offer. Easy transition. Always work for non-profit. I believe in serving people. If you don't have the willingness to serve people this job is not for you. I have a lot of contacts in the community that could help move the City forward and help me with my job better. I managed by transformation leadership style. I try to speak with all employees, listen, and create a vision, by doing this you create a pathway to succeed, from the bottom to the top.

Commissioner Barnes thanked Mr. White for his application. What experience do you have in training and motivating employees? How do you communicate the effective of service delivery? And what challenges are you looking for in the City Manager's position?

Mr. White: My training and mentoring employees is very similar to the situation when I took over the Co-Op. Many employees were retiring, lots of institutional knowledge was being lost. I was able to harness that knowledge as well as bringing in new technology. Every component in the budget needs to stand on its own. Budget, balancing and sacrifice. Challenges: To help me to grow professionally. This position would be a new avenue of business for me.

Commissioner Tinder had no questions for this candidate.

Commissioner Russell asked where do you see yourself in three to five years? I'm going to forego that with you because I see you are looking for longevity.

Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc., what is the greatest skill or experience you would bring to Lynn Haven to improve our goals?

Mr. White: I have worked with a budget that was twice the size of the City's budget; I have worked with nine board members instead of 5. I bring a different view culturally wise, and I can ensure better forms of safety measures and working with employees.

There were questions from the public for Mr. White.

DEF'S EX 53_066

**Special City Commission Meeting Minutes June 29, 2017**
**Page 4**

**By Phone:**
**Candidate #5 Pam Hiller**
Ms. Hiller gave background information and spoke about experiences.  She is a resident of Lynn Haven, FL.
Commissioner Friend thanked her for her application.  How would you translate you prior experience over to the role as City Manager?  How would employees describe your leadership style? Please give your overall view of your priorities for the City?
Ms. Hiller: I have Public Administration background both professionally and in education.  Leadership style is one where I listen to the employees, I care about people and will step in to help and have an employee's back.  The role of City Manager is the central point of City.
Commissioner Barnes thanked Ms. Hiller for her application.  What experience do you have in training and motivating employees?  How do you communicate the effectiveness of service delivery? And what challenges are you looking for in the City Manager's position?
Ms. Hiller:  15 plus years of training employees and motivating employees in the military.  Service delivery works best by using metrics, and surveying clients to get an overall view of how to meet our goals.   The biggest challenge would be engineering and not having a background in this area.
Commissioner Tinder asked what are three positive traits that your supervisors would say about you?
Ms. Hiller: I am capable, accountability and flexibility.  I think that anyone who has worked with me would mention one of these traits.
Commissioner Russell asked where do you see yourself in three to five years?
Ms. Hiller:  I see myself in Lynn Haven, I'm happy in my position and where I'm living.  I don't see myself moving in the next five years.
Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc.,  what is your greatest skill or experience you would bring to Lynn Haven to improve our goals?
Ms. Hiller:  Interacting with those in departments, work with staff for positive changes, being able to be there and work with them.
There were questions from the public for Ms. Hiller.

**By Skype:**
**Candidate #6 Ben Newhouse**
Mr. Newhouse gave background information and spoke about himself.  He is from the West Virginia area.
Commissioner Friend thanked him for his application.  Do you have land use experience?  How would employees describe your leadership style? Please give your overall view of your priorities for the City?
Mr. Newhouse: Yes I have land use experience.  My leadership style is having open discussion with employees and encouraging them to share their ideas.
Commissioner Barnes thanked Mr. Newhouse for his application.  What experience do you have in training and motivating employees?  How do you communicate the effective of service delivery? And what challenges are you looking for in the City Manager's position?
Mr. Newhouse: I've done development training internally and externally,  different motivational practices.  Better service delivery, meeting with the finance director to cover budget items, having regular staff meetings, communicate to the City residents.  Challenges: External issues, infrastructure, community involvement, putting better processes in place.
Commissioner Tinder:  No questions for this candidate.
Commissioner Russell:  No questions for this candidate.

**Special City Commission Meeting Minutes June 29, 2017**
**Page 5**

Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc., what is the greatest skills you would bring to Lynn Haven to improve the City of Lynn Haven?
Mr. Newhouse: Fundraising, lots of community involvement, wealth of knowledge, project management.
There were questions from the public for Mr. Newhouse.

<u>Candidate #7 Jeff Wilkins</u>
Mr. Wilkins gave background information and spoke about himself. He is from Yorksville, IL.
Commissioner Friend thanked him for his application. How would employees describe your leadership style? Please give your overall view of your priorities for the City?
Mr. Wilkins: I always support them, set goals, patient, hold them accountable. All areas would be a priority, but immediate needs would be the things are clearly broken and then I would prioritize them.
Commissioner Barnes thanked Mr. Wilkins for his application. What experience do you have in training and motivating employees? How do you communicate the effective of service delivery? And what challenges have your encountered?
Mr. Wilkins: I have put together programs for training and motivating employees. I would put together a program that would help with these items and then lead by example, helping employees meet there goals and implementing online tools to help further employee learning and professional development. Challenges: Meeting the goals set by Commission or those that are in place include the goals for the budget.
Commissioner Tinder had no questions for this candidate.
Commissioner Russell had no questions for this candidate.
Mayor Anderson said thinking about all of the different areas, public safety, public works, grants, contracts, leisure services, finance, etc., what is the greatest skills you would bring to Lynn Haven to improve the City of Lynn Haven?
Mr. Wilkins: My career is very broad. I have covered many of those areas and have worked with staff and department heads. Strong community involvement.
Public comment from Brad Yount posed the question of growth management, is it a benefit to the developers, or the benefit to the City?

Interviews for all seven candidates ended.

Mayor Anderson posed the question to the Commission about any possible discussion or decision-making tonight on the candidates.
Commissioner Friend said he did not want to make a decision until he had performed reference checks and spoke with department heads to get their feedback.
Commissioner Barnes said he could go either way. It did not matter with him. He could vote tonight or wait until the next Commission meeting.
Commissioner Tinder stated she wanted to wait until the next Commission meeting July 11, 2017.
Commissioner Russell stated he wanted to wait until the next Commission meeting July 11, 2017.

<div style="margin-left:2em">

Motion by Commissioner Tinder: To have a public workshop on Tuesday, July 11, 2017 at 4:00 p.m. to discuss the candidates for the City Manager position, and regular Commission meeting at 5:00 p.m. Second to the motion: Commissioner Friend.

</div>

On Vote:       Barnes          aye
               Friend          aye

                          DEF'S EX 53_068

**Special City Commission Meeting Minutes June 29, 2017**
**Page 6**

|           |     |                      |
|-----------|-----|----------------------|
| Tinder    | aye |                      |
| Russell   | aye |                      |
| Anderson  | aye | Motion passed:  5-0  |

**Item #4.  Public Commentary:**
There was no comment from the public.

There was no further business to discuss and the meeting was adjourned at 6:53 pm.

APPROVED THIS_____11th_____DAY OF _____July_____2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Joel B. Schubert, City Manager

Prepared by Vickie Gainer

DEF'S EX 53_069

**City Commission Meeting Minutes July 11, 2017**
**Page 1**

There was a single issue workshop held at 4:00 p.m. on Tuesday, July 11, 2017 in The Chambers @ 108 E. 8th Street. The purpose of the workshop was to discuss the top candidates for the City Manager's position. The public was invited.

<center>

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, July 11, 2017 – 5:00 P.M.**

</center>

**Present:**    Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner, by phone
Judy Tinder, Commissioner
Joel B. Schubert, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation. The Pledge of Allegiance followed.

Mayor Anderson stated that a motion has to be made to allow Commissioner Russell to participate in the Commission meeting by phone.

> Motion by Commissioner Friend: To allow Commissioner Russell to join the Commission meeting by phone.
> Second to the motion: Commissioner Barnes.

On Vote:    Barnes       aye
Friend       aye
Tinder       aye
Anderson    aye                     Motion passed: 4-0

**Item #3.  Mayor's Report:**  Mayor Anderson stated the July 4th parade was great. She thanked Leisure Services staff, the Fire Chief and his staff, the Police Chief and his officers. She congratulated Leisure Services on the ADA Access Mats at Porter Park. She attended her first TPO meeting, great organization, will see some improvements in transportation for Lynn Haven and the County in the future. She will also be attending an orientation on July 26, 2017. She visited Secretary Phillip Gainer with City Manager and Chris Forehand. Mayor Anderson referred to the map she handed to the residents in attendance. She said the map gives an update as to where we are on our transportation projects. She also gave updates on the paving and widening of 390. The permitting process for a traffic signal at the foot of the Bailey Bridge it may take up to 2 years to get this done. We need a crossing for golf carts like the county. She stated feedback from Lynn Haven residents about the stop signs were overwhelming, much of it was negative because the one stop sign that was installed was placed on 12th and Tennessee. Residents were upset because more stop signs were not installed on some of the other streets in Lynn Haven.

> Motion by Commissioner Friend: To hold a single issue workshop on the traffic calming policy to include stop sign issues on July 25, 2017 at 5:00 p.m.
> Second to the motion Commissioner Barnes.

**City Commission Meeting Minutes July 11, 2017**
**Page 2**

Commissioner Tinder asked to combine this workshop with the discussion on the gift policy for handling gifts, contributions, donations or honoraria given to the City again.

Commissioner Barnes stated this issue was address, but lacked the second to get it passed so the motion failed.

Commissioner Tinder stated that the issue was not discussed, but she would like for the Commission to discuss this topic a little further.

Mayor Anderson said she would not be opposed to Commissioner's Tinder request and deferred to the City Attorney for input.

City Attorney stated since it is a workshop and that nothing can be voted on, you can discuss other issues.

> Amended motion by Commissioner Friend: To have a single issue workshop to discuss traffic calming policy that we currently have in place, to include stop signs on July 25, 2017 prior to the Commission meeting and discussion of the gift policy for handling gifts, contributions, donations or honoraria given to the City.
>
> Amended second to the motion: Commissioner Barnes.

| On Vote: | Russell | aye | |
|----------|---------|-----|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

Mayor Anderson stated that the workshop for discussion of traffic calming, stop sign placements and the handling of gifts is set for July 25, 207 at 5:00 p.m. and Commission meeting at 6:00 p.m.

**Item #4.  Commissioner's Report:**
Commissioner Russell had no report.

Commissioner Tinder stated she visited 514 Carolina where the drain meets the ditch. Residents contacted regarding weeds growing in the ballpark along with several other resident concerns.  The July 4th celebration wonderful!  She received an email from a resident who said he had water at his door.  Thanked Bobby Baker and staff for mowing the ditch the next day and fixing the stop sign on 26th and 389.  She thanked code enforcement for resolving the problem on Pennsylvania Avenue.

Commissioner Barnes gave best wishes and a big thank you to Mr. Schubert for the outstanding work he has done for the citizens and City of Lynn Haven.  He will be missed.

Commissioner Friend echoed the great job Mr. Schubert has done.  Good news is he is not going very far.  He attended his first TPO meeting with the Mayor and discussed several items about transportation.  All his expenses are paid by the TPO and not the City of Lynn Haven.  He also thanked The Lynn Ledger for continuing to spotlight the work in Lynn Haven.

**Item #5.  City Manager's Report:** Mr. Schubert gave a brief update on the fuel depot development team. July 25th Commission meeting scheduled to approve signed documents and revised purchase and development agreement that will be fully funded August 3, including $100,000 non- refundable deposit.  Closing is schedule between August 3-8 and the closing ceremony should be on August 23rd in which he will be back to attend.  813 Pennsylvania Avenue is vacant and is probate; this land may be potentially in foreclosure.  The City may have interest in this property to serve as parking for the City.  The signage for golf carts has been ordered.  They will be placed at the bottom of the stop signs identifying golf cart friendly

**City Commission Meeting Minutes July 11, 2017**
**Page 3**

roads. The next phase of Sheffield Park is picnic and playground equipment construction for the stage should be beginning soon. Signs for the City Hall are needed and will go up around the City. The City of Lynn Haven's name will be branded throughout the City. This allows citizens to know where City buildings are located. Baldwin and Hwy 77 will have a "Welcome to Lynn Haven" sign placed there. Strategic plans will be left with the new City Manager. Mr. Schubert said he has left a good 3-5 year blue print. A lot of work for the budget has been done, with the Deputy Finance Director and will be finished up by the new City Manager. Spoke with Doc Smith family and they have agreed for the City to honor him with a ceremoniously renaming of 17th Street and placing it below 17 Street sign. The family has some suggested verbiage for the sign. There will be a proclamation at the next Commission meeting with the Smith Family present.

Mayor Anderson asked to entertain a motion from the Commission to honor and ceremoniously rename 17 Street in honor of Julious "Doc" Smith through a signed proclamation to present to the Smith Family.

Motion by Commissioner Barnes: To approve as presented.
Second to the motion: Commissioner Friend.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Russell | aye | |
| | Anderson | aye | Motion passed: 5-0 |

Chief Matt Reimer recognized two officers; Romana Bibb, Supervisor of Animal Control for her 20 years of service to and Sergeant Patrick Hamilton for 20 years of service to the Lynn Haven Police Department.

Mayor Anderson thanked Chief Reimer and gave congratulations to Mr. Schubert.

**Item #6.  City Attorney's Report:  No report.**

**CONSENT AGENDA:**
**Item #7.  Minutes:**        **7/11/2017 – Regular Meeting**

Motion by Commissioner Friend: To approve as presented.
Second to the motion: Commissioner Barnes.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**OLD BUSINESS:**
**Item #8.  Second    reading of Ordinance 1036, Firefighter's Retirement System:**
Numerous changes have been made to the Internal Revenue Service's Code that affect the City's ordinance governing the Firefighters' Retirement System. The Pension Board's attorney, as directed by the Board of Trustees, has drafted an ordinance amending Chapter 50, Article IV of the Code of Ordinances to ensure compliance with all federal regulations. They are driven by changes in the law, are considered "housekeeping" and must be made to ensure continued compliance of the plan's tax qualified status. Discussed



**City Commission Meeting Minutes July 11, 2017**
**Page 4**

by the Fire Pension Board of Trustees. City Manager Schubert read this ordinance by title only.

          Motion by Commissioner Barnes:  To approve as presented.
          Second to the motion:  Commissioner Friend.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Russell | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**NEW BUSINESS:**
**Item #9.  Discussion and possible action of appointment of Brandon Aldridge to Planning Commission Board:** Appointment of one new Planning Commission board member Brandon Aldridge.

          Motion by Commissioner Barnes:  To approve Brandon Aldridge to the Planning Commission Board.
          Second to the motion:  Commissioner Friend.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Russell | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #10.  Discussion and possible action on selecting a voting delegate to the 91st Annual Conference Florida League of Cities, Inc., August 17-19, 2017 in Orlando, Florida:.**

          Motion by Commissioner Barnes:   Motion to appoint Mayor Anderson as the delegate to the Annual Conference of the Florida League of Cities, Inc.
          Second to the motion: Commissioner Friend.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Russell | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #11.  Discussion and possible action regarding setting aside a "Shred Event" day for Lynn Haven:** A Shred Event Day for the citizens of Lynn Haven in Cain Griffin Park. Date will be determined by Leisure Services.

          Motion by Commissioner Barnes: To host a Lynn Haven "Shred Event" day on August 19, 2017 at Cain Griffin Park.
          Second to the motion:  Commissioner Friend.

| On Vote: | Barnes: | aye |
|---|---|---|
| | Tinder: | aye |

         DEF'S EX 53_073

City Commission Meeting Minutes July 11, 2017
Page 5

|            |     |                    |
|------------|-----|--------------------|
| Russell:   | aye |                    |
| Friend:    | aye |                    |
| Anderson:  | aye | Motion passed: 5-0 |

**Item #12. Discussion and possible action of the top candidate for the City Manager position:** The commission had a workshop on July 11, 2017 at 4:00 pm to discuss their top candidate for the City Manager position.

Libby Tunnel stated Brian Davis is a good man and was concerned that he was overlooked. Mayor Anderson thanked her for her comments and agreed with Ms. Tunnel that Mr. Davis was a good candidate and at the workshop he was her number two choice.

> Motion by Commissioner Barnes:  To appoint Michael White the Lynn Haven City Manager position.
> Second to the motion: Commissioner Friend.

Commissioner Friend noted we should use the word "offer."

> Motion amended by Commissioner Barnes:  To offer Michael White the Lynn Haven City Manager position.
> Second to the motion amended:  Commissioner Friend.

| On Vote:  | Barnes:   | aye |                    |
|-----------|-----------|-----|--------------------|
|           | Tinder:   | nay |                    |
|           | Friend:   | aye |                    |
|           | Russell:  | aye |                    |
|           | Anderson  | aye | Motion passed: 4-1 |

Mayor Anderson stated that Mr. White's contract had to be negotiated.  She suggested hiring Mr. White at the current salary of the City Manager, $116,000 plus car allowances which was somewhere near $122,000.

Commissioner Barnes stated that the City Manager had worked three years in his position to earn that salary and he was also concerned about the morale of the City staff if the Commission voted on the current salary.

Commissioner Tinder agreed with Commissioner Barnes.

Mayor Anderson asked for direction from the Commission as to where to start on the negotiation of Mr. White's salary.

Commissioner Barnes stated to start negotiations at $110,000.

Attorney Jackson asked what is the issue?  Is the Commission trying to get Mr. White in the position to spend time with the current City Manager?

Mayor Anderson said yes, Mr. Schubert has about seven days left.

Commissioner Friend commented that we should start at the low end of what was advertised and not to exceed the number Commissioner Barnes stated.

Attorney Jackson suggested that we start at the low range of the salary scale and that the Commission not vote on a certain range.  He also stated that he understands the Commission wants Mr. White to begin work immediately. He suggested to allow Mr. White to begin work immediately while he and Mayor Anderson negotiate his contract.

Commissioner Friend said it would be valuable to have Mr. Schubert spend time with the new City Manager.  He also stated if the language changed it has to come back to the Commission.

Attorney Jackson gave suggested wording of the motion.

DEF'S EX 53_074



**City Commission Meeting Minutes July 11, 2017**
**Page 6**

      Motion by Commissioner Barnes:  To offer a temporary appointment to Mr. White as City Manager at $100,000 annually so he can begin work immediately if he accepts $100,000 and in the meantime Mayor Anderson and Attorney Jackson will negotiate with Mr. White on a final contract to bring back to the Commission to be approved at the next Commission meeting.
      Second to the motion: Commissioner Friend.

Public comment from Bob Schultz what if he says no?
Mayor Anderson said we would have to start over again.
Public comment from Ms. Harrison, what if the gentleman starts out at the $100,000 and you cannot reach a negotiated contract? Or the Commission does not approve it?
Attorney Jackson said they would come back and report to the Commission and the Commission will move forward from there.

| On Vote: | Barnes: | aye | |
|---|---|---|---|
| | Tinder: | aye | |
| | Russell: | aye | |
| | Friend: | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #13.  Public Commentary:**
Janet Walker expressed her appreciation to Mr. Schubert for allow her to give suggestions about the budget.  Gave her appreciation for him accepting her phone calls a few times a week
Jerry Whitworth gave accolades to Mr. Schubert for his assistance on drainage issues. Alexander drive is becoming a racetrack.  A little girl almost got hit. Request a consideration of putting speed bumps on the road.
Mayor Anderson thanked him for his comments and invited him to the workshop before the Commission meeting.
Sonya Johnson stated Public Works is not doing their job.  Her ditch is not being mowed. The ditch is holding three feet of water.  She has not gotten a response from Public Works to help.
Mayor Anderson said she would meet with Ms. Johnson after the meeting to discuss further.
Leon Miller thanked Mr. Schubert for all of the work he has done for Lynn Haven.  He also stated there needs to be delayed traffic signals on both sides of 17th Street and Hwy 77 turn signal.  The line is getting longer and longer.
City Manager said that they met with the County last month and have not gotten an answer back from them.  The County is doing a study and we will follow up with them.
Bob Ross requested a four-way stop sign on 13th & Georgia.
Mr. Schubert thanked the city staff, the citizens and said he was very appreciative of all of the relationships and the opportunity to serve Lynn Haven.

**Item #14.  Adjourn:**

There was no further business to discuss and the meeting was adjourned at 6:09 pm.

DEF'S EX 53_075

**City Commission Meeting Minutes July 11, 2017**
**Page 7**

**APPROVED THIS** _____25th_____ **DAY OF** ___July___ 2017.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**City Commission Meeting Minutes July 25, 2017**
**Page 1**

The Lynn Haven City Commission held a Single Issue Workshop on Tuesday, July 25, 2017 at 5:00 p.m. in The Chambers, 108 E. 9th Street. The purpose of the meeting was to discuss the old traffic calming policy. The gifts policy for handling gifts, contributions, donations or honoraria given to the City was also discussed. The public was invited to attend.

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, July 25, 2017 – 6:00 P.M.**

</div>

**Present:**       Margo Deal Anderson, Mayor
               Rodney Friend, Mayor Pro Tem/Commissioner
               Antonius G. Barnes, Commissioner
               Dan Russell, Commissioner,
               Judy Tinder, Commissioner
               Michael E. White, City Manager
               Robert C. Jackson, City Attorney
               Officer Mike Williams

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation. The Pledge of Allegiance followed.

**Item #3. Mayor's Report:** Recognition was given to The Arc of the Bay for "Adopt a Highway" signs located at 18th & Carolina to Hwy 390 and 19th & Carolina to Maine Ave. A Proclamation was presented to Pamela Dorwarth, ADA Liaison in honor of the 27th Anniversary of the American Disabilities Act. A Proclamation was also read ceremoniously renaming 17th Street east of Hwy. 77 to Minnesota Ave. in honor of Julious "Doc" Smith. She also stated she attended the event with Mr. Ron Sharpe, Executive Director in the renaming of the St. Andrew Bay Center to "The Arc of the Bay." Paving projects are anticipated to make us have a better quality of life. The Mayor also stated that they still looking at details on City Manager's contract and asked for a motion to extend negotiations on the contract for another two weeks to finalize the City Manager's contract.

|          | Motion by Commissioner Russell: To approve as presented. | |
|----------|----------------------------------------------------------|---|
|          | Second to the motion: Commissioner Barnes.               | |
| On Vote: | Russell      aye | |
|          | Tinder       aye | |
|          | Friend       aye | |
|          | Barnes       aye | |
|          | Anderson     aye | Motion passed: 5-0 |

The Mayor also stated that she received a letter from a person who is disable who is asking for permission to take his electric Golf Cart over the Bailey Bridge, which is a utility vehicle.
Commissioner Barnes stated he would rather speak with the City's Attorney first.
Commissioner said he was concerned about safety issues.
Fred Strickland came up to speak and identified himself as the person requesting permission to use his golf cart on the Bailey Bridge. He didn't feel it required the City Attorney's input. Mayor stated it has to be an electric golf cart.
Mayor deferred to Ms. Dorwarth, ADA Liaison, but Ms. Dorwarth said she would need more information before she could give an opinion on this matter.




**City Commission Meeting Minutes July 25, 2017**
**Page 2**

**Item #4. Commissioner's Report:**
Commissioner Russell Congratulated Mr. White and was happy with his performance thus far. Commissioner Russell stated he attended several openings including the Southerland Events Center grand opening. He received a letter from Mrs. Bracy about flooding issues; he thinks it time for the City of Lynn Haven to have a stormwater study.
Commissioner Tinder stated a resident contacted her about homes with a lot of trash out in front of them, Code Enforcement went out and all trashed is cleaned up. Another resident came to Commissioner Tinder's home concerned about the Bailey Bridge trash and homelessness. Leisure Services has been diligent in cleaning up the trash at Porter Park. 1514 Carolina Forehand gave advice about how to fix that problem. 1704 Carolina resident said that the City came out and fixed a pipe that burst, the resident's sod was messed up in the process.
Commissioner Barnes stated he met with Mr. White and welcomed him as the City Manager and looked forward to working with him.
Commissioner Friend stated he was traveling with the TPO down south so he missed the events. He gained very encouraging information for the City and look forward to working with Mr. White.

**Item #5.  City Manager's Report:** Mr. White recognized June's Employee of the Month Mike Brown, Code Enforcement.

**Item #6.  City Attorney's Report:** Expansion of 390. FDOT has a lawsuit for the property. When this happens, the City is named as part of the lawsuit. FDOT asked if he could be the service process on behalf of the City.

|  | Motion by Commissioner Friend:  To approve the City Attorney as the FDOT service process representative for the City.<br>Second to the motion:  Commissioner Barnes. | | |
| --- | --- | --- | --- |
| On Vote: | Friend | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**CONSENT AGENDA:**
**Item #7. Minutes:**      **7/11/2017** – Regular Meeting

|  | Motion by Commissioner Friend:  To approve as presented.<br>Second to the motion:  Commissioner Barnes. | | |
| --- | --- | --- | --- |
| On Vote: | Friend | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**OLD BUSINESS:  None**

**NEW BUSINESS:**

City Commission Meeting Minutes July 25, 2017
Page 3

**Item #8. First reading of Ordinance #1037, a proposed Large Scale Future Land Use Map Amendment for Andrews Plantation via the required State Review Process:** An ordinance of the City Commission for the City of Lynn Haven, Florida, amending the adopted comprehensive plan; providing for purpose and intent; providing  for a title; amending the future land use map from Bay County R1 to City of Lynn Haven low density residential for a parcel of land (parcel no. 11573-050-000) located between County Road 389 and the Camryn's Crossing Subdivision, which is approximately 24.84 acres within the city as more accurately described within the body of the ordinance; providing for severability; providing for a copy on file; and providing for an effective date. **(No Action was required)**

**Item #9.  First reading of Ordinance #1038, a request for a Small Scale Future Land Use Map Amendment by Mr. Jerry Jimmerson, for the west half of 1002 Florida Ave., and 101 New York Ave:**   An Ordinance providing for the adoption persuant to the chapter 163, Florida Statues, of land use change from low density resident to mixed use for an approximate 0.688 acres of property located at 1002 Florida Ave. and 1011 New York Ave., in the city of Lynn Haven, Bay County, Florida, Repealing all Ordinances in conflict herewith and providing and effective date.  **(No Action was required)**

**Item #10.  First reading of Ordinance #1039, a request for a Small Scale Future Land Use Map Amendment from FLA 1 Trustee Inc., Carolyn S. Anderson & Eddie Mary Brown; for three parcels comprised of approximately 1.41 acres, located at 1317 Ohio Ave, 1304 Pennsylvania Ave. and 1308 Pennsylvania Ave:**  An Ordinance providing for the adoption of pursuant to Chapter 163, Florida Statues, of a land use change from mixed use to commercial for an approximate 1.41 acres of property located at 1317 Ohio Ave; 1304 Pennsylvania Ave; and 1308 Pennsylvania Ave., in the City of Lynn Haven, Bay County, Florida; Repealing all ordinances in conflict herewith and providing an effective date. **(No action was required)**

**Item #11.  First Reading of Ordinance #1040 proposing to formally adopt referenced to background screenings policy in the Lynn Haven Code of Ordinances for all vendors, volunteers, coaches, referees, umpires providing services at City parks, while permitting revision to the policy:**  an ordinance of the city of Lynn Haven, Florida, amending chapter 42 of the Lynn Haven Code of Ordinances regarding parks and recreation; formalizing an existing background screening requirement for all vendors, volunteers, and coaches providing services at city parks; adopting a background screening policy; providing for revisions to such policy by resolution; repealing all ordinances in conflict; and providing for an immediately effective date. **(No action was required)**
Commissioner Tinder asked for Clarification on this Ordinance.   Amanda Richards explained.

**Item #12. First Reading of Ordinance 1041 regarding the abandonment portion of Railroad Avenue right way between 13th and 14th Street:**  an ordinance of the city of Lynn Haven, Florida, providing for the vacation and abandonment of a portion of the railroad avenue right of way located between thirteenth street and fourteenth street, as more particularly described herein; repealing all ordinances in conflict and providing for an immediately effective date. **(No action was required)**

**City Commission Meeting Minutes July 25, 2017**
**Page 4**

**Item #13.  Resolution # 2017-07-688 authorizing the acquisition and subsequent sale of the Lynn Haven Fuel Depot property from the United State Airforce to Marina Island, LLC, including a draft development agreement and a perpetual easement for utilities and Rails to Trails system on the former railroad corridor:** A resolution of the City of Lynn haven, Florida authorizing the acquisition and subsequent sale of the Lynn Haven Fuel Depot from the United States Air Force ("USAF") to Marina Island, LLC ("marina island"); approving the conveyance agreement for the sale of the fuel depot from the USAF; approving the purchase and sale agreement with Marina Island; approving the form of the development agreement with marina island; approving the easement agreement with Marina Island for the Fuel Depot Railroad right of way; authorizing the Mayor to execute the conveyance agreement, purchase and sale agreement, easement agreement, and other closing documents and providing an effective date.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

City Attorney commented on the document summary about the Windfall agreement and some language change in the Windfall agreement.

Chris Hines with Bluewater Development stated that additional information to be added under the development agreement stating that they own 81 acres adjacent.

City Attorney stated that additional is in form and can be changed once it comes back to the Commission before it closes.

Commissioner Russell asked what is the issue with the Windfall agreement?

City Attorney stated basically an anti-flipping agreement.  This partner seems much more engage and thinks that this will impact their ability to develop or sale if this condition stays in agreement.

Commissioner Russell asked do we have any timeframes?

City Attorney said in the development agreement it states they have to have some kind of development every six months.  City Manager and Mayor still need to resolves some of these issues.  He suggested that the motion be amended.

> Motion Amended by Commissioner Russell:  To approve resolution 201-07-688 to include additional language to the Windfall agreement that will be non-material changes to agreement.
> Second to the motion:  Commissioner Tinder.

Commissioner Friend stated he was concerned about the changes and wanted to see the changes before the Mayor and City Manager move forward.

Mayor Anderson asked if the Commission would be willing to meet in a Special Meeting if there are significant changes to approve.

All Commissioners said yes.

City Attorney explained the sale.  Any vacant parcels that are sold the City would get a net profit.

> Commissioner Russell withdrew all previous motions.

> Motion by Commissioner Russell:  To pass Resolution 201-07-688.
> Second to the motion:  Commissioner Friend.



**City Commission Meeting Minutes July 25, 2017**
**Page 5**

Chris Hines reminded the Commission that the funding on this project is scheduled for Aug. 3, 2017.
Commissioner Russell stated if the agreement falls through, the City needs to buy the property.

| On Vote: | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #14.   Discussion and possible action on the RFQ Half Cents Sales Tax of Qualified Proposer:_** Mayor read the letter from the City Manager that explained the process. This project will have two task orders. The first task order to negotiate is the authorization to negotiate a fee for the 60% design phase and preparation of a Guaranteed Maximum Price (GMP) not-to-exceed upon successful execution of the initial task order. The second task order will be to complete the design and construct of the project with the GPM. If the City cannot agree to proceed to the GPM, the City reserves the right to forego the execution of the second task order. At this point, the City will take ownership of the 60% design documents and will reserve the right to use the design at a future date. It is staff's recommendation that you take action to proceed and grant the City Manager authority to negotiate the first task order. The second task order will be brought back to the Commission later for approval. The two proposers were C.W. Roberts/BCC Engineering and Phoenix Construction/Panhandle Engineering and the Commission was asked to ranked them.

> Motion by Commissioner Barnes:   To rank Phoenix Construction /Panhandle Engineering #1 and C.W. Roberts/BCC Engineering #2.
> Second to the motion: Commissioner Friend.

Commissioner Tinder asked how long is the warranty on this project?
Ted Schoppe said typically warranties run about a year.

| On Vote: | Barnes | aye | |
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #15.      Public Commentary:_** Leon Miller asked would we advertised the Shred Event and how would we advertise it?
Commissioner Barnes stated we would advertise it in the paper, on the website and social media. He also asked commissioner Friend TPO, where do we stand on 390 77 to Hwy 231?
Commissioner Friend stated that they are trying to get funding for a study.   Ask that the Commission and others to go by and look at the lot on Minnesota and 17th and see if they can put a house there.

DEF'S EX 53_081

**City Commission Meeting Minutes July 25, 2017**
**Page 6**

**Item #16.**     **Adjourned:**   There was no further business to discuss and the meeting was adjourned at 7:00 P.M.

**APPROVED THIS** _____ 8ᵗʰ _____ **DAY OF** _Auzust_ _____ **2017.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer



City Commission Meeting Minutes August 1, 2017
Page 1

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, August 1, 2017 – 1:30 P.M.

**Present:**   Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes Commissioner, Absent
Dan Russell, Commissioner,
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed led by Michael Ramerez, from The Arc of the Bay.

Mayor Anderson asked for a motion to excused Commissioner Barnes from the meeting due to illness in his family.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:    Russell        aye
Tinder         aye
Friend         aye
Anderson     aye          Motion passed:  4-0

**Item #3.  Mayor/Commission discussion and possible action on the Fuel Depot.:**  The City Manager read the resolution 2017-07-689.  A resolution of the city of Lynn Haven, Florida amending the purchase agreement with Marina Island, LLC ("Marina Island") for the sale of the Lynn Haven fuel depot in Resolution 2017-07-688; revising the windfall agreement language in the purchase agreement and development agreement; adding additional properties to the development agreement; approving the revised purchase and sale agreement with marina island; approving the revised form of the development agreement with Marina Island; authorizing the Mayor to execute the conveyance agreement, the revised purchase and sale agreement, the easement agreement, and other closing documents and providing an effective date
Mayor Anderson asked for a motion for the purpose of discussion only for resolution 2017-07-689.

Motion by Commissioner Tinder:  To discuss Resolution 2017-07-689.
Second to the motion:  Commissioner Friend.

The Mayor opened the item up for discussion.
Commissioner Tinder asked what has been changed.
City Attorney stated that Resolution 2017-07-688 was approved at the last Commission meeting.  The Windfall language in the purchase agreement.  The Mayor was given authority to make non-material changes. This basically is about the changes in the Windfall agreement.  The windfall is in both the development and purchase agreement.  Windfall changes were simplified in the one sheeter that was given to the Commissioners.  There are concerns with the new primary partner;   The primary partner's change will not be able to

          DEF'S EX 53_083

**City Commission Meeting Minutes August 1, 2017**
**Page 2**

transfer property to another company and secondly the sale of the unapproved parcel C section for future development change. Any parcel that is unapproved and sold, it would be excluded for accumulative sales. Two big changes are: The affiliated company change and the future development changes.

Questions:
Commissioner Russell asked is there no definition of relationship? When was the contract originally setup?
City Attorney responded 2008 by Tyndall Air Force Base. Bluewater and Marina were not the original bidders.
Commissioner Friend stated that the unapproved parcel substantial development is not defined. No site construction definition included, or if you can put in parking lots, it is pretty vague, this means the Windfall goes away.
City Attorney said that is correct.
Commissioner Friend stated that the Windfall is there to protect the citizens of Lynn Haven. This is too important to make sudden changes of this windfall. We need to be thinking about the citizens of Lynn Haven. No way he will support a last minute Windfall changes. Property is worth much more than $2.4 million.
Mayor Anderson stated that AFB may not be able to negotiate again.
Commissioner Friend asked the City Manager to draft a letter to TAFB that we plan on closing. He was concerned it would go back to GSA.
Mayor Anderson asked if Commissioner Friend was suggesting that the City purchase this property. She stated Lynn Haven cannot afford to buy this property and that it has been 10 years and we don't want the City holding the bag.
Commissioner Friend: There are other developers standing by. A lot has change in two years. I think we can find another developer if that were the case. He stated he would like to see Lynn Haven entertain purchasing the property.
Commissioner Russell agreed with Commissioner Friend about the City purchasing the property.
Mayor Anderson said Lynn Haven is not in the real estate business. The City cannot afford. We just have to keep an open mind. There is no guarantee that we would find a buyer.
Commissioner Friend answered the Mayor by saying if you look back in his previous comments he stated the same concerns. He commented that we have had so many changes that I think the City can own the property and secure and keep it from going to GSA.
Commissioner Russell said it is taxable property and I totally agreed with Commissioner Friend.

Mayor Anderson then opened the discussion up to the public.

Rich Walker stated no one wants the property. It was and still is contaminated. People of Lynn Haven were told many things. 950 acres have been parceled off since we begin this process. The tax payers will have to pay for this. His concerned was Lynn Haven heritage Society was promised something in the contract and it is not there. It has been removed. I agree with Commissioner Friend on his comments. Commissioner Friend is correct to protect the citizens of this town. Mr. Walker was concerned about changes from original contract and that there are parts missing.
James Finch commented the City will receive less money with this deal and that the developers have made this deal with no money. He stated the City has several thousand

**City Commission Meeting Minutes August 1, 2017**
**Page 3**

dollars in this deal. City has been overlook and needs to decide something between escrow and closing. City need to decide what to do.

Chris Hine, Bluewater Development stated the money is in the bank and that he understands the frustration and that it has been a long process. He said they have had to deal with many entities, state laws etc., but he is excited about going forward and he is the only one who has put his money where his mouth is. They are very interested to make this the best project. He did request the language change with the Windfall agreement be accepted and allow them to bring in other participators in the developers arena. Mr. Hines asked for questions.

Commissioner Tinder said she loves the property and appreciate the frustration from a couple of the Commissioners. The person making the changes is not Mr. Hines is this correct? Has this person put in money?

Mr. Hines response was yes to both questions.

Mr. Hines stated because of the developers are of Jewish faith, today is a holiday and could not be here.

Mayor Anderson asked why wouldn't the escrow money not be in the bank?

Mr. Hines stated the money is in the bank now and yes it would be there. They have spent close to $500k on this project in cost. The buyer is also paying all closing cost and other expense associated with this project and working with the Air Force for environmental cleaning.

Commissioner Tinder asked if they are ready to close Aug. 3, 2017 what if it goes into escrow?

Mr. Hines said the money is non-refundable. He also said they did not want to get in a dilemma with the City. The Windfall language is legitimate for discouraging us from doing a land flip.

Commissioner Tinder asked won't the City of Lynn Haven still have control over the property?

Mayor Anderson responded it is subject to the ordinances.

City Attorney said we have $100k in escrow right now.

Commissioner Russell reminded everyone that that money is going to Tyndall AFB.

Commissioner Friend stated we have spent $100k in Escrow. He stated he wanted to make sure that the developers fully funds this deal at $2.5 million

Mayor Anderson stated this deal will be good for the City of Lynn Haven. If the deal closes it becomes taxable for the City.

Mr. Hine agreed. He explained some of the benefits of closing this deal. This could translate in about a half million in taxes per year.

Mr. Finch asked did the City have a signed contract on the incentives? If not, there is no deal. The money is in the developer's pockets. He stated his concerns that the developers won't keep their word.

Mayor Anderson stated yes.

City Attorney said we don't have a signed contract.

Rich Walker was concerned about the change of owners.

Commissioner Friend Aug. 3, is my understanding they will have $100k escrow.

City Attorney said that is incorrect they will have the full funding on the Aug. 3.

Mayor responded that all documents including from all of the parties came to the City Attorney so that we can close.

Commissioner Friend stated the City is prepared to act quickly if this does not pass. City needs to be prepared if we don't close or the resolution does not pass today.

 DEF'S EX 53_085



**City Commission Meeting Minutes August 1, 2017**
**Page 4**

City Attorney clarified that the approved Resolution 2017-07-688 that approved the contract and the deal with the TAFB is still going to be the authority granted to the Mayor and the City Manager. If there is an intention to revoke that authority it needs to be done today.

Commissioner Russell asked if we take no action today they can execute the original contract in Resolution 2017-07-688? This is what he would like to see happen.

City Attorney agreed with his comments.

Commissioner Friend said he thought we at least needed a plan B.

Mayor Anderson said we take no action and it falls in the lap for the developers to go forward. If the money is placed in escrow as plan we will need to meet and take action.

Mayor Anderson asked for a motion to pass resolution 2017-07-689.

        Motion failed due to no response and the resolution failed.

        Motion by Commissioner Friend: On Aug. 3 if the current developers do not close and fund the escrow, the Commission will call a special Commission meeting to discuss options to include notifying Tyndall that we intend have this special meeting with the opportunity to close.
        Second to the motion: Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Russell | aye | |
| | Anderson | aye | Motion passed: 4-0 |

**Item #4.   Set proposed millage rates for purposes of submission of Certificates of Taxable Value to the Property's Appraiser's Office pursuant to TRIM Act:**

Commissioner Friend do we have enough time to look at a rollback?

City Manager said we set it at 3.9 and between now and budget time we can look at a rollback.

        Motion by Commissioner Friend: To keep millage rate at 3.9.
        Second to the motion: Commissioner Russell.

Rich Walker stated that this is an increase in taxes, going back to the half cents sales tax which said taxes would not be raise. Panama City reduced their taxes. Why can't we do this?

Mayor Anderson explained there will be an opportunity to make some adjustment to the millage rates.

Commissioner Russell for the record stated the Citizens of Bay County voted to raise the taxes.

Rich Walker commented yes Bay County did vote this in and yes it is a tax increase.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 4-0 |

**City Commission Meeting Minutes August 1, 2017**
**Page 5**

Mayor Anderson recognized former Mayor Walter Kelly for being at the meeting today.

City Attorney asked the Commission if the Commission would consider extending the negotiations for the City Manager's contract back until August 23, 2017 with the option to approve at August 8 or 22 Commission meeting  he stated the City Manager would continue to work on a temporary contract.

|  | Motion by Commissioner Friend:  To approve as presented.<br>Second to the motion:  Commissioner Russell. |  |
|---|---|---|
| On Vote: | Russell | aye |
|  | Tinder | aye |
|  | Friend | aye |
|  | Anderson | aye | Motion passed:  4-0 |

**Item #5.    Public Commentary:  None**

**Item #6.        Adjourned:**  There was no further business to discuss and the meeting was adjourned at 2:30 P.M.

**APPROVED THIS** _____8 th_____ **DAY OF** _August_ _____ 2017.

Margo Deal Anderson, Mayor

**ATTEST:**

Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 53_087



City Commission Meeting Minutes August 8, 2017
Page 1

There was no workshop scheduled.

## CITY COMMISSION MEETING MINUTES
## TUESDAY, AUGUST 8, 2017 – 4:00 P.M.

**Present:**     Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner,
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order and Chris Dye from the Arc of the Bay gave the Invocation and led in The Pledge of Allegiance.

**Item #3.  Mayor's Report:** The Mayor mentioned that Ron Sharpe Executive Director, from the Arc of the Bay and his clients from the Arc of the Bay will be in the coming meetings to help lead in prayer and the pledge.   Several conference calls for the Fuel Depot property closing is set for August 23.  She recognized Jerry Smithwick and Jim Slonia for their work. This will be a great celebration for the citizens of Lynn Haven.  The Mayor has had several calls in regards to the traffic calming policy.  She was the guest speaker at a Church group whose theme was the "Influence of Strong Women."  Mayor Anderson read a letter from her neighbor Fred Strickland who was requesting to use his electric golf cart to travel over the Bailey Bridge. Mayor gave the Commission information from ADA and asked that the Commission take action on Fred Strickland's request to drive his electric golf cart across Bailey Bridge.  She asked if the Commission does not give Mr. Strickland access to the bridge that the Commission give reasons as to why Mr. Strickland can't have access, but that the Commission should take action one way or the other.

Commissioner Barnes said he would like to hear the City's Attorney opinion on this issue.

City Attorney said there are no strict rules that you must allow golf carts on the bridge.  But we can and should accommodate the people with disabilities unless it is a safety issues, which ADA give five reasons.   One of the big issues is safety.  Previously our Commission has not allowed golf carts to travel over the bridge.

Commissioner Barnes asked that we take the emotions out of the decision and look at the safety issues.  He stated we would open up a Pandora's Box if we allow this request.

City Attorney stated if you open it up to people with disabilities that some type of criteria is needed.

> Motion by Commissioner Barnes:  Base upon the information we heard from the City Attorney, that we do not allow golf carts on Bailey Bridge and that the City Attorney draft a letter to Mr. Fred Strickland stating the reasons why.
> Second to the motion:  Commissioner Russell.

The Commission was concerned about safety and liability of allowing the golf cart to travel on Bailey Bridge.

Commissioner Friend agreed he has safety concerns and stated the Commission has said in the past specifically there would not be any golf carts on the bridge.  He suggested that this

**City Commission Meeting Minutes August 8, 2017**
**Page 2**

item be placed on the next Commission meeting agenda and advertise so that other people can share their opinions.

Mayor Anderson stated there are other safety concerns on the bridge. The City is liable for many things. The City should have equal access to the bridge for all citizens. She stated the City allows bow fishing on the bridge. Which is more dangerous? bow fishing? or driving a golf cart? She explained that the only way Mr. Strickland can travel outside is if he is in his golf cart.

Commissioner Friend stated we have wheelchair ramps on both sides. Would we have to renovate these areas just for golf cart? He felt this might come back to bite the City if golf carts are allowed, since the Commission has stated in the pass that no golf carts are allowed.

Mayor Anderson corrected Commissioner Friend stating that the City never voted to not allow golf carts on the bridge, we just said that we should not allow them.

Janet Walker asked for clarification on how Mr. Strickland will be traveling on the golf cart to get to the bridge.

Mayor Anderson explained that friends helped Mr. Strickland load his golf cart on trailer. So he would not be crossing Hwy. 77.

Mr. Fred Strickland said he understood the Commission concerns about safety. But he wanted to know specific safety reasons. He suggested having a designated area and wanted to know what are the safety concerns from the Commission.

Commissioner Russell stated again that his concerns are strictly for safety reasons, one being that it is a pedestrian bridge, many citizens have approach him and asked that he not allow golf carts on the bridge citizens were concerned that someone could easily be hit or ran over.

Mr. Strickland said the State of Florida does not see it as a safety issue and he does not agree.

Rob Gardner stated he and Mr. Strickland are ADA. He suggested giving a key to them so that they can ingress and digress across the bridge.

Commissioner Russell pointed out that Mr. Gardner and Mr. Strickland have two separate issues.

| On Vote: | Barnes | aye | |
|----------|--------|-----|---|
| | Tinder | nay | |
| | Russell | aye | |
| | Friend | nay | |
| | Anderson | nay | Motion failed: 2-3 |

Motion by Commissioner Friend: To put on the next Commission meeting agenda to discuss ADA compliant motorized vehicles on the Bailey Bridge. Second to the Motion: Commissioner Tinder.

Commissioner Friend questioned whether the sidewalk was 8ft or 12ft. It was confirmed 8 ft. He also said he wanted to allow the public to be able to speak on this issue.

| On Vote: | Friend | aye | |
|----------|--------|-----|---|
| | Tinder | ye | |
| | Russell | nay | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 3-2 |

DEF'S EX 53_089



**City Commission Meeting Minutes August 8, 2017**
**Page 3**

**Item #4.  Commissioner's Report:**
Commissioner Russell none report.
Commissioner Tinder stated she learned that all money donated to the Lynn Haven Animal Shelter goes into the general fund and not directly to the shelter.  Walmart donates the entire dog and cat food supplies.  If people want to make donations they can give the shelter gift cards.  She said that 904 Michigan is having drainage issues, it backs up to the Senior Center, she requested that the City bring in dirt and the resident would spread it.  She is looking into overtime for the City's First Responders and will move on to other departments.
Commissioner Barnes reminded the citizens about the Lynn Haven Shred Event, August 12th at Cain Griffin Park and that schools starts next week for some and asked residents to be careful at school crossings.
Commissioner Friend and others was a part of a check presentation to Brock's Pest Control to for the "Stay in Lynn Haven,"  he also attended the TPO meeting and met with some department heads at the City on the 17/18 budget.  He also thanked the Commission for taking the extra time to meet about the Fuel Depot.

**Item #5.  City Manager's Report:**  Mr. White recognized Lion's Club's member Jim Wolfe.  Mr. Wolfe presented $7000 checks each, to the City's Police & Fire Departments to purchase new ballistic vests.
The City Manager reported that the Brokerage Services RFQ for Health, Dental and Life has been sent out.  Advertisement will begin Sunday, Aug. 6 in the News Herald and it will be placed on the City's website.  He has been working with a consultant to improve the Employee Policy Manual to present before the Commission for approval.   The traffic calming policy review is underway.  Lastly, The City is looking to Panhandle Engineering to handle the golf cart crossing study has been initiated.

**Item #6.  City Attorney's Report:**  The City Attorney gave an update to the Commission on the Fuel Depot transaction. He stated we have not closed yet, but there are signed contracts.  All of the money is in the bank; they are waiting for signed documents from the US Air Force and other entities.  He is hoping to close Thursday or Friday and have all of the deeds transferred.  One request by the developer was that he be allowed to submit his application the day of closing.  They want to take a good look at the development agreement before it comes back to the City.  The developer wanted to waive that contract requirement and bring the development agreement within ninety (90 days).

> Motion by Commissioner Friend:  To waive the development agreement signage for up to within ninety (90) days.
> Second to the motion:  Commissioner Russell.

Commissioner Friend wanted confirmation that it would come back before the Commission for approval.
City Attorney said yes.  It is a statutory requirement.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

DEF'S EX 53_090



**City Commission Meeting Minutes August 8, 2017**
**Page 4**

**Item #7.  Public Hearing:** Mayor Anderson opened the public hearing at 4:35 PM for the Large Scale Future Land Use Map Amendment (ESR-17-2) Transmittal – Ordinance #1037. City Planner Amanda Richard explained the amendment and pointed out the locations on the maps provided. There was no discussion from the public.
Mayor Anderson closed the public hearing closed at 4:39 PM.

**Item #8.  Public Hearing:** Mayor Anderson opened public hearing opened at 4:39 PM for the Small Scale Plan Amendment (SSA-17-2) Transmittal – Ordinance #1038. City Planner, Amanda Richard explained the amendment and pointed out the locations on the maps provided. There was no discussion from the public.
Mayor Anderson closed the public hearing at 4:45 PM.

**Item #9.  Public Hearing:** Mayor Anderson opened the public hearing at 4:45 PM for the Small Scale Plan Amendment (SSA-17-3). Transmittal – Ordinance #1039. City Planner, Amanda Richard explained the amendment and pointed out the locations on the maps provided. Commissioner Tinder asked the City Planner to point out the location. Commissioner Friend commented it becomes confusing with mixed use land.
Commissioner Russell inquired about the advertisement. The City Planner verified that advertisement had been done.
Mayor Anderson closed the public hearing at 4:49 PM.

**CONSENT AGENDA:**
**Item #10.    Minutes:   7/25/2017 – Regular Meeting. 8/1/2017 – Special Commission meeting.**

**Item # 11.  Approval of Tetra Tech, Inc., as the Disaster Debris Monitoring firm for the City.**

**Item # 12.   Approval of BCL Civil Contractors, Inc. to perform work on A.L. Kinsaul Shoreline Stabilization Grant Project.**   Commissioner Barnes asked that a correction be made on the 8-1-2017 minutes on Item #4. He was not present.
Commissioner Tinder wanted to know what is the Disaster Debris Monitoring for Tetra Tech firm.
City Manager explained that in case of a major disaster FEMA requires a monitoring firm for reimbursement purposes and because we do not have the manpower to handle a major natural disaster a monitoring firm is needed.

|         | Motion by Commissioner Friend:  To approve the consent agenda with the necessary corrections. | |
|---------|----------------------|-----------------|
|         | Second to the motion: Commissioner Barnes. | |
| On Vote: | Friend | aye |
|         | Russell | aye |
|         | Barnes | aye |
|         | Tinder | aye |
|         | Anderson | aye | Motion passed:  5-0 |

DEF'S EX 53_091



City Commission Meeting Minutes August 8, 2017
Page 5

**OLD BUSINESS:**

**Item #13.  Second and final reading of Ordinance #1037, a proposed Large Scale Future Land Use Map Amendment for Andrews Plantation via the required State Review Process:** An ordinance of the City Commission for the City of Lynn Haven, Florida, amending the adopted comprehensive plan;  providing  for purpose and intent; providing for a title; amending the future land use map from Bay County R1 to City of Lynn Haven low density residential for a parcel of land (parcel no. 11573-050-000) located between County Road 389 and the Camryn's Crossing Subdivision, which is approximately 24.84 acres within the city as more accurately described within the body of the ordinance; providing for severability; providing for a copy on file; and providing for an effective date.

          Motion by Commissioner Barnes: To approve as presented.
          Second to the motion:  Commissioner Friend.

On Vote:     Barnes      aye
              Russell     aye
              Tinder      aye
              Friend      aye
              Anderson   aye          Motion passed: 5-0

**Item #14.  Second and final reading of Ordinance #1038, a request for a Small Scale Future Land Use Map Amendment by Mr. Jerry Jimmerson, for the west half of 1002 Florida Ave., and 1011 New York Ave:**  An Ordinance providing for the adoption pursuant to the chapter 163, Florida Statues, of land us change from low density resident to mixed use for an approximate 0.688 acres of property located at 1002 Florida Ave. and 1011 New York Ave., in the city of Lynn Haven, Bay County, Florida, Repealing all Ordinances in conflict herewith and providing and effective date.

          Motion by Commissioner Friend: To approve as presented.
          Second to the motion:  Commissioner Barnes.

Janet Walker pointed out that it should read 1011 New York Ave.

On Vote:     Friend      aye
              Barnes      aye
              Russell     nay
              Tinder      aye
              Anderson   aye          Motion passed: 4-1

**Item #15.  Second and Final reading of Ordinance #1039, a request for a Small Scale Future Land Use Map Amendment from FLA I Trustee Inc., Carolyn S. Anderson & Eddie Mary Brown; for three parcels comprised of approximately 1.41 acres, located at 1317 Ohio Ave, 1304 Pennsylvania Ave. and 1308 Pennsylvania Ave:** An Ordinance providing for the adoption of persuant to Chapter 163, Florida Statues, of a land use change from mixed use to commercial for an approximate 1.41 acres of property located at 1317 Ohio Ave; 1304 Pennsylvania Ave; and 1308 Pennsylvania Ave., in the City of Lynn Haven, Bay County, Florida; Repealing all ordinances in conflict herewith and providing an effective date.

          Motion by Commissioner Barnes: To approve as presented.
          Second to the motion:  Commissioner Friend.

DEF'S EX 53_092

 

**City Commission Meeting Minutes August 8, 2017**
**Page 6**

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #16.  Second and final  Reading of Ordinance #1040 proposing to formally adopt referenced to background screenings policy in the Lynn Haven Code of Ordinances for all vendors, volunteers, coaches, referees, umpires providing services at City parks, while permitting revision to the policy:** an ordinance of the city of Lynn Haven, Florida, amending chapter 42 of the Lynn Haven Code of Ordinances regarding parks and recreation; formalizing an existing background screening requirement for all vendors, volunteers, and coaches providing services at city parks; adopting a background screening policy; providing for revisions to such policy by resolution; repealing all ordinances in conflict; and providing for an immediately effective date.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Russell.

Rich Walker wanted to know details of the process for who would get background check and who will be preforming the background checks?
Mayor Anderson Yes, and added this is something that will make the children safer. We have a company that will perform the background checks.  If a bad background check comes back that person will not be able to coach or volunteer

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #17. Second and final Reading of Ordinance 1041 regarding the abandonment portion of Railroad Avenue right way between 13th and 14th Street:** an ordinance of the city of Lynn Haven, Florida, providing for the vacation and abandonment of a portion of the railroad avenue right of way located between thirteenth street and fourteenth street, as more particularly described herein; repealing all ordinances in conflict and providing for an immediately effective date.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Barnes | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #18.   Approval and possible discussion of Task Order #1 and Design/Build contract for the Half Cents Sales Tax Infrastructure Project:** There were drawings presented and set up for the citizens to view.

DEF'S EX 53_093



**City Commission Meeting Minutes August 8, 2017**
**Page 7**

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion:  Commissioner Friend.

Positive comments from the Commissioners and Mayor Anderson about the project.  Good job for the City Engineer and the previous City Manager.

Commissioner Tinder had a questions about 6th Street. She stated this street has major infrastructure issues.

City Manager stated he will be looking at.storm water and waste water as we go, but it is primarily paving 6th street.

Commissioner Russell stated it was his understanding that red roads that don't have pipes underneath the road which are water and sewer pipes.

Chris Forehand concurred.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

## NEW BUSINESS:

**Item #19.   First reading of Ordinance #1042 amending section 2.02.01., 2.02.05 and 4.07.01 of the City's Unified Land Development Code:**  Appendix C of the City's Code of Ordinances; extending the scope of the corridor overlay standards; repealing all ordinances in confliction; providing for codification; and providing an immediately effective date.  This ordinance was read by the City Manager but no action was required.

**Item #20.   First reading of Ordinance #1043 contracting from the municipal limits of the city of Lynn Haven, Florida:**  A certain parcel of land lying along Kirkwell Avenue (parcel 11571-063-000) as more particularly described herein; amending the boundaries of the city to exclude said land, repealing all ordinances or parts of ordinances in conflict herewith, and reciting an effective date.  This ordinance was read by the City Manager but no action was required.

**Item #21.   Public Comments:**

Libby Tunnell stated her concerns about flooding problems in the Lynn Haven and stated something really needs to be done.

City Manager commented that he has asked for The Scope of Work to be prepared for a storm water Study from Panhandle Engineering.

Mayor stated the City Manager is taking some proactive measures on the storm water issues.

Brad Yount was also concerned about the storm water issues in Lynn Haven.

Arlene Harris also had issues about the storm water issues in Lynn Haven and wanted to know when the study would be finished.

City Manager stated he hoped that it will be in the upcoming budget. The Commission will need to approve it.  This study will take a large amount of money.

Arlene Harris asked about cleaning out ditches.

City Manager stated the Public Works department has been working hard to get this done, but the rain has held them up.

Rich Walker wanted to know are we paying attention to the City's alleyways?

          DEF'S EX 53_094

**City Commission Meeting Minutes August 8, 2017**
**Page 8**

Mayor Anderson said yes, the City is trying to address issues in order of importance, which are the City's main streets.

Chris Forehand said it is according to where the importance of these issues fall.

Arlene Harris wanted an update on the contract with the City Manager.

Mayor Anderson said he is still working on a temporary contract and should have all details at the next Commission meeting.

**Item #22.    Adjourned:**   There was no further business to discuss and the meeting was adjourned at 5:21 P.M.

APPROVED THIS_____22nd_____ DAY OF ____August_____ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**City Commission Meeting Minutes August 22, 2017**
**Page 1**

The Lynn Haven City Commission held General Fund and Enterprise FY 17/18 budget workshop Tuesday, August 22, 2017 at 5:00 p.m. in The Chambers, 108 E. 9th Street. The public was invited to attend.

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, AUGUST 22, 2017 – 6:00 P.M.**

</div>

**Present:**   Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order Leon Miller gave the Invocation the Pledge of Allegiance followed.

**Item #3.  Mayor's Report:** The Mayor commended the City Manager for taking care of the lights on the Bailey Bridge. They should be working by the end of this week.   She Attended the League of Cities Conference, The League of Mayor's Conference and meeting of Federal Action Strike Team which lobbies for municipalities.  Biggest topics was "Home Rule" within our local governments and not the state of Florida directing local government how to run its business, she encourage citizens to call their legislatures.  She met with other colleagues, learned many things, she commended all first responders for their work.  She also attended the grant expo, visited municipal market place talked with vendors about ADA accessible playgrounds and developing city technology.  Attended the legislative issues by voting, the Mayor also met with many Air Force officials.  The Fuel Depot property is sold; it now belongs to Marina Island Developers. Mayor Anderson thanked Jerry Smithwick for all of his help and  recognized him.   She met with Leisure Services and discussed the new events that are coming up.  Events coming up September 30, 2017 Cruise Avenue, 80-100 antique cars.

**Item #4.  Commissioner's Report:**
Commissioner Tinder no report.
Commissioner Russell stated that 8th and Georgia has flooding issues with citizens.  Had a citizens in the Country Club contact him about their yard being disposed with debris on his property.  Met with the City Manager and continues to be impressed with his progress.
Commissioner Barnes gave a recap of the Shred Event her on Aug. 12.  It was very hot over 3500 pounds shredded.  He thanked Leisure Services.  Next year we will hold this event in October when it is a little cooler.
Commissioner Friend stated he attended several events, North Bay Haven Open House, gave a great job to GAC of meeting timelines.  Spoke with residents of Lynn Haven about the Bailey Bridge.

**Item #5. City Manager's Report:  None**

**Item #6. City Attorney's Report:**
Rob Jackson thanked everyone for the hard work on the closing of Fuel Depot property.
Mayor Anderson thanked Mr. Jackson for his hard work as well.

                    DEF'S EX 53_096



**City Commission Meeting Minutes August 22, 2017**
**Page 2**

**Item #7.   Public Hearing:**  Mayor Anderson opened the public hearing at 6:09 PM for the Municipal limits of the City of land lying along Kirkwell Ave. (parcel 11571-63-000) Transmittal – Ordinance #1043. City Manager read out loud Ordinance #1043. There was no discussion from the public.
Mayor Anderson closed the public hearing at 6:10 PM.


**CONSENT AGENDA:**
**Item #8.   Minutes:** 8/8/2017 – Regular Meeting

**Item # 9.  Approval of School Resource Officer for Bay Haven Charter Academy 2017-2018 school year.**

**Item # 10.   Approval of amended and restated lease agreement for 817 Ohio Ave. with Roman Nations, M.D. of Nations's Best Family Health Care, PLLC for three years.**

> Motion by Commissioner Barnes:  To approve the consent agenda with the necessary corrections.
> Second to the motion: Commissioner Friend.

Commissioner Barnes made note to change his vote from a "aye" vote on Item #3 to a "nay" vote on page 2 under the Mayor's report under Commissioner Friend's motion about an ADA workshop.
Discussion over Item#10 concerning the Roman Nations restated lease agreement. Commissioner Russell had questions about what we are charging for rent per square feet. After several comments from the Commission, Mayor Anderson asked that this item be moved under new business.  Mayor Anderson requested a motion to add Item #10 as agenda item 18A so that the Commission could discuss this item more in-depth.

> Motion by Commissioner Barnes:  To move the Item #10 from the consent agenda to new business as Item #18A.
> Second to the motion:  Commissioner Russell

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

Consent Agenda Approval.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

City Commission Meeting Minutes August 22, 2017
Page 3

**OLD BUSINESS:**
**Item #11.  Second reading of Ordinance #1042 amending section 2.02.01., 2.02.05 and 4.07.01 of the City's Unified Land Development Code, appendix C extending the scope of the corridor overlay standards.**

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Barnes:  To approve as presented. |  |  |
|  | Second to the motion:  Commissioner Russell. |  |  |
| On Vote: | Barnes | aye |  |
|  | Russell | aye |  |
|  | Tinder | aye |  |
|  | Friend | aye |  |
|  | Anderson | aye | Motion passed:  5-0 |

**Item #12.  Second reading of Ordinance #1043 contracting from the municipal limits of the City a certain parcel of land lying along Kirkwell Avenue (parcel 11571-063-000).**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

Commissioner Russell pointed out that this property is surrounded by Lynn Haven property.
The City Planner explained there are certain criteria and stated this land is not completely surrounded by the City and that there is no water or sewer is available.
Commissioner Barnes commented that the property is surrounded by all County property.
The City Attorney explained why the land is not contracted.
Commissioner Russell said when he researched it there was a parcel of land completely surround by the City. According to the City map it is surrounded by the City.
Commissioner Barnes said this piece of property is near where he lives and he said that this property is surrounded by the County property.
Amanda Richard offered to research this property and bring back more information to the Commission.

| On Vote: | Barnes | aye |  |
|---|---|---|---|
|  | Russell | nay |  |
|  | Friend | aye |  |
|  | Tinder | aye |  |
|  | Anderson | aye | Motion passed:  4-1 |

**Item #13.  Discussion and possible action to approve the City Manager's contract.**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

Commissioner Tinder stated her concerns about the City Manager's contract being very large amount.  She stated that three of the Commissioners voiced their opinion that the City Manager start out at $100k a year.
Mayor Anderson reminded the Commission that the City did advertise this position at a range of $100k to $140K.  Her decisions was not based on his former salary.  But the decision for this salary amount was not based solely on his qualifications.  The Mayor

**City Commission Meeting Minutes August 22, 2017**
**Page 4**

gave background on Mr. White's education and qualifications including one class away from possessing his PhD. She stated that Mr. White's salary is competitive with other municipalities and that the former City Manager did not have the level of experience or education.  She also stated how very pleased she was with his progress.

Commissioner Friend stated that he would have had no problem giving the previous City Manager a higher salary had he asked for it.  He also stated the opportunity was there for the previous City Manager to ask for a higher salary but he declined.  He stated it is important to keep good employees and that this salary helps the City to keep a City Manager at this level of pay.  Mr. White is going to do a fantastic job.

Bob Schultz wanted to know what other benefits and perks came with the City Manager's contract.  Thought that this was a lot of money

The contract was then read by the City Attorney.

The Mayor again explained why the City hired Mr. White at $135,000 and stated it is still within the salary range. He has responded to the residents, to the Mayor and he is doing a great job.  We still have people within the City that are underpaid and some that are paid close to what Mr. White is making, but Mr. White promised to fix this.

Robert Beck wanted to know if this was budgeted and questioned why give another $5000 increase within 6-months? We needed a better window of time for a fair judgement.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | nay | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-1 |

**Item #14.  Discussion and possible action to approve the new traffic safety policy.**
The City Manager explained that the committee had met and put together the safety policy.  He explained that this document was not for the Commission to take action on today, but for the Commission to look over and come back together and approve it.  He stated the City had finished monitoring all the roads that were identified and now just needed more direction including speed bumps.

> Motion by Commissioner Friend:  To schedule a workshop in the near future to discuss the traffic safety policy.
> Second to the motion:  Commissioner Tinder.

Commissioner said having a workshop is a good idea to work through these issues.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #15. Discussion and possible action concerning ADA access to the Bailey Bridge by allowing golf carts on the bridge:**
Mayor Anderson referred to an incorrect headline in The News Herald that said "Lynn Haven Mauls" golf carts on the bridge and said that we were discussing ADA access on the bridge and not golf carts. Mayor Anderson read the updated ADA policy manual.  Power driven motorized devices are considered allowable by ADA.  She gave key policies that

City Commission Meeting Minutes August 22, 2017
Page 5

gave guidance to accommodating people with disabilities and power driven motorized devices. The ADA identifies who is protected under the ADA, who has the responsibilities under for ADA, ADA prohibits denying and alienating people with disabilities. There is not going to be a large number on golf carts on the Bailey Bridge. She also stated that Lynn Haven in golf cart friendly community. Mayor Anderson asked for a motion for the purpose of discussion only.

> Motion by Commissioner Tinder: To discuss ADA access to the Baily Bridge by allowing golf carts on the bridge.

> Motion failed due to a lack of a second.

Mayor Anderson reminded the Commission that taking no action might leave the City open for citations and penalties.

**Item #16. Discussion and possible action to approve the scoreboard agreement between Buffalo Rock and the City:** The City Manager explained Buffalo Rock is community oriented company and is excited to partner with the City. Buffalo Rock will replace all of the signs in all eight ballfields and in the gymnasium and we would like for the City to agree to only using Pepsi products. This will be a ten-year commitment.

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion: Commissioner Friend.

Commissioner Tinder asked was there any other quotes from other companies? She was concerned that we are passing the cost onto the consumer.
The City Manager noted that the City imitated the conversation with them.
Mr. Richard Gutknecht stated that the City should have opened this up to other beverage providers. At least give an opportunity to other vendors.
Mr. Robert Beck agreed with Mr. Gutknecht.
Mr. White stated that there will be other ways and opportunities for other companies to advertise at the parks.

| On Vote: | Barnes | aye | |
|----------|---------|-----|--|
| | Russell | aye | |
| | Tinder | nay | |
| | Friend | aye | |
| | Anderson | nay | Motion passed: 3-2 |

**NEW BUSINESS:**
**Item #17.   Discussion and possible action to approve the City's Brokerage Services for Group Health, Dental and Life Insurance:** Mr. White stated one of the major concerns for the City staff was insurance. They expressed their desire to have insurance, but it was too expensive. Mr. White gave background of how the proposers were selected from the memo that was sent to the Commission. The City advertised requesting qualifications from insurance firms interested in providing insurance brokerage services for group health, dental and life insurance. Information was mailed to insurance firms currently on the City's vendor list, in addition to legal advertising in the News Herald that ran Sunday, August 6 and 13. Eight local firms were sent the Request for Qualifications

**City Commission Meeting Minutes August 22, 2017**
**Page 6**

(RFQ) package. The RFQ was posted on the City's website for other interested proposers to bid.

The bid opening was Monday, August 21, 2017 at 2:00 p.m. and was open to the public. We received seven (7) responses to our Request for Qualifications and six (6) qualified. The selection committee consisted of the City's Deputy Clerk, City Manager and Commissioner Dan Russell. The same guidelines used in the past years were used for this RFQ, which required a score sheet for qualifications and then the committee ranked qualified proposers. Open enrollment for the City begins September 1- September 30. This was identified in the RFQ and each proposer had to submit a plan as to how their firm would implement open enrollment during this time frame. If approved by the Commission, this would be a 3 year Contract with a one (1) three-year option to renew. The City Manager will negotiate with Abentras Benefit Administrators the different plans and come back to the Commission for recommendations. The proposer with the most number one rankings was Abentras Benefit Administrators. We selected Abentras as the preferred vendor.

Mayor Anderson asked for a motion for acceptance of the recommendation from staff.

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion: Commissioner Barnes.

Commissioner Tinder stated she wanted a comparison rate chart new vs old insurance.
City Manager stated no, this was based on service delivery, quality and services we are not getting and other things we could get.
Commissioner Tinder asked so you are telling me their prices would be lower?
City Manager: It depends on how we design the plans and that would come back before the commission this is purely meet with the vendor to see what we can find out.
Commissioner Tinder so the final vote would come later?
Mr. White Yes.
Commissioner Friend said I know we have talked about this quite a bit and he referenced the purchasing policy on local preference. He wanted to know was there an opportunity to give local preference a chance?
Mr. White said he could only speak for himself. He has dealt with Abentras in the past, however, his scores reflect that yes he did consider the local businesses, but to ask the other two committee members what they felt.
Commissioner Russell said his reasoning was the level of service. Abentras was going to supply a team of people to help the City employees. Plus you would be able to enroll online. He stated that he is an advocate for local businesses, but Abentras level of service was outstanding. Very possible their numbers will come back bad and we can go with the next vendor, but their level of service was good.
Commissioner Friend said he could appreciate that and thanked the committee for serving, as he has served on the committee before. He understands it is not an easy thing to do.
Commissioner Tinder said again she wanted to emphasize the most important thing are our employees. It is crucial as to what we can do for our employees. If they cannot afford it, we need to be looking at something else.
Commissioner Friend stated cost is important, but what's even more important is having a product our employees can participate in, because of our salary situation; I want the employees to have a good product of health insurance when they design the policy.
Commissioner Russell stated his goal is to have the rates down where we need them, but to see the City cover the employee insurance at 100%.

DEF'S EX 53_101



**City Commission Meeting Minutes August 22, 2017**
**Page 7**

Gerald Stanford was not pleased with the scoring sheet. He stated he has kept the rates down, gave a level of service and open enrollment. He mentioned the company was a web base company in which he was corrected by Mr. White. If the City does make a decision the employee's insurance will cancel September 30. He stated he met with the staff. The City is looking at a 3% increase and he is willing to drop his commission down to 4.5% He was not pleased with the scoring and asked that Commissioner Russell's scores be thrown out and do averages base on those.

Commissioner Friend clarified that this particular RFQ did not have local preference. It is used on construction contracts.

Scott Clemons spoke about local vendor preference and the advantages of having a local vendor preference. Local means a level of service. He said he believes that technology is very important for online benefits, but having someone readily available to you is very important.

Mr. White said he gave local preference.

City Attorney said there is local preference in our purchasing policy but it did not apply to this particular bid. In order for local preference to apply it must be stated in the RFP and for this one it was not.

Commissioner Friend asked that we compare apples to apples when the rates come back to the Commission for the Commission to make their decision.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

Mayor Anderson reminded Commission to do their homework and that the comparisons of apples to apples will come back before the Commission to make a final decision on the contract.

**Item #18.    Discussion and possible action to approve the transfer of two (2) surplus Crown Victoria Police Cruisers to the Bay County School Board:**

> Commissioner Friend:  Approve as presented.
> Second to the motion:  Commissioner Russell.

Commissioner Tinder stated residents who contacted her would like for these vehicles to be sold. She checked in the Blue Book and the value of the cars were around $2500.

Commissioner Russell explained that the cars would have to be stripped and would not be worth that much once it's done and paying labor cost.

Commissioner Friend commented it just the neighborly thing to do.

Commissioner Barnes said it would be great for the school board and is just a good neighborly thing to do for our school system.

Robert Beck commented he agree with Commissioner Barnes that this was a very neighborly jester.

Helen Jorawski commented about the millage rate. Roll back some taxes that are applied to citizens utilities bills in lieu of the millage rate.

| On Vote: | Friend | aye |
|---|---|---|
| | Barnes | aye |

     DEF'S EX 53_102

**City Commission Meeting Minutes August 22, 2017**
**Page 8**

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | nay | |
| Anderson | aye | Motion passed: 4-1 |

**Item#18A.   Approval of amended and restated least agreement for 817 Ohio Ave. with Roman Nations, M.D. of Nations's Best Family Health Care, PLLC for three years.**   This item was moved from the consent agenda to Item #18A.  Commissioner Russell stated his concerns about rate of which we are allowing Dr. Nations to lease the building.  He stated that most medical offices are leased at $16 per square feet for the first floor and feels this lease amount should be higher to meet the going rate of medical facilities.  He also was concerned about the City being in the landlord business and should not be.

The City Attorney gave history on how the building was leased out.  Bay medical gave the building to the City.

Commissioner Russell stated the building could be used by the City or we could sell it.
City Manager said if he does vacate, he would love to utilize it for the City for office space. But he could go back and n

> Commissioner Friend:  To table the discussion and have the City Manager renegotiate and or bring back to the Commission options once he has met with Dr. Nations.  We will lease on a month-to-month until then.
> Second to the motion:  Commissioner Russell.

| | | | |
|---|---|---|---|
| On Vote: | Friend | aye | |
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #19.   Public Comments:**

Robert Beck thank the Mayor for doing her homework and asks the Commission to revisit golf carts on the Bailey Bridge.

Commissioner Russell stated he was one of the biggest proponents of golf carts being in the City, but he has been consistent in his reasoning for not allowing golf carts on the bridge; it is strictly for safety reasons.  He does not want someone to get hurt.

Fred Strickland stated that no one has come up with a concrete safety reasons in regards to golf carts on the bridge.  All quotes in the News Herald were "I think" or "I feel"

Robert Gutknecht stated several items he has issues: Ordinance protection of squirrels, Occupational licenses in the municipal code and requested a workshop on occupational licenses for municipal code.  He is not in favor of stop signs as a speed control device.

Commissioner Friend said he would ask Mr. White to look into the licenses.

Vickie Cook spoke about bicycles being a bigger hazard than golf carts on the Bailey Bridge.

Bob Gardner explained his concerns about the Commission denying golf carts on bridge and question if a citizen was on the Bailey Bridge would he be breaking the law?

Rob Jackson stated you could be cited for something for having a golf cart on the bridge.

Jeri Deal asked Commissioners to speak up and say the reasons why they won't allow golf carts on the bridge.

Commissioner Russell restated his reason is strictly safety reasons.

 DEF'S EX 53_103

**City Commission Meeting Minutes August 22, 2017**
**Page 9**

Commissioner Friend said he just could not support it.
Fred Strickland asked that the Commission state their safety concerns.  He feels he has a right to access the bridge just like anyone else.
Robert Beck asked would the crossover bridge at Mowat Middle School still be available?
Mayor Anderson stated it will be moved to the other side of Mowat Ave.

**Item #22.   Adjourned:**  There was no further business to discuss and the meeting was adjourned at 7:35 P.M.

**APPROVED THIS** _____13th_____ **DAY OF** ___September___ **2017.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

City Commission Meeting Minutes August 29, 2017
Page 1

**SPECAIL CITY COMMISSION MEETING MINUTES**
**TUESDAY, AUGUST 29, 2017 – 4:00 P.M.**

**Present:**     Margo Deal Anderson, Mayor
              Rodney Friend, Mayor Pro Tem/Commissioner (by phone)
              Antonius G. Barnes, Commissioner
              Dan Russell, Commissioner,
              Judy Tinder, Commissioner
              Michael E. White, City Manager
              Nick Ben sat in for Robert C. Jackson, City Attorney
              Officer Mike Williams

Mayor Anderson called the meeting to order Leon Miller gave the Invocation the Pledge of Allegiance followed.

Mayor Anderson asked for a motion to approve Commissioner's Friend's participation by phone or absence from the meeting.

              Commissioner Barnes:  Approve as presented.
              Second to the motion:  Commissioner Russell.
On Vote:      Barnes           aye
              Russell          aye
              Tinder           aye
              Anderson         aye              Motion passed:  4-0

**Item # 3:  Approval to change the City Commission Meeting from Tuesday, September 12, 2017 at 4:00 PM to Monday, September 11, 2017 at 5:01 PM. Preceding the Commission meeting will be a 3:30 PM  FY 17/18 Budget Workshop and CRA meeting at 4:30 PM .**

              Commissioner Barnes:  Approve as presented.
              Second to the motion:  Commissioner Russell.
On Vote:      Barnes           aye
              Russell          aye
              Tinder           aye
              Anderson         aye              Motion passed:  4-0

**Item #4:  Discussion and action to approve the new Insurance Broker's group insurance plans and rates for employer/employee contribution levels.**

The City Manager gave background information on the insurance RFQ.  He stated that the Commission approved Abentras as the City's brokerage service provider for group health, dental and life.  He stated that he asked Abentras Co- Owner and president Owen Wingate to present to the Commission the insurance rates and plans for the City.
Mr. Wingate introduced himelf and his brother VP, West Wingate.  He thanked the City for the opportunity to service Lynn Haven's employees.  Mr. Wingate explained the current plan that the City had under Stanford Insurance and the new proposed plan for the City employees.  He stated that the City was out of compliance in the 5302 plan but with the

**City Commission Meeting Minutes August 29, 2017**
**Page 2**

new plan the City would be in compliance. This compliance issue could have easily cost well over $250,000. Mr. Wingate presented Abentras' new options to the Commission along with rates and plans. He explained FSA (Flexible Spending Options) which gives employees the opportunity to plan for their medical cost throughout the year. He stated that the money for FSA would be available Oct. 1, 2017.

Mr. Wingate explained that the claims for the City were very high. 34 people went over the $5000 deductible.

Mr. Wingate explained that 108 employees had prescriptions filled and the majority of them were generic. He explained the reason the City's premiums are so high is because the City does not have a generic prescription only card under the 5302 plan. He stated just by changing this plan to generic prescription only the rates would be lower.

The City Manager spoke about the employee retention and recruitment. He stated it is hard to keep good employees and recruit the best because their insurance premiums for the City are so high. He said making these changes to the City's Health insurance plans would surely help with this issue.

Mr. White suggested raising the employer paid amount for the employees to 80% and 20% for the employees. He also suggested that the City pay at least $1000 of the employee's deductible.

Mr. Wingate went over the TeleMed services. This service would cover the employee and their family and drive down the cost of expensive emergency room visits or even doctor visits for minor illnesses. In his presentation Mr. Wingate put together four Alternate options for the Commission to compare to the current plans offered by Stanford insurance. Mr. Wingate explained each option and what each option would mean for the City and the employee.

Commissioner Russell asked does TeleMed cover family members? Mr. Wingate said yes.

Commissioner Tinder asked about the high cost for a family of four on the current City plan. She was concerned that most families could not afford the current plan.

Commissioner Friend commented on the FSA account. The employer can set the limit of the amount. Will employees have a minimum and a rollover amount?

Commissioner Russell said this would be another benefit for the employees. He also stated he would like to see the employer contribution be higher. He recommended the Commission considers option four from Mr. Wingate's presentation where the City would pay 95% on the 5302 plan and 80% on the 5773 plan.

Mayor Anderson asked would making these changes help make the City of Lynn Haven more competitive with other municipalities.

Several City employees commented on the proposed benefits. They were extremely happy to have insurance rates they could finally afford and be able to place their entire family on their insurance plans. They were also happy about many of the other services including Flexible spending, HRA, TeleMed services.

Mr. Wingate stated that next year Abentras will have a 6-month lead time to compare other insurance companies and plans.

Mr. White recommended that he go through each benefit with the Commission to make sure all the new benefits and rates that were presented and that the Commission understands and are all in agreement. Mr. White went through each one.

FSA: The Commission was in agreement with adding the Flexible Spending Account for the employees.

Medical: The Commission was in agreement that option Alternate four was the right plan for the City employees.

DEF'S EX 53_106

**City Commission Meeting Minutes August 29, 2017**
**Page 3**

Health Reimbursement Account:  Commissioner Russell recommended that the City go higher on the (HRA) Health Reimbursement Account for the employee's deductible.  5302 plan  the City would reimburse at half of the $5000 deductible after the employee has reached the first $2500 and then the City would reimburse the last  $2500 and 5773 plan the City would reimburse the employee half of the $2500 deductible once the employee has met $1250 of the deductible, the City would reimburse for the last $1250.

Group Dental:  The City would change from Florida Blue Combine to Metlife.  The City would keep the same plan but have a different carrier.  Metlife will allow $1500 maximum spend as oppose to a $1000 on the current plan.  The Commission was in agreement.

Group Vision:  The Commission was in agreement for employees to have the option to buy their Vision Plan through Metlife.

Group Life:  Commissioners Russell, Tinder, Barnes and Mayor Anderson were in agreement to keep and continue to pay for the employee's Life Insurance. Under the new plan the employee life insurance will increase to $50,000 instead of $25,000 in the current plan.  Commissioner Friend was in favor of staying at the $25,000.

Supplemental Life Insurance:  The Commission was in agreement to add this voluntary benefit at the expense of the employee.

Long Term Disability: The Commission was in agreement to pay for Long Term Disability for the City employees.  The cost would be $3184 per month.

TeleMed Services:  The Commission was in agreement to pay $3.50 for all employees use of the TeleMed Services.  After the recap, Mayor Anderson asked for a motion.

> Commissioner Barnes:  To accept the City Manager's recommendation with all of the following benefits for the City employees, FSA, Medical Plan Alternate Option #4 5302 plan the City pays 95% and 5773 plan the City pays 80%, Health Reimbursement Account(HRA) where the City will pay half of each plan's deductible, Metlife Dental Plan, Metlife Vision Plan, Life Insurance at $50,000, Long Term Disability, and TeleMed Service.
> Second to the motion:  Commissioner Russell.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |
| | Friend | aye | |

**Item #5.   Public Comments:  None**

**Item #6.    Adjourned:__** There was no further business to discuss and the meeting was adjourned at 5:46. P.M.

**City Commission Meeting Minutes August 29, 2017**
**Page 4**

APPROVED THIS_____13th_____DAY OF __September__2017.

_____
Marge Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 53_108

City Commission Meeting Minutes September 11, 2017
Page 1

**The Lynn Haven City Commission held the General Fund and Enterprise FY 17/18
budget workshop Monday, September 11, 2017 at 3:30 p.m. in The Chambers, 108 E. 9th
Street. The public was invited to attend.**

### CITY COMMISSION MEETING MINUTES
### TUESDAY, SEPTEMBER 11, 2017 – 5:01 P.M.

**Present:**     Margo Deal Anderson, Mayor
                 Rodney Friend, Mayor Pro Tem/Commissioner
                 Antonius G. Barnes, Commissioner
                 Dan Russell, Commissioner
                 Judy Tinder, Commissioner
                 Michael E. White, City Manager
                 Robert C. Jackson, City Attorney
                 Officer Mike Williams

Mayor Anderson called the meeting to order Commissioner Rodney Friend gave the
Invocation the Pledge of Allegiance followed.

**Item #3. PUBLIC HEARING OPENED: 5:15 p.m.**
A.       **Tentative Millage Rate for 2017 Tax Roll:** City Manager White stated for the purpose
of funding apportion of the FY2017/2018 General Fund Budget a millage rate of 3.9% is
proposed. City Manager White read Resolution 2017-09-690 by title only.

             Motion by Commissioner Barnes:  To approve as presented.
             Second to the Motion:  Commissioner Russell.
On Vote:     Barnes
             Russell
             Tinder
             Friend
             Anderson                    Motion passed:  5-0

**B.      Tentative General Fund & Enterprise Fund Budget for FY 2017-2018**
Resolution 2017-09-691, tentative General Fund Budget Enterprise Fund Budgets for FY 2017-
2018 was read by title only.

             Motion by Commissioner Friend:  To approve as presented.
             Second to the Motion:  Commissioner Russell.

Janet Walker inquired about budget items to include FICA and Medicare benefits amount for the
Commission, 519 Administrative Support Services the Capital Outlay.
Deputy Finance Director said that the FICA numbers are for the Commissioners/Mayor salaries
who should be paid through payroll.
City Attorney Rob Jackson was in disagreement with this stating there should not be a FICA
amount deducted. The Commissioners don't draw a salary and before this is done he asked the
Deputy Finance Director to check with the City auditors. He stated the Commissioners received
1099 forms; it is a stipend and not a payroll check.
City Manager White explained that Administrative Support Services includes grants/ contracts,
deputy clerk, purchasing, and other items that pertain to that department so that the City can track
all departments appropriately and the Capital Outlay question; it includes the half cents surtax and

**City Commission Meeting Minutes September 11, 2017**
**Page 2**

most of that money will be rolled over into the next fiscal year.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

After audience participation the **PUBLIC HEARING was**        **closed at 5:24 p.m.**

**Item #4.  PUBLIC HEARING OPENED:  5:24 p.m.**
**A.       Tentative Community Redevelopment Agency Budget for FY2017-2018:**  Resolution 2017-09-692, tentative CRA Budget for FY 2017-2018 was read by title only.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the Motion:  Commissioner Friend.

Rich Walker inquired about budget items to include more funds for the CRA and was concerned that he did not see any income coming in.
Mayor Anderson stated there are still some county and state resolutions that have been approved upon.  We cannot move forward until some of those issues have been resolved.  But this board is very adamant about the CRA for the City of Lynn Haven.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

After audience participation the **PUBLIC HEARING was**        **closed at 5:28 p.m.**

**Item #5.        Mayor's Report:**  Mayor Anderson recapped the closing of the Fuel Depot and stated it was a great day.  The Mayor spoke at the Lynn Haven Masonic Lodge during their monthly dinner about what is happening in Lynn Haven, she received an invitation to speak to the Libertarian Party of Bay County.  She stated she would discuss Item #22 the temporary moratorium that was passed by the Commission further in the agenda.

**Item #6.        Commissioner's Report:**  Commissioner Russell stated he attended the City's tailgate party and it was lots of fun, he also attended the City's Health Insurance Open Enrollment and commended the Commission for choosing the right company. Abentras interacted very well with everyone and they did a great job.  He thanked the Commission for supporting this new health insurance vendor and benefits.
Commissioner Tinder had several residents contact her about trimming trees, one citizen contacted her about an abandoned car, a citizen of the Country Club inquired about the City paving and putting in sidewalks, citizens' complaints about people dumping personal items into business dumpsters that businesses pay for, she stressed this is becoming a real issue.
Commissioner Barnes also attended the City's health insurance open enrollment and complimented the professionalism of Abentras.
Commissioner Friend commented on the Fuel Depot celebration, he complimented the Mayor and staff on a great job for the event, he also attended the City's tailgate party, the health insurance open enrollment and he helped staff fill sandbags to prepare for Hurricane Irma.

                    DEF'S EX 53_110

**City Commission Meeting Minutes September 11, 2017**
**Page 3**

**Item #7.          City Manager's Report:**  City Manager White gave recognition to Leisure Services employee, Ray Cochran as the Employee of the month.  Ray helped save a person who was hanging from a roof.  Maria Stout-Tate presented Ray with a plaque and check.  He stated that he has received the County permit for Golf Cart crossing for Mosely Drive & Hwy. 389, Iowa Ave. & Hwy. 389 and Illinois Ave. & Hwy. 389.  The speed limit on Mosely Drive will be lowered to 25 MPH.  He commented on the City's Partnership with The ARC of the Bay on the Job Training Program.  We will have two individuals that will participate in the OJT program and work at the City.  He asked that the City donate the items from the acquisition of the property at 710 Kentucky Ave. to The ARC of the Bay for their renovations on Alabama Ave.  The items left in the house would be otherwise thrown away. This is a grant project through FEMA and we cannot sell any of the items, but they can be donated.  He asked for a vote from the Commission to approve this request.

|             | Motion by Commissioner Barnes:  To approve as presented. |     |                     |
|-------------|----------------------------------------------------------|-----|---------------------|
|             | Second to the Motion:  Commissioner Russell. |     |                     |
| On Vote:    | Barnes                                                    | aye |                     |
|             | Friend                                                   | aye |                     |
|             | Tinder                                                   | aye |                     |
|             | Russell                                                  | aye |                     |
|             | Anderson                                                 | aye | Motion passed:  5-0 |

City Manager White referenced the car titles he had in hand for the Bay County School Board for the two (2) surplus Crown Victoria Police Cruisers. No representatives were present, but noted the City would not have to strip them.   Mr. White asked the Commission to vote on the appointment of Mr. Jim Frishkorn as Commissioner Russell nominee to the Infrastructure Tax Oversight Committee.  He will replace Mr. Charlie Commander who was Commissioner's Schad appointment.  According to Resolution #2017-02-673 "each City Commissioner having the right to nominate one member.  Each member shall serve a three-year term and at the pleasure of the Commissioner who nominated the member.  No member shall serve more than two consecutive terms."
Commissioner Russell commented that he spoke with Mr. Commander and he is aware of what he is doing, Commissioner Russell stated that Mr. Frishkorn is his neighbor, spoke about his qualifications and said he would be an outstanding member.

|             | Motion by Commissioner Friend:  To approve as presented. |     |                     |
|-------------|----------------------------------------------------------|-----|---------------------|
|             | Second to the Motion:  Commissioner Russell. |     |                     |
| On Vote:    | Friend                                                   | aye |                     |
|             | Russell                                                  | aye |                     |
|             | Tinder                                                   | aye |                     |
|             | Barnes                                                   | aye |                     |
|             | Anderson                                                 | aye | Motion passed:  5-0 |

City Manager White asked the City Commission to make a decision on the meeting dates November 28, 2017 and December 26, 2017 during the holidays.

|             | Motion by Commissioner Barnes:  To cancel Commission Meeting dates for |     |
|-------------|------------------------------------------------------------------------|-----|
|             | November 28, 2017 and December 26, 2017. |     |
|             | Second to the Motion:  Commissioner Russell. |     |
| On Vote:    | Barnes                                                                 | aye |
|             | Russell                                                                | aye |
|             | Tinder                                                                 | aye |

**City Commission Meeting Minutes September 11, 2017**
**Page 4**

|  | | |
|---|---|---|
| Barnes | aye | |
| Anderson | aye | Motion passed:  5-0 |

City Manager White gave an update on the half cent sales tax project.  He displayed photos of some of streets being paved.  The City currently has four contractors working, waterlines are being laid and several streets have been paved to include 19th Street, Vermont Ave., Rhode Island and Massachusetts; he is hearing positive results from the Lynn Haven Citizens.

**Item #8.** _____ **City Attorney's Report:** No report

**CONSENT AGENDA:**
**Item #9.** _____ **Minutes:  8/22/2017 – Regular Meeting, 8/29/2017 – Special Commission Meeting.**

**Item #10.** _____ **Approval of Hwy 77 as Mosely High School 2017 Homecoming Parade Route.**

**Item #11.** _____ **Request from the Supervisor of Elections, Mark Andersen to hold Early Voting at the Lynn Haven City Hall Annex (City Chambers):.**  Primary Voting is August 18th - 25th, 2018.  General Election: October 27th – November 3rd, 2018.

**Item #12.** _____ **Request from the Supervisor of Elections, Mark Andersen to hold Election Day polling at the Lynn Haven City Hall Annex (City Chambers):**
Primary Voting:  August 28, 2018.  General Election Day:  November 6, 2018.

|  |  | |
|---|---|---|
| | Motion by Commissioner Barnes:   To approve the consent agenda items as presented. | |
| | Second to the Motion:  Commissioner Russell. | |
| On Vote: | Barnes | aye |
| | Russell | aye |
| | Tinder | aye |
| | Friend | aye |
| | Anderson | aye |  Motion passed:  5-0 |

**OLD BUSINESS:**
**Item #13.** _____ **Update on the negotiations for the amended and restated lease Agreement for 817 Ohio Ave. with Roman Nations, M.D. of Nations's Best Family Health Care, PLLC for three years:**  City Manager White stated he and CRA Director Ben Janke met with Dr. Nations.  After much discussion on the lease agreement and the value of the building's leasing price, it was decided that the City would take the property back and use the property for more services and office space for the City.  City Manager White stated that he gave Dr. Nations a 6-month timeframe to vacate the building.  No renewal lease was signed and during the six months Dr. Nations is in the building it will be on a month-to-month lease agreement.

|  |  | |
|---|---|---|
| | Motion by Commissioner Barnes:   To approve the City Manager's recommendation not to renew Dr. Nations lease agreement, with a six-month timeframe to vacate the building. | |
| | Second to the Motion:  Commissioner Russell. | |
| On Vote: | Barnes | aye |
| | Russell | aye |



City Commission Meeting Minutes September 11, 2017
Page 5

| Tinder | aye |
| Friend | aye |
| Anderson | aye | Motion passed:  5-0 |

**NEW BUSINESS:**
**Item #14.** **Discussion and possible action regarding approval of a Development Order for Lynn Haven Bayou Park and Preserve.** *(quasi-judicial hearing):* City Attorney Rob Jackson stated that this a quasi-judicial hearing and all affected parties were sworn in by the City Attorney.  City Planner Amanda Richard was sworn in by the City Attorney.  There was no ex-parte communication by the Mayor/Commission. The applicant is requesting a Development Order Approval to construct a recreation park.
The City Planner gave background information on the Development Order for parcel # 08710-025-000.  The land use is recreation open space with 97.83 acres funded with BP money.  There will be a fishing park, walking trails, a fitness park, pavilions and other recreation activities.  This will be a passive recreation and ecofriendly park.  She stated once this is finished it will be donated to the City with maintenance for ten years.  The City Planner stated that the area can be accessed through 2321 and eventually off of Hwy. 390.  Attorney Jackson stated there are some issues with the deeds. He recommended that the City conditionally approve this request pending the deed issues are resolved.  Mayor Anderson said Deer Point Elementary has had a lot of input on the project and they are very excited about this park.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the Motion:  Commissioner Friend.

Rich Walker commented about the access to the park and taxpayers carrying the burden of this property.   Commissioner Russell stated taxpayer money is not funding this property it is the Triumph Funds that are paying for this.
Mayor Anderson stated this is a great opportunity for the City with very little upkeep.
Mayor Anderson stated the long-term benefits of this park will be tremendous.  There are other accesses to the park and it will be a great partnership with Bay District Schools.   The infrastructure in ten years won't deteriorate because of the rustic nature of this park.
City Planner Amanda Richard stated that the Planning Board voted to approve this project.

| On Vote: | Friend | aye |
| | Russell | aye |
| | Tinder | aye |
| | Barnes | aye |
| | Anderson | aye | Motion passed:  5-0 |

**Item #15.** **Discussion and possible action regarding approval of a Development Order for Kalo Plaza – Mini Strip Mall.** *(quasi-judicial hearing):* The applicant is requesting a Development Order approval to construct a mini-strip mall with eateries, businesses and retail shops. City Planner Amanda Richard gave background and structural information of the businesses.  Parcel #11667-285-002 and the land use is commercial.  The applicant wants to construct a three-unit mini-mall with 5,500 sq. ft.  Commissioner Russell asked if there would be enough parking? Chris Forehand stated yes there would be sufficient parking.  Commissioner stated this would be a good addition to the City of Lynn Haven. City Attorney recommended that authorization to move forth should be on hold until the signature of the owner is acquired. The owner's name is not the same name that is signed on the agreement.   Janet Walker agreed that the structures would be pleasing to the eye, and asked would the buildings face Hwy. 77?  City

**City Commission Meeting Minutes September 11, 2017**
**Page 6**

Planner explained how traffic would enter into the mall. Rich Walker had concerns about the traffic study and inquired about had this been figured into the Walmart area. The City Planner stated yes.

Motion by Commissioner Russell: To approve the Development Order pending the corrections on the application.
Second to the Motion: Commissioner Friend.

| On Vote: | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Anderson | aye | Motion passed: 5-0 |

This was quasi-judicial hearing and all affected parties were sworn in by the City Attorney. There was no ex-parte communication by the Mayor/Commission.

**Item #16.**      **Discussion and possible approval of the City's participation and contribution to the Bay County Transportation Disadvantage Program, "curb-to-curb" demand response service in the amount of $7,221.57:** City Manager White explained it is a program that the County initiated that will help with the transportation needs of the elderly/respite care/dialysis patients and underprivileged citizens of Lynn Haven. The amount requested is the cost for the City of Lynn Haven to participate in this program for its citizens. Commissioner Russell wanted to make sure we could afford it and that it was in the budget.

Motion by Commissioner Friend: To approve the request as presented.
Second to the Motion: Commissioner Barnes.

| On Vote: | | |
|---|---|---|
| Friend | aye | |
| Barnes | aye | |
| Tinder | aye | |
| Friend | aye | |
| Anderson | aye | Motion passed: 5-0 |

**Item #17.**      **Resolution 2017-09-693, revising stormwater fees:** Resolution 2017-09-693 was read by City Manager White by title only. Recommendation to raise the storm water rates by the greater of the general CPI or 1.9%. The general CPI is 1%. Therefore, the recommendation was to increase storm water rates by 1.9%.

Motion by Commissioner Barnes: To approve as presented.
Second to the Motion: Commissioner Russell.

Commissioner Friend commented that he does not look forward to raising rates for the citizens of Lynn Haven. He looks forward to a new study so that the City can get this under control. Commissioner Tinder asked if this is a revised rate or a rate increase and who is paying for this? Rich Walker stated the citizens will pick up the burden of the increase and stated his disagreement with the rates increasing.

| On Vote: | | |
|---|---|---|
| Barnes | aye | |
| Russell | aye | |
| Tinder | nay | |
| Friend | aye | |
| Anderson | aye | Motion passed: 4-1 |

DEF'S EX 53_114

City Commission Meeting Minutes September 11, 2017
Page 7

**Item #18.        Resolution 2017-09-694, revising water fees:**  Resolution 2017-09-694 was read by City Manager White by title only a resolution amending rates and charges for residential and commercial water system; providing for an effective date. A 3.9% increase was recommended in the existing water rate structure.

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the Motion:  Commissioner Russell.

Mayor Anderson asked that the City Manager explain why the rates must increase. Commissioner Barnes asked if he could give some background on the Burton & Associates Study and why rates had to increase.  Commissioner Barnes stated in the past water rates continued to climb into the double digits.  The Commission decided to get a study done so that consumers would not have to come out of their pockets each year because of large rate increases. The study helped balanced the increase out.   He recommended that the City keeps following the CPI so that everyone is pretty much paying the same thing, or rates will continue to rise back into the double digits.

Mayor Anderson commented that she respects the intent behind the Burton Study, but storm water has been a neglected issue.  She suggested having a little more discussion and time before the Commission moves forward to adopt resolutions.

Commissioner Barnes asked that Burton & Associates be invited to come out and give an in-depth view of the rate study.

Motion withdrawn by Commissioner Barnes.
Second withdrawn by Commissioner Russell.

> Motion by Commissioner Friend:   To table the Items 18, 19, and 20 of the agenda until the last Commission meeting in September so that the public can hear from Burton & Associates.
> Second to the Motion: Commissioner Barnes.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #19.       Resolution 2017-09-695, revising wastewater fees.  No action tabled.**

**Item #20.       Resolution 2017-09-696, revising solid waste fees.  No action tabled.**

**Item #21.       Discussion and possible action for a non-city sponsored event requesting  barricades and trashcans for a Christmas Craft Show from 8 am – 4 pm on November 4,  2017. Streets would be blocked from Florida Ave. and 9th Street:**
Commissioner Tinder stated that this is a request to host the event.  She stated the City will not incur any cost for this event, but the space is needed on Florida and 9th  Street down to the Doctor's office.  She asked for the City to supply some trash cans and have patrol officers to man the crowds.  There will be different vendors , arts and crafts and the event will be a lot of fun.

> Motion by Commissioner Tinder:  To approve the request as presented.
> Second to the Motion:  Commissioner Barnes.

| On Vote: | Tinder | aye |
|---|---|---|

**City Commission Meeting Minutes September 11, 2017**
**Page 8**

| | | |
|---|---|---|
| Barnes | aye | |
| Russell | aye | |
| Friend | aye | |
| Anderson | aye | Motion passed:  5-0 |

**Item #22.     Discussion about the medical marijuana dispensaries. Ordinance #1026 was passed by the Commission on Jan. 10, 2017 establishing a temporary Moratorium:** Mayor Anderson gave some background information on the temporary Moratorium, Ordinance #1026 that was passed by the Commission on Jan. 10, 2016.  The Moratorium expired August 15, 2017.  There are several cities in Florida that have adopted medical marijuana dispensaries.  Mayor Anderson also gave some information as to how other municipalities are handling medical marijuana rules, regulations, and those using and selling it.  She stated the citizens of Lynn Haven voted in favor of having marijuana dispensaries. 62.9% from Precinct 18, and 68.63% from Precinct 19.  The Mayor stated The City has two options as to how to operate; the City can take no action, or the City can ban them outright.  These dispensaries are very nice, they look like jewelry stores and have a very high-end look, everything is regulated and sales are strictly cash.  It is still against federal law and is still considered a Federal One Drug, doctors cannot write prescriptions and it is very difficult to get a marijuana patient card.  Previous White House Administration had a hands off approach; the current White House Administration has not yet made it clear.  Mayor Anderson stated that the Commission is here to represent the will of the people.  There are lists of dispensaries that can be used; the closest is Pensacola, FL.  In the future, whatever the Commission decides to do, consideration will need to be given to The City's policy concerning an employee who becomes ill and has to use the dispensaries, how will that be handled?  If employee were to be tested, this drug would show up in there results.

City Attorney Rob Jackson stated the voters approved it in November.  Legislatures passed rules, these rules preempts cities and counties.  The only thing cities can do is either band them outright or regulate them.  The state rules are pretty strict.  The moratorium has expired, it is at the pleasure of the Commission to ban or regulate but with this comes an ordinance.

Commissioner Russell asked are there restrictions on what they can sell.

Mayor Anderson stated yes and that marijuana cannot be smoked but it can be vaped and you must have a medical card.

City Attorney Jacksons said there are restrictions as to where you can use them.

| | | | |
|---|---|---|---|
| | Motion by Commissioner Friend:  To draw up an ordinance to incorporate the dispensaries' as another pharmacy. | | |
| | Second to the Motion:  Commissioner Barnes. | | |
| On Vote: | Friend | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #23.     Public Commentary:** Amanda Richard commented on the City Manager's handling of Hurricane Irma.  He did an outstanding job and the City was very prepared.

**Item #24.     Adjourn:** There was no further business to discuss and the meeting was adjourned at 6:44. P.M.

**City Commission Meeting Minutes September 11, 2017**
**Page 9**

APPROVED THIS _____26th_____ DAY OF _September_ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

City Commission Meeting Minutes September 26, 2017
Page 1

**The Lynn Haven City Commission held the General Fund and Enterprise FY 17/18 budget workshop and the Traffic Calming Policy Workshop, Tuesday, September 26, 2017 at 4:00 p.m. in The Chambers, 108 E. 9th Street. The public was invited to attend.**

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, SEPTEMBER 26, 2017 – 6:00 P.M.**

Present:      Margo Deal Anderson, Mayor
              Rodney Friend, Mayor Pro Tem/Commissioner
              Antonius G. Barnes, Commissioner
              Dan Russell, Commissioner
              Judy Tinder, Commissioner
              Michael E. White, City Manager
              Robert C. Jackson, City Attorney
              Officer Mike Williams

Mayor Anderson called the meeting to order Mr. Leon Miller gave the Invocation the Pledge of Allegiance followed.

**Item #3. PUBLIC HEARING OPENED: 6:03 p.m.**
**A.      Proposed Millage Rate for 2017 Tax Roll:**  City Manager White stated for the purpose of funding of the FY2017/2018 General Fund Budget a millage rate of 3.9% is proposed.  City Manager commented that the increase millage rate is .74% higher of what it was if we did rollback the rate.  Recommendation to leave it at 3.9%. The actual pricing of homes have gone up. City Manager White read Resolution 2017-09-697 by title only.
City Attorney stated the percentage of which the millage exceeds the rollback rate is 3.8713 which is 0.74 percent.
Public Comments:
Rich Walker is this an increase? City Manager said it is an increase but the Ad Valorem rate stays the same.
Mr. Walker asked what it was last year?
City Manager White said 3.9%
Bob Schultz wanted clarification on the millage rate.

              Motion by Commissioner Russell:  To approve as presented.
              Second to the Motion:  Commissioner Barnes.
On Vote:      Russell
              Barnes
              Tinder
              Friend
              Anderson                    Motion passed:  5-0

**This resolution was adopted at 6:08 PM.**

B.      Proposed **General Fund & Enterprise Fund Budget for FY 2017-2018**
City Manager white pointed out some of the changes to the budget but stated this budget is a living document.  Resolution 2017-09-698, proposed General Fund Budget and Enterprise Fund Budgets for FY 2017-2018 was read by title only by City Manager White.  Mr. White made comments to the changes in the budget and was pleased about the technology that will take place for the City and the services for the citizens of Lynn Haven.

**City Commission Meeting Minutes September 26, 2017**
**Page 2**

Public Comments:
Janet Walker inquired about Pg. 18 of the budget, Splash Pad contributions, are they from the community?
Mayor Anderson responded yes those were donations she collected and people can still donate if they would like to do so through the GoFund Me account.
Janet Walker inquired about Pg. 18, PY what does this mean? Past year. She also stated her dissagreement as to how the raises for the Commissioners were placed into the budget. It should have been a line item for the public to see.
Rich Walker inquired about the Splash pads being in the budget. The GoFund Me is it a 501C3?
Mayor Anderson stated every step of the splash pad has gone through the City,
Commissioner Russell stated the money was there for the Splash Park. He also commented that one of the reasons the Commission is working so well together is because the board is building better relationships with each other.
Bob Schultz also commented on the raises for the Commissioners. Has the Commission doubled their salary?
Mayor stated it is not a salary. It is a stipend. She stated the Commissioners spends a lot of time and money representing the City of Lynn Haven. She feels that they give back more than what is in the stipend. The Mayor said she is very accessible to the public working at least 40 hours a week and so do the Commissioners. She stated Lynn Haven is the second largest city in Bay County but are the lowest paid compared to the other cities in the County. If the City wants good leadership in the future, you must pay them. Mayor Anderson read salaries of several different municipalities in Bay County. Commissioners spend a lot of money and we should compensate them for their time. She stated she does not apologize for this raise.
Bob Schultz  stated that the Mayor campaigned on salaries.
Mayor Anderson she campaigned on ten employees at the City making $1.2 million dollars, stormwater issues and still stand behind her word on high salaries that the City was paying out.
Mr. Schultz commented more on the salaries of the Commissioners.
Public Comments:
Dr. Grace Devine stated she was also opposed to the Commissioners raises.

> Motion by Commissioner Tinder to table the raises for the Commissioners/Mayor
> until we get in line with our Ordinance and charter language.

Motion failed due to the lack of a second.

> Motion by Commissioner Barnes:  Proposed General Fund & Enterprise Fund
> Budget for FY 2017-2018.
> Second to the Motion:  Commissioner Russell.

| On Vote: | | | |
|---|---|---|---|
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | nay | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  4-1 |

**This resolution was adopted at 6:25 PM.**

After audience participation the **PUBLIC HEARING was closed at 6:25 p.m.**

**Item #4.  PUBLIC HEARING OPENED:  6:25 p.m.**

**City Commission Meeting Minutes September 26, 2017**
**Page 3**

**A.      Proposed Community Redevelopment Agency Budget for FY2017-2018:**   City
Manager read Resolution 2017-09-699, proposed CRA Budget for FY 2017-2018 was read by title
only.

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Russell: To approve as presented. | | |
|  | Second to the Motion: Commissioner Barnes. | | |
| On Vote: | Russell | aye | |
|  | Friend | aye | |
|  | Tinder | nay | |
|  | Barnes | aye | |
|  | Anderson | aye | Motion passed:  4-1 |

**This resolution was adopted at 6:27 p.m.**

After audience participation the **PUBLIC HEARING was closed at 6:28 p.m.**

**Item #5.          Mayor's Report:**  Mayor Anderson reported on the Hurricane Irma Relief event.
Two semi-truck loads of supplies were filled.  She was proud to be a part of the event and a part of
Lynn Haven.  They were on the radio with Dr. Shane.  She thanked the police department and the
fire department for tirelessly volunteering and helping load all of those items.  The trucks went to
two cities in Florida.  She spoke at the Bay County Libertarian Party.  She has been riding her
bicycle throughout Lynn Haven and have met so many people.  Paving is coming along very well
people are really happy about the smell of asphalt, and she also met with Senator George Gainer
on some initiatives for the City of Lynn Haven.  The traffic calming policy workshop went well
and the policy is progressing.  The Commission will have one more meeting to complete the traffic
calming policy.

**Item #6.          Commissioner's Report:**  Commissioner Russell stated many times he says "no
report" although he has done many things for the citizens of Lynn Haven.  He will now report those
activities.  Citizens are concerned that we don't have an AED Machine at the Rec Center.  He met
with the City Manager and City Engineer, answered complaints about speed bumps back on
Connecticut and the decrease speed limit on Mosley Drive.  He asked that we consider having a
policy to reduce speed instead of just doing it.  He is learning more about what the departments of
the City and what they are doing.  Wal-Mart donated 1630 pounds of dog food, 580 pounds of cat
food, 188 cans of cat food, 590 pounds of cat litter, 60 pounds of bird food and much more.  Please
tell Walmart thank you if you see a manager.  Police department answered 2572 calls and 188
incidents by the Fire Department, Streets and Utilities 279 work orders, answers a tremendous
amount of calls daily.  He also stated that there was a comment made about the City Manager salary,
if you don't think he earns it, come spend a day with him.
Commissioner Tinder reported on the debris issue in the Country Club, she met with a resident on
Colorado Ave. regarding easement, residents are smelling chicken and burning trash, which has
been turned over to the code enforcement.  She reminded everyone about Crusin event and the big
Craft and Arts show on Florida Ave., There will be no alcoholic beverages.
Commissioner Barnes spoke about the passing of former Commissioner Harold Haynes.  He was a
great man.  He was responsible for getting the crosswalk near Mowat Middle School.  If it was not
for him, kids would not have the opportunity to be safe.  He asked the Commission for a motion to
name the crosswalk on Hwy 390 on Mowat School Drive to "Harold Haynes Memorial Crosswalk."

|  |  |
|---|---|
|  | Motion by Commissioner Friend:  To name the crosswalk off of Hwy 390 and |
|  | Mowat School Drive to the "Harold Haynes Memorial Crosswalk." |
|  | Second to the Motion:  Commissioner Russell. |

City Commission Meeting Minutes September 26, 2017
Page 4

Leon Miller questioned had we gotten the approval from the State of Florida.
Commissioner Barnes stated he would make sure this happen.

On Vote:      Friend            aye
              Russell           aye
              Tinder            aye
              Barnes            aye
              Anderson          aye          Motion passed:  5-0

Commissioner Barnes gave big kudos for the work that they do.
Commissioner Friend attended the TPO Advisory Sub Committee; they selected a firm for the Trolley on Oct. 26.
Mayor Anderson read the A.    Proclamation For Diaper Need Awareness Week to the Junior League of Bay County.  Christy Rodgers and Casey Lathem received the proclamation.

**Item #7.          City Manager's Report:**  The City Manager thanked the Fire Chief and Police Chief for their help in loading the trucks for the Hurricane victims.  City Manager spoke on the City's Partnership with The ARC of the Bay on the Job Training Program and what a tremendous asset the two employees have been.  He and CRA Director Ben Janke have started a Key Account program visiting businesses in the City.  The half cents sales project is going very well.   Crusin-In, 5-8 Saturday, we need the public's feedback and Blood Drive at Sheffield Park Oct. 10 and 17 from 10 am – 5 pm for the hurricane victims.

**Item #8.      City Attorney's Report:**  No report

**CONSENT AGENDA:**
**Item #9.       Minutes:  9/11/2017 – Regular Meeting**

              Motion by Commissioner Barnes:  To approve the consent agenda items as presented.
              Second to the Motion:  Commissioner Friend.
On Vote:      Barnes            aye
              Russell           aye
              Tinder            aye
              Friend            aye
              Anderson          aye          Motion passed:  5-0

**OLD BUSINESS:**
**Item #10.       Resolution 2017-09-694, revising water fees:**  Mayor Anderson gave an update from the budget workshop on the proposed fee changes .  She stated Mike Burton will perform a rate study for the City  and it will be finished in 60-90 days.  She stated the City Manager will read all the resolutions by title and give his thoughts on how to proceed.

**11.      Resolution 2017-09-695, revising wastewater fees:.**   City Manager White read the resolution by title only.

**12.      Resolution 2017-09-696, revising solid waste fees:**  City Manager White read the resolution by title only.  City Manager White stated that the stormwater fees will increase by seven cents.  He gave considerable thought about the rate increase, but feels the right thing to do is to recommend  that  the resolutions  not  be  passed  until  he  can  bring  to  the  Commission   more

**City Commission Meeting Minutes September 26, 2017**
**Page 5**

quantifiable numbers after the rate study that Mike Burton will do.

> Motion by Commissioner Friend: To table resolutions, 2017-09-694, 2017-09-695, and 2017-09-696.
> Second to the Motion: Commissioner Barnes.

Commissioner Russell asked would the current rates stay the same until the rate study comes back.
City Manager White stated yes the same rates except for the stormwater of seven cents per month.
Commissioner Russell will treat Mr. Burton's Company as a professional service or will this study be a RFQ?
Public Comments:
Janet Walker stated there were some mistakes in the resolutions.
Mr. Freeman thank the Commission for tabling these items but to look at something for seniors who may not afford the rate increase.
Mayor Anderson thanked him for his comments. If passed it would be $3.47.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**NEW BUSINESS:**
**Item #13.        Discussion and possible action for the approval of the preliminary plat for the Andrew's Plantation Subdivision.** *(quasi-judicial hearing):* Attorney Rob Jackson stated that items #13 and #14 are quasi-judicial hearings and all affected parties were sworn in by the City Attorney. City Planner Amanda Richard was sworn in by the City Attorney at 6:58 pm. There was no ex-parte communication by the Mayor/Commission. This is a request for a Development Order approval to construct a residential subdivision consisting of 86 single family homes on the 24.84 vacant parcel located at 4846 Highway 389. Parcel#11573-050-000. Land use is a low density residential. Planning just received approval from the state for low density residential. Planning board did approve this.
City Attorney stated there are a few changes before approval is finalized. The agent is the same as the City engineer on the plat. He believes that has happened. There were some ownership and authorization documents, a title report about the easement road that would be controlled by the HOA that will be indicated on the plat.
City Attorney stated The Commission can approve it with these caveats he has stated.
Brad Hunt wanted clarification on the direction of traffic for this property. Is this a one way in and one way out? Is there any connection to another subdivision?
City Planner stated Yes

> Motion by Commissioner Russell: To approve as presented pending question from the City Attorney.
> Second to the Motion: Commissioner Barnes.

Commissioner Tinder is this a very low lying area.
The City Planner said there are some wetlands but all of the appropriate permits have been applied.
Commissioner Friend questioned the County been notified because it will have a traffic impact.
City Planner Amanda Richard stated that the County has been contacted and the planning department is aware of this and have been notified.

**City Commission Meeting Minutes September 26, 2017**
**Page 6**

Commissioner Russell commended the developer for bringing it to Lynn Haven.

On Vote:        Russell          aye
                Barnes           aye
                Tinder           aye
                Friend           aye
                Anderson         aye              Motion passed:  5-0

**Item #14.       Discussion and possible action regarding approval of a Development Order**
**for the Andrew's Plantation Subdivision.** *(quasi-judicial hearing):* A request for
Development Order approval to construct a residential subdivision consisting of 86 single family
homes on the 24.84+/- vacant parcel located at 4846 Highway 389 Parcel 11573-050-000.
Amanda Richard gave background information.  It will be privately maintained by a HOA.

                Motion by Commissioner Russell:  To approve the Development Order pending
                the corrections on the application.
                Second to the Motion:  Commissioner Friend.

Rich Walker wanted to clarify would this be a gated community?
City Planner Amanda Richard stated the internal roads will not be maintained by the City.  It is
open to the public, but privately maintained by the homeowners association.
City Attorney has policy that they do not accept roads that don't meet their qualifications.
Brad Hunt was concerned about the private roads.  Felt the developer did not deal with the issue
properly.
Commissioner Tinder asked would emergency vehicles be able to get in and out.
City Planner confirmed the Fire Chief reviewed the plans and is happy with them.
More public comments about the entrance of the development.
Chris Forehand gave some background information.  The only reason they keep the road private is
because of the right away.

On Vote:        Russell          aye
                Friend           aye
                Tinder           aye
                Barnes           aye
                Anderson         aye              Motion passed:  5-0


This was quasi-judicial hearing and all affected parties were sworn in by the City Attorney.
There was no ex-parte communication by the Mayor/Commission.

**Item #15.       Discussion and possible approval of the Margaret Barnhart as a new**
**City of Lynn Haven Board of Adjustments:** City Planner Amanda Richard stated that they lost
two members from the board and are in the process of replacing them.

                Motion by Commissioner Barnes:  To approve the request as presented.
                Second to the Motion:  Commissioner Friend.
On Vote:        Barnes           aye
                Friend           aye
                Tinder           aye
                Russell          aye
                Anderson         aye              Motion passed:  5-0

                              DEF'S EX 53_123

City Commission Meeting Minutes September 26, 2017
Page 7

**Item #16.     First reading of Ordinance #1044 revising the alcohol distances and restriction on permitting for on-premises alcohol consumption:** City Manager White read Ordinance #1044 by title only.
City decided to adopt the state standards for alcohol.  This clarifies the City standards and it clarifies the language on premise consumption as it pertains to restaurants and bars. You can't consume it in the parking lot.
Commissioner Russell disagreed with the statement of not drinking in the parking said that state laws only applies to the property that is license.  They control the inside of the store, but not in the parking lot.
Mayor Anderson said she is not sure she agrees with Commissioner Russell statement, we are not allowed to have open liquor in the parking lot.
Commissioner Friend asked about church restriction distance.
The City Attorney said there is nothing about church restrictions.
Rich Walker questioned the ordinance.

**Item #17.     First reading of Ordinance #1045 creating a new category in the ULDC for Pharmacies and Medical Marijuana dispensaries:** City Manager White read Ordinance #1045 by title only. Mayor Anderson gave some background information.  Mayor Anderson gave some background information on the temporary Moratorium, Ordinance #1026 that was passed by the Commission on Jan. 10, 2016.  The Moratorium expired August 15, 2017.  There are several cities in Florida that have adopted medical marijuana dispensaries.  Mayor Anderson also gave some information as to how other municipalities are handling medical marijuana rules, regulations, and those using and selling it.  She stated the citizens of Lynn Haven voted in favor of having marijuana dispensaries. 62.9% from Precinct 18, and 68.63% from Precinct 19.  The Mayor stated The City has two options as to how to operate; the City can take no action, or the City can ban them outright.  These dispensaries are very nice, they look like jewelry stores and have a very high-end look, everything is regulated and sales are strictly cash.  It is still against federal law and is still considered a Federal One Drug, doctors cannot write prescriptions and it is very difficult to get a marijuana patient card.  Previous White House Administration had a hands off approach; the current White House Administration has not yet made it clear.

Public Comments:
William Carr had a question for the City Attorney, was he aware of any Federal Banking laws. He also wanted to know how will the banks handle the deposit of sales.  It is a federal law and banks could be charge with money-laundering.
Mayor Anderson gave some back ground information about how the Federal Government has handled medical marijuana dispensaries
William Carr reiterated his concerns about bringing in medical marijuana and how banks would set up receiving the cash on hand.  He stated that banks will not take the money.
Mayor Anderson again reiterated her earlier discussion.
Question from an audience member who wanted to know if there was a specific area that the dispensaries were going to be located?
Mayor Anderson answered that she had attended the League of Cities which was a six-hour seminar with lawyers, doctors, bankers etc. for information and brought it back to the commissions.  If a dispensary were to open here it would be where ever a pharmacy can be located.
City Attorney stated dispensaries can be located where a pharmacy is allowed which is any retail, commercial and so on.
Audience member(could not hear his name)asked about special requirements in regards to opening a dispensary.

**City Commission Meeting Minutes September 26, 2017**
**Page 8**

Mayor Anderson stated that the state has licensed only a limited number of dispensaries. The closest dispensary to here is Pensacola and Tallahassee which caused people who are ill to travel. City Attorney stated that there are 12 maybe, licensed Marijuana treatment facilities which are allowed to prepare the medical marijuana and they are each allowed to have 25 dispensaries state wide. He said you're looking at about 250 or so dispensaries and then by law that number increases when there are so many patients that sign up.

Another man (didn't state his name) asked about the permit process and wanted to know if you go through the state to get permits for opening a dispensary.

Commissioner stated that he thought that if the state issued a license then we were obligated to allow them to open.

Mayor Anderson answered yes that is correct.

Commissioner Russell then said to the previous man that the only thing he would have to deal with would be with the building permits etc.

Mayor Anderson reiterated that what she was speaking of was a business permits which they hadn't gotten that far yet due to this being the first reading.

Steven Oliver stated he is licensed with the state for the sale of this drug. He stated a few facts such as you can't give medical marijuana to children. He stated that he will have a medical marijuana grow facility as well as other facilities for his business.

Rich Walker stated it is not an approved or legal drug. If you build it they will come.

Janet Walker wanted to know if the Chief of Police had an opinion on the medical marijuana situation

Mayor Anderson stated that she had not personally spoken with him. She reiterated her previous conversation about medical marijuana.

**Item #19.       Discussion and possible action on the acquisition of property located on 809 Pennsylvania Ave.:** City Manager White stated that this property is up for sale. He stated it would be advantageous to purchase it.

Commissioner Barnes stated it was a good idea to purchase this property Asking contingent upon the appraised value.

Arlene Harrison commented favorably about purchasing this property.

Commissioner Friend asked about acquiring 813 Pennsylvania, but City Manager White stated the property is tied up in foreclosure.

|  | Motion by Commissioner Barnes: To negotiate the sale of the property on Pennsylvania Ave., but the final amount of the sales price to be brought back to the Commission before we purchase it for approval pending appraisal value |  |
|--|--|--|
|  | Second to the Motion: Commissioner Friend. |  |
| On Vote: | Barnes | aye |  |
|  | Friend | aye |  |
|  | Tinder | aye |  |
|  | Russell | aye |  |
|  | Anderson | aye | Motion passed: 5-0 |

**Item #20.       Public Comments.**

**Item #21.       Adjourn:** There was no further business to discuss and the meeting was Adjourned at 8:03. P.M.

**City Commission Meeting Minutes September 26, 2017**
**Page 9**

APPROVED THIS _____ 10 +a _____ DAY OF _____ October _____ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 53_126

**City Commission Meeting Minutes October 10, 2017**
**Page 1**

The Lynn Haven City Commission held a Traffic Calming Policy Workshop on Tuesday, October 10, 2017 at 3:00 p.m. in The Chambers, 108 E. 9th Street.   The public was invited to attend.

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, OCTOBER 10, 2017 -- 4:00 P.M.**

</div>

**Present:**      Margo Deal Anderson, Mayor
             Rodney Friend, Mayor Pro Tem/Commissioner
             Antonius G. Barnes, Commissioner
             Dan Russell, Commissioner
             Judy Tinder, Commissioner
             Michael E. White, City Manager
             Robert C. Jackson, City Attorney
             Officer Mike Williams

Mayor Anderson called the meeting to order and Commissioner Barnes gave the Invocation. The Pledge of Allegiance followed.

**Item #3.  Mayor/ Commission Interviews With City Manager Candidates:**  Mayor Anderson stated she was pleased with the improvements to Sheffield Park.  She stated that it had over 1,000 views from her posting the children playing on Facebook.  The citizens and their children all seem very happy with the improvements.  Thanks to Linda LuCante and Ben Janke.  The City will have a ribbon cutting on Oct. 17th at 9:00 am and there will also be a Blood Drive that day.  The blood drive today is still going on now until 5:00 pm and Mayor thanked the Fire Chief for raising Lynn Haven's beautiful American Flag.  She attended Oak Tree Builder's open House.  She posted on Facebook she would like to jumpstart the Beautification Board  and Leisure Services Board and would love to have citizens join the board.  She would like to meet with all that are interested in serving one hour before the next Commission meeting.  She also stated there are other boards with open spot. The Mayor will be working with Chris Forehand and the City Manager with moving the Splash Pad projects forward, may  be open by Spring Break.  Mayor stated she has gotten a moped and has had the opportunity to meet and talk with the ciitzens of Lynn Haven as she rides through the community.

**Item #4. Commissioner's Report:**
Commissioner Russell stated he attended the blood drive and gave blood for the first time.  He thanked Lynn Haven Police and Fire Departments for a little friendly competition of who could get the most people to give blood.  He also thanked City Planner Amanda Richards for assisting and answering a zoning question.
Commissioner Tinder stated she attended Cruise-In and it was a huge success.  She was concerned that there are no ramps for the hover rounds.  What can be done?  The City Manager stated that it would cost the City around $7500 to fix this problem.  A family from Colorado Ave. called about an easement issue.  She met with the City Manager.  The previous City Manager had an arrangement to have pipes put in the ditch.  The City Manager responded this is being taken care of.  She also had a citizen that said she was hooked by a hook while crossing the bridge.  Mr. White said he would have someone walk across to check on this.
Commissioner Barnes stated that there seems to be a lot of shopping carts left in the ditches. He said that they are being left everywhere and it does not look good.  He asked the City Manager to meet with store owners and let them know about this problem.  His desire is that

**City Commission Meeting Minutes October 10, 2017**
**Page 2**

the store can self-correct this problem, if not, some kind of fine should be implemented. He attended the Oak Tree Builders check presentation; it is a very nice facility.

Commissioner Friend mentioned that Oak Tree is a great business to keep in Lynn Haven and a great incentive program we have and would love to see more businesses take advantage of it. He attended the Car Show and it was great. He will be attending the Walmart ribbon cutting on Oct. 19 in absence of the Mayor as the Mayor Pro Tem. Wal-Mart has a new app that will help people shop online.

Mayor Anderson stated that the citizens of Lynn Haven have been working hard to clean up around the City and their yards on Illinois Ave. She went and had a sign made that said "Mayor's Yard of the Month". She suggested giving a "Yard of the Month" and she will present this and spend her own money for this recognition. She would also like the Beautification Board to look at the reinstating "The Yard of the Month" with free utilities for one month for whoever the winner might be and "Citizens of year."

**Item #5. City Manager's Report:**

The City Manager recognized Employee of the Month, Kris Horst, from the City Library. He gave an update on the 809 Pennsylvania Ave., property acquisition, but the owner at this time would not come down from the price of $140K when it only appraised for $126K. There is currently a renter in the home. The City Manager stated he had made four counter offers to the owner who lives in California and all were turned down. He asked for direction from the Commission.

Commissioner Barnes stated that he didn't want to pay anymore than what the house was worth and Commissioner Friend agreed.

Commissioner Russell asked about the original asking price which was $144$ said if we bought the property at $140k and keep the renter for two years @ $800 this would more than pay for the additional cost the City would put out. His suggestion was to buy the property.

Commissioner Tinder asked about the maintenance on the house and City Manager stated it would be just like the Nation's building where the City employees took care of the maintenance.

The City Manger stated that yes it is a difference on the current asking price and the appraisal but the City must look forward to the future for Lynn Haven, for parking and other needs for the City.

Mayor Anderson concurred with Commissioner Russell. She understands Commissioner's Tinder's concern about the upkeep of the property but believe that the City will maintain it. She also stated it is very important to look forward to future and keep a forward vision.

Commissioner Barnes was concerned that the purchase of the house would be like the 650 acres the City bought and never uses. He stated if the City bought the house he would prefer that the City use it as parking.

Mayor Anderson commented that we cannot look at the past mistakes, the 650 acres is comparing apples to oranges. We did sell the property for less than what we paid, but we cannot allow our past mistakes to dictate what we should do.

Commissioner Barnes commented that we don't want to continue to make the past mistakes.

Mayor Anderson commented that the 650 acres was not a debacle, but this property is adjacent to City Hall.

Commissioner Tinder wanted to know how long it has been on the market. The City Manager responded that it has been on the market for about 45 days.

Mayor Anderson asked that the Commission give some direction to the City Manager.

> Motion by Commissioner Tinder: Consider to keep the property on the Commission radar and allow the City Manager to go back to the owner for further negotiation for another two weeks.

                    DEF'S EX 53_128

**City Commission Meeting Minutes October 10, 2017**
**Page 3**

|  | Second to the motion:  Commissioner Russell. | |  |
|---|---|---|---|
| On Vote: | Tinder | aye | |
| | Russell | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

City Manager White also pointed out the many improvements around City Hall and given it an identity.  He stated that the City Hall, The Chambers, Library will be transformed with new paint jobs, landscaping and revamping other areas.  He described the color scheme for the City; much like the new signs out in front of the building tying in the terracotta color, trimmed in black, the awnings will be more of a slanted look.  He stated that people will be able to identify the government building and he thinks the citizens of Lynn Haven will be proud of the end results and it is something that was approved in the budget.  He gave an update on the half cents sales tax.  To date, 3250 linear waterlines, 450 feet or storm water and  there have been seven miles of successful road paving.  From March to September the City collected $1million in surtax.  All the equipment in the Chambers, the City Manager has released a PO to get the audio and video updated in the Chambers.  The City Manager also stated that we have put out RFQs for new equipment for the Chambers, RFQs for Information Technology and the phone system.  CRA Director and the City Manager continued to visit key accounts in Lynn Haven and are making great progress.  The Rails to Trails is 60% completed, he has signed task orders for the sewer plant permit to make sure we are in compliance, he has released the Storm water model, looking at the rate study and in the process of adding a double AA ballpark, dog park  and Splash Parks.  The City Manager stated he did have a departmental change, he has downsized the Leisure Services department, he asked for motion for the City Manager to now be the department head of the Leisure Services Department.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

Commissioner Tinder asked if there was a timeframe?
City Manager stated at this point he has no intention of filling the position, that all of Leisure services will be under him for a while.
Commissioner Friend stated he had complete confidence he could do the job, but did worry about the work load.
The City Manager stated that he looks to Leisure Services as the department that makes the citizens want to live in Lynn Haven and it improves the quality of life.
Mayor Anderson stated there have been a lot of turnovers in employees and this is showing good leadership skills and opportunity for the City Manager  to get in the department and see what is needed and what skill sets are needed to do the work.
Commissioner Russell commended the City Manager for the severance package he gave to the former Leisure Services director.
Public Comments:
Rich Walker stated that the contract for the City Manager has changed.  The previous City Manager had many titles, CEO, Senior Budget Officer that the City Manager wears many hats, CFO, City Clerk.  He stated he didn't have any deputies.   His concern was if something happened to the City Manager who would be left managing the employees? He has a lot of employees reporting to him.  He stated he needed a back up and right now he does not have an assistant City Manager or anyone to back him up and that was his concern.



**City Commission Meeting Minutes October 10, 2017**
**Page 4**

Arlene Harris stated some of the same concerns as Mr. Walker, but said what Mr. White is doing is very commendable. She is concerned that he is taking on lots of responsibilities and that she hopes he does consider a back up person. Who does the special events?
City Manager White said he would still utilize the Leisure Services employees, he said she could call Lauren Corbin. He also stated that as CEO he has worn many hats in the past with Co-op Electric, CEO, CFO, purchasing manager and running the office. He said he feels very capable to manage all of the responsibilities before him.
Mayor Anderson said Mr. White is not looking to serve long term as the department this will also give the City Manager time to investigate if that department can run with the two coordinators in place or if a person is really needed and this will help decide on positions for the budget.

On Vote:      Russell        aye
              Tinder         aye
              Friend         aye
              Barnes         aye
              Anderson       aye            Motion passed:  5-0

City Manager White asked Chris Paxton with FWC to come forward and give an update on the drawdown. Mr. Chris came forward and stated that the State, County and City are proposing a winter drawdown. There are not any issues. The recommendation is that the drawn down begin Nov. 1, 2017 through the end of February 2018. The residents in this area know that the draw down is coming.
Commissioner Russell asked if this was a complete draw down and what happens to the fish?
Mr. Chris Paxton stated that the fish in the lake are not very substantial. The lake can support some fish and they have not looked at restocking it. This is a full draw down and the fish would not be the issue.
Commissioner Tinder asked would the lake be filled back up and what is the cost.
Bobby Baker, Public Works Director stated that the people have been through this before.
Mr. Chris Paxton stated the cost is nothing.
Mayor Anderson stated that she has had many requests to clean up the lake with much of it having algae bloom.
Mr. Chris Paxton stated that they are very careful as to how and what is treated and where.
Mayor asked if the Commission's authority was needed on this draw down
City Attorney stated no it does not need the Commission's approval.
Commissioner Barnes agreed that the FWC could handle it.

**Item #6.  City Attorney's Report:  Recommended that Resolution 2017-10-701 be read.**

**CONSENT AGENDA:**
**Item #7. Minutes:      09/26/2017 – Regular Meeting:**  Mayor Anderson stated that she would read all of the consent agenda items first before voting.

**Item #8.  The Award of the Cemetery and Lawn Care Contract to Greenleaf Lawn Care of Bay County:**

**Item #9.  Resolution 2017-10-701 Changes to the City of Lynn Haven Purchasing Policy:**
                    Motion by Commissioner Barnes:  To approve as presented all consent agenda items.
                    Second to the motion:  Commissioner Russell.

**City Commission Meeting Minutes October 10, 2017**
**Page 5**

City Attorney reminded Mayor Anderson that the Resolution had to be read.

> Commissioner Barnes withdrew his motion.
> Commissioner Russell withdrew his second to the motion.

City Manager White read Resolution 2017-10-701 by title only.

> Motion by Commissioner Russell:  To approve as presented all consent
> agenda items.
> Second to the motion:  Commissioner Friend.

Commissioner Tinder asked did we get bids on this, how long is the Lawn Care contract
with Greenleaf and was there a flat fee?
City Manager stated four years, with a one year option to renew, and yes this is a flat fee
on the base properties with the City's approval to work on other locations and property as
alternate bids at different sites.
Commissioner Tinder asked that she could look up that item in the budget.

On Vote:      Russell      aye
              Tinder       aye
              Friend       aye
              Barnes       aye
              Anderson     aye              Motion passed:  5-0

**OLD BUSINESS:**
**Item #10.   Second reading of Ordinance 1044, revising the alcohol distances and**
**restrictions on permitting for on-premises alcohol consumption:**
> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion:  Commissioner Russell.

Public Comments:
Rich Walker wanted to know what distance was being revised in the ordinance.
The City Attorney stated that the City is moving their distance in line with the state from
1000 feet to 500 feet.  It will essentially address on premises vs off premises.
Mr. Walker questioned would the City be issuing alcohol licenses.
City Attorney stated that the City would not be issuing these licenses but the City would
have to sign off on them after they have applied for the license with the state.
City Planner Amanda Richard stated that the City signs off on the correct zoning category
land use.
Rich Walker was concerned that City would now be issuing the licenses.
Mayor Anderson stated she was not understanding Mr. Walker's question.  She stated this
Ordinance clarifies where you can drink alcohol.  You can't walk into a store buy alcohol
then sit in your car in the parking lot to drink it.
Mr. Walker continued to press the issue about the language concerning the issuing of a
license, and who would issue these licenses.
City Planner Amanda Richard clarified that Mr. Walker may be referring to the fact that
the City issues business licenses to a non-conforming land use.

**City Commission Meeting Minutes October 10, 2017**
**Page 6**

Arlene Harris wanted clarification about where exactly people could have alcohol; You can only drink alcohol at your home or at a restaurant or bar?

Mayor Anderson confirmed this as a yes. But she also stated that the City has many events. If alcohol is going to be served it has to go before the Commission to approve it for public sale or consumption.

City Attorney stated public consumption of alcohol is prohibited in the City of Lynn Haven unless permission is given by the Commission.

Commissioner Tinder clarified this does not apply to Roberts Hall where many events and weddings are hosted and they bring in their own alcohol. It does not apply.

On Vote:    Russell      aye
            Tinder       aye
            Friend       nay
            Barnes       aye
            Anderson     aye               Motion passed: 4-1


**Item #11.  Second reading of Ordinance 1045 creating a new category in the ULDC for Pharmacies and Medical Marijuana dispensaries.**

> Motion by Commissioner Barnes: To approve as presented.
> Second to the motion: Commissioner Russell.

Public Comments:

Rich Walker He feels there is destruction headed for this area. He wanted to know if there was an applicant asking for this?

Mayor Anderson explained there are no applicants, but the Commission is setting parameters with the Ordinance. We want to decide where the pharmacies will be and not the state. It is called Home Rule so that the state will not decide.

Rich Walker wanted to know what the direction the City of Lynn Haven is and where the City is going with alcohol ordinances and allowing the dispensaries. He was concerned that the change of UDLC is done by an applicant and that the City of Lynn Haven is the applicant. He stated he is not happy with the direction of allowing illegal drugs to be sold. This is considered an illegal drug. The City will not be able to control these kinds of things in the future. He wanted to know what is the Commission trying to do in Lynn Haven?

Mayor Anderson addressed the topic on the alcohol ordinance. The people of Lynn Haven love having many great community events and festivals. With Florida Ave. being the center of the Lynn Haven's culture when events take place within the proximity of Lynn Haven Elementary School is not in session. She also stated that the citizens of Lynn Haven voted to have medical marijuana dispensaries in two of Lynn Haven precincts, and that the Commission followed the will of the people. She stated she is in office to represent the will of the people. We don't get to be the gatekeepers of our citizens. I don't get to decide for the citizens, I follow the will of the citizens of Lynn Haven. There is a difference, and a lot of confusion between medical marijuana and regular marijuana. She also stated that she makes no apologies for her vote on what the citizens wanted.

Commissioner Tinder stated she did vote yes and she feels very strongly about it. It is not cheap to open a dispensary and it may never happen here in Lynn Haven. She stated it needs to be done so that the state cannot come in and place dispensaries anywhere. She did not want citizens to get hysterical for something that may never happen.

City Commission Meeting Minutes October 10, 2017
Page 7

Commissioner Russell stated he agrees with the Mayor's comments.
City Attorney Jackson said the advantage to this ordinance state said that we regulate them just like a pharmacies, and pharmacies can locate like retail, but this ordinance separate the two and it also gives the City the opportunity to change the designations in the future.

On Vote:      Barnes       aye
              Friend       aye
              Tinder       aye
              Russell      aye
              Anderson     aye                Motion passed:  5-0

**Item #12.  Discussion and possible action for the approval of the preliminary plat approval for the CVS Store at the northeast corner of Ohio Avenue(SR 77 and E. 14th Street(SR 390):** Attorney Rob Jackson stated that items #12 and #13 are quasi-judicial hearings and all affected parties were sworn in by the City Attorney.  City Planner Amanda Richard was sworn in by the City Attorney.  There was no ex-parte communication by the Mayor/Commission.  City Planner Amanda Richard gave background information on the preliminary plat.  The land use is commercial, and the size is 2.06 acres.  The current land use is commercial and residential.  With the widening of Hwy. 390 CVS will be losing some of its frontage and the applicant want to move the property to the north.  The land use change has been approved by the state.  This is basically a replat and pulling the entire parcel together.

Motion by Commissioner Barnes: To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:      Barnes:      aye
              Friend:      aye
              Russell:     aye
              Tinder:      aye
              Anderson     aye                Motion passed:  5-0

**Item #13. Discussion and possible action for the approval of a Development Order Application for CVS Store at the northeast corner of Ohio Avenue (SR 77) and E. 14th Street (SR390):** Attorney Rob Jackson stated that items #12 and #13 are quasi-judicial hearings and all affected parties were sworn in by the City Attorney. City Planner Amanda Richard was sworn in by the City Attorney.  There was no ex-parte communication by the Mayor/Commission.  City Planner Amanda Richard gave background information on the development order.

Motion by Commissioner Russell: To approve as presented.
Second to the motion: Commissioner Barnes.

Public Comments
Pam Eisenburg stated she is speaking about the property at 1300 Pennsylvania Ave.(house number three) spoke about Storm water drainage around her property, Elevation of the CVS and a Privacy fence at the completion of the project.  She also wanted to know why

**City Commission Meeting Minutes October 10, 2017**
**Page 8**

only two of the houses were bought and not all three.  She wanted to make sure that her property is protected.

Mayor stated that with the storm water study going on this will be addressed.

Johnathan Catanzano, a representative for this property stated state requirements are that the developer keeps their water in a retention pond and that the privacy fence will be a retention wall and webbing fence.  There will be a 3ft. retaining wall so that we do not drain on her property. Also a 6ft. webbing fence.  Elevation allows for storm water drainage and this meets the City requirements.

City Planner commented state required that the developer keeps all of their water on site.

Commissioner Russell asked the developer about the raising of the 3ft retaining wall off the road and if the City can require the developer to build a fence? How will you have a 3ft retaining wall between CVS property and the owner property?

Johnathan Catanzano said it will be on Hwy. 77 and not Pennsylvania.

Commissioner Russell asked if we can require Johnathan to build a fence.

City Planner stated yes it can be part of the development order.  This will take place in two steps.  There will be a temporary storm water pond which will be on Ohio Ave. and the building will actually be smaller.

> Motion by Commissioner Russell:  To approve as presented
> Second to the motion:  Commissioner Barnes
>
> The motion was withdrawn by Commissioner Russell
> The second was withdrawn by Commissioner Barnes.
>
> Motion by Commissioner Russell:  Approve the development order with the requirement that the developer builds a privacy fence to protect the citizen's property.
> Second to the motion:  Commissioner Friend.

On Vote:        Russell:        aye
                Tinder:         aye
                Friend:         aye
                Barnes:         aye
                Anderson        aye              Motion passed:  5-0

**Item #13.  Public Commentary:** Mr. Leon Miller wanted to know what is the state doing about the East and West on 17th Street and Hwy.77 turn signal.  He stated it is backing up traffic.

City Manager White stated he did inquire into this problem and spoke to County officials.  He stated that this delay has been purposely put into place.  He state he did not ask about the turn signals, but he will go back and get an answer about the arrows.

**Item #14.  Adjourn:**

There was no further business to discuss and the meeting was adjourned at 5:43 pm.

**City Commission Meeting Minutes October 10, 2017**
Page 9

APPROVED THIS ___24th___ DAY OF _October_ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**City Commission Meeting Minutes October 24, 2017**
**Page 1**

There was no workshop held before the meeting.  Mayor Anderson did meet with interested citizens who wanted to volunteer for board positions with the City.

## CITY COMMISSION MEETING MINUTES
### TUESDAY, OCTOBER 24, 2017 – 6:00 P.M.

| | |
|---|---|
| **Present:** | Margo Deal Anderson, Mayor |
| | Rodney Friend, Mayor Pro Tem/Commissioner |
| | Dan Russell, Commissioner |
| | Judy Tinder, Commissioner |
| | Michael E. White, City Manager |
| | Robert C. Jackson, City Attorney |
| | Officer Mike Williams |
| **Absent:** | Antonius G. Barnes, Commissioner |

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.
Mayor Anderson acknowledged Commissioner Barnes absent and asked for a motion to excused Commissioner Barnes from the meeting.

Motion by Commissioner Friend: To approve as presented.
Second to the motion: Commissioner Russell.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Russell: | aye | |
| | Tinder: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

Mayor Anderson asked for the Commission's approval to add an item to the agenda.  The discussion and approval of the Data Communications Phone Replacement System contract award to Converged Network Inc., as Item #15A:

Motion by Commissioner Russell: To approve as presented.
Second to the motion: Commissioner Friend.

| On Vote: | Friend: | aye | |
|---|---|---|---|
| | Russell: | aye | |
| | Tinder: | aye | |
| | Anderson: | aye | Motion passed:  4-0 |

**Item #3.  Mayor Report's:**  Mayor Anderson thanked FSU PC Intern, Tiah Romano for her excitement and coordination of  activities for Florida City Government Week.  The Mayor read the proclamation declaring Oct 23-27, 2017 as Florida City Government Week for the citizens of Lynn Haven.  She also spoke with the 7th grade Civics classes at North Bay Haven Charter School and stated how eager they were to learn more about local government. October  17, 2017 was the Ribbon Cutting for Sheffied Park and Mayor attended this event, along with former Mayor Sharon Sheffield, Mayor Anderson also traveled with Chris Forehand and the City Manager to Destin to scout our their Splash Pads.

**Item #4.  Commissioner's Report:**
Commissioner Russell commented on the Sheffield Park ribbon cutting that he attended on October 17 and the Ribbon Cutting he attended at Walmart for their online App.  He thanked the Fire Department for the firehouse luncheon and he thanked City Manager and Bobby

          DEF'S EX 53_136

**City Commission Meeting Minutes October 24, 2017**
**Page 2**

Baker for removing a dead tree. He stated he spoke to Mr. White on Monday and the tree was removed by Tuesday. Mr. Kiser of 700 block of FL Ave. expressed his disdain with the events on Florida Ave. He asked the City to consider moving the events down a block so that he can have access to his house/apartment when events are taking place. He also met with CRA Ben Janke to understand the CRA program he now has a better understanding of CRA and how it works.

Commissioner Tinder reported that a man called about the speeding traffic in the Country Club and is requesting a patrol car be stationed there. She received an email from a resident at 5th and Georgia about the traffic, and a man on Rhode Island Ave. has asked if the City could come up with some kind of agreement with him (the property owner). He is willing to pay for the pipe if the city puts it in; his ditch keeps getting dug out, he lives in a beautiful home, but now he has a huge ditch in his front yard. She was invited to judge a Halloween Costume Contest at the Senior Center. She also asked the Commission to consider conducting a Forensic Audit. She has requested this twice and she would like to use a different firm than the auditing firm we have used in the past or have now.

Mayor Anderson responded and stated that when she was first elected as Mayor she requested an audit as well but it was not acted upon by the Commission. She also asked for bid on auditing services for the City. There is nothing wrong with the firm we have, but we have had this firm for 17 years.

Commissioner Tinder said she would at least like to have a workshop on auditing. Mayor Anderson stated that could be done, she just needed to get it on the calendar and request it through the City Manager.

Commissioner Tinder commented to the City Manager to consider this a request.

Commissioner Barnes was not present.

Mayor Anderson added some additional information to her Mayor's report. She stated she had a good group of volunteers who were very interested in joining some of the boards. She stated they are eager to help. She referred back to the previous Commission meeting where she discussed that the City has had several boards in Lynn haven in the past, including the beautification board, Leisure Services board, but these two in particular have been inactive for years and as everybody knows the more community involvement the City has, the more advice, the more suggestions get to the Commission, the more voices we can hear from the people of what Lynn Haven needs. She stated she had the names of five people who volunteered to serve on boards for the City of Lynn Haven: Marcia LaPlante, Lisa Carter, Tom Knoll, Dana Evans who requested to serve on the planning board, Linda Reiner and JoAnn Navarrete. She asked for the Commission's thoughts about how to jumpstart these boards.

Commissioner Tinder stated that when you get volunteers you need to snatch them up quickly.

Commissioner Friend suggested that the names be placed on the next agenda.

> Motion by Commissioner Friend: At the next meeting to fill vacancies of open spots for the City of Lynn Haven boards.
> Second to the motion: Commissioner Russell.

City Planner Amanda Richard clarified that there are no open spots for the Planning Board.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed: 4-0 |

Mayor Anderson thanked everyone for volunteering and thanked the Commission.

**City Commission Meeting Minutes October 24, 2017**
**Page 3**

Commissioner Friend stated he attended the Sheffield Park ribbon cutting and he also attended the Walmart Ribbon cutting in the absence of the Mayor Anderson as Mayor Pro Tem, he attended the coffee and donuts for City Government Week.  He thanked Walmart for everything they do for the City.  He will attend the TPO meeting tomorrow and the MPOAC meeting coming up in Bay County that will coincide with the Transportation Symposium.  It will include elected officials from all over the state.  Chairman for the Transportation Commission will also have a meeting here, and reminded everyone about the Halloween Party coming up through the City with Spiderman being there.

**Item #5. City Manager's Report:**  City Manager White asked Chief Matt Riemer to come forward and recognize Officer Kerry Dutton.  Chief Riemer presented Officer Dutton with the employee of the month award for helping a woman change a flat tire on his day off.  CM stated he went back and negotiated with the owner of 809 Pennsylvania Ave. and worked off of Commissioner's Russell suggestion.  The seller was responsive to sell property to the City but was firm on his price, the deal the CM worked out a deal with the Seller is that the property will sell for $126K contingent upon he gets to keep the rent income from the renter for the next 30 months at $800 per month.  The seller will also take care of expenses of maintenance up to $500.  The Seller is responsible for the appraisal of .5 acres, and the taxes. CM White stated this is a good investment for management.

> Motion by Commissioner Russell:  Accept the proposal from the seller at $126K, with the seller renting out the property for 30 months at $800 per month, the seller paying the property taxes and taking care of maintenance up to $500.
> Second to the motion:  Commissioner Friend.

Commissioner Friend stated he would not want to make a final decision until the City Attorney looks at the contract and asked if the City Manager could negotiate 24 months instead of 30 months.
City Manager said that this would be for 30 consecutive months and the Seller is counting on the rental income for living expenses.  Even if the renters move out the Seller would be responsible for the home.
Commissioner Tinder had some concerns about the repairs of the property. Are we responsible for anything over $500?  Who owns the property?
The City Manager stated the Seller would be carrying the insurance on the property and also stated it would be a lot like the FEMA homes that we do, where the City takes care of the maintenance.  The names of the owners are Ryan and Wilda Keller.
Commissioner Russell withdrew his first motion.
Commissioner Friend withdrew his second to the motion.

> Motion by Commissioner Russell:  To direct the City Manager to move forward with offer on the terms of the contract agreement and bring back the contract before the Commission for approval.
> Second to the motion:  Commissioner Friend.

Brad Yount had a question about the owners and how they were going to pay taxes.

On Vote:      Russell          aye
              Tinder           aye
              Friend           aye
              Anderson         aye             Motion passed:  4-0

DEF'S EX 53_138

**City Commission Meeting Minutes October 24, 2017**
**Page 4**

City Manager White also pointed out the many improvements around City Hall. He apologized that it is taking longer than he anticipated. They are working on windows, stuccoing, shrubbery and tying them all tougher. He stated that the City Hall, The Chambers, Library will be transformed with new paint jobs, landscaping and revamping other areas. He described the color scheme for the City; referring to his comments at last Commission meeting.

Commissioner Russell posed a question about the shrubbery, particularly the palm tree that sits in front of City Hall. He stated he would like to see that tree move over to the Sports Complex where the Splash pads would be.

Mayor Anderson stated there is great deal of sentimental value for the palm tree being near City Hall. She would not like to see it moved. She stated she thought that the City needs to do some kind of poll. But she may be the only one who feels this way.

Commissioner Russell stated he just had an opinion and didn't want to offend anyone if someone planted it there or if there was a reason, he would like to see it moved to side or planted somewhere else, but not necessarily cut down.

Mayor Anderson asked if in the next day or two if citizens had some opinions to contact the City Manager at City Hall.

Public Comment:

Lisa Carter stated she would like to see the palm tree stay at City Hall.

Mr. White introduced the new HR Manager Kelly Battistini who comes with a wealth of HR knowledge and experience.

The blood drive was very successful; the first day of the drive they ran out of bags. The landscaping for both cemeteries is looking very good. New Hope and Lynn Haven Community Cemeteries will look much different once they are finished. The scoreboards are here and have been installed. The City now offers Flag Football and it will begin this fall.

City Manager White gave an update on the half cents sales tax. There have been 7.5 miles of successful road paving not including the piping. The City has spent thus far, $3.8 million on this project. He has already been working with banks on the next round of drawdown for the funds. He asked that the Commission consider using the same contractors the City is currently using. He received a letter from Phoenix Construction stating they would not hold us responsible for any work that would be done while the City is waiting the next round of funding. Phoenix wants to stay on the books to get it done until after the loan is granted. He asked for permission to spend up to $2 million. It would be advantageous for us to move forward.

Commissioner Friend asked about what number will the City be looking as the next amount?

City Manager White stated he had already been looking at the numbers and feels the City will be in good shape with debt to loan ratio if we keep the loan amount in a range of $1.35 to $1.4 million. The City has already collected $1 million and we still have months to go. He feels we will collect about $2 million and this is until we secure funding.

Commissioner Friend asked if the letter would suffice or do we need a contract.

City Attorney stated if this was originally part of the design build contract that the letter could function on a very short term basis. FDOT does this from time to time when they know there is funding already approved so that they can keep projects going they allow the contractor to continue the work so that the project moves along.

City Manager stated that part of the problem is that we have so much to get done with water and sewer, but stated this would help move along the project.

Mayor Anderson gave background about the project and funding. She stated the $17-$20 million we were speaking of borrowing against is the half cents sales tax. We have the contractor and engineers in place and she feels there is no reason to stop them for a couple of months. This would be inconveniencing the residents with the streets torn up plus this slows

**City Commission Meeting Minutes October 24, 2017**
**Page 5**

down something that we know is going to benefit Lynn Haven. There are projects all over the county and The City have these people in place who are doing a great job, we don't want to lose them to some other project while waiting.

Commissioner Tinder agreed. She also wanted to know a timeline of the roads that need pipes.

The City Manager said that we are to that point. The $3.8 million took up 95% of the roads projects. That was phase I and we are moving into phase II.

Commissioner Tinder asked where will the City be starting with the infrastructure?

City Manager stated we will be following the same map. The engineers have to stay ahead of the construction so that they know what has to be done.

> Motion by Commissioner Friend: To authorized the continuation of work that was previously authorized in the design build contract with payment to be delayed until 2018 financing is secured.
> Second to the motion: Commissioner Russell.

On Vote:    Friend      aye
            Russell     aye
            Tinder      aye
            Anderson    aye               Motion passed: 4-0

City Manager continued with his report by saying he has fulfilled his contract agreement by purchasing a home in Lynn Haven. He will be living permanently in Lynn Haven as of Oct. 31, 2017.

**Item #6. City Attorney's Report:**__Quick update on the traffic workshop from last meeting. FDOT has refused to return his phone calls. He found some language in the statues that gives the City leeway to designate intersections with stop signs. He feels much more comfortable with placing stop sign at the intersections.

**Item#7.    PUBLIC HEARING #2017-10-700 Water System Facilities Plan and Financial Plan:** The Public Hearing opened at 6:47 PM. City Manager White read the resolution by title only. Commissioner Tinder asked that this resolution be explained. City Engineer Chris Forehand stated that 8 miles of waterlines needed to be replaced. The old waterlines have asbestos.

Commissioner Tinder asked would this cost be passed on to the taxpayers?

City Engineer Forehand stated yes this is part of their rates.

The Public Hearing closed at 6:49 PM.

**CONSENT AGENDA:**

**Item #8.  Minutes:       10/24/2017 – Regular Meeting:__** Mayor Anderson stated that she would read all of the consent agenda items first before voting.

**Item #9.   Approval of Davison Fuels for the Gasoline and Fuel Contract for the City.**

> Motion by Commissioner Russell: To approve as presented all consent agenda items.
> Second to the motion: Commissioner Friend.

On Vote:    Russell     aye
            Friend      aye
            Tinder      aye

City Commission Meeting Minutes October 24, 2017
Page 6

                    Anderson      aye              Motion passed:  4-0


NEW BUSINESS:
**Item #10.   Approval of Goss Technology for the Information Technology Services Contract for the City:**  City Manager White gave background information as to why this service was put out to bid.  The best advantage of networking all buildings is being able to offer more services to our customers.  He also stated that this is a budgeted item approved by the Commission.

                    Motion by Commissioner Russell:   To approve as presented all consent agenda items.
                    Second to the motion:  Commissioner Friend.
City Attorney asked will this be brought back for approval.
Commissioner Friend stated if it is not over $35K he does not have to.
Commissioner Tinder asked for a total price.
City Manager stated that there would be price negotiations.
Commissioner Friend asked that we look to Neves Media to other projects for the City.

On Vote:       Russell       aye
               Tinder        aye
               Friend        aye
               Anderson      aye              Motion passed:  4-0


**Item #11.   Discussion and approval of Resolution #2017-10-700 for the adoption of the water facilities plan and the financial plan for the recommended water distribution system improvements:**

                    Motion by Commissioner Friend:  To approve as presented.
                    Second to the motion:  Commissioner Russell.
On Vote:       Friend        aye
               Russell       aye
               Tinder        aye
               Anderson      aye              Motion passed:  4-0


**Item #12.   Discussion and approval of the Traffic Safety Policy and Procedures:**  City Manager White went over the changes he was instructed to make from the workshop.  He stated the Traffic Calming Policy is complete.
Commissioner Tinder asked who was on the Committee?  It consists of the Public Works Director, Police Chief, the City Manager.

                    Motion by Commissioner Tinder: To approve as presented.
                    Second to the motion:  Commissioner Russell.
On Vote:       Tinder        aye
               Russell       aye
               Friend        aye
               Anderson      aye              Motion passed:  4-0

Commissioner Friend congratulated the Commission on the work of this project.

City Commission Meeting Minutes October 24, 2017
Page 7

**Item #13.   Discussion and approval of five previous traffic safety requests:**   City Manager White presented the five requests.  802 East 17 Street. Based on the Committee Review submitted to the Commission the committee recommended to install (2) solar speed limit signs one going east just before the park and one headed west around intersection of Arkansas.  Additionally, the committee recommended adding a sign to the solar signs stating "Speed Strictly Enforced".   1001 Colorado Ave, based on the Committee Review submitted to the Commission that nothing is done at this time other than patrol.  The City has a Solar Speed Limit sign that flashes; cars and the state law dictates that law enforcement cannot give a speeding ticket unless driver is 5 miles over the speed limit and as you can see the 85th percentile is 5.4.  1213 New York, based on the Committee Review submitted to the Commission that nothing is done at this time other than patrol. 1218 Georgia Ave., based on the Committee Review submitted to the Commission that nothing is done at this time other than patrol.

> Motion by Commissioner Friend: To approve as presented.
> Second to the motion: Commissioner Russell.

Mayor Anderson commented on the streets that were recommended for patrol.  She stated if this is the recommendation, let's make sure that these streets are patrol.
Commissioner Friend congratulated the committee on their work and how it was presented to the Commission.  He suggested may be using other methods to slow down traffic.
Mr. Leon Miller put in a traffic calming request for Mississippi Ave. and 389, down to 17th Street. He stated he would like to see a speed bump there.

On Vote:       Friend        aye
               Russell       aye
               Tinder        aye
               Anderson      aye           Motion passed:  4-0

**Item #14.  Discussion and approval for the Beautification Board Committee member applications. This item was discussed under the Mayor's report.**

**Item #15. Discussion and approval to officially recognize the City of Lynn Haven "Yard of the Month" with free utilities to the winner each month:**   Mayor Anderson stated that we could not give free utilities but still wanted to recognize the yard of the month.

> Motion by Commissioner Tinder:  To approve this item without the giving the winner free utilities.
> Second to the motion: Commissioner Friend.

On Vote:       Tinder        aye
               Russell       aye
               Friend        aye
               Anderson      aye           Motion passed:  4-0

**Item #15A. Discussion and approval of Data Communications Phone Replacement System Award to Converged Network, Inc.**   City Manager White gave background on



**City Commission Meeting Minutes October 24, 2017**
**Page 8**

the history of the City's phone system. The phone system is very antiquated and is not interconnected to the rest of the City facilities. This new system will allow better communications between departments and offsite buildings. He stated that there is a bid protest in place from a proposer out of Virginia, name IPC. They have ten days to state why they are protesting this award. If IPC does not respond in ten days, he is requesting from the Commission that he be able to move forward and offer Converged Network, Inc., the contract. If IPC does respond to the City Manager, he should bring their bid protest response back to the Commission.

The City Attorney stated there is a $5K bond that must accompany the protestor's response by Friday.

> Motion by Commissioner Russell: To allow the City Manager to award the contract to Converged Network, Inc., contingent upon IPC does not respond within the ten-day deadline along with their sending their $5K bond.
> Second to the motion: Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Anderson | aye | Motion passed: 4-0 |

**Item #13. Public Commentary:** Mr. Leon Miller wanted to know about when will the Lynn Haven Community Cemetery get signs
Lisa Carter spoke about traffic calming issues around the Country Club.
City Manager White stated that the Country Club pays the City extra to patrol.
Arlene Harris announced next Thursday, at 7 pm Roberts Hall Lynn Haven Heritage Society public discussion about scams.
Mayor Anderson asked the public if moving the public commentary at the beginning of the agenda would help and not make citizens sit through the entire meeting to let their concerns be heard.
Arlene Harris stated she would think it would be beneficial to have it at the end, so that you get more participation.
Commissioner Tinder stated she had been going over the charter with the City Manager and that she would like to form a committee with the citizens of Lynn Haven to go over the Charter and help make changes to it. She would like to see the City Commission start having regular workshops to work on it even if it's it like a page a month.
The City Attorney stated that yes there are changes to be made, but allowing a committee of citizens to take on this huge task will be a long process. He said he represents other cities who have tried allowing a committee to revised the Charter and it did not work.
Mayor Anderson suggested revising the Charter in the parts with little changes at a time. She stated that as the Commission sees items that are outdated, those changes can be made have a workshop on that item. She commented she knows something has to be done with how compensation is handled with the Commission because of changes in the IRS code with 1099s or other factors.

**Item #14. Adjourn:**

There was no further business to discuss and the meeting was adjourned at 7:24 pm.

     DEF'S EX 53_143

**City Commission Meeting Minutes October 24, 2017**
**Page 9**

APPROVED THIS_____14_____DAY OF _November_ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 53_144

**City Commission Meeting Minutes November 14, 2017**
**Page 1**

There was a workshop at 4:00 pm to discuss the Proposed Multi-Modal Mobility System implementation for the City of Lynn Haven.

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, NOVEMBER 14, 2017 – 5:01 P.M.**

</div>

Present:     Margo Deal Anderson, Mayor
             Rodney Friend, Mayor Pro Tem/Commissioner
             Antonius G. Barnes, Commissioner
             Dan Russell, Commissioner
             Judy Tinder, Commissioner
             Michael E. White, City Manager
             Robert C. Jackson, City Attorney
             Officer Mike Williams

Mayor Anderson called the meeting to order and City Manager White gave the Invocation. The Pledge of Allegiance followed.

**Item #3. PUBLIC HEARING OPENED: 5:02 p.m.**
A.        **Proposed Millage Rate for 2017 Tax Roll:**     Resolution #2017-11-702. City Manager White stated the purpose of the Commission having to re-vote on the millage and budgets. He first stated that he as City Manager takes full responsibility for the error in the advertising that ran in the newspaper. The numbers were transposed and the State caught the error. City Manager White stated that we now have measures in place that his kind of error won't happen again. It is required that we advertise the correct numbers. The budget did not change and nothing in the budget changed. The numbers were just transposed. City Manager White read Resolution 2017-01-702 by title only.
Comments from the public included Brad Yount stating that the bills have already gone out.
Attorney Jackson stated that this mistake did not affect the taxes. The numbers were transposed and that was all.
Mayor Anderson asked the City Manager to read to millage rates.
The City Manager read the millage rate at 3.8713
Rich Walker asked the City Manager had anything changed in the budget?
The City Manager stated that is correct and nothing had changed in the budget and the millage rate would stay the same.

             Motion by Commissioner Friend:  To approve as presented.
             Second to the Motion:  Commissioner Friend.
On Vote:     Barnes        aye
             Russell       aye
             Tinder        aye
             Friend        aye
             Anderson      aye            Motion passed:  5-0
**Adopted at 5:07 p.m. CST**

B.        **Proposed General Fund & Enterprise Fund Budget for FY 2017-2018**
Resolution 2017-01-703, proposed General Fund and Enterprise Fund Budgets for FY 2017-2018 was read by title only. Comments from the public included Rich Walker inquiring what was being voted on and questioned was this a tax increase?
Mayor stated it was a technicality. It was not an increase, but it is based on the roll back rate.

City Commission Meeting Minutes November 14, 2017
Page 2

City Attorney Rob Jackson stated there are very strict technical requirements for the TRIM notice. The State requires that any taxing authority that adds any revenue to their yearly budget is considered a tax increase, that's the reason it is stated in the resolution as a rollback rate. The millage rates are required to bring in the same revenue as last year and the City has done this every year and explained why.
Mr. Walker stated he stills considers this a tax increase.

|  | Motion by Commissioner Russell: To approve as presented. | | |
|---|---|---|---|
|  | Second to the Motion: Commissioner Friend. | | |
| On Vote: | Russell | aye | |
|  | Friend | aye | |
|  | Tinder | aye | |
|  | Barnes | aye | |
|  | Anderson | aye | Motion passed: 5-0 |

**Adopted at 5:14 p.m. CST**
Mayor Anderson again thanked the City Staff and apologized for the transposing of the numbers in the advertising. She stated anyone could have made this mistake. She reiterated that this is not a tax increase. It is something that the state requires that we correct.
After audience participation the  .
**PUBLIC HEARING was closed at 5:14 p.m.**

**Item #4.  PUBLIC HEARING OPENED:  5:15 p.m.**
A.      **Tentative Community Redevelopment Agency Budget for FY2017-2018:** Resolution # 2017-01-704, tentative CRA Budget for FY 2017-2018 was read by the City Manager by title only.

|  | Motion by Commissioner Russell: To approve as presented. | | |
|---|---|---|---|
|  | Second to the Motion: Commissioner Friend. | | |
| On Vote: | Russell | aye | |
|  | Friend | aye | |
|  | Tinder | aye | |
|  | Barnes | aye | |
|  | Anderson | aye | Motion passed: 5-0 |

**Adopted at 5:17 p.m.  CST**

**PUBLIC HEARING was closed at 5:17 p.m.  CST**

**Item #5.  Mayor Report's:** The Mayor stated she will be traveling tomorrow to attend the National League of Mayors conference meeting with other mayors. She was supposed to leave today at noon, but decided that it was important to be here for the Commission meeting seeing the length of the meeting. She attended the quarterly TPO meeting along with Commissioner Friend. Mayor Anderson stated she was amazed with the work the Leisure Services staff did for the Halloween Festival, it was wonderful; moving the event to the Sports Complex because of the construction of the stage, was a great idea. The City had a great turnout including many volunteers and organizations. The Mayor participated in the Mosley High School Homecoming Parade. She has had correspondence with FDOT and with Senator George Gainer's secretary concerning the very dangerous intersection on 5th Street and Highway 77. She recevied notice they are not going to put a signal there. She has asked to see the matrix on that intersection.

**City Commission Meeting Minutes November 14, 2017**
**Page 3**

She stated many fatal accidents have happened in surrounding municipalities and she doesn't want to see it happen in Lynn Haven.

**Item #6. Commissioner's Report:** Commissioner Russell stated that he had meetings with the City Manager, meeting with the Marina Island Developers who presented a draft develop agreement for him to review and he relayed this to the City Manager.

Commissioner Tinder stated we need to find a solution to the parking issue at United Lighting and Taco Bell, it is a nightmare there, numerous complaints about 12th and Tennessee, people are not stopping, she spent some time there and yes, they are not stopping. She took a poll and people were in favor of keeping the palm tree. She also stated that she would like to request a forensic audit. She is looking for something a little more detailed than what was presented before. Her concerns were the lack of overtime paid to the Police Department and the Fire Department, and the amount of money being paid to Panhandle Engineering. She stated that the City Manager had gotten a quote on this forensic audit and it was close to $22k.

The City Manager stated for this request, which included payroll actions, vendor testing, transactions, task orders and other items, the cost for this kind of audit is $21,450 and it could be more.

Commissioner Tinder stated she would like to put this on public records that she has asked for this.

Mayor Anderson stated this item could be placed on the agenda. She also stated that two years ago she requested an audit of the City, but the Commission didn't vote on it. She thinks it is very important—noting, that no one is doing anything wrong, but for transparency sake. She stated that the City has had the same auditing firm for the past 15 years. At some point they are looking at their own work. She reminded everyone when she ran for Mayor her stance on City employees' salaries and other issues.

> Motion by Commissioner Tinder: To place a forensic audit for the City of Lynn Haven on the agenda.
> Motion failed due to a lack of a second.

Commissioner Friend asked for clarification on what would the Commission would be asking for in a forensic audit. He stated usually a forensic audit suggest that the City is performing some kind of wrongdoings, like collusion, performing other illegal financial tasks, embezzlement and if that is the case, he could not support that. If we are asking for a change of our current financial audit, he stated he once did not support changing audit services, because it is his belief that no firm or firms would put their reputation on the line to do something illegal. But if the Commission wants to rotate out different auditors, he would support this decision. He supports someone coming in and looking at our policies and procedures or best practices, but we can do that with an internal audit. Commissioner Friend stated he tries to make decisions based on monetary impact, risk and liability.

Commissioner Tinder stated it was brought to her attention, not during this City Manager's tenure that the City has police officers that are not being paid overtime. She stated she has already called the State labor department about this.

Commissioner Friend commented that he did some outside sourcing himself and from his results he believes that the FF and PD are being paid correctly and we don't need a forensic audit to tell us that and that this is an internal control. The way those individuals are paid is in line with these positions. He doesn't believe we need a forensic audit to tell us that.

Commissioner Tinder stated she has already spoken with City Manager White about the overtime issue. She feels there are lot of people she thinks is due money.

DEF'S EX 53_147

**City Commission Meeting Minutes November 14, 2017**
**Page 4**

Mayor Anderson stated when she was first elected she asked for an audit, not to say that people were doing anything wrong, but she did want a clean slate. The Commission chose not to agree to one.

Commissioner Tinder stated she wanted detailed information. A regular audit is not going to dig in like a forensic audit.

Commissioner Russell asked if Commissioner Tinder is looking something wrong? No one a has ever brought anything before the Commission. I trust that everything is being correct. He has issue with a forensic audit.

Commissioner Barnes commented that we have a great auditing firm who has done a good job. Apparently, Commissioner Tinder is receiving information that no one is getting. He agreed with Commissioner Friend that no auditor is going to put their firm's reputation on the line. He stated he cannot support this because it has never been addressed to the Commission and nothing has ever showed up in the audits.

Mayor Anderson stated that she has asked that we put an RFP out for auditing services. This would mean we might get a different auditing firm. It is not that the current auditor is doing a bad job, but sometimes there needs to be a different set of eyes on things.

Commissioner Friend stated he could be in support of that and that there is nothing wrong in rotating auditing services. He stated that his problem is with a forensic audit and looking for criminal activity. He stated it would be different it someone brought action against the City or if there were some accusations of wrong doings, then a forensic audit would be appropriate.

Commissioner Barnes asked that when we get to the consent agenda that we pull Item D. He has no problem with the banking services, but has some concerns with the auditing services RFQ.

Commissioner Friend attended the ribbon cutting for Mosely High School, he attended the TPO meeting "Emerging Transportation." He witnessed great technology that is in existence. He also attended the First Baptist Samaritan Purse collection. First Baptist is the central location for the panhandle and gave some numbers on the magnitude this program reaches. He reminded everyone that they still had time to give.

Commissioner Barnes attended the Mosely High School grand opening and ribbon cutting of the Gretchen Nelson Scott Fine Arts Building. He will be having surgery on January 9, 2018 and he wished everyone a Happy Thanksgiving.

**Item #7.  City Manager's Report:**  Firefighter Robert Landon was recognized as employee of the month by Chief John Delonjay. City Manager White gave an update on the acquisition of 809 Pennsylvania property. The Commission had copies of the contract. The Seller accepted the $126,000 as the purchase price. He stated that he was working with the homeowners on a 30-month lease of the property at $1.00 a month. The seller is responsible for real estate taxes, property and liability insurance. Commissioner Russell questioned line #4 and Commission Friend question line #6 on the contract. The City Attorney asked if the Commission wanted to move forward with the purchase of the property.

> Motion by Commissioner Russell: Permission for the Mayor to sign the sale of purchase for contract for 809 Pennsylvania Ave.
> Second to the motion: Commissioner Friend.

| On Vote: | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Barnes | aye | |
| Anderson | aye | Motion passed: 5-0 |

City Commission Meeting Minutes November 14, 2017
Page 5

The City Manager continued his report and updated the Commission on the status of the City Hall renovations; windows have been replaced and everything should be finished in the next few months. He stated that bid documents were being prepared for Banking Services and Auditing Services and that he anticipated those bid docs going out in the next few weeks. After some discussion it was suggested that the discussion of the auditing and banking services bids be placed on the agenda as Item #19.

       Motion by Commissioner Barnes: To place item D for auditing services and banking services from the City Manager's report on the agenda.
       Second to the motion: Commissioner Friend.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 5-0 |

City Manager gave an update on the paving. We have collected over $1.1 million with ten miles of paving has been done. A 1923 manhole was discovered. He met with the City Attorney about the next funding cycle for the projects. Closing will be shortly after the first of the year for $6 million. The palm tree results are in and the survey was 77% said leave it, 70% said let it stay.

       Motion by Commissioner Barnes: To leave the palm tree in front of City Hall.
       Second to the motion: Commissioner Tinder.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | nay | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 4-1 |

December 11-15 the City will hosting a food drive in partnership with the Family Service Agency in order to help the needy during this time of year. And as promise safety is our priority.

**Item #8. City Attorney's Report:   No Report**

**Item#9. Public Commentary:** Rich Walker stated a forensic audit is nothing more than an independent audit and that the City of Callaway had an independent audit, it is the same thing. Having the same auditing firm for fifteen years becomes a cookie cutter. If there are problems, The City need to find the problem and correct it. Leon Miller wanted to know the status on the turning signal at 17th and Highway 77. The City Manager stated that the county communicated they are not going to change it because it disrupts the traffic flow. Commissioner Friend asked that the City Manager send a letter requesting a response in writing about the placement of the turning signal. He stated that you can't get out of Marcos because of the traffic being backed up. Mayor Anderson said she would like to see the report and asked for a letter to be writing also.

**CONSENT AGENDA:**
**Item #10. Minutes:   11/14/2017 – Regular Meeting:**

       Motion by Commissioner Friend: To approve as presented the consent agenda.
       Second to the motion: Commissioner Barnes.

| On Vote: | Friend | aye |
|---|---|---|

 DEF'S EX 53_149

City Commission Meeting Minutes November 14, 2017
Page 6

|          |     |                     |
|----------|-----|---------------------|
| Barnes   | aye |                     |
| Russell  | aye |                     |
| Tinder   | aye |                     |
| Anderson | aye | Motion passed: 5-0  |

**OLD BUSINESS: NONE**

**NEW BUSINESS:**
**Item #11.    Approval to appoint Lisa Carter, Tom Knoll, Linda Reiner and JoAnn Navarrette to the City of Lynn Haven's Beautification Board:**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Russell.
On Vote:

|          |     |                     |
|----------|-----|---------------------|
| Barnes   | aye |                     |
| Russell  | aye |                     |
| Friend   | aye |                     |
| Tinder   | aye |                     |
| Anderson | aye | Motion passed:  5-0 |

**Item #12.  Approval to appoint Marcy McLean to the Leisure Services Board:**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.
On Vote:

|          |     |                     |
|----------|-----|---------------------|
| Barnes   | aye |                     |
| Russell  | aye |                     |
| Friend   | aye |                     |
| Tinder   | aye |                     |
| Anderson | aye | Motion passed:  5-0 |

**Item #13.  Approval of the reappointment of Linda Hamilton to the Police Pension Board:**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.
On Vote:

|          |     |                     |
|----------|-----|---------------------|
| Barnes   | aye |                     |
| Russell  | aye |                     |
| Friend   | aye |                     |
| Tinder   | aye |                     |
| Anderson | aye | Motion passed:  5-0 |

**Item #14.  First reading of Ordinance #1046 amending Chapter 50, personnel, article IV, Firefighter's Retirement System, of the Code of Ordinance of Finances and Fund Management:**  City Manager White read the Ordinance by title only.  This was the first reading.

**Item #15.  Development Order Approval of North Bay Haven Charter Academy's Physical Education Pavilion on 1 Buccaneer Drive, off Highway 390 East:**   Attorney Rob Jackson stated that item #15 is a quasi-judicial hearing and all affected parties were sworn in by the City Attorney.  City Planner Amanda Richard was sworn in by the City Attorney.  There was no ex-parte communication by the Mayor/Commission.  City Planner Amanda Richard gave background information on the development order.  The

**City Commission Meeting Minutes November 14, 2017**
**Page 7**

applicant, Larry Bolinger of Bay Haven Charter Academy. The agent is Chris Forehand. The Physical Education Pavilion will be built on the south side of the existing school and will be 2,709 sq. ft.

**Item #16. First reading of Ordinance #1047 for the Comprehensive Plan Text Amendments (ESR-17-3) Transportation Element, Capital Improvements Element and Concurrency Management System. (Proposed Multi-Modal Mobility System):**
City Manager White read the Ordinance by title only. This was the first reading.

**Item #17. Approval to appoint Dana Evans as a new board member to the Board of Adjustments:**

        Motion by Commissioner Russell: To approve as presented.
        Second to the Motion: Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #18.    Resolution 2017-11-705 FY 2016/2017 year end amended budget:**
Commissioner Tinder asked had there been changes?
City Manager White stated there were changes to shore up the budget from year end.

        Motion by Commissioner Friend:  To approve as presented.
        Second to the Motion: Commissioner Tinder.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Russell | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #19 RFQ for Auditing Services and Banking Services:** City Manager asked that the Commission discuss banking and auditing services separately.  He stated that the City has not had a banking services RFQ for many years.  He also stated the RFQs are ready to go out. The Mayor stated that we would discuss these two topics separately.
The City Attorney stated that the Commission would need to approve an audit committee according to State Statues. The Commission would have to designate an audit committee.
Commission Friend wanted clarification whether or not the committee develops the RFQ?
The City Attorney stated that the committed can develop the RFQ.
Commissioner Friend commented that the committee should not develop the RFQ, it is responsibility of the staff to develop the RFQ and the Commission looks over the RFQ.
Mayor Anderson asked could the committee be one member? or the entire Commission? and is this a public meeting?
City Attorney stated that members of the audit committee maybe the members of the governing body.  It can be all or a designated person from the Commission.  But he suggested that the Commission decide who will be on the audit committee.

        Motion by Commissioner Friend:  For the Commission to become the audit

**City Commission Meeting Minutes November 14, 2017**
**Page 8**

        committee for the auditing services RFQ.
        Second to the Motion: Commissioner Tinder.

Commissioner Russell asked if there would be workshop on this?
The Commission agreed that they would put a workshop on the agenda.

On Vote:      Russell          aye
                 Friend           aye
                 Tinder           aye
                 Barnes         aye
                 Anderson     aye       Motion passed:  5-0

Mayor Anderson stated now that the Commission has approved an auditing committee for auditing RFQ, she also asked the City Attorney to advise the Commission on the next steps.
The City Attorney stated that the Commission could have workshop and designate a date and time to discuss the RFQ. But stated the ultimate decision is up to the Commission.
Commissioner Russell stated he would at least like to review the RFQ.
Commissioner Friend stated he would prefer to review the RFQ for the first meeting in January.
Commissioner Barnes asked that the Commission move the review to the second meeting since he will be out for surgery.
City Attorney noted that the City auditing for the fiscal has already been done and it would be worth waiting.
Mayor Anderson asked the Commission for direction. She asked would the members be interested in looking at scheduling a date for the first meeting in January and look at a workshop in February 2018. The Commission agreed.
Mayor Anderson inquired about the RFQ Banking Services and asked for direction. She asked if the Commission would be in agreement to allow the City Manager to move forward with the Banking Services RFQ?

        Motion by Commissioner Barnes: The City Manager to move forward with the
        RFQ for Banking Services.
        Second to the Motion: Commissioner Friend.

Commissioner Friend asked the City Manager would the City be looking into merchant services in the RFQ as part of the Scope of Services.
City Manager White said yes. He stated he also had a meeting with Munis next week to see what other modules the City could utilize.
Commissioner Tinder asked what will he be looking for and how long have we been with the current bank?
City Manager White stated that we currently have money with Ameris and SunTrust Banks and accounts in other banks. There is nothing that these banks are doing wrong. The City just wanted to be able to see what's out there and what other banks have to offer.
Commissioner Tinder asked will the Commission get to see the RFQ?
City Manager White stated that once we have read the RFQ and scored them we will give the Commission our recommendation.

On Vote:      Barnes          aye
                 Russell          aye
                 Tinder           aye
                 Friend           aye
                 Anderson     aye       Motion passed:  5-0

**City Commission Meeting Minutes November 14, 2017**
**Page 9**

**Item #19.  Adjourn:**
There was no further business to discuss and the meeting was adjourned at 6:22 pm.

APPROVED THIS _____ 12th _____ DAY OF ___ December ___ 2017.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

City Commission Meeting Minutes December 12, 2017
Page 1

## CITY COMMISSION MEETING MINUTES
### TUESDAY, DECEMBER 12, 2017 – 4:00 P.M.

**Present:**     Margo Deal Anderson, Mayor
                Rodney Friend, Mayor Pro Tem/Commissioner
                Antonius G. Barnes, Commissioner
                Dan Russell, Commissioner
                Judy Tinder, Commissioner
                Michael E. White, City Manager
                Robert C. Jackson, City Attorney
                Officer Mike Williams

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.

**Item #3. PUBLIC HEARING OPENED: 4:15 p.m.**
**Comprehensive Plan Text Amendment (ESR-17-3) Transmittal – Ordinance #1047 Final Reading:** City Manager White read the Ordinance by title only. City Planner Amanda Richard gave background on the Comprehensive Plan Text to establish a Multi-Modal Mobility System. The amended areas are: Transportation, capital improvement and concurrency management system. Transportation; changing the title to transportation mobility element, remove outdated statutory elements that no longer exist, and remove the fair share language to establish a multi-modal system that provides several options. She also stated that this is the second and final reading and that deliverables were sent to the state back in July. This plan has to be approved within 180 days. She stated that action would be take later in the agenda on this item.
**PUBLIC HEARING was closed at 4:19 p.m. CST**

**Item #5. Mayor Report's:** Mayor Anderson read the proclamation for Wreaths Across America Day. She asked Lauren Vickers to come up and accept the procalmation. Wreaths will be placed on veterans gravesites on Saturday in both cemeteries. Mayor Anderson also recognized all veternas in attendance. She praised the lighting of the Christmas Tree Lighting ceremony and the Lynn Haven Parade, she also met with with County Personnel, City Manager, Aaron Lovette of Grease Pro, Amanada Richard on various ordinances, spent time reading the RFQ for Banking and lots of phone calls from residents giving kudos and complaints. She is working with the Heritage Society fundraiser on a concert at Roberts Hall, all of the funds raised will towards the McMullin Library project.

**Item #6. Commissioner's Report:** Commissioner Russell stated he attended the League of Cities meeting on December 5th, he attended the City's Christmas Tree lighting and the Thanksgiving lunch with City employees. He also attended the Triumph meeting. He brought a letter that explains what to expect. The letter was drafted by chair and former Speaker Allen Bense who will be stepping down.
Commissioner Tinder spoke to residents about code enforcement issues. She spoke to a resident concerning the cost of a building permit and she continues to go through Panhandle Engineering invoices.
Commissioner Friend attended the TPO and was elected again to be a representative. He recognized his intern, a sophomore for North Bay Haven that he invited to the meeting who is interested in working in government.

City Commission Meeting Minutes December 12, 2017
Page 2

Commissioner Barnes attended the Tree Lighting event and reminded the Commission he would be out with foot surgery January 9, 2018. He also wished everyone a Merry Christmas.

**Item #7.  City Manager's Report:** City Manager White recognized then Employee of the Month, Stephanie Schultheis and Supervisor of the Quarter, Robert Brannon.  City Manager White gave an update from the Oversight Tax Committee. The Committee approved the work and documentation submitted for their review unanimously.  The renovations at the City Hall are going good, the canopies were delivered and will be installed.  The City received TRIM certification from the state.  The half cents sale tax thus far has collected $1.3 million thru September. City Manager asked Mr. Aaron Lovett, owner of Grease Pro to come up because of a code violation of outside storage to give some background information on the annexation of his business property. Mr. Lovett was sent a letter by the City of Lynn Haven Code Enforcement stating his business was out of compliance with Lynn Haven Code of Ordinance sections 26-32 which do not allow outside after-hours storage of vehicles on his property and is only allowed on industrial and research land use areas. Mr. Lovett spoke on his involvement in the community and the background of his business.  He stated that he was granted a reprieve by the former City Manager John Lynch.  He asked to be granted a variance so that cars can continue to be sold. City Manager White asked for direction on this issue.

The City Attorney recommended that he and the City Manager draw up a document to bring back before the Commission and not enforce the code until this issue is resolved.

City Planner Amanda Richard explained to the Commission the Ordinances interpretation. She stated that there are several businesses that have been grandfathered in.

Commissioner Russell commented that they are several businesses that are not following the Ordinance.

Mayor Anderson stated the intent of the Ordinance was to enhance the appearance of the City and concurs with Commissioner Russell.  She stated discussions need to take place but the Commission should be consistent, and Mr. Lovette should be given some time until things are worked out.  This is not the first time where a past City Manager has promised something, Mr. Lovette has been a good neighbor. We want to keep Lynn Haven looking beautiful.

City Planner Amanda Richard stated that the language could be very tricky and that there needs to be discussion before a decision is made.

The City Manager recommended that the Commission leave things as is until he and the City Attorney can get together and draft a reasonable solution.

Motion by Commissioner Russell:  Give Grease Pro a 6-month reprieve be given to Mr. Lovette business.
Second to the motion: Commissioner Friend.
Motion Amended:  To allow the City Attorney and the City Manager to work out details on the Grease Pro variance and bring back before the Commission.
Second to the motion amended:  Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

The City Manager continued his report and explained that the EPCI contract, as stated in the agreement, is up for renewal. The agreement states that they City can renew the contract another three years provided EPCI notifies the City that they would like to continue their contract, and they did.

**City Commission Meeting Minutes December 12, 2017**
**Page 3**

> Motion by Commissioner Barnes:  To renew the contract with EPCI another three years as stated in the contract agreement.
> Second to the motion:  Commissioner Russell.

Commissioner Tinder asked what does this company do?
Brad Yount asked who does the building department report to?
The City Manager stated that the building department reports to the Deputy City Clerk.
Mayor Anderson stated that she has had many complaints about the excessive cost and the amount of time it takes to get a permit approved.
There were other discussions about the complaints and how long it takes to get a permit back.
Commissioner Russell stated that many of the complaints have been about the cost of permitting.
Mayor Anderson stated some complaints are about the process, but mostly about the fees.
Amanda Richard stated that they were some issues with the process of how permits were handled, but that process has been streamlined and this should cut down on the time.
Mr. Creel, President of EPCI spoke about his ability to ensure good quality service and that he would make sure the timing issues are addressed from his office.
Commissioner Russell clarification was on impact fees.

| On Vote: | | |  |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

City Manager White also reported that the shopping cart issue that Commissioner Barnes brought up the last Commission meeting has been taken care of. The CRA Director Ben Janke helped with this project. A letter was sent to Walmart and other Supermarkets asking businesses to self-correct this problem of customers leaving shopping carts all over Lynn Haven. Walmart use the letter the City wrote and has already done so by putting locks on the shopping carts when carts are taken out of their area.  The Fire Department received their ISO rating and it went from a three rating to a two rating. Out of 568 departments, only 94 received this outstanding rate of two.  Commissioner Friend stated you can use this on your insurance.  Over 50 employees attended customer service training. City Manager stated that because the basketball leagues are growing in the complex, he had been looking at other places for teams to play. This will also alleviate kids getting home so late from games on school nights. He asked the Commission for approval to work with Fusion on securing extra courts in their gym for the Lynn Haven youth to play their games.

> Motion by Commissioner Barnes:  To approve the City Manager's request to work with Fusion in securing extra courts for the City's Basketball league.
> Second to the motion:  Commissioner Friend.

Commissioner Barnes stated that he is a member of the Lynn Haven United Methodist Church and it will not impact anything.

| On Vote: | | |  |
|---|---|---|---|
| | Friend | aye | |
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

  DEF'S EX 53_156

**City Commission Meeting Minutes December 12, 2017**
**Page 4**

**Item #8.  City Attorney's Report:** City Attorney Rob Jackson updated the Commission on Lynn Haven Bayou project that came before the Commission to get a development order, there were two issues; the deed and was it a viable development agreement.  Both issues have been worked out.

**Item#9.  Public Commentary:** Bob Hughes, of Barron and Redding, attorney for Marina Island Developers, LLC, spoke about the handling of the CRA Interlocal agreement. He knew since closing that his client would either be a part of the current CRA or a new CRA. He and his clients knew there had been some discussions with the County and other officials.  His clients were very disappointed that they were not included in on these discussions.  He asked that his clients be included on the discussion with the County. He also stated that the revised development agreement will be given back and his clients have stressed to be involved.
Rich Walker spoke on the CRA Interlocal agreement.  He stated that the CRA Advisory committee was not included in meetings or the drafting of documents.  He feels the correct information was not distributed or getting out to the people.
David Cooley commented on the amount of payment to Panhandle Engineering.  It appears to be a conflict of interest. He stated that the City should hire an engineer and save money instead of paying out money to Panhandle.  The City is putting up a lot of sidewalks, but not keeping them manicured.
Jack and Gloria Cutchins spoke about the condominiums that are about to be built on Tennessee Avenue.  There are two family houses there and the condos will not be permitted. It will set a precedent to build more condos in Lynn Haven. He also stated he was glad the palm tree was not removed.  He gave some history about the palm tree. The palm tree is 90 years old.  It was planted in August, 1928.
Arlene Harris thanked the City for events, but asked that she and other businesses be notified when events take place on Florida Ave.  The reason being is that there are people who rent out Roberts Hall, this could pose a problem if roads are blocked off.  She stated there were three events and the trash cans were not picked up prior to the event and trash was everywhere. Please have the trash picked up before the events.
Commissioner Tinder asked does the City not have a calendar of events for the entire year to help everyone plan better?
Mayor Anderson state she knows Leisure Services is working on this calendar.

**CONSENT AGENDA:**
**Item #10. Minutes:   11/14/2017 – Regular Meeting:**
**Item #11.  Approval of Almega Sports as the City's vendor for Sports Uniform and Apparel.**
**Item #12 Reappointment of Mr. Bill Kinsaul, Mr. Robert "Bobby" Landwehr and Mrs. Bill Waller to the Firefighter's pension board.**

Motion by Commissioner Barnes:  To approve as presented the consent agenda.  Second to the motion:  Commissioner Friend.

On Vote:      Barnes        aye
              Friend        aye
              Russell       aye
              Tinder        aye
              Anderson      aye            Motion passed:  5-0

**OLD BUSINESS:  NONE**

**City Commission Meeting Minutes December 12, 2017**
**Page 5**

**Item #13.   Second reading of Ordinance #1046 amending Chapter 50, personnel, article IV, Firefighter's Retirement System, of the Code of Ordinance of Finances and Fund Management:_** Ordinance #1046 was read by the City Manager by title only.  There was no discussion.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion: Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #14.   Second reading of Ordinance #1047 for the Comprehensive Plan Text Amendments (ESR-17-3) Transportation Element, Capital Improvements Element and Concurrency Management System. (Proposed Multi-Modal Mobility System):_** Ordinance #1047 was read by the City Manager by title only.

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion: Commissioner Friend.

Rich Walker wanted to know if this is considered impact fees?
City Planner Amanda Richard stated this is not impact fees, but it is a fee, but the developer will have this fee when new development takes places.  She reiterated that the Commission is not voting on fees, it gives the Commission the authority to put fees in place for future development.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**NEW BUSINESS:**

**Item #15.  Approval of the award of contracts for the City's banking services RFⓆ 17/18-5 to Hancock Bank as the City's primary financial institution and Ameris Bank as the City's secondary financial institution:**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion: Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #16.  First reading of Ordinance #1048 requesting a Small Scale Land Use Map Amendment from Marina Island, LLC:**  City Manager White read the Ordinance by title only.  This was the first reading.  City Manager recommended that this Ordinance not get

**City Commission Meeting Minutes December 12, 2017**
**Page 6**

approval until the City of Lynn Haven receives the signed agreement for the development order from Marina Island before the second reading of this ordinance.
Commissioner Tinder asked for clarification.
Commissioner Friend commented that this is just a land use change.
City Planner Amanda Richard stated this is a land use change for compatibility of the adjacent property. The applicant is Marina Island and the agent is Panhandle Engineering. The request is that this land be changed to a mixed use.
Rich Walker commented that this land use change is being forced down the throats of residents. He also stated that the Planning Commission wanted to table this issue but it was not done. He was concerned about the small scale amendment.
Amanda Richard went over the land use maps with the Commission.
Gloria Cutchins also spoke about her concerns of the land use being changed to mixed use.

**Item #17. First reading of Ordinance #1049 providing the vacation and abandonment for two right-aways: Kentucky Avenue right of way south of the 100-foot railroad, and 11th Street right away west of Tennessee Avenue:** City Manager White read the Ordinance by title only. This was the first reading. City Manager recommended that this Ordinance not get approval until the City of Lynn Haven receives the signed agreement for the development order before the second reading of this ordinance.

**Item #18. Resolution #2017-12-706 renaming the intersection of Mowat Middle School Road and State Road 390 Pedestrian Overpass or Walkway to Harold Haynes Memorial Walkway:** City Manager White read the Resolution by title only.

Motion by Commissioner Barnes: To approve as presented.
Second to the Motion: Commissioner Russell.

On Vote:    Barnes              aye
            Russell             aye
            Tinder              aye
            Friend              aye
            Anderson            aye          Motion passed:  5-0

Mayor Anderson stated she was very pleased with this decision and that it will be placed on the County's agenda next week.

**Item #19.  Resolution #2017-12-707 bond authorizing $6 million financing for the Infrastructure Surtax projects:** The City Manager read the Resolution by title only. The City Attorney stated this is second part of the bond surtax. The amount is $6,000,090. The interest rate is 2.35% with a 10-year term. The financial partner is Hancock Bank. We will close January 4.

Motion by Commissioner Russell: To approve as presented.
Second to the Motion: Commissioner Friend.

On Vote:    Russell             aye
            Tinder              aye
            Friend              aye
            Barnes              aye
            Anderson            aye          Motion passed:  5-0

**City Commission Meeting Minutes December 12, 2017**
**Page 7**

**Item #20.  Discussion and approval of the Inter Local Agreement between the City of Lynn Haven and the Lynn Haven CRA:**
**Item #21.  Discussion and approval of the Inter Local Agreement between Bay County and the Lynn Haven CRA:**

Motion by Commissioner Friend:  Moved that Items #20 and #21 be tabled.
Second to the Motion:  Commissioner Russell.

| On Vote: | | | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Russell | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #22.  Adjourn:**
There was no further business to discuss and the meeting was adjourned at 6:23 pm.

APPROVED THIS _____ 9th _____ DAY OF _ January _ 2018.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

City Commission Meeting Minutes, January 9, 2018
Page 1

*Item #9*

## CITY COMMISSION MEETING MINUTES
## TUESDAY, JANUARY 9, 2018
## – 4:00 P.M.

| | |
|---|---|
| **Present:** | Margo Deal Anderson, Mayor |
| | Rodney Friend, Mayor Pro Tem/Commissioner |
| | Dan Russell, Commissioner |
| | Judy Tinder, Commissioner |
| | Michael E. White, City Manager |
| | Robert C. Jackson, City Attorney |
| | Officer Mike Williams |
| **Absent:** | Antonius G. Barnes, Commissioner, |

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.

**Item #3.  Motion to excuse Commissioner Antonius Barnes from the Commission Meeting.**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #4. PUBLIC HEARING OPENED:  4:02 PM CST**
**Resolution # 2017-10-708 Wastewater Collection Facilities Plan and the Financial Plan:**
City Manager White read the ordinance by title only.  Commissioner Tinder questioned what was this project and why is the City moving so fast?  City Manager White explained that this resolution helps the City to pursue another funding source that has a low interest rate from the State to complete many of the storm water projects.  Commissioner Friend commented that we should pay attention to how we use our budgetary dollars and use the surtax money to pave the roads.  He stated the City needs to make sure we also are saving money. Comments from the public:
Mr. Robitaille questioned City Manager on the information about this project.
City Manager White reiterated that this is to replace the pipes that have been in the ground since 1928.  Mr. Robitaille wanted specific water mains that would be replaced, City Manager White explained that it will vary from street-to-street.
Mayor Anderson asked for any other comments and there were none.
**PUBLIC HEARING was closed at 4:09 PM  CST**

**Item #5.  PUBLIC HEARING OPENED:  4:09 PM  CST**
**Small Scale Future Land Use Map Amendment (SSA-18-1) from Marina Island, LLC**
**Transmittal – Ordinance #1048 Final Reading.**  City Manager White read the Ordinance by title only.  City Planner Amanda Richard stated that the applicant is Marina Island, LLC and the agent is Panhandle Engineering. The developer was requesting to change the existing land from low density residential. The requesting use is mixed land use of approximately 2.9 acres.  The City Planner gave an illustration of her presentation that included an aerial shot of the map, a present day map and the future look of what the land would look like.

DEFENDANT'S
EXHIBIT

**54**

**City Commission Meeting Minutes, January 9, 2018**
**Page 2**

Commissioner Tinder asked when this land is changed to mixed use, what is the City opening itself up to?

City Planner Amanda Richard stated that the land would have residential dwellings, townhomes, multi-family and commercial businesses. They can have 20 units per acre.

Commissioner Friend asked if there had been any others who have contacted her about this change. He has received several phone calls with concerns about this request.

Amanda Richard stated that no one has contacted the Planning Department. She acknowledged that there were some comments in the last planning board meeting.

Commissioner Friend stated he was concerned about the mix use around residential.

Amanda Richard commented that future land use is what the City envisions of what will happen in the future. Mixed use is already on the railroad track. The mixed use is already spread out. The residential and commercial dwelling will be connected.

Commissioner Friend was still concerned that the development was right in the middle of residential.

Commissioner Russell asked about the number of units and height restrictions.

Amanda Richard stated that restriction 50ft.

Mayor Anderson asked if the Commission voted yes, not saying that they would, would the Commission still have control over the changes?

Amanda Richard stated that the developer would still have to come to the Commission for a development order.

The City Attorney Rob Jackson stated that any changes would come back to the Commission whether it be code restrictions or a development order. Standards are a little different at this stage than at the legislative stage. The development order stage the Commission standard review is substantial.

Mayor Anderson asked for clarification.

Rob Jackson stated that the developer has to comply with the residential codes. But if it is changed to mixed use, the developer would comply with the mixed use code. If the development order meets the standards and the codes, then the Commission should approve it.

Commissioner Tinder agreed with Commissioner Friend in that there are too many residential homes that would be around the mixed use area. She stated that we are intruding on the Old Lynn Haven.

Public comments:

Janet Walker was concerned that the map displayed by the City Planner was deceiving. She stated that she feels Lynn Haven is being "sliced and diced" and that everything is encroaching on the Old Town. She stated Marina Island knew what the land use was when they purchased the land and what it would be used for. She said she applauded Commissioners Friend and Tinder for sticking to their guns and not approve this request. Rich Walker stated his disapproval of the mixed use request. 390 has to be widened, CRA has to be in there because Marina Island has to get this done. He stated that Marina Island owns all of the property and all other property is low density. This was not a well thought out plan by the City. Once the City decides to go mixed use you can't go back. Mr. Robitaille made comments regarding his disapproval of the mixed land use request, he sees low density as neighborhoods and mixed use as hamburger row. He continued to compare low density verses mixed use. Mrs. Cutchins stated that the information that was shared at the planning meeting was that the developers would build condos. Andrew Bales, Developer and Owner of Marina Island, LLC, stated that his company has invested more than $1.5 million in studies and research on this project. He stated he does care about our neighbors. The buildings are individual small buildings. He wants a more inclusive community and his company wants to work with the community. His company has spent more than $100,000 in Lynn Haven and Bay County on metric studies. His intention is not to build high-rise or build walls, but to build aesthetically pleasing communities and enrich the quality of life for all citizens. He stated that his company and his partners like Lynn Haven and have

**City Commission Meeting Minutes, January 9, 2018**
**Page 3**

a large budget for Lynn Haven's progress.  He stated that he wants the public to know that his company is a friendly developer and that they would like to bring good things to Lynn Haven. He pointed out on the map what Marina Island owns.  He stated they own the railroad and giving it to Lynn Haven.  There will be no high rise building, four flats and very tastefully done.  He stated his company is going out of their way to conserve the beautiful trees.  He said he is the decision maker and it is his intent to do something good for Lynn Haven and help Lynn Haven to prosper.  We want to have a world-class development.  We want to be actively good neighbors to Lynn Haven.

More comments came from residents about their concerns that the developers will build condos too high and cut down trees.

Commissioner Tinder asked if Marina Island owned the railroad up highway 231?

Mr. Bales stated yes we have an agreement to give it to Lynn Haven.  From 390 to the Island belongs to Marina Island.  Rich Walker questioned Mr. Bales about the land being contaminated. Mr. Bales responded yes, but there are ways to clean up any contamination.

Commissioner Tinder asked what about the exit off of 10th Street.  Mr. Bales said at this time he could not commit on this because of the master plan has not been approved.

Brad Yount asked Mr. Bales to elaborate on the property value.  Mr. Bales said this development will help increase the property value of homes.  Most of the homes in this development will increase.  There will be homes that will range from $400,000 to $1million.  Mr. Robitaille asked where will the developers find people who will buy houses for this much.

There were other comments and questions from the audience.

Mayor Anderson acknowledged that she had deviated from Roberts Rule of Order, but stated she wanted everyone to have the opportunity to speak and ask question.

After several other comments from the public about land use, Mayor Anderson called for any other comments, seeing there were not any, the public hearing was closed.

**PUBLIC HEARING CLOSED: 5:10 PM CST**

Mayor Anderson stated that the meeting would now abide by Roberts Rule of Order for the remaining of the Commission meeting.

**PUBLIC HEARING OPENED 5:10 PM CST**
**Item #6.  Vacation and Abandonment for Two Right-of-Ways, Kentucky Avenue and 11th Street west of Tennessee Ave. Transmittal – Ordinance #1049 Final Reading**.  City Manager White read the ordinance by title only.  City Planner Amanda Richards gave background on the two right-of-aways.  She stated that the applicant owned both parcels and is requesting that the City abandon the properties.

City Attorney stated granting this request just allows development of that property.

Public comments from Rich Walker who stated giving land to the developers is not right without allowing the public to see it.  Mr. Robitaille made comments, Mr. Bales stated giving four miles of 100ft wide to the City.  Basically, everything in between 390 and Highway 77.

The City Manager commented that abandonments are a common practice in most municipalities. We just did an abandonment for CVS and have granted abandonments with other developers. Commissioner Russell asked for abandonment clarification does it go back to adjacent property? City Attorney stated that is correct.

**PUBLIC HEARING CLOSED 5:18 PM CST**

**Item #7.  Mayor's:**  Traffic policy had two requests from citizens.  Florida Avenue & 8th Avenue making it a 4-way stop and Missouri Avenue & 5th Street asked to add another stop sign.  Leisure Services Community Service Board would meet the third Monday of every month, the City staff will call and set the meeting and Beautification in February.  Mayor Anderson would like a

**City Commission Meeting Minutes, January 9, 2018**
**Page 4**

proclamation for Black History Month and also plan a reception in February in honor of Black History. She will be attending two meetings. The first will be the Airport Board meeting to listen and learn. She stated she is concerned about the cost to fly from Panama City. At this point, the board has not offered affordable rates for airfares and we don't have direct flights to destinations, and the Panama City Airport Board is not located in Panama City and Lynn Haven does not have representation on the board. She will also attend the Triumph meeting on Jan. 29. She will ask the question, why was Lynn Haven not recommended to receive funds. The City submitted two requests. January 30 and 31 she will be attending the Legislative session with the League of Cities.

**Item #8. Commissioner's Report:** Commissioner Russell reported that he had meetings with the City Manager, residents had concerns about the safety issue for the youth concerning the ditch next to Publix. The kids are walking from the subdivision to Publix and would like to see a walkway built there. Any other issues the City Manager has taken care of them
Commissioner Tinder reported that the Suggs home has been lifted and will be moving at slow pace to preserve the home and move to their own property on Redbird Circle. A citizens wanted to know more about the Rails to Trails and how it would affect his property. She had a conversation with the City Manager and assured him this was a long way off. Had a concern from resident about a dog owner who is neglecting and abusing their animals. The dogs have been killing each other and the children are afraid to play outside. She called to have an official to do something but she said there was nothing they could do. Residents from the Country Club have complained of speeding and asked the City Manager are we writing tickets, He assured her they have been.
Commissioner Friend reported that he attended City's ceremony for Wreaths Across America and the Mayor did a great job of representing us and he attended Christmas with the Cops. He thanked all City staff for their hard work.

**Item #9. City Manager's Report:** City Manager White recognized the Employee of the Month, Clayton Teed. The City has collected $1.5 million in sales tax revenue. The City has secured a $6,000, 090 loan. He and the Mayor signed the loan papers last week. Staff is identifying more roads that will be paved in the upcoming weeks.

**Item #10. City Attorney's Report:   No Report.**

**Item #11.        Public Commentary:** Janet Walker stated her concerns about how she feels the City is being "sliced and diced." She questioned why so many trees were being cut down in Lynn Haven. She questioned what happened to the sign before entering Lynn Haven that stated the City was a "Tree City."
Arlene Harris commented that the code enforcement does a great job, but there are houses that continue to be cluttered up with many abandoned cars and equipment.
Mr. Cutchins commented on the look of City Hall. He is pleased with the changes and City Hall looks great. He also gave some history on Lynn Haven and its historic buildings.
George Hines thanked the Commission and gave kudos to both the City Manager and the Mayor for the work that has been done on his street and other streets in Lynn Haven.
Courtney Stuart was concerned about the lack of attention being paid to her neighbor's abuse of animals. She stated she lives off of Missouri and West 23rd. She stated that she found the animals in horrible condition, dogs mangling other animals, puppies have been killed and the animals are malnourished. She stated it is horrific. She has adopted two of the cats, but more needs to be done.

**City Commission Meeting Minutes, January 9, 2018**
**Page 5**

Mayor Anderson asked that an investigation be started on the residents in question for cruelty of animals, and if this does not work, the Commission can schedule a workshop and develop an ordinance that addresses these kinds of issues.

Another resident came up to the podium and spoke verifying everything that had been said about the cruelty of animals.

Dan Robitaille commented on several issues, he noticed that police are now at every City meeting. He referenced that there was conflict at the last planning board meeting, and was concerned about the direction the City is going. He was concerned that we have not received any funds from Triumph and asked was there any relationship building with County officials? He referenced that the City Planner actions at the last planning board meeting were out of line.

Commissioner Russell responded that yes he has met with many of the County officials and will continue to after funds for Lynn Haven. He stated that the Commission is working hard for the residents of Lynn Haven.

Rich Walker commented on the irrigation pumps and how he feels it is killing trees. He also commented on the Triumph funds not being received for Lynn Haven.

Courtney Stuart also asked that the Commission not put another stop sign on Missouri Ave.

**CONSENT AGENDA:**
**Item #12. Minutes:     12/12/2017 – Regular Meeting:**

Motion by Commissioner Russell: To approve as presented the consent agenda.
Second to the motion: Commissioner Friend.

On Vote:        Russell          aye
                Friend           aye
                Tinder           aye
                Anderson         aye            Motion passed: 4-0

**OLD BUSINESS:**

**Item #13.    Second reading of Ordinance #1048 requesting a Small Scale Land Use Map Amendment from Marina Island, LLC:**   Ordinance #1048 was read by the City Manager by title only. There was no discussion.

No motion. Resolution failed.

**Item #14. Second reading of Ordinance #1049 providing the vacation and abandonment for two right-aways: Kentucky Avenue right of way south of the 100-foot railroad, and 11th Street right away west of Tennessee Avenue.:** Ordinance #1049 was read by the City Manager by title only.

Motion by Commissioner Russell: To approve as presented.
Second to the motion: Commissioner Friend.
On Vote:        Russell          aye
                Friend           aye
                Tinder           aye
                Anderson         aye            Motion passed: 4-0

City Commission Meeting Minutes, January 9, 2018
Page 6

**Item #15.  Discussion and approval for the Audit Committee's workshop date to review RFQ Bid Documents for Auditing Services:**   City Manager White suggested that the Commission look at February 27, 2018 for the auditing workshop.

> Motion by Commissioner Russell:  To schedule February 27, 2018 for the auditing workshop.
> Second to the motion:  Commissioner Friend.

On Vote:   Friend          aye
           Russell         aye
           Tinder          aye
           Anderson        aye              Motion passed:  4-0

**NEW BUSINESS:**

**Item #16.  Discussion and possible approval to give the City Manager authority to negotiate the acquisition of property 813 Pennsylvania Ave.:**   City Manager White explained to the Commission as the City continues to grow, there will be opportunities to expand. He stated that the City has done an appraisal on the 813 Pennsylvania Ave. property and that the property is in foreclosure. He also stated that the City may have the opportunity to secure this property when it becomes available. Commissioner Friend asked if he needed some guidelines from the Commission? City Manager explained that the property has been appraised at $135,000, but $200,000 is owed on the reverse mortgage.  He stated he needed authorization from the Commission to negotiate this property and bring it back before the Commission for approval.

> Motion by Commissioner Tinder:  To pursue the purchase of the property with a cap up to $150,000.
> Second to the motion:  Commissioner Friend.

Commissioner Russell stated he wanted to make sure we aimed for the low price, and asked did we have the money in budget.
City Manager White stated that we would take the funds out of reserves.

On Vote:   Tinder          aye
           Russell         aye
           Friend          aye
           Anderson        aye              Motion passed:  4-0

**Item #17.  Resolution # 2018-01-708 approval and adoption of the Wastewater Collection Facilities Plan and the Financial Plan:**  Mayor Anderson stated since the Resolution had been read during the public hearing, she would call for a vote if there were no further comments from the Commission or the public.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

On Vote:   Friend          aye
           Russell         aye
           Tinder          nay
           Anderson        aye              Motion passed:  3-1

**City Commission Meeting Minutes, January 9, 2018**
**Page 7**

**Item #18. First reading of Ordinance #1050 Small Scale Future Land Use Map Amendment (SSA-18-2) 6220 House of Seafood Drive:** City Manager White read the Ordinance by title only.    Commissioner Tinder asked for clarification or the difference between commercial and mixed used.  City Planner Amanda Richard explained mixed use could have residential dwellings and commercial businesses.  Commercial use means that only business establishments can be developed in that area.

**Item #19.  Adjourn:**
There was no further business to discuss and the meeting was adjourned at 6:18 pm.

APPROVED THIS _____ 23 _____ DAY OF _____ January _____ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**City Commission Meeting Minutes, January 23, 2018. There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 1**

<br>

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, JANUARY 23, 2018**
**6:00 P.M.**

**Present:**    Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

<br>

Mayor Anderson called the meeting to order and Mr. Leon Miller gave the Invocation. The Pledge of Allegiance followed.

Motion by Commissioner Friend: To allow Commissioners Barnes and Tinder to participate in the City Commission meeting by phone.
Second to the motion: Commissioner Russell.

On Vote:    Russell          aye
Friend           aye
Anderson        aye                    Motion passed: 3-0

**Item #3. PUBLIC HEARING OPENED: 6:04 PM CST**
**Ordinance # 1050 Small Scale Future Land Use Map Amendment (SSA-18-2) 6220 House of**
**Seafood Drive:**   City Planner Amanda Richard gave a presentation to the City Commission.
The applicant is Bailey Pointe and the Agent is Panhandle Engineering. The existing land use is commercial. The applicant requested that the land be changed to mixed use, in which the adjacent land use is surrounded on all sides. They were given a development order to build townhomes, now they asking for mixed use so that they can have more flexibility to build there.
City Manager White read the Ordinance by title only. Mayor Anderson asked for comments from the Commission and public.
Janet Walker asked what could be built on the land of mixed use designation?
City Planner Richard stated that it could be a mixture of single family homes, multi-family homes. Lower intense commercial which allows for retail and restaurants, but not big box stores or large chains.
**PUBLIC HEARING was closed at 6:09 PM   CST**

Motion by Commissioner Friend: To allow Commissioners Barnes and Tinder to participate in the City Commission meeting by phone.
Second to the motion: Commissioner Russell.

On Vote:    Russell          aye
Friend           aye
Anderson        aye                    Motion passed: 3-0

<br>

**Item #4. Mayor's:** Mayor Anderson had several events, meetings and activities she attended.
She read to second graders at LH Elementary School in honor of Literacy Week. She will also

**City Commission Meeting Minutes, January 23, 2018. There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 2**

attend the Panama City Airport Authority Board to see how the City can have some representation on the board, she will be attending the League of Cities in which Billy Raider is president, she and the City Manager will be traveling to Tallahassee to attend the Legislative lobbying event with the League of Cities. There is one bill she is interested in that would affect cities like Lynn Haven. The bill would require Cities to hold their election the same day as the general elections. She will also be attending the Triumph Board meeting and speak on behalf of Lynn Haven. She would like to know why none of Lynn Haven's projects were funded. Bay County recommended eleven projects and many cities were overlooked including Mexico Beach. She spent a tremendous amount of time on Social Media reading comments and responding to citizens about the Marina Island project. The traffic on Tennessee Ave. is really bad, one resident said to her he is afraid to back out of his driveway for fear of being hit. She asked that the traffic committee take another look at road and see if the City will need to do something about the speeding. Full disclosure, Mayor Anderson stated she lives on Tennessee Ave. as well and there many other streets that need our attention.

**Item #5. Commissioner's Report:** Commissioner Friend stated that he and the engineers are working on a plan for Rails to Trails, The City submitted the application for the engineering side and it was funded, hopefully we will see a presentation in February, he will be traveling on behalf of TPO at no expense to the City. Senate Bill1516 will affect the TPO. It will limit the number of TPO seats. He explained that the TPO concentrates on issues not just for Lynn Haven, but for Bay County.
Commissioner Russell stated that he had several meetings with the City Manager and that the City Manager is doing a great job, and he continues to be impressed with him. The ditch next to Publix that he brought up at the last meeting may have been resolved. Public Works Director Bobby Baker will be reaching out to the property owner to build a bridge. We had some issues with the Fuel Depot being an open access to kids. He reached out Laurie Baker and she contacted the owners and it is fixed.
Commissioner Tinder stated she has had lots of calls from citizens about the Marina Island project, many citizens love the project but are against the "Front Door." She also thanked the Mayor for her hard work.
Commissioner Barnes mentioned that there were two individuals that have passed away, that contributed to the success of the City.
Mayor Anderson stated she would like the City to host and celebrate Black History Month. This idea was brought to her by Mr. Leon Miller. Deputy City Clerk Vickie Gainer and other staff will be working on this with the Mayor. She asked that the City host a reception honoring Black History Month and to contact the schools in Lynn Haven for art, and invite African American leaders to speak, and have cake at the Commission meeting to celebrate this event. Mayor Anderson read the Black History Month Proclamation and Mr. Leon Miller accepted the proclamation.

**Item #6. City Manager's Report:** City Manager White reported on the traffic data: Mississippi and 15th, there were nine speeding tickets written, 750 traffic count and the speed was average, the staff will continue to monitor this road. Petty Drive, there is lot of speeding, the committee recommended that a three-way stop be placed there and lastly Alexander Drive & Petty, Maryland and 12th which is a truck route, 100 citations were written, the committee's recommendation is that nothing be done right now because it is at a truck stop. Florida and 8th the committee will look at this later after the Tag Office will be relocated. They should be moving in a few months. They will also be evaluating Missouri and 5th. The City Manager recommended that there be a three-way stop placed at Alexander Drive and Petty.

**City Commission Meeting Minutes, January 23, 2018. There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 3**

|            |          | Motion by Commissioner Friend: To approve as presented. |
|------------|----------|---------------------------------------------------------|
|            |          | Second to the motion: Commissioner Russell.             |
| On Vote:   | Russell  | aye                                                     |
|            | Friend   | aye                                                     |
|            | Tinder   | aye                                                     |
|            | Barnes   | aye                                                     |
|            | Anderson | aye              Motion passed: 5-0                     |

Mayor Anderson reminded citizens that if they have problems with roads to bring them to the committee to take a look at their requests. Commissioner Russell asked for clarification that the City Manager stated that 100 citations were written at Maryland and 12th. City Manager confirmed this number and stated that the General Dynamics employees travel that way every day. He does have the Police Chief looking into alternative measures. Commissioner Russell also commented on Connecticut as a problem street, but City Manager White stated that the alternative solution may eliminate this problem as well.

**Item #7. City Attorney's Report:** City Attorney Rob Jackson reported on the Railroad ROW, Rails to Trails, FDOT just wants the road from the City, they have a lawsuit in, but they really just want the quick claim deed and not go into litigation. Quick claim deed is needed to move forward. He asked the Commission to approve the Resolution to go forward with FDOT's request.
Commissioner Friend asked was it 100 ft. or yards. The City Attorney stated it is 100ft. The Commission stated they did not have a problem with this item.

|            |          | Motion by Commissioner Barnes:    To accept the City Attorney's |
|------------|----------|------------------------------------------------------------------|
|            |          | recommendation to move forward with the Quick Claim Deed and Resolution. |
|            |          | Second to the motion: Commissioner Friend.                       |
| On Vote:   | Russell  | aye                                                              |
|            | Friend   | aye                                                              |
|            | Tinder   | aye                                                              |
|            | Barnes   | aye                                                              |
|            | Anderson | aye              Motion passed: 5-0                              |

**Item #8.        Public Commentary:** David Cooley thanked the City for cleaning up 5th Street sidewalks. He stated the mixed use change on Tennessee Ave. is concerning, this will bring lots of condos and traffic. He is totally against it. He asked what happens if they don't sell? He understands there is an estimated cost of $10 Million to the City. The City Manager stated that this is an incorrect.  This is not in the plans; he believes the developer will be responsible.
Janet Walker questioned whether or not the Tag Office and parking lot with SunTrust, the Masonic Lodge, can something be worked out? City Manager stated he would be glad to speak with Mr. Perdue and yes, he believes something can be worked. Mr. Cutchins spoke about the clearing of property lots and taking down trees. He felt Lynn Haven will be concrete and asphalt if we keep this up. He asked, when did it become so important to take away trees and say it is okay? Mayor stated she did not have an answer for this. Trees are important to her, she doesn't like to see trees cut down unless they are diseased or a danger to our citizens. She stated she didn't know when this changed.
Mrs. Libby Tunnell thanked the Commission for the four-way stop on 5th Street. She said traffic has slowed down traffic. One resident spoke about speeding on Tennessee Ave. he asked that the City come up with a dedicated traffic control officer. He suggested that the Chief come up with a plan for speeding, for example, officers would work overtime and dedicate them to traffic



**City Commission Meeting Minutes, January 23, 2018.  There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 4**

control.  City Manager stated that off duty officers already do this.  Mayor Anderson thanked the public for their comments.  Mayor Anderson stated the comments are well put, she has had conversations with the Chief, but yes he has planted a seed.

**CONSENT AGENDA:**
**Item #9. Minutes:        Minutes:                  01/09/2018 – Regular Meeting:**
**Item #10.  Mutual Aid Agreement with Panama City Beach Police Department.**

           Motion by Commissioner Barnes: To approve as presented the consent agenda.
           Second to the motion:  Commissioner Friend.

Mayor Anderson stated that PCB Police Department seems to be far away from Lynn Haven. She just doesn't want Lynn Haven officers to be tasked to supplement work for PCB Police Department and LH PD be stretched.
City Manager stated this would not be the case, many of the officers that would help out with the PCB Police Department would be off duty officers who already live there on the beach.
Mayor Anderson ask why can't the City pay these officers overtime to help out with traffic in Lynn Haven?
City Manager said that we can do.
City Attorney stated the agreement does not require the City to give any money.

On Vote:      Barnes      aye
              Friend       aye
              Tinder       aye
              Russell     aye
              Anderson   aye           Motion passed: 5-0

**OLD BUSINESS:**

**Item #11.        Second reading of Ordinance #1050 Small Scale Future Land Use Map Amendment (SSA-18-2) 6220 House of Seafood Drive:**   Ordinance #1050 was read by the City Manager by title only.

           Motion by Commissioner Russell:  To approve as presented.
           Second to the motion:  Commissioner Friend.

Commissioner Friend commented that we are just making a decision for the land to go to mixed use since it is surrounded by mixed use.

On Vote:      Russell     aye
              Friend       aye
              Barnes     aye
              Tinder       aye
              Anderson   aye           Motion passed: 5-0

**NEW BUSINESS:**

**City Commission Meeting Minutes, January 23, 2018. There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 5**

**Item #12.  Approval of the Mosley Roundabout Transfer Agreement.:** City Attorney stated this is just an agreement to provide a roundabout and that the School Board District did approve this today at their board meeting.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

City Manager White explained as to how the roundabout idea came to fruition.
Commissioner Tinder asked why are we doing this, she was concerned with the teenagers trying to figure the roundabout and the traffic.
Mayor Anderson added that the 4-way stops are more confusing and felt roundabouts are better.
City Manager stated the cost of this project will come out of the transportation fees.  It will cost $300K-$400K.
Commissioner Russell stated this was brought up in the traffic workshops.  The traffic is very congested.  First responders cannot get through when there is an emergency and traffic is always backed up.  He feels this will alleviate much of the problem but Mosley High School will also need to help out with this problem.
Commissioner Tinder agreed with Commissioner Russell.
Commissioner Barnes asked who will be responsible for notifying people in that area?
City Manager White stated he has met with the principal, the superintendent and the district's operations manager.  This project will start in the summer when school is out and give parents and kids time to adjust.  The largest concern is getting the police and fire through when there is an emergency.
Commissioner Barnes totally agreed and commended the City on their work.
Mrs. Walker asked if this is a two lane roundabout or a one lane roundabout?
City Manager White stated one with a right hand turn.
Mrs. Walker does a school bus usually go around one lane roundabout?
City Manager stated he is negotiating with the school district for more space.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #13.  Rank and Approval of the SRF Water and Wastewater Design Build RFQ 17/18-7 to the top rank Design-Build Team:** City Manager White explained to the Commission that while the money has not come through yet, the City wanted to be ready to act with the Design build team in place.
Commissioner Tinder asked who ranked them?  The City Manager, Bobby Baker and Greg Kidwell.

> Motion by Commissioner Barnes:   To rank Phoenix Construction and Panhandle Engineering as #1 and Gulf Coast Utility Contractors as #2.
> Second to the motion:  Commissioner Russell.

Brad Yount asked was there a bid amount.  City Manager responded no it was a RFQ.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Friend | aye | |

**City Commission Meeting Minutes, January 23, 2018.  There were two workshops held, Marina Island LLC, and Stantec Rate Study.**
**Page 6**

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed:  5-0 |

**Item #14.  Discussion and approval of the City Manager's six-month evaluation:**  The Mayor stated that yes his evaluation is due.  But because the Commission needs to review and complete the evaluation form. She suggested that this item be tabled.

> Motion by Commissioner Friend:  To table until the next Commission meeting when the Commission has had the opportunity to complete a performance evaluation.
> Second to the motion:  Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #15.  Adjourn:**
There was no further business to discuss and the meeting was adjourned at 7:09 pm.

APPROVED THIS _____13th_____ DAY OF __February__ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 54_013

**City Commission Meeting Minutes, February 13, 2018. There was no workshop.**
**Page 1**

Item #9

## CITY COMMISSION MEETING MINUTES
## TUESDAY, FEBRUARY 13, 2018
## 4:00 P.M.

**Present:**     Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

Mayor Anderson called the meeting to order and Commissioner Friend gave the Invocation. The Pledge of Allegiance followed.

Mayor Anderson acknowledged the large attendance and said she assumed that most of the attendees were present for the public hearing. She informed the public that Item #11 would be pulled from the agenda per the developer's request, but she would still allow public comment on this issue after the City Planner's presentation. She welcomed Commissioner Barnes back and explained that any other comments that the public would like to make can also be done in the public comment section.

**Item #3. PUBLIC HEARING OPENED:  4:07 PM CST**
**Ordinance # 1048 requesting a Small Scale Land Use Map Amendment from Marina Island, LLC:** City Manager White read the ordinance by title only. The applicant is Marina Island, LLC and the Agent is Panhandle Engineering. This is the first reading of Ordinance # 1048, a request for a Small Scale Future Land Use Map Amendment from Marina Island, LLC., for four parcels comprised of approximately 2.9 acres. The parcels are located west of Tennessee Avenue within the 10th -11th St. Block. The applicants are requesting to be able to change the future land use designation to mixed use for four parcels, and have authorized Panhandle Engineering, Inc., to act as agent. The parcels are located south of the abandoned railroad ROW which was recently given a mixed use land use designation, and are contiguous with that existing mixed use land use designation on the abandoned railroad right of way. The applicant would like to amend the future land use map designation of four parcels from Low Density Residential to mixed use. This is the second and final reading of the ordinance and is a Public Hearing. This request went before the Planning Commission on December 5, 2017.

Mayor Anderson opened up public comments: There were many public comments on this item, some residents stated their names which are recorded. For those who stated their names away from the microphone, or were inaudible or stated only their first name, all these comments will be referred to as "residents" in the public comment section.

Public Comments:

Janet Walker asked that the land use change not be granted to Marina Island. She stated if the developer is given mixed use the developer will be able to do whatever they want to do with the land. She also stated that this development is not in compliance with the LH Comprehensive Plan. The developer said in a meeting he would be putting up four-story a building and a sales office. Mr. Rich Walker asked would there be a ruling on this request?

Mayor stated that she had some prepared remarks and would make those remarks in her Mayor's report. She restated her remarks that the developer has asked that this item be removed from the agenda.

Mr. Walker questions why the removal, he made comments concerning the Rails to Trails road from 390, where does this fit in the CRA program, CRA program budget and comments about the Triumph money.

Wayne Pate was concerned about the "front door" of the plan, he wanted no businesses on Tennessee. He stated it is a family-oriented neighborhood and it should stay that way. He asked that the Commission keep it as single family home dwellings.

Libby Tunnell stated she didn't want high rise condos in her neighborhood. It must be stop.
Arlene Harris stated that she supported Marina Island development, she thought it was a little premature to encroach in the neighborhood with commercial development.

Tom Nolan stated if a walking trail is put there, he is fine with that, but that he does not want a road and will fight the City tooth and nails to keep this from happening.

Anita Sampson commented that Tennessee is her concern. It is a very narrow road and was concern about the traffic on Tennessee, she also felt traffic would be a big issue on Tenn.? She asked that a letter be sent out to residents about these kinds of meetings and that the meeting be held at 6:00 pm.

Mike Olen stated he was in favor of this development. He said the LH Bayou is dying and he felt that this development would help fixed this problem.

Brand Yount asked if the high rise would be placed on the ROW?

Stan Peacock stated that he has lots of concerns about this development and that he totally agreed with Libby Tunnell.

Sue Bynum commented that her neighborhood is a single family residential area. She does not want condos and she didn't think traffic could be controlled.

Resident spoke and said he was the closest home to the railroad track. He wanted to know what will the City do to provide safety.

Mr. Robitaille commented that transparency is important. He compared the condos that have been built on the beach which have completely blocked the public's view. Who will benefit from it? Who is the project really about? Andrew Bates.

David Cooley was concerned about how contractors have the freedom to cut and clear lots where there are beautiful trees. He stated Lynn Haven is a Tree City, and it should stay that way.

Mandi Strickland stated that progress is change. She considers it an honor that a developer of this magnitude wants to build here in Lynn Haven. She is very excited. She wants her children to have decent playgrounds and beautiful place to go. She said progress requires changed. She asked that the Commission vote yes.

Cheryl Brown thanked the developers and the Commission for this project. She thinks it is a good idea. The progress and improvement in Lynn Haven will make Lynn Haven great. She stated she sees the if for the intelligence of the decision makers and she would appreciate them thinking about Lynn Haven.

A resident spoke about the smell of the Lynn Haven Bayou. It is horrible. It's not like the beach. Developers are environmentally friendly. He asked that the Commission consider this so that the children of the future can stay here in Lynn Haven.

Ms. Martin spoke that she if for the development. Just be responsible. Look at the traffic and how it will affect others, but just be responsible.

Donnie Writkopf stated that is not directly impacted by this, but feels the concerns of others. He asked that density and traffic should be heavily considered by the Commission. He stated people move to Lynn Haven for its quaintness. He asked that the Commission not approved the multi-use facility.

A resident commented that this main concern is opening of the water and its smell. Lynn Haven needs to do something with the Bayou, his main concern is the Lynn Haven Bayou.

DEF'S EX 54_015

**City Commission Meeting Minutes, February 13, 2018. There was no workshop.**
**Page 3**

Mitch Oakwell commented on the developer with the owner occupied as to sub-lent.
**PUBLIC HEARING was closed at 4:48 PM   CST**

Mayor Anderson stated before she read her statement, that a yes or no on this land use has nothing to do with the development.  Mayor Anderson read her statement:

"I have also spent several days meeting with neighbors, friends, and homeowners in the historical or CRA District and slightly beyond those parameters' in Lynn Haven, which is basically from Colorado to Montana East to West, and from 1st Street to 17th Street North to South roughly speaking.  After the presentation by Marina Island LLC at our last commission meeting, which followed a discussion of a land use change of 2.4 acres at the north end of Tennessee Avenue from low density residential to mixed use, I promised to listen to the voices of the people in Lynn Haven and find out their opinions.  Even though there were some residents who came to the Commission meeting to express their opinions, there were many who did not, and I wanted to hear from them.  The overwhelming answer from the 75-year and older low density neighborhood is "no."

I have found that the majority of those who are in favor of this land-use change are the residents of Lynn Haven Bayou area, who are under the impression that without the land use change the causeway leading out to the island cannot be breached and the bayou will not be able to be refreshed by tidal flow as it should be.  I would like to set the record straight on this.  From the very beginning of my term as Mayor, I sat at the table with the Air Force representatives, Blue Water Development representatives, FSU representatives, attorneys, and city and county interested parties.  The land use change of 2.4 acres at the end of Tennessee Avenue is a new part of the plan which was not part of any of those discussions, and the breaching of the causeway for tidal flow and renewal of Lynn Haven bayou has always been part of the conversation, and this should not be used as leverage by the developers to change the dynamics of an historical neighborhood.

Many are under the impression that this land use change is a vote for or against the development of the old fuel depot property, now known as Marina Island.  This is simply not true.  I, as well as the members of this Commission have been strong advocates for the development, but at this time we still do not have a development agreement nor have we seen any progress.  Make no mistake, the land use change is not an up or down vote for progress, jobs, recreation, or development in Lynn Haven, it is a matter of listening to the voices of the residents who have lived here for generations and want to preserve their neighborhoods.

After three years of discussion during my term as Mayor, many years of discussion before that by the developers and other parties, this property was purchased and closing documents signed several months ago.  Speaking for myself as Mayor, and not for any other member of this board, I say that it is time for the developers to begin the project as they presented it to the city, with the marina as the first part of the development, the northeast waterfront property to be sold as estate properties to aid in development of other areas, and once any necessary permitting is complete, breach the causeway as was stated in the beginning.  I will not support any land use change which invites continued mixed use development of the old, historical, residential neighborhoods of Lynn Haven, and I have expressed this to the developers before this meeting.

I believe we as a City stand ready to facilitate this wonderful development project with sewer, water, fire and police, and any other services we can provide, but we are not here to be a financial partner or to change the historical dynamics of a neighborhood to provide capital for a developer's project through the construction of five story condominiums in a neighborhood which has been single family dwellings since before World War II.

With that said, I have been informed that the developer wishes to remove the land use change from the February 13th meeting agenda, and I need a motion, a second, and a vote for that to occur.  Thank you."

Mayor Anderson as for a motion to delete Item #11 from the agenda.

City Commission Meeting Minutes, February 13, 2018.  There was no workshop.
Page 4

> Motion by Commissioner Friend:  To delete Item #11 from the agenda.
> Second to the motion:  Commissioner Barnes.

Commissioner Friend stated that the Commission's duty is looking at land use changes for this parcel.  He stated he recognize what could be built.  He does believe that mixed use works, but not for this parcel.

Commissioner Barnes stated that he agrees with the Mayor and that a City still does not have a development agreement from the developers, why is this taking so long?  He stated the City knew what development would take place and he could not support this land use change.

Commissioner Tinder stated she agreed with the Mayor and Commissioners.  She would like to see a traffic study done and that she could not vote to support the land use change.

Commissioner Russell echoed the Mayor's concerns.  He stated that the responses he has received have been 50/50.  He completely supports the fuel depot project, but he cannot support the land use change.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #4.  Mayor's:**  Mayor Anderson continued her report.  The past two weeks have been extremely and productive; she participated in a legislative conference call for briefings regarding upcoming bills during the Florida Legislative session, particularly those affecting municipalities, and especially home rule, participated in Bay District Schools' National Reading Month by reading to Mrs. Perry's 2nd grade class at Lynn Haven Elementary School on Tuesday, January 23rd, and will be reading to Highland Park Elementary on March 3rd as a guest reader.

She met with City Staff to plan recognition of Black History Month by the City of Lynn Haven during our next regularly scheduled Commission meeting on Tuesday, February 27th at 6:00 p.m.  There will also be exhibits at the Chamber from various organizations, churches, schools, and individuals beginning at 9:00 when the Chamber will be open to the public.  The national theme for Black History Month is "African Americans in Times of War" and we have adopted that theme in our City's flier.  She thanked Vickie Gainer, Lauren Villhauer and Tiah Romano and others who have worked very hard to develop this special recognition day.  Mayor Anderson also attended the first scheduled meeting of the Panama City Airport Authority meeting on January 24th at 9:00 a.m. to learn more about the marketing and budgeting process of the airport board.  She spoke with Representative Jay Trumbull, Representative and Senator George Gainer about representation for Lynn Haven, as the second largest city in Bay County on the Airport Board, which requires the introduction of a bill before the legislature, they have assured her this will occur.

Mayor Anderson attended the Bay County League of Cities Meeting on Thursday, January 25th at 2:30 p.m. and met with other city representatives to plan the quarterly meeting on March 12, at Captain Anderson's where the League will be presenting several $500.00 scholarships for students at Gulf Coast State College and Florida State University at Panama City Campus.  The guest speakers will be representatives from the colleges.  Discussions were held about the necessity of all city mayor's, commissioners and councilmen and women to stay in contact with their representatives regarding the bills affecting municipalities and their areas.

**City Commission Meeting Minutes, February 13, 2018. There was no workshop.**
**Page 5**

The Mayor attended the 1 p.m. meeting of the Gulf Coast Triumph Board at the Apalachicola Courthouse annex, and was accompanied there by City Manager Mike White, City engineer, Chris Forehand, and CRA and Economic Development Director, Ben Janke, and spoke in behalf of Lynn Haven's applications numbers 56 and 57 requesting funds for an Emergency Operations Center in Lynn Haven for 1.3 million dollars, and for the expansion of our sports complex in the amount of 15 million dollars. The Mayor was notified that both of projects have passed the first round of pre-applications, and the City has been invited to complete the more detailed final application for these funds. The City Manager, City Engineer, and the Mayor also attended the League of Cities Legislative Conference where we were given the opportunity to network with the elected officials of other cities and speak as a group and individually to our representatives. Rep Jay Trumbull, Rep Brad Drake, and Senator George Gainer all took time from their busy legislative schedules to meet with the Lynn Haven delegation to discuss our local needs for funding and support.

**Item #5.  Commissioner's Report:** Commissioner Friend said congratulations to the Police Department for being recognized a one of safest cities in Florida, #41. He attended the ribbon cutting of Brock's Pest Control. He attended Mosley High School's Shrek performance in their new theater.
Commissioner Russell thanked all of the citizens who contacted him regarding their views on the Marina Island project. The update on the ditch issue near Publix is that the City is negotiating with FDOT to put a pedestrian walk there.
Commissioner Tinder stated Missouri and 5th street there is a lot of speeding. She was recovering from the flu. She spoke with citizens on Missouri Ave., the mistreatment of the dogs continues to happen. Puppies are being killed. She stated that the owner should be fine.
Commissioner Barnes stated because he has been immobile due to his surgery he has not gotten around much, but that the City is in good hands with City Manager White.

**Item #6.  City Manager's Report:** City Manager asked Chief Reimer to come up and recognize employee of the month Corporal Mike Williams to come honored. He highlighted that Lynn Haven is ranked in the top 100 at #41 as one of the safest city in the Florida. Next month officers will be able to write tickets for these kinds of situation. Sales tax is going very well. As of tomorrow, 9th and Ohio to Michigan will be closed. The Surtax money collected to-date is $1.53 million, in four in a half month the City has paved 17.5 miles of road, 5000 liter of water pipes, 4810 linear sewer lines.

**Item #7. City Attorney's Report:   No report.**

**Item #8.         Public Commentary:** Libby Tunnell was upset about the trees being cut down in Sheffield Park. Mr. Robitaille was upset about the trees being cut down in Sheffield Park. He also stated that Lynn Haven should consider going to electing a Sheriff in Lynn Haven. One resident who also stated he was a Tyndall AFB historian, was upset about the trees being removed and stated that many of the trees have history and that the City should try to preserve the trees and the history.
Mayor Anderson commented that in 2015 there were three workshops about the renovation and removal of trees in Sheffield Park. Thirteen trees were supposed to be removed. She too was a little upset about more than the number of trees that were identified as dead trees. She stated that maybe in the future if trees are removed on City Property that the City Manager should get the Commission's approval. However, it looks much like the renedition. But she also stated that the City Manager was on site and that other trees were identified as damage or dead that could pose a safety issue for the City. The City Manager made the decision to cut down those tree as

**City Commission Meeting Minutes, February 13, 2018. There was no workshop.**
**Page 6**

well.   However, there were pine trees that were very old.   But the new planting of new trees will be done that are of a good size and healthy trees.

Mrs. Tunnell spoke more about the removal of trees and the Heritage Tree that was damaged. She expects these trees to be replaced with nice big ones.

Wayne Pate spoke about the water log in his neighborhood.   He was told he needed a ditch on the eastside.

Sue Bynum thanked the Commission for the paving of the roads. But clean up needs to happen. At 703 W. 12th Street there are rocks and trash that have been left.

City Manager White stated they are going back and cleaning up areas and he would make sure this happens.

Arlene Harris was upset about the removal of so many trees.   Who gave the authority to cut down so many trees?   But what is done is done.   She apologized to City Manager White for being disrespectful to him.   But let's have some checks and balances.

Mayor Anderson commented that we have a City Manager form of government. Lynn Haven has some checks and balances.   She stated that she and the City Manager had a conversation about this decision.   The Commission does not tell the City Manager how to run the City.   The trees that are coming will be beautiful.

City Manager White apologized to the citizens but stated he had two people out there that were identifying dead and unsafe trees, and that he was trying to save the City money.   He also stated that he had to take the trees from around the Amphitheatre, otherwise attendees would not be able to see.   But, the park will be beautiful when it is finished, putting in lots of azaleas, plants, oak trees and other trees.

Judy Shelton commented on the roundabout at Mosley.   She stated she did not hear about the change until she read it.

One resident commented on the HOA in the Hammock.  It is being totally destroyed.

One resident asked who did the work of cutting down the trees?

City Manager White stated it was Phoenix Construction, one who would like to remain anonymous and the City Staff.   This project cost the City no money.

Bob Schultz asked was 17th Street done? And will it be paved?

City Manager commented that he would have to look at the plans.

Cheryl Brown commented on the code enforcement not writing up her neighbor who has lots of junk cars and trucks in their yard, but nothing seems to have been done.

Resident stated that 1300 Block of Rhode Island traffic is very bad.

William Carr asked about the position changes in the City particularly the Assistant Fire Chief and Deputy Police Chief.   He wanted to know was it budgeted? Why didn't the City Manager get approval? Why didn't he promote within on the Police department.

City Manager explained to him that the Assistant Chief position was a promotion.   The budget is a projection of what the City will spend.   He stated he did not have to discuss personnel decisions.

Brad Yount wanted to know who is responsible for fixing the stormwater drainage? Is it the City or HOA who has to approved the Hydrology?  Who has the ball?

Mayor Anderson commented that these were good questions, after the Stormwater study is completed many of these issues will be rectified.

The City Manager commented the study has already started, but we have to identify who does the stormwater belong to the City or HOA? Some are privately owned.  For the public the City has the responsibility, for private someone else has the responsibility.

John Clark was concerned about the stormwater runoff in his property at 304 Wataford Drive.


**CONSENT AGENDA:**
**Item #9. Minutes:       Minutes:            02/09/2018 – Regular Meeting:**

**City Commission Meeting Minutes, February 13, 2018.  There was no workshop.**
**Page 7**

|  |  |  |  |
|--|--|--|--|
|  | Motion by Commissioner Friend:  To approve as presented. | | |
|  | Second to the motion:  Commissioner Barnes. | | |
| On Vote: | Friend | aye | |
|  | Barnes | aye | |
|  | Russell | aye | |
|  | Tinder | aye | |
|  | Anderson | aye | Motion passed:  5-0 |

**OLD BUSINESS:**
**Item #10.  Discussion and approval of the City Manager's six-month evaluation.** Mayor
Anderson asked for comments from the Commission.  She also stated the approval of the City
Manager's evaluation will come with a $5,000 increase to his salary.  Commissioner Tinder
stated she spent over an hour with the City Manager and that the citizens would understand her
vote when it is time to vote.  Commissioner Russell stated City Manager White is doing a great
job, he is exceptionally happy with the City Manager, he is open for discussion and produces
good work, and he continues to be impressed by him.  Mayor Anderson stated City Manager
has done a great job, she is very pleased with what he has accomplished.

> Motion by Commissioner Friend:  To approve a $5,000 increase to the City
> Manager's salary per his employment agreement.
> Second to the motion:  Commissioner Barnes.

Rich Walker asked where were the evaluations?  He did a public records request and he received
only one, which was Commissioner Russell.
Mayor Anderson stated that Mr. Walker has never asked for these evaluations before and that it
is not required to have a written evaluation.
Mr. Walker disagreed.  Mayor Anderson reminded Mr. Walker of his time left for comments.
Mr. Walker took his seat.
Commissioner Friend stated he met with the City Manager and is pleased with his performance.
He also stated that he does his evaluation a little different.  "Meets expectation" doesn't mean
he is not doing his job; it means he is performing the duties that the City hired him to do.  He is
doing a fine job.  He stated he has no problem turning in his evaluation.
Commissioner Barnes stated he will turn his evaluation in also and stated he is pleased with City
Manager's performance.  Commissioner Tinder said she will also turn in her evaluation and the
Mayor said she would turn hers in as well.
Mr. Robitaille commented that the issue needed to be tabled.
Bob Schultz wanted to know if he could yield his time to Mr. Walker?  Mayor Anderson allowed
Mr. Walker to speak in place of Mr. Schultz time.  Mr. Walker continued his comments about
City Manager White's evaluation.  He also stated that Commissioner Russell gave Mr. White a
superior review on everything and he was concerned about his evaluation.  Commissioner
Russell responded by saying to Mr. Walker that is an incorrect statement and that the City
Manager White has exceeded his expectations and he did not appreciate Mr. Walker
mischaracterizing his evaluation.  There are some areas that he thought Mr. White could
improve, but Mr. White was doing a great job.

| On Vote: | Barnes | aye |
|--|--|--|
|  | Friend | aye |
|  | Tinder | nay |
|  | Russell | aye |

**City Commission Meeting Minutes, February 13, 2018. There was no workshop.**
**Page 8**

                    Anderson        aye                    Motion passed: 4-1

**Item #11.    Final reading of Ordinance #1048 requesting a Small Scale Land Use Map Amendment from Marina Island, LLC. (City Planner):** This item was deleted from the agenda.


**NEW BUSINESS:**

**Item #12. First Reading of Ordinance #1051 Amendment to Unified Development Code Section 5.05.163 – Motorized Vehicle Sales (New or Used):** City Planner Amanda Richard gave background information and a presentation on the ordinance. She stated it would not affect current car lots. This ordinance was read by the City Manager by title only. Commissioner Friend commented, for clarification we are making changes to the already designated area. City Planner said this is correct.
Brad Yount had two concerns, No illumination and no noise. His suggestion was to change the ordinance.

**Item #13. First Reading of Ordinance #1052 of a Small Scale Plan Amendment (SSA-18-3) DP Nelson Properties, LLC:** This ordinance was read by the City Manager by title only.

**Item #14. Approval to add and fund a new Traffic Division for the Lynn Haven Police Department:** City Manager White stated that he would like to create a traffic division. He has two officers who want to be patrol officers for this unit. This money would be taken from the impact fees. City Manager gave some data on the number of calls and growth of Lynn Haven. He stated by the end of 2018 Lynn Haven will grow to over 22,000 people with this growth, the City has to growth with it.
Commissioner Tinder was concerned about how to retrieve the funds. Commissioner Tinder asked how much would this cost?
Commissioner Barnes asked would this traffic unit work mostly in the daytime?
City Manager stated yes, mostly in the day.

                    Motion by Commissioner Barnes: To approve and fund the traffic division for
                    Lynn Haven Police Department.
                    Second to the motion: Commissioner Russell.

Commissioner Friend stated he is always very cautious when placing this kind of item in the budget before mid-year.
Mr Robtialle asked how would the City pay for this? Bailey Bridge is a speed trap and we don't want Lynn Haven to become known or have a reputation of harsh traffic enforcement.
Commissioner Russell stated that the Commission spent three months on this subject. More comments came from the public on this item.

On Vote:     Barnes        aye
             Russell       aye
             Tinder        aye
             Friend        aye
             Anderson      aye                    Motion passed: 5-0

**City Commission Meeting Minutes, February 13, 2018.  There was no workshop.**
**Page 9**

**Item #15.  Adjourn:**
There was no further business to discuss and the meeting was adjourned at 6:33 pm.

APPROVED THIS _____ 27ᵗʰ _____ DAY OF _____ February _____ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael C. White, City Manager

Prepared by Vickie Gainer

City Commission Meeting Minutes, February 27, 2018.   An Audit Services workshop was held.
Page 1

CITY COMMISSION MEETING MINUTES
TUESDAY, FEBRUARY 27, 2018
6:00 P.M.

Present:     Margo Deal Anderson, Mayor
             Rodney Friend, Mayor Pro Tem/Commissioner
             Antonius G. Barnes, Commissioner
             Dan Russell, Commissioner
             Judy Tinder, Commissioner
             Michael E. White, City Manager
             Robert C. Jackson, City Attorney
             Officer Mike Williams

Mayor Anderson called the meeting to order and asked Pastor Dion Gilbert to give the Invocation. The Pledge of Allegiance followed.

Mayor Anderson acknowledged the large attendance to the Black History program.  She thanked everyone for coming.  She stated that Mr. Leon Miller had approached her about Lynn Haven doing something for Black History Month.  She asked Ms. Lynda Griffin to come up and sing, Ms. Griffin sang "God Bless America" and asked everyone to stand and join in. Mayor Anderson introduced Mr. Leon Miller and he spoke about the African American's legacy of families in the Lynn Haven. Former Mayor Sharon Sheffield and her daughter Charlotte Marshall spoke about Griffin legacy, African American contributions to Lynn Haven and segregation.  The program ended with The North Bay Haven Choir singing a medley of songs and "We Can Be Kind."
Mayor Anderson thank everyone for attending.  She recognized Deputy City Clerk, Vickie Gainer, marketing and communications specialists, Tiah Romano and Lauren Villhauer for coordinating the event.  Mayor Anderson asked for comments from the Commission.  All Commissioners were pleased with the event and thanked everyone for coming and stated they look forward to next year's event.  Mayor Anderson told the audience that she would give a five-minute break for those attendees who needed to leave before discussing item#3.

Item #3. PUBLIC HEARING OPENED:  6:58 PM CST
Ordinance # 1052 Small Scale Plan Amendment (SSA-18-3) – DP Nelson Properties LLC.:
City Manager White read the ordinance by title only. City Planner Amanda Richard gave background information on the property.  Applicant is D.P. Nelson, parcel 301 and 303 W. 26th Street. The existing use is commercial and the requested use is mixed use.  She pointed out the location on the map.  She stated the property was a physician's office. The reason for the request is that the owners would like to have a small special needs school as well as therapy for the building.
PUBLIC HEARING was closed at 7:02 PM   CST

Item #4.  Mayor's Report:  Mayor Anderson was involved in a fundraising activity to help American Legion for the Fisher House, it is a house like Ronald McDonald's house to help service member's families whose love ones are being treated, attended the TPO meeting on February 21, Panhandle Representation meeting on Jan. 21.  She spoke at Publix United Way Celebration and sang the National Anthem at Lynn Haven's opening day of baseball and

**City Commission Meeting Minutes, February 27, 2018.   An Audit Services workshop was held.**
**Page 2**

softball.  Mayor Anderson also read the proclamation proclaiming March and "Clean up, paint up, fix month"  and amnesty for the City of Lynn Haven for the last two weeks in March for Lynn Haven residents.

**Item #5.  Commissioner's Report:**  Commissioner Friend attended opening day as well, he will be attending the Bay County Annual "clean up, paint up, fix up" luncheon.  He will be attending the TPO meeting.  Activity to begin on Mill Bayou and 390.  We did get confirmation from FDOT that they will do three lanes on the Bridge.  He thanked Mr. Leon Miller for continuing to serve on the CAC Committee.
Commissioner Barnes is still immobile but he had two young men to throw the ball for him on opening day, he also spoke with the City Manager about some stray cats at Porter Park.
Commissioner Tinder stated she has been receiving calls about drainage issues.  She thanked the Police Department for being more attentive to the traffic.  She stated it seems like more people are slowing down and are being stopped.  She warned if any residents are receiving yellow sampling cards for their tap water it is not from the City.
Commissioner Russell also attended opening day and praised the number of boys and girls that participated. He said that it was over 750 youth participating in our programs and that the City Planner is help him with some parking issues with a business.

**Item #6.  City Manager's Report:  No report.**

**Item #7.  City Attorney's Report:   No report.**

**Item #8.          Public Commentary:**  Mr. Leon Miller wanted to know about 17th Street light issue? There needs to be some kind of light flashing.  He stated that baseball season is in progress and this area is becoming very congested.  Can this be address through a traffic ordinance?  He would get with North Bay Haven about the traffic.  He also wanted to know where was the City on 17th Street issue.  The City manager stated has been little movement.  Mr. Miller asked do we have long range plans for a City of Lynn Haven auditorium?  Events like tonight require more space.  Mayor Anderson stated that was good question, but since Mosely High School has the state-of-the-art Fine Arts theatre/auditorium this may be something the City should look at renting. One resident questioned the Marina Island project and when would it be put back on the agenda for the land-use change.  Mayor Anderson gave some background on the progress of this project, but stated at some point the City would have to vote on Marina Island's request.  City Attorney Rob Jackson stated that the Marina Island could reapply, and it would go through the same cycle again, but if necessary it would come up for a vote now since the developers took it off the agenda.  One resident spoke on drainage issue at 1606 16th and Minnesota Ave.  She stated that when it rains it pours.  She also stated she and others literally have to get in a boat to travel through the neighborhood when it rains. There is not a drainage system in place to handle the rain.
Mayor Anderson stated that the storm water study will help the City identify and fix many of these drainage issues.  The project is in phases; new infrastructure is being put in in place paid for by the half cents sales tax project. The resident stated she has made an attempt to contact the City but has not received a response from the City.  City Manager White asked for the resident's address and stated he would get with her after the meeting.
Mayor Anderson allowed several residents to speak after public comments were closed.  These residents did not speak into the microphone.  Their names were not recorded.  These residents wanted information about the progress of Rails to Trails, one resident was under the impression that a roadway had begun in the back of his property. They wanted information to be publicize on what the City's plans were and the developer's plans. Mayor Anderson explained that at this

**City Commission Meeting Minutes, February 27, 2018.  An Audit Services workshop was held.**
**Page 3**

point nothing has been approved and nothing has been submitted to the planning department. One resident stated that the rails are being removed behind his house and he has heard nothing about the construction that is taking place.  Mayor Anderson explained to him that no construction, only engineering is being done with the Rails to Trails project. Commissioner Friend explained to residents that hopefully there will be a workshop in March that will update the residents on the Rails to Trails project. The residents asked for communications about issues that will affect them since it is right in their backyards.  Commissioner Friend extended an invitation for the resident to reach out to him and he gave him his contact information.  A resident of 1207 Alabama will meet with the City Manager.

**CONSENT AGENDA:**
**Item #9. Minutes:        Minutes:            02/13/2018 – Regular Meeting:**

|          | Motion by Commissioner Barnes:  To approve as presented. | | |
|----------|------------|-----|------------------------|
|          | Second to the motion:  Commissioner Friend. | | |
| On Vote: | Barnes     | aye | |
|          | Friend     | aye | |
|          | Russell    | aye | |
|          | Tinder     | aye | |
|          | Anderson   | aye | Motion passed:  5-0 |

**OLD BUSINESS:**
**Item #10.  Final Reading of Ordinance #1051 Amendment to Unified Development Code Section 5.05.163 – Motorized Vehicle Sales (New or Used).**  City Manager White read ordinance #1051 by title only.  City Planner Amanda Richard explained that the current ordinance does not allow outside storage in commercial land use. Owners can't leave cars out at night.  It is considered outside storage.  We do have some car lots that have outside storage that were grandfathered in when the unified land development code was changed.  But an ordinance came in that did not allow outside storage, but these lots were already there and they were allowed to stay.

Commissioner Barnes suggested why not extend the area to come north of 26th street and just amend it in the language of the ordinance.

City Attorney Jackson stated that the ordinance can be amended.

|          | Motion by Commissioner Barnes:  To approve the ordinance # 1051 with the amended wording "Car lot with outside storage of vehicle shall be permitted along Highway 77, south to 26 Street to the southern City limits." | | |
|----------|------------|-----|------------------------|
|          | Second to the motion:  Commissioner Russell. | | |
| On Vote: | Barnes     | aye | |
|          | Russell    | aye | |
|          | Tinder     | aye | |
|          | Friend     | aye | |
|          | Anderson   | aye | Motion passed:  5-0 |

**Item #11.   Final Reading of Ordinance #1052 of a Small Scale Plan Amendment (SSA-18-3) DP Nelson Properties, LLC:**

|          | Motion by Commissioner Russell:  To approve as presented. |
|----------|------------|

 

**City Commission Meeting Minutes, February 27, 2018.   An Audit Services workshop was held.**
**Page 4**

Second to the motion:  Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**NEW BUSINESS:**

**Item #12.   Approval of FDOT Utility Work Agreement for the reimbursement of utility cost for offsite improvements on the SR-390 expansion and authorize the City Manager to sign the agreement:**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Friend.

Commissioner Russell expressed his dislike of having the City to incur $1.1 million for this project.
Commissioner Tinder asked where is the money coming from?
City Manager White stated it will be budgeted for next fiscal year since construction will not start until the fall.
Commissioner Russell stated he understands that this has to be done, but he doesn't like spending tax payer money on projects of this nature.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #13.   Approval of John Miller to the Board of Adjustments:**  City Planner Amanda Richard explained to the Commission that the Board of Adjustments requires five members to sit on the board.   They have had to cancel meetings because there has not been a quorum.  She stated they are very fortunate to received Mr. Miller's application.  The planning department is recommending that the Commission appoint Mr. John Miller to the board of Adjustments.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Barnes.

Commissioner Friend thanked Mr. Miller for serving.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**City Commission Meeting Minutes, February 27, 2018.   An Audit Services workshop was held.**
**Page 5**

**Item #14.  Approval to increase the Splash Pad project budget by $100k:**  City Manager White explained that the Splash Pad project was budgeted for $300k.  But when the bids came in they were much higher than anticipated. To fund the $100K, he stated would put off the new baseball field and use some of the money budgeted for the new baseball field for the splash pad.  These funds would come from impact fees.

Commissioner Tinder asked where the Splash Pad will be? Kinsaul Park.

Commissioner Friend stated the cost is a little more than the City budgeted, but he had spoken with other cities and realize after speaking with the City Manager that the cost of construction has gone up tremendously.

Commissioner Russell asked about will a contract come back before the Commission or would this project move forward?

City Manager stated no, the contract is already in place.

> Motion by Commissioner Friend:  To approve and fund an additional $100K for the Splash Pad at Kinsaul Park.
> Second to the motion:  Commissioner Russell.

On Vote:
| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Anderson | aye | Motion passed:  5-0 |

**Item #15.  Adjourn:**
There was no further business to discuss and the meeting was adjourned at 7:45 pm.

APPROVED THIS ___13th___ DAY OF ___March___ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**City Commission Meeting Minutes, March 13, 2018.   Page 1**

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, MARCH 13, 2018**
**4:00 P.M.**

**Present:**     Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

**Item #1.  Call to order:**  By Mayor Anderson at 4:00PM
**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Friend and the pledge followed.
Mayor Anderson did acknowledge that Commissioner Barnes would be running late, but if he did not make it she needed a motion to excuse Commissioner Barnes from the meeting.

Motion by Commissioner Friend:  To excuse Commissioner Barnes.
Second to the motion:  Commissioner Russell.
On Vote:     Friend          aye
Russell         aye
Tinder          aye
Anderson        aye                  Motion passed:  4-0

**Item #3.  Mayor's Report:**  Mayor Anderson visited Highland Park Elementary School and read to students, she attended the Bay County League of Cities gave three $500 scholarships to students to use locally to Gulf Coast State College, FSU PC and Haney Technical.  She met with residents over the past two weeks and discussed paving plans and what's going on in Lynn Haven.  She is excited about the great things happening in Lynn Haven.  Groundbreaking has begun for the Splash Pads, and they should be ready in a few months.  The Splash Pads will have a Pirates theme.  Sheffield Park is being enjoyed by children of all ages.  It continues to be filled with children every day.   Mayor stated it is a joy to see everyone having a good time at Sheffield Park.

**Item #4.  Commissioner's Report:** Commissioner Friend stated he had the opportunity to stand in for the Mayor at the Panama City Country Club to present the "Clean Up, Paint Up, Fix Up Proclamation. Ben Janke did a great job presenting all of the wonderful things Lynn Haven has done.  He has had many comments from the residents about paving and Sheffield Park.  Good news that the MPO legislation has not gone forward.  No legislation has been passed.  This would certainly impact Lynn Haven negatively if it were to pass.
Mayor Anderson read the National Kidney Month Proclamation.  There were representatives present to accept the proclamation.
Commissioner Russell stated he has had some code enforcement issues in the past months, Mike Brown, Amanda Richard and Gloria Thompson for their help to get the issues resolved.  The bridge over Publix will be allowed to be put over the ditch, but the engineer's prices are a little higher than expected.
Commissioner Tinder had no report.

City Commission Meeting Minutes, March 13, 2018.   Page 2

**Item #5.  City Manager's Report:**  No report.

**Item #6.  City Attorney's Report:    No report.**

**Item #7.  Public Commentary:**  Janet Walker asked would the public be able to speak on item 12?  The answer was yes.  She said she would save her comments until then.  Bill Pruitt spoke to the Commission about the bringing in a small air space for small aircrafts to land.  He stated that planes have to get back and forth from the Panhandle.  He stated the Commission should be looking at Haney Technical School to offer more classes.  This way if the small airport is built the students could have on the job training.  He also stated there needs to be a dormitory for students to stay in school and finished their certification.

Mayor Anderson asked the City Manager to place on the next agenda so that the Commission could have a discussion about this issue.  This is a very important topic and the City

Pat Revell stated she lives in Mowat Highlands and is thrilled with the City's joint efforts on the Rails to Trails coming from the depot.  He stated there are 52 trails in Florida, 900 miles of trails.  This is a big thing that is coming here.  He thanked the Commission for the Rails to Trails project.  If there is concerns about speeding he would be happy to help be the bicycle cop.

Frances Wittkopf spoke to the Commission about the Rails to Trails project.  She worked really hard for many years to make this project come to fruition.  She is very excited about it.  She stated we needed a workshops for Rails to Trails.  These trails are all over the state.  Commissioner Friend stated that Chris Forehand will present a workshop next meeting to discuss the plans for Rails to Trails.  We were very fortunate to secure funds for the engineering and look forward to hearing about it.  Public commentary was closed.

**CONSENT AGENDA:**
**Item #8.  Minutes:        Minutes:           02/27/2018 – Regular Meeting:**
**Item #9.  Approval of RFP 17/18-8 Janitorial Services contract to Main Street Property Services, Inc.**

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

Commissioner Tinder wanted to know how much the Janitorial Contract would be and what would they be cleaning.  City Manager referred Commissioner Tinder to her packet where all documents are located, and stated additional information.

Brad Yount question why no local vendor was chosen.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed:  4-0 |

**OLD BUSINESS: NONE**

**NEW BUSINESS:**

**Item #10.  Resolution 2018-03-709 for the Water Distribution System Improvements loan agreement with the Department of Environmental Protection under the State Revolving Fund (SRF) for project financing.**   City Manager White read the resolution by title only.

**City Commission Meeting Minutes, March 13, 2018.   Page 3**

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Friend.

Commissioner Friend stated he would like to give the City Manager an opportunity to explain what the City is doing and give background information on this project.  He commented that this is an amazing rate, and asked the City Manager to give debt to equity ratio.

City Manager stated that the loan is for 20 years in the amount of $3.571 million from the state's revolving fund as it applies to our water system.  The interest is low at .78%, it is less than 1%.  The City will utilize these funds to pave roads and get the road structure in place.  Debt to equity ratio:  General Fund, .25 and overall Enterprise Fund, .65.  We are very healthy.

Attorney Jackson stated we should not have any problem with the bond council, he has already reached out to the bond council.

| On Vote: | | | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #11.    Resolution 2018-03-710 for the Waste Water Collection Improvements loan agreement with the Department of Environmental Protection under the State Revolving Fund (SRF) for project financing:**  City Manager White read the resolution by title only.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Tinder.

City Manager White stated that this is a $6.6 million project to go along with the water that will replace sewer lines.  The interest rate of this loan is .78% over a 20-year period.

| On Vote: | | | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Russell | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #12.    First reading of Ordinance #1053 Small Scale Future Land Use Map Amendment (SSA-18-4) from James Finch & Associates, LLC.  (no action taken):** Director of Planning Amanda Richard gave background information about the land use change.  The applicant is James Finch, Inc. the existing land use in low density residential and the requested is medium density residential.  The site is vacant and is five acres in size.  She stated it is contiguous to the land use around it.  Janet Walker asked was this advertised as it is stated on the staff CAR?  Is there a sign out that shows the appearance of the property changes?  Ms. Richard stated advertisement was at the planning board meeting and yes, there will be a public hearing and yes, this land use change will be advertised again.  Yes, the City does put out a map for the residents to see how things will change and that she will remind the Public Works department to check and make sure they are there for the residents to look at.  City Manager White read the ordinance by title only.

**Item #13.  Transfer Agreement with Albert E. Shortt for a portion of land adjacent to 710 Colorado Avenue Country Club roundabout:**  Commissioner Tinder asked how does the City determine that a roundabout is needed?

**City Commission Meeting Minutes, March 13, 2018.   Page 4**

City Manager White stated that the traffic flow is a good indication.  Currently there are six stop signs there.   All of these stop signs do not help the traffic to have a continuous flow. This will be paid for with impact fees.  Commissioner Tinder asked was this part of the City Manager's decision?  City Manager stated yes he was part of this decision-making after receiving input and information from others.  She asked for the cost, but that number was not available.  Mayor Anderson stated, for the record Commissioner Barnes did join the meeting at 4:43 pm.  Commissioner Friend stated his has dad residents ask about roundabouts.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Russell.

Commissioner Tinder wanted the amount before voting.
Mayor Anderson stated while the Commission was waiting on the cost, that there are still problems on Colorado Avenue with speeding.
City Manager stated he had the cost, it will be $50k, not including engineering cost.
Commissioner Russell stated just for the record this vote is just for the transfer of the property.

| On Vote: | | | |
|---|---|---|---|
| | Friend | aye | |
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

The Mayor moved back to the conversation about Colorado.
City Manager White stated that he was waiting for the traffic numbers.  He will download the traffic count and information and have it for the Commission for the next meeting.

**Item #14.   Adjourn:**
There was no further business to discuss and the meeting was adjourned at 4:47 pm.

**APPROVED THIS** _____27th_____ **DAY OF** _____March_____ **2018.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael G. White, City Manager

Prepared by Vickie Gainer

Item #8

**City Commission Meeting Minutes, March 27, 2018. There was a Rails to Trails Workshop before the meeting. Page 1**

## CITY COMMISSION MEETING MINUTES
### TUESDAY, MARCH 27, 2018
### 6:00 P.M.

**Present:**    Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

**Item #1. Call to order:** By Mayor Anderson at 6:00PM. She recognized the Lynn Haven Fire Fighters that were present and thanked them for their dedicated service.
**Item #2. Invocation/Pledge of Allegiance:** Invocation by Commissioner Barnes and the pledge followed.

**Item #3. PUBLIC HEARING OPENED 6:01 PM CST.**
**Marina Island, LLC. Development Agreement**
Mayor Anderson stated that this was a public hearing. But not for a final vote. She asked for a motion to remove Item #12 from the agenda.

Motion by Commissioner Friend: To remove item #12 from the agenda.
Second to the motion: Commissioner Russell.
On Vote:    Friend        aye
Russell        aye
Barnes        aye
Tinder        aye
Anderson        aye                    Motion passed: 5-0

Mayor Anderson stated although this will not be voted on today, the public hearing is still in place and asked for comments from the public. Mayor asked if there were any representatives from Marina Island to speak. None present. City Manager White stated if there is any feedback from the public please let him know.
Comments:
Rich Walker identified several pages in the development agreement that he believed were questionable. Page #4, paragraph three, asked if there was a mistake, free vs fee, concerning the transferring of the rows vs roads. He wanted to know if the road would be incorporated or unincorporated? What roads will fall under the half cents sales tax of the City? He questioned the reuse and CRA. He also had questions on Page10.
Mayor Anderson asked Mr. Walker to submit his list of questions to the City Manager so that his issues can be made known.
Janet Walker commented that the development agreement contains wording for the property outside of the gate, Marina Blvd. entering 390. She questioned does this have to be approved by the state? Does the Marina Island Blvd have to be approved? She was also concerned about traffic flow asking where does the traffic go?
Tom Knowles asked for the map showing the areas.

**City Commission Meeting Minutes, March 27, 2018.  There was a Rails to Trails Workshop before the meeting.  Page 2**

Mayor Anderson reminded everyone that the development agreement has not been approved. She suggested putting some development agreements in the library.

City Manager White stated he would have staff put copies of the development agreement in the library for citizens to read and become familiar with it.

Mayor Anderson reminded everyone that there would be another public hearing April 10th.

Commissioner Russell stated his concerns about the development agreement; He doesn't believe the City needs another taxing authority.  He stated he was completely against the CDD, and stated that this is usually appointed by the developer and not the Commission.  He stated that CDDs are a private version of the CRA.  If the City allows for a CDD to be formed they can bond out the work on the infrastructure and would not be paying for it, but the taxpayers would be paying for it.  He stated he wanted credit back for the infrastructure with the impact fees, he had serious problems with these items and if these are not address his vote would be no.

Mayor Anderson stated the CDD would be in the commercial tax instead of the residential.

Commissioner Tinder asked questions about the master plan.

City Attorney stated that the master plan is an exhibit to the development agreement and that the boundaries of the map had not changed.

Commissioner Tinder was concerned that the map had changed.  She was against anything outside of the gate.

Mayor Anderson reminded everyone that this map is non-binding

Commissioner Friend asked is the exhibit part of the agreement?

City Attorney stated it is part of the agreement, and you can't contract it, it is a plan, but it is non-binding.

Commissioner Friend went through several pages of the development agreement that he felt were uncomfortable for him.  Page 10b dredging operations, he posed the questions are we bound to dredging operations, impact fees?  He commented he was having a hard time with the impact fees and the amendment to #4 page 11, he doesn't think the City should be paying for anything else on this property.  Any amendments should come back to the Commission to approved instead of having the Mayor approved.  Pg. 14a "Entire Agreement" and the master development, rights can be transferred basically upon written notice and consent from the City but the parcels can be done without consent by the City.  He stated that the CDD does not work. He also referenced page 16.  Suggestion was to remove the CDD.

Commissioner Barnes stated he was concerned about the impact fees, he did not have a problem with storm water, but parks and law enforcement and fire in exchange for credits he does take issue with these items and the community development district.

Commissioner Tinder had questions of the map's validity and if there are two bridges being built who will take up this expense?  Will the map be voted on separately?

City Attorney stated no.  Any changes in the property will have to come back to the Commission.

Commissioner Friend reminded the Commission that any land changes that are made they have to come back before the Commission.

City Attorney stated yes, there is a statutory process, land use changes have to go through the process.

Commissioner Russell asked if the City could put itself in a position for litigation?

City Attorney stated certainly any land use change can be approved or not approve and that we can always be sued.

Commissioner Tinder asked who was Blue, LLC?

City Attorney explained this is Bluewater Development who was the primary developer.

Commissioner Tinder had questions about Arthur Drive.

Mayor Anderson closed the public hearing at 6:27 PM, CST.

**PUBLIC HEARING CLOSED at 6:27 PM CST**

DEF'S EX 54_033

**City Commission Meeting Minutes, March 27, 2018. There was a Rails to Trails Workshop before the meeting.  Page 3**

Mayor Anderson encouraged the audience to read the development agreement that will be in public library, or make an appointment with the City Manager to ask questions.

**Item #4.  PUBLIC HEARING OPENED at 6:28 PM CST.  Small Scale Future Land Use Map Amendment (SSA-18-4) from James Finch & Associates, LLC. :** Director of Planning and Development  Director Amanda Richard gave some background information on the land use change request.  The applicant is James Finch, Inc. the existing land use in low density residential and the requested is medium density residential.  The site is vacant and is five acres in size.  To the north is recreation open space, the south and east are low density residential, the west is medium density residential, so it is contiguous to same land uses being requested.  No questions or comments came from the Commission or the public.  Action will be taken on Item #11.
**PUBLIC HEARING CLOSED at 6:31 PM CST**

**Item #5.  Mayor's Report:** Mayor Anderson read the Arbor Day proclamation.  Mayor met with various members of the staff about the development agreement.  She has had conversations with Doug Haddaway the representative for the 93 acre Lynn Haven Bayou Reserve Park which the City received through a gifting form the RESTORE foundation due to the oil spill.  She met with Chris Forehand on questions about the splash park which is now underway.  The Mayor met with many different residents on various issues regarding drainage and zoning.  She wished everyone a Happy Easter!

**Item #6.  Commissioner's  Report:** Commissioner Friend stated he was working on Rails to Trails.  He thanked Chris Forehand for the great workshop.  He congratulated the City for being named the "Best Drinking Water."
Commissioner Barnes echoed Commissioner Friend's praises to the water employees.  Commissioner Barnes recommended that the City create a drop point for prescription medications for people who want to dispose of them.  He would like to task the City Manager and his staff to come up with a plan.  Sheffield Park is looking good and the City Manager is doing a great job.  He also wished everyone a Happy Easter.
Commissioner Tinder recognized the sanitation department for being very attentive to needs of a citizen who freezer went out.  The employee helped the resident remove her spoiled food.  Florida Avenue business owner would like the alleyway repaved.  She also spoke with the City Manager about dredging the Bayou.
Commissioner Russell stated he was glad to see Kinsaul Park moving ahead with the Splash Park.  He met with the City Manager on the Marina Island project and he worked on the personnel policy.  He thanked the City Manager and Chris Forehand for helping with the ditch project next to Publix and making it happen for a very little cost.  Commissioner Russell suggested that the Amphitheatre at Sheffield Park be named after former Commissioner Roger Schad in recognition of his hard work in the arts and getting the concert series in the park started.

|  | Motion by Commissioner Russell:  To name the stage and Amphitheatre after Roger Schad. | | |
|---|---|---|---|
|  | Second to the motion:  Commissioner Friend. | | |
| On Vote: | Friend | aye | |
|  | Barnes | aye | |
|  | Russell | aye | |
|  | Tinder | aye | |
|  | Anderson | aye | Motion passed:  5-0 |

DEF'S EX 54_034

**City Commission Meeting Minutes, March 27, 2018.  There was a Rails to Trails Workshop before the meeting.  Page 4**

**Item #7.  City Manager's Report:**  The City Manager recognized the Employee of the Month David Carnley and Supervisor of the Month Assistant Fire Chief Darrell Hernandez. He too has been working with Mr. Haddaway on the Bayou Park Reserve.  The Water Quality Award for the City was name number one from Pensacola to Tallahassee.  He continued to say that the City is one of sixteen going up against other cities in the state.  The City will be competing across the state.  April 6 kicks off the concert series with Shenandoah.  We have already received 25k impression, several roads will be shut down and shuttles will be available to and from the concert.  The Mayor will open up.  It will be a great night.

**Item #8.  City Attorney's Report:  No report**

**Item #9.  Public Commentary:**  Brad Yount thanked the Commission for addressing the stormwater runoff issue in his neighbor.  The plan has been submitted.  Mr. Leon Miller asked would there be a splash park at Cain-Griffin Park.  The Mayor stated yes.

**CONSENT AGENDA:**

**Item #10. Minutes:    Minutes:                02/27/2018 – Regular Meeting:**

| | | | |
|---|---|---|---|
| | Motion by Commissioner Russell:  To approve as presented. | | |
| | Second to the motion: Commissioner Barnes. | | |
| On Vote: | Russell | aye | |
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #11.  Final reading of Ordinance #1053 requesting a Small Scale Future Land Use Map Amendment (SSA-18-4) from James Finch & Associates, LLC.**  City Manager White read the Ordinance by title only.

| | | | |
|---|---|---|---|
| | Motion by Commissioner Russell: To approve as presented. | | |
| | Second to the motion: Commissioner Friend. | | |
| On Vote: | Friend | aye | |
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**NEW BUSINESS:**

**Item #12.  Discussion and approval of the Marina Island, LLC. Development Agreement.**  This item was removed from the agenda.

**Item #13.     Approval of the State Revolving Funds (SRF)Wastewater Improvements Contract, Task Orders and Unit Prices:**

| | | | |
|---|---|---|---|
| | Motion by Commissioner Russell:  To approve as presented. | | |
| | Second to the motion: Commissioner Barnes. | | |
| On Vote: | Russell | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |

                                    DEF'S EX 54_035

**City Commission Meeting Minutes, March 27, 2018.  There was a Rails to Trails Workshop before the meeting.   Page 5**

|  | Anderson | aye | Motion passed:  5-0 |
|--|----------|-----|---------------------|

**Item #14.  Approval of the State Revolving Funds (SRF) Water Improvements Contract, Task Orders and Unit Prices:**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Barnes

On Vote:
| Barnes | aye |
|--------|-----|
| Friend | aye |
| Russell | aye |
| Tinder | aye |
| Anderson | aye | Motion passed:  5-0 |

**Item #15.  Adjourn:**

There was no further business to discuss and the meeting was adjourned at 4:47 pm.

APPROVED THIS_____*17th*_____ DAY OF ___*April*___ 2018.

Margo Deal Anderson, Mayor

ATTEST:

Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 54_036

City Commission Meeting Minutes, April 10, 2018.  There was a Rails to Trails Workshop before the meeting.   Page 1

## CITY COMMISSION MEETING MINUTES
### TUESDAY, APRIL 10, 2018
### 4:00 P.M.

**Absent:**      Margo Deal Anderson, Mayor
**Present**      Rodney Friend, Mayor Pro Tem/Commissioner
               Antonius G. Barnes, Commissioner
               Dan Russell, Commissioner
               Judy Tinder, Commissioner
               Michael E. White, City Manager
               Robert C. Jackson, City Attorney
               Officer Mike Williams

**Item #1.  Call to order:**  By Mayor Pro Tem Friend at 4:00 PM.
               Motion by Commissioner Barnes:   To excuse Mayor Margo Anderson from the meeting.
               Second to the motion:  Commissioner Russell.
On Vote:      Barnes       aye
               Russell       aye
               Tinder       aye
               Friend       aye
                                            Motion passed:  4-0

**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Barnes and the pledge followed.

**Item #3.  Mayor's Report:**  Mayor Pro Tem Friend took the opportunity to express his appreciation and sincere thanks to City Manager White and staff for getting Sheffield Park ready and putting on the outstanding concert series kickoff that took place.  He stated that it was probably the largest crowd ever for a Lynn Haven event.  He also thanked the Mayor for her performance.  He also reached out to FDOT to do a speed study on Highway 77 coming from Bailey Bridge.  He would like for the speed to be consistent at 35 mph.  He also mentioned to keep an eye on the lot next to Po Folks on Highway 77.  The lot seems to have some movement on it and that the City should pay close attention to it.

**Item #4.  Commissioner's Report:**
Commissioner Russell thanked the City Manager and staff for a wonderful event on Friday April 6 with Shenandoah.  He stated he would like to see a kickoff of the concert series every year with something of this magnitude.   He asked the Commission to add an agenda item in regards to the Willow Trace development.
 Mayor Pro Tem stated that yes we could add the agenda item as item #10 and adjournment would be item #11.
               Motion by Commissioner Russell:  To add agenda #10 in regards to the Willow Trace Development.
               Second to the motion:  Commissioner Friend.
On Vote:      Friend       aye
               Barnes       aye
               Russell       aye
               Tinder       aye
                                            Motion passed:  4-0

**City Commission Meeting Minutes, April 10, 2018. There was a Rails to Trails Workshop before the meeting.  Page 2**

Commissioner Tinder acknowledged the passing of Virgil Duffell who was an active citizen in Lynn Haven.  She stated she would be passing on all citizen's complaints to the City Manager. She has been dealing with the aluminum carports.  She spoke with the City Attorney and he stated it is not illegal to have an aluminum carport.  She stated in a five block radius there are over forty homes that have aluminum carports.

Commissioner Barnes also gave accolades to the City Manager and the staff for pulling off a great event. He has been meeting with some representatives from 13th Plaza on some road issues. He turned those issues over to the City Manager to handle.

**Item #5.  City Manager's Report:**  The City Manager recognized the Employee of the Month Tracy Johnson.  Chief John Delonjay came up and presented Ms. Johnson the award along with a few remarks.  City Manager White gave kudos to the staff for a job well done for the kickoff of the concert series.  They worked hard and had a great time doing it.  This event was a family event.  He estimated anywhere from 2500 to 3000 attendees.  Many people have said they would like to see a concert kickoff every Spring.  He reminded everyone that Public Utilities would be mailing out a consumer confidence report.  Residents should look for it the mail in the next coming weeks.  The second reading of the Marina Island Development Agreement will be May 8th.  The owner Andy Bales is out of the Country.

**Item #6.  City Attorney's Report:  No report**

**Item #7.  Public Commentary:**  Mr. Rich Walker stated that he had asked a while back about infrastructure.  He asked that the City set aside funds for road maintenance and upgrades including the paving of alleyways.  When it rains the alleyways are flooded and become muddy. Mayor Pro Tem Friend stated that he has had some conversation with the City engineers and they agree it  needs to be done, but in phases.  He asked the City Manager for his opinion on this.

City Manager agreed with Mayor Pro Tem Friend.  He stated that maintenance and upgrades will be done in phases.  There are a lot of bad roads that still need to be taken care of, but these upgrades will be done in phases.

**CONSENT AGENDA:**
**Item #8.  Minutes:**                        **03/27/2018 – Regular Meeting:**
**Item #9 Approval of the 4th of July parade route.**

|  |  |  |
|---|---|---|
|  | Motion by Commissioner Barnes:  To approve as presented. |  |
|  | Second to the motion:  Commissioner Russell. |  |
| On Vote: | Barnes | aye |
|  | Russell | aye |
|  | Tinder | aye |
|  | Friend | aye |
|  |  | Motion passed:  4-0 |

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**

**Item #10.  Approval of a request from the Willow Trace Development.**  Commissioner Russell stated he had been contacted by the developer of Willow Trace, which is the subdivision of Jenks and 26th Street.  He stated this development was platted, but one of the lot's setback is

**City Commission Meeting Minutes, April 10, 2018. There was a Rails to Trails Workshop before the meeting. Page 3**

narrower than the City allows for a house to be built. The maximum size house that can be built with the setback of 31 feet, and the City's minimum requirement for a house is 33 ft. He stated that the City Planner and the City Attorney has helped him work through some of the issues to find the easiest solution. Director of Planning and Development gave a presentation and history about the property. She stated this property has gone through several changes. Lot 6 is 36ft wide. ULDC requires that a single family house be at least 33ft. wide, which would only leave 3 ft. for the setback. The City can either allow a 31 ft. house or a 33 ft. house, with the setback changed to 3ft.

City Attorney's point of clarification is that the lot is large enough for the requirements of the City, but it intrudes into the easement. Variance would go to the board of adjustments. This is not a variance. The lot does not have the minimum requirements to build the 33 feet. Three things can happen: The owner will argue that this can be approved by the Commission, if they acknowledge there is a vested right issue and authorize 33ft., allow the owner to go to the easement, but the owner would have to get permission. Allow a 31 ft. wide house on the lot. Commissioner Barnes asked if the City would be setting a precedent?

City Attorney stated no, this is a very unique subdivision. This was platted in 2004-05. This a unique parcel.

Motion by Commissioner Barnes: To allow the owner to build a house size ~~on~~ of ~~31 ft.~~ in width. (VH)

*[handwritten annotation:]* This motion was amended at the April 24, 201 Commission mtg. Striking out the words "of," "a" "lot" and adding "in width" (VH) Deputy City Clerk

Second to the motion: Commissioner Russell.

On Vote:
| | |
|---|---|
| Barnes | aye |
| Russell | aye |
| Tinder | aye |
| Friend | aye |

Motion passed: 4-0

**Item #11. Adjourn:**
There was no further business to discuss and the meeting was adjourned at 4:31 pm.

**APPROVED THIS** _____24th_____ **DAY OF** __April_____ 2018.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

City Commission Meeting Minutes, April 24, 2018.  There was a Multi-Modal Mobility Workshop before the meeting.   Page 1

## CITY COMMISSION MEETING MINUTES
## TUESDAY, APRIL 24, 2018
## 6:00 P.M.

| | |
|---|---|
| **Present:** | Margo Deal Anderson, Mayor |
| | Rodney Friend, Mayor Pro Tem/Commissioner |
| | Antonius G. Barnes, Commissioner |
| | Dan Russell, Commissioner |
| | Judy Tinder, Commissioner |
| | Michael E. White, City Manager |
| **Absent** | Robert C. Jackson, City Attorney |
| | Nick Beninate |
| | Officer Mike Williams |

**Item #1.  Call to order:**  By Mayor Anderson at 6:00 PM.

**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Friend and the pledge followed.

**Item #3.  Mayor's Report:**  Mayor Anderson attended the Jazz in the Streets and the Friday night concert series.  She met with staff to put some measures in place when the event is on Florida Avenue. Both events were great.  She met with the City Manager, residents, and staff per the City Manager's approval.  She met with the owner of Wild Root on Florida Avenue. Mr. Robitaille called and made a suggestion about the safety of children playing at Sheffield Park, maybe placing a sign out that says "Children at Play" to remind drivers to slow down, he also was concerned about traffic on Pennsylvania and 19th Street.  Mayor stated this should go to the Traffic Safety Committee.

**Item #4.  Commissioner's Report:**  Commissioner Friend reported the TPO meeting is tomorrow, there will be some addendums to the long range plans.  He will be attending the Lynn Haven Elementary School Arbor Day Celebration.  He met with the City Manager on some issues. The May 8th meeting Commissioner Friend will be out of town, but will attend by phone if possible.  The City received a $500 check from the Rotary Club of PCB for the planting of trees in Sheffield, he also attended this photo opportunity.

Commissioner Barnes mentioned last meeting about the need for a prescription drug drop off point.  He worked with staff and they investigated it and discovered that Walgreens is the designated drop off site.  The City has already marketed this through means of social media and City's website for the citizens to be aware of.  He also met with the City Manager on several issues.

Commissioner Tinder stated the residents of 610 Redbird have a horrible drainage problem. When it rains, it floods their entire surrounding.  She would like to see what the City can do to help these citizens.  She also stated that the Florida residents were curious about the meeting the Mayor attended with the staff about the events and previous events on Florida Ave.

Mayor Anderson stated that she was asked to meet with the City staff to listen in and suggest ideas to help promote the events on Florida Avenue and open up the lines of communications with the business owners there.  Staff is very receptive to working to make all events a success. Mayor Anderson encouraged anyone who wanted to meet the City Manager and staff to ask for a meeting and sit down with them to discuss events or other items.

Commissioner Russell Agreed with Commissioner Tinder that 610 Redbird has a serious flood problem.  The house was built before stormwater requirements were in place, so basically the water has nowhere to go.  The City needs to look at the alleyways behind Starbucks.

**City Commission Meeting Minutes, April 24, 2018. There was a Multi-Modal Mobility Workshop before the meeting.   Page 2**

Commissioner Russell thanked Director of Planning and Development, Amanda Richard and Deputy City Clerk Vickie Gainer for their hard work in helping developers resolve some issues and help them get what they needed. Commissioner Russell asked who are the events on Florida Avenue held for, the residents or the businesses?
Mayor answered for the residents.

**Item #5.  City Manager's Report:**_City Manager White recognized business of the quarter, Mortenson Chiropractic.  He asked Ben Janke to come and present the award.  He stated that this award is given to the business that gives back to the community in many ways.  They have been in business for 33 years.  He also stated that he has begun the initial stages of redesign for the City's website, it was budgeted and when finished, it will be much more user friendly.  The Traffic Unit for PD is about three weeks out from a start date.  New uniforms will be issued to Public Works, Community Services and Public Utilities.  These uniforms will help the citizens identify the City's staff, and the staff will have a better quality of uniform.  Next the Oversight Committee will meet, the Police Department has begun the accreditation process, and after a meeting with the Mayor and Bayou Preserve, they will give the City $1.1 million for the park, and he also has been working a lot on the Animal Control policies.  The City will begin a Kickball league for adults.  The City Manager stated his desire is to build better relationships and team spirit.  The City will have four teams, Police, Fire, City Hall and a combination of the other departments.  Community Services is implementing some new and exciting things this summer, one being Summer Drop Off program, which will bring in additional revenue.
Mayor Anderson stated we must try to celebrate the historic part of Lynn Haven.  The City will work to improve the Communications with residents and businesses when events are happening that will affect them.

**Item #6.  City Attorney's Report:  No report**

**Item #7.  Public Commentary:  None**

**CONSENT AGENDA:**
**Item #8.  Minutes:                        04/10/2018 – Regular Meeting:**_Mayor Anderson stated that she was absent last week, but understood Item #10 Willow Trace Development motion will need to be amended so that the minutes can be corrected.  The word "lot" should not be in the original motion.  Mayor Anderson asked that the motion be made.

>          Motion by Commissioner Barnes:  To allow the a 31ft lot house size.
>          Second to the motion:  Commissioner Russell.

Mayor Anderson asked that this motion be rescinded and restated because the motion was not made correctly.

>          Commissioner Barnes rescinded his first motion.
>          Commissioner Russell rescinded his second to the motion.

>          Motion by Commissioner Barnes:  To allow the owner to build a house size of 31ft. in width.
>          Second to the motion:  Commissioner Russell.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

City Commission Meeting Minutes, April 24, 2018.  There was a Multi-Modal Mobility Workshop before the meeting.   Page 3

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**

**Item #9.  First reading of Ordinance #1054 amending Ordinance #1040 to include background checks for The Animal Control Shelter volunteers.** City Manager White read the first reading by title only.  Rich Walker asked if they passed could they work, City Manager stated yes, they must pass.

**Item #10.  Approval of the City Employees' Personnel Policy:** City Manager White gave background information about the previous Personnel Policy.  He stated that the old policy was adopted in 1995 and no changes had been made to it.  He stated that many of the laws and rules have changed and that this Personnel Policy has a new look, is updated and covers a multitude of topics.

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion:  Commissioner Russell.

City Manager White stated that there were a few changes that he needs to bring to the Commission's attention before voting.  Changes included:
Pg. 41 #4a:  It should read "A safety sensitive"
Pg. 108 section iv(e) delete the word "not"
Pg. 108 section iv(g) It should read "Two days of PTO usage is not required when sick time is pre-approved."
Mayor Anderson asked would every employee sign a sheet that they have read it.  We need a uniform evaluation from.  Therefore, if they meet those satisfactory requirements would be an across the board raise.  She would like to see bonuses vs merit pay.
City Manager White stated the appraisals have been done and yes he used a uniform appraisal form.  He and HR are still working on the appraisal to make it better.  Merit and bonuses will be determined by the Commission when looking at the budget.
Commissioner Friend stated that bonuses are harder to manage.  He likes goals.  If an employee meets his or her goal, then they get a bonus or merit pay.  His concern is that it could not be managed properly.
Mayor Anderson stated we would just have to iron out a few things.
Commissioner Tinder agreed that employees have to signoff that they have read and received the policy.  She is uneasy about the language in the personnel policy that states the City can search an employee personal property or things.  She was concern that it would turn into a witch hunt.
City Manager stated they would never search unless there was probable cause.  It would not be a witch hunt, the intent is to keep them safe.  All employees will be required to read the personnel policy during a time designated for them.
Commissioner Tinder asked what would keep this search fair to all employees?
City Manager stated that it is the job of the Commission to keep him honest.  He would always consult with the Commission.
Commissioner Russell stated that this is all subjective.  He also thanked City Manager White for taking on a large undertaking, including all of his revisions and questions.  He also asked what was the feedback from the department heads.

**City Commission Meeting Minutes, April 24, 2018. There was a Multi-Modal Mobility Workshop before the meeting.   Page 4**

City Manager White stated that every department head had a chance to give suggestions and make changes to the policy.  He feels it was a well-rounded process.

Commissioner Barnes suggested changing the wording on Section 146 page 141 under "scope" item #1.  He asked that it be changed to "City Attorney" instead of "The Mayor." He said it was no reflection on the Mayor, but respectfully thought the change to "Attorney" was necessary.

Mayor Anderson stated that she respectfully objects to that change.  She would immediately call the City Attorney if something like this were to happen.

Commissioner Barnes respectfully disagreed with the Mayor and stated that the City Attorney should be the first one notified.

Commissioner Friend offered a compromise.   Stating why not change the language to say "Mayor and the City Attorney."

Commissioners agreed and had no problem with this change.

Commissioner Barnes rescinded his previous motion.

Commissioner Russell rescinded his second to the motion.

City Manager White restated all of the changes again, Pg. 41 #4a:  It should read "A safety sensitive"

Pg. 108 section iv(e) delete the word "not"

Pg. 108 section iv(g) It should read " Two days of PTO usage is not required when sick time is pre-approved." and add the change on Section 146 page 141 under "scope" item #1. Change the wording to say "Mayor and City Attorney."

Motion by Commissioner Friend:  To approve the personnel policy with all changes presented by the City Manager to the policy.

Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Anderson | aye | Motion passed: 5-0 |

**Item #11.  Approval of the Residential Incentive Program expansion:**  Ben Janke gave an update and background information on the 1911 plat.

Commissioner Tinder asked what was this item and what was the incentive?   Mr. Janke explained to Commissioner Tinder the process and the amount of up to $5000.

Commissioner Russell asked if a home is currently under construction, can the home owner apply for the incentive? Janke responded that no, it has to be a brand new project.

Commissioner Tinder asked, is the point of the incentive to fill in all of the vacant lots? Mr. Janke responded that yes, the incentive is to help avoid urban sprawl, and to use the existing infrastructure.

Commissioner Russell wanted to make sure that the money will come from the City of Lynn Haven and not from the CRA budget. Mr. Janke assured that this was correct.

Commissioner Friend stated that he is very pleased with this incentive program and Mr. Janke for taking the initiative. He also said that we have measured results and have seen a return on the investment.

**City Commission Meeting Minutes, April 24, 2018. There was a Multi-Modal Mobility Workshop before the meeting. Page 5**

Attorney Beninate asked if there might be any timing issues in case construction on the home took too long? Mr. Janke replied that new home builders should wait for the new fiscal year to apply in October.

Rich Walker asked if there was a cap on the number of houses a developer could build using the incentive. Mayor Anderson answered that there is $15,000 left for this fiscal year, and $25,000 allowed for the next year. Mr. Janke also replied that only so many houses could fit on a lot, and there isn't much room for large subdivisions on the CRA map.

Commissioner Friend stated the purpose of the development incentive program is designed to promote in the development of unimproved Lots within the city that it doesn't matter if it's one developer or multiple developers he wants to see the City succeed.

Commissioner Russell stated his concerns that if a developer did build a large quantity of homes it could be costly to the City.

Commissioner Friend stated that the Commission would approve each application separately and we would have the amount of what we have spent.

Commissioner Russell stated that's where you get into the gray areas with this project that need to be figured out.

Mr. Janke answered that the pencil in $15,000 but it can't be permanent until it has been approved by the Commission board

Commissioner Russell suggested putting a cap on the number of homes.

Commissioner Tinder agreed with Commissioner Russell.

Mayor Anderson asked that the Commission offer a motion from this discussion.

> Motion by Commissioner Russell:  Approved the ED proposal with the condition that it be limited to the first 15 houses per year and if there are more they would come before the Commission to be approved.
> Second to the motion: Commissioner Tinder.

Commissioner Barnes stated that so we want to limit the number of houses being built in the City?

Commissioner Russell stated that we are incentivizing them to build.

The Commission continued the debate about what the number of houses needs to be, how applications will be accepted, and whether are not to put a cap on the numbers homes approved. City Attorney commented will this require a budget amendment and stated that nothing will be done until that budget amendment occurs.  It would also address the concerns about having enough money available for this project.

Commissioner Russell stated he thought this would take place after tonight, but now that this project can only be approved after the budget he will withdraw his motion.

> Commissioner Russell rescinded his previous motion.
> Commissioner Tinder rescinded her second to the motion.

The Mayor made some clarification stating that the Commission will be approving the concept of expanding what the City has done in the CRA 1911 Plat.  And once this is approved the City Manager and the Economic Development director will come up with a budget amount which will be offered to those that apply.  Any development that has already begun will not be eligible for the money.  Mr. Janke stated that is correct.

City Commission Meeting Minutes, April 24, 2018.  There was a Multi-Modal Mobility Workshop before the meeting.   Page 6

Mr. Janke stated that the motion needed to be contingent upon the budget amendment approval or sufficient funds be in the amended budget.

City Manager clarified for the Commission the money would be available after the mid-year budget is approved. If the Commission approves today, the amount would be around $15,000 and the remainder would be in the next budget year.

Gloria Hutchins asked why is it necessary to have an incentive program? Mr. Janke responded that this program encourages property owners choose to build in downtown Lynn Haven versus a different community.

Libby Tunnel stated her disagreement with the incentive program, and thinks home builders don't need incentives to build in Lynn Haven.

Rich Walker wanted to make sure that the incentive had nothing to do with CRA. Which was clarified that it did not.

Brad Yount commented that each house built costs the City money, and that the incentive would only be good for commercial properties.

> Motion by Commissioner Friend: Move forward as presented, with the understanding applicants wouldn't take place until after today, and after it's reviewed and budgeted for in the mid-year budget review.
> Second to the motion: Commissioner Russell.

On Vote:     Friend          aye
             Russell         aye
             Tinder          aye
             Barnes          aye
             Anderson        aye                    Motion passed 5-0

**Item #12.  Approval to add an addendum to Cemetery and Lawn Care Contract with Greenleaf Lawn Care of Bay County:**  City Manager summarized the current contract with Greenleaf Lawn Care of Bay County what landscaping projects had already been done by Greenleaf, who is City's current vendor. Mr. White stated that weeds were starting to grow around the City buildings and sports fields. Mr. White also stated the City would be making use of Greenleaf's other treatments such as seeding, pesticides, fertilizing and herbicides.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Russell.

Commissioner Tinder asked how much additional cost would this be to the city? City Manager responded referred to the individual costs of each property to be treated as stated in the packet. She also wanted to know if numbers presented were per month?

Commissioner Russell asked if the chemicals would be kid friendly? City Manager said he would check on the safety of the chemicals and would temporarily close the parks if needed during treatment.

Commissioner Friend suggested holding off on the chemical treatment until the mid-year budget. This is a significant cost, but he spoke with the City Manager and he is working on some things to offset the cost.

City Manager said he would offset the cost with some of the new sports programs that would bring in additional revenue.  The biggest point is that the grass needs fertilizing.  We want see the result immediately, but the fields will look good.

City Commission Meeting Minutes, April 24, 2018.  There was a Multi-Modal Mobility Workshop before the meeting.   Page 7

Commissioner Tinder asked would this be an additional cost, seeing that this is almost $50k for the year.

City Manager also stated this also includes them real cutting the ballfields.  The cutting charge is included in this charge.

On Vote:     Friend          aye
             Barnes          aye
             Tinder          nay
             Russell         aye
             Anderson        aye              Motion passed:  4-1

**Item #13.  Approval to convert Kinsaul Baseball Field to a Dog Park:**
             Motion by Commissioner Friend:  To approve as presented.
             Second to the motion:  Commissioner Russell.
On Vote:     Friend          aye
             Russell         aye
             Tinder          aye
             Barnes          aye
             Anderson        aye              Motion passed:  5-0

Mayor Anderson stated how excited she was about this decision.  She said this request floods her social media about a dog park.  She thanked the Commission.

**Item #14.  Approval to move the Splash Pad from the Sports Complex to Cain-Griffin Park:**  City Manager stated he spoke to citizens and Greg Kidwell, Director of Public Utilities who has done a lot of research on splash pads.  He wanted to make sure the water is balanced at the splash pads. One concern is that the Splash Pad at Kinsaul Park is on Lynn Haven's water source, but the Splash Pad at the Sport's Complex would be on Bay County's water source. This is not a great concern, but the real concerns when they had a discussion with Panama City who has a Splash Pad, is to stay away from trees, and that the dirt that will be mixing with the water park that will surely clog up the drains. Kids who play on baseball field play in water park and get in their parent's car wet and dirty will also be a concern. The clay that clogs the pipes could cost the City anywhere from $600 to $1000 a month in expenses.

Commissioner Russell liked the idea of moving it to Cain-Griffin because he stated he saw more children getting use out of it and they could walk to it.

Commissioner Friend disagreed and stated it would get more use at the Sports Complex.

Commissioner Tinder liked the idea of moving it to Cain-Griffin as well.

Commissioner Friend stated it's already been approved to be at the Sports Complex and the residents might be upset.

Attorney Beninate asked if there would be any additional designs or architectural tasks needed? City Manager responded no.

Commissioner Tinder asked if there would be additional up keep with the differences in the locations?

Greg Kidwell answered that there would be a water cost difference but he wasn't sure of the amount. The ph level is better on the county side to cut down on corrosion.

             Motion made by Commissioner Friend:  To table this item until mid-year budget and further notice.

**City Commission Meeting Minutes, April 24, 2018.  There was a Multi-Modal Mobility Workshop before the meeting.   Page 8**

Seconded to the Motion: Commissioner Barnes.

Commissioner Russell stated he did not know how this would affect the contract for this project. While he thinks Cain-Griffin is where he thinks the Splash Pad should go, he said he was not willing to make a motion without Commissioner's Friend support.

There were other comments from the Commission related to this topic.  Commissioner Friend stated he would keep his previously stated motion.

| | |
|---|---|
| Friend | aye |
| Barnes | aye |
| Russell | aye |
| Tinder | aye |
| Anderson | aye |

## 15.____Adjourn

There was no further business to discuss and the meeting was adjourned at 8:03 pm.

APPROVED THIS_____8ᵗʰ_____ DAY OF ___May____2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**City Commission Meeting Minutes, May 8, 2018.   There was no workshop before the Commission meeting.   Page 1**

## CITY COMMISSION MEETING MINUTES
### TUESDAY, MAY 8, 2018
### 4:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Mike Williams

**Item #1.  Call to order:**  By Mayor Anderson at 4:00 PM.

**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Mr. Leon Miller and the pledge followed.

Mayor Anderson asked for a motion to excuse Commissioner Friend to participate by phone.
Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Tinder.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

Mayor Anderson asked for a motion to excuse Commissioner Barnes who has been held up at work because of the FSA testing.
Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Tinder.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  4-0 |

**Item #3.  Mayor's Report:**  Mayor Anderson attended a meeting with other Mayors at Gulf Coast State College that was sponsored by the Bay County Board of Realtors where she got a chance to talk about Lynn Haven and about our business development she also spoke with several residents concerning the ditches and the work that is being done in Lynn Haven and Hwy 77.  We are very excited about the work that is being done. She met with the Community Services Department on upcoming events, and with the City Manager on several items and attended the Bay County TPO Meeting.  It looks like there are going to be delays before the eastside of  Highway 77 and the four lane project of Hwy 390 is finished.  It will cost $35 million for the purchase of easements, that FDOT is saying they don't have.  We have to stay on top of this. The Splash Pad is moving along nicely; the equipment should arrive in about two weeks.  She has been doing some research about the second placement of the Splash Pad at Cain-Griffin Park.  She feels strongly that it should be at Cain Griffin Park.  She feels that many children in and around Cain-Griffin park would benefit more having the Splash Pad in old town Lynn Haven.  Many of the children's parents are single family parents who can't afford, or don't have the opportunity to travel to the Sports Complex.  The Splash Pad would benefit the community and the children.  Lastly, Mayor Anderson stated she has been looking through the expenses of the City for Legal and Auditing Services for the past five years.  She

**City Commission Meeting Minutes, May 8, 2018. There was no workshop before the Commission meeting.  Page 2**

asked for the invoices and total amount for these two services for the past five year.  Carr, Riggs and Ingram have charged the City $242,904 for five audits.  She stated this maybe a reasonable amount, she is not sure, but asked that the Commission consider putting this service out to bid.  Next she looked at the invoices for Harrison, Sale and McCoy that total $821,414 over five years.  This averages out to about $164,000 a year over five years.  The Mayor asked that the Commission take this into consideration in the future.  She has been looking into cities that have in-house legal counsel and the average salary is about $80,000 a year, as opposed to money we are paying out per year.  This is something the Commission needs to consider having a workshop on and discussing.

**Item #4.  Commissioner's  Report:** Commissioner Tinder stated she spoke with Mr. Clubs, and would like the request from Mr. Clubs, about the airport runway to come to fruition.  The runway would go behind the Deerpoint Elementary School to accommodate 5,000 feet of run way.  Mr. Clubs suggested making it a private runway and make that an industrial area.  She feels this could bring a lot to Lynn Haven, including boosting the economy.  Commissioner Tinder was approached from someone from General Dynamics.  She worked there years ago when it was Sallie Mae.  They are the largest employer in the Lynn Haven.  They are going to be hiring more people because they have been awarded the Medicare contract.  General Dynamics would like some help with an employment drive.  A resident on the Colorado Avenue spent $3,000 on landscaping which was scheduled to begin Friday.  She came home and discovered some work being done in her area on the pipes, which meant she had to stop her project.  She asked that residents be notified when work is being done in their areas.  She would like to see if there is any way we can notify the residents when work of this nature is being done in neighborhoods.  She will be absent from the next meeting.

Commissioner Russell stated he was asked to attend a coaches meeting last week with the Director of Community Services, David Horton and Recreation Coordinator, Taylor Holmes and coaches.  He believes he was asked to attend because he has been very active in the league over past few years.  There are growing pains when things change, but it will all work out.  Citizens are concerned about the speeding in the alleyway off of 26th Street.  This is a private road.  City Manager is working on this.  He mentioned that item#10 is on the agenda concerning impact fees.  He is against imposing additional impact fees on citizens.  He met with City Manager White and Director of Planning and Development Amanda Richard.  The average cost is $8300 for a new home permit.  Out of this money 82% is in fees/impact fees.  It's a hard argument.  He stated we are growing in Lynn Haven and it's a great argument either way.  Lynn Haven's fees are higher than Panama City and Panama City Beach.  We need to look at the number in the future.

Commissioner Friend by phone thanked the City for the ability to accommodate him.  He also said he is in a limited phone connection and if the call is dropped, please don't waste the time to reconnect.  The TPO committee has created a sub-committee to do some architect on the trolley transit yard, the sub committee appointed Commissioner Friend to select the architect that will do the work.  He planted trees for Arbor Day at Kinsaul Park, and thanked the employees for their hard work to keep Lynn Haven a Tree City, he also attended Lynn Haven Elementary celebration of Arbor Day and read the proclamation.  He will be meeting with Mr. Leon Miller about the Splash Pad.

**Item #5.  City Manager's Report:** City Manager White recognized the employee of the year, Derek Rizzuto, he is primarily responsible for the City having great drinking water.  He asked Greg Kidwell, his supervisor to come up and say and few words.  The dog park fence will be installed by Friday including some concrete.  Deputy Chief Ramey has been helping him secure prisoners from Bay County, to help clean the shoreline in that area.  The equipment is here so the prisoners can do the work.  Marina Island has pulled out the development agreement for

                                                                DEF'S EX 54_049

City Commission Meeting Minutes, May 8, 2018.  There was no workshop before the
Commission meeting.  Page 3

now.  If they want to put it back on the agenda, they will have to have two readings again.   The
Lynn Haven Bayou Park Reserve, the City's 98-acre park near Deerpoint Elementary School
groundbreaking will be at the end of this month.  He and staff met with the Garden Club and
they are going to turn the property back over to the City.  He has been working with commercial
businesses to bring more jobs to the City.  The Block Party will be Saturday night and the concert
series in the park with The Shepherds will be Friday night.

Mayor Anderson commended the City Manager and staff on the success of the concert series,
people are enjoying it tremendously and she thanked the City Manager for following through
with a request to secure the inmate program so that the City staff does not have to work the
current employees so hard.

**Item #6.  City Attorney's Report:  No report**

**Item #7.  Public Commentary:**  Janet Walker explained that the builder who is building the
two houses across the street from her violated the City Code by beginning construction at 6am
instead of after 7am.  She stated she spoke with the workers and they stated they were behind
schedule.  She made them aware that there is a Code that prohibits noise before 7am.  The builder
stated he went to the PD station and spoke with a PD officer who stated it was alright to begin
work before 6am.   She stated that is unacceptable, and asked if it is okay for a builder to go to
the Police Officer, at their home, calling them on phone or at the police station to get permission
to start early?

Mayor Anderson answered that it is not okay.

Libby Tunnell got up and spoke stating there needs to be a Splash Pad at Cain Griffin Park.  She
said the park should go where the children are and that she would like to see it at Cain-Griffin.
She stated that kids don't have anything to do and could not travel all the way to the Sports
Complex.

Mr. Miller asked that the Commission consider putting a Splash Park in Cain Griffin Park.  He
stated there is little for the kids to do in summer and the activities at the Sports Complex are too
far for those kids to travel.  He also stated that there are some new townhomes coming in across
from the park with more families and children. The City needs to consider what activities these
families will have at Cain-Griffin.  That side of town need something for the kids to do to keep
them out of trouble.

**CONSENT AGENDA:**
**Item #8.  Minutes:**                         **04/24/2018 – Regular Meeting:**

|          |          | Motion by Commissioner Russell:  To approve as presented. |
|----------|----------|-----------|
|          |          | Second to the motion:  Commissioner Tinder. |
| On Vote: | Russell  | aye |
|          | Tinder   | aye |
|          | Friend   | aye |
|          | Anderson | aye       Motion passed:  4-0 |

**OLD BUSINESS:**
**Item #9.   Second reading of Ordinance #1054 amending Ordinance #1040 to include
background checks for The Animal Control Shelter volunteers.**   City Manager read the
Ordinance by title only.

                         Motion by Commissioner Tinder:  To approve as presented.
                         Second to the motion:  Commissioner Russell.

**City Commission Meeting Minutes, May 8, 2018. There was no workshop before the Commission meeting.   Page 4**

Arlene Harris wanted to know who would pay for the background checks.  The City Manager acknowledged that the City would cover this cost.

Mayor stated she know there is some money involved in this, but there is not enough money

On Vote:     Tinder          aye
             Russell         aye
             Friend          aye
             Anderson        aye                    Motion passed:  4-0

<u>**NEW BUSINESS:**</u>

<u>**Item #10.  Approval to Implement a Multi-Modal Mobility Plan Fee Schedule.:**</u>

Commissioner Russell stated in his opening remarks that he is not a fan of mobility fees.  He stated that while he agreed with some of the fees, there are some he has a problem with.  He gave examples of restaurants sizes.  He stated that some of the fees are too high to start off, they begin at zero dollars to lots of dollars.  He also stated there are many fees in the schedule that are too large.  He stated he didn't want Lynn Haven to lose its' potential for growth and agreed some fees need to be in place, but they just need to be adjusted.

Commissioner Friend stated that he respected Commissioner's Russell opinion, but at some point we would have to look at the numbers.  He thinks the mobility fee structure will be good for Lynn Haven.

Commissioner Tinder agreed with Commissioner Russell's argument that the numbers are too large.  She stated they are big numbers and that people already say it is burdensome to live in Lynn Haven. She doesn't want to keep people from moving to Lynn Haven.  She stated at this point, she would vote no if the Commission voted today.

Mayor Anderson stated that the impact fees are shifting the burden back to the businesses.  She would pose the questions have the big businesses paid their fair share?  She explained that the impact fees are targeted at the Big Box stores and not at the mom and pops, or small businesses.  The small business fees are minimal and that she is very open to this.  She doesn't believe it needs to be taken off the table.  She stated that maybe a motion should be made to table this discussion for future reference or even have a public hearing on this item.

City Planner Richard stated there is not a deadline, and that the comprehensive plan states to establish and adopt fees, but it doesn't state when and how much, and the fees can be adjusted annually.  She also suggested a workshop to discuss the comprehensive plan.

Mayor Anderson concurred that permitting fees are the issue, and that a separate workshop is needed to look at those fees.

Commissioner Russell stressed he is not against the mobility plan and that he is in favor of a workshop about fees and would work with the members and citizens to get feedback.

The discussion continued about a workshop on this item.  City Manager asked the Commission send to him numbers so he has a starting point.

Commissioner Barnes stated he is fine with a workshop.  He can make a decision today if the numbers are affordable.

City Attorney Jackson suggested if the Commission did not like the numbers presented to adjust them on a percentage off of what the consultant suggested.

City Planner Richard stated that the Commission can set the fees at whatever they would like.  The consultant did a comparison of all the cities around Lynn Haven or Florida and came up with the fees.

City Attorney Jackson stated he has had some disagreement with Mr. Hemmends on what he thinks the fees should be and his process to deriving at these fees.  City Attorney stated he was

**City Commission Meeting Minutes, May 8, 2018. There was no worksnop before the Commission meeting. Page 5**

concerned from a legal standpoint on what ground the fees were based off, and not what other cities are charging. There has to be some legal basis to support the numbers if the City is sued. He stated if the City chose these numbers that have been given by the consultant, the City could be challenged in court.

Commissioner Barnes agreed that the City has to be careful that we are not pulling numbers out of mid-air. He stated we need substantial evidence just in case the City had to go to court.

Mayor Anderson added that mobility plans are new. There is not a lot of history of mobility impact fees.

> Motion by Commissioner Russell: To table this item until a workshop can be done by the Commission.
> Second to the motion: Commissioner Tinder.

Brad Yount stated that it is important that the builders pay their fair share. He didn't think it would be smart to impose fees on residents, and allow the builders or developers to get off with minimal fees.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 4-0 |

**Item #11. Approval of Phoenix Construction Task Order for Slip Lining Stormwater pipes:** City Manager White explained that Phoenix construction is working on reconstruction of roads and pipes.

> Motion by Commissioner Barnes: To approve Task Order #4 for Phoenix Construction for the amount $138,495.
> Second to the motion: Commissioner Russell.

Commissioner Russell asked how many pipelines are left? City Manager stated there is no way of knowing. It continues to grow with each road.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 4-0 |

**Item #12. Approval of Resolution 2018-05-711 to amend the Rails to Trails grant deadline to June 2019 instead of June 2018:** City Manager White read the resolution by title only. He stated it is just to give FDOT more time to evaluate the plans submitted by the City and for the City to make changes if needed. This is only an extension on the deadline of the grant.

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion: Commissioner Tinder.

| On Vote: | Barnes | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Russell | aye | |
| | Anderson | aye | Motion passed: 4-0 |

**Item #13. Approval to appoint Pat Perno to the City of Lynn Haven's Beautification Board:**

City Commission Meeting Minutes, May 8, 2018.  There was no workshop before the
Commission meeting.   Page 6

|  | Motion by Commissioner Russell:  To approve as presented.<br>Second to the motion:  Commissioner Barnes. | |
| On Vote: | Russell | aye |
|  | Tinder | aye |
|  | Barnes | aye |
|  | Anderson | aye | Motion passed:  4-0 |

**Item #14.   First reading of Ordinance #1055 adopting an administrative procedure for
handling whistleblower act complaints:** City Manager White read the Ordinance by title only.
This was the first reading.

**Item #15.  Approval of the Traffic Safety Committee three recommendations to place a 3-
Way stop on Floyd Drive and place additional patrol on 16th Street and Massachusetts and
19th and Missouri:** Motion made by Commissioner Russell:  To approve as presented.
Seconded to the Motion: Commissioner Barnes.
Commissioner Russell stated he was very happy with the process that is now in place.  He
applauded the Commission for listening to the citizens of Lynn Haven.
On Vote:

|  | Russell | aye |
|  | Tinder | aye |
|  | Barnes | aye |
|  | Anderson | aye | Motion passed:  4-0 |

**Item #16.       Approval to establish a name for the roadway from Highway 77 into
Pinnacle Apartments, "Hammock Square Drive."** City Manager White stated that this area
does not have an address and it is a safety issue that came up in the last Safety Meeting.
Motion made by Commissioner Russell:  To approve as presented.
Seconded to the Motion: Commissioner Tinder.

| On Vote: | Russell | aye |
|  | Tinder | aye |
|  | Barnes | aye |
|  | Anderson | aye | Motion passed:  4-0 |

**Item # 17.   Approval to name the alleyway from 26th Street into "Hammock Square Drive"
"Maulden Way," and to establish a speed limit of 15 MPH in the alleyway of the stated
name.** City Manager White stated there is a perpetual easement on that road that goes back to
the original owner should the businesses on that road decide not to take care of it. The City has
to keep it clear so that emergency vehicles can past through. He request that it be named and a
speed limit be set.
Motion made by Commissioner Russell:  To approve as presented.
Seconded to the Motion: Commissioner Tinder.
Commissioner Russell stated that this was one of the roads that the citizens complained about
speeding.

| On Vote: | Russell | aye |

**City Commission Meeting Minutes, May 8, 2018. There was no workshop before the Commission meeting. Page 7**

| | |
|---|---|
| Tinder | aye |
| Barnes | aye |
| Anderson | aye |

Motion passed:  4-0

**Item # 18.   Approval of Resolution 2018-05-712 through a Joint Participation Agreement between The State of Florida Department of Transportation and the City to complete work along 17th Street from east of Alabama Avenue to west of SR 77 in Lynn Haven, FL.**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Barnes.

Mayor Anderson reminded the Commission that this project relates back when the Commission was looking at filling and piping and covering at the 17th Street ditch on the east side of highway 77.  An agreement was reached between FDOT and the City for the west side.

On Vote:

| | |
|---|---|
| Russell | aye |
| Barnes | aye |
| Tinder | aye |
| Anderson | aye |

Motion passed:  4-0

**Item# 19.        Adjourn**
There was no further business to discuss and the meeting was adjourned at 5:13 pm.

APPROVED THIS_____ ಎ ಎ _____ DAY OF ___M ay___ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

City Commission Meeting Minutes, May 22, 2018.  There was no workshop before the Commission meeting.   Page 1

CITY COMMISSION MEETING MINUTES
TUESDAY, MAY 22, 2018
6:00 P.M.

| Present: | Margo Deal Anderson, Mayor |
| | Rodney Friend, Mayor Pro Tem/Commissioner |
| | Antonius G. Barnes, Commissioner |
| | Dan Russell, Commissioner |
| Absent | Judy Tinder, Commissioner |
| | Michael E. White, City Manager |
| | Robert C. Jackson, City Attorney |
| | Officer Kaitlyn Anglin |

**Item #1.  Call to order:**  By Mayor Anderson at 6:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Mayor Margo Anderson and the pledge followed.

**Item #3.  Mayor's Report:**  Mayor Anderson read the Bike Month proclamation. She asked that Jeff Wirrick and Commissioner Friend come up and accept the Proclamation along with a photo opportunity.   The Mayor's activities and meetings have been extensive, she attended a Mother's Day Brunch with her mom, she met with the City Manager on different occasions, May 14 she had her second eye surgery, Monday, May 21 she attended the contractor's meeting along with Panhandle Engineering and got an update on the half cents sales tax, she visited the Splash Pad, on 7th Street in Lynn Haven, they have completed capacity by 300,000 gallons a day, this is good news.  She met with the news media.  She congratulated the City Staff on a well-run concert series in the Sheffield Park
Mayor Anderson asked for a motion to excuse Commissioner Tinder from the meeting who is on vacation.

| | Motion by Commissioner Friend:  To approve as presented. | |
| | Second to the motion:  Commissioner Russell. | |
| On Vote: | Friend | aye |
| | Russell | aye |
| | Barnes | aye |
| | Anderson | aye | Motion passed:  4-0 |

**Item #4.  Commissioner's Report:**  Commissioner Friend met with City Manager White on several items. He thanked the City Manager for being so accommodating to meet with him. He attended Mosely's Senior Recognition program.  Over $4 million in scholarships were given away.  He will be attending the NPOAC in Orlando in June.  He will be giving tours to Lynn Haven Elementary School on Thursday, May 24.  This is something he hosts every year.  The student's tour City Hall, experience a mock Commission Meeting and then have lunch in the park.  It is always lots of fun and he invited them to attend.
Commissioner Barnes spoke about the right-away issue on 8th and Delaware. He has already spoken to the City Manager about it and he is taking care of it.  He also congratulated the of all the High School seniors.
Commissioner Russell reported that the ditch issue next to Publix has hit a bump in the road. The numbers for this project came back higher than he expected--$70K-$80K.  He stated that

**City Commission Meeting Minutes, May 22, 2018. There was no workshop before the Commission meeting. Page 2**

he would see if this could be put in the budget for next year. He stated that he had some citizens contact him about the recycling center at the Recreation Center. People are driving up on the grass to drop off items. He also has had parents contact him about having a police officer at the sports games to maybe detour boisterous parents. Lastly, he was concerned about the events happening on the Florida Ave. He stated he did not want a vote, but to consider his statements for food for thought. He explained that he would like the Commission to consider allowing the businesses to form a coalition to take on the events on Florida Ave. He said he asked this question last meeting about who were the events for, the citizens or the businesses? If they are for the citizens, then the City needs to consider moving the events to Sheffield Park, where we now have a wonderful amphitheater, this cuts down on renting a stage and closing down streets, it just saves the City money altogether. If not, the businesses on Florida Avenue should consider taking on the one or two events for themselves. He stated we should consider having this discussion put on the agenda for the next meeting.

Mayor asked if Commissioner Russell and the rest of the Commission would be okay adding this topic to the agenda for the next Commission meeting.

Commissioner Friend stated that he wanted to look at all events that the City is sponsoring and see where we are financially with these events. Maybe looking at these events at mid-year budget. He said he is also okay with a discussion at the meeting as well.

Commissioner Russell stated he is fine with discussing this topic at the mid-year budget review.

Mayor Anderson stated that we could have this discussion at the mid-year budget review when the City Manager has a chance to pull together information and numbers about the events.

**Item #5.   City Manager's Report:**   City Manager White stated that he attended the Beautification Board meeting. They elected officers and discussed code enforcements issues, and beautifying the City of Lynn Haven. He explained that the code enforcement employee has some health problems that limits him in some areas. He expounded that the City has posted an additional Code Enforcement position which would allow the current employee to be in the office to assist more with the permitting load, accommodating both our employees and the Lynn Haven citizens. He stated that the ½ cent surtax committee also met. He noted that only two members were present. He explained that they went through their agenda but were unable to vote on anything due to a quorum not being present. The committee was very appreciative of all the City and Commission has done in utilizing these monies. One of the board members, Jennifer Vigil will be moving out of Lynn Haven and will need to be replaced on the committee. Mayor Anderson stated that she was glad the beautification board was meeting again and was grateful for what was being done regarding the code enforcement situation.

**Item #6.   City Attorney's Report:  No report**

**Item #7. Public Commentary:** Janet Walker asked the City Manager for clarification on two of his report items. She asked if our Code enforcement employee is out sick? City Manager explained that he is out on intermitted FMLA due to a bad back. Janet Walker wanted to know if the City would be hiring a new person? City Manager re-stated that he would be hiring an additional person to help out with the code enforcement portion of the job so that the current code enforcement officer can help out in the office with increasing permitting workload. She also wanted clarification on the half cents surtax comments regarding someone being replaced. The City Manager re-stated that one member of the surtax committee members was moving out of the Lynn Haven and would need to be replaced. He stated that he thinks Commissioner Tinder may have appointed the member who is moving so she would need to appoint a new member.

DEF'S EX 54_056

**City Commission Meeting Minutes, May 22, 2018. There was no workshop before the Commission meeting.   Page 3**

**CONSENT AGENDA:**
**Item #8.  Minutes:** _____  **05/22/018 – Regular Meeting:**
Commissioner Friend stated he misspoke on the last meeting about the selection of TPO architect.   He asked that the minutes be corrected to say that the committee selected an architect and he was appointed to negotiate with the architect, rather than, he would be selecting the architect.

> Public Commentary from Mr. Walker corrected regarding Leon Miller being referred to as a commissioner. Mayor instructed that once you have an elected title you generally keep them even after your term is over. So this is correct as well.
> Motion by Commissioner Russell: To approve with corrections.
> Second to the motion:  Commissioner Friend.

On Vote:     Russell          aye
             Barnes           aye
             Friend           aye
             Anderson         aye                      Motion passed:  4-0


**OLD BUSINESS:**
**Item #9.  Second reading of Ordinance #1055 adopting an administrative procedure for handling whistleblower act complaints.**  City Manager read the Ordinance by title only.

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion:  Commissioner Russell.

On Vote:     Barnes           aye
             Russell          aye
             Friend           aye
             Anderson         aye                      Motion passed:  4-0


**NEW BUSINESS:**

**Item #10.  Approval to name the Grand Marshal for the City of Lynn Haven July 4th Parade:**   Commissioner Russel commented that he has had some conversations regarding this and likes the idea of Leon Miller as an option.  He mentioned that the Mosely varsity baseball team was playing district championship game against Clay county at 7pm this evening and invited everyone to come out and watch.  He stated that if they won tonight it would put them in the final four playoffs and suggested that if they win, the entire team be the Grand Marshal of the parade. He understands that will involve postponing the vote until after the playoffs. Mayor Anderson stated she really liked the idea of former Commissioner Leon Miller being Grand Marshal and affirmed the baseball team as a good option as well.  Commissioner Barnes commented that since we recently named the Amphitheatre after Commissioner Schad it would be appropriate if he was named Grand Marshal.

> Motion by Commissioner Barnes:  Mosley Varsity Baseball team for Grand Marshal if they win and Roger Schad if the team does not win.
> Second to the motion:  Commissioner Russell.

On Vote:     Barnes           aye
             Russell          aye
             Friend           aye
             Anderson         aye                      Motion passed:  4-0

City Commission Meeting Minutes, May 22, 2018.  There was no workshop before the
Commission meeting.   Page 4

**Item #11.  Approval to accept the transfer of the Garden Club Property back to the City
of Lynn Haven:**   City Manager White explained that Garden Club could no longer afford the
upkeep of the property.  He pointed out the Warranty Deed is in the package that assigned the
building and property back over to the City.

> Motion by Commissioner Friend: To accept the transfer of the Garden Club
> property back to the City.
> Second to the motion: Commissioner Russell.

Commissioner Russell asked how the property would be used or if it is something we need to
consider surplus.  City Manager suggested we retain the property as it is in a favorable location
at the entrance to the City.  He also mentioned the building needed some renovations and could
potentially be rented out as a small banquet hall as it could hold around 63 people. Commissioner
Russell doesn't like the idea of the City being in competition with other businesses in the area
that also host events. The City manager agreed regarding not competing with local businesses
and stated that the City is also investigating a grant to help build a commercial kitchen there to
potentially feed employees in cases of an emergency. Russell asked if it could possibly be used
as the City EOC but City Manager stated it is too close to the water. Commissioner Barnes
commented that he would like to see the City keep the property due to its historical value. He
suggested its used for additional meeting space for potentially the vision upcoming process and
workshops. Mayor Anderson commented she would like to see the property remain City owned
as well and noted the long history as the Garden Club.  She stated she would like to see the
Garden Club be allowed to continue meeting there at no charge and even retain the name.  She
suggests having some other boards meet there instead of at the library as well. Arlene Harris
from the public commented that she would like to see the property remain with the City.  She
sees its location as the entry way into the city is prominent and views it as an asset to the City.
She also commented that she appreciated Commissioner Russell's comments regarding the
competition with other facilities but stated that the Garden Club always rented and that she knew
the City would upgrade the facility.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed 4-0 |

**Item #12.  Approval to set a workshop date to review the RFQ for Auditing Services:**
Commissioner Barnes stated that he was under the impression that after the audit came in at that
point we were going to determine if we needed to send out a RFQ. City Manager says that the
RFQ is done in case the Commission wants to go over it or review it during the workshop. He
stated that he and the Deputy Clerk were trying to be proactive to go ahead and get the
workshops scheduled. Commissioner Barnes stated he thought we needed to wait until the
current audit is complete if the City sends out an RFP. Mayor Anderson disagreed.  She re-
stated as at last Commission meeting that we are paying around $242,000 for auditing services
for five audits and have not done a RFQ for decades.  She felt that we could potentially procure
services at a much more cost effective rate and is ready to move forward with setting a date for
a workshop.

**City Commission Meeting Minutes, May 22, 2018.  There was no workshop before the Commission meeting.   Page 5**

Commissioner Friend asked the City Manager/City Attorney if our current contract allows for renegotiation with our current auditors or if we have to go RFQ/RFP route. City Attorney thinks it's a continuing services contract. Commissioner Friend said we owed it to the Mayor to check into this. Mayor Anderson said we owed it to the public. Commissioner Friend stated he is ok with setting meeting at future date but does not like the timing in the middle of the City's current audit.  He is not sure what signal that will send to them. Mayor Anderson stated that we are not in the business of trying not to hurt someone's feelings this is strictly business, trying to find the best services at the best price for the citizens of Lynn Haven. She stated that this is strictly business.  Commissioner Friend stated that he agrees regarding business practices but feels the timing is also bad due to that fact that we have a relatively new Deputy Finance Director and City Manager.  He feels the auditors lend stability to the process as they have been doing Lynn Haven's audits for 20 years. The Commission asked for some dates after the budget. City Manager said potentially in August. Commissioner Friend recognized that this won't allow time for RFQ with audit beginning in September. Mayor Anderson again stated the importance of addressing this issue.  No Motion was made.  Mayor voiced her disappointment.

**Item #13.  Approval to name the dog park the "Bark Park" at Kinsaul:**

|          | Motion by Commissioner Friend:  To approve as presented. | | |
|----------|----------|----------|----------|
|          | Second to the motion:  Commissioner Russell. | | |
| On Vote: | Friend   | aye      | |
|          | Russell  | aye      | |
|          | Barnes   | aye      | |
|          | Anderson | aye      | Motion passed:  4-0 |

**Item #14.  Adjourn.**

There was no further business to discuss and the meeting was adjourned at 6:45 pm.

**APPROVED THIS**_____ 12th _____ **DAY OF** ___ June ___ 2018.

_____

Margo Deal Anderson, Mayor

**ATTEST:**

_____

Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 54_059

**There was a mid-year 201/-~ɵ18 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 1**

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, JUNE 12, 2018**
**4:00 P.M.**

</div>

**Present:**      Margo Deal Anderson, Mayor
            Rodney Friend, Mayor Pro Tem/Commissioner
            Antonius G. Barnes, Commissioner
            Dan Russell, Commissioner
            Judy Tinder, Commissioner
            Michael E. White, City Manager
            Robert C. Jackson, City Attorney
            Officer Kaitlyn Anglin

**Item #1.  Call to order:**  By Mayor Anderson at 4:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Mr. Leon Miller and the pledge followed.

**Item #3.  Mayor's Report:**  Mayor Anderson thanked all City staff for their tremendous efforts and success with the Hermit Crab Festival. She reported that she sat in on several paving meetings learning about the complexities of locating problems in underground pipes, sewer issues, lining pipes and all the efforts required in engineering and planning for these types of services. She reported a great job is being done. She met with the City Manager regarding the mid-year budget and is very pleased with all he and the staff are doing to lead the city forward. She emphasized the great deal of public compliments that continue coming in regarding how nice the City is looking and said it continues to be her honor to serve as Mayor. She reported a trip to Tallahassee to recruit some help pushing forward some funding as well as a meeting with a group of businessmen regarding the possibility of a small municipal airport in Lynn Haven.

Mayor Anderson asked for a motion to add and item to the agenda.  Item #19 will be approval to close 5th Street from Tennessee to Montana on July 4th.
Motion by Commissioner Friend:  To Approve as presented.
            Second to the motion:  Commissioner Russell
            Friend      aye
            Russell     aye
            Tinder      aye
            Barnes      aye
            Anderson    aye               Motion passed:  5-0

**Item #4.  Commissioner's Report:**  Commissioner Russell reported a busy week. He asked us to keep the young man from Mowat Highland's in our prayers. He also commented on the success of the Hermit Crab Festival and reported citizens requesting more City sponsored events. He reported that the Splash Pad was coming along nicely and that he took a tour of the Bay County EOC building commenting that it was quite an impressive facility.
Commissioner Tinder reported that her long time neighbor Libby Tunnell's ditch problem continues, which propagates mosquitos but stated she was able to get some relief from the Bay County Mosquito agency. She reported being on vacation and that she was glad to be home.
Commissioner Barnes reported attending the ground breaking ceremony at Lynn Haven's new Bayou Park and Preserve expressing his excitement regarding it. He played in a golf tournament

**There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 2**

sponsored by Gents, Inc. which raised over $10k for scholarships to local Bay County students. Commissioner Friend followed up on Commissioner Tinder's comments stating Bay County Mosquito control is running behind treating mosquito's this year but will come out and treat a pool that's green and breeding mosquitos.   He commented on leading the Lynn Haven Elementary School tours through City Hall and the mock Commission meetings. He echoed the success of the Hermit Crab Festival. He attended MPOAC meeting reporting that those meetings give him the opportunity to meet with other representatives across the state and other federal representatives.   He reported getting ideas therein for funding for Rails to Trails.   Finally, he reported being honored to participate in First Baptist Church of Lynn Haven's new education building for the children.

**Item #5.  City Manager's Report:**  Amanda DeLonjay was named employee of the month and Ramona Bibbs awarded supervisor of the quarter.   The City Manager complemented both employees on a job well done. He reported that the City went live with the Bay County radio system allowing our police force to see all the county records as well as saving the City $90,000 per year. He echoed Commissioner Barnes regarding the groundbreaking of the Lynn Haven Park and Preserve stating that it would be about a 21-month project that will provide our City's families ample opportunity to share community activities as well as educate our children. He recognized Lauren's outstanding job on the Hermit Crab festival and reported that both the customer service center and the dog park at Kinsaul Park should be up and running by the first of July. He also mentioned meeting with several builders and developers commenting that Lynn Haven continues to be a desirable place to work and live.

**Item #6.   City Attorney's Report:  No report**

**Item #7.  Public Commentary:**  Leon Miller asked about the 17th Street turn lane. The City Manager explained that it was still in the works and tied in with the golf cart crossing. Mr. Miller also asked about the widening of Hwy 390.   The Mayor explained that the widening on the east side of Hwy 77 has been postponed indefinitely due to $35 million project deficit and that they are about 18 months out regarding the utilities replacements along the curve in the area leading into Lynn Haven.

**CONSENT AGENDA:**
**Item #8.  Minutes:**                          **06/12/018 – Regular Meeting:**
Commissioner Friend two corrections under his report.  Change 'NPOAC" to "MPOAC" and change "them" to the "Commissioners and the Mayor."
                Motion by Commissioner Barnes:  To approve with corrections.
                Second to the motion:  Commissioner Russell.
On Vote:      Barnes        aye
                Russell        aye
                Tinder        aye
                Friend        aye
                Anderson   aye                Motion passed:  5-0

**There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 3**

<u>**OLD BUSINESS:**</u>

<u>**Item #9.   Splash Pad Discussion for Cain Griffin Park.**</u> Mayor Anderson noted that the equipment for the splash pad had arrived and is ready to be installed.  Public discussion was opened regarding placement of splash pad.

> Motion by Commissioner Tinder:  To move the splash pad to Cain Griffin Park. No second. Motion died.

Public question came from Coral Daniels asking size of splash pad and if it will eliminate other existing facilities at the park.

Mayor Anderson informed the size being approximately 2000sq feet and stated it would not eliminate or replace any current facilities.  Leon Miller publicly recalled past discussion regarding splash pads being placed at Kinsaul and Cain Griffin Park. He stated he didn't understand why the location is now being changed.  He directed commentary to Commissioner Russell and the Mayor reminded him to please address entire Commission. Mr. Miller stated his disapproval and the disapproval of the citizens in the neighborhood with the idea that the splash pad would be placed at the Sports Complex.

Commissioner Russell stated that today he feels Cain Griffin is the best place for the second splash pad but that in the initial discussions over a year ago he agreed to a compromise with the commission regarding placing one pad at the Sports Complex and one at Kinsaul Park.  He stated was not comfortable changing his decision without consensus from Commissioner Friend. Mayor Anderson commented affirming those original discussions and agreements within the Commission but stated that later further information came in regarding citizens requesting the pad on the east side of Highway 77 as well as a water quality report revealing that the water at the Sports Complex was from the County while the water in Lynn Haven is well water which would do less damage in terms of deterioration to the filter system of the splash pad making Cain Griffin a better placement. Additionally, the possibility of the children at the sports complex coming in after ball games in cleats and muddy outfits presents potential damages to the system as well. Mayor Anderson stated her opinion that this additional information is worthy of consideration and discussion by the Commission and should not render a past decision immovable.

Mrs. Libby Tunnell and Dale Robitaille, all spoke voicing their opinion in favor of the splash pad being placed in Cain Griffin Park.

Commissioner Friend stated he pushed for placement of the splash pad at the Sports Complex because he believes it will have more community coverage in that area.  He also feels the cleanup issues will be the same no matter where the pad is located.  He stated he will be the first to ask for a third splash pad in the next budget year. Discussion continued. Finally, the Mayor and others voiced public disappointment with the Commission regarding this issue.

<u>**NEW BUSINESS:**</u>

<u>**Item #10.  Approval to authorize the disposal of four surplus vehicles and equipment:**</u>  City Manager White stated that the four vehicles recommended were all surplus and could not be fixed or reused.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Barnes.

| On Vote: | Friend | aye |
|---|---|---|
| | Barnes | aye |

DEF'S EX 54_062

There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 4

|  |  |  |  |
|--|--|--|--|
| Russell | aye | | |
| Tinder | aye | | |
| Anderson | aye | | Motion passed:  5-0 |

**Item #11.  Discussion and possible action regarding approval of Development Order to construct a Tyndall Federal Credit Union drive thru located on Highway 77(Quasi-Judicial Public Hearing) :** Attorney Rob Jackson stated that item #11 is a quasi-judicial hearing and all affected parties were sworn in by the City Attorney.  City Planner Amanda Richard and two engineers were sworn in by the City Attorney.  There were no ex-parte communications by the Mayor/Commission.   City Planner Amanda Richard gave background information on the development order, including a map of the parcel. She listed the people involved in the project so far as being Jamie Wes Goodman as the applicant, the agent is Jeffrey Peterman P.E., the project engineer is Panhandle Engineering LLC, and the reviewing engineer is Dewberry. The address of the parcel is 3106 and 3116 Highway 77.  She stated that a drive thru would be built on the west side of the property and behind that would be a landscaped park around an existing pond. There would also be an amphitheater and pavilion constructed in the park. Lastly, there would be a connection made from the drive-thru to the large Tyndall complex on the property located to the east.

Attorney Jackson stated that the applicant is still trying to work out with Grease Pro the actual scope of the entrance and the easement.  He recommended that the development order be a conditional approval upon the applicant working out the actual scope of the entrance and the easement with Grease Pro and that the permit being issued by DOT eventually be okayed.

Commissioner Tinder asked about the amphitheater. The City Planner said it would be small and serve for functions held by the local businesses.

Commissioner Barnes asked if the pond would be affected in any way. The City Planner replied that it would be tidied up and made larger to hold stormwater.

> Motion by Commissioner Friend:   To approve the development order conditionally on the City Attorney's recommendation, that the development order a conditional approval upon the applicant working out the actual scope of the entrance and the easement with Grease Pro and that the permit being issued by DOT eventually be okayed.
> Second to the motion:  Commissioner Barnes.

| | | | |
|--|--|--|--|
| On Vote: | Friend | aye | |
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

**Item #12.  First reading of Ordinance #1056 amending Chapter 10 of Lynn Haven Code of Ordinances to add specific language to the care and control of animals including revised fee schedule:**   The City Manager read Ordinance #1056 by title only.

There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 5

**Item #13.  First reading of Ordinance #1057 for Voluntary Annexation of Ronald W. Mowat Property Hwy. 389/390 intersection:**  The City Manager read Ordinance #1057 by title only.

**Item #14.  First reading of Ordinance #1058 for the Small Scale Future Land Use Map Amendment- Mowat Property Hwy. 389/390 intersection.**  The City Manager read Ordinance #1058 by title only.

**Item #15.  First reading of Ordinance #1059 National Pollutant Discharge Elimination System Regulations (NPDES) – Amending Chapter 70 of the Lynn Haven Code of Ordinances:**  The City Manager read Ordinance #1059 by title only.

**Item #16.  Resolution 2018-05-713 adopting the City of Lynn Haven's Animal Shelter Volunteer Handbook:**  City Manager White stated that the Animal Shelter's has lots of requests for people wanting to volunteer, but they City wanted to make sure those volunteers understood the policies that protect the City and the volunteer.  The City Manager read Resolution # 2018-05-713 by title only.

<div style="margin-left: 2em;">

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

</div>

| On Vote: | Russell | aye | |
| --- | --- | --- | --- |
| | Barnes | aye | |
| | Friend | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

**Item #17.  Resolution 2018-06-714 Amending the Adopted General Fund, Community Redevelopment Agency and The Approved Enterprise Fund Budgets for Fiscal Year 2017-2018:**  Mayor Anderson stated that the Commission did go over the mid-year budget at the workshop before the Commission meeting today.  She asked if there were any questions. None from the public.  The City Manager read Resolution # 2018-06-714 by title only.

<div style="margin-left: 2em;">

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

</div>

| On Vote: | Friend | aye | |
| --- | --- | --- | --- |
| | Russell | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

**Item #18.  Approval of Charles "Buddy" Bonvillain to the Beautification Board:**

<div style="margin-left: 2em;">

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Tinder.

</div>

| On Vote: | Russell | aye |
| --- | --- | --- |
| | Tinder | aye |
| | Barnes | aye |

**There was a mid-year 2017-2018 Budget Workshop before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 6**

|  |  |  |
|---|---|---|
| Friend | aye | |
| Anderson | aye | Motion passed 5-0 |

**Item #19.  Close 5th Street on July 4th from Tennessee to Montana:**

|  |  |  |
|---|---|---|
| | Motion by Commissioner Barnes:  To approve as presented. | |
| | Second to the motion:  Commissioner Friend. | |
| On Vote: | Barnes | aye |
| | Friend | aye |
| | Russell | aye |
| | Tinder | aye |
| | Anderson | aye |

Motion passed 5-0

There was no further business to discuss and the meeting was adjourned at 6:45 pm.


**APPROVED THIS**_____26_____**DAY OF**_____June_____**2018.**


_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 54_065



**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 1**

### CITY COMMISSION MEETING MINUTES
### TUESDAY, JUNE 26, 2018
### 6:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

**Item #1.  Call to order:** By Mayor Anderson at 4:00 PM.
**Item #2.   Invocation/Pledge of Allegiance:** Invocation by Mr. Leon Miller and the pledge followed.

**Item #3. Mayor's Report:** Mayor Anderson stated she attended the weekly paving meeting with contractors and engineers.  We have paved 18 miles of completed paving.  She is very excited about the Splash Pad at Kinsaul Park being completed.  She attended the New Hope Baptist Church on Father's Day.  She met with some new student volunteers who want to volunteer for the City.  She is getting ready for the Fourth of July Parade activities.  Mayor Anderson asked for a motion to add "Task Order #4 for the City of Lynn Haven half cents sales Tax Design Build Contract" to the agenda as Item #16 and Adjourn as Item #17.

> Motion by Commissioner Russell:  To approve adding the approval of Task Order #4 for the City of Lynn Haven Half Cents Sales Tax Design Build Contract for Phoenix Construction.
> Second to the motion: Commissioner Friend.
> Russell        aye
> Friend         aye
> Tinder         aye
> Barnes        aye
> Anderson     aye                              Motion passed: 5-0

Mayor Anderson continued her Mayor's report by stating she had a statement she wanted to read.  She read it as follows:  "Although I usually do not read speeches or statements, and prefer to speak extemporaneously, this statement today as part of my Mayor's report is an unusual one, and I want to insure that all of the information I have is accurately conveyed to you, the members of the Lynn Haven Commission, the staff, and the public without omission.  This statement concerns residency requirements of our City Charter and questions I have been asked regarding whether or not they have been met by a member of the City Commission, Commissioner Rodney Friend.  I mean no personal attack or disrespect to Commissioner Friend; the only transparent venue for this information is in the Sunshine, with the members of the Commission and the public.  I have several questions and concerns based on the information I have been given and questions I have been asked and I reached out to our City Attorney for guidance.  A few of these are directly related to me and my obligations to you as Mayor. For example-

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 2**

(1)  Does Mr. Friend's residency impact my fiduciary responsibility to the City since I am the Treasurer of the City and the co-signer of every check written, including the salary of Commissioner Friend, as well as insurance benefits, all paid by the City of Lynn Haven

(2) Whether or not votes cast by Commissioner Friend are binding if an updated legal opinion determines that he does not and has not met the residency requirements of the City of Lynn Haven since he purchased a home located at 731 North Bay Drive in unincorporated Bay County,

(3) whether or not Commissioner Friend's position on the TPO Board as a Commissioner of the City of Lynn Haven is valid.

From the time I took the office of Mayor, and indeed before, I have been aware of numerous citizens raising questions regarding whether or not Commissioner Rodney Friend resides in the city limits of Lynn Haven (a requirement of our City Charter for the Mayor, the Commissioners, and the City Manager.)  From time to time, members of the public have spoken on this issue during public commentary, and I have defended Commissioner Friend on at least one occasion referring to the 2013 opinion by the City Attorney, but now, five years after this opinion, I am once again being asked questions by residents of Lynn Haven which, are concerning to me.

Therefore, approximately two weeks ago, I asked the City Attorney, Rob Jackson, for an updated opinion on this question after reading packets of information delivered to my home and to my office with documents, which if accurate, indicate that Commissioner Friend lives in unincorporated Bay County, and not part-time at the Mowat Highlands address for the purpose of renovation as the 2013 opinion by the City Attorney states.  My additional concerns are whether or not Commissioner Friend's votes on the day to day policy and issues of our City are even legal if he is not meeting the residency requirements of the Charter, but more importantly, as the Treasurer of the City and cosigner of every check issued, if I have fiduciary responsibility to  the residents of Lynn Haven should  I be signing a check for a Commissioner who is possibly not legally holding this position due to his not living within the city limits of Lynn Haven.

 Former Mayor Walter Kelley had the same concerns about this issue and asked for an opinion from the City Attorney in 2013, and according to the City Attorney, Commissioner Friend also asked for the opinion as well.  This opinion was based largely upon information provided to the City Attorney by Commissioner Friend and is based on Commissioner Friend's statements to the attorney that he would temporarily be living part-time at the Mowat Highlands residence in Lynn Haven and part- time at his investment property located in unincorporated Bay County while he renovated the Lynn Haven homestead property.  His driver's license, voting registration, and mail indicated he resided at the homestead property and his intention to return to the property were all a part of the City Attorney's opinion, which was also covered in a News Herald article in June of 2014 when questions once again surfaced from concerned residents.

The City Attorney is not willing to write an updated opinion concerning Commissioner Friend's residency at my request because Commissioner Friend, according to the City Attorney, does not wish to have an updated opinion written. I have been provided information by residents which include almost 0 water usage for years at the house in the city limits upon which Commissioner Friend claims as homestead exemption, as well as average electrical consumption at both houses, with one indicating that no one lives there, trash pickup at the unincorporated residence and lack of trash pickup at the Mowat Highlands residence, and no permits issued for renovation in the six-year period.

Indeed, according to documents given to me from the property appraiser's office, Commissioner Friend claims homestead exemption on the Lynn Haven property which is valued at less than 200 thousand dollars instead of the house where residents who provided these documents claim he is actually living, which is valued in excess of 420 thousand dollars.  The questions I have

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 3**

been asked are why would anyone claim the lesser valued house located in the city limits of Lynn Haven, pay over five thousand dollars annually on the higher valued house where the Commissioner and his family live unless to convey the image that he resides in Lynn Haven when he does not?   I do not know the answers to these questions, which is why I am reading this statement to the Commission and to you; my questions are not accusations nor are they allegations which I am making against my fellow commissioner; I am representing the people who elected me as Mayor of the City and asking that their concerns be answered.

I have asked for a legal opinion from our City Attorney and he has refused to give one without permission from Commissioner Friend or a request from the majority of the Commission, so therefore, I have no legal opinion to read to you other than the one that was given over six years ago, but my  question' when I met with the City attorney in our meeting yesterday was that if Commissioner Friend is actually living part-time at the Mowat Highlands residence as he says he is and making renovations to the home with plans to return there then why would he object to an updated legal opinion for clarity and transparency on this issue?

What I do know is that Commissioner Rodney Friend signed a residency affidavit, sworn and notarized in February of 2015 at the Supervisor of Elections office when he qualified to run for a second term as a Lynn Haven Commissioner stating that he resides in the City of Lynn Haven at 1804 Sutherland Road, not at 731 North Bay Drive in unincorporated Bay County, as the documentation in the information provided to me indicates, if it is accurate. Our City Attorney told me that Commissioner Friend claims to have an updated opinion from his private attorney regarding his meeting the requirements of our Charter, but the City Attorney also told me he has not seen this private opinion.

At this time, I am making this statement to the residents of the City of Lynn Haven; I have a City Attorney who will not offer a legal opinion on this matter to me because Commissioner Friend objects, I have questions in regard to my fiduciary responsibility in this matter to Lynn Haven residents as the City Treasurer, and I believe the concerns of residents which they have documented with information from City and County agencies deserve to be answered in the interest of transparency.

 I take exception to the fact that the City Attorney was willing to write an opinion on this matter six years ago for the former Mayor Walter Kelley, and that he has been willing to write an opinion for another Commissioner on this board on at least one occasion in which I was the subject and I was certainly not informed beforehand. The City Attorney has stated on numerous occasions that he serves the entire Commission, not any one member, yet he refused to give a legal opinion on this matter based solely on Commissioner Friend's objection.  If the Mayor of the City cannot ask for a legal opinion on a matter which could have implications on the validity of decisions made by the Commission, why do we have a city attorney?  And, if a Commissioner does not have to live in the City, then why do we have a Charter which states to the contrary?

I respectfully ask the members of this Commission, including Commissioner Friend to look at the information I was given by residents, and if you find it to be compelling, to agree as a Commission for a new legal opinion from Mr. Jackson based on the updated information, if it is accurate, in the interest of transparency and the integrity of this entire Commission.

I would entertain a motion at this time for an updated legal opinion from the City Attorney in this matter and if you choose not to ask for one, then the lack of transparency and legal answers to what I find compelling questions and documentation will rest with this Commission and not with this Mayor."

Commissioner Friend asked City Attorney if the City Charter had changed?

The City Attorney quoted the Charter regarding elected officials residing in the City saying they must be a "resident and elector of the City".

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 4**

Commissioner Russell stated he did not mind making a motion for the City Attorney to write another legal opinion, but he wanted to make sure however the findings came back, that the conversation and topic of Commissioner Friend's residency be put to rest and never brought up again.  The Conversation continued as to the definition of resident.

> Motion by Commissioner Russell: To approve a second legal opinion on the residency of Commissioner Friend.
> Second to the motion:  Commissioner Friend.  With the caveat that Mayor Anderson pay for the opinion if it comes back as original ruling did in favor of Commissioner Friend maintaining a residence in Lynn Haven rather than residing in Lynn Haven.

Commissioner Friend stated the reason for his caveat was that this issue had already been addressed prior to him seeking re-election in Lynn Haven. He reasoned that he paid for a private attorney to render an opinion previously, that nothing had changed and that the tax payers should not have to pay for another opinion.
Commissioner Barnes stated the entire conversation is totally absurd.
Mayor Anderson made it perfectly clear that this topic was not an attack on Commissioner Friend.
Commissioner Tinder stated she thought that it was important to the residents and to make sure the residents had a clear understanding.
Commissioner Friend stated nothing has changed.
Comments from the Commission continued about this issue.

Commissioner Friend withdrew his caveat and second the motion as originally stated by Commissioner Russell.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #4.  Commissioner's Report:**  Commissioner Russell no report.
Commissioner Tinder no report.
Commissioner Barnes stated he was happy to report that the Farmer's Market is back at Sheffield Park.  Farmer's Market is every first Saturday of the month.
Commissioner Friend reported that the City's new Code Enforcement employee is doing a good job.  He reported that he continues to meet with officials both in Tallahassee and locally looking for funding for Rails to Trails.  He attended and thanked the City for putting together the kickball league. He will be attending TPO meeting tomorrow and excited about Thursday's kick off of the Dixie Boys State Tournament.

**Item #5.  City Manager's Report:**  City Manager introduced the Business of the Quarter award. He thanked Pat Perno for all he has contributed to this community over the years especially regarding baseball sponsorships.  Ben Janke elaborated presenting Pat Perno from Beef O'Brady's the award this quarter.

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 5**

**Item #6.   City Attorney's Report:**   City Attorney stated his mode of operation with the Commission is to address questions from the Commission regarding their own roles or the City's role in various circumstances.  He elaborated that should a commissioner be questioning another commissioner or the Mayor he would first ask the person in question if it is ok to proceed unless he has consensus from the Commission to move in that direction.   He stated that if the Commission would like him to operate in a different fashion, upon receiving that advisory he will do so.

**Item #7. Public Commentary:**  Dale Robitaille commented regarding disappointment with the "dirty laundry" of the City being aired. Also disappointed with City Attorney's response to Mayor.

Janet Walker had questions regarding receipt of funds from Marina Bay Island. Mayor advised saying no funds have been received due to the developer's agreement not being in place yet. She stated a lack of communication between developer and the City. Mrs. Walker asked if the Mayor could have passed the gavel and seconded the motion for the splash pad to be moved to Cain Griffin Park at the prior Commission meeting.  Mayor advised that while she could have she chose not to because there would have been enough votes from the Commission to pass the motion.

Paul Lewis inquired if a Splash Pad could be put in the budget for next year for Cain Griffin Park.  Mayor advised that there was a consensus among the Commission at the last meeting to include it in the budget visioning process next year.

Bob Schultz questioned when Kinsaul Park splash pad would be complete. Mayor advised hopefully in a few weeks.  He also asked if we would host a summer concert series.  Mayor advised that due to weather we were discussing a potential fall series instead. Finally, he inquired regarding expenditures on renovations to Kinsaul Park and was informed by the Mayor and City Manager that several grants, CRA funds, some City funds as well as some individual donations all contributed to the renovations.

Richard Givens from the Lynn Haven Raiders commended the City for meeting with them and looking into the possibility of bringing the team under the City's umbrella.  The City Manager commented, looking forward to future discussions regarding bringing the Raiders on as a City team in the next budget year. Positive commentary continued from Commissioner Russel, Commissioner Friend and two other citizens, and a young woman commented on the hopes for additional athletic programs within our City. The Mayor mentioned our current application with the Triumph Board that could potentially add $15 million dollars to the sports complex facilities.

**CONSENT AGENDA:**

**Item #8. Minutes:**                             **06/26/18 – Regular Meeting:**
                    Motion by Commissioner Barnes:  To approve with corrections.
                    Second to the motion:  Commissioner Russell.
On Vote:      Barnes        aye
                    Russell        aye
                    Tinder         aye
                    Friend         aye
                    Anderson     aye                             Motion passed:  5-0

**OLD BUSINESS: NONE**

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 6**

**NEW BUSINESS:**

**Item #9.  Second reading of Ordinance #1056 amending Chapter 10 of Lynn Haven Code of Ordinances to add specific language to the care and control of animals including revised fee schedule.** City Manager Michael White read Ordinance #1056 by title only.

> Motion by Commissioner Russell:  To approve with corrections.
> Second to the motion:  Commissioner Tinder.

On Vote:      Russell        aye
              Tinder         aye
              Barnes         aye
              Friend         aye
              Anderson       aye                    Motion passed:  5-0

**Item #10.  Second reading of Ordinance #1057 for Voluntary Annexation of Ronald W. Mowat Property Hwy. 389/390 intersection:** City Manager White read Ordinance #1057 by title only.

> Motion by Commissioner Barnes:  To approve with corrections.
> Second to the motion:  Commissioner Russell.

On Vote:      Barnes         aye
              Russell        aye
              Tinder         aye
              Friend         aye
              Anderson       aye                    Motion passed:  5-0

**Item #11.  Second reading of Ordinance #1058 for the Small Scale Future Land Use Map Amendment- Mowat Property Hwy. 389/390 intersection:**      City Manager White read Ordinance #1058 by title only.

> Motion by Commissioner Russell:  To approve with corrections.
> Second to the motion:  Commissioner Barnes.

Comment by Brad Yount questioned if an entrance and an exit from property would be from the mentioned busy highways.  Amanda Richard advised that at this stage the City does not know those details as this is a future land use amendment rather than a development order application where we could see the actual site plan.

On Vote:      Russell        aye
              Barnes         aye
              Tinder         aye
              Friend         aye
              Anderson       aye                    Motion passed:  5-0

**Item #12.  Second reading of Ordinance #1059 National Pollutant Discharge Elimination System Regulations (NPDES) – Amending Chapter 70 of the Lynn Haven Code of Ordinances:** The City Manager read Ordinance #1059 by title only.

> Motion by Commissioner Barnes:  To approve with corrections.
> Second to the motion:  Commissioner Friend.

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 7**

Commissioner Russell asked if this is something the City had to do?
Bobby Baker, Director of Public Works stated yes.  He also stated DEP wanted a document that had more teeth in it.
Commissioner Tinder wanted clarification that this was only for future development.
Mr. Dale Robitaille wanted to know if they City would see any future returns on this?
Mayor Anderson stated she thought so.

| On Vote: | Barnes | aye | |
|----------|--------|-----|--|
| | Russell | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #13.   Approval to enter into contract with the Bay Haven Charter Academy Foundation to provide School Resource Officer services to Bay Haven Charter Academy for the 2018-2019 school year.:** City Manager White stated that Bay Haven would be funding the Resource Officer position and his or her benefits.
                    Motion by Commissioner Friend:  To approve as presented.
                    Second to the motion:  Commissioner Barnes.
Commissioner Tinder asked how much this would cost?
Commissioner Barnes commented that the amount is stated in packet at $93,000.

| On Vote: | Friend | aye | |
|----------|--------|-----|--|
| | Barnes | aye | |
| | Russell | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed 5-0 |

**Item #14.   Approval to appoint Mr. Dale Robitaille to the Infrastructure Half Cents Surtax Oversight Committee to replace Jennifer Vigil.**
                    Motion by Commissioner Tinder:  To accept appointment as presented.
                    Second to the Motion:  Commissioner Friend.

| On Vote: | Tinder | aye | |
|----------|--------|-----|--|
| | Friend | aye | |
| | Barnes | no | |
| | Russell | no | |
| | Anderson | aye | Motion passed 3-2 |

**Item #15.   Approval of a Gift Agreement from Chief Gary Keel and Rescue Chief Vicky Keel to the City of Lynn Haven:**
City Manager gave history of the truck. He expressed Chief and Rescue Chief Keels hopes for the City to restore and showcase the fire truck at various City functions. City Manager relayed the staff recommendation for approval of the agreement as presented.
                    Motion by Commissioner Russell: To approve Gift Agreement as stated

**There was a Multi-Modal Mobility Fee Schedule and The Audit Review Workshops before the Commission Meeting. City Commission Meeting Minutes, June 12, 2018.   Page 8**

Second to the Motion:  Commissioner Friend

On Vote:     Barnes        aye
            Friend        aye
            Russell       aye
            Tinder        aye
            Anderson      aye                Motion passed 5-0

Barnes commented on sentimental value of the truck. Mayor Anderson congratulated Mr. White for initiating the agreement.

**Item #16.  The approval of Task Order #4 for the City of Lynn Haven Half Cents Sales Tax Design Build Contract for Phoenix Construction:**
City Manager explained that as 390 expansion project continues it will be necessary to move some of the City utilities out of right of way's.  He said it is a $1.9 million dollar project that FDOT will be contributing to as well.  This task order is to complete this ongoing project which the Mayor noted will begin in the Fall of 2018/Spring 2019.

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Russell.

On Vote:     Barnes        aye
            Russell       aye
            Tinder        aye
            Anderson      aye                Motion passed 5-0

**Item #17.  Adjourn.**

There was no further business to discuss and the meeting was adjourned at 7:09 pm.

**APPROVED THIS** _____ _12ᵗʰ_ _____ **DAY OF** _____ _July_ _____ **2018.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

There was no workshop before the meeting.  Minutes from the July 10, 2018 Commission    Item # 8
Meeting.   Page 1

## CITY COMMISSION MEETING MINUTES
### TUESDAY, JULY 10, 2018
### 4:00 P.M.

**Present:**      Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

**Item #1.  Call to order:** By Mayor Anderson at 4:00 PM.
**Item #2.   Invocation/Pledge of Allegiance:** Invocation by Mayor Anderson and the pledge
followed.

**Item #3.  Mayor's Report:** Mayor Anderson remarked with a personal thanks to her mom for
always attending the Commission Meetings.  She praised and thanked the City Manager and
City employees for a job well done on the July 4th festivities. She announced the ribbon cutting
for the dog park would be Friday, July 13 and looks forward to the soon opening Splash Pad,
stating that it only lacks some equipment testing. She mentioned her meetings with the economic
development group potentially resulting in some new business growth in Lynn Haven.  She
stated that she also attended the weekly paving and infrastructure meetings

**Item #4.  Commissioner's Report:** Commissioner Russell also commended the City for a
favorable fourth of July event. He stated that he has had numerous phone calls and conversations
from citizens over the past few weeks in favor of moving the second splash pad to Cain Griffin
Park. He stated the Commission could address this at a later date or wasn't sure if he could make
a motion
Mayor Anderson stated that yes a motion could be made.
The City Attorney commented that it could also be added to the agenda as an item.

|  | Motion by Commissioner Russell:  To place the second splash pad at Cain Griffin Park. | |
|---|---|---|
|  | Second to the motion:  Commissioner Friend. | |
| On Vote: | Russell      aye | |
|  | Friend       aye | |
|  | Tinder       aye | |
|  | Anderson   aye | Motion passed:  4-0 |

- Commissioner Barnes was absent during the discussion and arrived during the calling
of the roll.

Commissioner Friend stated he would like to see discussion for additional splash pad at the
sports complex next budget year. Positive commentary in support of this decision continued
from Commissioner Tinder and citizen Leon Miller as well as the Mayor.

**There was no workshop before the meeting.  Minutes from the July 10, 2018 Commission Meeting.  Page 2**

Commissioner Tinder reported that she received a lot of positive feedback from the public on the July 4th event.

Commissioner Barnes reported that he attended the Ethics Training course at the School Board on Monday.

Commissioner Friend also reported his attendance at the Ethics course said he was grateful it was provided to us at no cost to the City.  He mentioned enjoying the Dixie Boys ball tournament and complimented David Horton on the pristine condition of the baseball fields. He stated he would be attending the grand opening of the Pinnacle at Hammocks Crossing on Wednesday.

**Item #5.  City Manager's Report:**  City Manager commended and thanked the City employees for a job well done on July 4th. He reported his work on some potential new industrial business in the City.  He discussed the current staff visioning process and said he would like to present the results to the commission in the near future.  He had Bobby Baker present the Employee of the Month award to Tommy Dowdy a 32 year outstanding veteran with the City.

**Item #6.  City Attorney's Report:**  City Attorney gave some explanation of agenda item #9.

**Item #7.  Public Commentary:**  Mr. Rich Walker thanked the City for allowing the Heritage Society to decorate the Centennial tree.  He suggested the Commission take a look at the City Charter. He brought up several thoughts regarding this, recognizing a conflict between charter and practice in his opinion. He suggested we update charter every few years, etc. Leon Miller posed questions regarding Highway 390 four lane expansion.  The Mayor and Commissioner Friend advised relaying a delay due to funding.  Mr. Miller continued suggesting reaching out to GCCC regarding use of Cain Griffin fields.  The City Manager relayed that the City is already in touch with several other leagues to better utilize those facilities. Bill Ruic presented a rendering of a proposed airport communicating the employment opportunities it would afford the City. He wanted to meet with the Commission to further discuss details in the future. Mayor suggested he get with City Manager to schedule a meeting.

**CONSENT AGENDA:**

**Item #8.  Minutes:**                              **06/26/18 – Regular Meeting:**

|          | Motion by Commissioner Russell:  To approve as presented. | | |
|----------|-----------------------------------------------------------|---|---|
|          | Second to the motion:  Commissioner Tinder. | | |
| On Vote: | Russell  | aye | |
|          | Tinder   | aye | |
|          | Barnes   | aye | |
|          | Friend   | aye | |
|          | Anderson | aye | Motion passed:  5-0 |

**OLD BUSINESS:**     **None**

**NEW BUSINESS:**

**Item #9.  Resolution #2018-07-715 approval to give the City Manager authorization to execute the documents for the Triumph Gulf Coast Application** Mayor Anderson reminded that this is the application for the approximate $15-million-dollar addition to our sports complex

DEF'S EX 54_075



There was no workshop before the meeting. Minutes from the July 10, 2018 Commission Meeting. Page 3

and the $2-million-dollar emergency management center for the City of Lynn Haven to the Triumph Board. City Manager Michael White read Resolution #2018-07-715.

Motion by Commissioner Friend: To approve as presented.
Second to the motion: Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #10.  Discussion regarding the Mosely parade route running North on Highway 77 beginning at the Lynn Haven Baptist Church to 5th Street and possibly moving the parade to an alternate route or Florida Ave.** City Manager White suggested we potentially move the parade to Minnesota Ave or Florida Ave mentioning the lack of manpower available to keep Hwy 77 shut down as well as the timing issue with the elementary schools releasing during the parade event.  But he stated the biggest reason to move the parade was safety.  Police Chief commented on the difficulty and safety issues regarding shutting down 15 blocks of highway. Commentary continued within the commission/public regarding the potential disappointment to the Mosley students and staff as well as possible alternatives.

Motion by Commissioner Friend:  To table the decision pending further discussion with Mosley High School Principal Brian Bullock.
Second to the motion: Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

**Item #11.  Development Order Approval North Bay Haven Charter Academy Athletic Fields (Quasi-Judicial Public Hearing)** Attorney Rob Jackson stated that item #11 is a quasi-judicial hearing and all affected parties were sworn in by the City Attorney.  There was no ex-parte communication by the Mayor/Commission.   City Planner Amanda Richard gave background information and reviewed the development plan.  She pointed out a tri-party agreement between the developer, the school and the City for a cross walk from the athletic fields across Buccaneer Drive to the school.  She suggested the Commission only approve the plan with the contingency that the crosswalk be installed prior to any permits being pulled or further development for safety purposes. Conversation continued within the Commission regarding this issue.

Motion by Commissioner Friend: To approve the applicants but we hold off on any permits until the crosswalk is complete.
Second to the motion: Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |

DEF'S EX 54_076

**There was no workshop before the meeting.  Minutes from the July 10, 2018 Commission Meeting.   Page 4**

<u>**Item #12.**</u>  **Adjourn**

There was no further business to discuss and the meeting was adjourned at 4:54 pm.

**APPROVED THIS** _____ 2 4 _____ **DAY OF** _____ July _____ 2018.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 54_077



**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 1**

## CITY COMMISSION MEETING MINUTES
## TUESDAY, JULY 24, 2018
## 6:00 P.M.

**Present:**     Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

**Item #1.  Call to order:**  By Mayor Anderson at 4:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Barnes and the pledge followed lead by Mosley High School students.

**Item #3.  Mayor's Report:**  Mayor Anderson reported she met with the City Manager about his annual appraisal, she attended the weekly paving and surtax infrastructure meetings at Phoenix construction.  She was happy to announce that she had been nominated for the "Women of Distinction" award by the Girl Scout Council.  She will attend the luncheon and is honored to be nominated.  She has met also with City Staff.  She complimented Mr. White and the City Staff on the how hard they work and the great job they are doing.  She met with resident having a paving problem and with several concerned residents.  She commented on the EDA's announcement to bring Revint Solutions to Lynn Haven with 150 jobs.  She is excited that the Splash Pad is tentatively scheduled to open Aug. 1 at 10:00 am.  She thanked City staff Greg Kidwell, Bobby Baker and others for their hard work on the project.  She is grateful for all the contributions that that came in for the Splash Pad.  She stated she would like to recommend that the Splash Pad be named after Mr. James Finch.  His philanthropy work in the community has helped so many children in Bay County.  He's also sponsored many events and causes for the City of Lynn Haven.  Mayor Anderson stated before continuing with her report that the Commission excuse Commissioner Russell from the meeting.  He was on vacation, tried to connect, but could not.

                        Motion by Commissioner Friend:   To excuse Commissioner Russell from the meeting.
                        Second to the motion:  Commissioner Barnes.
**On Vote:**      Friend        aye
                    Barnes       aye
                    Tinder        aye
                    Anderson    aye                Motion passed:  4-0
Mayor Anderson continued her report and read the American with Disabilities Act proclamation.  She noted that Ms. Pam Dorworth could not be present but that she would make sure Ms. Dorworth received it.

**Item #4.  Commissioner's Report:**
Commissioner Tinder reported she did not have a lot to report only a resident request and she has turned that over to the City Manager.  She also stated she received an email from one of the

There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.  Page 2

Mosley students about allowing the Mosley Homecoming Parade to be on Highway 77.  She thanked her for the email.

Commissioner Barnes reported that former Commissioner Joseph Ashbrook lost his mother and to please keep the family in prayer.

Commissioner Friend reported he was working with some resident's issues.  Met with the City Manager, attended the Bark Park grand opening.  Met with the architect and the TPO subcommittee.

**Item #5.  City Manager's Report:**  City Manager White reported that the City would like to host a "Fall Concert Series." He stated that the Spring Concert Series went so well that residents have asked for another series of music in Sheffield Park.  He asked for the Commission permission to do so.

> Motion by Commissioner Barnes:  To approve a Fall Concert Series in Sheffield Park.
> Second to the motion:  Commissioner Friend.

| On Vote: | | | |
|---|---|---|---|
| | Friend | aye | |
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-0 |

The City Manager continued his report.  The Risk Management RFQ 17/18-10 will be advertised in newspaper.  Bid opening is August 13.  He reminded the Commission about the City's Visioning meeting on July 31, 2018 at 8:00 am.  This will help the City to plan for the future.

**Item #6.  City Attorney's Report:** No report

**Item #7.  Public Commentary:**  David Cooley spoke about the City spending so much money, The City Manager has been given too much control, he felt that the City is not giving out enough competitive bidding to include engineering and the employee uniforms.  He stated the City workers do not like the uniforms as he has spoken with many of them.

Mayor Anderson stated that this is a City Manager form of government.  It is important that the City Manager works with the Commission and has a good working relationship.

City Manager White stated we now own the employee uniforms as opposed to the City renting uniforms that cost near $90k as opposed to what the City is paying now.  This in the long run will save the City money.

Rich Walker spoke on behalf of a citizen who could not make it to the meeting.  His concern was the amount of money being paid to the City Attorney with no disrespect to City Attorney Jackson.  Mr. Walker also commented he has also been hearing a lot about the uniforms from City workers who think they are too hot.

Brian Bullock, principal from Mosley High School spoke in reference to the approval of the Mosley High School Homecoming parade.  He stated that it is a tradition for the students and that Mosley and the City have had a longstanding relationship.  He was not in favor of moving the parade to Florida Ave.  Mr. Bullock urged the Commission to approve their request.

Mayor Anderson commented that the Commission supports Mosley but did say that in the future FDOT might take on the approval of these requests and not the City.  She stated that FDOT has given indication that future requests will be determined by FDOT.  She stated the Christmas parade is an example of the City anticipating that some changes with the closing of highway 77 will be an issue in the future.

   DEF'S EX 54_079




There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 3

Several Mosley current students and a former student spoke in favor of approving the parade along Highway 77.  The students all agreed that it was a tradition for the students and that it is something they look forward to doing.

**CONSENT AGENDA:**
**Item #8.  Minutes:**                   **07/24/18 – Regular Meeting:**
**Item #9.  Approval of the Actuarial Services Agreement for the City of Lynn Haven's Other Postemployment Benefits Plan (OPEB) for 2018-2019 Fiscal Year with Foster and Foster**

> Motion by Commissioner Friend:  To approve items #8 and #9 of the consent agenda.
> Second to the motion:  Commissioner Barnes.

On Vote:      Friend          aye
                   Barnes        aye
                   Tinder          aye
                   Anderson    aye                   Motion passed:  4-0

**OLD BUSINESS:**
**Item #10.**        **Discussion regarding the Mosely Parade route running North on Highway 77 beginning at the Lynn Haven Baptist Church to 5th Street and possibly moving the parade to an alternate route or Florida Avenue:** City Manager stated that the Commission asked the City to get with the principal of Mosley and Vickie Gainer who spoke with Mr. Bullock.  He stated that the Police Chief brought this to his attention.  He stated that the biggest factor is safety.  He stated that the traffic builds up along the side streets and highway 77 and there is no way to control with the number of police officers the City currently has.  The detour route encompasses traffic back up.  He stated that even if the Commission approves it, it is no guarantee that FDOT will approve it.

> Motion by Commissioner Friend:  To approve Mosley's Homecoming Parade request on highway 77.
> Second to the motion:  Commissioner Barnes.

Commissioner Friend commented that he does recognize this is a safety issue and thanked Chief Reimer for looking out for the student's safety but wanted this tradition to continue.
Commissioner Barnes agreed with him but stated that any direction of traffic be handled by sworn law enforcement officers.  He asked Commissioner Friend to consider adding this caveat to his motion.

> Motion by Commissioner Friend:  Withdrawn.
> Second to the Motion: Withdrawn by Commissioner Barnes.

> Motion by Commissioner Friend:  To approve Mosley's Homecoming Parade request on highway 77 with the caveat that anyone directing traffic must be a law enforcement officer.
> Second to the motion:  Commissioner Barnes.

DEF'S EX 54_080

**There was no workshop before the meeting. Minutes from the July 24, 2018 Commission Meeting. Page 4**

Former Mayor Walter Kelly asked that the request from Mosely be granted and that the Commission supports them.

On Vote:
| | | |
|---|---|---|
| Friend | aye | |
| Barnes | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed: 4-0 |

**NEW BUSINESS:**

**Item #11.  Presentation of the City's stormwater map on the City's National Pollutant Discharge Elimination System (NPDES) webpage:** Phil Mount, gave a presentation on how to utilize the weblink on the City's website page.  He demonstrated the site to the Commission and how to get to the link and how to work the map.  He stated that this map is updated monthly.  The Commission agreed it was a great tool for the City to have.

**Item #12. Approval to enter into an agreement with Odyssey Manufacturing Co. for a Chlorine re-fill station for Sodium Hypochlorite Supply and Site Lease Agreement:** City Manager White this agreement between Odyssey and the City allows the City to have a refill station for pool bleach on site, the company handles everything. It basically saves the City money and dispenses very good chlorine for the Splash Pad.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Barnes.

On Vote:
| | | |
|---|---|---|
| Friend | aye | |
| Barnes | aye | |
| Tinder | aye | |
| Anderson | aye | Motion passed:  4-0 |

**Item #13.  Approval of the City's Health and Dental Insurance plan for the 2018-2019 year:.**  The City Manager gave some background on the health insurance for the City employees. He reminded the Commission that they approved the new vendor Abentras last year. With Abentras the City employees had seen a significant drop in their rates and were very pleased. There be a slight 2% increase in health insurance but there will not be an increase in any other categories.  The City also switch from Metlife to Florida Blue with no increase and with everything staying exactly the same.  We also signed a retention agreement.  The City will receive detailed claims to know how to tailor the insurance for the City and its employees. Currently one bad claim could hurt the City, but with this agreement that one claim is thrown out so that it does not negatively affect the future cost of the City's insurance rates. The retention agreement also pays out.  The City could potentially share in revenues in the form of a refund check.  The first year, at 25% and the second year at 50%.  This will offset employees and City's cost. The City was able to keep the increase of the employee's rates to a minimal.  It equals out to .30 per pay check.

Commissioner Barnes asked for a detail of the claims, but according to City Manager White that was not available due to the fact that the insurance company does not have to release that information. He also asked why did we move the dental back to Florida Blue? City Manager stated that the benefits were exactly the same.



**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.  Page 5**

Commissioner Tinder asked could they guarantee that rates would not go up?  City Manager stated that there is not guarantee about the rates concerning insurance.

Commissioner Tinder asked about the claims and cost of those claims.  City Manager White stated he did not have that information available.

> Motion by Commissioner Barnes: To approve the insurance plan.
> Second to the motion:  Commissioner Friend.

Commissioner Friend stated the City Manager has done a great job with the insurance for the employees and he certainly supports him taking the lead and suggesting a different direction.  He stated that this is an outstanding benefit for the employees.

Mr. Rich Walker asked a question about the City paying 95% of the premiums for the employees.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 4-0 |

**Item #14.  Discussion and Approval of the City Manager's yearly evaluation in accordance with Section No. 6 of the City Manager's employment agreement:**  Mayor Anderson asked if there were any comments?

> Motion by Commissioner Friend:  To give the Mayor authority to enter into discussion with the City Manager about the possible compensation increase or stay the same.
> Second to the motion:  Commissioner Barnes for discussion.

Commissioner Barnes wanted details as to what Commissioner Friend is proposing.

Commissioner Friend explained that something similar was done with Mr. Schubert the former City Manager.  He wanted to give some leeway for the Mayor to sit down and negotiate with the City Manager either through compensations or increase benefits.  As opposed to the entire Commission trying to figure it out tonight.  He stated that Mr. White has done an outstanding job and it is due to Mr. White's leadership.  He would like to see some type of compensation offered, otherwise with all of the wonderful things Mr. White is doing he will become more valuable and be snatched up by another City offering him more money.  He stated that there were many options to compensation, including increase to his salary, phone allowance or pay for his gas.

Mayor thanked Commissioner Friend for that direction.

Commissioner Tinder stated she had complete confidence in her negotiations.

Commissioner Friend commented on his evaluation.  When he puts "meets expectations" it is not a negative reflection of Mr. White.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed: 4-0 |

**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.  Page 6**

Mayor Anderson commented that she thinks Mr. White has done a fantastic job.  She stated he has embraced the spirit for the employees.  He has done many things that residents stated they wanted to see done when she became Mayor.  She wanted him to know that she appreciated him and how much the City appreciates him.

**Item #15.  Set proposed millage rate and budget hearing dates for purposes of submission of Certificate of Taxable Value to Property Appraiser's Office pursuant to the TRIM Act:** Mayor Anderson stated the proposed millage rate and budget hearing dates are for the purposes of submission of the certificate of taxable value to the property appraiser's office pursuant of the TRIM Act. The action taken tonight is not a final action it's just setting the highest rate that we can achieve as far as moving up or down with the TRIM we can go lower, but we cannot go higher than what we set tonight during the course of the public hearings.

City Manager White stated that during the visioning session the Commission will see a lot of costs associated with City including equipment replacement and employees.  His recommendation is not roll it back and leave it as is, but maybe next year it may have to be raised.  He stated to leave it at the proposed rate at 3.9%.

> Motion by Commissioner Friend:  To approve the millage rate at 3.9%.
> Second to motion:  Commissioner Barnes.

Commissioner Friend stated he was very excited to hold the millage rate at 3.9.  But he was very impressed with City Manager White keeping the millage at the same rate and thanked him for his work.

Mr. Rich Walker questioned the approval of #Item 14. The Mayor asked the City Attorney if she needed to revisit Commissioner Friend's motion to add the word "approval" City Attorney agreed with the Mayor that there was no need to do so, it was implied that item #14 was approved.

Mayor Anderson stated to Mr. Walker that if he desired to speak more on item #14 she would go back after they finished item #15.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Anderson | aye | Motion passed:  4-0 |

Mayor Anderson revisited item #14 for comments.  Mr. Walker pointed out Mr. White's evaluations.  He voiced his concerns about the bonds, questioned the City's expenditures and commented on the Commissioners comments regarding debt. He said he couldn't find anywhere in the audit what the City owes.

Mayor Anderson clarified that the $10 million surtax money is coming in from the state monthly.  She also went over her comments on the City's Manager's evaluation and explained her comments and her disagreement about making payments every month.  She wanted to pay down the debt.  She also explained the progress Lynn Haven has made.  She

**There was no workshop before the meeting. Minutes from the July 24, 2018 Commission Meeting.  Page 7**

gladly takes responsibility for the $10 million debt.  She hopes that the City pays this off at some point.

Brad Yount asked was it a bond?  Mayor stated these are loans.

City Attorney for clarification there was one bond issued.

**Item #16.  Approval of the Kinsaul Park Splash Pad/Pavilion rental fees, rules and regulations agreement:**  City Manager stated that the rules and regulations that are presented may change.  The timeframes according to weather.  Timeframes for rentals and renting for parties.  The City tried to find the most economical way to rent it out, taking in to account cleanup and other upkeep items.

Commissioner Tinder was concerned about the time element and someone renting it long periods of time.

City Manager explained there will be time limits when renting the Splash Pad.

The Commission asked if this would also apply to Cain Griffin Park?  Since Cain Griffin was not on the original agenda, Mayor Anderson asked for a motion to add "Cain Griffin to item #16.

> Motion by Commissioner Friend:  To change the wording on the agenda to item #16 to "approve Cain Griffin Park Splash Park and Kinsaul Park Splash Pad."
> Second to the motion:  Commissioner Barnes.

On Vote:    Friend          aye
            Barnes          aye
            Tinder          aye
            Anderson        aye                    Motion passed:  4-0

City Manager stated the document still needs to be tweaked for instance, the City will not rent out the Splash Pads on holidays.

Mayor Anderson stated the rules are reasonable but if the City had to come back and make changes we could.

Commissioner Tinder wanted to know where the rules were located.  It was pointed out that they were in her packet.  Discussion continued on this topic from the public and Commission.

> Motion by Commissioner Friend:  Approve the rules for the Splash Pads as presented to include the Splash Pad would not be available for rental during the holidays.
> Second to motion:  Commissioner Barnes.

Brad Yount asked about exclusive verses none exclusivity.

Mayor Anderson stated they would look at his statement and that it was good idea.

Commissioner Tinder again commented about the rental agreement for the Splash Pad.  She didn't want the rentals to be just for the wealthy.

Bob Gardner asked about standard times for the public.



There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 8

City Manager stated that he agrees with everyone.  The City will monitor the Splash Pads to make them available to everyone.  If rules need to be tweaked they will do so.

On Vote:     Friend        aye
             Barnes        aye
             Tinder        nay
             Anderson      aye                    Motion passed:  3-1

**Item #17.  Discussion and review of City Ordinances:**  Commissioner Tinder stated that she wanted the Commission to look at the City Ordinances and appoint a committee to rewrite them.  She stated she spoke to the City Attorney who said that the charter would have to be a referendum and they would have to be finished with all of the changes by January for the public to vote on them.  She stated she felt like this could be done with several workshops and a group of citizens diligently working on the charter.

Mayor Anderson questioned Commissioner Tinder on whether she meant Ordinances or Charter since she has heard her mentioned both.

Commissioner Tinder stated "Charter."  Because she feels Charter overrides Ordinance.

Mayor Anderson pointed out that since the agenda says Ordinances the Commission would need to vote to change the agenda to say "Charter."  Mayor Anderson asked for a motion to change agenda item #17 wording.

> Motion by Commissioner Tinder:  To change agenda item #17 to say "Charter" instead or ordinances.
> Motion died due to a lack of a second.

Commissioner Tinder commented that she believes the Charter needs to be updated as Mr. Walker has stated in past Commission meetings.  She felt there are other citizens that feel the same way.  She wanted to know why the Commission would not weigh in on this.

Mayor Anderson stated that she did not mind updating or adding more City Ordinances.  She feels that there are not enough of them that have teeth.  Ex: People who do not clean up behind their pets.  She would like to see them fined.  But she could not support changing the City Charter.  The Charter is well-written document and that the word "he" does not offend her in the Charter.

Commissioner Friend pointed out the rule of order and stated there was not a second on this topic.

Mayor Anderson stated she was well aware but would like to give individuals the chance to have a discussion on this topic.

Walter Kelly pointed out the rule of order for speaking when there is a lack of second on a motion.

Mr. Walker stated that the citizens should have a voice in updating the Charter.  He strongly suggests that the Commission revisit.

Mayor Anderson thanked him for his comment.  She stated if she begins to receive a large number of requests for this topic she would change her opinion.  She also pointed out she

**There was no workshop before the meeting.  Minutes from the July 24, 2018 Commission Meeting.   Page 9**

will continue to allow citizens to speak even when a motion does not get a second.  She will never silence anyone from voicing their opinion.

**Item #18.  Approval for a half-day closure of City Hall's Customer Service Utilities to move to the new Customer Service Center located at 809 Ohio Avenue on Friday, August 3, 2018:**  City Manager stated the Customer Service is almost finished and the City will need a moving day.  The targeted day is August 3 contingent upon the phone system being finished.

Motion by Commissioner Barnes:  Approval for the City to close City Hall any day in August to move to the Customer Service Center.
Second to the motion:  Commissioner Friend.

On Vote: Friend      aye
         Barnes      aye
         Tinder      aye
         Anderson    aye                          Motion passed:  4-0

**Item #19.  Adjourn.**

There was no further business to discuss and the meeting was adjourned at 7:35 pm.

**APPROVED THIS** _____14_____ **DAY OF** _____August_____ _____ 2018.

_____
Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

There was no workshop before the meeting.  Minutes from the August 14, 2018 Commission Meeting.  Page 1

## CITY COMMISSION MEETING MINUTES
### TUESDAY, AUGUST 14, 2018
### 4:00 P.M.

**Absent:**     Margo Deal Anderson, Mayor
**Present:**    Rodney Friend, Mayor Pro Tem/Commissioner
              Antonius G. Barnes, Commissioner
              Dan Russell, Commissioner
              Judy Tinder, Commissioner
              Michael E. White, City Manager
              Robert C. Jackson; City Attorney
              Officer Kaitlyn Anglin

<u>**Item #1.  Call to order:**</u>  By Mayor Pro Tem Friend at 4:00 PM.
<u>**Item #2.  Invocation/Pledge of Allegiance:**</u>  Invocation by Mr. James Hance and the pledge followed.

<u>**Item #3.  Mayor's Report:**</u>  Mayor Pro Tem Friend also asked for a motion excuse Mayor Margo Anderson and Commissioner Barnes.

>                     Motion by Commissioner Russell:  To excuse Mayor Anderson and Commissioner
>                     Barnes from the meeting.
>                     Second to the motion:  Commissioner Tinder.
> On Vote:    Russell          aye
>             Tinder           aye
>             Friend           aye                           Motion passed:  3-0

Mayor Pro Tem Friend continued his report stating he attended the Splash Park opening and attended the NPOAC meeting.  He stated there is important legislation that we need to pay close attention to.  He attended the grand opening/ribbon cutting of the Emerald Coast Church Fellowship Hall.  They are expanding.  Mayor Pro Tem asked City Manager White to read the Oscar Patterson Elementary School Day Proclamation.  Mayor Pro Tem Friend asked for a motion to approve the proclamation.

>                     Motion by Commissioner Russell:  To excuse Mayor Anderson and Commissioner
>                     Barnes from the meeting.
>                     Second to the motion:  Commissioner Tinder.
> On Vote:    Russell          aye
>             Tinder           aye
>             Friend           aye                           Motion passed:  3-0

<u>**Item #4.  Commissioner's Report:**</u>
Commissioner Russell stated he had no report but reserved his comments for later.  But he received several calls about the senior center.
Commissioner Tinder stated she attended the Splash Pad opening, spoke at the First Presbyterian Church and spoke with the City Manager about an issue on Vermont, and a situation on Kentucky Avenue.

<u>**Item #5.  City Manager's Report:**</u>  City Manager White reported he and the staff have been working on strategic plans for years one thru three and will be rolling out the budget for

**There was no workshop before the meeting.  Minutes from the August 14, 2018 Commission Meeting.  Page 2**

workshops in the coming weeks.  He reminded the Commission and the public that the Commission meeting in September is the 12th at 5:01 p.m., per TRIM guidelines.  The August 28th meeting will be at the Senior Center due to early voting.  He reported the Splash Park is getting tremendous usage from Lynn Haven residents and neighboring cities.

**Item #6.   City Attorney's Report:** The legislature passed a new statue 205.055 dealing with the Occupational Tax exemption.  It does apply to the City and we have already received call on this issue.  It has a couple of complete exemptions.  He stated he will prepare an ordinance to modify code.  In the meantime, he requested a stay be put in place on the enforcement and late fees for people that are claiming the exemption.  He will have this ready at the next Commission meeting along with forms they will need to be filled out.  Mayor Pro Tem Friend asked for a motion for the stay.

<blockquote>
Motion by Commissioner Russell:  To put a stay in place on the enforcement and late fees for people that are claiming the exemption for statue 205.055.  Second to the motion: Commissioner Tinder.
</blockquote>

On Vote:        Russell          aye
                Tinder           aye
                Friend           aye                        Motion passed:  3-0

**Item #7.  Public Commentary:** Janet Walker had questions concerning the sale of the Rails to Trails iron, she asked if the City sent a letter to Marina Island concerning payment and where was the letter sent?  Mayor Pro Tem stated yes a letter has been sent, but he deferred to the City Attorney.  The City Attorney stated that a letter was sent to their registered agent who is here locally, and the City has emailed it.  Janet Walker asked who was the registered agent?  A letter has been sent to Andy Bales but no response has been received stated the City Attorney.  Janet Walker commented that she checked on this and it seems that Barron and Redding are no longer associated with Andy Bales.  She wanted to make sure the City is on top of this.
The employee of the Month was inadvertently overlooked.  The City Manager asked Leigh Reep who was the employee of the month to come forward and be recognized.
The public comments continued.  Dane Messick stated there is too much money being spent on attorney fees.  He questioned the residency of Mayor Pro Tem Friend and asked Mayor Pro Tem if he is or is not a resident of Lynn Haven?  Mr. Messick stated he has read the charter for the City of Lynn Haven that states you must be an elector or a resident of Lynn Haven. Mayor Pro Tem Friend stated that this has already been addressed and that he meets the charter requirements.  He read a letter from the property appraiser.
Mayor Pro Tem Friend responded that the Property Appraiser Don Sowell asked for supporting documentation.  He stated that he supplied him with that information, previously discussed his residency with him and has provided all of the documentation needed to the Property Appraiser's office.

**CONSENT AGENDA:**
**Item #8.  Minutes:**                    **07/24/18 – Regular Meeting:**
**Item #9.  Approval of FY2017 Edward Byrne Memorial Justice Assistance Countywide Grant application for the purchase of four Rapid ID or SAF ID (mobile fingerprint identification) Scanners.**
**Item #10.  Approval of FY2017 Edward Byrne Memorial JAG projects as recommended by the Bay County Public Safety Coordination Council.**

**There was no workshop betore the meeting.  Minutes from the August 14, 2018 Commission Meeting.   Page 3**

Motion by Commissioner Russell:  To approve items #8, #9, #10 of the consent agenda.

Second to the motion:  Commissioner Tinder.

Commissioner Russell questioned whether or not the City was paying the JAGC or if it was an application for a grant.  It was explained that it is an application to apply for the grant money that is done every year.

| On Vote: | Russell | aye | |
|----------|---------|-----|---|
| | Tinder | aye | |
| | Friend | aye | Motion passed:  3-0 |

**OLD BUSINESS: NONE**

**NEW BUSINESS:**

**Item #11.        First reading of Ordinance #1060 for the City to vacate, abandon and close the Right-Of-Way located on the south side of 712 Iowa Ave:**  City Manager White read Ordinance #1060 by title only.  This was the first reading.

**Item #12. First reading of Ordinance #1061 Amendment to the Unified Land Development Code – Table 2.03.02:**  City Manager White read Ordinance #1061 by title only.  This was the first reading.

**Item #12. First reading of Ordinance #1062 authorizing the fee schedule to implement the Multi-Modal Mobility fee schedule:**  City Manager White read Ordinance #1062 by title only.  This was the first reading.

**Item #14.  Approval to name the playground at A.L. Kinsaul the "Ashley Elizabeth Gabriel Slonina Playground":.**

Motion by Commissioner Russell:  To approve item #14 as presented.

Second to the motion:  Commissioner Tinder.

| On Vote: | Russell | aye | |
|----------|---------|-----|---|
| | Tinder | aye | |
| | Friend | aye | Motion passed:  3-0 |

**Item #15.  Approval to name the Splash Pad at Cain Griffin the "Leon Miller Splash Pad.":**

Motion by Commissioner Russell:  To approve item #15 as presented.

Second to the motion:  Commissioner Tinder.

City Manager White asked that the word "Pad" be replaced with "Park."

Commissioner Russell stated that this was a great thing to do and he was proud to vote on this naming.

Amended Motion by Commissioner Russell:  To approve the naming of the Leon Miller Splash Park."

Seconded to the motion amended by Commissioner Tinder.

| On Vote: | Russell | aye |
|----------|---------|-----|
| | Tinder | aye |

There was no workshop before the meeting.  Minutes from the August 14, 2018 Commission
Meeting.  Page 4

        Friend        aye                            Motion passed:  3-0

**Item #16.  Approval to name the playground at Sheffield Park the "Mary Suzanne
Adams Playground":**

        Motion by Commissioner Russell:  To approve item #16 as presented.
        Second to motion:  Commissioner Tinder.
Commissioner Tinder stated these namings are very appropriate.

On Vote:      Russell      aye
               Tinder       aye
               Friend       aye                        Motion passed:  3-0

**Item #17.  Approval to cancel the City's concessions contract with Coastal Parasail
Inc., and allow the City to operate as the sole Concessionaire and add one fulltime
employee, and part- time employees if necessary:**  City Manager stated that the City
currently is operating the Splash Park at Kinsaul. He would like to have a fulltime employee
and possible part time staff on site to handle all concessions throughout the City.   He
reported that several issues have arisen with the current Concessionaire.  He also stated he
wanted to be able to keep the prices of food low enough for the citizens so that people could
afford them.
        Motion by Commissioner Russell:  To approve item #17 as presented.
        Second to motion:  Commissioner Tinder.

Commissioner Tinder asked what were some of the issues with the current concessionaire?
Who is the contract with and will the City take over all of the concessions?
City Manager reported that residents have complained that the food prices were way too
high to be able to afford. On July fourth the owner promised that he would be onsite to help
and make sure the food lines were not long, but that was not the case.  Food was too
expensive, and the lines were very long.
Commissioner Russell commented he wanted the City to think of the citizen's quality of
life and not try to turnover a huge profit.  A nice product at decent prices is what he would
like to see.
Commissioner Tinder stated she has heard from residents that are thrilled with the current
prices and the food.

On Vote:      Russell      aye
               Tinder       aye
               Friend       aye                        Motion passed:  3-0

**Item #18.  Approval to extend the current contract with the Council on Aging for the
Senior Center through September 30, 2018:**  City Manager White stated that the Senior
Center contract with the Council on Aging ends Aug. 31, 2018.  As he looked at the contract
he noticed that there are some things in the contract that could be done differently.  He

DEF'S EX 54_090

**There was no workshop before the meeting.  Minutes from the August 14, 2018 Commission Meeting.   Page 5**

stated explicitly that his intentions are not to get rid of the Senior Center.  He just wants to give the seniors a better product.  He also stated that he and Deputy City Clerk Vickie Gainer visited the beaches facilities but wanted to come back to the Commission with some recommendations.

> Motion by Commissioner Russell:  To approve item #18 as presented for discussion.
> Second to motion:  Commissioner Tinder.

Commissioner Tinder thanked the City Manager for clarifying that the Senior Center is in no way closing.

Commissioner Russell commented also that he had received numerous of calls stating that the City was closing the Senior Center, but that is not the case.

Mayor Pro Tem Friend stated the City wanted to enhance the facilities and the activities that are currently there.

Public commentary about this topic included, Susan Hines, Elizabeth Hendricks, Susan Truman, Ed Deluzian, President of the Board for Bay County on Aging and Bob Schultz.  They all spoke about the good the center does for seniors, asking the City to not to try to fix something that is not broken.  They expressed concerns about the location of the senior center being moved, who would run the center if the Council on Aging is not running it, a rumor that the senior center is being closed by the City, charging seniors to participate, and plans for the future of the senior center.  One senior commented that there was no hot water in the bathrooms and that she would love to have hot water in the bathrooms.

City Manager responded and restated his comments that a rumor was started that the senior center was being closed down, he stated this is not true.  The City wants to bring more activities to the center.  He stated he asked for an extended term on the contract so that he could read through the contract more thoroughly then discussed with Beth Couliette.  He stated he had no intent to do anything as of now until he looked at the contract and what it takes to run the center.  He apologized for any confusion that may have been caused about the City's intentions.

Beth Couilette, Executive Director for the Bay County Council on Aging stated she was shocked to learn that the City might/be considering not renewing the contract.  She spoke about the programs the Council on Aging offers, and gave some background on the how the Council on Aging came to manage the senior center.  She stated she was concerned and wanted to be able to work out any issues.

Mr. James Hance, owner of Simply Seafood stated that he would gladly buy a hot water heater and have it installed at his expense.

**Item #19.  Adjourn.**

There was no further business to discuss and the meeting was adjourned at 5:05 pm.


**APPROVED THIS**_____**DAY OF** _____**2018.**

**There was no workshop before the meeting.  Minutes from the August 14, 2018 Commission Meeting.   Page 6**

Margo Deal Anderson, Mayor

**ATTEST:**

Michael E. White, City Manager

Prepared by Vickie Gainer

There was no workshop before the meeting.  Minutes from the August 28, 2018 Commission Meeting.  Page 1

### CITY COMMISSION MEETING MINUTES
### TUESDAY, AUGUST 28, 2018 MEETING HELD AT THE LH SENIOR CENTER
### 6:00 P.M.

**Absent:**     Margo Deal Anderson, Mayor
**Present:**    Rodney Friend, Mayor Pro Tem/Commissioner
            Antonius G. Barnes, Commissioner
            Dan Russell, Commissioner
            Judy Tinder, Commissioner
            Michael E. White, City Manager
            Robert C. Jackson, City Attorney
            Officer Kaitlyn Anglin

**Item #1.  Call to order:** By Mayor Anderson at 6:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Deputy City Clerk Vickie Gainer and the pledge followed.

**Item #3.  Mayor's Report:** Mayor Anderson reported on August 19th she attended the Emerald Coast Fellowship Church about Foster Care in Bay County.  More than 200 children need foster care and there are not enough foster homes in Bay County.  She attended a free gospel concert with Todd Herendeen in Sheffield Park.  The concert was a tribute to raise money for veterans. She attended the grand opening of the first Splash Park and the second Splash Park at Cain Griffin has started construction.  She has received many calls about the paving and the roads being a mess in front of many of the resident's homes.  She would like to come up with something that can combat the increased violence against women.  She has been wondering what Lynn Haven can do to help women who are being battered.  Some cities have initiated a phone call.  Maybe the City can look at a three-digit number that would go directly to the police department for those in danger and unable to speak.

**Item #4.  Commissioner's Report:** Commissioner Friend stated he has had questions about seeing advertising on the trolleys.  This is another avenue to generate more revenue for transportation.  The TPO met with the Trolley transit introducing some new technology for trolley.  You can now download an App and track where the trolley is located.  A TPO workshop will be held tomorrow at 10 AM at the Bay County Government Center to discuss project priorities.
Commissioner Barnes had no report.
Commissioner Tinder stated she has had a few resident issues which she turned over to the City Manager.
Commissioner Russell stated that he has gone over the City Attorney invoices after this was mentioned at the last Commission meeting.   He performed an in-depth study and found nothing out of line with the charges.  He stated that 2017 was little higher, but he is sure it was due to the Fuel Depot project.  He stated he would be happy to sit down with anyone to discuss this topic.  Rob Jackson and his staff and firm are doing a good.  He added that Panama City Beach budgeted $550,000 for legal fees. The traffic around Mosley High School continues to be a big concern. Currently there is a police officer there to ensure that traffic is flowing, but something must be done.  It is a dangerous area, plus emergency vehicles are hindered from getting through during this time. He is largely upset with AT&T. He stated they have kept the City from moving forward with three major projects, two roundabouts and our Customer Service Center that the

                   DEF'S EX 54_093

There was no workshop before the meeting.  Minutes from the August 28, 2018 Commission Meeting.   Page 2

City would like to finish.  He stated they are holding up progress and that something needs to be done.  He added that maybe the City should start billing AT&T. He met with a resident on Rhode Island about his storm water issue.  He stated at some point the City needs to do something. The money to fix the storm water issues must come from somewhere. The resolution is to increase the millage rate so that some of these problems can be fixed.  He wanted to increase the millage this year. There is no easy way around it.  The City needs to purchase fire trucks, equipment and other major items, but the only way this can be done is if the City looks at going up on the millage rate.

**Item #5.  City Manager's Report:**  City Manager White wanted to remind everyone about the 9/11 Remembrance and Recognition Ceremony at Sheffield Park which begins at 10 AM.

**Item #6.   City Attorney's Report:  No report.**

**Item #7.   PUBLIC HEARING OPENED:  6:12 PM:  Final reading of Ordinance #1060 for the Right-Of-Way Abandonment Request – 18-2 located on the south side of 712 Iowa Ave.).**
Director of Development and Planning Amanda Richard gave background information on this item.   Jason Tunnell is the applicant and the location is the Southside of Iowa Avenue. It is a request to vacate and abandon the Eighth Street platted right-of-way.
There were no comments from the Commission.
Comments from the public included Brad Yount stating Mr. Tunnel bought his property for $215K and that it has 81 ft. of frontage.  Adding 30 ft. is worth about $80,000.  He wanted to know why it's in the best interest of the City to abandon this property.
Rich Walker stated the property was owned by the City.  It was bought by an individual for about $400K. His concerns were that the City is losing out on this abandonment.  He also asked why the City should give the property away to someone who will turn it around for a profit. He stated the City should keep it.
Another resident spoke asking why we are abandoning the property as well?  Why is the City not selling it?
Commissioner Tinder asked for clarification about where the property was located.  She asked if it was the same property that the American Legion is on? Clarification was the Lion's Club.
City Planner Richard stated that Mr. Tunnell would not get the entire section of the abandonment.
Commissioner Tinder stated she had some concerns about this with the last City Manager. She feels like this property sale was grossly mishandled.
City Manager White stated that the City has no use for the property.  There are power lines that run through it that obstruct any type of usage for the property.  He also clarified that this property is not worth $80,000.
Commissioner Russell stated he wanted clarification of what Mr. Tunnell's intent was for the property.  He posed the question to Mr. Jason Tunnell that was sitting in the audience.  Mr. Tunnell answered that he would not be selling this property but building his home there and that plans for his house have already been drawn up.
**PUBLIC HEARING CLOSED:  6:20 PM**



There was no workshop before the meeting.  Minutes from the August 28, 2018 Commission Meeting.  Page 3

**Item #8.   PUBLIC HEARING OPENED:  6:20 PM:  Resolution #2018-08-717 for the Transmittal of the Proposed Comprehensive Plan Amendment.– Large Scale Future Land Use Map Amendment (ESR-18-1) – Mowat Property.**
Director of Planning and Development Amanda Richard gave background information on this item.  This is a Large Scale Land Use Map Amendment.  Applicant is James Mowat, Agent is Panhandle Engineering, location Aberdeen Loop with 1.9 acres.  This went through the planning commission.  The City is looking at transmitting the request and a draft ordinance to the State and reviewing agencies.  It is the state that decides on this land use. The City should receive comments back from the state in about 30 days from the state's review.  If the State approves moving forward, the City will bring back before the Commission the Ordinance with suggestions from the state for the Commission to approve.  This will be a non-residential land use.  There is industrial on three sides.
Rich Walker suggested that the land is not Lynn Haven's property and why is it not coming from Bay County?  City Planner Richard stated that the County does not own this property, but the owner is asking. Commissioner Russell asked if the City has the water and sewer?  City Planner Richard stated that those utilities have to come through the City of Lynn Haven.
**PUBLIC HEARING CLOSED:  6:27 PM**

**Item #9.  Public Commentary:**  A resident stated he had lived at the property for 25 years. Someone behind him knocked all the trees down and built up the property, which caused a concern of water runoff. He made suggestions to the neighbor to counter this. On the 14th of August he received a citation of overage in the back of his property causing a smell as well as tall grass. He said that his property is labeled as seasonal wetlands, so he intentionally grows his grass tall to block the overage from going into the ditches and all over the neighborhood. He stated that the citation he received was not applicable to his situation, because he intentionally grew the grass tall and wasn't trying to be negligent to his property. The Mayor then told him that she and the city staff would meet with him to work on a solution. He then stated his concerns that the city would put a lien against his house and that he has disabilities that hinder him from some yard work. Mayor Anderson assured him again that she would meet with him to work on a solution.
Richard G. commented about the Rails to Trails project.  He stated the tracks have become dislodged on some of the intersections such as 17th Street and Minnesota Avenue and are a concern for motorists. Mayor Anderson responded that there have been problems between the City and developer on this project. The City needs to find out what their financial split is from the funds of the rails that were taken up. City Attorney Jackson stated that the City has sent a demand letter and are awaiting a response. Mayor Anderson stated the developer owns the property, but the Parcel C after two years will be turned over to the City as part of the program. Mr. Walker voiced his concerns for the citizens having to pay for new storm water. The citizens paid for the protection of storm water $7k ditch $1k paid to the City to correct storm water run-off caused by the Commissioners changing the delegation of the property in the old town area to allow two houses to be built where there used to only be one. These citizens paid to have this work done thanks to Public Works. We need to look at the land use change.
Commissioner Russell responded that this is an easy fix, is just having enough money to fix all of the storm water issues.

**There was no workshop before the meeting. Minutes from the August 28, 2018 Commission Meeting. Page 4**

Mayor Anderson commented that the storm water issues did not start yesterday, but a few decades ago, when most of the current Commission was not here. She doesn't know how it happened and the Commission is trying to fix it in the most expedient and cost-effective way. Commissioner Barnes agreed with Commissioner Russell. He stated instead of pointing fingers at the City, money is needed to fix these problems. He also agrees the millage rate should have been raised this year. We are going to pay for it next year and the increase is coming.

Amanda Richard stated that not all of the rules and regulations that are now in place have hurt the older homes, they are displacing the water on other lots and their water was going to another property. The rules and regulations require homes to be built higher.

Mayor Anderson stated that the way the City's building permits are set up is that a small percentage goes towards storm water. This could be another revenue source if the City raised the percentage.

Mr. Hutchins commented that ditches used to be in all places and the City would take care of them. The streets were capped and raised two inches thus causing the flooding situation in Lynn Haven. Mono-lithic slabs should not be allowed in Lynn Haven for an existing house that is high, the City should enforce this.

**CONSENT AGENDA:**
**Item #10. Minutes:**                    **08/14/18 – Regular Meeting.**
**Item #11.   Approval of RFQ 17/18-10 for the purchase of municipal insurance from Preferred Governmental Insurance Trust (PGIT) through Stanford Insurance Agency.**

Motion by Commissioner Russell: To approve items #10, ##11 of the consent agenda.
Second to the motion: Commissioner Barnes.
Commissioner Friend asked that NPOAC be changed to MPOAC in the minutes.

On Vote:    Russell        aye
            Barnes         aye
            Tinder         aye
            Friend         aye
            Anderson       aye                Motion passed: 5-0

**OLD BUSINESS: NONE**

**NEW BUSINESS:**
**Item #12.       Final reading of Ordinance #1060 for the City to vacate, abandon and close the Right-Of-Way located on the south side of 712 Iowa Ave:** City Manager White read Ordinance #1060 by title only.

Motion by Commissioner Russell: To approve Ordinance #1060 as presented.
Second to the motion: Commissioner Barnes.
On Vote:    Russell        aye
            Barnes         aye
            Tinder         nay
            Friend         aye
            Anderson       aye                Motion passed: 4-1

**There was no workshop before the meeting.  Minutes from the August 28, 2018 Commission Meeting.  Page 5**

**Item #13.      Approval of Resolution #2018-08-717 of the Comprehensive Plan Amendment Large Scale Future Land Use Map – Mowat Property (ESR-18-1):**

|           | Motion by Commissioner Russell:  To approve Resolution #2018-08-717. |            |
|-----------|---------------------------|-------------------|
|           | Second to the motion:  Commissioner Barnes. |            |
| On Vote:  | Russell    | aye          |            |
|           | Barnes     | aye          |            |
|           | Tinder     | aye          |            |
|           | Friend     | aye          |            |
|           | Anderson   | aye          | Motion passed:  5-0 |

**Item #14.      First reading of Ordinance #1063 amending chapter 62 of the Lynn Haven Code of Ordinances to establish exemptions for the Occupational License Tax; adopting a process to claim an occupational license tax exemption.:** City Manager White read Ordinance #1063 by title only.  This was the first reading.

**Item #15.      Adjourned.**

There was no further business to discuss and the meeting was adjourned at 6:53 pm.

**APPROVED THIS** _____ 12ᵗʰ _____ **DAY OF** _September_ _____ **2018.**

_____

Margo Deal Anderson, Mayor

**ATTEST:**

_____

Michael E. White, City Manager

Prepared by Vickie Gainer

There was a FY 2018-2019 Budget workshop before the meeting. Minutes from the September 12, 2018 Commission Meeting.   Page 1

## CITY COMMISSION MEETING MINUTES
## TUESDAY, SEPTEMBER 12, 2018 COMMISSION MEETING
## 5:01 P.M.

**Present:**      Margo Deal Anderson, Mayor
                  Rodney Friend, Mayor Pro Tem/Commissioner
                  Antonius G. Barnes, Commissioner
                  Dan Russell, Commissioner
                  Judy Tinder, Commissioner
                  Michael E. White, City Manager
                  Robert C. Jackson, City Attorney (absent)
                  Nick Beninate, City Attorney
                  Officer Kaitlyn Anglin

Before the Commission meeting Mayor Anderson stated she would like to read the proclamation for 100 year resident Anne Brody Maiheu who needs to get back to her home before the weather gets too bad for her and her family. The proclamation was read by Mayor Anderson.

**Item #1. Call to order:** By Mayor Anderson at 5:01 PM.
**Item #2. Invocation/Pledge of Allegiance:** Invocation by Commissioner Friend and the pledge followed.

## Item #3. PUBLIC HEARING OPENED: 5:02 PM CST
**A.      Tentative Millage Rate for 2018 Tax Roll Resolution 2018-09-718:** City Manager White stated for the purpose of funding apportion of the FY2017/2018 General Fund Budget a millage rate of 3.9% is proposed.  City Manager White read Resolution 2018-09-718 by title only.  There were no public comments and no Board comments.
                  Motion by Commissioner Russell:  To approve as presented.
                  Second to the motion:  Commissioner Friend.
On Vote:      Russell          aye
              Friend           aye
              Tinder           aye
              Barnes           aye
              Anderson         aye          Motion passed:  5-0

**B.      Tentative General Fund & Enterprise Fund Budget for FY 2018-2019 Resolution 2018-09-719:**
City Manager White read Resolution 2018-09-719, Tentative General Fund Budget Enterprise Fund Budgets for FY 2018-2019 was read by title only.
Rich Walker asked was the stormwater part of the Enterprise Fund.  The answer was yes.
Janet Walker asked were the vehicles in the budget purchase to be purchase locally?
Mr. White stated normally these are on state contracts that the City can piggyback off. Mrs. Walker wanted to make sure the City is getting the best deal.
                  Motion by Commissioner Friend: To approve as presented.
                  Second to the motion:  Commissioner Russell.
On Vote:      Friend           aye

There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 2

|            |     |                     |
|------------|-----|---------------------|
| Russell    | aye |                     |
| Tinder     | aye |                     |
| Barnes     | aye |                     |
| Anderson   | aye | Motion passed:  5-0 |

**PUBLIC HEARING CLOSED** 5:08 PM CST

**Item #4.  PUBLIC HEARING OPENED:** 5:08 PM CST
**Tentative Community Redevelopment Agency Budget for FY 2018-2019 Resolution 2018-09-720:** Resolution 2018-09-720, tentative CRA Budget for FY 2018-2019 was read by title only.  There were no public comments and no Board comments.
Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

| On Vote: |          |     |                     |
|----------|----------|-----|---------------------|
|          | Friend   | aye |                     |
|          | Russell  | aye |                     |
|          | Tinder   | aye |                     |
|          | Barnes   | aye |                     |
|          | Anderson | aye | Motion passed:  5-0 |

**PUBLIC HEARING CLOSED** 5:09 PM CST

**Item #5.  Mayor's Report:**   Stated she had already read the first proclamation for Ms. Anne Brody Mahieu.  Mayor Anderson read Proclamations for DAR, Celebrating the 231st Anniversary of The United States Constitution and 242 years since our Independence, and Diaper Need Awareness Week.  Mayor Anderson was also honored by the Girl Scouts Council of the Florida Panhandle's Women of Distinction Visionary Award.  She was out of town when the event took place.  Girl Scouts make girls stronger.  She thanked the representative from Girl Scouts that were present.  She stated she attended the 9/11 Remembrance Ceremony which was a great event.

**Item #6.  Commissioner's Report:**   Commissioner Friend reported he attended the 9/11 ceremony and thanked the staff, he is meeting some people Friday in Tallahassee about Rails to Trails.  You will see some advertising with the Trolley, Thursday is the kickoff.
Commissioner Barnes stated he attended the 9/11 Ceremony at Arnold High School.  The students did an awesome job.  He received some complaints and forwarded those to the City Manager.
Commissioner Tinder read the letter that the Bay County on Aging sent to the City.  She wanted this on record that she had read it.
Commissioner Russell stated he went to the Senior Center to attend the town hall meeting with the City Manager.  He received great feedback and was happy that the City is taking it over.  It will be a lot of work, but the City will do great job.  Still dealing with stormwater issues on Rhode Island.  The budget workshop went well and the storm water will have to be addressed.  We also need fire trucks.

**Item #7.  City Manager's Report:**  The employee of the month, Kathie Gainer and Supervisor of the Quarter, Alice Fritze were recognized.  City Manager thanked the staff for their hard work.  He also asked Ben Janke to come up and recognize the Business of the Quarter, Mr. Victor Patel VR and Sons Inc., The Gulf Gas Station.

 

There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 3

**Item #8.   City Attorney's Report:  No report.**

**Item #9.  Public Commentary:_ NONE.**

**CONSENT AGENDA:**
**Item #10.  Minutes:                    08/28/18 – Regular Meeting.**
**Item #11.  Discussion and possible action regarding the Residential Incentive Program application for 1403 Arkansas Ave.**

|            | Motion by Commissioner Russell:  To approve items #10, #11 of the consent agenda. |       |                    |
| Second to the motion:  Commissioner Friend. |

| On Vote: | Russell  | aye |                      |
|          | Barnes   | aye |                      |
|          | Tinder   | aye |                      |
|          | Friend   | aye |                      |
|          | Anderson | aye | Motion passed:  5-0  |

**OLD BUSINESS: NONE**

**Item #12.       Final Reading of Ordinance #1061 approving the Amendment to the Unified Land Development Code – Table 2.03.02.:** City Manager White read Ordinance #1061 by title only.

| Motion by Commissioner Russell:  To approve Ordinance #1061 as presented. |
| Second to the motion:  Commissioner Barnes. |

| On Vote: | Russell  | aye |                      |
|          | Barnes   | aye |                      |
|          | Tinder   | aye |                      |
|          | Friend   | aye |                      |
|          | Anderson | aye | Motion passed:  5-0  |

**Item # 13.       Final reading of Ordinance #1062 approving the adoption of the Multi-Modal Mobility Plan Fee Schedule.**

Motion by Commissioner Barnes:  To approve Ordinance #1062 as presented.
Second to the motion:  Commissioner Friend.

Commissioner Russell was concerned that it might stifle growth.
Commissioner Tinder asked did we eliminate the places of worship? Commission acknowledge that the place of worship is still there.
He discussed with the City Attorney and he advised not to remove or create an exception for the place of worship, but to address them case-by-case.
Mr. Rich Walker questioned if the impact fees will be decrease dramatically.  He felt that the City was placating with the developer again.
Mayor Anderson commented that impact fees have been frozen for 10 years.  It doesn't placate the developers.  This is for the new businesses out of the old plat of Lynn Haven will be paying the higher impact fees. All of the funds can be used for the community. She feels this is very

DEF'S EX 54_100



**There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 4**

innovative way of collecting impact fees so that the residents don't shoulder the burden. She stated this will be a good thing for Lynn Haven.

Mr. Walker was still concerned about this topic.

Mayor stated that there has been a long discussion on this topic and that she will have to agree to disagree with Mr. Walker.

On Vote:        Barnes        aye
                     Russell       nay
                     Tinder        aye
                     Friend        aye
                     Anderson     aye             Motion passed:  4-1

**Item #14.      Final reading of Ordinance #1063 amending chapter 62 of the Lynn Haven Code of Ordinances to establish exemptions for the Occupational License Tax; adopting a process to claim an occupational license tax exemption:**

          Motion by Commissioner Russell:  To approve Ordinance # 1063 as presented.
          Second to the motion:  Commissioner Friend.

Commissioner Tinder asked for clarification on the ordinance.  City Manager White explained that this was handed down by the state.

Richard Gutcheneck stated he sent an email to the entire Commission but there was no response. Several of the Commissioner stated they did not receive his email.  He felt that small businesses have been ill-serve.  He should not have to have the permission from the City to operate his business.  He stated that this Ordinance was nice, but it does not help the small business, or help small businesses.  He stated he but was not happy that it took a mandate for this ordinance to be passed.

On Vote:        Russell       aye
                     Friend        aye
                     Tinder        aye
                     Barnes       aye
                     Anderson     aye             Motion passed:  5-0

**NEW BUSINESS**
**Item #15.      First reading of Ordinance #1064 amending the Small Scale Future Land Use Map Amendment (SSA-18-6) from Recreation/Open Space to Industrial:** City Manager White read Ordinance #1064 by title only.  This was the first reading.

**Item #16.      First reading of Ordinance #1065 relating to licenses for on premise consumption of alcoholic beverages for restaurants:** City Manager White read Ordinance #1065 by title only.  This was the first reading. Mayor Anderson stated that this came about from coffee shop Wild Root wanted serve mimosas, but the restaurant revenue must come from at least 51% of food and beverages.  Commissioner Friend asked would this be City-wide?  The answer was yes.

Mayor Anderson stated that on the last Ordinance that addressed alcohol the word church was taken out of the old ordinance.  Church is excluded.

Commissioner Tinder ask if this would be door-to-door?  The answer was yes.

Mr. Walker asked if they would be required to have a license from ATF?

**There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 5**

City Attorney stated the license would be from the Department of Business and Professional Regulation.

Commissioner Russell stated the Florida Alcohol Beverages and Tobacco that issues licenses.

**Item #17.         Approval of Task Order #5 for City of Lynn Haven Half Cents Sales Design Build Contract to pave C & D Roads:**   City Manager White explained that the City has concentrated on the C&D roads that needed to be paved.   The City is $518,704.60 short.  He was withholding $600K from the contractor to make sure the City had the money to put down water and sewer as they replace highway 390. This task order also includes Colorado roundabout for $169K to be done in front of the Country Club and the transportation impact fees will pay for that but with the $518K that has been collected, the City Manager stated he ran some numbers and the City has collected a little over $2 million, but instead of applying that to the debt he would like to go ahead and apply that $518K to the C&D roads.  This would complete all of the worst roads in the city of Lynn Haven.

> Motion by Commissioner Russell: To approve task order #5 as presented.
> Second to the motion:  Commissioner Barnes.

Commissioner Tinder stated she would like to see less task orders.  She would like to see the Commission put a cap on Task Orders.

Mayor Anderson asked was she referring to Task Orders or Change Orders.   There is a difference.

City Manager White explained to Commissioner Tinder the difference between the two and Commissioner Tinder stated she meant a change order.  She thought this was a change order.

On Vote:        Russell       aye
                Barnes        aye
                Tinder        aye
                Friend        aye
                Anderson      aye            Motion passed: 5-0

**Item #18.         Approval of the addendum to the 17th Street Ditch Financing Agreement to include the first Scope of Work involving City Stormwater Improvements from the City's Stormwater Master Plan:**  City Manager explained and gave some background on the 17th Street Ditch project. It was a design/build project with financing provided by Phoenix Construction.  The original contract was for $3.7 million, which we are still paying on today. A change order was done in 2017, which was for a ditch on the opposite side of HWY 77.  FDOT will do a component of the ditch for $750K, which they previously traded land for by the former City Manager Joel Schubert. Our part that was task order three which was left to pay in the amount $668,300, which will go in conjunction with construction on HWY 390. Lynn Haven has some storm water problems.  Mississippi, Colorado and Texas are some of the problem areas.  He asked them to start there.  He has had several resident text photos of their flooded properties. All of the models and engineering have already been done for the project to correct this issue.  It would take $790,250 to fix the issue. He said he has asked the owner of Phoenix Construction if he could tie this project in with the 17th St. ditch project. And make an amendment to this contract which according to our City Attorney we don't have to bid this out because it is consider a loss of property according to the statues.   If we added this amendment to this contract with task order three



**There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 6**

that the Commission has already approve and we already pay $14,795 a month it will go to $16,922.  He stated the 30-year loan rate of 2.55% is what we would have, but he stated he also reached out to Hancock Bank, whose rates range from 6.25%-6.50%.  He stated that the difference would be much lower if we went with the 2.55% rate.

Nick Beninate City Attorney in for Rob Jackson stated he also met with City Attorney Rob Jackson, we could bid this out but do not need to due to imminent danger caused by flooding or natural disaster, he recommended before the Commission can approve this without bidding it out that there should be some deliberation on doing a separate contract.  He stated that the City could construct another contract to include this item and not bid it out if a separate contract was created for the work and financing.

City Manager White stated you also could amend the contract as well.

Commissioner Friend Separate contract for the work or the financing?

City Attorney said both.

City Attorney stated, the work can be done just do it in a separate contract.

Commissioner Friend stated it is hard to pass up this very low rate, although he had stated in the pass not to borrow any more money, but the rate is so cheap, the City shouldn't pass it up.  He also stated it would help the City get started on the storm water issues.

> Motion by Commissioner Barnes:  To approve task order #5 as based off the City Attorney's recommendation to make a separate contract.
> Second to the motion:  Commissioner Russell.

City Attorney Beninate then stated that the motion needed to include the wording "foregoing the bid process."  He asked that Commissioner Barnes amend his motion to include the reason why it is not going through the bidding process is because of the flooding and the risk of property.

> Commissioner Barnes stated that he amended his motion to include that the City would forego the bidding on the recommendation of the City Attorney's wording.
> Commissioner Russell amended his second to reflect the amended motion.

One resident made public comments thanking the Commission for doing this.  She stated she was at the point of moving from Lynn Haven and selling her home because of all of the trouble with storm water issues.

Johnathan Davis spoke and stated he didn't see much of the maintenance the City is doing with the storm water systems.  He asked to delay paving of roads so that the problems could be fixed

Mayor Anderson stated that a master storm water plan has been put into existence.  These problems won't be fixed overnight but they are being addressed.  The goal is to make our City safe.

City Manager White stated that he could agree that the maintenance is a problem, but that the storm water study will be finish at the end of the year, as Commissioner Russell has stated before it will take money to fix the storm water problems.

On Vote:  | Barnes    | aye |
          | Russell   | aye |
          | Tinder    | aye |
          | Friend    | aye |
          | Anderson  | aye |   Motion passed:  5-0

 

**There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 7**

**Item #19.        Discussion on the direction of the property located on 801 Florida Avenue (Old Post Office Building):** City Manager stated his opinion, that he would like to see a business purchase the property, and has already had the property appraised. Mayor Anderson commented that she would like to see the property up for sale and that it should come with caveats that will keep it part of historic Lynn Haven. Commissioner Friend asked if there was already an Ordinance in place to keep the aesthetic the same on the historic part of Florida Ave. Mayor answered that we may have to make a new, more detailed ordinance for that purpose. Commissioner Russell stated as he has said in the past that the City should not be in the real estate business and never wants to impede or compete with another business. Discussion went on as to how to approach the buying of the property without allowing others who are interested in the property to under bid the City.

　　　　　Motion by Commissioner Russell:  To give the City Manager approval to negotiate the sale of the property at a fair market value.
　　　　　Second to the motion:  Commissioner Friend.
City Attorney Nick Beninate suggested amending the motion to say to purchase at the existing standards.

　　　　　Motion amended by Commissioner Russell:  To give the City Manager approval to negotiate the sale of the property at the existing standards.
　　　　　Second to the motion amended:  Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #20.        Discussion of recommendations for the Lynn Haven Senior Citizen Center:** The City Manager stated that he received the letter from the Bay County Council on Aging stating not to renew the contract.  With this, the City will be taking over the center and running it.  He stated he needed to hire an employee to begin October 1, 2018.
Commissioner Tinder stated that there is a lot that goes on over there and that one employee is not enough.
City Manager White stated, that through a grant program the City will provided an employee to work five days a week at no cost to the City. He will supplement some of his current staff to help out there as well.

　　　　　Motion by Commissioner Russell:  To approve as presented.
　　　　　Second to the motion:  Commissioner Friend.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | aye | |
| | Friend | aye | |
| | Anderson | aye | Motion passed:  5-0 |

**Item #21.        Adjourn.**

**There was a FY 2018-2019 Budget workshop before the meeting.  Minutes from the September 12, 2018 Commission Meeting.   Page 8**

There was no further business to discuss and the meeting was adjourned at 7:27 pm.

APPROVED THIS ____25th____ DAY OF __September__ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 54_105

There was a FY 18-19 budget workshop before the meeting. Minutes from the September 25, 2018 Commission Meeting. Page 1

*Item #9*

## CITY COMMISSION MEETING MINUTES
## TUESDAY, SEPTEMBER 25, 2018 COMMISSION MEETING
## 6:00 P.M.

Margo Deal Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Robert C. Jackson, City Attorney
Officer Kaitlyn Anglin

**Item #1. Call to order:** By Mayor Anderson at 6:00 PM.
**Item #2. Invocation/Pledge of Allegiance:** Invocation by Commissioner Friend and the pledge followed.

## Item #3. PUBLIC HEARING OPENED: 6:01PM
**A.    Proposed Millage Rate for 2018 Tax Roll Resolution 2018-09-721:** City Manager White stated for the purpose of funding apportion of the FY2018/2019 General Fund Budget a millage rate of 3.9% is proposed. City Manager White read Resolution 2018-09-721 by title only. There were no public comments and no Board comments.

Motion by Commissioner Russell: To approve as presented.
Second to the motion: Commissioner Friend.

Commissioner Barnes corrected the amount read.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Friend | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed: 5-0 |
| Adopted: | 6:04 PM CST | | |

**B.    Proposed General Fund & Enterprise Fund Budget for FY 2018-2019 Resolution 2018-09-722:**
City Manager White read Resolution 2018-09-722, tentative General Fund Budget Enterprise Fund Budgets for FY 2018-2019 was read by title only.
Public Comments:
Janet Walker asked about the total amount designated for training for employees. Commissioner Tinder stated that it was $104K.

Motion by Commissioner Friend: To approve to adopt the budget with the exception of removing the attorney page 11 and all expenses in regards to hiring an in-house attorney for the City.
Second to the motion: Commissioner Barnes.

**There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 2**

Commissioner Barnes stated that it is no money allocated for the current attorney.  He stated he thought it was bad business.

Mayor Anderson stated to Commissioner Barnes that he was out of order.

Commissioner Tinder stated she would like to discuss the budget a little further.

Commission discussed whether to add attorney fees before voting.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Barnes | aye | |
| | Tinder | nay | |
| | Barnes | nay | |
| | Anderson | nay | Motion failed:  2-3 |

Motion by Commissioner Russell:   To adopt the General Fund 2018/2019 budget as presented.

Second to the motion:  Commissioner Tinder.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Friend | nay | |
| | Barnes | nay | |
| | Anderson | aye | Motion passed:  3-2 |

Adopted:       6:12 PM CST

**PUBLIC HEARING CLOSED** 6:12 PM

**Item #4. PUBLIC HEARING OPENED:** 6:12 PM

**Proposed Community Redevelopment Agency Budget for FY 2018-2019 Resolution 2018-09-723:**  Resolution 2018-09-723, proposed CRA Budget for FY 2018-2019 was read by title only.  There were no public comments and no Board comments.

Motion by Commissioner Friend:  To approve as presented.

Second to the motion:  Commissioner Russell.

| On Vote: | Friend | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Barnes | aye | |
| | Anderson | aye | Motion passed:  5-0 |

Adopted:  6:14 PM CST

**PUBLIC HEARING CLOSED** 6:14 PM CST

**Item #5.       PUBLIC HEARING OPENED: 6:14 PM**

**Final reading of Ordinance #1064 for the Small Scale Future Land Use Map Amendment (SSA-18-6) – Recreation/Open Space to Industrial**.  City Planner Amanda Richard gave background information on the property. She stated it was the Mowat Property, applicant is Tim Brock who is the owner, and the agent is Panhandle Engineering. Location is Aberdeen Parkway. Existing land use is recreation open space and proposed land use space is industrial. The site is currently vacant. Mayor Anderson stated no action would be taken until item #12.

**PUBLIC HEARING CLOSED 6:18 PM CST**

There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.  Page 3

**Item #6. Mayor's Report:** Mayor Anderson stated there was a special presentation to be presented tonight. She asked Sharron Berrian from the Florida League of Cities and Director of Membership Relations to come forward. Ms. Berrian read a resolution honoring Commissioner Antonius Barnes 23 years of service to the Commission and local government. Mayor Anderson also presented Commissioner Barnes with a plaque from the City of Lynn Haven honoring his years of service also. Mayor's report continued with Mayor Anderson stating she had several meetings including with Panhandle Engineering on paving projects, she attended the Mosley High School Parade. Met with one of the representatives from Bluewater Development meeting, she attended a City staff meeting on the upcoming specials events and applauded Kathryn Gay and Kaylee Gardner for their hard work and noted the many events that are coming up including Car Cruisin and the Haunted Hayride, she attended the DAR luncheon and presented them with a proclamation, she attended a roundtable meeting with Senator Gainer, and visited and spent time at the Senior Center. She stated that the seniors are excited about the new changes coming their way and commended the City Staff on the great job of making the kickoff happen. She met with the media on the Splash Park which is scheduled to open Oct. 1, she applauded Greg Kidwell for his great work on the Splash Park and had meetings with the City Manager.

**Item #7. Commissioner's Report:** Commissioner Russell stated he is still dealing with the phone calls on storm water issues.  Redbird Avenue is a big issue now.  He was excited that next Monday the City is taking over the Senior Center and looks for great things to happen there.
Commissioner Tinder stated she has received lots of phones calls about flooding issues on Rhode Island Avenue and received calls about Code Enforcement, citizens wanted more crosswalk lights.  Mosley Parade needs more advertising of the date.
Commissioner Barnes had no report.
Commissioner Friend attended the Trolley advertising grand opening, visited the Senior Center, traveled to Pensacola to look at their facility and thank Commissioner Tinder for suggesting it. He also thanked the Commission for including the facility at the Mt. Hope Cemetery.

**Item #8.  City Manager's Report:**  City Manager White stated he and staff have been working hard on the budget, Car Cruisin is Sept. 29, 2018 at 5 pm, Splash Park opening Oct. 1.  You can sign up for softball. The City is taking over the Senior Center Oct. 1.  Fall Concert series begins Oct. 4th in Sheffield Park.

**Item #9.  City Attorney's Report: No Report.**

**Item #10.  Public Commentary:** Janet Walker asked about the sale of the rails and when or if the City would be receiving its portion of the money. Mayor Anderson stated that it is her understanding that a check has been received by the developers for the iron and that the City will receive its share.  City Attorney Jackson stated he knew nothing else and stated that Mr. Bales address was incorrect, but hopefully the City would get a check.

**CONSENT AGENDA:**
**Item #11. Minutes:**                              **09/25/18 – Regular Meeting.**
Motion by Commissioner Barnes:  To approve item #11 of the consent agenda. Second to the motion:  Commissioner Russell.
On Vote:        Barnes              aye

There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 4

|           |     |                     |
|-----------|-----|---------------------|
| Russell   | aye |                     |
| Tinder    | aye |                     |
| Friend    | aye |                     |
| Anderson  | aye | Motion passed:  5-0 |

**OLD BUSINESS: NONE**
**Item #12.          Final reading of Ordinance #1064 amending the Small Scale Future Land Use Map Amendment (SSA-18-6) from Recreation/Open Space to Industrial.:**    City Manager White read Ordinance #1061 by title only.

Motion by Commissioner Friend:  To approve Ordinance #1064 as presented.  Second to the motion:  Commissioner Russell.

| On Vote: |           |     |                     |
|----------|-----------|-----|---------------------|
|          | Friend    | aye |                     |
|          | Russell   | aye |                     |
|          | Tinder    | aye |                     |
|          | Barnes    | aye |                     |
|          | Anderson  | aye | Motion passed:  5-0 |

**Item # 13.         Final reading of Ordinance #1065 relating to licenses for on premises consumption of alcoholic beverages for restaurants.**  City Manager White read the Ordinance #1065 by title only.

Motion by Commissioner Russell:  To approve Ordinance #1065 as presented.  Second to the motion:  Commissioner Barnes.
Commissioner Tinder asked does it still include the 500 ft. from the church and the schools?
City Attorney Rob Jackson stated this Ordinance put the City in line with the State law. The church is not included; school is in there under state law. Originally the ordinance included churches, churches have been removed.  This is one of the many Ordinances the City has passed as it relates to alcohol. Unless it is a bar, businesses will be able to serve alcohol.
Commissioner Russell asked if this applies to a restaurant where the food is more than 51% of the profits.
City Attorney stated yes.
Mr. Rich Walker stated that ordinance #1034 is the ordinance Commissioner Tinder is referring to.  He felt this ordinance changes some things. He stated this is a City-wide ordinance, but felt that this ordinance would open up everyone for a license. Questioned why churches were removed from the original ordinance. Doesn't make sense to keep changing the ordinance. He felt the City should include churches back in the audience.
Commissioner Russell corrected a few comments that Mr. Walker stated.

| On Vote: |           |     |                     |
|----------|-----------|-----|---------------------|
|          | Russell   | aye |                     |
|          | Barnes    | nay |                     |
|          | Tinder    | aye |                     |
|          | Friend    | nay |                     |
|          | Anderson  | aye | Motion passed:  3-2 |

**Item #14.         Discussion and Approval of the City Manager's yearly evaluation in accordance with Section No. 6 of the City Manager's employment agreement:** Mayor Anderson stated she met with the City Manager.  She stated that she wanted to make it perfectly

**There was a FY 18-19 budget workshop before the meeting. Minutes from the September 25, 2018 Commission Meeting. Page 5**

clear that Mr. White is doing an excellent job. She stated that his evaluations were very good except for a few negative marks, but she is very pleased with what Mr. White has accomplished and is doing. Mayor Anderson stated that it was a fair statement from the City Manager that he did not want to be compared to other City Managers. She stated he is right in line with her vision for the City and she values his hard work. She also stated that she looked at the salaries of the employees because she wanted to make the right decision on her recommendation to the City. She was concerned that the City is getting top heavy on salaries. She stated her position is still the same when she ran for Mayor about high salaries at the top. Mayor Anderson said while she thinks Mr. White is doing an outstanding job, she cannot recommend any type of pay increase for him.  She read off the salaries of the surrounding cities City Managers salaries. Mayor Anderson said he has only been here a year and was given a $5K just several months ago.  But the City can only pay for what we can afford.

Commissioner Russell stated that he respectfully disagreed with the Mayor's recommendation. He said Mr. White has taken on many more responsibilities and should be compensated for his work.

Commissioner Barnes stated he agreed with the Mayor.  He said that the salary of the City Manager currently is at the top of the City's scale and that his salary needs to stay exactly where it is.

Commissioner Friend said that he would respectfully disagree.  He said the City doesn't have a City Manager but a CEO who is running a $40 million company. Mr. White has brought in new business, he has a business background and is very knowledgeable. He stated if you were to look at other companies where they are CEOs we would come to the conclusion that Mr. White deserves to be paid well.

Mayor Anderson stated that if the Commission wanted to go in a different direction, please let her know. The City Manager is at the top of the salary scale of what the job was originally advertised. She stated that Mr. White presented to her all of his accomplishments and she agrees he has done a great job, but she could not agree to compensate him.  She did agree with one thing.  To pay for his mobile iPad service. She stated that Mr. White asked for $165K and $1,200.00 in car allowance.

Commissioner Friend agreed that this number may have been a little high, but also offered to go into negotiations if the Commission would allow it.  He restated his position that we hired a CEO and Mr. White is running the City like it should be ran, like a business. He stated he would like to keep him. He also stated he is sure there are plenty of headhunters seeking his business skills, who would pay a lot more than what the City is paying him. He stated if the City is not careful, we could lose him to another company and he does not want that to happen.

Mayor Anderson restated the reasons for her decision and why she feels strongly about her recommendation to the Commission.

Commissioner Russell state he is underpaid for all of the work he does and that this would be disservice to him.

> Motion by Commissioner Russell: To increase the City Manager's base salary
> to $165K, $900 car allowance, $100 fuel allowance and $75 for mobile iPad
> service.
> Second to the motion:  Commissioner Friend.

Brad Yount disagreed and stated the City should not be held hostage to anyone who might leave. Mr. Walker also disagreed with the salary increase and made comments that Mr. White takes the money for insurance and puts it in his pocket.

DEF'S EX 54_110

There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 6

City Manager White rebutted Mr. Walker's comments and stated the money he is referring to goes towards his insurance with the Co-op.

| On Vote: | Russell | aye | |
| | Friend | aye | |
| | Tinder | nay | |
| | Barnes | nay | |
| | Anderson | nay | Motion failed: 2-3 |

Motion by Commissioner Russell: To ask the Mayor to go back and negotiate with the City Manager in good faith.
Second to the motion:  Commissioner Friend.

Mayor responded as the Mayor and Treasurer of the City that she did negotiated in go faith.  She told Mr. White what she could offer as the negotiate.  She stated an increase has been proposed and the board has not agreed according to the earlier vote.
Commission Russell stated that the board has not voted to keep his salary the same.
Mayor Anderson stated because the Commission did not pass an increase she would assume his salary would stay the same.  She asked the City Attorney was this correct and he agreed that nothing had changed in the contract.
Commissioner Russell reminded the Mayor a motion and second was on the floor.
Mayor Anderson stated she would go back and negotiate if that is the desire of the Commission.
Commissioner Friend stated he is willing to go back and negotiate if the Commission would like him to.
City Manager White asked that Commissioner Russell and Commissioner Friend remove their motion and second.  He asked that the Commission move on and not discuss this any further.  He stated that yes the numbers were high, but he had to start the negotiations somewhere. He stated his contract will remain the same.
Mr. White commented he wanted to make it easy for everyone.  He said it was very difficult for him but that goes with being the City Manager. He explained the numbers he submitted were high, but he thought there would be some negotiations.  He stated he loves Lynn Haven and asked both Commissioner to withdraw the motion and second.
Commissioner Russell withdrew his motion.
Commissioner Friend withdrew his second.
Mayor Anderson stated that at this time the City Manager's contract will remain the same.

**NEW BUSINESS**
**Item #15.        Discussion and possible action regarding a RFQ for the City's Auditing Services.:** Mayor Anderson commented that the Commission has discussed this item at length and have had workshops to discuss as well. She stated the City has had the same auditing firm over 20 years and she feels there does need to be a new set of eyes on the City's finances.  Florida's best practices says that businesses need to change auditing firms at least every five years.  She is not saying the current auditing firm is doing a bad job, but the City at least needs to look at other options.

Motion by Commissioner Tinder:  To approve as presented.
Mayor Anderson stated she would like to pass the gavel so that she could second the motion.  Mayor Anderson passed the gavel to Mayor Pro Tem Friend.
Second to the motion:  Commissioner Mayor Anderson.

**There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 7**

Commissioner Tinder stated she felt the same way.  Having the same auditor year-after-year is not a good thing.  She asked what would it hurt to go out and solicit for other firms.  She said it is just good practice.

Commissioner Russell asked were the intentions to preclude the current auditing firm to reapply? and would the current auditing firm be allowed to reapply?

Mayor Anderson stated no, the City's current auditing firm will be able to apply.

Commissioner Friend stated he has been against changing auditing firms because we had a new City Manager and Finance Director. But the City Manager did a great job on the budget and thought that it was time for the City to look at bidding the auditing services out.  As long as we receive the information tonight, look through it and bring it back.

City Manager asked that we look back through the RFQ and make changes after everyone has looked at it

Commissioner Barnes asked for clarification on the motion that was presented.

Mayor Anderson answered and said to send out an RFQ and consider the possibility of having a different auditing firm.  This would just be following good auditing practices and finding.

City Attorney wanted clarification as well on the motion.  He asked was the motion to send out this exact RFQ presented tonight or follow what the City Manager stated to send out a revised one.

> Commissioner Tinder amended her motion:  To send out a revised RFQ that the Commission agrees upon, but have the revised RFQ Auditing Services come back to the Commission for approval.
> Second to the motion:  Mayor Anderson

Commissioner Russell wanted clarification on RFQ.  He pointed out with an RFQ the Commission would be looking at professional services and that the City will negotiate the price to determine which firm is the best.  He also wanted to make sure that the current auditing firm would be able to bid.  And if the current auditing firm is chosen, we will negotiate prices with them and start over again.  The Commission stated yes.

Mayor Pro Tem suggested a date to come back before the Commission.

City Manager stated the revised RFQ would be back before the Commission at the next Commission meeting.

Brad Yount commented on the current auditing firm's opinion report.  He did not like it.

On Vote:     Tinder          aye
             Anderson        aye
             Russell         aye
             Barnes          nay
             Friend          aye          Motion passed:  4-1

**Item #16.**     **Discussion and possible action for the City's Legal Services:**
             Motion by Commissioner Tinder:  To approve for discussion.
             Mayor Anderson stated she would like to pass the gavel so that she could second the motion.  Mayor Anderson passed the gavel to Mayor Pro Tem Friend.
             Second to the motion:  Mayor Anderson.

There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 8

Mayor Anderson gave some background as to why this item was on the agenda.  She stated that while she considers Mr. Jackson a friend and it is nothing personal, the City has spent over $900K in the past five years on attorney fees.  She has consistently made the comments if the City had an in-house attorney it may save the City some money. She stated that she discovered while at a luncheon that the City has an attorney on staff who works as an administrative assistant.  She directed the City Manager to find out what the City would have to do to bring her on as an in-house attorney at one rate instead of billing hours.  She is barred in Texas.  Florida just pass legislation that allows the military spouses who are attorneys but are barred in another state that they could potentially work in the state of Florida under the auspices of another attorney who is willing to sponsor them.  This person would be the City's attorney at $55k a year, it would cost $1K to have her sponsored and another $6K to pass the bar in which the City would pay for it and if she leaves before five years she would reimburse the City. Basically it would cost the City $74,000.60 for an in-house attorney, including benefits.  This would be a hybrid position for a year with a sponsoring attorney.  She believes this position could offer the City services that would meet the City's needs.

Commissioner Tinder said this is just good business practice. We could use the money we are spending on attorney fees in other areas.  Nothing against the City Attorney.

Commissioner Russell stated that the motion be restated, can someone address her qualifications and who would be the sponsoring attorney if the City went to the hybrid system.

Mayor Anderson said that if the Commission would do the math $75K for five years it would be a vast reduction.

City Manager stated that he only inquired, but the mentoring attorney would be decided by the Commission.

Commissioner Russell said that he was not against it but he did not want the attorney to be a new lawyer.

Mayor Anderson answered that there are attorneys in town that are qualified and that would do a good job.

Commissioner Russell stated that he would consider this if whoever the outside City Attorney is must be approved by the Commission.

City Manager stated his intention was to send out a RFQ.

Commissioner Barnes stated he was appalled at the conversation tonight.  The current firm has provided great counsel.  The great thing about the current firm is that they have other attorneys to help and bounce question off.  The firm has done a great job and he thinks that the Commission is making a very bad decision and he will vote no.

Commissioner Russell stated the same argument can be made about the City Manager' salary. The lawyer is worth it; the City Manager is worth it.

Mayor Anderson stated that the attorney that she was referring to has one year of experience. She has a Juris Doctorate. The City would be saving a half million dollars a year.

Mayor Pro Tem Friend, on the surface it is a great idea.  His concern was that it could end up costing more money to the City.  He can't express that enough that this position has to have some historical knowledge and a lot of unknown.  Does the charter allow this?  The Charter stated that he or she must be barred in Florida.

Mayor Anderson responded that with all due respect she disagreed with him on the charter

Walter Kelley stated the City has an experienced attorney and knows what he is doing and has street experience.  He is all for saving funds, but think about the consequences.

**There was a FY 18-19 budget workshop before the meeting.  Minutes from the September 25, 2018 Commission Meeting.   Page 9**

Brad Yount spoke about the pros and cons of an in-house counsel.

> Commissioner Tinder made a new motion:  The Commission would come back with an attorney.
> Second to the Motion:  Mayor Anderson

City Attorney stated clarification is needed on the motion

> Commissioner Tinder restated the motion: The City to go with in-house counsel with the caveat that the sponsoring attorney is brought back before the Commission.
> Second to the motion:  Mayor Anderson

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Anderson | aye | |
| Tinder | aye | |
| Barnes | nay | |
| Friend | nay | Motion passed:  3-2 |

**Item #17.      Adjourn.**

There was no further business to discuss and the meeting was adjourned at 7:45 pm.

APPROVED THIS _Febru 12th_  DAY OF _Februa_ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

There was no workshop before the meeting.  Minutes from the October 16, 2018
Commission Meeting.   Page 1


## SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, OCTOBER 16, 2018
### 2:00 P.M.

**Absent:**     Rodney Friend, Mayor Pro Tem/Commissioner
**Present:**    Margo Anderson, Mayor
                Antonius G. Barnes, Commissioner
                Dan Russell, Commissioner
                Judy Tinder, Commissioner
                Michael E. White, City Manager
                Adam Albritton, City Attorney
                Officer Michael Williams

**Item #1.  Call to order:**  By Mayor Anderson at 2:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Mayor Anderson and the pledge followed.

**Item #3.  Mayor's Report:**    Mayor Anderson reported that daily operations meetings at 6:30am, noon and 6pm are being held at the operation center located at the Southerland Event Center.  This is the temporary location for the police, fire and administration offices.  She stated that instead of the Tuesday noon meetings, commission meetings would be held on Tuesdays at 2pm in the cafeteria at Lynn Haven Elementary School.  Mayor Anderson introduced others present at today's meeting including Jay Moody the City's accounting consultant and Kelly Tram the City's legal assistant.  She voiced her sincere esteem for how the citizens of Lynn Haven have responded pulling together in the face of this devastating disaster.  She said, "this is small town America at its best".  She commended City employees and local contractors for the amazing progress made in clearing streets in the first twenty-four hours after the storm.  She recognized the outstanding job of our first responders and spoke of the close bond those who experienced God's protection through the storm will have.  Finally, Mayor Anderson thanked everyone in attendance for all they've done reported that both Commissioner Friend and Barnes were well.

**Item #4.  Commissioner's Report:**
Commissioner Russell reiterated thanks to all personnel for their outstanding efforts.  He stated that the best decision he ever made was voting for Michael White as City Manager.  He voiced his strong disappointment with the commissioners who did not attend the meeting.
Commissioner Tinder echoed thanks to all city employees especially recognizing the outstanding efforts of law enforcement.  She stated she had received several e-mails from resident's concerned family members wondering if they were ok.  She has been driving around doing welfare checks.  She reminded residents that as power restoration was beginning to please keep breakers off to avoid fire.

**Item #5.  City Manager's Report:**  City Manager White stated that it has been a long week.  In response to all the gratitude from his colleagues he referenced the quote, a chain is only as strong as the joints that hold it together.  He expressed his gratitude for his team and their wives for all their efforts and support.  He thanked Commissioner Russell for his assistance with the FEMA filings and expressed his gratitude to the mayor and several other government officials including President    Trump.    He    pointed    out    our    new    Lynn    Haven    hashtag,

**There was no workshop before the meeting. Minutes from the October 16, 2018**
**Commission Meeting.   Page 2**

#LynnHavenTogetherandStrong.  City Manager White also commended the Lynn Haven Citizens for their patient and helpful kindnesses giving several specific examples.  He explained that he is trying to keep citizens informed through social media posts on Facebook daily. He has received many questions from organizations and individuals asking how they can help and referenced the newly set up Lynn Haven Hurricane Michael Relief Fund.  He stated that Hancock bank generously donated $35,000. He said six truck with supplies had already been sent from Ponte Vedra and that a foundation for the City of Lynn Haven was being set up by Holland and Knight. He expressed gratitude to the Southerland family for their generosity in providing us with their event center facility and gave thanks to Verizon for their mobile facility as well.  He expressed gratitude as well for Dr. Reese Harrison's efforts in providing meals and necessities to so many in the City of Lynn Haven. He also recognized Attorney General Landry for providing staff to set up mobile trailer for temporary police station and the Cajun Navy for their assistance. City Manager White said he had many requests for American Flags which he is procuring to help promote hope, prosperity, togetherness and love.  He mentioned the contracts put in place by the City to oversee FEMA and debris removal.  He explained that TetraTech job is to make sure all expenses are documented.  The City Manager stated that all 112 miles of street debris pushing has been completed in a week and thanked all contractors involved.  He encouraged citizens to separate trash into separate piles including scrap metal, household garbage and yard debris. He stated that trash pick up began today, that water plant two was at 100% but not quite ready to supply and encouraged all residents to report any leaks or breaks and reminded residents not to drink the water.  He said water plant #1 was up but limping and that the sewer.  He made mention of several other city updates regarding both facilities and services within the City.  He thanked Chief John Delonjay for completing well checks on both residents and businesses and recognized again the tremendous efforts of our police force.  Mayor Anderson interjected explaining that Adam Albritton was serving as the attorney providing sponsorship for our soon to be barred city Attorney Kelly Tram.

**Item #6.   City Attorney's Report:** City Attorney Adam Albritton suggested that we adopt a resolution declaring a state of emergency for post disaster relief and planning.

> Motion by Commissioner Tinder: To continue operating as stated in the resolution.
> Second to the motion: Commissioner Russell.
> On Vote:
> Tinder              aye
> Russell            aye
> Barnes           aye
> Mayor Anderson    aye                    Motion passed: 4 -0

City Manager White stated that Jay Moody from Warren Averett has been contracted to handle the City finances and FEMA documentation, Adam Albritton contracted for attorney services. He stated that City Hall would be salvaged as a historical site and mentioned several contractors who are helping re-build the city.  He stated also that there were contractors coming in taking advantage of citizens and that they will not be allowed to operate here without proper city/county licensing. A temporary permitting office will be set up in Sheffield park on Thursday morning. Anyone without proper licensing will be escorted out of our city. Commissioner Barnes asked if we would have a list of legal contractors. City Manager White stated they would be posted on Facebook. Commissioner Barnes reiterated the need to keep breakers off in homes especially

**There was no workshop before the meeting. Minutes from the October 16, 2018 Commission Meeting. Page 3**

since the fire dept can get through blocked streets and the water supply is sparse. He stated that Breakfast Point and Bozeman schools are serving as shelters until full and that Surfside Middle School would be opening after that. He stated that Rutherford High would serve as a feeding station. City Manager White explained that Lynn Haven is broken into twelve quadrants and that we will work quadrant by quadrant till each complete. Commissioner Barnes again extended thanks to all first responders.

Mayor stated she was in contact with all applicable government agencies. She informed that Todd Herendeen donated large tents and that Dr. Ceydeli in Lynn Haven would be available at his office for medical services. She stated that President Trump assured her personally that Lynn Haven will be taken care of. She commented on the President's compassion and sincere concern evidenced by his personal visits to citizen's homes with her and his presence at the feeding station at City Hall.

### Item #7. Hurricane Michael.
Democratic candidate Bob Radcliff spoke saying how impressed he was by the level of organization and efforts by our city personnel and officials. He recognized his associate Daniel Pooler and encouraged us to keep seeking help.

### Item #19. Adjourn.

There was no further business to discuss and the meeting was adjourned at 3:05 pm.


APPROVED THIS _____Novem 7th_____ DAY OF _____ 2018.



_____
Margo Deal Anderson, Mayor


ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 54_117

There was no workshop before the meeting.  Minutes from the October 23, 2018
Commission Meeting.   Page 1

**SPECIAL CITY COMMISSION MEETING MINUTES**
**TUESDAY, OCTOBER 23, 2018**
**2:00 P.M.**

**Present:**       Margo Anderson, Mayor
                   Rodney Friend, Mayor Pro Tem/Commissioner
                   Antonius G. Barnes, Commissioner
                   Dan Russell, Commissioner
                   Judy Tinder, Commissioner
                   Michael E. White, City Manager
                   Adam Albritton, City Attorney
                   Officer Michael Williams

**Item #1.  Call to order:** By Mayor Anderson at 2:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Mayor Anderson and the pledge
followed.

**Item #3. Mayor's Report:** Mayor Anderson reported that daily operations meetings continue
to happen.  Things are moving along smoothly.  The City has had many helping hands.  She
recognized W. Montague "Q" Winfield Director & Federal Coordinator for FEMA, she has
received phone calls and visits from Governor Scott, CFO Jimmy Patronis, Senator Neal Dunn,
Senator George Gainer, Representative Jay Trumbull and President Trump and Kristen Neilson
from National Homeland Security offered her assistance.  Her new mantra "looking forward to
what Lynn Haven is going to be" she is not looking back. She and the City Manager have been
working very well together.  She acknowledged Commissioner Friend coming back.  She is
waiting to hear about the schools.  Teachers return Oct. 29.  She is hoping that she can get the
Lynn Haven schools to start back earlier than Nov. 12th.  She attended the meeting with Bill
Husfelt Superintendent of Bay District Schools and other leaders. The superintendent stated that
no child would be penalized or not graduate because of this storm. Lynn Haven has two PODs
and the supplies are for everyone since there is an abundance of supplies.  People have been
very generous.  She worked with Callaway, Springfield, and Millville to help citizens get to
Lynn Haven to share our supplies.

**Item #4.  Commissioner's Report:** Commissioner Tinder reported that she was very proud of
the job the City has done to get things back running so quickly.  We have surpassed expectations.
She has taken many requests and phone calls from residents.  The Mayor's daughter is working
with her firm and organizations to arrange for legal services for Lynn Haven.  Sheffield Park
may be where the staging for the legal services reside.
Commissioner Russell stated it is amazing the way the City has responded.  He thanked the
leadership of City Manager White, Mayor Anderson and the staff for an amazing job.
Mayor Anderson added to her Mayor's report that the medical services in Sheffield Park are
provided by Dr. Kelly Atterfield.  They will be there for the next five days.  It is a very extensive
mobile medical facility.  She also wanted to remind everyone that the City will host a Trunk or
Treat for Halloween.  She thanked Ponte Vedra for a truck load of donations and her daughter
who has been instrumental to make things happen for Lynn Haven.  Her daughter is also
planning a Hometown Thanksgiving on Thanksgiving Day.

**There was no workshop before the meeting. Minutes from the October 23, 2018
Commission Meeting.   Page 2**

Commissioner Barnes said that the City has come together very well, he has seen hands and feet
of the City everywhere. He thanked staff, Greg Kidwell, utilities director and Bobby Baker
Public Works Director for helping get the water and roads cleared.
Commissioner Friend commented on the wonderful job the City has done. He stated this comes
from the leadership of the Mayor, City Manager and staff. He apologized for missing the first
meeting, his company brought supplies to help.

**Item #5.  City Manager's Report:**  We have entered into an engagement letter with
Warren/Averett to help with the City's small accounting department. The City wants to make
sure every FEMA process is done correctly. We have hired Adam Albritton for the City
Attorney. He will be meeting with AshBritt, one of our Debris Haulers. Currently CrowderGulf
is hauling, but we need more trucks to move debris. He will activate AshBritt so that they can
help out. Please register for FEMA. They are tracking everything. FEMA is set up behind the
police department. Red Cross has been feeding meals. Dr. Reese and Teri Pilcher have been
feeding thousands of meals and have been great to work with. Tyndall needs volunteers, and
manpower to fill trucks so we can send supplies. He recognized Greg Kidwell, Utilities Director,
he has worked hard to get our water and sewer back up and running. With electricity up and
running GAC is fixing all of the water main breaks. The rescind water notices have gone out,
and we can flush our toilets. The biggest fear was the resident's sewer backing up. 70 percent
of lift stations, and 85 percent is up and running at the sewer plant. City Manager White
continued to thank staff including; Bobby Baker and the road crew for clearing roads, Ben Janke,
CRA Director for working with Lynn Haven businesses to help them get back up, Amanda
Richard, Director of Planning and Permitting for handling all of the permitting and planning of
business trying to work within our area, Police Department Chief Matt Reimer and Deputy Chief
Ricky Ramie, Fire and Rescue, Chief John DeLonjay, and all of the administrative staff who
have worked hard to keep the City functioning during this disaster.

**Item #6.   Public Commentary:**  Mr. Robitaille recognized Lewis in sanitation as well as
Officer Blalock. He was concerned that the City Administration, Commissioners and first
responders had not been seen.
Derwin White, thanked the city staff and citizens. He spoke about the excellent job the City had
done thus far. He reminded everyone that we should stay positive and continue to move forward.
Annette Lowe, said contracting companies have concerns about permitting. City Manager told
her that this was to protect Lynn Haven. He stated that many businesses were trying to scam or
over charge citizens and were not licensed to do so. Ms. Lowe was also concerned about the
Tree removal signs of a company attached to a generator, promoting themselves.
Janet Walker talked about the huge police presence and just knowing this made her feel safe.
She was grateful for their presence. to make us feel safer.
Jeannie Gene, thanked the Mayor, and said that she has been wonderful. She had a question
about the schools, and was concerned about dredging backing into a clean area. Mayor Anderson
told her that it is very important to get back to normalcy and that we are working to get the
schools open earlier than expected.
Terri Parker, asked about finding information about contractors and vendors, and thanked the
City and Commissioners. Mayor Anderson responded that it's all about the citizens.

**There was no workshop before the meeting.  Minutes from the October 23, 2018
Commission Meeting.   Page 3**

A citizen had a question about apartment evictions. Mayor responded that you cannot be evicted during this time, and the citizens need to know how to respond to landlord's eviction in such short amount of time.

### Item #7,   Minutes:  10/16/2018 – Regular Meeting

        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  Commissioner Barnes.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Barnes | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

### OLD BUSINESS:  NONE

### NEW BUSINESS:
### Item #8.    Update from  W. Montague "Q" Winfield Director & Federal Coordinator FEMA.

Mr. Winfield is here as the liaison. He spoke that he has seen many disasters. He believes that Lynn Haven is a resilient city. He went on to tell that there is no substitute for your insurance payoffs, and that FEMA SBA is not just for businesses, it is also for homes. 7,900 families and 5,000 households have registered. Lynn Haven has been approved for $2.2 million, and $555,000 for others who need assistance. Remote areas will have teams on the ground to register these families. He is working with the City Manager & team on applying for Public Assistance and working on data to get up to the County. He explained there are many reasons FEMA will deny applicants, if someone gets denied, you may need more information, insurance information, and you can ask for a re-inspection.

He said that Blue Tarp programs are in effect and encouraged citizens to go register. Once you are approved by FEMA, you will be contacted. He warned that FEMA workers will not ask for money, only ID. FEMA will go door to door.

He took questions from the audience. An audience member asked if income will get them denied? Mr. Winfield responded to reapply if he gets denied.  Mr. Winfield took several question about the FEMA process and he encouraged citizens to stay after the meeting and speak with him and other FEMA representatives present.  Lastly, Mr. Winfield thanked the staff and commission.

### Item #9.  Update from Jay Moody the City's Accounting Consultant.  Mr. Moody gave
an update on the City's accounting. He has been coordinating expenses for the City, and submitted reimbursement forms. He is creating a new disaster recovery fund documentation for the City.

### Item #10. Approval of Resolution # 2018-10-23--002 Adopting a Local State of Emergency for Post Relief and Planning of Hurricane Michael.  City Manager White

**There was no workshop before the meeting.  Minutes from the October 23, 2018
Commission Meeting.   Page 4**

read resolution in its entirety. Mayor Anderson explained that at the last meeting the
Commission adopted a 7-day State of Emergency Resolution.  She wanted to extend State
of Emergency for another 7days.  It gives the Mayor continued authority to make decisions.
She said it has been her honor to serve. City Manager read the resolution in its entirety.
Mayor stated she anticipated this will be the last time for the state of emergency.

<div style="margin-left: 2em">

Motion by Commissioner Russell:  To approve Resolution # 2018-10-23---002
adopting a Local State of Emergency for post relief and planning of Hurricane
Michael.
Second to the motion: Commissioner Tinder.

</div>

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

<u>**Item 11.**</u>   Meeting Adjourned – 3:20pm

APPROVED THIS 30ᵗʰ October          DAY OF      Oct.          2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**There was no workshop before the meeting. Minutes from the October 30, 2018
Commission Meeting.   Page 1**

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, OCTOBER 30, 2018
### 2:00 P.M.

**Present:**      Margo Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Adam Albritton, City Attorney
Officer Michael Williams

**Item #1.  Call to order:**  By Mayor Anderson at 2:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Friend and the pledge
followed.

**Item #3.  Mayor's Report:**  Mayor Anderson asked to end the local state of emergency and
return to the City Manager form of government.  She stated it has been her honor and pleasure
to work beside the City Manager and staff.  She asked for a motion to end the local state of
emergency for the City.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Barnes | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

Mayor Anderson continued her report and expressed her sincere appreciation to the City
Manager, Police Department, Fire Department, she stated she was treated with the utmost
respect and it was her honor to stand in for them; a standing ovation was given. Mayor reminded
residents about Trunk or Treat on Oct. 31, 2018, at Sheffield Park from 5:30-7:30 pm, she
thanked Wal-Mart who donated over $6500 in costumes and an abundance of candy.  All
costumes have been given out. Pennsylvania Ave. will be closed.  There will also be a "Get out
To Vote" rally in Sheffield Park from 6-8 pm, to remind folks to vote.  It is a non-partisan event.
She has been working with Holland and Knight Law Firm, they have donated $50K of pro bono
work for the City.  They are also working to set up a Trust fund, but she will talk more about
this item later.  Thanksgiving Day there will be a "Hometown Thanksgiving Day" sponsored by
The City of Ponte Vedra and Publix they will be cooking for the entire community.  The Mayor
commended FEMA Director Q Winfield for the job he has done.

**Item #4.  Commissioner's Report:** Commissioner Tinder stated she had received lots of calls
from the residents on various issues and that also she would like to open her home up to a first
responder.
Commissioner Russell thanked all of the first responders and stated he has had calls responding
to the great job Lynn Haven is doing.

**There was no workshop before the meeting. Minutes from the October 30, 2018 Commission Meeting.   Page 2**

Commissioner Barnes stated he has had many phone calls also, and thanked the sanitation department. He also stated he had spoken to Brian Bullock, principal of Mosley High School. He has offered the Fine Arts Center for Commission meetings.

> Motion by Commissioner Barnes:  To hold Commission meetings in the Mosley High School Fine Arts Center until the City finds a permanent place.
> Second to the motion:  Commissioner Friend.

Mayor Anderson stated she would like to continue to meet every week through November 30th.

On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

Mayor stated that the Sheriff and Police Chief were will keep the curfew in effect until further notice and Lynn Haven will follow that curfew.

Commissioner Friend stated that he is working with residents and their issues.  He is amazed at the speed of recovering of Lynn Haven, much of this is owed to the Mayor and City Manager.

**Item #5.   City Manager's Report:**  City Manager White stated that it has been a pleasure working the Mayor and she deserved a huge thank you.  The City phones are still down.  First power, then internet and cable.   The City is working hard with Verizon.  817 Ohio Avenue Service Center opened today.  The City has a public adjuster, World Claim, who will also be working with our local insurance.  He recognized Greg Kidwell, Utilities Director, he has worked hard to get our water and sewer back up and running. He thanked Ben Janke, CRA Director for working with Lynn Haven businesses to help them get back up, Amanda Richard, Director of Planning and Permitting for handling all of the permitting and planning of business trying to work within our area, Police Department Chief Matt Reimer and Deputy Chief Ricky Ramie, Fire and Rescue, Chief John DeLonjay, and all of the administrative staff who have worked hard to keep the City functioning during this disaster.  He attended a great meeting on Monday with the State Economic Development Office, many businesses attended.  He will add another crew to help Sanitation with the pickup.  AshBritt and CrowderGulf have already picked up 220,000 cubic yards and hauled 800,000 and adding trucks daily.  He asked residents not to mix yard debris, with garbage and C&D.  Chips will be hauled away from Cain-Griffin Park.  He asked Chief Reimer to come up and recognized Jane Toth for her 18 years as a dispatcher.  She is retiring as of today.

**Item #6.   Attorney's Report:  No report.**

**Item #7.   Public Commentary:**  Mr. Bill Todd asked about provisions to take care of tree problems on the easement. City Manager stated that he is working with FEMA for a contract to come in and help on public property.

There was no workshop before the meeting. Minutes from the October 30, 2018
Commission Meeting.   Page 3

Item #8.      **PUBLIC HEARING: Opened: 2:32 PM:      Development Order
Approval – Commercial Retail Development at the intersection of Highway 389 and
Highway 390.** *Quasi-Judicial Hearing (no vote until item # 18).* Attorney Adam Albritton
stated this is a quasi-judicial hearing and all affected parties were sworn in by the City Attorney.
City Planner Amanda Richard and Jim Slonina were sworn in by the City Attorney. There were
no ex-parte communications by the Mayor/Commission.   City Planner Amanda Richard gave
background information on the development order, including a map of the parcel. She listed the
people involved, the agent is Jim Slonina, of Panhandle Engineering LLC. The Planning Board
did approve this.  Locations details included that the existing property is commercial, 9,000 sq. feet
commercial retail building.  Jim Slonina spoke and thanked everyone for the opportunity.

## PUBLIC HEARING CLOSED.2:43 PM

**OLD BUSINESS:  NONE**

**CONSENT AGENDA**
**Item #9.   Minutes: 10/30/2018 – Regular Meeting**

**NEW BUSINESS:**
**Item #10.    Approval of vendor for RFP HM-2018-001 for Disaster Recovery Consultant
Services.** City Manager explained to the Commission that we went through the bidding process
for a consultant who will help the City recover the funds from FEMA.  The proposer with the
highest score was Tetra Tech.  He asked that the Commission approved the selection
committee's recommendation.

            Motion by Commissioner Friend:  To approve as presented.
            Second to the motion:  Commissioner Russell.
On Vote:

            Friend              aye
            Russell             aye
            Friend              aye
            Tinder              aye
            Mayor Anderson      aye                  Motion passed: 5 -0

**Item #11.  Approval for the Mayor and the City Manager to advertise and select a
vendor in accordance with FEMA Procurement Policies for RFP HM-2018-002 for
Abatement and Demolition Services and Temporary Portable Buildings for the Police
Department, Chambers, City Hall and any other buildings needing work to continue
the operations of the City.** City Manager explained that several of the buildings have been
destroyed and will need to be demolished.  The City will need to put out an RFP according
to the guidelines of FEMA for reimbursements.  He also stated it is unknown what other
buildings will need to be demolished and land cleared so that the City can continue
operations.  He would like to expedite the process by giving he and the Mayor authority to
move forward after the bidding process.

**There was no workshop before the meeting.  Minutes from the October 30, 2018
Commission Meeting.   Page 4**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.
Attorney Albritton clarified that we will be in line with 200C CFR 320 FEMA and following the
City's procurement process.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Barnes | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #12.  Approval for the Mayor and City Manager to work with DEP to suspend
the loan/investment payments on the recently acquired State Revolving Funds(SRF)
to fix the water and wastewater line.**  City Manager White explained that DEP has offered
the City the option to push the water and wastewater loans back to 2020 without any
penalties or fees.  The question was posed does that include waving the interest rate?  City
Manager stated yes.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.
Mayor Anderson reiterated that this is not the half cents sales tax.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #13. Discussion of Utility Billing process for the City of Lynn Haven:**  City
Manager White explained that the City processes utility billing in-house.  All the equipment
is not up to par and some has been damaged.  He recommended that the City forego all rates
until November, including waving all late fees and no disconnect fees will take place until
January 1, 2019.
Commissioner Russell asked if bills could just be deferred for one month?  City Manager
White said this will give the City time to process and not allow the City to lose another
month of billing.  He stated the City would lose $462K per month if we don't bill.  Starting
November 15th; utility billing would begin again.  Bills will be run with as an estimate
charge for the one month.

**Item #14. Approval to use an application prepared by Holland and Knight Law Firm
as the basis for providing grants to Lynn Haven resident to pay their deductibles on
insurance policies for up to $5,000:**  Holland and Knight Law Firm has established a trust
fund in perpetuity.  The Mayor's daughter, Hillary and the Mayor met with the law firm
who has donated $50k in pro bono.  She would like permission to work with the firm to set

**There was no workshop before the meeting. Minutes from the October 30, 2018
Commission Meeting.   Page 5**

up a trust fund that would help Lynn Haven residents pay their deductibles. Hancock Bank
and local contractors have already donated, $35K and $10K respectively. The Mayor stated
she met with a corporation and asked for $5 million to start the trust fund to help Lynn
Haven citizens. Setting it up this way can help the citizens for years to come. It would be
100% tax deductible.  She just wanted to be able to move forward with this project.

> Motion by Commissioner Friend: To approve as presented.
> Second to the motion: Commissioner Tinder.

Commissioner Friend asked if there would be policies and procedures? Mayor Anderson
stated that Holland and Knight would write them and that she would use the application
that they have prepared. Commissioner Friend asked that the application be streamline and
not long.  Commissioner Friend asked where would or how could citizens donate?  Mayor
Anderson stated that a PayPal account will be set up on the City's website and that it would
go directly to Hancock Bank.  Commissioner Tinder wanted to know who would be
eligible?  Citizens? Businesses? Mayor Anderson stated both.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #15. Updates on the Financials for the City:** City Manager stated the City has not
received any bills for hauling yet. He stated that the City is doing well financially at the
moment. He is researching all state funds available and working with creditors and others.

**Item #16. Approval to grant the City Manager the authority to expedite the
administrative process for approval of residential and commercial construction:** City
Manager stated we have a lot of subdivisions in the permitting process. He asked the
Commission if they would allow him to loosen the regulations on builders and
developers. We would still follow the guidelines but move through the paperwork process
a little quicker. He would work with the City Planner to give builders and developers a little
more latitude.

> Motion by Commissioner Barnes: To approve as presented.
> Second to the motion: Commissioner Russell.

Commissioner Russell asked if homes would be required to still be up to code?  Yes, EPCI
would be still working with the City.  Janet Walker had an uneasiness about this item, and
wanted to know if the public would be notified what's going on when developing
property. City Manager stated yes.  Mayor Anderson reminded everyone that the
Commission would be meeting weekly if there were concerns or problems. Commissioner
Russell asked for a timeframe? City Manager stated until the first of the year.
Commissioner Tinder confirmed that this has nothing to do with the fuel deport. The
Commission asked that the motion be withdrawn and include the timeframe stated by the
City Manager.
Commissioner Barnes withdrew his first motion.

**There was no workshop before the meeting.  Minutes from the October 30, 2018**
**Commission Meeting.  Page 6**

Commissioner Russell withdrew his second.

      Motion by Commissioner Barnes:  To approve as presented with an end date of
      Jan. 1, 2019.

      Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #17. First reading of Ordinance # 1068 requesting a Small Scale Future Land Use**
**Map Amendment (SSA-18-7) - Low Density Residential to Mixed Use:**  City Manager
read Ordinance #1068 by title only.  This was the first reading.

**Item #18. Discussion and approval of the Development Order to construct a**
**commercial retail store at the intersection of Highway 389 and Highway 390.**

      Motion by Commissioner Friend:  To approve as presented.

      Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item 19.**  Meeting Adjourned – 3:20 pm

APPROVED THIS _____ 6 th _____ DAY OF _Navember_ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**There was no workshop before the meeting. Minutes from the November 6, 2018 Commission Meeting. Page 1**

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, NOVEMBER 6, 2018
### MOSLEY HIGH SCHOOL FINE ARTS CENTER
### 2:00 P.M.

**Present:**     Margo Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner
Michael E. White, City Manager
Adam Albritton, City Attorney
Officer Michael Williams

**Item #1. Call to order:** By Mayor Anderson at 2:00 PM.

**Item #2. Invocation/Pledge of Allegiance:** Invocation by Commissioner Barnes and the pledge followed.

**Item #3. Mayor's Report:** Mayor Anderson stated it was Day 27th after the storm and things continue to improve. Thanked everyone for a wonderful Halloween Night. It was more of a celebration with not one incident. She thanked all the businesses that contribute to help make the event possible, Walmart, over $6500 in costumes and candy. The Library staff was phenomenal in helping distribute all of more than 400 costumes to residents, the get out and vote rally was very successful Sunday in Sheffield Park, there will be a Back to School Bash, Nov. 11 form 12-4 pm in Sheffield Park. This is being sponsored by the Bay District School and City of Lynn Haven, Winter Wonderland in Sheffield Park, Nov. 17 from 9 a.m. – 3 p.m. Hometown Thanksgiving will be organized by Hilary Keeley, along with Publix, the City of Ponte Vedra and other corporate sponsors. FEMA will fund, campers, RV, trailers, on the owner's property and not on trailer parks or land which the City does not own. This will work for the City.

> Motion by Commissioner Friend: To excuse Commissioner Dan Russell from the Commission meeting.
> Second to the motion: Commissioner Barnes.

On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

Mayor thanked Commissioner Russell for being readily available during the storm and helping out so much.

**Item #4. Commissioner's Report:** Commissioner Tinder stated she was still fielding calls from citizens. She stated the City has $24 million in insurance to cover City buildings.

Commissioner Barnes stated that he would like to see the street signs back up. The City has done a great job of getting the streets and roads back in order.

Commissioner Friend stated the Halloween event was amazing and thanked everyone for making it a success. He thanked permitting and planning for handling all of the permitting issues. He also thanked the City for cleaning up the cemetery and getting signs back up so fast.

**There was no workshop before the meeting. Minutes from the November 6, 2018 Commission Meeting.   Page 2**

Mayor Anderson commented that all of the yard signs are being addressed after the elections. She also thanked Gloria Thompson and Amanda Richard for permitting

**Item #5.  City Manager's Report:** City Manager White thanked the staff for working so many hours after the storm to get the City back up and running.  We are slowing getting back to some normalcy.  Halloween was a huge success on so many levels.  It was very important to our residents.  He stated you could see the sense of joy and relief on their faces.  Everyone that attended had a great time.  The City is working on the utility billing; residents should receive them first bill around November 15.  We are still working on debris removal and working with the insurance companies and signage.  Permitting has been very crucial, we are encouraging contractors and citizens to contact EPCI.  The City has made huge strides to pick up household garage, and remove debris off the sides of the roads.  The haulers have finished the first debris pass, we are at 75% complete.  But there will be second and third passes.

**Item #6.  Attorney's Report:  No report.**

**Item #7.  Public Commentary:** Janet Walker had two questions.  She asked City Manager about removal of the first pass of debris and was this City or FEMA funds be used.  City Manager explained that the City is not finish.  There will be second and third passes.  The funds being used for the hauling and clearing of debris is from both the City and FEMA.  Ms. Walker also questioned how the City would get the word out when the grant money to help pay deductibles is available.  Mayor Anderson stated that the City will use every means necessary to get the word out.  The Mayor also stated that she recognized that everyone does not have access to internet or are on Facebook but stated that everyone will have an opportunity to apply and know when the grant money is available.  A Lynn Haven couple stated that their house was demolished doing the storm and will have to be rebuilt.  According to the City's code that was passed a few months ago, if they attempt to build their house back to original form, at 33ft wide, they will not be able to rebuild their house and would possibly have to move somewhere else.  Mayor Anderson stated she would defer to the City Attorney, but the City Manager asked if they couple would stay after the meeting so that he could get all of the details.  He assured the coupled they would work something out.

**OLD BUSINESS:  NONE**

**CONSENT AGENDA**
**Item #8.   Minutes:  10/30/2018 – Regular Meeting**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**NEW BUSINESS:**

**There was no workshop before the meeting.  Minutes from the November 6, 2018 Commission Meeting.   Page 3**

**Item #9.    Approval of Resolution #2018-10-724 approving the First Amendment to the Joint Participation Agreement between The State of Florida Department of Transportation and the City of Lynn Haven.**  City Manager explained to the Commission that this project is funded by FDOT.  They made an amendment to the first agreement the City sign, and this is just stating that we agree with the first amendment

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Tinder.
On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #10.  Approval of Notice of Award to Phoenix Construction for the 17ᵗʰ Street Ditch Project.**

Motion by Commissioner Barnes:  To approve as presented.
Second to the motion:  Commissioner Tinder.
Mr. Walker questioned the project and confirmed it was the 17ᵗʰ Street Ditch project.
Commissioner Friend commented that it was refreshing to see the City doing business and making things happen even in the mist of trying to get back to normalcy.
On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #11. Approval of Resolution #2018-11-725 temporarily allowing for all plats to be reviewed by the City Manager and Planning and Development Director increasing the threshold in the ULDC for Planning Commission review until January 1, 2019.**
City Manager White read the resolution by title only.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Tinder.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #12. Approval of Addendums #2 to contract RFP 12/13-2 for Ashbritt, Inc. and CrowderGulf for Disaster Debris Removal and Disposal Services using the same rate as the County for C & D Compaction materials and release the second phase of the contract to pick up C&D materials:**  This item was removed from the agenda.

**There was no workshop before the meeting.  Minutes from the November 6, 2018**
**Commission Meeting.   Page 4**

**Item #13. First reading of Ordinance #1069 Amendment to Section 10.02.00. notice**
**requirements of the City of Lynn Haven Unified Land Development Code (ULDC):**
This item was removed from the agenda.

**Item #14. Adjourn.**   Meeting Adjourned – 2:30 pm

APPROVED THIS _____13th_____ DAY OF _November_ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

There was no workshop before the meeting. Minutes from the November 13, 2018
Commission Meeting.   Page 1

**SPECIAL CITY COMMISSION MEETING MINUTES**
**TUESDAY, NOVEMBER 13, 2018**
**MOSLEY HIGH SCHOOL FINE ARTS CENTER**
**2:00 P.M.**

**Present:**     Margo Anderson, Mayor
                Rodney Friend, Mayor Pro Tem/Commissioner
                Antonius G. Barnes, Commissioner (Absent)
                Dan Russell, Commissioner
                Judy Tinder, Commissioner
                Michael E. White, City Manager
                Adam Albritton, City Attorney
                Officer Michael Williams

**Item #1.  Call to order:** By Mayor Anderson at 2:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Friend and the pledge
followed.

**Item #3.  Mayor's Report:** Mayor Anderson stated there are lots of exciting things going on
in Lynn Haven. Saturday Winter Wonderland and Thursday Thanksgiving Dinner from 2-4 pm
with Todd Herendeen. Publix is the food sponsor and she received another donation from St.
Joe Foundation.  She meets weekly with FEMA, the City has agreed to allow citizens to have
trailers to park on their own property.  She has adopted a pet "Buddy" from the City's Animal
Shelter.
Mayor thanked Commissioner Russell for being readily available during the storm and helping
out so much.

**Item #4.  Commissioner's Report:** Commissioner Tinder had no report.
Commissioner Russell stated he continues to be amazed by the Lynn Haven citizens and
employees. Everyone is doing a great job.
                Motion by Commissioner Russell:  To excuse Commissioner Antonius Barnes
                from the Commission meeting.
                Second to the motion:  Commissioner Friend.
On Vote:

|              |     |                    |
|--------------|-----|--------------------|
| Russell      | aye |                    |
| Friend       | aye |                    |
| Tinder       | aye |                    |
| Mayor Anderson | aye | Motion passed: 4 -0 |

Commissioner Friend complimented the City and employees on how the trash is being removed
so quickly.

**Item #5.  City Manager's Report:** Before the City Manager's report, Mayor Anderson stated
how pleased she was with the City Manager and the job he has done to get the City back up and
running.  The City Manager reported the removal of debris is going well.  Ashbritt brought in
four more trucks.  The City sent out letters to the state to get more funding.  He has been working
with World Claim Insurance adjusters on the City Buildings.  He is also working on future plans
for the City.  Pasco County lent the City their trailer for use.

There was no workshop before the meeting.  Minutes from the November 13, 2018
Commission Meeting.   Page 2

**Item #6.   Attorney's Report: No report.**

**Item #7.   Public Commentary:** Brad Yount stated the building codes are not adequate.  After
going through Hurricane Michael and 300 million in repairs the City should make an effort to
pass an ordinance raising the building standards.  Consider elevating the building standards.
Mayor Anderson stated that most of the building repairs have begun and she not sure an
Ordinance will fix all of the problems.
Commissioner Friend stated that Ordinances should not include restrictions that will bring on
hardships.  Maybe have a start and stop date.  Janet Walker asked were the FEMA trailers going
to be self-contained?  Mayor Anderson stated yes.  Secondly, she inquired as to how a citizen
gets on the list for trailers?  The property owner will need to get a permit and FEMA must
approve citizens for housing assistance.  Rob Jackson thanked the City for all of the hard work
they've done to get things up and running.  He also personally wanted to increase the Employee
of the Month and Supervisor of the Quarter monetary gift that is given to the employees.  He
stated he would prepare something and get it to be approved by the Commission.  The entire
Commission thanked him.

**Item #8.   PUBLIC HEARING: OPENED at 2:20 PM;** Final reading of Ordinance # 1068 -
Small Scale Future Land Use Map Amendment (SSA-18-7) – Low Density Residential to Mixed
Use.   City Manager read the ordinance by title only.   City Planner Amanda Richard gave
background information on the Ordinance. Janet Walker questioned why there has not been any
signage posted on this issue.  Ms. Richard stated that signage had been on the property but was
probably blown away during the storm.  She also reminded Ms. Walker for this FLUM it is not
a requirement.
**PUBLIC HEARING CLOSED 2:24 PM.**

**OLD BUSINESS:  NONE**

**CONSENT AGENDA**
**Item #9.   Minutes: 11/13/2018 – Regular Meeting**
      Motion by Commissioner Russell:  To approve as presented.
      Second to the motion:  Commissioner Friend.
On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**NEW BUSINESS:**
**Item #10.   Approval of Ordinance #1068 Small Scale Land Use Map Amendment (SSA-18-7) from Low Density Residential to Mixed Use.**
      Motion by Commissioner Russell:  To approve as presented.
      Second to the motion:  Commissioner Friend.
On Vote:
      Russell      aye

**There was no workshop before the meeting.  Minutes from the November 13, 2018
Commission Meeting.   Page 3**

|            |     |                    |
|------------|-----|--------------------|
| Tinder     | aye |                    |
| Friend     | aye |                    |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #11.  Approval of final plat for the subdivision known as Camryn's Crossing
Phase II.**  Amanda Richard **stated** this subdivision is 24.49 acres Preliminary plat was
approved in 2016 by the Commission and 2017 by the Board.

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion: Commissioner Friend.

Brad Yount has a problem with the drainage swell.  He sees the same problem with Camryn's
Crossing.  He suggested a drain pipe instead of a drain swell.  Chris Forehand, City engineer stated
that there are easements, where the fences are not allowed.
On Vote:

|            |     |                    |
|------------|-----|--------------------|
| Russell    | aye |                    |
| Friend     | aye |                    |
| Tinder     | aye |                    |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #12.  Approval of Commission Meeting dates for December the 4th and 11th, 2018.**
City Manager White presented dates for the remainder of the year.  After some discussion
Mayor Anderson asked if the Commission would consider, meeting November 27, and
December 4 and if necessary at the December 4th meeting decide if the Commission would
need to meet again in December.

> Motion by Commissioner Friend:  To meet November 27 and December 4th and
> decide at the December 4th meeting if another meeting is needed for December.
> Second to the motion: Commissioner Russell.

On Vote:

|            |     |                    |
|------------|-----|--------------------|
| Friend     | aye |                    |
| Russell    | aye |                    |
| Tinder     | aye |                    |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #13.  Approval of Subaward agreement No. 2018-R03 between Bay County and
the City of Lynn Haven for the improvements for Porter Park through the RESTORE
Act Funds:**   City Manager explained these were funds for the improvements for Porter
Park.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion: Commissioner Russell.

On Vote:

|            |     |                    |
|------------|-----|--------------------|
| Friend     | aye |                    |
| Russell    | aye |                    |
| Tinder     | aye |                    |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**There was no workshop before the meeting.  Minutes from the November 13, 2018 Commission Meeting.   Page 4**

**Item #14.  Authority to approve Addendum #2 to the contract for RFP 12/13-2 for Ashbritt, Inc. and/or CrowderGulf for Disaster Debris Removal and Disposal Services using the same rate as the County for C & D Compaction materials, and release the second phase of the contract to pick up C&D materials:**  City Manager explained the first phase was to push the debris off the side of the road.  The second phase was pick up debris and continue to push as well.  The third phase of the clean-up is to haul the debris to one of disposal sites for chipping.  They are picking up all household items except appliances.

|  |  |  |
|---|---|---|
| | Motion by Commissioner Friend:  To approve as presented. | |
| | Second to the motion:  Commissioner Russell. | |

On Vote:

| | | | |
|---|---|---|---|
| Friend | aye | | |
| Russell | aye | | |
| Tinder | aye | | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #15.  Adjourn.**   Mayor Anderson again thanked the citizens of Lynn Haven and employees for a job well done.  Meeting Adjourned – 2:40 pm

**APPROVED THIS**_____ 27th _____ **DAY OF** _November_ 2018.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**There was no workshop before the meeting. Minutes from the November 27, 2018 Commission Meeting. Page 1**

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, NOVEMBER 27, 2018
### MOSLEY HIGH SCHOOL FINE ARTS CENTER
### 2:00 P.M.

**Present:**     Margo Anderson, Mayor
              Rodney Friend, Mayor Pro Tem/Commissioner
              Antonius G. Barnes, Commissioner
              Dan Russell, Commissioner
              Judy Tinder, Commissioner (Absent)
              Michael E. White, City Manager
              Adam Albritton, City Attorney
              Officer Kaitlyn Anglin

**Item #1. Call to order:** By Mayor Anderson at 2:00 PM.

**Item #2. Invocation/Pledge of Allegiance:** Invocation by Mr. Leon Miller and the pledge followed.

**Item #3. Mayor's Report:** Mayor Anderson thanked everyone who helped make Hometown Thanksgiving a success. It was a great fellowship. She also thanked Publix for all of the food and the City employees for their help in carving the turkeys. The toy drive begins Nov. 27 thru Dec. 7. The City will distribute the toys Dec. 12-14 from 12-7 pm. Todd Terrell with Cajun Navy wants to adopt two schools to give every child at the adopted schools a coat. Lynn Haven Elementary is one of the schools, and she is just waiting on the superintendent for the other school name. The City's Christmas Tree Lighting is December 7, Christmas Parade, Dec. 8. She received a letter from the Popeye's' Foundation stating they will be donating $25K, Lynn Haven is one of the first City the foundation has donated to. Mayor read the letter. She met with the City Manager and discussed the trash pickup and debris removal from the City. She is being bombarded with phone calls from the citizens with complaints about trash and the smell of trash. She stated she is not happy with the removal process; she doesn't see where a lot has been done. She did receive a letter from the Health Dept. stating that the City needs to get the trash removed. She stated she wants it cleaned up immediately.

> Motion by Commissioner Friend: To excuse Commissioner Judy Tinder from the Commission meeting.
> Second to the motion: Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #4. Commissioner's Report:** Commissioner Russell stated he had no report except residents are complaining about Comcast and WOW not being up and running.
Commissioner Barnes stated he has also received calls about the removal of debris and is not pleased with the progress. He stated there has to be a better way to move trash and debris out of the neighborhoods.

**There was no workshop before the meeting. Minutes from the November 27, 2018 Commission Meeting.   Page 2**

Commissioner Friend echoed the concerns of Mayor and Commissioner Barnes.  He stated that people's emotions are high and they are just tire of looking at it.  He thanked the Mayor and her daughter Hillary for a wonderful Thanksgiving meal.  The event was awesome!

**Item #5.   City Manager's Report:_**  City Manager White addressed the concerns of the Commission about the debris pick up.  He stated he had a plan that will get the result the citizens are looking for.  He stated his plan should rectify the problem in a couple of week.  He will be meeting with the haulers after the Commission meeting.

**Item #6.   Attorney's Report: No report.**  Mayor Anderson stated that City Attorney Adam Albritton donated $1,000 to help with the toy drive.  She and the Commission thanked him.

**Item #7.   Public Commentary:**  Rich Walker stated his concern was the paving of the streets. He felt the half cents sales money has not paved enough streets including the alleyways, in which he said he brought up to the Commission several months ago.  He requested that he alleys be put on the paving project with the half cents sales tax money and make them a priority.  Demetria Clark with SBA and Disaster Assistance introduced herself.  She stated she would be working with Lynn Haven and Panama City Beach on long-term SBA loans.  She said she is here to help if anyone needed her.  Shelly Berry posed the question with the 17th Street Ditch Project will the ditch be closed or will there be pipes placed there.  Brad Harris, one of the engineers on this project stated yes there are pipes already under the ditch at the moment, they are just covered up, and yes drain will be cleaned.

Mayor Anderson injected more of her Mayor's report.  She stated that traveling to the meetings at Mosley are a little inconvenient to everyone.  She also felt the City was impeding on the school's drama classes.   She asked for motion to move the meetings back to Lynn Haven Elementary School Media Center.

Commissioner Barnes asked when would the Commission go back to it's regular scheduled meetings?  He also stated he likes the meetings at Mosley and didn't see a problem with the meeting being at Mosley.

Commissioner Russell commented that he actually liked meeting at Lynn Haven Elementary school as well.  It just seemed more easily accessible for everyone.

> Motion by Commissioner Russell:  To move the Commission meetings back to Lynn Haven Elementary School in the Media Center.
> Second to the motion: Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Barnes | nay | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #8.      PUBLIC HEARING: Final Plat Approval for the Andrew's Plantation Subdivision. OPENED at 2:27 PM:** City Manager White read the background on the plat. Mayor Anderson asked for comments from the Commission and public and there were not any.
**PUBLIC HEARING CLOSED 2:29 PM.**

   DEF'S EX 54_137

**There was no workshop before the meeting.  Minutes from the November 27, 2018 Commission Meeting.   Page 3**

**OLD BUSINESS:  NONE**

**CONSENT AGENDA**
**Item #9.   Minutes:  11/13/2018 – Regular Meeting**
    Motion by Commissioner Russell:  To approve as presented.
    Second to the motion:  Commissioner Friend.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**NEW BUSINESS:**
**Item #10.   Approval of Gift Agreement between Robert C. Jackson and Cheri A. Boyle, and The City of Lynn Haven, Florida to establish Restricted Funding for City of Lynn Haven Employees.**  City Manager White commented that these funds were donated by Rob Jackson and his wife Cheri to help increase the amount of money given to the employee of the month and the supervisor of the quarter.
    Motion by Commissioner Barnes:  To approve as presented.
    Second to the motion:  Commissioner Russell.
On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Russell | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

Mayor Anderson thanked Rob Jackson and Cheri Boyle for a very generous jester.

**Item #11.  Discussion of documents and possible action on the City of Lynn Haven Trust Fund.**   Mayor Anderson stated that there is currently 80K in the Trust Fund.  She stated that Dec. 4th is the target date to sign into effect the Trust Fund application process.  She stated there is some criteria to qualify, including looking at the applicant's socioeconomic status, applicants have applied for FEMA, be a resident of Lynn Haven.  The application will be very short and they will hopefully be available December. 5th.  It is the goal to approve $1000 check to families as the first round before Christmas.  The Trust Fund is perpetual and will always benefit the community.  There was no action taken on this item.

**Item #12. First reading of Ordinance #1066 Voluntary Annexation into the City limits of Lynn Haven this property on behalf of the property owners, James T. Mowat Etal, Co-Trustee.**   City Manager White read the Ordinance by title only. This was the first reading no action was taken.

**Item #13.  Approval of the Preliminary Plat for the Parkview Townhomes development. *(Quasi- Judicial Hearing)*:** Attorney Adam Albritton stated this is a quasi-judicial hearing and all affected parties will need to be sworn in.  There were none. There were no ex-parte communications by the Mayor/Commission.

  DEF'S EX 54_138

**There was no workshop before the meeting. Minutes from the November 27, 2018 Commission Meeting. Page 4**

        Motion by Commissioner Friend:  To approve as presented.
        Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #14. Approval of a Development Order to construct 50 Parkview Townhomes located on East 17 Street. _(Quasi- Judicial Hearing)_:**  Attorney Adam Albritton stated this is a quasi-judicial hearing and all affected parties will need to be sworn in. There were none. There were no ex-parte communications by the Mayor/Commission.

        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  Commissioner Barnes.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Barnes | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #15. Approval of the Final Plat for the Andrew's Plantation Subdivision.**
        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #16. First reading of Ordinance #1067 a proposed Large Scale Future Land Use Map (FLUM) Amendment.**   City Manager White read the Ordinance by title only.  This was the first reading no action was taken.

**Item #17. Presentation by Ben Lee of Hancock/Whitney Bank on the City's Hurricane Michael Trust Fund.**  Hancock/Whitney Bank presented the City of Lynn Haven with a $35,000 check for the Hurricane Michael Disaster Relief Trust fund.  The Commission thanked Mr. Lee and Hancock/Whitney for their generosity.

**Item #18.  Adjourn.**

There was no further business and the meeting was adjourned at 2:43 p.m.

        DEF'S EX 54_139

**There was no workshop before the meeting. Minutes from the November 27, 2018 Commission Meeting.   Page 5**

APPROVED THIS_____4 th_____ DAY OF __December__ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**There was no workshop before the meeting.  Minutes from the December 4, 2018 Commission Meeting.   Page 1**

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, DECEMBER 4, 2018
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 2:00 P.M.

**Present:**  Margo Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner (Absent)
Michael E. White, City Manager
Adam Albritton, City Attorney
Officer Kaitlyn Anglin

**Item #1.  Call to order:**  By Mayor Anderson at 2:00 PM.

**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Mr. Leon Miller and the pledge led by Ms. Bowers third grade class.

**Item #3.  Mayor's Report:**  Mayor read the proclamation for Wreaths Across America.  The event will be December 15th at Mt. Hope Cemetery and Lynn Haven Community Cemetery. Ms. Vickers received the proclamation.  Jay Moody donated a check in the amount $2K for the Hurricane Relief Fund.  Mayor stated she has spent time with residents, commented that debris removal is moving much quicker and she is pleased.  She met with the City Manager and attorney about FEMA and collection of funds.  The toy drive begins Nov. 27 thru Dec. 7.  The City will distribute the toys Dec. 12-14 from 12-7 pm.  The City's Christmas Tree Lighting is December 7, Christmas Parade, Dec. 8.

**Item #4.  Commissioner's Report:**  Commissioner Russell stated he had no report except residents are complaining about permitting and planning.
Commissioner Barnes stated as he rides around the City that things are looking better.
Commissioner Friend echoed the concerns of Mayor and Commissioner Barnes.  He thanked the City staff, City Manager, Deputy City Clerk, Vickie Gainer and Kathryn Gay for helping him with the flier for De Tour of Bikes.  The event is December 10 at 6:00 p.m.  they will be giving away helmets at 5 p.m. and taking the bike ride on a predetermined route.  He invited everyone to come out and attend.

**Item #5.  City Manager's Report:**  City Manager White gave an update on the debris pickup. They are picking up more C&D Construction.  As of today, 831K, 824 cubic yards in 45 yards and 18,050 loads of debris.

**Item #6.  Attorney's Report:  No report.**  No report.

**Item #7.  Public Commentary:**  Janet Walker questioned since the City moved the meeting place from Mosley, did it impact the public hearing.  Amanda Richard stated that no, because she put up signs on the door to inform them. City Attorney stated that that was sufficient enough to move forward.  Her next question was about the amount of money being spent to remove the debris. Mayor Anderson gave explanation. She stated she wanted to work with all governmental officials so that FEMA will reimburse the City at 100%.  This was a horrible disaster, but right

**There was no workshop before the meeting. Minutes from the December 4, 2018 Commission Meeting. Page 2**

now the City does not need to rush into taking out bonds or loans. Mr. Miller was concerned that the trucks are picking up debris in spots, but not getting all of it. City Manager reassured that everything is going to be picked up. It sometimes depends on the kind of debris and the amount. Another resident asked about contractors and their removal of trash. Mr. Rich Walker questioned the official designation of Hurricane Michael being a CAT 4 or CAT 5. If it was a CAT 5 hurricane resident's deductible are waived is his understanding.

James Dean was seeking information on Ridge Vents. Mayor Anderson stated she would get back with him on this. Arlene Harris commented that Lynn Haven's City Staff and Commission are doing a great job and keep up the good work. She also wanted to know the update on the drainage behind Roberts Hall. Mayor stated this is work in progress. Another resident thanked the first responders, Ben Janke and everyone at Lynn Haven.

A resident stated that there is a lot next to her house on 12th Street that has three very tall trees. 1115 Iowa Ave. She stated stumps are in the road and will the owners be notified to remove them. City Manager stated the City has completed the paperwork with FEMA to be able to go on private property and remove trees and stumps so that the City can be reimburse for this.

Motion by Commissioner Russell: To move the Commission meetings back to Lynn Haven Elementary School in the Media Center.
Second to the motion: Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Barnes | nay | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #8.   PUBLIC HEARING: Final reading of Ordinance #1066 Voluntary Annexation into the City limits of Lynn Haven this property on behalf of the property owners, James T. Mowat Etal, Co-Trustee. OPENED at 2:37 PM:** Amanda Richard gave some background information on this property. It is 10.9 acres in size and located in unincorporated Bay County. City Manager read the ordinance #1066 by title only. No action was taken on this item until Item #11.

**PUBLIC HEARING CLOSED 2:38 PM.**

**Item #9.   PUBLIC HEARING: Final reading of Ordinance #1067 a proposed Large Scale Future Land Use Map (FLUM) Amendment. OPENED at 2:38 PM:** Amanda Richard gave background information. She stated this is amending the FLUM for the property from residential to industrial in the City of Lynn Haven. City Manager White read the ordinance by title only.

**PUBLIC HEARING CLOSED 2:39 PM.**

Mayor Anderson asked the Commission for a motion to excuse Commissioner Tinder.
Motion by Commissioner Friend: To approve as presented.
Second to the motion: Commissioner Barnes.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Barnes | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

There was no workshop before the meeting.  Minutes from the December 4, 2018
Commission Meeting.   Page 3

## CONSENT AGENDA
### Item #10.   Minutes:  11/27/2018 – Regular Meeting
           Motion by Commissioner Friend:  To approve as presented.
           Second to the motion:  Commissioner Russell.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

## OLD BUSINESS:
### Item #11.  Final reading of Ordinance #1066 Voluntary Annexation into the City limits of Lynn Haven this property on behalf of the property owners, James T. Mowat Etal, Co-Trustee.
           Motion by Commissioner Friend:  To approve as presented.
           Second to the motion:  Commissioner Barnes.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Barnes | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

### Item #12.  Final reading of Ordinance #1067 a proposed Large Scale Future Land Use Map (FLUM) Amendment.
           Motion by Commissioner Barnes:  To approve as presented.
           Second to the motion:  Commissioner Russell.
On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Russell | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

### Item #13. Discussion and action on the application for the residents' grant from the Hurricane Relief Trust Fund and finalization of documents.   Mayor Anderson explained that the Hurricane Relief Fund is now at $89K.  The incorporation documents were file by Holland and Knight.  The Application has been vetted by our City Attorney and City Manager.  If approve, residents can come in pick up an application, fill it out and turn it in person.  The application will be available online.  The goal is to help 75 families with an award $1000 to each of the families totaling $75K.  She stated she wanted to make sure we meet the needs of those in the most dire situation and are Lynn Haven residents.
           Motion by Commissioner Friend: To approve as presented.
           Second to the motion:  Commissioner Russell.
Janet Walker asked was it first-come-first serve?  No, the Mayor stated.  She would like to serve as many people as possible, but the ones who need it the most.  The City Manager and Deputy City Clerk will be going through the applications and selecting the 75 families.  Mr. Miller asked why

**There was no workshop before the meeting.  Minutes from the December 4, 2018 Commission Meeting.   Page 4**

not have some citizens on the committee.  Someone asked how do we donate.  The Mayor stated through PayPal, Vemo etc...

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

Mayor Anderson wished everyone a Merry Christmas.

**Item #14.  Adjourn.**

There was no further business and the meeting was adjourned at 2:50 p.m.

APPROVED THIS_____11ᵗᵃ_____ DAY OF _De eem Dey_ 2018.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

There was no workshop before the meeting.  Minutes from the December 11, 2018 Commission Meeting.  Page 1

## CITY COMMISSION MEETING MINUTES
## TUESDAY, DECEMBER 11, 2018
## LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
## 2:00 P.M.

**Present:**     Margo Anderson, Mayor
                Rodney Friend, Mayor Pro Tem/Commissioner
                Antonius G. Barnes, Commissioner (Absent)
                Dan Russell, Commissioner
                Judy Tinder, Commissioner
                Michael E. White, City Manager
                Adam Albritton, City Attorney
                Officer Kaitlyn Anglin

**Item #1.  Call to order:**  By Mayor Anderson at 2:00 PM.

**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Mr. Leon Miller and the pledge followed.

**Item #3.  Mayor's Report:**    Mayor thanked John Cannon for the use of the school.  Cajun Navy delivered coats to Lynn Haven, Parker and Patterson Elementary Schools, and she thanked them.  She delivered the trust fund paperwork to Holland and Knight in Jacksonville.  Jan 8, 2019 Mayor Anderson will be meeting with major federal, state and local officials to ask FEMA for money upfront instead of waiting for reimbursements. She stated that all City officials want to stand united. The Christmas Tree Lighting, Parade, Lynn Haven Toy giveaway were all a huge success.  She gave a big thank you to David Horton, Community Services Director, Kaylee Gardener and Kathryn Gay.   The first shop night was December 10th, but the City had to purchase more toys. She shopped for toys for the Toy Drive and thanked everyone for their donations.  Over $23K was donated.  News Channel 7 sponsored a concert in Sheffield Park, filming and rebroadcast on Christmas and Christmas Eve.   The Mayor stated she was also nominated to be on the Florida League of Cities Board.  She asked for a motion to excuse Commissioner Barnes.

>          Motion by Commissioner Friend: To excuse Commissioner Barnes.
>          Second to the motion:  Commissioner Tinder.

On Vote:

|  |  |  |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

She also reminded everyone today's meeting was the last meeting of the year.  The City will go back to its regular schedule meetings on the second and fourth Tuesdays of each month.

**Item #4. Commissioner's Report:**  Commissioner Friend stated he attended the TPO meeting and nominated again for the MPOAC.  Tour De Lights events was a success.  They gave away a lot of helmets.

Commissioner Russell attended and participated in Shop Night with his daughter and City employees.  He is till fielding questions from businesses about office space.  The 26th Street duplex with a resident still living there has a problem.  She is still living in the duplex, but her neighbor has abandoned his side.  These are issues that we will have to address and think outside

**There was no workshop before the meeting.  Minutes from the December 11, 2018 Commission Meeting.   Page 2**

of the box.  Issues of this nature will continue different problems with different solutions, either way "it sucks."

Commissioner Tinder echoed the fielding of calls.  Most residents don't have internet and she stated that she herself did not have internet and that was the reason she missed the last meeting.

Mayor Anderson stated that she wanted to add to her report that the wildlife is also a big concern, mainly because there the small birds don't have trees to nest in, this makes them prey to the large birds.  Maybe the City could have bird houses put up.

**Item #5.  City Manager's Report:**  City Manager White stated C&D 49/50 trucks picking up and 30-40 trucks hauling away.  He is working with businesses to make sure they have the necessary tools to stay in Lynn Haven.  Come January he will bring some ideas to the Commission for businesses development and so that the City can ensure the businesses that were affected by the Hurricane will stay.  The golf course at the Country Club is moving forward, a new clubhouse will be built as well.

**Item #6.  Attorney's Report:  No report.**  No report.

**Item #7.  Public Commentary:** Keith Russell of Russell Bros., LLC spoke.  He gave some background on his business.  He has been in the roofing business since 2005, he relocated to Bay County from Orlando.  He stated that on November 4 he received his blue card from the City.  But he never received any calls from prospective residents.  On December 7th he discovered that his name was not on the list of approved contractors that could work in Lynn Haven.  He was not happy with the response he received from the employees in permitting and planning.  Mayor Anderson apologized to Mr. Russell and stated she would schedule a meeting with him to discuss his concerns.

Rich Walker commented that when residents begin to rebuild there needs to be stricter building codes.  He stated the City needs to take a strong look at the codes in place.  Mayor Anderson commented that yes, mistakes have been made, but this is day 61 after the storm and many residents have already begun rebuilding.  It would be hard to go back and require residents to have stricter building codes.  The Commission will look at some of the ordinances.  It has been a very long unprecedented time for us.

Mr. Leon Miller asked City Manager White what is the status on the 17th Street turn signal?  City Manager White stated the City is still waiting on FDOT's approval.

Brad Yount inquired about the recycling bins, he wanted to know where are they located.  City Manager stated that right now Bay County cannot service recycling because of the storm.

A resident spoke on behalf of Russell Bros., and stated they did a good job on her house and were very reliable.

## CONSENT AGENDA
**Item #8.  Minutes:  12/11/2018 – Regular Meeting**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

       DEF'S EX 54_146

**There was no workshop before the meeting. Minutes from the December 11, 2018 Commission Meeting.   Page 3**

<u>**OLD BUSINESS:  NONE**</u>

<u>**NEW BUSINESS:**</u>

<u>**Item #9.  Approval of the seventy-five selected applicants for the Disaster Relief Grant Fund.**</u>  City Manager White gave an update on the process and selection of applications. 557 applications have been submitted.  The Commission was given the list of the addresses for the 75 selected grantees. He thanked Mayor Anderson for all of her hard work. Mayor Anderson thanked everyone for their hard work. It is her desire to be able to able to serve everyone who submitted an application.   She is grateful that 75 families with this award of $1000 will be helped.  As money continues to be donated, more families with needs will be awarded.

Commissioner Friend suggested Mayor Anderson passing the gavel so that she could make the motion. Mayor Anderson asked Commissioner Friend to go ahead to make the motion.

> Motion by Commissioner Friend:  To approve the 75 selected applications for $1000.
>
> Second to the motion:  Commissioner Tinder.

Mr. Leon Miller questioned whether the current applications be deleted.  No was the answer. On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

Mayor Anderson wished everyone a Merry Christmas and at 10 am On Wednesday, December 12 the checks will be given out at Sheffield Park.

<u>**Item #10.  Adjourn.**</u>

There was no further business and the meeting was adjourned at 2:40 p.m.

**APPROVED THIS**_____8th_____ **DAY OF** _____January_____ 2019.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

There was no workshop before the meeting.  Minutes from the January 08, 2019
Commission Meeting.  Page 1

CITY COMMISSION MEETING MINUTES
TUESDAY, JANUARY 8, 2019
LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
4:00 P.M.

Present:        Margo Anderson, Mayor
                Rodney Friend, Mayor Pro Tem/Commissioner
                Antonius G. Barnes, Commissioner
                Dan Russell, Commissioner
                Judy Tinder, Commissioner
                Michael E. White, City Manager
                Adam Albritton, City Attorney
                Officer Kaitlyn Anglin

Item #1.  Call to order:  By Mayor Anderson at 4:00 PM.
Item #2.  Invocation/Pledge of Allegiance:  Invocation by Mr. Leon Miller and the pledge
followed.

Item #3.  Mayor's Report:   Mayor Anderson thanked several businesses that had contributed
to the HM Disaster Relief Fund, Marshall Brothers, $25k, Jimmy Williams, $5K and CVS, $5K.
She also thanked Mr. James Finch for his generous $50K donations for the playground at
Sheffield Park.  She stated she would continue to advocate for Hurricane Michael status at a
Category 5 storm instead of a Category 4.  She stated that she has read the Stafford Act and it
clearly states that a storm of this magnitude has the possibility to be classified as Category 5
storm by the President. She recognized a new business in Lynn Haven, Lighting by Lavone and
stated that she is happy new businesses are opening up in Lynn Haven.  She met with Will
Kendrick and George Gainer on the reimbursement process being so long.  Hopefully, the
process can be expedited.  She thanked the accounting consultants for helping the City meet the
requirements for FEMA reimbursement, she met with the City Manager and City Staff on
events, and attended several other meetings.

Item #4.  Commissioner's Report:   Commissioner Tinder stated she did not have much to
report, but did say that a resident complained about the water overflowing in her grass.
Commissioner Russell stated he has heard complaints about zoning and flooding issues, but
thanked the staff for being so diligent.
Commissioner Barnes commented on some of the same issues and the Mowat Highland drainage
issues, he stated we had a long road ahead of us.  He stated he met with the City Manager and
stated the City will have to tighten its belt in many areas.
Commissioner Friend stated he has had many questions from residents as well, he asked when
would the City stop the pick-up?  Who will clean out all of the debris in the creeks? He also
mentioned illegal dumping.
Mayor Anderson commented that the "One Street at a Time" event will help.  The event has
many volunteers, they will be raking and cleaning out ditches.  The City will go back and forth
on each side of the streets.  The event is Saturday, Jan. 12 from 8 am until 4 pm.

Item #5.  City Manager's Report:  City Manager White reported that he is working with
contractors in many areas.  At the next Commission meeting he will present to the Commission
an update on the financial plan and how to tackle the debris issues and final cleanup.  At some

DEFENDANT'S
EXHIBIT

55

**There was no workshop before the meeting.  Minutes from the January 08, 2019 Commission Meeting.  Page 2**

point the pickup and cleanup will stop. He encouraged residents to clean up as much as possible. There is a great deal of money being spent. He gave a big thank you to the staff and the work they are doing.

**Item #6.  Attorney's Report:  No report.**  City Attorney stated he has been working with the City Manager on recooping the split of the sales from the railroad rails. He is trying to enforce this issue. Marina Island has not yet been compliant.

Commissioner Friend questioned did we issue a development order? City Manager stated, no.

**Item #7.  Public Commentary:**  Janet Walker wanted a list of the process for the City to rebuild, and where we will be rebuilding the City. City Manager stated yes, he will have some possibilities at the next meeting, he has been working with a consultant on the building. The design will have some Spanish décor with a modern twist. He has tightened the belt on expenses internally. Funding, just received the engagement letter, it is in the works.

Dale Robitaille thanked the Mayor for the work she had done. He asked the City to investigate the cost of having a police department as opposed to contracting with Bay County Sheriff. He asked that the City Manager do a comprehensive study on this issue.

He asked how much of the City's budget went towards PD? Mayor explained that she didn't have the exact number but maybe around 27% of the budget.

There were several comments about the budget, school tax and the PD budget.

Mr. Robitaille stated to the Mayor, that she ran her election on this topic. Mayor rebutted Mr. Robitaille and stated she never said anything about combining the PD with the Sherriff's office. But she did point out how much the City was spending on couples as staff of the City.

John McCory thanked the Mayor and the Commission. He asked how much is the government going to reimburse the City?

Mayor Anderson stated that FEMA will reimburse at 75% for the first five days after the storm, FEMA can reimburse 100%. Mayor explained the document FEMA published in April 2018 stating FEMA could possibly reimburse at 90%. She stated Lynn Haven will be looking at $25 million expense. We are working on the reimbursement procedures. The City meets weekly with FEMA officials. The City is leading the County in the way we are doing things.

Ben Janke, CRA Director came up with The Rotary of Port Richey who made a presentation to the City in the amount of $5K for the Hurricane Michael Disaster Relief Fund, the Club will also be donating to the local schools.

Commissioner Tinder asked to make a motion for the City Manager to put together a comprehensive study—Lynn Haven PD vs contracting with the Sherriff Department.

**CONSENT AGENDA**
**Item #8.   Minutes:  1/08/2018 – Regular Meeting**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

There was no workshop before the meeting. Minutes from the January 08, 2019
Commission Meeting.   Page 3


**OLD BUSINESS:  NONE**

**NEW BUSINESS:**
**Item #9.   Approval of the 2019 Marketing and Communications Events.**  City Manager
White explained the City still hosts events, but some had to be cut because location and
budget.  He wants Lynn Haven to still have a great quality of life.  Commissioners
questioned the deletion of the City's Easter Egg Hunt. City Manager stated that right now
the field would not be ready for an event of that size.  Commissioner Friend suggested
Sheffield Park, but City Manager stated that it would be cumbersome and not safe for that
many children to be at the park for an Easter Hunt.  Commissioner Tinder asked was this
list just for this year?

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #10.   First Reading of Ordinance #1070 Amending Section 9.01.02 of the Lynn Haven
Unified Land Development Code (ULDC) to remove the words "act of God."**  City Manager
White read the ordinance by title only.  He explained that this allows property owners to put back
their home pre Hurricane Michael.  Rich Walker questioned the "Act of God" he questioned that
the City was taking God out of the ordinance.  Commissioner Russell explained the current
ordinance won't allow residents to rebuild.  City Attorney Albritton clarified that we are not taking
God out of anything.  Currently included in the ULDC.  If they want to enlarge it that would be
different, but putting it back the way it was is fine.

**Item #11.   First Reading of Ordinance #1071 Amending Section 5.02.00 of the Unified Land
Development Code(ULDC) allowing City of Lynn Haven residents to place a temporary
housing unit upon their property for a limited amount of time.**  City Manager read the ordinance
by title only.  This was the first reading.

**Item #12.   Approval of selected applicants for the Hurricane Michael Disaster Relief
Grant Fund.**   City Manager asked the Commission to approve the 25 applicants selected to
receive the Hurricane Michael Disaster Relief Grant Fund.  Commissioner Tinder questioned
the process in which the names are chosen.  She asked what the process was?
Mayor Anderson explained that the applications are vetted through the City Manager and the
Deputy City Clerk and she felt this was best way to streamline the process.
Commissioner Tinder wanted to know if the money goes to the landlord? City Manager stated
no, it goes to the renter.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Tinder.

Janet Walker questioned where the list of names was, and stated that there was a home on the
list worth $480K located in the Country Club.
Mr. Robitaille asked if the applicant's name is removed after being reviewed?  No.  Is there an
oversight committee?  No.

**There was no workshop before the meeting.  Minutes from the January 08, 2019 Commission Meeting.   Page 4**

Commissioner Tinder commented on the debris that is in the City.  She noticed that trash piles had her election signs in them.

Commissioner Friend questioned why does the list have to be approved every time?  Why bring the names back to the Commission to approved?

City Attorney stated the board can approve a large sum money without approving the individuals.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Barnes | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

Commissioner Russell asked could the Commission make a motion to suspend the residential incentive program through the City.  Mayor Anderson asked that his request be put on the next Commission agenda.

**Item #13.  Adjourn.**

There was no further business and the meeting was adjourned at 4:55 p.m.

**APPROVED THIS** _____ **DAY OF** _____ 2019

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

There was no workshop before the meeting. Minutes from the January 22, 2019
Commission Meeting.   Page 1

## CITY COMMISSION MEETING MINUTES
### TUESDAY, JANUARY 22, 2019
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 6:00 P.M.

Present:      Margo Anderson, Mayor
              Rodney Friend, Mayor Pro Tem/Commissioner
              Antonius G. Barnes, Commissioner
              Dan Russell, Commissioner
              Judy Tinder, Commissioner
              Michael E. White, City Manager
              Adam Albritton, City Attorney
              Officer Kerry Dutton

**Item #1.  Call to order:** By Mayor Anderson at 6:00 PM.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Mr. Leon Miller and the pledge followed.

**Item #3.  Mayor's Report:** Mayor Anderson and City Manager attended the visit from Governor DeSantis with our other local state and federal officials. She met with FEMA officials on Jan. 10th along with all mayors and other county officials.  Governor DeSantis stated he discussed the severity of the storm with the President and also help Hurricane Michael cities receive reimbursement at 90% to 100%.  He is also working with Congress.  He called on the state to expedite the reimbursement process and reverse the rule so that cities will receive 50% of their FEMA reimbursement upfront. She participated in MLK Day @ Sharon Sheffield Park. Sharon Sheffield is a pioneer in Lynn Haven, becoming the first woman and African American Mayor for the City of Lynn Haven.  She also thanked Myron Hines and the entire ACURE organization.  She would love to see the event stay in Lynn Haven and have the annual march go down Florida Avenue. She is working with Amber Guy and Tom McCoul with FEMA who have been working with the City since day one.  She thanked United Cajun Navy for their continued help and support, she met with the Heartbeat, they want to help clean up roads and yards, they have an application to fill, but it is very simple, they will go on private property to help citizens removed debris.  Lynn Haven Rafters are selling and donating the money back to the City.  The "One Day at A Time" event was a success.  92,000 of cubic yards of debris was picked up.  She thanked Jay Moody for his accounting help with the City and Adam Albritton who keeps the Mayor calm. She attended the Bay Co. Emergency Task Force meeting, mayors from each municipality, along with County officials attended.  A consulting group has been hired to help with this process.  She also met with Representative Neal Dunn, Representative Jay Trumbull, Senator George Gainer, Mayor Greg Brudnicki and Bay County Chair of Commissioner, Griff Griffits and reiterated what the cities are needing and are facing.

**Item #4. Commissioner's Report:** Commissioner Russell reported he had meetings with the City Manager and Jay Moody.  He is excited to see the future of the City.  He is concerned that some contracting companies are defrauding the elderly.   He feels the planning and permitting department is overwhelmed.  He would like to see the City reinstate the Contractor Licensing Board.  This will help with some of the contractor's problems.
Commissioner Tinder stated she attended the cleanup day, she was astounded at the number of people that came out and many from other cities including a couple from Destin and Boy Scouts.

**There was no workshop before the meeting. Minutes from the January 22, 2019
Commission Meeting.   Page 2**

She too is fielding calls from contractors who are defrauding citizens.  She stated that she no longer needed the discussion about the cost of Lynn Haven PD versus using the Sherriff's office.

Motion by Commissioner Tinder:  To remove item #24 from the agenda.

Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Friend | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

This concluded Commissioner Tinder's report.

Commissioner Barnes reported he met with the City Manager, the City's Auditor and Jay Moody to get a better feel for finances.  He attended the MLK Day event in Sheffield Park and would love to see this event stay in Lynn Haven.

Commissioner Friend met with the City Manager on the City's finances and was really pleased as to where the City is in the tracking of expenses.  He participated in the "One street at a time" cleanup also.  The tracking of volunteer hours is important and there were many people who came out to help.  These volunteer hours are important when it comes to the reimbursement from FEMA. He had a few questions, when will the City be picking up appliances? Are storage pods legal?  He will be traveling next week to the MPOAC meeting.

**Item #5.  City Manager's Report:**  City Manager White reported that yes very soon the City will be picking up appliances.  If there are still scrappers looking for metal, they should go ahead and pick it up now.  The City was approved by the Triumph Board for a parking lot.  1.1 million cubic yards already picked up and 300K cubic yards left.  Beginning Friday, he will ask the hauling contractors to cease work.  This will give citizens time to regroup, get the final debris from their homes and yards before he brings them back on Feb. 11.  Shortly afterwards the City will do a final sweep of debris pickup.  To bring better customer service to the citizens, the City is now open on Saturday from 7:30 a.m. until noon, and the times will change from 7:30 a.ms – 5:30 p.m., beginning Jan. 28.  Permitting and planning, water department and animal control will be open for citizens to pay their bills, apply for permitting and other services under these departments.  We have several bid openings coming up, Jan. 24 Demolition and Abatement, Jan. 29 Porter Park Improvements Phase ll, and February 4 Police Department and City Hall Trailers. For the past months, water bills have been estimated, from Sept., Oct., Nov., and Dec.  January will be the first readings of actual usage; this will cause many residents bills to be extremely high.  The City will have to adjust many of these bills, due to the Hurricane.  Because the City will have to adjust, there will be some revenue loss for the City.  We will be calling many of the residents and filtering a lot of calls about their bills.

**Item #6.  Attorney's Report:  No report.**

**Item #7.  Public Commentary:**  Janet Walker wanted to know if the next water readings will be true readings and how often do we sample water.  She stated her water was discolored.  Director of Utilities, Greg Kidwell stated it depends sometimes quarterly or monthly.  Some of the samples are shipped out of town for testing.  He also stated that it sounded like that there was air in the cubes, which will change the color.  The question of when will the Library and

**There was no workshop before the meeting.  Minutes from the January 22, 2019 Commission Meeting.   Page 3**

Senior Center will be up and running was asked, and the response was that these centers are low on the list of priorities at the moment.

Mayor Anderson thanked Greg Kidwell for a job well done.

Bob Schultz thanked the City for cleaning up the streets.

Rich Walker wanted to know when the City would begin starting back up with the recycling? City Manager stated that Bay County has pulled their recycling and has not given a date as to when it will be up again.

George Hines thanked the City for hosting the ACURE MLK Day.  They were very appreciative that the City offered and look forward to next year.  Mayor commented that it was a great event and hope that ACURE will consider allowing the City to host next year.

Brad Yount stated that thorough inspections need to be done.  When procedures are expedited corners are cut.  The City may need to hire out of town help.

Teresa Garcia wanted to know if her home can be built again because she is in a flood zone area. City Manager stated that there will be training from FEMA on this issue.  Walter Powierza stated his concern about the 17th Street canal being backed up.  He stated that the water gets up to his knees when it rains.  The water from the lift station backs up in his house.  His street needs help. Mayor asked him to meet with the City Manager.  Harry Lipson had concerns about serious flooding issues.  City Manager stated before the storm an RFP was put out to alleviate this problem.  Thomas Brown of 308 East 18th Street stated the City needs to install a fire hydrant closer to their area.  There have been a couple of fires on 18th street.  Terrance Calhoun, 905 Colorado asked how long will it be before the flooding problem on 17th Street is fixed.  City Manager stated that he had to strip those funds to get the debris hauling fulfilled.

**Item.  #8.      PUBLIC HEARING OPENED 6:46 PM**
**Final reading of Ordinance # 1070 - Amending Section 9.01.02 of the Lynn Haven Unified Land Development Code (ULDC) to remove the words "Act of God."**
Manager read the ordinance by title only.  Act of God is used in a legal capacity not a religious capacity.  The City is trying to make it easier for the owners to rebuild.  "Act of God" is a legal term in this capacity.  Rich Walker stated that the City is taking a step back in the codes.

Mayor Anderson stated that this is a positive step to help residential and commercial properties.

City Attorney stated that people cannot ignore this.

William Carr asked does it change the percentage.  City Attorney stated the percentage is still in place.  It does not matter.  Amanda Richard stated this ordinance only applies to the City of Lynn Haven not federal laws.
                    **PUBLIC HEARING CLOSED 6:53 PM**

**Item.  #9.      PUBLIC HEARING Opened: 6:53 PM**
**Final reading of Ordinance # 1071 - Amending Section 5.02.00 of the Unified Land Development Code(ULDC) allowing City of Lynn Haven residents to place a temporary housing unit upon their property for a limited amount of time.**
Commissioner Russell clarified that it was 18 months.
                    **PUBLIC HEARING CLOSED 6:54 PM**

There was no workshop before the meeting.  Minutes from the January 22, 2019
Commission Meeting.   Page 4


## CONSENT AGENDA

### Item #10.   Minutes:  1/08/2018 – Regular Meeting
             Motion by Commissioner Friend:  To approve as presented.
             Second to the motion:  Commissioner Russell.
On Vote:

|               |     |                    |
|---------------|-----|--------------------|
| Friend        | aye |                    |
| Russell       | aye |                    |
| Tinder        | aye |                    |
| Barnes        | aye |                    |
| Mayor Anderson| aye | Motion passed: 5 -0|

## OLD BUSINESS:
### Item #11.  Second Reading of Ordinance #1070 Amending Section 9.01.02 of the Lynn Haven Unified Land Development Code (ULDC) to remove the words "Act of God."
             Motion by Commissioner Barnes:  To approve as presented.
             Second to the motion:  Commissioner Russell.
On Vote:

|               |     |                    |
|---------------|-----|--------------------|
| Barnes        | aye |                    |
| Russell       | aye |                    |
| Tinder        | aye |                    |
| Friend        | aye |                    |
| Mayor Anderson| aye | Motion passed: 5 -0|

### Item #12.  Second Reading of Ordinance #1071 Amending Section 5.02.00 of the Unified Land Development Code(ULDC) allowing City of Lynn Haven residents to place a temporary housing unit upon their property for a limited amount of time.
             Motion by Commissioner Russell: To approve as presented.
             Second to the motion:  Commissioner Friend.
On Vote:

|               |     |                    |
|---------------|-----|--------------------|
| Russell       | aye |                    |
| Friend        | aye |                    |
| Tinder        | aye |                    |
| Barnes        | aye |                    |
| Mayor Anderson| aye | Motion passed: 5 -0|

## NEW BUSINESS:
### Item #13.  Approval of the City's NPDES to discharge stormwater.  Phil Mount gave
a brief presentation to the Commission.  He stated this presentation is to be done bi-annually
to discuss the City's stormwater permit.   No action was needed on this item.

### Item #14.  Approval of the HM2018-001 Disaster Recovery Consultant Services Contract for Tetra Tech.  City Manager White explained that Tetra Tech has been instrumental in helping the
City prepare to submit reimbursements.  They are scrubbing invoices, looking over all information
before it is uploaded to the FEMA portal.
             Motion by Commissioner Barnes:  To approve as presented.
             Second to the motion:  Commissioner Friend.
Commissioner Tinder asked how do we pay them, was it a percentage or flat fee?

**There was no workshop before the meeting. Minutes from the January 22, 2019
Commission Meeting.   Page 5**

City Manager stated it will be based on what they are doing for the City.
Janet Walker asked, will they be here a while and where are they located? City Manager stated yes
and the home office is Maitland, FL.
Commissioner Tinder asked will FEMA reimburse, the answer is yes and Commissioner Friend
noted that the amount is not to exceed $1.066 million.
On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #15.   Discussion and approval to allow the City Manager to utilize General and
Enterprise Funds to pay for Hurricane Michael Recovery.** City Manager stated that he had
met with Mayor Anderson and the Commissioners to discuss the budget. $2.5 million has been
reconciled to the budget from items that were cut. Many projects have been put on hold, and
the City has a net loss of 11 positions. There are only two places the City can get money from
and that is from the citizens and to borrow it. He asked that the Commission allow him to
utilize the Enterprise fund if needed to help with the recovery finances.

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion: Commissioner Friend.

Commissioner Tinder asked who would be overseeing this?
Mayor Anderson commented that in listening to Jay Moody and legal counsel she feels confident
about the City's plan. Invoices have to be paid before we can be reimbursed.
Rich Walker commented on the Enterprise Funds and how they ought to be monitored.
Bob Schultz asked, can the General Fund be used for typical expenses instead of enterprise? City
Manager stated that sanitation and water is handled through enterprise as well as a percentage of
all employees.
Brad Yount asked since taxes have been received, has this helped with the budget?  City Manager
stated yes, the utilization of all funds are helpful in the recovery.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #16.   Approval to allow the City Manager and Mayor to set up and negotiate a
revolving line of credit with Hancock Bank.**   City Manager stated he has not received the
paperwork yet, but has been approved for a $10 million line of credit with Hancock Bank.
> Motion by Commissioner Russell: To approve as presented.
> Second to the motion: Commissioner Friend.

Commissioner Russell asked would the City utilize the Enterprise and General Fund first?  City
Manager stated yes this money would only be used if needed.  City Manager also explained it is a

**There was no workshop before the meeting.  Minutes from the January 22, 2019 Commission Meeting.   Page 6**

revolving line of credit.  A good back up plan. Janet Walker asked will the funds come direct to the general fund?  Yes.
On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #17.   Approval for the City Manager to plan to pay up to $10 million at a time for outstanding debt within the FEMA reimbursement cycle.**  City Manager White explained before the invoices can be paid by the state, the City must pay the bills.  He asked the Commission's permission to pay out at $10 million.

Motion by Commissioner Russell:  To approve as presented.

Second to the motion:  Commissioner Friend.

Commissioner Friend commended the City Manager on a great job in coming up with a financial plan.
On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #18.   Approval to allow City Manager to put together conceptual plans to rebuild City facilities and properties.**  City Manager stated the conceptual plans are out and that FEMA has to approve the contract in addition to our policy.  The City will put together a Design/Build RFP with this project.  This will include one contractor, one engineer and one architect.  After looking at several land opportunities, the City Manager stated the best place to rebuild is to stay where we are, he thinks it's best for the City buildings.

Motion by Commissioner Russell:  To approve as presented.

Second to the motion:  Commissioner Friend.

Commissioner Russell commented he is glad to hear the City buildings will stay where they are.
On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #19.   Approval of Resolution #2019-01-276 authorizing the loan application submittals for SRF Disaster Assistance Loan / Principal Forgiveness funding for water system immediate need repairs.**  City Manager gave some background information on the SRF projects for both water and wastewater.  He stated that Panhandle Engineering initiated this project. $675K of damage to the water system, 75% as a grant remaining 25% to FEMA and City will only be out of pocket $21K.

Motion by Commissioner Russell:  To approve as presented.

**There was no workshop before the meeting.  Minutes from the January 22, 2019 Commission Meeting.   Page 7**

Second to the motion:  Commissioner Friend.

On Vote:

| | |
|---|---|
| Russell | aye |
| Friend | aye |
| Tinder | aye |
| Barnes | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

**Item #20.    Resolution #2019-01-277 authorizing the loan application submittals for SRF Disaster Assistance Loan / Principal Forgiveness funding for wastewater system immediate need repairs.**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:

| | |
|---|---|
| Russell | aye |
| Friend | aye |
| Tinder | aye |
| Barnes | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

**Item #21.   Approval to suspend the City's Residential Incentive Program.**   Commissioner Russell stated it was not something he wanted to do, but it is best for the City.  We have to follow suit with the CRA Board.

Motion by Commissioner Russell; Suspend all City incentive programs and the youth incentive or extracurricular activities program to review at the next budget. Commissioner Friend wanted them separated.
Second to the motion:  Commissioner Tinder.

Commissioner Friend asked if the motion could be separated that removes youth from the motion?

Motion by Commissioner Russell: To suspend all residential program to the 1911 Map until next year's budget.

Commissioner questioned if that was the correct wording.  Commissioner Russell suggested that maybe Commissioner Friend should make the motion.

Motion by Commissioner Friend:  To move the item as presented and add to review at the next budget year.
Second to the motion:  Commissioner Russell.

Bob Schultz asked the board to explain the 1911 Plat incentive.
Further comments were discussed and made on this topic.

On Vote:

| | |
|---|---|
| Friend | aye |
| Russell | aye |
| Tinder | aye |
| Barnes | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

There was no workshop before the meeting. Minutes from the January 22, 2019
Commission Meeting.   Page 8


**Item #22.   Resolution #2019-01-278 amending the Adopted General Fund, Community**
**Redevelopment and the approved Enterprise Fund Budgets for Fiscal Year 2017-2018.**
City Manager White read Resolution #2019-01-278 by title only.
Janet Walker questioned why the CRA budget was not online?  She also stated she didn't
understand the budget the way it was laid out.  She would love to have someone explain it to her.
Mr. Walker wanted to know why haven't the CRA Advisory board met?

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Russell:  To approve as presented. |  |  |
|  | Second to the motion:  Commissioner Friend. |  |  |
| On Vote: | Russell | aye |  |
|  | Friend | aye |  |
|  | Tinder | aye |  |
|  | Barnes | aye |  |
|  | Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #23.   Approval of the Safe Routes to School Grant Application.**

|  |  |  |  |
|---|---|---|---|
|  | Motion by Commissioner Friend:  To approve as presented. |  |  |
|  | Second to the motion:  Commissioner Russell. |  |  |

Janet Walker asked why the new ledger had not been published?  This should have come before
the board.
Ben Janke explained that the application got delayed because of the storm.
On Vote:

|  |  |  |
|---|---|---|
| Friend | aye |  |
| Russell | aye |  |
| Tinder | aye |  |
| Barnes | aye |  |
| Mayor Anderson | aye | Motion passed: 5 -0 |


**Item #24.   Discussion concerning the Lynn Haven Police Department.  This item was**
**deleted from the agenda.**


**Item #25.   Discussion and approval of the Carr, Riggs and Ingram engagement letter**
**authorizing audits for the year ending September 30, 2018:**

|  |  |  |
|---|---|---|
| Motion by Commissioner Barnes:  To approve as presented. |  |  |
| Second to the motion:  Commissioner Friend. |  |  |

Mayor Anderson stated her concerns about the current auditing firm have not changed.
Commissioner Russell agreed.  He also asked why not put out an RFQ? City Manager stated the
City would need time to transition.  Commissioner Tinder stated that the City needs to put out
the RFQ early enough.
Brad Yount commented about the past auditing results and felt the auditors were not thorough
enough.
On Vote:

|  |  |  |
|---|---|---|
| Barnes | aye |  |
| Friend | aye |  |
| Tinder | aye |  |
| Russell | aye |  |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**There was no workshop before the meeting.  Minutes from the January 22, 2019 Commission Meeting.   Page 9**

### Item #26.  Adjourn.

There was no further business and the meeting was adjourned at 8:00 p.m.

APPROVED THIS _____ 12ᵗᵉ _____ DAY OF _Februany_ _____ 2019.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

**There was no workshop before the meeting.  Minutes from the February 12, 2019 Commission Meeting.   Page 1**

## CITY COMMISSION MEETING MINUTES
## TUESDAY, FEBRUARY 12, 2019
## LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
## 4:00 P.M.

Present:      Margo Anderson, Mayor
              Rodney Friend, Mayor Pro Tem/Commissioner
              Antonius G. Barnes, Commissioner
              Dan Russell, Commissioner
              Judy Tinder, Commissioner
              Michael E. White, City Manager
              Adam Albritton, City Attorney
              Corporal Chris Meachum

Item #1.  Call to order:  By Mayor Anderson at 6:00 PM.
Item #2.  Invocation/Pledge of Allegiance:  Invocation by Mayor Margo Anderson and the pledge followed.

Item #3.  Mayor's Report:   Mayor Anderson read the Black History Proclamation.  She stated the City would host a Black History event on February 26, 2019 before the Commission meeting. A presentation was made to Joe Littleton for his donation of the first tree planted in Sheffield Park after the storm.  She also explained to the Commission that in the midst of Hurricane Michael and the Commission not meeting on October 9, 2018, the September 25, 2018 minutes were never approved and need to be.

           Motion by Commissioner Russell:  To approve the September 25, 2018 minutes.
           Second to the motion:  Commissioner Friend.
On Vote:

        Russell            aye
        Friend             aye
        Tinder             aye
        Barnes             aye
        Mayor Anderson     aye                    Motion passed: 5 -0

Mayor continued her report.  She stated she had been attending the Disaster Recovery Task Force.  She stated that the City Manager had extended the offer to the Commission for a volunteer to sit on this task force since she will now be working on another committee within the task force. She stated according to the City Manager it was her understanding Commissioner Russell was interested and asked was there anyone else interested in serving on the task force?

           Motion by Commissioner Tinder:  To appoint Commissioner Dan Russell to the
           Disaster Recovery Task Force.
           Second to the motion:  Commissioner Friend.
On Vote:

        Tinder             aye
        Friend             aye
        Russell            aye
        Barnes             aye
        Mayor Anderson     aye                    Motion passed: 5 -0

Mayor Anderson continue with her report stating that she and the City Manager met with the Triumph Gulf Coast Board on behalf of Lynn Haven.  There is support from CFO Jimmy

**There was no workshop before the meeting. Minutes from the February 12, 2019 Commission Meeting.   Page 2**

Patronis to give Bridge loans, Mayor is in favor of this, but would love to see the cities offered grants for Hurricane Michael. She also requested that the Triumph Board reconsider the funding of the Sports Complex. It was denied the first time and believes it would be a great economic driver for the City of Lynn Haven. On Feb. 8th she qualified to be the Mayor of Lynn Haven for another four years. She attended Bay County TPO meeting, spoke at the 7th Adventist Church which honored the LHPD. Mayor Anderson spoke at the Panama City Beach Chambers Idea camp, she attended the affordable house meeting at AD Harris, she has been corresponding with many residents and contractors about the debris in the City, she will send a letter to the Florida Highway patrol about the speeding and traffic on Highway 77.

**Item #4.  Commissioner's Report:_** Commissioner Russell reported he is still communicating with residents who are having difficulty with contractors and illegal dumping on 8th street. He is hearing more about the predatory contractors who are doing horrible work.
Commissioner Tinder said she has been dealing with an issue on Rhode Island Ave., and the Colorado Ave. flooding issues, but the City Manager has taken care of it. She is also receiving calls from residents about contractors taking advantage of them.
Commissioner Barnes no report.
Commissioner Friend attended the MPOAC meeting and TPO meeting which approved the Safeway to Schools program. March 12th is a public meeting on the progress of Highway 390 widening. He questioned when the last day is for debris pickup, do we have a hotline to call to report illegal dumping? The City Manager stated they can call the main number, or live chat which is continuously monitored.
Mayor stated she forgot to mention that the second "One street at a time" is February 16th on New York Ave. Many volunteers will be there along with the ice cream truck.

**Item #5.  City Manager's Report:_** City Manager White stated he met with FEMA officials on the recovery process of the City. The City will be upgrading, rebuilding and replacing throughout the City. He also attended the Triumph Board meeting. His approach is a little different in that he would like for the board to help with Ad Valorem Tax(AVT), right now AVT is down by a 10% loss per the property appraiser. Congratulations to LHPD, the crime rate dropped by 54.5%. He is working on an RFQ that will be coming out to clean up the City's ROW and ditches. He is looking to make the call to stop debris removal pickup. He stated one day of debris pick up cost the City over $100k. February 17th will be the last day to place debris on the curbsides. After this, citizens will have to haul away debris themselves, insurance will help with some of this, and citizens are welcome to use the Steel Field. Monday, the City will be divided into zones that will help with the cleanup. There are many homes that are destroyed that are harboring rodents and rats that could cause a health and safety issues.
Mayor Anderson commended City Manager White for doing a very good job on all of the recovery efforts.

**Item #6.  Attorney's Report:_No report.**

**Item #7.  Public Commentary:** Janet Walker spoke about the budget. She met with the City Manager but was still confused about where the money is located in the budget and how it is spent.
Bob Schultz asked about speed bumps on state roads. he also wanted to know when the Garden Club, Senior Center and Library would be functional again.

**There was no workshop before the meeting.  Minutes from the February 12, 2019**
**Commission Meeting.   Page 3**

He asked about whether or not the Feb. 17th date for debris removal had been advertised?  City Manager stated yes it has been advertised on all media outlets and social media.

Leon Miller asked about the status on 17th Street and Highway 77.  He asked also if the contractors needed to be licensed or have a blue card to do remodeling?  Yes, they do.

Rich Walker asked the Commission to think about a central location for the City buildings. The City should look at the cost and compare what it would cost to relocate and rebuild. He stated currently there is no parking when events happen in Sheffield Park.  He suggested that the City move the City buildings to the fuel depot land.

Mayor Anderson reiterated that there would be several public meetings about the rebuilding of the City buildings and what the City can afford.  She did say she is in favor of leaving the City buildings where they are, but the City of Lynn Haven will have input.

Commissioner Russell stated if City Hall moves we should consider going east or north, but he thinks the existing location works very well.  He stated it keeps the City from having to put money into the purchase of land.

Commissioner Friend agreed.  He stated that many residents have voiced their concern about City Hall staying exactly where it is.

## CONSENT AGENDA

### Item #8.   Minutes:  1/22/2018 – Regular Meeting
            Motion by Commissioner Friend:  To approve as presented.
            Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

## OLD BUSINESS:  NONE

## NEW BUSINESS:
**Item #9.  Approval of GAC Contractors for RFP HM2019-001 for the City Hall and Police Department Temporary Facilities Contract.**  City Manager White stated that this RFP was put out to bid.  FEMA has to approve all documents before they are put out to bid.
            Motion by Commissioner Friend:  To approve as presented.
            Second to the motion:  Commissioner Russell.
Commissioner Russell stated there were two options, A & B.  Option B should be the choice.
Rich Walker made comments on this item.
Brand Yount stated there was an error with the totaling in Option B.  It should be $23,981.10.  He also questioned the square feet and was it cheaper by the square feet.
City Manager stated that this is a turnkey project.  This bid includes everything, all furniture and all necessary items to move in.  Janet Walker wanted to know if this was reimbursable, City Manager responded yes.

On Vote:
            Friend                aye

**There was no workshop before the meeting.  Minutes from the February 12, 2019 Commission Meeting.   Page 4**

|                |      |                      |
|----------------|------|----------------------|
| Russell        | aye  |                      |
| Tinder         | aye  |                      |
| Barnes         | aye  |                      |
| Mayor Anderson | aye  | Motion passed: 5 -0  |

**Item #10.  Approval of Marshall Brothers Construction and Engineering, Inc. for RFP HM2019-002 for Demolition and Abatement Services Contract.**  City Manager gave some background information on the item.  The PD and Chambers will need to be demolished.  The City went through the bid process and is recommending the contractor be approved.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:

|                |      |                      |
|----------------|------|----------------------|
| Russell        | aye  |                      |
| Friend         | aye  |                      |
| Tinder         | aye  |                      |
| Barnes         | aye  |                      |
| Mayor Anderson | aye  | Motion passed: 5 -0  |

**Item #11.  Approval of the fifteen applicants for the Hurricane Michael Disaster Relief Fund Grant.**  Mayor Anderson stated she is again happy to help Lynn Haven citizens.   As the City continues to receive more donated funds, the City will choose more applicants for the $1000.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:

|                |      |                      |
|----------------|------|----------------------|
| Russell        | aye  |                      |
| Friend         | aye  |                      |
| Tinder         | aye  |                      |
| Barnes         | aye  |                      |
| Mayor Anderson | aye  | Motion passed: 5 -0  |

**Item #12.  Approval for the City Manager to negotiate and purchase the 1117 Ohio Avenue property.**  City Manager White explained that acquiring this property would allow the water and sewer plant to have a designated area for parking.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

Clarification of where the property was located was asked.  Northeast corner of Highway 77.
Commissioner Tinder asked had the property been appraised.  City Manager stated yes through the property appraiser's office.
Janet Walker asked if the City was aware that some of the property area would be lost on 12th Street?
Further conversation about the value of property was discussed.
On Vote:

|                |      |
|----------------|------|
| Russell        | aye  |
| Friend         | aye  |
| Tinder         | aye  |

**There was no workshop before the meeting. Minutes from the February 12, 2019 Commission Meeting.   Page 5**

|  |  |  |
|---|---|---|
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #13.   Adjourn.**

There was no further business and the meeting was adjourned at 4:53 p.m.

**APPROVED THIS** ___26th___ **DAY OF** _February_ ___ 2019.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Michael E. White, City Manager

Prepared by Vickie Gainer

DEF'S EX 55_018

There was no workshop before the meeting. Minutes from the February 26, 2019   I tem# 8
Commission Meeting.   Page 1

### CITY COMMISSION MEETING MINUTES
### TUESDAY, FEBRUARY 26, 2019
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 6:00 P.M.

**Present:**     Margo Anderson, Mayor
                 Rodney Friend, Mayor Pro Tem/Commissioner
                 Antonius G. Barnes, Commissioner (Absent)
                 Dan Russell, Commissioner
                 Judy Tinder, Commissioner
                 Michael E. White, City Manager
                 Adam Albritton, City Attorney
                 Corporal Chris Meachum

**Item #1. Call to order:** By Mayor Anderson at 6:00 PM.

**Item #2. Invocation/Pledge of Allegiance:** Invocation by Mayor Margo Anderson who read a poem entitled "I Know Why the Cage Bird Sings" by Maya Angelou and the pledge followed.

**Item #3. Mayor's Report:**   City Manager asked if he could recognize Kaylee Gardner, as today was her last day. Mayor Anderson announced that she would be donating to the Hurricane Michael Disaster Relief Fund from the remainder of her campaign fund in the amount $10,000.00. She expressed her gratitude to the City staff for planning the Black History Reception before the meeting that recognized student's drawings. She was one of the judges and it was a very hard decision. She also recognized Yvette Griffin as she was named the recipient of the Lifetime Teacher Award. She met with the City Manager and FEMA representatives, sang the National Anthem at the PCB Chamber Annual Dinner. She met with Congressman Neal Dun and Congresswoman Debbie Wasserman Schultz. They were very attentive to needs of Bay County, she appreciated that they were trying to work across party lines to get help. She attended the second cleanup day, she thanked Cajun Navy for their help, they continually make things happen. She had an interview with Channel 7 WJHG with Neysa Wilkins about Buddy, a dog who was found during Hurricane Michael and is now owned by the Mayor. This piece will be submitted to the Associated Press. Mayor Anderson also read a proclamation in honor of Kendall Jeter for her heroism saving the life of a woman while stopped at a light on Thomas Drive.

**Item #4. Commissioner's Report:**   Commissioner Russell stated he wanted to apologize for not being able to make the Hurricane Michael Task Force Recovery meeting, but will attend the next one.

Commissioner Tinder asked questions regarding; when the Senior Center and Library would be up and running. She reported she attended the second clean up. Mayor Anderson stated that the next one is March 9th on Michigan and Indiana.

Commissioner Friend reported that he has had concerns about the high water bills, he appreciates the communication the City Manager continues to have with the residents concerning water bills and other issues. He wanted to know if there will be a last day residents can put debris out? He also stated he enjoyed judging the Black History art submissions.

Mayor Anderson stated Commissioner Barnes would be absent today and needed a motion to excuse him.

                 Motion by Commissioner Friend: To excuse Commissioner Barnes from today's

**There was no workshop before the meeting.  Minutes from the February 26, 2019 Commission Meeting.   Page 2**

Commission meeting.
Second to the motion:  Commissioner Russell.

On Vote:

| | |
|---|---|
| Friend | aye |
| Russell | aye |
| Tinder | aye |
| Mayor Anderson | aye |

Motion passed: 4 -0

**Item #5.  City Manager's Report:**   City Manager White stated he has been busy with all of the FEMA debris removal coordination, but it is going very well.  It is his hope that the trucks will be finished by next week.  April 1, the Supervisor of Elections will send out sample ballots for the City.  The Spring Concert Series begins April 12th.   Adjusters flew out tonight going to Paris to meet with other adjusters in an effort to help with the rebuilding and claims process.  Lynn Haven's taxable value dropped by 10.32%.   He applauded for Gulf Coast Triumph for helping the cities with funding by supporting the ad valorem tax loss.  He sent them a letter requesting that this happen.  The City is working hard to try to get the City parks and Splash Pads repaired and open by Spring Break.  He thanked James Finch for donating palm trees to the City, worth $50K.  We will be receiving more from Mr. Finch.

**Item #6.   Attorney's Report:  No report.**  City Attorney Albritton did state that we have received $23,800.44 from Marina Island.  Mayor Anderson thanked him for his efforts.

**Item #7.  Public Commentary;**  Mr. Robitaille thanked the Mayor and City Manager for what they are doing to help get the City back on its feet.  He questioned if Ricky Ramie is acting chief, he also asked that the Commission entertain making the Police Chief position an executive position so that that this position answers to the Commission.  He also commented that the cutoff of the debris pickup was not popular with residents.  Bob Schultz commented about debris being hauled away and that everyone had to follow the rules.

**CONSENT AGENDA**

**Item #8.   Minutes:  2/12/2019 – Regular Meeting**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Tinder.

On Vote:

| | |
|---|---|
| Russell | aye |
| Tinder | aye |
| Friend | aye |
| Mayor Anderson | aye |

Motion passed: 4 -0

**OLD BUSINESS:  NONE**

**NEW BUSINESS:**
**Item #9.  First reading of Ordinance 1072 amending Chapter 42 section 42-5. Of the Code of Ordinances for the consumption of alcohol in the City of Lynn Haven public parks.**  City Manager White read Ordinance #1072 by title only.  City Manager stated that things have changed since October 10, 2018.  The City is looking for new and innovative ways to offset costs.

**There was no workshop before the meeting. Minutes from the February 26, 2019 Commission Meeting.  Page 3**

Commissioner Tinder asked if it would just be beer and wine?  City Manager stated yes.  She also asked would the vendor be required to have insurance?  Yes.  Commissioner Friend question the beer and wine; how would the City control other liquor sales. City Attorney stated the Commission will control the vendor.  This way, it limits the exposure to the City, if the City hires appropriate vendors with insurance.  Mr. Rich Walker stated that the City is opening up many avenues and caution the City to be ready to address them.  He also questioned would the vendor be licensed by the state? Mr. Robitaille commented about the use of alcohol in a public place, but not a public park.

**Item #10.  First reading of Ordinance 1073 prohibiting smoking in public parks.** City Manager White gave some background information stating that we did not have an ordinance in place of this kind.  City Attorney Albritton explained further that this Ordinance just puts the City parallel to the Florida Statues 386, under The Clean Air Act.  The City is not expanding the scope just making it parallel to what the Florida Statues already states.

**Item #11.    Approval for the City Manager to negotiate and purchase the 915 Pennsylvania Avenue property.** City Manager stated it is the house is next to the Senior Center, and that the City would love to use this property for parking.  The City will eventually demolish the house.

    Motion by Commissioner Friend:  To approve as presented.
    Second to the motion:  Commissioner Russell.
Commissioner Tinder asked was anyone living in the house and what is the price the City will pay for the house?  City Manager responded that yes, there is a person living in the house, he mentioned that the City was still in negotiations and did not want to tip its' hand.  Commissioner Russell questioned the appraisal value of the house.  City Manager stated that the City would pay up to $110,000.

On Vote:

| | | | |
|---|---|---|---|
| Friend | aye | | |
| Russell | aye | | |
| Tinder | aye | | |
| Mayor Anderson | aye | | Motion passed: 4 -0 |

**Item #12.  Discussion and possible approval for the removal of debris from private property due to Hurricane Michael.**  City Manager White stated there is a program where the City can be allowed on private property with the permission of the owner through FEMA.  The owner has to go through FEMA to qualify.  There are different rules for different properties.  It is a 75% reimbursable expense from FEMA.  The City will enroll in the private debris removal program.

    Motion by Commissioner Friend:  To approve as presented.
    Second to the motion:  Commissioner Russell.
Commissioner Friend asked the City Manager to define private property.  City Manager White stated property where the homeowner does not have insurance and the property is abandoned. The City can go in demolish or clean up the home.  A question was asked how the program works? The homeowner would apply through the City's Recovery Consultant Tetra Tech and then Tetra Tech sends it up to FEMA for approval.  Commissioner Tinder asked what options would the homeowner have and what about the resident who is still waiting on their insurance company? City Manager stated that their insurance will reimburse the homeowner if they

**There was no workshop before the meeting.  Minutes from the February 26, 2019
Commission Meeting.  Page 4**

remove their own debris.  Insurance will have to pay for the demo.  Commissioner Russell
wanted clarification as to what would cleared? Lots? Homes with trees on them? And is it the
intent to bill the residents? City Manager stated he will get clarification on these questions.  Mr.
Robitaille spoke about abandonment issues in the City. He asked can the City put liens on these
areas?  Mayor Anderson stated the City has not gotten that far yet.  Mr. Robitaille pointed out
that there is a house on Maine and 19th that has become a big dumping ground and wanted to
know if it was the responsibility of the homeowner to clean it up?  A resident on 1506 Maryland
Ave. stated he got the debris to the ROW and code enforcement stated it wasn't out in time, but
it needs to be picked up.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #13.  Adjourn.**

There was no further business and the meeting was adjourned at 7:00 p.m.

**APPROVED THIS** _____19th_____ **DAY OF** _Mac_____ 2019.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_Vickie Gaine_____
Michael E. White, City Manager, *Vickie Gainer*
*Acting*

Prepared by Vickie Gainer

There was no workshop before the meeting.  Minutes from the March 17, 2019 Commission Meeting.  Page 1

## SPECIAL CITY COMMISSION MEETING MINUTES
### SUNDAY, MARCH 17, 2019
### PUBLIC UTILITIES BUILDING CONFERENCE ROOM
### 5:00 P.M.

Present:       Margo Anderson, Mayor
               Rodney Friend, Mayor Pro Tem/Commissioner
               Antonius G. Barnes, Commissioner (By Phone)
               Dan Russell, Commissioner
               Judy Tinder, Commissioner
               Adam Albritton, City Attorney
               Acting Chief Ricky Ramie

**Item #1.  Call to order:**  By Mayor Anderson at 5:00 PM.
**Item #2.  Invocation/Pledge of Allegiance:**  Mayor stated that we would forego the pledge and invocation.

**Item #3.  Mayor's Report:**       Mayor Anderson stated she would be reading a statement prepared by she and the City Attorney.  She said that she has been communicating with the Bay County Sheriff Department about the arrest of the City Manager since last night and wanted to bring it before Commission.  Mayor read her statement: "*I understand that I have called for a special meeting on a Sunday and with such short notice but, under the circumstances, I felt it was necessary.  I would remind the public that there will be a regular meeting held on Tuesday, March 19, 2019, which I invite the public to attend.  I would also offer to the public and the rest of the Commission that I have been aware of this situation since it happened by our Police Chief Ricky Ramie and I have had conversations with Sheriff Tommy Ford and have conferring with our City Attorney, Adam Albritton.*

*The reason I have called this special meeting is that in the last few hours I have been aware of very serious allegations of criminal conduct, unrelated to the business or operation of the City, by Mr. Michael White. It is my understanding that Mr. White has been accused of committing a crime in violation of the laws of this state. Because of the nature of the allegations being levied against Mr. White, I believe that it would be appropriate to suspend Mr. White indefinitely pending the outcome of an investigation by the appropriate authorities in the criminal justice system as well as that of the City of Lynn Haven.  While the allegations of Criminal Conduct being made against Mr. White are not related to his role with the City, I (the City Attorney) would caution the Commission from addressing the specific allegations being made against Mr. White at this time.  I would also add however that the news media has published the police report at this time on social media.*"

Mayor Anderson recommended that Mr. White be suspended indefinitely pending the outcome of his investigation.
Commissioner Russell stated he was not comfortable saying indefinitely.  Mayor Anderson clarified that she did say "pending the outcome of the investigation."

                    Motion by Commissioner Russell:  To approve the suspension of City Manager
                    Michael White indefinitely pending the outcome of his investigation.
                    Second to the motion:  Commissioner Friend.
Commissioner Barnes asked if the suspension would be with or without pay?
Mayor Anderson stated the Commission will need to make that call.

There was no workshop before the meeting.  Minutes from the March 17, 2019 Commission Meeting.  Page 2

Commissioner Barnes stated the motion needed to be amended to include suspension with pay. Commissioner Russell withdrew his motion asked that Commissioner Barnes make the motion.

Motion by Commissioner Barnes:  To approve the suspension of City Manager Michael White indefinitely pending the outcome of the completed investigation with pay and then the City Commission would make a decision.
Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Barnes | aye | |
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

Mayor Anderson continued with her statement: "*In light of the suspension of Mr. White, I believe that naming a temporary replacement for Mr. White is necessary and I would suggest that this Commission consider, for the next 7-10 days, entrusting me with the dual role of Mayor and City Manager.  While I certainly understand that this may be unusual, under the current circumstances, five months removed from one of the most devastating storms in our history, our infrastructure being severely damaged, and the enhanced need to ensure a smooth operation of our municipal government, I have the institutional knowledge to steer the City and have done so for several weeks in the aftermath of Hurricane Michael.  During this time period, I would ask that the City make a diligent search and Identify a temporary replacement of Mr. White pending the conclusion of the investigation of this matter by all appropriate authorities.*"

Mayor Anderson stated her extensive leadership before and after the Hurricane Michael. She stated that things ran smoothly and she worked with everyone.  Mayor Anderson asked the Commission to consider allowing her 7-10 days to run the City and make decisions until the Commission can decide what direction they will pursue as for the interim for a City Manager.

Commissioner Russell stated the Commission should not take any more actions to run the City until the Commission meets on Tuesday.

Mayor Anderson stated the City will need someone to facilitate the management of the City.

Commissioner Barnes stated he is concerned about the Mayor having a dual role of City Manager and Mayor.  He suggested contacting the City and County Managers Association with the Florida League of Cities and ask them to send a person to help run the City temporarily.

Mayor Anderson stated she is well aware of this resource being available to the City, but this was not practical or useful.  Mayor Anderson also stated Commissioner Barnes has been removed from the meetings per his correspondence to the Deputy Clerk until April.  A disagreement between the Mayor and Commissioner Barnes continued in which Commissioner Barnes disconnected from the call.

Mayor Anderson pointed to the friendships between the City Manager and Commissioner Russell have gotten in the way of decision-making.  She felt the department heads needed someone to go to.  She is only there to help.

Commissioner Russell stated it is only 48-hours and felt like the Commission could wait until Tuesday and appoint someone.

Commissioner Tinder stated she felt that the department heads needed someone to go to.

Commissioner Friend stated that he also thought the Commission should wait until Tuesday. Commissioner Friend asked that someone to reach out to Jay Moody and ask him to spend more time with the City.  He has a strong background in finance and knows the City.

Mayor Anderson stated she has already reached out to Jay Moody.  She also stated it is very critical that the City continue to run smoothly.

   DEF'S EX 55_024

**There was no workshop before the meeting.  Minutes from the March 17, 2019 Commission Meeting.   Page 3**

Mayor Anderson stated she does think it is a mistake to wait until Tuesday.

Commissioner Tinder asked whose responsibility is it if something happens.  City Attorney Albritton stated it is the ultimate responsibility of the department heads.

A discussion continue about who would be the point of contact for the City in the interim.  Mayor Anderson called for a motion, but a motion was not granted.  Mayor Anderson continued to read her statement:

*Conclusion:*

*To the citizens of Lynn Haven, the public at large, City Staff, and all those involved, the City takes the allegations being made against Mr. White very seriously and is in the process of gathering information and conducting an investigation into this matter so that appropriate action may be taken.  Upon the advice of the City Attorney, I would ask that City Staff and this Commission refrain from making any further comments as to the allegations being made against Mr. White until he conclusion of such an investigation.*

*For the residents of Lynn Haven, please know, that the City will continue to operate as usual with our residents receiving the exemplary service they have come to expect without interruption.  I will be praying for all of those involved in this matter as well as our great City.*

Mayor Anderson asked the department heads meet to discuss the things that needed to be done at 8:00 am.  She asked for a motion that the Commission approved her recommendation.

> Motion by Commissioner Russell:  To approve the meeting for the department heads to meet at 8:00 a.m.
> Second to the motion:  Commissioner Tinder.

On Vote:

| | |
|---|---|
| Russell | aye |
| Tinder | aye |
| Friend | aye |
| Mayor Anderson | aye |

Motion passed: 4 -0

No public comments were taken.

<u>**Item #4.**</u>  **Adjourn.**

There was no further business and the meeting was adjourned at 5:55 p.m.

**APPROVED THIS** _____19th_____ **DAY OF** ____March____ 2019.

_____
Margo Deal Anderson, Mayor

**ATTEST:** _Vickie Gainer_
_Acting City Manager_          Prepared by Vickie Gainer

*Item #8*

**There was no workshop before the meeting. Minutes from the March 19, 2019 Commission Meeting. Page 1**

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, March 19, 2019**
**LYNN HAVEN ELEMENTARY SCHOOL CAFETERIA**
**4:00 P.M.**

</div>

**Present:**    Margo Anderson, Mayor
            Rodney Friend, Mayor Pro Tem/Commissioner
            Antonius G. Barnes, Commissioner (Absent)
            Dan Russell, Commissioner
            Judy Tinder, Commissioner
            Adam Albritton, City Attorney
            Officer's Cory Midyette, Mikayla Edwards, Corporal Mike Williams & Lt Tom Willoughby

**Item #1. Call to order:** By Mayor Anderson at 4 PM.

**Item #2. Invocation/Pledge of Allegiance:** Invocation by Mayor Margo Anderson. The pledge was omitted due to no flag present in new facility yet.

**Item #3. Mayor's Report:** Mayor Anderson thanked John Cannon for continuing to allow us to use the building and Pastor Daniel at First Baptist Church for facilitating the building key retrieval. She then read her prepared report as follows. "Lynn Haven has faced some of its darkest and most challenging days in the aftermath of Hurricane Michael, yet we were strongest in those days when we were of one accord, reached out to those who needed help, and found strength as we worked together, first in survival and recovery and now in rebuilding.

Today we face a challenge of a different nature and as difficult as it may be, it is important to recognize that there are legal processes of an active police investigation to be completed and to exercise caution and prudence in decision making.

On Sunday, May 17, during the special meeting called by this Mayor at 5:00pm, l proposed that the Commission allow me to execute the daily functions of the City Manager for seven to ten days in the same capacity l served during the weeks following Hurricane Michael, until an interim City Manager could be agreed upon. That proposal was rejected by Commissioners Barnes, Friend and Russell.

Therefore, during the 48-hour period since our special meeting, l reached out to the League of Cities Florida Board of Mayors, of which l am one of the 27 members, and spoke to my friend and colleague, as well as President of that Board, Mayor Matt Surrency of Hawthorne, FL for his advice and counsel.

After listening to his advice regarding chain of command in a situation like this one, we both agreed that Lynn Haven's Deputy City Clerk is the appropriate choice for a temporary acting City Manager because the Charter also recognizes the City Manager with the title of City Clerk.

I would like to recommend that our Deputy City Clerk, Vickie Gainer, be nominated to temporarily execute some of the day to day functions of the City Manager. This would include managing the day to day operations of the City, signing checks which have already been

**There was no workshop before the meeting. Minutes from the March 19, 2019 Commission Meeting.  Page 2**

approved by the Commission or within Lynn Haven policy, bringing the issues, concerns, and job tasks of the department heads to the City Commission, making herself aware of the tasks which this Commission has directed its staff to pursue such that she could advise this Commission, advising the Commission on City matters, and acting as City Manager at all City Commission meetings.  Any matters which would involve encumbering the City financially, hiring and firing personnel, and other similarly related matters would not be within the purview of this temporary placement.

Mrs. Vickie Gainer is well respected within our community, and I believe would be the right person at this time to assist the Commission to ensure smooth operation of the City of Lynn Haven and to articulate any needs the department heads may have from this Commission until this board makes a decision regarding the City Manager position.

I hope that in the spirit of cooperation to move us forward to do the daily business of the City that you will support this proposal with a motion to approve at this time. "

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Russell.

On Vote:

|  |  |  |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #4.  Commissioner's Report:**   Commissioner Tinder stated she attended directors meeting Monday morning and spoke to Bobby Baker regarding Colorado Ave project. She was under the impression from City Manager that it was funded and moving forward after the debris removal, but Bobby stated he was unaware.  Commissioner Tinder said given the recent events regarding the City Manager she has concerns with Commissioner Russell and acting Police Chief Ramie.  Commissioner Russell stated his concern from the recent task force meeting regarding 62 children being Baker Acted since December.  The fact that our local Life Management services facility is full forcing these children to be sent out of the area makes this issue even worse. He spoke regarding his relationship with the City Manager saying no friendship or relationship outside of his immediate family would come before his devotion to the City of Lynn Haven. Regarding Amy White he said the police were contacted every time he went to her home to pick her up. He said he always did what was necessary to protect her. On one occasion he was contacted by the police to go pick her up.  His goal was always her safety. He stated his concern with the order for Michael White not being allowed on City property and asked for it to be removed.  Mayor stated it was customary even in the corporate world to preclude people suspended or terminated from entering their offices, etc. The Mayor stated that it is the acting Police Chief's responsibility to protect the department heads and citizens and said she stands behind his decision. Commissioner Friend stated he met with all department heads and feels we have a strong, smart, dedicated team at the City. He reported that Roger Schad was not doing well and asked for prayers for him and his family.  He also asked that item #21 be removed from today's agenda.

**There was no workshop before the meeting. Minutes from the March 19, 2019 Commission Meeting.   Page 3**

Motion by Commissioner Friend:  To remove item #21 from agenda and postpone till next week's meeting.
Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #5.  City Manager's Report:  N/A**

**Item #6.  Attorney's Report:  No report.**

**Item #7.  Public Commentary:**  Mitch Oakley stated his thoughts are with all in the City and suggested strongly vetting the new City Manager on credentials.  Rich Walker stated his disapproval of Commissioner Barnes missing the Commission meetings.  He feels he should either be denied salary or in attendance.  Mayor informed them that the charter states if a commissioner misses three meetings in a row, they can be voted off the commission, but this has not been the case as of yet.  She also stated her disappointment and said Mr. Walker's comments were noted.   James Otto voiced his disapproval of his own arrest, stated his trailer had been stolen and suggested police look into.  He then began vocalizing how things are done in Clay county.  Mr. Robitaille voiced his concern that Mayor had not been given temporary authority and stated his disappointment regarding current events.

**CONSENT AGENDA**

**Item #8.   Minutes:  3/17/19 – Special Meeting**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

Motion by Commissioner Friend:  To excuse Commissioner Barnes from meeting.
Second to the motion:  None
Commissioner Barnes not excused from the meeting.

**OLD BUSINESS:**

**There was no workshop before the meeting.  Minutes from the March 19, 2019 Commission Meeting.  Page 4**

**Item #9.  Second reading of Ordinance 1072 amending Chapter 42 section 42-5. Of the Code of Ordinances for the consumption of alcohol in the City of Lynn Haven public parks.** City Attorney Adam Albritton read Ordinance #1072

        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  None.

        Motion fails to pass.

        Mrs. Walker commented regarding motion, Mayor clarified.

**Item #10.  Second reading of Ordinance 1073 prohibiting smoking in public parks.**  City Attorney Adam Albritton read ordinance.

        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**NEW BUSINESS:**

**Item #11.  Resolution #2019-03-279 supporting Hurricane Michael Federal Tax Relief.**
City Attorney read the Resolution.

        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #12.  Resolution #2019-03-280 approving the removal of debris from private properties and right of ways in the City of Lynn Haven.**
City Attorney read the Resolution.

        Motion by Commissioner Russell:  To approve as presented.
        Second to the motion:  Commissioner Friend

On Vote:

| | |
|---|---|
| Friend | aye |
| Russell | aye |
| Tinder | aye |

DEF'S EX 55_029

There was no workshop before the meeting.  Minutes from the March 19, 2019 Commission Meeting.  Page 5

|  | | |
|---|---|---|
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #13.   A Resolution #2019-03-281 to approve the filing of the FEMA Public Assistance Application and granting the Mayor or her designee the authorization to execute all documents for the City of Lynn Haven.**
City Attorney read the Resolution.

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

On Vote:

| Friend | aye | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**14. First reading of Ordinance #1074 requesting a Small Scale Future Land Use Map Amendment from Ronald Johnson.**
City Attorney read the Resolution.

**15. Final Plat Approval for the Parkview Townhomes subdivision located on 17th Street across from Cain Griffin Park.**

Motion by Commissioner Friend:  To approve as presented.
Second to the motion:  Commissioner Russell.

On Vote:

| Friend | aye | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**16. Approval of the Development Order for the improvement and expansion of the UPS Sorting Facility due to Hurricane Michael located on Minnesota Ave.  (Quasi-Judicial Public Hearing)**
City Attorney inquired as to any ex parte communication.  There was none by the board.  Three citizens sworn in.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:

| Friend | aye | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

There was no workshop before the meeting.  Minutes from the March 19, 2019 Commission Meeting.   Page 6

**17.  Approval of the Development Order to construct a Tire Kingdom at the intersection of Highway 77 and Peachtree Avenue.  (Quasi-Judicial Public Hearing)**
City Attorney inquired as to any ex parte communication.  There was none by the board. Two citizens sworn in.

> Motion by Commissioner Barnes:  To approve as presented.
> Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**18. Discussion and approval to charge admission into the Splash Parks and establish rental rate for reserving space for birthday parties held at the City's Splash Parks.** Mayor explained that this was planned as free for Lynn Haven residents and that a charge would apply to non-residents. Discussion continued among the commission.

> Motion by Commissioner Tinder:  To table item until next meeting.
> Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**19.  Approval of Resolution # 2019-03-282 to move forward to secure bonds to pay for Hurricane Michael's clean-up costs and to rebuild the City.  This approval will give the acting City Manager authority to move forward and bring bonds back to the Commission for approval.**

Jay Moody explained why bonds are needed.  Lynn Haven must rebuild, and bond rates are much more affordable than lines of credit. We may need to consider a combination of the two. He explained the state reimbursement process stating we are able to retire some bonds in two years. City Attorney Adam Albritton read the resolution.

This is an approval to bring this topic back to commission giving the commission and public time to contemplate.  Mayor stated she would be meeting with Fema next week to discuss 90-10 reimbursement possibility.
Mr. Walker commented on debt service increase from 8-9 percent. Said no bonds have been paid.

**There was no workshop before the meeting. Minutes from the March 19, 2019 Commission Meeting.  Page 7**

Mayor also commented that FEMA would be reimbursing the City for expenses related to the storm and encouraged us not to get into fear.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**20. Discussion and approval to purchase a John Deer 50G Excavator for the City's cleanup efforts.  (City Manager)**

Motion by Commissioner Russell:  To table item until next meeting.
Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**21. Rails to Trails update and the naming of the first trail head. (Commissioner Friend)**
Removed from Agenda.

**22. Discussion and possible action regarding the First Amendment to the Loan Agreement.**
Discussion regarding expanding half cent sales tax to other city projects i.e. infrastructure, etc. Commissioner Tinder asked for clarification. Mayor Anderson voiced her reservations. She would like to give it a little time to see where we land with other options. Commissioner Tinder agreed. Mayor Anderson suggested we delay decision until next meeting.

Motion by Commissioner Tinder:  To table item until next meeting.
Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**23. Adjourn.**

**There was no workshop before the meeting. Minutes from the March 19, 2019 Commission Meeting.   Page 8**

There was no further business and the meeting was adjourned at 5:00 p.m.

**APPROVED THIS** ___26th___ **DAY OF** ___March___ ___2019.___

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Vickie Gainer Acting City Manager

Prepared by Julie Higby

Item #8

**There was no workshop before the meeting.  Minutes from the March 26, 2019 Commission Meeting.   Page 1**

### CITY COMMISSION MEETING MINUTES
### TUESDAY, March 26, 2019
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 6:00 P.M.

**Present:**      Margo Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Antonius G. Barnes, Commissioner (Absent)
Dan Russell, Commissioner
Judy Tinder, Commissioner
Adam Albritton, City Attorney
Officer's Mikayla Edwards, Corporal's Chris Meachum & Ricky Carlton, Lt
Tom Willoughby

**Item #1.  Call to order:**  By Mayor Anderson at 6 PM.

**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Friend, followed by the pledge of allegiance.

Mayor Anderson asked for a motion to excuse Commissioner Barnes from the meeting.
                  Motion by Commissioner Friend:  To excuse Commissioner Barnes.
                  Second to the motion:  Commissioner Russell.
Discussion continued with public commentary indicating strong disapproval of Commissioner Barnes continued absences. City Attorney and Mayor concluded it would not be in the city's best interest to pursue removal of a commissioner at this point especially since this commissioner's term of office is shortly up.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | no | |
| Tinder | no | |
| Mayor Anderson | no | Motion failed: 1 -3 |

Due to an item of city business that needs to be addressed coming up this afternoon, Mayor asked for motion to move item #6 City Attorney report before Mayor's report.
         Motion by Commissioner Friend:  To move City Attorney report before Mayors report.
         Second to the motion:  Commissioner Russell.

         Commission in agreement with changing order of reports.

**Item #6.  Attorney's Report:**   City Attorney Adam Albritton informed that he received a resignation / separation from City agreement letter from Mr. White's attorney this afternoon. Due to the benefits to be paid to Mr. White being already accrued and the protection the agreement provides to the city, attorney Albritton advised the city to accept the terms of the separation agreement.

                  Motion by Commissioner Russell:  To accept the agreement as presented.
                  Second to the motion:  Commissioner Tinder.

**There was no workshop before the meeting.  Minutes from the March 26, 2019 Commission Meeting.   Page 2**

Discussion continued with public commentary and questions related to the agreement. Clarifications were stated by City Attorney.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed:  4-0 |

A five-minute recess was taken to sign separation agreement.  Mayor Anderson called meeting back to order.

**Item #3.  Mayor's Report:**

Motion by Commissioner Tinder:   For acting City Manager Gainer and City Attorney Albritton to develop an RFP/RFQ for City Manager position for the Commission's review at next meeting.
Second to the motion:  Commissioner Russell

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed:  4-0 |

Mayor continued her report acknowledging her brother, psychiatrist and neurologist Dr. Roy Deal stating that his practice Emerald Coast Behavioral was destroyed during the storm.  She stated he provides great care for active duty military and veterans and has been evacuated with all his patients to Clearwater since the storm.  Dr. Deal informed that Emerald Coast Behavioral would be back up and running by April 9th.  Mayor stated she attended a FEMA meeting in Tallahassee with Director Moskowitz and other Mayors to discuss various aspects of FEMA reimbursements.  She stated her silence regarding issues with City Manager has been due to ongoing investigations but wants to state silence on her part does not reflect her strong concerns with all that has been going on.  She is ready for Lynn Haven to move on and get back to having headlines with good news as has been our prior norm.

**Item #4.  Commissioners Report:**

Commissioner Tinder asked if the Colorado Ave project was going to move forward or if it is on hold.   Acting City Manager Gainer stated that it is moving forward. Commissioner Tinder also stated that due to Commissioner Russell's involvement with prior City Manager White several residents were asking for his resignation as commissioner.  Commissioner Russell stated that he acted as anyone else would have in his position and that anyone who wants further detail is welcome to sit down and speak to him about it.  Commissioner Friend took the opportunity to wish his wife of 31 years a happy anniversary.  He said he met with the acting City Manager and is confident the city is in good hands in the interim.

**There was no workshop before the meeting.  Minutes from the March 26, 2019 Commission Meeting.   Page 3**

**Item #5.  Acting City Manager's Report:** Mrs. Gainer stated that she met with all the Commissioners, Jay Moody as well as all the city Directors. She informed that several things were accomplished at staff meeting this week including the decision not to charge admission to anyone at the Lynn Haven Splash Pads this year.  Additionally we will not be accepting any bookings for parties there this year.  She stated the city will also be going back to regular business hours 7:30-4:30 M-F and closed on Saturdays. She reported meeting with Andrew Rowell from GAC regarding our new temporary city buildings saying they should be ready by the end of May.  She also reminded that the Spring Concert series will be starting up April 12th.

**Item #7.  Public Commentary:**  Bob Schultz inquired as to the next monthly cleanup day. Mayor informed it is April 13th meeting at the new Lynn Haven cafeteria. Brad Yount thanked city employee Ben Janke for speaking as a knowledgeable citizen at his home owner's association meeting. Mr. Robitaille expressed his concern about a 50-60 feet deep hole without a fence around it at intersection of Maine Ave and Hwy 390. Mr. Walker spoke about his concern with Gulf Power business operations and asked about the bonds we are considering.

## CONSENT AGENDA

### Item #8.   Minutes: 3/19/19 – Commission Meeting:

        Motion by Commissioner Friend:  To approve as presented.
        Second to the motion:  Commissioner Russell.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

### Item #9.   Approval of the 2019 July 4th Parade Route:

        Motion by Commissioner Friend:  To approve as presented.
        Second to the motion:  Commissioner Russell.
On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

## OLD BUSINESS:

**Item #10. Discussion and approval to purchase a John Deer 50G Excavator for the City's cleanup efforts.**  Report by Director of Public Works Bobby Baker explaining the need for a smaller excavator for storm related cleanup on city easements.

        Motion by Commissioner Russell: To approve as presented.
        Second to the motion:  Tinder
On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

DEF'S EX 55_036

**There was no workshop before the meeting.  Minutes from the March 26, 2019 Commission Meeting.  Page 4**

**Item #11.  Discussion and possible action regarding the First Amendment to the Loan Agreement.__**   This is regarding the surtax money we used to pave 23 miles of road. City Attorney Adam Albritton explained that this document was created at request of prior City Manager. The request went to the bond counsel to discuss expanding the use of these funds from just infrastructure and roads to capital improvements.  Bond Counsel believes it is possible if the commission chooses to go this route.

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion:  N/A

Commissioner Russel stated his understanding that this would only make the funding an option not commit us to using the funds and wanted to confirm that expenditures would still need to be approved by commission.  City attorney confirmed this process and added that Hancock bank would also have to approve.  Mayor Anderson stated her strong opposition to using these funds for anything besides roads and infrastructure as originally intended.  She also stated her disapproval of the process of repayment of these funds and would like to discuss this further in the future.  Commissioner Friend stated his agreement with Mayor Andersons on this issue.

> Motion by Commissioner Friend: To place discussion of payback of half cent sales on next meeting agenda.
> Second to Motion:  Commissioner Russell

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**NEW BUSINESS:**

**Item #12.  Discussion and Approval of adding the Canine Unit as a line item to Lynn Haven Police Department.**

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion:  Commissioner Friend.
> Mayor stated that Matt Marshall donated $15,000 to Canine unit.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #13. Approval to name the Lynn Haven Department Canine Unit the "Matthew E. Riemer Canine Unit".**

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**There was no workshop before the meeting.  Minutes from the March 26, 2019 Commission Meeting.   Page 5**

### Item #14.  Approval to select, purchase and install a security fence at the Advanced Waste Water Treatment Facility, which is a FDEP requirement.

Commissioner Russell asked some questions regarding fence dimensions. City Employee Director Greg Kidwell advised also explaining that it would be FEMA reimbursable.  Discussion continued.

> Motion by Commissioner Tinder:  To approve as presented.
> Second to the motion:  Commissioner Friend.

On Vote:

| | |
|---|---|
| Tinder | aye |
| Friend | aye |
| Russell | aye |
| Mayor Anderson | aye |

Motion passed: 4 -0

### Item #15.  Rails to Trails update and the naming of the first trail head:

Commissioner Friend informed of the details of the Rails to Trails program.  He explained that this program was very special to prior commissioner Frances Wittkopf and that he would like to see her recognized with this program.

> Motion by Commissioner Friend:  To name first trail head Commissioner Frances Wittkopf Way after the former Commissioner.
> Second to Motion:  Commissioner Tinder

On Vote:

| | |
|---|---|
| Friend | aye |
| Tinder | aye |
| Russell | aye |
| Mayor Anderson | aye |

Motion passed: 4 -0

Commissioner Friend informed that a 5013c "Friends of Bay County Trails" is being formed which he would like to name Mrs. Wittcopf an honorary member. He would also like to see a sign made in her honor and have a ribbon cutting event.  A family member, Donnie Wittkopf stood up and expressed great appreciation.

### Item #16.  Approval to advertise bid RFP 18/19-1 for Disaster Recovery Services Relating to Debris Removal.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Tender.

On Vote:

| | |
|---|---|
| Russell | aye |
| Tender | aye |
| Friend | aye |
| Mayor Anderson | aye |

Motion passed: 4 -0

### Item #17.  Approval to advertise bid RFP HM-2019-003 for the Right of Way Debris Removal and Stabilization Services.

> Motion by Commissioner Friend:  To approve as presented.
> Second to the motion:  Commissioner Tinder.

**There was no workshop before the meeting.  Minutes from the March 26, 2019 Commission Meeting.   Page 6**

On Vote:

| | |
|---|---|
| Friend | aye |
| Tinder | aye |
| Russell | aye |
| Mayor Anderson | aye |

Motion passed: 4 -0

**18. Approval to review and consider submitted bids to the City for the sale of approximately 20.3 acres of land on Hatcher Dr., part of Parcel ID 26485-000-000.**
City employee Director Ben Janke explained options in package from both bidders.  Conversation continued with questions and comments from board and the public.   City employees provided information and answers.

Motion by Commissioner Russell:  To accept Mr. Finch's bid.
Second to the motion:  Commissioner Friend.

On Vote:

| | |
|---|---|
| Russell | aye |
| Friend | aye |
| Tinder | aye |
| Mayor Anderson | aye |

Motion passed: 4 -0

Mayor Anderson commented thanking Mr. Finch for the $50,000 donation in playground equipment and $100,000 in palm trees to the city.

**19. Adjourn.**

There was no further business and the meeting was adjourned at 7:05 p.m.

**APPROVED THIS_____*9 ʇʰ*_____ DAY OF ____*April*____ 2019.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Vickie Gainer, Acting City Manager

Prepared by Julie Higby

8A

**There was no workshop before the meeting.  Minutes from the April 9, 2019 Commission Meeting.  Page 1**

### CITY COMMISSION MEETING MINUTES
### TUESDAY, April 9, 2019
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 4:00 P.M.

**Present:**       Margo Anderson, Mayor
                  Rodney Friend, Mayor Pro Tem/Commissioner
                  Antonius G. Barnes, Commissioner
                  Dan Russell, Commissioner
                  Judy Tinder, Commissioner
                  Adam Albritton, City Attorney
                  Officer Ricky Carlton

<u>**Item #1.  Call to order:**</u>  By Mayor Anderson at 4 PM.

<u>**Item #2.  Invocation/Pledge of Allegiance:**</u>  Invocation by Leon Miller, followed by the pledge of allegiance.

<u>**Item #3.  Mayor's Report:**</u>  Mayor Anderson requested a motion to add public commentary to the commission agenda as item #6A as it was inadvertently left off the agenda.

                  Motion by Commissioner Tinder:   To add public commentary to the agenda as
                  item #6A.
                  Second to the motion:  Commissioner Friend
On Vote:
                  Tinder                 aye
                  Friend                 aye
                  Barnes                 aye
                  Russell                aye
                  Mayor Anderson         aye              Motion passed:  5-0

Mayor Anderson reported meetings with FEMA, Tetratech, City Manager, and many residents. She said that forty more residents would be receiving Hurricane Michael Relief Fund grants in April. She regrets not being in town for the first spring concert event and the next street clean up event due to traveling for a surgical procedure on her granddaughter. She stated that the First United Methodist church as well as St. John's Catholic church would be kindly helping with the cleanup event starting at Lynn Haven Elementary School Saturday April 13th at 7:30 A.M.  She also reported meeting with Doug Hattaway regarding the Lynn Haven Bayou Park and Preserve as well as John Mazyck regarding the thirty-million-dollar bond issue. Mayor Anderson read from her phone information regarding the added responsibilities Acting City Manager Vickie Gainer has accepted in her new role.  She proposed discussion of a 15% raise in salary as well as a $450 per month car allowance for Mrs. Gainer given the expansion of her role and duties.

                  Motion by Commissioner Russell:  To accept as presented the 15% pay increase
                  and $450 per month car allowance for Acting City Manager.
                  Second to the motion:  Commissioner Tinder.

Commissioner Friend inquired as to if this would require a contract.  City Attorney addressed

**There was no workshop before the meeting.  Minutes from the April 9, 2019 Commission Meeting.  Page 2**

question stating it could be addressed by vote of the commission.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed:  5-0 |

**Item #4.  Commissioner's Report:**   Commissioner Tinder reported concerns from many citizens regarding debris pick up, speeding in the Country Club, a sink hole and home inspections. She stated that the Acting City Manager and Acting Police Chief were able to help with several of those concerns and she held off further discussions regarding inspections until agenda item #11.  Commissioner Russell stated that at his task force meeting he became aware of a program that may enable the City to waive our portion of the FEMA reimbursement.  He stated that he would like to see the City go to underground utilities especially on new construction.  He has a list of paved roads he would like to review with Bobby baker.  He informed that Beef O'Brady's would be providing lunch for the cleanup volunteers this Saturday.  Commissioner Russell also asked for a cost analysis of bringing the building inspections back in house at the City verses contracting out those services as we currently do with EPCI. He stated he attended his first canvasing board meeting at which Commissioner Tinder nominated him as Chairman.  He would also like to see an assessment of the derelict homes and businesses in Lynn haven. Commissioner Friend reported meeting with the City manager.  He stated he handled several citizen concerns as well and inquired as to when the City would be renting out our parks again. He expressed his concern with the ditches and creeks, stated he had several debris calls and wondered as well about placing C & D materials in commercial dumpsters. Commissioner Barnes reported attending prior Commissioner Schad's funeral. He reported addressing several citizen issues as well including debris complaints and specific concerns related to McCain Creek.

**Item #5.  Acting City Manager's Report:** Mrs. Gainer announced several employee award presentations beginning with Acting Chief Ricky Ramie presenting Ray Gates as supervisor of the quarter and Bobby Baker presenting David Soltero as employee of the month.  The City Manager announced the end of two commissioner terms and Mayor Anderson presented both Commissioner Friend and Commissioner Barnes keys to the City. Mayor Anderson also recognized Matt Marshall presenting him a key to the City as well for his $15,000 contribution to the LHPD Canine Unit as well as his previous $25,000 donation to the Hurricane Michael Relief Fund. Mrs. Gainer invited Laura Rouse to the microphone as she designed and sold Lynn Haven hurricane memorial shirts donating the proceeds of $500 to the Lynn Haven Police Department as well as $500 to the Lynn Haven Fire Department.  Mrs. Gainer informed that construction began in Porter park today with the help of grant funds.  She announced that the Spring Concert Series begins this Friday April 12th and stated that she had met with most of the commissioners again since the last commission meeting.

**Item #6.  City Attorney Report:** No Report.

**Item #6A.  Public Commentary:**   David Cooley, 206 Georgia Avenue, inquired regarding an audit regarding City Manager. He also expressed several other concerns regarding business of the city. Mayor Anderson commented stating she had requested an audit when taking office in

**There was no workshop before the meeting. Minutes from the April 9, 2019 Commission Meeting. Page 3**

2015 and shares his concern. Mr. Walker asked for clarification regarding the Hurricane Relief Fund. Mayor clarified the fund is governed by the board. Also discussed audit process. Commissioner Russell stated he is in full support of audit. Also clarified Mr. Walkers question regarding grant review process. Leon Miller asked where we stood with turn signal at 17th and Hwy 77, Mayor informed it is a DOT issue. Shelly Barry, 1721 Illinois Ave informed that her home is still unlivable and aired her concerns with Brandon Aldridge's recent public comments. Brad Yount presented concerns with downed trees in vacant lots in Lynn Haven. Brandon Aldridge responded regarding Shelly Barry's comments. Janet Walker, Dale Robitaille and another citizen shared comments. Mayor and City Attorney clarified that the City abides by a City Charter and a code of ordinances in relation to the upkeep of private property.

**Item #7.  Public Hearing Opened:  (4:57 P.M.)**
**Final Reading Ordinance #1074.  Small Scale Future Land Use Map Amendment (SSA=19-1)- Mixed Use to Commercial.**  City Manager read Ordinance #1074. Small Scale Future Land Use Map Amendment (SSA=19-1)- Mixed Use to Commercial Use. Mr. and Mrs. Walker expressed concern with changing the zoning in this area. Mayor reminded that the Planning Board unanimously recommended this change.   Amanda Richard informed that Land use Map Amendments are governed by the State.   She pointed out that the commission is to look at compatibility with surrounding land uses.   She also clarified that mixed use allows for lower intensity retail whereas commercial would allow larger chain type stores. Discussion continued.
**Public Hearing Closed at 5:07P.M.**

**Item #8. CONSENT AGENDA**
                Motion by Commissioner Russell:  To approve as presented.
                Second to the motion:  Commissioner Friend.
On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Barnes | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**OLD BUSINESS:**

**Item #9. Second and final reading of Ordinance #1074 requesting a Small-Scale Future Land Use Map Amendment from Ronald Johnson. Parcel #'s 10101-000, 10102-000 and 10103-000-000.**
                Motion by Commissioner Friend:  To approve as presented.
                Second to the motion:  Commissioner Tinder.
Mr. and Mrs. Walker again stated their opposition.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Russell | no | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 4-1 |

There was no workshop before the meeting.  Minutes from the April 9, 2019 Commission Meeting.  Page 4

## NEW BUSINESS:

### Item #10. Discussion and approval of RFP 18/19-004 to approve White's Wrecker Service, LLC for Towing, Wrecker and Storage Services.

    Motion by Commissioner Friend:  To approve as presented.
    Second to the motion:  Commissioner Tinder.

City Manager explained that White's was the only company who responded to the bid and that they were the only ones in town able to meet the twenty-minute response time criteria. Commissioner Russell commented he would like to see us reduce criteria and re-bid.

On Vote:

|  |  |  |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Russell | no | |
| Mayor Anderson | aye | Motion passed: 4 -1 |

### Item #11. Discussion of EPCI inspection process. Commissioner Tinder reported many citizen complaints including her own negative personal experience in dealing with EPCI. Commissioner Friend, Russell and Mayor Anderson all reported issues with EPCI.  The consensus being we need to look at our options regarding this.  A citizen, Janet, voiced several personal negative experiences with EPCI. Mr. Walker spoke words of caution.  Mr. Yount also attested to his negative experiences with this contractor. Discussion continued.

    Motion by Commissioner Russell:  Directing our City Attorney to review our
    current EPCI contract and Amanda Richard to get recommendations from her
    department regarding in house inspection services.
    Second to the motion:  Tinder

On Vote:

|  |  |  |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

### Item #12.  First Reading of Ordinance #1075 Amendments to the City of Lynn Haven Land Development Code.

City Manager read Ordinance #1075 by title only.

### Item #13.  First Reading of Ordinance #1076 Amending the City of Lynn Haven Code of Ordinances.

City Manager read Ordinance #1076 by title only.

### Item #14. Approval of Development Order- Brock Pest Control. Parcel #11573-004-000.  Quasi-Judicial Public Hearing.

City Attorney addressed the commission as to ex parte communications, all reported none. City Attorney swore in those providing information. Amanda Richard provided detail regarding parcel.

DEF'S EX 55_043

**There was no workshop before the meeting.  Minutes from the April 9, 2019 Commission Meeting.   Page 5**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Friend.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Friend | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #15. Discussion and possible action regarding the pay back process of the ½ cent surtax money.** Mayor Anderson reviewed that the City borrowed ten million dollars against the ½ cent sales tax funds so we could pave twenty-three miles of road in Lynn Haven.  She reported disagreement with prior City Manager regarding payback process.  She stated our current payback arrangement is similar to a thirty-year mortgage.  She proposes we pay back the loan with the total surtax dollars that come in each month, in effect sweeping the account.  The City Attorney informed that we could potentially pursue a modification of the terms of our current loan.

Motion by Commissioner Friend:  For City Manager to initiate meeting with bank and the Mayor to pursue more favorable payback option.
Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Friend | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #16.  Approval to host a monthly Lynn Haven Spay Day/shot clinic.**
Community Services director David Horton explained the event.  Discussions continued with clarifications on employees receiving comp time not overtime for working the event and each shot for the animals costing ten dollars

Motion by Commissioner Friend:  To approve every other month Lynn Haven shot day as presented and that the funds raised will stay in the Animal Shelter dept.
Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Friend | aye | |
| Russell | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #17.  Discussion of the Acquisition for the new City Manager:**
City Attorney reported two sourcing options for the new City Manager.  Option one being the city commission selection process whereby the commission engages in the selection process by advertising both regionally and nationally for the position, narrowing down the applicants through background checks and interviews until reaching their selection.  Option two is engaging in an

**There was no workshop before the meeting.  Minutes from the April 9, 2019 Commission Meeting.   Page 6**

executive search firm putting out an RFP/RFQ for the firm and having them make the recommendation.  This option will clearly be more costly to the city.

               Motion by Commissioner Friend:  To proceed with option one as soon as possible.

               Second to Motion:  Commissioner Tinder

Discussion continued.  Mayor stated she has started a petition to get 10% of the registered voters in Lynn Haven to sign a petition to change the City charter to incorporate a strong Mayor form of city government.  She pointed out several pros related to the strong Mayor form of city government including the electors being able to vote in or out the person in the position. She explained further that this is how the school board functions as well.  Jerry Parker, Rich Walker and commissioner Russell made further comments pointing out the cons to this type of government. While he does not personally support this form of city government, Commissioner Russell stated he was willing to table this issue for two weeks to give the Mayor time to gather signatures. Mayor Anderson indicated that was not necessary.

On Vote:

|  |  |  |
|---|---|---|
| Friend | aye | |
| Tinder | aye | |
| Russell | aye | |
| Barnes | aye | |
| Mayor Anderson | no | Motion passed: 4 -1 |

**Item #18. Discussion and possible action regarding the extension of the debris hauler's contract.**

City Manager explained that once the city finishes the ditch clearing project, we may need further assistance in hauling debris from our current contractors Ashbritt and Crowder Gulf.  We are looking to extend the contract until July but will only deploy them as needed.  City Attorney made further clarifications as to extension of contracts.

               Motion by Commissioner Friend:  To approve as presented.

               Second to the motion:  Commissioner Barnes.

On Vote:

|  |  |  |
|---|---|---|
| Friend | aye | |
| Barnes | aye | |
| Tinder | aye | |
| Barnes | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #19. Adjourn**

There was no further business and the meeting was adjourned at 7:05 p.m.

APPROVED THIS _____ _15th_ _____ DAY OF _____ May _____ 2019.

_____

Margo Deal Anderson, Mayor

ATTEST:

_____

Vickie Gainer Acting City Manager            Prepared by Julie Higby

8C

**There was a special meeting before the meeting.  Minutes from the April 23, 2019
Commission Meeting.   Page 1**

## CITY COMMISSION MEETING MINUTES
### TUESDAY, April 23, 2019
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 6 P.M.

**Present:**        Margo Anderson, Mayor
                    Rodney Friend, Mayor Pro Tem/Commissioner
                    Brandon Aldridge, Commissioner
                    Pat Perno, Commissioner
                    Dan Russell, Commissioner
                    Judy Tinder, Commissioner -absent
                    Adam Albritton, City Attorney
                    Officers Carlton and Edwards

**Item #1.  Call to order:** By Mayor Anderson at 6 PM.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Friend, followed by the
pledge of allegiance at prior special meeting.

**Item #3.  Mayor's Report:** Mayor Anderson reported a busy couple of weeks including travel
to Jacksonville to the legal firm of Holland & Knight to present them a Key to the City for their
donation of $50,000 in pro bono legal services aiding with the set up of our Hurricane Michael
Disaster Relief Fund.  She stated that the fund currently has over $150,000 in it and that we will
soon be distributing another forty $1,000 grants to Lynn Haven families.   She also reported
meeting with FEMA and Tetratech as well as Ben Lee with Hancock Bank and several residents
regarding EPCI and other issues. She stated that Commissioner candidate Bob Schultz
generously donated the remainder of his campaign funds to the Hurricane Michael Relief fund.
She recalled last meetings discussion regarding extending the hauling contract with Crowder
Gulf and Ashbritt on an as need basis and suggested the possibility of one more pass through
our City during the month of May by them to pick up the remaining vegetative and c & d debris.

                    Motion by Commissioner Aldridge:   To have our contractors pick up debris
                    one final time, passing strategically through Lynn Haven throughout the month
                    of May.
                    Second to the motion:  Commissioner Russell
On Vote:

                    Aldridge            aye
                    Russell             aye
                    Perno               aye
                    Mayor Anderson      aye                 Motion passed:  4-0

Mayor Anderson read the national safe boating week proclamation allowing comments by a
representative from the coastguard auxiliary.

**Item #4.  Commissioner's Report:**   Mayor Anderson reported that Commissioner Tinder was
absent this evening due to a medical emergency regarding heart related issues.  Commissioner
Russell reported the supervisor of elections recommending the city look for key locations for next
election and pointed out some issues with the current location Roberts Hall. He met with the City

**There was a special meeting before the meeting. Minutes from the April 23, 2019 Commission Meeting.   Page 2**

Manager regarding concerns with the 9th Street and Hwy 77 intersection.   Vickie Gainer and Acting Police Chief are looking into this...He also reported that the 17th Street issues should be corrected by the end of May.  He met with Bo Creel and he says Mr. Creel plans on addressing the problems related to EPCI.  The task force is concerned that the upcoming census could produce problems concerning funding for the community since funding is based on population numbers.  Commissioner Russel also reported asking for biweekly reports on expenditures from the City Manager.  He was also happy to report the City has begun the process of assessing derelict properties.  He gave thanks to the City Manager and Ben Janke for addressing 14th Street property that is beyond repair.  Mayor Anderson addressed some of his concerns stating that in light of the storm we had to use buildings that were intact for voting, and that all our paperwork regarding the census was in order.   She also informed that she has asked to review all checks and invoices before they are sent out and sent out an e-mail stating that no purchases that were not already in the budget this year would be approved. She reminded that we had decided to wait until the six-month time frame had passed before starting code enforcement efforts.  Commissioner Aldridge had no report and Commissioner Perno thanked his family for their support.

**Item #5. Acting City Manager's Report:** Mrs. Gainer reported several meetings including FEMA, Insurance, commissioners and several staff members.  She asked Ben Janke to describe the code enforcement efforts we are currently embarking on.  He explained that code enforcement had been working with property owners explaining that they needed to take care of their own debris removal.  He said they would be happy to hear about the final pass through by our debris haulers.  He discussed the 120 severely damaged properties in Lynn Haven that are going through the due process which will come before the magistrate after the reports are finalized for ruling regarding demolition.  Commissioner Russell asked if there would be a RFQ process for each house or if we were going to put them all together to do a bid.  City Manager informed we would do them one at a time as we do know ahead of time how many will actually be ordered to be demolished. Mayor Anderson also informed that we are working with FEMA processing applications for private property debris removal for those who can not afford to take care of these issues.  The City Manager informed that we had received 38 such applications as of today and encourage all in need to apply.

**Item #6.  City Attorney Report:** Suggested we have a motion to excuse Commissioner Tinder.

> Motion by Commissioner Russell:   To excuse Commissioner Tinder from the meeting due to medical emergency.
> Second to the motion:  Commissioner Aldridge

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 4-0 |

**There was a special meeting before the meeting.  Minutes from the April 23, 2019 Commission Meeting.   Page 3**

**Item #7.   Public Commentary:**   Janet Walker inquired about the contractor signs in Lynn Haven. Ben Janke informed that we are constantly picking them up and storing them at public works. She also inquired as to if a citizen could challenge a commission approved agenda item. The City Attorney informed that a citizen can challenge any commission decision. In reference to the state he explained that they are most concerned with their criteria being met.  David Cooley from 206 Georgia Ave commented regarding code enforcement picking up contractor signs. He also expressed concern with city employees having an avenue to voice their internal concerns without negative repercussions. Mayor informed employees can always speak to a board member and referred him also to the employee handbook as further comments regarding this could not be made due to the ongoing investigation.  Mr. Walker also commented regarding these issues and expressed his concern regarding the upcoming Gulf Power rate increase encouraging the Commission to speak up. He is also concerned with people leaving the city due to hwy 390 & 389 being upgraded.  Tammy Reyberg presented concerns about her building permit being held up for three weeks. City Manager arranged to get citizens phone number and speak to Amanda Richard regarding this after the meeting. City Manager informed we are working on improving the process.  Lori Manuel expressed her concerns about the speed on Georgia Ave suggesting a four-way stop be installed.

**CONSENT AGENDA**

**Item #8.  Minutes:  4/9/19 – Commission Meeting**
Commissioner Russell made a motion to approve with a caveat regarding one item.  City Attorney informed that because the newly installed commissioners were not present last meeting, we do not have enough to vote with Commissioner Tinder absent.

> Motion by commissioner Russell to defer approval of minutes until next meeting.
> Second to the motion:  Commissioner Aldridge

Commissioner Russell would like 4/9/19 minutes to include his proposal under item #17 to table advertising City Manager position for two weeks for Mayor Anderson to gather voter signatures regarding amending our City Charter to include a strong Mayor form of City Government.

On Vote:

| | |
|---|---|
| Russell | aye |
| Aldridge | aye |
| Perno | aye |
| Mayor Anderson | aye |       Motion passed: 4-0 |

**OLD BUSINESS:**

**Item #9. Second and Final Reading of Ordinance #1075 Amendments to the City of Lynn Haven Land Development Code.**
> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Perno.

Mrs. Walker had a question regarding FEMA payment.  City Attorney responded.

On Vote:

| | |
|---|---|
| Russell | aye |
| Perno | aye |

**There was a special meeting before the meeting.  Minutes from the April 23, 2019 Commission Meeting.   Page 4**

| | | |
|---|---|---|
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 4-0 |

**Item #10. Second and Final Reading of Ordinance #1076 Amending the City of Lynn Haven Code of Ordinances.**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Perno.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**NEW BUSINESS:**

**Item #11. Request for approval of Task Order for the Porter Park Improvements Phase II project detailing the scope of services for the RESTORE Grant Management.**  City Manager spoke regarding the technical nature of the federal restore grants indicating the necessity of further engineering expertise from Panhandle.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Aldridge

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 4-0 |

Commissioner Russell received confirmation that the task order was not to exceed $15,000.
Mr. Walker made additional comments.

**Item #12. Appointment of new Planning Commission Members.** Amanda Richard updated on Planning Commission current status explaining that three seats needed to be filled.

Motion by Commissioner Russell:  To fill vacancies as presented.
Second to the motion:  Commissioner Perno

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 4-0 |

**Item #13. Request for transfer of Law Enforcement Trust Fund Monies to Matt Riemer K-9 Fund.**

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Perno.

On Vote:

| | |
|---|---|
| Russell | aye |
| Perno | aye |

DEF'S EX 55_049

There was a special meeting before the meeting.  Minutes from the April 23, 2019
Commission Meeting.   Page 5

|            |     |                      |
|------------|-----|----------------------|
| Aldridge   | aye |                      |
| Mayor Anderson | aye | Motion passed: 4-0 |

**Item #14. Discussion and Approval to extend the Period of Performance through June
30, 2019, for task order No. 1-2018-FRS-Hurricane Michael-Lynn Haven dated
October 30, 2018.**
City Manager explained that this is merely extending our current contract through the end
of June.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Perno.

On Vote:

|            |     |                      |
|------------|-----|----------------------|
| Russell    | aye |                      |
| Perno      | aye |                      |
| Aldridge   | aye |                      |
| Mayor Anderson | aye | Motion passed: 4 -0 |

Commissioner Aldridge inquired as to FEMA reimbursements that City Manager Gainer,
City Attorney Albritton and Mayor Anderson addressed.  A meeting with Commissioner
Aldridge and Tetratech was suggested to further inform his concerns.

**Item #15. Discussion and approval for the 2019 Fourth of July Parade Grand Marshal.**
Mayor Anderson proposed Leon Miller and Hillary Keeley as potential candidates for
dual grand marshals due to their special contributions to our community.

> Motion by Commissioner Russell:  To approve as proposed.
> Second to the motion:  Commissioner Perno.

On Vote:

|            |     |                      |
|------------|-----|----------------------|
| Russell    | aye |                      |
| Perno      | aye |                      |
| Aldridge   | aye |                      |
| Mayor Anderson | aye | Motion passed: 4 -0 |

**Item #16. Adjourn.**
There was no further business and the meeting was adjourned at 7:05 p.m.

APPROVED THIS _____ 15th _____ DAY OF _____ May _____ 2019.


_____
Margo Deal Anderson, Mayor


ATTEST:

_____
Vickie Gainer Acting City Manager


Prepared by Julie Higby

8 B

**There was no workshop before the meeting. Minutes from the April 23, 2019 Special Commission Meeting. Page 1**

### SPECIAL CITY COMMISSION MEETING MINUTES
### TUESDAY, April 23, 2019
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 5:30 P.M.

**Present:**     Margo Anderson, Mayor
Rodney Friend, Mayor Pro Tem/Commissioner
Brandon Aldridge, Commissioner
Pat Perno, Commissioner
Dan Russell, Commissioner
Judy Tinder, Commissioner -absent
Adam Albritton, City Attorney
Officers Carlton and Edwards

**Item #1. Call to order:** By Mayor Anderson at 5:30 PM.

**Item #2. Invocation/Pledge of Allegiance:** Invocation by Commissioner Friend, followed by the pledge of allegiance.

**Item #3. Announcement regarding <u>election results.</u>**
Mayor Anderson stated that Commissioner Tinder is not present for meeting due to a medical emergency related to her heart.
              Motion by Commissioner Russell:   To excuse Commissioner Tinder from the
              meeting.
              Second to the motion:  Commissioner Friend
On Vote:

              Russell                aye
              Friend                 aye
              Mayor Anderson         aye                    Motion passed: 3-0

Commissioner Russell read the certified election results from the Canvassing board.

**Item #4. Motion to accept election result totals from the Canvassing Board.**
              Motion by Commissioner Friend:   To accept the election results as presented.
              Second to the motion:  Commissioner Russell
On Vote:

              Friend                 aye
              Russell                aye
              Mayor Anderson         aye                    Motion passed: 3-0

**Item #5. Administer Oath of Office to Mayor Margo Anderson.**
City Attorney administered Oath of office to Mayor Margo Anderson.

**Item #6. Administer Oath of Office to Commissioner Brandon Aldridge.**
City Attorney administered Oath of office to Commissioner Aldridge.

**Item #7. Administer Oath of Office to Commissioner Pat Perno.**
City Attorney administered Oath of office to Commissioner Perno.

**There was no workshop before the meeting.  Minutes from the April 23, 2019 Special Commission Meeting.   Page 2**

**Item #8.  Recognition of outgoing Commissioners Barnes and Friend.**  Commissioner Barnes was not present.  Commissioner Friend said a word of thanks and offered some heart felt advice to the newly sworn in commissioners.

**Item #9. Comments by Mayor Anderson.** Mayor Anderson recapped her campaign promises kept and accomplished.  She promised to do all she can to bring back what Hurricane Michael destroyed. She offered thanks to supportive family members.

**Item #10. Comments by incoming Commissioner Brandon Aldridge.**
Commissioner Aldridge expressed his view of servant leadership.  He spoke positively regarding the future of Lynn Haven.  He also expressed gratitude for the support of his family.

**Item #11.   Comments by incoming Commissioner Pat Perno.**
Commissioner Perno thanked the Mayor as well as the current and past commissioners for all of their efforts.  He stated he would not let the citizens down.

**Item #12.  Adjourn.**
There was no further business and the meeting was adjourned at 5:52 p.m.

APPROVED THIS _____ *15th* _____ DAY OF _____ *May* _____ 2019.

_____
Margo Deal Anderson, Mayor

ATTEST:
_____
Vickie Gainer Acting City Manager

Prepared by Julie Higby

Item # 8

There was no workshop before the meeting.  Minutes from the May 14, 2019 Commission Meeting.  Page 1

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, May 14, 2019**
**LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER**
**4 P.M.**

Present:       Margo Anderson, Mayor- present by phone
               Dan Russell, Mayor Pro Tem/Commissioner
               Brandon Aldridge, Commissioner
               Pat Perno, Commissioner
               Judy Tinder, Commissioner
               Adam Albritton, City Attorney
               Officer Kaytlyn Anglin

**Item #1.  Call to order:** By Mayor Anderson at 4PM.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Leon Miller, followed by the pledge of allegiance.

**Item #3.  Mayor's Report:** Mayor Anderson reported participating in an event with the Baptist church in Sheffield park serving 1200 meals and providing family fun for the community. Additionally, she participated in the News Herald story telling event where several told their Hurricane Michael stories and were publicized all over the nation.  Finally, she reported attending the weekly city staff and consultants FEMA meeting. She pointed out that we need to appoint a Mayor Pro-tem in lieu of Commissioner Friend.  She stated that generally the commissioner who has served the longest is appointed but that this is not an official rule. She also stated that we will need to appoint a new TPO representative to replace Commissioner Friend.

                    Motion by Commissioner Aldridge:   Nominating Dan Russell as Mayor Pro-
                    tem.
                    Second to the motion:   Commissioner Russell

Commissioner Russell inquired if Commissioner Tinder was interested in the position. She affirmed.  Discussion continued with questions regarding quorum from Commissioner Aldridge and citizen, Mr. Walker.  City Attorney affirmed that given a physical quorum present, absentee attendance and vote by phone are permissible.  Citizen, Arlene Harrison stated her support of Commissioner Tinder for position.

On Vote:
                    Aldridge          aye
                    Perno             aye
                    Russell           aye
                    Tinder            no
                    Mayor Anderson    no              Motion passed:  3-2

Mayor Anderson passed the gavel to Mayor Pro-tem-Commissioner Russell.

**There was no workshop before the meeting.  Minutes from the May 14, 2019 Commission Meeting.  Page 2**

Motion by Commissioner Aldridge:        To excuse Mayor Anderson (physically) from meeting (She is on vacation and present by phone)

Second to Motion:                                Commissioner Perno

On Vote:

| | |
|---|---|
| Aldridge | aye |
| Perno | aye |
| Tinder | aye |
| Russell | aye |
| Mayor Anderson | aye |

Motion passed:  5-0

**Item #4. Commissioner's Report:**    Commissioner Tinder reported meeting with the Acting City Manager on several issues.  She stated she was concerned regarding the property located at Florida Ave and 13th Street. States it is an eyesore in the community and wonders why it has signs reading coming soon even though the commission has not yet approved.  She stated that she found there are legitimate reasons why the Colorado Ave project has not been started yet and referred citizens to the City Manager for further info.  Commissioner Aldridge reported meeting with the City Manager, the city department heads, the city engineers and Tetratech.  He said he found about 9600 volunteer hours from Samaritan's Purse volunteer teams reported to Bay County that would be coming to Lynn Haven for a total of about $192,000 potential debt reduction.  Commissioner Perno also reported meeting with the City Manager and department heads as well as several citizens.  He complimented the City Manager and staff and said observing the Lynn Haven Police department headquarters was eye opening.  He reported wires hanging at the corner of 10th and American Freight.  He mentioned attending a school advisory committee meeting complimenting principal John Cannon for raising Lynn Haven Elementary to a Title one School.  Commissioner Russell reported several meetings with the City Manager and City Attorney.  He followed up on 17th and 9th Street issues.  He is looking to find out when 4th Street will be paved. He gave thanks to permitting office as well Ben Janke with code enforcement.  He stated he will attend the code enforcement magistrate court date on the 16th of May. He reported meeting with the City Manager regarding the city design build RFQ expressing concern that the process would prohibit a timely completion of the ball fields and senior center.

**Item #5. Acting City Manager's Report:** Mrs. Gainer introduced the employee of the month. Director of planning Amanda Richard gave complementary comments regarding recipient, code enforcement officer Eric Bentley. She reported meeting with several commissioners as well as the City Attorney.  She attended ethics training. She reported that 4.9 of the 9.9 million dollars in federal reimbursement funds have made it to the office of legislative affairs and explained that once the 4.9 is obligated by the state the second half begins the process as well. Next in line is our category A, debris hauling, 8.1-million-dollar project.  Acting City Manager Gainer also reported receipt of $386,000 triumph grant funds check.   She stated we sent off for reimbursement of $596,815 for the 17th Street drainage project. She elaborated that it is a million-dollar project reimbursable at 100%.  She reported meeting with our auditors discussing finalizing the audit in order to apply for the $5 million-dollar community disaster loan. She also reported meeting with the Heritage Society and attending the pinning of our new Police Chief. She stated that our police department and many administrative employees should be moving into our temporary offices by the end of next week.  She mentioned an RFQ for roofmg the senior center as well as the customer service center stating the design build for the rest of the

There was no workshop before the meeting.  Minutes from the May 14, 2019 Commission Meeting.  Page 3

city is at the engineer's office. Bobby Baker gave an update on Colorado Ave reporting that the pipes would be shortly arriving and indicating that was part of the delay.

**Item #6.  City Attorney Report:** No report.

**Item #7.  Public Commentary:**  Comments by citizen Libby Tunnell expressing her gratitude for all Acting City Manager Gainer has done.  She expressed her hopes that Mrs. Gainer would be future City Manager as well.  Various comments by Rich Walker.  Mr. Miller asked about upcoming meeting on the 16th at Public Utilities and also inquired as to when Cain Griffin splash pad would be open. Acting City Manager Gainer informed hopefully by mid-June. Carolyn Prince had several comments and questions regarding opening a new business in Lynn haven. She inquired as to the route to change some of the ordinances related to the tattoo aspect of her barber shop. Mayor Anderson and Pat Perno made several positive comments.

> Motion by Mayor Anderson:    For our City Attorney to look into our ordinance to see how it could be modified to potentially accommodate this business.
> Second to the motion:         Commissioner Perno

City Attorney pointed out that we do not have an ordinance prohibiting tattoo parlors but rather their proximity to certain establishments.  Mayor clarified the directive to look into those prohibitions.  Tattooist and Prior military service man informed that most of their business clientele is armed forces personnel.

On Vote:

| | | |
|---|---|---|
| Mayor Anderson | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Tinder | aye | |
| Russell | aye | Motion passed:  5-0 |

## CONSENT AGENDA

### Item #8.  Minutes:  Items A, B, C -- Commission Meetings

> Motion by Commissioner Aldridge:  To approve consent agenda as presented.
> Second to the motion:  Commissioner Perno.

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Perno | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | |
| Russell | aye | Motion passed:  5-0 |

## OLD BUSINESS:  None

There was no workshop before the meeting.  Minutes from the May 14, 2019 Commission Meeting.   Page 4


## NEW BUSINESS

**Item #9.  Approval of Resolution #2019-05-283 authorizing the Joint Participation Agreement for the Roadside Beautification Assistance Program through FDOT for Highway 77 landscaping.**

        Motion by Mayor Anderson:  To approve as presented.
        Second to the motion:  Commissioner Aldridge

On Vote:

| | | |
|---|---|---|
| Mayor Anderson | aye | |
| Aldridge | aye | |
| Tinder | aye | |
| Perno | aye | |
| Russell | aye | Motion passed: 5-0 |

**Item #10.  Approval of the State of Florida Department of Transportation Roadside Beautification Assistance Joint Participant Agreement.**

        Motion by Commissioner Aldridge:  To approve as presented.
        Second to the motion: Commissioner Perno.

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Perno | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | |
| Russell | aye | Motion passed: 5 -0 |

**Item #11.  Appointment of a new TPO representative for the City of Lynn Haven in replacement of former Commissioner Rodney Friend**

        Motion by Commissioner Aldridge:  To appoint Commissioner Perno as new TPO representative.
        Second to the motion:  Commissioner Tinder

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Tinder | aye | |
| Perno | aye | |
| Mayor Anderson | aye | |
| Russell | aye | Motion passed: 5-0 |

**Item #12. Discussion and approval of a Maintenance Claim on Colorado Ave.**

City Attorney requested this item be removed from agenda and placed back on at a later date.

        Motion by Commissioner Perno:  To remove item from agenda.
        Second to the motion:   Commissioner Aldridge

On Vote:

| | | |
|---|---|---|
| Perno | aye | |
| Aldridge | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | |
| Russell | aye | Motion passed:  5-0 |

  DEF'S EX 55_056

**There was no workshop before the meeting.  Minutes from the May 14, 2019 Commission Meeting.   Page 5**

**Item #13.  Approval of the updated Grants Handbook to meet the federal requirements for the RESTORE Act Grant.**

         Motion by Commissioner Tinder:  To approve as presented.

         Second to the motion:  Commissioner Perno.

On Vote:

| | |
|---|---|
| Tinder | aye |
| Perno | aye |
| Aldridge | aye |
| Mayor Anderson | aye |
| Russell | aye | Motion passed: 5-0 |

**Item #14. Discussion and approval to place a stop sign at West 7th Street and Georgia Avenue.**

Chief Ramey reported high traffic counts and excessive speeds documented at this location.

         Motion by Commissioner Tinder:  To approve as presented.

         Second to the motion:  Commissioner Perno.

On Vote:

| | |
|---|---|
| Tinder | aye |
| Perno | aye |
| Aldridge | aye |
| Mayor Anderson | aye |
| Russell | aye | Motion passed: 5 -0 |

**Item #15. Approval of Resolution #2019-05-284 adopting the second amendment to the Rails to Trails grant extending the deadline through October 1, 2019.**

Acting City Manager explained that most funding has already been received but need a short extension to properly document remainder of funding.

         Motion by Commissioner Russell:  To approve as proposed.

         Second to the motion:  Commissioner Perno.

On Vote:

| | |
|---|---|
| Perno | aye |
| Aldridge | aye |
| Tinder | aye |
| Mayor Anderson | aye |
| Russell | aye | Motion passed: 5 -0 |

**Item #16. Discussion and approval for the city to commit to 10% of the Rails to Trails construction project.**

City Engineer expounded on details of the project. Discussion continued.

         Motion by Commissioner Tinder:  To approve as proposed.

         Second to the motion:  Commissioner Perno.

    DEF'S EX 55_057

. . .

**There was no workshop before the meeting.  Minutes from the May 14, 2019 Commission Meeting.   Page 6**

On Vote:

|  | | |
|---|---|---|
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | |
| Russell | aye | Motion passed: 5 -0 |

**Item #17. Approval of 42 Hurricane Michael Relief Fund Grant applicants.**
Mayor Anderson gave thanks again to Holland and Knight for their contributions in setting up this trust.  She stated we have given $150,000 in grants to Lynn Haven citizens so far and would be awarding 42 more $1,000 grants today.

Motion by Mayor Anderson:  To approve as proposed.
Second to the motion:  Commissioner Tinder.

On Vote:

|  | | |
|---|---|---|
| Mayor Anderson | aye | |
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Russell | aye | Motion passed: 5 -0 |

**Item #18. Approval to enter into an agreement with the Lynn Haven Rotary to receive a $30,000 grant for trees to be planted with in the Lynn Haven City limits.**
Rotary representative presented a check to the City of Lynn Haven for $30,000 worth of trees to be purchased and planted.

Motion by Commissioner Aldridge:  To approve as proposed.
Second to the motion:  Commissioner Perno.

On Vote:

|  | | |
|---|---|---|
| Aldridge | aye | |
| Perno | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | |
| Russell | aye | Motion passed: 5 -0 |

**Item #19.  Approval of Development Order- Commercial Redevelopment of J.R.'s Rib Shack- *Quasi-Judicial Public Hearing*.**
City Attorney swore in Amanda Richard giving testimony and affirmed commissioners had no ex parte communications.  Amanda Richard stated details of item.
Motion by Commissioner Aldridge:  To approve as proposed.
Second to the motion:  Commissioner Perno.

On Vote:

|  | | |
|---|---|---|
| Aldridge | aye | |
| Perno | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | |
| Russell | aye | Motion passed: 5 -0 |



**There was no workshop before the meeting.  Minutes from the May 14, 2019 Commission Meeting.   Page 7**

**Item #20.  Approval of Resolution #2019-05-285 authorizing obtaining a line of credit of $5,000,000 from Hancock Whitney Bank.**
City Manager read resolution and gave details of line of credit. Mayor expounded reminding that the city has yet to borrow any funds.  Commissioner Aldridge stated that a line of credit is merely a tool.

|  |  |  |
|---|---|---|
| | Motion by Mayor Anderson:  To approve as proposed. | |
| | Second to the motion:  Commissioner Perno. | |

On Vote:

| | | |
|---|---|---|
| Mayor Anderson | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Tinder | aye | |
| Russell | aye | Motion passed: 5 -0 |

**Item #21.  Adjourn.**
There was no further business and the meeting was adjourned at 5:33 p.m.

**APPROVED THIS**_____ **DAY OF** _____ **2019.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Vickie Gainer Acting City Manager

Prepared by Julie Higby

DEF'S EX 55_059

*Item # 8*

There was a mid-year budget workshop before the meeting.  Minutes from the May 28, 2019 Commission Meeting.  Page 1

### CITY COMMISSION MEETING MINUTES
### TUESDAY, May 28, 2019
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 6 P.M.

**Present:**   Margo Anderson, Mayor
Dan Russell, Mayor Pro Tem/Commissioner
Brandon Aldridge, Commissioner
Pat Perno, Commissioner
Judy Tinder, Commissioner
Adam Albritton, City Attorney
Captain John Summerall

**Item #1.  Call to order:** By Mayor Anderson at 6PM.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Aldridge, followed by the pledge of allegiance.

**Item #3.  Mayor's Report:** Mayor Anderson reported attending the pinning and recognition ceremony for Police Chief Ricky Ramie.  She participated in the story telling event at Roberts Hall and she also enjoyed some time camping in Louisiana along with a musical performance. She discussed the excessive volume of violent crimes against women in bay county and met with Police Chief Ricky Ramie regarding the potential setup of a domestic violence unit in Lynn Haven. Mayor Anderson reported spending a good deal of time with citizens over the Memorial Day holiday highlighting the ongoing state of needs within our community. She complimented congressman Neil Dunn for all of his efforts to help our community.  She stated that the city cut three checks to our debris haulers/monitors and issued one check for demolition all totaling approximately 2.3 million dollars.  This was our first draw on a line of credit since the storm. She reported that she and the Acting City Manager both hand signed these checks due to the size of the checks.  She stated that the accounting staff was a bit uncomfortable as this was procedurally out of the ordinary.  She stated they had been uncomfortable before with large dollar amounts on checks authorized by prior City Manager but did not speak up.   The commission reiterated to the city staff their availability, without repercussion, to listen to any internal business concerns.  Mayor Anderson asked for the commission's approval to move forward with processing these payments.

Motion by Commissioner Russell:  To approve payment as presented.
Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed:  5-0 |

Mayor Anderson also reported meeting Acting City Manager Gainer as well as attending the concert in the park and   having several phone conversations with Congressman Neil Dunn. She also apologized for anyone who did not get the chance due to limited time at the prior mid-year

**There was a mid-year budget workshop before the meeting.  Minutes from the May 28, 2019 Commission Meeting.   Page 2**

budget meeting to speak informing that they would be given opportunity during public commentary.

**Item #4.  Commissioner's Report:**   Commissioner Russell reported following up on the paving project with Bobby Baker.  He also discovered that the DOT approved a left turn lane on 17th street but not a left turn light. He stated that the next Task Force meeting was next Tuesday June 4th at 2p.m. He commented regarding local baseball accomplishments asking commission to consider approving a $5,000 donation to Mosley High School baseball team for travel to the state championship.

        Motion by Commissioner Russell: To approve donation as presented.
        Second to the motion:  Commissioner Perno.

Discussion continued with both commission and public commentary regarding this issue.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Tinder | no | |
| Aldridge | no | |
| Mayor Anderson | no | Motion failed:  2-3 |

Commissioner Aldridge reported several meetings with city attorney, city manager and others in the past couple of weeks. He spoke of exciting times in Lynn Haven regarding the rebuild of our city facilities.  Commissioner Perno reported meeting with City Manager regarding an issue via email and a meeting with a citizen regarding annexing property to the county.  He spoke to Bobby Baker regarding several citizen issues as well. He looks forward to the upcoming TPO meeting and will be supporting Mosley with meals from his restaurant. Commissioner Tinder reported receiving more complaints regarding the city's permitting inspection company EPCI.  She said that one resident is threatening a class action suit against them.  She stated she had a couple public property debris removal calls and voiced concern over the all the dead trees being a possible fire hazard.  She answered some calls regarding Hurricane Michael Relief Fund grants as well

**Item #5. Acting City Manager's Report:** Mrs. Gainer reported meetings with Tetra Tech, FEMA and several commissioners.  She also spoke to the Leadership Bay group regarding the city's recovery efforts.  She stated there would be an RFQ going out June 24th regarding debris removal.  She mentioned having power now in the temporary facilities and reminded that our last concert in the Spring Concert series is Thursday evening.  She discussed a very positive meeting with the state and FEMA representatives regarding storm reimbursement concluding with funds being obligated to Lynn Haven. Additionally, she met with city engineer and public works director on the stormwater plan.  She reported that after a 6-year effort, all Lynn Haven 1941 pipes have been replaced.  She also met with the city's insurance company, World Claim and feels we will receive the full 23 million coverage limits.  Finally, she and Community Services Director met with Mowat regarding the use of their facilities for a summer program for the youth in Lynn Haven.  They were able to secure some available time for the kids on Thursdays.

**Item #6.  City Attorney Report:** No report.

DEF'S EX 55_061

There was a mid-year budget workshop before the meeting.  Minutes from the May 28, 2019 Commission Meeting.   Page 3

**Item #7.  Public Commentary:**  Mr. Leon Miller spoke concerning potential activities at Cain Griffin park. Craig Duncan spoke regarding other struggling sports teams and the splash pad closure. Also commented about haulers.  Gerald Hanke spoke regarding building a shed and expressed concern for a potential hazard at gas station on 5th St and 77.  Monica Hood also commented on several issues including splash pad, stop sign on 7th St.  Mayor Anderson and Chief of Police Ricky Ramie addressed her concerns.  Arlene Harrison echoed the frustration regarding the inspection process.  She complimented Lynn Haven on debris removal and expressed concern regarding fire hazards and parking on Florida Ave. Ted Roberts president of Heritage Society spoke regarding the upcoming memorial event at the Monument park on 8th and Georgia.

**Item #8. Consent Agenda Minutes: 5/19/19 – Regular Meeting**
>              Motion by Commissioner Russell:  To approve consent agenda as presented.
>              Second to the motion:  Commissioner Tinder.

On Vote:

|            |     |                     |
|------------|-----|---------------------|
| Russell    | aye |                     |
| Tinder     | aye |                     |
| Aldridge   | aye |                     |
| Perno      | aye |                     |
| Mayor Anderson | aye | Motion passed:  5-0 |

**Item #9. Discussion and possible action regarding approval of Resolution #2019-05-286 mid-year budget amendment.**  Acting City Manager read resolution.  Mayor Anderson offered to wait for further public input.
>              Motion by Commissioner Russell:  To approve as presented.
>              Second to the motion:  Commissioner Perno

On Vote:

|          |     |                     |
|----------|-----|---------------------|
| Russell  | aye |                     |
| Perno    | aye |                     |
| Aldridge | aye |                     |
| Tinder   | aye |                     |
| Anderson | aye | Motion passed: 5-0  |

**Item #10. Discussion and Approval to post an RFQ for a third-party vendor to print, fold and mail utility billing.** Acting City Manager Gainer answered several questions from commission regarding this issue.  Discussion continued.
>              Motion by Commissioner Tinder:  To approve as presented.
>              Second to the motion:  Commissioner Aldridge.

On Vote:

|          |     |                      |
|----------|-----|----------------------|
| Tinder   | aye |                      |
| Aldridge | aye |                      |
| Perno    | aye |                      |
| Russell  | aye |                      |
| Anderson | aye | Motion passed: 5 -0  |

**Item #11. Approval to appoint Community Services Board members.**
>              Motion by Commissioner Russell:  To appoint as presented.
>              Second to the motion:  Commissioner Perno.

**There was a mid-year budget workshop before the meeting.  Minutes from the May 28, 2019 Commission Meeting.   Page 4**

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #12. Discussion and Approval to hire a Budget Manager to assist the finance department with implementation of additional accounting oversight of the City's budget, and the sub-budgetary disaster accounts management processes.** City Manager presented item and addressed commission questions.

> Motion by Commissioner Aldridge:  To approve as presented.
> Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Tinder | aye | |
| Perno | aye | |
| Russell | no | |
| Mayor Anderson | aye | Motion passed:  4-1 |

**Item #13. Discussion and possible action regarding tearing down the old tag office on the corner of Florida Ave and Eighth Street to use land as space for paid parking.** Commissioner Tinder spoke regarding this item.  Commissioner Russell noted that he is opposed to the city charging for parking. Mayor Anderson pointed out that demolition costs could be reimbursed by FEMA.

> Motion by Commissioner Tinder:  To pursue quotes for demo of building for comparison of demolition costs vs selling the property.
> Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #14. Discussion and Approval to award Phoenix Construction Services the contract for Porter Park improvements – phase II through the RESTORE Act grant.** City Engineer discussed 3-year Porter Park improvement project pointing out that Phoenix Construction provided the most competitive price.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Aldridge.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

DEF'S EX 55_063

**There was a mid-year budget workshop before the meeting. Minutes from the May 28, 2019 Commission Meeting. Page 5**

**Item #15. Discussion and Approval to give the Acting City Manager the authority to hire a building inspector and a building official or send out an RFQ to solicit a Building Inspection Company for the City of Lynn Haven.** City Manager Gainer explained that the city received a resignation letter form EPCI. She continued pointing out cost analysis provided in package comparing hiring an in-house inspector verses continuing to use an outside contractor. Discussion continued with Mayor Anderson suggesting we use Michael Gordon's company in interim time period and Commissioner Russell suggested reaching out to the county. Questions were raised regarding termination period of EPCI contract. Commission and public commentary continued.

> Motion by Commissioner Tinder: To use Mike Gordon and Associates, LLC for 60-day period.
> Second to the motion: Commissioner Aldridge.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Aldridge | aye | |
| Russell | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #16. Discussion of communications infrastructure ordinance.** Mayor Anderson discussed safety concerns with shallow depth of utility poles used by 5G providers. She stated that several lawsuits are pending with various agencies including the League of Cities. Additionally, she noted that city right of ways all over the state are being sold way under value. Discussion continued with City Attorney Albritton making several comments. Mayor Anderson suggested we adopt an additional ordinance or amend our current ordinances to protect the city regarding these issues. City Attorney noted that any changes or additions to the ordinance will be brought before the commission for approval.

> Motion by Commissioner Aldridge: To approve as proposed.
> Second to the motion: Commissioner Perno.

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Perno | aye | |
| Russell | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #17. Discussion of section 2.04.05 of city ordinance #932--Distance of limitation and body altering businesses.** City Attorney Albritton provided report informing commission of current law. He suggested they review report then confer with him regarding their suggestions.

> Motion by Commissioner Tinder: For Commission to review the report and confer with City Attorney individually.
> Second to the motion: Commissioner Aldridge.

On Vote:

| | |
|---|---|
| Tinder | aye |
| Aldridge | aye |
| Perno | aye |
| Russell | aye |

**There was a mid-year budget workshop before the meeting.  Minutes from the May 28, 2019 Commission Meetiug.  Page 6**

Mayor Anderson             aye                    Motion passed: 5 -0

**Item #18. Discussion of the RFQ for Design/Build of the city government buildings, parks and sports facilities.**

Commissioner Russell expressed his concern with including the parks and ball fields in the city wide RFQ.  He feels the all-inclusive plan will delay the fields being done in time for spring baseball. He suggested pulling the parks out of the RFQ and doing a conventional bid build to expedite the process. He said he would make the same suggestion regarding the Senior Center in the future.  Mayor reminded that the RFQ for design build was approved at the direction of the commission.  She explained that the city would be directing the priorities of the contractors once the process begins. Commission discussion continued.

Motion by Commissioner Russell:  To compose a task order for Panhandle Engineering to prepare drawings for a conventional bid build on Cain Griffin and the Recreation center to open in time for spring baseball imposing liquidated damages if the contract terms are not executed in time.
Second to the motion:  Commissioner Aldridge.

City Engineer discussed drawings proposed at direction of prior City Manager. Commissioner Perno asked if we used these plans if we could complete project in time. Commissioner Tinder inquired regarding funding. City Manager explained that FEMA had already given ok to initial plan.  She informed that if we make changes it would need to be resubmitted to FEMA which would delay the process.  Mayor Anderson re-iterated that with the plan we already have in place we could use the proposed field drawings and begin with the fields as a priority without changing the current plan already submitted to FEMA. A citizen and softball coach spoke regarding the tournaments that come to town pointing out that proposed field plan may not be able to accommodate overflow.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Tinder | no | |
| Mayor Anderson | no | Motion passed: 3 -2 |

**Item #19. Discussion to approve Task Order #01-19 for the City of Lynn Haven FDOT Beautification of the Right-of-Way and SR 77 for engineering services and design by Panhandle Engineering** City Manager Gainer reminded that commission approved task order at prior meeting and recommends Panhandle Engineering provide engineering and design services for the project.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Aldridge.

On Vote:

| | |
|---|---|
| Russell | aye |
| Aldridge | aye |
| Perno | aye |
| Tinder | aye |

**There was a mid-year budget workshop before the meeting.  Minutes from the May 28, 2019 Commission Meeting.   Page 7**

Mayor Anderson          aye                    Motion passed:  5-0

**Item #20. Adjourn.**

There was no further business and the meeting was adjourned at 8:35 p.m.

**APPROVED THIS**_____13th_____**DAY OF**_____June_____2019.

_____

Margo Deal Anderson, Mayor

**ATTEST:**

Vickie Gainer Acting City Manager

Prepared by Julie Higby



**There was a storm water plan workshop before the meeting.  Minutes from the June 11, 2019 Commission Meeting.   Page 1**

### CITY COMMISSION MEETING MINUTES
### TUESDAY, JUNE 11, 2019
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 4 P.M.

**Present:**      Margo Anderson, Mayor
Dan Russell, Mayor Pro Tem/Commissioner
Brandon Aldridge, Commissioner
Pat Perno, Commissioner
Judy Tinder, Commissioner
Adam Albritton, City Attorney
Chief Ricky Ramie

<u>**Item #1.  Call to order:**</u> By Mayor Anderson at 6 P.M.

<u>**Item #2.   Invocation/Pledge of Allegiance:**</u> Invocation by Mayor Anderson, followed by the pledge of allegiance.

<u>**Item #3. Mayor's Report:**</u> Mayor Anderson reported vacationing in San Diego then travelling to Jacksonville to meet with Florida Blue CEO Mr. Jarity and Darnell Smith the northwest Florida leader and the entire FL Blue board.  She was able to tell them our story. She reminded that we received $10,000 from them at Thanksgiving time to help with our thanksgiving dinner in Sheffield Park. She took them a key to the city thanking them.  She said they are again ready to move forward to help us with a special commemorative event on October10th in Sheffield Park. She also heard from Publix who was our major sponsor for the Thanksgiving event.  They have joined in willing to help us as well.  Florida Blue also responded to her informing them about our Hurricane Michael Relief Fund grant program inquiring as to how it was coming along.  She indicated there may be additional help coming from them for the residents as well. Additionally, she reported conveying to them the need for jobs in Lynn Haven and hopes to meet with them in regard to this again in the near future.  Some ideas for the special day of celebration included inviting government officials, maybe a groundbreaking outside where our City Hall would go or maybe a fountain or something beautiful commemorating that buildings were destroyed but lives were saved or opportunity for families to buy brick pavers saying "we were here".  This will all be discussed and decided upon in public meetings. She reported speaking on National Public Radio broadcast all over U.S. twice.  She also reported James Finch pledging $10,000 donation to help with the fourth of July fireworks.

<u>**Item #4.  Commissioner's Report:**</u> Commissioner Tinder stated that she continues to field inspector complaints as many as three per day from residents.  She mentioned meeting our interim inspector Mike Gordon and said she was very impressed with him and hopeful for good results.  Commissioner Russell also reported dealing with permitting and building dept issues. He too is happy with Mr. Gordon's work thus far.  He reported meeting with Acting City Manager and being well informed by her.  He also met with one of the city engineers and attended the Long-Term Recovery Task Force meeting.  He invited anyone interested to take a look at the final draft of their nearly 300 projects. Commissioner Aldridge reported a busy couple of weeks.  He reached out the city attorney regarding the old fuel depot and expressed concern with the upcoming census. He met with representatives from the U.S. census and was encouraged after meeting with them and helping them recognize that it's not that people don't

**There was a storm water plan workshop before the meeting.  Minutes from the June 11, 2019 Commission Meeting.   Page 2**

want to reside here but rather that they can't due to effects of Hurricane Michael.  He also attended the FL League of Cities quarterly meeting and stated they are fighting to make our home a better place.  He reached out to the Kiwanis Club regarding potential donations of trees to our City.   Commissioner Perno reported meeting with several citizens.  He attended the Historical Societies Memorial Day event at the old soldier monument and very much appreciated the invite.  He reported reaching out to an old colleague in the Orange Beach, Foley Alabama, Gulf Shores area who went through Hurricane Ivan ten years back.  He said they developed 27 miles of bike trails off their state park.  They have an overpass that connects downtown to their city park.  He thought it would be nice to one day be able to connect Sheffield Park to Florida Ave.  The overpass is a focal point for the city.  He inquired as to the funding etc. for that project and looks forward to meeting with those folks later to discuss potential sources for our own rebuild.  He commended Police Chief for the upcoming fundraiser for Sgt Jim Smith.  Police Chief Ramie gave the details of the fundraiser this Saturday from 11am -1pm.  Mayor pointed out that proceeds go directly to help his family.

**Item #5. Acting City Manager's Report:** Mrs. Gainer invited Community Services Director David Horton to present several employees of the month awards to city personnel.  David spoke highly of Taylor Holmes and Stephen Hodge commending both of them for their positive, flexible and outstanding service to the City of Lynn Haven.  Mrs. Gainer also presented Communications employee Kathryn Gay an award commending her excellent work and outstanding efforts for the city.  Mrs. Gainer reported several meetings with staff in preparation for our July 4th parade.  The schedule for the day includes a Pancake Breakfast by the Rotary Club at 7am, 8:30 prayer at the poles, 9 am July fourth parade and activities at Sheffield Park from 9 am until 1 pm.  Lots of vendors and fun events including the watermelon eating contest again this year.  At 6 pm we kick off July 4th in Kinsaul park with True Soul as the entertainment followed by a fantastic firework show at 9pm. She reported several meetings with Commissioners.  She also met with Mike Gordon who is performing the city inspections and stated he is doing a great job.  She said the city has also heard from several citizens who are well pleased with our response time.  She met with the Community Services Director and Maintenance Director on the clean-up of and opening of Cain Griffin. Scheduled for June 17th.  She reported attending the Community Services Board meeting as well as the monthly City/County Managers Meeting.  She stated that the Police Dept had moved to the temporary facilities and that the administrative staff are still waiting to transition to our temporary buildings as soon as WOW transfers the fibers. She announced the upcoming 3 on 3 tournament on 6/27/19 at 6pm at Cain Griffin Park.  She thanked the Historical Society for the event they put together.  Mayor Anderson thanked Acting City Manager Gainer for all of her efforts and congratulated the employees of the month.

**Item #6.   City Attorney Report:**  City Attorney Albritton reported anticipating bringing a recommended plan for selection of the next City Manager to the next commission meeting.

**Item #7.   Public Commentary:**  Ms. Tunnell reported several senior citizens inquiring when the Senior Center would re-open.  The Mayor informed that it was part of the RFQ for design build going to be put out next month.  She also stated that Evegenia has been putting several activities together for them.  Mr. Finch came up presenting a check to the city to help with the fourth of July fireworks.  David Horton announced the upcoming pet shot clinic this Saturday including nail clipping and GPS chipping with all funds going back into the Animal Shelter.

                                    DEF'S EX 55_068

**There was a storm water plan workshop before the meeting.  Minutes from the June 11, 2019 Commission Meeting.  Page 3**

Mayor Anderson announced that the check James Finch had donated was actually for $20,000 instead of $10,000 commending him for his generosity.  A citizen came to announce "silver sneakers" meetings at Roberts Hall on Monday and Wednesdays at 10am and also on Wednesdays at 11:15 they have silver sneakers yoga.  She stated concern with small business development and multi-housing redevelopment in our community.  Mayor stated Ben Janke and Becca Hardin were working hard in these two areas as well.

**Item #8. Consent Agenda Minutes:  5/28/19 – Regular Meeting**
     Motion by Commissioner Russell:  To approve consent agenda as presented.
     Second to the motion:  Commissioner Tinder.
On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed:  5-0 |

**Item #9. Discussion and possible action regarding results of quotes to demo the tax office.**
Acting City Manager read quote range to demo the building reminding that Commissioner Tinder had made a motion for quotes at the last meeting suggesting perhaps a parking lot in place of the old building.  Mayor Anderson commented stating that this was a good idea especially given all the businesses springing up on Florida Ave. Commissioner Russell stated the quotes were only to demo not re-pave suggesting we needed further quotes. Mayor Anderson stated that Florida Ave was next street on our list to pave before the storm funded by the ½ cent surtax monies. Commissioner Tinder emphasized her request was in response to hazardous conditions imposed by the state of the building on Florida Ave not because she operates a business on Florida Ave.

     Motion by Commissioner Tinder:  To demo the old tax office on Florida Ave.
     Second to the motion:  Commissioner Aldridge

Commissioner Aldridge made a joke.  Commissioner Russell stated his reason for not approving. City Manager pointed out that Commissioner Tinder should select appropriate bidder in her motion. City Attorney was consulted as to procedure.  He inquired as to how project was bid.  City Manager informed that it was just a quote and that when three quotes were obtained the lowest is the one the awarded.  Commissioner Tinder rescinded the first motion.

     Motion by Commissioner Tinder:  To demo the old tax office on Florida Ave. selecting the lowest bidder Byrd Enterprises and Land Development.
     Second to the motion:   Commissioner Aldridge.

Commissioner Russell asked if this was possibly a FEMA reimbursable project. City Manager stated yes.  Commissioner Russell stated he wanted to change his vote.  Mayor reminded vote had not yet been called.

On Vote:

| | |
|---|---|
| Tinder | aye |
| Aldridge | aye |

DEF'S EX 55_069

There was a storm water plan workshop before the meeting.  Minutes from the June 11, 2019 Commission Meeting.   Page 4

|  |  |  |
|---|---|---|
| Perno | aye | |
| Russell | aye | |
| Anderson | aye | Motion passed: 5-0 |

Mayor Anderson stated as a point of order that it is not acceptable for a Commissioner to state how they are going to vote on an issue before the vote.  Apology by Commissioner Russell.

**Item #10. Discussion and approval to erect an American Flag in Sheffield Park.**
Commissioner Tinder reported a resident inquiring due to inquiries from several retired military residents in our community as to why we do not have a flag in Sheffield park.  She would like to see a tall flagpole lit up in the park to commemorate our City and Country.

> Motion by Commissioner Tinder:  To procure quotes for an American Flag in Sheffield Park.
> Second to the motion:  Commissioner Russell.

Commissioner Perno suggested we look at the stage area instead for the flag.  Mayor Anderson suggested we talk about the details of placement after we get the cost information. Mayor Anderson also mentioned we might put one at the sight of the new City Hall.  Leon Miller suggested a flag in every park. Mayor again suggested we get cost for one and look at adding others as well when we discuss again at next meeting.

On Vote:

|  |  |  |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #11. Discussion and approval of Task order #2 with Marshall Brothers Construction and Engineering, Inc. for abatement and demolition of the old gas station at the northeast intersection of 12th St. (CR 389) and SR 77.**
Acting City Manager Gainer reminded that we are already under contract with Marshall Brothers permitting the city to move forward with them for this project.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the Motion:  Commissioner Aldridge

Commissioner Tinder asked if this is a potentially FEMA reimbursable project.  City Manager informed that this did not fall under FEMA but was purchased after the storm to be utilized for parking.   Rich Walker inquired if cost included addressing contamination.   City Manager answered yes.

On Vote:

|  |  |
|---|---|
| Russell | aye |
| Aldridge | aye |
| Tinder | aye |
| Perno | aye |

**There was a storm water plan workshop before the meeting. Minutes from the June 11, 2019 Commission Meeting. Page 5**

           Mayor Anderson       aye               Motion passed: 5-0

**Item #12. Discussion and approval to schedule and coordinate public meetings regarding the design and rebuild of the City buildings.**
Mayor Anderson discussed loss of city facilities and rebuild ideas. She expressed staff had discussed and agreed to keep the old Florida architecture look as well as entertained several ideas regarding old city hall being a museum. The entire municipality including the parks and sports center will require rebuilding. She suggested we consider four meetings for the second commission meeting each month June through September for public hearings to allow citizen input of ideas for the rebuild.
           Motion by Commissioner Russell: To approve as presented.
Commissioner Aldridge inquired if we should put together a beautification board to focus on these ideas. Mayor stated with all due respect the prior public meetings we held regarding Sheffield park went well. She thought every citizen should have the opportunity to have a voice and suggested that maybe afterwards if people wanted a board they could elect so. She acknowledge Commissioner Aldridge not implying that the public be uninvolved but merely trying to streamline the process.
           Second to the motion: Commissioner Perno.
On Vote:
           Russell          aye
           Perno            aye
           Tinder           aye
           Aldridge        aye
           Mayor Anderson       aye               Motion passed: 5-0

**Item #13. Discussion and possible action to approve the task order proposal for the construction of Lynn Haven sports fields from Panhandle Engineering.**
Acting City Manager explained that at the prior commission meeting the commission voted to move ahead with the sports complex ball fields and Cain Griffin ball fields. Panhandle was tasked with putting together a scope of work to be completed around January 2020 totaling $6 Million with about $239,750 in engineering consulting costs. Commissioner Russell asked if Chris Forehand could explain proposed plan which he did. Mayor Anderson expressed her advocacy for children yet pointed out that FEMA had already approved the all-inclusive plan we submitted for city facility restoration allowing us to prioritize along the way. The cost of restoration in the aftermath of the third most catastrophic storm to ever hit the U.S. is extraordinary. It was voted to pull this project out of the city-wide project to speed up the process and get the grass ready for ball season but the fact still remains that the amount of money the city has in the bank after some insurance reimbursement and expenditures is only $5.2 million. The city currently has $14 million in outstanding debris invoices. We are still waiting for FEMA to deposit $4.9 million and then another $8 million coming. The problem is we have to pay for this project first then get reimbursement and we simply don't have the funding. She went on to point out that staff pulled the number of children in Lynn Haven who actually live at Lynn Haven addresses whose parents pay taxes and benefit from these fields and it was 147 out of 487 children last year. In thinking in terms of $6 million dollars she believes that our priority should be restoring City Hall, the Library, and Senior Citizen Center.

**There was a storm water plan workshop before the meeting.  Minutes from the June 11, 2019 Commission Meeting.   Page 6**

She stated that our parks are currently usable and being used pointing out that Cain Griffin had more insurance money coming in.  She believes the children could play baseball for one more season elsewhere.  Commissioner Russell stated he still believes the fields, the recreation center, the parks all should come before city hall.  He believes new city hall will not have a direct effect on citizens.  He will prioritize senior citizens next followed then by city employees. Mayor Anderson stated we are using the school currently for our commission meetings, the new city hall would also provide a safe place to house our law enforcement as well as the evidence.  She also pointed out that the design build allows us to prioritize anything we choose mentioning that the senior center is still in the design build that will be part of the public meetings to be held for citizen input. She feels majority citizens of Lynn Haven would feel that the greater good for the entire city outweighs 147 children playing ball for one season elsewhere. Commissioner Perno said even 147 kids playing ball is worth it.  He feels numbers could diminish if we don't move forward. He said it's also hopefully 400 parents and grandparents watching those kids play ball helping things get back to normal promoting fun in Lynn Haven.  He feels this is important wants to move forward and also wants to push forward senior center.  Mayor pointed out 1.8 million in community services budget for the year asking where we would get the 6 million.  Commissioner Russell pointed out the $5.7 in insurance proceeds, Mayor directed those were for the buildings, Commissioner Russell says they do not have to be used for buildings that they can be used for the parks.  Mayor Anderson had no further response except that if the commission voted to use the 6 million for ball fields that they could explain the decision to the public. Commissioner Tinder mentioned the senior citizens who talk to her frequently about their need for the senior center pointing out that children and high school kids can play anywhere unlike senior citizens. Routines are extremely important for senior citizens mental and physical health.  She wants citizens aware.

> Motion by Commissioner Russell:  To proceed with task order as presented.
> Second to the Motion:  Commissioner Perno

Mrs. Arlene spoke regarding concern for the first responders being housed. She doesn't feel the ball parks should be moved to the front of the line.  Mr. Miller spoke suggesting we focus on Lacrosse due to scholarships being given to all kids with this sport. Jerry Deal spoke expressing the need for the senior center serving lunch and feels there's not the money for the ball parks.  She feels we need to possibly borrow the money for ball fields separately until we get reimbursement funds to rebuild them not neglecting the senior citizens along the way. Commissioner Aldridge suggested possibly renting a place for seniors until we are able to rebuild their facility. Mrs. Deal feels scared in thinking about the city spending $6 million when we have all the debris bills.  Mr. Walker also spoke regarding the Senior Center and inquired about the Garden Center being used.  The City Manager spoke regarding reroofing the senior center, the garden club and the service center commenting that we could do the rest of the work in house afterwards.  Mr. Walker pointed out the Frankford center is bussing seniors to their facility interim. Commissioner Aldridge asked if the $6 million was for a completed project, Chris Forehand affirmed. Commissioner Aldridge again inquired what the cost for just planting some grass and bringing in dirt would cost.  Chris Forehand responded it would be less than a million. Chris stated that when the work is bid out it has to come before the commission again for

T ere was a storm water plan workshop before the meeting.  Minutes from the June 11, 2019 Commission Meeting.  Page 7

approval.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Tinder | no | |
| Mayor Anderson | no | Motion passed: 3 -2 |

Mayor Anderson expressed her disappointment with the vote commenting that she hopes someone who voted yes can explain to the public where the $6 million dollars to pay for this will come from while we wait for FEMA reimbursement.  A citizen spoke up voicing disappointment as well.

**Item #14.  Discussion and approval to amend the City Engineering Contracts with Panhandle, Dewberry and Mott MacDonald to comply with FEMA Federal guidelines.**
City Manager Gainer explained certain Federal guidelines need to be included in every contract in order for them to be in compliance with FEMA guidelines for reimbursement.
Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Tinder.
On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #15 Adjourn.**
There was no further business and the meeting was adjourned at 5:24 p.m.

APPROVED THIS_____ 25th _____ DAY OF _____ June _____2019.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Vickie Gainer Acting City Manager

Prepared by Julie Higby

Item # 8

**There was a public meeting discussing the old and new City Hall rebuild prior to commission meeting.  Minutes from the June 25, 2019 Commission Meeting.   Page 1**

### d CITY COMMISSION MEETING MINUTES
### TUESDAY, JUNE 25, 2019
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 7 P.M.

**Present:**      Margo Anderson, Mayor
                  Dan Russell, Mayor Pro Tem/Commissioner
                  Brandon Aldridge, Commissioner
                  Pat Perno, Commissioner
                  Judy Tinder, Commissioner
                  Adam Albritton, City Attorney
                  Lt. Willoughby

<u>Item #1.  Call to order:</u>  By Mayor Anderson at 7 P.M.

<u>Item #2.  Invocation/Pledge of Allegiance:</u> Invocation by Mr. Leon Miller prior to commission meeting at the public meeting followed by the pledge of allegiance.

<u>Item #3.  Mayor's Report:</u> Mayor Anderson reported meeting with the Compassionate Friends of Bay county as well as the Acting City Manager and Tetratech.  She has several upcoming meetings as well including a TPO meeting, a meeting with Shawn Adams regarding a transportation system for disabled citizens and a Community Services Board meeting that is open to the public tomorrow at the Public Utility office at 10a.m.  There was a CRA Board meeting yesterday that did not have a quorum due to various reasons.  She explained that there would be upcoming opportunities to serve on that board.  She conferred with the City Attorney several times regarding various statutes and met with city staff regarding the approaching fourth of July celebration that will be a wonderful public event.  She thanked James Finch again for his generous $20,000 donation to the city for fireworks as well as the community services staff for their extra hours and other city staff for their hard work.  She reported attending the grand opening of the tax office here in Lynn haven as well as a very productive staff hurricane preparedness meeting.  She appeared on television at Gulf Coast Community College during the military hour to give input on hurricane preparedness and she will be attending the grand opening of the Lynn Haven Beauty Salon on Saturday morning.  She thanked again the city employees and in particular Vickie Gainer who has really stepped up to the plate during this very difficult time in our history.

<u>Item #4.  Commissioner's Report:</u>  Commissioner Tinder stated that she has been fielding calls from residents with many issues.  Commissioner Russell also reported dealing with phone calls and particular building department issues with homes on New jersey and Tennessee. He stated he is very impressed with Mike Gordon our new inspecting contractor as well as Ms. Richard, reporting that they are both very responsive. He reported several meetings with Vickie and the city engineer.  He is looking forward to getting the city rebuilt and commented that it was an exciting time. Commissioner Aldridge stated he too had been fielding many issues related to permitting and flood zones.  He reported enjoying a meeting with the Lynn Haven seniors at the Golden Coral. He stated he filled in for Mayor Greg Brudnicki at the Women's Suffrage 100-year memorial as well.  Mayor Anderson reported that city employee Evgeniya Stetsenko has gone to great lengths doing a marvelous job getting the seniors together.  Evgeniya announced a senior walk tomorrow morning at 8:30 at Sharon Sheffield Park.  Commissioner

**There was a public meeting discussing the old and new City Hall rebuild prior to commission meeting.  Minutes from the June 25, 2019 Commission Meeting.   Page 2**

Perno reported attending a pinning ceremony for city fire and police employees. He sincerely enjoyed this event commenting that he was deeply moved by the words spoken by the Mayor saying she brings a lot of light to these gatherings. He reported being similarly impressed with the comments of the City Manager using the word family in speaking about our staff, enjoying as well the engagement of Chief Ramie and Delonjay.  He also attended the fundraiser for Sargent Jim Smith's family. He also reported not appreciating the comments read to him by his daughter at dinner from another commissioner on Facebook, stating we should settle things at the commission meeting not on social media.

**Item #5. Acting City Manager's Report:** Mrs. Gainer reported meeting with our city consultants, FEMA officials, commissioners, Mayor and vendors taking care of the business of the city. She spoke regarding the upcoming Hurricane Preparedness event on July 20th stating that we are excited to provide this event being proactive for our citizens this hurricane season. She stated we will be handing out sandbags to citizens, providing the opportunity to sign up with Bay Alert and providing a shot clinic for pets at this event as well on July 20th at Sheffield Park. She stated the event would commence around 9a.m.  She reported many staff preparations for the July 4th events including the 8:30 a.m. prayer, 9a.m. parade followed by activities in Sheffield Park then moving to Kinsaul park for festivities and fireworks at 9p.m.  She reported budget preparations with staff for the upcoming 2019-2020 fiscal year.  She attended the Bethesda Church family and friends event, thanking them for the invitation.

**Item #6.  City Attorney Report:**  City Attorney stated no report.

**Item #7.   Public Commentary:**    Arlene Harrison reported being very disappointed in commissioners at the last commission meeting.   She stated that commissioners were representatives of the public responsible to vote the voice of the electorate.  She stated she is all for children but given the City's prior plan submitted to FEMA, rebuilding the entire city, she was appalled that despite the public opinion three commissions voted for the 6-million-dollar ball field.  Lyle Burton expressed concern regarding homeless people in the area, in particular some making out in the park across from his home asking what city protocol was in handling this.  Mayor Anderson advised that the Lynn Haven Police should be contacted and that they would take care of them.  He also asked if the City could cut the grass at 915 Pennsylvania as it was really high.  Mayor voiced again her prior concern regarding city grass maintenance and let him know it would be taken care of.  He also mentioned the park sprinklers not being turned off during rain.  Mayor informed that it was a timer issue and commented that the city has been shorthanded and assured him we are fervently working towards being back on track.  Arthur Cullen from Panama City commended Police Chief Ramie and Lt. Tom Willoughby for a job well done raising $9,000 for Sargent Jim Smith's family.  Mayor had Lt. Willoughby stand and receive applause on behalf of the Police Department.  Mr. Cullen also commented regarding the Facebook messages mentioned by Commissioner Perno stating he feels that to attack each other personally on social media is beneath the office of commission.  Mayor Anderson stated she was unaware of the particular comments, however explained that she personally as well as the President of the United States withstands much public scrutiny and negativity from social media.  She stated in essence that it comes with the territory of being in public office and suggested simply defending oneself on social media if they were offended.  Jonathan Davis spoke expressing the desire to see more code enforcement due to pests, etc. on properties.  Mayor Anderson expressed her similar concerns.  She stated that after the storm during the state of

**There was a public meeting discussing the old and new City Hall rebuild prior to commission meeting.  Minutes from the June 25, 2019 Commission Meeting.   Page 3**

emergency she wanted to give citizens at least six months before beginning city code enforcement activities to hopefully recoup some funds from FEMA or insurance to be able to restore their properties.  She agrees that code enforcement efforts need to be stepped up as well.  She mentioned that the City is also waiting on FEMA to complete their inspections to make sure we can secure future reimbursement in the cases where city debris removal or demolition efforts are required.  She assured him that the City Manager and staff have heard him as well and that we all are on the same team.  Libby Tunnel spoke stating first that she is the oldest citizen in Lynn Haven and that she currently has nine contractors who she can't seem to get to do anything on her property. She has turned it over to her son. A citizen inquired if we are still in a state of emergency.  Mayor Anderson stated that the State of Florida is still under a state of emergency but that as a municipality the City of Lynn Haven is not under a local state of emergency.  A citizen stated we need to make our own contractors take away their debris.  She also stated we need to be financially responsible in regard to spending $6 million dollar on ballfields.  Mayor Anderson informed that she had not signed that task order and it will be discussed further tonight.  Heather Davis from Maine Ave stated her four children did not think about the City not thinking of them and asked about volunteers helping with the sports programs.  Arlene Harrison inquired about the cost of our temporary facilities.  Mayor informed around $23,000 per month for 18 months.  She stated that it is reimbursable but that there is a time limit and that we would have to justify the length of time spent there while rebuilding.  Another citizen spoke regarding the fact that she herself had not received all her insurance money and that she works with the elderly who are easily taken advantage of.  She was concerned about code enforcement pushing the elderly citizens in an already difficult situation.  Mayor informed that citizens in dire circumstances could come talk to the City Manager and that code enforcement violations would be could be reviewed with surrounding circumstances considered.  Brad Yount recalled that he had inquired previously regarding elevating our building code and wanted to see if it could be addressed now given the state of affairs after the hurricane.  Mayor stated she believed it has to be changed initially at the state level.  City Attorney Albritton explained that one issue the State is addressing since the storm was related to the base flood elevation. He referred to City Planner, Amanda Richard.  She stated fist that Lynn Haven had many old properties that had been grandfathered in under older code requirements.  She said that since the storm, FEMA has been assessing all properties in flood zones sending letters to all citizens informing them of the % of damage to their properties.  If it is more than 50% the citizens are being required to elevate. She went on to state that the newer buildings, for example CVS, built under our current elevation codes did not suffer any damage but that it was in fact the older establishments that were most affected.  She stated we can have more stringent codes if we determine we need them.  Mayor Anderson stated that if we raised the codes now it may put an excessive burden on citizens whose insurance will only cover replacing/rebuilding to prior status.  Commissioner Tender affirmed this with her own experience rebuilding.  Conversation continued.  Mayor suggested future workshops in regard to building code.  Mr. Walker suggested we look at changes that impacted housing in the 1911 plat area as well.  Mr. Miller inquired regarding the turn signal at 17th Street and Hwy 77.  Mr. Russell informed that DOT approved a left only turn lane but not light.  Conversation continued resolving that the issue could be inquired about at TPO meeting tomorrow.  Another citizen inquired regarding a traffic light.  Mayor informed all issues related to county and state roads have to be petitioned to FDOT.

**Item #8. Consent Agenda Minutes:  6/11/19/19 – Regular Meeting**
Mayor Anderson explained that an error regarding the votes on item #13 had been recorded incorrectly but that it has been corrected after posting.  She affirmed with City Attorney that it was

**There was a public meeting discussing the old and new City Hall rebuild prior to commission meeting.  Minutes from the June 25, 2019 Commission Meeting.   Page 4**

not necessary to amend.

> Motion by Commissioner Russell:   To accept the consent agenda with the correction.
> Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed:  5-0 |

**Item #9. Discussion and possible action regarding a revised task order proposal for the construction of Cain Griffin Park facilities.**  Acting City Manager reported meeting with one of the city engineers as well as several commissioners and staff.  She felt like we had an opportunity here to complete Cain Griffin Park including the splash pad, the lights, etc., as well as several ball fields, having them ready for spring ball and then address the sports facility separately given its complexity.  Commissioner Russell stated that he felt people may have misunderstood his comments regarding this project.  He restated the priority he has for children and seniors.  He said he is listening and has had equal numbers of people on both sides of the issue. He stated that Commissioner Tinder inquired as to the cost for this facility. City Manager informed that it would not go over $2 million and that it would come back before the commission.  Commissioner Perno restated his heart for children and stated his vote last time was for $239,000 engineering fee and for the first phase of the project to get the grass on the fields, not for $6 million-dollar project. Mayor Anderson stated that she did not sign the task order because it was for $6 million-dollar project.  She suggested the commissioners go back and re-read the task order.  It did not say for grass and dirt and it did have the engineering fees of 4% on $6 million dollars.  She said Commissioner Russell and the others discussed it being ready for spring, completed with lights and dug outs, etc. and would have cost $6 million.  She went on to say that in fact the task order still stands because it has not been rescinded and everyone except Commissioner Tinder and herself voted for it.  Mayor Anderson stated as she contemplated the project knowing we could not afford it, she realized with input from the attorney that a task order for over $2 million cannot be written without first being put out for engineering bids. She assumes this is why we are back revisiting this. She is very excited about the upgrades to this walkable park and reminded that we received $1.9 million in insurance funds to rebuild all the parks.  Commissioner Aldridge spoke stating we are revisiting this because what the public says matters.  He said he got 50/50 responses on this issue from the public as well. He expressed excitement that the commission could come to a compromise stating that that this is how government works and that there will be differences of opinion or it would be communism.  Commissioner Tinder inquired if City Manager thought city could afford the revised project.  City Manager affirmed.  Commissioner Perno expressed that he could have initially misunderstood the project and expressed his excitement with this revised plan.  The City Manager stated her excitement as well informing that the expansion to the facilities at Cain Griffin will be very helpful as the splash pad itself only supports 25 children.  She also thanked Chris Forehand with Panhandle Engineering for revising these plans at no cost to the City.  Discussion continued with further comments from the public and commission, several in reference to issues of technology and rebuild and expansion of other city facilities which the Mayor suggested be addressed at the upcoming facility specific public meetings.

DEF'S EX 55_077

**There was a public meeting discussing the old and new City Hall rebuild prior to commission meeting. Minutes from the June 25, 2019 Commission Meeting.   Page 5**

      Motion by Commissioner Russell:  To amend the prior task from two weeks ago to adopt the present task order as presented.

      Second to the motion:   Commissioner Aldridge.

Commission discussion continued City Manager affirming the $2 million-dollar cap on project as well as the process of approval of contracts coming back before the commission.

On Vote:

| | |
|---|---|
| Russell | aye |
| Aldridge | aye |
| Tinder | aye |
| Perno | aye |
| Anderson | aye |

                                                  Motion passed: 5-0

**Item #10. Discussion and possible action to expedite the sports field reconstruction for Kinsaul Park.**

City Manager Gainer explained that the football field is the only thing left to restore at Kinsaul park.  The approximate cost for the project is $150,000 with engineering fees of $18,000.

      Motion by Commissioner Tinder:  To approve as presented.

      Second to the motion:  Commissioner Aldridge.

On Vote:

| | |
|---|---|
| Tinder | aye |
| Aldridge | aye |
| Perno | aye |
| Russell | aye |
| Mayor Anderson | aye |

                                                  Motion passed: 5-0

**Item #11. Discussion and possible action regarding proposed City Manager selection process.**

City Attorney Albritton stated the last day for applications for the City Manager position was June 28, 2019.  He estimated having around 40 applicants and wants to get the applications together in one packet to make it easier for the commissioners to read through.  He laid out a timeline he feels will work in order to be able to complete all the background checks and arrange interviews by September. He encouraged in-person interviews and suggested having the applicants address the public and the commission.  He hopes to conclude the selection process by October.

      Motion by Commissioner Russell:  To approve as presented.

      Second to the Motion:  Commissioner Perno

Commissioner Tinder discussed having the opportunity to question the candidates about sensitive topics in front of the others. City Attorney responded that to be courteous, tell the candidate beforehand that we have some concerns we may bring up in front of the public, so that they are prepared ahead of time. Mr. Miller asked if citizens are allowed to be on the selection committee. Commissioner Perno suggested electing a panel of citizens. Attorney Albritton said that the city charter states commission makes the hiring decision adding that

**There was a public meeting discussing the old and new City Hall rebuild prior to commission meeting.  Minutes from the June 25, 2019 Commission Meeting.   Page 6**

public workshops could be held for citizen input if desired.  Mayor Anderson reminded that she is petitioning still for a strong Mayor form of city government and that she is working on getting 1000 signatures for a referendum to change the charter. Brad Yount stated that he is uncomfortable with how the range of salary was decided for the last City Manager. Arlene Harrison asked if she could see a timeline of the decision process. Mayor provided her with one.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed:  5-0 |

**Item #12. Discussion and approval of a new Beautification Board application.**
Ben Janke stated that Erica Floyd has volunteered and submitted application to serve on the Beautification Board.
> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed:  5-0 |

**Item #13. Discussion and approval of a new General Employee Pension Board Applicant.**
Ben Janke stated that we have a vacancy and received application from Mr. Frank Hall for service on this board.

> Motion by Commissioner Russell:  To proceed with task order as presented.
> Second to the Motion:  Commissioner Aldridge

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item  #14.  Discussion and possible action regarding placement of a monument commemorating children who have passed away in Kinsaul Park.**
Mayor Anderson expressed that Compassionate Friends of Bay County would like to build a memorial in one of our parks to remember lost loved ones. Their suggestion is Kinsaul park near the playground. They are willing to build this for us at their own cost. The only obligation to the city would be to maintain the memorial.

                    DEF'S EX 55_079

**There was a public meeting discussing the old and new City Hall rebuild prior to commission meeting.  Minutes from the June 25, 2019 Commission Meeting.   Page 7**

Motion by Commissioner Tinder:  To approve as presented.
Second to the motion:  Commissioner Aldridge.

On Vote:

| | |
|---|---|
| Tinder | aye |
| Aldridge | aye |
| Russell | aye |
| Perno | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

**Item #15.  Discussion and possible action to give city employees July 5th off.**
Commissioner Aldridge suggested since July 5th is a Friday and many city employees work on July 4th that July 5th be a holiday for employees. Discussion continued with various comments from commission including Mayor suggesting a flexible schedule for the 5th and Commissioner Tinder stating time off/pay should be even across board.

Motion by Commissioner Aldridge:  To approve as presented.
Second to the motion:  Commissioner Russell.

On Vote:

| | |
|---|---|
| Aldridge | aye |
| Russell | aye |
| Perno | aye |
| Tinder | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

**Item #16.  Discussion and approval to update personnel policy # 129 to fairly compensate employees working a declared State of Emergency.**
City Manager presented item explaining details of fair compensation policy change.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Perno.

On Vote:

| | |
|---|---|
| Russell | aye |
| Perno | aye |
| Aldridge | aye |
| Tinder | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

**Item # 17.  Adjourn.**
There was no further business and the meeting was adjourned at 8:52 p.m.

**There was a public meeting discussing the old and new City Hall rebuild prior to commission meeting. Minutes from the June 25, 2019 Commission Meeting.   Page 8**

APPROVED THIS_____9th_____DAY OF_____July_____2019.

_____

Margo Deal Anderson, Mayor

ATTEST:

Vickie Gainer Acting City Manager

Prepared by Julie Higby

**There was a CRA Board meeting prior to commission meeting. Minutes from the July 9, 2019 Commission Meeting. Page 1**

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, JULY 9, 2019**
**LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER**
**4 P.M.**

</div>

**Present:**     Margo Anderson, Mayor
Dan Russell, Mayor Pro Tem/Commissioner
Brandon Aldridge, Commissioner
Pat Perno, Commissioner
Judy Tinder, Commissioner
Adam Albritton, City Attorney
Chief Ricky Ramie

**Item #1. Call to order:** By Mayor Anderson at 4 P.M.

**Item #2. Invocation/Pledge of Allegiance:** Invocation by Mr. Leon Miller.

**Item #3. Mayor's Report:** Mayor Anderson reported meeting with several county officials as well as officials from Tyndall Air Force Base regarding the rebuild of the base. She announced a new Asian Bistro, Mai Thai would be opening in Lynn Haven. She attended the CRA board meeting prior to this commission meeting and had several other meetings with key city personnel as well as with Mark Bowen with Emergency Storm management. She announced that sandbags would be distributed today and tomorrow in preparation for possible tropical storm and any other potential storm activity this season. She commented on a wonderful July 4th event and again thanked James Finch for the July 4th fireworks donation. She mentioned a few issues regarding the July 4th parade route change but stated that the success and joy of the celebration outweighed any miscommunications. She thanked City Staff for their hard work and a great event. She reported an upcoming meeting with Dwayne Stevens a Publix executive regarding sponsorship of upcoming Hurricane remembrance event stating that Florida Blue intends to help sponsor as well. She also announced a fundraiser coming up on July 27th in Sheffield Park that Jerry Wilson is sponsoring for his nephew who had a bad accident July 4th. She attended a TPO event and reported them prioritizing to # six the six-laning of Hwy 390 on east side of highway 77. She plans to schedule a meeting with district FDOT secretary regarding this, the 17th street issue and the golf cart crossing. She attended the grand re-opening of Stylist Salon. Spoke with City Manager regarding code enforcement as we are now 10 months out from the storm, and we need to move forward with clean up of properties. She stated we will consider individual issues and circumstances regarding these. She gave thanks to Josh Anderson with Greenleaf for his offer to maintain the new memorial garden to be planted by the Compassionate Friends of Bay County at Kinsaul park at no charge to the City. She reported traveling around the City taking note of abandoned houses and the state of city properties. She plans to attend a Hancock bank grand opening tomorrow and has several other upcoming meetings including FEMA, NRCS, Hazard Mitigation Board as restoration efforts continue. She feels good about state of Lynn Haven.

**Item #4. Commissioner's Report:** Commissioner Tinder stated that she has had several meetings with the Acting City Manager as well as a lengthy meeting with Animal Control. She reported a serious coyote issue in our area. They have been attacking cats and dogs in the daytime. Recommended the City call Florida Fish and Wildlife. She said this year was the first

**There was a CRA Board meeting prior to commission meeting. Minutes from the July 9, 2019 Commission Meeting. Page 2**

in 15 years that she attended the fireworks and that it was a wonderful event. Commissioner Russell reported reviewing the 49 City Manager applications as well as meeting with six department heads to get their input. He has dealt with some code enforcement and building department issues and continues to be impressed with Mike Gordon and Amanda Richard. Commissioner Aldridge reported meeting with citizens fighting with insurance and FEMA for funding. He encouraged not to give up as the process seems to be deny, delay and drag feet but eventually they pay out. He will attend the Grand Opening of Hancock Bank as well and commented on the great job city employees did on July 4th event. Commissioner Perno reported attending the Community Services Board meeting as well as the TPO meeting. He stated he volunteered to be an alternate to a sub-committee with the TPO as well. He commented on an amazing 4th of July event and appreciated the City supplying magnets and ball caps.

**Item #5. Acting City Manager's Report:** Mrs. Gainer reported meeting with several local business owners. She thanked everyone for making July 4th a success. She thanked the commission for a very much appreciated July 5th off for city staff. She stated that we are keeping a close eye on the tropical storm approaching trying to be proactive. She reported meeting with NRCS to be informed on procedure for grant carry execution. She reported conducting interviews for city IT and Budget Managers. She met with Mike Gordon reporting that her permitting calls since his arrival have gone down from 20 to 3 per day. She thanked staff for all they do. She stated she has been working with each department head regarding budget and also reported the City having 3 RFQ's out presently for Kinsaul Park, Cain Griffin Park as well as the roof for Senior and Service Center. She announced the community Services meeting tomorrow at 10 a.m. Mayor Anderson commented thanking Vickie Gainer for all the work she is and has been doing.

**Item #6. City Attorney Report:** City Attorney wanted to make Commission aware that our contract with Mike Gordon expires July 28th. If we want to use a 3rd party moving forward we need to look at procurement following the policy if we decide to do so. Mayor suggested commission consider keeping Mike Gordon on even if we expand our current building department.

Mayor Anderson stated we inadvertently skipped the employee of the month item. City Manager spoke very highly of our employee of the month Ashley Williams, the "sweetest employee on staff" and a very hard worker.

**Item #7. Public Commentary:** Tracy Anglin owner of First Steps daycare at 11th and Florida Ave spoke concerning her property being a "retention pond". She is very concerned about flooding. She also reported a feral cat problem and coyotes there. She went on to say the drains are covered with debris. Mayor and City Manager assured we would check on it. Mr. Miller thanked the City for cleaning the drains on Mississippi and Louisiana. Citizen came up who lives in front of Mowat School Road. She says ditches haven't been cleaned but once in 40 years. She says she is told the city doesn't have the funds to buy the equipment we need to clean the ditches. She heard we are looking into a grant and asked why we didn't start on grant process earlier and what the homeowners should do about the flooding. Mayor referenced their conversation on social media. She explained that the hazard mitigation and grant process is very slow moving and that we have been working on it for a long time. She explained the different pots of money we receive that are limited to certain projects and that it is a very long arduous process that frustrates all of us. Mayor offered for her to come into her office so she could

**There was a CRA Board meeting prior to commission meeting. Minutes from the July 9, 2019 Commission Meeting.   Page 3**

explain in more detail the process and answer any further questions.  Mr. Robitaille stated his opinion regarding city staff doing multiple jobs.  He stated the importance of the investment in each of our homes and feels code enforcement needs to step it up as he described several things in his neighborhood potentially in violation.  Mayor responded regarding code enforcement efforts and thanked him for his military service. Matt Cherry from 808 Tennessee Ave asked about an update on Rails to Trails project.  Mayor informed regarding dedication ceremony of first trail head and lengthy process involved with that government project as well as our own recovery process.  She said the City has been lacking regarding code enforcement and ditch maintenance but that we are working very hard to improve both.  Commissioner Tinder offered suggestions to Day Care owner. Mayor also pointed her to our Public Works Director.  Commissioner Aldridge commented asking for patience regarding these ditch issues that have been an ongoing problem for 40-50 years and recently worsened by the storm.  Mayor pointed out 23 miles of roads paved, and many culverts replaced during her term on the commission stating many have been destroyed by the storm.  Amanda Richard pointed out that before the Hurricane she brought to attention of City Manager that there were no teeth in the city ordinances.  She stated that this is why there are so many code enforcement issues.  She feels if the City had ability to issue fines for various infractions rather than waiting through the process of bringing issues to the Magistrate this would cut down on many issues of annoyance within the City.

**Item #8. Consent Agenda Minutes:  6/25/19 – Regular Meeting**

Motion by Commissioner Russell:  To accept the consent agenda as presented.
Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed:  5-0 |

**Item #9. Discussion and approval of renewal of Group Medical, Dental, Vision and other benefits for City of Lynn Haven Staff.**  Abentras broker, Owen Wingate, presented proposed plan renewal with a small increase of 2.9 percent.  There was a small increase in City contribution to the plan with generic only prescriptions to alleviate employee burden on those type medications.  The plan also includes some additional voluntary insurance coverage options.  Commissioner Russell had several questions Mr. Wingate addressed. Mr. Walker presented several questions that the Mayor and City Manager addressed.  City Manager commented regarding the outstanding benefit package the City offers.

Motion by Commissioner Russell:  To accept as presented.
Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Anderson | aye | Motion passed:  5-0 |

DEF'S EX 55_084

There was a CRA Board meeting prior to commission meeting.  Minutes from the July 9, 2019 Commission Meeting.  Page 4

**Item #10. Discussion and possible action regarding a forensic audit for the city of Lynn Haven.**
Commissioner Tinder expressed reasons necessitating a forensic audit for the City. She feels it is imperative to ensure proper city procedures and protective measures for the commission. Commission discussion continued with much support from Mayor giving many supporting factors and others in favor. City Attorney also advised.  Commission determined more time is necessary to research proper way to proceed with this.

Motion by Commissioner Tinder:  To table this issue until the next meeting to gather information.
Second to the motion:  Commissioner Aldridge.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

Mr. Walker voiced his opinion favoring the audit.

**Item #11. Discussion and approval of the award of the Disaster Recovery Debris Removal Contract bid no. 18/19-1 to AshBritt, Crowder Gulf, Ceres and DRC Emergency Services.**
City Manager commented regarding item explaining that several of these were existing contracts soon to expire and that the City needs to secure several contractors having them properly procured prior to another storm season to comply with FEMA guidelines. She also stated they would be able to help move forward with ditch clean up efforts upon approval.

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Aldridge
Discussion continued with Mayor pointing out that this would also help to move the NRCS process forward.
On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Aldridge | aye | |
| Tinder | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed:  5-0 |

**Item #12 First Reading of Ordinance # 1077 by title only- requesting a small-scale future land use map amendment (SSA-19-2)-low density residential to mixed use. (No action needed).  Acting** City Manager read Ordinance and City Planner explained details of item regarding changing property on Hiltop Lane from low density residential to mixed use which is entirely compatible with the area.  No action required at this time.
**Item #13. Discussion and approval of two new board members to the city's Board of Adjustments.**

Motion by Commissioner Aldridge:  To approve as presented.
Second to the Motion:  Commissioner Russell

**There was a CRA Board meeting prior to commission meeting.  Minutes from the July 9, 2019 Commission Meeting.   Page 5**

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Russell | aye | |
| Perno | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #14. Update on the proposed City Manager selection process.**
City Attorney informed commission of a late application submittal.  He suggested we either re-open the posting to everyone or deny late applications.  He also opened discussion regarding interview process timeline.  Commission commentary continued

Motion by Commissioner Tinder:  To not accept applications submitted after cutoff date.
Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

Motion by Commissioner Aldridge:  Each Commissioner to bring the names of two applicants to the first meeting in August.
Discussion continued.
Amended Motion by Commissioner Aldridge:  Each commissioner brings the names of their five top applicants to the first meeting in August.
Second to the Motion:  Commissioner Perno

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Perno | aye | |
| Tinder | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #15.  Approval of Resolution No. 2019-07-287 establishing a cross-connection control program.**
Utility Director Greg Kidwell explained the details of the program. Detailed discussion followed.   The Acting City Manager read the resolution. Mr. Walker directed a question and was informed it did not apply to reuse water.

Motion by Commissioner Tinder:  To accept Resolution as presented.
Second to the motion:  Commissioner Aldridge.

On Vote:

| | |
|---|---|
| Tinder | aye |
| Aldridge | aye |

DEF'S EX 55_086

**There was a CRA Board meeting prior to commission meeting. Minutes from the July 9, 2019 Commission Meeting.   Page 6**

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #16.  First Reading of Ordinance # 1078 repealing and replacing chapter 70 Article II of the Lynn Haven Code of Ordinances regulating cross connection control devices.**
City Manager read the ordinance.  No action necessary.

**Item # 17.  Discussion and possible action regarding funding of a Domestic Violence Unit within LHPD with an annual cost involving a vehicle and $70,000 and named in honor of Ashley Adams.**
Mayor Anderson discussed the enormous need for a specialized unit to address these types of needs in our area. She is hoping Lynn Haven can lead the way for others in the surrounding areas to move in this direction as well. Commission and citizen comments ensued.

Motion by Commissioner Russell:  To approve as presented.
Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item # 17.  Adjourn.**
There was no further business and the meeting was adjourned at 5:55 p.m.

APPROVED THIS_____23rd_____DAY OF ___July___2019.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Vickie Gainer Acting City Manager

Prepared by Julie Higby

There was a Public Workshop regarding the re-build of the Senior Center and Garden Club prior to commission meeting.  Minutes from the July 23, 2019 Commission Meeting. Page 1

## CITY COMMISSION MEETING MINUTES
## TUESDAY, JULY 23, 2019
## LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
## 5:30 P.M.

**Present:**      Margo Anderson, Mayor
                  Dan Russell, Mayor Pro Tem/Commissioner
                  Brandon Aldridge, Commissioner
                  Pat Perno, Commissioner
                  Judy Tinder, Commissioner
                  Adam Albritton, City Attorney
                  Chief Ricky Ramie

**Item #1.  Call to order:** By Mayor Anderson at 6:47 P.M.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Aldridge followed by the pledge of allegiance.

> Motion by Commissioner Russell:  To switch the order of item #16 and #12 to better accommodate the canines.
> Second to the Motion:  Commissioner Aldridge

On Vote:      Russell           aye
              Aldridge          aye
              Perno             aye
              Tinder            aye
              Mayor Anderson    aye          Motion passed:  5-0

**Item #3.  Mayor's Report:** Mayor Anderson reported meeting with Mr. Shawn Adams who was also present at the meeting this evening.  He had many good ideas regarding handicapped transportation which she conveyed by reading his letter. Mr. Adams also asked her to read the letter at the TPO meeting which she agreed to do, in hopes of someone or some organization being interested in helping fund this vital project. Mayor Anderson reported meeting with Duane Stevens from Publix who has agreed to provide all the food for the October 10th commemorative event.  She attended the meeting regarding the re-build of Tyndall Air Force base reporting the plan to build a "base of the future".  She also met with City staff and contractors regarding clean up of ditches and waterways. She announced the July 24th visit of Marco Rubio's staff.  She shared that $7,000 were raised on her Facebook fundraiser and another $1,000 contributed at the service center, enough to provide grants to eight more Lynn Haven families.  She said it would have even been more successful if someone hadn't tried to piggyback off her account and raise funds selling amazon cards.  She stated the scam on Facebook was shut down very quickly.

**Item #4.  Commissioner's Report:** Commissioner Tinder reported taking several permitting calls and meeting with the Acting City Manager who took care of them.  She also said she was looking into ways to help supplement the residents who would have financial difficulty given

**There was a Public Workshop regarding the re-build of the Senior Center and Garden Club prior to commission meeting. Minutes from the July 23, 2019 Commission Meeting. Page 2**

the new backflow requirements. She voiced her concern regarding the need for sidewalks and also spoke highly of how Acting City Manager Vickie Gainer has more than stepped up in her role managing the city. She was very complimentary and supportive of Mrs. Gainer. Commissioner Russell also reported handling some permitting issues. He said he met with the building department and reported their positive feedback regarding the new building official Michael Gordon. He also complemented Mrs. Gainer for shifting around the personnel. He reported one incident with the improper use of a FEMA trailer and thanked all department heads for taking the time to meet with him. Commissioner Aldridge stated he was available and ready to serve and Commissioner Perno had no report.

**Item #5. Acting City Manager's Report:** Acting City Manager Gainer reported meeting with all department heads and Finance Director regarding the upcoming budget year. She attended several board meetings including the Community Services Board meeting. Also met with Superintendent of Schools, the CRA Director and Panhandle Engineering regarding the roundabout at Mosley. She also attended several meetings regarding the waterways. There is a lot of paperwork on the front end required to submit to NRCS who is providing that funding. She met with the haulers, making sure contracts are in place, etc. Staff has been working fiercely to get everything in place and schedule a timeline to tackle not just the troubled areas but the entire project as well. She was able to connect one resident with Samaritans Purse to provide assistance. She reported meeting several times weekly with Tetratech as well as biweekly with FEMA to ensure things are progressing for the City's recovery. She announced a bid opening tomorrow. She commended Community Services Director David Horton and Ramona Bibbs for a job well done at the community pet shot clinics stating that $6,500 had been raised. She stated that the hurricane preparedness event was also very successful. The Mayor thanked and commended Mrs. Gainer for a job well done.

**Item #6. City Attorney Report:** No Report.

**Item #7. Public Commentary:** Bob Schultz reported hearing it had been decided City Hall would be three stories. Mayor informed that was false news and reminded it would have to be a commission decision. Mrs. Walker spoke for Libby Tunnel expressing gratitude for the shot clinic. Mrs. Walker also stated she read in the Lynn Haven Ledger Commissioner Tinder's report saying that our first insurance check of $850,000 was deposited into our general fund and she wants to know why we can't now take it out of the general fund and put it aside into our new fund. Mayor stated it was $870,000 and that there is now a separate account for all insurance funds to be deposited into. She also said we are unable to transfer any money back from the general fund because much of it has been spent and we need to keep a certain amount of liquidity in the general fund to pay incoming invoices. Acting City Manager stated that we are diligently tracking all incoming and outgoing funds at this juncture and are additionally putting aside into the restoration fund extra monies as we receive reimbursements. Commentary from Mrs. Walker continued with Mayor inviting her to meet individually with she and City Manager to discuss the details of the finances. The citizen who brought up "The Makers" idea spoke informing that her idea was not just for the Senior Center but instead a City-wide idea. Mr. Walker spoke voicing questions regarding the City finances, Mayor Anderson invited him to meet with she, the Finance Director and the Acting City Manager individually to save time in the public meeting. He also inquired as to if we were under a hiring freeze. Mayor said when

**There was a Public Workshop regarding the re-build of the Senior Center and Garden Club prior to commission meeting.  Minutes from the July 23, 2019 Commission Meeting. Page 3**

Mrs. Gainer took her position it was without hiring or firing ability.  She will have to bring personnel changes before the commission.  Mrs. Hill inquired if we could have the drainage clean up schedule on a map. Mayor advised that it will be posted.  She was confused by the FEMA map.  Mayor also suggested Mrs. Hill call the City and we could inform her. Bobby Baker came up to explain that there would be two companies one working on west side of 77 and one on the east side of 77.  He went on to explain that on the west side they would start at 390 and move back towards Bel Aire because we have easements and access.  The west side we will start behind Pine Forest. He stated that August 5th would be the startup date.  She asked if Bobby could meet with her with Senator Rubio's staff.  Mayor stated that the City had submitted hundreds of photos of all drainages and met representatives from the grant taken them on multiple tours of the area, etc.  Mayor welcomed her to come tomorrow at 1:30.  Bobby Baker said he would be there as well.  Brad Yount inquired as to the law enforcement agency responsible for handling the Facebook fraud.  Chief Ramie informed that Lynn Haven Police Dept. located the source of the problem.  Mayor informed that if you are a 501c3 charity that Facebook does a great service getting proceeds quickly to the fund and also quickly identifies fraudulent activity. Mayor informed that there were only three people who bought into the scam and that they did not lose much thankfully.  Another citizen commented on the outdated Lynn Haven website.  Mayor informed that we had just re-launched the new City website this week and are addressing all of those issues.

**Item #8. Consent Agenda Minutes:  7/09/19 – Regular Meeting**
> Motion by Commissioner Russell:  To accept the consent agenda as presented.
> Second to the motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #9. Second and final reading of Ordinance # 1077 - requesting a Small-Scale Future Land Use Map Amendment (SSA-19-2)-Low Density Residential to Mixed Use. (Action Required)** *Public Hearing opened at 7:30P.M. and closed at 7:35P.M.*
Acting City Manager read Ordinance #1077.  Mr. Walker noted that the minutes from the planning commission wrongly referred to this land use change as a development order. Commentary continued consensus being that it was more than likely a typo. City Attorney suggested we postpone this item to verify that the vote was on land use change not a development order.
> Motion by Commissioner Tinder:  To postpone vote to verify request for land use change.
> Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Anderson | aye | Motion passed: 5-0 |

**There was a Public Workshop regarding the re-build of the Senior Center and Garden Club prior to commission meeting.  Minutes from the July 23, 2019 Commission Meeting.  Page 4**

**Item #10. Second and final Reading of Ordinance # 1078 repealing and replacing chapter 70 Article II of the Lynn Haven Code of Ordinances regulating Cross Connection Control Devices. (Action Required)** City Manager read Ordinance # 1078.

> Motion by Commissioner Russell:  To approve as presented.
> Second to the motion:  Commissioner Aldridge.

Commissioner Tinder reported meeting with City Manager and Utility Director Greg Kidwell.  She asked questions regarding costs of meter.  Greg responded that they vary depending on size and type.  Potentially for a residential meter it could be under $100.  He also said the ordinance does allow the City to turn water off if customer does not comply.  He went on to explain that FDEP makes the rule but then the City will have some leeway with implementation of the rule.  Commissioner Tinder expressed her concern regarding Seniors on fixed income having the ability to afford this.  Several ideas were posed to potentially help with this.  Mayor Anderson explained that this program is a FDEP requirement not a Lynn Haven initiated program.  She explained that to be compliant a certain percentage of customers had to have the device installed to show FDEP that we are working towards the goal of everyone being on board.  Commissioner Russell asked what the potential "blow back" / ramifications to the City if we don't comply?  Mr. Kidwell stated that our City water system could be found non-compliant which we do not want.  A citizen inquired as to what this backflow device was.  Greg Kidwell explained that it prevents water at private property from entering back into the distribution system.  Lyle Burton asked if the City would receive "kickbacks" from the EPA for doing this?  Mayor informed that if DEP requires something at a state level and a city refuses to comply it does not look good.  Mr. Kidwell advised that it is an unfunded state requirement.  City Attorney informed that the ordinance read had minor errors, so he re-read correct version.  He explained that the terms repealing and replace were the actual words that should have been used instead of amending.

> Motion by Commissioner Russell:  To approve corrected Ordinance as presented.
> Second to the motion:  Commissioner Tinder

| On Vote: | | | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Perno | aye | |
| | Aldridge | aye | |
| | Mayor Anderson | aye | Motion passed:  5-0 |

**Item #11. Continuation of discussion regarding a Forensic Audit for the City of Lynn Haven.** Commissioner Tinder reported contacting a local firm as well as two out of state saying they keep their prices close to heart, all depending on how deep they dig, etc.  She suggests going back five years and doing it in bits and pieces, initially making sure all documents are secure and nothing is destroyed.  She would like to match all P.O.'s with checks, to ensure all project costs paid to outside vendors were accurate and to confirm that all incoming funds used for what they were earmarked for.  Commissioner Russell reported some findings for costs ranging around $300 per hour, potentially totaling up to $300,000 again depending on the parameters.  He feels this may be too much for the City to take on financially at this point.  Mayor Anderson commented voicing her support of Commissioner Tinder's comments stating

**There was a Public Workshop regarding the re-build of the Senior Center and Garden Club prior to commission meeting. Minutes from the July 23, 2019 Commission Meeting. Page 5**

that we could begin by voting that whatever documents that have survived the storm not be destroyed.

    Motion by Commissioner Tinder:  To preserve all documents in the City until further notice.
    Second to the Motion:  Commissioner Russell
On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed:  5-0 |

**Item #12 Discussion and approval to appropriate forfeiture funds to supply equipment necessary for our new K-9 unit.**   Chief Ramie explained the need for funding vehicle modifications and provisions and daily training activities for the new K-9 unit.  The Police Department requests the transfer of these funds from a recent drug forfeiture case to their K-9 budget for immediate use therein.  He explained that both dogs had been delivered and had Corporal Chris Meacham and Officer John Cain bring each dog in for the public to view.  He stated that they are from Belgium and they are ready to work.

   Motion by Commissioner Perno:  To approve as presented
   Second to the Motion:  Commissioner Russell

On Vote:

| | | |
|---|---|---|
| Perno | aye | |
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed:  5-0 |

A citizen inquired as to where they could donate to the K-9 unit.  Mayor informed she could donate to the Matt Reimer K-9 fund by designating so on her check.  Mrs. Walker inquired as to what forfeiture funds were.  Mayor explained that they were funds taken from drug dealers or others making money from illicit sales.  Mrs. Walker inquired as to what account these funds go in to.  Chief Ramie explained that there are three different funds, unclaimed evidence, Federal Forfeiture and Law Enforcement Trust Funds.  These funds he's requesting are Law Enforcement Trust Funds that must be approved by the commission before the Police Department can use them.  He also stated that there are specific guidelines as to approved uses for these funds.

**Item #13. Discussion and approval of new Beautification Board Member.**
CRA Director presented application from Autumn Miller.
   Motion by Commissioner Russell:  To approve as presented.
   Second to the Motion:  Commissioner Tinder

On Vote:

| | |
|---|---|
| Russell | aye |

There was a Public Workshop regarding the re-build of the Senior Center and Garden Club prior to commission meeting.  Minutes from the July 23, 2019 Commission Meeting. Page 6

|  | | | |
|---|---|---|---|
| Tinder | aye | | |
| Perno | aye | | |
| Aldridge | aye | | |
| Mayor Anderson | aye | Motion passed: 5 -0 | |

### Item # 14. Discussion and approval to adopt the Stormwater Master Plan.

City Manager recapped some details regarding the recent Stormwater Workshop.  She reminded that the Commission had all reviewed the Master Plan and that these projects can be lengthy.

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Aldridge

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Aldridge | aye | |
| | Tinder | aye | |
| | Perno | aye | |
| | Mayor Anderson | aye | Motion passed 5-0 |

Citizen Sherry Moore inquired if the plan included the Lynn Haven Elementary School area. She also wondered if there was a place she could view plan.  Mayor informed yes and invited her to come to the office to see the plan. Another citizen commented about Roberts Hall.

Mayor called a three-minute recess due to length of the meeting thus far.
Mayor suggested we might change start time for next public hearings to begin at 5p.m.

Motion by Commissioner Perno:   To begin August and September public hearings prior to commission meetings at 5p.m.
Second to the Motion:   Commissioner Russell

| On Vote: | Perno | aye | |
|---|---|---|---|
| | Russell | aye | |
| | Tinder | aye | |
| | Aldridge | aye | |
| | Mayor Anderson | aye | Motion passed 5-0 |

### Item #15. Discussion and approval of a Taxable Bond Resolution # 2019-07-289 providing for bond issuance to aid the City with Hurricane Michael recovery efforts.

City Manager read resolution and invited John Mazike from Frazier Lanier to communicate the details.  He explained that this was a formality that the resolution is the final step in the process of allowing the Mayor to enter into a bond purchase agreement.  He relayed that they had a very good conversation with Moody's and expect our credit rating to remain the same.  He expressed that our fiscal performance has been really remarkable in spite of all the issues the City has faced.   Interest rates are very low around 3% and this is a 15-year

**There was a Public Workshop regarding the re-build of the Senior Center and Garden Club prior to commission meeting. Minutes from the July 23, 2019 Commission Meeting. Page 7**

bond issue callable in three years. He commended City leadership, Vickie Gainer, Beverly Waldrip and the Mayor and also recognized Jay Moody for his instrumental role in advocating for the City. Mayor asked for applause for all Jay has contributed.

> Motion by Commissioner Russell: To approve resolution as presented.
> Second to the motion: Commissioner Tinder.

Brad Yount inquired how we would pay these back. Mr. Mazike informed that this was a pledge of all non-ad valorem revenues. He explained that this was not applicable to sales tax or ad valorem revenues and not a general obligation bond but a covenant to appropriate non-ad valorem revenues.

On Vote:

| | |
|---|---|
| Russell | aye |
| Tinder | aye |
| Perno | aye |
| Aldridge | aye |
| Mayor Anderson | aye |   Motion passed: 5 -0 |

**Item #16.  Discussion and approval of Taxable Supplemental Bond Resolution # 2019-07-290 providing detailed parameters for funding Hurricane Michael recovery efforts.**
Mayor Anderson read Resolution #2019-07-290.

> Motion by Commissioner Russell:  To approve Resolution as presented.
> Second to the motion: Commissioner Tinder.

On Vote:

| | |
|---|---|
| Russell | aye |
| Tinder | aye |
| Perno | aye |
| Aldridge | aye |
| Mayor Anderson | aye |   Motion passed: 5 -0 |

**Item #17. Discussion and approval to set proposed millage rate and budget hearing dates for purposes of submission of Certificate of Taxable Value to Property Appraiser's Office pursuant to the TRIM Act.**  Acting City Manager Gainer referred to the agenda package documents proposing the millage rate stay the same at 3.9. She explained that given all the citizens have been through and given the supplement we received from the Triumph board we feel comfortable leaving the millage rate at 3.9 at this time.  Mayor Anderson commended City Manager and Staff for their efforts with this and feels this is a good recommendation.

> Motion by Commissioner Russell: To approve as presented.
> Second to the motion:  Commissioner Aldridge.

Finance Director suggested we read the sheet in the agenda package stating the proposed rate.  City Manager read the sheet. She also read the dates of the upcoming public hearings.

**There was a Public Workshop regarding the re-build of the Senior Center and Garden Club prior to commission meeting.  Minutes from the July 23, 2019 Commission Meeting. Page 8**

Mayor verified vote on this item with City Attorney who stated at this point the Commission is voting on the proposed millage rate to give us a starting point to build out a budget with and to set the public hearing dates.

On Vote:

| | |
|---|---|
| Russell | aye |
| Aldridge | aye |
| Tinder | aye |
| Perno | aye |
| Mayor Anderson | aye                    Motion passed: 5 -0 |

**Item # 18.  Discussion and approval to hire an in-house building inspector.**
Motion by Commissioner Aldridge:  To approve as presented.
Second to the Motion:  Commissioner Russell.
Question by Commissioner Tinder regarding Acting City Manager's authority to hire. Mayor informed that if the Commission approves then she is able to hire.  Commission commentary as well as public commentary continued.

On Vote:

| | |
|---|---|
| Aldridge | aye |
| Russell | aye |
| Tinder | aye |
| Perno | no |
| Mayor Anderson | aye                    Motion passed: 4 -1 |

**Item # 19. Discussion and approval to extend the emergency contract for the current Building Official Mike Gordon for 90 days.**
Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Tinder.

On Vote:

| | |
|---|---|
| Russell: | aye |
| Tinder: | aye |
| Perno: | aye |
| Aldridge: | aye |
| Mayor Anderson: | aye                    Motion passed: 5 -0 |

Motion passed:

**Item # 20.  Discussion and approval to solicit a RFQ for the services of a Building Official.**
Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Tinder.

On Vote:

| | |
|---|---|
| Russell: | aye |
| Tinder: | aye |

There was a Public Workshop regarding the re-build of the Senior Center and Garden Club prior to commission meeting.  Minutes from the July 23, 2019 Commission Meeting. Page 9

| | | |
|---|---|---|
| Perno: | aye | |
| Aldridge: | aye | |
| Mayor Anderson: | aye | Motion passed: 5 -0 |

**Item # 21. Discussion and approval of Resolution 2019-07-288 to support construction of sidewalks in Lynn Haven.** Acting City Manager read the resolution.

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell: | aye | |
| Tinder: | aye | |
| Perno: | aye | |
| Aldridge: | aye | |
| Mayor Anderson: | aye | Motion passed: 5 -0 |

**Item # 22. Discussion and approval of Resolution 2019-07-291 to accept NRCS funding for 75% of ditch and waterway cleanup.** City Manager read the resolution.  She explained that this is in acceptance of the NRCS agreement.

Motion by Commissioner Perno:  To approve as presented.
Second to the Motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Perno: | aye | |
| Russell: | aye | |
| Tinder: | aye | |
| Aldridge: | aye | |
| Mayor Anderson: | aye | Motion passed: 5 -0 |

**Item # 23. Discussion and approval for Task order #1-2018 between the City of Lynn Haven and Tetra Tech, Inc. to amend period of performance and scope of work for debris monitoring operations.** City Manager explained that this expands the scope of work to include monitoring the ditch and waterway cleanup.

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Russell: | aye | |
| Tinder: | aye | |
| Aldridge: | aye | |
| Perno: | aye | |
| Mayor Anderson: | aye | Motion passed: 5 -0 |

 DEF'S EX 55_096

There was a Public Workshop regarding the re-build of the Senior Center and Garden Club prior to commission meeting.  Minutes from the July 23, 2019 Commission Meeting. Page 10

**Item # 24. Discussion of Community Services Board Responsibilities.**  Commissioner Perno brought up discussion, specifically the idea of the City putting aside funds to help local schools or their sports teams.   He was under the impression that one of the responsibilities of the Community Services Board was to make recommendations to the Commission as to how to spend those funds.   Commissioner Russell concurred with additional comments eluding to a $50,000 prior budgeted amount for such.  Mayor Anderson stated she was not aware of such a line item.  She reminded that the School Board has the largest budget in the county and that the City has more pressing needs.    Commentary continued.

<div style="margin-left:2em">

Motion by Commissioner Russell:   To table issue to gather more information.

Second to the Motion:  Commissioner Tinder.

</div>

On Vote:

| | | |
|---|---|---|
| Russell: | aye | |
| Tinder: | aye | |
| Aldridge: | aye | |
| Perno: | aye | |
| Mayor Anderson: | aye | Motion passed: 5 -0 |

**Item# 25.Adjourn.**

There was no further business and the meeting was adjourned at 8:57p.m.

**APPROVED THIS** _____ *13th* _____ **DAY OF** _____ *August* _____ 2019.

_____

Margo Deal Anderson, Mayor

**ATTEST:**

_____

Vickie Gainer Acting City Manager

Prepared by Julie Higby

There was no workshop before the meeting.  Minutes from the July 30, 2019 Special
Commission Meeting.  Page 1

## CITY COMMISSION MEETING MINUTES
## SPECIAL CITY COMMISSION MEETING
## TUESDAY, JULY 30, 2019 – 9 A.M.
## CITY HALL TEMPORARY FACILITIES
## 901 C OHIO AVENUE

**Present:**        Margo Anderson, Mayor
                    Dan Russell, Mayor Pro Tem/Commissioner
                    Judy Tinder, Commissioner
                    Brandon Aldridge, Commissioner
                    Pat Perno, Commissioner
                    Adam Albritton, City Attorney
                    Chief Ricky Ramie

**Item #1.  Call to order:**  By Mayor Anderson at 9a.m.

**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Julie Higby followed by the Pledge of
Allegiance.

Mayor Anderson advised that these were bids previously received and that we were holding a
special meeting to review these to keep the restoration process moving forward.

**Item #3.  Approval of recommendation of award for low bid for Cain Griffin Park
Improvements.** Chris Forehand from Panhandle Engineering presented bid estimates received
for Cain Griffin Park.  While GAC came in as the lowest bidder, all the bids came in around three
million more than expected.  He explained that the market conditions after Hurricane Michael in
regard to costs of materials and availability of subcontractors probably adversely affected the
pricing.  Further, he stated that in meeting with GAC there were some items that could be omitted
or scaled back to lower the price.  He went through the spreadsheet provided line by line, pointing
out those possibilities.  Commissioner Russell expressed his disappointment in the bid pricing
stating he doubted we could easily scale back the plans from 5.1 to 2 million.  He feels this is
more than the City can afford at this time.  Commissioner Aldridge also expressed
disappointment and suggested other ways to save on the project.  Commissioner Tinder suggested
we expand the bid to Tallahassee or other surrounding areas.  City Manager Gainer shared that
she had met with both Community Services Director, David Horton and Chris Forehand to come
up with cost saving ideas.  She invited David to share his thoughts.  He expressed several cost
saving ideas that would bring the cost closer to what we had estimated.  Commissioner Aldridge
asked about meeting with Chris Forehand and David again.  Derwin White from GAC spoke
saying if you are looking for a more "conventional" baseball field you can get it.  He stated we
would just need to sit down and change the scope of work to meet our budget.  Mayor Anderson
spoke suggesting another potential funding source for the project.  She read section "I" on our
Hauler's contracts that states in essence, they will restore to prior hurricane condition the parks
where debris was dumped, chipped, etc.  She feels it would be appropriate to expect Crowder
Gulf and Ashbritt to take care of the grounds restoration thereby saving the City further costs
included in this park project.  She asked that the City investigate that possibility.  She went on to
say that previously several members of the Commission had voted to spend 6 million dollars at

**There was no workshop before the meeting.  Minutes from the July 30, 2019 Special Commission Meeting.   Page 2**

the Sports Park yet here they are not willing and rather choose to make concessions on the plans. She stated she does not want Cain Griffin Park to be merely functional she wants it to be the beautiful site we had originally discussed.  She suggested we may need to re-bid.  Commissioner Aldridge stated he did not think anyone was for spending 6 Million that it was more about getting kids back to playing baseball. Mayor corrected and stated it is about more than just baseball.  Mr. Walker made some comments confusing some facts.  Mayor explained compromise made previously regarding the sports facility stating we were moving coach pitch, t-ball and girls' softball to Cain Griffin. David Horton stated that we can get a ball field within our budget but not a field designed to the degree of current plans in hand.  He said this is a design for a City the size of Tampa or Orlando.  Commissioner Russell stated his priority is timing and doesn't feel we should extend the wait time by re-bidding the project.

> Motion by Commissioner Russell:  To approve the low bid provided we renegotiate the costs.
> Second to the motion:  Commissioner Perno.

Commissioner Tinder stated her preference to renegotiate costs prior to vote. She also voiced her preference that Community Services Director get his own price quotes for several items within the project and that the City direct purchase as much as we could.  Commissioner Perno agreed we should take some more time to be able to get not just a functional park but get what we need at better pricing.  Derwin White from GAC stated he would be glad to provide the City with all the price quotes they gathered.  Commissioner Russell asked if there was an opportunity to amend his motion.  City Attorney explained the City's two options being accept the low bid contingent on a value engineering reduced price and have it come back for Commission approval or throw out all bids and start process over.  Commissioner Russell amended his motion.

> Motion by Commissioner Russell:  To approve the low bid contingent on a value engineering reduced price to be brought back before the Commission for approval.
> Second to the Motion:  Commissioner Perno.

Commission discussion continued with City Manager assuring that the City had done their homework in pricing and would re-convene with GAC.

| On Vote: | Russell | aye | |
| | Perno | aye | |
| | Aldridge | aye | |
| | Tinder | aye | |
| | Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #4.   Approval of recommendation of award for low bid for Kinsaul Park Improvements.**  Chris Forehand presented bid estimates for Kinsaul Park.  He stated that approximately $100,000 could be cut from bid pricing going through the details of such on the spreadsheet provided to the commission and public. Mayor Anderson again mentioned the costs could be reduced by recouping them from the outstanding bills owed to our haulers, having them restore the fields as she mentioned in discussing agenda item #3.

> Motion by Commissioner Russell:  To approve the low bid contingent on Chris Forehand's recommendations to be brought back before the Commission for approval.

DEF'S EX 55_099

**There was no workshop before the meeting. Minutes from the July 30, 2019 Special Commission Meeting.   Page 3**

Second to the Motion:  Commissioner Tinder.

On Vote:

| | |
|---|---|
| Russell | aye |
| Tinder | aye |
| Aldridge | aye |
| Perno | aye |
| Mayor Anderson | aye    Motion passed: 5 -0 |

Commissioners posed several additional questions answered by Derwin White and Mayor.

**Item #5.   Approval of Panhandle Engineering Task Order #2019-14491 for design of Florida Legislature funded roadway repairs related to Hurricane Michael.**
Mayor Anderson explained that this was not the same 23 mile paving project that the ½ cent sales tax dollars funded.  This is a separate grant Chris Forehand with Panhandle Engineering applied for on the City's behalf.  Mayor thanked and commended he and his firm.  Chris explained the details of the grant.

Motion by Commissioner Russell:  To accept as presented.
Second to the Motion:  Commissioner Aldridge.

On Vote:

| | |
|---|---|
| Russell | aye |
| Aldridge | aye |
| Tinder | aye |
| Perno | aye |
| Mayor Anderson | aye    Motion passed: 5 -0 |

Commissioner Tinder inquired as to if we would stop paving after the million dollars were spent. Chris Forehand explained that it would come back before the commission for approval before doing any additional work. Mr. Walker inquired if this applied to alley ways. Mayor informed, no. Mrs. Walker asked if it is possible to see written grant awards we receive from Panhandle. Mayor informed, yes.

**Item #6.  Public Commentary.** None

**Item #7.  Adjourn**
There was no further business and the meeting was adjourned at 10:03 p.m.

**APPROVED THIS** _____ 13th _____ **DAY OF** _____ August _____ 2019.

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Vickie Gainer Acting City Manager

Prepared by Julie Higby

There was a rate study workshop before the meeting.  Minutes from the August 13, 2019
Regular Commission Meeting.   Page 1

## CITY COMMISSION MEETING MINUTES
## TUESDAY, AUGUST 13, 2019
## RATE STUDY WORKSHOP PRECEEDED MEETING
## LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
## 4:00 P.M.

**Present:**      Margo Anderson, Mayor
                  Dan Russell, Mayor Pro Tem/Commissioner
                  Judy Tinder, Commissioner
                  Brandon Aldridge, Commissioner
                  Pat Perno, Commissioner
                  Adam Albritton, City Attorney
                  Chief Ricky Ramie

**Item #1.  Call to order:**  By Mayor Anderson at 4:00 p.m.

**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Vickie Gainer followed by the pledge
of allegiance.

Mayor Anderson read the Senior Citizen Day Proclamation declaring August 21, 2019 as Senior
Citizen Appreciation Day.

**Item #3.  Mayor's Report.** Mayor Anderson reported meeting with Karen Napier regarding
potential purchase of 801 Florida Avenue property.  She attended a TPO meeting. She met with
Acting City Manager and Mrs. Walker to further discuss her financial questions.  She attended
the ground breaking of both the trail head dedication to Francis Wittkopf as well as the Memorial
Garden being constructed by the Compassionate Friends of Bay County in Kinsaul Park. She
attended the EOC hurricane efforts recap meeting with several other Bay County officials as well
as the bimonthly FEMA update meetings with the Acting City Manager. She also met with a
representative with the bond counsel to sign all the required documents to finalize securing the
funding to aid with the City's hurricane recovery efforts.  Those funds will be deposited in a
separate account to ensure accuracy of accounting for all expenditures. She reported having a
positive meeting with the Acting City Manager regarding our financial status and is feeling very
good about the fiscal state of the City.  Finally, she met with our current contracted building
official Mike Gordon and is very happy with the positive direction things are heading there as
well.

**Item #4.  Commissioner's Report.** Commissioner Perno also reported attending both ground
breaking events at the Trail Head and Kinsaul Park.  He also attended a van dedication event at
Boys and Girls Club as well as the City staff meeting.  He feels the City is in great hands and
also thanked the City employees for all their efforts addressing last week's flooding.
Commissioner Aldridge also reported attending several community events.  He's happy to see
National Attention in our area.  Enjoyed seeing Mrs. Wittkopf and is glad to continue serving
day to day.  Commissioner Russell reported attending the same community events as well as
digging into the applications for the City Manager position as well as the audit.  He reported a
great experience with one of Mr. Gordon's associates doing an excellent job in inspecting his

**There was a rate study workshop before the meeting. Minutes from the August 13, 2019 Regular Commission Meeting.   Page 2**

roof. He commended the Mayor for the recommendation. Commissioner Tinder reported being very busy spending a lot of time at City Hall gathering information related her recommendation for a forensic audit. She too attended the Wittkopf dedication and was very happy for she and her family for this honor.

Mayor stated City Attorney asked if we could reverse the order of item #22 and #24 on the agenda to properly address the flow of information.

> Motion by Commissioner Perno:  To change the order of items as presented.
> Second to the Motion:  Commissioner Tinder.

On Vote:

| | | |
|---|---|---|
| Perno | aye | |
| Tinder | aye | |
| Russell | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #5 Acting City Manager's Report.** Acting City Manager invited Amanda Richard up to present employee of the month to Lisa Swartwood. Amanda spoke very highly of Lisa's attitude and willingness to tackle any task. She gave her accolades for many years of service in several departments. Acting City Manager Gainer introduced two new city employees, Budget Manager Shannon Scribner and IT Manager Graham Neves. She thanked the Community Services and Public Works departments for their hard work during recent downpours as well as their diligence in keeping up with the grass maintenance and getting the grass cut for the first day of school. She reported closing on the bonds and is happy we will be able to get some haulers paid off. She stated there are several upcoming bid openings including the Roof Replacement bid on 8/19 and the auditing services bid on 8/20. She thanked our building services contractor Mike Gordon again for the excellent job they are doing for the City. She reported attending a preconstruction meeting with NRCS to move forward with the ditch and waterways clearing, mentioning that they began with Belaire today. She reported continuing efforts meeting with FEMA frequently working towards expediting reimbursement for the City. She met with the Communications department regarding many upcoming events including the Fall Concert Series beginning in September and Senior Appreciation Day Aug 21st.

**Item #6 City Attorney Report.** The City Attorney thanked Mrs. Richard, the City Manager and Code Enforcement personnel for a productive meeting reviewing city code enforcement rules and regulations.

**Item #7 Public Commentary.** Sue Hendrix inquired as to when the Senior Center would be back up and running. Mayor informed as quick as possible depending on several factors including the bid process, insurance and FEMA documentation requirements. Karen Napier expressed her heart felt interest in the purchase of the old tax office on Florida Ave. She is aware of the issues with the building and would love the opportunity to transform it into a beautiful dance studio for the community. Several of her dance students and their parents spoke on her behalf and the positive impact her studio has had on their lives. All felt this would be a tremendous asset for our Lynn Haven community. David Cromartie requested to re-build his home on 1315 Wisconsin Ave. He needed clarification as he stated he qualified for a variance

**There was a rate study workshop before the meeting. Minutes from the August 13, 2019 Regular Commission Meeting.   Page 3**

regarding a building code issue.  Mayor suggested he come in to the office tomorrow and meet with the Acting City Manager.

**Item #8 Consent Agenda Minutes: 7/23/19 -Regular meeting & 7/30/19 Special Meeting.**

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Tinder

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #9. Second and final reading of Ordinance # 1077 - requesting a Small-Scale Future Land Use Map Amendment (SSA-19-2)-Low Density Residential to Mixed Use.** Public hearing opened at 4:34 P.M.

Acting City Manager read Ordinance #1077.

Motion by Commissioner Russell:  To accept as presented.
Second to the Motion:  Commissioner Tinder

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #10.  Discussion and approval of the City Manager selection process.** Mayor stated that City Attorney reminded that he had asked each commissioner to bring forward five names out of fifty for consideration for the City Manager position.  Mayor Anderson expressed that she had submitted only one name, Vickie Gainer.  She stated that Vickie had been the City Deputy Clerk for some time.  She expounded laying before the Commission all that Vickie has willingly taken on since the storm, stating that she was right there immediately following Hurricane Michael despite her own home being a total loss.  She stated that when the City Manager resigned she had put her name forward as she was so familiar with City Policy that she was still pursuing changing to a strong  Mayor form of  government explaining that it does not do away with a City Manager position but instead just puts more checks and balances in place and puts more power in the hands of the electorate.  Mayor spoke highly of Mrs. Gainer's character explaining how well respected Mrs. Gainer is in the community and what a source of strength she has been to all the employees in the aftermath of everything the City has faced.  She stated how the employees have been through several City Managers in a short period of time.  The employees have been through so much and do not deserve to have someone come in from another state or community who has no knowledge of our current situation or experienced the devastation unfathomable to anyone who wasn't here.  Mayor stated that with great respect to the commission she asked that maybe someone would come forward with a motion to end the hiring process, instating Mrs. Gainer as the City Manager sparing us the long process of background checks and interviews, pursuing someone who hasn't been handling all the day to

     DEF'S EX 55_103

**There was a rate study workshop before the meeting.  Minutes from the August 13, 2019 Regular Commission Meeting.   Page 4**

day operations of our city and isn't familiar with it. Mayor also stated that since her inception as Acting City Manager she has not had a single complaint from anyone regarding her abilities or performance.

| | |
|---|---|
| Motion by Commissioner Tinder: | To halt the hiring process and appoint Mrs. Gainer as City manager. |

Commissioner Aldridge commented stating that he agrees completely with the Mayor regarding all her comments regarding Vickie Gainer's character and that he has become good friends with Mrs. Gainer. He added however that he feels the process is in place for a purpose and feels we need to follow it through despite emotions. He feels time of the Commission has been invested as well as the applicants and feels we should continue the process. Mayor reminded there is no charter or due process stated that the commission is neglecting or required to follow but that it is instead at the discretion of the commission. Commissioner Aldridge said they did come up with a process with the five names. Mayor stated she respects his opinion but that in trying to follow the process this is what she thought and needed to express it. Commissioner Tinder also stated that she too only turned in one name, Vickie Gainer. She feels Mrs. Gainer is more than capable at handling the job as she is well informed and has kept her informed as well. Given no second to the motion Mayor asked City Attorney to advise as to next steps. City Attorney advised that there were twelve candidates in total based on the Commission's submissions and advised that background checks should be the next step followed by the interview process.

| | |
|---|---|
| Motion by Commissioner Russell: | To move forward with background checks. |
| Second to the Motion: | Commissioner Aldridge |

Mrs. Tunnel spoke commenting that the last few City Managers were a disgrace adding that she wished the commissioners in opposition weren't elected.  Mr. Robitille feels Mrs. Gainer can contend with the competition on her own and that we should continue the agreed upon process. Jodi Moore thinks very highly of Mrs. Gainer but also wants to move forward with process. She stated that she hopes Mrs. Gainer wins and feels we should not attack the Commissioners complimenting them. Shelly Berry pointed out the great progress the City has made since October 10th and suggested commission consider the wonderful job the Acting City Manager has already done when considering the candidates.

On vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | no | Motion passed: 4 -1 |

City Attorney informed that he would list the candidates in an organized spreadsheet for the Commission to consider and reach out to them regarding the consent to begin background checks.

                    DEF'S EX 55_104

**There was a rate study workshop before the meeting. Minutes from the August 13, 2019 Regular Commission Meeting. Page 5**

**Item #11. Discussion and possible approval of a Forensic Audit.**
Commissioner Tinder reported that she had asked Janet Walker to help her gather information because of lack of commission support for the forensic audit. She handed out some information to the Commission. She stated she spent much time at City Hall reviewing files. She read an article recently published from U.S. Attorney Larry Keith alluding to an upcoming investigation in North West Florida from Gainesville to Pensacola. She went on to say after looking through six files out of about 200 although neither she nor Mrs. Walker are auditors it appears blatant fraud, poor business practices, and many favors seem to have been done for others. ECS was paid almost 5 million dollars between Oct. 21, 2018 and March 2019. She pointed out an invoice for $28,000 for clearing debris on private property in Osceola Point, stating that each employee was paid $65 per hour. An employee who was out with an injury was paid despite not being on the job. She stated that Mr. Schubert sold waterfront property to Alan Bense for $300,000 that was worth $500,000. She went on reading specific examples from her review of City files to support her belief that a forensic audit is in order. She wanted Mrs. Walker to also convey her findings. Mayor Anderson asked City Attorney if it is permissible. Adam Albritton stated that it was at the Mayor discretion. She allowed it. Mrs. Walker distributed information sheets to the Commissioners. She too gave many specific examples of invoices, etc. that felt support the need for a forensic audit.

<div style="text-align:center">Motion by Commissioner Tinder:      To proceed with a forensic audit.</div>

Commissioner Aldridge stated that he was confused. He wondered why we need a Forensic audit if the Federal government is about to do one. He suggested we wait and see what they turn up. Commissioner Russell said he is concerned about the cost and would like to put a cap on price. Mayor Anderson said she is well aware of the things being brought up some well before the storm years ago. She could not comment further due to ongoing investigation. Commissioner Russell asked if Commissioner Tinder might be willing to amend her motion to not spend more than $100,000. Commissioner Tinder stated we should go back further than October 10, 2018. Discussion continued.

<div style="text-align:center">Amended Motion by commissioner Tinder:    To proceed with a forensic audit starting at present date and moving back in time until $100,000 of audit services is expended.</div>

Mr. Robitille stated he does not want to "cheap this process up", etc. Mr. Walker stated his belief that the auditors delivered the City audit under duress. He believes we need to go full steam ahead into forensic audit. Mayor Anderson re-stated that she had tried to change the City audit firm on many occasions in the past. Judy Ball stated she agrees we need to move forward with audit. Further citizen commentary continued in support of audit.
On vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

There was a rate study workshop before the meeting.  Minutes from the August 13, 2019 Regular Commission Meeting.   Page 6

Commissioner Tinder suggested we seek out of town auditors.

### Item #12.  Economic Development Alliance Update Presentation.
Becca Hardin and Garrett Wright gave an inspiring update on Economic Development in our area.

### Item #13.  Voluntary Contraction (De-Annexation-19-01) Ordinance #1079  Parcel ID #11823-012-000-Hwy 389- First Reading by Title Only.
Acting City Manager read Ordinance #1079.  No action necessary.

### Item #14.  Discussion and approval to cease and desist the demo order of the old Tax Collector's office at 801 Florida Ave, and to give the Acting City Manager authority to negotiate with potential buyers of the property. Mayor Anderson reported that she met with potential purchaser Karen Napier who expressed much interest in purchasing and renovating the property as discussed during public commentary.  Mayor stated that the appraisal prior to the storm was $225,000 including the parcel and building and that the offer is now $85,000 due to much damage.  City Attorney advised of the notice required for the City to sell surplus property.

> Motion by Commissioner Tinder:  To remove prior request to demo the building and place the property up for sale with the proposals to be brought back before the Commission.
> Second to the Motion:  Commissioner Aldridge

On vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

### Item # 15.  Discussion and approval to place a stop sign at the corner of 10th and Colorado Avenue per the Traffic Calming Committee recommendation. Chief Ramie gave report regarding traffic in that area.
> Motion by Commissioner Russell:  To approve as presented.
> Second to the Motion:  Commissioner Tinder

On vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

### Item # 16.      Discussion and approval to lower the speed limit on west 14th Street from Tennessee to Maryland to 25mph.
> Motion by Commissioner Tinder:  To approve as presented.

**There was a rate study workshop before the meeting. Minutes from the August 13, 2019 Regular Commission Meeting.   Page 7**

Second to the Motion:  Commissioner Russell

On vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #17.  Discussion and Approval to close Hwy 77 from 5th to 11th Street on October 15th from 1-2 P.M. for the Mosley 2019 Homecoming Parade.**
Principal Bullock from Mosley High School as well as the President of the Student Government spoke to this issue.
Motion by Commissioner Tinder:  To approve as presented.
Second to the Motion:  Commissioner Russell

On vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #18.  Approval of 9 more Hurricane Michael Relief Fund Grants.**  Mayor Anderson expressed her pleasure with the funding coming from her Facebook fundraiser to make this possible. Commissioner Russell applauds her efforts.
Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Tinder

On vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #19. Discussion and possible approval of RFQ #18/19-5 pricing negotiations for Cain Griffin Park.** Acting City Manager Gainer gave update on the bid findings.  Unfortunately, the bids did not come in within the $2 million hoped for renovations.  She recommends we re-bid this project out in sections.
Motion by Commissioner Russell:  To re-bid the project out in sections advertising it regionally.
Second to the Motion:  Commissioner Tinder

**There was a rate study workshop before the meeting. Minutes from the August 13, 2019 Regular Commission Meeting.   Page 8**

Commission and public commentary continued.  Chris Forehand spoke expounding the details regarding breaking up the bid.  He recommended separating the bids into site work, everything horizontal, including fencing, etc., then everything vertical, concession stands, restrooms and batting cages, etc., then lighting, sight lighting and ballfield lighting, and electrical work and finally the splash pad.  Commission and public commentary continued.  Additionally, David Horton gave pricing of $34,000 for the lighting.

On vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

Mayor Anderson opened further discussion regarding moving forward with the lighting on the tennis and basketball court for the safety of the children.

Motion by Commissioner Aldridge:  To move forward with the lighting for the tennis and basketball courts.
Second to the Motion:  Commissioner Russell

On vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Russell | aye | |
| Tinder | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #20.  Discussion and possible approval of RFQ #18/19-6 pricing negotiations for Kinsaul Park.** Acting City Manager presented RFQ findings and recommended moving forward with the improvements therein.
Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Perno

On vote:

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #21.  Discussion and approval to piggyback off the City of Fort Walton Beach's service contract for outsourced utility billing.** Acting City Manager Gainer presented details of this project.  Commission discussion continued.

**There was a rate study workshop before the meeting.  Minutes from the August 13, 2019 Regular Commission Meeting.   Page 9**

Motion by Commissioner Russell:  To approve the contract for 24 months of service.
Second to the Motion:  Commissioner Perno

On vote:

| | |
|---|---|
| Russell | aye |
| Perno | aye |
| Tinder | aye |
| Aldridge | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

**Item #24. Discussion and approval of Resolution #2019-08-292 accepting FDOT's Joint Participation Agreement (JPA) second amendment of the 17th Street ditch project.**

Motion by Commissioner Aldridge:  To approve as presented.
Second to the Motion:  Commissioner Russell
Acting City Manager read Resolution # 2019-08-292.  Commission discussion continued.

On vote:

| | |
|---|---|
| Aldridge | aye |
| Russell | aye |
| Tinder | aye |
| Perno | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

**Item #23.  Discussion and approval for the amended task order of Panhandle Engineering for the 17th Street ditch project.**  Commissioner Russell inquired as to source of funding. Public Works Director clarified that this change was being funded by DOT.

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Aldridge

On vote:

| | |
|---|---|
| Russell | aye |
| Aldridge | aye |
| Tinder | aye |
| Perno | aye |
| Mayor Anderson | aye |

Motion passed: 5 -0

**Item #22.  Discussion and approval of the 17th Street Ditch project change order #3 for $96,164.06.**

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Tinder.

On vote:

There was a rate study workshop before the meeting.  Minutes from the August 13, 2019
Regular Commission Meeting.  Page 10

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

### Item #25. Discussion and Approval to move the 2nd Commission meeting of each month (the 4th Tuesday meeting) from 6 P.M. to 9:00 A.M. beginning October 22, 2019.

Acting City Manager Gainer expressed that at our previous 9 A.M. special commission meeting
we had over 1900 views within an hour and over 3300 had viewed the meeting since.  Given
this quantity of attention along with the benefit of business professionals able to weave this into
their workday it is recommended we change the time of said meeting to 9 A.M.  Mayor Anderson
voiced her lack of support of changing the time due to her previous campaign promises, stating
she was open to hearing other opinions.

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Tinder

Various questions and comments and opinions were shared by the Commission.  Public
commentary continued with many in favor of keeping the current schedule, not changing it.

On vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | no | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | no | Motion passed: 3 -2 |

Commissioner Tinder asked if we could bring it up at a later date to change it back?  Mayor
informed Yes.

### Item #26. Discussion and approval to move all City Commission meetings to the temporary City Hall building beginning with the September 2019 meetings.

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Aldridge

On vote:

| | | |
|---|---|---|
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

### Item #27.  Discussion and approval of new Beautification Board Applicant, Holli Maddox.

Economic Development Director presented application stating this is a pre-approval as there is
no current vacancy on the board.

Motion by Commissioner Perno:  To approve as presented.

There was a rate study workshop before the meeting.  Minutes from the August 13, 2019
Regular Commission Meeting.   Page 11

Second to the Motion:  Commissioner Aldridge

Commissioner Russell pointed out Ms. Maddox doesn't seem to be a Lynn Haven resident.  This
raised a question as to if this is a requirement.  Discussion continued.

Amended Motion by Commissioner Perno:  To approve as presented contingent
on verification of Lynn Haven citizenship meeting code requirement.
Second to the Motion:  Commissioner Aldridge

On vote:

| | |
|---|---|
| Perno | aye |
| Aldridge | aye |
| Russell | aye |
| Tinder | aye |
| Mayor Anderson | aye |

Motion passed: 5-0

**Item #28.  Discussion and approval to have the first TRIM Act public hearing moved from
September 10th to September 11, 2019 at 5:01 P.M.**

City Manager Gainer informed the need for changing the September 10th meeting to September
11th as Tuesday September 10th conflicts with the meeting time of another government agency
in regards to the TRIM act hearing.

Motion by Commissioner Tinder:  To approve as presented.
Second to the Motion:  Commissioner Russell

On vote:

| | |
|---|---|
| Tinder | aye |
| Russell | aye |
| Perno | aye |
| Aldridge | aye |
| Mayor Anderson | aye |

Motion passed: 5-0

**Item #29.  Adjourn.**  There was no further business, the meeting was adjourned at 6.33 P.M.

APPROVED THIS _27th_   DAY OF _August_   2019.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Vickie Gainer Acting City Manager

Prepared by Julie Higby

**There was a Public Workshop regarding the sports complex before the meeting.  Minutes from the August 27, 2019 Regular Commission Meeting.   Page 1**

### CITY COMMISSION MEETING MINUTES
### TUESDAY, AUGUST 27, 2019
### LYNN HAVEN ELEMENTARY SCHOOL MEDIA CENTER
### 6:00 P.M.

Present:        Margo Anderson, Mayor
                    Dan Russell, Mayor Pro Tem/Commissioner
                    Judy Tinder, Commissioner
                    Brandon Aldridge, Commissioner
                    Pat Perno, Commissioner
                    Adam Albritton, City Attorney
                    Chief Ricky Ramie

**Item #1. Call to order:**  By Mayor Anderson at 6.P.M.

**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Commissioner Aldridge followed by the pledge of allegiance.

**Item #3.  Mayor's Report:**  Mayor Anderson reported attendance at many meetings including FEMA and our Tetratech partner working diligently towards hurricane expenses reimbursement. She reported planning a commemorative event coming up on October 10th at Sheffield park with many schools coming out to celebrate and another community meal sponsored by Florida Blue and Publix.  She said she looked forward to announcing another Hurricane Michael Relief Fund sponsor in the very near future as well. Mayor Anderson stated there have been several public records requests from a board member, so she deemed it necessary to respond publicly.  She read her statement as follows:

1. The embroidered hats were purchased by me, and not the City of Lynn Haven. They Mayor does not have a purchasing account with the City.  The copy of the check used to purchase the hats is attached with y bank statement from Hancock Bank.

2. As for the formal answer to the issue of the city golf cart that the Mayor is currently using.  The former City Manager, Michael white, issued the golf cart to me two days after Hurricane Michael so that I would have a way to get from the Southerland Event Center to the two points of distribution where I was working with incoming trucks of supplies for our residents.  I continued to use the golf cart during the time when debris made driving difficult within the City, and I used it to carry cases of water, food, blankets, and other items to the elderly, those with small children and those who had difficulty getting to and from the distribution points behind City Hall and Tyndall Credit Union. Commissioner Russell states that I used the golf cart for personal use; I am not sure when my hours end each day as Mayor, and I have certainly used the golf cart on Saturdays, Sundays, and even in the evenings, driving about the city, eating lunch, visiting the parks, attending concerts, all which involve interacting with the people I serve.  I have used the golf cart to drive state and national elected officials as well as local, state, and national media representatives around the city to give them a close-up view of the destruction, continuing to tell our story and bring as many resources to help us as possible.  I have purchased all gasoline for the vehicle, changed the oil, and made repairs to tires which picked up nails and screws in the weeks after the storm.  The acting city manager has told

**There was a Public Workshop regarding the sports complex before the meeting. Minutes from the August 27, 2019 Regular Commission Meeting.   Page 2**

me that you have asked her several times about my returning the golf cart.  Strange that you never asked me to return it while Michael White was the city manager through March of this year; but with that said, I have returned the golf cart to the City and you will not see me driving it again.  I did not return it because I believe you have any authority to make me do so; I have enjoyed the golf cart, and it had become a bit of a symbol for people in Lynn Haven; a symbol that their Mayor cared and was out on the job.  I returned it in hopes that your petty complaints against me will stop and you can focus on the business of the city instead of the business of the Mayor.

3.   Your inquiry regarding the ECS invoice that lists the Mayor's house, 513 Tennessee Avenue, and whether or not it has been submitted for reimbursement and if not why, also listed the ECS invoice that references Osceola Point, the private community in which you reside.  I will only address the invoice which references my address, because my home is not located in a private, gated community without city services for debris and trash removal; I have attached Google Earth photos from November 2018 which plainly show my home and property approximately six weeks after Hurricane Michael.  I have had no trees on my property since 1995 when Hurricane Opal pushed a large pine tree through my roof, and I had the other two removed at that time.  Lightning killed the remaining tree in my front yard, a beautiful oak, which was removed over ten years ago.  There was nothing for ECS to clean from my property even though the invoice states that they did.  There is a dedicated stormwater drainage easement which runs along my property line and the easement description attached is for 514 Virginia Avenue, the property directly behind me.  This property does not have any trees on it either.  The trees shown in the Google Earth photo are part of the easement maintained by the City and the tree line stretches from 5th Street, North to South dividing the properties of the residents of Tennessee and Virginia Avenues.

4.   I requested the former City Manager to have the City remove three trees from this easement, two which had fallen on our pole barn preventing us from moving our motorhome back underneath it, and the third tree had blocked access to the power pole from

5.   Gulf Power Company, preventing us from getting electricity connected to our home.  The cost of the work done as stated in the invoice appears to be inflated, but with that said, the work was done on City property, not my property, and under the direction of Michael White, the former city manager.  I have also included the Bay County web map which lists catch basins, culverts and ditches, and this map also depicts my property and the adjacent dedicated stormwater easement which has been maintained by the City of Lynn Haven since 1994.  My final comment regarding the removal of these three trees from the City's easement is that even though they had fallen on our pole barn and our power pole, I did not ask the City Manager for assistance until almost 6 weeks after the storm; I did not ask to be a priority expressly because I am the Mayor.  I hope that these documents will put to rest the rumors which have circulated on social media and elsewhere; the invoice was also given to a local television station by a source they preferred not to name.  I was called to the station and asked if my private property had been cleaned by ECS.  After showing them the google earth photos and the City of Lynn Haven easement description they did not run the story.  It is y hope that the reference to my personal property by this contractor who worked for the City was just a reference to the location of the easement.

6.   Finally, you requested the permit and all supporting documents for the building permit for the pole barn erected at the Mayor's house at 513 Tennessee Avenue.  The permit and

There was a Public Workshop regarding the sports complex before the meeting.  Minutes from the August 27, 2019 Regular Commission Meeting.   Page 3

documentation were obtained by the acting city manager from the planning department and forwarded to you; the pole barn was permitted and constructed on my property over two years ago.  I then learned you made an additional request for information regarding if the concrete slab under the pole barn violates the permeable surface ordinance for the size of my property.  My home, which was constructed by my grandfather in the 1940's is not built on a concrete slab and allows for the flow and drainage of water underneath it, which does not count against permeable surface.  I have attached a letter of description which offers the opinion that I have not violated any ordinance regarding stormwater or permeable surface in relation to the size of the lot on which my house is erected.

I apologize to the public and to the Commission for the length of this statement, but after reading in the public records request I received that Commissioner Russell had made a similar request of Commissioner Tinder in regard to building permits obtained as she rebuilt her restaurant after the storm, I find it difficult to believe that these requests are based on information which has been forwarded to Commissioner Russell or from residents calling him and complaining about this Mayor.  The neighbors and residents I have served over the last four years have had no problem complaining directly to me in the past, and I have no doubt that if they are unhappy with something I am doing or not doing they will let me know as they always do either on social media or by calling me on my listed cell phone number, and won't need to rely on Commissioner Russell to speak for them.

I received a great deal of national media publicity and public accolades regarding my leadership in the first twenty days after the storm when I was the head of the government of the City of Lynn Haven; I made difficult decisions, I made some officials angry as I fought hard for the residents of my town; I made others angry just because I was a woman not afraid to speak her mind and to challenge decisions with which I disagreed, but I led this City through the most difficult time it has faced in history and I will continue to lead until the residents tell me they are ready for new leadership.  Thank you.

**Item #4.  Commissioner's Report.** Commissioner Tinder reported a resident issue regarding golf carts being driven by young children in the General Dynamics area.  She also stated dealing with a hole in the road in the Country Club area caused by Gulf Asphalt.  She is working with Bobby to resolve the issue.  She said she had a complaint regarding the ladies' restroom in Sheffield park being closed but discovered it was due to homeless sleeping there.  She stated dealing with some code enforcement issues as well commenting that we should be proactive and customer service oriented.  Commissioner Russell stated he appreciated the Mayor answering all the public record requests publicly and hopes he does not get any more calls regarding these moving forward. He stated when citizens ask him questions, he needs answers that's his job. He reported attending the Community Services Board meeting.  Also attended the Census Recovery Task Force meeting.  He said they determined that where you sleep April 1st is where you are counted.  He was not happy with this and could not get a direct answer as to recount and feels it is an unfair rule due to many citizens being displaced from their Lynn Haven residences. Brandon Aldridge commented on the positive progress he has seen in the City in the last four months.  He would like to see some city streetlights replaced especially as daylight savings time is coming soon, for the safety of the children.  Mayor Anderson interjected that her husband who is a retired electrical contractor has been looking into the potential of some solar lights that would clip onto the existing poles making it much cheaper to solve the lighting issue.  She said all we would need would be to enlist the help of some companies with bucket trucks potentially

**There was a Public Workshop regarding the sports complex before the meeting.  Minutes from the August 27, 2019 Regular Commission Meeting.   Page 4**

Jerry Pybus or another to enable the install of these lights. She will bring more info on pricing as she receives it.  Commissioner Perno reported the same issue regarding young children driving golf carts in the General Dynamics area. He stated that he has reported it to the Police Chief to be on the lookout.  He wants the citizens to know he feels for them with all the flooding but wanted to report that he has seen some good progress regarding cleaning out the ditches.  He thanked the Mayor for moving forward with the storm water plan and the City employees for all the hard work as well.  Mayor Anderson credited the NRCS grant for enabling all the work also pointing out that we are being reimbursed for that project by 75%.  She also credited Acting City Manager Gainer regarding moving forward on an ongoing ditch maintenance program the City has needed for years.  Mayor also complimented Commissioner Perno for his contributions to the City employee appreciation event as well as the Acting City Manager for putting it all together.

**Item #5 Acting City Manager's Report.** Acting City Manager Gainer reported meeting with Panhandle Engineering regarding the beautification of Hwy 77.  She commended the City employees for all their hard work even when weather conditions are adverse. She said we are very optimistic about resolving the stormwater issues. She reported working with Ben Janke on a USEDA grant offering an 80/20 match.  She reported meeting with the NRCS folks and Bobby Baker regarding the ongoing stormwater efforts.  She mentioned attending the Census meeting as well, stating we have a long road ahead regarding those issues.  She announced several upcoming city events including the 9/11 Remembrance and Pinning Ceremony, the 10/10 Community Commemoration, as well as the 10/31 Trunk or Treat event.  She mentioned the restructuring within the building and permitting department, reporting that we are working hard to resolve the issues relating to backlog and communications by adding an employee and utilizing Mike Gordon and Associates.  She reported she and Ben Janke meeting with with a new business owner Michael Polo who took over the old Honeywell building.  The company is ACMT who is bringing 150 jobs to the City of Lynn Haven.  Finally, she reported ongoing meetings with FEMA and Tetratech to ensure FEMA reimbursements for our city.

Mayor asked if she could go back for a moment to add an actionable emergency issue to her report regarding a broken pipe on Colorado Avenue.

|  |  |
|---|---|
| Motion by Commissioner Perno: | To authorize the Acting City Manager to spend $29,335.00 to replace the broken pipe. |
| Second to the Motion: | Commissioner Tinder |

On Vote:

| | | |
|---|---|---|
| Perno | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #6 City Attorney Report.  No Report.**

**There was a Public Workshop regarding the sports complex before the meeting. Minutes from the August 27, 2019 Regular Commission Meeting. Page 5**

**Item #7 Public Commentary.** Mrs. Sharron Sheffield spoke regarding her high regard for Acting City Manager Vickie Gainer. She stated she was especially impressed with the way Mrs. Gainer clearly, and articulately reported on the state of the City praising her qualifications and character. She went on to express her love for the City encouraging the Commission to set their hearts to do the right thing. James Dean spoke requesting sympathy regarding a code enforcement violation on his property. He stated some drainage issues surrounding his property. Mayor suggested he set an appointment with the City Manager to follow up. A resident, Chantrella Knox at 611 Krystall Lane also spoke regarding a code enforcement issue and a PPDR issue. She also spoke regarding an easement issue expressing frustration with not being able to get in touch with city personnel. Mayor Anderson suggested she come in and discuss with Mrs. Gainer. Mrs. Gainer and Amanda Richard spoke regarding this. Amanda gave her name as a contact for code enforcement issues. Mrs. Walker spoke on behalf of the Dean residence stating there are no junked motor vehicles or unfit structures on their property. Mayor thanked her for bringing issue to our attention letting her know we are working on all of these issues. Bob Schultz inquired about the City Manager job search. City Attorney informed where we are at in the process. Chief Ramie informed we were still in beginning phases of background checks. Charlotte Marshall inquired if Mrs. Gainer was in the pool. Pastor of Allen Chapel spoke regarding the City Board of Commissioners voicing his approval of the "melting pot" which represents the City. He voiced his strong support as well for "Sister Gainer" as new City Manager.

**Item #8 Consent Agenda Minutes: 8/13/19**

Motion by Commissioner Perno: To approve as presented.
Second to the Motion: Commissioner Tinder

On Vote:

| | | |
|---|---|---|
| Perno | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Russell | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #9. Second reading of Ordinance #1079 - Voluntary Contraction (De-Annexation-19-01) - Parcel ID #11823-012-000-Hwy 389.** *Public Hearing open 6:55pm, closing 7:02pm.* Public hearing opened at 6:55pm. Ms. Richard explained that the City was unable to provide water or sewer to this address. Acting City Manager read Ordinance #1079.

Motion by Commissioner Russell: To accept as presented.
Second to the Motion: Commissioner Tinder

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

There was a Public Workshop regarding the sports complex before the meeting.  Minutes from the August 27, 2019 Regular Commission Meeting.   Page 6

**Item #10. Discussion and approval of Resolution 2019-08-293 amending the rates and charges for water.** Acting City Manager Gainer read resolution.  She elaborated on Stantec study's recommendation to increase rates by 4.5%.  Commission discussion ensued with both Commissioner Tinder and Mayor Anderson voicing their concern regarding this being bad timing.  Commissioner Aldridge commented regarding market conditions necessitating increase.  Commissioner Russell asked clarification regarding actual amount of increase to customer.  Discussion continued.  City Attorney advised as to protocol in proceeding.

> Motion by Commissioner Russell:     To approve as presented.
> Second to the Motion:  Commissioner Perno.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Tinder | no | |
| Mayor Anderson | no | Motion passed: 3-2 |

**Item #11. Discussion and approval of Resolution 2019-08-294 amending the rates and charges for wastewater.** Acting City Manager Gainer explained that this is similar to the above item but regarding increasing the sewer portion of the rate by 4.5%.  Commission discussion continued with various questions and answers.

> Motion by Commissioner Aldridge:     To approve as presented.
> Second to the Motion:  Commissioner Russell

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Russell | aye | |
| Tinder | no | |
| Perno | aye | |
| Mayor Anderson | no | Motion passed: 3-2 |

Acting City Manager read the resolution.

**Item #12. Discussion and approval of Resolution 2019-08-295 amending the rate structure for solid waste collection.**

> Motion by Commissioner Russell:     To approve as presented.
> Second to the Motion: Commissioner Aldridge

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Aldridge | aye | |
| Tinder | no | |
| Perno | aye | |
| Mayor Anderson | no | Motion passed: 3-2 |

Acting City Manager read resolution.

**Item #13. Discussion and approval of Resolution 2019-08-296 revising the City's established stormwater utility fees.** Acting City Manager explained there is no increase or decrease on the bill for stormwater utility fees.

**There was a Public Workshop regarding the sports complex before the meeting.  Minutes from the August 27, 2019 Regular Commission Meeting.   Page 7**

Motion by Commissioner Russell:      To approve as presented.
Second to the Motion:  Commissioner Aldridge

On Vote:      Russell              aye
              Aldridge            aye
              Tinder              no
              Perno               aye
              Mayor Anderson      aye              Motion passed: 4-1

Acting City Manager read the resolution.

**Item #14. Discussion and approval of Panhandle Engineering amended task order #14477-19A to include bidding Cain Griffin park restoration work in four divisions.** Acting City Manager explained that Cain Griffin would now be bid out in several sections to get the best prices for the City.  She explained that this would require additional work by Panhandle Engineering preparing and processing four separate bid requests thereby necessitating this increased task order.   Commission Discussion continued with confirmation of regional advertising for bids.

Motion by Commissioner Russell: To approve as presented.
Second to the Motion:  Commissioner Aldridge

On vote:          Russell              aye
                  Aldridge            aye
                  Perno               aye
                  Tinder              aye
                  Mayor Anderson      aye              Motion passed: 5 -0

**Item # 15.  Discussion and approval of change order to Tetratech task order#1-2018-FRS-HurricaneMichael-Lynn Haven extending the period of performance and expanding the scope of services**. Acting City Manager called Jason Vickery from Tetra tech forward to expound on the details of this task order.  He did so, also explaining the role of Tetratech following Hurricane Michael working with the city on both debris monitoring and financial recovery.  He gave further details on financial status of reimbursements and their role.  Mayor Anderson commended Tetratech and staff.

Motion by Commissioner Russell: To approve as presented.
Second to the Motion:  Commissioner Perno
On vote:
                  Russell              aye
                  Perno               aye
                  Aldridge            aye
                  Tinder              aye
                  Mayor Anderson      aye              Motion passed: 5 -0

Mrs. Walker inquired regarding costing and hourly rates being projections. Jason affirmed.
**Item #16. Discussion and possible approval of Roofing bid from Universal or Phoenix Construction.**  Acting City Manager explained that this was the second time bidding out the roofing of the Service Center, Senior Center and Garden Club.  She stated that Universal

**There was a Public Workshop regarding the sports complex before the meeting.  Minutes from the August 27, 2019 Regular Commission Meeting.   Page 8**

Roofing was the lowest bidder. She gave details regarding various concerns including some structural issues that may have been overlooked on the Senior Center.  She stated that either way Universal agreed to honor their bid. Commission discussion continued.   Eric Pitts from Dewberry Engineering answered various questions.

> Motion by Commissioner Russell:  To approve Universal as presented selecting the upgraded roof alternative.
> Second to the Motion:  Commissioner Aldridge.

On vote:

| | | |
|---|---|---|
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #17.  Discussion of the Community Services Board Responsibilities.**
Commissioner Russell stated his understanding of the Community Services Board having a budget of funds for sponsorships of certain extracurricular school activities that the board could make recommendations to the commission regarding.  Commissioner Perno recalled some discussion during a past budget workshop regarding this as well.  Mayor did not think it ever came to a vote.  She advised that boards are in place to make recommendations not spend funds. Commission discussion and questions continued.

> Motion by Commissioner Russell:  To table until next meeting to gather more info.
> Second to the Motion:  Commissioner Perno

On vote:

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #18.  Adjourn.**  There was no further business, the meeting was adjourned at 7:58 PM.

APPROVED THIS_____11th_____ DAY OF ___September____ 2019.

_____

Margo Deal Anderson, Mayor

ATTEST:

Vickie Gainer Acting City Manager

Prepared by Julie Higby

**There was a public workshop regarding the Library rebuild prior to the meeting.  Minutes from September 24, 2019 regular City Commission Meeting.**

<div align="center">

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, SEPTEMBER 24, 2019**
**CITY HALL TEMPORARY FACILITY- 901 C OHIO AVE**
**5:00 P.M.**

</div>

**Present:**     Margo Anderson, Mayor
Dan Russell, Mayor Pro Tem/Commissioner
Judy Tinder, Commissioner
Brandon Aldridge, Commissioner
Pat Perno, Commissioner
Adam Albritton, City Attorney
Chief Ricky Ramie

**Item #1.  Call to order:** By Mayor Anderson at 5:26 P.M.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Leon Miller followed by the pledge of allegiance.

**Item #3 Mayor's Report.** Mayor Anderson reported regarding her meeting with city staff about the upcoming October 10 commemorative event.  She stated there would be several notable speakers, school groups, vendors, etc.  She stated that FL Blue would be making an announcement regarding a very generous donation.  She mentioned that Publix, FL Blue and Vittles would be sponsoring food, etc., the day culminating with another concert in the park. She stated we would be celebrating our survival, lifting one another up and moving forward together through it all.  She recollected regarding the Halloween, Thanksgiving and Christmas celebrations where we were able to bless the surrounding counties and communities.  She expects much like those events between 3000-5000 people in attendance. She suggested that since the employees would be working very hard during the event and had been working hard since the storm to serve the public that potentially they could have October 11th as a day off to recharge and be with their families, etc.

|  | Motion by Commissioner Aldridge: | To give city staff off 10/11/19. |
|---|---|---|
|  | Second to the Motion: | Commissioner Russell |

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Russell | aye | |
| Perno | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion Passed: 5-0 |

Mayor Anderson reported contacting the Governor's office to set up a meeting with the Department of Emergency Management because they have added another level of bureaucratic red tape regarding releasing our reimbursement funds from FEMA.  The City has currently 4.9 million dollars being held up at the State level so she wants to meet with them as they have promised us that Florida will not burden us with more red tape so she will meet with them to be reassured. She plans to take Acting City Manager Gainer and our Tetratech consultant, with her

**There was a public workshop regarding the Library rebuild prior to the meeting. Minutes from September 24, 2019 regular City Commission Meeting.**

to that meeting. She also reported contacting DOT regarding the speeding issues from the base of the Baily bridge to 12th Street. She referenced the tragic death of a 16 year old boy there as well as several local businesses requesting a flashing light to slow traffic there as well. She plans to take our police chief with her to help build the case for slowing traffic on that portion of state Hwy 77. She also reported meeting with the Acting City Manager frequently over the past two weeks regarding the budget and other matters.

**Item #4 Commissioners Report.** Commissioner Perno said he was contacted by a citizen regarding the back flow device. He spoke with the Acting City Manager and Greg and wanted to verbalize publicly the outcome. He stated there was a $60-$80 option for the backflow device instead of a $600-$800 cost associated. Commissioner Aldridge spoke regarding his and the community's excitement regarding the lights on Mosley Drive coming back on. He thanked the employees for all their hard work and stated he was working on some grants from the state and federal government as well as some corporate support. Commissioner Russell also commented regarding the lights specifically thanking Joe Footen and Acting City Manager for taking care of the lights at Cain Griffin Park and Mosley Drive. He thanked Police Chief Ramie, Acting City Manager and Chris Forehand for bringing the Hawks Landing traffic issue to the commission tonight. He stated he has been digging into budgets, etc. as well. Commissioner Tinder reported a chicken issue a resident brought her. She also had a resident say we had done a great job of cleaning debris and furniture but now it's seeming to come back on 26th street and other areas. She wondered if we were doing pick up of household items. Mayor Anderson informed yes and stated that we may do one more pass through the City as so many are just now settling with insurance and starting to again work on their homes. Mayor Anderson commented for the sake of humor regarding the chicken issue saying it was a hot topic during her campaign. She informed that people are allowed to legally keep them as long as they are kept in an enclosure.

**Item #5. Acting City Manager's Report.** Acting City Manager said the City employees were laser focused on rebuilding the City. She mentioned a preconstruction meeting scheduled for next week regarding the re-roofing of the Senior Center, Service Center and the Garden Club. She stated that staff is remodeling the Service Center currently and that the roofs should be complete by December. She stated that we are working on the RFQ for the City re-build with legal counsel and FEMA with architectural design and engineering being the first round of RFQs. She explained that contractors to rebuild Old City Hall, Public Works, the Library, Public Utilities, Fire Dept, the Sports Complex and the Animal Shelter, etc., would be the second round. She stated it would be a long process that we need to do right to ensure FEMA reimbursement. She mentioned meeting with GAC and City Engineer regarding Kinsaul Park stating that work there should begin shortly. She stated that the lights for Bailey bridge have been ordered. She informed that basketball league begins October 5th. She stated we are pursuing the emergency grant that's available for $25 million as well as a $5 million dollar Community Disaster grant, that we are continuously seeking more funding sources for the City. She said Lynn Haven will be the premier city once all is rebuilt.

**There was a public workshop regarding the Library rebuild prior to the meeting. Minutes from September 24, 2019 regular City Commission Meeting.**


**Item #6. City Attorney's Report.** City Attorney Albritton stated that the applicant background verification process is complete and we need to consider scheduling interviews. He inquired if he could coordinate with the Commission to schedule interviews for October/November timeframe. Commissioner Russell suggested moving forward. Commissioner Tinder inquired as to interview process. Mayor informed that it was at the pleasure of the Commission. City Attorney responded that he had communicated in earlier correspondence regarding each Commissioner interviewing the candidates individually with possibly a staff member and City Attorney present then coordinate in a special meeting or public meeting the candidate coming in and presenting to the Commission. He suggested doing them all in one day. Commissioner Aldridge suggested given the holidays we go ahead and get started. Mayor Anderson suggested we do the interviews on a commission meeting day to ensure all commissioners in town. Commission discussion as to process and pay continued. City Attorney Albritton suggested we plan for a Tuesday with all interviews done prior to a commission meeting then either a workshop or public meeting giving the candidate opportunity to present a dissertation as to why they are the best choice for the position, allowing for questions afterward with set time parameters.

Mr. Schultz inquired about the other two candidates. City Attorney stated he could provide a spreadsheet to Mrs. Gainer. Mayor Anderson informed one candidate was recently retired from Key West and the other from Georgia and the other sitting next to her. Mr. Walker spoke regarding past process stating public had been able to ask questions directly. Mrs. Walker spoke stating that it was a quick process regarding the questioning last time. She inquired as to if the salary had been stated. City Attorney informed that a salary range was implied. Mr. Yount stated a prior issue wondering if a salary negotiation could not be agreed upon, could they then move on to the next candidate. City Attorney informed yes given certain variables.

|  | Motion by Commissioner Russell: | To proceed with process as stated by City Attorney. |
|---|---|---|
|  | Second to the Motion: | Commissioner Tinder |

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Aldridge | aye | |
| | Perno | aye | |
| | Mayor Anderson | aye | Motion Passed: 5-0 |


**Item #7. Public Commentary.** Martha Ross inquired as to what was happening behind her home on 1218 Georgia Ave. Mayor informed that it was part of where the rails to trails would be. She explained that it was part of the grant for debris clearing in the waterways. Mrs. Ross informed that the dirt behind her home was indeed hers as she had some issues with this when Marina Island was being negotiated. She suggested Mrs. Ross set up a meeting with Acting City Manager and City Attorney. Tim Clark from 1705 Massachusetts inquired as to a stormwater clean out map. Mayor informed that it is on website but also suggested he set up meeting with City Engineer and Mrs. Gainer as well. He asked about who oversees Code Enforcement. He has concerns about City easements and drainage ditches. Mayor again suggested he meet with City Manager. Mrs. Walker said that she had brought a letter that her neighbor had received back on August 27th. She thanked Acting City Manager and Code enforcement for handling that. She pointed out that Mr. Andy Bales purchased property on either side of ACMT. Mr. Walker spoke

                                    DEF'S EX 55_122

**There was a public workshop regarding the Library rebuild prior to the meeting.  Minutes from September 24, 2019 regular City Commission Meeting.**

about a rooster issue with prior City Manager.  He asked about Code Enforcement being turned over October 1st.  Mayor informed Chief Ramie would be able to answer his questions after October 1, 2019.  Brett Thompson from 1600 New Hampshire presented his concerns regarding the newly required DEP device for irrigation meters.  Mayor made several comments regarding further research necessary as she is opposed to DEP requiring this of our citizens.  She plans to speak with the Governor regarding this. Greg Kidwell informed that there was no date put on the letter sent out as this is our first push to get the information out to citizens.  Mr. Kidwell offered to meet with Mr. Thompson.  Mayor Anderson stated that this goes back to "home rule" where cities are not required to comply with every little bureaucratic mandate that comes down from the state and that she will be working with the League of Cities to oppose this requirement. Mr. Schultz got up and asked what they were talking about.  Mr. Kidwell clarified that this device keeps homeowners water supply from backing up into the city water supply.

**Item #8.  Consent Agenda  Minutes 9/11/19:**

<div style="margin-left:2em">

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Aldridge

</div>

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

**Public Hearing Opened: 6:24 pm**

**Item #9. Discussion and possible approval of Ordinance #1080 providing Tax Abatement for ACMT South, LLC for ten years. (Second Reading action Required).**
Acting City Manager read Ordinance #1080.

<div style="margin-left:2em">

Motion by Commissioner Russell:  For discussion and possible approval of Ordinance 1080
Second to the Motion:  Commissioner Tinder

</div>

Becca Hardin spoke regarding the EDA's efforts in bringing this company to Lynn Haven. She explained that this company is a tier one aviation manufacturing supplier to GKM Aerospace and Patton Whitney and United Technologies.  They are a world renowned advanced manufacturing company that will put Lynn Haven on the international map in bringing their southern operations here.  They are investing twenty five million dollars in the prior Honeywell property.  They are in the process of putting together a state of the art facility.  They will be bringing in 105 jobs at the $45,000 per year salary range, working closely with Haney and Gulf Coast College to ensure proper training for the new job opportunities.  They are based in Connecticut and after the storm sent a nine member team who came in and helped clear trees, assist citizens and even handed out candy at Lynn Haven's community Halloween event. They are very philanthropic and will be a huge asset to our community.  Mr. Schultz asked about location.  Mrs. Walker inquired as to the tax abatement process. Conversation continued with Mrs. Hardin informing that this is a pay for performance abatement.  If the jobs do not

DEF'S EX 55_123

**There was a public workshop regarding the Library rebuild prior to the meeting. Minutes from September 24, 2019 regular City Commission Meeting.**

materialize the abatement is not given. Mr. Walker brought up past. Mayor directed him to ask a question or comment. He pointed out application mistakes questioning credibility of company. He pointed out that we received property taxes when the building was abandoned. He suggested we only abate for 3 years and revisit it again at that juncture. Chief Ramie stated his appreciation of a company coming in and developing this property, as while it was abandoned, it was a source of much criminal activity. Mr. Cullen stated his gratitude for those whose efforts resulted in this company coming to town as it is a tremendous asset. Fred Thompson suggested we look at the traffic issues that may result from all the new jobs in that area. Commissioner Aldridge voiced his support for the EDA and this project thanking all involved in bringing it forward. Commissioner Tinder suggested abating for 3-5 years then revisiting abatement. Commissioner Russell asked for clarification regarding checks in place to determine abatement or not. Becca Hardin affirmed. Commissioner Tinder inquired how often jobs are verified. Becca informed annually.

**Item #10. Discussion regarding resolving the traffic issues at BHCA and Hawks Landing.**
Acting City Manager invited Chris Forehand and Chief Ramie to address commission regarding this issue. They expounded details. They informed the best solution as outlined in packet. Chief Ramie commented regarding emergency response vehicles needing to have access to the area also necessitating the change. Commissioner Russell said the Hawks Landing residents do not want to move the median due to the placement of the subdivision sign. Chris Forehand looked at proposed sign placement informing that it would be a possibility.

> Motion by Commissioner Russell: To have City Manager to bring back an RFQ to move forward with this project.
> Second to the Motion: Commissioner Tinder.

Mayor asked if anyone from Hawks Landing would like to speak. A resident from Hawks Landing board of directors did come forward and ask for a copy of proposal to take back to board. Kathryn Gay brought forward an online comment regarding folks having the same issue up the street towards Mowat Highlands. Mayor suggested Hawks Landing board advertise that this would be brought up again at next meeting and to have any interested come to speak at the next meeting or participate online.

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #11. Discussion and possible approval of Resolution #2019-09-303 for the submission of projects to the Hazard Mitigation Grant Program (HMGP) for the City of Lynn Haven.**
Acting City Manager Gainer read the resolution. She explained details of this project stating that this is a FEMA grant opportunity. We have submitted 39 projects into this program understanding that there is a 25% cost share on the City's part.

**There was a public workshop regarding the Library rebuild prior to the meeting.  Minutes from September 24, 2019 regular City Commission Meeting.**

Motion by Commissioner Russell:  For discussion and possible approval of Resolution # 2019-09-303.
Second to the Motion:  Commissioner Tinder.

On Vote:

| | |
|---|---|
| Russell | aye |
| Tinder | aye |
| Perno | aye |
| Aldridge | aye |
| Mayor Anderson | aye     Motion passed: 5-0 |

**Item #12.  Discussion and possible approval of Employee Policy 110-A providing for random quarterly drug testing for First Responders in compliance with the Police Department Accreditation.** Police Chief Ramie explained that one of the requirements of accreditation is quarterly random drug testing. He stated that this is in conflict with City Policy, so he is asking that we change policy to mirror requirement.  Mayor inquired if the testing was computer generated.  Chief Ramie affirmed.

Motion by Commissioner Aldridge:  For discussion and possible approval of Policy 110-A.
Second to the Motion:  Commissioner Tinder.

Commissioner Russell asked if this also applies to Fire Dept.  HR Director informed that it is for all first responders.  He asked Fire Chief if he was ok with this change.  Fire Chief responded yes but feels it should be all departments not just first responders. Commissioner Tinder agreed. Police Chief Ramie informed that the credential requires random testing in a pool of police department alone. Mayor inquired if we could do just police department at this point, Kelly Battistini informed it is for all safety sensitive positions. Discussion continued with City Attorney suggesting we deal with first responders tonight and bring back possible expansion of program to the rest of the City at a later date.  A resident Tim Clark voiced his opinion regarding City Employees smoking pot.

On Vote:

| | |
|---|---|
| Aldridge | aye |
| Tinder | aye |
| Russell | aye |
| Perno | aye |
| Mayor Anderson | aye     Motion passed: 5-0 |

Mayor Anderson took a moment to clarify her position on public participation in commission meetings.  She stated that she gives much opportunity for public input, more than most others in our county, however she can not allow one person to monopolize the meeting, continuing to rehash history with every comment.  She apologized if anyone was offended and tried to apologize to the individual.

There was a public workshop regarding the Library rebuild prior to the meeting.  Minutes from September 24, 2019 regular City Commission Meeting.

**Item #13.**  **Adjourn.**  There was no further business, the meeting was adjourned at   7:02 PM.

APPROVED THIS _____ DAY OF _____ 2019.

_____
Margo Deal Anderson, Mayor

ATTEST:

_____
Vickie Gainer Acting City Manager

Prepared by Julie Higby

**There were budget workshops as well as a CRA Board Meeting prior to this meeting.**
**Minutes from the Sept 25, 2019 Special Commission Meeting.   Page 1**

**SPECIAL CITY COMMISSION MEETING MINUTES**
**WEDNESDAY, SEPTEMBER 25, 2019**
**CITY HALL TEMPORARY FACILITY- 901 C OHIO AVE**
**5:30 P.M.**

**Present:**      Margo Anderson, Mayor
             Dan Russell, Mayor Pro Tem/Commissioner
             Judy Tinder, Commissioner
             Brandon Aldridge, Commissioner
             Pat Perno, Commissioner
             Adam Albritton, City Attorney
             Chief Ricky Ramie

**Item #1.     Call to order.** By Mayor Anderson at 5:31 P.M.

**Item #2. Invocation/Pledge of Allegiance.** Invocation by Commissioner Aldridge followed by the pledge of allegiance.

**Item # 3A. PUBLIC HEARING OPENED: (5:32 P.M.) Proposed Millage Rate for 2019 Tax Rolls.** Acting City Manager read resolution # 2019-09-300 in its entirety.

    Motion by Commissioner Russell:    To adopt Resolution 2019-09-300.
    Second to the motion: Commissioner Perno

    On Vote:     Russell          aye
                Perno            aye
                Aldridge         aye
                Tinder           aye
                Mayor Anderson   aye        Motion passed:      5-0

**Resolution adopted at 5:35 pm.**

**Item #3B. Proposed General Fund, Enterprise Fund Budgets & Disaster Recovery Fund Budget for FY 2019-2020.** Acting City Manager read resolution #2019-09-301.

    Motion by Commissioner Russell to adopt Resolution 2019-09-301.
    Second to the motion: Commissioner Perno.

    On Vote:     Russell          aye
                Perno            aye
                Aldridge         aye
                Tinder           aye
                Mayor Anderson   aye        Motion passed:      5-0

**There were budget workshops as well as a CRA Board Meeting prior to this meeting.**
**Minutes from the Sept 25, 2019 Special Commission Meeting.   Page 2**

 

**Resolution adopted at 5:36 pm.**

**PUBLIC HEARING CLOSED: (5:36 PM)**

**PUBLIC HEARING OPENED: (5:36 P.M.)**

**Item #4A. Proposed Community Redevelopment Agency Budget for FY 2019-2020.**
Acting City Manager read resolution #2019-09-302.
           Motion by Commissioner Russell to adopt Resolution 2019-09-302.
           Second to the motion: Commissioner Perno.

| On Vote: | | | | |
|---|---|---|---|---|
| | Russell | aye | | |
| | Perno | aye | | |
| | Aldridge | aye | | |
| | Tinder | aye | | |
| | Mayor Anderson | aye | Motion passed: | 5-0 |

**Resolution adopted at 5:38 pm.**

**PUBLIC HEARING CLOSED: (5:38 PM)**

**Item #5. Adjourn.**  There was no further business, the meeting was adjourned at 5:38 pm.

 

**APPROVED THIS** _____8ᵗʰ_____ **DAY OF** _October_ **2019.**

_____
Margo Deal Anderson, Mayor

**ATTEST:**
_____
Vickie Gainer Acting City Manager

 

Prepared by Julie Higby

DEF'S EX 55_128

**Minutes from October 22, 2019 City Commission Meeting.**

## CITY COMMISSION MEETING MINUTES
## TUESDAY, OCTOBER 22, 2019
## CITY HALL TEMPORARY FACILITY- 901 C OHIO AVE
## 9 A.M.

**Present:**     Margo Anderson, Mayor
              Dan Russell, Mayor Pro Tem/Commissioner
              Judy Tinder, Commissioner
              Brandon Aldridge, Commissioner
              Pat Perno, Commissioner
              Adam Albritton, City Attorney
              Chief Ricky Ramie

**Item #1.  Call to order:** By Mayor Anderson at 9 A.M.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Commissioner Aldridge followed by the pledge of allegiance.

**Item #3 Mayor's Report.** Mayor Anderson reported that she has some upcoming medical tests that will inhibit her from attending several events, including the Tyndall groundbreaking and the TPO meeting. She stated that she would be getting back into doing some concerts with her business Anderson Productions. She urged everyone to try and add back to our lives those things that we enjoy in the aftermath of Hurricane Michael. She stated she would be traveling over to the east coast delivering Keys to the City to our friends in St. Johns and St. Augustine counties for all their help after the hurricane. She encouraged public input at the next commission regarding the City Manager selection. She mentioned attending a combat Veterans rally with her husband who is a Veteran. She also spoke to this being the first 9 A.M. Commission meeting and it not being well attended. She voiced her reservations to change to morning meetings due to evening meetings being an important issue during her election campaign. She recognized that we do have a social media audience and asked the Commission to be mindful of the following there and the future attendance to verify if the change is truly what the public wants. She stated this should not be a matter of convenience for the Commission or the staff but what best facilitates public participation. She asked for Commission approval of three large checks to be paid to debris haulers, Ashbritt, and Crowder Gulf and monitor Tetratech for Hurricane Michael related invoices. She stated that this is not a necessary step but because of the size of the checks and the desire for transparency she prefers to request approval.

> Motion by Commissioner Tinder:      To approve for payment as presented.
> Second to the Motion:                Commissioner Perno

Commissioner Russell inquired as to if these had been verified by the Acting City Manager. Mrs. Gainer stated that they had been vetted by herself and our consultant.

On Vote:     Commissioner Tinder        aye
            Commissioner Perno         aye
            Commissioner Aldridge      aye
            Commissioner Russell       aye

**Minutes from October 22, 2019 City Commission Meeting.**


Mayor Anderson                    aye                Motion passed: 5-0


**Item #4 Commissioners Report.** Commissioner Perno stated he attended the 10/10 event and was appreciative of all everyone did to facilitate it. He mentioned the Winn Dixie re-opening citing the remembrance song they played. He said it stirred up many emotions. He spoke highly of our Acting City Manager and how she has managed everything. He asked for a motion to move forward instating Vickie Gainer as the City Manager asking the City Attorney how to form that motion. City Attorney informed.

| | |
|---|---|
| Motion by Commissioner Perno: | To nominate Vickie Gainer as City Manager contingent on negation of contract. |
| Second to the Motion: | None |

Commissioner Aldridge stated it is difficult position to be put in, but he would like to see the process be completed with nothing personal implied. Commissioner Tender agreed with Commissioner Aldridge. Mayor commended Commissioner Perno for speaking his conviction. Commission discussion continued. Commissioner Russell thanked the building department for taking care of so many issues as well as commending Joe Footen for his widespread efforts in managing the re-build of all City facilities. He also thanked Vickie and staff for all they did in putting the 10/10 event together. Commissioner Tinder read a letter from a resident regarding homeowner liability in the case of a fail with the back flow prevention device. She asked Greg Kidwell to address the issue. He stated he spoke with Mr. Thompson. He stated the City is liable to have the devices tested twice a year and stated the liability is on the City if the device has been installed correctly and tested and maintained as mandated. Acting City Manager stated that this is a county wide issue. She stated she would like to meet with Bay County Chamber to draft a resolution to send to FDEP stating that they need to pick up some costs or find another way to handle this without burdening the residents. Mayor also asked City Attorney if we were currently covered liability wise or if there is something further, we needed to do to ensure protection for ourselves and our citizens. Lengthy Commission discussion continued with questions and comments from Public Utilities director Greg Kidwell as well.

| | |
|---|---|
| Motion by Commissioner Perno: | To have our City Attorney research the issue to ensure our City and residents are protected from liability due to this impending FDEP requirement. |
| Second to the Motion: | Commissioner Aldridge |

Brad Yount spoke up saying he did not want to incur any liability and is glad to pay the City to take care of it. Mr. Thompson added that he also wants any new ordinance that is passed to require the City to be liable.

**Minutes from October 22, 2019 City Commission Meeting.**

On Vote:   Commissioner Perno         aye
           Commissioner Aldridge      aye
           Commissioner Tinder        aye
           Commissioner Russell       aye
           Mayor Anderson             aye          Motion Passed:  5-0

Commissioner Tinder continued her report stating there is a big issue with Comcast digging up resident's yards. She feels we need to educate the public regarding easements. Due to a complaint as well from a resident in the country club regarding Gulf Power she also feels people need to be notified when utilities are being put in. Mayor informed that there is a lot of legal discussion going on regarding this in Fort Walton. She suggested we write our representatives regarding home rule as it applies to utilities, etc. Commissioner stated the Heritage society hosted a successful block party and plans to hold the event again next year.

**Item #5. Acting City Manager's Report.** Acting City Manager Gainer invited Director of Public Works Bobby Baker to come and give an update on ongoing projects. He informed that road paving was about to begin and that he would provide a list once the bid is complete. He said it would take a while as many of these roads have to have the utilities replaced first. He stated that this would include alleys. He informed that we received a million dollar road paving grant from FDOT. We are waiting on contract back from FDOT. He stated that the storm water plan is in place and all the projects have been submitted to HMGP for funding. He said there were three lower priority areas that flood that we will go ahead and handle ourselves within our current budget. He said that one storm water crew has been installing new pipe and the other continuing to clear alleys stormwater ponds and waterways. He stated that the construction and debris volume has increased significantly, and the crews are busy picking up. He also stated that he has four vacancies to fill. Commissioner Aldridge inquired as to signs in the City asking if we could at least straighten them up until they can be replaced. Bobby informed we have replaced 100's of citywide signs so far. Commissioner Perno inquired as to the openings in Bobby's department. Bobby informed we need three operators and one mechanic. Commissioner Tinder inquired as to if we are maintaining our own vehicles, Bobby informed yes. Acting City Manager went on to report that 11 miles of stormwater drains have been cleared through NRCS grant stating that we are 95% complete. She stated that roofers are working on three roofs and that we are waiting on the metal currently. She stated that the Mosley Drive lights came in but they were the wrong colors so sending back. We are working with insurance to get our final number and reimbursement from them. She visited the Lynn Haven Bayou Park and updated progress there. She stated it would be nature park with lots of trails, etc. It is scheduled to be complete by the end of next year. She would like the Commission to take a field trip up there to take a look in the next couple of months. She met with an abundance of residents. She is working with the Bay chamber on a video for first responders. She stated we are working on several RFQ's one for the design of the City. We are waiting on the structural reports and plan to meet end of October deadline to put out the bid. She stated two other bids were out, both auditing services bids. She invited all to come out to the October 31st Trunk or Treat event as well as all the upcoming community events.

**Minutes from October 22, 2019 City Commission Meeting.**

\

**Item #6. City Attorney's Report**.  No report.

**Item #7. Public Commentary**.  None.

**Item #8. Consent Agenda Minutes 10/8/19**

        Motion by Commissioner Russell:  To approve as presented.
        Second to the Motion:  Commissioner Tinder

On Vote:

| | |
|---|---|
| Russell | aye |
| Tinder | aye |
| Aldridge | aye |
| Perno | aye |
| Mayor Anderson | aye |

        Motion passed: 5 -0

**Item #9.  Discussion and possible approval of a date for a workshop regarding regulations of design and aesthetics for existing and new properties along commercial corridor of Hwy 77.**

        Motion by Commissioner Aldridge:  To hold an hour workshop regarding this item on December 10 prior to the regular Commission meeting.
        Second to the Motion:  Commissioner Russell

On Vote:

| | |
|---|---|
| Aldridge | aye |
| Russell | aye |
| Tinder | aye |
| Perno | aye |
| Mayor Anderson | aye |

        Motion passed: 5 -0

**Item #10.  Rebuild Bay County, Inc. update presentation** Doug Moore and retired Colonel Donna Pilsen from Rebuild Bay gave a thorough report regarding this nonprofit faith based organization endeavoring to help residents recover in the aftermath of Hurricane Michael. They are currently serving uninsured and underinsured residents from their facility in the Bay County Public library and are in need of a permanent space to relocate.  They described their Night to unite event where they fed 1700 residents hosting over 56 service providing vendors who help with everything from medical to construction needs.  They are currently servicing the homeless population and are also reaching out to Bay district schools with a special initiative devoted solely to meeting the needs of students and their families through individual case managers. They have an agreement with ACMT for 5000 square feet of storage for donated materials that

**Minutes from October 22, 2019 City Commission Meeting.**

come in through their partner organizations and need to be stored until used. Colonel Pilsen stated they are currently trying to put together a team of folks who can provide and install tarping for homes still waiting to be re-roofed. She stated we are still lacking disaster case managers from FEMA who should have been in our area for two years servicing our families and stated hopes for that to be put in place shortly. Many other great organization initiatives were presented. Commissioner Russell suggested the City waive permitting fees for those projects being serviced by nonprofit vendors. Mayor Anderson also suggested a special color permit for nonprofit contractors working in our City. Mayor and several commissioners thanked Colonel Pilsen for all the work being done. Mayor recommended they contact any of the Commissioners or the Acting City Manager for any ways the City may assist in this.

**Item #11.  Discussion and possible approval of Panhandle Engineering Task Order for utility relocation services on Jenks Avenue.**
Acting City Manager Gainer explained this is to have Panhandle Engineering handle to bid process for choosing a contractor to move the utilities.

> Motion by Commissioner Tinder:  To approve as presented.
> Second to the Motion:  Commissioner Russell.

Commissioner Russell stated he feels the state should be the one paying for moving these utilities.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #12. Discussion and possible approval to put out an RFP for sunshades for Sheffield Park, Kinsaul Park and the dog park.** Mayor Anderson expressed her happiness to see this item on the agenda as it is difficult to enjoy the parks and equipment when there is no shade available.  She also stated that the park equipment deteriorates much faster without any protection from the elements not to mention the UV exposure to the children playing there. Acting City Manager elaborated.

> Motion by Commissioner Tinder:  To approve as presented.
> Second to the Motion:  Commissioner Aldridge.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Aldridge | aye | |
| Russell | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #13. Adjourn.**

**Minutes from October 22, 2019 City Commission Meeting.**

**APPROVED THIS** _____12th_____ **DAY OF** ___November___ 2019.

_____
Margo Deal Anderson, Mayor

**ATTEST:**
_____
Vickie Gainer Acting City Manager

Prepared by Julie Higby

**Minutes from November 12, 2019 City Commission Meeting. A public workshop regarding the City Manager position preceded this meeting.**

## CITY COMMISSION MEETING MINUTES
## TUESDAY, NOVEMBER 12, 2019
## CITY HALL TEMPORARY FACILITY- 901 C OHIO AVE
## 4 P.M.

**Present:**     Margo Anderson, Mayor
Dan Russell, Mayor Pro Tem/Commissioner
Judy Tinder, Commissioner
Brandon Aldridge, Commissioner
Pat Perno, Commissioner
Adam Albritton, City Attorney
Chief Ricky Ramie

**Item #1.  Call to order:** By Mayor Anderson at 4 P.M.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Leon Miller followed by the pledge of allegiance.

**Item #3 Mayor's Report** Mayor Anderson reported attending the groundbreaking at Tyndall Airforce Base. She commented on our wonderful Halloween celebration remembering back to last year being the beginning of Lynn Haven being a shining light in this community. She stated there were no words to express her gratitude for all the efforts of the City employees. She reported meeting with some contractors and expressed how proud she is of our residents for persevering through each day.

**Item #4 Commissioners Report.**  Commissioner Perno expressed his thanks to all who worked the Halloween event especially with the drastic drop in temperature. He reported attending the Mosley High School ROTC promotion event and meeting with a resident in his home. Commissioner Aldridge reported attending several meetings as well and commented that he will continue to do his best for all the citizens. He thanked everyone for their efforts and is looking forward to Spring. Commissioner Russell reported a productive couple of weeks. Stated he met with the City Attorney, Chris Forehand and the City Manager as well. Commissioner Tinder reported dealing with several residents on drainage and contractor issues. She also mentioned talking with the City Manager to make customer service a more pleasant place.

**Item #5. Acting City Manager's Report.** Mrs. Gainer invited Facilities Maintenance Director to come up and present Jason Cobb his employee of the Month award. Joe spoke highly of Jason presenting him with the award. She then called Raymond Gates from the Police Dept to come up and recognize Dave O'Connell. Ray spoke admirably of him and presented him with a plaque as well. Mrs. Gainer spoke regarding the changes to the customer service waiting area.

\

Minutes from November 12, 2019 City Commission Meeting. A public workshop regarding the City Manager position preceded this meeting.

**Item #6. City Attorney's Report**. No report.

**Item #7. Public Commentary.** Arlene Harrison spoke thanking the City for addressing the issue at Roberts Hall late on Friday evening. Leon Miller voiced his concern suggesting a traffic light by the medical building on 17th Street. Mayor informed she would ask Chief Ramie to have the traffic committee look at it. Gloria Cutchens voiced her disapproval of the new time for commission meetings. Commissioner Russell stated the large numbers of online viewers at new time. Commissioner Aldridge said he had positive response from public regarding this as well. Mayor Anderson re-stated her opinion that both meetings should be at 6 P.M. Commissioner Tinder with Mayors input inquired as to if staff was present to share comments from Facebook.

**Item #8.  Consent Agenda Minutes 10/22/19 - Regular Meeting**

|  | Motion by Commissioner Russell:  To approve as presented. | | |
|--|--|--|--|
|  | Second to the Motion:  Commissioner Aldridge | | |
| On Vote: | | | |
|  | Russell | aye | |
|  | Aldridge | aye | |
|  | Perno | aye | |
|  | Tinder | aye | |
|  | Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #9.  Discussion and possible approval to advertise an RFQ soliciting fencing for the cemeteries and other city properties.**

|  | Motion by Commissioner Tinder:  To advertise as presented. | | |
|--|--|--|--|
|  | Second to the Motion:  Commissioner Russell | | |
| On Vote: | | | |
|  | Tinder | aye | |
|  | Russell | aye | |
|  | Aldridge | aye | |
|  | Perno | aye | |
|  | Mayor Anderson | aye | Motion passed: 5 -0 |

**Item #10.  Discussion and possible approval of Resolution #2019-11-305 addressing legal representation for the City regarding the opioid crisis.** City Attorney Albritton explained that cities who have representation at the table will potentially have a larger say in the outcome. He invited Mr. Moseley from Birmingham to speak regarding this issue. Mr. Moseley stated that this would likely be a global lawsuit and that cities who have representation will potentially influence fund allocation. Mr. Albritton informed that after speaking to Mrs. Gainer regarding this he recommends the City move forward.   Commission discussion continued. Mayor Anderson voiced her disapproval.  Commissioner Russell agreed with Mayor but feels like if funds are coming, we should get the City's portion. Citizen Brad Yount voiced his disapproval with participating.

**Minutes from November 12, 2019 City Commission Meeting. A public workshop regarding the City Manager position preceded this meeting.**

        Motion by Commissioner Russell:  To approve as presented.
        Second to the Motion:   Commissioner Perno
On Vote:

        Russell            aye
        Perno              aye
        Aldridge           aye
        Tinder             no
        Mayor Anderson     no              Motion passed: 3 -2

Mrs. Gainer read resolution #2019-11-305.

Commission returned to missed item in City Manager report.  Update from HR department given by HR Director Kelly Battestini.

**Item #11.  Discussion and approval of fifty-five Hurricane Michael Relief Fund grant recipients.**  Mayor Anderson reported that $225,000 had been collected and given out to citizens since the storm.  She stated that Florida Blue donated $50,000 and she has faith that eventually we will receive enough funds to provide all applicants grants.  She extended many thanks to FL Blue.

        Motion by Commissioner Perno:  To approve as presented.
        Second to the Motion:  Commissioner Tinder.

On Vote:

        Perno              aye
        Tinder             aye
        Aldridge           aye
        Russell            aye
        Mayor Anderson     aye              Motion passed: 5-0

**Item #12. Discussion and possible action regarding approval of a Development Order (DO-19-5) for the Lynn Haven Storage Park on Hwy 389. *Quasi -Judicial Public Hearing.***  City Attorney Albritton swore in all giving testimony and inquired if the commission had any exparte communication to which they replied no. Ms. Richard expounded the details of the Development Order. Commission discussion continued.  Ms. Richard explained that they were requesting a six foot fence.  Jim Slonina explained that they were requesting it for security for their hi tech storage facility.

        Motion by Commissioner Russell:  To approve as presented.
        Second to the Motion:  Commissioner Aldridge.

On Vote:

        Russell            aye
        Aldridge           aye
        Perno              aye
        Tinder             aye
        Mayor Anderson     aye              Motion passed: 5-0

Minutes from November 12, 2019 City Commission Meeting. A public workshop regarding the City Manager position preceded this meeting.

**Item #13.  First reading of Ordinance # 1081, an Annexation located at 303 34ᵗʰ St. (Annex19-1) next to the Bay County Sheriff's Department.** Acting City Manager Gainer read Ordinance #1081. Amanda Richard informed that she would present details at the second reading. Commission discussion ensued.

**Item #14.  First reading of Ordinance # 1082, a Small Scale Plan Amendment, (SSA-19-3) at 303 34ᵗʰ St. East, proposing a change from Bay County Commercial, to the City of Lynn Haven Commercial.**  Acting City Manager Gainer read Ordinance #1082.

**Item #15.  Discussion and possible approval of Ordinance #1084 regulating mobile food truck vendors in the City of Lynn Haven.** Acting City Manager explained that presently mobile food trucks are not permitted in the City of Lynn Haven.  This ordinance will put a permitting process and fee in place for regulating these vendors.  (City Attorney informed this item is a first reading, no action necessary until second reading)

**Item #16.  Discussion and possible approval of Resolution 2019-11-306 addressing private party building and permitting vendor fees.**  Acting City Manager read the resolution then explained that for certain large builders we need to put this provision in place.  Commission discussion ensued. City Attorney Albritton informed that the State of Florida sanctions this by statute stating that we must allow this and reduce our fees related to those services. Commissioner Russell inquired as to who issues the license and city liability. Amanda Richard stated this has not been happily received by staff.  Commissioner Russell wanted to make sure the City is giving the minimum discount.  Acting City Manager affirmed.

        Motion by Commissioner Aldridge:  To approve as presented.
        Second to the Motion:  Commissioner Tinder
On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Tinder | aye | |
| Russell | no | |
| Perno | no | |
| Mayor Anderson | aye | Motion passed: 3-2 |

**Item #17. Discussion and possible approval of Resolution # 2019-11-307, Fiscal Year 2018-2019 final budget amendment.** Acting City Manager Gainer expounded on this item.
        Motion by Commissioner Aldridge:  To approve as presented.
        Second to the Motion:  Commissioner Tinder
Mrs. Gainer read the resolution.

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Tinder | aye | |
| Russell | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Minutes from November 12, 2019 City Commission Meeting. A public workshop regarding the City Manager position preceded this meeting.**

**Item #18.   Discussion and possible approval of the Residential Incentive program application for 600 East 16ᵗʰ St.** Economic Director Ben Janke presented the item.

Motion by Commissioner Tinder:  To approve as presented.
Second to the Motion:  Commissioner Russell

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #19.   Discussion and possible approval of the Residential Incentive program application for 602 East 16ᵗʰ St.** Economic Director Ben Janke presented the item.

Motion by Commissioner Tinder:  To approve as presented.
Second to the Motion:  Commissioner Russell

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #20.  Discussion and possible approval of an access easement in the City of Lynn Haven.** City Attorney Albritton explained that this is a portion of Colorado Avenue that does not have an access easement. He referenced State statute 95.361 requiring us to document and claim the easement if the street has been maintained more than 4 years. Chris Forehand from Panhandle Engineering stated that in preparation for paving the street they became aware of the easement. Mayor inquired regarding the need and commission discussion continued with various questions.

Motion by Commissioner Russell:  To postpone item until we could give proper notice to property owner.
Second to the Motion:  Commissioner Aldridge

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Aldridge | aye | |
| Tinder | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Minutes from November 12, 2019 City Commission Meeting. A public workshop regarding the City Manager position preceded this meeting.**

**Item #21.  Discussion and possible approval of Ordinance #1085 amending chapter 54 of the City's code of ordinances making provisions for disposal chutes at construction sites.**
Mayor Anderson spoke regarding the danger of contractors tossing items off roof tops.
City Attorney informed that in essence this Ordinance takes the OCEA requirements and puts them into the City Ordinances.  (City Attorney also clarified that this too is a first reading, no action required)

**Item #22. Discussion and possible approval to advertise an RFP for Cemetery and Lawn Care Services for City properties.** Acting City Manager Gainer explained that we need to take a look at saving some money for the City by doing some of the lawn maintenance ourselves changing the scope of the contract. Commissioner Russell inquired as to what would happen to current contractor, Greenleaf, if we decide to re-bid.  Acting City manager informed that we would have to give them a 30 day notice and that they could re-submit a new bid as well. Commissioner Perno stated that Mr. Anderson with Greenleaf had asked to meet with each Commissioner and explained that his contract was underbid. He spoke highly of Mr. Anderson mentioning his volunteer efforts and donated services.  Commissioner Aldridge inquired as to the details of the current contract. He stated he would like to see it re-bid.  Acting City Manager recapped and stated the City may be able to do some of the work itself. City Attorney Albritton informed contractual provisions. Mayor Anderson stated the City has spent close to $1,000,000 in lawn care fees which seems excessive. Further discussion continued. Commissioner Russell stated he feels we should not void a current contract because it may prevent future contractors from wanting to bid. Discussion continued.

> Motion by Commissioner Aldridge:  To postpone item until the City determines exact parameters of services needed.
> Second to the Motion:  Commissioner Russell

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Russell | aye | |
| Tender | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

Mr. Anderson spoke explaining that it is not just lawn maintenance that he provides.  He is locked into a lower price with the City now than what he will re-bid the job and said he does not profit off the City.

**Item #23.  Adjourn.**  There was no further City business and the meeting adjourned at 5:50 P.M.

**Minutes from November 12, 2019 City Commission Meeting. A public workshop regarding the City Manager position preceded this meeting.**

APPROVED THIS_____10th_____ DAY OF _December_____ 2019.

_____

Margo Deal Anderson, Mayor

ATTEST:

Vickie Gainer ~~Acting~~ City Manager

Prepared by Julie Higby

DEF'S EX 55_141

Minutes from the Friday, November 15, 2019 Special Commission Meeting.   Page 1

## SPECIAL CITY COMMISSION MEETING MINUTES
### FRIDAY, NOVEMBER 15, 2019
### 10:00 A.M.

**Present:**          Margo Anderson, Mayor
                     Dan Russell, Mayor pro tem
                     Judy Tinder, Commissioner
                     Brandon Aldridge, Commissioner
                     Pat Perno, Commissioner
                     Vickie Gainer, City Manager
                     Adam Albritton, City Attorney
                     Police Chief Ricky Ramie

**Item #1.  Call to order:**  By Mayor Anderson at 10:00 A.M.

**Item #2.  Invocation/Pledge of Allegiance:**  Invocation by Mr. Miller followed by the pledge.

Mayor Anderson suggested it may be better if public commentary precede commission discussion.

> Motion by Commissioner Aldridge:  To move public commentary before commission discussion.
> Second to the motion: Commissioner Russell.

On Vote:

|                |     |                    |
|----------------|-----|--------------------|
| Aldridge       | aye |                    |
| Russell        | aye |                    |
| Tinder         | aye |                    |
| Perno          | aye |                    |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #3.  Public Commentary.**  There was no public commentary.

**Item #4.  Discussion and possible selection of candidate for City Manager Position.**

> Motion by Commissioner Tinder:  To forego vote and open position to applicants again.
> Second to the motion:  None

Commissioner Aldridge spoke highly of both candidates admiring the guts it takes to stand up publicly and pursue this.  Commissioner Russell spoke saying he has been a critic of this process for a long time.  He feels we have the best applicants possible here and stated taking counsel from many citizens.  He is impressed with both candidates stating it was a difficult and extremely important decision for the City.

**Minutes from the Friday, November 15, 2019 Special Commission Meeting.  Page 2**

Commissioner Aldridge stated he agreed with Commissioner Russell.

> Motion by Commissioner Aldridge:  To select Mrs. Vickie Gainer to become City Manager.
> Second to the motion:  Commissioner Russell.

Commissioner Perno complimented candidate Brotherton and reminded that he had previously spoken from his heart in favor of Mrs. Gainer. Mr. Robitaille spoke kindly of candidate Brotherton admiring his courage in applying for this position.  He feels it is not really fair to Mr. Brotherton and also said even if we asked for more applicants for the position it would still have the same outcome.  Mr. Walker spoke negatively recounting the past and the process for hiring.  Mayor Anderson addressed his comments reminding that she was always against advertising for the position due to Mrs. Gainer being there since the storm working diligently through everything that has happened since the storm.  She also stated that she had a delightful interview with Mr. Brotherton speaking highly of his character and qualifications.  She informed that she was not trying to be the manager of the City in suggesting the strong mayor form of government but instead trying to serve her constituents without having her hands tied.  Mayor Anderson then restated the hiring process including the fifty applicants who were quickly weeded out in the background check process not because she stated her support for Mrs. Gainer.  She reminded that she took counsel from the League of Cities as suggested by other commissioners who advised her to appoint the City Deputy Clerk which she did. Mr. Robitaille spoke again stating his feelings regarding the unfairness of her support for Mrs. Gainer.  Commissioner Russell stated he had originally thought the City needed a fresh set of eyes but feels that if they are equally qualified there is no need to upset the current employees.  Sharon Sheffield spoke saying "If something isn't broken why fix it".  She praised Mrs. Gainer for doing an excellent job.  Raymond Gates spoke saying he can't sit back and hear the negativity that comes at every commission meeting.  He said he has seen Mrs. Gainer literally get her hands dirty digging a ditch and taking on every other responsibility since the storm heading us in the right direction.  He said he is not trying to discount the other candidate he doesn't know him, but he does know Mrs. Gainer and all she has done for him and the rest of the employees.  Another female citizen spoke saying "amen" to Ray's comments voicing her agreement that we all need to work together and get along. She made further comments regarding Mrs. Gainer's character.  Mr. Walker said he never said anything against Mrs. Gainer.  He stated he did do something after the storm citing his block as the only block not requiring City help to clean up. Mr. Robitaille again commented.  A resident spoke stating her disappointment of previous comments of Ray Gates.  Commissioner Aldridge said as a community we can't move forward until there is peace and stability.  He said we need to make the best decision for the citizens and this city.  He stated his opinion regarding there being no reason to start the process over.

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Russell | aye | |
| Tinder | no | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 4-1. |

Mayor wished everyone well and thanked Mr. Brotherton and his family for their service to our country.  City Attorney Albritton suggested the commission designate someone to negotiate salary, compensation and benefits with Mrs. Gainer.

DEF'S EX 55_143

**Minutes from the Friday, November 15, 2019 Special Commission Meeting.   Page 3**

Motion by Commissioner Tinder:  To have Commissioner Aldridge to enter into compensation package negotiations with Mrs. Gainer.
Second to the motion:  Commissioner Russell.

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Perno | no | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5-0. |

**Item #5.  Adjourn.**

There was no further business to discuss and the meeting was adjourned at 10:30 am.

APPROVED THIS _____10th_____ DAY OF ___December___ 2019. ~~2018.~~

_____
Margo Deal Anderson, Mayor

**ATTEST:**

_____
Vickie Gainer, City Manager

Prepared by Julie Higby

**Minutes from December 10, 2019 City Commission Meeting. A CRA Meeting and a Public Workshop regarding community corridor overlay standards preceded this meeting.**

.

**CITY COMMISSION MEETING MINUTES**
**TUESDAY, DECEMBER 10, 2019**
**CITY HALL TEMPORARY FACILITY- 901 C OHIO AVE**
**4 P.M.**

**Present:**    Margo Anderson, Mayor
          Dan Russell, Mayor Pro Tem/Commissioner
          Judy Tinder, Commissioner
          Brandon Aldridge, Commissioner
          Pat Perno, Commissioner
          Adam Albritton, City Attorney
          Chief Ricky Ramie

**Item #1.  Call to order:** By Mayor Anderson at 4 P.M.

**Item #2.  Invocation/Pledge of Allegiance:** Invocation by Vickie Gainer followed by the pledge of allegiance.

**Item #3 Mayor's Report** Mayor Anderson spoke positively about attending the wonderful City Thanksgiving luncheon as well as the Christmas Tree lighting event in Sheffield Park in cooperation with WJHG and the Christmas Parade.  She recalled last year encouraging citizens to light up Lynn Haven last year and reported raising $225,000 with the Hurricane Michael Hurricane Relief fund which was distributed to citizens throughout the year in the form of $1,000 grant increments.  She encouraged anyone, individuals or corporate sponsors who wished to give to the fund to do so in hopes that every citizen in Lynn Haven would eventually receive funds. She made a proclamation regarding Wreaths Across America.  Lisa Sheek accepted the proclamation.  She stated that Commissioner Russell would be taking her place speaking at the cemetery this year where the wreaths will be placed as she will be out of town.  She also announced a proclamation proclaiming Tom Willoughby day to honor his many years of service in Law Enforcement.  Lieutenant Enfinger accepted the proclamation on his behalf.

**Item #4 Commissioners Report.** Commissioner Tinder stated she had been fielding issues with residents.  She commended those who helped with the Christmas Parade. She stated she had been dealing with code enforcement issues and FEMA issues as well as concerns related to Colorado Road. She stated this has been a great year overall.  Commissioner Russell thanked all the staff for a great job on the Christmas events.  He suggested visiting the Lynn Haven animal shelter to consider adopting some of the animals who need homes.  He mentioned meeting with the City Manager and several department heads and said he is working on the backflow valve issue.  He stated he is continuing to field complaints from residents and contractors but stated he is overall very happy with how things are going in the City with the new City Manager in place. Commissioner Aldridge added to chorus of praise regarding city staff efforts on all the holiday events. He encouraged everyone to treat staff with compassion and appreciation. He reported several meetings and thanked everyone for being there.  Commissioner Perno also thanked all the staff and wished everyone a wonderful holiday encouraging people to help someone in need. Mayor Anderson interjected that we would be keeping the Naval Air staff in Pensacola in our prayers.

**Minutes from December 10, 2019 City Commission Meeting. A CRA Meeting and a Public Workshop regarding community corridor overlay standards preceded this meeting.**

**Item #5. Acting City Manager's Report.** Mrs. Gainer also thanked all city employees for their efforts and hard work. She announced the two departments of the quarter Community Services and Facility Maintenance commending them for all of the immense efforts they have extended especially since the storm. She stated that these departments have saved the City many dollars by being able to do a lot of maintenance and repairs in house as opposed to paying outside contractors to do such. Mrs. Gainer asked them all to come forward and presented a plaque to them on behalf of the City. She also stated that the City of Lynn Haven celebrates longevity recognizing Fire Chief Delonjay and Reggie Austin for 25 years of faithful service with the City. Mrs. Gainer invited Graham Neves the I.T. Director to give a status update on the state of city technology. Graham gave the update stating his hopes for Lynn Haven to be a "smart city" technology wise. He stated his going digital goals including purchase orders, workorders, vehicular networks, a check writing system, a customer self-service model. He stated looking forward to giving citizens the opportunity to go paperless in regard to billing. He spoke of automatic file backups to the cloud, digital time off requests that land on a central calendar, fleet management systems and cyber security issues. He mentioned online fillable forms as well as ensuring that all equipment purchases moving forward would be products not slated to be obsolete in the future. Commissioner Aldridge inquired as to Graham's estimate of the year technology wise, the City is currently operating in. Graham stated that the City seems to be currently operating with the technology capabilities from around 2006. City Manager Gainer went on to inform that the NRCS funded ditch cleaning project is winding down. She stated that many invoices related to this are scheduled to be paid soon all of which have been reviewed and validated by TetraTech. She announced the upcoming Martin Luther King event scheduled for Sheffield Park on Jan 20th.

**Item #6. City Attorney's Report.** City Attorney Albritton reported on Bell vs. the City of Lynn Haven. He gave the history stating that Mrs. Bell offered to accept a resolution of this case. He suggested the commission to move forward with this resolution.

> Motion by Commissioner Russell: To approve as presented.
> Second to the Motion: Commissioner Perno

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Aldridge | aye | |
| Tinder | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #7. Public Commentary.** Shelly Barry, 1721 Illinois Ave thanked Ben Janke, Joe Footen and Steven for placing her sons bench in the memorial park. She stated she lives in a duplex with an adjoining neighbor who is not maintaining her their side of the property asking the City for any help we could provide. Mayor suggested a meeting with the City Manager. Ron Merritt, 414 Colorado Avenue thanked the commission for all their hard work. He asked about the real footprint of Colorado Ave stating that he and his neighbors would like to see a survey with all easements, stormwater plan, etc. He said they need a retention pond and went on with several other concerns here. Mayor Anderson thanked him and encouraged him to continue this dialogue with the City Manager to further address the issue. Jeff Yates with Florida Building code

**Minutes from December 10, 2019 City Commission Meeting. A CRA Meeting and a Public Workshop regarding community corridor overlay standards preceded this meeting.**

Compliance spoke regarding last month's meeting regarding reducing fees to private providers. He stated he felt it was presented wrong but maybe not intentionally wrong. He distributed documents addressing issues from the last commission meeting discussion. David Cooley from 206 Georgia Avenue spoke saying he didn't see any good change in the City of Lynn Haven's policies and procedure, stating it is still "business as usual in the City of Lynn Haven". Mayor Anderson informed that she has no more power in directing how the City is run than any other commissioner. Leon Miller commented about Cain Griffin Park needing a 10-15 year growth plan. Mike McQuagge with Florida Building Code Compliance elaborated on Mr. Yates earlier comments. He suggested we re-visit that conversation. He made other remarks related to AL Wilson on Facebook and expressed that he wants to be a part of the Lynn Haven team. Arlene Harrison, 904 Michigan Avenue spoke thanking the City for working with Roberts hall. Mayor Anderson thanked her for her community service there.

**Item #8-#13. CONSENT AGENDA:**
8.      Minutes:         11/12/19 - Regular Meeting
                         11/15/19 – Special Meeting
9.      Approval of the Safe Route to School application for the Lynn Haven Elementary School sidewalk project.
10.     Approval to set a strategic planning workshop for the City's 5-7 year plan on January 30, 2020 at 8:30 A.M.
11.     Approval of Special Auditing RFQ #19/20-1 highest ranked proposer, Plante & Moran, PLLC in Springfield, Michigan.
12.     Approval to terminate the City contract with Greenleaf Lawncare.
13.     Approval to appoint Gary Knuckles to the Planning Commission Board.

Commissioner Tinder asked to pull item # 11 out of the consent agenda.

          Motion by Commissioner Aldridge:   To approve Consent Agenda with the exception of item # 11.
          Second to the Motion:   Commissioner Russell

Josh Anderson owner of Greenleaf Lawncare stood up to speak in regard to item #12. He expressed that it has been a difficult eight months. He feels the crown of his career was his contract with the City of Lynn Haven. He stated not being able to refuse work from prior City Manager. Wants everyone to know all he did was for the City and that he has not been convicted of anything and feels withholding payment for services is wrong. He stated he and his employees worked tirelessly for the City.

Mayor Anderson recognized Gary Knuckles who was present for his willingness to serve on the Planning Commission Board.

On Vote:
               Aldridge          aye
               Russell           aye
               Perno             aye
               Tinder            aye
               Mayor Anderson    aye          Motion passed: 5 -0

**Minutes from December 10, 2019 City Commission Meeting. A CRA Meeting and a Public Workshop regarding community corridor overlay standards preceded this meeting.**

**Item #11.  Approval of Special Auditing RFQ #19/20-1 highest ranked proposer, Plante & Moran, PLLC in Springfield, Michigan.** Commissioner Tinder inquired as to how much the audit was going to cost. City Manager Gainer reminded her that the Commission voted on $100,000.  Commissioner Tinder asked if she had a copy of the RFQ.  City Manager informed her that she did. Commissioner Tinder wants public to understand the specifics of the RFQ. City Manager Gainer summarized. Discussion continued with City Manager answering Commissioner Tinder's questions.

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Tinder

On Vote:

| | | |
|---|---|---|
| Russell | aye | |
| Tinder | aye | |
| Aldridge | no | |
| Perno | no | |
| Mayor Anderson | aye | Motion passed: 3 -2 |

*(Public Hearing open 5:07 pm)*
**Item #14.  Second reading of Ordinance # 1081, an Annexation located at 303 34th St. (Annex19-1) next to the Bay County Sheriff's Department.**  City Manager Gainer read Ordinance #1081.

Motion by Commissioner Tinder:  To approve as presented.
Second to the Motion:  Commissioner Russell

On Vote:

| | | |
|---|---|---|
| Tinder | aye | |
| Russell | aye | |
| Aldridge | aye | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 5 -0 |

*(Public Hearing closed 5:08)*

*(Public Hearing open 5:09)*
**Item # 15.  Second reading of Ordinance # 1082, a Small Scale Plan Amendment, (SSA-19-3) at 303 34th St. East, proposing a change from Bay County Commercial, to the City of Lynn Haven Commercial.**  City Manager Gainer read Ordinance #1082.
Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Tinder.

| On Vote: | Russell | aye | |
|---|---|---|---|
| | Tinder | aye | |
| | Perno | aye | |
| | Aldridge | aye | |
| | Mayor Anderson | aye | Motion passed: 5 -0 |

*(Public Hearing closed 5:10)*

**Minutes from December 10, 2019 City Commission Meeting. A CRA Meeting and a Public Workshop regarding community corridor overlay standards preceded this meeting.**

**Item #16. Second reading of Ordinance # 1084 regulating mobile food truck vendors in the City of Lynn Haven.** City Manager Gainer read Ordinance 1084.

> Motion by Commissioner Aldridge: To approve as presented.
> Second to the Motion: Commissioner Russell.

Commissioner Russell stated he wants to protect the City's brick and mortar stores. Feels we should require a heavy license fee for mobile food truck vendors. City Manager expressed the large demand for these. She described the permit process. Commissioner Aldridge commented saying he doesn't really see that these are in competition with the regular restaurants in town but instead something to have at ball games, etc. Commissioner Tinder inquired how we regulate distance to existing restaurants and what happens to the City concessions if there are Mobile food trucks at the ball parks. She also referenced our contract with Buffalo Rock. Commissioner Aldridge feels imposing a lot of regulations intrudes on free market principles. Commissioner Tinder feels tax paying businesses can't compete with food trucks. Commissioner Aldridge feels we can put guidelines in place that protect local businesses. Mr. Miller spoke of his league experience hurting the City concession stand business. Commission discussion continued. City Manager re-read Ordinance at Mayors request. City Attorney stated that the proposed Ordinance has to either pass or fail as it stands and if they decide not to pass it, it can be brought back before the Commission with proposed changes.

> Amended Motion by Commissioner Aldridge: To table Ordinance item until next meeting to look at some amenable modifications.
> Second to the Motion: Commissioner Tinder

On Vote:

| | | |
|---|---|---|
| Aldridge | aye | |
| Tinder | aye | |
| Russell | no | |
| Perno | aye | |
| Mayor Anderson | aye | Motion passed: 4-1 |

**Item #17. Second reading of Ordinance #1085 amending chapter 54 of the City's code of ordinances making provisions for disposal chutes at construction sites.** Mayor Anderson recounted her experience that spurred this item for safety purposes. City Manager Gainer read Ordinance #1085.

> Motion by Commissioner Tinder: To approve as presented.
> Second to the Motion: Commissioner Aldridge

Commissioner Russell expressed his concerns stating he feels this may should be limited to commercial building applications or contain some footage requirements. Commissioner Tinder agrees with it for high rises and would like more information. Commission discussion continued. City Attorney advised that we could reject it and rewrite it including additional specifications. Several citizens commented as well.

**Minutes from December 10, 2019 City Commission Meeting. A CRA Meeting and a Public Workshop regarding community corridor overlay standards preceded this meeting.**

On Vote:

|  |  |  |
|---|---|---|
| Tinder | no | |
| Aldridge | no | |
| Russell | no | |
| Perno | no | |
| Mayor Anderson | no | Motion Failed: 0-5 |

**Item #18.  Discussion and possible approval of Resolution 2019-12-308 to support the construction of sidewalks in Lynn Haven.**  Economic Development Director informed that this was a re-submittal of a grant application.  City Manager Gainer read the resolution.

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Perno

Commissioner Tinder inquired as to the cost to the City.  Mr. Janke informed that DOT was covering costs.

On Vote:

|  |  |  |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #19.  Discussion and possible approval of the utility relocate contract for the Jenks Avenue road widening project to the lowest bidder, GAC Contractors.** Utilities Director, Greg Kidwell explained that this is the City's responsibility to move the utilities as the road is being widened.

Motion by Commissioner Russell:  To approve as presented.
Second to the Motion:  Commissioner Perno

Commissioner Tinder inquired as to if the City had a choice.  Mr. Kidwell informed not really and stated it is smart business for the safety of all...

On Vote:

|  |  |  |
|---|---|---|
| Russell | aye | |
| Perno | aye | |
| Tinder | aye | |
| Aldridge | aye | |
| Mayor Anderson | aye | Motion passed: 5-0 |

**Item #20.  Discussion and possible award of Cain-Griffin Electrical/Lighting contract to the lowest bidder, M. Gay Contractors, Inc. in Jacksonville, FL.**  City Manager Gainer informed that the City bid out all projects regarding Cain Griffin park and stated this one came in as the lowest.

**Minutes from December 10, 2019 City Commission Meeting. A CRA Meeting and a Public Workshop regarding community corridor overlay standards preceded this meeting.**

Motion by Commissioner Aldridge:  To approve as presented.
Second to the Motion:  Commissioner Russell

Commissioner Tinder inquired as to who the City was recommending.  She had further questions Commissioner Russell answered.

On Vote:

| | |
|---|---|
| Aldridge | aye |
| Russell | aye |
| Perno | aye |
| Tinder | no |
| Mayor Anderson | aye |

Motion passed: 4-1

**Item #21.  Discussion and possible award of Cain-Griffin vertical work to the lowest bidder, Anderson Construction Company of Northwest Florida.** City Manager Gainer had Chris Forehand explain vertical work.  He indicated it was batting cages, restrooms, pavilion, concession, etc.  He expounded additional details.  Commissioner Russell inquired as to savings by choosing option four.  Commissioner Tinder inquired as to what we lose by saving money. Chris Forehand detailed deletions.  Commission discussion continued.

Motion by Commissioner Russell:  To approve option #4 as presented.
Second to the Motion:  Commissioner Perno

Mr. Miller inquired as to whether we really want to compete with the County. Commissioner Perno stated his opinion that since we were putting ball parks at Cain and the Sports Complex we can easily compete. Mr. Miller asked if this included an area for walking, Mr. Forehand informed yes. Mr. Miller asked if we are including anything for the handicapped. Mr. Forehand affirmed. Arlene Harrison shared her thoughts.

On Vote:

| | |
|---|---|
| Aldridge | aye |
| Perno | aye |
| Russell | aye |
| Tinder | aye |
| Mayor Anderson | aye |

Motion passed: 5-0

**Item #22.  Discussion and possible award of Cain-Griffin site work package to the lowest bidder, Marshall Brothers.** Chris Forehand elaborated details of this item explaining that it includes concrete work, dug outs, parking lot, etc.

Motion by Commissioner Aldridge:   To approve as presented

DEF'S EX 55_151

**Minutes from December 10, 2019 City Commission Meeting. A CRA Meeting and a Public Workshop regarding community corridor overlay standards preceded this meeting.**

Second to the Motion:  Commissioner Perno

On Vote:

| | |
|---|---|
| Aldridge | aye |
| Perno | aye |
| Russell | aye |
| Tinder | aye |
| Mayor Anderson | aye |

Motion passed: 5-0

**Item #23.  Discussion and possible award of Cain-Griffin Splash Pad contract to the lowest bidder, GAC Contractors.**  Chris Forehand elaborated details of this item explaining that this ads slides and doubles capacity of current splash pad.

Motion by Commissioner Russell:   To approve as presented
Second to the Motion:  Commissioner Aldridge

On Vote:

| | |
|---|---|
| Russell | aye |
| Aldridge | aye |
| Perno | aye |
| Tinder | aye |
| Mayor Anderson | aye |

Motion passed: 5-0

**Item #24.  First reading of Ordinance #1086 Amending Section 6.05.00-Transportation, Access & Parking Requirements of the City Unified Land Development Code.  (No action necessary)** City Manager Gainer read ordinance # 1086.

**Item #25. First reading of Ordinance #1087 a Small Scale Future Land Use Map Amendment requesting a land designation change from low to medium density residential. (No action necessary)** City Manager Gainer read ordinance # 1087.

**Item #26. Adjourn.**  There was no further business and the meeting adjourned at 5:57 p.m.

**APPROVED THIS                    DAY OF                    2019.**

**Minutes from December 10, 2019 City Commission Meeting. A CRA Meeting and a Public Workshop regarding community corridor overlay standards preceded this meeting.**

_____

Margo Deal Anderson, Mayor

**ATTEST:**

_____

Vickie Gainer City Manager

Prepared by Julie Higby